**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Ref. Docket Nos. 2015, 2536** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                          ) ss.:
COUNTY OF NEW YORK   )

ELENI MANNERS, being duly sworn, deposes and says:

1.  I am employed as Noticing Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On October 23, 2014, I caused to be served the:

    a.  "Individual Notice of Assumption of Unexpired Lease or Executory Contract," dated October 23, 2014, *related to the "Order Authorizing and Approving Expedited Procedures for the Debtors to Reject or Assume Executory Contracts and Unexpired Leases," dated September 15, 2014 [Docket No. 2015]*, customized with the name, address, lease name, lease execution date, and cure amount regarding the affected party, a sample of which is annexed hereto as Exhibit A, (the "Custom Assumption Notice"),

    b.  "Individual Notice of Assumption of Unexpired Lease or Executory Contract," dated October 23, 2014, *related to the "Order Authorizing and Approving Expedited Procedures for the Debtors to Reject or Assume Executory Contracts and Unexpired Leases," dated September 15, 2014 [Docket No. 2015]*, customized with the name, address, lease name, lease execution date, and cure amount regarding the affected party, and including an exhibit reflecting the contract/lease amendment schedule, a sample of which is annexed hereto as Exhibit B, (the "Amended Custom Assumption Notice"), and

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

c.   "Notice of Assumption of Certain Executory Contracts and Unexpired Leases and Related Relief Thereto," dated October 23, 2014 [Docket No. 2536], (the "Notice of Assumption"),

by causing true and correct copies of the:

i.   Custom Assumption Notice, to be delivered via Overnight Mail, to those parties listed on the annexed <u>Exhibit C</u>,

ii.   Amended Custom Assumption Notice, to be delivered via Overnight Mail, to those parties listed on the annexed <u>Exhibit D</u>, and

iii.   Notice of Assumption, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit E</u>.

3.   All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Eleni Manners

Sworn to before me this
24th day of October, 2014

Notary Public

CAROL IRIS ZHANG
Notary Public, State of New York
No. 01ZH6284656
Qualified in Kings County
Commission Expires July 01, 2017

-2-

**EXHIBIT A**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## INDIVIDUAL NOTICE OF ASSUMPTION OF
## UNEXPIRED LEASE OR EXECUTORY CONTRACT

Re:     [Parties (and counsel if known)]
        [Contract/Lease Subject Matter, Date] (the "Contract or Lease")

**PLEASE TAKE NOTICE** that on September 15, 2014, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order on the motion of the debtors and debtors in possession (the "Debtors"), pursuant to sections 363, 365, and 554 of the Bankruptcy Code and Bankruptcy Rules 2002, 6004, 6006, and 6007, approving expedited procedures for the rejection, assumption, or assumption and assignment of executory contracts and unexpired leases and granting related relief [D.I. 2015] (the "Procedures Order").[2]

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Procedures Order, the Debtors hereby provide this Individual Notice of Assumption and Assignment of Unexpired Lease or Executory Contract (the "Notice") of their intent to assume the Contract or Lease.

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]    A copy of the Procedures Order can be found on the website of the Debtors' claims and noticing agent at http://www.efhcaseinfo.com.

**PLEASE TAKE FURTHER NOTICE** that the proposed cure amount under the Contract or Lease is $[_____].

**PLEASE TAKE FURTHER NOTICE** that any objection to the Debtors' assumption of the Contract or Lease or any proposed cure amount must be filed in writing with the Court, no later than **4:00 pm prevailing Eastern Time** November 6, 2014, as required by the terms of the Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Procedures Order, if an objection is properly filed, as specified above, the Debtors may promptly file a notice of hearing to consider that objection at the next regularly scheduled omnibus hearing that is at least seven (7) days after the filing of the objection or as soon thereafter as the Court is available.  The Debtors shall have until two (2) days prior to the scheduled hearing to file a reply to such objection.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Procedures Order, if no objection is filed in accordance with the above procedures, the Debtors will include and file for entry by the Court the above-described Contract or Lease in an assumption schedule attached to the proposed form of order, substantially in the form attached hereto as **Exhibit 1**.

