# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE
## PURSUANT TO DEL. BANKR. L.R. 9010-1

      1.      William A. Romanowicz, a member in good standing of the Bar of the State of Delaware, admitted to practice before the United States District Court for the District of Delaware, moves, pursuant to rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), the admission *pro hac vice* of P. Stephen Gidiere, III (the "Admittee") of Balch & Bingham LLP, 1901 Sixth Avenue North, Suite 1500, Birmingham, AL 35203-4642, to represent the above-captioned debtors and debtors in possession in the above-captioned cases. The Admittee is a member in good standing of the bars of the States of Alabama and Texas and is admitted to practice before the United States District Court of the Middle, Northern and Southern Districts of Alabama, the Eastern, Western and Northern Districts of Texas, the United States Court of Appeals for the D.C. Circuit, Fifth Circuit and Eleventh Circuit, and the Supreme Court of the United States.

Dated: October 30, 2014
        Wilmington, Delaware

                        */s/ William A. Romanowicz*
                        William A. Romanowicz (Bar No. 5794)
                        RICHARDS, LAYTON & FINGER, P.A.
                        One Rodney Square
                        920 North King Street
                        Wilmington, Delaware 19801
                        Telephone:    (302) 651-7700
                        Facsimile:    (302) 651-7701
                        E-mail:       romanowicz@rlf.com

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

2.    Pursuant to Local Rule 9010-1, the Admittee certifies that he is eligible for admission to this Court, is admitted to practice and in good standing in the jurisdictions shown in paragraph 1 above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, these cases as provided in Local Rule 9010-1, and has access to, or has acquired, a copy of the Local Rules and is generally familiar with those Local Rules.  In accordance with the *Revised Standing Order for District Court Fund* effective July 23, 2009, the Admittee further certifies that the annual fee of $25.00 has been paid to the Clerk's Office of the United States District Court for the District of Delaware prior to the filing of this motion.

P. Stephen Gidiere, III
BALCH & BINGHAM LLP
1901 Sixth Avenue North
Suite 1500
Birmingham, AL 35203-4642
Telephone:    (205) 251-8100
Facsimile:    (205) 226-8799
E-mail:    sgidiere@balch.com

3.    Motion granted.

Dated: _____, 2014
        Wilmington, Delaware

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

RLF1 10965053v.1