## Exhibit A

Ordinary Course Professional Quarterly Statement of Payments

| | | For the Postpetition Period of July 01, 2014 to September 30, 2014 | | | Aggregate Postpetition Payments Through September 30, 2014 | |
|---|---|---|---|---|---|---|
| OCP | Service Description | Compensation for Services (1) | Average Monthly Compensation | Total Payments | Compensation for Services (1) | Total Payments |
| **Tier 1 OCP's** | | | | | | |
| Balch & Bingham LLP | Environmental Litigation | $371,453.93 | $123,817.98 | $371,453.93 | $371,453.93 | $371,453.93 |
| Bracewell & Giuliani LLP | Environmental Advice / Political Consultant | $109,822.46 | $36,607.49 | $109,822.46 | $109,822.46 | $109,822.46 |
| Duff & Phelps LLC | Valuation - Impairment; Property Tax | $16,578.00 | $5,526.00 | $16,578.00 | $16,578.00 | $16,578.00 |
| Enoch Kever | Regulatory Advice | $394,669.03 | $131,556.34 | $394,669.03 | $394,669.03 | $394,669.03 |
| Hawkins Parnell Thackston & Young | Litigation - Asbestos | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Hunton & Williams LLP | Benefits-Immigration, Political Consultant | $228,967.11 | $76,322.37 | $228,967.11 | $228,967.11 | $228,967.11 |
| Morgan Lewis & Bockius LLP | Regulatory (NRC) and Labor | $163,152.81 | $54,384.27 | $163,152.81 | $163,152.81 | $163,152.81 |
| Vinson & Elkins LLP | Regulatory, Real Estate Advice | $134,867.84 | $44,955.95 | $134,867.84 | $134,867.84 | $134,867.84 |
| **Tier 2 OCP's** | | | | | | |
| Alliance Consulting Group | Depreciation Study | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Allison McCombe Small | Political Consultant | $9,000.00 | $3,000.00 | $9,000.00 | $9,000.00 | $9,000.00 |
| American Appraisal | Property Tax Expert for Litigation | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Armstrong & Associates LLP | Litigation - Asbestos | $273.00 | $91.00 | $273.00 | $273.00 | $273.00 |
| Arnold & Porter LLP | Consulting Services | $78,750.00 | $26,250.00 | $78,750.00 | $78,750.00 | $78,750.00 |
| AYCO Company LP | Financial Executive counseling | $60,961.00 | $20,320.33 | $60,961.00 | $60,961.00 | $60,961.00 |
| Baker Botts LLP | IP, Transactional, and Contract Restructure | $29,470.00 | $9,823.33 | $29,470.00 | $29,470.00 | $29,470.00 |
| Beirne Maynard & Parsons LLP | Litigation - Asbestos | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Beveridge and Diamond PC | Litigation - Water | $2,080.94 | $693.65 | $2,080.94 | $2,080.94 | $2,080.94 |
| Bluewater Strategies LLC | Consulting Services | $33,750.00 | $11,250.00 | $33,750.00 | $33,750.00 | $33,750.00 |
| Bradley Arant Boult Cummings LLP | Adv- Asbestos Exposure | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Brady & Peavey, P.C. | Public affairs and political consulting services | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Burford & Ryburn LLP | Litigation - Asbestos | $10,817.44 | $3,605.81 | $10,817.44 | $10,817.44 | $10,817.44 |
| Carl S. Riche, Jr. Attorney At Law | Political Consultant | $30,000.00 | $10,000.00 | $30,000.00 | $30,000.00 | $30,000.00 |
| DCI Group LLC | Consulting Services | $61,388.09 | $20,462.70 | $61,388.09 | $61,388.09 | $61,388.09 |
| Dykema Gossett | Counsel for TXU Chyba case | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Eddie Cavazos | Political Consultant | $24,955.16 | $8,318.39 | $24,955.16 | $24,955.16 | $24,955.16 |
| Edward M. Shack | Political Activities Law Advice | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Estes Okon Thorne & Carr PLLC | Litigation - General | $32,485.74 | $10,828.58 | $32,485.74 | $32,485.74 | $32,485.74 |
| Fish & Richardson PC | Litigation - General | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Goldberg Godles Wiener & Wright | Regulatory Advice | $8,062.17 | $2,687.39 | $8,062.17 | $8,062.17 | $8,062.17 |
| Goodmans LLP | Canadian Counsel for Ebasco Services of | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Gruber Hurst Johansen Hail | Litigation - General | $89.74 | $29.91 | $89.74 | $89.74 | $89.74 |
| Haley Olson | Environmental Litigation | $2,133.00 | $711.00 | $2,133.00 | $2,133.00 | $2,133.00 |
| Harris & Dickey LLC | Tax Consulting | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| HMWK LLC | Political Consultant | $30,000.00 | $10,000.00 | $30,000.00 | $30,000.00 | $30,000.00 |
| Husch Blackwell Sanders LLP | Employment Litigation/Political Consultant | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Imperium Public Affairs | Political Consultant | $39,282.67 | $13,094.22 | $39,282.67 | $39,282.67 | $39,282.67 |
| Ireland Carroll & Kelley PC | Environmental Litigation | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Ordinary Course Professional Quarterly Statement of Payments

