**EXHIBIT A**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**SUMMARY OF HOURS BY PROFESSIONAL**
*FOR THE PERIOD MAY 19, 2014 TO JUNE 30, 2014*

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Cavicchi, Joseph | Senior Managing Director | $685 | 24.9 | $17,056.50 |
| Conly, Albert S | Senior Managing Director | 925 | 5.4 | 4,995.00 |
| Davido, Scott | Senior Managing Director | 800 | 59.4 | 47,520.00 |
| Diaz, Matthew | Senior Managing Director | 925 | 148.2 | 137,085.00 |
| Eisenband, Michael | Senior Managing Director | 925 | 49.0 | 45,325.00 |
| Grant, Kenneth | Senior Managing Director | 650 | 20.2 | 13,130.00 |
| Joffe, Steven | Senior Managing Director | 925 | 6.5 | 6,012.50 |
| Jones, Scott | Senior Managing Director | 950 | 8.4 | 7,980.00 |
| Scruton, Andrew | Senior Managing Director | 925 | 84.5 | 78,162.50 |
| Simms, Steven | Senior Managing Director | 925 | 108.5 | 100,362.50 |
| Star, Samuel | Senior Managing Director | 925 | 0.5 | 462.50 |
| Tranen, Jeffrey | Senior Managing Director | 725 | 61.5 | 44,587.50 |
| Cordasco, Michael | Managing Director | 765 | 154.0 | 117,810.00 |
| Park, Ji Yon | Managing Director | 735 | 143.4 | 105,399.00 |
| Arsenault, Ronald | Senior Director | 515 | 94.8 | 48,822.00 |
| Hogan, William | Economic Consultant | 1,000 | 1.0 | 1,000.00 |
| Pike, Jonathan | Director | 320 | 22.5 | 7,200.00 |
| Celli, Nicholas | Senior Consultant | 480 | 70.7 | 33,936.00 |
| Goad, David | Senior Consultant | 550 | 135.5 | 74,525.00 |
| Johnson, Tessa | Senior Consultant | 360 | 35.0 | 12,600.00 |
| Nolan, Andrew | Senior Consultant | 430 | 26.9 | 11,567.00 |
| Rauch, Adam | Senior Consultant | 550 | 99.8 | 54,890.00 |
| Friedrich, Steven | Consultant | 335 | 145.9 | 48,876.50 |
| Mond, Allison | Consultant | 325 | 26.1 | 8,482.50 |
| Rothschild, Eric | Consultant | 335 | 4.6 | 1,541.00 |
| Tracy, Alexander | Consultant | 385 | 88.0 | 33,880.00 |
| Hellmund-Mora, Marili | Associate | 250 | 125.9 | 31,475.00 |
| Jones, Rebekah | Associate | 305 | 2.4 | 732.00 |
| Moore, Teresa | Associate | 225 | 29.3 | 6,592.50 |

**EXHIBIT A**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**SUMMARY OF HOURS BY PROFESSIONAL**
*FOR THE PERIOD MAY 19, 2014 TO JUNE 30, 2014*

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---:|---:|---:|
| Cheng, Earnestiena | Summer Associate | 175 | 41.7 | 7,297.50 |
| Gittelman, Jeremy | Summer Associate | 175 | 185.5 | 32,462.50 |
| | **SUBTOTAL** | | **2,010.0** | **$1,141,767.50** |
| | Less: 50% discount for non-working travel time | | | (22,351.75) |
| | **GRAND TOTAL** | | **2,010.0** | **$1,119,415.75** |

**EXHIBIT B**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**SUMMARY OF HOURS BY TASK**
*FOR THE PERIOD MAY 19, 2014 TO JUNE 30, 2014*

