**EXHIBIT A**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**SUMMARY OF HOURS BY PROFESSIONAL**
*FOR THE PERIOD JULY 1, 2014 TO JULY 31, 2014*

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Cavicchi, Joseph | Senior Managing Director | $685 | 32.2 | $22,057.00 |
| Conly, Albert S | Senior Managing Director | 925 | 2.2 | 2,035.00 |
| Davido, Scott | Senior Managing Director | 800 | 2.3 | 1,840.00 |
| Diaz, Matthew | Senior Managing Director | 925 | 131.0 | 121,175.00 |
| Eisenband, Michael | Senior Managing Director | 925 | 18.2 | 16,835.00 |
| Grant, Kenneth | Senior Managing Director | 650 | 10.9 | 7,085.00 |
| Joffe, Steven | Senior Managing Director | 925 | 16.5 | 15,262.50 |
| Jones, Scott | Senior Managing Director | 950 | 9.9 | 9,405.00 |
| Scruton, Andrew | Senior Managing Director | 925 | 58.6 | 54,205.00 |
| Simms, Steven | Senior Managing Director | 925 | 45.2 | 41,810.00 |
| Tranen, Jeffrey | Senior Managing Director | 725 | 26.3 | 19,067.50 |
| Cordasco, Michael | Managing Director | 765 | 95.2 | 72,828.00 |
| Park, Ji Yon | Managing Director | 735 | 151.2 | 111,132.00 |
| Arsenault, Ronald | Senior Director | 515 | 116.1 | 59,791.50 |
| Celli, Nicholas | Senior Consultant | 480 | 81.2 | 38,976.00 |
| Goad, David | Senior Consultant | 550 | 74.0 | 40,700.00 |
| Nolan, Andrew | Senior Consultant | 430 | 4.6 | 1,978.00 |
| Rauch, Adam | Senior Consultant | 550 | 159.9 | 87,945.00 |
| Friedrich, Steven | Consultant | 335 | 110.5 | 37,017.50 |
| Mond, Allison | Consultant | 325 | 77.2 | 25,090.00 |
| Tracy, Alexander | Consultant | 385 | 165.2 | 63,602.00 |
| Hellmund-Mora, Marili | Associate | 250 | 21.2 | 5,300.00 |
| Jones, Rebekah | Associate | 305 | 0.5 | 152.50 |
| Marion, Bethany | Associate | 175 | 2.0 | 350.00 |
| Moore, Teresa | Associate | 225 | 16.7 | 3,757.50 |
| Cheng, Earnestiena | Summer Associate | 175 | 20.4 | 3,570.00 |
| Gittelman, Jeremy | Summer Associate | 175 | 197.3 | 34,527.50 |
| Rosen, Aaron | Summer Associate | 175 | 59.0 | 10,325.00 |
| Sadler, Eric | Summer Associate | 175 | 15.4 | 2,695.00 |

**EXHIBIT A**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**SUMMARY OF HOURS BY PROFESSIONAL**
*FOR THE PERIOD JULY 1, 2014 TO JULY 31, 2014*

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---:|---:|---:|
| Visconti, Charles | Summer Associate | 175 | 3.0 | 525.00 |
| | **SUBTOTAL** | | **1,723.9** | **$911,039.50** |
| | Less: 50% discount for non-working travel time | | | (191.25) |
| | **GRAND TOTAL** | | **1,723.9** | **$910,848.25** |

**EXHIBIT B**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**SUMMARY OF HOURS BY TASK**
*FOR THE PERIOD JULY 1, 2014 TO JULY 31, 2014*

