**EXHIBIT A**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**SUMMARY OF HOURS BY PROFESSIONAL**
*FOR THE PERIOD AUGUST 1, 2014 TO AUGUST 31, 2014*

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Cavicchi, Joseph | Senior Managing Director | $685 | 63.9 | $43,771.50 |
| Conly, Albert S | Senior Managing Director | 925 | 3.1 | 2,867.50 |
| Davido, Scott | Senior Managing Director | 800 | 2.5 | 2,000.00 |
| Diaz, Matthew | Senior Managing Director | 925 | 81.6 | 75,480.00 |
| Eisenband, Michael | Senior Managing Director | 925 | 13.2 | 12,210.00 |
| Grant, Kenneth | Senior Managing Director | 650 | 120.8 | 78,520.00 |
| Joffe, Steven | Senior Managing Director | 925 | 56.4 | 52,170.00 |
| Jones, Scott | Senior Managing Director | 950 | 43.4 | 41,230.00 |
| Reishus, David | Senior Managing Director | 685 | 5.0 | 3,425.00 |
| Scruton, Andrew | Senior Managing Director | 925 | 75.0 | 69,375.00 |
| Simms, Steven | Senior Managing Director | 925 | 33.9 | 31,357.50 |
| Tranen, Jeffrey | Senior Managing Director | 725 | 58.1 | 42,122.50 |
| Brill, Glenn | Managing Director | 675 | 3.0 | 2,025.00 |
| Cordasco, Michael | Managing Director | 765 | 127.2 | 97,308.00 |
| Greenberg, Mark | Managing Director | 765 | 79.9 | 61,123.50 |
| Lemon, Andrew | Managing Director | 650 | 25.0 | 16,250.00 |
| Park, Ji Yon | Managing Director | 735 | 142.4 | 104,664.00 |
| Yozzo, John | Managing Director | 705 | 2.5 | 1,762.50 |
| Arsenault, Ronald | Senior Director | 515 | 99.0 | 50,985.00 |
| Fisher, Robert | Senior Director | 425 | 37.1 | 15,767.50 |
| Molin, David | Director | 595 | 1.0 | 595.00 |
| Celli, Nicholas | Senior Consultant | 480 | 152.7 | 73,296.00 |
| Eisler, Marshall | Senior Consultant | 480 | 93.3 | 44,784.00 |
| Goad, David | Senior Consultant | 550 | 51.8 | 28,490.00 |
| Johnson, Tessa | Senior Consultant | 395 | 24.1 | 9,519.50 |
| Rauch, Adam | Senior Consultant | 550 | 186.5 | 102,575.00 |
| Rosen, Jonathan | Senior Consultant | 390 | 33.5 | 13,065.00 |
| Zimmermann, Deborah | Senior Consultant | 710 | 1.5 | 1,065.00 |
| Brennan, Margaret | Consultant | 335 | 5.1 | 1,708.50 |

**EXHIBIT A**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**SUMMARY OF HOURS BY PROFESSIONAL**
*FOR THE PERIOD AUGUST 1, 2014 TO AUGUST 31, 2014*

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---:|---:|---:|
| Eimer, Sean | Consultant | 385 | 170.9 | 65,796.50 |
| Freeman, Andrew | Consultant | 315 | 2.8 | 882.00 |
| Friedrich, Steven | Consultant | 335 | 172.2 | 57,687.00 |
| Mond, Allison | Consultant | 325 | 96.7 | 31,427.50 |
| Rothschild, Eric | Consultant | 335 | 14.7 | 4,924.50 |
| Hellmund-Mora, Marili | Associate | 250 | 17.4 | 4,350.00 |
| Jones, Rebekah | Associate | 305 | 2.0 | 610.00 |
| Moore, Teresa | Associate | 225 | 6.0 | 1,350.00 |
| Gittelman, Jeremy | Summer Associate | 175 | 50.8 | 8,890.00 |
| Lowenstein, Jeffrey | Summer Associate | 250 | 65.6 | 16,400.00 |
| | **SUBTOTAL** | | **2,221.6** | **$1,271,830.00** |
| | Less: 50% discount for non-working travel time | | | (1,545.00) |
| | **GRAND TOTAL** | | **2,221.6** | **$1,270,285.00** |

