## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.,*[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

### CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING STIPULATION EXTENDING DEADLINE TO ASSUME OR REJECT A CERTAIN NONRESIDENTIAL REAL PROPERTY LEASE UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE

The undersigned hereby certifies as follows:

1.     On July 23, 2014, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order, Pursuant to Section 365(d)(4) of the Bankruptcy Code, Extending Their Time to Assume or Reject Unexpired Leases of Nonresidential Real Property* [D.I. 1680] (the "Extension Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

2.     On August 11, 2014, the Bankruptcy Court entered the *Order, Pursuant to Section 365(d)(4) of the Bankruptcy Code, Extending the Debtors' Time to Assume or Reject Unexpired Leases of Nonresidential Real Property* [D.I. 1803] (the "Extension Order"). Pursuant to the Extension Order, the Bankruptcy Court granted the Extension Motion and

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

extended the Debtors' time to elect to assume or reject the Unexpired Leases,[2] pursuant to section 365(d)(4) of the Bankruptcy Code, through and including November 25, 2014. The Extension Order further provided that the extension of time provided therein was "without prejudice to the Debtors' rights to seek further extensions of their time to assume or reject their Unexpired Leases as provided in section 365(d)(4) of the Bankruptcy Code." *See* Extension Order, ¶ 4.

3.    EFH Corporate Services Company ("Corporate Services"), one of the above-captioned Debtors, and EFH Properties Company ("Properties" and, together with Corporate Services, the "Parties") are parties to that certain Lease Agreement, dated October 1, 1994 (the "Lease"), for premises located at 1601 Bryan Street, Dallas, Texas 75201 (commonly known as Energy Plaza).

4.    Subsequent to the entry of the Extension Order, the Parties entered into discussions concerning a further extension of the Debtors' time to elect to assume or reject the Lease. Based on those discussions, the Parties have entered into that certain *Stipulation Extending Deadline to Assume or Reject a Certain Nonresidential Real Property Lease Under Section 365(d)(4) of the Bankruptcy Code* (the "Stipulation"). Pursuant to the Stipulation, the Parties have agreed that the Debtors' time to determine whether to assume or reject the Lease under section 365(d)(4) of the Bankruptcy Code is extended to, and includes, May 25, 2015. The Debtors believe that the Stipulation is in the best interests of their estates and should be approved. A proposed form of order (the "Proposed Order") approving the Stipulation is attached hereto as **Exhibit A**. A copy of the Stipulation is attached to the Proposed Order as **Exhibit 1**.

---

[2] Capitalized terms used, but not otherwise defined herein, shall be given the same meaning ascribed to them in the Extension Motion.

2

WHEREFORE, the Debtors respectfully request that the Bankruptcy Court enter the

Proposed Order, substantially in the form attached hereto as **Exhibit A**, at its earliest

convenience.

Dated:  October 30, 2014
        Wilmington, Delaware

                    **RICHARDS, LAYTON & FINGER, P.A.**
                    Mark D. Collins (No. 2981)
                    Daniel J. DeFranceschi (No. 2732)
                    Jason M. Madron (No. 4431)
                    920 North King Street
                    Wilmington, Delaware 19801
                    Telephone:    (302) 651-7700
                    Facsimile:    (302) 651-7701
                    Email:        collins@rlf.com
                                    defranceschi@rlf.com
                                    madron@rlf.com

                    -and-

                    **KIRKLAND & ELLIS LLP**
                    **KIRKLAND & ELLIS INTERNATIONAL LLP**
                    Edward O. Sassower, P.C. (admitted *pro hac vice*)
                    Stephen E. Hessler (admitted *pro hac vice*)
                    Brian E. Schartz (admitted *pro hac vice*)
                    601 Lexington Avenue
                    New York, New York 10022-4611
                    Telephone:    (212) 446-4800
                    Facsimile:    (212) 446-4900
                    Email:        edward.sassower@kirkland.com
                                    stephen.hessler@kirkland.com
                                    brian.schartz@kirkland.com

                    -and-

                    James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
                    Marc Kieselstein, P.C. (admitted *pro hac vice*)
                    Chad J. Husnick (admitted *pro hac vice*)
                    Steven N. Serajeddini (admitted *pro hac vice*)
                    300 North LaSalle
                    Chicago, Illinois 60654
                    Telephone:    (312) 862-2000
                    Facsimile:    (312) 862-2200
                    Email:        james.sprayregen@kirkland.com
                                    marc.kieselstein@kirkland.com
                                    chad.husnick@kirkland.com
                                    steven.serajeddini@kirkland.com

                    *Co-Counsel to the Debtors and Debtors in Possession*

3