## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 2366** |

### CERTIFICATION OF NO OBJECTION REGARDING THE "THIRD MONTHLY FEE STATEMENT OF KIRKLAND & ELLIS LLP AND KIRKLAND & ELLIS INTERNATIONAL LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM JULY 1, 2014 THROUGH JULY 31, 2014" (NO ORDER REQUIRED)

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading with respect to the third monthly fee statement for compensation and reimbursement of expenses (the "Monthly Fee Statement") of **Kirkland & Ellis LLP and Kirkland & Ellis International LLP** (the "Applicant" or "K&E") listed on **Exhibit A** attached hereto.[2] The Monthly Fee Statement was filed with the United States Bankruptcy Court for the District of Delaware (the "Court") on October 9, 2014. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer,

---

[1]  The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]  On October 24, 2014, K&E received comments from the Fee Committee regarding the relief requested in K&E's Monthly Fee Statements. K&E is currently reviewing these comments and anticipates discussing such comments with the Fee Committee. Moreover, the Fee Committee has stated, notwithstanding the Fee Committee's reservation of rights with respect to objections to interim expense reimbursement requests, the Fee Committee does not object to the Debtors' payment of 80 percent of fees and 100 percent of expenses requested in the July Monthly Fee Statement.

objection or other responsive pleading to the Monthly Fee Statement appears thereon.  Pursuant

to the **Notice of Fee Statement** filed with the Monthly Fee Statement, objections to the Monthly

Fee Statement were to be filed and served no later than **October 30, 2014 at 4:00 p.m.**

**(Eastern Daylight Time).**[3]  The Monthly Fee Statement was filed and served in accordance with

the **Stipulation and Order Appointing a Fee Committee**, dated August 21, 2014 [D.I. 1896]

and the **Order Establishing Procedures for Interim Compensation and Reimbursement of**

**Expenses for Professionals**, dated September 16, 2014 [D.I. 2066] (the "Administrative

Order").

Consequently, pursuant the Administrative Order, the above-captioned debtors

and debtors in possession in the above-captioned cases, are authorized to pay the Applicant

eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in

the Monthly Fee Statement upon the filing of this certification without the need for a further

order of the Court.  A summary of the fees and expenses sought by the Applicant is annexed

hereto as **Exhibit A**.

*[Remainder of page intentionally left blank.]*

---

[3]    With the consent of counsel to the Fee Committee and the Office of the United States Trustee for the District of Delaware, the undersigned obtained permission from Chambers to file this certification of no objection prior to the time period specified by Del. Bankr. L.R. 9013-1(j).

Dated: October 30, 2014
        Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
              defranceschi@rlf.com
              madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:        edward.sassower@kirkland.com
              stephen.hessler@kirkland.com
              brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:        james.sprayregen@kirkland.com
              chad.husnick@kirkland.com
              steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession

**EXHIBIT A**

**Professional Fees and Expenses
Monthly Fee Statement**

| **Direct Benefit:  $1,131,596.83** | |
| :---: | :---: |
| **(comprised of $1,103,184.80 fees (80% of $1,378,981.00) and $28,412.03 expenses)** | |
| **Debtor(s)** | **Amount Sought to be Paid** |
| EFH Corp. | $74,099.07 |
| EFIH | $668,649.19 |
| TCEH Debtors | $388,848.57 |
| *Total:* | $1,131,596.83 |
| **Collective Benefit:  $3,609,544.47** | |
| **(comprised of $3,431,759.60 fees (80% of $4,289,966.50) and $177,784.87 expenses)** | |
| **Debtor(s)** | **Amount Sought to be Paid** |
| EFH Corp. | $252,475.97 |
| EFIH | $2,140,975.65 |
| TCEH Debtors | $1,216,092.85 |
| *Total:* | $3,609,544.47 |
| *Grand Total:* | $4,741,141.30 |