# **Exhibit F**

**Summary of Total Fees Incurred and Hours Billed During the Fee Period**

## Attorneys and Paraprofessionals' Information

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Fee Application | Hours Billed In this Fee Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Fee Application at First Interim Fee Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Fee Application | In the First Interim Fee Application | |
| Harlan P. Cohen | Partner | Corporate | TX - 1974 | $4,998.00 | 4.9 | 0 | $1,020.00 | N/A | N/A |
| William B. Dawson | Partner | Litigation | TX - 1975 | $96,940.00 | 104.8 | 0 | $925.00 | N/A | N/A |
| James C. Ho | Partner | Litigation | DC - 2001 TX - 2006 | $7,699.50 | 8.7 | 0 | $885.00 | N/A | N/A |
| Elizabeth A. Ising | Partner | Corporate | NC - 2000 DC - 2001 | $912.00 | 1.2 | 0 | $760.00 | N/A | N/A |
| Brian J. Lane | Partner | Corporate | MD - 1983 DC - 2000 | $108.50 | .1 | 0 | $1,085.00 | N/A | N/A |
| Robert B. Little | Partner | Corporate | TX - 1998 | $193,155.00 | 244.5 | 0 | $790.00 | N/A | N/A |
| James J. Moloney | Partner | Corporate | CA - 1994 | $1,552.50 | 1.5 | 0 | $1,035.00 | N/A | N/A |
| Michael L. Raiff* | Partner | Litigation | TX - 1992 | $129,990.00 | 203.7 | 0 | $840.00 | N/A | N/A |
| Michael A. Rosenthal | Partner | Bankruptcy | IL - 1980 TX - 1985 NY - 2009 | $15,504.00 | 13.6 | 0 | $1,140.00 | N/A | N/A |
| Jeffrey Trinklein | Partner | Tax | NY - 2007 | $588.00 | .6 | 0 | $980.00 | N/A | N/A |
| Romina Weiss | Partner | Tax | NY - 1992 | $6,337.50 | 7.5 | 0 | $845.00 | N/A | N/A |
| John E. Wise | Partner | Bankruptcy | NY - 1999 | $873.00 | .9 | 0 | $970.00 | N/A | N/A |
| Ronald Kirk | Senior Of Counsel | Corporate | TX - 1979 | $1,850.00 | 2.0 | 0 | $925.00 | N/A | N/A |
| Ashley E. Johnson | Of Counsel | Litigation | NC - 2007 TX - 2009 | $3,330.00 | 4.5 | 0 | $740.00 | N/A | N/A |
| Gillian McPhee | Of Counsel | Corporate | NC - 2007 TX - 2009 | $395.00 | .5 | 0 | $790.00 | N/A | N/A |
| Christopher J. Babcock | Associate | Corporate | TX - 2011 | $6,160.50 | 11.1 | 0 | $555.00 | N/A | N/A |
| Allison Balick | Associate | Corporate | CA - 2009 | $1,365.00 | 2.1 | 0 | $650.00 | N/A | N/A |

RLF1 10978528v.1

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Fee Application | Hours Billed In this Fee Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Fee Application at First Interim Fee Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Fee Application | In the First Interim Fee Application | |
| Gregory S. Belliston** | Associate. Joined firm as an Associate in 2011. | Corporate | UT – 2002 DC - 2012 | $1,160.00 | 1.6 | 0 | $725.00 | N/A | N/A |
| Matthew G. Bouslog* | Associate | Bankruptcy | CA - 2011 | $38,848.50 | 66.7 | 0 | $555.00 | N/A | N/A |
| Caitlin A. Calloway | Associate | Unassigned | TX - 2012 | $4,741.50 | 10.9 | 0 | $435.00 | N/A | N/A |
| Katherine E. Cournoyer | Associate | Corporate | NY - 2012 TX - 2014 | $80,530.50 | 145.1 | 0 | $555.00 | N/A | N/A |
| Russell H. Falconer* | Associate | Litigation | TX - 2009 | $40,543.50 | 64.4 | 0 | $535.00 | N/A | N/A |
| Samuel A. Goldberg | Associate | Unassigned | NY - 2014 | $763.00 | 1.4 | 0 | $545.00 | N/A | N/A |
| Jeremy L. Graves | Associate | Litigation | CO - 2012 | $6,650.00 | 9.4 | 0 | $710.00 | N/A | N/A |
| Kathryn A. Kelly | Associate | Tax | NY - 2011 | $3,407.50 | 4.7 | 0 | $725.00 | N/A | N/A |
| Gregory A. Odegaard | Associate | Corporate | NY - 2010 TX - 2012 | $7,150.00 | 11.0 | 0 | $650.00 | N/A | N/A |
| Kasey L. Robinson | Associate | Corporate | VA - 2011 DC - 2012 | $1,387.50 | 2.5 | 0 | $555.00 | N/A | N/A |
| Emily B. Speak | Associate | Unassigned | CA - 2013 | $1,892.00 | 4.3 | 0 | $440.00 | N/A | N/A |
| Elizabeth M. Viney* | Associate | Litigation | TX - 2011 LA - 2011 | $16,695.00 | 26.5 | 0 | $485.00 | N/A | N/A |
| John-Paul Vojtisek | Associate | Tax | NY - 2006 | $23,004.00 | 32.4 | 0 | $710.00 | N/A | N/A |
| Shira D. Weiner* | Associate | Bankruptcy | NY - 2003 | $4,536.00 | 7.2 | 0 | $795.00 | N/A | N/A |
| Jonathan M. Whalen | Associate | Corporate | TX - 2009 | $70,897.50 | 123.3 | 0 | $575.00 | N/A | N/A |
| Duke K. Amponsah | Paralegal. Joined firm as a Paralegal in 2012. | Bankruptcy | N/A | $8,132.00 | 21.4 | 0 | $380.00 | N/A | N/A |

RLF1 10978528v.1

| Attorney Name | Position | Department | Date of Admission | Fees Billed<br>In this Fee Application | Hours Billed<br>In this Fee Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed<br>In this Fee Application at First Interim Fee Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Fee Application | In the First Interim Fee Application | |
| Gaya K. Holman | Paralegal. Joined firm as a Paralegal in 2013. | Litigation | N/A | $4,828.00 | 13.6 | 0 | $355.00 | N/A | N/A |
| **TOTAL (professionals and paraprofessionals)** | | | | **$786,925.00** | **1,158.6** | | | | |
| **TOTAL (professionals)** | | | | **$773,965.00** | **1,123.6** | | | | |
| **TOTAL (paraprofessionals)** | | | | **$12,960.00** | **35.0** | | | | |
| **Blended Rate (including paraprofessionals)** | | | | | | | **$679.20** | | |
| **Blended Rate (excluding paraprofessionals)** | | | | | | | **$688.83** | | |

\* The Debtors and Gibson Dunn have agreed to a blended hourly rate of $630.00 for Mr. Raiff and all associates for work performed on matter numbers 13, 16-18, and 22-24. For all other matters, this attorney bills at the hourly rate specified herein.

\*\* Gregory S. Belliston has since left the firm.

F-3