**<u>Exhibit G</u>**

**Summary of Actual and Necessary Expenses for the Fee Period**

RLF1 10978528v.1

**Summary of Actual and Necessary Expenses for the Fee Period**

| Expense | Amount |
|---|---:|
| In House Duplication | $49.60 |
| Messenger and Courier Expense | $175.26 |
| Outside Duplication and Binding | $124.50 |
| Telephone Charges | $52.96 |
| Travel – Air & Rail | $1,408.75 |
| Travel - Parking | $24.00 |
| **Total** | **$1,835.07** |