# Exhibit H

**Summary of Fees and Expenses by Matter for the Fee Period**

## Summary of Fees and Expenses by Matter for the Fee Period[1]

| Matter Number | Project Category Description | Hours | | Total Compensation | | Expenses | Total |
|---|---|---|---|---|---|---|---|
| | | Budgeted | Billed | Budgeted | Billed | | |
| Applicable to All Debtors | | | | | | | |
| 12 | Tax Analysis | 15.00 | 12.60 | $10,000.00 | $9,286.50 | | |
| 25 | Public Policy Advice | 2.00 | 1.50 | $1,500.00 | $1,387.50 | | |
| 30 | Case Administration, Employment and Fee Applications | 85.00 | 79.40 | $45,000.00 | $42,531.50 | | |
| Applicable to TCEH Debtors | | | | | | | |
| 4 | Litigation: Disputes and Potential Litigation with Aurelius | 11.00 | 10.10 | $11,000.00 | $10,771.50 | | |
| 8 | Litigation: FPL v. TXU (Texas Supreme Court) | 25.00 | 24.50 | $22,000.00 | $19,939.50 | | |
| 13 | Litigation: FOIA Disputes and EPA Matters | 31.00 | 30.20 | $20,000.00 | $18,393.50 | | |
| 16 | Litigation: Sierra Club - Eastern District of Texas | 55.00 | 53.70 | $45,000.00 | $43,576.00 | | |
| 17 | Litigation: Sierra Club - Western District of Texas | 225.00 | 220.00 | $150,000.00 | $147,183.00 | | |
| 18 | Litigation: NSR Case | 120.00 | 119.70 | $90,000.00 | $87,783.50 | | |
| 22 | Litigation: 2004 FPL Lawsuit | 3.00 | 1.70 | $2,000.00 | $1,071.00 | | |
| 23 | Litigation: 2011 FPL Lawsuit | 10.00 | 9.30 | $6,000.00 | $5,859.00 | | |
| 24 | Litigation: FPL Offer Curves Dispute | 0.00 | 0.00 | $0.00 | $0.00 | | |
| 41 | SEC Matters | 0.00 | 0.00 | $0.00 | $0.00 | | |
| 42 | Expenses and Disbursements | | | | | $64.48 | |
| 43 | Corporate Matters | 30.00 | 30.60 | $25,000.00 | $21,564.00 | | |
| 44 | Non-Working Travel | 3.00 | 2.50 | $2,500.00 | $1,050.00 | | |
| Applicable to EFIH Debtors | | | | | | | |
| 27 | First Lien DIP Exchange Offer | 100.00 | 98.60 | $68,000.00 | $67,412.50 | | |
| 28 | Second Lien DIP Tender Offer | 65.00 | 64.40 | $45,000.00 | $43,927.00 | | |
| 29 | Second Lien DIP Notes Offering | 310.00 | 306.20 | $205,000.00 | $203,244.00 | | |
| 34 | SEC Matters | 6.00 | 5.90 | $5,000.00 | $4,009.00 | | |
| 35 | Corporate Matters | 3.00 | 1.30 | $2,000.00 | $962.50 | | |
| 39 | Expenses and Disbursements | | | | | $302.80 | |
| 40 | Non-Working Travel | 0.00 | 0.00 | $0.00 | $0.00 | | |
| Applicable to EFH Debtors | | | | | | | |
| 31 | SEC Matters | 30.00 | 29.30 | $22,000.00 | $19,916.50 | | |
| 32 | Corporate Matters | 63.00 | 57.10 | $42,000.00 | $37,057.00 | | |
| 38 | Non-Working Travel | 0.00 | 0.00 | $0.00 | $0.00 | | |
| 39 | Expenses and Disbursements | | | | | $1,467.79 | |
| **Totals** | | **1192.0** | **1158.6** | **$819,000.00** | **$786,925.00** | **$1,835.07** | **$788,760.07** |

---

[1] In certain instances Gibson Dunn may have billed the same amount of fees, but different amount of hours to different Matter Categories. This difference is the result of different staffing of each such Matter Category.

RLF1 10978528v.1