**Exhibit I**

**Detailed Description of Services Provided**

**<u>Exhibit I-1</u>**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**June 3, 2014**

**Invoice No. 2014063646**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through May 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00004 | Disputes and Potential Litigation with Aurelius | $ 1,306.00 | $ 0.00 | $ 1,306.00 |
|  | **Totals** | $ 1,306.00 | $ 0.00 | $ 1,306.00 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $ 1,306.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Invoice Date: June 3, 2014                                                  Invoice No. 2014063646

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**June 3, 2014**

**Invoice No. 2014063646**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through May 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00004 | Disputes and Potential Litigation with Aurelius | $   1,306.00 | $     0.00 | $   1,306.00 |
|  | **Totals** | $   1,306.00 | $    0.00 | $   1,306.00 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $   1,306.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Invoice Date: June 3, 2014                                                              Invoice No. 2014063646

**Due and Payable Upon Receipt**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201


DISPUTES AND POTENTIAL LITIGATION WITH A
92772-00004

_____

For Services Rendered Through May 31, 2014

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| MICHAEL A. ROSENTHAL | 0.80 | $1,140.00 | $   912.00 |
| MICHAEL L. RAIFF | 0.30 | 840.00 | 252.00 |
| GAYA K. HOLMAN | 0.40 | 355.00 | 142.00 |
| **Total Services** | | | $  1,306.00 |



**Total Services, Costs/Charges**                1,306.00

**BALANCE DUE**                          $   1,306.00

DISPUTES AND POTENTIAL LITIGATION WITH A
92772-00004
_____

Detail Services:

04/30/14
0.30    RAIFF, MICHAEL L         $840.00     $252.00    ATTENTION TO BANKRUPTCY
                                                        ISSUES AND NOTICE OF
                                                        SUGGESTION OF BANKRUPTCY
                                                        (0.2); CONFERENCE AND
                                                        EMAILS REGARDING SAME
                                                        (0.1).

0.10    HOLMAN, GAYA K          $355.00      $35.50     REVIEW AND ARCHIVE
                                                        SUGGESTION OF
                                                        BANKRUPTCY.

05/01/14
0.30    HOLMAN, GAYA K          $355.00     $106.50     REVIEW AND ARCHIEVE
                                                        SUGGESTION OF BANKRTUPCY
                                                        FOR ATTORNEY REFERENCE
                                                        (0.2); REVIEW DOCKET ENTRY
                                                        SUSPENDING BRIEFING DUE
                                                        TO SUGGESTION OF
                                                        BANKRUPTCY AND NOTICE
                                                        TEAM OF SAME (0.1).

05/13/14
0.30    ROSENTHAL, MICHAEL A   $1,140.00    $342.00     EMAILS WITH R. LITTLE AND M.
                                                        BOUSLOG REGARDING
                                                        APPLICATION TO BE
                                                        EMPLOYED.

05/22/14
0.20    ROSENTHAL, MICHAEL A   $1,140.00    $228.00     EMAILS WITH R. LITTLE, M.
                                                        BOUSLOG AND ANDREA
                                                        WEINTRAUB OF KIRKLAND
                                                        REGARDING GDC APPLICATION
                                                        TO BE EMPLOYED.

05/27/14
0.30    ROSENTHAL, MICHAEL A   $1,140.00    $342.00     TELEPHONE CONFERENCES
                                                        REGARDING AUTOMATIC STAY.


interwovenSite://DADMS/AL/101780021/8

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**June 3, 2014**

**Invoice No. 2014103798**

Energy Future Holdings
Attn:  Stacey H. Dore
1601 Bryan Street, 6th Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through May 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00008 | FPL v. TXU (Texas Supreme Court) | $  18,241.00 | $  0.00 | $  18,241.00 |
|  | **Totals** | $  18,241.00 | $  0.00 | $  18,241.00 |
|  | **Current Balance Due** |  |  | $  18,241.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**June 3, 2014**

**Invoice No. 2014103798**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Attn:  Stacey H. Dore
1601 Bryan Street, 6th Floor
Dallas, TX  75201

---

**For Services Rendered and Costs/Charges Advanced Through May 31, 2014**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00008 | FPL v. TXU (Texas Supreme Court) | $ 18,241.00 | $ 0.00 | $ 18,241.00 |
| | **Totals** | $ 18,241.00 | $ 0.00 | $ 18,241.00 |
| | **Current Balance Due** | | | $ 18,241.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Energy Future Holdings
Attn:  Stacey H. Dore
1601 Bryan Street, 6th Floor
Dallas, TX  75201


FPL V. TXU (TEXAS SUPREME COURT)
92772-00008

---

For Services Rendered Through May 31, 2014

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| MICHAEL L. RAIFF | 9.90 | $ 840.00 | $ 8,316.00 |
| JAMES C. HO | 7.80 | 885.00 | 6,903.00 |
| ASHLEY E. JOHNSON | 3.70 | 740.00 | 2,738.00 |
| GAYA K. HOLMAN | 0.80 | 355.00 | 284.00 |

**Total Services**                                          $  18,241.00




**Total Services, Costs/Charges**                           18,241.00

**BALANCE DUE**                                             $  18,241.00


**Invoice Date: June 3, 2014**                              **Invoice No. 2014103798**

**Due and Payable Upon Receipt**

FPL V. TXU (TEXAS SUPREME COURT)
92772-00008

_____

Detail Services:

05/01/14
0.30    HO, JAMES C            $885.00    $265.50    REVIEW ISSUANCE OF
                                                     MANDATE AND DRAFT MOTION
                                                     FOR SUPPLEMENTAL BRIEFING
                                                     AND CORRESPONDENCE
                                                     REGARDING SAME.

05/02/14
0.60    HO, JAMES C            $885.00    $531.00    REVIEW EDITS BY S. MOORE
                                                     TO DRAFT MOTION FOR
                                                     SUPPLEMENTAL BRIEFING AND
                                                     CORRESPONDENCE
                                                     REGARDING SAME (0.4);
                                                     CORRESPONDENCE WITH N.
                                                     CORTELL AND B. MESCHES TO
                                                     REQUEST FPL POSITION ON
                                                     PROPOSED MOTION (0.2).

0.20    JOHNSON, ASHLEY E      $740.00    $148.00    CONFERENCE WITH M. RAIFF
                                                     REGARDING NEED FOR FILING
                                                     NOTIFICATION OF
                                                     BANKRUPTCY.

05/05/14
0.40    HO, JAMES C            $885.00    $354.00    CONFER WITH B. MESCHES
                                                     REGARDING NEXT STEPS ON
                                                     REMAND (0.2); REVIEW TRAP 8
                                                     (0.2).

05/06/14
0.50    HO, JAMES C            $885.00    $442.50    REVIEW TRAP 8 AND ANALYZE
                                                     POTENTIAL NEXT STEPS ON
                                                     REMAND (0.3);
                                                     CORRESPONDENCE WITH B.
                                                     MESCHES REGARDING
                                                     COUNTEROFFER (0.1);
                                                     CORRESPONDENCE WITH S.
                                                     DORE, ET AL. REGARDING
                                                     SAME (0.1).

0.50    JOHNSON, ASHLEY E      $740.00    $370.00    EMAIL CORRESPONDENCE
                                                     WITH M. RAIFF REGARDING
                                                     SUPPLEMENTAL BRIEFING FOR
                                                     FPL LITIGATION.

| | | | | |
|---|---|---|---|---|
| 05/07/14<br>2.00 | RAIFF, MICHAEL L | $840.00 | $1,680.00 | EMAILS WITH TEAM (0.2); CONFERENCE CALL WITH S. MOORE AND D. KELLY (0.2); WORK ON BANKRUPTCY WITH STAY ISSUE AND APPELLATE RULES RELATING TO BANKRUPTCY FILINGS (0.6); WORK ON OBTAINING AND REVIEWING INFORMATION RELATING ▮▮▮▮▮▮▮ ▮▮▮▮ AND BRIEF RESEARCH ON TEXAS APPELLATE RULES RELATING TO BANKRUPTCY FILINGS (1.0). |
| 0.30 | HO, JAMES C | $885.00 | $265.50 | ANALYZE POTENTIAL BANKRUPTCY ISSUE AND PROCEEDINGS UNDER TRAP 8 AND CORRESPONDENCE REGARDING SAME. |
| 05/08/14<br>0.50 | JOHNSON, ASHLEY E | $740.00 | $370.00 | CONFERENCE WITH M. RAIFF REGARDING EFFECT OF BANKRUPTCY ON FPL CASES AND EFFECT OF TRAP 8. |
| 05/09/14<br>0.30 | RAIFF, MICHAEL L | $840.00 | $252.00 | CONFERENCE WITH KIRKLAND & ELLIS REGARDING STAY ISSUES AND FOLLOW-UP ON PROCEDURAL QUESTION. |
| 05/12/14<br>0.50 | RAIFF, MICHAEL L | $840.00 | $420.00 | WORK ON STAY ISSUES (0.3); RELATED EMAILS AND CONFERENCE CALL WITH J. HO AND A. JOHNSON (0.2). |
| 0.50 | HO, JAMES C | $885.00 | $442.50 | ANALYZE POTENTIAL BANKRUPTCY ISSUE AND PROCEEDINGS UNDER TRAP 8, AND REVIEW MATERIALS REGARDING SAME. |
| 0.80 | JOHNSON, ASHLEY E | $740.00 | $592.00 | REVIEW EFFECT OF BANKRUPTCY STAY ON PENDING APPEAL (0.6); CONFERENCE WITH M. RAIFF AND J. HO REGARDING SAME (0.2). |

| 05/13/14 | | | | |
|---|---|---|---|---|
| 0.30 | RAIFF, MICHAEL L | $840.00 | $252.00 | REVIEW ███████ (0.1); WORK ON STAY ISSUES AND COMMUNICATIONS REGARDING SAME (0.2). |
| 0.30 | HO, JAMES C | $885.00 | $265.50 | REVIEW ███████ DETERMINE POTENTIAL NEXT STEPS UNDER TRAP 8 AND CORRESPONDENCE REGARDING SAME. |
| 0.30 | JOHNSON, ASHLEY E | $740.00 | $222.00 | REVIEW ███████ |
| 05/14/14 | | | | |
| 1.00 | RAIFF, MICHAEL L | $840.00 | $840.00 | WORK ON STAY ISSUES RELATING TO FPL (0.7); CONFERENCE CALL WITH CLIENTS AND BANKRUPTCY COUNSEL (0.1); FOLLOW-UP EMAILS REGARDING ███████ (0.1); FOLLOW-UP CALL WITH D. KELLY (0.1). |
| 0.40 | HO, JAMES C | $885.00 | $354.00 | CONFERENCE CALL WITH D. KELLY, ET AL. REGARDING TRAP 8 AND POSSIBILITY OF REINSTATING APPEAL NOTWITHSTANDING PENDING BANKRUPTCY. |
| 05/15/14 | | | | |
| 2.50 | RAIFF, MICHAEL L | $840.00 | $2,100.00 | WORK ON STAY ISSUES, WORK ON GATHERING AND REVIEWING INFORMATION AND PLEADINGS FOR BANKRUPTCY COUNSEL AT KIRKLAND & ELLIS (1.3); CONFERENCE CALL WITH S. MOORE AND D. KELLY (0.3); REVIEW FPL'S PROPOSED FILINGS (0.4); COMMUNICATIONS WITH J. HO REGARDING SAME (0.2); WORK ON STRATEGIES REGARDING SAME (0.3). |

| Date / Hours | Timekeeper | Rate | Amount | Description |
|---|---|---|---|---|
| 1.10 | HO, JAMES C | $885.00 | $973.50 | CORRESPONDENCE WITH B. MESCHES REGARDING BANKRUPTCY NOTICE UNDER TRAP 8 (0.3); REVIEW PROPOSED TRAP 8 NOTICE AND MOTION FOR SUPPLEMENTAL BRIEFING FROM FPL (0.8). |
| 05/16/14 0.40 | HO, JAMES C | $885.00 | $354.00 | CORRESPONDENCE WITH B. MESCHES TRAP 8 AND POTENTIAL SUPPLEMENTAL BRIEFING SCHEDULE (0.2); FOLLOW-UP CORRESPONDENCE REGARDING SAME (0.2). |
| 05/17/14 0.20 | RAIFF, MICHAEL L | $840.00 | $168.00 | ATTENTION TO AND COMMUNICATIONS REGARDING MOTION TO FILE WITH COURT OF APPEALS AND EFFORTS TO REACH AGREEMENT WITH FPL ON BRIEFING. |
| 05/18/14 0.30 | HO, JAMES C | $885.00 | $265.50 | CORRESPONDENCE REGARDING NEGOTIATIONS WITH FPL ON TRAP 8 NOTICE AND SUPPLEMENTAL BRIEFING. |

05/19/14

| 2.30 | RAIFF, MICHAEL L | $840.00 | $1,932.00 | CONTINUE REVIEWING PRIOR RELEVANT PLEADINGS TO PROVIDE TO BANKRUPTCY COUNSEL RELATING TO STAY ISSUE (0.2); ███████████ (0.3); WORK ON MEMO REGARDING ███████ ██████ (0.9); EMAILS REGARDING SAME (0.2); BRIEF RESEARCH REGARDING SAME (0.1); COMMUNICATIONS REGARDING NEGOTIATIONS WITH FPL REGARDING SUPPLEMENTAL BRIEFS (0.3); COMMUNICATIONS WITH D. GUS REGARDING ███████ AND FOLLOW-UP REGARDING SAME (0.3). |

| 0.20 | HO, JAMES C | $885.00 | $177.00 | CORRESPONDENCE REGARDING NEGOTIATIONS WITH FPL ON TRAP 8 NOTICE AND SUPPLEMENTAL BRIEFING. |

| 0.20 | JOHNSON, ASHLEY E | $740.00 | $148.00 | EMAIL CORRESPONDENCE REGARDING POTENTIAL SUPPLEMENTAL BRIEFING ON REMAND IN COURT OF APPEALS. |

05/21/14

| 0.30 | RAIFF, MICHAEL L | $840.00 | $252.00 | ATTENTION TO AND COMMUNICATIONS REGARDING BANKRUPTCY NOTICE, MEDIATION ORDER, █████████████ AND STAY ISSUE. |

| 0.80 | HO, JAMES C | $885.00 | $708.00 | REVIEW ████████ ███████ AND ANALYZE POTENTIAL IMPLICATIONS UNDER TRAP 8 (0.4); REVIEW DALLAS COURT OF APPEALS MEDIATION ORDER (0.2); CORRESPONDENCE REGARDING NEGOTIATIONS WITH FPL ON REMAND PROCEEDINGS AND TRAP 8 NOTICE (0.2). |

| Date | Timekeeper | Rate | Amount | Description |
|---|---|---|---|---|
| 05/22/14 | | | | |
| 0.30 | HO, JAMES C | $885.00 | $265.50 | CORRESPONDENCE WITH S. MOORE REGARDING NEGOTIATIONS WITH FPL COUNSEL REGARDING TRAP 8 NOTICE OF BANKRUPTCY IN LIGHT OF COURT MEDIATION ORDER. |
| 0.20 | JOHNSON, ASHLEY E | $740.00 | $148.00 | EMAIL CORRESPONDENCE WITH J. HO REGARDING DRAFTING NOTICE OF BANKRUPTCY. |
| 05/23/14 | | | | |
| 0.30 | HO, JAMES C | $885.00 | $265.50 | REVIEW CASE LAW RESEARCH REGARDING TRAP 8 NOTICE OF BANKRUPTCY AND POTENTIAL EFFECT ON COURT MEDIATION ORDER (0.2); CORRESPONDENCE FOR S. MOORE, ET AL. REGARDING SAME (0.1). |
| 0.30 | JOHNSON, ASHLEY E | $740.00 | $222.00 | RESEARCH REGARDING EFFECT OF BANKRUPTCY NOTICE ON APPEAL. |
| 05/27/14 | | | | |
| 0.50 | RAIFF, MICHAEL L | $840.00 | $420.00 | ATTENTION TO AND COMMUNICATIONS REGARDING TRAP 8 NOTICE, MEDIATION ORDER, RESPONSE TO MEDIATION ORDER, FPL'S RECENT FILING AND OUR FILING. |
| 1.00 | HO, JAMES C | $885.00 | $885.00 | CORRESPONDENCE WITH S. MOORE AND D. KELLY REGARDING TRAP 8 NOTICE OF BANKRUPTCY TO DALLAS COURT OF APPEALS AND NEXT STEPS REGARDING SAME (0.1); REVIEW AND EDIT DRAFT TRAP 8 NOTICE AND CORRESPONDENCE WITH FPL COUNSEL B. MESCHES REGARDING SAME (0.2); REVIEW FPL FILING ON MEDIATION ORDER AND BANKRUPTCY, AND EDIT DRAFT NOTICE IN LIGHT OF SAME (0.7). |

| | | | | |
|---|---|---|---|---|
| 0.60 | JOHNSON, ASHLEY E | $740.00 | $444.00 | REVISE NOTICE OF BANKRUPTCY FILING TO INCORPORATE INTERNAL EDITS. |

05/28/14

| | | | | |
|---|---|---|---|---|
| 0.10 | HO, JAMES C | $885.00 | $88.50 | REVIEW COURT ORDER STAYING APPEAL AND CORRESPONDENCE REGARDING SAME. |
| 0.10 | JOHNSON, ASHLEY E | $740.00 | $74.00 | REVIEW NOTICE OF SUBSTITUTION OF COUNSEL. |
| 0.80 | HOLMAN, GAYA K | $355.00 | $284.00 | REVIEW FIFTH DISTRICT COURT OF APPEALS FOR FORMS; DRAFT SUBSTITUTION OF COUNSEL FOR REVIEW BY A. JOHNSON. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**June 13, 2014**

**Invoice No. 2014092994**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through May 31, 2014**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00012 | Tax Analysis | $  9,286.50 | $  0.00 | $  9,286.50 |
| | **Totals** | $  9,286.50 | $  0.00 | $  9,286.50 |
| | **TOTAL OUTSTANDING BALANCE DUE** | | | $  9,286.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**June 13, 2014**

**Invoice No. 2014092994**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through May 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00012 | Tax Analysis | $   9,286.50 | $      0.00 | $   9,286.50 |
|  | **Totals** | $   9,286.50 | $      0.00 | $   9,286.50 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $   9,286.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

TAX ANALYSIS
92772-00012

_____

For Services Rendered Through May 31, 2014

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| JEFFREY TRINKLEIN | 0.60 | $ 980.00 | $     588.00 |
| ROMINA WEISS | 0.80 | 845.00 | 676.00 |
| JOHN-PAUL VOJTISEK | 6.50 | 710.00 | 4,615.00 |
| KATHRYN A. KELLY | 4.70 | 725.00 | 3,407.50 |
| **Total Services** | | | $   9,286.50 |
| **Total Services, Costs/Charges** | | | 9,286.50 |
| **BALANCE DUE** | | | $   9,286.50 |

TAX ANALYSIS
92772-00012
_____

Detail Services:

04/29/14

| 0.30 | TRINKLEIN, JEFFREY | $980.00 | $294.00 | COMMUNICATION WITH J.P. VOJTISEK. |
| 2.30 | VOJTISEK, JOHN-PAUL | $710.00 | $1,633.00 | CONFERENCE WITH J. TRINKLEIN (0.3); CONFERENCE WITH K. KELLY REGARDING TAX DISCLOSURE FOR SECOND-LIEN DEBTOR-IN-POSSESSION NOTES (0.4); RESEARCH AND ADVISE REGARDING TAX CONSIDERATIONS OF DEBT ISSUANCE (1.6). |
| 0.40 | KELLY, KATHRYN A | $725.00 | $290.00 | CONFERENCE WITH J. VOJTISEK REGARDING TAX DISCLOSURE FOR SECOND-LIEN DEBTOR-IN-POSSESSION NOTES. |

04/30/14

| 0.30 | TRINKLEIN, JEFFREY | $980.00 | $294.00 | COMMUNICATION WITH J. VOJTISEK (0.2); CALL WITH CLIENT (0.1). |
| 0.80 | WEISS, ROMINA | $845.00 | $676.00 | TELEPHONE CALL WITH J. P. VOJTISEK REGARDING NOTE TERMS (0.4); CONFERENCE CALL WITH M. HORN REGARDING SAME (0.4). |
| 4.20 | VOJTISEK, JOHN-PAUL | $710.00 | $2,982.00 | CONFERENCE WITH R. WEISS (0.4); CONFERENCE WITH J. TRINKLEIN (0.2); PREPARE FOR AND PARTICIPATE IN TELEPHONE CONFERENCE (1.3); RESEARCH AND ADVISE REGARDING NOTES (2.3). |
| 4.30 | KELLY, KATHRYN A | $725.00 | $3,117.50 | DRAFT FEDERAL TAX DISCLOSURE FOR SECOND LIEN DEBTOR-IN-POSSESSION NOTES (3.3); CIRCULATE SAME FOR INTERNAL COMMENT (0.2); DRAFT CORRESPONDENCE REGARDING SAME (0.8). |

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**June 3, 2014**

**Invoice No. 2014063649**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through May 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00013 | FOIA Disputes and EPA Matters | $ 1,583.00 | $ 0.00 | $ 1,583.00 |
|  | **Totals** | $ 1,583.00 | $ 0.00 | $ 1,583.00 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $ 1,583.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
Invoice Date: June 3, 2014                                      Invoice No. 2014063649
**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**June 3, 2014**

**Invoice No. 2014063649**

<u>**REMITTANCE COPY**</u>

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through May 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00013 | FOIA Disputes and EPA Matters | $   1,583.00 | $      0.00 | $   1,583.00 |
|  | **Totals** | $   1,583.00 | $     0.00 | $   1,583.00 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $   1,583.00 |

<u>**Remit By Wire To:**</u>
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

<u>**Remit By Mail To:**</u>
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
**Invoice Date: June 3, 2014**                                      **Invoice No. 2014063649**
**Due and Payable Upon Receipt**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

FOIA DISPUTES AND EPA MATTERS
92772-00013

_____

For Services Rendered Through May 31, 2014

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| MICHAEL L. RAIFF | 1.80 | $ 630.00 | $ 1,134.00 |
| ELIZABETH M. VINEY | 0.60 | 630.00 | 378.00 |
| GAYA K. HOLMAN | 0.20 | 355.00 | 71.00 |
| **Total Services** | | | $ 1,583.00 |
| **Total Services, Costs/Charges** | | | 1,583.00 |
| **BALANCE DUE** | | | $  1,583.00 |

FOIA DISPUTES AND EPA MATTERS
92772-00013
_____

Detail Services:

| 05/01/14 | | | | |
|---|---|---|---|---|
| 0.20 | HOLMAN, GAYA K | $355.00 | $71.00 | EMAIL EXCHANGE WITH PROCESS SERVER REGARDING STATUS OF AFFIDAVIT OF SERVICE (.2). |
| 05/05/14 | | | | |
| 0.50 | RAIFF, MICHAEL L | $630.00 | $315.00 | WORK ON ISSUES REGARDING SIERRA CLUB'S NEW FOIA REQUESTS, POSSIBLE ARGUMENTS BY SIERRA CLUB, AND POSSIBLE RESPONSES (.3); EMAILS REGARDING SAME AND GO THROUGH NEW REQUESTS (.2). |
| 05/13/14 | | | | |
| 0.30 | RAIFF, MICHAEL L | $630.00 | $189.00 | ATTENTION TO AND EMAILS REGARDING SIERRA CLUB'S RECENT FOIA REQUEST AND NEXT STEPS (.3). |
| 05/22/14 | | | | |
| 0.20 | RAIFF, MICHAEL L | $630.00 | $126.00 | ATTENTION TO AND COMMUNICATIONS REGARDING EPA PROPOSED JOINT MOTION TO REPLACE PRELIMINARY INJUNCTION ORDER (.2). |
| 0.10 | VINEY, ELIZABETH M | $630.00 | $63.00 | REVIEW PROPOSED PRELIMINARY INJUNCTION FILINGS FROM AUSA (.1). |
| 05/23/14 | | | | |
| 0.30 | RAIFF, MICHAEL L | $630.00 | $189.00 | ATTENTION TO EPA'S PROPOSED JOINT MOTION AND COMMUNICATIONS WITH EPA AND CLIENTS REGARDING SAME (.3). |
| 05/27/14 | | | | |
| 0.50 | RAIFF, MICHAEL L | $630.00 | $315.00 | ATTENTION TO, REVISIONS TO, AND COMMUNICATIONS REGARDING PROPOSED JOINT MOTION AND ORDER (.5). |

0.50    VINEY, ELIZABETH M          $630.00        $315.00   WEEKLY TEAM CALL (.5).

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**June 3, 2014**

**Invoice No. 2014081691**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through May 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00016 | Sierra Club - Eastern District of Texas | $  31,886.00 | $      0.00 | $  31,886.00 |
|  | **Totals** | $  31,886.00 | $      0.00 | $  31,886.00 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $  31,886.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
Invoice Date: June 3, 2014                                                          Invoice No. 2014081691
**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**June 3, 2014**

**Invoice No. 2014081691**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through May 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00016 | Sierra Club - Eastern District of Texas | $  31,886.00 | $  0.00 | $  31,886.00 |
|  | **Totals** | $  31,886.00 | $  0.00 | $  31,886.00 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $  31,886.00 |

Remit By Wire To:
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

Remit By Mail To:
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

SIERRA CLUB - EASTERN DISTRICT OF TEXAS
92772-00016

---

For Services Rendered Through May 31, 2014

| NAME | HOURS | RATE | TOTAL |
|------|------:|-----:|------:|
| WILLIAM B. DAWSON | 25.20 | $ 925.00 | $  23,310.00 |
| MICHAEL L. RAIFF | 10.40 | 630.00 | 6,552.00 |
| RUSSELL H. FALCONER | 2.40 | 630.00 | 1,512.00 |
| ELIZABETH M. VINEY | 0.70 | 630.00 | 441.00 |
| GAYA K. HOLMAN | 0.20 | 355.00 | 71.00 |

**Total Services**                                   $   31,886.00

**Total Services, Costs/Charges**                        31,886.00

**BALANCE DUE**                                      $   31,886.00

**Due and Payable Upon Receipt**

SIERRA CLUB - EASTERN DISTRICT OF TEXAS
92772-00016

Detail Services:

| 04/29/14 | | | | |
|---|---|---|---|---|
| 1.50 | DAWSON, WILLIAM B | $925.00 | $1,387.50 | ANALYSIS OF BANKRUPTCY STAY AND OTHER ISSUES. |
| 2.50 | RAIFF, MICHAEL L | $630.00 | $1,575.00 | COMMUNICATIONS WITH SIERRA CLUB (0.4); ATTENTION TO BANKRUPTCY ISSUES AND MULTIPLE COMMUNICATIONS REGARDING THE SAME (0.6); CONFERENCE CALL WITH CLIENTS (SPLIT)(0.4); CONFERENCE CALL WITH ███████ (0.5); ATTENTION TO LIST OF OPEN MATTERS (0.6). |
| 0.70 | VINEY, ELIZABETH M | $630.00 | $441.00 | CALL REGARDING STATUS UPDATE ON MATTERS. |
| **04/30/14** | | | | |
| 1.80 | DAWSON, WILLIAM B | $925.00 | $1,665.00 | REVIEW PLEADINGS AND COMMUNICATIONS INTERNALLY AND FROM CLIENT (1.4); COMMUNICATIONS REGARDING BANKRUPTCY FILING (0.4). |
| 0.50 | RAIFF, MICHAEL L | $630.00 | $315.00 | COMMUNICATIONS WITH MARY WHITTLE (0.2); ATTENTION TO BANKRUPTCY-RELATED ISSUES AND FILINGS WITH THE COURT (0.3). |
| **05/01/14** | | | | |
| 1.30 | DAWSON, WILLIAM B | $925.00 | $1,202.50 | REVIEW ███████ RELATED ENVIRONMENTAL GROUP (0.4); WORK ON STAY ISSUES AND OVERALL STRATEGY AND SCHEDULE (0.9). |
| **05/05/14** | | | | |
| 0.80 | DAWSON, WILLIAM B | $925.00 | $740.00 | WORK ON ███████ (0.4); PREPARE FOR TUESDAY CALL (0.4). |

| | | | | |
|---|---|---|---|---|
| 05/06/14 | | | | |
| 1.30 | DAWSON, WILLIAM B | $925.00 | $1,202.50 | WORK ON ACTION PLAN (1.0); COMMUNICATIONS REGARDING SAME (0.3). |
| 1.30 | RAIFF, MICHAEL L | $630.00 | $819.00 | WORK ON BANKRUPTCY RETENTION (SPLIT)(0.7); COMMUNICATIONS REGARDING SAME (0.2); CONFERENCE CALL WITH CLIENTS (SPLIT)(0.1); ATTENTION TO STRATEGIES AND OPTIONS MOVING FORWARD (0.3). |
| 0.80 | FALCONER, RUSSELL H | $630.00 | $504.00 | PARTICIPATE IN WEEKLY CASE CONFERENCE CALL. |
| 05/08/14 | | | | |
| 2.50 | DAWSON, WILLIAM B | $925.00 | $2,312.50 | WORK ON ACTION PLAN/STRATEGY PREPARATORY TO FRIDAY CALL ██████ (2.1); COMMUNICATIONS TO S. GIDIERE AND M. RAIFF REGARDING MY CONCLUSIONS/ACTION PLAN AND LOGIC (0.4). |
| 0.30 | RAIFF, MICHAEL L | $630.00 | $189.00 | ATTENTION TO STRATEGIES FOR NEXT STEPS AND BANKRUPTCY STAY. |
| 05/09/14 | | | | |
| 2.30 | DAWSON, WILLIAM B | $925.00 | $2,127.50 | WORK ON ████████, ████ (2.0); COMMUNICATIONS WITH CLIENT AND S. GIDIERE REGARDING SAME (0.3). |
| 05/12/14 | | | | |
| 1.50 | DAWSON, WILLIAM B | $925.00 | $1,387.50 | ACTION PLANNING AND PREPARATION FOR TUESDAY CALL. |
| 0.50 | RAIFF, MICHAEL L | $630.00 | $315.00 | WORK ON LIST OF OPEN ITEMS AND PENDING MOTIONS (0.3); EMAILS REGARDING SAME (0.2). |

05/13/14
1.50    RAIFF, MICHAEL L    $630.00    $945.00    WORK ON LIST OF OPEN ITEMS (0.5); CONFERENCE CALL WITH CLIENTS (SPLIT)(0.5); WORK ON STAY ISSUES AND LIST OF OPTIONS (0.5).

0.90    FALCONER, RUSSELL H    $630.00    $567.00    PARTICIPATE IN WEEKLY CASE CONFERENCE CALL.

0.10    HOLMAN, GAYA K    $355.00    $35.50    REVIEW AND ARCHIVE EMAIL CORRESPONDENCE WITH TEAM REGARDING PENDING MOTIONS/ITEMS FOR ATTORNEY REFERENCE.

05/14/14
3.30    DAWSON, WILLIAM B    $925.00    $3,052.50    CALL REGARDING ████ ████████, ████ ACTION PLAN FOR TRYING ED CASE AND CALLS REGARDING SAME (0.5); DRAFT/REVISE ████████ ACTION PLAN ████████ (2.8).

1.50    RAIFF, MICHAEL L    $630.00    $945.00    WORK ON STAY ISSUES AND STRATEGIES (0.5); CONFERENCE CALL WITH S. DORE, D. KELLY, S. MOORE AND BANKRUPTCY COUNSEL (0.2); WORK ON POSSIBLE AGREEMENT WITH SIERRA CLUB (0.4); WORK ON STRATEGIES AND ████████ ████ (0.4).

05/15/14
1.30    DAWSON, WILLIAM B    $925.00    $1,202.50    WORK ON ACTION PLAN.

1.00    RAIFF, MICHAEL L    $630.00    $630.00    WORK ON ANALYSIS AND ████ ████████ (0.7); COMMUNICATIONS REGARDING SAME (0.3).

