## **Exhibit J**

**Detailed Description of Expenses and Disbursements**

**Exhibit J-1**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**August 11, 2014**

**Invoice No. 2014092540**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through July 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00037 | EFH Expenses and Disbursements | $ 0.00 | $ -6,460.47 | $ -6,460.47 |
|  | **Totals** | $ 0.00 | $ -6,460.47 | $ -6,460.47 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $ -6,460.47 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**August 11, 2014**

**Invoice No. 2014092540**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through July 31, 2014**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00037 | EFH Expenses and Disbursements | $    0.00 | $  -6,460.47 | $  -6,460.47 |
| | **Totals** | $    0.00 | $  -6,460.47 | $  -6,460.47 |
| | **TOTAL OUTSTANDING BALANCE DUE** | | | $  -6,460.47 |

Remit By Wire To:
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

Remit By Mail To:
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
Invoice Date: August 11, 2014                                                    Invoice No. 2014092540

**Due and Payable Upon Receipt**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


EFH EXPENSES AND DISBURSEMENTS
92772-00037

---

| COSTS/CHARGES | TOTAL |
|---|---|
| IN HOUSE DUPLICATION | $    22.90 |
| TELEPHONE CHARGES | 19.38 |
| TRANSCRIPTS/DIGESTING | -6,502.75 |
| **Total Costs/Charges** | -6,460.47 |
| **BALANCE DUE** | $   -6,460.47 |

EFH EXPENSES AND DISBURSEMENTS
92772-00037
_____

Detail Costs/Charges:
In House Duplication
04/29/14              22.90    IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 04/29/14


Telephone Charges
05/14/14              13.68    1(205)226-8735    05/14/2014 BIRMINGHAM AL


05/16/14               5.70    1(205)226-8735    05/16/2014 BIRMINGHAM AL


Transcripts/Digesting
05/22/14           -3,123.40   CANCELLATION OF SERVICE (CREDIT): KENNEDY REPORTING
                               SERVICE,INC.; INVOICE NO: 176863; DATE: 10/21/13 - ORIGINAL
                               TRANSCRIPT OF GEORGE THURSTON/B. DAWSON


05/22/14           -3,379.35   CANCELLATION OF SERVICE (CREDIT): KENNEDY REPORTING
                               SERVICE,INC.; INVOICE NO: 176710; DATE: 10/14/13 - ORIGINAL
                               TRANSCRIPT OF ANDREW GRAY/B. DAWSON

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**June 30, 2014**

**Invoice No. 2014093437**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through May 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00039 | EFIH Expenses and Disbursements | $    0.00 | $    299.76 | $    299.76 |
|  | **Totals** | $    0.00 | $    299.76 | $    299.76 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $    299.76 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
Invoice Date: June 30, 2014                                                                 Invoice No. 2014093437
**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**June 30, 2014**

**Invoice No. 2014093437**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through May 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00039 | EFIH Expenses and Disbursements | $    0.00 | $    299.76 | $    299.76 |
|  | **Totals** | $    0.00 | $    299.76 | $    299.76 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $    299.76 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: June 30, 2014**                                                                 **Invoice No. 2014093437**

**Due and Payable Upon Receipt**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

EFIH EXPENSES AND DISBURSEMENTS
92772-00039

---

| COSTS/CHARGES | TOTAL |
|---|---|
| MESSENGER AND COURIER EXPENSE | $ 175.26 |
| OUTSIDE DUPLICATION AND BINDING | 124.50 |
| **Total Costs/Charges** | 299.76 |
| | |
| **BALANCE DUE** | $ 299.76 |

EFIH EXPENSES AND DISBURSEMENTS
92772-00039
_____

Detail Costs/Charges:
Messenger and Courier Expense
| 05/17/14 | 175.26 | VENDOR: SPECIAL DELIVERY SERVICE, INC.; INVOICE#: 451253; DATE: 5/17/2014 - 5/17/14, SPECIAL DELIVERY SENT TO GREG SANTOS; KELLY FRAZIER AND ANDREW WRIGHT/K. COURNOYER |

Outside Duplication and Binding
| 05/17/14 | 124.50 | VENDOR: SPECIAL DELIVERY SERVICE, INC.; INVOICE#: 451253; DATE: 5/17/2014 - 5/17/14, PRINT DOCUMENTS FOR DELIVERY TO GREG SANTOS, KELLY FRAZIER AND ANDREW WRIGHT/K. COURNOYER |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**June 30, 2014**

