## EXHIBIT A

**Assumption Schedule**

## Third Assumption Schedule

| | Details of Contract(s) to be Assumed | | Assumption Counterparty Information | | Cure Amount | Details of Material Amendements | Assumption Date |
|---|---|---|---|---|---|---|---|
| Ref. # | Debtor(s) | Description of Contract/Lease | Contract Counterparty | Address | | | |
| 1 | Luminant Mining Company LLC | Coffield Royalty Interest as described in the CPS Lignite Lease | Boy Scouts Of America | C/O Mr Randall L Kopsa<br>P.O. Box 152079<br>Irving, TX 75105-2079 USA | $43,497.13 | N/A | Upon entry of the Assumption Order |
| | | | Episcopal Foundation Of Texas | C/O Mr David N Fisher<br>1225 Texas Ave.<br>Houston, TX 77002-3504 USA | $43,497.13 | N/A | Upon entry of the Assumption Order |
| | | | The Salvation Army | Attn: Legal Dept<br>P.O. Box 36607<br>Dallas, TX 75235 USA | $43,497.14 | N/A | Upon entry of the Assumption Order |
| 2 | TXU Energy Retail Company LLC | Building Lease for office space at 200 W. JW Carpenter Freeway-COF, Irving, TX | CP Fort Worth Limited Partnership | CP Ft Worth Limited Partnership<br>4890 Alpha Rd, Suite 110<br>Dallas, TX 75244 | $0.00 | N/A | Upon entry of the Assumption Order |
| | | | | Hunt Realty Investments<br>Attn:  Diane Hornquist<br>1900 N. Akard St.<br>Dallas, TX 75201 | $0.00 | N/A | Upon entry of the Assumption Order |
| 3 | Sandow Power Company LLC | Lignite Mining Lease and Assignment Agreement | City of San Antonio, as part of its electric and gas system acting by and through the City Public Service Board of San Antonio, Texas (CPS) | Attention: Director of Fuels, Bulk Power Sales and Generation Control<br>P.O. Box 17721<br>San Antonio, TX 78296 | $0.00 | N/A | Upon entry of the Assumption Order |