# **EXHIBIT A**

**Termination Notice**



Luminant Generation
500 North Akard Street
Dallas, TX 76065

October 25, 2010

**BY HAND DELIVERY**
Tarrant Regional Water District
800 East Northside Drive
Fort Worth, TX 76102
Attention: Jim Oliver

Re: Agreement dated March 15, 1976 between Tarrant County Water Control and Improvement District Number One (now known as Tarrant Regional Water District "**TWRD**") and Texas Power & Light Company, predecessor-in-interest to Luminant Generation Company LLC (the "**Company**"), as amended (the "**Agreement**")

Dear Jim:

We appreciate your hard work in our continuing efforts to reach a mutually beneficial plan for optimizing the use of the Forest Grove reservoir. We think that the existing dam combined with the Company's consumptive Trinity water rights could provide a real benefit to TRWD's continuing efforts to optimize the operation of its reservoirs and the Company stands ready to continue these negotiations and discussions. However, the Company also needs to protect its financial interests while these negotiations continue. As you know, the Company has been making the payments required under the Agreement for many years, yet the Company has not been exercising its right to impound and intercept run-off of Caney Creek or its right to consume and divert water from Cedar Creek Reservoir. The Company does not wish to continue paying for rights it is not using. Accordingly, the Company hereby exercises its right, pursuant to Section 12 of the Agreement, to cancel the Agreement and hereby requests cancellation of the payments provided for in paragraphs 1 and 2 of the Agreement, effective as of the first anniversary of the date of this letter ("**Cancellation Effective Date**"). The Company will pro rate the payment due on May 1, 2011 to cover the amount due through the Cancellation Effective Date.

I look forward to continuing our discussions regarding opportunities for the development and use of the Forest Grove reservoir. Forest Grove represents a unique opportunity for TRWD to acquire from a willing surface owner an already-constructed dam and footprint for a 20,000 acre-foot reservoir.

Sincerely,

**LUMINANT GENERATION COMPANY LLC**

By: _M T Will_
Name: M. Patrick Williams
Title: Vice President

US 563033v.5