**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. 2666** |

**DECLARATION OF ROBERT FRENZEL,
SENIOR VICE PRESIDENT AND CHIEF FINANCIAL
OFFICER OF LUMINANT HOLDING COMPANY LLC IN
SUPPORT OF THE MOTION OF ENERGY FUTURE
HOLDINGS CORP., *ET AL.*, FOR ENTRY OF
AN ORDER APPROVING THE ASSUMPTION OF
A CERTAIN RENEWABLE ENERGY AND RENEWABLE
ENERGY CREDITS PURCHASE AGREEMENTS BY AND BETWEEN
LUMINANT ENERGY COMPANY LLC AND BRAZOS WIND, LP, AS AMENDED**

Pursuant to 28 U.S.C. § 1746, I, Robert Frenzel, hereby declare as follows under penalty of perjury:

1.      I am Senior Vice President and Chief Financial Officer of Luminant Holding Company LLC, which is the parent of Luminant Energy Company LLC ("Luminant Energy"), an indirect subsidiary of Energy Future Holdings Corp. ("EFH Corp.").

2.      I have worked for EFH Corp. since 2009 and for Luminant Energy since 2012. I am generally familiar with the Debtors' businesses, day-to-day operations, financial matters, results of operations, cash flows, and underlying books and records. All facts set forth in this declaration are based upon my personal knowledge of the Debtors' businesses, operations, and

---

[1]   The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

related financial information gathered from my review of their books and records, relevant documents, and information supplied to me by members of the Debtors' management team and advisors.  I am over the age of 18 and duly authorized to execute this Declaration on behalf of the Debtors in support of the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order Approving the Assumption of a Renewable Energy and Renewable Energy Credits Purchase Agreement by and Between Luminant Energy Company LLC and Brazos Wind, LP* (the "Motion"),[2] filed contemporaneously herewith.  Except as otherwise noted, I have personal knowledge of the matters set forth herein.

3.      The Debtors have been evaluating the current and expected use of their executory contracts, the ongoing cost of such contracts, and the effect on the Debtors' business of assuming the same.

4.      The Debtors are a significant purchaser of wind power in the state of Texas.  In addition, certain regulations require the Debtors to obtain a specified amount of their supply of power either from renewable energy sources or by otherwise purchasing renewable energy credits ("RECs") in the energy market from renewable energy credit "retailers" or brokers.  Brazos, a Texas limited partnership, and Luminant Energy are parties to the PPA.  Under the PPA, among other things, Brazos agrees to produce, deliver and sell to Luminant Energy, and Luminant Energy agrees to purchase from Brazos, renewable energy and RECs.  As of the date of filing of this Motion, the Debtors estimate that the price payable to Brazos for goods purchased under the PPA is above-market.  In addition, Brazos holds approximately $13.4 million in cash and letters of credit to secure obligations under the PPA, including among other things any claims related to Brazos' above-market position under the PPA (the "Collateral").

---

[2]     Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

2

5.      Since the Petition Date, Brazos and Luminant Energy have engaged in discussions to amend the PPA to reflect current market pricing.  These efforts resulted in the Amended PPA.  The Amended PPA is conditioned on approval by the Court of this Motion.

6.      In connection with the assumption and amendment of the Amended PPA, Brazos will receive an agreed and allowed cure claim of $10,380,000.00 (the "Cure Amount").  In exchange for payment of the Cure Amount, Brazos will release and waive any and all claims against the Debtors related to the PPA or the Amended PPA, including any claims arising in connection with Brazos's above-market position.  The Cure Amount is significantly less than this above-market position.  The Debtors propose that, upon entry of the Order, Brazos may collect the Cure Amount by liquidating the Collateral (to the extent not already cash) and applying it as payment to the Cure Amount.

7.      During these chapter 11 cases, the Debtors have continued operating their businesses as debtors in possession, and have remained current with respect to their ongoing postpetition performance obligations under the PPA.  In addition, as of August 31, 2014, the Debtors' cash balance totaled approximately $1.534 billion, and the Debtors currently have approximately $1.950 billion in availability under the TCEH debtor-in-possession financing facility.  And, going forward, Luminant Energy will continue to meet its collateral posting obligations as set forth in Article VIII of the Amended PPA.  Accordingly, for the reasons set forth above, the Debtors believe that they have provided Brazos with adequate assurance of the Debtors' future performance under the Amended PPA.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information and belief.

Dated:  October 30, 2014

Respectfully submitted,

*/s/ Robert Frenzel*
Robert Frenzel
Senior Vice President and Chief Financial Officer
Luminant Holding Company LLC

4