# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No.: 14-10979 (CSS) |
| Debtors. | (Joint Administration Requested) |

## NOTICE OF APPEARANCE AND REQUEST FOR DOCUMENTS

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Sections 102(1) and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), the law firm of Perkins Coie LLP hereby enters its appearance in the above-referenced chapter 11 cases (the "Chapter 11 Cases") as co-counsel to Delaware Trust Company (f/k/a CSC Trust Company of Delaware) ("Delaware Trust"), as Successor Trustee under the Indenture dated as of April 19, 2011 (the "TCEH 11.5% Senior Secured Notes Indenture"), by and among Texas Competitive Electric Holdings Company LLC and TCEH Finance, Inc., the Guarantors (as defined therein), and The Bank of New York Mellon Trust Company, N.A., as predecessor trustee; and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007, and U.S.C. §§ 342 and 1109(b), that copies of all notices and pleadings given or filed in the above-captioned chapter 11 cases be given and served upon the party listed below at the following address, telephone, and facsimile number:

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

      Tina N. Moss, Esq.
      Perkins Coie LLP
      30 Rockefeller Plaza, 22nd Floor
      New York, NY 10112-0015
      Telephone: (212) 262-6910
      Fax: (212) 977-1648
      Email: TMoss@perkinscoie.com

    **PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, or otherwise filed or made with regard to the referenced cases and proceedings herein.

    **PLEASE TAKE FURTHER NOTICE** that neither this notice nor any subsequent appearance, pleading, claim or suit, is intended or shall be deemed or construed as a waiver of Delaware Trust's right (1) to have final orders in non-core matters entered only after *de novo* review by a United States District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have a United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs and recoupments it expressly reserves.

-3-

Dated: October 31, 2014
Wilmington, Delaware

        **BAYARD, P.A.**

        */s/ GianClaudio Finizio*
        Neil B. Glassman (No. 2087)
        GianClaudio Finizio (No. 4253)
        222 Delaware Avenue, Suite 900
        Wilmington, DE 19801
        Telephone: (302) 655-5000
        Facsimile: (302) 658-6395

        -and-

        Tina N. Moss, Esq.
        Perkins Coie LLP
        30 Rockefeller Plaza, 22nd Floor
        New York, NY 10112-0015
        Telephone: (212) 262-6910
        Fax: (212) 977-1648
        Email: TMoss@perkinscoie.com

        *Co-Counsel to Delaware Trust Company, as Successor Trustee under the TCEH 11.5% Senior Secured Notes Indenture*