# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELWARE

| | |
|---|---|
| In re | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No.: 14-10979 (CSS) (Jointly Administered) |
| Debtors. | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission pro hac vice of Tina N. Moss, Esquire to represent Delaware Trust Company, as Successor Trustee under the TCEH 11.5% Senior Secured Notes Indenture, in the above-captioned cases.

Dated: October 31, 2014  
    Wilmington, Delaware

    */s/ GianClaudio Finizio*  
    GianClaudio Finizio (No. 4253)  
    Bayard, P.A.  
    222 Delaware Avenue, Suite 900  
    Wilmington, DE 19801

## CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and New Jersey and submit to the disciplinary jurisdiction of this Court for any alleged misconduct, which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 3/25/14. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

    */s/ Tina N. Moss*  
    Tina N. Moss, Esq.  
    Perkins Coie LLP  
    30 Rockefeller Plaza, 22nd Floor  
    New York, NY 10112

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____ ___, 2014

    _____  
    The Honorable Christopher S. Sontchi  
    United States Bankruptcy Judge

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.