# Exhibit E

**Summary of Total Fees Incurred and Hours Billed During the Fee Period**

RLF1 10981025v.1

*Combined - All Entities*
*Summary of Time Detail by Professional*
*April 29, 2014 through August 31, 2014*

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $900.00 | 493.6 | $444,240.01 |
| Emmett Bergman | Managing Director | $750.00 | 728.2 | $546,150.00 |
| John Stuart | Managing Director | $725.00 | 900.9 | $653,152.50 |
| Steve Kotarba | Managing Director | $650.00 | 857.7 | $557,505.00 |
| Matt Frank | Director | $575.00 | 666.2 | $383,065.00 |
| Jodi Ehrenhofer | Director | $525.00 | 899.7 | $472,342.50 |
| Peter Mosley | Director | $525.00 | 640.6 | $336,315.00 |
| Rich Newman | Director | $525.00 | 16.2 | $8,505.00 |
| Kevin Sullivan | Director | $500.00 | 836.0 | $418,000.00 |
| Mark Zeiss | Director | $500.00 | 371.6 | $185,800.00 |
| Matt Williams | Director | $500.00 | 202.6 | $101,300.00 |
| Paul Kinealy | Director | $500.00 | 502.9 | $251,450.00 |
| David Blanks | Senior Associate | $450.00 | 794.4 | $357,480.00 |
| Taylor Atwood | Senior Associate | $450.00 | 862.7 | $388,215.00 |
| Jeff Dwyer | Associate | $425.00 | 834.0 | $354,450.00 |
| Daisy Fitzgerald | Associate | $400.00 | 785.7 | $314,280.00 |
| Kara Harmon | Consultant | $375.00 | 5.8 | $2,175.00 |
| Jon Rafpor | Analyst | $350.00 | 768.9 | $269,097.50 |
| Andrew Hansen | Consultant | $325.00 | 21.4 | $6,955.00 |
| Michael Dvorak | Analyst | $325.00 | 62.3 | $20,247.50 |
| Michael Williams | Analyst | $325.00 | 469.0 | $152,425.00 |
| Robert Country | Analyst | $325.00 | 259.5 | $84,337.50 |
| Sarah Pittman | Analyst | $325.00 | 171.5 | $55,737.50 |
| Mary Napoliello | Paraprofessional | $250.00 | 115.4 | $28,850.00 |
| Lara Suvada | Paraprofessional | $100.00 | 13.3 | $1,330.00 |
| | | *Total* | 12,280.1 | $6,393,405.00 |