<u>**Exhibit F**</u>

**Summary of Actual and Necessary Expenses for the Fee Period**

*Exhibit F*

**Combined - All Entities**
**Energy Future Holdings Corp., et al.,**
**Summary of Expense Detail by Category**
**April 29, 2014 through August 31, 2014**

| Expense Category | Sum of Expenses |
| --- | --- |
| Airfare | $125,360.98 |
| Lodging | $87,449.17 |
| Meals | $15,288.99 |
| Miscellaneous | $1,810.99 |
| Transportation | $32,817.65 |
| *Total* | **$262,727.78** |

*Total*