## Exhibit G

**Summary of Fees and Expenses by Matter for the Fee Period**

*Exhibit G*

**Combined - All Entities**
**Summary of Time Detail by Task**
*April 29, 2014 through August 31, 2014*

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Accounting/Cut-off | 414.6 | $230,527.50 |
| Bankruptcy Support | 1,584.5 | $841,342.50 |
| Business Plan | 193.8 | $81,480.00 |
| Cash Management | 20.0 | $13,945.00 |
| Causes of Action | 124.2 | $65,640.00 |
| Claims | 272.0 | $132,465.00 |
| Communication | 225.1 | $97,525.00 |
| Contracts | 1,056.9 | $561,530.00 |
| Coordination & Communication with other Creditor Constituents | 294.4 | $159,515.00 |
| Coordination & Communication with UCC | 859.4 | $453,365.00 |
| Court | 136.8 | $96,207.50 |
| DIP Financing | 344.2 | $171,415.00 |
| Fee Applications | 178.6 | $61,817.50 |
| Liquidation Analysis | 399.3 | $200,975.00 |
| Motions and Orders | 769.4 | $396,072.50 |
| POR / Disclosure Statement | 141.0 | $73,012.50 |
| Retention | 126.5 | $59,055.00 |
| Statements & Schedules | 2,593.4 | $1,285,975.00 |
| Status Meetings | 324.5 | $192,055.00 |
| Strategic Transaction Asset Sale | 232.4 | $143,182.50 |
| Travel Time | 484.0 | $264,935.00 |
| UST Reporting Requirements | 566.0 | $320,430.00 |
| Vendor Management | 939.2 | $490,937.50 |
| **Total** | **12,280.1** | **$6,393,405.00** |

*Travel time billed at 50% of time incurred*