## Exhibit D

**Budget and Staffing Plan**

### Budget and Staffing Plan

**(For Task Categories for the Period Beginning on
April 29, 2014 and Ending on August 31, 2014)**

## Budget

| Task Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted |
|---|---|---|---|
| B110 | Case Administration | 50 | $30,000 |
| B160 | Fee/Employment Applications | 65 | $30,000 |
| B270 | Energy Trading | 500 | $350,000 |
| B280 | Generating Assets | 40 | $25,000 |
| B310 | Claims Administration and Objections | 10 | $5,000 |
| B330 | Non-Working Travel | 125 | $75,000 |
|  | **Total** | 790 | $515,000 |

## Staffing Plan

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Task Categories During the Budget Period | Average Hourly Rate[1] |
|---|---|---|
| Partner | 3 | $851 |
| Associate | 3 | $512 |
| Legal Assistant | 1 | $315 |
| **Total** | 7 | $720 |

---

[1] The Average Hourly Rate is a weighted average based on the individual hourly rate of, and projected number of hours worked by, each timekeeper over the course of the chapter 11 cases.