## Exhibit E

**Summary of Total Fees Incurred and Hours Billed During the Fee Period**

DM_US 56108354-3.093681.0012

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed |
|---|---|---|---|---|---|---|---|
| Iskender Catto | Partner | Energy Advisory Department | 2000 | $347,607.50 | 438.80 | N/A | $850.00 |
| Robert M. Lamkin | Partner | Energy Advisory Department | 1996 | $380.00 | .50 | N/A | $760.00 |
| Timothy W. Walsh | Partner | Restructuring & Insolvency Department | 1991 | $1,809.00 | 1.80 | N/A | $1,005.00 |
| Darren Azman | Associate | Restructuring & Insolvency Department | 2011 | $5,827.50 | 10.50 | N/A | $555.00 |
| Christopher S. Bloom | Associate | Energy Advisory Department | 2012 | $7,209.00 | 17.80 | N/A | $405.00 |
| Ryan A. Wagner | Associate | Restructuring & Insolvency Department | 2012 | $109,720.75 | 262.40 | N/A | $515.00 |

| Paraprofessional Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed |
|---|---|---|---|---|---|---|---|
| Jill Kaylor–Brett | Paralegal | Restructuring & Insolvency Department | N/A | $1,480.50 | 4.70 | N/A | $315.00 |