**Exhibit F**

**Summary of Actual and Necessary Expenses for the Fee Period**

DM_US 56108354-3.093681.0012

## Summary of Actual and Necessary Expenses for the Fee Period

| Expense | Vendor (if any) | Unit Cost (if applicable) | Amount |
|---|---|---|---|
| Binding | Williams Lea | | $27.50 |
| Telecommunications | Conference Plus (aka Arkadin) | | $493.14 |
| Computer Research | Westlaw/Pacer | | $4,903.99 |
| Express Mail | Federal Express | | $590.16 |
| Business Meals | Various | | $410.12 |
| Airfare | American/United | | $28,078.20 |
| Lodging | Joule/Marriott | | $24,491.63 |
| Travel Meals | Various | | $2,298.54 |
| Local Transportation | Various | | $2,453.37 |
| Car Rental | Budget Rental | | $4,276.65 |
| Parking | Various | | $3,367.00 |
| Train Travel | Amtrak | | $348.00 |
| Miscellaneous | Various | | $428.13 |
| **Totals** | | | **$72,166.43** |