**Exhibit G**

**Summary of Fees by Matter for the Fee Period**

| Project Category Description | Hours | | Total Compensation | | Total |
|---|---|---|---|---|---|
| | Budgeted | Billed | Budgeted | Billed | |
| **Case Administration (B110)** | 50 | 39.30 | $30,000 | $19,791.50 | $19,791.50 |
| **Fee/Employment Applications (B160)** | 65 | 64.50 | $30,000 | $34,099.50 | $34,099.50 |
| **Energy Trading (B270)** | 500 | 445.50 | $350,000 | $353,578.00 | $353,578.00 |
| **Generating Assets (B280)** | 40 | 27.60 | $25,000 | $15,319.50 | $15,319.50 |
| **Claims Administration and Objections (B310)** | 10 | 1.20 | $5,000 | $458.00 | $458.00 |
| **Non-Working Travel (B330)** | 125 | 158.40 | $75,000 | $50,787.75 | $50,787.75 |
| **TOTAL** | 790 | 736.50 | $515,000 | $474,034.25 | $474,034.25 |