**<u>Exhibit H</u>**

**Detailed Description of Services Provided**

DM_US 56108354-3.093681.0012

# McDermott
# Will & Emery

**Invoice**

340 Madison Avenue
New York, NY  10173-1922
+1 212 547 5400

Luminant Energy Company
1601 Bryant Street
Dallas, TX  75201

| | |
|---|---|
| Client: | 093681 |
| Invoice: | 2694022 |
| Invoice Date: | 10/17/2014 |

## Client Copy
### Billing for services rendered through 05/31/2014

0012 Energy Future Holdings Chapter 11

| | |
|---|---|
| Total Services | $ 200,752.75 |
| Total Costs and Other Charges Posted Through Billing Period | 24,830.65 |
| **Total This Invoice** | **$ 225,583.40** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

340 Madison Avenue
New York, NY  10173-1922
+1 212 547 5400

10/17/2014

Invoice: 2694022
Client: 093681

Luminant Energy Company
1601 Bryant Street
Dallas, TX  75201

For Services Rendered in Connection with:

Matter: 0012          Energy Future Holdings Chapter 11

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| B110 Case Administration | | | | | |
| J. Kaylor-Brett | 04/29/14 | Create index re First Day Hearings, review organize first day pleadings. Coordinate with duplicating re creating 5 binders re same.  Review completed binders and overnight mail binders to T. Silvey . | 0.70 | 315.00 | 220.50 |
| R. Wagner | 04/29/14 | Attend to first day logistics issues, including files, coordination of binder preparation and review and discuss going forward items with company personnel (2.0); Review and analyze Wilmington Savings Fund papers and attend to emails and discussions regarding same with A. Catto and T. Silvey (1.2); Review and analyze cash collateral, customer programs, hedging and trading, ERCOT assumption, critical vendors, utilities, lien claims and customer programs first days, provide comments to A. Catto regarding same and discuss same with A. Catto (5.2). | 8.40 | 515.00 | 4,326.00 |
| J. Kaylor-Brett | 04/30/14 | Prepare Pro Hac Vice Applications/Orders on behalf of I. Catto and R. Wagner. | 1.30 | 315.00 | 409.50 |

# McDermott
# Will & Emery

Luminant Energy Company

Client:       093681
Invoice:     2694022
Invoice Date:  10/17/2014

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| R. Wagner | 04/30/14 | Review and analyze first day motions, discuss issues regarding same with A. Catto in connection with energy trading and related issues (4.0); Discuss first day hearing issues with A. Catto, T. Silvey, B. Lamb and others (1.0); Brief D. Azman regarding first day hearing and related logistics and attend to emails regarding same. (.5). | 5.50 | 515.00 | 2,832.50 |
| D. Azman | 05/01/14 | Review relevant first-day pleadings (2.5); attend first-day hearing (8). | 10.50 | 555.00 | 5,827.50 |
| R. Wagner | 05/01/14 | Attend to first day hearing issues and discuss same with A. Catto (1.0); Draft, review and revise chart with respect to first day pleadings. (1.2). | 2.20 | 515.00 | 1,133.00 |
| C. Bloom | 05/02/14 | Download interim orders from Epiq website; circulate orders to internal counsel; begin review of orders | 0.80 | 405.00 | 324.00 |
| R. Wagner | 05/02/14 | Review and analyze interim orders and attend to discussions and emails with C. Bloom regarding same. | 1.50 | 515.00 | 772.50 |
| R. Wagner | 05/05/14 | Review and analyze interim first day orders. | 1.20 | 515.00 | 618.00 |
| R. Wagner | 05/06/14 | Attend to emails with A&M regarding operating report information. | 0.30 | 515.00 | 154.50 |
| R. Wagner | 05/12/14 | Attend to emails with A&M regarding operating report figures. | 0.30 | 515.00 | 154.50 |
| R. Wagner | 05/27/14 | Review draft pro hac vice motions and discuss same with J. Kaylor-Brett. | 0.30 | 515.00 | 154.50 |
| J. Kaylor-Brett | 05/28/14 | Review court website and local rules re procedures for filing pro hac vice motions. | 0.50 | 315.00 | 157.50 |

# McDermott
# Will & Emery

Luminant Energy Company

Client:        093681
Invoice:      2694022
Invoice Date:  10/17/2014

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| R. Wagner | 05/28/14 | Attend to calls and emails with A&M regarding SOFA issues and discuss same with A. Catto. | 1.50 | 515.00 | 772.50 |
| J. Kaylor-Brett | 05/29/14 | Continue researching Delaware local rules re procedures for filing pro hac vice motions and advise R. Wagner re same. | 0.40 | 315.00 | 126.00 |
| R. Wagner | 05/29/14 | Attend to calls with A. Catto and A&M regarding SOFA issues. | 0.50 | 515.00 | 257.50 |
| | | | | | 18,240.50 |
| **B160 Fee/Employment Applications** | | | | | |
| R. Wagner | 04/29/14 | Attend to comments to and revisions of McDermott retention application and accompanying declaration. | 1.50 | 515.00 | 772.50 |
| R. Wagner | 04/30/14 | Attend to emails with K&E and A. Catto regarding McDermott retention application issues. | 0.50 | 515.00 | 257.50 |
| R. Wagner | 05/01/14 | Review revised retention application draft, discuss same with A. Catto, provide comments to same and A. Catto declaration and attend to emails regarding same with K&E. | 2.30 | 515.00 | 1,184.50 |
| R. Wagner | 05/02/14 | Attend to review and comments with respect to McDermott retention application and emails regarding same with A. Catto and K&E. | 1.00 | 515.00 | 515.00 |
| R. Wagner | 05/05/14 | Attend to calls and emails with K&E regarding retention issues, review revised retention application and attend to internal discussions regarding same. | 1.50 | 515.00 | 772.50 |
| R. Wagner | 05/06/14 | Attend to emails with K&E regarding retention issues, provide comments to retention application and attend to internal discussions regarding same. | 1.30 | 515.00 | 669.50 |

# McDermott
# Will & Emery

Luminant Energy Company

Client:        093681
Invoice:       2694022
Invoice Date:   10/17/2014

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| R. Wagner | 05/07/14 | Attend to comments to and emails regarding McDermott retention application and discuss same with A. Catto. | 0.80 | 515.00 | 412.00 |
| R. Wagner | 05/08/14 | Attend to retention application and related issues and discuss same with A. Catto. | 1.50 | 515.00 | 772.50 |
| R. Wagner | 05/09/14 | Review and analyze revised retention application and attend to comments to and emails with K&E regarding same (1.2); Attend to discussions regarding budget and staffing (.2); Review revised master conflicts list and attend to emails regarding same. (.5) | 1.90 | 515.00 | 978.50 |
| T. Walsh | 05/09/14 | Attend to retention issues; conflict issues. | 1.00 | 1,005.00 | 1,005.00 |
| R. Wagner | 05/10/14 | Attend to discussions and emails with T. Walsh regarding retention and conflict issues and analysis regarding same. | 1.40 | 515.00 | 721.00 |
| R. Wagner | 05/12/14 | Review and analyze revised retention application and attend to comments to and emails with K&E regarding same (2.0); Review and revise schedules thereto (.8). | 2.80 | 515.00 | 1,442.00 |
| R. Wagner | 05/13/14 | Review and analyze revised retention application and attend to comments to and emails with K&E regarding same (1.5); Attend to discussions with A. Catto and K&E regarding retention issues and declaration language (.7). | 2.20 | 515.00 | 1,133.00 |
| R. Wagner | 05/14/14 | Review and analyze revised McDermott retention application and attend to comments and emails with K&E regarding same. | 1.20 | 515.00 | 618.00 |

