## Exhibit I

### Detailed Description of Expenses and Disbursements

*April 29, 2014 through May 31, 2014*

### *AIRFARE*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Ryan Wagner | May 2, 2014 | $ 75.00 | Same Day Flight Change |
| Ryan Wagner | May 4, 2014 | $ 743.00 | Airfare Round Trip Coach NY/Dallas |
| Ryan Wagner | May 9, 2014 | $ 75.00 | Same Day Flight Change |
| Ryan Wagner | May 19, 2014 | $ 917.00 | Airfare Round Trip Coach NY/Dallas |
| Iskender H. Catto | May 2, 2014 | $ 200.00 | Flight Change Fee |
| Iskender H. Catto | May 5, 2014 | $1,424.00 | Airfare Round Trip Coach NJ/Dallas |
| Iskender H. Catto | May 12, 2014 | $1,538.00 | Airfare Round Trip Coach NJ/Dallas |
| Iskender H. Catto | May 19, 2014 | $1,439.00 | Airfare Round Trip Coach NJ/Dallas |
| Iskender H. Catto | May 27, 2014 | $1,864.00 | Airfare Round Trip Coach NJ/Dallas |

**Expense Category Total:**          **$8,275.00**

### *LODGING*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Ryan Wagner | April 29, 2014 | $ 216.01 | Hotel in Dallas |
| Ryan Wagner | April 30, 2014 | $ 216.01 | Hotel in Dallas |
| Ryan Wagner | May 1, 2014 | $ 216.01 | Hotel in Dallas |
| Ryan Wagner | May 4, 2014 | $ 356.16 | Hotel in Dallas |
| Ryan Wagner | May 5, 2014 | $ 356.16 | Hotel in Dallas |
| Ryan Wagner | May 6, 2014 | $ 356.16 | Hotel in Dallas |
| Ryan Wagner | May 7, 2014 | $ 356.16 | Hotel in Dallas |
| Ryan Wagner | May 8, 2014 | $ 356.16 | Hotel in Dallas |
| Ryan Wagner | May 19, 2014 | $ 344.63 | Hotel in Dallas |
| Ryan Wagner | May 20, 2014 | $ 344.64 | Hotel in Dallas |
| Ryan Wagner | May 21, 2014 | $ 344.64 | Hotel in Dallas |
| Iskender H. Catto | April 29, 2014 | $ 323.63 | Hotel in Dallas |
| Iskender H. Catto | April 30, 2014 | $ 323.63 | Hotel in Dallas |
| Iskender H. Catto | May 1, 2014 | $ 323.63 | Hotel in Dallas |
| Iskender H. Catto | May 5, 2014 | $ 333.10 | Hotel in Dallas |
| Iskender H. Catto | May 6, 2014 | $ 337.22 | Hotel in Dallas |

| Iskender H. Catto | May 7, 2014  | $ 335.16 | Hotel in Dallas |
| Iskender H. Catto | May 8, 2014  | $ 335.16 | Hotel in Dallas |
| Iskender H. Catto | May 12, 2014 | $ 335.16 | Hotel in Dallas |
| Iskender H. Catto | May 13, 2014 | $ 335.16 | Hotel in Dallas |
| Iskender H. Catto | May 19, 2014 | $ 323.63 | Hotel in Dallas |
| Iskender H. Catto | May 20, 2014 | $ 323.63 | Hotel in Dallas |
| Iskender H. Catto | May 21, 2014 | $ 323.63 | Hotel in Dallas |
| Iskender H. Catto | May 27, 2014 | $ 261.42 | Hotel in Dallas |
| Iskender H. Catto | May 28, 2014 | $ 266.00 | Hotel in Dallas |
| Iskender H. Catto | May 29, 2014 | $ 266.00 | Hotel in Dallas |

