IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
*In re*                                                      :   Chapter 11
                                                             :
                                                             :   Case No. 14-10979 (CSS)
Energy Future Holdings Corporation, *et al.*,                :
                                                             :   Jointly Administered
Debtors.[1]                                                  :
                                                             :
------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL AND REQUEST FOR REMOVAL FROM ELECTRONIC AND PAPER NOTICING MATRIX

PLEASE TAKE NOTICE that, pursuant to Rule 9010-2(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Christopher Hayes hereby withdraws his appearance as counsel to Kohlberg Kravis Roberts & Co. L.P., TPG Capital, L.P. and Associated Individuals in the above-captioned bankruptcy cases. The undersigned further requests that the Clerk of the United States Bankruptcy Court for the District of Delaware, or any claims or noticing agent appointed in these cases, remove him from the electronic and paper noticing matrix for the above-captioned bankruptcy cases.

All other current counsel of record will continue to represent Kohlberg Kravis Roberts & Co. L.P., TPG Capital, L.P. and Associated Individuals and are not intended to be affected by this notice.

---

[1] The last four digits on Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

| | |
|---|---|
| Dated: October 31, 2014<br>Wilmington, DE | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>/s/ Christopher Hayes<br>_____<br>Christopher Hayes (No. 5902)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347<br>Tel: (302) 658-9200<br>Fax: (302) 658-3989<br>Email: chayes@mnat.com |