## Exhibit E

**Summary of Total Fees Incurred and Hours Billed During the Fee Period**

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | |
| Andrew Calder, P.C. | Partner | Corporate | 2003 | 261,346.50 | 218.70 | N/A | 1,195.00 | N/A | N/A |
| Richard M Cieri | Partner | Restructuring | 2004 | 235,773.50 | 197.30 | 1 | 1,195.00 | N/A | N/A |
| Richard M Cieri | Partner | Restructuring | 2004 | 608,805.00 | 489.00 | | 1,245.00 | N/A | N/A |
| Gregory W Gallagher, P.C. | Partner | Taxation | 1997 | 86,108.00 | 82.40 | 1 | 1,045.00 | N/A | N/A |
| Gregory W Gallagher, P.C. | Partner | Taxation | 1997 | 275,806.00 | 230.80 | | 1,195.00 | N/A | N/A |
| Stephen E Hessler | Partner | Restructuring | 2002 | 263,670.00 | 282.00 | 1 | 935.00 | N/A | N/A |
| Stephen E Hessler | Partner | Restructuring | 2002 | 589,637.00 | 592.60 | | 995.00 | N/A | N/A |
| Vicki V Hood | Partner | Employee Benefits | 1977 | 26,122.50 | 24.30 | N/A | 1,075.00 | N/A | N/A |
| Sarkis Jebejian, P.C. | Partner | Corporate | 1995 | 11,113.50 | 9.30 | N/A | 1,195.00 | N/A | N/A |
| Michelle Kilkenney | Partner | Corporate | 2002 | 67,483.00 | 75.40 | 1 | 895.00 | N/A | N/A |
| Michelle Kilkenney | Partner | Corporate | 2002 | 55,222.50 | 55.50 | | 995.00 | N/A | N/A |
| Gregg G Kirchhoefer, P.C. | Partner | IP - Transactional | 1982 | 8,492.50 | 7.90 | N/A | 1,075.00 | N/A | N/A |
| William A Levy, P.C. | Partner | Taxation | 1988 | 1,635.00 | 1.50 | 1 | 1,090.00 | N/A | N/A |
| William A Levy, P.C. | Partner | Taxation | 1988 | 11,711.00 | 9.80 | | 1,195.00 | N/A | N/A |
| Todd F Maynes, P.C. | Partner | Taxation | 1988 | 97,020.00 | 79.20 | 1 | 1,225.00 | N/A | N/A |
| Todd F Maynes, P.C. | Partner | Taxation | 1988 | 317,016.00 | 244.80 | | 1,295.00 | N/A | N/A |
| Andrew R McGaan, P.C. | Partner | Litigation | 1986 | 725,905.00 | 708.20 | N/A | 1,025.00 | N/A | N/A |
| Mark E McKane | Partner | Litigation | 1999 | 816,035.00 | 882.20 | N/A | 925.00 | N/A | N/A |
| Andres C Mena | Partner | Corporate | 2001 | 18,974.00 | 21.20 | 1 | 895.00 | N/A | N/A |
| Andres C Mena | Partner | Corporate | 2001 | 11,542.00 | 11.60 | | 995.00 | N/A | N/A |
| Dennis M Myers, P.C. | Partner | Corporate | 1996 | 135,787.50 | 120.70 | 1 | 1,125.00 | N/A | N/A |
| Dennis M Myers, P.C. | Partner | Corporate | 1996 | 20,076.00 | 16.80 | | 1,195.00 | N/A | N/A |
| Linda K Myers, P.C. | Partner | Corporate | 1990 | 132,525.50 | 110.90 | 1 | 1,195.00 | N/A | N/A |
| Linda K Myers, P.C. | Partner | Corporate | 1990 | 78,933.00 | 63.40 | | 1,245.00 | N/A | N/A |

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | |
| David M Nemecek | Partner | Corporate | 2003 | 1,592.00 | 1.60 | N/A | 995.00 | N/A | N/A |
| Bridget K O'Connor | Partner | Litigation | 2003 | 608,160.00 | 724.00 | N/A | 840.00 | N/A | N/A |
| Adam C Paul | Partner | Restructuring | 1999 | 12,834.50 | 13.30 | N/A | 965.00 | N/A | N/A |
| Scott D Price | Partner | Executive Compensation | 1998 | 8,702.00 | 7.60 | 1 | 1,145.00 | N/A | N/A |
| Scott D Price | Partner | Executive Compensation | 1998 | 65,212.50 | 55.50 | | 1,175.00 | N/A | N/A |
