# Exhibit F

**Summary of Actual and Necessary Expenses for the Fee Period**

**Summary of Actual and Necessary Expenses for the Fee Period**

| Expense | Vendor (if any)[1] | Unit Cost (if applicable) | Amount |
|---|---|---|---|
| Third Party Telephone Charges | Intercall | | $17,978.95 |
| Standard Copies or Prints | Internal (Kirkland & Ellis LLP) | $0.10 per page | $47,640.00 |
| Binding | Internal (Kirkland & Ellis LLP) | | $238.00 |
| Tabs/Indexes/Dividers | Internal (Kirkland & Ellis LLP) | | $0.00 |
| Color Copies or Prints | Internal (Kirkland & Ellis LLP) | | $39,390.30 |
| Scanned Images | Internal (Kirkland & Ellis LLP) | | $0.00 |
| CD-ROM Duplicates/Master | | | $0.00 |
| Production Blowbacks | Internal (Kirkland & Ellis LLP) | $0.10 per page | $14,594.80 |
| DVD Duplicates/Master | | | $0.00 |
| Closing/Mini Books | Internal (Kirkland & Ellis LLP) | $0.10 per page | $96.00 |
| 4" Binders | | | $0.00 |
| 5" Binders | | | $0.00 |
| Postage | | | $0.00 |
| Overnight Delivery | Federal Express | | $5,530.15 |
| Overnight Delivery - Refund | | | ($41.20) |
| Outside Messenger Services | | | $1,541.54 |
| Local Transportation | | | $7,530.86 |
| Travel Expense | | | $209,004.67 |
| Airfare | | | $180,848.15 |
| Transportation to/from airport | | | $43,813.53 |
| Travel Meals | | | $8,084.35 |
| Car Rental | | | $0.00 |
| Other Travel Expenses | | | $2,153.94 |
| Court Reporter Fee/Deposition | | | $58,101.16 |
| Other Court Costs and Fees | | | $74.00 |
| Trial Office Expenses | | | $68.00 |
| Other Trial Expenses | | | $100.20 |
| Outside Computer Services | | | $10,802.49 |
| Outside Contract Attorneys | | | $295,176.00 |
| Outside Printing Services | | | $11,628.66 |
| Outside Copy/Binding Services | | | $90,380.49 |
| Working Meals/K&E Only | | | $105.13 |
| Working Meals/K&E and Others | | | $20.00 |
| Catering Expenses | | | $68,449.20 |
| Outside Retrieval Service | | | $13,380.26 |
| Computer Database Research | | | $94,438.02 |
| Overtime Transportation | | | $17,048.55 |
| Overtime Meals - Non-Attorney | Seamless North America Inc. | | $1,360.00 |
| Overtime Meals - Attorney | Seamless North America Inc. | | $9,848.38 |
| Secretarial Overtime | Internal (Kirkland & Ellis LLP) | | $0.00 |
| Document Services Overtime | Internal (Kirkland & Ellis LLP) | | $0.00 |
| Rental Expenses | | | $11,026.15 |
| Leased Equipment | | | $1,500.00 |
| Electronic Data Storage | | | $0.00 |
| Miscellaneous Office Expenses | | | $0.00 |
| Cash Credits | | | ($13,861.70) |
| **Total** | | | **$1,248,049.03** |

---

[1] K&E may use one or more service providers. The service providers identified herein are the primary service providers for the categories described.