**PLEASE TAKE FURTHER NOTICE** that the proposed assumption of the Contract or Lease shall not constitute an admission by the Debtors that:  (1) the Contract or Lease is in fact an executory contract or unexpired lease under section 365 of title 11 of the United States Code or (2) that the Debtors shall have any liability under the Contract or Lease.  The Debtors also reserve the right to supplement, amend, or otherwise modify the schedule of Contracts and Leases and the amount of any proposed cure amount.

**PLEASE TAKE FURTHER NOTICE** that the Contract or Lease shall include all modifications, amendments, supplements, restatements, or other agreements that in any manner affect the Contract or Lease, and all Contracts and Leases related thereto, if any, including all easements, licenses, permits, rights, privileges, immunities, options, rights of first refusal, and any other interests, unless any of the foregoing agreements have been previously rejected or terminated.

*[Remainder of page intentionally left blank.]*

Dated:  October 23, 2014
        Wilmington, Delaware

_/S/ JASON M. MADRON_

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:      (302) 651-7700
Facsimile:       (302) 651-7701
Email:            collins@rlf.com
                      defranceschi@rlf.com
                      madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**

Edward O. Sassower, P.C. (admitted _pro hac vice_)
Stephen E. Hessler (admitted _pro hac vice_)
Brian E. Schartz (admitted _pro hac vice_)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:      (212) 446-4800
Facsimile:       (212) 446-4900
Email:            edward.sassower@kirkland.com
                      stephen.hessler@kirkland.com
                      brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted _pro hac vice_)
Chad J. Husnick (admitted _pro hac vice_)
Steven N. Serajeddini (admitted _pro hac vice_)
300 North LaSalle
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:       (312) 862-2200
Email:            james.sprayregen@kirkland.com
                      chad.husnick@kirkland.com
                      steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession

**Exhibit 1**

**Proposed Assumption Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## ORDER APPROVING THE AMENDMENT AND ASSUMPTION
## OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Pursuant to the order approving expedited procedures for the rejection, assumption, or assumption and assignment of the Debtors' executory contracts and unexpired leases and granting related relief (the "Procedures Order")[2] [D.I. 2015]; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Debtors having properly served an Individual Assumption Notice on each applicable party as set forth in the Amended Assumption Schedule, attached hereto as **Exhibit A**, in accordance with the terms of the Procedures Order; and no timely objections have been filed to the assumption of such Contracts or Leases; and due and proper notice of the Individual Assumption Notice having been provided

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]    Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Procedures Order.

to each applicable counterparty as set forth in the Amended Assumption Schedule, and it appearing that no other notice need be provided; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The assumption of the Contracts and Leases as set forth in the Amended Assumption Schedule is hereby approved.

2.      The cure amount under section 365(b) of the Bankruptcy Code in connection with the assumption of the Contracts and Leases is hereby final as set forth in the Amended Assumption Schedule and any claims against the Debtors arising under the Contracts and Leases prior to the entry of this Order are forever barred and enjoined.

3.      The amendments to the Contracts and Leases as set forth in Amended Assumption Schedule are hereby approved.

4.      The Debtors are authorized to take any action necessary to implement the terms of this Order without further order from this Court.

5.      Assumption of the Contracts and Leases and payment of any associated cure amounts do not constitute:  (a) an admission by the Debtors that the Contract or Lease is in fact an executory contract or unexpired lease under section 365 of title 11 of the United States Code or that the Debtors shall have any liability under the Contract or Lease, or (b) a waiver by the Debtors of any rights, claims, or defenses in connection with or arising under any Contract or Lease.