| OCP | Service Description | For the Postpetition Period of July 01, 2014 to September 30, 2014 | | | Aggregate Postpetition Payments Through September 30, 2014 | |
|---|---|---|---|---|---|---|
| | | Compensation for Services (1) | Average Monthly Compensation | Total Payments | Compensation for Services (1) | Total Payments |
| Jack Roberts | Political Consultant | $24,000.00 | $8,000.00 | $24,000.00 | $24,000.00 | $24,000.00 |
| Jack W Gullahorn PC | Political Consultant | $72,000.00 | $24,000.00 | $72,000.00 | $72,000.00 | $72,000.00 |
| Jackson Kelly PLLC | Regulatory - MSHA/OSHA | $7,783.99 | $2,594.66 | $7,783.99 | $7,783.99 | $7,783.99 |
| Jackson Sjoberg Mccarthy | Real Estate Mining | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Jackson Walker LLP | Advice - Water | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| John Hildreth | Political Consultant | $40,000.00 | $13,333.33 | $40,000.00 | $40,000.00 | $40,000.00 |
| John Sherwood | Collections for TXU | $6,000.00 | $2,000.00 | $6,000.00 | $6,000.00 | $6,000.00 |
| K&L Gates | Transaction Advice; Non-Income Tax Litigation | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Kelly Hart & Hallman | Litigation - Environmental and General | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Kyle Bibb | Federal Income Tax Advice | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Lam Lyn & Philip PC | Collections for TXU | $928.00 | $309.33 | $928.00 | $928.00 | $928.00 |
| Laurie Fenstemaker Pair | Ethics Consultant | $19,783.33 | $6,594.44 | $19,783.33 | $19,783.33 | $19,783.33 |
| Law Offices Of Dan Gus | Litigation - General | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| LeClairRyan | Retail Advice | $2,501.48 | $833.83 | $2,501.48 | $2,501.48 | $2,501.48 |
| Lillard Wise Szygenda PLLC | Litigation - General | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Lisa Garcia | Political Consultant | $22,757.79 | $7,585.93 | $22,757.79 | $22,757.79 | $22,757.79 |
| Littler Mendelson PC | Employment Litigation | $1,594.10 | $531.37 | $1,594.10 | $1,594.10 | $1,594.10 |
| Locke Lord Bissell & Liddell | Benefits Advice | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| LPI Consulting Inc | Consulting Services | $30,000.00 | $10,000.00 | $30,000.00 | $30,000.00 | $30,000.00 |
| Madison Group LLC | Consulting Services | $80,000.00 | $26,666.67 | $80,000.00 | $80,000.00 | $80,000.00 |
| McConnell & Jones LLP | Employee Benefits Auditor | $18,000.00 | $6,000.00 | $18,000.00 | $18,000.00 | $18,000.00 |
| McGivney & Kluger P.C | Litigation - Asbestos | $216.00 | $72.00 | $216.00 | $216.00 | $216.00 |
| McGlinchey Stafford PLLC | Bankruptcy for TXU | $6,352.80 | $2,117.60 | $6,352.80 | $6,352.80 | $6,352.80 |
| Mcguirewoods LLP | Federal Political Consultant | $46,651.89 | $15,550.63 | $46,651.89 | $46,651.89 | $46,651.89 |
| Mehlman Vogel Castagnetti Inc | Consulting Services | $45,000.00 | $15,000.00 | $45,000.00 | $45,000.00 | $45,000.00 |
| Mercer Global | 401k Consulting | $20,619.37 | $6,873.12 | $20,619.37 | $20,619.37 | $20,619.37 |
| Mgroup Strategies | Political Consultant | $39,339.93 | $13,113.31 | $39,339.93 | $39,339.93 | $39,339.93 |
| Mignon McGarry | Political Consultant | $28,500.00 | $9,500.00 | $28,500.00 | $28,500.00 | $28,500.00 |
| Mike Kelly | Political Consultant | $23,332.00 | $7,777.33 | $23,332.00 | $23,332.00 | $23,332.00 |
| Miller & Chevalier Chartered | Federal Income Tax and Benefits Legal Advice | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Norton Rose Fulbright | Legal Counsel for Gross Receipts Tax Matters | $871.88 | $290.63 | $871.88 | $871.88 | $871.88 |
| O'Neill, Athy & Casey PC | Consulting Services | $22,500.00 | $7,500.00 | $22,500.00 | $22,500.00 | $22,500.00 |
| Perry Street Communications LLC | Financial communications | $76,932.13 | $25,644.04 | $76,932.13 | $76,932.13 | $76,932.13 |
| Phenix & Crump, PLLC | Local Counsel in Partition Actions | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Phil Gamble | Political Consultant | $30,566.20 | $10,188.73 | $30,566.20 | $30,566.20 | $30,566.20 |
| Philips & Meachum Public Affairs | Political Consultant | $43,500.00 | $14,500.00 | $43,500.00 | $43,500.00 | $43,500.00 |
| Pillsbury Winthrop Shaw Pittman | Litigation - General | $12,214.00 | $4,071.33 | $12,214.00 | $12,214.00 | $12,214.00 |
| Polan Culley Advocacy Group | Political Consultant | $36,000.00 | $12,000.00 | $36,000.00 | $36,000.00 | $36,000.00 |
| Public Strategies Inc | Consulting Services | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| R. H. Sweeney Associates | Leadership Development & Recruiting | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Ordinary Course Professional Quarterly Statement of Payments