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---:|---:|
| 1 | Current Operating Results & Events | 133.2 | $78,397.50 |
| 2 | Cash & Liquidity Analysis | 6.0 | 4,583.00 |
| 3 | Financing Matters (DIP, Exit, Other) | 55.7 | 43,016.50 |
| 4 | Trade Vendor Issues | 7.5 | 5,384.50 |
| 5 | Real Estate Issues | 9.6 | 5,946.00 |
| 7 | Analysis of Business Plan | 506.9 | 305,064.50 |
| 9 | Analysis of Employee Compensation Programs | 138.1 | 72,934.00 |
| 10 | Analysis of Tax Issues | 11.0 | 9,736.00 |
| 11 | Prepare for and Attendance at Court Hearings | 26.8 | 23,590.00 |
| 12 | Analysis of SOFAs & SOALs | 3.3 | 1,584.50 |
| 13 | Analysis of Other Miscellaneous Motions | 98.5 | 62,713.50 |
| 15 | Analysis of Interco. Claims, Related Party Transactions | 337.5 | 188,902.00 |
| 16 | POR & DS - Analysis, Negotiation and Formulation | 8.6 | 6,073.50 |
| 18 | Investigations of Select Legacy Transactions | 237.0 | 129,455.00 |
| 19 | Case Management | 21.5 | 17,088.50 |
| 20 | General Meeting with Debtor & Debtors' Professionals | 11.2 | 10,172.50 |
| 21 | General Meetings with Committee & Committee Counsel | 55.6 | 50,364.50 |
| 22 | Meetings with Other Parties | 8.6 | 7,955.00 |
| 23 | Firm Retention | 263.2 | 69,935.50 |
| 24 | Preparation of Fee Application | 8.9 | 2,225.00 |
| 25 | Non Working Travel time | 59.2 | 44,703.50 |
| 28 | First Lien Investigation | 2.1 | 1,942.50 |
| | **SUBTOTAL** | **2,010.0** | **$1,141,767.50** |
| | Less: 50% discount for non-working travel time | | (22,351.75) |
| | **GRAND TOTAL** | **2,010.0** | **$1,119,415.75** |

**EXHIBIT C**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**SUMMARY OF EXPENSES**
*FOR THE PERIOD MAY 19, 2014 TO JUNE 30, 2014*

| **Expense Type** | **Amount** |
|---|---:|
| Airfare | $12,028.73 |
| Business Meals | 1,195.42 |
| Lodging | 3,823.98 |
| Ground Transportation | 2,660.23 |
| Other | 519.51 |
| **Total** | **$20,227.87** |

**EXHIBIT D**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**EXPENSE DETAIL**
*FOR THE PERIOD MAY 19, 2014 TO JUNE 30, 2014*

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 06/09/14 | Davido, Scott | Airfare | Roundtrip coach airfare - Salt Lake City, UT/New York, NY/Houston, TX, (06/08/2014 - 06/09/2014). | $850.00 |
| 06/10/14 | Tranen, Jeffrey | Airfare | Roundtrip coach airfare - New York, NY/DFW, TX (06/10/2014). | 1,582.00 |
| 06/18/14 | Diaz, Matthew | Airfare | One-way coach airfare - Philadelphia, PA/DFW, TX (06/18/2014). | 491.47 |
| 06/18/14 | Park, Ji Yon | Airfare | One-way coach airfare - New York City, NY/DFW, TX (06/18/2014). | 678.03 |
| 06/19/14 | Diaz, Matthew | Airfare | One-way coach airfare - DFW, TX/New York City, NY (06/19/2014). | 924.64 |
| 06/19/14 | Park, Ji Yon | Airfare | One-way coach airfare - DFW, TX/New York City, NY (06/19/2014). | 857.64 |
| 06/19/14 | Simms, Steven | Airfare | One-way coach airfare New York, NY/DFW (6/18/2014). | 646.03 |
| 06/19/14 | Simms, Steven | Airfare | One-way coach airfare DFW, TX/New York, NY (06/19/2014). | 825.64 |
| 06/22/14 | Davido, Scott | Airfare | One-way coach airfare - St. Paul, MN/DFW, TX (06/22/2014). | 625.76 |
| 06/23/14 | Arsenault, Ronald | Airfare | Roundtrip coach airfare Boston, MA/DFW (06/22/2014 - 06/23/2014). | 942.00 |
| 06/23/14 | Cordasco, Michael | Airfare | Roundtrip coach airfare - Newark, NJ/DFW, TX (06/22/2014 - 06/23/2014). Fare reduced to coach (coach fare not available at time of booking). | 1,582.00 |
| 06/23/14 | Grant, Kenneth | Airfare | Roundtrip coach airfare - Boston, MA/DFW, TX (06/22/2014 - 06/23/2014). | 1,378.00 |
| 06/26/14 | Arsenault, Ronald | Airfare | One-way coach airfare Boston, MA/New York, NY (06/26/2014). | 645.52 |
| | | **Airfare Total** | | **$12,028.73** |
| 05/22/14 | Diaz, Matthew | Business Meals | Overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. | 20.00 |
| 05/23/14 | Diaz, Matthew | Business Meals | Overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. | 20.00 |
| 05/24/14 | Diaz, Matthew | Business Meals | Overtime meal/breakfast for self incurred as a result of having to work over the weekend. | 8.00 |
| 05/24/14 | Diaz, Matthew | Business Meals | Overtime meal/dinner for self incurred as a result of having to work over the weekend. | 20.00 |
| 05/27/14 | Diaz, Matthew | Business Meals | Overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. | 20.00 |
| 05/27/14 | Goad, David | Business Meals | Overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. | 17.01 |
| 05/28/14 | Diaz, Matthew | Business Meals | Overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. | 20.00 |
| 05/28/14 | Rauch, Adam | Business Meals | Overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. | 20.00 |
| 06/02/14 | Friedrich, Steven | Business Meals | Overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. | 20.00 |
| 06/02/14 | Park, Ji Yon | Business Meals | Overtime meal/lunch for self incurred as a result of having to work past 8:00 p.m. | 20.00 |
| 06/02/14 | Park, Ji Yon | Business Meals | Overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. | 20.00 |
| 06/03/14 | Friedrich, Steven | Business Meals | Overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. | 20.00 |