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 1 | Current Operating Results & Events | 29.6 | $19,600.00 |
| 2 | Cash & Liquidity Analysis | 8.6 | 4,541.50 |
| 3 | Financing Matters (DIP, Exit, Other) | 2.8 | 2,590.00 |
| 4 | Trade Vendor Issues | 0.6 | 555.00 |
| 6 | Asset Sales | 7.4 | 4,996.00 |
| 7 | Analysis of Business Plan | 217.5 | 116,052.50 |
| 9 | Analysis of Employee Compensation Programs | 79.1 | 55,530.00 |
| 10 | Analysis of Tax Issues | 34.6 | 23,838.50 |
| 11 | Prepare for and Attendance at Court Hearings | 18.2 | 15,715.00 |
| 12 | Analysis of SOFAs & SOALs | 373.3 | 183,724.00 |
| 13 | Analysis of Other Miscellaneous Motions | 70.7 | 48,708.50 |
| 15 | Analysis of Interco. Claims, Related Party Transactions | 321.1 | 130,171.50 |
| 16 | POR & DS - Analysis, Negotiation and Formulation | 5.9 | 5,409.50 |
| 18 | Investigations of Select Legacy Transactions | 305.6 | 161,034.50 |
| 19 | Case Management | 1.2 | 932.00 |
| 21 | General Meetings with Committee & Committee Counsel | 37.3 | 32,731.00 |
| 23 | Firm Retention and Fee Application | 4.9 | 1,630.00 |
| 24 | Preparation of Fee Application | 33.8 | 8,092.50 |
| 25 | Non Working Travel time | 0.5 | 382.50 |
| 28 | First Lien Investigation | 171.2 | 94,805.00 |
| | **SUBTOTAL** | **1,723.9** | **$911,039.50** |
| | Less: 50% discount for non-working travel time | | (191.25) |
| | **GRAND TOTAL** | **1,723.9** | **$910,848.25** |

**EXHIBIT C**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**SUMMARY OF EXPENSES**
*FOR THE PERIOD JULY 1, 2014 TO JULY 31, 2014*

| **Expense Type** | **Amount** |
|---|---:|
| Business Meals | $621.03 |
| Ground Transportation | 905.40 |
| Other | 49,212.26 |
| **Total** | **$50,738.69** |

**EXHIBIT D**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**EXPENSE DETAIL**
*FOR THE PERIOD JULY 1, 2014 TO JULY 31, 2014*

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 07/07/14 | Friedrich, Steven | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. | $20.00 |
| 07/07/14 | Tracy, Alexander | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. | 20.00 |
| 07/08/14 | Friedrich, Steven | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. | 20.00 |
| 07/08/14 | Tracy, Alexander | Business Meals | In-office overtime meal/dinner for self with A. Rauch (FTI), J. Park (FTI) incurred as a result of having to work past 8:00 p.m. | 60.00 |
| 07/09/14 | Friedrich, Steven | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. | 20.00 |
| 07/09/14 | Tracy, Alexander | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. | 20.00 |
| 07/10/14 | Friedrich, Steven | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. | 20.00 |
| 07/14/14 | Friedrich, Steven | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. | 20.00 |
| 07/15/14 | Tracy, Alexander | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. | 20.00 |
| 07/16/14 | Friedrich, Steven | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. | 20.00 |
| 07/16/14 | Tracy, Alexander | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. | 20.00 |
| 07/17/14 | Diaz, Matthew | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. | 20.00 |
| 07/17/14 | Park, Ji Yon | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work over the weekend. | 20.00 |
| 07/17/14 | Rauch, Adam | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. | 20.00 |
| 07/18/14 | Park, Ji Yon | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work over the weekend. | 20.00 |
| 07/18/14 | Tracy, Alexander | Business Meals | In-office overtime meal/dinner for self with A. Rauch (FTI) incurred as a result of having to work past 8:00 p.m. | 40.00 |
| 07/20/14 | Diaz, Matthew | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work over the weekend. | 20.00 |
| 07/21/14 | Friedrich, Steven | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. | 20.00 |
| 07/21/14 | Goad, David | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. | 15.99 |
| 07/22/14 | Diaz, Matthew | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. | 20.00 |
| 07/22/14 | Goad, David | Business Meals | In-office overtime meal/dinner for self with J. Gittleman (FTI) incurred as a result of having to work past 8:00 p.m. | 17.96 |
| 07/22/14 | Park, Ji Yon | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. | 20.00 |
| 07/24/14 | Diaz, Matthew | Business Meals | In-office overtime meal/lunch for self with J. Park (FTI), A. Scruton (FTI) and S. Simms (FTI) incurred as a result of having to work past 8:00 p.m. | 20.00 |
| 07/29/14 | Friedrich, Steven | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. | 20.00 |
| 07/29/14 | Park, Ji Yon | Business Meals | Overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. | 20.00 |
| 07/30/14 | Diaz, Matthew | Business Meals | In-town meal/lunch for self with J. Park (FTI) working business meal. | 27.08 |