**EXHIBIT B**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**SUMMARY OF HOURS BY TASK**
*FOR THE PERIOD AUGUST 1, 2014 TO AUGUST 31, 2014*

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---:|---:|
| 1 | Current Operating Results & Events | 71.9 | $33,798.50 |
| 5 | Real Estate Issues | 6.9 | 5,008.50 |
| 6 | Asset Sales | 3.7 | 3,289.00 |
| 7 | Analysis of Business Plan | 400.4 | 188,065.00 |
| 9 | Analysis of Employee Compensation Programs | 42.7 | 30,752.50 |
| 10 | Analysis of Tax Issues | 312.5 | 209,074.00 |
| 11 | Prepare for and Attendance at Court Hearings | 1.8 | 1,665.00 |
| 12 | Analysis of SOFAs & SOALs | 6.4 | 4,450.50 |
| 13 | Analysis of Other Miscellaneous Motions | 25.8 | 14,289.00 |
| 15 | Analysis of Interco. Claims, Related Party Transactions | 358.9 | 191,560.50 |
| 18 | Investigations of Select Legacy Transactions | 275.0 | 160,562.50 |
| 19 | Case Management | 5.1 | 4,717.50 |
| 21 | General Meetings with Committee & Committee Counsel | 28.3 | 24,833.50 |
| 22 | Meetings with Other Parties | 0.6 | 555.00 |
| 23 | Firm Retention and Fee Application | 0.3 | 277.50 |
| 24 | Preparation of Fee Application | 39.9 | 14,345.50 |
| 25 | Non Working Travel time | 6.0 | 3,090.00 |
| 28 | First Lien Investigation | 635.4 | 381,496.00 |
| | **SUBTOTAL** | **2,221.6** | **$1,271,830.00** |
| | Less: 50% discount for non-working travel time | | (1,545.00) |
| | **GRAND TOTAL** | **2,221.6** | **$1,270,285.00** |

**EXHIBIT C**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**SUMMARY OF EXPENSES**
*FOR THE PERIOD AUGUST 1, 2014 TO AUGUST 31, 2014*

| **Expense Type** | **Amount** |
|---|---:|
| Business Meals | $1,298.58 |
| Lodging | 1,409.48 |
| Ground Transportation | 1,642.16 |
| Other | 67,466.22 |
| **Total** | **$71,816.44** |

**EXHIBIT D**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**EXPENSE DETAIL**
*FOR THE PERIOD AUGUST 1, 2014 TO AUGUST 31, 2014*

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 05/20/14 | Cordasco, Michael | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. | $20.00 |
| 07/28/14 | Cordasco, Michael | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. | 19.13 |
| 07/29/14 | Celli, Nicholas | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. | 14.38 |
| 07/29/14 | Cordasco, Michael | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. | 20.00 |
| 07/30/14 | Celli, Nicholas | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to the weekend. | 16.92 |
| 07/30/14 | Cordasco, Michael | Business Meals | In-office working meal/lunch for self with R. Arsenault, S. Friedrich (both FTI) incurred as a result of having to attend a lunch meeting. | 29.40 |
| 07/31/14 | Celli, Nicholas | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. | 12.39 |
| 08/01/14 | Friedrich, Steven | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. | 17.37 |
| 08/02/14 | Celli, Nicholas | Business Meals | In-office overtime meal/lunch for self incurred as a result of having to work past 8:00 p.m. | 15.76 |
| 08/02/14 | Friedrich, Steven | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. | 20.00 |
| 08/03/14 | Friedrich, Steven | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. | 20.00 |
| 08/04/14 | Arsenault, Ronald | Business Meals | Out-of-office meal/lunch for self. | 18.50 |
| 08/04/14 | Friedrich, Steven | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. | 20.00 |
| 08/04/14 | Park, Ji Yon | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. | 20.00 |
| 08/05/14 | Arsenault, Ronald | Business Meals | Out-of-office meal/lunch for self. | 16.33 |
| 08/05/14 | Celli, Nicholas | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. | 13.87 |
| 08/05/14 | Cordasco, Michael | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. | 20.00 |
| 08/05/14 | Friedrich, Steven | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work the weekend. | 20.00 |
| 08/05/14 | Park, Ji Yon | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work the weekend. | 20.00 |
| 08/06/14 | Arsenault, Ronald | Business Meals | Out-of-office meal/breakfast for self. | 10.85 |
| 08/06/14 | Diaz, Matthew | Business Meals | In-office working meal/lunch for self with D. Goad, S. Eimer, J. Gittelman, A. Rauch, J. Park (all FTI) incurred as a result of having to work the weekend. | 68.79 |
| 08/06/14 | Park, Ji Yon | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. | 20.00 |
| 08/07/14 | Cordasco, Michael | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. | 19.50 |
| 08/07/14 | Friedrich, Steven | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. | 20.00 |
| 08/07/14 | Park, Ji Yon | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. | 20.00 |