05/16/14
1.50    DAWSON, WILLIAM B    $925.00    $1,387.50    WORK ON ACTION PLAN/STRATEGY PLAN (1.2); COMMUNICATIONS REGARDING ████████ (0.3).

| | | | | |
|---|---|---|---|---|
| **05/19/14** | | | | |
| 1.80 | DAWSON, WILLIAM B | $925.00 | $1,665.00 | WORK ON ACTION PLAN (1.2); CALLS REGARDING SAME (0.3); COMMUNICATIONS TO GROUP REGARDING SAME (0.3). |
| **05/20/14** | | | | |
| 0.80 | DAWSON, WILLIAM B | $925.00 | $740.00 | CALLS REGARDING ACTION PLAN AND WEEKLY CALL. |
| 0.50 | RAIFF, MICHAEL L | $630.00 | $315.00 | CONFERENCE CALL WITH CLIENTS (0.2); ATTENTION TO OPTIONS AND STRATEGIES ██████████████ █████ (0.3). |
| 0.50 | FALCONER, RUSSELL H | $630.00 | $315.00 | PARTICIPATE IN WEEKLY CASE CONFERENCE CALL. |
| **05/21/14** | | | | |
| 0.50 | DAWSON, WILLIAM B | $925.00 | $462.50 | CALLS AND COMMUNICATIONS REGARDING ACTION PLAN. |
| **05/22/14** | | | | |
| 1.50 | DAWSON, WILLIAM B | $925.00 | $1,387.50 | COMMUNICATIONS WITH LOCAL COUNSEL AND INTERNALLY REGARDING ACTION PLAN. |
| **05/23/14** | | | | |
| 0.20 | FALCONER, RUSSELL H | $630.00 | $126.00 | STUDY RECENT FIFTH CIRCUIT DECISION ON ████████████ ████████████ |
| 0.10 | HOLMAN, GAYA K | $355.00 | $35.50 | REVIEW AND ARCHIVE ORDER STAYING CASE. |
| **05/27/14** | | | | |
| 1.50 | DAWSON, WILLIAM B | $925.00 | $1,387.50 | ANALYSIS ████████████ ████████████ ████████████ |
| 0.80 | RAIFF, MICHAEL L | $630.00 | $504.00 | CONFERENCE CALL WITH CLIENTS (0.3); WORK ON STAY OPTIONS AND RELATED COMMUNICATIONS (0.3). |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**June 3, 2014**

**Invoice No. 2014081689**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through May 31, 2014**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00017 | Sierra Club - Western District of Texas 201200115 | $  49,855.00 | $  0.00 | $  49,855.00 |
| | **Totals** | $  49,855.00 | $  0.00 | $  49,855.00 |
| | **TOTAL OUTSTANDING BALANCE DUE** | | | $  49,855.00 |

Remit By Wire To:
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

Remit By Mail To:
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**June 3, 2014**

**Invoice No. 2014081689**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through May 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00017 | Sierra Club - Western District of Texas 201200115 | $  49,855.00 | $      0.00 | $  49,855.00 |
|  | **Totals** | $  49,855.00 | $    0.00 | $  49,855.00 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $  49,855.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: June 3, 2014**                                                    **Invoice No. 2014081689**

**Due and Payable Upon Receipt**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

SIERRA CLUB - WESTERN DISTRICT OF TEXAS
92772-00017

---

For Services Rendered Through May 31, 2014

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| WILLIAM B. DAWSON | 6.40 | $ 925.00 | $   5,920.00 |
| MICHAEL A. ROSENTHAL | 4.70 | 1,140.00 | 5,358.00 |
| MICHAEL L. RAIFF | 29.20 | 630.00 | 18,396.00 |
| SHIRA D. WEINER | 7.20 | 630.00 | 4,536.00 |
| RUSSELL H. FALCONER | 2.40 | 630.00 | 1,512.00 |
| MATTHEW G. BOUSLOG | 8.00 | 630.00 | 5,040.00 |
| ELIZABETH M. VINEY | 9.70 | 630.00 | 6,111.00 |
| GAYA K. HOLMAN | 8.40 | 355.00 | 2,982.00 |

**Total Services**                                    $   49,855.00


**Total Services, Costs/Charges**                           49,855.00

**BALANCE DUE**                                   $  49,855.00

SIERRA CLUB - WESTERN DISTRICT OF TEXAS
92772-00017
_____

Detail Services:

04/29/14

| | | | | |
|---|---|---|---|---|
| 1.00 | RAIFF, MICHAEL L | $630.00 | $630.00 | ATTENTION TO BANKRUPTCY ISSUES AND LIST OF OPEN MATTERS (0.6); COMMUNICATIONS REGARDING SAME (0.4). |
| 1.00 | FALCONER, RUSSELL H | $630.00 | $630.00 | PARTICIPATE IN WEEKLY CASE CONFERENCE CALL (0.8); CONFER WITH E. VINEY REGARDING SIERRA CLUB'S REQUEST FOR NEW COPIES OF INVOICES (0.2). |
| 1.10 | VINEY, ELIZABETH M | $630.00 | $693.00 | REVIEW STATUS UPDATE ON MATTERS (0.9); DISCUSSION WITH R. FALCONER AND G. HOLMAN REGARDING REDACTION OF INVOICES PER SIERRA CLUB REQUEST (0.2). |
| 5.20 | HOLMAN, GAYA K | $355.00 | $1,846.00 | REDACT NEW SET OF GDC INVOICES IN SUPPORT OF ATTORNEYS' FEES MOTION AT REQUEST OF OPPOSING COUNSEL TO RESOLVE CLARITY ISSUES (4.4); REVIEW AND ARCHIVE CASE FILINGS (0.8). |
| 0.20 | HOLMAN, GAYA K | $355.00 | $71.00 | REVIEW AND ARCHIVE CASE FILINGS. |

04/30/14

| | | | | |
|---|---|---|---|---|
| 1.50 | DAWSON, WILLIAM B | $925.00 | $1,387.50 | REVIEW CASE ANALYSIS (1.2); COMMUNICATIONS REGARDING BANKRUPTCY FILING (0.3). |

| 1.70 | ROSENTHAL, MICHAEL A | $1,140.00 | $1,938.00 | EMAILS WITH M. RAIFF REGARDING AUTOMATIC STAY ISSUES RELATED TO SIERRA CLUB LITIGATION (0.4); MEETING WITH S. WEINER REGARDING AUTOMATIC STAY ISSUES RELATED TO SIERRA CLUB LITIGATION (0.2); REVIEW CASE LAW RELATED TO AUTOMATIC STAY ISSUES IN 3RD CIRCUIT (0.4); REVIEW OVERVIEW EMAIL  FROM S. WEINER REGARDING AUTOMATIC STAY ISSUES AND RELATED CASES (0.7). |
| 4.00 | RAIFF, MICHAEL L | $630.00 | $2,520.00 | WORK ON ATTORNEYS' FEE ISSUES AND SUMMARY OF OUR FEE ARGUMENTS (1.8); WORK ON BANKRUPTCY RELATED ISSUES AND FILINGS IN THE BIG BROWN CASE (1.2); ATTENTION TO AND EMAILS REGARDING THE SUMMARY AND ███████████████ (0.4); WORK WITH GIBSON DUNN BANKRUPTCY ATTORNEYS ON STAY ISSUES (0.6). |
| 3.80 | WEINER, SHIRA D | $630.00 | $2,394.00 | CONVERSATION WITH M. ROSENTHAL REGARDING BACKGROUND (0.2); LEGAL RESEARCH REGARDING ███████████████ (3.2); EMAILS TO M. ROSENTHAL REGARDING RESEARCH FINDINGS (0.4). |
| 0.80 | FALCONER, RUSSELL H | $630.00 | $504.00 | CONFER AND CORRESPOND WITH TEAM REGARDING SIERRA CLUB'S REQUEST FOR NEW COPIES OF INVOICES (0.1); CORRESPOND WITH TEAM REGARDING APPLICABILITY OF AUTOMATIC STAY (0.3); FINALIZE NEW INVOICES AND CIRCULATE SAME TO E. SAXONHOUSE (0.4). |

| 5.10 | VINEY, ELIZABETH M | $630.00 | $3,213.00 | RESEARCH AND PREPARE CLIENT SUMMARY REGARDING ███████ (2.1); PREPARE AND REVISE REDACTIONS PER SIERRA CLUB'S REQUEST (2.5). |
| 2.70 | HOLMAN, GAYA K | $355.00 | $958.50 | FINALIZE REDACTED GDC INVOICES TO BE FORWARDED TO OPPOSING COUNSEL DUE TO CLARITY ISSUES. |

05/01/14

| 2.80 | DAWSON, WILLIAM B | $925.00 | $2,590.00 | CALLS, COMMUNICATIONS WITH SC, AND ANALYSIS OF STAY ISSUES RELATED TO APPEAL AND FEES (1.2); WORK WITH BANKRUPTCY LAWYERS ON STAY ISSUES (0.5); ATTORNEY FEE ISSUES (0.3). COMMUNICATIONS REGARDING ███████ (0.5). |
| 3.00 | ROSENTHAL, MICHAEL A | $1,140.00 | $3,420.00 | EMAILS WITH M. RAIFF AND B. DAWSON REGARDING IMPACT OF STAY ON FEE MOTION (0.6); REVIEW S WEINER ANALYSIS REGARDING IMPACT OF STAY ON FEE MOTION (0.2); COMMENT ON AUTOMATIC STAY ANALYSIS (0.4); REVIEW RELEVANT CASES REGARDING AUTOMATIC STAY ANALYSIS (0.8); BEGIN OUTLINE OF DISTRICT COURT BRIEF ON AUTOMATIC STAY ANALYSIS (0.8); TELEPHONE CONFERENCE WITH M. BOUSLOG REGARDING AUTOMATIC STAY APPLICABILITY (0.2). |

| 7.50 | RAIFF, MICHAEL L | $630.00 | $4,725.00 | CONFERENCE CALL AND EMAILS WITH E. SAXONHOUSE (0.4); WORK ON STAY ISSUES AS THEY RELATE TO PENDING FEE CLAIM (1.5); MULTIPLE COMMUNICATIONS REGARDING SAME (0.2); WORK WITH GIBSON DUNN BANKRUPTCY COUNSEL ON STAY RESEARCH (1.3); START REVIEWING LEGAL ARGUMENTS (1.2); WORK ON ARGUMENTS TO OPPOSE SIERRA CLUB'S MOTION TO STAY ATTORNEYS' FEE CLAIM (1.1); CONFERENCE CALL WITH KIRKLAND BANKRUPTCY COUNSEL AND CLIENTS REGARDING NEXT STEPS (0.4); WORK ON PROPOSED JOINT MOTION TO FILE WITH JUDGE SMITH REGARDING POSTPONEMENT OF DEADLINES (1.4). |
| 2.80 | WEINER, SHIRA D | $630.00 | $1,764.00 | DRAFT RESPONSE TO STAY DECLARATORY JUDGMENT MOTION (1.6); LEGAL RESEARCH REGARDING SAME (1.1.); CONVERSATION WITH M. BOUSLOG REGARDING SAME (0.1). |
| 0.50 | BOUSLOG, MATTHEW G | $630.00 | $315.00 | EMAILS WITH M. RAIFF, W. DAWSON, M. ROSENTHAL, AND S. WEINER REGARDING STAY OF LITIGATION (0.4); CALLS WITH M. ROSENTHAL AND S. WEINER REGARDING SAME (0.1). |

05/02/14

| 1.30 | DAWSON, WILLIAM B | $925.00 | $1,202.50 | WORK ON FEE AND STAY DOCUMENTS AND COMMUNICATIONS INTERNALLY AND FROM SC. |

| 3.50 | RAIFF, MICHAEL L | $630.00 | $2,205.00 | WORK ON JOINT MOTION TO POSTPONE DEADLINES (0.8); MULTIPLE COMMUNICATIONS WITH TEAM REGARDING SAME (0.3); MULTIPLE COMMUNICATIONS WITH SIERRA CLUB (0.2); CONFERENCE CALL WITH S. GIDIERE (0.1); CONFERENCE CALL WITH LOCAL COUNSEL (0.1); COMMUNICATIONS WITH AND REGARDING ███ ███████ AND RESEARCH REGARDING SAME (0.3); WORK ON PROPOSED ORDER; FINALIZE AND FILE MOTION AND ORDER; ATTENTION TO BANKRUPTCY ISSUES (1.7). |
| 0.60 | WEINER, SHIRA D | $630.00 | $378.00 | RESEARCH REGARDING STAY OF ATTORNEYS FEES CLAIM (0.4); CORRESPONDENCE REGARDING SAME (0.2). |
| 5.60 | BOUSLOG, MATTHEW G | $630.00 | $3,528.00 | RESEARCH REGARDING STAY OF ATTORNEY FEE MOTION (5.5); EMAILS WITH M. ROSENTHAL AND S. WEINER REGARDING SAME (0.1); |
| 0.30 | VINEY, ELIZABETH M | $630.00 | $189.00 | REVIEW AND SUMMARIZE ████████████████████. |

**05/05/14**

| 0.50 | RAIFF, MICHAEL L | $630.00 | $315.00 | ATTENTION TO 5TH CIRCUIT APPEAL FILINGS AND COMMUNICATIONS REGARDING SAME (0.2); WORK ON BANKRUPTCY RETENTION AND RELATED EMAILS (0.3). |
| 1.80 | BOUSLOG, MATTHEW G | $630.00 | $1,134.00 | RESEARCH REGARDING STAY OF ATTORNEY FEE MOTION. |

**05/06/14**

| 0.80 | DAWSON, WILLIAM B | $925.00 | $740.00 | REVIEW FEE AND STAY WORK (0.6); COMMUNICATION REGARDING SAME (0.2). |

| | | | | |
|---|---|---|---|---|
| 1.00 | RAIFF, MICHAEL L | $630.00 | $630.00 | WORK ON BANKRUPTCY RETENTION ISSUES AND DESCRIPTIONS (0.6); COMMUNICATIONS WITH A. SMITH (0.2); CONFERENCE CALL WITH CLIENTS (0.2). |
| 0.10 | BOUSLOG, MATTHEW G | $630.00 | $63.00 | EMAILS WITH S. WEINER REGARDING STAY OF ATTORNEY FEE MOTION. |
| 1.70 | VINEY, ELIZABETH M | $630.00 | $1,071.00 | DRAFT LIST OF ███████ ████ (1.0); AID IN PREPARATION OF AUDIT LETTER (0.7). |

**05/08/14**

| | | | | |
|---|---|---|---|---|
| 0.80 | RAIFF, MICHAEL L | $630.00 | $504.00 | WORK ON STRATEGIES FOR ████████████ (0.6); COMMUNICATIONS REGARDING SAME (0.2); COMMUNICATIONS REGARDING STAY ISSUES AND STAY ARGUMENTS (0.2). |

**05/09/14**

| | | | | |
|---|---|---|---|---|
| 1.80 | RAIFF, MICHAEL L | $630.00 | $1,134.00 | CONFERENCE CALL WITH KIRKLAND & ELLIS AND TEAM (0.3); WORK ON STRATEGIES FOR NEXT STEPS AND WORK ON BANKRUPTCY STAY ISSUES (1.1); CONFERENCE CALL WITH KIRKLAND BANKRUPTCY COUNSEL (0.2); CONFERENCE CALL WITH SIERRA CLUB'S BANKRUPTCY COUNSEL (0.2). |

**05/12/14**

| | | | | |
|---|---|---|---|---|
| 0.80 | RAIFF, MICHAEL L | $630.00 | $504.00 | ATTENTION TO STAY ISSUES AND RELATED COMMUNICATIONS (0.3); WORK ON ████████████ (0.4); COMMUNICATIONS REGARDING SAME (0.1). |

| | | | | |
|---|---|---|---|---|
| 05/13/14 | | | | |
| 1.80 | RAIFF, MICHAEL L | $630.00 | $1,134.00 | WORK ON LIST OF ███████ (0.9); CONFERENCE CALL WITH CLIENTS (0.3); ATTENTION TO AND COMMUNICATIONS REGARDING POSSIBLE AGREEMENT WITH SIERRA CLUB REGARDING STAY (0.2); WORK ON ███████ (0.4). |
| 1.00 | VINEY, ELIZABETH M | $630.00 | $630.00 | PARTICIPATE IN WEEKLY TEAM CONFERENCE CALL. |
| 0.10 | HOLMAN, GAYA K | $355.00 | $35.50 | REVIEW AND ARCHIVE EMAIL CORRESPONDENCE WITH TEAM REGARDING PENDING MOTIONS/ITEMS FOR ATTORNEY REFERENCE. |
| 05/14/14 | | | | |
| 1.50 | RAIFF, MICHAEL L | $630.00 | $945.00 | WORK ON STAY ISSUES AND STRATEGIES (0.4); WORK ON POSSIBLE AGREEMENT WITH SIERRA CLUB (0.4); WORK ON STRATEGIES AND ███████ (0.4); MULTIPLE EMAILS REGARDING SAME (0.3). |
| 05/15/14 | | | | |
| 1.50 | RAIFF, MICHAEL L | $630.00 | $945.00 | WORK ON ANALYSIS AND MEMO OF ███████ (0.7); WORK ON DRAFTING AND REVISING JOINT MOTION TO POSTPONE DEADLINES IN TRIAL COURT (0.4); EMAILS REGARDING SAME (0.4). |
| 05/16/14 | | | | |
| 1.50 | RAIFF, MICHAEL L | $630.00 | $945.00 | WORK ON ███████ (0.5); CONFERENCE CALL WITH S. GIDIERE (0.2); WORK ON MOTION TO POSTPONE DEADLINES RELATING TO OUR FEES MOTION (0.6); COMMUNICATIONS REGARDING SAME (0.2). |

| Date | Hours | Name | Rate | Amount | Description |
|------|-------|------|------|--------|-------------|
| 05/18/14 | 0.30 | FALCONER, RUSSELL H | $630.00 | $189.00 | RESEARCH ███ (0.2); CORRESPOND WITH B. DAWSON REGARDING SAME (0.1). |
| 05/19/14 | 1.50 | RAIFF, MICHAEL L | $630.00 | $945.00 | WORK ON FINALIZING MOTION TO POSTPONE DEADLINES (0.5); EMAILS REGARDING SAME (0.1); FINALIZE AND FILE JOINT MOTION AND PROPOSED ORDER (0.5); WORK ON ███ (0.4). |
| | 0.10 | HOLMAN, GAYA K | $355.00 | $35.50 | REVIEW AND ARCHIVE JOINT MOTION FOR EXTENSION AND NOTICE OF HEARING CANCELLATION IN COMPLIANCE WITH CASE MANAGEMENT PROCEDURES. |
| 05/20/14 | 0.50 | RAIFF, MICHAEL L | $630.00 | $315.00 | CONFERENCE CALL WITH CLIENTS (0.2); ATTENTION TO OPTIONS AND STRATEGIES ███ (0.3). |
| | 0.50 | VINEY, ELIZABETH M | $630.00 | $315.00 | WEEKLY CONFERENCE CALL. |
| 05/21/14 | 0.10 | HOLMAN, GAYA K | $355.00 | $35.50 | REVIEW AND ARCHIVE ORDER GRANTING MOTION FOR EXTENSION FOR ATTORNEY REFERENCE. |
| 05/27/14 | 0.30 | FALCONER, RUSSELL H | $630.00 | $189.00 | CONFER WITH B. DAWSON REGARDING ███ AND BRIEFLY RESEARCH SAME. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**June 3, 2014**

**Invoice No. 2014081693**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through May 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00018 | NSR Case 201300257 | $   4,334.00 | $       0.00 | $   4,334.00 |
|  | **Totals** | $   4,334.00 | $      0.00 | $   4,334.00 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $   4,334.00 |

Remit By Wire To:
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

Remit By Mail To:
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**June 3, 2014**

**Invoice No. 2014081693**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through May 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00018 | NSR Case 201300257 | $  4,334.00 | $  0.00 | $  4,334.00 |
|  | **Totals** | $  4,334.00 | $  0.00 | $  4,334.00 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $  4,334.00 |

<u>**Remit By Wire To:**</u>
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

<u>**Remit By Mail To:**</u>
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

NSR CASE
92772-00018

_____

For Services Rendered Through May 31, 2014

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| WILLIAM B. DAWSON | 3.80 | $ 925.00 | $ 3,515.00 |
| MICHAEL L. RAIFF | 1.20 | 630.00 | 756.00 |
| RUSSELL H. FALCONER | 0.10 | 630.00 | 63.00 |
| **Total Services** | | | $ 4,334.00 |

**Total Services, Costs/Charges**                    4,334.00

**BALANCE DUE**                               $   4,334.00

**Due and Payable Upon Receipt**

NSR CASE
92772-00018

---

Detail Services:

| Date/Hours | Timekeeper | Rate | Amount | Description |
|---|---|---|---|---|
| 04/29/14 1.50 | DAWSON, WILLIAM B | $925.00 | $1,387.50 | PREPARE FOR AND PARTICIPATE IN WEEKLY CALL. |
| 05/06/14 1.00 | DAWSON, WILLIAM B | $925.00 | $925.00 | PREPARE FOR AND PARTICIPATE IN WEEKLY CALL. |
| 05/09/14 0.30 | RAIFF, MICHAEL L | $630.00 | $189.00 | ATTENTION TO AND COMMUNICATIONS REGARDING ███████ SIERRA CLUB'S INTERVENTION. |
| 05/12/14 0.30 | RAIFF, MICHAEL L | $630.00 | $189.00 | ATTENTION TO AND COMMUNICATIONS REGARDING ███████ |
| 05/13/14 1.30 | DAWSON, WILLIAM B | $925.00 | $1,202.50 | PREPARE FOR AND PARTICIPATE IN WEEKLY CALL. |
| 0.30 | RAIFF, MICHAEL L | $630.00 | $189.00 | ATTENTION TO AND COMMUNICATIONS REGARDING ███████ SIERRA CLUB (0.1); BRIEFLY LOOK INTO 5TH CIRCUIT RULES RELATING TO BANKRUPTCY (0.2). |
| 05/14/14 0.30 | RAIFF, MICHAEL L | $630.00 | $189.00 | CONFERENCE CALL REGARDING COMMUNICATIONS WITH DOJ AND REGARDING 5TH CIRCUIT PROCEEDINGS IN LIGHT OF BANKRUPTCY. |
| 05/19/14 0.10 | FALCONER, RUSSELL H | $630.00 | $63.00 | STUDY BALCH BINGHAM MEMO REGARDIN ███████ |

---

**Due and Payable Upon Receipt**

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**June 3, 2014**

**Invoice No. 2014063644**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through May 31, 2014**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00023 | 2011 FPL Lawsuit | $   1,323.00 | $   0.00 | $   1,323.00 |
| | **Totals** | $   1,323.00 | $   0.00 | $   1,323.00 |
| | **TOTAL OUTSTANDING BALANCE DUE** | | | $   1,323.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**June 3, 2014**

**Invoice No. 2014063644**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through May 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00023 | 2011 FPL Lawsuit | $    1,323.00 | $      0.00 | $    1,323.00 |
|  | **Totals** | $    1,323.00 | $     0.00 | $   1,323.00 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $    1,323.00 |

<u>**Remit By Wire To:**</u>
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

<u>**Remit By Mail To:**</u>
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

2011 FPL LAWSUIT
92772-00023

---

For Services Rendered Through May 31, 2014

| NAME | HOURS | RATE | | TOTAL |
|------|-------|------|---|-------|
| MICHAEL L. RAIFF | 2.10 | $ 630.00 | $ | 1,323.00 |
| **Total Services** | | | $ | 1,323.00 |

| | | |
|---|---|---|
| **Total Services, Costs/Charges** | | 1,323.00 |
| **BALANCE DUE** | $ | 1,323.00 |

2011 FPL LAWSUIT
92772-00023

_____

Detail Services:

| | | | | |
|---|---|---|---|---|
| 04/29/14<br>0.30 | RAIFF, MICHAEL L | $630.00 | $189.00 | COMMUNICATION REGARDING NEXT STEPS AND FILING WITH THE DALLAS COURT OF APPEALS REGARDING FPL1. |
| 05/05/14<br>0.30 | RAIFF, MICHAEL L | $630.00 | $189.00 | COMMUNICATIONS AND ATTENTION TO MANDATE FROM SUPREME COURT AND NEXT STEPS IN FPL CASES. |
| 05/08/14<br>1.00 | RAIFF, MICHAEL L | $630.00 | $630.00 | WORK ON STAY ISSUES RELATING TO BOTH FPL CASES (0.5); WORK ON OBTAINING RELATED UNDERLYING INFORMATION (0.5). |
| 05/22/14<br>0.50 | RAIFF, MICHAEL L | $630.00 | $315.00 | WORK ON STAY ISSUES. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**June 3, 2014**

**Invoice No. 2014070191**

Energy Future Holdings
Attn:  John O'Brien
Executive Vice President
Energy Plaza
1601 Bryan Street
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through May 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00025 | Public Policy Advice | $    1,387.50 | $       0.00 | $    1,387.50 |
|  | **Totals** | $    1,387.50 | $       0.00 | $    1,387.50 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $    1,387.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Invoice Date: June 3, 2014                                          Invoice No. 2014070191

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**June 3, 2014**

**Invoice No. 2014070191**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Attn:  John O'Brien
Executive Vice President
Energy Plaza
1601 Bryan Street
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through May 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00025 | Public Policy Advice | $   1,387.50 | $   0.00 | $   1,387.50 |
|  | **Totals** | $   1,387.50 | $   0.00 | $   1,387.50 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $   1,387.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: June 3, 2014**                    **Invoice No. 2014070191**

**Due and Payable Upon Receipt**

Energy Future Holdings
Attn:  John O'Brien
Executive Vice President
Energy Plaza
1601 Bryan Street
Dallas, TX  75201


PUBLIC POLICY ADVICE
92772-00025

_____

For Services Rendered Through May 31, 2014

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| RONALD KIRK | 1.50 | $ 925.00 | $ 1,387.50 |
| **Total Services** | | | $ 1,387.50 |

| | |
|---|---|
| **Total Services, Costs/Charges** | 1,387.50 |
| **BALANCE DUE** | $ 1,387.50 |

PUBLIC POLICY ADVICE
92772-00025

_____

Detail Services:

05/01/14
  0.50     KIRK, RONALD         $925.00    $462.50   DISCUSSION OF POLICY
                                                      ISSUES RE BANKRUPTCY  WITH
                                                      J. O'BRIEN.

05/05/14
  1.00     KIRK, RONALD         $925.00    $925.00   DISCUSSION OF POLICY
                                                      ISSUES RE BANKRUPTCY  WITH
                                                      J. O'BRIEN.

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**June 3, 2014**

**Invoice No. 2014062393**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through May 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00027 | EFIH First Lien DIP Exchange Offer | $  39,500.50 | $      0.00 | $  39,500.50 |
|  | **Totals** | $  39,500.50 | $      0.00 | $  39,500.50 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $  39,500.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**June 3, 2014**

**Invoice No. 2014062393**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through May 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00027 | EFIH First Lien DIP Exchange Offer | $  39,500.50 | $      0.00 | $  39,500.50 |
|  | **Totals** | $  39,500.50 | $    0.00 | $  39,500.50 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $  39,500.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: June 3, 2014**                                                    **Invoice No. 2014062393**

**Due and Payable Upon Receipt**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


EFIH FIRST LIEN DIP EXCHANGE OFFER
92772-00027

_____

For Services Rendered Through May 31, 2014

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| JAMES J. MOLONEY | 0.60 | $1,035.00 | $ 621.00 |
| ROBERT B. LITTLE | 31.40 | 790.00 | 24,806.00 |
| JONATHAN M. WHALEN | 23.80 | 575.00 | 13,685.00 |
| KATHERINE E. COURNOYER | 0.70 | 555.00 | 388.50 |
| **Total Services** | | | $ 39,500.50 |



| | |
|---|---|
| **Total Services, Costs/Charges** | 39,500.50 |
| **BALANCE DUE** | $  39,500.50 |

EFIH FIRST LIEN DIP EXCHANGE OFFER
92772-00027
_____

Detail Services:

05/04/14

| | | | | |
|---|---|---|---|---|
| 4.00 | LITTLE, ROBERT B | $790.00 | $3,160.00 | REVIEW AND REVISE PRESS RELEASE (0.5); REVIEW AND REVISE FORM 8-K REGARDING EFIH FIRST LIEN EXCHANGE OFFER (0.5); TELEPHONE CALL WITH A. WRIGHT REGARDING SAME (0.5); REVIEW AND REVISE DEALER MANAGER AGREEMENT FOR SAME (2.5). |

05/05/14

| | | | | |
|---|---|---|---|---|
| 6.30 | LITTLE, ROBERT B | $790.00 | $4,977.00 | PREPARE CHECKLIST FOR EFIH FIRST LIEN EXCHANGE (1.1); WORK ON INFORMATION MEMORANDUM REGARDING FIRST LIEN SETTLEMENT (3.6); REVIEW AND REVISE PRESS RELEASE FOR SAME (0.4); REVIEW AND REVISE 8-K FOR SAME (0.5); REVIEW AND REVISE LETTER OF TRANSMITTAL FOR SAME (0.5); TELEPHONE CONFERENCES WITH A. WRIGHT, G. SANTOS, AND D. MYERS REGARDING ISSUES RELATED TO EFIH FIRST LIEN EXCHANGE OFFERS (0.7). |
| 6.10 | WHALEN, JONATHAN M | $575.00 | $3,507.50 | DISCUSSIONS AND EMAILS WITH A. WRIGHT REGARDING FIRST LIEN OFFERING (1.5); WORK ON DOCUMENTS WITH RESPECT TO THE SAME (4.6). |

| | | | | |
|---|---|---|---|---|
| 05/06/14 | | | | |
| 8.50 | LITTLE, ROBERT B | $790.00 | $6,715.00 | WORK ON INFORMATION MEMORANDUM REGARDING FIRST LIEN SETTLEMENT (5.5); REVIEW AND REVISE PRESS RELEASE FOR SAME (0.5); REVIEW AND REVISE 8-K FOR SAME (0.5); REVIEW AND REVISE LETTER OF TRANSMITTAL FOR SAME (1.0); TELEPHONE CONFERENCES WITH A. WRIGHT, G. SANTOS, AND D. MYERS REGARDING ISSUES RELATED TO FIRST LIEN EXCHANGE OFFERS (1.0). |
| 6.80 | WHALEN, JONATHAN M | $575.00 | $3,910.00 | WORK ON LAUNCH OF FIRST LIEN EXCHANGE OFFER. |
| 05/13/14 | | | | |
| 1.50 | LITTLE, ROBERT B | $790.00 | $1,185.00 | REVIEW COMMUNICATIONS FROM FIRST LIEN NOTES TRUSTEE. |
| 05/14/14 | | | | |
| 0.60 | MOLONEY, JAMES J | $1,035.00 | $621.00 | CALLS / E-MAILS FROM R. LITTLE AND J. WHALEN REGARDING TENDER OFFER ISSUES (0.4); ADVISE ON SECURITIES LAW MATTERS (0.2). |
| 1.50 | LITTLE, ROBERT B | $790.00 | $1,185.00 | TELEPHONE CALLS WITH WORKING GROUP REGARDING FIRST LIEN INDENTURE TRUSTEE OBJECTIONS (0.7); REVIEW MATERIALS REGARDING SAME (0.8). |
| 2.40 | WHALEN, JONATHAN M | $575.00 | $1,380.00 | DISCUSSIONS AND ANALYSIS REGARDING DISCLOSURE CONSIDERATIONS IN CONNECTION WITH FIRST LIEN OBJECTION. |
| 0.70 | COURNOYER, KATHERINE E | $555.00 | $388.50 | CONFERENCE CALL TO DISCUSS FIRST LIEN TRUSTEE LETTER. |

| Date | | Name | Rate | Amount | Description |
|---|---|---|---|---|---|
| 05/15/14 | 1.40 | LITTLE, ROBERT B | $790.00 | $1,106.00 | TELEPHONE CALL WITH WORKING GROUP REGARDING OBJECTIONS TO OFFERS (0.7); REVIEW OBJECTIONS TO OFFERS (0.7). |
| 05/17/14 | 1.60 | WHALEN, JONATHAN M | $575.00 | $920.00 | SUMMARIZE PRECEDENT EARLY TENDER TERMS FOR FIRST LIEN OBJECTION. |
| 05/19/14 | 5.00 | LITTLE, ROBERT B | $790.00 | $3,950.00 | REVIEW AND REVISE OBJECTION TO FIRST LIEN TRUSTEE AND SECOND LIEN TRUSTEE MOTIONS REGARDING SETTLEMENTS. |
| 05/20/14 | 2.50 | LITTLE, ROBERT B | $790.00 | $1,975.00 | REVIEW AND REVISE OBJECTION TO FIRST LIEN TRUSTEE'S MOTION. |
| 05/21/14 | 2.10 | WHALEN, JONATHAN M | $575.00 | $1,207.50 | WORK ON 8-K DISCLOSING FIRST LIEN SETTLEMENT OFFER RESULTS (1.7); COORDINATE FILING OF 8-K WITH DONNELLEY (0.4). |
| 05/22/14 | 4.80 | WHALEN, JONATHAN M | $575.00 | $2,760.00 | WORK ON FIRST LIEN OFFERING MEMORANDUM (2.7); WORK ON TAX DISCLOSURE IN OFFERING MEMORANDUM (0.4); DISCUSSION WITH CREDITORS' COUNSEL RELATING TO NOTE PURCHASE AGREEMENT AND FUNDING MECHANICS (1.0); FINALIZE 8-K REGARDING EARLY PARTICIPATIONS RESULTS REGARDING FIRST LIEN SETTLEMENT (0.7). |
| 05/23/14 | 0.70 | LITTLE, ROBERT B | $790.00 | $553.00 | TELEPHONE CALL WITH EPIQ, G. SANTOS AND D. MYERS OF KIRKLAND & ELLIS REGARDING CLOSING MECHANICS (0.5); ANALYZE ISSUES REGARDING SAME (0.2). |

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**June 23, 2014**

**Invoice No. 2014062394**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through May 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00028 | EFIH Second Lien DIP Tender Offer | $  31,213.50 | $      0.00 | $  31,213.50 |
|  | **Totals** | $  31,213.50 | $      0.00 | $  31,213.50 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $  31,213.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Invoice Date: June 23, 2014                                                      Invoice No. 2014062394

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**June 23, 2014**

**Invoice No. 2014062394**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through May 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00028 | EFIH Second Lien DIP Tender Offer | $  31,213.50 | $      0.00 | $  31,213.50 |
|  | **Totals** | $  31,213.50 | $    0.00 | $  31,213.50 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $  31,213.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: June 23, 2014**                                            **Invoice No. 2014062394**

**Due and Payable Upon Receipt**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


EFIH SECOND LIEN DIP TENDER OFFER
92772-00028

_____

For Services Rendered Through May 31, 2014

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| JAMES J. MOLONEY | 0.90 | $1,035.00 | $    931.50 |
| ROBERT B. LITTLE | 21.30 | 790.00 | 16,827.00 |
| JONATHAN M. WHALEN | 23.40 | 575.00 | 13,455.00 |
| **Total Services** | | | $  31,213.50 |

**Total Services, Costs/Charges**                    31,213.50

**BALANCE DUE**                    $  31,213.50

**Due and Payable Upon Receipt**

EFIH SECOND LIEN DIP TENDER OFFER
92772-00028

_____

Detail Services:

05/05/14
| 1.20 | LITTLE, ROBERT B | $790.00 | $948.00 | PREPARE CHECKLIST FOR SECOND LIEN TENDER OFFER. |

05/07/14
| 3.50 | LITTLE, ROBERT B | $790.00 | $2,765.00 | REVIEW AND REVISE OFFER TO PURCHASE FOR SECOND LIEN NOTES TENDER OFFER (2.5); REVIEW AND REVISE PRESS RELEASE FOR SAME (1.0). |

| 7.50 | WHALEN, JONATHAN M | $575.00 | $4,312.50 | ANALYSIS WITH RESPECT TO SECOND LIEN TENDER (3.5); REVIEW AND REVISE DEALER MANAGER AGREEMENT (2.5); DRAFT 8-K AND PRESS RELEASE FOR SECOND LIEN TENDER (1.5). |

05/08/14
| 5.00 | LITTLE, ROBERT B | $790.00 | $3,950.00 | WORK ON OFFER TO PURCHASE FOR SECOND LIEN NOTES TENDER OFFER (2.5); WORK ON LETTER OF TRANSMITTAL FOR SAME (1.0); TELEPHONE CALLS WITH WORKING GROUP REGARDING SAME (0.8); REVIEW AND REVISE PRESS RELEASE FOR SAME (0.7). |

05/09/14
| 4.50 | LITTLE, ROBERT B | $790.00 | $3,555.00 | WORK ON LAUNCH OF SECOND LIEN TENDER OFFER (1.0); TELEPHONE CALLS REGARDING SAME (1.0); WORK ON GLOBAL RESTRUCTURING CHECKLIST (1.0); EMAILS REGARDING WHETHER A FORM 8-K SHOULD BE FILED WITH RESPECT TO THE AMENDMENT TO THE RESTRUCTURING SUPPORT AGREEMENT (0.5); PREPARE TIMELINE FOR TRANSACTIONS (1.0). |

| | | | | |
|---|---|---|---|---|
| 1.90 | WHALEN, JONATHAN M | $575.00 | $1,092.50 | COORDINATE MATTERS WITH RESPECT TO LAUNCH OF SECOND LIEN TENDER OFFER. |

05/12/14

| | | | | |
|---|---|---|---|---|
| 7.20 | WHALEN, JONATHAN M | $575.00 | $4,140.00 | WORK ON OFFERING MEMORANDUM (5.2); DISCUSSIONS WITH R. LITTLE REGARDING NOTE PURCHASE AGREEMENT (0.5); DISCUSSIONS AND PHONE CALLS WITH A. WRIGHT OF REGARDING OFFERING (1.5). |

05/15/14

| | | | | |
|---|---|---|---|---|
| 1.10 | LITTLE, ROBERT B | $790.00 | $869.00 | REVIEW AND REVISE PRESS RELEASE FOR CASH TENDER OFFER EXTENSION (0.4); REVIEW AND REVISE SUPPLEMENT FOR CASH TENDER OFFER (0.7). |
| 2.10 | WHALEN, JONATHAN M | $575.00 | $1,207.50 | DRAFT 8-K REGARDING EXTENSION OF TENDER OFFER (1.1); ANALYSIS REGARDING DISCLOSURE MATTERS (1.0). |

05/16/14

| | | | | |
|---|---|---|---|---|
| 1.20 | LITTLE, ROBERT B | $790.00 | $948.00 | WORK ON EXTENSION DOCUMENTS FOR CASH TENDER OFFER. |

05/19/14

| | | | | |
|---|---|---|---|---|
| 1.10 | WHALEN, JONATHAN M | $575.00 | $632.50 | WORK ON 8-K FOR TENDER EXTENSION. |

05/20/14

| | | | | |
|---|---|---|---|---|
| 0.40 | WHALEN, JONATHAN M | $575.00 | $230.00 | ANALYSIS WITH RESPECT TO TENDER EXTENSION. |

05/22/14

| | | | | |
|---|---|---|---|---|
| 2.00 | LITTLE, ROBERT B | $790.00 | $1,580.00 | EMAILS WITH KIRKLAND & ELLISM, A. WRIGHT AND G. SANTOS REGARDING EXTENSION OF OFFER AND RELATED ISSUES (1.0); ANALYZE ISSUES RELATING TO SAME (1.0). |
| 1.10 | WHALEN, JONATHAN M | $575.00 | $632.50 | WORK ON 8-K REGARDING EXTENSION OF SECOND LIEN TENDER AND RSA AMENDMENTS. |

| Date | Hours | Name | Rate | Amount | Description |
|---|---|---|---|---|---|
| 05/23/14 | 0.50 | LITTLE, ROBERT B | $790.00 | $395.00 | REVIEW AND REVISE PRESS RELEASE AND FORM 8-K REGARDING EXTENSION. |
| | 1.40 | WHALEN, JONATHAN M | $575.00 | $805.00 | WORK ON 8-K WITH RESPECT TO RSA AND EXTENSION OF SECOND LIEN TENDER (1.0); DISCUSSIONS WITH A. WRIGHT RELATING TO EXTENSION MECHANICS (0.4). |
| 05/26/14 | 0.70 | LITTLE, ROBERT B | $790.00 | $553.00 | REVIEW AND REVISE FORM 8-K AND PRESS RELEASE REGARDING OFFER EXTENSION AND RSA AMENDMENT. |
| | 0.70 | WHALEN, JONATHAN M | $575.00 | $402.50 | COORDINATE CHANGES TO EXTENSION 8-K WITH FINANCIAL PRINTER. |
| 05/30/14 | 0.90 | MOLONEY, JAMES J | $1,035.00 | $931.50 | CALL FROM J. WHALEN REGARDING "FINANCING CONDITION" ISSUES IN PRIVATE COMPANY DEBT TENDER OFFER (0.2); REVIEW VARIOUS APPROACHES TO STRUCTURING AROUND ISSUES RAISED BY STAFF (0.7). |
| | 0.70 | LITTLE, ROBERT B | $790.00 | $553.00 | TELEPHONE CALL WITH A. WRIGHT REGARDING SEC COMMENTS TO TENDER OFFER DOCUMENTS (0.3); TELEPHONE CALL WITH J. MOLONEY OF GIBSON DUNN REGARDING SAME (0.2); EMAIL AND VOICEMAIL TO A. WRIGHT REGARDING SAME (0.2). |
| 05/31/14 | 0.90 | LITTLE, ROBERT B | $790.00 | $711.00 | REVIEW AND REVISE SUPPLEMENT TO OFFER TO PURCHASE (0.6); EMAILS REGARDING SAME (0.3). |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**June 23, 2014**

**Invoice No. 2014062401**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through May 31, 2014**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00029 | EFIH Second Lien DIP Notes Offering | $ 130,007.50 | $ 0.00 | $ 130,007.50 |
| | **Totals** | $ 130,007.50 | $ 0.00 | $ 130,007.50 |
| | **TOTAL OUTSTANDING BALANCE DUE** | | | $ 130,007.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**June 23, 2014**

**Invoice No. 2014062401**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through May 31, 2014**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00029 | EFIH Second Lien DIP Notes Offering | $  130,007.50 | $      0.00 | $  130,007.50 |
| | **Totals** | $  130,007.50 | $    0.00 | $  130,007.50 |
| | **TOTAL OUTSTANDING BALANCE DUE** | | | $  130,007.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
**Invoice Date: June 23, 2014**                                    **Invoice No. 2014062401**
**Due and Payable Upon Receipt**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