**Invoice No. 2014093412**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through May 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00042 | TCEH Expenses and Disbursements | $    0.00 | $    2.20 | $    2.20 |
|  | **Totals** | $    0.00 | $    2.20 | $    2.20 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $    2.20 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**June 30, 2014**

**Invoice No. 2014093412**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through May 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00042 | TCEH Expenses and Disbursements | $    0.00 | $    2.20 | $    2.20 |
|  | **Totals** | $    0.00 | $    2.20 | $    2.20 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $    2.20 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

TCEH EXPENSES AND DISBURSEMENTS
92772-00042

_____

| COSTS/CHARGES | | TOTAL |
|---|---|---|
| IN HOUSE DUPLICATION | $ | 2.20 |
| **Total Costs/Charges** | | 2.20 |
| **BALANCE DUE** | | $    2.20 |

TCEH EXPENSES AND DISBURSEMENTS
92772-00042
_____

Detail Costs/Charges:
In House Duplication
　05/13/14　　　　　　　2.20　　IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 05/13/14

**Exhibit J-2**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas 75201**

**Federal Taxpayer ID #95-1611234**

**July 15, 2014**

**Invoice No. 2014071157**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through June 30, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00039 | EFIH Expenses and Disbursements | $ 0.00 | $ 3.04 | $ 3.04 |
|  | **Totals** | $ 0.00 | $ 3.04 | $ 3.04 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $ 3.04 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA 90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No: 4600-146039
ABA No: 121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA 90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**July 15, 2014**

**Invoice No. 2014071157**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through June 30, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00039 | EFIH Expenses and Disbursements | $    0.00 | $    3.04 | $    3.04 |
|  | **Totals** | $    0.00 | $    3.04 | $    3.04 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $    3.04 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

EFIH EXPENSES AND DISBURSEMENTS
92772-00039

---

| COSTS/CHARGES | | TOTAL |
|---|---|---|
| TELEPHONE CHARGES | $ | 3.04 |
| **Total Costs/Charges** | | 3.04 |
| **BALANCE DUE** | | $    3.04 |

EFIH EXPENSES AND DISBURSEMENTS
92772-00039
_____

Detail Costs/Charges:
Telephone Charges
 06/17/14                3.04    1(214)812-7821      06/17/2014 DALLAS     TX

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**July 31, 2014**

**Invoice No. 2014093415**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through June 30, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00042 | TCEH Expenses and Disbursements | $    0.00 | $    6.80 | $    6.80 |
|  | **Totals** | $    0.00 | $    6.80 | $    6.80 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $    6.80 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**July 31, 2014**

**Invoice No. 2014093415**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through June 30, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00042 | TCEH Expenses and Disbursements | $    0.00 | $    6.80 | $    6.80 |
|  | **Totals** | $    0.00 | $    6.80 | $    6.80 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $    6.80 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
**Invoice Date: July 31, 2014**                                                                                    **Invoice No. 2014093415**
**Due and Payable Upon Receipt**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


TCEH EXPENSES AND DISBURSEMENTS
92772-00042

---

| COSTS/CHARGES | | TOTAL |
|---|---|---|
| IN HOUSE DUPLICATION | $ | 6.80 |
| **Total Costs/Charges** | | 6.80 |
| **BALANCE DUE** | | $    6.80 |

**Due and Payable Upon Receipt**

TCEH EXPENSES AND DISBURSEMENTS
92772-00042

_____

Detail Costs/Charges:
In House Duplication

| | | |
|---|---|---|
| 06/02/14 | 2.60 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 06/02/14 |
| 06/03/14 | 3.30 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 06/03/14 |
| 06/26/14 | 0.90 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 06/26/14 |

**Exhibit J-3**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**August 29, 2014**

**Invoice No. 2014091813**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through July 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00037 | EFH Expenses and Disbursements | $ 0.00 | $ 1,408.75 | $ 1,408.75 |
|  | **Totals** | $ 0.00 | $ 1,408.75 | $ 1,408.75 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $ 1,408.75 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Invoice Date: August 29, 2014                                      Invoice No. 2014091813

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas 75201**

**Federal Taxpayer ID #95-1611234**

**August 29, 2014**

**Invoice No. 2014091813**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through July 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00037 | EFH Expenses and Disbursements | $ 0.00 | $ 1,408.75 | $ 1,408.75 |
|  | **Totals** | $ 0.00 | $ 1,408.75 | $ 1,408.75 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $ 1,408.75 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA 90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No: 4600-146039
ABA No: 121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA 90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