# McDermott
# Will & Emery

Luminant Energy Company

Client:        093681
Invoice:      2694022
Invoice Date:   10/17/2014

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| R. Wagner | 05/15/14 | Attend to emails and calls with A. Weintraub, A. Catto and T. Walsh regarding retention issues. | 0.80 | 515.00 | 412.00 |
| T. Walsh | 05/15/14 | Attend to retention application issues. | 0.80 | 1,005.00 | 804.00 |
| R. Wagner | 05/16/14 | Discuss retention application and declaration language with T. Walsh, review same, and attend to additional comments for A. Weintraub. | 1.80 | 515.00 | 927.00 |
| R. Wagner | 05/19/14 | Attend to emails with A. Weintraub and A. Catto regarding retention and conflict issues. | 0.40 | 515.00 | 206.00 |
| R. Wagner | 05/20/14 | Review revised retention application and attend to execution of declaration related thereto. | 0.60 | 515.00 | 309.00 |
| R. Wagner | 05/21/14 | Attend to discussion of retention issues with A. Catto and K&E. | 1.40 | 515.00 | 721.00 |
| R. Wagner | 05/29/14 | Calls and emails with K&E regarding retention application issues (.2); Review revised retention application and discuss same with A. Catto. (.5). | 0.70 | 515.00 | 360.50 |
| | | | | | 14,993.00 |
| B270 Energy Trading | | | | | |
| I. Catto | 04/29/14 | Supervise trade floor resolution center and assist trade floor staff regarding counterparty issues resulting from the petition; analyze counterparty safe harbor contract terminations. | 12.20 | 850.00 | 10,370.00 |

# McDermott
# Will & Emery

Luminant Energy Company

Client:        093681
Invoice:       2694022
Invoice Date:  10/17/2014

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| I. Catto | 04/30/14 | Telephone conferences with team re Trading Motion revisions (1.1); supervise and direct operation of trade floor resolution center including telephone conferences with trading counterparties re terminations (8.6); review and analyze purported counterparty contract terminations (1.6). | 11.30 | 850.00 | 9,605.00 |
| R. Wagner | 04/30/14 | Review and analyze gas purchase and sales agreements, discuss same with A. Catto and draft amendments thereto with respect to bankruptcy-related default provisions. | 2.50 | 515.00 | 1,287.50 |
| I. Catto | 05/01/14 | Prepare for telephone conference with fuel oil vendor re trading order (.4); telephone conference with fuel oil vendor (.6); telephone conference with transaction counterparty re cash collateral (.7); review and revise draft contract amendment (.4); conference re asset disposition and de minimis sales motion (.3); review and analyze commodity sales contracts re safe harbor status (2.1); supervise trade floor resolution center (1.7). | 6.20 | 850.00 | 5,270.00 |
| R. Wagner | 05/01/14 | Attend to research and analysis of NY setoff issues, discuss same with A. Catto and draft analysis regarding same (1.6); Attend to safe harbor and counterparty termination issues and discuss same with A. Catto. (1.2). | 2.80 | 515.00 | 1,442.00 |

# McDermott
# Will & Emery

Luminant Energy Company

Client:        093681
Invoice:       2694022
Invoice Date:   10/17/2014

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| I. Catto | 05/02/14 | Telephone conferences with trading counterparties re trading motion and potential contract terminations (2.7); review and analyze contract termination notices (2.4); review and analyze coal counterparty matter re trading motion (2.2). | 7.30 | 850.00 | 6,205.00 |
| I. Catto | 05/05/14 | Prepare for telephone conference with trading counterparty (.3); telephone conference with trading counterparty re trading order (.5); review and revise draft communication to trading counterparty (.8); review and analyze collateral tracker (.3); conferences with J. Bys and T. Silvey re trading counterparty (1.9); analyze research re contract suspension (.5); review and analyze counterparty reservation of rights (.4); telephone conference with T. Nutt re trading (.5). | 5.20 | 850.00 | 4,420.00 |
| R. Wagner | 05/05/14 | Research and analysis with respect to suspension of payment provisions and 362(b) automatic stay issues and discuss same with A. Catto. | 2.60 | 515.00 | 1,339.00 |
| I. Catto | 05/06/14 | Telephone conferences with counterparties re trading motion (.9); conferences with trade floor staff re trading counterparties (2.4); conferences with J. Seidel and telephone conference with vendor re fuel oil (1.7); telephone conference with potential counterparty re form of final trading order (.3). | 5.30 | 850.00 | 4,505.00 |

# McDermott
# Will&Emery

Luminant Energy Company

Client:        093681
Invoice:       2694022
Invoice Date:  10/17/2014

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| I. Catto | 05/07/14 | Analyze customer programs motion, telephone conference with S. Muscato (.3); analyze natural gas counterparty prepetition amount issue (.4); review and analyze counterparty reclamation claim; conference with T. Silvey (.5); conferences and analysis re fuel oil trading counterparty (4.4); review and analyze proposed contract restructuring (2.7). | 8.30 | 850.00 | 7,055.00 |
| I. Catto | 05/08/14 | Prepare for telephone conference re hedges (.3); conference with T. Nutt, T. Silvey, and M. Neisler re first lien hedge transactions (.6); conference with T. Silvey and transportation team re rail transportation for coal (.4); review trade terms and prepare for conference re trade (.5); conference with T. Silvey; S. Muscato, M. Neisler and traders re emissions trade (.5); prepare for conference re trading order (.7); conferences with T. Silvey and K&E team re final trading order (1.1); conferences with M. Weinberg re termination settlement calculations (1.3); review and analyze collateral tracker (.5); review and analyze counterparty termination value calculation (.7); review and analyze renewable energy matter (1.9). | 8.50 | 850.00 | 7,225.00 |
| I. Catto | 05/09/14 | Review and analyze counterparty terminations and settlement calculations (2.4); review and revise draft confirmation language (1.9); conference with M. Weinberg re termination values (.3). | 4.60 | 850.00 | 3,910.00 |

# McDermott
# Will & Emery

Luminant Energy Company

Client: 093681
Invoice: 2694022
Invoice Date: 10/17/2014

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| C. Bloom | 05/12/14 | Discuss research project with A. Catto (.1); Compile and begin review of bankruptcy cases regarding contract termination related to forward contracts (1.9) | 2.00 | 405.00 | 810.00 |
| I. Catto | 05/12/14 | Review and analyze counterparty termination valuations (1.6); draft revised final trading order provision; correspondence with K&E re revised provision (1.2); review and analyze wind contract provisions (3.7); conference with T. Silvey, J. Bys, S. Muscato, M. Neisler re wind PPAs (.7). | 7.20 | 850.00 | 6,120.00 |
| C. Bloom | 05/13/14 | Discuss research findings with A. Catto (.1); Review and analyze bankruptcy cases regarding contract termination related to forward contracts (5.0) | 5.10 | 405.00 | 2,065.50 |
| I. Catto | 05/13/14 | Prepare for telephone conference with counterparty (.3); telephone conference with potential trading counterparty re collateral and interim trading order (.5); review and analyze wind power purchase agreements (2.8); conference with J. Bys, S. Muscato, T. Silvey, M. Neisler re wind PPAs (.9); review research re state law treatment of goods (1.5); conference with J. Bys re counterparty contracts (.5); review and analyze wind contract valuation data (.6); review collateral cap tracker (.4). | 7.50 | 850.00 | 6,375.00 |
| R. Wagner | 05/13/14 | Attend to emails with C. Bloom and A. Catto regarding forward contract/electricity interpretation issues (.3); Review analysis regarding same. (.5). | 0.80 | 515.00 | 412.00 |

# McDermott
# Will & Emery

Luminant Energy Company

Client:        093681
Invoice:      2694022
Invoice Date:   10/17/2014

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| I. Catto | 05/14/14 | Conferences w/ J. Bys and T. Silvey re wind contract analysis (2.9); prepare for conference with trading counterparty re prepetition contract (1.1); conference with trading counterparty re prepetition contract (.8); prepare for conference with power trading counterparty re prepetition agreement (1.9); conference with power trading counterparty re prepetition agreement (.5). | 7.20 | 850.00 | 6,120.00 |
| I. Catto | 05/15/14 | Telephone conferences with counterparty re potential contract renegotiation (.4); review and analyze potential transaction novation (.5); review and analyze termination value calculations (2.2). | 3.10 | 850.00 | 2,635.00 |
| I. Catto | 05/16/14 | Prepare for telephone conferences with trading counterparties (1.2); telephone conferences with trading counterparties re trading motion and interim trading order (.9). | 2.10 | 850.00 | 1,785.00 |
| I. Catto | 05/19/14 | Telephone conferences with trading counterparty re amendment and prepetition amounts (.5); review and analyze rail transportation transactions (2.4); telephone conference with T. Silvey and trading counterparty re postpetition business (.6); review and analyze wind transactions (2.2); conference with T. Silvey; M. Abughang M. Neisler re contract novation (.8). | 6.50 | 850.00 | 5,525.00 |