**Expense Category Total:**              **$8,208.91**

## *MEALS*

| Professional/Service | Date | Expense | Expense Description |
| --- | --- | --- | --- |
| Ryan Wagner | April 29, 2014 | $ 17.97 | Out of Town Breakfast |
| Ryan Wagner | April 29, 2014 | $ 11.56 | Out of Town Lunch |
| Ryan Wagner | April 29, 2014 | $ 40.00 | Out of Town Dinner |
| Ryan Wagner | April 30, 2014 | $  5.30 | Out of Town Breakfast |
| Ryan Wagner | April 30, 2014 | $ 19.24 | Out of Town Lunch |
| Ryan Wagner | May 1, 2014 | $  2.83 | Out of Town Breakfast |
| Ryan Wagner | May 1, 2014 | $  8.28 | Out of Town Lunch |
| Ryan Wagner | May 1, 2014 | $ 40.00 | Out of Town Dinner |
| Ryan Wagner | May 2, 2014 | $  2.17 | Out of Town Breakfast |
| Ryan Wagner | May 2, 2014 | $  7.03 | Out of Town Lunch |
| Ryan Wagner | May 4, 2014 | $ 35.99 | Out of Town Lunch |
| Ryan Wagner | May 5, 2014 | $ 22.49 | Out of Town Breakfast |
| Ryan Wagner | May 5, 2014 | $  7.98 | Out of Town Lunch |
| Ryan Wagner | May 5, 2014 | $ 40.00 | Out of Town Dinner |
| Ryan Wagner | May 6, 2014 | $ 40.00 | Out of Town Dinner |
| Ryan Wagner | May 7, 2014 | $ 40.00 | Out of Town Dinner |
| Ryan Wagner | May 8, 2014 | $ 40.00 | Out of Town Dinner |
| Ryan Wagner | May 9, 2014 | $ 25.87 | Out of Town Lunch |
| Ryan Wagner | May 19, 2014 | $ 40.00 | Out of Town Dinner |
| Ryan Wagner | May 20, 2014 | $ 21.19 | Out of Town Breakfast |
| Ryan Wagner | May 20, 2014 | $  9.82 | Out of Town Lunch |
| Ryan Wagner | May 20, 2014 | $ 40.00 | Out of Town Dinner |
| Ryan Wagner | May 21, 2014 | $ 35.01 | Out of Town Dinner |

| Ryan Wagner | May 22, 2014 | $ 25.77 | Out of Town Lunch |
|---|---|---|---|
| Iskender H. Catto | April 29, 2014 | $ 40.00 | Out of Town Breakfast |
| Iskender H. Catto | April 30, 2014 | $162.32 | Out of Town Dinner – I. Catto, R. Wagner, G. Moore, T. Silvey - 4 |
| Iskender H. Catto | May 2, 2014 | $ 8.65 | Out of Town Lunch |
| Iskender H. Catto | May 7, 2014 | $106.87 | Out of Town Dinner – I. Catto, R. Wagner – 2 |
| Darren Azman | May 1, 2014 | $ 40.00 | Out of Town Lunch |

**Expense Category Total:**     **$951.54**

## *TRANSPORTATION*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Ryan Wagner | May 2, 2014 | $   60.00 | Taxi from Hotel to Airport |
| Ryan Wagner | May 2, 2014 | $ 163.61 | Car Service from LGA |
| Ryan Wagner | May 4, 2014 | $   87.55 | Car Service to LGA |
| Ryan Wagner | May 4, 2014 | $   58.55 | Taxi from Airport to Hotel |
| Ryan Wagner | May 9, 2014 | $   60.00 | Taxi from Hotel to Airport |
| Ryan Wagner | May 9, 2014 | $ 150.13 | Car Service from LGA |
| Ryan Wagner | May 19, 2014 | $   85.54 | Car Service to LGA |
| Ryan Wagner | May 19, 2014 | $   69.00 | Taxi from Airport to Hotel |
| Ryan Wagner | May 19, 2014 | $   43.95 | Taxi in Dallas |
| Ryan Wagner | May 22, 2014 | $   57.00 | Taxi from Hotel to Airport |
| Ryan Wagner | May 22, 2014 | $   83.54 | Car Service from LGA |
| Iskender H. Catto | May 27, 2014 | $     4.58 | Taxi in Dallas |
| Darren Azman | May 1, 2014 | $   18.75 | Round Trip Taxi from Home to Train |
| | **SUBTOTAL** | **$  942.20** | |
| Iskender H. Catto | May 5, 2014 | $ 503.85 | Car Rental |
| Iskender H. Catto | May 12, 2014 | $ 254.97 | Car Rental |
| Iskender H. Catto | May 19, 2014 | $ 319.03 | Car Rental |
| Iskender H. Catto | May 27, 2014 | $ 143.03 | Car Rental |
| | **SUBTOTAL** | **$1,220.88** | |
| Darren Azman | May 1, 2014 | $ 348.00 | Round Trip Amtrak NY/Delaware |
| | **SUBTOTAL** | **$ 348.00** | |