| Edward O Sassower, P.C. | Partner | Restructuring | 2000 | 244,404.00 | 223.20 | 1 | 1,095.00 | N/A | N/A |
| Edward O Sassower, P.C. | Partner | Restructuring | 2000 | 599,962.50 | 533.30 | | 1,125.00 | N/A | N/A |
| James H M Sprayregen, P.C. | Partner | Restructuring | 1985 | 40,988.50 | 34.30 | 1 | 1,195.00 | N/A | N/A |
| James H M Sprayregen, P.C. | Partner | Restructuring | 1985 | 143,175.00 | 115.00 | | 1,245.00 | N/A | N/A |
| Sara B Zablotney | Partner | Taxation | 2003 | 97,017.00 | 88.60 | N/A | 1,095.00 | N/A | N/A |
| Dean C Bachus | Partner | Taxation | 2004 | 292.50 | 0.30 | N/A | 975.00 | N/A | N/A |
| Jack N Bernstein | Partner | Employee Benefits | 1995 | 23,250.00 | 25.00 | 1 | 930.00 | N/A | N/A |
| Jack N Bernstein | Partner | Employee Benefits | 1995 | 90,227.50 | 93.50 | | 965.00 | N/A | N/A |
| Marin K Boney | Partner | Litigation | 2008 | 387.50 | 0.50 | N/A | 775.00 | N/A | N/A |
| Judson D Brown | Partner | Litigation | 2004 | 840.00 | 1.00 | N/A | 840.00 | N/A | N/A |
| Jeanne T Cohn-Connor | Partner | Environment | 1985 | 3,910.00 | 4.60 | 1 | 850.00 | N/A | N/A |
| Jeanne T Cohn-Connor | Partner | Environment | 1985 | 21,301.00 | 23.80 | | 895.00 | N/A | N/A |
| Cormac T Connor | Partner | Litigation | 2006 | 155,077.50 | 200.10 | N/A | 775.00 | N/A | N/A |
| Thad Davis | Partner | Taxation | 2005 | 462.50 | 0.50 | N/A | 925.00 | N/A | N/A |
| David R Dempsey | Partner | Litigation | 2006 | 1,004,520.00 | 1,217.60 | N/A | 825.00 | N/A | N/A |
| Jonathan F Ganter | Partner | Litigation | 2010 | 364,725.00 | 486.30 | 1 | 750.00 | N/A | N/A |
| Jonathan F Ganter | Partner | Litigation | 2010 | 185,767.50 | 239.70 | | 775.00 | N/A | N/A |
| Jeffrey Gettleman | Partner | Restructuring | 1974 | 805.50 | 0.90 | N/A | 895.00 | N/A | N/A |
| Jeffrey M Gould | Partner | Litigation | 2008 | 192,628.50 | 242.30 | N/A | 795.00 | N/A | N/A |
| William Guerrieri | Partner | Restructuring | 2008 | 147,900.00 | 197.20 | 1 | 750.00 | N/A | N/A |
| William Guerrieri | Partner | Restructuring | 2008 | 128,940.00 | 153.50 | | 840.00 | N/A | N/A |

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | |
| Erik Hepler | Partner | Corporate | 1990 | 9,154.00 | 9.20 | N/A | 995.00 | N/A | N/A |
| Edward B Holzwanger | Partner | Labor & Employment | 2004 | 1,650.00 | 2.00 | N/A | 825.00 | N/A | N/A |
| Chad J Husnick | Partner | Restructuring | 2004 | 240,744.00 | 286.60 | 1 | 840.00 | N/A | N/A |
| Chad J Husnick | Partner | Restructuring | 2004 | 519,537.00 | 567.80 | | 915.00 | N/A | N/A |
| Ellen M Jakovic | Partner | Litigation | 1985 | 7,020.00 | 7.20 | N/A | 975.00 | N/A | N/A |
| Daniel Lewis | Partner | IP - Transactional | 2008 | 1,512.00 | 1.80 | N/A | 840.00 | N/A | N/A |
| Amber J Meek | Partner | Corporate | 2009 | 171,430.00 | 221.20 | N/A | 775.00 | N/A | N/A |
| Roberto S Miceli | Partner | Real Estate | 2000 | 1,239.00 | 1.40 | N/A | 885.00 | N/A | N/A |
| Joanne Nagjee | Partner | Taxation | 2009 | 92,006.00 | 102.80 | N/A | 895.00 | N/A | N/A |
| Benjamin D Panter | Partner | Executive Compensation | 2006 | 612.50 | 0.70 | N/A | 875.00 | N/A | N/A |