6.      Notwithstanding the potential applicability of Bankruptcy Rule 6006(d), 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7.      This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Dated: _____, 2014
        Wilmington, Delaware

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT B**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## INDIVIDUAL NOTICE OF ASSUMPTION OF
## UNEXPIRED LEASE OR EXECUTORY CONTRACT

Re:     [Parties (and counsel if known)]
        [Contract/Lease Subject Matter, Date] (the "<u>Contract or Lease</u>")

**PLEASE TAKE NOTICE** that on September 15, 2014, the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>") entered an order on the motion of the debtors and debtors in possession (the "<u>Debtors</u>"), pursuant to sections 363, 365, and 554 of the Bankruptcy Code and Bankruptcy Rules 2002, 6004, 6006, and 6007, approving expedited procedures for the rejection, assumption, or assumption and assignment of executory contracts and unexpired leases and granting related relief [D.I. 2015] (the "<u>Procedures Order</u>").[2]

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Procedures Order, the Debtors hereby provide this Individual Notice of Assumption and Assignment of Unexpired Lease or Executory Contract (the "<u>Notice</u>") of their intent to assume the Contract or Lease.

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]    A copy of the Procedures Order can be found on the website of the Debtors' claims and noticing agent at http://www.efhcaseinfo.com.

**PLEASE TAKE FURTHER NOTICE** that the proposed cure amount under the Contract or Lease is $[_____].

**PLEASE TAKE FURTHER NOTICE** that, attached hereto as **Exhibit 1** is a schedule of the material amendments to the Contract or Lease consensually agreed to by the Debtors and the Contract or Lease counterparty.  If a written objection to the proposed amendments is not filed in accordance with the same procedures and deadlines for objections detailed above, then the amendments shall be binding on all parties.

**PLEASE TAKE FURTHER NOTICE** that any objection to the Debtors' assumption and amendment of the Contract or Lease or any proposed cure amount must be filed in writing with the Court, no later than **4:00 pm prevailing Eastern Time** November 6, 2014, as required by the terms of the Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Procedures Order, if an objection is properly filed, as specified above, the Debtors may promptly file a notice of hearing to consider that objection at the next regularly scheduled omnibus hearing that is at least seven (7) days after the filing of the objection or as soon thereafter as the Court is available.  The Debtors shall have until two (2) days prior to the scheduled hearing to file a reply to such objection.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Procedures Order, if no objection is filed in accordance with the above procedures, the Debtors will include and file for entry by the Court the above-described Contract or Lease in an assumption schedule attached to the proposed form of order, substantially in the form attached hereto as **Exhibit 2**.

**PLEASE TAKE FURTHER NOTICE** that the proposed assumption of the Contract or Lease shall not constitute an admission by the Debtors that:  (1) the Contract or Lease is in fact

an executory contract or unexpired lease under section 365 of title 11 of the United States Code or (2) that the Debtors shall have any liability under the Contract or Lease.  The Debtors also reserve the right to supplement, amend, or otherwise modify the schedule of Contracts and Leases and the amount of any proposed cure amount.

      **PLEASE TAKE FURTHER NOTICE** that the Contract or Lease shall include all modifications, amendments, supplements, restatements, or other agreements that in any manner affect the Contract or Lease, and all Contracts and Leases related thereto, if any, including all easements, licenses, permits, rights, privileges, immunities, options, rights of first refusal, and any other interests, unless any of the foregoing agreements have been previously rejected or terminated.

*[Remainder of page intentionally left blank.]*

Dated:  October 23, 2014
      Wilmington, Delaware

*/S/ JASON M. MADRON*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Facsimile:     (302) 651-7701
Email:        collins@rlf.com
            defranceschi@rlf.com
            madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**

Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900
Email:        edward.sassower@kirkland.com
            stephen.hessler@kirkland.com
            brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email:        james.sprayregen@kirkland.com
            chad.husnick@kirkland.com
            steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession

**<u>Exhibit 1</u>**

**Contract or Lease Amendment Schedule**

**[TO BE CUSTOMIZED TO EACH INDIVIDUAL ASSUMPTION NOTICE]**

## **Exhibit 2**

**Proposed Assumption Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## ORDER APPROVING THE AMENDMENT AND ASSUMPTION
## OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Pursuant to the order approving expedited procedures for the rejection, assumption, or assumption and assignment of the Debtors' executory contracts and unexpired leases and granting related relief (the "Procedures Order")[2] [D.I. 2015]; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Debtors having properly served an Individual Assumption Notice on each applicable party as set forth in the Amended Assumption Schedule, attached hereto as **Exhibit A**, in accordance with the terms of the Procedures Order; and no timely objections have been filed to the assumption of such Contracts or Leases; and due and proper notice of the Individual Assumption Notice having been provided

---

[1]     The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]     Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Procedures Order.

to each applicable counterparty as set forth in the Amended Assumption Schedule, and it appearing that no other notice need be provided; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.    The assumption of the Contracts and Leases as set forth in the Amended Assumption Schedule is hereby approved.

2.    The cure amount under section 365(b) of the Bankruptcy Code in connection with the assumption of the Contracts and Leases is hereby final as set forth in the Amended Assumption Schedule and any claims against the Debtors arising under the Contracts and Leases prior to the entry of this Order are forever barred and enjoined.

3.    The amendments to the Contracts and Leases as set forth in Amended Assumption Schedule are hereby approved.

4.    The Debtors are authorized to take any action necessary to implement the terms of this Order without further order from this Court.

5.    Assumption of the Contracts and Leases and payment of any associated cure amounts do not constitute:  (a) an admission by the Debtors that the Contract or Lease is in fact an executory contract or unexpired lease under section 365 of title 11 of the United States Code or that the Debtors shall have any liability under the Contract or Lease, or (b) a waiver by the Debtors of any rights, claims, or defenses in connection with or arising under any Contract or Lease.

6.    Notwithstanding the potential applicability of Bankruptcy Rule 6006(d), 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7.      This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Dated: _____, 2014
        Wilmington, Delaware

                            _____
                            THE HONORABLE CHRISTOPHER S. SONTCHI
                            UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT C**

| Claim Name | Address Information |
| --- | --- |
| BARRY HAMILTON AND HARRY LAWLER | PO BOX 709 MT. PLEASANT TX 75456 |
| FE HILL COMPANY LLP | PO BOX 226 FAIRFIELD TX 75840 |
| GUARANTY TITLE CO OF ROBERTSON COUNTY | PO BOX 481 FRANKLIN TX 77856 |
| LORRAINE STRACENER | C/O STATE COMPTROLLER PUBLIC ACCTS UNCLAIMED PROPERTY FOR LORRAINE STRACENER P.O. BOX 12019 AUSTIN TX 78711 |

**Total Creditor count  4**

| Claim Name | Address Information |
|---|---|
| BNSF RAILWAY COMPANY | 2650 LOU MENK DRIVE FORT WORTH TX 76131-2830 |
| CAPGEMINI AMERICA, INC | C/O CAPGEMINI US LLC 201 E. CARPENTER FREEWAY, 700 IRVING TX 75062 |
| CITY OF DALLAS | PROPERTY MANAGEMENT DIRECTOR 320 E. JEFFERSON, RM 203 DALLAS TX 75203 |
| CITY OF GRAHAM | ATTN: LARRY FIELDS  – CITY MANAGER 429 FOURTH STREET GRAHAM TX 76450 |
| CLEARVIEW | 6606 LBJ FREEWAY, SUITE 135 DALLAS TX 75240 |
| CONGRESS HOLDINGS LTD | 1005 CONGRESS AVE, SUITE 150 AUSTIN TX 78701 |
| GREENSPORT/SHIP CHANNEL PARTNERS, L.P. | ATTN: TIM W. HOLAN 1755 FEDERAL ROAD HOUSTON TX 77015 |
| HAMILTON FIDELITY LP | 1310 ELM STREET SUITE 170 DALLAS TX 75202 |
| HELEN JONES BRANNON | 2240 FOREST PARK BLVD. FORT WORTH TX 76110 |
| HELEN JONES BRANNON | 2240 FOREST PARK BLVD. FORT WORTH TX 76110 |
| KATHY JARNAGIN COMBS | 4 MOONVINE COURT THE WOODLANDS TX 77380 |
| KOZAD PROPERTIES, LTD | 4900 COUNTY RD 7 WESTON CO 81091 |
| LORRAINE STRACENER | 3918 BOWSER DALLAS TX 75219 |
| RON DAFFIN | 1314 WEATHERFORD HWY #6 GRANDBURY TX 76048 |
| SAUL SUBSIDIARY II LP | COMMERCIAL ACCOUNTING 7501 WISCONSIN AVE, SUITE 1500 EAST BETHESDA MD 20814-6522 |
| SP5 2603 AUGUSTA, LP | ATTN: SHARON DOBSON (CBRE) 2800 POST OAK BLVD., SUITE 2300 HOUSTON TX 77056 |
| TYLER JUNIOR COLLEGE | 1400 E. FIFTH ST. TYLER TX 75701 |