|  |  | For the Postpetition Period of July 01, 2014 to September 30, 2014 | | | Aggregate Postpetition Payments Through September 30, 2014 | |
|---|---|---|---|---|---|---|
| OCP | Service Description | Compensation for Services [1] | Average Monthly Compensation | Total Payments | Compensation for Services [1] | Total Payments |
| Reed Smith | Litigation - General | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Rissing Strategic | External Federal Lobbyist | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Robert Half Finance & Accounting | Tax Consulting | $31,720.00 | $10,573.33 | $31,720.00 | $31,720.00 | $31,720.00 |
| Ryan LLC | Tax abatement/reduction strategies for new | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Ryan Mackinnon Vasapoli & Berzok | Consulting Services | $76,419.25 | $25,473.08 | $76,419.25 | $76,419.25 | $76,419.25 |
| SAK Consulting, LLC | Tax Consulting | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Scheef & Stone LLP | Bankruptcy Advice | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| SHL US Inc. | Recruiting | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Simpson Thacher & Bartlett LLP | Corporate and Financing Advice | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Slover & Loftus | Transportation Advice | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Stroz Friedberg LLC | IT and Data Security Advisor | $12,108.86 | $4,036.29 | $12,108.86 | $12,108.86 | $12,108.86 |
| Susman Godfrey LLP | Litigation - General | $4,235.60 | $1,411.87 | $4,235.60 | $4,235.60 | $4,235.60 |
| Sutherland Asbill & Brennan LLP | Regulatory Advice | $27,000.00 | $9,000.00 | $27,000.00 | $27,000.00 | $27,000.00 |
| Swetman Baxter Massenburg LLC | Litigation - Asbestos | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Talley & Associates | Consulting Services | $30,000.00 | $10,000.00 | $30,000.00 | $30,000.00 | $30,000.00 |
| The Beshear Group, Inc. | Public Relations and Community Affairs | $21,871.84 | $7,290.61 | $21,871.84 | $21,871.84 | $21,871.84 |
| The EOP Group | Consulting Services | $45,000.00 | $15,000.00 | $45,000.00 | $45,000.00 | $45,000.00 |
| The Schlueter Group | Political Consultant | $30,000.00 | $10,000.00 | $30,000.00 | $30,000.00 | $30,000.00 |
| Thomas Long Niesen & Kennard | Regulatory Advice | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TLG Services, Inc. | Nuclear Decommissioning Study | $14,493.93 | $4,831.31 | $14,493.93 | $14,493.93 | $14,493.93 |
| Towers Watson Pennsylvania, Inc. | Compensation Advisor | $46,331.21 | $15,443.74 | $46,331.21 | $46,331.21 | $46,331.21 |
| Travis Eugene Jernigan | Political Consultant | $32,976.52 | $10,992.17 | $32,976.52 | $32,976.52 | $32,976.52 |
| Weber Shandwick | Media relations, visual comm | $6,000.00 | $2,000.00 | $6,000.00 | $6,000.00 | $6,000.00 |
| Webfilings LLC | XBRL coding, application hosting | $33,752.56 | $11,250.85 | $33,752.56 | $33,752.56 | $33,752.56 |
| Winston & Strawn LLP | Regulatory Advice |  |  |  |  |  |

1. Includes reimbursement of expenses incurred