**EXHIBIT D**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**EXPENSE DETAIL**
*FOR THE PERIOD MAY 19, 2014 TO JUNE 30, 2014*

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 06/04/14 | Friedrich, Steven | Business Meals | Overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. | 14.68 |
| 06/05/14 | Diaz, Matthew | Business Meals | Overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. | 20.00 |
| 06/08/14 | Davido, Scott | Business Meals | Out of town lunch for self. | 14.68 |
| 06/08/14 | Davido, Scott | Business Meals | Out of town dinner for self. | 27.69 |
| 06/08/14 | Diaz, Matthew | Business Meals | Overtime meal/dinner for self incurred as a result of having to work over the weekend. | 20.00 |
| 06/08/14 | Friedrich, Steven | Business Meals | Overtime meal/dinner for self incurred as a result of having to work over the weekend. | 20.00 |
| 06/09/14 | Davido, Scott | Business Meals | Out of town lunch for self. | 40.00 |
| 06/09/14 | Davido, Scott | Business Meals | Out of town breakfast for self. | 20.14 |
| 06/15/14 | Diaz, Matthew | Business Meals | Overtime meal/dinner for self incurred as a result of having to work over the weekend. | 20.00 |
| 06/15/14 | Friedrich, Steven | Business Meals | Overtime meal/dinner for self incurred as a result of having to work over the weekend. | 20.00 |
| 06/18/14 | Diaz, Matthew | Business Meals | Out of town lunch for self. | 23.00 |
| 06/18/14 | Park, Ji Yon | Business Meals | Out of town lunch for self. | 9.99 |
| 06/18/14 | Tracy, Alexander | Business Meals | Overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. | 20.00 |
| 06/19/14 | Diaz, Matthew | Business Meals | Out of town breakfast for self. | 25.05 |
| 06/19/14 | Diaz, Matthew | Business Meals | Out of town lunch for self. | 22.00 |
| 06/19/14 | Park, Ji Yon | Business Meals | Out of town breakfast for self. | 19.92 |
| 06/19/14 | Simms, Steven | Business Meals | Out of town meal/dinner for self with M. Diaz and J Yon Park (all FTI). | 120.00 |
| 06/19/14 | Simms, Steven | Business Meals | Out of town meal/breakfast for self. | 8.50 |
| 06/19/14 | Simms, Steven | Business Meals | Out of town meal/lunch for self. | 21.50 |
| 06/22/14 | Cordasco, Michael | Business Meals | Out of town dinner for self. | 18.25 |
| 06/22/14 | Davido, Scott | Business Meals | Out of town lunch for self. | 12.17 |
| 06/22/14 | Davido, Scott | Business Meals | Out of town dinner for self. | 40.00 |
| 06/22/14 | Grant, Kenneth | Business Meals | Out of town dinner for self. | 28.42 |
| 06/23/14 | Cordasco, Michael | Business Meals | Out of town dinner for self, R. Arsenault (FTI) and K. Grant (FTI). | 120.00 |
| 06/23/14 | Cordasco, Michael | Business Meals | Out of town breakfast for self | 9.25 |
| 06/23/14 | Davido, Scott | Business Meals | Out of town breakfast for self. | 40.00 |