**EXHIBIT D**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**EXPENSE DETAIL**
*FOR THE PERIOD JULY 1, 2014 TO JULY 31, 2014*

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 07/30/14 | Friedrich, Steven | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work over the weekend. | 20.00 |
| 07/31/14 | Friedrich, Steven | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. | 20.00 |
| | | **Business Meals Total** | | **$621.03** |
| 07/01/14 | Cordasco, Michael | Ground Transportation | One-way rail from Wilmington, DE/Newark, NJ (07/01/2014) for DIP hearing. | 156.00 |
| 07/07/14 | Friedrich, Steven | Ground Transportation | Taxi office to residence after working late in the office in the Energy Future Holdings matter. | 9.60 |
| 07/07/14 | Tracy, Alexander | Ground Transportation | Taxi office to residence after working late in the office in the Energy Future Holdings matter. | 22.50 |
| 07/08/14 | Friedrich, Steven | Ground Transportation | Taxi office to residence after working late in the office in the Energy Future Holdings matter. | 8.90 |
| 07/08/14 | Park, Ji Yon | Ground Transportation | Taxi office to residence after working late in the office in the Energy Future Holdings matter. | 8.40 |
| 07/08/14 | Tracy, Alexander | Ground Transportation | Taxi office to residence after working late in the office in the Energy Future Holdings matter. | 19.50 |
| 07/09/14 | Friedrich, Steven | Ground Transportation | Taxi office to residence after working late in the office in the Energy Future Holdings matter. | 11.00 |
| 07/09/14 | Park, Ji Yon | Ground Transportation | Taxi office to residence after working late in the office in the Energy Future Holdings matter. | 9.00 |
| 07/09/14 | Tracy, Alexander | Ground Transportation | Taxi office to residence after working late in the office in the Energy Future Holdings matter. | 20.50 |
| 07/14/14 | Friedrich, Steven | Ground Transportation | Taxi office to residence after working late in the office in the Energy Future Holdings matter. | 8.50 |
| 07/15/14 | Tracy, Alexander | Ground Transportation | Taxi office to residence after working late in the office in the Energy Future Holdings matter. | 20.00 |
| 07/16/14 | Friedrich, Steven | Ground Transportation | Taxi office to residence after working late in the office in the Energy Future Holdings matter. | 10.00 |
| 07/16/14 | Tracy, Alexander | Ground Transportation | Taxi office to residence after working late in the office in the Energy Future Holdings matter. | 22.50 |
| 07/17/14 | Diaz, Matthew | Ground Transportation | Taxi office to residence after working late in the office in the Energy Future Holdings matter. | 9.00 |
| 07/17/14 | Park, Ji Yon | Ground Transportation | Taxi office to residence after working late in the office in the Energy Future Holdings matter. | 8.30 |
| 07/17/14 | Tracy, Alexander | Ground Transportation | Taxi office to residence after working late in the office in the Energy Future Holdings matter. | 23.00 |
| 07/18/14 | Park, Ji Yon | Ground Transportation | Taxi office to residence after working late in the office in the Energy Future Holdings matter. | 8.30 |
| 07/18/14 | Tracy, Alexander | Ground Transportation | Taxi office to residence after working late in the office in the Energy Future Holdings matter. | 21.00 |
| 07/20/14 | Diaz, Matthew | Ground Transportation | Taxi office to residence after working late in the office in the Energy Future Holdings matter. | 8.00 |
| 07/21/14 | Diaz, Matthew | Ground Transportation | Taxi office to residence after working late in the office in the Energy Future Holdings matter. | 8.00 |
| 07/21/14 | Friedrich, Steven | Ground Transportation | Taxi office to residence after working late in the office in the Energy Future Holdings matter. | 9.00 |
| 07/21/14 | Park, Ji Yon | Ground Transportation | Taxi office to residence after working late in the office in the Energy Future Holdings matter. | 13.20 |
| 07/22/14 | Diaz, Matthew | Ground Transportation | Taxi - FTI office to meeting at Kirkland's offices. | 15.00 |