**EXHIBIT D**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**EXPENSE DETAIL**
*FOR THE PERIOD AUGUST 1, 2014 TO AUGUST 31, 2014*

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 08/08/14 | Friedrich, Steven | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. | 20.00 |
| 08/08/14 | Park, Ji Yon | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. | 20.00 |
| 08/11/14 | Friedrich, Steven | Business Meals | In-office overtime meal/dinner for self with M. Cordasco, N. Celli and RJ Arsenault (all FTI) incurred as a result of having to work past 8:00 p.m. | 80.00 |
| 08/11/14 | Rauch, Adam | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. | 14.25 |
| 08/12/14 | Celli, Nicholas | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. | 16.92 |
| 08/12/14 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work the weekend. | 20.00 |
| 08/12/14 | Friedrich, Steven | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work the weekend. | 20.00 |
| 08/13/14 | Celli, Nicholas | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. | 15.38 |
| 08/13/14 | Cordasco, Michael | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. | 20.00 |
| 08/13/14 | Friedrich, Steven | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work the weekend. | 20.00 |
| 08/14/14 | Celli, Nicholas | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. | 19.15 |
| 08/14/14 | Cordasco, Michael | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. | 20.00 |
| 08/14/14 | Friedrich, Steven | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. | 20.00 |
| 08/15/14 | Friedrich, Steven | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. | 20.00 |
| 08/18/14 | Celli, Nicholas | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. | 18.63 |
| 08/18/14 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. | 20.00 |
| 08/18/14 | Friedrich, Steven | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. | 20.00 |
| 08/18/14 | Grant, Kenneth | Business Meals | In-office meal/lunch for self incurred as a result of having to work past 8:00 p.m. | 9.10 |
| 08/19/14 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work the weekend. | 20.00 |
| 08/19/14 | Friedrich, Steven | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work the weekend. | 20.00 |
| 08/20/14 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work the weekend. | 20.00 |
| 08/20/14 | Friedrich, Steven | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work the weekend. | 20.00 |
| 08/20/14 | Rauch, Adam | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work the weekend. | 14.25 |
| 08/21/14 | Diaz, Matthew | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. | 20.00 |
| 08/21/14 | Friedrich, Steven | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. | 20.00 |

**EXHIBIT D**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**EXPENSE DETAIL**
*FOR THE PERIOD AUGUST 1, 2014 TO AUGUST 31, 2014*