EFIH SECOND LIEN DIP NOTES OFFERING
92772-00029

_____

For Services Rendered Through May 31, 2014

| NAME | HOURS | RATE | TOTAL |
|------|------|------|------|
| ROMINA WEISS | 4.60 | $ 845.00 | $ 3,887.00 |
| ROBERT B. LITTLE | 63.50 | 790.00 | 50,165.00 |
| JOHN-PAUL VOJTISEK | 14.40 | 710.00 | 10,224.00 |
| JONATHAN M. WHALEN | 41.10 | 575.00 | 23,632.50 |
| ALLISON BALICK | 2.10 | 650.00 | 1,365.00 |
| GREGORY A. ODEGAARD | 9.90 | 650.00 | 6,435.00 |
| KATHERINE E. COURNOYER | 61.80 | 555.00 | 34,299.00 |

**Total Services**                          $ 130,007.50



**Total Services, Costs/Charges**                          130,007.50

**BALANCE DUE**                          $ 130,007.50

EFIH SECOND LIEN DIP NOTES OFFERING
92772-00029

_____

Detail Services:

04/29/14

| | | | | |
|---|---|---|---|---|
| 4.00 | LITTLE, ROBERT B | $790.00 | $3,160.00 | WORK ON SECOND LIEN NOTES OFFERING MEMORANDUM AND CHECKLIST. |
| 5.40 | COURNOYER, KATHERINE E | $555.00 | $2,997.00 | DRAFT SECOND LIEN DIP NOTES OFFERING MEMORANDUM. |

04/30/14

| | | | | |
|---|---|---|---|---|
| 8.00 | LITTLE, ROBERT B | $790.00 | $6,320.00 | WORK ON OFFERING MEMORANDUM (3.0); LETTER OF SUBSCRIPTION (1.0); REGISTRATION RIGHTS AGREEMENT (2.0); FORM 8-K (0.5); AND PRESS RELEASE (0.5); TELEPHONE CALL WITH A. WRIGHT REGARDING TRANSACTION ISSUES (1.0). |
| 1.40 | ODEGAARD, GREGORY A | $650.00 | $910.00 | REVISE LETTER OF TRANSMITTAL TO CONFORM WITH UPDATED NEGOTIATIONS WITH CREDITORS. |
| 4.20 | COURNOYER, KATHERINE E | $555.00 | $2,331.00 | ATTEND ALL HANDS CONFERENCE CALL REGARDING STATUS (0.5); DRAFT SECOND LIEN DIP NOTES OFFERING MEMORANDUM (1.1); DRAFT REGISTRATION RIGHTS AGREEMENT (2.6). |

05/01/14

| | | | | |
|---|---|---|---|---|
| 1.50 | WEISS, ROMINA | $845.00 | $1,267.50 | ANALYSIS OF DEBIT AND REVIEW OF TAX DISCLOSURE. |

| | | | | |
|---|---|---|---|---|
| 8.00 | LITTLE, ROBERT B | $790.00 | $6,320.00 | WORK ON OFFERING MEMORANDUM (3.5); REGISTRATION RIGHTS AGREEMENT (1.5); DEALER MANAGER AGREEMENT (1.5); AND LETTER OF SUBSCRIPTION (1.0); TELEPHONE CALL WITH J. LEHNER AND H. HALBHUBER OF SHEARMAN & STERLING, COUNSEL TO DEALER MANAGER (0.5). |
| 4.70 | VOJTISEK, JOHN-PAUL | $710.00 | $3,337.00 | RESEARCH AND ADVISE REGARDING TAX CONSIDERATIONS OF NOTES (2.0); PREPARE TAX DISCLOSURE (2.0); CONFERENCE WITH R. WEISS (0.7). |
| 1.20 | COURNOYER, KATHERINE E | $555.00 | $666.00 | DRAFT REGISTRATION RIGHTS AGREEMENT. |

05/02/14

| | | | | |
|---|---|---|---|---|
| 1.00 | WEISS, ROMINA | $845.00 | $845.00 | REVIEW OF REVISED TAX DISCLOSURE. |
| 5.00 | LITTLE, ROBERT B | $790.00 | $3,950.00 | REVIEW COMMENTS TO DEALER MANAGER AGREEMENT FROM SHEARMAN & STERLING (0.8); EMAILS TO A. WRIGHT, G. SANTOS AND K. FRAZIER REGARDING ISSUES IN SAME (0.3); TELEPHONE CALL WITH A. WRIGHT REGARDING EXCHANGE AND TENDER OFFER ISSUES (0.8); ANALYZE SAME (3.1). |
| 3.10 | VOJTISEK, JOHN-PAUL | $710.00 | $2,201.00 | PREPARE REVISIONS TO TAX DISCLOSURE(1.0); CONFERENCE WITH R. WEISS (0.3); RESEARCH AND ADVISE REGARDING TAX CONSIDERATIONS OF NOTES (1.8). |
| 1.70 | WHALEN, JONATHAN M | $575.00 | $977.50 | PARTICIPATE IN PHONE CALLS WITH A. WRIGHT WITH RESPECT SECOND LIEN OFFERING (1.2); WORK ON DEALER MANAGER AGREEMENT (0.5). |

| | | | | |
|---|---|---|---|---|
| 1.90 | COURNOYER, KATHERINE E | $555.00 | $1,054.50 | DRAFT REGISTRATION RIGHTS AGREEMENT. |

**05/03/14**

| | | | | |
|---|---|---|---|---|
| 1.50 | LITTLE, ROBERT B | $790.00 | $1,185.00 | TELEPHONE CALL WITH A. WRIGHT REGARDING OFFERING (0.5); WORK ON DEALER MANAGER AGREEMENT (1.0). |
| 1.10 | WHALEN, JONATHAN M | $575.00 | $632.50 | PARTICIPATE IN PHONE CALLS WITH A. WRIGHT REGARDING OFFERING. |
| 1.10 | COURNOYER, KATHERINE E | $555.00 | $610.50 | ATTEND CONFERENCE CALL WITH K&E AND CREDITORS' COUNSEL TO DISCUSS OFFERING. |

**05/04/14**

| | | | | |
|---|---|---|---|---|
| 1.50 | WHALEN, JONATHAN M | $575.00 | $862.50 | WORK ON DEALER MANAGER AGREEMENT. |

**05/05/14**

| | | | | |
|---|---|---|---|---|
| 1.50 | LITTLE, ROBERT B | $790.00 | $1,185.00 | PREPARE CHECKLIST FOR SECOND LIEN NOTES OFFERING (1.0); PREPARE TIMELINE FOR SECOND LIEN NOTES OFFERING (0.5). |
| 1.50 | COURNOYER, KATHERINE E | $555.00 | $832.50 | REVIEW UPDATED EXCHANGE AND TENDER OFFER DOCUMENTS FOR UPDATES REGARDING SECOND LIEN DIP NOTES OFFERING. |

**05/08/14**

| | | | | |
|---|---|---|---|---|
| 1.30 | VOJTISEK, JOHN-PAUL | $710.00 | $923.00 | CONFERENCE WITH R. WEISS (0.3); RESEARCH AND ADVISE REGARDING NOTE EXCHANGE (1.0). |
| 6.30 | WHALEN, JONATHAN M | $575.00 | $3,622.50 | WORK ON DOCUMENTATION FOR SECOND LIEN TENDER (3.6); EMAILS AND PHONE CALLS WITH G. SANTOS WITH RESPECT TO THE SAME (1.0); COORDINATE MATTERS WITH RESPECT TO LAUNCH (1.7). |

**05/09/14**

| | | | | |
|---|---|---|---|---|
| 3.20 | WHALEN, JONATHAN M | $575.00 | $1,840.00 | WORK ON 2ND LIEN DIP OFFERING MEMORANDUM. |

| | | | | |
|---|---|---|---|---|
| 3.50 | COURNOYER, KATHERINE E | $555.00 | $1,942.50 | DRAFT SECOND LIEN DIP NOTES OFFERING MEMORANDUM. |

**05/12/14**

| | | | | |
|---|---|---|---|---|
| 3.40 | LITTLE, ROBERT B | $790.00 | $2,686.00 | REVIEW AND REVISE PRESS RELEASE (0.4); REVIEW AND REVISE CHECKLIST (0.4); REVIEW AND REVISE OFFERING DOCUMENT FOR SECOND LIEN NOTES OFFERING (2.6). |
| 9.50 | COURNOYER, KATHERINE E | $555.00 | $5,272.50 | CONFERENCE CALL WITH CLIENT, K&E AND EPIQ TO DISCUSS SECOND LIEN NOTES OFFERING (0.9); DRAFT SECOND LIEN NOTES OFFERING MEMORANDUM (8.6). |

**05/13/14**

| | | | | |
|---|---|---|---|---|
| 4.50 | LITTLE, ROBERT B | $790.00 | $3,555.00 | REVIEW AND REVISE OFFERING MEMORANDUM FOR SECOND LIEN NOTES OFFERING. |
| 3.90 | WHALEN, JONATHAN M | $575.00 | $2,242.50 | PREPARE PRESS RELEASE FOR SECOND LIEN DIP OFFERING LAUNCH (0.6); REVIEW AND REVISE LETTER OF SUBSCRIPTION (1.9); DISCUSSIONS AND PHONE CALLS WITH A. WRIGHT WITH RESPECT TO OFFER (1.4). |
| 1.40 | ODEGAARD, GREGORY A | $650.00 | $910.00 | UPDATE LETTER OF SUBSCRIPTION TO CONFORM WITH CHANGES IN OFFERING MEMORANDUM. |
| 3.40 | COURNOYER, KATHERINE E | $555.00 | $1,887.00 | DRAFT SECOND LIEN DIP NOTES OFFERING MEMORANDUM. |

**05/14/14**

| | | | | |
|---|---|---|---|---|
| 4.50 | LITTLE, ROBERT B | $790.00 | $3,555.00 | REVIEW AND REVISE OFFERING MEMORANDUM FOR SECOND LIEN DIP NOTES OFFERING. |
| 1.90 | WHALEN, JONATHAN M | $575.00 | $1,092.50 | WORK ON DOCUMENTS WITH RESPECT TO DIP OFFERING. |

| | | | | |
|---|---|---|---|---|
| 0.40 | COURNOYER, KATHERINE E | $555.00 | $222.00 | REVISE SECOND LIEN DIP OFFERING MEMORANDUM AND LETTER OF SUBSCRIPTION. |

**05/15/14**

| | | | | |
|---|---|---|---|---|
| 3.50 | LITTLE, ROBERT B | $790.00 | $2,765.00 | REVIEW AND REVISE OFFERING MEMORANDUM AND LETTER OF SUBSCRIPTION FOR SECOND LIEN DIP NOTES OFFERING. |
| 1.80 | WHALEN, JONATHAN M | $575.00 | $1,035.00 | WORK ON DOCUMENTATION REGARDING SECOND LIEN DIP OFFERING. |
| 0.40 | ODEGAARD, GREGORY A | $650.00 | $260.00 | UPDATE LETTER OF SUBSCRIPTION. |
| 4.60 | COURNOYER, KATHERINE E | $555.00 | $2,553.00 | DRAFT SECOND LIEN DIP NOTES OFFERING MEMORANDUM AND LETTER OF SUBSCRIPTION. |

**05/16/14**

| | | | | |
|---|---|---|---|---|
| 2.80 | LITTLE, ROBERT B | $790.00 | $2,212.00 | WORK ON SECOND LIEN NOTES OFFERING ISSUES. |
| 3.80 | WHALEN, JONATHAN M | $575.00 | $2,185.00 | WORK ON OFFERING DOCUMENTS FOR SECOND LIEN OFFERING (3.0); PARTICIPATE IN PHONE CALLS WITH A. WRIGHT WITH RESPECT TO OFFERING (0.8). |
| 5.10 | ODEGAARD, GREGORY A | $650.00 | $3,315.00 | DRAFT LETTER OF SUBSCRIPTION FOR TRANCHE A-3 NOTES. |
| 3.80 | COURNOYER, KATHERINE E | $555.00 | $2,109.00 | DRAFT SECOND LIEN DIP OFFERING DOCUMENTS. |

**05/17/14**

| | | | | |
|---|---|---|---|---|
| 2.00 | LITTLE, ROBERT B | $790.00 | $1,580.00 | REVIEW AKIN GUMP COMMENTS TO OFFERING MEMORANDUM FOR SECOND LIEN DIP NOTES OFFERING (0.9); TELEPHONE CALL WITH J. WHALEN AND K. COURNOYER (0.8); EMAILS WITH A. WRIGHT AND KIRKLAND & ELLIS REGARDING TENDER OFFER ISSUES (0.3). |

| | | | | |
|---|---|---|---|---|
| 6.10 | COURNOYER, KATHERINE E | $555.00 | $3,385.50 | REVISE SECOND LIEN DIP OFFERING DOCUMENTS (5.3); TELEPHONE CALL WITH R. LITTLE (0.8). |

05/18/14

| | | | | |
|---|---|---|---|---|
| 1.80 | WHALEN, JONATHAN M | $575.00 | $1,035.00 | DISCUSSIONS WITH CREDITORS' COUNSEL REGARDING OFFERING MEMORANDUM DISCLOSURE (0.7); ANALYSIS REGARDING OFFERING TIMING (1.1). |

05/19/14

| | | | | |
|---|---|---|---|---|
| 5.80 | LITTLE, ROBERT B | $790.00 | $4,582.00 | REVIEW AND REVISE OFFERING MEMORANDUM FOR SECOND LIEN DIP NOTES OFFERING (5.0); TELEPHONE CALL WITH WORKING GROUP REGARDING SAME (0.8). |
| 5.40 | WHALEN, JONATHAN M | $575.00 | $3,105.00 | WORK ON OFFERING MEMORANDUM (3.5); DISCUSSIONS WITH A. WRIGHT RELATED TO OFFERING AND FUNDING MECHANICS (0.8); WORK ON 8-K FOR OFFERING LAUNCH (1.1). |
| 8.20 | COURNOYER, KATHERINE E | $555.00 | $4,551.00 | DRAFT SECOND LIEN DIP OFFERING MEMORANDUM. |

05/20/14

| | | | | |
|---|---|---|---|---|
| 0.50 | WEISS, ROMINA | $845.00 | $422.50 | REVIEW OF AKIN COMMENTS TO OFFERING. |
| 3.00 | LITTLE, ROBERT B | $790.00 | $2,370.00 | REVIEW AND REVISE OFFERING MEMORANDUM. |
| 2.90 | WHALEN, JONATHAN M | $575.00 | $1,667.50 | WORK ON FIDELITY LETTER OF SUBSCRIPTION (1.6); WORK ON OFFERING MEMORANDUM (1.3). |
| 2.10 | BALICK, ALLISON | $650.00 | $1,365.00 | REVIEW OFFERING MEMORANDUM ERISA DISCLOSURE (1.7); CONFER WITH S. FELLER AND AKIN GUMP REGARDING SAME (0.4). |
| 1.60 | ODEGAARD, GREGORY A | $650.00 | $1,040.00 | REVISE LETTER OF SUBSCRIPTION FOR TRANCHE A-3 NOTES. |

| | | | | |
|---|---|---|---|---|
| 1.80 | COURNOYER, KATHERINE E | $555.00 | $999.00 | DRAFT SECOND LIEN DIP NOTES OFFERING DOCUMENTS. |

05/21/14

| | | | | |
|---|---|---|---|---|
| 1.30 | WEISS, ROMINA | $845.00 | $1,098.50 | ATTENTION TO AKIN MARK-UP (1.0); TELEPHONE CALL WITH H. JACOBSON, J. P. VOJTISEK REGARDING SAME (0.3). |
| 5.20 | LITTLE, ROBERT B | $790.00 | $4,108.00 | REVIEW AND REVISE OFFERING MEMORANDUM FOR SECOND LIEN NOTES OFFERING (4.0); TELEPHONE CALL WITH KIRKLAND & ELLIS, AKIN GUMP AND FRIED FRANK REGARDING NOTE PURCHASE AGREEMENT AND NOTES OFFERING (1.0); CONFER WITH T. ONEY REGARDING REGULATORY ISSUES (0.2). |
| 3.60 | VOJTISEK, JOHN-PAUL | $710.00 | $2,556.00 | CONFERENCE WITH R. WEISS (0.3); PREPARE FOR AND PARTICIPATE IN TELEPHONE CONFERENCE REGARDING TAX DISCLOSURE (0.6); ANALYZE AND RESEARCH REGARDING TAX CONSIDERATIONS OF NOTES AND PREPARE REVISIONS TO TAX DISCLOSURE (2.7). |
| 5.80 | WHALEN, JONATHAN M | $575.00 | $3,335.00 | WORK ON TAX DISCLOSURE IN OFFERING MEMORANDUM (1.0); WORK ON OFFERING MEMORANDUM AND DISTRIBUTE OFFERING MEMORANDUM TO WORKING GROUP (3.2); REVISE LETTER OF SUBSCRIPTION (0.8); REVISE 8-K AND PRESS RELEASE FOR OFFERING LAUNCH (0.8). |
| 4.60 | COURNOYER, KATHERINE E | $555.00 | $2,553.00 | DRAFT SECOND LIEN DIP NOTES OFFERING MEMORANDUM. |

05/22/14

| | | | | |
|---|---|---|---|---|
| 0.30 | WEISS, ROMINA | $845.00 | $253.50 | ATTENTION TO TAX DISCLOSURE. |

| | | | | |
|---|---|---|---|---|
| 0.80 | LITTLE, ROBERT B | $790.00 | $632.00 | REVIEW AND REVISE OFFERING MEMORANDUM. |
| 1.70 | VOJTISEK, JOHN-PAUL | $710.00 | $1,207.00 | PREPARE REVISIONS TO TAX DISCLOSURE AND ADVISE (1.4); CONFERENCE WITH R. WEISS (0.3). |
| 0.60 | COURNOYER, KATHERINE E | $555.00 | $333.00 | DRAFT SECOND LIEN DIP NOTES OFFERING MEMORANDUM. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**June 23, 2014**

**Invoice No. 2014062395**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through May 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00030 | EFH Case Administration | $  20,108.00 | $      0.00 | $  20,108.00 |
|  | **Totals** | $  20,108.00 | $      0.00 | $  20,108.00 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $  20,108.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**June 23, 2014**

**Invoice No. 2014062395**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through May 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00030 | EFH Case Administration | $  20,108.00 | $      0.00 | $  20,108.00 |
|  | **Totals** | $  20,108.00 | $      0.00 | $  20,108.00 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $  20,108.00 |

<u>Remit By Wire To:</u>
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

<u>Remit By Mail To:</u>
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: June 23, 2014**                                              **Invoice No. 2014062395**

**Due and Payable Upon Receipt**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

EFH CASE ADMINISTRATION
92772-00030

_____

For Services Rendered Through May 31, 2014

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ROBERT B. LITTLE | 2.80 | $ 790.00 | $   2,212.00 |
| JEREMY L. GRAVES | 1.90 | 710.00 | 1,349.00 |
| JONATHAN M. WHALEN | 0.40 | 575.00 | 230.00 |
| MATTHEW G. BOUSLOG | 29.40 | 555.00 | 16,317.00 |
| **Total Services** | | | $  20,108.00 |

| | |
|---|---|
| **Total Services, Costs/Charges** | 20,108.00 |
| **BALANCE DUE** | $  20,108.00 |

EFH CASE ADMINISTRATION
92772-00030

_____

Detail Services:

| Date | Hours | Name | Rate | Amount | Description |
|------|-------|------|------|--------|-------------|
| 04/29/14 | 1.40 | BOUSLOG, MATTHEW G | $555.00 | $777.00 | DRAFT RETENTION APPLICATION (1.3); E-MAILS WITH J. GRAVES REGARDING SAME (0.1). |
| 05/02/14 | 0.30 | BOUSLOG, MATTHEW G | $555.00 | $166.50 | E-MAILS WITH R. LITTLE, M. ROSENTHAL AND J. GRAVES REGARDING RETENTION APPLICATION (0.2); CALL WITH M. ROSENTHAL REGARDING SAME (0.1). |
| 05/05/14 | 0.20 | GRAVES, JEREMY L | $710.00 | $142.00 | REVIEW AND COMMENT ON DRAFT RETENTION APPLICATION. |
|  | 5.50 | BOUSLOG, MATTHEW G | $555.00 | $3,052.50 | DRAFT RETENTION APPLICATION (4.4); CALL WITH J. GRAVES REGARDING SAME (0.2); E-MAILS WITH A. WEINTRAUB, R. LITTLE, M. RAIFF, M. ROSENTHAL AND J. GRAVES REGARDING SAME (0.9). |
| 05/06/14 | 0.60 | GRAVES, JEREMY L | $710.00 | $426.00 | REVIEW AND COMMENT ON DRAFT RETENTION APPLICATION. |
|  | 4.40 | BOUSLOG, MATTHEW G | $555.00 | $2,442.00 | DRAFT RETENTION APPLICATION (3.3); TELEPHONE CONFERENCE WITH A. WEINTRAUB REGARDING SAME (0.2); E-MAILS WITH B. DAWSON, R. LITTLE, M. RAIFF, J. HO, R. KIRK, M. ROSENTHAL AND J. GRAVES REGARDING SAME (0.7); CONFERENCE WITH M. ROSENTHAL REGARDING SAME (0.2). |

| | | | | |
|---|---|---|---|---|
| **05/07/14** | | | | |
| 1.00 | LITTLE, ROBERT B | $790.00 | $790.00 | REVIEW AND REVISE FEE APPLICATION (0.8); TELEPHONE CALL WITH M. BOUSLOG REGARDING SAME (0.2). |
| 1.40 | BOUSLOG, MATTHEW G | $555.00 | $777.00 | DRAFT RETENTION APPLICATION (0.6); E-MAILS WITH R. LITTLE, M. ROSENTHAL, B. DAWSON AND J. GRAVES REGARDING SAME (0.4); CALLS WITH A. WEINTRAUB AND R. LITTLE REGARDING SAME (0.4). |
| **05/08/14** | | | | |
| 0.60 | GRAVES, JEREMY L | $710.00 | $426.00 | DISCUSS DRAFT RETENTION APPLICATION WITH M. BOUSLOG. |
| 1.00 | BOUSLOG, MATTHEW G | $555.00 | $555.00 | E-MAILS WITH P. KINEALY, S. KOTARBA, R. LITTLE, M. ROSENTHAL AND J. GRAVES REGARDING EMPLOYMENT APPLICATION (0.4); TELEPHONE CONFERENCE WITH J. GRAVES REGARDING SAME (0.6). |
| **05/09/14** | | | | |
| 0.20 | BOUSLOG, MATTHEW G | $555.00 | $111.00 | E-MAILS WITH J. GRAVES REGARDING RETENTION APPLICATION. |
| **05/10/14** | | | | |
| 0.10 | BOUSLOG, MATTHEW G | $555.00 | $55.50 | E-MAILS WITH A. WEINTRAUB REGARDING RETENTION APPLICATION. |
| **05/12/14** | | | | |
| 0.60 | LITTLE, ROBERT B | $790.00 | $474.00 | REVIEW AND REVISE FEE APPLICATION. |
| 0.40 | GRAVES, JEREMY L | $710.00 | $284.00 | E-MAILS WITH M. BOUSLOG REGARDING RETENTION APPLICATION (0.1); TELECONFERENCE WITH M. BOUSLOG REGARDING SAME (0.3). |

| | | | | |
|---|---|---|---|---|
| 4.60 | BOUSLOG, MATTHEW G | $555.00 | $2,553.00 | DRAFT RETENTION APPLICATION (3.0); E-MAILS WITH A. WEINTRAUB, P. KINEALY, M. ROSENTHAL, R. LITTLE AND J. GRAVES REGARDING SAME (0.8); CALLS WITH A. WEINTRAUB AND J. GRAVES REGARDING SAME (0.6); ANALYZE SUPPLEMENTAL CONFLICTS LIST (0.2). |

05/13/14

| | | | | |
|---|---|---|---|---|
| 0.50 | LITTLE, ROBERT B | $790.00 | $395.00 | WORK ON RETENTION APPLICATION. |
| 0.10 | GRAVES, JEREMY L | $710.00 | $71.00 | E-MAILS WITH M. BOUSLOG REGARDING RETENTION APPLICATION. |
| 3.70 | BOUSLOG, MATTHEW G | $555.00 | $2,053.50 | DRAFT RETENTION APPLICATION (0.6); CALLS WITH R. LITTLE, R. ST. JOHN AND J. GRAVES REGARDING SAME (0.9); E-MAILS WITH A. WEINTRAUB, M. ROSENTHAL, R. LITTLE AND J. GRAVES REGARDING SAME (1.3); DRAFT MEMO REGARDING BILLING GUIDELINES (0.9). |

05/14/14

| | | | | |
|---|---|---|---|---|
| 2.60 | BOUSLOG, MATTHEW G | $555.00 | $1,443.00 | DRAFT RETENTION APPLICATION (1.6); TELEPHONE CONFERENCE WITH A. WEINTRAUB REGARDING SAME (0.2); E-MAILS WITH A. WEINTRAUB, M. ROSENTHAL, R. LITTLE AND J. GRAVES REGARDING SAME (0.8). |

05/15/14

| | | | | |
|---|---|---|---|---|
| 1.00 | BOUSLOG, MATTHEW G | $555.00 | $555.00 | DRAFT RETENTION APPLICATION (0.2); CALL WITH A. WEINTRAUB REGARDING SAME (0.1); E-MAILS WITH A. WEINTRAUB, R. LITTLE AND M. ROSENTHAL REGARDING SAME (0.7). |

05/20/14

| | | | | |
|---|---|---|---|---|
| 0.40 | BOUSLOG, MATTHEW G | $555.00 | $222.00 | E-MAILS WITH R. LITTLE REGARDING UST GUIDELINES. |

| Date/Hours | Timekeeper | Rate | Amount | Description |
|---|---|---|---|---|
| 05/21/14<br>1.20 | BOUSLOG, MATTHEW G | $555.00 | $666.00 | DRAFT MEMO REGARDING UST BILLING GUIDELINES (0.8); E-MAILS WITH R. LITTLE AND A. WEINTRAUB REGARDING BILLING AND RETENTION ISSUES (0.4). |
| 05/22/14<br>0.50 | LITTLE, ROBERT B | $790.00 | $395.00 | WORK ON MEMO TO GIBSON DUNN TIMEKEEPERS REGARDING BILLING REQUIREMENTS. |
| 0.20 | BOUSLOG, MATTHEW G | $555.00 | $111.00 | E-MAILS WITH A. WEINTRAUB, R. LITTLE, M. ROSENTHAL REGARDING RETENTION APPLICATION. |
| 05/27/14<br>0.20 | BOUSLOG, MATTHEW G | $555.00 | $111.00 | E-MAILS WITH R. LITTLE AND M. RAIFF REGARDING EMPLOYMENT APPLICATION. |
| 05/28/14<br>0.20 | LITTLE, ROBERT B | $790.00 | $158.00 | TELEPHONE CALL WITH C. GOOCH OF EFH REGARDING RETENTION APPLICATION. |
| 0.40 | WHALEN, JONATHAN M | $575.00 | $230.00 | PARTICIPATE IN PHONE CALL TO DISCUSS TERMS OF RESTRUCTURING SUPPORT AGREEMENT. |
| 0.40 | BOUSLOG, MATTHEW G | $555.00 | $222.00 | REVIEW DEBTOR RECONCILIATION OF PREPETITION FEES (0.2) E-MAILS WITH P. KINEALY, R. LITTLE AND R. ST. JOHN REGARDING SAME (0.2). |
| 05/29/14<br>0.70 | BOUSLOG, MATTHEW G | $555.00 | $388.50 | E-MAILS WITH A. WEINTRAUB, R. LITTLE AND M. ROSENTHAL REGARDING EMPLOYMENT APPLICATION (0.5); CALLS WITH A. WEINTRAUB AND D. AMPONSAH REGARDING SAME (0.2). |
| 05/30/14<br>0.10 | BOUSLOG, MATTHEW G | $555.00 | $55.50 | E-MAILS WITH A. WEINTRAUB REGARDING EMPLOYMENT APPLICATION. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**June 23, 2014**

**Invoice No. 2014062908**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through May 31, 2014**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00031 | EFH SEC Matters | $    632.50 | $    0.00 | $    632.50 |
| | **Totals** | $    632.50 | $    0.00 | $    632.50 |
| | **TOTAL OUTSTANDING BALANCE DUE** | | | $    632.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Invoice Date: June 23, 2014                                                         Invoice No. 2014062908

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**June 23, 2014**

**Invoice No. 2014062908**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through May 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00031 | EFH SEC Matters | $    632.50 | $    0.00 | $    632.50 |
|  | **Totals** | $    632.50 | $    0.00 | $    632.50 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $    632.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

EFH SEC MATTERS
92772-00031

_____

For Services Rendered Through May 31, 2014

| NAME | HOURS | RATE | | TOTAL |
|------|-------|------|---|-------|
| JONATHAN M. WHALEN | 1.10 | $ 575.00 | $ | 632.50 |
| **Total Services** | | | $ | 632.50 |
| **Total Services, Costs/Charges** | | | | 632.50 |
| **BALANCE DUE** | | | $ | 632.50 |

EFH SEC MATTERS
92772-00031

_____

Detail Services:

05/12/14
  0.50      WHALEN, JONATHAN M      $575.00     $287.50   REVISE RSA AMENDMENT 8-K.

05/13/14
  0.60      WHALEN, JONATHAN M      $575.00     $345.00   COORDINATE FILING OF RSA
                                                                 AMENDMENT 8-K.

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**June 23, 2014**

**Invoice No. 2014062396**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through May 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00032 | EFH Corporate Matters | $   2,629.50 | $   0.00 | $   2,629.50 |
|  | **Totals** | $   2,629.50 | $   0.00 | $   2,629.50 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $   2,629.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**June 23, 2014**

**Invoice No. 2014062396**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through May 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00032 | EFH Corporate Matters | $ 2,629.50 | $ 0.00 | $ 2,629.50 |
|  | **Totals** | $ 2,629.50 | $ 0.00 | $ 2,629.50 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $ 2,629.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

EFH CORPORATE MATTERS
92772-00032

_____

For Services Rendered Through May 31, 2014

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ROBERT B. LITTLE | 1.80 | $ 790.00 | $  1,422.00 |
| JONATHAN M. WHALEN | 2.10 | 575.00 | 1,207.50 |
| **Total Services** | | | $  2,629.50 |

| | | | |
|---|---|---|---|
| **Total Services, Costs/Charges** | | | 2,629.50 |
| **BALANCE DUE** | | | $   2,629.50 |

**Due and Payable Upon Receipt**

EFH CORPORATE MATTERS
92772-00032
_____

Detail Services:

05/20/14
  2.10     WHALEN, JONATHAN M     $575.00    $1,207.50   WORK ON RISK FACTORS IN
                                                                  DISCLOSURE STATEMENT.

05/26/14
  1.80     LITTLE, ROBERT B        $790.00    $1,422.00   REVIEW TRANSCRIPT FROM
                                                                  MAY 22 HEARING.

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**June 23, 2014**

**Invoice No. 2014062402**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through May 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00034 | EFIH SEC Matters | $  4,009.00 | $  0.00 | $  4,009.00 |
|  | **Totals** | $  4,009.00 | $  0.00 | $  4,009.00 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $  4,009.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Invoice Date: June 23, 2014                                             Invoice No. 2014062402

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**June 23, 2014**

**Invoice No. 2014062402**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through May 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00034 | EFIH SEC Matters | $    4,009.00 | $      0.00 | $    4,009.00 |
|  | **Totals** | $    4,009.00 | $    0.00 | $    4,009.00 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $    4,009.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

EFIH SEC MATTERS
92772-00034

_____

For Services Rendered Through May 31, 2014

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| BRIAN J. LANE | 0.10 | $1,085.00 | $   108.50 |
| ROBERT B. LITTLE | 2.90 | 790.00 | 2,291.00 |
| KATHERINE E. COURNOYER | 2.90 | 555.00 | 1,609.50 |
| **Total Services** | | | $  4,009.00 |

**Total Services, Costs/Charges**                          4,009.00

**BALANCE DUE**                                   $   4,009.00

**Invoice Date: June 23, 2014**                                    **Invoice No. 2014062402**

**Due and Payable Upon Receipt**

EFIH SEC MATTERS
92772-00034

_____

Detail Services:

04/29/14

| 0.10 | LANE, BRIAN J | $1,085.00 | $108.50 | CONFER WITH R. LITTLE REGARDING 10-K ISSUE. |
| 1.50 | LITTLE, ROBERT B | $790.00 | $1,185.00 | REVIEW AND REVISE FORM 10-K (0.6); WORK ON FORM 10-K AMENDMENT ISSUE (0.9). |
| 2.90 | COURNOYER, KATHERINE E | $555.00 | $1,609.50 | DRAFT FORM 10-K/AS. |

05/05/14

| 1.00 | LITTLE, ROBERT B | $790.00 | $790.00 | REVIEW AND REVISE FORM 10-Q. |

05/21/14

| 0.40 | LITTLE, ROBERT B | $790.00 | $316.00 | REVIEW AND REVISE FORM 8-K. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**June 23, 2014**

**Invoice No. 2014104068**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through May 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00035 | EFIH Corporate Matters | $ 962.50 | $ 0.00 | $ 962.50 |
|  | **Totals** | $ 962.50 | $ 0.00 | $ 962.50 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $ 962.50 |

Remit By Wire To:
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

Remit By Mail To:
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**June 23, 2014**

**Invoice No. 2014104068**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through May 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00035 | EFIH Corporate Matters | $    962.50 | $    0.00 | $    962.50 |
|  | **Totals** | $    962.50 | $    0.00 | $    962.50 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $    962.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


EFIH CORPORATE MATTERS
92772-00035

_____

For Services Rendered Through May 31, 2014

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ROBERT B. LITTLE | 1.00 | $ 790.00 | $    790.00 |
| JONATHAN M. WHALEN | 0.30 | 575.00 | 172.50 |
| **Total Services** | | | $    962.50 |


| | | |
|---|---|---|
| **Total Services, Costs/Charges** | | 962.50 |
| **BALANCE DUE** | | $    962.50 |

**Due and Payable Upon Receipt**

EFIH CORPORATE MATTERS
92772-00035
_____

Detail Services:

05/16/14
    0.30   Whalen, Jonathan M          Work on disclosure statement.

05/22/14
    1.00   Little, Robert B              Prepare calendar for exchange offer, tender offer and DIP notes offering.

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**June 23, 2014**

**Invoice No. 2014104069**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through May 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00043 | TCEH Corporate Matters | $  14,603.00 | $      0.00 | $  14,603.00 |
|  | **Totals** | $  14,603.00 | $    0.00 | $  14,603.00 |
|  | **Current Balance Due** |  |  | $  14,603.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00043 | 07/15/14 | 2014071158 | $    869.00 | $   0.00 | $    869.00 |
| 92772-00043 | 08/06/14 | 2014081013 | 5,302.00 | 0.00 | 5,302.00 |
| 92772-00043 | 09/06/14 | 2014091814 | 790.00 | 0.00 | 790.00 |
|  | **PREVIOUS BALANCE DUE** |  |  |  | $  6,961.00 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  |  | $  21,564.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**June 23, 2014**

**Invoice No. 2014104069**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through May 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00043 | TCEH Corporate Matters | $   14,603.00 | $      0.00 | $   14,603.00 |
|  | **Totals** | $   14,603.00 | $      0.00 | $   14,603.00 |
|  | **Current Balance Due** |  |  | $   14,603.00 |

**<u>PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING</u>:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00043 | 07/15/14 | 2014071158 | $   869.00 | $   0.00 | $   869.00 |
| 92772-00043 | 08/06/14 | 2014081013 | 5,302.00 | 0.00 | 5,302.00 |
| 92772-00043 | 09/06/14 | 2014091814 | 790.00 | 0.00 | 790.00 |
|  | **PREVIOUS BALANCE DUE** |  |  |  | $   6,961.00 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  |  | $   21,564.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: June 23, 2014**                                                                                                                **Invoice No. 2014104069**

**Due and Payable Upon Receipt**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

TCEH CORPORATE MATTERS
92772-00043

_____

For Services Rendered Through May 31, 2014

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ROBERT B. LITTLE | 2.60 | $ 790.00 | $  2,054.00 |
| JOHN E. WISE | 0.90 | 970.00 | 873.00 |
| HARLAN P. COHEN | 4.90 | 1,020.00 | 4,998.00 |
| JONATHAN M. WHALEN | 0.90 | 575.00 | 517.50 |
| CHRISTOPHER J. BABCOCK | 11.10 | 555.00 | 6,160.50 |
| **Total Services** | | | $   14,603.00 |
| **Total Services, Costs/Charges** | | | 14,603.00 |
| **BALANCE DUE** | | | $   14,603.00 |

TCEH CORPORATE MATTERS
92772-00043
_____

Detail Services:


04/29/14
   2.70   Babcock, Christopher J       Conduct diligence relating to opinion to be issued in
                                       connection with DIP credit facility (1.7); revise officer
                                       backup certificate to such opinion (1.0).

04/30/14
   1.00   Cohen, Harlan P              Dealing with diligence backup for legal opinion letter.