EFH EXPENSES AND DISBURSEMENTS
92772-00037

_____

| COSTS/CHARGES | | TOTAL |
|---|---|---|
| TRAVEL - AIR & RAIL | $ | 1,408.75 |
| **Total Costs/Charges** | | 1,408.75 |
| **BALANCE DUE** | | $   1,408.75 |

EFH EXPENSES AND DISBURSEMENTS
92772-00037
_____

Detail Costs/Charges:
Travel - Air & Rail

| 07/11/14 | 628.00 | VENDOR: AMERICAN EXPRESS ACCT.#XXXX-XXXXXX-71000 INVOICE#: AXF20140801-2 DATE: 7/12/2014  TRAVEL INVOICE#/DATE: 125445 07/11/2014 TICKET NO: 7463171686 TRAVEL DATES: 07/18/2014 - 07/19/2014 PASSENGER: RAIFF/MICHAEL LAWRENCE ITINERARY: PHL/DFW |
|---|---|---|
| 07/11/14 | 679.25 | VENDOR: AMERICAN EXPRESS ACCT.#XXXX-XXXXXX-71000 INVOICE#: AXF20140801-2 DATE: 7/12/2014  TRAVEL INVOICE#/DATE: 125444 07/11/2014 TICKET NO: 7463171685 TRAVEL DATES: 07/17/2014 - 07/18/2014 PASSENGER: RAIFF/MICHAEL LAWRENCE ITINERARY: DFW/PHL |
| 07/15/14 | 1,305.25 | VENDOR: AMERICAN EXPRESS ACCT.#XXXX-XXXXXX-71000 INVOICE#: AXF20140801-3 DATE: 7/20/2014  TRAVEL INVOICE#/DATE: 125585 07/15/2014 TICKET NO: 7466075523 TRAVEL DATES: 07/17/2014 - 07/19/2014 PASSENGER: RAIFF/MICHAEL LAWRENCE ITINERARY: DFW/PHL/DFW |
| 07/15/14 | -628.00 | VENDOR: AMERICAN EXPRESS ACCT.#XXXX-XXXXXX-71000 INVOICE#: AXF20140801-3 DATE: 7/20/2014  TRAVEL INVOICE#/DATE: 125589 07/15/2014 TICKET NO: 7463171686 DEPART DATE: 07/18/2014 PASSENGER: RAIFF/MICHAEL LAWRENCE ITINERARY: PHL/DFW |
| 07/15/14 | -630.00 | VENDOR: AMERICAN EXPRESS ACCT.#XXXX-XXXXXX-71000 INVOICE#: AXF20140801-3 DATE: 7/20/2014  TRAVEL INVOICE#/DATE: 125587 07/15/2014 TICKET NO: 7463171685 DEPART DATE: 07/17/2014 PASSENGER: RAIFF/MICHAEL LAWRENCE ITINERARY: DFW/PHL |
| 07/18/14 | 682.25 | VENDOR: AMERICAN EXPRESS ACCT.#XXXX-XXXXXX-71000 INVOICE#: AXF20140801-3 DATE: 7/20/2014  TRAVEL INVOICE#/DATE: 125735 07/18/2014 TICKET NO: 7466075608 TRAVEL DATES: 07/18/2014 - 07/19/2014 PASSENGER: RAIFF/MICHAEL LAWRENCE ITINERARY: PHL/DFW |
| 07/18/14 | -628.00 | VENDOR: AMERICAN EXPRESS ACCT.#XXXX-XXXXXX-71000 INVOICE#: AXF20140801-4 DATE: 7/27/2014  TRAVEL INVOICE#/DATE: 125756 07/18/2014 TICKET NO: 7466075523 DEPART DATE: 07/18/2014 PASSENGER: RAIFF/MICHAEL LAWRENCE ITINERARY: PHL/DFW |

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**August 29, 2014**

**Invoice No. 2014093416**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through July 31, 2014**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00042 | TCEH Expenses and Disbursements | $    0.00 | $    28.50 | $    28.50 |
| | **Totals** | $    0.00 | $    28.50 | $    28.50 |
| | **TOTAL OUTSTANDING BALANCE DUE** | | | $    28.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**August 29, 2014**

**Invoice No. 2014093416**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through July 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00042 | TCEH Expenses and Disbursements | $     0.00 | $     28.50 | $     28.50 |
|  | **Totals** | $    0.00 | $    28.50 | $    28.50 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $     28.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
**Invoice Date: August 29, 2014**                                                                 **Invoice No. 2014093416**
**Due and Payable Upon Receipt**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