# McDermott
# Will & Emery

Luminant Energy Company

Client:      093681
Invoice:     2694022
Invoice Date:  10/17/2014

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| R. Lamkin | 05/19/14 | Email exchange with A. Catto regarding addition of FATCA provision in ISDA schedule (0.3); review materials relating to ISDA FATCA protocol and proposed revision (0.2). | 0.50 | 760.00 | 380.00 |
| I. Catto | 05/20/14 | Conferences with T. Silvey re customer notices and claims and analysis of customer notice and claims issue (3.1); analyze matter and attend conferences with T. Silvey, M. Neisler; T. Eaton and credit and accounting teams re financial trade matters (1.5); negotiations with trading counterparty re amendment and trading terms (2.2). | 6.80 | 850.00 | 5,780.00 |
| R. Wagner | 05/20/14 | Review termination notices and settlement requests from counterparties (1.0); Draft, review and revise response letters in connection with termination settlement and adequate protection issues (1.3); Discuss same with A. Catto (.4). | 2.70 | 515.00 | 1,390.50 |
| C. Bloom | 05/21/14 | Draft and revise amendment to NAESB gas purchase and sale agreement (.9); exchange emails with A. Catto regarding same (.3); | 1.20 | 405.00 | 486.00 |

# McDermott
# Will & Emery

Luminant Energy Company

Client: 093681
Invoice: 2694022
Invoice Date: 10/17/2014

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| I. Catto | 05/21/14 | Prepare for telephone conference with counterparty re trading agreement and amendment (.5); telephone conferences with counterparty re trading agreement and amendment (1.1); conference with T. Silvey re potential contract rejection (1.0); conferences with T. Silvey and T. Nutt re commodity and transportation agreements (3.2); review and revise draft contract amendment (2.8); conferences with J. Bys and T. Silvey re wind contracts (.8). | 9.40 | 850.00 | 7,990.00 |
| R. Wagner | 05/21/14 | Draft, review and revise response letters in connection with termination settlement and adequate protection issues (1.0); Discuss same with A. Catto (.2). | 1.20 | 515.00 | 618.00 |
| I. Catto | 05/22/14 | Prepare for conference re reporting (.5); conference with B. Lundell; T. Nutt; T. Silvey; E. Thomason re trade reporting requirements (1.1); conference with K. Hein and T. Silvey re rail contracts (1.2); review and revise draft NAESB contract amendment, telephone conferences and correspondence with counterparty counsel re amendment (1.6); conference with M. Goering re rail contracts (.4). | 4.80 | 850.00 | 4,080.00 |
| I. Catto | 05/23/14 | Telephone conferences with counterparty counsel re transactions under trading order. | 1.30 | 850.00 | 1,105.00 |

# McDermott
# Will & Emery

| | | |
|---|---|---|
| Luminant Energy Company | Client: | 093681 |
| | Invoice: | 2694022 |
| | Invoice Date: | 10/17/2014 |

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| I. Catto | 05/27/14 | Review counterparty comments re draft final trading order (.5); review and analyze nuclear fuel contract (1.6); telephone conferences with T. Silvey re trading order and counterparty and various trading matters (1.5); telephone conferences with counterparty counsel re draft trading order and new transactions (.3); conferences with J. Bys and T. Silvey re potential new trading agreements (.8); review counterparty draft trading agreements (2.5). | 7.20 | 850.00 | 6,120.00 |
| I. Catto | 05/28/14 | Conference with J. Bys and T, Silvey re counterparty trading discussion (.6); conference with T. Nutt, S. Muscato, J. Bys, T. Silvey re draft final trading order (1.6); conference with trading team and committee counsel re draft trading order (.5); review and analyze nuclear fuel contract (1.0); conference with W. Lamb and J. Kollar re nuclear fuel contract (.5); draft supplemental declaration (2.9); revise draft final trading order (.5). | 7.60 | 850.00 | 6,460.00 |

# McDermott
# Will & Emery

Luminant Energy Company

Client:       093681
Invoice:     2694022
Invoice Date:  10/17/2014

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| I. Catto | 05/29/14 | Review and revise draft trading order (2.1); conference with E. Thomason, B. Lundell, T. Nutt, T. Silvey, M. Neisler re collateral report (.5); conference with T. Silvey and T. Nutt re counterparty trading agreement (.6); review committee comments re ERCOT motion (.4); conferences with T. Silvey and T. Nutt re rail payments under shipper's motion (.9); review counterparty adequate assurance calculation, conference with T. Silvey (1.1); conference with J. Bys re potential trading counterparty (.7); review rail counterparty comments to vendor agreement (.9). | 7.20 | 850.00 | 6,120.00 |
| I. Catto | 05/30/14 | Conference with M. Neisler, J. Bys, T. Silvey, S. Muscato re trading counterparty priorities (1.3); review draft ISDA amendment (.9); conference with T. Silver re potential retail gas transaction (1.2); review counterparty adequate protection matter and correspondence with K&E re adequate protection (.8); review counterparty comments to trading order (.3); review revised draft declaration (.4). | 4.90 | 850.00 | 4,165.00 |
| | | | | | 139,175.50 |
| B280 Generating Assets | | | | | |
| R. Wagner | 04/30/14 | Discuss contract issues with A. Catto regarding generating facility and analyze draft amendments and settlement documents with respect thereto. | 1.50 | 515.00 | 772.50 |

# McDermott
# Will & Emery

Luminant Energy Company

Client:        093681
Invoice:       2694022
Invoice Date:  10/17/2014

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| R. Wagner | 05/01/14 | Draft, review and revise amendment to gas purchase agreement and attend to discussions and emails regarding same with A. Catto and T. Silvey. | 1.50 | 515.00 | 772.50 |
| R. Wagner | 05/02/14 | Attend to discussions with company counsel regarding contract counterparty issues and emails regarding same (1.3); Discuss forward contract and swap issues with A. Catto and attend to research regarding same. (1.8). | 3.10 | 515.00 | 1,596.50 |
| R. Wagner | 05/05/14 | Attend to review and analysis of documents drafted in connection with nuclear plant issues. | 2.00 | 515.00 | 1,030.00 |
| I. Catto | 05/06/14 | Review and analyze potential transaction restructuring documents (2.8); telephone conference re potential transaction restructuring (.5). | 3.30 | 850.00 | 2,805.00 |
| R. Wagner | 05/06/14 | Attend to review and analysis of documents in connection with nuclear plant and related issues, draft chart containing key provisions of same and discuss same with A. Catto. | 7.20 | 515.00 | 3,708.00 |
| R. Wagner | 05/07/14 | Attend to discussions with W. Lamb regarding contract amendment issues in connection with certain supply agreements and follow-up analyses regarding same (1.5). Attend to review and analysis of documents drafted in connection with nuclear plant and related issues, draft chart containing key provisions of same (1.7); review and analyze releases in connection with certain agreements and discuss same with A. Catto and T. Silvey.(2.0) | 5.20 | 515.00 | 2,678.00 |

# McDermott
# Will & Emery

Luminant Energy Company

| | | Client: | 093681 |
| --- | --- | --- | --- |
| | | Invoice: | 2694022 |
| | | Invoice Date: | 10/17/2014 |

| Timekeeper | Date | Description | Hours | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| R. Wagner | 05/22/14 | Attend to research and analysis with respect to rail transportation contract rejection issues and discuss same with A. Catto. | 2.20 | 515.00 | 1,133.00 |
| R. Wagner | 05/29/14 | Attend to research and analysis of insurance cancellation/automatic stay issues and calls with A. Catto regarding same. | 1.60 | 515.00 | 824.00 |
| | | | | | 15,319.50 |