**Expense Category Total:**     **$2,511.08**

## *PARKING*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | April 29, 2014 | $   25.00 | Hotel Parking |

| Iskender H. Catto | April 30, 2014 | $ 25.00 | Hotel Parking |
| Iskender H. Catto | May 1, 2014 | $ 25.00 | Hotel Parking |
| Iskender H. Catto | May 2, 2014 | $ 165.00 | Airport Parking |
| Iskender H. Catto | May 2, 2014 | $ 8.00 | Parking |
| Iskender H. Catto | May 5, 2014 | $ 165.00 | Airport Parking |
| Iskender H. Catto | May 6, 2014 | $ 25.00 | Hotel Parking |
| Iskender H. Catto | May 6, 2014 | $ 25.00 | Hotel Parking |
| Iskender H. Catto | May 7, 2014 | $ 25.00 | Hotel Parking |
| Iskender H. Catto | May 8, 2014 | $ 25.00 | Hotel Parking |
| Iskender H. Catto | May 9, 2014 | $ 5.00 | Parking |
| Iskender H. Catto | May 12, 2014 | $ 99.00 | Airport Parking |
| Iskender H. Catto | May 12, 2014 | $ 10.00 | Parking |
| Iskender H. Catto | May 12, 2014 | $ 25.00 | Hotel Parking |
| Iskender H. Catto | May 13, 2014 | $ 25.00 | Hotel Parking |
| Iskender H. Catto | May 14, 2014 | $ 8.00 | Parking |
| Iskender H. Catto | May 19, 2014 | $ 25.00 | Hotel Parking |
| Iskender H. Catto | May 19, 2014 | $ 132.00 | Airport Parking |
| Iskender H. Catto | May 20, 2014 | $ 25.00 | Hotel Parking |
| Iskender H. Catto | May 21, 2014 | $ 25.00 | Hotel Parking |
| Iskender H. Catto | May 22, 2014 | $ 8.00 | Parking |
| Iskender H. Catto | May 27, 2014 | $ 25.00 | Hotel Parking |
| Iskender H. Catto | May 28, 2014 | $ 25.00 | Hotel Parking |
| Iskender H. Catto | May 29, 2014 | $ 25.00 | Hotel Parking |
| Iskender H. Catto | May 30, 2014 | $ 123.00 | Airport Parking |
| Iskender H. Catto | May 30, 2014 | $ 8.00 | Parking |

**Expense Category Total:**                                           **$1,106.00**

## *MISCELLANEOUS*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Ryan Wagner | May 2, 2014 | $ 25.00 | Checked Bag Fee |
| Ryan Wagner | May 4, 2014 | $ 25.00 | Checked Bag Fee |
| Ryan Wagner | May 9, 2014 | $ 25.00 | Checked Bag Fee |
| Ryan Wagner | May 19, 2014 | $ 12.95 | In Flight Mobile Service |
| Ryan Wagner | May 19, 2014 | $ 25.00 | Checked Bag Fee |
| Ryan Wagner | May 22, 2014 | $ 14.02 | In Flight Mobile Service |
| Ryan Wagner | May 22, 2014 | $ 25.00 | Checked Bag Fee |
| Iskender H. Catto | May 2, 2014 | $ 7.39 | Gas |
| Iskender H. Catto | May 9, 2014 | $ 8.03 | Gas |
| Iskender H. Catto | May 14, 2014 | $ 7.17 | Gas |
| Iskender H. Catto | May 22, 2014 | $ 11.34 | Gas |
| Iskender H. Catto | May 30, 2014 | $ 6.19 | Gas |

**Expense Category Total:**                              **$192.09**

### *June 1, 2014 through June 30, 2014*

### *AIRFARE*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Ryan Wagner | June 1, 2014 | $ 912.00 | Airfare Round Trip Coach NY/Dallas |
| Ryan Wagner | June 16, 2014 | $ 554.00 | Airfare Round Trip Coach NY/Dallas |
| Iskender H. Catto | June 3, 2014 | $1,434.00 | Airfare Round Trip Coach NJ/Dallas |
| Iskender H. Catto | June 9, 2014 | $1,548.00 | Airfare Round Trip Coach NJ/Dallas |
| Iskender H. Catto | June 17, 2014 | $1,544.00 | Airfare Round Trip Coach NJ/Dallas |
| Iskender H. Catto | June 23, 2014 | $1,698.00 | Airfare Round Trip Coach NJ/Dallas |