| Michael A Petrino | Partner | Litigation | 2008 | 11,550.00 | 15.40 | 1 | 750.00 | N/A | N/A |
| Michael A Petrino | Partner | Litigation | 2008 | 76,570.00 | 98.80 | | 775.00 | N/A | N/A |
| William T Pruitt | Partner | Litigation | 2004 | 858,396.00 | 1,021.90 | N/A | 840.00 | N/A | N/A |
| Joshua Samis | Partner | Corporate | 2007 | 89,745.00 | 115.80 | 1 | 775.00 | N/A | N/A |
| Joshua Samis | Partner | Corporate | 2007 | 84,756.00 | 100.90 | | 840.00 | N/A | N/A |
| Brian E Schartz | Partner | Restructuring | 2008 | 250,325.00 | 323.00 | 1 | 775.00 | N/A | N/A |
| Brian E Schartz | Partner | Restructuring | 2008 | 497,112.00 | 591.80 | | 840.00 | N/A | N/A |
| Bryan M Stephany | Partner | Litigation | 2007 | 535,512.00 | 673.60 | N/A | 795.00 | N/A | N/A |
| R Timothy Stephenson | Partner | Labor & Employment | 1990 | 820.00 | 0.80 | N/A | 1,025.00 | N/A | N/A |
| David M Tarr | Partner | Corporate | 2007 | 11,527.50 | 14.50 | 1 | 795.00 | N/A | N/A |
| David M Tarr | Partner | Corporate | 2007 | 3,850.00 | 4.40 | | 875.00 | N/A | N/A |
| Wayne E Williams | Partner | Corporate | 2006 | 145,803.00 | 183.40 | 1 | 795.00 | N/A | N/A |
| Wayne E Williams | Partner | Corporate | 2006 | 93,712.50 | 107.10 | | 875.00 | N/A | N/A |
| Paul Zier | Partner | Corporate | 2000 | 5,957.00 | 7.40 | N/A | 805.00 | N/A | N/A |
| Julia Allen | Associate | Litigation | 2012 | 159,536.00 | 306.80 | 1 | 520.00 | N/A | N/A |
| Julia Allen | Associate | Litigation | 2012 | 174,097.00 | 292.60 | | 595.00 | N/A | N/A |

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | |
| Robert W Allen | Associate | Litigation | 2012 | 52,122.00 | 71.40 | N/A | 730.00 | N/A | N/A |
| Andrew Barton | Associate | Executive Compensation | 2010 | 29,176.50 | 36.70 | N/A | 795.00 | N/A | N/A |
| Aaron M Berlin | Associate | Corporate | 2011 | 10,412.50 | 17.50 | N/A | 595.00 | N/A | N/A |
| Katherine Bolanowski | Associate | Corporate | 2009 | 99,045.00 | 139.50 | 1 | 710.00 | N/A | N/A |
| Katherine Bolanowski | Associate | Corporate | 2009 | 14,230.50 | 17.90 | | 795.00 | N/A | N/A |
| Peter Bryce | Associate | Litigation | 2014 | 28,444.00 | 54.70 | N/A | 520.00 | N/A | N/A |
| Diana Chang | Associate | Litigation | 2012 | 32,760.00 | 63.00 | 1 | 520.00 | N/A | N/A |
| Diana Chang | Associate | Litigation | 2012 | 28,143.50 | 47.30 | | 595.00 | N/A | N/A |
| Elizabeth S Dalmut | Associate | Litigation | 2013 | 165,060.00 | 366.80 | 1 | 450.00 | N/A | N/A |
| Elizabeth S Dalmut | Associate | Litigation | 2013 | 78,000.00 | 150.00 | | 520.00 | N/A | N/A |
| Alexander Davis | Associate | Litigation | 2012 | 194,272.00 | 373.60 | 1 | 520.00 | N/A | N/A |
| Alexander Davis | Associate | Litigation | 2012 | 182,308.00 | 306.40 | | 595.00 | N/A | N/A |
| Kristen L Derhaag | Associate | Corporate | 2012 | 27,965.00 | 47.00 | N/A | 595.00 | N/A | N/A |
| Jennifer Elliott | Associate | Employee Benefits | 2012 | 5,148.00 | 9.90 | 1 | 520.00 | N/A | N/A |
| Jennifer Elliott | Associate | Employee Benefits | 2012 | 2,312.50 | 3.70 | | 625.00 | N/A | N/A |