**Total Creditor count  17**

**EXHIBIT D**

| Claim Name | Address Information |
|---|---|
| CHARLES SANDERSON | 4600 COBBS DR WACO TX 76710 |
| TEXAS LIFE INSURANCE COMPANY | 900 WASHINGTON AVE. TX LIFE BUILDING, 10TH FLOOR WACO TX 76701 |

**Total Creditor count  2**

| Claim Name | Address Information |
|---|---|
| DAVID ALFORD AS SUCCESSOR TO | LANDON ALFORD (NOW DECEASED) PO BOX 67 HENDERSON TX 75653-0067 |

**Total Creditor count  1**

**EXHIBIT E**

# ENERGY FUTURE HOLDINGS CORP., ET AL.
## NOTICE OF ASSUMPTION SERVICE LIST (COMMITTEE, TCEH FIRST LIEN, & U.S. TRUSTEE)
### EMAIL NOTICE

| Name | Party / Attention | Email Address |
|------|-------------------|---------------|
| MORRISON & FOERSTER LLP | (COUNSEL TO THE EFH CREDITORS COMMITTEE) ATTN: JAMES PECK ESQ, BRETT H MILLER ESQ LORENZO MARINUZZI ESQ | jpeck@mofo.com; bmiller@mofo.com; lmarinuzzi@mofo.com |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: RICHARD L. SCHEPACARTER | richard.schepacarter@usdoj.gov |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: ANDREA B. SCHWARTZ | andrea.b.schwartz@usdoj.gov |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | (COUNSEL TO AD HOC COMMITTEE OF TCEH FIRST LIEN) ATTN: ALAN KORNBERG; KELLEY CORNISH; BRIAN HERMANN JACOB ADLERSTEIN | akornberg@paulweiss.com; kcornish@paulweiss.com; bhermann@paulweiss.com; jadlerstein@paulweiss.com |
| POLSINELLI PC | (COUNSEL TO THE EFH CREDITORS COMMITTEE) ATTN: EDWARD FOX ESQ | efox@polsinelli.com |
| POLSINELLI PC | (COUNSEL TO THE EFH CREDITORS COMMITTEE) ATTN: CHRISTOPHER WARD ESQ, JUSTIN EDELSON ESQ SHANTI KATONA ESQ | cward@polsinelli.com; jedelson@polsinelli.com; skatona@polsinelli.com |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | (COUNSEL TO AD HOC COMMITTEE OF TCEH FIRST LIEN) ATTN: PAULINE MORGAN; JOEL WAITE; RYAN BARTLEY; ANDREW MAGAZINER | pmorgan@ycst.com; jwaite@ycst.com; rbartley@ycst.com; amagaziner@ycst.com |

| | |
|---|---|
| **Total Count** | **7** |
| **Total Email Count** | **17** |