**EXHIBIT D**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**EXPENSE DETAIL**
*FOR THE PERIOD MAY 19, 2014 TO JUNE 30, 2014*

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 06/23/14 | Davido, Scott | Business Meals | Out of town lunch for self. | 9.62 |
| 06/23/14 | Friedrich, Steven | Business Meals | Overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. | 20.00 |
| 06/23/14 | Goad, David | Business Meals | Overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. | 17.01 |
| 06/23/14 | Tracy, Alexander | Business Meals | Overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. | 20.00 |
| 06/24/14 | Davido, Scott | Business Meals | Out of town lunch for self. | 23.32 |
| 06/25/14 | Davido, Scott | Business Meals | Out of town breakfast for self. | 40.00 |
| 06/25/14 | Davido, Scott | Business Meals | Out of town lunch for self. | 9.22 |
| 06/25/14 | Tracy, Alexander | Business Meals | Overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. | 20.00 |
| 06/29/14 | Park, Ji Yon | Business Meals | Overtime meal/dinner for self incurred as a result of having to work over the weekend. | 20.00 |
| 06/30/14 | Cordasco, Michael | Business Meals | Out of town dinner for self. | 36.00 |
|  |  | **Business Meals Total** |  | **$1,195.42** |
| 05/19/14 | Diaz, Matthew | Ground Transportation | Taxi - FTI New York office to residence (overtime) as a result of having to work past 8:00 p.m. | 8.00 |
| 05/20/14 | Friedrich, Steven | Ground Transportation | Taxi - FTI New York office to residence (overtime) as a result of having to work past 8:00 p.m. | 9.50 |
| 05/22/14 | Diaz, Matthew | Ground Transportation | Taxi - FTI New York office to residence (overtime) as a result of having to work past 8:00 p.m. | 21.60 |
| 05/23/14 | Cordasco, Michael | Ground Transportation | Taxi - FTI New York office to residence (overtime) as a result of having to work past 8:00 p.m. | 129.15 |
| 05/23/14 | Diaz, Matthew | Ground Transportation | Taxi - FTI New York office to residence (overtime) as a result of having to work past 8:00 p.m. | 9.00 |
| 05/24/14 | Diaz, Matthew | Ground Transportation | Taxi - FTI New York office to residence (overtime) as a result of having to work over the weekend. | 10.00 |
| 05/25/14 | Diaz, Matthew | Ground Transportation | Taxi - FTI New York office to residence (overtime) as a result of having to work past 8:00 p.m. | 9.00 |
| 05/27/14 | Diaz, Matthew | Ground Transportation | Taxi - FTI New York office to residence (overtime) as a result of having to work past 8:00 p.m. | 9.00 |
| 05/28/14 | Friedrich, Steven | Ground Transportation | Taxi - FTI New York office to residence (overtime) as a result of having to work past 8:00 p.m. | 9.50 |
| 05/28/14 | Park, Ji Yon | Ground Transportation | Taxi - FTI New York office to residence (overtime) as a result of having to work past 8:00 p.m. | 24.50 |
| 06/02/14 | Friedrich, Steven | Ground Transportation | Taxi - FTI New York office to residence (overtime) as a result of having to work past 8:00 p.m. | 10.70 |
| 06/02/14 | Park, Ji Yon | Ground Transportation | Taxi - FTI New York office to residence (overtime) as a result of having to work past 8:00 p.m. | 29.40 |
| 06/02/14 | Scruton, Andrew | Ground Transportation | Taxi - FTI New York office to New York lawyers meeting. | 8.90 |
| 06/03/14 | Friedrich, Steven | Ground Transportation | Taxi - FTI New York office to residence (overtime) as a result of having to work past 8:00 p.m. | 12.50 |
| 06/03/14 | Park, Ji Yon | Ground Transportation | Taxi - FTI New York office to residence (overtime) as a result of having to work past 8:00 p.m. | 28.80 |

**EXHIBIT D**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**EXPENSE DETAIL**
*FOR THE PERIOD MAY 19, 2014 TO JUNE 30, 2014*