**EXHIBIT D**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**EXPENSE DETAIL**
*FOR THE PERIOD JULY 1, 2014 TO JULY 31, 2014*

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---:|
| 07/22/14 | Diaz, Matthew | Ground Transportation | Taxi office to residence after working late in the office in the Energy Future Holdings matter. | 8.00 |
| 07/22/14 | Diaz, Matthew | Ground Transportation | Taxi - meeting Kirkland's offices to FTI office. | 20.00 |
| 07/22/14 | Goad, David | Ground Transportation | Taxi office to residence after working late in the office in the Energy Future Holdings matter. | 65.00 |
| 07/22/14 | Park, Ji Yon | Ground Transportation | Taxi office to residence after working late in the office in the Energy Future Holdings matter. | 7.20 |
| 07/23/14 | Diaz, Matthew | Ground Transportation | Taxi office to residence after working late in the office in the Energy Future Holdings matter. | 8.00 |
| 07/23/14 | Friedrich, Steven | Ground Transportation | Taxi office to residence after working late in the office in the Energy Future Holdings matter. | 10.50 |
| 07/24/14 | Park, Ji Yon | Ground Transportation | Taxi office to residence after working late in the office in the Energy Future Holdings matter. | 7.20 |
| 07/28/14 | Celli, Nicholas | Ground Transportation | Taxi office to residence after working late in the office in the Energy Future Holdings matter. | 5.90 |
| 07/29/14 | Cordasco, Michael | Ground Transportation | Taxi office to residence after working late in the office in the Energy Future Holdings matter. | 129.15 |
| 07/29/14 | Friedrich, Steven | Ground Transportation | Taxi office to residence after working late in the office in the Energy Future Holdings matter. | 9.00 |
| 07/29/14 | Park, Ji Yon | Ground Transportation | Taxi office to residence after working late in the office in the Energy Future Holdings matter. | 9.60 |
| 07/30/14 | Celli, Nicholas | Ground Transportation | Taxi office to residence after working late in the office in the Energy Future Holdings matter. | 5.90 |
| 07/30/14 | Cordasco, Michael | Ground Transportation | Taxi office to residence after working late in the office in the Energy Future Holdings matter. | 129.15 |
| 07/30/14 | Friedrich, Steven | Ground Transportation | Taxi office to residence after working late in the office in the Energy Future Holdings matter. | 9.50 |
| 07/31/14 | Celli, Nicholas | Ground Transportation | Taxi office to residence after working late in the office in the Energy Future Holdings matter. | 6.00 |
| 07/31/14 | Friedrich, Steven | Ground Transportation | Taxi office to residence after working late in the office in the Energy Future Holdings matter. | 13.50 |
| 07/31/14 | Park, Ji Yon | Ground Transportation | Taxi office to residence after working late in the office in the Energy Future Holdings matter. | 12.60 |
| | | **Ground Transportation Total** | | **$905.40** |
| 07/04/14 | Diaz, Matthew | Other | Internet services while traveling. | 14.00 |
| 07/31/14 | Simms, Steven | Other | Postage - solvency materials sent to Kenny Grant (FTI). | 48.26 |
| 07/31/14 | Cavicchi, Joseph | Other | Cambridge Energy Solutions ("CES") July invoice. [1] | 49,150.00 |
| | | **Other Total** | | **$49,212.26** |
| | | **Grand Total** | | **$50,738.69** |

**Note:**

(1) As disclosed in paragraph 6 of the Retention Order and the *Supplemental Declaration of Steven Simms in Support of Application for the Official Committee of Unsecured Creditors of Energy Future Holdings Corp., et al, for Entry of an Order Under Section 328(a) and 1103(a) of the Bankruptcy Code Authorizing the Employment and Retention of FTI Consulting, Inc. as Financial Advisor Effective May 19, 2014.*