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 08/21/14 | Goad, David | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. | 8.98 |
| 08/21/14 | Rauch, Adam | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. | 14.25 |
| 08/22/14 | Friedrich, Steven | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. | 20.00 |
| 08/25/14 | Diaz, Matthew | Business Meals | In-office working meal/lunch for self with D. Goad, J. Park, S. Eimer, M. Eisler, S. Friedrich, N. Celli and M. Greenberg (all FTI) incurred as a result of having attending a lunch meeting. | 103.34 |
| 08/25/14 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. | 20.00 |
| 08/25/14 | Greenberg, Mark | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. | 18.89 |
| 08/26/14 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work the weekend. | 12.25 |
| 08/26/14 | Friedrich, Steven | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work the weekend. | 20.00 |
| 08/26/14 | Greenberg, Mark | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work the weekend. | 20.00 |
| 08/28/14 | Park, Ji Yon | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. | 20.00 |
| | | **Business Meals Total** | | **$1,298.58** |
| 08/01/14 | Celli, Nicholas | Ground Transportation | Taxi office to residence after working late in the office on the Energy Future Holdings matter. | 10.10 |
| 08/01/14 | Friedrich, Steven | Ground Transportation | Taxi office to residence after working late in the office on the Energy Future Holdings matter. | 14.00 |
| 08/02/14 | Friedrich, Steven | Ground Transportation | Taxi residence to office as a result of having to work over the weekend. | 10.00 |
| 08/02/14 | Friedrich, Steven | Ground Transportation | Taxi office to residence after working late in the office on the Energy Future Holdings matter over the weekend. | 10.00 |
| 08/03/14 | Cordasco, Michael | Ground Transportation | Taxi office to residence after working late in the office on the Energy Future Holdings matter. | 129.15 |
| 08/04/14 | Celli, Nicholas | Ground Transportation | Taxi office to residence after working late in the office on the Energy Future Holdings matter. | 5.90 |
| 08/04/14 | Cordasco, Michael | Ground Transportation | Taxi office to residence after working late in the office on the Energy Future Holdings matter. | 145.29 |
| 08/04/14 | Friedrich, Steven | Ground Transportation | Taxi office to residence after working late in the office on the Energy Future Holdings matter. | 9.00 |
| 08/04/14 | Park, Ji Yon | Ground Transportation | Taxi office to residence after working late in the office on the Energy Future Holdings matter. | 8.30 |
| 08/05/14 | Cordasco, Michael | Ground Transportation | Taxi office to residence after working late in the office on the Energy Future Holdings matter. | 129.15 |
| 08/05/14 | Park, Ji Yon | Ground Transportation | Taxi office to residence after working late in the office on the Energy Future Holdings matter. | 9.00 |
| 08/06/14 | Arsenault, Ronald | Ground Transportation | Rail - Coach/Economy in Boston, MA to New York, NY (08/04/2014 - 08/06/2014) to attend meeting with Counsel. | 374.00 |
| 08/06/14 | Arsenault, Ronald | Ground Transportation | Taxi office to Penn Station. | 5.90 |
| 08/06/14 | Celli, Nicholas | Ground Transportation | Taxi office to residence after working late in the office on the Energy Future Holdings matter. | 6.50 |

**EXHIBIT D**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**EXPENSE DETAIL**
*FOR THE PERIOD AUGUST 1, 2014 TO AUGUST 31, 2014*