   0.30   Babcock, Christopher J       Discuss necessary diligence in order to issue opinion in
                                       connection with debtor in possession financing agreement
                                       with H. Cohen (0.2); coordinate issues related to delivery of
                                       opinion with K. Derhaag (0.1).

05/01/14
   0.60   Cohen, Harlan P              Call with E. Wise (0.3); conferences with C. Babcock
                                       regarding legal opinion letter (0.3).

   0.20   Babcock, Christopher J       Update opinion in connection with debtor in possession
                                       financing agreement.

05/02/14
   0.90   Wise, John E                 Review of opinion (0.7); follow up calls regarding same with
                                       C. Babcock (0.2).

   2.50   Cohen, Harlan P              Review and revise GDC opinion letter in light of Interim
                                       Order and transcript of hearing (2.1); call with E. Wise (0.2);
                                       conferences with C. Babcock (0.2).

   6.30   Babcock, Christopher J       Review interim order and transcript of hearing on first day
                                       motions as in connection with diligence concerning opinion
                                       to be issued in connection with debtor in possession credit
                                       agreement (4.6); revision opinion as a result of such
                                       diligence (1.7).

05/04/14
   0.30   Cohen, Harlan P              E-mails regarding GDC legal opinion.

05/05/14
   0.50   Cohen, Harlan P              Conferences with C. Babcock regarding completion of
                                       opinion and backup.

   1.60   Babcock, Christopher J       Revise opinion and deliver same to lenders (0.2); prepare
                                       file recording diligence conducted in connection with
                                       opinion (0.9); conferences with H. Cohen regarding
                                       completion of opinion and backup (0.5).

05/23/14
  1.40   Little, Robert B

Telephone call with J. Walker regarding negotiation process and governance issues relating to executive compensation and incentive arrangements (0.5); analyze issues regarding same (0.7); prepare e-mail to J. Walker regarding same (0.2).

05/29/14
  0.90   Whalen, Jonathan M

Review tripartite agreement and CT lease arrangements.

05/30/14
  1.20   Little, Robert B

Telephone call with S. Dore and J. Walker regarding TCEH compensation committee matters (0.6); review TCEH LLC agreement regarding same (0.3); e-mail to J. Walker regarding same (0.3).

**<u>Exhibit I-2</u>**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**July 2, 2014**

**Invoice No. 2014072930**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through June 30, 2014**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00004 | Disputes and Potential Litigation with Aurelius | $ 160.50 | $ 0.00 | $ 160.50 |
| | **Totals** | $ 160.50 | $ 0.00 | $ 160.50 |
| | **TOTAL OUTSTANDING BALANCE DUE** | | | $ 160.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: July 2, 2014**                    **Invoice No. 2014072930**
**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**July 2, 2014**

**Invoice No. 2014072930**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through June 30, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00004 | Disputes and Potential Litigation with Aurelius | $     160.50 | $     0.00 | $     160.50 |
|  | **Totals** | $     160.50 | $     0.00 | $     160.50 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $     160.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: July 2, 2014**                                                                 **Invoice No. 2014072930**

**Due and Payable Upon Receipt**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

DISPUTES AND POTENTIAL LITIGATION WITH A
92772-00004

_____

For Services Rendered Through June 30, 2014

| NAME | HOURS | RATE | | TOTAL |
|------|-------|------|---|-------|
| RUSSELL H. FALCONER | 0.30 | $ 535.00 | $ | 160.50 |
| **Total Services** | | | $ | 160.50 |
| **Total Services, Costs/Charges** | | | | 160.50 |
| **BALANCE DUE** | | | $ | 160.50 |

DISPUTES AND POTENTIAL LITIGATION WITH A
92772-00004

_____

Detail Services:

06/18/14
  0.30     FALCONER, RUSSELL H     $535.00     $160.50     CORRESPOND WITH J. WHALEN
                                                                 REGARDING AURELIUS
                                                                 LITIGATION.

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**July 2, 2014**

**Invoice No. 2014103799**

Energy Future Holdings
Attn:  Stacey H. Dore
1601 Bryan Street, 6th Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through June 30, 2014**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00008 | FPL v. TXU (Texas Supreme Court) | $  1,285.00 | $  0.00 | $  1,285.00 |
| | **Totals** | $  1,285.00 | $  0.00 | $  1,285.00 |
| | **Current Balance Due** | | | $  1,285.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**July 2, 2014**

**Invoice No. 2014103799**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Attn:  Stacey H. Dore
1601 Bryan Street, 6th Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through June 30, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00008 | FPL v. TXU (Texas Supreme Court) | $  1,285.00 | $  0.00 | $  1,285.00 |
|  | **Totals** | $  1,285.00 | $  0.00 | $  1,285.00 |
|  | **Current Balance Due** |  |  | $  1,285.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: July 2, 2014**                                                      **Invoice No. 2014103799**

**Due and Payable Upon Receipt**

Energy Future Holdings
Attn:  Stacey H. Dore
1601 Bryan Street, 6th Floor
Dallas, TX  75201


FPL V. TXU (TEXAS SUPREME COURT)
92772-00008

---

For Services Rendered Through June 30, 2014

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| MICHAEL L. RAIFF | 0.20 | $ 840.00 | $    168.00 |
| JAMES C. HO | 0.60 | 885.00 | 531.00 |
| ASHLEY E. JOHNSON | 0.60 | 740.00 | 444.00 |
| GAYA K. HOLMAN | 0.40 | 355.00 | 142.00 |

**Total Services**                                    $   1,285.00


**Total Services, Costs/Charges**                     1,285.00

**BALANCE DUE**                                    $   1,285.00

**Due and Payable Upon Receipt**

FPL V. TXU (TEXAS SUPREME COURT)
92772-00008

_____

Detail Services:

06/02/14

| 0.20 | RAIFF, MICHAEL L | $840.00 | $168.00 | WORK WITH A. JOHNSON ON THE SUBSTITUTION OF COUNSEL PAPERS AND REQUIREMENTS. |

| 0.20 | HO, JAMES C | $885.00 | $177.00 | FINALIZE CHANGE OF COUNSEL NOTIFICATION AND CORRESPONDENCE REGARDING SAME. |

| 0.10 | JOHNSON, ASHLEY E | $740.00 | $74.00 | EMAIL CORRESPONDENCE REGARDING SUBSTITUTION OF COUNSEL. |

| 0.40 | HOLMAN, GAYA K | $355.00 | $142.00 | REVIEW FIFTH COURT OF APPEALS FILING FOR PURPOSES OF LOCATING NOTICE OF LEAD COUNSEL FORM AND FORWARD SAME TO A. JOHNSON FOR REVIEW. |

06/05/14

| 0.40 | HO, JAMES C | $885.00 | $354.00 | REVIEW AND ANALYZE FPL MOTION TO ALLOW TERMINATION OF POWER PURCHASE AGREEMENTS. |

06/24/14

| 0.50 | JOHNSON, ASHLEY E | $740.00 | $370.00 | PREPARE NOTICE OF SUBSTITUTION OF COUNSEL. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**July 2, 2014**

**Invoice No. 2014072934**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through June 30, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00013 | FOIA Disputes and EPA Matters | $   3,843.00 | $   0.00 | $   3,843.00 |
|  | **Totals** | $   3,843.00 | $   0.00 | $   3,843.00 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $   3,843.00 |

Remit By Wire To:
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

Remit By Mail To:
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**July 2, 2014**

**Invoice No. 2014072934**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through June 30, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00013 | FOIA Disputes and EPA Matters | $   3,843.00 | $      0.00 | $   3,843.00 |
|  | **Totals** | $   3,843.00 | $      0.00 | $   3,843.00 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $   3,843.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

FOIA DISPUTES AND EPA MATTERS
92772-00013

_____

For Services Rendered Through June 30, 2014

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| MICHAEL L. RAIFF | 5.20 | $ 630.00 | $  3,276.00 |
| RUSSELL H. FALCONER | 0.20 | 630.00 | 126.00 |
| ELIZABETH M. VINEY | 0.70 | 630.00 | 441.00 |

**Total Services**                                        $   3,843.00

**Total Services, Costs/Charges**                              3,843.00

**BALANCE DUE**                                           $   3,843.00

**Due and Payable Upon Receipt**

FOIA DISPUTES AND EPA MATTERS
92772-00013
_____

Detail Services:

| 06/02/14 | | | | |
|---|---|---|---|---|
| 0.50 | RAIFF, MICHAEL L | $630.00 | $315.00 | WORK ON PROPOSED CHANGES TO EPA'S PROPOSED JOINT ORDER (0.3); COMMUNICATIONS REGARDING SAME AND REVIEW RELEVANT REGULATIONS (0.2). |
| 06/03/14 | | | | |
| 1.30 | RAIFF, MICHAEL L | $630.00 | $819.00 | WORK ON REVISIONS TO PROPOSED JOINT MOTION AND RELATED MULTIPLE COMMUNICATIONS (0.5); CONFERENCE CALL WITH CLIENTS (SPLIT) (0.5); REVIEW EPA'S ANSWER AND WORK ON ADDITIONAL REVISIONS TO JOINT MOTION BASED ON COMMENTS (0.3). |
| 0.50 | VINEY, ELIZABETH M | $630.00 | $315.00 | WEEKLY TEAM CALL. |
| 06/04/14 | | | | |
| 0.30 | RAIFF, MICHAEL L | $630.00 | $189.00 | WORK ON ADDITIONAL CHANGES TO PROPOSED JOINT MOTION BASED ON COMMENTS AND EMAILS REGARDING SAME. |
| 06/05/14 | | | | |
| 0.20 | RAIFF, MICHAEL L | $630.00 | $126.00 | COMMUNICATIONS WITH EPA'S COUNSEL AND COMMUNICATIONS WITH TEAM. |
| 06/06/14 | | | | |
| 0.30 | RAIFF, MICHAEL L | $630.00 | $189.00 | COMMUNICATIONS WITH EPA'S COUNSEL (0.1); COMMUNICATION WITH CLIENTS AND G. MOORE REGARDING JOINT MOTION (0.1); REVIEW DRAFTS (0.1). |
| 06/12/14 | | | | |
| 0.50 | RAIFF, MICHAEL L | $630.00 | $315.00 | EMAILS WITH CLIENTS REGARDING JOINT MOTION (0.3); CONFERENCE CALL WITH SIERRA CLUB'S LAWYER (0.2). |

| | | | | |
|---|---|---|---|---|
| 06/13/14 0.50 | RAIFF, MICHAEL L | $630.00 | $315.00 | COMMUNICATIONS REGARDING SIERRA CLUB'S INTERVENTION (0.2); COMMUNICATIONS WITH EPA'S ATTORNEY REGARDING JOINT MOTION AND COMMUNICATIONS WITH CLIENTS (0.3). |
| 06/16/14 0.30 | RAIFF, MICHAEL L | $630.00 | $189.00 | ATTENTION TO AND FOLLOW-UP COMMUNICATIONS REGARDING JOINT MOTION AND INTERVENTION (0.2); COMMUNICATIONS WITH EPA'S COUNSEL (0.1). |
| 06/17/14 0.30 | RAIFF, MICHAEL L | $630.00 | $189.00 | ATTENTION TO AND COMMUNICATIONS REGARDING SIERRA CLUB'S INTERVENTION ISSUES AND RESEARCH. |
| 0.20 | FALCONER, RUSSELL H | $630.00 | $126.00 | PARTICIPATE IN WEEKLY CALL (0.1); CORRESPOND WITH M. RAIFF AND G. MOORE REGARDING INTERVENTION (0.1). |
| 0.20 | VINEY, ELIZABETH M | $630.00 | $126.00 | WEEKLY TEAM CALL. |
| 06/19/14 0.20 | RAIFF, MICHAEL L | $630.00 | $126.00 | ATTENTION TO AND COMMUNICATIONS REGARDING SIERRA CLUB'S INTERVENTION. |
| 06/25/14 0.50 | RAIFF, MICHAEL L | $630.00 | $315.00 | REVIEW DOCUMENTS PRODUCED TO SIERRA CLUB BY EPA AND COMMUNICATIONS REGARDING SAME. |
| 06/26/14 0.30 | RAIFF, MICHAEL L | $630.00 | $189.00 | ATTENTION TO INTERVENTION AND COMMUNICATIONS WITH EPA'S COUNSEL REGARDING SAME. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**July 2, 2014**

**Invoice No. 2014073088**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through June 30, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00016 | Sierra Club - Eastern District of Texas | $  8,615.50 | $  0.00 | $  8,615.50 |
|  | **Totals** | $  8,615.50 | $  0.00 | $  8,615.50 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $  8,615.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: July 2, 2014**                                                                 **Invoice No. 2014073088**

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**July 2, 2014**

**Invoice No. 2014073088**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through June 30, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00016 | Sierra Club - Eastern District of Texas | $   8,615.50 | $     0.00 | $   8,615.50 |
|  | **Totals** | $   8,615.50 | $     0.00 | $   8,615.50 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $   8,615.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

SIERRA CLUB - EASTERN DISTRICT OF TEXAS
92772-00016

For Services Rendered Through June 30, 2014

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| WILLIAM B. DAWSON | 5.50 | $ 925.00 | $ 5,087.50 |
| MICHAEL L. RAIFF | 5.60 | 630.00 | 3,528.00 |
| **Total Services** | | | $ 8,615.50 |

| | |
|---|---|
| **Total Services, Costs/Charges** | 8,615.50 |
| **BALANCE DUE** | $   8,615.50 |

**Due and Payable Upon Receipt**

SIERRA CLUB - EASTERN DISTRICT OF TEXAS
92772-00016

---

Detail Services:

**06/04/14**
| 0.20 | RAIFF, MICHAEL L | $630.00 | $126.00 | COMMUNICATIONS WITH ████ (0.1); COMMUNICATIONS WITH CLIENTS AND S. GIDIERE REGARDING SAME (0.1). |

**06/05/14**
| 0.20 | RAIFF, MICHAEL L | $630.00 | $126.00 | COMMUNICATIONS WITH ████ (0.1); COMMUNICATIONS WITH CLIENTS REGARDING EXPERT ISSUE (0.1). |

**06/11/14**
| 1.50 | DAWSON, WILLIAM B | $925.00 | $1,387.50 | ANALYSIS OF OPTIONS AND STRATEGY FOR ████ (1.2); CALL WITH S. GIDIERE REGARDING SAME (0.3). |
| 0.50 | RAIFF, MICHAEL L | $630.00 | $315.00 | ATTENTION TO STRATEGIES MOVING FORWARD WITH SIERRA CLUB CASES (0.3); REVIEW LATEST MEMO REGARDING ████ COMMUNICATIONS REGARDING SAME (0.2). |

**06/12/14**
| 2.00 | DAWSON, WILLIAM B | $925.00 | $1,850.00 | ████ MEMO WORK AND CALLS REGARDING SAME AND REGARDING ████ (1.5); CALL WITH CLIENT (0.5). |
| 1.00 | RAIFF, MICHAEL L | $630.00 | $630.00 | WORK ON ████ SIERRA CLUB CASES (0.5); WORK ON RELATED STRATEGIES AND MEETING REGARDING SAME (0.5). |

**06/13/14**
| 1.00 | DAWSON, WILLIAM B | $925.00 | $925.00 | WORK ON ████ STRATEGY AND COMMUNICATIONS REGARDING SAME. |

| | | | | |
|---|---|---|---|---|
| 0.50 | RAIFF, MICHAEL L | $630.00 | $315.00 | COMMUNICATIONS REGARDING AND ATTENTION TO STRATEGIES, ███████ RELATING TO ███████ █████████. |
| **06/16/14** 0.30 | RAIFF, MICHAEL L | $630.00 | $189.00 | ATTENTION TO AND COMMUNICATIONS REGARDING STRATEGIES AND THIS WEEK'S MEETING. |
| **06/17/14** 1.00 | DAWSON, WILLIAM B | $925.00 | $925.00 | PREPARE FOR AND PARTICIPATE IN STRATEGY CALL. |
| **06/18/14** 1.40 | RAIFF, MICHAEL L | $630.00 | $882.00 | PREPARE FOR AND PARTICIPATE IN MEETING WITH LEGAL TEAM REGARDING NEXT STEPS AND STRATEGIES (1.0); FOLLOW-UP DISCUSSIONS REGARDING OPTIONS (0.3); AND FOLLOW-UP EMAILS REGARDING ████████ ██████ (0.1). |
| **06/19/14** 0.80 | RAIFF, MICHAEL L | $630.00 | $504.00 | WORK ON BANKRUPTCY RELATED ISSUES, STRATEGIES, AND OPEN QUESTIONS (0.6); MULTIPLE COMMUNICATIONS REGARDING SAME (0.2). |
| **06/27/14** 0.70 | RAIFF, MICHAEL L | $630.00 | $441.00 | PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL REGARDING BANKRUPTCY ISSUES AND STRATEGIES. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**July 2, 2014**

**Invoice No. 2014073090**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through June 30, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00017 | Sierra Club - Western District of Texas 201200115 | $  2,835.00 | $  0.00 | $  2,835.00 |
|  | **Totals** | $  2,835.00 | $  0.00 | $  2,835.00 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $  2,835.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**July 2, 2014**

**Invoice No. 2014073090**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

---

**For Services Rendered and Costs/Charges Advanced Through June 30, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00017 | Sierra Club - Western District of Texas 201200115 | $    2,835.00 | $     0.00 | $    2,835.00 |
|  | **Totals** | $    2,835.00 | $    0.00 | $    2,835.00 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $    2,835.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

SIERRA CLUB - WESTERN DISTRICT OF TEXAS
92772-00017

---

For Services Rendered Through June 30, 2014

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| MICHAEL L. RAIFF | 4.00 | $ 630.00 | $ 2,520.00 |
| ELIZABETH M. VINEY | 0.50 | 630.00 | 315.00 |
| **Total Services** | | | $ 2,835.00 |

| | |
|---|---|
| **Total Services, Costs/Charges** | 2,835.00 |
| **BALANCE DUE** | $ 2,835.00 |

**Invoice Date: July 2, 2014**

**Due and Payable Upon Receipt**

**Invoice No. 2014073090**

SIERRA CLUB - WESTERN DISTRICT OF TEXAS
92772-00017

---

Detail Services:

| Date | Hours | Name | Rate | Amount | Description |
|---|---|---|---|---|---|
| 06/10/14 | 0.50 | VINEY, ELIZABETH M | $630.00 | $315.00 | WEEKLY TEAM CALL. |
| 06/12/14 | 0.50 | RAIFF, MICHAEL L | $630.00 | $315.00 | COMMUNICATIONS AND ATTENTION TO 5TH CIRCUIT QUESTIONS AND APPELLATE STRATEGIES MOVING FORWARD. |
| 06/18/14 | 1.40 | RAIFF, MICHAEL L | $630.00 | $882.00 | PREPARE FOR AND PARTICIPATE IN MEETING WITH EFH AND LEGAL TEAM REGARDING NEXT STEPS AND STRATEGIES (1.0); FOLLOW-UP DISCUSSIONS REGARDING OPTIONS (0.3); FOLLOW-UP EMAILS REGARDING ███████ ███ (SPLIT) (0.1). |
| 06/19/14 | 0.80 | RAIFF, MICHAEL L | $630.00 | $504.00 | WORK ON BANKRUPTCY RELATED ISSUES, STRATEGIES, AND OPEN QUESTIONS, AND MULTIPLE COMMUNICATIONS REGARDING SAME (SPLIT). |
| 06/26/14 | 0.20 | RAIFF, MICHAEL L | $630.00 | $126.00 | ATTENTION TO AND COMMUNICATIONS REGARDING STRATEGIES REGARDING NEXT STEPS. |
| 06/27/14 | 0.70 | RAIFF, MICHAEL L | $630.00 | $441.00 | ATTENTION TO AND CONFERENCE CALL REGARDING BANKRUPTCY ISSUES AND STRATEGIES (SPLIT). |
| 06/28/14 | 0.20 | RAIFF, MICHAEL L | $630.00 | $126.00 | ATTENTION TO AND COMMUNICATIONS REGARDING BANKRUPTCY ISSUES. |

| 06/30/14 | | | | |
|---|---|---|---|---|
| 0.20 | RAIFF, MICHAEL L | $630.00 | $126.00 | REVIEW AND COMMUNICATIONS REGARDING BANKRUPTCY FILING. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**July 2, 2014**

**Invoice No. 2014073091**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through June 30, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00018 | NSR Case 201300257 | $  16,732.50 | $     0.00 | $  16,732.50 |
|  | **Totals** | $   16,732.50 | $     0.00 | $  16,732.50 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $   16,732.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: July 2, 2014**                                                    **Invoice No. 2014073091**

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**July 2, 2014**

**Invoice No. 2014073091**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

---

**For Services Rendered and Costs/Charges Advanced Through June 30, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00018 | NSR Case 201300257 | $   16,732.50 | $      0.00 | $   16,732.50 |
|  | **Totals** | $   16,732.50 | $      0.00 | $   16,732.50 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $   16,732.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: July 2, 2014**                                                 **Invoice No. 2014073091**

**Due and Payable Upon Receipt**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


NSR CASE
92772-00018

---

For Services Rendered Through June 30, 2014

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| WILLIAM B. DAWSON | 12.30 | $ 925.00 | $ 11,377.50 |
| MICHAEL L. RAIFF | 7.90 | 630.00 | 4,977.00 |
| RUSSELL H. FALCONER | 0.60 | 630.00 | 378.00 |
| **Total Services** | | | $ 16,732.50 |


| | |
|---|---|
| **Total Services, Costs/Charges** | 16,732.50 |
| **BALANCE DUE** | $  16,732.50 |

NSR CASE
92772-00018

_____

Detail Services:

06/03/14
| 1.00 | DAWSON, WILLIAM B | $925.00 | $925.00 | PREPARATION FOR AND CALL WITH CLIENT. |
| 0.30 | RAIFF, MICHAEL L | $630.00 | $189.00 | CONFERENCE CALL WITH CLIENTS (0.2); COMMUNICATIONS WITH ███████████ REGARDING NSR CASE (0.1). |
| 0.60 | FALCONER, RUSSELL H | $630.00 | $378.00 | REVIEW MOTION TO MODIFY AND PARTICIPATE IN WEEKLY CALL. |

06/10/14
| 1.50 | DAWSON, WILLIAM B | $925.00 | $1,387.50 | PREPARE FOR AND CONFERENCE CALL WITH CLIENT (0.7); WORK ON ██████ ███████████ (0.8). |

06/16/14
| 0.30 | RAIFF, MICHAEL L | $630.00 | $189.00 | ATTENTION TO AND COMMUNICATIONS REGARDING ████████ ███████. |

06/17/14
| 0.30 | DAWSON, WILLIAM B | $925.00 | $277.50 | NSR WEEKLY CALL AND PREPARATION. |
| 0.20 | RAIFF, MICHAEL L | $630.00 | $126.00 | COMMUNICATIONS AND ATTENTION TO ██████████ ███████. |

06/18/14
| 8.50 | DAWSON, WILLIAM B | $925.00 | $7,862.50 | ████████████████ (5.0); PREPARE FOR AND STRATEGY CALL WITH K & E AND GC'S OFFICE AND POST CALL ANALYSIS (2.5). |
| 6.80 | RAIFF, MICHAEL L | $630.00 | $4,284.00 | ████████████████ ████████. |

06/24/14
  0.30      RAIFF, MICHAEL L              $630.00      $189.00   WEEKLY CONFERENCE CALL
                                                                WITH CLIENT AND FOLLOW-UP
                                                                EMAILS.

06/27/14
  1.00      DAWSON, WILLIAM B             $925.00      $925.00   ANALYSIS OF ███████████
                                                                ████████ AND CALLS
                                                                REGARDING SAME.

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**July 2, 2014**

**Invoice No. 2014072935**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through June 30, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00023 | 2011 FPL Lawsuit | $  1,260.00 | $  0.00 | $  1,260.00 |
|  | **Totals** | $  1,260.00 | $  0.00 | $  1,260.00 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $  1,260.00 |

Remit By Wire To:
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

Remit By Mail To:
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
Invoice Date: July 2, 2014                                                                 Invoice No. 2014072935

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**July 2, 2014**

**Invoice No. 2014072935**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through June 30, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00023 | 2011 FPL Lawsuit | $    1,260.00 | $      0.00 | $    1,260.00 |
|  | **Totals** | $    1,260.00 | $     0.00 | $    1,260.00 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $    1,260.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201


2011 FPL LAWSUIT
92772-00023

_____

For Services Rendered Through June 30, 2014

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| MICHAEL L. RAIFF | 2.00 | $ 630.00 | $ 1,260.00 |
| **Total Services** | | | $ 1,260.00 |

| | | |
|---|---|---|
| **Total Services, Costs/Charges** | | 1,260.00 |
| **BALANCE DUE** | | $ 1,260.00 |

2011 FPL LAWSUIT
92772-00023

_____

Detail Services:

06/05/14
0.50    RAIFF, MICHAEL L          $630.00        $315.00    REVIEW FPL'S BANKRUPTCY
                                                            MOTION RELATING TO
                                                            POSSIBLE TERMINATION.

06/26/14
0.50    RAIFF, MICHAEL L          $630.00        $315.00    ATTENTION TO AND MULTIPLE
                                                            EMAILS REGARDING
                                                            UPCOMING DEADLINES IN
                                                            FPL2.

06/30/14
1.00    RAIFF, MICHAEL L          $630.00        $630.00    WORK ON UPCOMING
                                                            DEADLINES, PROPOSED RULE
                                                            11 AGREEMENT (0.8); MULTIPLE
                                                            COMMUNICATIONS
                                                            REGARDING SAME (0.2).

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**July 2, 2014**

**Invoice No. 2014071099**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through June 30, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00027 | EFIH First Lien DIP Exchange Offer | $  27,912.00 | $      0.00 | $  27,912.00 |
|  | **Totals** | $  27,912.00 | $    0.00 | $  27,912.00 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $  27,912.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**July 2, 2014**

**Invoice No. 2014071099**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through June 30, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00027 | EFIH First Lien DIP Exchange Offer | $   27,912.00 | $        0.00 | $   27,912.00 |
|  | **Totals** | $   27,912.00 | $      0.00 | $   27,912.00 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $   27,912.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: July 2, 2014**                                    **Invoice No. 2014071099**

**Due and Payable Upon Receipt**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


EFIH FIRST LIEN DIP EXCHANGE OFFER
92772-00027

_____

For Services Rendered Through June 30, 2014

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ROBERT B. LITTLE | 18.70 | $ 790.00 | $ 14,773.00 |
| JONATHAN M. WHALEN | 7.60 | 575.00 | 4,370.00 |
| KATHERINE E. COURNOYER | 15.80 | 555.00 | 8,769.00 |
| **Total Services** | | | $ 27,912.00 |



| | |
|---|---|
| **Total Services, Costs/Charges** | 27,912.00 |
| **BALANCE DUE** | $ 27,912.00 |

EFIH FIRST LIEN DIP EXCHANGE OFFER
92772-00027
_____

Detail Services:

| 06/02/14 2.30 | LITTLE, ROBERT B | $790.00 | $1,817.00 | REVIEW AND REVISE RESPONSE TO FIRST LIEN NOTES TRUSTEE'S OBJECTION TO FIRST LIEN SETTLEMENT. |
|---|---|---|---|---|
| 06/03/14 2.00 | LITTLE, ROBERT B | $790.00 | $1,580.00 | REVIEW AND REVISE RESPONSE TO OBJECTION MOTION. |
| 06/06/14 0.50 | LITTLE, ROBERT B | $790.00 | $395.00 | E-MAILS WITH A. WRIGHT, G. SANTOS, K. FRAZIER AND D. MYERS OF KIRKLAND AND ELLIS REGARDING EXCHANGE OFFER EXTENSION ISSUES. |
| 06/07/14 1.20 | LITTLE, ROBERT B | $790.00 | $948.00 | TELEPHONE CALL WITH A. WRIGHT AND G. SANTOS OF EFH REGARDING EXTENSION ISSUES (0.5); E-MAILS WITH A. WRIGHT AND G. SANTOS REGARDING EXTENSION ISSUES (0.3); REVIEW AND REVISE PRESS RELEASE FOR EXTENSION (0.4). |
| 1.70 | WHALEN, JONATHAN M | $575.00 | $977.50 | WORK ON PRESS RELEASE AND 8-K FOR EXTENSION OF SETTLEMENT OFFER. |
| 06/08/14 0.60 | LITTLE, ROBERT B | $790.00 | $474.00 | REVIEW AND REVISE PRESS RELEASE AND FORM 8-K. |
| 1.90 | WHALEN, JONATHAN M | $575.00 | $1,092.50 | WORK ON PRESS RELEASE AND 8-K (1.7); COORDINATE FILING OF 8-K WITH RR DONNELLEY (0.2). |

| | | | | |
|---|---|---|---|---|
| 06/09/14 | | | | |
| 2.20 | LITTLE, ROBERT B | $790.00 | $1,738.00 | REVIEW AND REVISE FORM 8-K (0.8); TELEPHONE CALL WITH A. WRIGHT REGARDING CLOSING ISSUES (0.7); REVIEW AND REVISE NOTICE OF OPT-IN EXTENSION (0.7). |
| 0.60 | WHALEN, JONATHAN M | $575.00 | $345.00 | PARTICIPATE IN PHONE CALLS TO DISCUSS MECHANICS FOR CLOSING FIRST LIEN EXCHANGE OFFER. |
| 1.90 | COURNOYER, KATHERINE E | $555.00 | $1,054.50 | DRAFT FORM 8-K FOR CLOSING OF FIRST LIEN EXCHANGE OFFER. |
| 06/10/14 | | | | |
| 2.30 | LITTLE, ROBERT B | $790.00 | $1,817.00 | TELEPHONE CALLS WITH G. SANTOS, K. MOLDOVAN AND S. SERAJEDDINI REGARDING FIRST LIEN NOTES EXCHANGE OFFER CLOSING ISSUES (2.0); REVIEW AND REVISE EXTENSION DOCUMENTS (0.3). |
| 2.30 | WHALEN, JONATHAN M | $575.00 | $1,322.50 | PARTICIPATE IN PHONE CALLS TO DISCUSS EXTENSION OF FIRST LIEN EXCHANGE OFFER (1.2); DRAFT PRESS RELEASE IN CONNECTION WITH EXTENSION OF FIRST LIEN OFFER (0.7); COORDINATE FILING OF 8-K WITH RR DONNELLEY (0.4). |
| 06/11/14 | | | | |
| 1.50 | LITTLE, ROBERT B | $790.00 | $1,185.00 | TELEPHONE CALLS WITH A. WRIGHT AND K. MOLDOVAN REGARDING FIRST LIEN DIP CLOSING ISSUES. |
| 1.40 | COURNOYER, KATHERINE E | $555.00 | $777.00 | DRAFT CLOSING DELIVERABLES UNDER DEALER MANAGER AGREEMENT. |

| | | | | |
|---|---|---|---|---|
| **06/12/14** 2.30 | LITTLE, ROBERT B | $790.00 | $1,817.00 | TELEPHONE CALL WITH A. WRIGHT REGARDING CLOSING MATTERS RELATING TO INTERNAL LEGAL CLOSING CERTIFICATE AND OFFICER'S CERTIFICATE (0.3); WORK ON ISSUES RAISED WITH RESPECT TO SAME (0.5); TELEPHONES CALL WITH A. WRIGHT AND K. MOLDOVAN REGARDING CLOSING MATTERS (1.5). |
| 1.80 | COURNOYER, KATHERINE E | $555.00 | $999.00 | ATTEND CONFERENCE CALL WITH A. WRIGHT, K. BOLANOWSKI (K&E) AND COUNSEL TO LENDERS TO DISCUSS CLOSING OF FIRST LIEN EXCHANGE OFFER (0.3); COORDINATE WITH K. FRAZIER RE: EXECUTION OF CLOSING DOCUMENTS (0.2); DRAFT 8-K TO ANNOUNCE CLOSING (1.3). |
| **06/13/14** 0.50 | LITTLE, ROBERT B | $790.00 | $395.00 | REVIEW AND REVISE FORM 8-K. |
| **06/19/14** 0.30 | LITTLE, ROBERT B | $790.00 | $237.00 | REVIEW AND REVISE FORM 8-K. |
| 2.30 | COURNOYER, KATHERINE E | $555.00 | $1,276.50 | PREPARE EXHIBITS TO FORM 8-K ANNOUNCING CLOSING OF FIRST LIEN EXCHANGE OFFER. |
| **06/20/14** 0.70 | LITTLE, ROBERT B | $790.00 | $553.00 | REVIEW AND REVISE FORM 8-K TO DISCLOSE FIRST LIEN DIP FACILITY CLOSING. |
| 0.80 | COURNOYER, KATHERINE E | $555.00 | $444.00 | DRAFT FORM 8-K TO ANNOUNCE CLOSING OF FIRST LIEN EXCHANGE OFFER. |
| **06/22/14** 0.70 | LITTLE, ROBERT B | $790.00 | $553.00 | REVIEW AND REVISE FORM 8-K. |
| 1.50 | COURNOYER, KATHERINE E | $555.00 | $832.50 | DRAFT 8-K ANNOUNCING CLOSING OF FIRST LIEN EXCHANGE OFFER. |
| **06/23/14** 0.50 | LITTLE, ROBERT B | $790.00 | $395.00 | REVIEW AND REVISE FORM 8-K FOR FIRST LIEN DIP CLOSING. |

| | | | | |
|---|---|---|---|---|
| 1.10 | WHALEN, JONATHAN M | $575.00 | $632.50 | DISCUSSION WITH RESPECT TO RESPONSE TO ADVERSARY COMPLAINT. |
| 2.90 | COURNOYER, KATHERINE E | $555.00 | $1,609.50 | DRAFT AND PREPARE EXHIBITS FOR FILING IN FORM 8-K TO ANNOUNCE CLOSING OF FIRST LIEN EXCHANGE OFFER. |
| **06/24/14** | | | | |
| 0.70 | LITTLE, ROBERT B | $790.00 | $553.00 | REVIEW AND REVISE DRAFTS OF FORM 8-K FOR FIRST LIEN CLOSING. |
| 1.30 | COURNOYER, KATHERINE E | $555.00 | $721.50 | DRAFT AND COORDINATE WITH PRINTERS RE: FORM 8-K TO ANNOUNCE CLOSING OF FIRST LIEN EXCHANGE OFFER. |
| **06/25/14** | | | | |
| 0.40 | LITTLE, ROBERT B | $790.00 | $316.00 | REVIEW AND REVISE CLOSING FORM 8-K. |
| 1.90 | COURNOYER, KATHERINE E | $555.00 | $1,054.50 | REVISE FORM 8-K ANNOUNCING CLOSING OF FIRST LIEN EXCHANGE OFFER AND COORDINATE WITH PRINTERS RE: REVISIONS. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**July 15, 2014**

**Invoice No. 2014071101**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through June 30, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00028 | EFIH Second Lien DIP Tender Offer | $  8,149.50 | $  0.00 | $  8,149.50 |
|  | **Totals** | $  8,149.50 | $  0.00 | $  8,149.50 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $  8,149.50 |

Remit By Wire To:
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

Remit By Mail To:
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**July 15, 2014**

**Invoice No. 2014071101**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through June 30, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00028 | EFIH Second Lien DIP Tender Offer | $   8,149.50 | $     0.00 | $   8,149.50 |
|  | **Totals** | $   8,149.50 | $     0.00 | $   8,149.50 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $   8,149.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: July 15, 2014**                                                    **Invoice No. 2014071101**

**Due and Payable Upon Receipt**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


EFIH SECOND LIEN DIP TENDER OFFER
92772-00028

---

For Services Rendered Through June 30, 2014

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ROBERT B. LITTLE | 8.80 | $ 790.00 | $ 6,952.00 |
| JONATHAN M. WHALEN | 1.60 | 575.00 | 920.00 |
| KATHERINE E. COURNOYER | 0.50 | 555.00 | 277.50 |
| **Total Services** | | | $ 8,149.50 |


| | |
|---|---|
| **Total Services, Costs/Charges** | 8,149.50 |
| **BALANCE DUE** | $   8,149.50 |

EFIH SECOND LIEN DIP TENDER OFFER
92772-00028

_____

Detail Services:

06/01/14
| 1.00 | LITTLE, ROBERT B | $790.00 | $790.00 | TELEPHONE CALL WITH A. WRIGHT, G. SANTOS, K. FRAZIER AND D. MYERS OF KIRKLAND & ELLIS REGARDING SEC COMMENTS TO OFFERING TERMS (0.7); REVIEW OFFERING TERMS IN LIGHT OF SEC COMMENTS (0.3). |

06/02/14
| 2.00 | LITTLE, ROBERT B | $790.00 | $1,580.00 | REVIEW AND REVISE SUPPLEMENT TO OFFER TO PURCHASE (1.5); REVIEW EFH COMMENTS TO SAME (0.5). |

06/03/14
| 0.50 | LITTLE, ROBERT B | $790.00 | $395.00 | REVIEW AND REVISE SUPPLEMENT TO OFFER TO PURCHASE. |

06/04/14
| 0.40 | LITTLE, ROBERT B | $790.00 | $316.00 | REVIEW AND REVISE PRESS RELEASE AND FORM 8-K. |
| 0.70 | WHALEN, JONATHAN M | $575.00 | $402.50 | PREPARE 8-K FOR AMENDMENT TO SECOND LIEN TENDER OFFER. |