TCEH EXPENSES AND DISBURSEMENTS
92772-00042

---

| COSTS/CHARGES | TOTAL | |
|---|---|---|
| IN HOUSE DUPLICATION | $ | 16.50 |
| TRAVEL - PARKING | | 12.00 |
| **Total Costs/Charges** | | 28.50 |
| | | |
| **BALANCE DUE** | $ | 28.50 |

TCEH EXPENSES AND DISBURSEMENTS
92772-00042

_____

Detail Costs/Charges:
In House Duplication

| | | |
|---|---|---|
| 07/03/14 | 1.50 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 07/03/14 |
| 07/08/14 | 15.00 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 07/08/14 |

Travel - Parking

| | | |
|---|---|---|
| 07/17/14 | 12.00 | VENDOR: MICHAEL L. RAIFF; INVOICE#: 07/17/14; DATE: 7/17/2014 - DALLAS / PARKING FOR MEETING WITH CLIENTS REGARDING EFH/NSR |

**<u>Exhibit J-4</u>**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**September 11, 2014**

**Invoice No. 2014093399**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through August 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00037 | EFH Expenses and Disbursements | $    0.00 | $    16.76 | $    16.76 |
|  | **Totals** | $    0.00 | $    16.76 | $    16.76 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $    16.76 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
Invoice Date: September 11, 2014                                                                 Invoice No. 2014093399
**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**September 11, 2014**

**Invoice No. 2014093399**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through August 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00037 | EFH Expenses and Disbursements | $    0.00 | $    16.76 | $    16.76 |
|  | **Totals** | $    0.00 | $    16.76 | $    16.76 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $    16.76 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

EFH EXPENSES AND DISBURSEMENTS
92772-00037

---

| COSTS/CHARGES | TOTAL |
|---|---|
| IN HOUSE DUPLICATION | $ 0.20 |
| TELEPHONE CHARGES | 4.56 |
| TRAVEL - PARKING | 12.00 |
| **Total Costs/Charges** | 16.76 |
| **BALANCE DUE** | $ 16.76 |

EFH EXPENSES AND DISBURSEMENTS
92772-00037

_____

Detail Costs/Charges:
In House Duplication
  08/01/14                     0.20    IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 08/01/14


Telephone Charges
  08/07/14                     1.14    1(212)909-3035      08/07/2014 NEW YORK   NY


  08/19/14                     3.42    1(212)909-3035      08/19/2014 NEW YORK   NY


Travel - Parking
  08/05/14                    12.00    VENDOR: MICHAEL L. RAIFF; INVOICE#: 08/05/14; DATE: 8/5/2014  -
                                       DALLAS / PARKING FOR CLIENT MEETING (EFH/NSR MATTER) ON
                                       8/5/14

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**September 10, 2014**

**Invoice No. 2014093060**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through August 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00042 | TCEH Expenses and Disbursements | $    0.00 | $    26.98 | $    26.98 |
|  | **Totals** | $    0.00 | $    26.98 | $    26.98 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $    26.98 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**September 10, 2014**

**Invoice No. 2014093060**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through August 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00042 | TCEH Expenses and Disbursements | $ 0.00 | $ 26.98 | $ 26.98 |
|  | **Totals** | $ 0.00 | $ 26.98 | $ 26.98 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $ 26.98 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: September 10, 2014**                                          **Invoice No. 2014093060**

**Due and Payable Upon Receipt**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

TCEH EXPENSES AND DISBURSEMENTS
92772-00042

---

| COSTS/CHARGES | TOTAL |
|---|---|
| IN HOUSE DUPLICATION | $    1.00 |
| TELEPHONE CHARGES | 25.98 |

**Total Costs/Charges**                                                      26.98

**BALANCE DUE**                                                      $    26.98

TCEH EXPENSES AND DISBURSEMENTS
92772-00042
_____

Detail Costs/Charges:
In House Duplication
  08/07/14          1.00   IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 08/07/14


Telephone Charges
  08/06/14          8.74   1(205)226-8735    08/06/2014 BIRMINGHAM AL


  08/06/14          1.14   1(205)226-8754    08/06/2014 BIRMINGHAM AL


  08/07/14          6.98   CONFERENCING SERVICES BY RUSSELL FALCONER


  08/11/14          2.66   1(254)750-5900    08/11/2014 WACO       TX


  08/12/14          6.46   1(205)226-8735    08/12/2014 BIRMINGHAM AL