B330 Non-Working Travel

| Timekeeper | Date | Description | Hours | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| R. Wagner | 05/02/14 | Travel from Dallas to New York. | 6.50 | 257.50 | 1,673.75 |
| R. Wagner | 05/04/14 | Travel from New York to Dallas. | 7.50 | 257.50 | 1,931.25 |
| I. Catto | 05/05/14 | Travel from Newark to Dallas. (Bill at .5 rate) | 3.00 | 425.00 | 1,275.00 |
| I. Catto | 05/09/14 | Return travel from Dallas to Newark. [Bill at .5 rate.] | 3.00 | 425.00 | 1,275.00 |
| R. Wagner | 05/09/14 | Travel from Dallas to New York. | 6.50 | 257.50 | 1,673.75 |
| R. Wagner | 05/19/14 | Travel from New York to Dallas. | 6.80 | 257.50 | 1,751.00 |
| I. Catto | 05/22/14 | Travel from Dallas to Newark.[Bill at 1/2 rate.] | 3.50 | 425.00 | 1,487.50 |
| R. Wagner | 05/22/14 | Travel from Dallas to New York. | 7.60 | 257.50 | 1,957.00 |
| | | | | | 13,024.25 |

| | **Total** | | | | **$200,752.75** |
| --- | --- | --- | --- | --- | --- |

## Task Code Summary

| Task Code | Description | Hours | Amount |
| --- | --- | --- | --- |
| B110 | Case Administration | 35.90 | 18,240.50 |
| B160 | Fee/Employment Applications | 27.40 | 14,993.00 |
| B270 | Energy Trading | 173.10 | 139,175.50 |
| B280 | Generating Assets | 27.60 | 15,319.50 |
| B330 | Non-Working Travel | 44.40 | 13,024.25 |
| | | 308.40 | 200,752.75 |

# McDermott
# Will & Emery

Luminant Energy Company

| | |
|---|---|
| Client: | 093681 |
| Invoice: | 2694022 |
| Invoice Date: | 10/17/2014 |

**Costs and Other Charges**

| Description | Amount |
|---|---|
| Binding | 12.50 |
| Business Meals | 60.12 |
| Computer Assisted Research | 3,081.99 |
| Express Mail | 249.74 |
| Telecommunications | 99.30 |
| Transportation/Parking | 830.12 |
| Travel Expenses | 20,496.88 |
| **Total Costs and Other Charges** | **$24,830.65** |
| **Total This Invoice** | **$225,583.40** |

# McDermott
# Will & Emery

340 Madison Avenue
New York, NY  10173-1922
+1 212 547 5400

Luminant Energy Company
Invoice: 2694022

10/17/2014

## Invoice Totals

| Matter Name | Hours | Fees | Costs and Other Charges | Retainer | Total |
|---|---|---|---|---|---|
| 0012  Energy Future Holdings Chapter 11 | 308.40 | 200,752.75 | 24,830.65 | 0.00 | 225,583.40 |

U.S. practice conducted through McDermott Will & Emery LLP.

# McDermott Will & Emery

**Invoice**

340 Madison Avenue
New York, NY  10173-1922
+1 212 547 5400

Luminant Energy Company
1601 Bryant Street
Dallas, TX  75201

| | |
|---|---|
| Client: | 093681 |
| Invoice: | 2698993 |
| Invoice Date: | 10/17/2014 |

---

## Client Copy
### Billing for services rendered through 06/30/2014

---

0012 Energy Future Holdings Chapter 11

| | |
|---|---|
| Total Services | $ 115,499.50 |
| Total Costs and Other Charges Posted Through Billing Period | 19,832.26 |
| **Total This Invoice** | **$ 135,331.76** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

340 Madison Avenue
New York, NY 10173-1922
+1 212 547 5400

10/17/2014

Invoice: 2698993
Client: 093681

Luminant Energy Company
1601 Bryant Street
Dallas, TX 75201

For Services Rendered in Connection with:

Matter: 0012          Energy Future Holdings Chapter 11

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| B110 Case Administration | | | | | |
| R. Wagner | 06/18/14 | Attend to conflicts and waiver issues and coordinate screening restrictions. | 1.20 | 515.00 | 618.00 |
| R. Wagner | 06/19/14 | Attend to conflicts and waiver issues and coordinate screening restrictions. | 1.00 | 515.00 | 515.00 |
| R. Wagner | 06/20/14 | Attend to conflicts and waiver issues and coordinate screening restrictions. | 0.20 | 515.00 | 103.00 |
| | | | | | 1,236.00 |
| B160 Fee/Employment Applications | | | | | |
| R. Wagner | 06/02/14 | Attend to interim comp procedures motion issues and discuss same with A. Catto. | 0.80 | 515.00 | 412.00 |
| R. Wagner | 06/03/14 | Attend to interim comp procedures motion issues and discuss same with A. Catto. | 0.50 | 515.00 | 257.50 |
| R. Wagner | 06/10/14 | Attend to retention, budget and scheduling discussions with K&E and A. Catto. | 0.60 | 515.00 | 309.00 |
| R. Wagner | 06/26/14 | Attend to emails and discussions with A. Catto regarding retention issues and timing issues related thereto. | 0.50 | 515.00 | 257.50 |
| | | | | | 1,236.00 |

# McDermott
# Will & Emery

| Luminant Energy Company | | | Client: | 093681 |
|---|---|---|---|---|
| | | | Invoice: | 2698993 |
| | | | Invoice Date: | 10/17/2014 |

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **B270 Energy Trading** | | | | | |
| I. Catto | 06/01/14 | Review and revise draft trading supplement. | 2.70 | 850.00 | 2,295.00 |
| I. Catto | 06/02/14 | Review counterparty trading order comments and telephone conference with counterparty re trading order (.7); review and analyze customer programs refund matter (.4). | 1.10 | 850.00 | 935.00 |
| R. Wagner | 06/02/14 | Review and analyze recently-filed pleadings in connection with DIP/trading issues, attend to DIP-related trading issues and discuss same with A. Catto. | 2.50 | 515.00 | 1,287.50 |
| I. Catto | 06/03/14 | Conference with T. Eaton, B. Fleming, A. Moavu, M. Neisler re collateral cap reconciliation (2.0); review analysis re potential QSE transaction (1.4); conferences with T. Silvey and K&E re QSE transaction (.6); review and revise draft counterparty ISDA (2.3); review credit agreement and draft asset-backed ISDA (1.8). | 8.10 | 850.00 | 6,885.00 |
| R. Wagner | 06/03/14 | Attend to DIP-related trading issues and discuss same with A. Catto. | 1.40 | 515.00 | 721.00 |
| I. Catto | 06/04/14 | Review draft counterparty first lien ISDA (1.2); review counterparty motion re wind (.5); conferences with T. Silvey, J. Bys, S. Muscato re counterparty motion and negotiations (2.2); analyze DIP and draft first lien transaction documents (2.9). | 6.80 | 850.00 | 5,780.00 |
| R. Wagner | 06/04/14 | Attend to emails and calls with A. Catto regarding settlement procedures motion and related issues. | 0.70 | 515.00 | 360.50 |

# McDermott
# Will & Emery

| Luminant Energy Company | | | Client: | 093681 |
| | | | Invoice: | 2698993 |
| | | | Invoice Date: | 10/17/2014 |

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| I. Catto | 06/05/14 | Revisions to trading orders and conferences with T. Silvey, B. Schartz, T. Nutt re trading order (4.1); analyze wind PPAs and conferences with T. Silvey and counterparty counsel re motion (2.4); review DIP and draft first lien transaction documents (3.3); telephone conferences with A. Mena re DIP (.3). | 10.10 | 850.00 | 8,585.00 |
| I. Catto | 06/06/14 | Review revisions to trading order (1.7); review counterparty ISDA amendment (.6); conferences with T. Silvey re trading arrangements (1.2). | 3.50 | 850.00 | 2,975.00 |
| I. Catto | 06/09/14 | Prepare for conference re disposition of wholesale trading contract (.8); conference with T. Silvey, C. Morrow, J. Hoe, M. Neisler re wholesale trading contract (1.0); review and revise draft negotiation letter re wind PPAs (.9); conferences with T. Silvey and J. Bys re wind PPAs (2.1). | 4.80 | 850.00 | 4,080.00 |
| I. Catto | 06/10/14 | Conference with T. Zolnerowich, T. Silvey, D. Patrick, T. randall, M. Goering re rail car transport (1.0); analyze wind counterparty matter (.9); conference with T. Silvey, S. Moore, D. Kelly, J. Bys, E. Bergman, et al re wind counterparty (.7); review and revise draft declaration (2.1). | 4.70 | 850.00 | 3,995.00 |