**Expense Category Total:**                              **$7,690.00**

### *LODGING*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Ryan Wagner | June 1, 2014 | $ 321.58 | Hotel in Dallas |
| Ryan Wagner | June 2, 2014 | $ 321.58 | Hotel in Dallas |
| Ryan Wagner | June 3, 2014 | $ 321.58 | Hotel in Dallas |
| Ryan Wagner | June 4, 2014 | $ 321.58 | Hotel in Dallas |
| Ryan Wagner | June 5, 2014 | $ 321.58 | Hotel in Dallas |
| Ryan Wagner | June 16, 2014 | $ 349.23 | Hotel in Dallas |
| Ryan Wagner | June 17, 2014 | $ 349.23 | Hotel in Dallas |
| Ryan Wagner | June 18, 2014 | $ 349.23 | Hotel in Dallas |
| Ryan Wagner | June 19, 2014 | $ 349.23 | Hotel in Dallas |
| Iskender H. Catto | June 3, 2014 | $ 300.58 | Hotel in Dallas |
| Iskender H. Catto | June 4, 2014 | $ 300.58 | Hotel in Dallas |
| Iskender H. Catto | June 5, 2014 | $ 295.40 | Hotel in Dallas |
| Iskender H. Catto | June 9, 2014 | $ 298.52 | Hotel in Dallas |
| Iskender H. Catto | June 10, 2014 | $ 300.58 | Hotel in Dallas |
| Iskender H. Catto | June 17, 2014 | $ 390.73 | Hotel in Dallas |
| Iskender H. Catto | June 18, 2014 | $ 394.85 | Hotel in Dallas |
| Iskender H. Catto | June 19, 2014 | $ 392.79 | Hotel in Dallas |
| Iskender H. Catto | June 23, 2014 | $ 335.16 | Hotel in Dallas |
| Iskender H. Catto | June 24, 2014 | $ 335.16 | Hotel in Dallas |
| Iskender H. Catto | June 25, 2014 | $ 335.16 | Hotel in Dallas |

**Expense Category Total:**                              **$6,684.33**

## *MEALS*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Ryan Wagner | June 1, 2014 | $ 40.00 | Out of Dinner |
| Ryan Wagner | June 2, 2014 | $ 8.28 | Out of Town Lunch |
| Ryan Wagner | June 2, 2014 | $ 40.00 | Out of Town Dinner |
| Ryan Wagner | June 4, 2014 | $ 30.01 | Out of Town Breakfast |
| Ryan Wagner | June 4, 2014 | $ 9.88 | Out of Town Lunch |
| Ryan Wagner | June 5, 2014 | $ 5.30 | Out of Town Breakfast |
| Ryan Wagner | June 5, 2014 | $ 40.00 | Out of Town Dinner |
| Ryan Wagner | June 16, 2014 | $ 6.06 | Out of Town Lunch |
| Ryan Wagner | June 16, 2014 | $ 40.00 | Out of Town Dinner |
| Ryan Wagner | June 17, 2014 | $ 18.00 | Out of Town Breakfast |
| Ryan Wagner | June 17, 2014 | $ 8.38 | Out of Town Lunch |
| Ryan Wagner | June 18, 2014 | $ 27.69 | Out of Town Breakfast |
| Ryan Wagner | June 18, 2014 | $ 9.96 | Out of Town Lunch |
| Ryan Wagner | June 19, 2014 | $ 15.00 | Out of Town Breakfast |
| Ryan Wagner | June 19, 2014 | $ 40.00 | Out of Town Dinner |
| Iskender H. Catto | June 3, 2014 | $ 10.22 | Out of Town Lunch |
| Iskender H. Catto | June 3, 2014 | $ 26.00 | Out of Town Dinner |
| Iskender H. Catto | June 5, 2014 | $ 35.07 | Out of Town Dinner |
| Iskender H. Catto | June 6, 2014 | $ 8.65 | Out of Town Dinner |
| Iskender H. Catto | June 10, 2014 | $ 19.49 | Out of Town Breakfast |
| Iskender H. Catto | June 10, 2014 | $ 40.00 | Out of Town Dinner |
| Iskender H. Catto | June 11, 2014 | $ 8.65 | Out of Town Dinner |
| Iskender H. Catto | June 17, 2014 | $ 5.14 | Out of Town Lunch |
| Iskender H. Catto | June 17, 2014 | $ 27.01 | Out of Town Lunch – I. Catto, R. Wagner - 2 |
| Iskender H. Catto | June 18, 2014 | $ 40.00 | Out of Town Dinner |
| Iskender H. Catto | June 19, 2014 | $ 28.26 | Out of Town Lunch – I. Catto, R. Wagner - 2 |
| Iskender H. Catto | June 25, 2014 | $ 11.00 | Out of Town Lunch |
| Iskender H. Catto | June 25, 2014 | $ 86.45 | Out of Town Dinner – I. Catto, G. Moor - 2 |
| Iskender H. Catto | June 26, 2014 | $ 7.84 | Out of Town Lunch |