| Michael Esser | Associate | Litigation | 2009 | 388,867.00 | 547.70 | 1 | 710.00 | N/A | N/A |
| Michael Esser | Associate | Litigation | 2009 | 243,150.00 | 324.20 | | 750.00 | N/A | N/A |
| Jessica Fricke | Associate | Litigation | 2012 | 21,717.50 | 36.50 | N/A | 595.00 | N/A | N/A |
| Arjun Garg | Associate | Litigation | 2008 | 35,325.00 | 47.10 | 1 | 750.00 | N/A | N/A |
| Arjun Garg | Associate | Litigation | 2008 | 46,345.00 | 59.80 | | 775.00 | N/A | N/A |
| Michael Gawley | Associate | Litigation | 2013 | 21,960.00 | 48.80 | 1 | 450.00 | N/A | N/A |
| Michael Gawley | Associate | Litigation | 2013 | 43,056.00 | 82.80 | | 520.00 | N/A | N/A |
| Emily Geier | Associate | Restructuring | 2012 | 288,456.00 | 484.80 | 1 | 595.00 | N/A | N/A |
| Emily Geier | Associate | Restructuring | 2012 | 185,498.00 | 270.80 | | 685.00 | N/A | N/A |
| Matthew Goldberger | Associate | Restructuring | 2014 | 17,775.00 | 39.50 | 1 | 450.00 | N/A | N/A |
| Matthew Goldberger | Associate | Restructuring | 2014 | 5,617.50 | 10.50 | | 535.00 | N/A | N/A |

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | |
| Rachel E Goldstein | Associate | Litigation | 2012 | 5,057.50 | 8.50 | 1 | 595.00 | N/A | N/A |
| Rachel E Goldstein | Associate | Litigation | 2012 | 57,988.00 | 87.20 | | 665.00 | N/A | N/A |
| Andrew W Grindrod | Associate | Litigation | 2012 | 79,551.50 | 133.70 | N/A | 595.00 | N/A | N/A |
| Ryan Guerrero | Associate | Corporate | 2013 | 2,568.00 | 4.80 | N/A | 535.00 | N/A | N/A |
| John O Gunderson | Associate | Corporate | 2009 | 103,305.00 | 145.50 | N/A | 710.00 | N/A | N/A |
| Michele E Gutrick | Associate | Litigation | 2008 | 163,500.00 | 218.00 | 1 | 750.00 | N/A | N/A |
| Michele E Gutrick | Associate | Litigation | 2008 | 229,090.00 | 295.60 | | 775.00 | N/A | N/A |
| Haris Hadzimuratovic | Associate | Litigation | 2008 | 113,813.00 | 160.30 | N/A | 710.00 | N/A | N/A |
| Sean F Hilson | Associate | Restructuring | 2013 | 45,045.00 | 100.10 | 1 | 450.00 | N/A | N/A |
| Sean F Hilson | Associate | Restructuring | 2013 | 72,867.00 | 136.20 | | 535.00 | N/A | N/A |
| Sam Hong | Associate | IP - Transactional | 2008 | 1,575.50 | 2.30 | N/A | 685.00 | N/A | N/A |
| Munsoor Hussain | Associate | Taxation | 2008 | 45,340.50 | 54.30 | 1 | 835.00 | N/A | N/A |
| Munsoor Hussain | Associate | Taxation | 2008 | 8,909.50 | 10.30 | | 865.00 | N/A | N/A |
| Natasha Hwangpo | Associate | Restructuring | 2014 | 579.00 | 1.40 | 2 | 413.57 | N/A | N/A |
| Natasha Hwangpo | Associate | Restructuring | 2014 | 328,275.00 | 729.50 | | 450.00 | N/A | N/A |
| Natasha Hwangpo | Associate | Restructuring | 2014 | 247,972.50 | 463.50 | | 535.00 | N/A | N/A |
| Ashley G James | Associate | Labor & Employment | 2010 | 213.00 | 0.30 | N/A | 710.00 | N/A | N/A |
| Mike Jones | Associate | Restructuring | 2011 | 31,852.50 | 46.50 | N/A | 685.00 | N/A | N/A |
| Vinu Joseph | Associate | Litigation | 2013 | 45,864.00 | 88.20 | N/A | 520.00 | N/A | N/A |
| Lauren R Kanzer | Associate | Restructuring | 2014 | 20,597.50 | 38.50 | N/A | 535.00 | N/A | N/A |