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 06/05/14 | Diaz, Matthew | Ground Transportation | Taxi - FTI New York office to residence (overtime) as a result of having to work past 8:00 p.m. | 10.00 |
| 06/08/14 | Davido, Scott | Ground Transportation | Car Service - New York, NY airport to hotel. | 129.53 |
| 06/08/14 | Davido, Scott | Ground Transportation | Rental car in residence (Salt Lake) to Utah airport (06/08/14); in lieu of Taxi. | 104.00 |
| 06/09/14 | Davido, Scott | Ground Transportation | Taxi - hotel to Lazard (Blue Mountain) office. | 12.00 |
| 06/09/14 | Davido, Scott | Ground Transportation | Taxi - Lazard (Blue Mountain) office to hotel. | 12.00 |
| 06/17/14 | Arsenault, Ronald | Ground Transportation | Mileage - residence to/from Boston, MA airport (44 miles @ 56.0¢ per mile). | 24.64 |
| 06/17/14 | Arsenault, Ronald | Ground Transportation | Tolls for travel to/from Boston, MA airport. | 10.00 |
| 06/18/14 | Diaz, Matthew | Ground Transportation | Taxi - DFW airport to hotel. | 80.00 |
| 06/18/14 | Diaz, Matthew | Ground Transportation | Taxi - residence to Philadelphia, PA airport. | 100.00 |
| 06/18/14 | Park, Ji Yon | Ground Transportation | Taxi - FTI New York office to New York, NY airport. | 41.70 |
| 06/18/14 | Park, Ji Yon | Ground Transportation | Car Service - DFW airport, TX to hotel. | 75.00 |
| 06/18/14 | Simms, Steven | Ground Transportation | Car Service - residence to New York, NY airport. | 97.56 |
| 06/18/14 | Tracy, Alexander | Ground Transportation | Taxi - FTI New York office to residence (overtime) as a result of having to work past 8:00 p.m. | 20.50 |
| 06/19/14 | Diaz, Matthew | Ground Transportation | Taxi - New York, NY airport to residence. | 37.33 |
| 06/19/14 | Park, Ji Yon | Ground Transportation | Taxi - New York, NY airport to residence. | 37.80 |
| 06/19/14 | Park, Ji Yon | Ground Transportation | Car Service - EFH office to DFW Airport, TX. | 75.00 |
| 06/19/14 | Simms, Steven | Ground Transportation | Car Service - New York, NY to residence. | 99.75 |
| 06/22/14 | Cordasco, Michael | Ground Transportation | Car Service - residence to Newark, NJ airport. | 93.00 |
| 06/22/14 | Cordasco, Michael | Ground Transportation | Taxi - DFW airport to hotel. | 77.00 |
| 06/22/14 | Davido, Scott | Ground Transportation | Taxi - residence to Houston, TX airport. | 24.50 |
| 06/22/14 | Davido, Scott | Ground Transportation | Taxi - DFW airport to hotel. | 57.00 |
| 06/22/14 | Grant, Kenneth | Ground Transportation | Taxi - DFW airport to hotel. | 53.70 |
| 06/23/14 | Arsenault, Ronald | Ground Transportation | Parking at Boston, MA airport. | 54.00 |
| 06/23/14 | Cordasco, Michael | Ground Transportation | Car Service - Newark, NJ airport to residence. | 105.20 |
| 06/23/14 | Cordasco, Michael | Ground Transportation | Taxi - hotel to EFH offices. | 22.00 |
| 06/23/14 | Davido, Scott | Ground Transportation | Taxi - hotel to EFH office. | 10.00 |

**EXHIBIT D**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**EXPENSE DETAIL**
*FOR THE PERIOD MAY 19, 2014 TO JUNE 30, 2014*