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 08/06/14 | Eimer, Sean | Ground Transportation | Taxi office to residence after working late in the office on the Energy Future Holdings matter. | 14.25 |
| 08/06/14 | Simms, Steven | Ground Transportation | Taxi office to meeting at K&E offices. | 12.00 |
| 08/07/14 | Eimer, Sean | Ground Transportation | Taxi office to residence after working late in the office on the Energy Future Holdings matter. | 36.00 |
| 08/07/14 | Friedrich, Steven | Ground Transportation | Taxi office to residence after working late in the office on the Energy Future Holdings matter. | 9.50 |
| 08/07/14 | Park, Ji Yon | Ground Transportation | Taxi office to residence after working late in the office on the Energy Future Holdings matter. | 11.90 |
| 08/11/14 | Eimer, Sean | Ground Transportation | Taxi office to residence after working late in the office on the Energy Future Holdings matter. | 13.20 |
| 08/12/14 | Eimer, Sean | Ground Transportation | Taxi office to residence after working late in the office on the Energy Future Holdings matter. | 24.50 |
| 08/12/14 | Friedrich, Steven | Ground Transportation | Taxi office to residence after working late in the office on the Energy Future Holdings matter. | 9.00 |
| 08/13/14 | Celli, Nicholas | Ground Transportation | Taxi office to residence after working late in the office on the Energy Future Holdings matter. | 7.70 |
| 08/13/14 | Cordasco, Michael | Ground Transportation | Taxi office to residence after working late in the office on the Energy Future Holdings matter. | 131.20 |
| 08/13/14 | Friedrich, Steven | Ground Transportation | Taxi office to residence after working late in the office on the Energy Future Holdings matter. | 9.00 |
| 08/14/14 | Celli, Nicholas | Ground Transportation | Taxi office to residence after working late in the office on the Energy Future Holdings matter. | 6.50 |
| 08/14/14 | Cordasco, Michael | Ground Transportation | Taxi office to residence after working late in the office on the Energy Future Holdings matter. | 117.95 |
| 08/14/14 | Friedrich, Steven | Ground Transportation | Taxi office to residence after working late in the office on the Energy Future Holdings matter. | 9.00 |
| 08/15/14 | Friedrich, Steven | Ground Transportation | Taxi office to residence after working late in the office on the Energy Future Holdings matter. | 16.00 |
| 08/18/14 | Greenberg, Mark | Ground Transportation | Taxi office to residence after working late in the office on the Energy Future Holdings matter. | 13.20 |
| 08/19/14 | Eimer, Sean | Ground Transportation | Taxi office to residence after working late in the office on the Energy Future Holdings matter. | 24.60 |
| 08/20/14 | Eimer, Sean | Ground Transportation | Taxi office to residence after working late in the office on the Energy Future Holdings matter. | 28.70 |
| 08/21/14 | Goad, David | Ground Transportation | Taxi office to residence after working late in the office on the Energy Future Holdings matter. | 66.00 |
| 08/21/14 | Rauch, Adam | Ground Transportation | Car Service - Morrison Foerster offices to residence (overtime) as a result of having to work past 9:00 p.m. | 65.93 |
| 08/22/14 | Rauch, Adam | Ground Transportation | Car Service - Morrison Foerster offices to residence (overtime) as a result of having to work past 9:00 p.m. | 65.94 |
| 08/25/14 | Greenberg, Mark | Ground Transportation | Taxi office to residence after working late in the office on the Energy Future Holdings matter. | 13.10 |
| 08/26/14 | Eimer, Sean | Ground Transportation | Taxi office to residence after working late in the office on the Energy Future Holdings matter. | 22.50 |
| 08/26/14 | Greenberg, Mark | Ground Transportation | Taxi office to residence after working late in the office on the Energy Future Holdings matter. | 13.50 |
| 08/26/14 | Park, Ji Yon | Ground Transportation | Taxi office to residence after working late in the office on the Energy Future Holdings matter. | 8.90 |
| 08/27/14 | Eimer, Sean | Ground Transportation | Taxi office to residence after working late in the office on the Energy Future Holdings matter. | 25.80 |

**EXHIBIT D**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**EXPENSE DETAIL**
*FOR THE PERIOD AUGUST 1, 2014 TO AUGUST 31, 2014*

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| | | **Ground Transportation Total** | | **$1,642.16** |
| 08/04/14 | Arsenault, Ronald | Lodging | Lodging in New York, NY - 2 nights (08/04/2014 - 08/06/2014). | 1,409.48 |
| | | **Lodging Total** | | **$1,409.48** |
| 08/01/14 | Simms, Steven | Other | Postage - due diligence materials related to solvency analysis sent to Scott Jones (FTI). | 72.22 |
| 08/06/14 | Arsenault, Ronald | Other | Parking at FTI office. | 24.00 |
| 08/18/14 | Diaz, Matthew | Other | Internet services while traveling. | 20.00 |
| 08/31/14 | Cavicchi, Joseph | Other | Cambridge Energy Solutions ("CES") August invoice. [1] | 67,350.00 |
| | | **Other Total** | | **$67,466.22** |
| | | **Grand Total** | | **$71,816.44** |

**Note:**

(1) As disclosed in paragraph 6 of the Retention Order and the *Supplemental Declaration of Steven Simms in Support of Application for the Official Committee of Unsecured Creditors of Energy Future Holdings Corp., et al, for Entry of an Order Under Section 328(a) and 1103(a) of the Bankruptcy Code Authorizing the Employment and Retention of FTI Consulting, Inc. as Financial Advisor Effective May 19, 2014* .