06/13/14
| 0.90 | WHALEN, JONATHAN M | $575.00 | $517.50 | REVISE EARLY TENDER RESULTS 8-K (0.6); COORDINATE FILING OF 8-K (0.2). |

06/26/14
| 4.90 | LITTLE, ROBERT B | $790.00 | $3,871.00 | REVIEW CHALLENGES TO SECOND LIEN DIP FINANCING (2.8); REVIEW AND REVISE SECOND LIEN NOTES OFFERING MEMORANDUM (0.9); PREPARE E-MAIL TO KIRKLAND & ELLIS REGARDING OPEN ISSUES IN OFFERING MEMORANDUM (0.2); REVIEW AND REVISE FIDELITY LETTER OF SUBSCRIPTION (1.0). |

| 06/29/14 | | | | |
|---|---|---|---|---|
| 0.50 | COURNOYER, KATHERINE E | $555.00 | $277.50 | DRAFT 8-K ANNOUNCING EXTENSION OF SECOND LIEN TENDER OFFER. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**July 15, 2014**

**Invoice No. 2014071136**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through June 30, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00029 | EFIH Second Lien DIP Notes Offering | $  68,075.50 | $  0.00 | $  68,075.50 |
|  | **Totals** | $  68,075.50 | $  0.00 | $  68,075.50 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $  68,075.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**July 15, 2014**

**Invoice No. 2014071136**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through June 30, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00029 | EFIH Second Lien DIP Notes Offering | $  68,075.50 | $       0.00 | $  68,075.50 |
|  | **Totals** | $  68,075.50 | $    0.00 | $  68,075.50 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $  68,075.50 |

<u>**Remit By Wire To:**</u>
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

<u>**Remit By Mail To:**</u>
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


EFIH SECOND LIEN DIP NOTES OFFERING
92772-00029

---

For Services Rendered Through June 30, 2014

| NAME | HOURS | RATE | TOTAL |
|------|------:|-----:|------:|
| ROMINA WEISS | 2.10 | $ 845.00 | $   1,774.50 |
| ROBERT B. LITTLE | 37.20 | 790.00 | 29,388.00 |
| JOHN-PAUL VOJTISEK | 11.50 | 710.00 | 8,165.00 |
| JONATHAN M. WHALEN | 6.80 | 575.00 | 3,910.00 |
| GREGORY A. ODEGAARD | 1.10 | 650.00 | 715.00 |
| KATHERINE E. COURNOYER | 40.00 | 555.00 | 22,200.00 |
| SAMUEL A. GOLDBERG | 1.40 | 545.00 | 763.00 |
| GREGORY S. BELLISTON | 1.60 | 725.00 | 1,160.00 |

**Total Services**                                      $   68,075.50



**Total Services, Costs/Charges**                           68,075.50

**BALANCE DUE**                                         $   68,075.50

**Due and Payable Upon Receipt**

EFIH SECOND LIEN DIP NOTES OFFERING
92772-00029
_____

Detail Services:

06/02/14

| | | | | |
|---|---|---|---|---|
| 2.20 | LITTLE, ROBERT B | $790.00 | $1,738.00 | REVIEW CALENDAR AND CHECKLIST IN ADVANCE OF WORKING GROUP CALL (0.5); TELEPHONE WITH G. SANTOS, K. MOLDOVAN AND K. FRAZIER, W. WILLIAMS OF KIRKLAND & ELLIS AND J. SULLIVAN OF EPIQ REGARDING SECOND LIEN NOTES OFFERING (0.8); REVISE CALENDAR FOR OFFERING (0.3); REVIEW SECOND LIEN DIP NOTE PURCHASE AGREEMENT (0.6). |
| 1.40 | WHALEN, JONATHAN M | $575.00 | $805.00 | REVIEW SECOND LIEN PURCHASE AGREEMENT (0.4); DRAFT EMAILS WITH RESPECT TO THE SAME (0.4); REVISE CLOSING CHECKLIST (0.3); DISCUSS OFFERING MECHANICS WITH RESPECT TO SECOND LIEN OFFER (0.3). |
| 0.70 | COURNOYER, KATHERINE E | $555.00 | $388.50 | TELEPHONE CONFERENCE WITH A. WRIGHT, G. SANTOS, S. SARAJEDDINI (K&E), J. SULLIVAN (EPIQ) REGARDING SECOND LIEN DIP OFFERING UPDATE. |

06/03/14

| | | | | |
|---|---|---|---|---|
| 1.90 | LITTLE, ROBERT B | $790.00 | $1,501.00 | REVIEW SECOND LIEN DIP NOTE PURCHASE AGREEMENT (1.6); E-MAILS REGARDING SAME (0.3). |

06/10/14

| | | | | |
|---|---|---|---|---|
| 0.40 | WHALEN, JONATHAN M | $575.00 | $230.00 | UPDATE T&R LIST FOR OFFERING. |
| 5.30 | COURNOYER, KATHERINE E | $555.00 | $2,941.50 | DRAFT SECOND LIEN DIP NOTES OFFERING MEMORANDUM. |

06/11/14

| | | | | |
|---|---|---|---|---|
| 4.50 | LITTLE, ROBERT B | $790.00 | $3,555.00 | REVIEW AND REVISE OFFERING MEMORANDUM (2.5); REVISE CLOSING PROVISION IN NOTES PURCHASE AGREEMENT (0.5); TELEPHONE CALL WITH A. WRIGHT REGARDING ALTERNATIVE SECOND LIEN DIP PROPOSALS (0.5); UPDATE CALENDAR AND CLOSING CHECKLIST (0.5); CLOSING CHECKLIST CALL WITH WORKING GROUP (0.5). |
| 3.60 | COURNOYER, KATHERINE E | $555.00 | $1,998.00 | CALLS WITH A. WRIGHT, G. SANTOS, J. SULLIVAN (EPIQ), W. WILLIAMS (K&E) TO DISCUSS SECOND LIEN DIP NOTES OFFERING TIMING AND STATUS AND ALTERNATIVE SECOND LIEN DIP POSSIBILITIES (0.9); DRAFT SECOND LIEN DIP NOTES OFFERING MEMORANDUM (2.7). |

06/16/14

| | | | | |
|---|---|---|---|---|
| 0.30 | WEISS, ROMINA | $845.00 | $253.50 | TELEPHONE CALL WITH J. P. VOJTISEK REGARDING ISSUE PRICE. |
| 1.10 | LITTLE, ROBERT B | $790.00 | $869.00 | TELEPHONE CALL WITH J. SULLIVAN OF EPIQ REGARDING TIMING OF SECOND LIEN OFFERING (0.2); TELEPHONE CALL WITH G. SANTOS, J. SULLIVAN OF EPIQ, S. SERAJEDDINI OF KIRKLAND & ELLIS REGARDING SECOND LIEN DIP NOTES OFFERING (0.5); REVIEW BOARD PRESENTATION REGARDING SECOND LIEN DIP FINANCING PROPOSALS (0.4). |
| 3.40 | VOJTISEK, JOHN-PAUL | $710.00 | $2,414.00 | RESEARCH AND ADVISE REGARDING TAX CONSIDERATIONS OF DEBT ISSUANCES AND EXCHANGES (2.9); CONFERENCE WITH R. WEISS (0.3); CONFERENCE WITH J. WHALEN (0.2). |

| | | | | |
|---|---|---|---|---|
| 0.50 | COURNOYER, KATHERINE E | $555.00 | $277.50 | CALL WITH G. SANTOS, K. FRAZIER, J. SULLIVAN (EPIQ) AND S. SERAJEDDINI (K&E) TO DISCUSS TIMING OF SECOND LIEN DIP NOTES OFFERING. |

**06/17/14**

| | | | | |
|---|---|---|---|---|
| 1.80 | LITTLE, ROBERT B | $790.00 | $1,422.00 | REVIEW DECLARATORY JUDGMENT ACTION FILED BY SECOND LIEN TRUSTEE (0.6); TELEPHONE CALL WITH A. WRIGHT REGARDING UPDATES TO OFFERING MEMORANDUM (0.2); WORK ON OFFERING MEMORANDUM (1.0). |
| 3.10 | VOJTISEK, JOHN-PAUL | $710.00 | $2,201.00 | CONFERENCE WITH M. HORN (0.3); CONFERENCE WITH J. WHALEN (0.3); ANALYZE AND ADVISE REGARDING DEBT OFFERINGS AND TAX DISCLOSURE (2.5). |
| 3.20 | COURNOYER, KATHERINE E | $555.00 | $1,776.00 | DRAFT SECOND LIEN DIP NOTES OFFERING MEMORANDUM. |

**06/18/14**

| | | | | |
|---|---|---|---|---|
| 0.50 | WEISS, ROMINA | $845.00 | $422.50 | TELEPHONE CALL WITH J. P. VOJTISEK REGARDING EXCHANGE OFFER NOTES. |
| 4.30 | LITTLE, ROBERT B | $790.00 | $3,397.00 | REVIEW AND REVISE OFFERING MEMORANDUM (4.0); CONFER WITH G. SANTOS REGARDING SAME (0.3). |
| 1.10 | VOJTISEK, JOHN-PAUL | $710.00 | $781.00 | ANALYZE AND ADVISE REGARDING DEBT OFFERINGS AND TAX DISCLOSURE (0.6); CONFERENCE WITH R. WEISS (0.5). |
| 4.10 | COURNOYER, KATHERINE E | $555.00 | $2,275.50 | DRAFT SECOND LIEN DIP NOTES OFFERING MEMORANDUM. |

**06/19/14**

| | | | | |
|---|---|---|---|---|
| 0.30 | WEISS, ROMINA | $845.00 | $253.50 | TELEPHONE CALL WITH J. P. VOJTISEK REGARDING REPORTING REQUIREMENTS. |

| | | | | |
|---|---|---|---|---|
| 2.00 | LITTLE, ROBERT B | $790.00 | $1,580.00 | REVIEW AND REVISE OFFERING MEMORANDUM (1.5); REVIEW AND REVISE SUBSCRIPTION AGREEMENT (0.5). |
| 1.30 | VOJTISEK, JOHN-PAUL | $710.00 | $923.00 | CONFERENCE WITH M. HORN (0.2); CONFERENCE WITH R. WEISS (0.3); RESEARCH AND ADVISE REGARDING TAX DISCLOSURE AND REPORTING OBLIGATIONS (0.8). |
| 1.40 | GOLDBERG, SAMUEL A | $545.00 | $763.00 | RESEARCH TREASURY REGULATION SECTION 1.1273-2(F)(9) NOTICE REQUIREMENTS (1.2); COMPILE COMPARABLE SECTION 1.1273-2(F)(9) NOTICE LANGUAGE (0.2). |

06/20/14

| | | | | |
|---|---|---|---|---|
| 2.90 | LITTLE, ROBERT B | $790.00 | $2,291.00 | TELEPHONE CALL WITH J. SULLIVAN OF EPIQ, G. SANTOS, AKIN GUMP AND KIRKLAND & ELLIS REGARDING CLOSING MECHANICS (0.6); REVIEW AND REVISE OFFERING MEMORANDUM (2.0); REVIEW AND REVISE LETTER OF SUBSCRIPTION (0.3). |
| 0.80 | VOJTISEK, JOHN-PAUL | $710.00 | $568.00 | RESEARCH AND ADVISE REGARDING ISSUE PRICE REPORTING OBLIGATIONS. |
| 0.60 | WHALEN, JONATHAN M | $575.00 | $345.00 | DISCUSSIONS AND ANALYSIS REGARDING FUNDING MECHANICS FOR SECOND LIEN DIP OFFERING. |
| 5.90 | COURNOYER, KATHERINE E | $555.00 | $3,274.50 | DRAFT SECOND LIEN DIP NOTES OFFERING MEMORANDUM (4.5); UPDATE LETTER OF SUBSCRIPTION (0.6); CONFERENCE CALL WITH A. WRIGHT, G. SANTOS, M. KILKENNEY (K&E) TO DISCUSS OFFERING TIMING AND STATUS (0.5); MEET WITH R. LITTLE TO DISCUSS OFFERING (0.3). |

| Date | Hours | Name | Rate | Amount | Description |
|---|---|---|---|---|---|
| 06/21/14 | | | | | |
| | 0.90 | LITTLE, ROBERT B | $790.00 | $711.00 | REVIEW ADVERSARY PROCEEDING MOTION FILED BY FIRST LIEN TRUSTEE REGARDING SECOND LIEN DIP OFFERING (0.5); TELEPHONE CALL WITH A. WRIGHT OF REGARDING SAME (0.2); TELEPHONE CALL WITH J. WHALEN REGARDING SAME (0.2). |
| | 1.30 | WHALEN, JONATHAN M | $575.00 | $747.50 | ANALYSIS REGARDING SECURITIES EXEMPTION FOR EQUITY CONVERSION (1.0); DRAFT EMAILS WITH RESPECT TO THE SAME (0.3). |
| | 2.50 | COURNOYER, KATHERINE E | $555.00 | $1,387.50 | DRAFT SECOND LIEN DIP NOTES OFFERING MEMORANDUM (1.9); RESEARCH QUESTION REGARDING SECTION 1145 REGISTRATION EXEMPTION (0.6). |
| 06/22/14 | | | | | |
| | 0.90 | LITTLE, ROBERT B | $790.00 | $711.00 | REVIEW COMMENTS FROM AKIN GUMP (0.2); E-MAILS TO J. SULLIVAN OF EPIQ REGARDING SAME (0.2); REVIEW BOARD DECK REGARDING ALTERNATIVE PROPOSALS (0.2); E-MAILS WITH A. WRIGHT AND G. SANTOS REGARDING SECOND LIEN DIP OFFERING ISSUES (0.3). |
| | 2.10 | COURNOYER, KATHERINE E | $555.00 | $1,165.50 | DRAFT SECOND LIEN DIP NOTES OFFERING MEMORANDUM. |

06/23/14

| | | | | |
|---|---|---|---|---|
| 4.10 | LITTLE, ROBERT B | $790.00 | $3,239.00 | REVIEW AND REVISE OFFERING MEMORANDUM FOR SECOND LIEN DIP NOTES OFFERING (1.5); TELEPHONE CALL WITH A. WRIGHT AND G. SANTOS OF EFH AND KIRKLAND & ELLIS REGARDING ISSUES PERTAINING TO LAUNCH OF NOTES OFFERING (1.0); CONFER WITH J. WHALEN AND K. COURNOYER REGARDING SAME (0.6); ANALYZE ISSUES PRESENTED IN E-MAIL FROM A. WRIGHT OF REGARDING ADVERSARY PROCEEDING (0.7); UPDATE TRANSACTION CALENDAR (0.3). |
| 2.30 | COURNOYER, KATHERINE E | $555.00 | $1,276.50 | DRAFT SECOND LIEN DIP NOTES OFFERING MEMORANDUM (1.3); CALL WITH A. WRIGHT, W. WILLIAMS (K&E), S. HESSLER (K&E) REGARDING ADVERSARY COMPLAINT FILED BY CREDITORS (1.0). |
| 1.60 | BELLISTON, GREGORY S | $725.00 | $1,160.00 | CONFER WITH J. WHALEN REGARDING SECURITIES OFFERING (0.3); ANALYZE QUESTION REGARDING SECURITIES OFFERING (1.3). |

06/24/14

| | | | | |
|---|---|---|---|---|
| 2.10 | LITTLE, ROBERT B | $790.00 | $1,659.00 | TELEPHONE CALL WITH J. SULLIVAN OF EPIQ REGARDING TIMING (0.2); REVIEW AND REVISE OFFERING MEMORANDUM (1.5); CONFER WITH K. COURNOYER OF GIBSON DUNN REGARDING SAME (0.2); E-MAILS TO G. SANTOS REGARDING SAME (0.2). |
| 1.40 | COURNOYER, KATHERINE E | $555.00 | $777.00 | DRAFT SECOND LIEN DIP NOTES OFFERING MEMORANDUM. |

| | | | | |
|---|---|---|---|---|
| 06/25/14 | | | | |
| 2.10 | LITTLE, ROBERT B | $790.00 | $1,659.00 | TELEPHONE CALL WITH G. SANTOS, KIRKLAND & ELLIS AND FRIED FRANK REGARDING FIDELITY PARTICIPATION IN NOTES OFFERING AND CALL RIGHT (0.6); REVIEW PROPOSED RSA AMENDMENT REGARDING SAME (0.5); REVIEW OBJECTIONS TO SECOND LIEN DIP FINANCING (1.0). |
| 0.90 | WHALEN, JONATHAN M | $575.00 | $517.50 | DISCUSSION AND ANALYSIS RELATING TO LOGISTICS OF EQUITY OFFERING TO LEGACY NOTEHOLDERS. |
| 1.20 | COURNOYER, KATHERINE E | $555.00 | $666.00 | DRAFT SECOND LIEN DIP NOTES OFFERING MEMORANDUM. |
| 06/26/14 | | | | |
| 1.10 | ODEGAARD, GREGORY A | $650.00 | $715.00 | REVIEW FIDELITY SUBSCRIPTION LETTER (0.5); UPDATE LETTER AND CIRCULATE (0.4); CALL WITH J. SULLIVAN (0.2). |
| 0.40 | COURNOYER, KATHERINE E | $555.00 | $222.00 | DRAFT SECOND LIEN DIP NOTES OFFERING MEMORANDUM. |
| 06/27/14 | | | | |
| 0.50 | LITTLE, ROBERT B | $790.00 | $395.00 | REVIEW AND REVISE TRANSACTION CHECKLIST. |
| 1.30 | COURNOYER, KATHERINE E | $555.00 | $721.50 | REVISE CHECKLIST FOR NOTES OFFERING (0.8); DRAFT SECOND LIEN DIP NOTES OFFERING MEMORANDUM (0.5). |
| 06/29/14 | | | | |
| 0.70 | LITTLE, ROBERT B | $790.00 | $553.00 | E-MAILS WITH A. WRIGHT AND KIRKLAND & ELLIS REGARDING TRANSACTION ISSUES. |
| 0.40 | VOJTISEK, JOHN-PAUL | $710.00 | $284.00 | ANALYZE AND ADVISE REGARDING TAX CONSIDERATIONS OF NOTES. |

| | | | | |
|---|---|---|---|---|
| 0.90 | WHALEN, JONATHAN M | $575.00 | $517.50 | DISCUSSIONS REGARDING TAX MATTERS WITH RESPECT TO OFFERING AND SECURITIES EXEMPTION WITH RESPECT TO EQUITY CONVERSION. |
| 0.60 | COURNOYER, KATHERINE E | $555.00 | $333.00 | CALL WITH AKIN TEAM AND K&E TEAM TO DISCUSS TAX ISSUES RELATED TO SECOND LIEN DIP NOTES OFFERING. |

06/30/14

| | | | | |
|---|---|---|---|---|
| 1.00 | WEISS, ROMINA | $845.00 | $845.00 | FOLLOW-UP REGARDING AKIN REQUEST (0.3); REVIEW OF CHANGES TO OM (0.7). |
| 5.20 | LITTLE, ROBERT B | $790.00 | $4,108.00 | REVIEW AND REVISE OFFERING MEMORANDUM (2.0); CONFER WITH J. WHALEN (0.2); AND K. COURNOYER (0.2) REGARDING OFFERING MEMORANDUM; LISTEN TO BANKRUPTCY HEARING AUDIO (2.0); REVIEW AND REVISE FORM 8-K (0.6). |
| 1.40 | VOJTISEK, JOHN-PAUL | $710.00 | $994.00 | CONFERENCE WITH R. WEISS (0.1); CONFERENCE WITH J. WHALEN (0.1); CONFERENCE WITH G. GALLAGHER (0.1); REVIEW PUBLIC FILING AND ADVISE REGARDING TAX DISCLOSURE (1.1). |
| 1.30 | WHALEN, JONATHAN M | $575.00 | $747.50 | DISCUSSION REGARDING OFFERING LOGISTICS (0.2); DISCUSSION WITH AKIN GUMP REGARDING SECURITIES LAW EXEMPTIONS WITH RESPECT TO EQUITY CONVERSION (0.4); REVIEW 8-K WITH RESPECT TO LAUNCH (0.7). |
| 4.90 | COURNOYER, KATHERINE E | $555.00 | $2,719.50 | MEETING WITH R. LITTLE TO DISCUSS TIMING AND OPEN ISSUES (0.2); DRAFT SECOND LIEN DIP NOTES OFFERING MEMORANDUM (3.6); DRAFT FORM 8-K ANNOUNCING LAUNCH OF NOTES OFFERING (1.1). |

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**July 15, 2014**

**Invoice No. 2014071145**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through June 30, 2014**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00030 | EFH Case Administration | $ 1,456.00 | $ 0.00 | $ 1,456.00 |
| | **Totals** | $ 1,456.00 | $ 0.00 | $ 1,456.00 |
| | **TOTAL OUTSTANDING BALANCE DUE** | | | $ 1,456.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**July 15, 2014**

**Invoice No. 2014071145**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through June 30, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00030 | EFH Case Administration | $   1,456.00 | $      0.00 | $   1,456.00 |
|  | **Totals** | $   1,456.00 | $      0.00 | $   1,456.00 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $   1,456.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: July 15, 2014**                                                          **Invoice No. 2014071145**

**Due and Payable Upon Receipt**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

EFH CASE ADMINISTRATION
92772-00030

_____

For Services Rendered Through June 30, 2014

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ROBERT B. LITTLE | 1.00 | $ 790.00 | $    790.00 |
| MATTHEW G. BOUSLOG | 1.20 | 555.00 | 666.00 |
| **Total Services** | | | $   1,456.00 |

**Total Services, Costs/Charges**      1,456.00

**BALANCE DUE**      $   1,456.00

**Due and Payable Upon Receipt**

EFH CASE ADMINISTRATION
92772-00030
_____

Detail Services:

| 06/09/14 | | | | |
|---|---|---|---|---|
| 1.00 | LITTLE, ROBERT B | $790.00 | $790.00 | REVIEW AND REVISE BILLS FOR SUBMISSION TO BANKRUPTCY COURT TRUSTEE. |

| 06/10/14 | | | | |
|---|---|---|---|---|
| 0.20 | BOUSLOG, MATTHEW G | $555.00 | $111.00 | CALL WITH A. WEINTRAUB REGARDING RETENTION APPLICATION (0.1); EMAILS WITH M. ROSENTHAL, R. LITTLE AND J. GRAVES REGARDING SAME (0.1). |

| 06/24/14 | | | | |
|---|---|---|---|---|
| 0.50 | BOUSLOG, MATTHEW G | $555.00 | $277.50 | EMAILS WITH R. LITTLE, J. GRAVES AND D. AMPONSAH REGARDING FEE STATEMENTS. |

| 06/26/14 | | | | |
|---|---|---|---|---|
| 0.40 | BOUSLOG, MATTHEW G | $555.00 | $222.00 | EMAILS WITH D. AMPONSAH REGARDING FEE STATEMENTS (0.2); CALL WITH D. AMPONSAH REGARDING SAME (0.2). |

| 06/27/14 | | | | |
|---|---|---|---|---|
| 0.10 | BOUSLOG, MATTHEW G | $555.00 | $55.50 | EMAILS WITH D. AMPONSAH REGARDING FEE STATEMENTS. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**July 15, 2014**

**Invoice No. 2014071146**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through June 30, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00031 | EFH SEC Matters | $  4,171.50 | $  0.00 | $  4,171.50 |
|  | **Totals** | $  4,171.50 | $  0.00 | $  4,171.50 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $  4,171.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: July 15, 2014**                                              **Invoice No. 2014071146**

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**July 15, 2014**

**Invoice No. 2014071146**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through June 30, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00031 | EFH SEC Matters | $    4,171.50 | $      0.00 | $    4,171.50 |
|  | **Totals** | $    4,171.50 | $      0.00 | $    4,171.50 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $    4,171.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


EFH SEC MATTERS
92772-00031

_____

For Services Rendered Through June 30, 2014

| NAME | HOURS | RATE | TOTAL |
|------|------|------|------|
| ROBERT B. LITTLE | 4.50 | $ 790.00 | $ 3,555.00 |
| JONATHAN M. WHALEN | 0.30 | 575.00 | 172.50 |
| KATHERINE E. COURNOYER | 0.80 | 555.00 | 444.00 |
| **Total Services** | | | $ 4,171.50 |



**Total Services, Costs/Charges**                                    4,171.50

**BALANCE DUE**                                                  $ 4,171.50

EFH SEC MATTERS
92772-00031
_____

Detail Services:

| Date | Hours | Name | Rate | Amount | Description |
|---|---|---|---|---|---|
| 06/24/14 | 0.50 | LITTLE, ROBERT B | $790.00 | $395.00 | REVIEW AND REVISE FORM 10-Q. |
| | 0.30 | WHALEN, JONATHAN M | $575.00 | $172.50 | EMAILS AND DISCUSSIONS WITH CLIENT REGARDING CT LEASE DISCLOSURE. |
| 06/25/14 | 3.00 | LITTLE, ROBERT B | $790.00 | $2,370.00 | REVIEW AND REVISE FORM 10-Q. |
| 06/26/14 | 1.00 | LITTLE, ROBERT B | $790.00 | $790.00 | WORK ON FORM 10-Q. |
| 06/27/14 | 0.80 | COURNOYER, KATHERINE E | $555.00 | $444.00 | REVISE DRAFT FORM 10-Q. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**July 15, 2014**

**Invoice No. 2014071156**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through June 30, 2014**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00032 | EFH Corporate Matters | $  4,144.00 | $  0.00 | $  4,144.00 |
| | **Totals** | $  4,144.00 | $  0.00 | $  4,144.00 |
| | **TOTAL OUTSTANDING BALANCE DUE** | | | $  4,144.00 |

Remit By Wire To:
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

Remit By Mail To:
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**July 15, 2014**

**Invoice No. 2014071156**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through June 30, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00032 | EFH Corporate Matters | $    4,144.00 | $    0.00 | $    4,144.00 |
|  | **Totals** | $    4,144.00 | $    0.00 | $    4,144.00 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $    4,144.00 |

<u>Remit By Wire To:</u>
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

<u>Remit By Mail To:</u>
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
Invoice Date: July 15, 2014                                                                 Invoice No. 2014071156

**Due and Payable Upon Receipt**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

EFH CORPORATE MATTERS
92772-00032

---

For Services Rendered Through June 30, 2014

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ROBERT B. LITTLE | 2.00 | $ 790.00 | $ 1,580.00 |
| RONALD KIRK | 0.50 | 925.00 | 462.50 |
| JONATHAN M. WHALEN | 2.40 | 575.00 | 1,380.00 |
| KATHERINE E. COURNOYER | 1.30 | 555.00 | 721.50 |

**Total Services**                                            $   4,144.00

**Total Services, Costs/Charges**                                 4,144.00

**BALANCE DUE**                                               $   4,144.00

**Due and Payable Upon Receipt**

EFH CORPORATE MATTERS
92772-00032

_____

Detail Services:

| Date | Hours | Timekeeper | Rate | Amount | Description |
|------|-------|------------|------|--------|-------------|
| 06/18/14 | 1.70 | LITTLE, ROBERT B | $790.00 | $1,343.00 | REVIEW AND REVISE RISK FACTORS IN DISCLOSURE STATEMENT. |
| 06/20/14 | 0.30 | LITTLE, ROBERT B | $790.00 | $237.00 | TELEPHONE CALL WITH NYSE REGARDING DE-LISTING OF NOTES. |
| | 0.40 | WHALEN, JONATHAN M | $575.00 | $230.00 | ANALYSIS REGARDING DELISTING OF NYSE LISTED NOTES. |
| 06/28/14 | 0.50 | WHALEN, JONATHAN M | $575.00 | $287.50 | REVIEW AND REVISE RISK FACTORS IN DISCLOSURE STATEMENT. |
| | 1.30 | COURNOYER, KATHERINE E | $555.00 | $721.50 | REVIEW AND UPDATE RISK FACTORS IN DRAFT DISCLOSURE STATEMENT. |
| 06/29/14 | 1.50 | WHALEN, JONATHAN M | $575.00 | $862.50 | REVISE RISK FACTOR SECTION IN DISCLOSURE STATEMENT. |
| 06/30/14 | 0.50 | KIRK, RONALD | $925.00 | $462.50 | FOLLOW UP ON JOHN O'BRIEN CALL. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**July 15, 2014**

**Invoice No. 2014071158**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through June 30, 2014**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00043 | TCEH Corporate Matters | $    869.00 | $    0.00 | $    869.00 |
| | **Totals** | $    869.00 | $    0.00 | $    869.00 |
| | **TOTAL OUTSTANDING BALANCE DUE** | | | $    869.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**July 15, 2014**

**Invoice No. 2014071158**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through June 30, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00043 | TCEH Corporate Matters | $    869.00 | $     0.00 | $    869.00 |
|  | **Totals** | $   869.00 | $    0.00 | $   869.00 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $    869.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

TCEH CORPORATE MATTERS
92772-00043

_____

For Services Rendered Through June 30, 2014

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ROBERT B. LITTLE | 1.10 | $ 790.00 | $  869.00 |
| **Total Services** | | | $   869.00 |
| **Total Services, Costs/Charges** | | | 869.00 |
| **BALANCE DUE** | | | $    869.00 |

TCEH CORPORATE MATTERS
92772-00043

_____

Detail Services:

06/04/14
0.50    LITTLE, ROBERT B          $790.00     $395.00   REVIEW AND REVISE UWC FOR
                                                        APPOINTMENT OF
                                                        COMPENSATION COMMITTEE
                                                        AND POWERPOINT SLIDES
                                                        REGARDING SAME (0.3); E-
                                                        MAILS WITH J. WALKER
                                                        REGARDING SAME (0.2).

06/19/14
0.60    LITTLE, ROBERT B          $790.00     $474.00   REVIEW SEC FILINGS
                                                        REGARDING DISCLOSURE
                                                        ABOUT VALUATION REPORT
                                                        (0.5); E-MAIL TO A. WRIGHT
                                                        REGARDING SAME (0.1).

**<u>Exhibit I-3</u>**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**August 4, 2014**

**Invoice No. 2014092163**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through July 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00004 | Disputes and Potential Litigation with Aurelius | $  9,234.00 | $  0.00 | $  9,234.00 |
|  | **Totals** | $  9,234.00 | $  0.00 | $  9,234.00 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $  9,234.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Invoice Date: August 4, 2014                                                                 Invoice No. 2014092163

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**August 4, 2014**

**Invoice No. 2014092163**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through July 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00004 | Disputes and Potential Litigation with Aurelius | $    9,234.00 | $    0.00 | $    9,234.00 |
|  | **Totals** | $   9,234.00 | $   0.00 | $   9,234.00 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $   9,234.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: August 4, 2014**                                                      **Invoice No. 2014092163**

**Due and Payable Upon Receipt**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

DISPUTES AND POTENTIAL LITIGATION WITH A
92772-00004

_____

For Services Rendered Through July 31, 2014

| NAME | HOURS | RATE | | TOTAL |
|------|-------|------|---|-------|
| MICHAEL A. ROSENTHAL | 8.10 | $1,140.00 | $ | 9,234.00 |
| **Total Services** | | | $ | 9,234.00 |
| **Total Services, Costs/Charges** | | | | 9,234.00 |
| **BALANCE DUE** | | | $ | 9,234.00 |

DISPUTES AND POTENTIAL LITIGATION WITH A
92772-00004
_____

Detail Services:

07/09/14

| | | | | |
|---|---|---|---|---|
| 5.60 | ROSENTHAL, MICHAEL A | $1,140.00 | $6,384.00 | EMAIL FROM A. WRIGHT REGARDING TWIN OAKS MOTION (0.2); CONFERENCE CALL WITH A. WRIGHT REGARDING TWIN OAKS MOTION (0.3); CONFERENCE CALL WITH C. HUNSON REGARDING TWIN OAKS MOTION (0.3); EMAILS WITH C. HUNSON AND A. YENAMANDRA REGARDING TWIN OAKS REVISED BID (0.3); REVIEW AND COMMENT ON REVISED BID CAP NOTICE (0.4); EMAILS AND TELEPHONE REGARDING IDENTIFICATION OF UNCONFLICTED LOCAL COUNSEL (1.3); REVIEW UNDERLYING DOCUMENTS RELATED TO TWIN OAKS MOTION TO SELL, INCLUDING STALKING HORSE PROPOSAL, AND RELATED TO MOTION TO PARTICIPATE IN AUCTION (2.6); TELEPHONE WITH C. BIFFERATO AND J. GRAVES REGARDING FILING AND SERVICE OF REVISED BID CAP NOTICE (0.2). |

| Date | Hours | Name | Rate | Amount | Description |
|------|-------|------|------|--------|-------------|
| 07/10/14 | 0.90 | ROSENTHAL, MICHAEL A | $1,140.00 | $1,026.00 | EMAIL TO A. WRIGHT RE FILING OF REVISED BID CAP NOTICE (0.1); TELEPHONE WITH M. SHEPHERD REGARDING DILIGENCE SESSION RELATED TO MOTION (0.2); EMAILS WITH A. WRIGHT REGARDING DILIGENCE SESSION (0.2); EMAILS WITH J. GRAVES AND C. HUSNICK REGARDING APPLICATION OF OBJECTION DEADLINE TO VARIOUS PARTIES (0.2); SUMMARY EMAIL TO CLIENT AND OTHERS REGARDING OBJECTION DEADLINE (0.2). |
| 07/11/14 | 1.20 | ROSENTHAL, MICHAEL A | $1,140.00 | $1,368.00 | REVIEW AND COMMENT ON PROPOSED DRAFT ORDER RELATED TO TWIN OAKS MOTION (0.4); EMAIL FROM J. COFFEY OF BROWN RUDNICK COMMENTING ON DRAFT ORDER (0.2); EMAILS WITH A. WRIGHT REGARDING WITHDRAWAL OF TWIN OAKS RELATED MOTION (0.2); EMAILS WITH WHITE & CASE AND BROWN RUDNICK REGARDING WITHDRAWAL OF TWIN OAKS MOTION (0.3); TELEPHONE WITH J. GRAVES REGARDING WITHDRAWAL NOTICE (0.1). |
| 07/14/14 | 0.30 | ROSENTHAL, MICHAEL A | $1,140.00 | $342.00 | EMAILS WITH CLIENT REGARDING WITHDRAWAL OF MOTION (0.1); REVIEW NOTICE TO WITHDRAW MOTION RELATED TO TWIN OAKS PURCHASE (0.2). |
| 07/15/14 | 0.10 | ROSENTHAL, MICHAEL A | $1,140.00 | $114.00 | EMAIL TO A. WRIGHT REGARDING PRESS INQUIRY. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**August 4, 2014**

**Invoice No. 2014092103**

Energy Future Holdings
Attn:  Stacey H. Dore
1601 Bryan Street, 6th Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through July 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00008 | FPL v. TXU (Texas Supreme Court) | $    148.00 | $    0.00 | $    148.00 |
|  | **Totals** | $    148.00 | $    0.00 | $    148.00 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $    148.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Invoice Date: August 4, 2014                                                          Invoice No. 2014092103

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**August 4, 2014**

**Invoice No. 2014092103**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Attn:  Stacey H. Dore
1601 Bryan Street, 6th Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through July 31, 2014**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00008 | FPL v. TXU (Texas Supreme Court) | $   148.00 | $   0.00 | $   148.00 |
| | **Totals** | $   148.00 | $   0.00 | $   148.00 |
| | **TOTAL OUTSTANDING BALANCE DUE** | | | $   148.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
**Invoice Date: August 4, 2014**                                          **Invoice No. 2014092103**

**Due and Payable Upon Receipt**

Energy Future Holdings
Attn:  Stacey H. Dore
1601 Bryan Street, 6th Floor
Dallas, TX  75201

FPL V. TXU (TEXAS SUPREME COURT)
92772-00008

_____

For Services Rendered Through July 31, 2014

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ASHLEY E. JOHNSON | 0.20 | $ 740.00 | $    148.00 |

**Total Services**                                             $    148.00

**Total Services, Costs/Charges**                                   148.00

**BALANCE DUE**                                               $    148.00

**Due and Payable Upon Receipt**

FPL V. TXU (TEXAS SUPREME COURT)
92772-00008
_____

Detail Services:

07/22/14
  0.10    JOHNSON, ASHLEY E      $740.00     $74.00  REVISE NOTICE OF
                                                          SUBSTITUTION OF COUNSEL.

07/30/14
  0.10    JOHNSON, ASHLEY E      $740.00     $74.00  REVIEW INDEX TO OVERSEE
                                                          PARALEGAL IN MAINTAINING
                                                          FILES.