# McDermott
# Will & Emery

Luminant Energy Company

Client:      093681
Invoice:      2698993
Invoice Date:      10/17/2014

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| I. Catto | 06/11/14 | Review DIP and security agreement and analyze necessary amendment (2.7); conferences with T. Silvey and J. Bys and telephone conferences with counterparty counsel re wind PPA negotiation (2.8); review TCA re wind PPA (.5); review and revise draft prop declaration (1.1); conference with T. Nutt, T. Silvey, G. Santos, K. Frazier, J. Hoe re prop declaration (1.0). | 8.10 | 850.00 | 6,885.00 |
| R. Wagner | 06/11/14 | Attend to research and analysis of safe harbor termination waiver issues and discussions of same with A. Catto. | 1.70 | 515.00 | 875.50 |
| I. Catto | 06/12/14 | Review and revise draft declaration (1.4); review draft Security Agreement amendment (.6); conferences with T. Silvey re retail transactions and wind dispute (1.1). | 3.10 | 850.00 | 2,635.00 |
| R. Wagner | 06/12/14 | Review and discuss customer programs motion and interim/final orders with A. Catto and attend to issues regarding retail gas agreements in connection with same (1.0); Attend to research and analysis regarding potential automatic stay issues in relation to assumed customer agreements and discuss same with A. Catto. (1.4). | 2.40 | 515.00 | 1,236.00 |
| I. Catto | 06/13/14 | Review and revise draft declaration. | 1.20 | 850.00 | 1,020.00 |
| I. Catto | 06/16/14 | Review and revise draft first lien transaction documents (2.1); review and revise draft ISDA (1.4). | 3.50 | 850.00 | 2,975.00 |

# McDermott
# Will & Emery

Luminant Energy Company

Client:        093681
Invoice:       2698993
Invoice Date:  10/17/2014

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| I. Catto | 06/17/14 | Conference with M. Owen and T. Silvey re swap transactions (1.0); review and revise draft first lien transaction documents (2.1); review draft TCA (.6); review and revise draft settlement motion (1.7); conference with M. MacFarland and T. Silvey re trading (2.5). | 7.90 | 850.00 | 6,715.00 |
| R. Wagner | 06/17/14 | Attend to waiver issues and discuss same with A. Catto. | 1.50 | 515.00 | 772.50 |
| I. Catto | 06/18/14 | Telephone conference with potential trading counterparty counsel re draft trading documents (.6); review draft ISDA transaction documents (1.9); review and revise draft procedures motion (2.9); conferences with T. Silvey re open trading matters (1.7). | 7.10 | 850.00 | 6,035.00 |
| R. Wagner | 06/18/14 | Review and analyze TCEH DIP and Trading final orders, TCEH credit agreement and related documents in connection with potential trading/guarantee issues and discuss same with A. Catto. (2.6); Discuss prop trading issues with A. Catto. (.5). | 3.10 | 515.00 | 1,596.50 |
| I. Catto | 06/19/14 | Review and revise draft TCA agreements for three wind PPAs (3.1); review and revise side letter and TCA for PPA (1.0); review and revise draft trading agreement and credit support annex (1.8); provide legal support to trade floor (1.7). | 7.60 | 850.00 | 6,460.00 |
| R. Wagner | 06/19/14 | Review and analyze TCEH DIP final order, TCEH credit agreement and related documents in connection with potential trading/guarantee issues and discuss same with A. Catto. | 3.20 | 515.00 | 1,648.00 |

# McDermott
# Will & Emery

| Luminant Energy Company | | | Client: | 093681 |
| | | | Invoice: | 2698993 |
| | | | Invoice Date: | 10/17/2014 |

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| I. Catto | 06/20/14 | Conferences with J. Bys re trading agreements (1.1); review and revise draft EEI and ISDA trading agreements (2.4). | 3.50 | 850.00 | 2,975.00 |
| I. Catto | 06/23/14 | Telephone conference with K&E re potential transaction (.3); review and revise draft declaration (1.4); review TCAs (.6); review and revise draft ISDA transaction documents (3.4); conferences with J. Bys re potential trading agreements (.8). | 6.50 | 850.00 | 5,525.00 |
| I. Catto | 06/24/14 | Review and revise draft ISDA amendment (2.9); review and revise draft EEI and ISDA agreements and collateral annexes (2.6); review and analyze terminated ISDA (.8); conferences with J. Bys (1.1). | 7.40 | 850.00 | 6,290.00 |
| I. Catto | 06/25/14 | Review and analyze ISDA (.8); review and revise draft EEI agreement and collateral annex (2.7); review and revise draft collateral annex (1.8); conferences with J. Bys re potential counterparties (1.1). | 6.40 | 850.00 | 5,440.00 |
| I. Catto | 06/26/14 | Conference with M. Neisler, T. Nutt, J. Ho re collateral report (.5); draft ISDA amendment (2.0); conference with M. Neisler re trading credit thresholds (.8); review proposed PPA draft (.9) | 4.20 | 850.00 | 3,570.00 |
| | | | | | 100,552.50 |

B310 Claims Administration and Objections

| R. Wagner | 06/26/14 | Attend to discussions with A. Catto regarding potential bar date issues. | 0.40 | 515.00 | 206.00 |
| | | | | | 206.00 |

B330 Non-Working Travel

| R. Wagner | 06/01/14 | Travel from NY to Dallas. | 6.20 | 257.50 | 1,596.50 |

# McDermott
# Will & Emery

Luminant Energy Company

Client: 093681
Invoice: 2698993
Invoice Date: 10/17/2014

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| I. Catto | 06/06/14 | Return travel from Dallas. [Bill at 1/2 time.] | 3.10 | 425.00 | 1,317.50 |
| R. Wagner | 06/06/14 | Travel from Dallas to NY. | 6.30 | 257.50 | 1,622.25 |
| R. Wagner | 06/16/14 | Travel from NY to Dallas. | 6.20 | 257.50 | 1,596.50 |
| I. Catto | 06/20/14 | Travel from Dallas. [Bill at 1/2 rate.] | 3.50 | 425.00 | 1,487.50 |
| R. Wagner | 06/20/14 | Travel from Dallas to NY. | 6.50 | 257.50 | 1,673.75 |
| I. Catto | 06/23/14 | Travel to Dallas.  [Bill at 1/2.] | 4.00 | 425.00 | 1,700.00 |
| I. Catto | 06/26/14 | Return travel from Dallas. [Bill at 1/2 rate.] | 3.00 | 425.00 | 1,275.00 |
| | | | | | 12,269.00 |

**Total** **$115,499.50**

## Task Code Summary

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| B110 | Case Administration | 2.40 | 1,236.00 |
| B160 | Fee/Employment Applications | 2.40 | 1,236.00 |
| B270 | Energy Trading | 124.80 | 100,552.50 |
| B310 | Claims Administration and Objections | 0.40 | 206.00 |
| B330 | Non-Working Travel | 38.80 | 12,269.00 |
| | | 168.80 | 115,499.50 |

## Costs and Other Charges

| Description | Amount |
|---|---|
| Computer Assisted Research | 1,655.30 |
| Express Mail | 324.55 |
| Telecommunications | 133.80 |
| Transportation/Parking | 581.96 |
| Travel Expenses | 17,136.65 |