**Expense Category Total:** **$692.34**

## *TRANSPORTATION*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Ryan Wagner | June 1, 2014 | $ 73.51 | Car Service to LGA |
| Ryan Wagner | June 1, 2014 | $ 56.00 | Taxi to Hotel from Airport |
| Ryan Wagner | June 6, 2014 | $ 62.40 | Taxi to Airport from Hotel |

| Ryan Wagner | June 6, 2014 | $ 86.54 | Car Service from LGA |
| Ryan Wagner | June 16, 2014 | $ 87.55 | Car Service to LGA |
| Ryan Wagner | June 16, 2014 | $ 57.00 | Taxi to Hotel from Airport |
| Ryan Wagner | June 20, 2014 | $ 66.40 | Taxi to Airport from Hotel |
| Ryan Wagner | June 20, 2014 | $ 92.56 | Car Service from LGA |
| Iskender H. Catto | June 5, 2014 | $ 5.18 | Taxi in Dallas |
|  | **SUBTOTAL** | **$587.14** |  |
| Iskender H. Catto | June 3, 2014 | $232.81 | Car Rental |
| Iskender H. Catto | June 9, 2014 | $246.59 | Car Rental |
| Iskender H. Catto | June 17, 2014 | $262.18 | Car Rental |
| Iskender H. Catto | June 23, 2014 | $400.51 | Car Rental |
|  | **SUBTOTAL** | **$1,142.09** |  |

**Expense Category Total:**     **$1,729.23**

## *PARKING*

| **Professional/Service** | **Date** | **Expense** | **Expense Description** |
|---|---|---|---|
| Iskender H. Catto | June 3, 2014 | $ 8.00 | Parking |
| Iskender H. Catto | June 3, 2014 | $ 25.00 | Hotel Parking |
| Iskender H. Catto | June 4, 2014 | $ 25.00 | Hotel Parking |
| Iskender H. Catto | June 5, 2014 | $ 25.00 | Hotel Parking |
| Iskender H. Catto | June 6, 2014 | $ 8.00 | Parking |
| Iskender H. Catto | June 6, 2014 | $132.00 | Airport Parking |
| Iskender H. Catto | June 9, 2014 | $ 8.00 | Parking |
| Iskender H. Catto | June 10, 2014 | $ 25.00 | Hotel Parking |
| Iskender H. Catto | June 11, 2014 | $ 8.00 | Parking |
| Iskender H. Catto | June 11, 2014 | $ 99.00 | Hotel Parking |
| Iskender H. Catto | June 17, 2014 | $132.00 | Airport Parking |
| Iskender H. Catto | June 17, 2014 | $ 12.00 | Parking |
| Iskender H. Catto | June 18, 2014 | $ 25.00 | Hotel Parking |
| Iskender H. Catto | June 18, 2014 | $ 25.00 | Hotel Parking |
| Iskender H. Catto | June 19, 2014 | $ 25.00 | Hotel Parking |
| Iskender H. Catto | June 20, 2014 | $ 8.00 | Parking |
| Iskender H. Catto | June 23, 2014 | $ 10.00 | Parking |
| Iskender H. Catto | June 23, 2014 | $ 25.00 | Hotel Parking |
| Iskender H. Catto | June 24, 2014 | $ 25.00 | Hotel Parking |
| Iskender H. Catto | June 25, 2014 | $ 25.00 | Hotel Parking |
| Iskender H. Catto | June 26, 2014 | $132.00 | Airport Parking |
| Iskender H. Catto | June 26, 2014 | $ 8.00 | Parking |

**Expense Category Total:**     **$815.00**

## *MISCELLANEOUS*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Ryan Wagner | June 1, 2014 | $ 25.00 | Checked Bag Fee |
| Ryan Wagner | June 6, 2014 | $ 25.00 | Checked Bag Fee |
| Ryan Wagner | June 16, 2014 | $ 25.00 | Checked Bag Fee |
| Ryan Wagner | June 20, 2014 | $ 25.00 | Checked Bag Fee |
| Iskender H. Catto | June 3, 2014 | $  5.30 | Gas |
| Iskender H. Catto | June 11, 2014 | $  8.55 | Gas |
| Iskender H. Catto | June 20, 2014 | $ 13.00 | Gas |
| Iskender H. Catto | June 26, 2014 | $  7.83 | Gas |