| Howard Kaplan | Associate | Litigation | 2011 | 173,383.00 | 291.40 | 1 | 595.00 | N/A | N/A |
| Howard Kaplan | Associate | Litigation | 2011 | 81,329.50 | 122.30 | | 665.00 | N/A | N/A |
| Katherine R Katz | Associate | Litigation | 2010 | 40,350.00 | 53.80 | N/A | 750.00 | N/A | N/A |
| Michael Keeley | Associate | Corporate | 2012 | 11,024.00 | 21.20 | N/A | 520.00 | N/A | N/A |
| Joon Kim | Associate | Corporate | 2012 | 297.50 | 0.50 | N/A | 595.00 | N/A | N/A |
| Austin Klar | Associate | Litigation | 2013 | 9,225.00 | 20.50 | 1 | 450.00 | N/A | N/A |

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | |
| Austin Klar | Associate | Litigation | 2013 | 23,452.00 | 45.10 | | 520.00 | N/A | N/A |
| Lucas J Kline | Associate | Litigation | 2009 | 114,975.00 | 153.30 | N/A | 750.00 | N/A | N/A |
| Nick Laird | Associate | Litigation | 2013 | 55,796.00 | 107.30 | N/A | 520.00 | N/A | N/A |
| Teresa Lii | Associate | Restructuring | 2014 | 185,355.00 | 411.90 | 1 | 450.00 | N/A | N/A |
| Teresa Lii | Associate | Restructuring | 2014 | 162,640.00 | 304.00 | | 535.00 | N/A | N/A |
| Ashley Littlefield | Associate | Litigation | 2011 | 23,324.00 | 39.20 | 1 | 595.00 | N/A | N/A |
| Ashley Littlefield | Associate | Litigation | 2011 | 24,804.50 | 37.30 | | 665.00 | N/A | N/A |
| Melanie MacKay | Associate | Litigation | 2010 | 65,817.00 | 92.70 | N/A | 710.00 | N/A | N/A |
| Christopher J Maner | Associate | Litigation | 2012 | 91,154.00 | 153.20 | N/A | 595.00 | N/A | N/A |
| Joshua R McLane | Associate | Taxation | 2009 | 9,875.00 | 12.50 | N/A | 790.00 | N/A | N/A |
| Eric Merin | Associate | Litigation | 2014 | 55,120.00 | 106.00 | N/A | 520.00 | N/A | N/A |
| Sophie Milrom | Associate | Restructuring | 2014 | 1,404.00 | 2.70 | N/A | 520.00 | N/A | N/A |
| Timothy Mohan | Associate | Restructuring | 2014 | 124,785.00 | 277.30 | 1 | 450.00 | N/A | N/A |
| Timothy Mohan | Associate | Restructuring | 2014 | 84,530.00 | 158.00 | | 535.00 | N/A | N/A |
| Roxana Mondragon-Motta | Associate | Litigation | 2011 | 64,172.50 | 96.50 | N/A | 665.00 | N/A | N/A |
| Jaran R Moten | Associate | Litigation | 2013 | 10,868.00 | 20.90 | N/A | 520.00 | N/A | N/A |
| Michael Muna | Associate | Corporate | 2013 | 14,400.00 | 32.00 | N/A | 450.00 | N/A | N/A |
| Brett Murray | Associate | Restructuring | 2013 | 283,972.00 | 546.10 | 1 | 520.00 | N/A | N/A |
| Brett Murray | Associate | Restructuring | 2013 | 220,812.50 | 353.30 | | 625.00 | N/A | N/A |
| Victor Noskov | Associate | Restructuring | 2013 | 8,875.00 | 14.20 | N/A | 625.00 | N/A | N/A |
| Veronica Nunn | Associate | Corporate | 2010 | 138,233.00 | 201.80 | N/A | 685.00 | N/A | N/A |
| Jessica Peet | Associate | Restructuring | 2014 | 117,104.00 | 225.20 | 1 | 520.00 | N/A | N/A |
| Jessica Peet | Associate | Restructuring | 2014 | 15,250.00 | 24.40 | | 625.00 | N/A | N/A |
| Samara L Penn | Associate | Litigation | 2010 | 70,361.00 | 99.10 | N/A | 710.00 | N/A | N/A |
| Jessica Pettit | Associate | Litigation | 2014 | 73,710.00 | 163.80 | 1 | 450.00 | N/A | N/A |
| Jessica Pettit | Associate | Litigation | 2014 | 62,712.00 | 120.60 | | 520.00 | N/A | N/A |