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 06/23/14 | Davido, Scott | Ground Transportation | Car Service - hotel to DFW airport. | 113.20 |
| 06/23/14 | Grant, Kenneth | Ground Transportation | Parking Boston Logan airport; 2 days. | 54.00 |
| 06/23/14 | Tracy, Alexander | Ground Transportation | Taxi - FTI New York office to residence (overtime) as a result of having to work past 8:00 p.m. | 19.50 |
| 06/24/14 | Davido, Scott | Ground Transportation | Car Service - New York, NY airport to hotel. | 128.64 |
| 06/24/14 | Simms, Steven | Ground Transportation | Taxi - FTI New York office to residence (overtime) as a result of having to work past 8:00 p.m. | 134.20 |
| 06/25/14 | Davido, Scott | Ground Transportation | Car Service - hotel to New York, NY airport. | 97.46 |
| 06/25/14 | Park, Ji Yon | Ground Transportation | Taxi - FTI New York office to residence (overtime) as a result of having to work past 8:00 p.m. | 9.60 |
| 06/25/14 | Tracy, Alexander | Ground Transportation | Taxi - FTI New York office to residence (overtime) as a result of having to work past 8:00 p.m. | 21.00 |
| 06/26/14 | Park, Ji Yon | Ground Transportation | Taxi - FTI New York office to residence (overtime) as a result of having to work past 8:00 p.m. | 11.30 |
| 06/30/14 | Cordasco, Michael | Ground Transportation | Mileage - residence to/from Newark train station (72 miles @ 56.0¢ per mile). | 40.32 |
| 06/30/14 | Cordasco, Michael | Ground Transportation | One-way rail coach service to Newark, NJ/Wilmington, DE (06/30/2014). | 174.00 |
| 06/30/14 | Cordasco, Michael | Ground Transportation | Taxi - roundtrip Wilmington train station to Bankruptcy Court. | 21.25 |
| 06/30/14 | Cordasco, Michael | Ground Transportation | Parking at Newark train station; 2 days. | 43.00 |
| | | **Ground Transportation Total** | | **$2,660.23** |
| 06/09/14 | Davido, Scott | Lodging | Lodging in New York, NY - 1 night (06/08/2014 - 06/09/2014). | 306.03 |
| 06/19/14 | Diaz, Matthew | Lodging | Lodging in Dallas, TX - 1 night (06/18/2014 - 06/19/2014). | 310.05 |
| 06/19/14 | Park, Ji Yon | Lodging | Lodging in Dallas, TX - 1 night (06/18/2014 - 06/19/2014). | 310.05 |
| 06/19/14 | Simms, Steven | Lodging | Lodging in Dallas, TX - 1 night (06/18/2014 - 06/19/2014). | 356.15 |
| 06/22/14 | Cordasco, Michael | Lodging | Lodging in Dallas, TX - 1 night (06/22/2014 - 06/23/2014). | 308.47 |
| 06/23/14 | Davido, Scott | Lodging | Lodging in Dallas, TX - 1 night (06/22/2014 - 06/23/2014). | 289.02 |
| 06/23/14 | Grant, Kenneth | Lodging | Lodging in Dallas, TX - 1 night (06/22/2014 - 06/23/2014). | 298.52 |
| 06/24/14 | Arsenault, Ronald | Lodging | Lodging in Dallas, TX - 1 night (06/22/2014 - 06/23/2014). | 289.02 |
| 06/25/14 | Davido, Scott | Lodging | Lodging in New York City, NY - 1 night (06/24/2014 - 06/25/2014). | 917.77 |
| 06/30/14 | Cordasco, Michael | Lodging | Lodging in Dallas, TX - 1 night (06/30/2014 - 07/01/2014). | 438.90 |
| | | **Lodging Total** | | **$3,823.98** |
| 06/01/14 | Friedrich, Steven | Other | Factiva daily news updates provided to FTI team; monthly bill. | 232.91 |

**EXHIBIT D**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**EXPENSE DETAIL**
*FOR THE PERIOD MAY 19, 2014 TO JUNE 30, 2014*

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 06/08/14 | Davido, Scott | Other | Internet services while traveling. | 20.95 |
| 06/18/14 | Diaz, Matthew | Other | Internet services while traveling. | 20.95 |
| 06/18/14 | Simms, Steven | Other | Internet services while traveling. | 15.95 |
| 06/19/14 | Diaz, Matthew | Other | Internet services while traveling. | 22.68 |
| 06/19/14 | Park, Ji Yon | Other | Internet services while traveling. | 9.95 |
| 06/19/14 | Simms, Steven | Other | Internet services while traveling. | 17.27 |
| 06/22/14 | Davido, Scott | Other | Internet services while traveling. | 18.95 |
| 06/30/14 | Bellazain-Harris, Sheba | Other | Pacer Service Center PACER Online Research Used for engagement. | 159.90 |
| | | **Other Total** | | **$519.51** |
| | | **Grand Total** | | **$20,227.87** |