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**August 4, 2014**

**Invoice No. 2014092179**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through July 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00013 | FOIA Disputes and EPA Matters | $   4,517.50 | $    0.00 | $   4,517.50 |
|  | **Totals** | $   4,517.50 | $    0.00 | $   4,517.50 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $   4,517.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Invoice Date: August 4, 2014                                                    Invoice No. 2014092179

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**August 4, 2014**

**Invoice No. 2014092179**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through July 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00013 | FOIA Disputes and EPA Matters | $   4,517.50 | $      0.00 | $   4,517.50 |
|  | **Totals** | $   4,517.50 | $      0.00 | $   4,517.50 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $   4,517.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
**Invoice Date: August 4, 2014**                                   **Invoice No. 2014092179**
**Due and Payable Upon Receipt**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201


FOIA DISPUTES AND EPA MATTERS
92772-00013

_____

For Services Rendered Through July 31, 2014

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| MICHAEL L. RAIFF | 5.70 | $ 630.00 | $ 3,591.00 |
| ELIZABETH M. VINEY | 0.40 | 630.00 | 252.00 |
| GAYA K. HOLMAN | 1.90 | 355.00 | 674.50 |
| **Total Services** | | | $ 4,517.50 |


**Total Services, Costs/Charges**                     4,517.50

**BALANCE DUE**                                  $   4,517.50

**Due and Payable Upon Receipt**

FOIA DISPUTES AND EPA MATTERS
92772-00013
_____

Detail Services:

07/03/14
| 0.50 | RAIFF, MICHAEL L | $630.00 | $315.00 | REVIEW COURT'S ORDER REGARDING GOVERNING PROCEEDINGS (0.3); COMMUNICATIONS WITH G. HOLMAN REGARDING DATES (0.2). |
| 0.20 | VINEY, ELIZABETH M | $630.00 | $126.00 | REVIEW ORDER GOVERNING PROCEEDINGS. |
| 0.40 | HOLMAN, GAYA K | $355.00 | $142.00 | REVIEW ORDER GOVERNING PROCEEDINGS AND CALCULATE AND DOCKET DEADLINES OUTLINED IN SAME (0.2); PREPARE CHART OUTLINING DEADLINES FOR ATTORNEY REFERENCE (0.2). |

07/06/14
| 0.20 | HOLMAN, GAYA K | $355.00 | $71.00 | ARCHIVE CASE ACTIVITY FOR ATTORNEY REFERENCE AND CASE MANAGEMENT PURPOSES. |

07/08/14
| 0.50 | RAIFF, MICHAEL L | $630.00 | $315.00 | ATTENTION TO COURT'S ORDER GOVERNING PROCEEDINGS AND TRIAL DATE. |

07/16/14
| 0.50 | HOLMAN, GAYA K | $355.00 | $177.50 | ASSEMBLE BINDER CONTAINING CASE LAW CITED IN BRIEFS. |

07/17/14
| 0.50 | HOLMAN, GAYA K | $355.00 | $177.50 | ASSEMBLE AND FINALIZE BINDER FOR ATTORNEY HEARING PREPARATION. |

07/18/14
| 0.30 | HOLMAN, GAYA K | $355.00 | $106.50 | REVIEW AND ORGANIZE DOCKET TEXT AND ORDERS OUTLINING UPCOMING DEADLINES FOR ATTORNEY REFERENCE. |

| Date / Hours | Timekeeper | Rate | Amount | Description |
|---|---|---|---|---|
| 07/21/14<br>0.50 | RAIFF, MICHAEL L | $630.00 | $315.00 | ATTENTION TO UPCOMING DEADLINE, RULE 26 CONFERENCE REQUIREMENTS, AND COMMUNICATIONS REGARDING SAME. |
| 07/22/14<br>0.50 | RAIFF, MICHAEL L | $630.00 | $315.00 | WORK ON RULE 26 ITEMS AND COMMUNICATIONS REGARDING SAME. |
| 07/23/14<br>1.50 | RAIFF, MICHAEL L | $630.00 | $945.00 | WORK ON DRAFTING PROPOSED SCHEDULING ORDER AND COMMUNICATIONS REGARDING SAME. |
| 07/24/14<br>2.00 | RAIFF, MICHAEL L | $630.00 | $1,260.00 | WORK ON RULE 26 OBLIGATIONS, INCLUDING REVISING PROPOSED SCHEDULING ORDER (0.7); PREPARE AND PARTICIPATE IN RULE 26 CONFERENCE WITH EPA, UPDATING CLIENTS, AND ATTENTION TO POTENTIAL DISCOVERY ISSUES (1.3). |
| 0.20 | VINEY, ELIZABETH M | $630.00 | $126.00 | EMAIL CORRESPONDENCE REGARDING DRAFT OF JOINT REPORT. |
| 07/29/14<br>0.20 | RAIFF, MICHAEL L | $630.00 | $126.00 | ATTENTION TO RULE 26 OBLIGATIONS AND PLANS FOR JOINT REPORT. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**August 4, 2014**

**Invoice No. 2014081690**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through July 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00016 | Sierra Club - Eastern District of Texas | $  3,074.50 | $  0.00 | $  3,074.50 |
|  | **Totals** | $  3,074.50 | $  0.00 | $  3,074.50 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $  3,074.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**August 4, 2014**

**Invoice No. 2014081690**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through July 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00016 | Sierra Club - Eastern District of Texas | $   3,074.50 | $    0.00 | $   3,074.50 |
|  | **Totals** | $   3,074.50 | $    0.00 | $   3,074.50 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $   3,074.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: August 4, 2014**                                                                **Invoice No. 2014081690**

**Due and Payable Upon Receipt**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

SIERRA CLUB - EASTERN DISTRICT OF TEXAS
92772-00016

---

For Services Rendered Through July 31, 2014

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| WILLIAM B. DAWSON | 2.80 | $ 925.00 | $ 2,590.00 |
| RUSSELL H. FALCONER | 0.60 | 630.00 | 378.00 |
| GAYA K. HOLMAN | 0.30 | 355.00 | 106.50 |
| **Total Services** | | | $ 3,074.50 |
| **Total Services, Costs/Charges** | | | 3,074.50 |
| **BALANCE DUE** | | | $ 3,074.50 |

**Due and Payable Upon Receipt**

SIERRA CLUB - EASTERN DISTRICT OF TEXAS
92772-00016

_____

**Detail Services:**

| Date | Hours | Name | Rate | Amount | Description |
|------|-------|------|------|--------|-------------|
| 07/02/14 | 0.40 | FALCONER, RUSSELL H | $630.00 | $252.00 | PARTICIPATE IN WEEKLY CASE CONFERENCE CALL (0.3); REVIEW STRATEGY E-MAIL ▓▓▓ CORRESPONDENCE FROM S. MOORE (0.1). |
| 07/17/14 | 0.20 | FALCONER, RUSSELL H | $630.00 | $126.00 | REVIEW ▓▓▓▓▓▓▓ (0.1); CORRESPOND WITH TEAM REGARDING SAME (0.1). |
| 07/18/14 | 0.50 | DAWSON, WILLIAM B | $925.00 | $462.50 | WORK ON STAY ISSUE RELATED TO ATTORNEY FEES. |
| 07/27/14 | 0.30 | HOLMAN, GAYA K | $355.00 | $106.50 | REVIEW AND ORGANIZE NOTICE OF BANKRUPTCY FOR ATTORNEY REFERENCE AND CASE MANAGEMENT PURPOSES. |
| 07/29/14 | 0.80 | DAWSON, WILLIAM B | $925.00 | $740.00 | CALLS AND EMAILS REGARDING ▓▓▓▓▓▓▓. |
| 07/30/14 | 1.50 | DAWSON, WILLIAM B | $925.00 | $1,387.50 | CALL WITH S. GIDIERE AND S. MOORE RE ▓▓▓▓▓▓ (0.5); ANALYSIS OF SAME (1.0). |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**August 4, 2014**

**Invoice No. 2014081688**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through July 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00017 | Sierra Club - Western District of Texas 201200115 | $  45,286.50 | $      0.00 | $  45,286.50 |
|  | **Totals** | $  45,286.50 | $   0.00 | $  45,286.50 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $  45,286.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**August 4, 2014**

**Invoice No. 2014081688**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through July 31, 2014**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00017 | Sierra Club - Western District of Texas 201200115 | $  45,286.50 | $      0.00 | $  45,286.50 |
| | **Totals** | $  45,286.50 | $    0.00 | $  45,286.50 |
| | **TOTAL OUTSTANDING BALANCE DUE** | | | $  45,286.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: August 4, 2014**                                        **Invoice No. 2014081688**

**Due and Payable Upon Receipt**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


SIERRA CLUB - WESTERN DISTRICT OF TEXAS
92772-00017

---

For Services Rendered Through July 31, 2014

| NAME | HOURS | RATE | TOTAL |
|------|------:|-----:|------:|
| WILLIAM B. DAWSON | 2.10 | $ 925.00 | $  1,942.50 |
| MICHAEL L. RAIFF | 35.20 | 630.00 | 22,176.00 |
| JEREMY L. GRAVES | 0.30 | 630.00 | 189.00 |
| RUSSELL H. FALCONER | 13.70 | 630.00 | 8,631.00 |
| MATTHEW G. BOUSLOG | 16.40 | 630.00 | 10,332.00 |
| ELIZABETH M. VINEY | 3.20 | 630.00 | 2,016.00 |

**Total Services**                               $  45,286.50


**Total Services, Costs/Charges**                   45,286.50

**BALANCE DUE**                                  $  45,286.50

SIERRA CLUB - WESTERN DISTRICT OF TEXAS
92772-00017

---

Detail Services:

| | | | | |
|---|---|---|---|---|
| 07/01/14 | | | | |
| 0.70 | RAIFF, MICHAEL L | $630.00 | $441.00 | ATTENTION TO CURRENT EXTENSION ON PENDING FEES MOTION (0.4); MULTIPLE COMMUNICATIONS WITH BANKRUPTCY COUNSEL, SIERRA CLUB'S COUNSEL RE: SAME (0.3). |
| 07/02/14 | | | | |
| 0.20 | RAIFF, MICHAEL L | $630.00 | $126.00 | ATTENTION TO AND COMMUNICATIONS REGARDING PENDING FEE MOTION AND STAYS ISSUE. |
| 07/08/14 | | | | |
| 1.00 | RAIFF, MICHAEL L | $630.00 | $630.00 | ATTENTION TO AND COMMUNICATIONS REGARDING STAY ISSUES, SIERRA CLUB'S EMERGENCY MOTION, AND STAY RESEARCH. |
| 0.30 | FALCONER, RUSSELL H | $630.00 | $189.00 | CORRESPOND WITH M. RAIFF REGARDING STAY ISSUE (0.1); REVIEW PRIOR RESEARCH ON SAME (0.2). |
| 07/09/14 | | | | |
| 1.20 | RAIFF, MICHAEL L | $630.00 | $756.00 | ATTENTION TO ISSUES REGARDING FEE MOTION AND SIERRA CLUB'S MOTION IN BANKRUPTCY COURT. |
| 2.80 | FALCONER, RUSSELL H | $630.00 | $1,764.00 | RESEARCH ISSUES ON MOTION FOR ATTORNEY'S FEES (2.4); CORRESPOND AND CONFER WITH M. BOUSLOG REGARDING SAME (0.4). |

| | | | | |
|---|---|---|---|---|
| 7.10 | BOUSLOG, MATTHEW G | $630.00 | $4,473.00 | ANALYZE MOTION REGARDING ATTORNEY FEES MOTION (0.2); DRAFT MEMO REGARDING STRATEGY (3.3); RESEARCH REGARDING SAME (2.6); EMAILS WITH R. FALCONER REGARDING SAME (0.4); CALLS WITH R. FALCONER REGARDING SAME (0.6). |

07/10/14

| | | | | |
|---|---|---|---|---|
| 1.50 | RAIFF, MICHAEL L | $630.00 | $945.00 | WORK ON ISSUES REGARDING FEE MOTION AND SIERRA CLUB'S MOTION REGARDING STAY (0.8); CONFERENCE CALL WITH EFH (0.5); ATTENTION TO RECENT SIERRA CLUB MATERIALS (0.2). |
| 1.80 | FALCONER, RUSSELL H | $630.00 | $1,134.00 | RESEARCH AND ANALYZE ISSUES RELATING TO MOTION FOR ATTORNEY'S FEES (1.3); PARTICIPATE IN CONFERENCE CALL REGARDING STRATEGY ███████████████████ ███████████ (0.5). |
| 4.90 | BOUSLOG, MATTHEW G | $630.00 | $3,087.00 | DRAFT MEMO REGARDING STRATEGY ██████ (2.2); RESEARCH REGARDING SAME (2.5); EMAILS WITH R. FALCONER REGARDING SAME (0.2). |

07/11/14

| | | | | |
|---|---|---|---|---|
| 0.30 | RAIFF, MICHAEL L | $630.00 | $189.00 | REVIEW ISSUES RELATING TO FEES MOTION AND SIERRA CLUB'S BANKRUPTCY MOTION. |
| 1.10 | FALCONER, RUSSELL H | $630.00 | $693.00 | CONTINUE RESEARCH AND ANALYSIS OF ATTORNEY'S FEES ISSUES. |

07/12/14

| | | | | |
|---|---|---|---|---|
| 0.30 | RAIFF, MICHAEL L | $630.00 | $189.00 | REVIEW RESPONSE TO SIERRA CLUB'S MOTION. |
| 3.00 | FALCONER, RUSSELL H | $630.00 | $1,890.00 | FINALIZE AND CIRCULATE ANALYSIS OF ATTORNEY'S FEES ISSUES. |

| | | | | |
|---|---|---|---|---|
| 0.20 | BOUSLOG, MATTHEW G | $630.00 | $126.00 | EMAILS WITH R. FALCONER REGARDING ATTORNEY FEE MOTION. |

07/13/14

| | | | | |
|---|---|---|---|---|
| 1.20 | RAIFF, MICHAEL L | $630.00 | $756.00 | WORK ON RESPONSE TO SIERRA CLUB'S MOTION AND LEGAL ARGUMENTS. |

07/14/14

| | | | | |
|---|---|---|---|---|
| 5.50 | RAIFF, MICHAEL L | $630.00 | $3,465.00 | CONFERENCE CALLS WITH CLIENTS (0.2); ATTENTION TO PROPOSED STIPULATION AND COMMUNICATIONS WITH SIERRA CLUB (0.3); WORK ON ANALYSIS AND DRAFTING OF RESPONSE TO SIERRA CLUB'S MOTION (4.8); COMMUNICATIONS REGARDING REVIEWS AND EDITS (0.2). |
| 0.30 | GRAVES, JEREMY L | $630.00 | $189.00 | TELECONFERENCE WITH M. BOUSLOG REGARDING ATTORNEYS' FEES MOTION. |
| 0.30 | FALCONER, RUSSELL H | $630.00 | $189.00 | CONFER BY PHONE REGARDING POTENTIAL STIPULATION ON ATTORNEYS' FEES. |
| 0.80 | BOUSLOG, MATTHEW G | $630.00 | $504.00 | REVIEW DRAFT RESPONSE REGARDING STAY MOTION (0.2); CALL WITH J. GRAVES REGARDING SAME (0.3); EMAILS WITH M. ROSENTHAL, M. RAIFF, J. GRAVES AND R. FALCONER REGARDING SAME (0.3). |

07/15/14

| | | | | |
|---|---|---|---|---|
| 4.50 | RAIFF, MICHAEL L | $630.00 | $2,835.00 | REVIEW RESPONSE TO SIERRA CLUB'S MOTION AND RELATED ANALYSIS. |
| 1.60 | FALCONER, RUSSELL H | $630.00 | $1,008.00 | CORRESPOND WITH TEAM REGARDING ATTORNEYS' FEES ISSUES. |

| | | | | |
|---|---|---|---|---|
| 1.30 | BOUSLOG, MATTHEW G | $630.00 | $819.00 | REVISE RESPONSE REGARDING MOTION REGARDING ATTORNEY FEE MOTION (0.5); RESEARCH REGARDING SAME (0.5); CALL WITH R. FALCONER REGARDING SAME (0.1); EMAILS WITH M. RAIFF AND R. FALCONER REGARDING SAME (0.2). |

**07/16/14**

| | | | | |
|---|---|---|---|---|
| 1.00 | RAIFF, MICHAEL L | $630.00 | $630.00 | WORK ON RESPONSE TO SIERRA CLUB'S MOTION, SUPPORTING EXHIBITS. |
| 1.50 | BOUSLOG, MATTHEW G | $630.00 | $945.00 | REVISE RESPONSE REGARDING MOTION REGARDING ATTORNEY FEE MOTION (0.2); PREPARE FOR HEARING REGARDING SAME (1.1); EMAILS WITH M. RAIFF AND R. FALCONER REGARDING SAME (0.2). |

**07/17/14**

| | | | | |
|---|---|---|---|---|
| 7.50 | RAIFF, MICHAEL L | $630.00 | $4,725.00 | WORK ON FEE MOTION (2.3); READ AND ANALYZE CITED CASES AND PREPARE LEGAL ARGUMENTS FOR HEARING (3.2); REVIEW OUTLINE (1.0); WORK ON POTENTIAL QUESTIONS FROM COURT (1.0). |

**07/18/14**

| | | | | |
|---|---|---|---|---|
| 4.00 | RAIFF, MICHAEL L | $630.00 | $2,520.00 | WORK ON FEE MOTION MATTERS, INCLUDING FOLLOW-UP ON CASE LAW AND WORK ON PROPOSED ORDER ISSUES (4.0). |
| 0.60 | BOUSLOG, MATTHEW G | $630.00 | $378.00 | RESEARCH REGARDING FEE MOTION (0.3); EMAILS WITH M. RAIFF AND R. FALCONER REGARDING SAME (0.3). |

**07/21/14**

| | | | | |
|---|---|---|---|---|
| 1.00 | RAIFF, MICHAEL L | $630.00 | $630.00 | REVIEW ▮▮▮▮ STRATEGIES (0.5); WORK ON PROPOSED ORDER AND COMMUNICATIONS REGARDING SAME (0.5). |

| 0.50 | FALCONER, RUSSELL H | $630.00 | $315.00 | CONFER WITH B. DAWSON (0.2); AND M. RAIFF (0.3); REGARDING ███████ ████████. |

**07/22/14**

| 1.00 | RAIFF, MICHAEL L | $630.00 | $630.00 | ATTENTION TO PROPOSED BANKRUPTCY ORDER AND RELATED COMMUNICATIONS (0.5); ATTENTION TO AND COMMUNICATIONS REGARDING ████████████ ████████ (0.5). |

| 0.60 | FALCONER, RUSSELL H | $630.00 | $378.00 | PARTICIPATE IN WEEKLY CASE CONFERENCE CALL (HALF). |

**07/23/14**

| 0.20 | RAIFF, MICHAEL L | $630.00 | $126.00 | REVIEW PROPOSED COURT ORDER. |

**07/24/14**

| 0.80 | DAWSON, WILLIAM B | $925.00 | $740.00 | REVIEW ████████████████████ ███████████████████████ |

| 0.50 | RAIFF, MICHAEL L | $630.00 | $315.00 | ATTENTION TO AND COMMUNICATIONS REGARDING BANKRUPTCY ORDER, POTENTIAL SUBMISSION TO DISTRICT COURT, AND NOTICE TO DISTRICT COURT (0.3); COMMUNICATIONS REGARDING ██████ ████████ (0.2). |

| 0.10 | VINEY, ELIZABETH M | $630.00 | $63.00 | EMAIL CORRESPONDENCE REGARDING NOTICE OF BANKRUPTCY ORDER. |

**07/25/14**

| 1.30 | DAWSON, WILLIAM B | $925.00 | $1,202.50 | WORK ON ██████████ ██████████ (0.9); CONFER WITH CLIENT AND OTHER CLIENT COUNSEL REGARDING SAME (0.4). |

| 1.20 | RAIFF, MICHAEL L | $630.00 | $756.00 | WORK ON REVISING NOTICE TO DISTRICT COURT. |

| | | | | |
|---|---|---|---|---|
| 2.40 | VINEY, ELIZABETH M | $630.00 | $1,512.00 | DRAFT NOTICE OF BANKRUPTCY RULING (2.2); EMAIL CORRESPONDENCE REGARDING SAME (0.2). |

**07/27/14**

| | | | | |
|---|---|---|---|---|
| 0.10 | RAIFF, MICHAEL L | $630.00 | $63.00 | REVIEW NOTICE TO FILE WITH DISTRICT COURT. |
| 0.60 | VINEY, ELIZABETH M | $630.00 | $378.00 | PROOFREAD, EDIT, AND FILE NOTICE OF BANKRUPTCY COURT RULING. |

**07/28/14**

| | | | | |
|---|---|---|---|---|
| 0.50 | RAIFF, MICHAEL L | $630.00 | $315.00 | REVIEW AND ANALYZE FEES MOTION, ███████████ ██████████████████████ |

**07/29/14**

| | | | | |
|---|---|---|---|---|
| 0.50 | RAIFF, MICHAEL L | $630.00 | $315.00 | COMMUNICATIONS AND ATTENTION TO PAGE LIMITS AND BRIEFING DEADLINES (0.3); COMMUNICATIONS AND ATTENTION TO ██████████ ████████ (0.2). |
| 1.00 | FALCONER, RUSSELL H | $630.00 | $630.00 | WEEKLY CASE CONFERENCE CALL (0.4); CORRESPOND WITH TEAM REGARDING PAGE LIMIT REQUEST (0.6). |
| 0.10 | VINEY, ELIZABETH M | $630.00 | $63.00 | READ EMAIL CORRESPONDENCE REGARDING ████████████ ██████████████ |

**07/30/14**

| | | | | |
|---|---|---|---|---|
| 0.70 | RAIFF, MICHAEL L | $630.00 | $441.00 | CONFERENCE CALL AND EMAILS WITH CLIENTS AND LEGAL TEAM REGARDING ████████████████ STRATEGIES. |
| 0.20 | FALCONER, RUSSELL H | $630.00 | $126.00 | REVIEW CORRESPONDENCE REGARDING PAGE LIMIT REQUESTS. |

07/31/14

| 0.60 | RAIFF, MICHAEL L | $630.00 | $378.00 | ATTENTION TO AND COMMUNICATIONS REGARDING ███████ (0.2); ATTENTION TO AND EMAILS REGARDING JOINT MOTION REGARDING DEADLINES, PAGE LIMITS, AND PROPOSED ORDER (0.3); ATTENTION TO SEALING ISSUES (0.1). |
| 0.50 | FALCONER, RUSSELL H | $630.00 | $315.00 | REVIEW CORRESPONDENCE REGARDING SEALED BILLING RECORDS AND JOINT MOTION FOR EXTENSION. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**August 4, 2014**

**Invoice No. 2014081692**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through July 31, 2014**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00018 | NSR Case 201300257 | $  32,791.00 | $      0.00 | $  32,791.00 |
| | **Totals** | $  32,791.00 | $      0.00 | $  32,791.00 |
| | **TOTAL OUTSTANDING BALANCE DUE** | | | $  32,791.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**August 4, 2014**

**Invoice No. 2014081692**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through July 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00018 | NSR Case 201300257 | $  32,791.00 | $        0.00 | $  32,791.00 |
|  | **Totals** | $  32,791.00 | $     0.00 | $  32,791.00 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $  32,791.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

NSR CASE
92772-00018

For Services Rendered Through July 31, 2014

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| WILLIAM B. DAWSON | 8.50 | $ 925.00 | $ 7,862.50 |
| MICHAEL L. RAIFF | 30.40 | 630.00 | 19,152.00 |
| RUSSELL H. FALCONER | 3.70 | 630.00 | 2,331.00 |
| ELIZABETH M. VINEY | 5.30 | 630.00 | 3,339.00 |
| GAYA K. HOLMAN | 0.30 | 355.00 | 106.50 |

**Total Services**     $ 32,791.00

**Total Services, Costs/Charges**     32,791.00

**BALANCE DUE**     $ 32,791.00

NSR CASE
92772-00018

Detail Services:

07/03/14
0.30    RAIFF, MICHAEL L    $630.00    $189.00    REVIEW FIFTH CIRCUIT'S OPINION DISMISSING APPEAL AND COMMUNICATIONS REGARDING SAME.

07/07/14
0.30    RAIFF, MICHAEL L    $630.00    $189.00    ATTENTION TO SCHEDULING ISSUES AND RELATED COMMUNICATIONS.

07/08/14
4.40    RAIFF, MICHAEL L    $630.00    $2,772.00    CONFERENCE CALL WITH CLIENTS (1.0); ATTENTION TO SCHEDULING ISSUES IN LIGHT OF 5TH CIRCUIT'S RULING, RELATED COMMUNICATIONS, AND POSSIBLE JOINT NOTICE (1.0); CONFERENCE CALL WITH S. GIDIERE (0.4); FOLLOW-UP ON ISSUES RAISED BY S. FLECHER AND COMMUNICATIONS REGARDING SAME (1.3); BEGIN GOING THROUGH ██████ ██████████ (0.5); COMMUNICATIONS TO AND FROM DOJ (0.2).

1.30    FALCONER, RUSSELL H    $630.00    $819.00    STUDY FIFTH CIRCUIT DECISION IN NOV APPEAL (0.2); PARTICIPATE IN WEEKLY CONFERENCE CALL (1.1).

1.20    VINEY, ELIZABETH M    $630.00    $756.00    PARTICIPATE IN WEEKLY TEAM CALL.

07/09/14
1.30    RAIFF, MICHAEL L    $630.00    $819.00    ATTENTION TO AND REVIEW MATERIALS REGARDING ██████ AND ISSUES (0.5); WORK ON SCHEDULING ISSUES AND ATTENTION TO SCHEDULES ██████ ██████████ (0.8).

| Date / Hours | Timekeeper | Rate | Amount | Description |
|---|---|---|---|---|
| 07/10/14<br>2.00 | RAIFF, MICHAEL L | $630.00 | $1,260.00 | WORK ON PROPOSED JOINT REPORT, RELATED STRATEGIES, AND PREPARE FOR CALL WITH DOJ (1.2); ATTENTION TO AND COMMUNICATIONS REGARDING ██████ (0.5); CONFERENCE CALL WITH CLIENTS (0.3). |
| 07/11/14<br>0.80 | RAIFF, MICHAEL L | $630.00 | $504.00 | WORK ON AND ATTENTION TO JOINT MOTION, SCHEDULING OPTIONS AND STRATEGIES. |
| 07/13/14<br>0.50 | RAIFF, MICHAEL L | $630.00 | $315.00 | ATTENTION TO SCHEDULING ORDER IN OTHER NSR CASE. |
| 07/14/14<br>2.40 | RAIFF, MICHAEL L | $630.00 | $1,512.00 | REVIEW JUDGE KINKEADE'S LOCAL REQUIREMENTS (0.3); PREPARE FOR AND PARTICIPATE IN CALL WITH DOJ AND FOLLOW-UP CALL WITH S. GIDIERE (1.0); WORK ON SUMMARY FOR CLIENTS AD FOLLOW-UP COMMUNICATIONS REGARDING SAME (0.8); CONFERENCE CALL WITH CLIENTS (0.3). |
| 07/15/14<br>0.50 | DAWSON, WILLIAM B | $925.00 | $462.50 | ██████████. |
| 0.30 | RAIFF, MICHAEL L | $630.00 | $189.00 | COMMUNICATIONS WITH DOJ AND WITH CLIENTS. |
| 07/16/14<br>4.50 | DAWSON, WILLIAM B | $925.00 | $4,162.50 | PREPARE WITNESS INTERVIEWS. |
| 7.80 | RAIFF, MICHAEL L | $630.00 | $4,914.00 | ████████████ (6.0); WORK ON SCHEDULING STRATEGIES, DRAFTING A JOINT STATUS REPORT, AND RELATED COMMUNICATIONS (1.8). |

**Due and Payable Upon Receipt**

| Date | Hours | Name | Rate | Amount | Description |
|---|---|---|---|---|---|
| 07/17/14 | 0.70 | RAIFF, MICHAEL L | $630.00 | $441.00 | ATTENTION TO JOINT STATUS REPORT (0.3); COMMUNICATIONS WITH DOJ (0.2); COMMUNICATIONS WITH CLIENTS REGARDING SAME (0.2). |
| 07/18/14 | 1.50 | DAWSON, WILLIAM B | $925.00 | $1,387.50 | CALLS AND COMMUNICATIONS WITH CLIENT AND CO-COUNSEL RE ███████ ████████ SCHEDULING ORDER. |
|  | 1.50 | RAIFF, MICHAEL L | $630.00 | $945.00 | WORK ON JOINT STATUS REPORT, INCLUDING COMMUNICATIONS WITH DOJ, COMMUNICATIONS WITH CLIENTS, COMMUNICATIONS WITH CO-COUNSEL, AND COORDINATING EDITS AND FILING (1.0); ATTENTION TO COURT'S ORDERS AND FOLLOW-UP COMMUNICATIONS REGARDING ORDERS (0.5). |
| 07/21/14 | 1.00 | RAIFF, MICHAEL L | $630.00 | $630.00 | COMMUNICATIONS WITH R. FALCONER AND CONFERENCE CALL WITH CLIENT AND S. KELLY (0.3); ATTENTION TO SCHEDULING ORDER ISSUES AND FOLLOW-UP COMMUNICATIONS (0.7). |
|  | 1.30 | FALCONER, RUSSELL H | $630.00 | $819.00 | CONFER WITH M. RAIFF REGARDING NEXT STEPS ON SCHEDULING ORDER (0.4); CONFERENCE CALL WITH S. KELLY (0.3); ███████ ███████████████ |
| 07/22/14 | 1.50 | DAWSON, WILLIAM B | $925.00 | $1,387.50 | PARTICIPATE IN WEEKLY CALL (0.5); WORK ON NSR AND SC STRATEGIES (1.0). |

| | | | | |
|---|---|---|---|---|
| 1.30 | RAIFF, MICHAEL L | $630.00 | $819.00 | CONFERENCE CALL WITH CLIENTS (0.8); ATTENTION TO SCHEDULING ORDER ISSUES (0.5). |
| 0.80 | FALCONER, RUSSELL H | $630.00 | $504.00 | PARTICIPATE IN WEEKLY CASE CONFERENCE CALL (HALF) (0.7); CONFER WITH E. VINEY REGARDING JOINT MOTION (0.1). |
| 1.10 | VINEY, ELIZABETH M | $630.00 | $693.00 | PARTICIPATE IN WEEKLY TEAM CALL. |

07/23/14

| | | | | |
|---|---|---|---|---|
| 1.30 | RAIFF, MICHAEL L | $630.00 | $819.00 | WORK ON JOINT MOTION AND PROPOSED EMAIL TO DOJ AND MULTIPLE EMAILS REGARDING SAME. |
| 1.50 | VINEY, ELIZABETH M | $630.00 | $945.00 | PREPARE JOINT MOTION TO EXTEND SCHEDULING CONFERENCE DEADLINE (1.2); REVISE SAME (0.3). |

07/24/14

| | | | | |
|---|---|---|---|---|
| 1.20 | RAIFF, MICHAEL L | $630.00 | $756.00 | WORK ON PROPOSED JOINT MOTION, PROPOSED EMAIL TO DOJ, AND MULTIPLE COMMUNICATIONS REGARDING SAME (1.0); ATTENTION TO AND COMMUNICATIONS REGARDING CERTIFICATE OF INTERESTED PARTIES (0.2). |
| 0.30 | FALCONER, RUSSELL H | $630.00 | $189.00 | CORRESPOND WITH TEAM REGARDING MOTION TO POSTPONE SCHEDULE (0.2); CORRESPOND WITH E. VINEY REGARDING NOTICE OF ORDER (0.1). |
| 0.90 | VINEY, ELIZABETH M | $630.00 | $567.00 | REVISE JOINT MOTION TO EXTEND SCHEDULING CONFERENCE (0.8); EMAIL CORRESPONDENCE REGARDING SAME (0.1). |

| | | | | |
|---|---|---|---|---|
| 0.30 | HOLMAN, GAYA K | $355.00 | $106.50 | EMAIL EXCHANGE WITH TEAM ADVISING STATUS OF CERTIFICATE OF INTERESTED PARTIES FOR PURPOSES OF CONFIRMING COMPLIANCE WITH COURT DEADLINE AND FORWARD SAME FOR REVIEW ALONG WITH PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS. |
| **07/25/14** | | | | |
| 0.50 | RAIFF, MICHAEL L | $630.00 | $315.00 | ATTENTION TO AND COMMUNICATIONS REGARDING RULE 26 OBLIGATIONS AND NEXT STEPS. |
| **07/28/14** | | | | |
| 0.50 | DAWSON, WILLIAM B | $925.00 | $462.50 | CALLS RE PRE-TRIAL MATTERS. |
| 0.30 | RAIFF, MICHAEL L | $630.00 | $189.00 | CONFERENCE CALL WITH CLIENTS (0.2); COMMUNICATIONS WITH DOJ (0.1). |
| **07/29/14** | | | | |
| 1.30 | RAIFF, MICHAEL L | $630.00 | $819.00 | CONFERENCE CALL WITH CLIENTS (0.3); ATTENTION TO AND COMMUNICATIONS REGARDING SCHEDULING STRATEGIES AND JOINT MOTION TO MOVE RULE 26 CONFERENCE (0.6); WORK ON PROPOSED ORDER AND RELATED COMMUNICATIONS (0.4). |
| 0.60 | VINEY, ELIZABETH M | $630.00 | $378.00 | PARTICIPATE IN WEEKLY TEAM CALL (0.4); EMAIL CORRESPONDENCE REGARDING JOINT MOTION AND PROPOSED ORDER TO EXTEND SCHEDULING CONFERENCE (0.2). |

| | | | | |
|---|---|---|---|---|
| 07/30/14 | | | | |
| 1.00 | RAIFF, MICHAEL L | $630.00 | $630.00 | ATTENTION TO PROPOSED ORDER AND COMMUNICATIONS WITH DOJ REGARDING SAME (0.2); WORK ON FINALIZING AND FILING JOINT MOTION AND ORDER REGARDING RULE 26 CONFERENCE AND COMMUNICATIONS REGARDING SAME (0.8). |
| 07/31/14 | | | | |
| 0.20 | RAIFF, MICHAEL L | $630.00 | $126.00 | ATTENTION TO AND COMMUNICATIONS REGARDING CASE STRATEGIES. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**August 4, 2014**

**Invoice No. 2014083442**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through July 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00022 | 2004 FPL Lawsuit | $    1,071.00 | $    0.00 | $    1,071.00 |
|  | **Totals** | $    1,071.00 | $    0.00 | $    1,071.00 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $    1,071.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Invoice Date: August 4, 2014                                                      Invoice No. 2014083442

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**August 4, 2014**

**Invoice No. 2014083442**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through July 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00022 | 2004 FPL Lawsuit | $    1,071.00 | $    0.00 | $    1,071.00 |
|  | **Totals** | $    1,071.00 | $    0.00 | $    1,071.00 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $    1,071.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

2004 FPL LAWSUIT
92772-00022

---

For Services Rendered Through July 31, 2014

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| MICHAEL L. RAIFF | 1.70 | $ 630.00 | $ 1,071.00 |
| **Total Services** | | | $ 1,071.00 |
| **Total Services, Costs/Charges** | | | 1,071.00 |
| **BALANCE DUE** | | | $ 1,071.00 |

2004 FPL LAWSUIT
92772-00022

_____

Detail Services:

07/15/14
  1.70    RAIFF, MICHAEL L        $630.00   $1,071.00  WORK ON ISSUES RELATING
                                                               TO ████████████ AND
                                                               PREPARE FOR TODAY'S CALL
                                                               WITH CLIENT (1.0);
                                                               CONFERENCE CALL WITH
                                                               CLIENT (0.7).