**Total Costs and Other Charges** **$19,832.26**

**Total This Invoice** **$135,331.76**

# McDermott
# Will & Emery

340 Madison Avenue
New York, NY  10173-1922
+1 212 547 5400

Luminant Energy Company
Invoice: 2698993

10/17/2014

## Invoice Totals

| Matter Name | Hours | Fees | Costs and Other Charges | Retainer | Total |
|---|---|---|---|---|---|
| 0012  Energy Future Holdings Chapter 11 | 168.80 | 115,499.50 | 19,832.26 | 0.00 | 135,331.76 |

# McDermott
# Will & Emery

**Invoice**

340 Madison Avenue
New York, NY  10173-1922
+1 212 547 5400

Luminant Energy Company
1601 Bryant Street
Dallas, TX  75201

| | |
|---|---|
| Client: | 093681 |
| Invoice: | 2698994 |
| Invoice Date: | 10/17/2014 |

## Client Copy
### Billing for services rendered through 07/31/2014

0012 Energy Future Holdings Chapter 11

| | |
|---|---|
| Total Services | $ 54,849.00 |
| Total Costs and Other Charges Posted Through Billing Period | 12,164.57 |
| **Total This Invoice** | **$ 67,013.57** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

340 Madison Avenue
New York, NY 10173-1922
+1 212 547 5400

10/17/2014

Invoice: 2698994
Client: 093681

Luminant Energy Company
1601 Bryant Street
Dallas, TX 75201

For Services Rendered in Connection with:

Matter: 0012          Energy Future Holdings Chapter 11

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| B160 Fee/Employment Applications | | | | | |
| R. Wagner | 07/07/14 | Attend to discussions with A. Catto and client regarding pending retention application and issues associated therewith. | 0.80 | 515.00 | 412.00 |
| R. Wagner | 07/24/14 | Attend to emails and discussions with T. Walsh regarding retention issues. | 0.70 | 515.00 | 360.50 |
| R. Wagner | 07/28/14 | Attend to emails with A. Catto regarding retention issues and review of docket and recently-filed pleadings in connection with same. | 0.70 | 515.00 | 360.50 |
| R. Wagner | 07/29/14 | Attend to emails with A. Catto regarding retention issues and review of docket and recently-filed pleadings in connection with same. | 0.50 | 515.00 | 257.50 |
| | | | | | 1,390.50 |
| B270 Energy Trading | | | | | |
| I. Catto | 07/01/14 | Review and revise draft EEI power agreement (.6); telephone conference with T. Silvey re draft EEI (.3); review draft collateral report (.4); review draft PPA amendment (.6); telephone conference with J. Bys and T. Silvey re PPAs (.5). | 2.40 | 850.00 | 2,040.00 |

# McDermott
# Will & Emery

Luminant Energy Company

Client:        093681
Invoice:       2698994
Invoice Date:  10/17/2014

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| I. Catto | 07/02/14 | Review and revise draft EEI agreement (1.1). | 1.10 | 850.00 | 935.00 |
| I. Catto | 07/03/14 | Telephone conference with T. Silvey and J. Bys re trading claim strategy (.5); telephone conferences with T. Silvey, T. Nutt, and counterparty counsel re negotiations for termination motion (1.6). | 2.10 | 850.00 | 1,785.00 |
| I. Catto | 07/07/14 | Conferences with T. Silvey, J. Bys, and K&E re wind contracts, termination motion and TCAs (3.2). | 3.20 | 850.00 | 2,720.00 |
| I. Catto | 07/08/14 | Conference with T. Nutt, J. Ho, T. Silvey, A&M re contract analysis and assumption (.5); conferences with T. Silvey, J. Bys and K&E re wind TCAs and termination motion (2.4); review execution TCAs (.8). | 3.70 | 850.00 | 3,145.00 |
| R. Wagner | 07/08/14 | Discuss positions and strategy with A. Catto in connection with negotiations with trading counterparty. (.8); Research and analysis regarding executory contract issues in connection with various trading agreements. (2.8). | 3.60 | 515.00 | 1,854.00 |
| I. Catto | 07/09/14 | Review material contracts matrix (1.6); conferences with T. Silvey and J. Bys re trading contracts (1.2). | 2.80 | 850.00 | 2,380.00 |
| R. Wagner | 07/09/14 | Research and analysis regarding executory contract issues in connection with various trading agreements. | 3.20 | 515.00 | 1,648.00 |
| I. Catto | 07/10/14 | Conference with coal team and T. Silvey re coal contracts (1.0); review terminated contract payment amount (.4); review revised analysis re uranium and coal commodity contracts (1.1). | 2.50 | 850.00 | 2,125.00 |
| R. Wagner | 07/10/14 | Attend to executory contract and trading issues. | 1.50 | 515.00 | 772.50 |

# McDermott
# Will & Emery

Luminant Energy Company

Client:        093681
Invoice:       2698994
Invoice Date:  10/17/2014

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| I. Catto | 07/11/14 | Review revised draft ISDA. | 0.80 | 850.00 | 680.00 |
| I. Catto | 07/14/14 | Review and revise draft ISDA (1.4); conferences with T. Silvey re trading agreements (1.5). | 2.90 | 850.00 | 2,465.00 |
| R. Wagner | 07/14/14 | Attend to analysis of recently-filed pleadings in connection with trading counterparty issues and discuss same with A. Catto. | 2.50 | 515.00 | 1,287.50 |
| I. Catto | 07/15/14 | Review and revise draft ISDA agreement (2.1); conferences with T. Silvey and M. Weinberg re counterparty credit issue (1.3); review and analyze customer programs charitable contribution issue (1.6);  conference with T. Silvey re customer programs issue (.5). | 5.50 | 850.00 | 4,675.00 |
| I. Catto | 07/17/14 | Review and revise draft ISDA and CSA (2.0); review draft amendment insert (.6). | 2.60 | 850.00 | 2,210.00 |
| I. Catto | 07/21/14 | Review counterparty draft ISDA comments and telephone conference with T. Silvey (.8); telephone conference with K&E re wind contracts (.3). | 1.10 | 850.00 | 935.00 |
| I. Catto | 07/24/14 | Review counterparty proposed draft ISDA agreement. | 1.00 | 850.00 | 850.00 |
| I. Catto | 07/25/14 | Prepare for telephone conference with T. Silvey and J. Bys re draft ISDA (.8); telephone conference with T. Silvey and J. Bys re draft ISDA (.6). | 1.40 | 850.00 | 1,190.00 |
| I. Catto | 07/28/14 | Review counterparty comments and revise multiple draft ISDA agreements (4.6); conference with T. Silvey (.5). | 5.10 | 850.00 | 4,335.00 |

# McDermott
# Will & Emery

Luminant Energy Company

Client: 093681
Invoice: 2698994
Invoice Date: 10/17/2014

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| I. Catto | 07/29/14 | Conferences with T. Silvey re draft trading agreements (1.1); telephone conference with counterparty counsel re draft agreement (.3); review and revise draft agreements (1.8). | 3.20 | 850.00 | 2,720.00 |
| I. Catto | 07/30/14 | Telephone conferences with counterparty counsel (.4); review and revise draft trading agreements (4.2). | 4.60 | 850.00 | 3,910.00 |
| I. Catto | 07/31/14 | Review final drafts of trading agreement and credit support. | 0.80 | 850.00 | 680.00 |
| | | | | | 45,342.00 |
| B330 Non-Working Travel | | | | | |
| I. Catto | 07/07/14 | Travel to Dallas. | 2.60 | 425.00 | 1,105.00 |
| R. Wagner | 07/07/14 | Travel from NY to Dallas. | 6.70 | 257.50 | 1,725.25 |
| I. Catto | 07/10/14 | Travel from Dallas. | 3.00 | 425.00 | 1,275.00 |
| R. Wagner | 07/11/14 | Travel from Dallas to New York. | 6.50 | 257.50 | 1,673.75 |
| I. Catto | 07/28/14 | Travel to Dallas. | 3.00 | 425.00 | 1,275.00 |
| I. Catto | 07/30/14 | Return travel from Dallas. | 2.50 | 425.00 | 1,062.50 |
| | | | | | 8,116.50 |

**Total**                                                           **$54,849.00**

## Task Code Summary

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| B160 | Fee/Employment Applications | 2.70 | 1,390.50 |
| B270 | Energy Trading | 57.60 | 45,342.00 |
| B330 | Non-Working Travel | 24.30 | 8,116.50 |
| | | 84.60 | 54,849.00 |

## Costs and Other Charges

| Description | Amount |
|---|---|
| Telecommunications | 84.15 |

# McDermott
# Will & Emery

Luminant Energy Company

Client:           093681
Invoice:          2698994
Invoice Date:     10/17/2014

| Description | Amount |
| --- | --- |
| Transportation/Parking | 223.88 |
| Travel Expenses | 11,856.54 |
| **Total Costs and Other Charges** | **$12,164.57** |
| **Total This Invoice** | **$67,013.57** |

# McDermott
# Will & Emery

340 Madison Avenue
New York, NY  10173-1922
+1 212 547 5400

Luminant Energy Company
Invoice: 2698994

10/17/2014

## Invoice Totals

| Matter Name | Hours | Fees | Costs and Other Charges | Retainer | Total |
|---|---|---|---|---|---|
| 0012  Energy Future Holdings Chapter 11 | 84.60 | 54,849.00 | 12,164.57 | 0.00 | 67,013.57 |

U.S. practice conducted through McDermott Will & Emery LLP.