**Expense Category Total:**          **$134.68**

### *July 1, 2014 through July 31, 2014*

### *AIRFARE*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Ryan Wagner | July 7, 2014 | $   684.00 | Airfare Round Trip Coach NY/Dallas |
| Iskender H. Catto | July 7, 2014 | $1,494.00 | Airfare Round Trip Coach NJ/Dallas |
| Iskender H. Catto | July 14, 2014 | $1,474.00 | Airfare Round Trip Coach NJ/Dallas |
| Iskender H. Catto | July 23, 2014 | $1,649.20 | Airfare Round Trip Coach NJ/Dallas |
| Iskender H. Catto | July 29, 2014 | $1,036.20 | Airfare Round Trip Coach NJ/Dallas |

**Expense Category Total:**          **$6,337.40**

### *LODGING*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Ryan Wagner | July 7, 2014 | $  321.58 | Hotel in Dallas |
| Ryan Wagner | July 8, 2014 | $  321.58 | Hotel in Dallas |
| Ryan Wagner | July 9, 2014 | $  321.58 | Hotel in Dallas |
| Ryan Wagner | July 10, 2014 | $  321.58 | Hotel in Dallas |
| Iskender H. Catto | July 7 , 2014 | $  300.58 | Hotel in Dallas |
| Iskender H. Catto | July 8, 2014 | $  317.24 | Hotel in Dallas |
| Iskender H. Catto | July 9, 2014 | $  316.43 | Hotel in Dallas |
| Iskender H. Catto | July 14, 2014 | $  335.16 | Hotel in Dallas |
| Iskender H. Catto | July 16, 2014 | $  333.10 | Hotel in Dallas |
| Iskender H. Catto | July 28, 2014 | $  323.63 | Hotel in Dallas |
| Iskender H. Catto | July 29, 2014 | $  323.63 | Hotel in Dallas |

**Expense Category Total:**          **$3,536.09**

## *MEALS*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Ryan Wagner | July 7, 2014 | $ 7.69 | Out of Town Lunch |
| Ryan Wagner | July 7, 2014 | $ 40.00 | Out of Town Dinner |
| Ryan Wagner | July 8 , 2014 | $ 40.00 | Out of Town Dinner |
| Ryan Wagner | July 9, 2014 | $ 15.00 | Out of Town Breakfast |
| Ryan Wagner | July 9, 2014 | $ 7.66 | Out of Town Lunch |
| Ryan Wagner | July 9, 2014 | $ 40.00 | Out of Town Dinner |
| Ryan Wagner | July 10, 2014 | $ 33.01 | Out of Town Breakfast |
| Ryan Wagner | July 10, 2014 | $ 40.00 | Out of Town Dinner |
| Iskender H. Catto | July 8, 2014 | $ 26.14 | Out of Town Lunch – I. Catto, R. Wagner - 2 |
| Iskender H. Catto | July 8, 2014 | $ 40.00 | Out of Town Dinner |
| Iskender H. Catto | July 9, 2014 | $ 14.01 | Out of Town Dinner |
| Iskender H. Catto | July 14, 2014 | $ 7.84 | Out of Town Lunch |
| Iskender H. Catto | July 16, 2014 | $ 13.00 | Out of Town Dinner |
| Iskender H. Catto | July 16, 2014 | $ 35.07 | Out of Town Dinner |

**Expense Category Total:** **$359.42**

## *TRANSPORTATION*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Ryan Wagner | July 7, 2014 | $ 94.55 | Car Service to LGA |
| Ryan Wagner | July 7, 2014 | $ 58.75 | Taxi from Airport to Hotel |
| Ryan Wagner | July 11, 2014 | $ 59.00 | Taxi from Hotel to Airport |
| Ryan Wagner | July 11, 2014 | $ 95.56 | Car Service from LGA |
|  | **SUBTOTAL:** | **$ 307.86** |  |
| Iskender H. Catto | July 7, 2014 | $ 452.69 | Car Rental |
| Iskender H. Catto | July 14, 2014 | $ 182.32 | Car Rental |
| Iskender H. Catto | July 15, 2014 | $ 164.07 | Car Rental |
| Iskender H. Catto | July 28, 2014 | $ 113.03 | Car Rental |
|  | **SUBTOTAL:** | **$ 912.11** |  |