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | |
| Carleigh T Rodriguez | Associate | Environment | 2013 | 8,685.00 | 19.30 | 1 | 450.00 | N/A | N/A |
| Carleigh T Rodriguez | Associate | Environment | 2013 | 3,584.50 | 6.70 | | 535.00 | N/A | N/A |
| Bradford B Rossi | Associate | Energy | 2011 | 24,625.00 | 39.40 | N/A | 625.00 | N/A | N/A |
| Max Schlan | Associate | Restructuring | 2012 | 285,220.00 | 548.50 | 1 | 520.00 | N/A | N/A |
| Max Schlan | Associate | Restructuring | 2012 | 286,937.50 | 459.10 | | 625.00 | N/A | N/A |
| Mark F Schottinger | Associate | Litigation | 2012 | 125,069.00 | 210.20 | N/A | 595.00 | N/A | N/A |
| Steven Serajeddini | Associate | Restructuring | 2010 | 420,107.00 | 591.70 | 1 | 710.00 | N/A | N/A |
| Steven Serajeddini | Associate | Restructuring | 2010 | 298,443.00 | 375.40 | | 795.00 | N/A | N/A |
| Anthony Sexton | Associate | Restructuring | 2011 | 354,025.00 | 595.00 | 1 | 595.00 | N/A | N/A |
| Anthony Sexton | Associate | Restructuring | 2011 | 331,882.50 | 484.50 | | 685.00 | N/A | N/A |
| Stephanie Shropshire | Associate | Litigation | 2014 | 75,400.00 | 145.00 | N/A | 520.00 | N/A | N/A |
| Aaron Slavutin | Associate | Restructuring | 2011 | 275,548.00 | 529.90 | 1 | 520.00 | N/A | N/A |
| Aaron Slavutin | Associate | Restructuring | 2011 | 231,187.50 | 369.90 | | 625.00 | N/A | N/A |
| David A Snyder | Associate | Corporate | 2011 | 32,875.00 | 52.60 | N/A | 625.00 | N/A | N/A |
| Justin Sowa | Associate | Litigation | 2013 | 69,555.50 | 116.90 | N/A | 595.00 | N/A | N/A |
| Sarah Stock | Associate | Litigation | 2013 | 15,975.00 | 35.50 | 1 | 450.00 | N/A | N/A |
| Sarah Stock | Associate | Litigation | 2013 | 29,016.00 | 55.80 | | 520.00 | N/A | N/A |
| Pierson Stoecklein | Associate | Litigation | 2011 | 16,375.00 | 26.20 | N/A | 625.00 | N/A | N/A |
| Jessica Subler | Associate | Litigation | 2014 | 4,860.00 | 10.80 | N/A | 450.00 | N/A | N/A |
| Adam Teitcher | Associate | Litigation | 2013 | 94,367.00 | 158.60 | N/A | 595.00 | N/A | N/A |
| Stephanie S Thibault | Associate | Litigation | 2009 | 72,000.00 | 96.00 | N/A | 750.00 | N/A | N/A |
| David Thompson | Associate | Corporate | 2013 | 3,825.00 | 8.50 | N/A | 450.00 | N/A | N/A |
| Jean Tinkham | Associate | Litigation | 2013 | 24,908.00 | 47.90 | N/A | 520.00 | N/A | N/A |
| Holly R Trogdon | Associate | Litigation | 2014 | 318,555.00 | 707.90 | N/A | 450.00 | N/A | N/A |
| Neil E Walther | Associate | Restructuring | 2010 | 87,115.00 | 131.00 | N/A | 665.00 | N/A | N/A |
| Jenna Ward | Associate | Restructuring | 2013 | 16,050.00 | 30.00 | N/A | 535.00 | N/A | N/A |

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | |
| Andrea Weintraub | Associate | Restructuring | 2013 | 71,396.00 | 137.30 | N/A | 520.00 | N/A | N/A |
| Andrew J Welz | Associate | Litigation | 2011 | 161,241.00 | 227.10 | N/A | 710.00 | N/A | N/A |
| Jason Whiteley | Associate | Energy | 2010 | 79,023.00 | 99.40 | N/A | 795.00 | N/A | N/A |
| Spencer A Winters | Associate | Restructuring | 2013 | 294,840.00 | 655.20 | 1 | 450.00 | N/A | N/A |