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**August 4, 2014**

**Invoice No. 2014092189**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through July 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00023 | 2011 FPL Lawsuit | $  2,331.00 | $  0.00 | $  2,331.00 |
|  | **Totals** | $  2,331.00 | $  0.00 | $  2,331.00 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $  2,331.00 |

Remit By Wire To:
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

Remit By Mail To:
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**August 4, 2014**

**Invoice No. 2014092189**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through July 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00023 | 2011 FPL Lawsuit | $   2,331.00 | $   0.00 | $   2,331.00 |
|  | **Totals** | $   2,331.00 | $   0.00 | $   2,331.00 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $   2,331.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: August 4, 2014**                          **Invoice No. 2014092189**

**Due and Payable Upon Receipt**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

2011 FPL LAWSUIT
92772-00023

_____

For Services Rendered Through July 31, 2014

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| MICHAEL L. RAIFF | 3.70 | $ 630.00 | $ 2,331.00 |

**Total Services**                                                                   $   2,331.00

**Total Services, Costs/Charges**                                          2,331.00

**BALANCE DUE**                                                              $   2,331.00

**Due and Payable Upon Receipt**

2011 FPL LAWSUIT
92772-00023

_____

Detail Services:

| Date | Hours | Name | Rate | Amount | Description |
|---|---|---|---|---|---|
| 07/01/14 | 0.50 | RAIFF, MICHAEL L | $630.00 | $315.00 | COMMUNICATIONS WITH FPL'S ATTORNEY AND WORK ON FINALIZING RULE 11 AGREEMENT. |
| 07/02/14 | 0.60 | RAIFF, MICHAEL L | $630.00 | $378.00 | COMMUNICATIONS REGARDING RULE 11 AGREEMENT AND COURT FILING (0.2); ATTENTION TO AND BEGIN REVIEW OF NEW PROPOSED AGREEMENT FROM FPL AND COMMUNICATIONS REGARDING SAME (0.4). |
| 07/03/14 | 1.90 | RAIFF, MICHAEL L | $630.00 | $1,197.00 | FOLLOW-UP ON RULE 11 AGREEMENT AND FILING AND COMMUNICATIONS REGARDING SAME (0.2); WORK ON ANALYSIS OF PROPOSED AGREEMENT AMENDING FPL CONTRACT AND MULTIPLE COMMUNICATIONS REGARDING AMENDMENT DRAFT (1.7). |
| 07/07/14 | 0.20 | RAIFF, MICHAEL L | $630.00 | $126.00 | ATTENTION TO FPL'S PROPOSED AMENDMENT. |
| 07/08/14 | 0.50 | RAIFF, MICHAEL L | $630.00 | $315.00 | ATTENTION TO AND COMMUNICATIONS REGARDING TERMINATION MOTION IN BANKRUPTCY, THE AMENDMENT PROPOSAL, AND TRADING CONTINUATION AGREEMENT. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**August 6, 2014**

**Invoice No. 2014081001**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through July 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00028 | EFIH Second Lien DIP Tender Offer | $ 4,564.00 | $ 0.00 | $ 4,564.00 |
|  | **Totals** | $ 4,564.00 | $ 0.00 | $ 4,564.00 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $ 4,564.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**August 6, 2014**

**Invoice No. 2014081001**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through July 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00028 | EFIH Second Lien DIP Tender Offer | $   4,564.00 | $      0.00 | $   4,564.00 |
|  | **Totals** | $   4,564.00 | $   0.00 | $   4,564.00 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $   4,564.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
**Invoice Date: August 6, 2014**                                    **Invoice No. 2014081001**
**Due and Payable Upon Receipt**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


EFIH SECOND LIEN DIP TENDER OFFER
92772-00028

_____

For Services Rendered Through July 31, 2014

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ROBERT B. LITTLE | 0.50 | $ 790.00 | $   395.00 |
| JONATHAN M. WHALEN | 3.10 | 575.00 | 1,782.50 |
| KATHERINE E. COURNOYER | 4.30 | 555.00 | 2,386.50 |
| **Total Services** | | | $   4,564.00 |


| | | |
|---|---|---|
| **Total Services, Costs/Charges** | | 4,564.00 |
| **BALANCE DUE** | | $   4,564.00 |

EFIH SECOND LIEN DIP TENDER OFFER
92772-00028

_____

Detail Services:

| | | | | |
|---|---|---|---|---|
| **07/02/14** | | | | |
| 0.50 | COURNOYER, KATHERINE E | $555.00 | $277.50 | DRAFT FORM 8-K ANNOUNCING EXTENSION OF EXPIRATION OF SECOND LIEN TENDER OFFER. |
| **07/11/14** | | | | |
| 0.30 | WHALEN, JONATHAN M | $575.00 | $172.50 | REVIEW AND REVISE 8-K WITH RESPECT TO EXTENSION OF TENDER OFFER. |
| 0.30 | COURNOYER, KATHERINE E | $555.00 | $166.50 | DRAFT FORM 8-K ANNOUNCING EXTENSION OF TENDER OFFER EXPIRATION DATE. |
| **07/16/14** | | | | |
| 1.90 | WHALEN, JONATHAN M | $575.00 | $1,092.50 | DISCUSSIONS REGARDING POTENTIAL TERMINATION OF RSA AND IMPLICATIONS ON TENDER OFFER (1.0); REVIEW AND REVISE 8-K WITH RESPECT TO THE SAME (0.9). |
| 2.40 | COURNOYER, KATHERINE E | $555.00 | $1,332.00 | DRAFT 8-K REGARDING EXTENSION/TERMINATION OF 2L TENDER OFFER AND RSA. |
| **07/17/14** | | | | |
| 0.60 | WHALEN, JONATHAN M | $575.00 | $345.00 | DISCUSSIONS WITH RESPECT TO EXTENSION OF SECOND LIEN TENDER OFFER AND RELATED DISCLOSURE MATTERS. |
| 1.10 | COURNOYER, KATHERINE E | $555.00 | $610.50 | CONFERENCE CALL WITH A. WRIGHT, G. SANTOS, S. SERAJJEDDINI (K&E) TO DISCUSS 2L TENDER OFFER OPTIONS (0.5); REVISE 8-K ANNOUNCING EXTENSION/TERMINATION OF 2L TENDER OFFER (0.6). |
| **07/20/14** | | | | |
| 0.30 | WHALEN, JONATHAN M | $575.00 | $172.50 | REVIEW AND REVISE 8-K WITH RESPECT TO EXTENSION OF TENDER OFFER. |

07/23/14
0.50     LITTLE, ROBERT B       $790.00     $395.00    TELEPHONE CALL WITH G. SANTOS REGARDING TENDER OFFER TERMINATION ISSUES (0.2); REVIEW TENDER OFFER DOCUMENTS REGARDING SAME (0.2); E-MAIL TO KIRKLAND & ELLIS REGARDING SAME (0.1).

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**August 6, 2014**

**Invoice No. 2014081004**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through July 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00029 | EFIH Second Lien DIP Notes Offering | $ 5,161.00 | $ 0.00 | $ 5,161.00 |
|  | **Totals** | $ 5,161.00 | $ 0.00 | $ 5,161.00 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $ 5,161.00 |

Remit By Wire To:
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

Remit By Mail To:
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**August 6, 2014**

**Invoice No. 2014081004**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through July 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00029 | EFIH Second Lien DIP Notes Offering | $    5,161.00 | $    0.00 | $    5,161.00 |
|  | **Totals** | $    5,161.00 | $    0.00 | $    5,161.00 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $    5,161.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


EFIH SECOND LIEN DIP NOTES OFFERING
92772-00029

_____

For Services Rendered Through July 31, 2014

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ROBERT B. LITTLE | 5.10 | $ 790.00 | $  4,029.00 |
| JONATHAN M. WHALEN | 1.10 | 575.00 | 632.50 |
| KATHERINE E. COURNOYER | 0.90 | 555.00 | 499.50 |
| **Total Services** | | | $   5,161.00 |
| **Total Services, Costs/Charges** | | | 5,161.00 |
| **BALANCE DUE** | | | $   5,161.00 |

EFIH SECOND LIEN DIP NOTES OFFERING
92772-00029
_____

Detail Services:

| | | | | |
|---|---|---|---|---|
| 07/01/14 | | | | |
| 1.50 | LITTLE, ROBERT B | $790.00 | $1,185.00 | LISTEN TO BANKRUPTCY COURT HEARING. |
| 07/02/14 | | | | |
| 0.60 | LITTLE, ROBERT B | $790.00 | $474.00 | TELEPHONE CALL WITH A. WRIGHT AND KIRKLAND & ELLIS REGARDING TRANSACTION ISSUES. |
| 0.60 | WHALEN, JONATHAN M | $575.00 | $345.00 | PARTICIPATE IN DISCUSSIONS REGARDING OFFERING TIMING AND LOGISTICS. |
| 0.40 | COURNOYER, KATHERINE E | $555.00 | $222.00 | CONFERENCE CALL WITH A. WRIGHT, G. SANTOS, W. WILLIAMS (K&E), J. SULLIVAN (EPIQ) TO DISCUSS TIMING OF SECOND LIEN DIP NOTES OFFERING. |
| 07/03/14 | | | | |
| 0.50 | WHALEN, JONATHAN M | $575.00 | $287.50 | EMAILS AND ANALYSIS RELATING TO UPDATED CAPITALIZATION TABLE IN OM. |
| 0.50 | COURNOYER, KATHERINE E | $555.00 | $277.50 | COORDINATE WITH COMPANY REGARDING PROVIDING BACKUP FOR OFFERING MEMORANDUM DISCLOSURE TO CREDITORS COUNSEL. |
| 07/14/14 | | | | |
| 0.50 | LITTLE, ROBERT B | $790.00 | $395.00 | TELEPHONE CALL WITH A. WRIGHT REGARDING TRANSACTION ISSUES (0.3); CONFER WITH J. WHALEN REGARDING SAME (0.2). |
| 07/16/14 | | | | |
| 0.50 | LITTLE, ROBERT B | $790.00 | $395.00 | TELEPHONE CALL WITH A. WRIGHT REGARDING TRANSACTION ISSUES (0.3); CONFER WITH J. WHALEN REGARDING 8-K (0.2). |

07/18/14
2.00      LITTLE, ROBERT B            $790.00      $1,580.00   LISTEN TO BANKRUPTCY
                                                              HEARING.

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**August 6, 2014**

**Invoice No. 2014081005**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through July 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00030 | EFH Case Administration | $ 4,921.50 | $ 0.00 | $ 4,921.50 |
| | **Totals** | $ 4,921.50 | $ 0.00 | $ 4,921.50 |
| | **TOTAL OUTSTANDING BALANCE DUE** | | | $ 4,921.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**August 6, 2014**

**Invoice No. 2014081005**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through July 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00030 | EFH Case Administration | $   4,921.50 | $     0.00 | $   4,921.50 |
|  | **Totals** | $   4,921.50 | $     0.00 | $   4,921.50 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $   4,921.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

EFH CASE ADMINISTRATION
92772-00030

_____

For Services Rendered Through July 31, 2014

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ROBERT B. LITTLE | 3.00 | $ 790.00 | $ 2,370.00 |
| JEREMY L. GRAVES | 0.20 | 710.00 | 142.00 |
| JONATHAN M. WHALEN | 0.40 | 575.00 | 230.00 |
| MATTHEW G. BOUSLOG | 2.90 | 555.00 | 1,609.50 |
| DUKE K. AMPONSAH | 1.50 | 380.00 | 570.00 |

**Total Services**                                   $  4,921.50


**Total Services, Costs/Charges**                        4,921.50

**BALANCE DUE**                                      $   4,921.50

EFH CASE ADMINISTRATION
92772-00030
_____

Detail Services:

| Date | Name | Rate | Amount | Description |
|------|------|------|--------|-------------|
| 06/26/14 0.50 | AMPONSAH, DUKE K | $380.00 | $190.00 | CONFER WITH M. BOUSLOG (0.3) AND D. UHL (0.2) REGARDING EDITING FEE STATEMENTS. |
| 07/02/14 0.50 | LITTLE, ROBERT B | $790.00 | $395.00 | REVIEW AND REVISE INVOICES FOR SUBMISSION TO BANKRUPTCY COURT. |
| 07/11/14 0.40 | WHALEN, JONATHAN M | $575.00 | $230.00 | DISCUSSION REGARDING FORM 26 FILINGS. |
| 07/16/14 0.10 | BOUSLOG, MATTHEW G | $555.00 | $55.50 | EMAILS WITH D. AMPONSAH REGARDING FEE STATEMENTS. |
| 1.00 | AMPONSAH, DUKE K | $380.00 | $380.00 | REVIEW AND REVISE PREBILLS FOR JUNE (0.7); CONFER WITH M. BOUSLOG REGARDING SAME (0.3). |
| 07/17/14 0.50 | LITTLE, ROBERT B | $790.00 | $395.00 | TELEPHONE CALLS REGARDING UST BUDGETING GUIDELINES AND REQUEST FOR GIBSON DUNN BUDGET. |
| 1.50 | BOUSLOG, MATTHEW G | $555.00 | $832.50 | EMAILS WITH T. ATWOOD, A. YENAMANDRA, R. LITTLE, M. ROSENTHAL AND J. GRAVES REGARDING FEE GUIDELINE COMPLIANCE (0.8); CALLS WITH R. LITTLE, J. WHALEN, AND J. GRAVES REGARDING SAME (0.4); REVIEW AND REVISE BUDGET (0.3). |
| 07/25/14 0.10 | BOUSLOG, MATTHEW G | $555.00 | $55.50 | EMAILS WITH D. AMPONSAH REGARDING FEE STATEMENTS. |
| 07/28/14 2.00 | LITTLE, ROBERT B | $790.00 | $1,580.00 | WORK ON BUDGET REPORTS. |

| 0.50 | BOUSLOG, MATTHEW G | $555.00 | $277.50 | EMAILS WITH R. LITTLE AND M. ROSENTHAL REGARDING US TRUSTEE GUIDELINES (0.2); TELEPHONE CONFERENCE WITH R. LITTLE REGARDING SAME (0.1); RESEARCH REGARDING SAME (0.2). |

07/29/14

| 0.20 | GRAVES, JEREMY L | $710.00 | $142.00 | TELECONFERENCE WITH M. BOUSLOG REGARDING GIBSON DUNN RETENTION. |
| 0.70 | BOUSLOG, MATTHEW G | $555.00 | $388.50 | EMAILS WITH J. GRAVES REGARDING EMPLOYMENT APPLICATION (0.5); TELEPHONE CONFERENCE WITH J. GRAVES REGARDING SAME (0.2). |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**August 6, 2014**

**Invoice No. 2014081006**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through July 31, 2014**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00031 | EFH SEC Matters | $  15,112.50 | $  0.00 | $  15,112.50 |
| | **Totals** | $  15,112.50 | $  0.00 | $  15,112.50 |
| | **TOTAL OUTSTANDING BALANCE DUE** | | | $  15,112.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Invoice Date: August 6, 2014                                    Invoice No. 2014081006

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**August 6, 2014**

**Invoice No. 2014081006**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through July 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00031 | EFH SEC Matters | $   15,112.50 | $      0.00 | $   15,112.50 |
|  | **Totals** | $   15,112.50 | $      0.00 | $   15,112.50 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $   15,112.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


EFH SEC MATTERS
92772-00031

_____

For Services Rendered Through July 31, 2014

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ROBERT B. LITTLE | 10.90 | 790.00 | 8,611.00 |
| JONATHAN M. WHALEN | 0.40 | 575.00 | 230.00 |
| KASEY L. ROBINSON | 2.40 | 555.00 | 1,332.00 |
| KATHERINE E. COURNOYER | 8.90 | 555.00 | 4,939.50 |

**Total Services**                                              $  15,112.50



**Total Services, Costs/Charges**                                  15,112.50

**BALANCE DUE**                                                 $  15,112.50

EFH SEC MATTERS
92772-00031

_____

Detail Services:

| Date | | Name | Rate | Amount | Description |
|---|---|---|---|---|---|
| 07/01/14 | 3.00 | LITTLE, ROBERT B | $790.00 | $2,370.00 | REVIEW AND REVISE FORM 10-Q. |
| | 0.60 | COURNOYER, KATHERINE E | $555.00 | $333.00 | REVISE EXHIBIT LIST TO DRAFT FORM 10-Q. |
| 07/17/14 | 0.40 | WHALEN, JONATHAN M | $575.00 | $230.00 | ANALYSIS REGARDING SARBANES OXLEY DISCLOSURE REQUIREMENTS. |
| 07/18/14 | 0.20 | ROBINSON, KASEY L | $555.00 | $111.00 | EMAIL CORRESPONDENCE WITH E. ISING REGARDING RESEARCH ON BOARD CHAIRMAN COMMITTEE MEMBERSHIPS. |
| 07/19/14 | 2.20 | ROBINSON, KASEY L | $555.00 | $1,221.00 | CONDUCT LEGAL RESEARCH REGARDING BOARD CHAIRMAN COMMITTEE MEMBERSHIPS. |
| | 2.50 | COURNOYER, KATHERINE E | $555.00 | $1,387.50 | REVIEW AND REVISE DRAFT FORM 10-Q. |
| 07/20/14 | 4.00 | COURNOYER, KATHERINE E | $555.00 | $2,220.00 | REVIEW AND REVISE DRAFT FORM 10-Q. |
| 07/21/14 | 3.00 | LITTLE, ROBERT B | $790.00 | $2,370.00 | REVIEW AND REVISE FORM 10-Q. |
| | 1.80 | COURNOYER, KATHERINE E | $555.00 | $999.00 | REVISE DRAFT FORM 10-Q. |
| 07/25/14 | 3.00 | LITTLE, ROBERT B | $790.00 | $2,370.00 | REVIEW AND REVISE FORM 10-Q. |
| 07/26/14 | 0.40 | LITTLE, ROBERT B | $790.00 | $316.00 | E-MAILS WITH A. WRIGHT AND G. SANTOS REGARDING FORM 10-Q. |

07/28/14
  1.50     LITTLE, ROBERT B         $790.00    $1,185.00   REVIEW AND REVISE FORM 10-Q.

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**August 6, 2014**

**Invoice No. 2014081008**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through July 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00032 | EFH Corporate Matters | $  21,775.00 | $       0.00 | $  21,775.00 |
|  | **Totals** | $  21,775.00 | $     0.00 | $  21,775.00 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $  21,775.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Invoice Date: August 6, 2014                                                                 Invoice No. 2014081008

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**August 6, 2014**

**Invoice No. 2014081008**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through July 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00032 | EFH Corporate Matters | $  21,775.00 | $      0.00 | $  21,775.00 |
|  | **Totals** | $  21,775.00 | $      0.00 | $  21,775.00 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $  21,775.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
**Invoice Date: August 6, 2014**                                    **Invoice No. 2014081008**
**Due and Payable Upon Receipt**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

EFH CORPORATE MATTERS
92772-00032

_____

For Services Rendered Through July 31, 2014

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ROBERT B. LITTLE | 15.80 | $ 790.00 | $ 12,482.00 |
| ELIZABETH A. ISING | 1.20 | 760.00 | 912.00 |
| GILLIAN MCPHEE | 0.50 | 790.00 | 395.00 |
| JONATHAN M. WHALEN | 4.80 | 575.00 | 2,760.00 |
| KASEY L. ROBINSON | 0.10 | 555.00 | 55.50 |
| KATHERINE E. COURNOYER | 7.20 | 555.00 | 3,996.00 |
| CAITLIN A. CALLOWAY | 2.70 | 435.00 | 1,174.50 |

**Total Services**                                        $  21,775.00

**Total Services, Costs/Charges**                            21,775.00

**BALANCE DUE**                                          $   21,775.00

**Due and Payable Upon Receipt**

EFH CORPORATE MATTERS
92772-00032
_____

Detail Services:

| | | | | |
|---|---|---|---|---|
| 07/02/14 | | | | |
| 0.60 | COURNOYER, KATHERINE E | $555.00 | $333.00 | DRAFT FORM 8-K REGARDING RESTRUCTURING SUPPORT AGREEMENT. |
| 07/03/14 | | | | |
| 2.30 | LITTLE, ROBERT B | $790.00 | $1,817.00 | DRAFT FORM 8-K TO DISCLOSE TERMINATION OF RSA (2.0); TELEPHONE CALL WITH A. WRIGHT (0.3). |
| 07/14/14 | | | | |
| 2.30 | LITTLE, ROBERT B | $790.00 | $1,817.00 | TELEPHONE CALL WITH J. WALKER REGARDING GOVERNANCE MATTERS (0.5); EXAMINE ISSUES RELATED TO SAME (1.5); CONFER WITH G. MCPHEE AND C. CALLOWAY REGARDING D&O INSURANCE QUESTION (0.2); E-MAIL TO J. WALKER REGARDING SAME (0.1). |
| 0.20 | MCPHEE, GILLIAN | $790.00 | $158.00 | CALL WITH R. LITTLE AND C. CALLOWAY ABOUT D&O INSURANCE. |
| 0.60 | CALLOWAY, CAITLIN A | $435.00 | $261.00 | CONFERENCE WITH R. LITTLE AND S. MCPHEE REGARDING ELECTION OF OFFICERS (0.2); REVIEW DOCUMENTS REGARDING SAME (0.4). |
| 07/15/14 | | | | |
| 2.10 | LITTLE, ROBERT B | $790.00 | $1,659.00 | EXAMINE STOCKHOLDER COMMUNICATIONS ISSUES RAISED BY J. WALKER (1.5); DRAFT E-MAIL TO J. WALKER REGARDING SAME (0.6). |
| 0.30 | MCPHEE, GILLIAN | $790.00 | $237.00 | CALL WITH C. CALLOWAY ABOUT PRACTICES WITH RESPECT TO OFFICER APPOINTMENTS. |

| | | | | |
|---|---|---|---|---|
| 1.40 | CALLOWAY, CAITLIN A | $435.00 | $609.00 | CONFER WITH G. MCPHEE REGARDING ELECTION OF OFFICERS AND DIRECTORS (0.3); REVIEW DOCUMENTS REGARDING SAME (1.1). |

**07/16/14**

| | | | | |
|---|---|---|---|---|
| 0.70 | LITTLE, ROBERT B | $790.00 | $553.00 | WORK ON OFFICER/DIRECTOR CORPORATE GOVERNANCE PROJECT. |
| 0.60 | ISING, ELIZABETH A | $760.00 | $456.00 | EMAIL CORRESPONDENCE WITH J. WALKER (0.2); REVIEW RESEARCH REGARDING COMPENSATION COMMITTEE CHAIRS (0.4). |

**07/17/14**

| | | | | |
|---|---|---|---|---|
| 1.70 | LITTLE, ROBERT B | $790.00 | $1,343.00 | TELEPHONE CALLS WITH A. WRIGHT REGARDING DISCLOSURE OF RSA AMENDMENT OR TERMINATION (0.3); TELEPHONE CALL WITH A. WRIGHT AND KIRKLAND & ELLIS REGARDING TENDER OFFER EXTENSION OR TERMINATION (0.3); REVIEW OFFICER/DIRECTOR ANALYSIS REQUESTED BY J. WALKER (0.5); REVIEW BOARD MEETING MATERIALS (0.3); REVIEW NEXTERA PROPOSAL (0.3). |
| 0.70 | CALLOWAY, CAITLIN A | $435.00 | $304.50 | CONFER WITH S. MCPHEE AND R. LITTLE REGARDING ELECTION AND APPOINTMENT OF OFFICERS (0.2); REVIEW DOCUMENTS REGARDING SAME (0.5). |

**07/18/14**

| | | | | |
|---|---|---|---|---|
| 1.00 | LITTLE, ROBERT B | $790.00 | $790.00 | REVIEW AND REVISE FORM 8-K. |
| 0.30 | ISING, ELIZABETH A | $760.00 | $228.00 | EMAIL CORRESPONDENCE WITH K. ROBINSON REGARDING RESEARCH. |

07/20/14

| 4.50 | LITTLE, ROBERT B | $790.00 | $3,555.00 | REVIEW AND REVISE FORM 10-Q (2.0); REVIEW AND REVISE FORM 8-K (0.5); REVIEW AND REVISE SLIDES REGARDING OFFICER ELECTIONS AND APPOINTMENTS FOR J. WALKER (2.0). |

07/21/14

| 0.50 | LITTLE, ROBERT B | $790.00 | $395.00 | WORK ON SOLVENCY SUMMARY FOR A. WRIGHT. |
| 0.30 | ISING, ELIZABETH A | $760.00 | $228.00 | EMAIL CORRESPONDENCE REGARDING COMPENSATION COMMITTEE CHAIR RESEARCH. |
| 1.90 | WHALEN, JONATHAN M | $575.00 | $1,092.50 | REVIEW PRECEDENT AGREEMENTS AND DISCLOSURE RELATING TO SOLVENCY MATTERS (1.0); REVIEW AND REVISE CHART SUMMARIZING THE SAME (0.9). |
| 0.10 | ROBINSON, KASEY L | $555.00 | $55.50 | EMAIL CORRESPONDENCE WITH E. ISING REGARDING LEGAL RESEARCH ON BOARD CHAIRMAN COMMITTEE MEMBERSHIPS. |
| 6.60 | COURNOYER, KATHERINE E | $555.00 | $3,663.00 | ANALYZE EXISTING DEBT DOCUMENTS AND DRAFT CHART SUMMARIZING SOLVENCY REPRESENTATIONS (4.5); ANALYZE PRIOR SEC FILINGS REGARDING SOLVENCY DISCLOSURES (2.1). |

07/23/14

| 0.70 | LITTLE, ROBERT B | $790.00 | $553.00 | WORK ON FORM 8-K FOR RSA TERMINATION (0.5); CONFER WITH A. WRIGHT REGARDING SAME (0.2). |
| 2.10 | WHALEN, JONATHAN M | $575.00 | $1,207.50 | DISCUSSIONS AND ANALYSIS REGARDING TERMINATION OF RSA AND RELATED DISCLOSURE MATTERS (1.3); WORK ON RSA TERMINATION 8-K AND COORDINATE FILING WITH FINANCIAL PRINTER (0.9). |

| 07/25/14 | | | | |
|---|---|---|---|---|
| 0.80 | WHALEN, JONATHAN M | $575.00 | $460.00 | COMPILE PRECEDENT PURCHASE AGREEMENTS AND DEALER MANAGER AGREEMENT (0.6); DISTRIBUTE TO KIRKLAND AND ELLIS FOR REVIEW (0.2). |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas 75201**

**Federal Taxpayer ID #95-1611234**

**August 6, 2014**

**Invoice No. 2014081013**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through July 31, 2014**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00043 | TCEH Corporate Matters | $ 5,302.00 | $ 0.00 | $ 5,302.00 |
| | **Totals** | $ 5,302.00 | $ 0.00 | $ 5,302.00 |
| | **TOTAL OUTSTANDING BALANCE DUE** | | | $ 5,302.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA 90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No: 4600-146039
ABA No: 121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA 90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Invoice Date: August 6, 2014                                                                 Invoice No. 2014081013

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**August 6, 2014**

**Invoice No. 2014081013**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through July 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00043 | TCEH Corporate Matters | $   5,302.00 | $      0.00 | $   5,302.00 |
|  | **Totals** | $   5,302.00 | $     0.00 | $   5,302.00 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $   5,302.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
**Invoice Date: August 6, 2014**                                      **Invoice No. 2014081013**

**Due and Payable Upon Receipt**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

TCEH CORPORATE MATTERS
92772-00043

---

For Services Rendered Through July 31, 2014

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| JEREMY L. GRAVES | 5.10 | $ 710.00 | $ 3,621.00 |
| JONATHAN M. WHALEN | 0.80 | 575.00 | 460.00 |
| MATTHEW G. BOUSLOG | 2.20 | 555.00 | 1,221.00 |
| **Total Services** | | | $ 5,302.00 |
| **Total Services, Costs/Charges** | | | 5,302.00 |
| **BALANCE DUE** | | | $ 5,302.00 |

TCEH CORPORATE MATTERS
92772-00043
_____

Detail Services:

| | | | | |
|---|---|---|---|---|
| 07/09/14 | | | | |
| 1.70 | GRAVES, JEREMY L | $710.00 | $1,207.00 | REVIEW RELEVANT DOCUMENTS AND PREPARE NOTICE FOR FILING RELATED TO OPTIM ASSETS (1.4); CALL WITH M. BOUSLOG REGARDING SAME (0.3). |
| 1.50 | BOUSLOG, MATTHEW G | $555.00 | $832.50 | ANALYZE BIDDING AND ACQUISITION PROCEDURES MOTION AND PROPOSED ORDER (0.7); CALL WITH J. GRAVES REGARDING SAME (0.3); EMAILS WITH B. SHARTZ, T. DRISCOLL, M. ROSENTHAL AND J. GRAVES REGARDING SAME (0.2); REVIEW AND REVISE NOTICE REGARDING BID CAP (0.3). |
| 07/10/14 | | | | |
| 2.30 | GRAVES, JEREMY L | $710.00 | $1,633.00 | REVISE AND EDIT PROPOSED ORDER REGARDING OPTIM SALE BASED ON COMMENTS OF CREDITORS. |
| 0.70 | BOUSLOG, MATTHEW G | $555.00 | $388.50 | REVIEW REVISED PROPOSED BID ORDER (0.1); EMAILS WITH A. WRIGHT, C. HUSNICK, M. ROSENTHAL AND J. GRAVES REGARDING AUCTION (0.3); CALLS WITH J. GRAVES REGARDING SAME (0.3). |
| 07/11/14 | | | | |
| 0.70 | GRAVES, JEREMY L | $710.00 | $497.00 | REVISE AND EDIT PROPOSED ORDER REGARDING OPTIM SALE BASED ON COMMENTS OF CREDITORS. |
| 07/14/14 | | | | |
| 0.40 | GRAVES, JEREMY L | $710.00 | $284.00 | PREPARE AND FILE NOTICE OF WITHDRAWAL OF OPTIM BID MOTION. |

07/18/14

| 0.80 | WHALEN, JONATHAN M | $575.00 | $460.00 | EMAILS AND ANALYSIS WITH RESPECT TO CT LEASES. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**August 11, 2014**

**Invoice No. 2014092546**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through July 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00044 | TCEH Non-Working Travel | $  2,100.00 | $     0.00 | $  2,100.00 |
|  | **Totals** | $   2,100.00 | $   0.00 | $   2,100.00 |
|  | **Discount** |  |  | -1,050.00 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $   1,050.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
Invoice Date: August 11, 2014                                                        Invoice No. 2014092546
**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**August 11, 2014**

**Invoice No. 2014092546**

<u>**REMITTANCE COPY**</u>

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through July 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00044 | TCEH Non-Working Travel | $ 2,100.00 | $ 0.00 | $ 2,100.00 |
|  | **Totals** | $ 2,100.00 | $ 0.00 | $ 2,100.00 |
|  | **Discount** |  |  | -1,050.00 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $ 1,050.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: August 11, 2014**                                      **Invoice No. 2014092546**

**Due and Payable Upon Receipt**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


TCEH NON-WORKING TRAVEL
92772-00044

_____

For Services Rendered Through July 31, 2014

| NAME | HOURS | RATE | | TOTAL |
|------|-------|------|---|-------|
| MICHAEL L. RAIFF | 2.50 | $ 840.00 | $ | 2,100.00 |
| | | | | 2,100.00 |
| **Discount** | | | | -1,050.00 |
| **Total Services** | | | $ | 1,050.00 |
| | | | | |
| **Total Services, Costs/Charges** | | | | 1,050.00 |
| **BALANCE DUE** | | | $ | 1,050.00 |

TCEH NON-WORKING TRAVEL
92772-00044

_____

Detail Services:

07/18/14
  2.50    RAIFF, MICHAEL L            $840.00    $2,100.00    RETURN TO DALLAS
                                                             FOLLOWING HEARING
                                                             RELATING TO BIG BROWN
                                                             MOTION FOR FEES.

**<u>Exhibit I-4</u>**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**September 5, 2014**

**Invoice No. 2014091412**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through August 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00004 | Disputes and Potential Litigation with Aurelius | $    71.00 | $    0.00 | $    71.00 |
|  | **Totals** | $    71.00 | $    0.00 | $    71.00 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $    71.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**September 5, 2014**

**Invoice No. 2014091412**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through August 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00004 | Disputes and Potential Litigation with Aurelius | $    71.00 | $    0.00 | $    71.00 |
|  | **Totals** | $    71.00 | $    0.00 | $    71.00 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $    71.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

DISPUTES AND POTENTIAL LITIGATION WITH A
92772-00004

For Services Rendered Through August 31, 2014

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| GAYA K. HOLMAN | 0.20 | $ 355.00 | $   71.00 |
| **Total Services** | | | $   71.00 |
| **Total Services, Costs/Charges** | | | 71.00 |
| **BALANCE DUE** | | | $   71.00 |

DISPUTES AND POTENTIAL LITIGATION WITH A
92772-00004
_____

Detail Services:

08/19/14
  0.20      HOLMAN, GAYA K              $355.00        $71.00   REVIEW AND ORGANIZE
                                                                STATUS REPORT FOR
                                                                ATTORNEY REVIEW.

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**September 3, 2014**

**Invoice No. 2014092114**

Energy Future Holdings
Attn:  Stacey H. Dore
1601 Bryan Street, 6th Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through August 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00008 | FPL v. TXU (Texas Supreme Court) | $    265.50 | $    0.00 | $    265.50 |
|  | **Totals** | $    265.50 | $    0.00 | $    265.50 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $    265.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Invoice Date: September 3, 2014                                    Invoice No. 2014092114

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**September 3, 2014**

**Invoice No. 2014092114**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Attn:  Stacey H. Dore
1601 Bryan Street, 6th Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through August 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00008 | FPL v. TXU (Texas Supreme Court) | $    265.50 | $    0.00 | $    265.50 |
|  | **Totals** | $    265.50 | $    0.00 | $    265.50 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $    265.50 |

Remit By Wire To:
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

Remit By Mail To:
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Energy Future Holdings
Attn:  Stacey H. Dore
1601 Bryan Street, 6th Floor
Dallas, TX  75201


FPL V. TXU (TEXAS SUPREME COURT)
92772-00008

_____

For Services Rendered Through August 31, 2014

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| JAMES C. HO | 0.30 | $ 885.00 | $   265.50 |
| **Total Services** | | | $   265.50 |
| **Total Services, Costs/Charges** | | | 265.50 |
| **BALANCE DUE** | | | $   265.50 |

FPL V. TXU (TEXAS SUPREME COURT)
92772-00008

---

Detail Services:

08/31/14
  0.30     HO, JAMES C          $885.00    $265.50   REVIEW MATERIALS AND
                                                                      CORRESPONDENCE RE:
                                                                     BANKRUPTCY STAY AND
                                                                      OPTIONS AND STRATEGY

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**September 5, 2014**

**Invoice No. 2014091415**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through August 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00013 | FOIA Disputes and EPA Matters | $   8,450.00 | $      0.00 | $   8,450.00 |
|  | **Totals** | $   8,450.00 | $      0.00 | $   8,450.00 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $   8,450.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas 75201**

**Federal Taxpayer ID #95-1611234**

**September 5, 2014**

**Invoice No. 2014091415**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through August 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00013 | FOIA Disputes and EPA Matters | $ 8,450.00 | $ 0.00 | $ 8,450.00 |
|  | **Totals** | $ 8,450.00 | $ 0.00 | $ 8,450.00 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $ 8,450.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA 90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No: 4600-146039
ABA No: 121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA 90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

FOIA DISPUTES AND EPA MATTERS
92772-00013

_____

For Services Rendered Through August 31, 2014

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| MICHAEL L. RAIFF | 10.00 | $ 630.00 | $ 6,300.00 |
| RUSSELL H. FALCONER | 0.10 | 630.00 | 63.00 |
| ELIZABETH M. VINEY | 3.20 | 630.00 | 2,016.00 |
| GAYA K. HOLMAN | 0.20 | 355.00 | 71.00 |

|  |  |  |  |
|---|---|---|---|
| **Total Services** | | | $ 8,450.00 |

| **Total Services, Costs/Charges** | 8,450.00 |
|---|---|
| **BALANCE DUE** | $ 8,450.00 |

FOIA DISPUTES AND EPA MATTERS
92772-00013
_____

Detail Services:

| 08/06/14 | | | | |
|---|---|---|---|---|
| 0.30 | RAIFF, MICHAEL L | $630.00 | $189.00 | WORK ON JOINT REPORT. |
| **08/12/14** | | | | |
| 0.20 | RAIFF, MICHAEL L | $630.00 | $126.00 | ATTENTION TO AND COMMUNICATIONS REGARDING JOINT REPORT AND DISCLOSURE ISSUES. |
| **08/15/14** | | | | |
| 0.20 | RAIFF, MICHAEL L | $630.00 | $126.00 | WORK ON DISCLOSURES AND RELATED COMMUNICATIONS. |
| 1.70 | VINEY, ELIZABETH M | $630.00 | $1,071.00 | PREPARE INTIAL DISCLOSURES (1.0); PREPARE JOINT RULE 26 CONFERENCE REPORT (0.7). |
| **08/16/14** | | | | |
| 1.50 | VINEY, ELIZABETH M | $630.00 | $945.00 | DRAFT AND EDIT JOINT CONFERENCE REPORT. |
| **08/18/14** | | | | |
| 0.50 | RAIFF, MICHAEL L | $630.00 | $315.00 | WORK ON AND COMMUNICATIONS REGARDING DISCLOSURES AND JOINT REPORT. |
| **08/19/14** | | | | |
| 1.50 | RAIFF, MICHAEL L | $630.00 | $945.00 | WORK ON DISCLOSURES, POTENTIAL WITNESS, AND RELATED COMMUNICATIONS WITH TEAM (1.0); CONFERENCE CALL WITH CLIENTS (0.5). |
| **08/20/14** | | | | |
| 0.30 | RAIFF, MICHAEL L | $630.00 | $189.00 | ATTENTION TO DISCLOSURES AND POSSIBLE WITNESSES. |
| **08/21/14** | | | | |
| 0.20 | RAIFF, MICHAEL L | $630.00 | $126.00 | COMMUNICATIONS WITH EPA'S COUNSEL (0.1); COMMUNICATIONS WITH CLIENT (0.1). |
| 0.20 | HOLMAN, GAYA K | $355.00 | $71.00 | DOCKET DISCLOSURE DEADLINE FOR ATTORNEY REFERENCE. |

| Date | Hours | Name | Rate | Amount | Description |
|---|---|---|---|---|---|
| 08/25/14 | 2.00 | RAIFF, MICHAEL L | $630.00 | $1,260.00 | ATTENTION TO AND COMMUNICATIONS REGARDING COURT'S MANAGEMENT CONFERENCE AND RELATED MOTION (0.3); WORK ON JOINT REPORT (1.3); EMAILS WITH CLIENTS AND CO-COUNSEL (0.2); EMAIL WITH U.S. ATTORNEY (0.1); REVISE JOINT REPORT (0.1). |
| 08/26/14 | 1.20 | RAIFF, MICHAEL L | $630.00 | $756.00 | COMMUNICATIONS WITH EPA'S COUNSEL (0.1); COMMUNICATIONS WITH TEAM REGARDING JOINT REPORT (0.1); REVISE AND CIRCULATE JOINT REPORT AND SCHEDULING ORDER (0.5); PARTICIPATE IN WEEKLY CLIENT CALL (SPLIT) (0.4); FOLLOW-UP EMAILS WITH OPPOSING COUNSEL (0.1). |
| | 0.10 | FALCONER, RUSSELL H | $630.00 | $63.00 | STUDY PROPOSED CASE MANAGEMENT PLAN. |
| 08/27/14 | 0.50 | RAIFF, MICHAEL L | $630.00 | $315.00 | EMAILS AND CONFERENCE CALL WITH EPA'S ATTORNEY REGARDING JOINT REPORT AND FOLLOW-UP COMMUNICATIONS WITH CLIENTS AND CO-COUNSEL. |
| 08/28/14 | 2.30 | RAIFF, MICHAEL L | $630.00 | $1,449.00 | COMMUNICATIONS TO AND FROM EPA'S LAWYER (0.3); WORK ON THE JOINT REPORT, RELATED COMMUNICATIONS, AND FINALIZING AND FILING REPORT AND EXHIBITS (1.5); WORK ON RESPONDING TO SIERRA CLUB'S MOTION TO INTERVENE (0.5). |
| 08/29/14 | 0.80 | RAIFF, MICHAEL L | $630.00 | $504.00 | WORK ON BRIEF RESPONDING TO SIERRA CLUB'S INTERVENTION AND COMMUNICATIONS WITH BALCH REGARDING SAME. |