# McDermott
# Will & Emery

**Invoice**

340 Madison Avenue
New York, NY  10173-1922
+1 212 547 5400

Luminant Energy Company
1601 Bryant Street
Dallas, TX  75201

| | |
|---|---|
| Client: | 093681 |
| Invoice: | 2698995 |
| Invoice Date: | 10/17/2014 |

## Client Copy
### Billing for services rendered through 08/31/2014

0012 Energy Future Holdings Chapter 11

| | |
|---|---|
| Total Services | $ 102,933.00 |
| Total Costs and Other Charges Posted Through Billing Period | 15,338.95 |
| **Total This Invoice** | **$ 118,271.95** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

340 Madison Avenue
New York, NY  10173-1922
+1 212 547 5400

10/17/2014

Invoice: 2698995
Client: 093681

Luminant Energy Company
1601 Bryant Street
Dallas, TX  75201

For Services Rendered in Connection with:

Matter: 0012          Energy Future Holdings Chapter 11

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| B110 Case Administration | | | | | |
| J. Kaylor-Brett | 08/06/14 | Review binders and send same to R. Wagner. | 0.40 | 315.00 | 126.00 |
| J. Kaylor-Brett | 08/12/14 | Revise binders re MWE's retention application per R. Wagner. | 0.60 | 315.00 | 189.00 |
| | | | | | 315.00 |
| | | | | | |
| B160 Fee/Employment Applications | | | | | |
| R. Wagner | 08/08/14 | Attend to discussions and emails with A. Catto and K&E regarding retention issues. | 0.50 | 515.00 | 257.50 |
| R. Wagner | 08/12/14 | Attend to retention issues and discussions with A. Catto and J. Kaylor-Brett regarding same. | 1.30 | 515.00 | 669.50 |
| R. Wagner | 08/13/14 | Attend to responses to UST's comments regarding McDermott retention application and discuss same with A. Catto. | 1.20 | 515.00 | 618.00 |
| R. Wagner | 08/14/14 | Attend to retention application and related disclosure issues and discussions with accounting and conflicts personnel regarding same. | 1.50 | 515.00 | 772.50 |

# McDermott
# Will & Emery

Luminant Energy Company

| | | | Client: | 093681 |
| | | | Invoice: | 2698995 |
| | | | Invoice Date: | 10/17/2014 |

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| R. Wagner | 08/15/14 | Attend to conflicts issues and coordinate with conflicts personnel regarding same (2.4); Attend to discussions with A. Catto and Kirkland regarding budget and staffing issues in connection with retention (.7). | 3.10 | 515.00 | 1,596.50 |
| R. Wagner | 08/16/14 | Attend to conflicts issues and coordinate with conflicts personnel regarding same. | 1.00 | 515.00 | 515.00 |
| R. Wagner | 08/17/14 | Attend to conflicts issues and coordinate with conflicts personnel regarding same. | 1.30 | 515.00 | 669.50 |
| R. Wagner | 08/18/14 | Attend to conflicts issues and analysis (2.2); Attend to issues in response to UST's inquiries. (1.5). | 3.70 | 515.00 | 1,905.50 |
| R. Wagner | 08/19/14 | Attend to discussions and emails with K&E and A. Catto regarding retention issues and review and analysis of same (2.5). Attend to conflicts issues. (1.0) | 3.50 | 515.00 | 1,802.50 |
| R. Wagner | 08/20/14 | Attend to review and analysis of conflicts issues. (1.8); Calls with K&E and A. Catto regarding retention and scheduling issues. (.5). | 2.30 | 515.00 | 1,184.50 |
| R. Wagner | 08/21/14 | Attend to budget, staffing and conflict issues. | 1.70 | 515.00 | 875.50 |
| R. Wagner | 08/22/14 | Attend to retention and scheduling issues and discuss same with K&E. | 0.40 | 515.00 | 206.00 |
| R. Wagner | 08/25/14 | Attend to conflicts issues (1.7); Draft budget and staffing memorandum. (2.1). | 3.80 | 515.00 | 1,957.00 |
| R. Wagner | 08/26/14 | Draft, review and revise budget and staffing memorandum and discuss same with A. Catto. (3.5); Attend to conflicts issues. (1.2). | 4.70 | 515.00 | 2,420.50 |
| R. Wagner | 08/27/14 | Attend to conflicts issues and discuss same with A. Catto. | 1.20 | 515.00 | 618.00 |

# McDermott
# Will & Emery

Luminant Energy Company

Client: 093681
Invoice: 2698995
Invoice Date: 10/17/2014

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| R. Wagner | 08/29/14 | Attend to emails regarding US Trustee inquiries regarding retention application and review supplemental declaration and revised proposed order. | 0.80 | 515.00 | 412.00 |
| | | | | | 16,480.00 |
| **B270 Energy Trading** | | | | | |
| I. Catto | 08/04/14 | Review transaction documents and CSA (1.4); review counterparty comments to draft ISDA (.7). | 2.10 | 850.00 | 1,785.00 |
| I. Catto | 08/05/14 | Review draft agreement and prepare for telephone conference with counterparty counsel (1.1); analyze fuel oil matter and prepare draft stipulation (1.5). | 2.60 | 850.00 | 2,210.00 |
| R. Wagner | 08/05/14 | Attend to research, and discussions/emails with A. Catto regarding potential bar date issues and negotiations with counterparties (1.5); Attend to issues regarding potential resolution of prepetition claims of certain counterparties and related setoff issues (2.5). | 4.00 | 515.00 | 2,060.00 |
| I. Catto | 08/06/14 | Review and revise draft ISDA (2.2); review fuel supplier termination and setoff matter (2.3). | 5.50 | 850.00 | 4,675.00 |
| R. Wagner | 08/06/14 | Attend to issues and research regarding potential resolution of prepetition claims of certain counterparties. | 2.00 | 515.00 | 1,030.00 |
| I. Catto | 08/07/14 | Review draft trading agreement and proposed thresholds (1.7); review and analyze fuel supply agreement and correspondence with commercial team (1.8); conferences with T. Silvey and J. Bys re trading agreements (1.3). | 4.80 | 850.00 | 4,080.00 |

# McDermott
# Will & Emery

Luminant Energy Company

| | | Client: | 093681 |
| | | Invoice: | 2698995 |
| | | Invoice Date: | 10/17/2014 |