**Expense Category Total:** **$1,219.97**

## *PARKING*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | July 7, 2014 | $ 25.00 | Hotel Parking |
| Iskender H. Catto | July 7, 2014 | $ 8.00 | Parking |
| Iskender H. Catto | July 8, 2014 | $ 25.00 | Hotel Parking |
| Iskender H. Catto | July 8, 2014 | $ 8.00 | Parking |

| Iskender H. Catto | July 9, 2014  | $ 25.00 | Hotel Parking   |
| Iskender H. Catto | July 10, 2014 | $132.00 | Airport Parking |
| Iskender H. Catto | July 10, 2014 | $  8.00 | Parking         |
| Iskender H. Catto | July 14, 2014 | $ 10.00 | Parking         |
| Iskender H. Catto | July 14, 2014 | $132.00 | Airport Parking |
| Iskender H. Catto | July 14, 2014 | $ 25.00 | Hotel Parking   |
| Iskender H. Catto | July 14, 2014 | $  8.00 | Parking         |
| Iskender H. Catto | July 17, 2014 | $  8.00 | Parking         |
| Iskender H. Catto | July 28, 2014 | $ 25.00 | Hotel Parking   |
| Iskender H. Catto | July 29, 2014 | $ 25.00 | Hotel Parking   |
| Iskender H. Catto | July 30, 2014 | $ 99.00 | Airport Parking |
| Iskender H. Catto | July 30, 2014 | $ 10.00 | Parking         |

**Expense Category Total:**                                **$573.00**

## *MISCELLANEOUS*

| **Professional/Service** | **Date** | **Expense** | **Expense Description** |
| --- | --- | --- | --- |
| Ryan Wagner | July 7, 2014  | $12.95 | In Flight WiFi |
| Ryan Wagner | July 11, 2014 | $14.02 | In Flight WiFi |
| Iskender H. Catto | July 10, 2014 | $ 9.00 | Gas |
| Iskender H. Catto | July 17, 2014 | $ 7.82 | Gas |
| Iskender H. Catto | July 30, 2014 | $10.75 | Gas |

**Expense Category Total:**                                **$54.54**

## *August 1, 2014 through August 31, 2014*

## *AIRFARE*

| **Professional/Service** | **Date** | **Expense** | **Expense Description** |
| --- | --- | --- | --- |
| Ryan Wagner      | August 4, 2014  | $  660.20 | Airfare Round Trip Coach NY/Dallas |
| Ryan Wagner      | August 18, 2014 | $  530.00 | Airfare Round Trip Coach NY/Dallas |
| Iskender H. Catto | August 10, 2014 | $1,675.20 | Airfare Round Trip Coach NJ/Dallas |
| Iskender H. Catto | August 18, 2014 | $1,325.20 | Airfare Round Trip Coach NJ/Dallas |
| Iskender H. Catto | August 23, 2014 | $1,585.20 | Airfare Round Trip Coach NJ/Dallas |

**Expense Category Total:**                                **$5,775.80**

## *LODGING*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Ryan Wagner | August 4, 2014 | $ 321.58 | Hotel in Dallas |
| Ryan Wagner | August 5, 2014 | $ 321.58 | Hotel in Dallas |
| Ryan Wagner | August 6, 2014 | $ 321.58 | Hotel in Dallas |
| Ryan Wagner | August 7, 2014 | $ 321.58 | Hotel in Dallas |
| Ryan Wagner | August 18, 2014 | $ 310.05 | Hotel in Dallas |
| Ryan Wagner | August 19, 2014 | $ 310.05 | Hotel in Dallas |
| Ryan Wagner | August 20, 2014 | $ 310.05 | Hotel in Dallas |
| Ryan Wagner | August 21, 2014 | $ 310.05 | Hotel in Dallas |
| Iskender H. Catto | August 5, 2014 | $ 300.58 | Hotel in Dallas |
| Iskender H. Catto | August 6, 2014 | $ 300.58 | Hotel in Dallas |
| Iskender H. Catto | August 7, 2014 | $ 300.58 | Hotel in Dallas |
| Iskender H. Catto | August 12, 2014 | $ 300.58 | Hotel in Dallas |
| Iskender H. Catto | August 13, 2014 | $ 300.58 | Hotel in Dallas |
| Iskender H. Catto | August 14, 2014 | $ 300.58 | Hotel in Dallas |
| Iskender H. Catto | August 18, 2014 | $ 289.06 | Hotel in Dallas |
| Iskender H. Catto | August 19, 2014 | $ 289.06 | Hotel in Dallas |
| Iskender H. Catto | August 20, 2014 | $ 289.06 | Hotel in Dallas |
| Iskender H. Catto | August 26, 2014 | $ 289.06 | Hotel in Dallas |
| Iskender H. Catto | August 27, 2014 | $ 287.00 | Hotel in Dallas |
| Iskender H. Catto | August 28, 2014 | $ 289.06 | Hotel in Dallas |