| Spencer A Winters | Associate | Restructuring | 2013 | 234,062.50 | 437.50 | | 535.00 | N/A | N/A |
| Aparna Yenamandra | Associate | Restructuring | 2013 | 301,496.00 | 579.80 | 1 | 520.00 | N/A | N/A |
| Aparna Yenamandra | Associate | Restructuring | 2013 | 199,875.00 | 319.80 | | 625.00 | N/A | N/A |
| Cassie Zhang | Associate | Corporate | 2012 | 21,063.00 | 35.40 | N/A | 595.00 | N/A | N/A |
| **Totals** | | | | **24,183,424.50** | **33,312.10** | | | | |

| P Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | |
| Deana Baglanzis | Legal Assistant | Corporate | N/A | 270.00 | 0.90 | N/A | 300.00 | N/A | N/A |
| Elizabeth Burns | Legal Assistant | Corporate | N/A | 3,282.50 | 10.10 | N/A | 325.00 | N/A | N/A |
| Jim Castro | Legal Assistant | Corporate | N/A | 1,192.50 | 4.50 | N/A | 265.00 | N/A | N/A |
| Junelia J Edwards | Legal Assistant | Litigation | N/A | 2,915.00 | 11.00 | N/A | 265.00 | N/A | N/A |
| Michael S Fellner | Legal Assistant | Litigation | N/A | 12,475.00 | 49.90 | N/A | 250.00 | N/A | N/A |
| Beth Friedman | Legal Assistant | Restructuring | N/A | 79,910.50 | 225.10 | N/A | 355.00 | N/A | N/A |
| Jacob Goldfinger | Legal Assistant | Restructuring | N/A | 75,360.00 | 235.50 | N/A | 320.00 | N/A | N/A |
| Shavone Green | Legal Assistant | Restructuring | N/A | 39,087.50 | 147.50 | N/A | 265.00 | N/A | N/A |
| Lisa A Horton | Legal Assistant | Litigation | N/A | 44,814.00 | 135.80 | N/A | 330.00 | N/A | N/A |
| Adrienne Levin | Legal Assistant | Litigation | N/A | 127,999.00 | 412.90 | N/A | 310.00 | N/A | N/A |
| Maureen McCarthy | Legal Assistant | Restructuring | N/A | 957.00 | 2.90 | N/A | 330.00 | N/A | N/A |

| P Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application at First Interim Application Billing Rate |
|--------|----------|------------|-------------------|--------|--------|--------|--------|--------|--------|
| | | | | | | | In this Application | In the First Interim Application | |
| David I Meresman | Legal Assistant | IP - Litigation | N/A | 1,625.00 | 6.50 | N/A | 250.00 | N/A | N/A |
| Lauren Mitchell-Dawson | Legal Assistant | Environment | N/A | 162.50 | 0.50 | N/A | 325.00 | N/A | N/A |
| Carrie Oppenheim | Legal Assistant | Restructuring | N/A | 870.00 | 3.00 | N/A | 290.00 | N/A | N/A |
| Robert Orren | Legal Assistant | Restructuring | N/A | 124,613.00 | 429.70 | N/A | 290.00 | N/A | N/A |
| Sharon G Pace | Legal Assistant | Litigation | N/A | 81,025.00 | 324.10 | N/A | 250.00 | N/A | N/A |
| Meghan Rishel | Legal Assistant | Litigation | N/A | 40,525.00 | 162.10 | N/A | 250.00 | N/A | N/A |
| Laura Saal | Legal Assistant | Restructuring | N/A | 25,890.00 | 86.30 | N/A | 300.00 | N/A | N/A |
| Kenneth J Sturek | Legal Assistant | Litigation | N/A | 166,254.00 | 503.80 | N/A | 330.00 | N/A | N/A |
| Stephanie Ding | Case Assistant | Litigation | N/A | 32,565.00 | 167.00 | N/A | 195.00 | N/A | N/A |
| Cristopher Djonovic | Case Assistant | Restructuring | N/A | 867.00 | 5.10 | N/A | 170.00 | N/A | N/A |
| Hyunjin Kim | Case Assistant | IP - Litigation | N/A | 7,960.00 | 39.80 | N/A | 200.00 | N/A | N/A |