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**September 3, 2014**

**Invoice No. 2014091251**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through August 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00017 | Sierra Club - Western District of Texas 201200115 | $  49,206.50 | $      0.00 | $  49,206.50 |
|  | **Totals** | $  49,206.50 | $   0.00 | $  49,206.50 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $  49,206.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**September 3, 2014**

**Invoice No. 2014091251**

<u>**REMITTANCE COPY**</u>

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through August 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00017 | Sierra Club - Western District of Texas 201200115 | $  49,206.50 | $     0.00 | $  49,206.50 |
|  | **Totals** | $  49,206.50 | $    0.00 | $  49,206.50 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $  49,206.50 |

<u>**Remit By Wire To:**</u>
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

<u>**Remit By Mail To:**</u>
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: September 3, 2014**                                **Invoice No. 2014091251**
**Due and Payable Upon Receipt**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


SIERRA CLUB - WESTERN DISTRICT OF TEXAS
92772-00017

---

For Services Rendered Through August 31, 2014

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| WILLIAM B. DAWSON | 20.30 | $ 925.00 | $ 18,777.50 |
| MICHAEL L. RAIFF | 10.30 | 630.00 | 6,489.00 |
| RUSSELL H. FALCONER | 36.40 | 630.00 | 22,932.00 |
| ELIZABETH M. VINEY | 1.60 | 630.00 | 1,008.00 |
| **Total Services** | | | $ 49,206.50 |




| | | |
|---|---|---|
| **Total Services, Costs/Charges** | | 49,206.50 |
| **BALANCE DUE** | | $ 49,206.50 |

**Due and Payable Upon Receipt**

SIERRA CLUB - WESTERN DISTRICT OF TEXAS
92772-00017

Detail Services:

08/04/14

| | | | | |
|------|--------------------|---------|-----------|---------------------------------------------------------------------------------|
| 0.10 | RAIFF, MICHAEL L | $630.00 | $63.00 | ATTENTION TO AND COMMUNICATIONS REGARDING COURT ORDER AND SEALING ISSUES. |
| 0.20 | FALCONER, RUSSELL H | $630.00 | $126.00 | CORRESPONDENCE REGARDING MOTION FOR FEES. |

08/05/14

| | | | | |
|------|--------------------|---------|-----------|---------------------------------------------------------------------------------|
| 1.00 | DAWSON, WILLIAM B | $925.00 | $925.00 | WORK ON FEE RECOVERY. |
| 1.00 | RAIFF, MICHAEL L | $630.00 | $630.00 | ANALYSIS OF SIERRA CLUB'S RESPONSE TO OUR FEES MOTION AND POSSIBLE REPLY ARGUMENTS FOR OUR BRIEF. |
| 0.50 | FALCONER, RUSSELL H | $630.00 | $315.00 | STUDY SIERRA CLUB'S REPLY ON MOTION TO AMEND AND RESPONSE TO MOTION FOR FEES. |
| 0.50 | VINEY, ELIZABETH M | $630.00 | $315.00 | READ OPPOSITION TO MOTION FOR FEES. |

08/06/14

| | | | | |
|------|--------------------|---------|-----------|---------------------------------------------------------------------------------|
| 2.50 | DAWSON, WILLIAM B | $925.00 | $2,312.50 | ANALYSIS OF SC'S RESPONSE TO FEE MOTION (2.2); REVIEW EMAILS REGARDING SAME (0.3). |
| 1.90 | RAIFF, MICHAEL L | $630.00 | $1,197.00 | WORK ON ANALYSIS OF SIERRA CLUB'S BRIEFS AND AFFIDAVITS OPPOSING A FEE AWARD AND OUR POSSIBLE RESPONSES (1.5); RESEARCH ON ███████████ (0.4). |
| 0.30 | FALCONER, RUSSELL H | $630.00 | $189.00 | CORRESPOND AND CONFER BY PHONE WITH TEAM REGARDING STRATEGY FOR REPLY ON FEES MOTION. |

| | | | | |
|---|---|---|---|---|
| 0.30 | VINEY, ELIZABETH M | $630.00 | $189.00 | READ EMAIL CORRESPONDENCE REGARDING OPPOSITION TO MOTION FOR FEES. |
| 0.80 | VINEY, ELIZABETH M | $630.00 | $504.00 | PREPARE JOINT CONFERENCE REPORT AND INITIAL DISCLOSURES (0.6); DISCUSSION WITH M. RAIFF REGARDING SAME (0.2). |

08/07/14

| | | | | |
|---|---|---|---|---|
| 3.00 | DAWSON, WILLIAM B | $925.00 | $2,775.00 | REVIEW AND ANALYSIS OF SC'S RESPONSE TO FEE REQUEST (2.0) AND PREPARATION FOR AND CALL WITH CLIENT REGARDING SAME (1.0). |
| 0.50 | RAIFF, MICHAEL L | $630.00 | $315.00 | WORK ON STRATEGIES AND ARGUMENTS FOR OUR REPLY BRIEF (0.3); RELATED COMMUNICATION WITH TEAM (0.2). |
| 2.20 | FALCONER, RUSSELL H | $630.00 | $1,386.00 | CORRESPONDENCE REGARDING DRAFTING RESPONSIBILITIES ON FEES REPLY (0.4); CONFER WITH B. DAWSON REGARDING FEES REPLY (0.2); BEGIN OUTLINING FEES REPLY (1.6). |

08/08/14

| | | | | |
|---|---|---|---|---|
| 4.00 | DAWSON, WILLIAM B | $925.00 | $3,700.00 | REVISE DETAILED OUTLINE OF REPLY TO SC'S RESPONSE TO FEE MOTION (2.5); PREPARE FOR AND CALLS WITH CLIENT AND OTHER CO-COUNSEL REGARDING SAME (1.5). |
| 1.00 | RAIFF, MICHAEL L | $630.00 | $630.00 | WORK ON STRATEGIES AND ARGUMENTS FOR OUR REPLY BRIEF AND RELATED EMAILS (0.5); CONFERENCE CALL WITH CLIENTS AND REST OF LEGAL TEAM (0.5). |
| 2.00 | FALCONER, RUSSELL H | $630.00 | $1,260.00 | FINISH OUTLINE OF FEES REPLY (1.5); PARTICIPATE IN CONFERENCE CALL REGARDING REPLY BRIEF ▮▮▮ ▮▮▮▮▮▮▮▮ (0.5). |

| Date / Hours | Name | Rate | Amount | Description |
|---|---|---|---|---|
| 08/11/14 0.50 | DAWSON, WILLIAM B | $925.00 | $462.50 | REVIEW ███████ ANALYSIS (0.3); PREPARE FOR CALL (0.2). |
| 08/12/14 0.30 | RAIFF, MICHAEL L | $630.00 | $189.00 | ATTENTION TO AND COMMUNICATIONS REGARDING █████ ███████ REPLY BRIEFING. |
| 08/13/14 0.20 | RAIFF, MICHAEL L | $630.00 | $126.00 | COMMUNICATIONS AND ATTENTION TO BRIEFING ON FEES MOTION. |
| 0.50 | FALCONER, RUSSELL H | $630.00 | $315.00 | REVIEW DRAFTS AND RESEARCH ON FEES REPLY (0.3); CORRESPOND WITH TEAM REGARDING SAME (0.2). |
| 08/14/14 3.10 | FALCONER, RUSSELL H | $630.00 | $1,953.00 | WORK ON FEES REPLY. |
| 08/15/14 4.70 | FALCONER, RUSSELL H | $630.00 | $2,961.00 | WORK ON FEES REPLY. |
| 08/18/14 6.50 | FALCONER, RUSSELL H | $630.00 | $4,095.00 | FINISH RESEARCHING AND DRAFTING ENTITLEMENT SECTION OF FEES REPLY. |
| 08/19/14 1.50 | DAWSON, WILLIAM B | $925.00 | $1,387.50 | WORK ON FEE RECOVERY BRIEF. |
| 2.00 | RAIFF, MICHAEL L | $630.00 | $1,260.00 | WORK ON ARGUMENTS AND REPLY BRIEF IN SUPPORT OF FEES. |
| 8.30 | FALCONER, RUSSELL H | $630.00 | $5,229.00 | WORK ON FEES REPLY. |
| 08/20/14 1.50 | DAWSON, WILLIAM B | $925.00 | $1,387.50 | REVIEW FEE BRIEF ISSUES. |
| 1.20 | RAIFF, MICHAEL L | $630.00 | $756.00 | REVIEW REPLY BRIEF (0.9); COMMUNICATIONS REGARDING SAME (0.3). |
| 5.40 | FALCONER, RUSSELL H | $630.00 | $3,402.00 | FINISH REVISING FEES REPLY AND WORK WITH TEAM TO FINALIZE SAME. |

| 08/21/14 | | | | |
|---|---|---|---|---|
| 4.00 | DAWSON, WILLIAM B | $925.00 | $3,700.00 | WORK ON FEE ISSUES (2.0); CALLS WITH LOCAL COUNSEL (0.7); COMMUNICATIONS REGARDING REVISIONS TO BRIEF (1.3). |
| 0.80 | RAIFF, MICHAEL L | $630.00 | $504.00 | ATTENTION TO REPLY BRIEF AND REVISIONS AND RELATED COMMUNICATIONS WITH TEAM. |
| 1.50 | FALCONER, RUSSELL H | $630.00 | $945.00 | WORK ON FINALIZING FEES REPLY. |
| 08/22/14 | | | | |
| 1.00 | RAIFF, MICHAEL L | $630.00 | $630.00 | REVIEW DRAFT REPLY (0.8); COMMUNICATIONS WITH TEAM REGARDING SAME (0.2). |
| 08/25/14 | | | | |
| 0.80 | DAWSON, WILLIAM B | $925.00 | $740.00 | REVIEW RESEARCH RELATED TO ███████ . |
| 08/29/14 | | | | |
| 1.50 | DAWSON, WILLIAM B | $925.00 | $1,387.50 | REVIEW AND ANALYSIS OF COURT'S FEE AWARD AND IMPLICATIONS FOR ██████ (0.7) PREPARE FOR CALL WITH CLIENT RE SAME (0.8). |
| 0.30 | RAIFF, MICHAEL L | $630.00 | $189.00 | REVIEW COURT'S RULING ON FEES AND CONFERENCE CALL REGARDING SAME AND NEXT STEPS. |
| 1.20 | FALCONER, RUSSELL H | $630.00 | $756.00 | STUDY ORDER AWARDING FEES AND CONFER WITH TEAM REGARDING SAME. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**September 4, 2014**

**Invoice No. 2014090690**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through August 31, 2014**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00018 | NSR Case 201300257 | $  33,926.00 | $  0.00 | $  33,926.00 |
| | **Totals** | $  33,926.00 | $  0.00 | $  33,926.00 |
| | **TOTAL OUTSTANDING BALANCE DUE** | | | $  33,926.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**September 4, 2014**

**Invoice No. 2014090690**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through August 31, 2014**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00018 | NSR Case 201300257 | $  33,926.00 | $       0.00 | $  33,926.00 |
| | **Totals** | $  33,926.00 | $    0.00 | $  33,926.00 |
| | **TOTAL OUTSTANDING BALANCE DUE** | | | $  33,926.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: September 4, 2014**                                    **Invoice No. 2014090690**

**Due and Payable Upon Receipt**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


NSR CASE
92772-00018

---

For Services Rendered Through August 31, 2014

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| WILLIAM B. DAWSON | 17.90 | $ 925.00 | $  16,557.50 |
| MICHAEL L. RAIFF | 22.90 | 630.00 | 14,427.00 |
| RUSSELL H. FALCONER | 3.90 | 630.00 | 2,457.00 |
| ELIZABETH M. VINEY | 0.60 | 630.00 | 378.00 |
| GAYA K. HOLMAN | 0.30 | 355.00 | 106.50 |

**Total Services**                                        $   33,926.00



**Total Services, Costs/Charges**                             33,926.00

**BALANCE DUE**                                          $   33,926.00

NSR CASE
92772-00018

---

Detail Services:

**08/04/14**

| 1.50 | DAWSON, WILLIAM B | $925.00 | $1,387.50 | ████████████ |
| | | | | NSR STRATEGY AND SCHEDULING. |

| 1.20 | RAIFF, MICHAEL L | $630.00 | $756.00 | PREPARE MATERIALS ████ ████. |

**08/05/14**

| 4.00 | DAWSON, WILLIAM B | $925.00 | $3,700.00 | MEETING WITH CLIENT AT EFH. |

| 4.10 | RAIFF, MICHAEL L | $630.00 | $2,583.00 | PREPARE FOR AND ATTEND MEETING WITH CLIENT AND BALCH LAWYERS ████ ████ ████ SCHEDULING PROPOSALS (0.3). |

**08/06/14**

| 1.30 | RAIFF, MICHAEL L | $630.00 | $819.00 | ATTENTION TO AND MULTIPLE COMMUNICATIONS REGARDING RULE 26 OBLIGATIONS, STRATEGIES AND OUR PENDING JOINT MOTION. |

| 0.60 | FALCONER, RUSSELL H | $630.00 | $378.00 | CONFER BY PHONE WITH D. ROCHA AND KINKEADE CHAMBERS AND UPDATE TEAM ON SAME. |

**08/07/14**

| 2.40 | RAIFF, MICHAEL L | $630.00 | $1,512.00 | CONFERENCE CALL WITH CLIENTS AND REST OF LEGAL TEAM (0.5); WORK ON RULE 26 OBLIGATIONS AND PREPARING FOR RULE 26 CONFERENCE WITH DOJ (1.0); RULE 26 CONFERENCE WITH DOJ (0.3); FOLLOW-UP CALL WITH CO-COUNSEL AND THEN CLIENT (0.6). |

**Due and Payable Upon Receipt**

| | | | | |
|---|---|---|---|---|
| 1.20 | FALCONER, RUSSELL H | $630.00 | $756.00 | CONFER BY PHONE WITH TEAM REGARDING SCHEDULING CONFERENCE STRATEGY (0.5); CONFER BY PHONE ███████ ████████ AND CORRESPOND WITH TEAM REGARDING SAME (0.4); PARTICIPATE IN RULE 26 TELEPHONIC SCHEDULING CONFERENCE (0.3). |
| 0.30 | VINEY, ELIZABETH M | $630.00 | $189.00 | PARTICIPATE IN CONFERENCE CALL. |

**08/08/14**

| | | | | |
|---|---|---|---|---|
| 0.50 | RAIFF, MICHAEL L | $630.00 | $315.00 | ATTENTION TO JOINT REPORT AND PROPOSED SCHEDULING. |

**08/11/14**

| | | | | |
|---|---|---|---|---|
| 0.30 | RAIFF, MICHAEL L | $630.00 | $189.00 | BEGIN REVIEWING DRAFT OF JOINT REPORT AND FOLLOW-UP ON PENDING MOTION. |

**08/12/14**

| | | | | |
|---|---|---|---|---|
| 1.80 | DAWSON, WILLIAM B | $925.00 | $1,665.00 | PREPARE FOR AND WEEKLY NSR CALL (1.0); REVIEW SCHEDULING ORDER/REPORT AND SUGGEST REVISIONS TO S GIDIERE (0.8). |
| 1.90 | RAIFF, MICHAEL L | $630.00 | $1,197.00 | WORK ON PROPOSED SCHEDULE AND JOINT REPORT AND MULTIPLE COMMUNICATIONS REGARDING SAME (1.2); PARTICIPATE IN CONFERENCE CALL WITH CLIENTS (0.7). |
| 0.30 | FALCONER, RUSSELL H | $630.00 | $189.00 | STUDY PROPOSED STATEMENT OF CLAIMS AND CASE SCHEDULE. |

**08/13/14**

| | | | | |
|---|---|---|---|---|
| 0.90 | RAIFF, MICHAEL L | $630.00 | $567.00 | WORK ON JOINT REPORT AND PROPOSED SCHEDULING ORDER AND COMMUNICATIONS REGARDING EDITS (0.8); COMMUNICATIONS REGARDING COURT'S ORDER AND NEW DEADLINES (0.1). |
| 0.30 | VINEY, ELIZABETH M | $630.00 | $189.00 | REVIEW ORDER FROM COURT (0.2); DISCUSSION WITH B. DAWSON REGARDING SAME (0.1). |

| | | | | |
|---|---|---|---|---|
| 0.30 | HOLMAN, GAYA K | $355.00 | $106.50 | REVIEW MOTION TO EXTEND AND ORDER GRANTING SAME. |

**08/19/14**

| | | | | |
|---|---|---|---|---|
| 0.30 | DAWSON, WILLIAM B | $925.00 | $277.50 | PARTICIPATE IN PORTION OF WEEKLY NSR CALL WITH CLIENT. |
| 0.50 | RAIFF, MICHAEL L | $630.00 | $315.00 | CONFERENCE CALL WITH CLIENTS (SPLIT). |
| 1.10 | FALCONER, RUSSELL H | $630.00 | $693.00 | PARTICIPATE IN WEEKLY STRATEGY CALL. |

**08/20/14**

| | | | | |
|---|---|---|---|---|
| 0.80 | DAWSON, WILLIAM B | $925.00 | $740.00 | REVIEW ███████. |

**08/26/14**

| | | | | |
|---|---|---|---|---|
| 4.50 | DAWSON, WILLIAM B | $925.00 | $4,162.50 | ███████████ |
| 3.60 | RAIFF, MICHAEL L | $630.00 | $2,268.00 | ███████████ |
| 0.70 | FALCONER, RUSSELL H | $630.00 | $441.00 | PARTICIPATE IN WEEKLY TEAM CALL. |

**08/27/14**

| | | | | |
|---|---|---|---|---|
| 5.00 | DAWSON, WILLIAM B | $925.00 | $4,625.00 | PREPARE FOR AND MEET AT CLIENT OFFICES AND PHONE INTERVIEWS. |
| 6.20 | RAIFF, MICHAEL L | $630.00 | $3,906.00 | ███████████ |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**September 5, 2014**

**Invoice No. 2014091413**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through August 31, 2014**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00023 | 2011 FPL Lawsuit | $   945.00 | $   0.00 | $   945.00 |
| | **Totals** | $   945.00 | $   0.00 | $   945.00 |
| | **TOTAL OUTSTANDING BALANCE DUE** | | | $   945.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Invoice Date: September 5, 2014                                                                              Invoice No. 2014091413

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**September 5, 2014**

**Invoice No. 2014091413**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through August 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00023 | 2011 FPL Lawsuit | $    945.00 | $    0.00 | $    945.00 |
|  | **Totals** | $    945.00 | $    0.00 | $    945.00 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $    945.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: September 5, 2014**                                    **Invoice No. 2014091413**

**Due and Payable Upon Receipt**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

2011 FPL LAWSUIT
92772-00023

---

For Services Rendered Through August 31, 2014

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| MICHAEL L. RAIFF | 1.50 | $ 630.00 | $   945.00 |
| **Total Services** | | | $   945.00 |
| **Total Services, Costs/Charges** | | | 945.00 |
| **BALANCE DUE** | | | $   945.00 |

2011 FPL LAWSUIT
92772-00023

---

Detail Services:

| 08/05/14 | | | | | |
|---|---|---|---|---|---|
| 0.50 | RAIFF, MICHAEL L | | $630.00 | $315.00 | WORK ON STAY ISSUES RELATING TO FPL DISPUTES AND EMAILS WITH CLIENTS. |

| 08/06/14 | | | | | |
|---|---|---|---|---|---|
| 0.60 | RAIFF, MICHAEL L | | $630.00 | $378.00 | ATTENTION TO AND COMMUNICATIONS WITH CLIENTS REGARDING STAY ISSUES (0.2); CONFERENCE CALL WITH BANKRUPTCY COUNSEL AND SINEAD SOESBE (0.4). |

| 08/28/14 | | | | | |
|---|---|---|---|---|---|
| 0.20 | RAIFF, MICHAEL L | | $630.00 | $126.00 | WORK ON SCHEDULING ISSUES AND RELATED COMMUNICATIONS. |

| 08/31/14 | | | | | |
|---|---|---|---|---|---|
| 0.20 | RAIFF, MICHAEL L | | $630.00 | $126.00 | ATTENTION TO AND COMMUNICATIONS REGARDING STAY OF FPL1 ███████ |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**September 8, 2014**

**Invoice No. 2014091971**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through August 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00030 | EFH Case Administration | $   16,046.00 | $        0.00 | $  16,046.00 |
|  | **Totals** | $   16,046.00 | $        0.00 | $  16,046.00 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $  16,046.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
Invoice Date: September 8, 2014                                                                Invoice No. 2014091971
**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**September 8, 2014**

**Invoice No. 2014091971**

<u>**REMITTANCE COPY**</u>

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through August 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00030 | EFH Case Administration | $   16,046.00 | $      0.00 | $   16,046.00 |
|  | **Totals** | $   16,046.00 | $     0.00 | $   16,046.00 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $   16,046.00 |

<u>**Remit By Wire To:**</u>
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

<u>**Remit By Mail To:**</u>
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

EFH CASE ADMINISTRATION
92772-00030

_____

For Services Rendered Through August 31, 2014

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ROBERT B. LITTLE | 2.00 | $ 790.00 | $ 1,580.00 |
| JEREMY L. GRAVES | 1.90 | 710.00 | 1,349.00 |
| MATTHEW G. BOUSLOG | 6.60 | 555.00 | 3,663.00 |
| EMILY B. SPEAK | 4.30 | 440.00 | 1,892.00 |
| DUKE K. AMPONSAH | 19.90 | 380.00 | 7,562.00 |
| **Total Services** | | | $  16,046.00 |

**Total Services, Costs/Charges**                               16,046.00

**BALANCE DUE**                                          $   16,046.00

**Due and Payable Upon Receipt**

EFH CASE ADMINISTRATION
92772-00030
_____

Detail Services:

08/01/14
| 0.10 | BOUSLOG, MATTHEW G | $555.00 | $55.50 | EMAILS WITH D. AMPONSAH REGARDING FEE STATEMENTS. |

08/05/14
| 0.50 | LITTLE, ROBERT B | $790.00 | $395.00 | WORK ON BUDGETS. |
| 0.30 | BOUSLOG, MATTHEW G | $555.00 | $166.50 | EMAILS WITH R. LITTLE REGARDING BUDGET AND FEE STATEMENTS. |

08/06/14
| 0.10 | GRAVES, JEREMY L | $710.00 | $71.00 | EMAILS WITH M. BOUSLOG REGARDING RETENTION HEARING DATE. |
| 0.20 | BOUSLOG, MATTHEW G | $555.00 | $111.00 | EMAILS WITH A. YENAMANDRA, R. LITTLE, AND J. GRAVES REGARDING RETENTION APPLICATION. |

08/07/14
| 0.70 | BOUSLOG, MATTHEW G | $555.00 | $388.50 | CALLS WITH M. SCHLAN AND D. AMPONSAH REGARDING EMPLOYMENT APPLICATION (0.3); EMAILS WITH R. LITTLE (0.2) AND M. ROSENTHAL (0.2) REGARDING EMPLOYMENT APPLICATION AND FEE STATEMENTS. |
| 1.30 | AMPONSAH, DUKE K | $380.00 | $494.00 | REVIEW AND REVISE PREBILLS FOR JULY. |

08/08/14
| 0.10 | BOUSLOG, MATTHEW G | $555.00 | $55.50 | EMAILS WITH J. HAMILTON AND D. AMPONSAH REGARDING FEE STATEMENTS. |

08/11/14
| 0.10 | BOUSLOG, MATTHEW G | $555.00 | $55.50 | EMAILS WITH P. HANLON REGARDING EMPLOYMENT APPLICATION. |

08/12/14
| 0.50 | LITTLE, ROBERT B | $790.00 | $395.00 | REVIEW SUMMARY OF RETAINER APPLICATION FOR G. MOOR OF EFH. |

| | | | | |
|---|---|---|---|---|
| 1.30 | AMPONSAH, DUKE K | $380.00 | $494.00 | REVIEW AND REVISE PREBILLS FOR JULY. |

**08/18/14**

| | | | | |
|---|---|---|---|---|
| 1.20 | GRAVES, JEREMY L | $710.00 | $852.00 | CORRESPOND WITH M. BOUSLOG REGARDING GIBSON DUNN RETENTION (0.3); WORK ON BUDGETING AND STAFFING PLAN (0.9). |
| 0.90 | BOUSLOG, MATTHEW G | $555.00 | $499.50 | REVIEW UPDATED CONFLICTS LIST, AND BUDGET AND STAFFING PROPOSALS (0.2); CALLS WITH M. SCHLAN AND J. GRAVES REGARDING SAME (0.5) EMAILS WITH R. LITTLE AND J. GRAVES REGARDING SAME (0.1); REVIEW NOTICE REGARDING EMPLOYMENT APPLICATION HEARING (0.1). |

**08/19/14**

| | | | | |
|---|---|---|---|---|
| 0.40 | GRAVES, JEREMY L | $710.00 | $284.00 | EMAILS WITH M. BOUSLOG AND R. LITTLE REGARDING UPDATED CONFLICTS REVIEW. |
| 1.60 | BOUSLOG, MATTHEW G | $555.00 | $888.00 | DRAFT BUDGET AND STAFFING PLAN (0.7); ANALYZE ADDITIONAL CONFLICTS LIST (0.2); EMAILS WITH M. SCHLAN, R. LITTLE AND J. GRAVES REGARDING BUDGET/STAFFING PLAN AND CONFLICTS (0.4); CALLS WITH M. SCHLAN AND E. SPEAK REGARDING SAME (0.3). |

**08/20/14**

| | | | | |
|---|---|---|---|---|
| 1.00 | LITTLE, ROBERT B | $790.00 | $790.00 | WORK ON BUDGET SUBMISSION. |
| 1.00 | BOUSLOG, MATTHEW G | $555.00 | $555.00 | DRAFT BUDGET MEMO (0.1); EMAILS WITH R. LITTLE AND D. AMPONSAH REGARDING BUDGET AND STAFFING PLAN (0.3); CALLS WITH E. SPEAK REGARDING UPDATED CONFLICTS LIST (0.6). |

| | | | | |
|---|---|---|---|---|
| 1.10 | SPEAK, EMILY B | $440.00 | $484.00 | REVIEW OF CONFLICTS REPORTS (0.6); OFFICE TELEPHONE CONFERENCE WITH M. BOUSLOG REGARDING ANALYSIS OF CONFLICTS REPORTS (0.5). |
| 1.10 | AMPONSAH, DUKE K | $380.00 | $418.00 | COMPLETE CHARTS IN EXH B AND EXH C OF THE BUDGET/STAFFING MEMO. |

**08/21/14**

| | | | | |
|---|---|---|---|---|
| 0.10 | BOUSLOG, MATTHEW G | $555.00 | $55.50 | EMAILS WITH D. AMPONSAH REGARDING BUDGET AND STAFFING PLAN. |
| 1.40 | SPEAK, EMILY B | $440.00 | $616.00 | REVIEW CONFLICTS REPORTS TO DETERMINE CONFLICTS. |
| 3.70 | AMPONSAH, DUKE K | $380.00 | $1,406.00 | COMPLETE CHARTS IN EXH B AND EXH C OF THE BUDGET/STAFFING MEMO(0.4); BEGIN COMPILING EXHIBITS FOR FEE STATEMENTS (3.3). |

**08/22/14**

| | | | | |
|---|---|---|---|---|
| 0.70 | BOUSLOG, MATTHEW G | $555.00 | $388.50 | EMAILS WITH R. LITTLE AND M. ROSENTHAL REGARDING UST GUIDELINES AND FEE APPLICATION. |
| 0.70 | SPEAK, EMILY B | $440.00 | $308.00 | REVIEW CONFLICTS REPORTS TO DETERMINE CONFLICTS. |
| 1.80 | AMPONSAH, DUKE K | $380.00 | $684.00 | COMPLETE CHARTS IN EXH B AND EXH C OF THE BUDGET/STAFFING MEMO (0.4); CONTINUE COMPILING EXHIBITS FOR FEE STATEMENTS (1.4). |

**08/23/14**

| | | | | |
|---|---|---|---|---|
| 0.10 | BOUSLOG, MATTHEW G | $555.00 | $55.50 | EMAILS WITH R. LITTLE AND M. ROSENTHAL REGARDING FEE APPLICATION. |

**08/25/14**

| | | | | |
|---|---|---|---|---|
| 1.10 | SPEAK, EMILY B | $440.00 | $484.00 | REVIEW CONFLICTS REPORTS TO DETERMINE CONFLICTS. |

| | | | | |
|---|---|---|---|---|
| 2.00 | AMPONSAH, DUKE K | $380.00 | $760.00 | COMPLETE CHARTS IN EXH B AND EXH C OF THE BUDGET/STAFFING MEMO (0.4); CONTINUE COMPILING EXHIBITS FOR FEE STATEMENTS (1.6). |

**08/26/14**

| | | | | |
|---|---|---|---|---|
| 0.10 | GRAVES, JEREMY L | $710.00 | $71.00 | EMAILS WITH R. LITTLE REGARDING BUDGETING AND STAFFING PLAN. |
| 0.60 | BOUSLOG, MATTHEW G | $555.00 | $333.00 | DRAFT BILLING MEMO (0.2); CALL WITH D. AMPONSAH REGARDING SAME (0.1); EMAILS WITH R. LITTLE, J. GRAVES AND D. AMPONSAH REGARDING SAME (0.3). |
| 2.50 | AMPONSAH, DUKE K | $380.00 | $950.00 | COMPLETE CHARTS IN EXH B AND EXH C OF THE BUDGET/STAFFING MEMO (0.4); CONTINUE COMPILING EXHIBITS FOR FEE STATEMENTS (2.1). |

**08/27/14**

| | | | | |
|---|---|---|---|---|
| 0.10 | BOUSLOG, MATTHEW G | $555.00 | $55.50 | EMAILS WITH R. LITTLE, M. ROSENTHAL RE FEE APPLICATION AND UPDATED CONFLICTS LIST. |
| 2.60 | AMPONSAH, DUKE K | $380.00 | $988.00 | CONTINUE COMPILING EXHIBITS FOR FEE STATEMENTS. |

**08/28/14**

| | | | | |
|---|---|---|---|---|
| 1.70 | AMPONSAH, DUKE K | $380.00 | $646.00 | CONTINUE COMPILING EXHIBITS FOR FEE STATEMENTS. |

**08/29/14**

| | | | | |
|---|---|---|---|---|
| 0.10 | GRAVES, JEREMY L | $710.00 | $71.00 | EMAILS WITH R. LITTLE REGARDING BUDGETING AND STAFFING PLAN. |
| 1.90 | AMPONSAH, DUKE K | $380.00 | $722.00 | CONTINUE COMPILING EXHIBITS FOR FEE STATEMENTS. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**September 6, 2014**

**Invoice No. 2014091812**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through August 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00032 | EFH Corporate Matters | $   8,508.50 | $   0.00 | $   8,508.50 |
|  | **Totals** | $   8,508.50 | $   0.00 | $   8,508.50 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $   8,508.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**September 6, 2014**

**Invoice No. 2014091812**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through August 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00032 | EFH Corporate Matters | $   8,508.50 | $      0.00 | $   8,508.50 |
|  | **Totals** | $   8,508.50 | $      0.00 | $   8,508.50 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $   8,508.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

EFH CORPORATE MATTERS
92772-00032

_____

For Services Rendered Through August 31, 2014

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ROBERT B. LITTLE | 5.60 | $ 790.00 | $  4,424.00 |
| JONATHAN M. WHALEN | 0.90 | 575.00 | 517.50 |
| CAITLIN A. CALLOWAY | 8.20 | 435.00 | 3,567.00 |
| **Total Services** | | | $  8,508.50 |

| | |
|---|---|
| **Total Services, Costs/Charges** | 8,508.50 |
| **BALANCE DUE** | $   8,508.50 |

**Due and Payable Upon Receipt**

EFH CORPORATE MATTERS
92772-00032

_____

Detail Services:

08/14/14
| 0.90 | WHALEN, JONATHAN M | $575.00 | $517.50 | DISCUSSIONS WITH RESPECT TO ASSIGNMENT CLAUSE IN MASTER SERVICE AGREEMENTS (0.3); DRAFT MODEL CLAUSE AND SEND TO K. FRAZIER (0.6). |

08/15/14
| 1.00 | LITTLE, ROBERT B | $790.00 | $790.00 | REVIEW APPRAISAL RIGHTS ISSUES IN THE CONTEXT OF POTENTIAL NEXTERA TRANSACTION (0.7); E-MAIL TO A. WRIGHT REGARDING SAME (0.3). |

08/26/14
| 1.70 | LITTLE, ROBERT B | $790.00 | $1,343.00 | TELEPHONE CALL WITH J. WALKER REGARDING APPOINTMENTS AND ELECTIONS OF OFFICERS (1.2); PREPARE FOR SAME (0.5). |
| 3.80 | CALLOWAY, CAITLIN A | $435.00 | $1,653.00 | CONFERENCE CALL WITH J. WALKER REGARDING SECTION 16 OFFICERS AND EXECUTIVE OFFICERS AND SUBSIDIARY GOVERNANCE (1.0); PREPARE CHART REGARDING SAME (2.8). |

08/27/14
| 0.50 | LITTLE, ROBERT B | $790.00 | $395.00 | REVIEW AND REVISE CHART OF SECTION 16 OFFICERS AND RULE 3(B)(7) OFFICERS FOR J. WALKER. |
| 1.50 | CALLOWAY, CAITLIN A | $435.00 | $652.50 | PREPARE REVISED DRAFT OF OFFICER CHART (1.3); CONFER WITH R. LITTLE REGARDING SAME (0.2). |

08/28/14

| 0.90 | LITTLE, ROBERT B | $790.00 | $711.00 | REVIEW AND REVISE CHART SHOWING SECTION 16 AND RULE 3(B)(7) EXECUTIVE OFFICERS OF PEER COMPANIES FOR J. WALKER (0.7); CONFER WITH C. CALLOWAY OF GIBSON DUNN REGARDING SAME (0.2). |
| 2.90 | CALLOWAY, CAITLIN A | $435.00 | $1,261.50 | PREPARE SECTION 16 AND RULE 3B-7 OFFICER CHARTS (2.7); CONFER WITH R. LITTLE REGARDING SAME (0.2). |

08/29/14

| 1.50 | LITTLE, ROBERT B | $790.00 | $1,185.00 | EXAMINE BEST PRACTICES FOR WHOLLY-OWNED SUBSIDIARY GOVERNANCE FOR J. WALKER. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas 75201**

**Federal Taxpayer ID #95-1611234**

**September 6, 2014**

**Invoice No. 2014091814**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through August 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00043 | TCEH Corporate Matters | $ 790.00 | $ 0.00 | $ 790.00 |
|  | **Totals** | $ 790.00 | $ 0.00 | $ 790.00 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $ 790.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA 90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No: 4600-146039
ABA No: 121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA 90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Invoice Date: September 6, 2014                                           Invoice No. 2014091814

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**September 6, 2014**

**Invoice No. 2014091814**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through August 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00043 | TCEH Corporate Matters | $    790.00 | $     0.00 | $    790.00 |
|  | **Totals** | $    790.00 | $     0.00 | $    790.00 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $    790.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: September 6, 2014**                                    **Invoice No. 2014091814**

**Due and Payable Upon Receipt**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


TCEH CORPORATE MATTERS
92772-00043

---

For Services Rendered Through August 31, 2014

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ROBERT B. LITTLE | 1.00 | $ 790.00 | $ 790.00 |
| **Total Services** | | | $ 790.00 |
| **Total Services, Costs/Charges** | | | 790.00 |
| **BALANCE DUE** | | | $ 790.00 |

TCEH CORPORATE MATTERS
92772-00043
_____

Detail Services:

08/09/14
  0.50    LITTLE, ROBERT B       $790.00    $395.00   REVIEW TRANSACTIONS RELATED TO APRIL 2011 AMEND AND EXTEND TRANSACTION TO DETERMINE WHETHER THERE WAS A CONSENT SOLICITATION OF TCEH SECOND LIEN NOTE HOLDERS (0.4); EMAIL TO A. WRIGHT AT EFH REGARDING SAME (0.1).

08/28/14
  0.50    LITTLE, ROBERT B       $790.00    $395.00   GATHER E-MAILS RELATED TO TEX-LA IN RESPONSE TO REQUEST FROM G. SANTOS AND SEND TO G. SANTOS.