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| R. Wagner | 08/07/14 | Attend to issues and research regarding potential resolution of prepetition claims of certain counterparties (.7); Attend to setoff research (.5); Draft stipulation resolving prepetition claim of counterparty and attend to emails regarding same. (2.0). | 3.20 | 515.00 | 1,648.00 |
| I. Catto | 08/08/14 | Review final drafts of ISDA and collateral annex (1.7); review and revise draft settlement motion and declaration (2.5). | 4.20 | 850.00 | 3,570.00 |
| I. Catto | 08/12/14 | Review and analyze rail transportation contract matter and conferences with T. Silvey and R. Talley (3.1); review customer programs motion and order re program matter and conference with T. Silvey re same (1.6). | 4.70 | 850.00 | 3,995.00 |
| I. Catto | 08/13/14 | Conference with T. Silvey, T. Nutt and K&E re draft motion (.8); review and revise draft motion and order (2.9); conference R. Talley and T. Silvey re rail transportation (.5); review and analyze rail transportation issue (2.6). | 6.80 | 850.00 | 5,780.00 |
| I. Catto | 08/14/14 | Review revise draft motion and order (.7); review draft trading agreement and conference with T. Silvey (1.6); review draft correspondence with trading counterparty (.5). | 2.80 | 850.00 | 2,380.00 |
| I. Catto | 08/15/14 | Review coal rail transport matter (2.2); conferences with T. Silvey and R. Talley re rail transport matter (.4); review counterparty trading matter (.5). | 3.10 | 850.00 | 2,635.00 |

# McDermott
# Will & Emery

| Luminant Energy Company | | | Client: | 093681 |
| | | | Invoice: | 2698995 |
| | | | Invoice Date: | 10/17/2014 |

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| R. Wagner | 08/15/14 | Attend to stipulation with counterparty resolving prepetition claims. | 0.60 | 515.00 | 309.00 |
| C. Bloom | 08/18/14 | Review contract at issue and associated invoices (1.0); Research and review AAR Rules and AAR informational website (3.5); Discuss issues with A. Catto (0.2); Draft email to A. Catto regarding issues and analysis in connection therewith (1.0); | 5.70 | 405.00 | 2,308.50 |
| I. Catto | 08/18/14 | Prepare for conference re conference with T. Silvey and J. Bys re contract disposition strategy (.8); conference with T. Silvey and J. Bys (.5); prepare for telephone conference with counterparty re terminated contract (.8); conference with T. Silvey and counterparty re terminated contracts (.6); review counterparty comments to draft agreement (.9); review correspondence re counterparty proposal (.4); attend to rail transportation matter (1.1). | 5.10 | 850.00 | 4,335.00 |
| C. Bloom | 08/19/14 | Revise analysis of AAR Rules and payment obligations, circulate to A. Catto (1.0) | 1.00 | 405.00 | 405.00 |
| I. Catto | 08/19/14 | Prepare for conference call with counterparty (.6); conference call with counterparty counsel re termination settlement (.5); review draft trading agreement (1.2); review draft termination values (2.2); review rail transportation matter (2.1). | 6.60 | 850.00 | 5,610.00 |

# McDermott
# Will & Emery

Luminant Energy Company

Client: 093681
Invoice: 2698995
Invoice Date: 10/17/2014

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| C. Bloom | 08/20/14 | Review Final Orders issued by bankruptcy court for financial reporting obligations (1.5); draft and circulate email to R. Wagner summarizing such obligations (0.5) | 2.00 | 405.00 | 810.00 |
| I. Catto | 08/20/14 | Review trading reporting requirements and availability for counterparties (1.4); examine rail transport matter (1.2); conference with M. Weinberg re counterparty trading credit thresholds (.5); conferences with T. Silvey re draft trading agreements (.9); review and revise draft order re procedures (1.1). | 5.10 | 850.00 | 4,335.00 |
| R. Wagner | 08/20/14 | Review monthly operating reports, cash collateral and trading orders and discuss same with A. Catto in connection with counterparty inquiries. | 2.50 | 515.00 | 1,287.50 |
| I. Catto | 08/21/14 | Draft memo re rail transportation issue (1.9); review revisions to trading credit support (.6); review revisions to draft order (.8). | 3.30 | 850.00 | 2,805.00 |
| I. Catto | 08/22/14 | Review and revise draft information report re trading contracts. | 0.50 | 850.00 | 425.00 |
| I. Catto | 08/26/14 | Review and revise draft order (.6); conference with T. Silvey re potential trading agreement (1.1); review and revise draft trading agreement (1.0). | 2.70 | 850.00 | 2,295.00 |
| I. Catto | 08/27/14 | Review and revise draft trading agreement (1.9); review and revise draft order (2.0); conference with S. Smedley J. Ho, T. Silvey and J. Bys re strategy (1.2); conference with T. Silvey, J. Ho, and contract team re contract disposition (1.0). | 6.10 | 850.00 | 5,185.00 |

# McDermott
# Will & Emery

| | | | | | |
|---|---|---|---|---|---|
| Luminant Energy Company | | | Client: | | 093681 |
| | | | Invoice: | | 2698995 |
| | | | Invoice Date: | | 10/17/2014 |

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| I. Catto | 08/29/14 | Prepare for conference with J. Bys (.7); conference with J. Bys and T. Silvey re wind contract (1.5); telephone conference with counterparty counsel re prepetition claim (.4); review comments to draft order (.4). | 3.00 | 850.00 | 2,550.00 |
| | | | | | 68,508.00 |

**B310 Claims Administration and Objections**

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| J. Kaylor-Brett | 08/05/14 | Create hearing binder for the August 11the hearings. | 0.80 | 315.00 | 252.00 |
| | | | | | 252.00 |

**B330 Non-Working Travel**

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| R. Wagner | 08/04/14 | Travel to Dallas. | 6.20 | 257.50 | 1,596.50 |
| I. Catto | 08/05/14 | Travel to Dallas. | 2.50 | 425.00 | 1,062.50 |
| I. Catto | 08/14/14 | Return from Dallas. | 3.00 | 425.00 | 1,275.00 |
| R. Wagner | 08/08/14 | Travel from Dallas to New York. | 6.70 | 257.50 | 1,725.25 |
| I. Catto | 08/12/14 | Travel to Dallas. | 2.50 | 425.00 | 1,062.50 |
| I. Catto | 08/15/14 | Return travel from Dallas. | 3.00 | 425.00 | 1,275.00 |
| I. Catto | 08/18/14 | Travel to Dallas. | 3.00 | 425.00 | 1,275.00 |
| R. Wagner | 08/18/14 | Travel from NY to Dallas. | 6.30 | 257.50 | 1,622.25 |
| I. Catto | 08/21/14 | Return travel from Dallas. | 4.00 | 425.00 | 1,700.00 |
| R. Wagner | 08/22/14 | Travel from Dallas to New York. | 6.20 | 257.50 | 1,596.50 |
| I. Catto | 08/26/14 | Travel to Dallas. | 3.50 | 425.00 | 1,487.50 |
| I. Catto | 08/29/14 | Return travel from Dallas. | 4.00 | 425.00 | 1,700.00 |
| | | | | | 17,378.00 |

| | | **Total** | | | **$102,933.00** |
|---|---|---|---|---|---|

## Task Code Summary

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| B110 | Case Administration | 1.00 | 315.00 |
| B160 | Fee/Employment Applications | 32.00 | 16,480.00 |
| B270 | Energy Trading | 90.00 | 68,508.00 |
| B310 | Claims Administration and Objections | 0.80 | 252.00 |
| B330 | Non-Working Travel | 50.90 | 17,378.00 |

# McDermott
# Will & Emery

Luminant Energy Company

Client:        093681
Invoice:       2698995
Invoice Date:  10/17/2014

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
|           |             | 174.70 | 102,933.00 |

**Costs and Other Charges**

| Description | Amount |
|-------------|--------|
| Binding | 15.00 |
| Business Meals | 116.33 |
| Computer Assisted Research | 255.40 |
| Express Mail | 15.87 |
| Telecommunications | 195.23 |
| Transportation/Parking | 749.97 |
| Travel Expenses | 13,991.15 |
| **Total Costs and Other Charges** | **$15,338.95** |
| **Total This Invoice** | **$118,271.95** |

# McDermott
# Will & Emery

340 Madison Avenue
New York, NY  10173-1922
+1 212 547 5400

Luminant Energy Company
Invoice: 2698995

10/17/2014

## Invoice Totals

| Matter Name | Hours | Fees | Costs and Other Charges | Retainer | Total |
|---|---|---|---|---|---|
| 0012  Energy Future Holdings Chapter 11 | 174.70 | 102,933.00 | 15,338.95 | 0.00 | 118,271.95 |