**Expense Category Total:**      **$6,062.30**

## *MEALS*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Ryan Wagner | August 4, 2014 | $ 40.00 | Out of Town Dinner |
| Ryan Wagner | August 5, 2014 | $ 37.00 | Out of Town Dinner |
| Ryan Wagner | August 6, 2014 | $ 35.23 | Out of Town Dinner |
| Ryan Wagner | August 7, 2014 | $ 40.00 | Out of Town Dinner |
| Ryan Wagner | August 18, 2014 | $ 28.00 | Out of Town Breakfast |
| Ryan Wagner | August 19, 2014 | $ 40.00 | Out of Town Dinner |
| Ryan Wagner | August 21, 2014 | $ 40.00 | Out of Town Dinner |
| Iskender H. Catto | August 19, 2014 | $ 35.01 | Out of Town Breakfast |

**Expense Category Total:**      **$295.24**

## *TRANSPORTATION*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Ryan Wagner | August 4, 2014 | $ 95.56 | Car Service to LGA |
| Ryan Wagner | August 4, 2014 | $ 58.35 | Taxi from Airport to Hotel |
| Ryan Wagner | August 8, 2014 | $ 66.00 | Taxi from Hotel to Airport |
| Ryan Wagner | August 8, 2014 | $ 81.53 | Car Service from LGA |

| | | | |
|---|---|---|---|
| Ryan Wagner | August 18, 2014 | $   92.56 | Car Service to LGA |
| Ryan Wagner | August 18, 2014 | $   58.00 | Taxi from Airport to Hotel |
| Ryan Wagner | August 22, 2014 | $   63.60 | Taxi from Hotel to Airport |
| Ryan Wagner | August 22, 2014 | $ 100.57 | Car Service from LGA |
| | **SUBTOTAL** | **$ 616.17** | |
| Iskender H. Catto | August 8, 2014 | $ 213.65 | Car Rental |
| Iskender H. Catto | August 12, 2014 | $ 292.08 | Car Rental |
| Iskender H. Catto | August 18, 2014 | $ 285.61 | Car Rental |
| Iskender H. Catto | August 23, 2014 | $ 210.23 | Car Rental |
| | **SUBTOTAL** | **$1,001.57** | |

**Expense Category Total:**             **$1,617.74**

## *PARKING*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | August 5, 2014 | $    8.00 | Parking |
| Iskender H. Catto | August 5, 2014 | $132.00 | Airport Parking |
| Iskender H. Catto | August 5, 2014 | $  25.00 | Hotel Parking |
| Iskender H. Catto | August 6, 2014 | $  25.00 | Hotel Parking |
| Iskender H. Catto | August 7, 2014 | $  25.00 | Hotel Parking |
| Iskender H. Catto | August 8, 2014 | $    8.00 | Parking |
| Iskender H. Catto | August 12, 2014 | $  25.00 | Hotel Parking |
| Iskender H. Catto | August 12, 2014 | $    8.00 | Parking |
| Iskender H. Catto | August 12, 2014 | $132.00 | Airport Parking |
| Iskender H. Catto | August 13, 2014 | $  25.00 | Hotel Parking |
| Iskender H. Catto | August 14, 2014 | $  25.00 | Hotel Parking |
| Iskender H. Catto | August 15, 2014 | $    8.00 | Parking |
| Iskender H. Catto | August 18, 2014 | $  10.00 | Parking |
| Iskender H. Catto | August 18, 2014 | $  25.00 | Hotel Parking |
| Iskender H. Catto | August 18, 2014 | $132.00 | Airport Parking |
| Iskender H. Catto | August 19, 2014 | $  25.00 | Hotel Parking |
| Iskender H. Catto | August 20, 2014 | $  25.00 | Hotel Parking |
| Iskender H. Catto | August 21, 2014 | $    8.00 | Parking |
| Iskender H. Catto | August 26, 2014 | $132.00 | Airport Parking |
| Iskender H. Catto | August 26, 2014 | $  10.00 | Parking |
| Iskender H. Catto | August 26, 2014 | $  25.00 | Hotel Parking |
| Iskender H. Catto | August 28, 2014 | $  25.00 | Hotel Parking |
| Iskender H. Catto | August 29, 2014 | $  10.00 | Parking |

**Expense Category Total:**             **$873.00**

## *MISCELLANEOUS*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | August 8, 2014 | $ 6.39 | Gas |
| Iskender H. Catto | August 15, 2014 | $ 7.16 | Gas |
| Iskender H. Catto | August 21 , 2014 | $ 9.64 | Gas |
| Iskender H. Catto | August 29, 2014 | $23.63 | Gas |

**Expense Category Total:** **$46.82**