| John Nedeau | Case Assistant | Restructuring | N/A | 37,961.00 | 223.30 | N/A | 170.00 | N/A | N/A |
| Samuel Schmidt | Case Assistant | IP - Litigation | N/A | 460.00 | 2.30 | N/A | 200.00 | N/A | N/A |
| Ellisa Shim | Case Assistant | Litigation | N/A | 9,400.00 | 47.00 | N/A | 200.00 | N/A | N/A |
| Natasha Nguyen | Project Assistant | IP - Litigation | N/A | 5,128.50 | 26.30 | N/A | 195.00 | N/A | N/A |
| Olivia Altmayer | Support Staff | Admin Services | N/A | 1,430.00 | 6.50 | N/A | 220.00 | N/A | N/A |
| Linda M Chuk | Support Staff | Admin Services | N/A | 41.00 | 0.20 | N/A | 205.00 | N/A | N/A |
| Rhonda Dase | Support Staff | Admin Services | N/A | 2,889.00 | 10.70 | N/A | 270.00 | N/A | N/A |
| Stephanie D Frye | Support Staff | Admin Services | N/A | 21,789.00 | 80.70 | N/A | 270.00 | N/A | N/A |
| Stephen P Garoutte | Support Staff | Admin Services | N/A | 14,140.00 | 70.70 | N/A | 200.00 | N/A | N/A |
| Allison Graybill | Support Staff | Admin Services | N/A | 16,650.00 | 92.50 | N/A | 180.00 | N/A | N/A |
| Daniel Hill | Support Staff | Admin Services | N/A | 3,440.00 | 17.20 | N/A | 200.00 | N/A | N/A |
| Barbara L Jenifer | Support Staff | Admin Services | N/A | 1,343.00 | 7.90 | N/A | 170.00 | N/A | N/A |
| Stacey A Otte | Support Staff | Admin Services | N/A | 295.00 | 1.00 | N/A | 295.00 | N/A | N/A |
| Kenneth Sampson | Support Staff | Admin Services | N/A | 3,451.50 | 17.70 | N/A | 195.00 | N/A | N/A |
| Elaine S Santucci | Support Staff | Admin Services | N/A | 13,435.50 | 68.90 | N/A | 195.00 | N/A | N/A |

| P Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | |
| Linda A Scussel | Support Staff | Admin Services | N/A | 81,567.50 | 276.50 | N/A | 295.00 | N/A | N/A |
| Kurt J Wunderlich | Support Staff | Admin Services | N/A | 2,050.00 | 4.10 | N/A | 500.00 | N/A | N/A |
| Raul D Catungal | Support Staff | Litigation | N/A | 522.00 | 1.80 | N/A | 290.00 | N/A | N/A |
| Mark Cuevas | Support Staff | Litigation | N/A | 86,536.00 | 298.40 | N/A | 290.00 | N/A | N/A |
| Muhammad A Rashid | Support Staff | Litigation | N/A | 2,407.00 | 8.30 | N/A | 290.00 | N/A | N/A |
| Colleen C Caamano | Support Staff | Litigation | N/A | 23,287.00 | 80.30 | N/A | 290.00 | N/A | N/A |
| Jason Goodman | Support Staff | Litigation | N/A | 27,144.00 | 93.60 | N/A | 290.00 | N/A | N/A |
| Thomas Mangne | Support Staff | Litigation | N/A | 501.50 | 1.70 | N/A | 295.00 | N/A | N/A |
| William G Marx | Support Staff | Litigation | N/A | 59,590.00 | 202.00 | N/A | 295.00 | N/A | N/A |
| Chad M Papenfuss | Support Staff | Litigation | N/A | 124,637.50 | 422.50 | N/A | 295.00 | N/A | N/A |
| Katelyn Ye | Support Staff | Litigation | N/A | 290.00 | 1.00 | N/A | 290.00 | N/A | N/A |
| Lina Slenys | Support Staff | Litigation | N/A | 1,050.00 | 3.50 | N/A | 300.00 | N/A | N/A |
| Carmelo A Soto | Support Staff | Litigation | N/A | 3,270.00 | 10.90 | N/A | 300.00 | N/A | N/A |
| Andrew Brniak | Support Staff | Support Staff | N/A | 2,040.50 | 7.70 | N/A | 265.00 | N/A | N/A |
| **Totals** | | | | **1,417,366.00** | **5,049.20** | | | | |