**Exhibit G**

**Summary of Fees and Expenses by Matter for the Fee Period**

| Matter Number | Project Category Description | Hours Billed | Total Compensation Billed | Expenses | Total |
|---|---|---|---|---|---|
| 0002 | Chapter 11 Bankruptcy Filing | 1,193.30 | 744,671.00 | | 744,671.00 |
| 0003 | [ALL] Automatic Stay | 168.40 | 98,380.00 | | 98,380.00 |
| 0004 | [ALL] Bond Issues | 14.60 | 6,685.00 | | 6,685.00 |
| 0005 | [ALL] Business Operations | 89.10 | 76,924.50 | | 76,924.50 |
| 0006 | [ALL] Case Administration | 696.50 | 343,492.00 | | 343,492.00 |
| 0007 | [ALL] Cash Management | 152.30 | 81,943.00 | | 81,943.00 |
| 0008 | [ALL] Claims Administration & Objections | 635.90 | 400,124.50 | | 400,124.50 |
| 0009 | [ALL] Contested Matters & Adv. Proceed. | 6,524.10 | 3,676,482.00 | | 3,676,482.00 |
| 0010 | [ALL] Corp. Governance and Sec. Issues | 987.00 | 760,088.00 | | 760,088.00 |
| 0011 | [ALL] Exec. Contracts & Unexpired Leases | 154.90 | 83,393.50 | | 83,393.50 |
| 0012 | [ALL] Hearings | 1,000.00 | 703,939.00 | | 703,939.00 |
| 0013 | [ALL] Insurance | 38.20 | 18,299.00 | | 18,299.00 |
| 0014 | [ALL] K&E Retention and Fee Applications | 2,236.90 | 1,278,663.00 | | 1,278,663.00 |
| 0016 | [ALL] Non-Debtor Affiliates | 81.30 | 40,838.50 | | 40,838.50 |
| 0017 | [ALL] Non-K&E Retentions & Fee Apps | 618.10 | 367,922.50 | | 367,922.50 |
| 0018 | [ALL] Non-Working Travel | 448.60 | 345,096.00 | | 345,096.00 |
| 0019 | [ALL] Official Committee Issues & Meet. | 180.00 | 138,872.50 | | 138,872.50 |
| 0021 | [ALL] Plan and Disclosure Statements | 3,163.80 | 2,333,491.00 | | 2,333,491.00 |
| 0022 | [ALL] Private Letter Ruling/IRS Matters | 125.00 | 148,539.50 | | 148,539.50 |
| 0023 | [ALL] Regulatory Issues | 119.50 | 67,801.50 | | 67,801.50 |
| 0024 | [ALL] Rest. Support Agrmt./Global Settle | 1,467.60 | 1,014,782.00 | | 1,014,782.00 |
| 0026 | [ALL] Retiree and Employee Issues/OPEB | 1,535.70 | 1,188,204.50 | | 1,188,204.50 |
| 0027 | [ALL] Schedules, SoFAs | 300.00 | 195,385.00 | | 195,385.00 |
| 0028 | [ALL] Shared Services | 6.00 | 3,750.00 | | 3,750.00 |
| 0029 | [ALL] Tax Issues | 759.70 | 796,663.50 | | 796,663.50 |
| 0030 | [ALL] U.S. Trustee Issues | 58.80 | 44,302.50 | | 44,302.50 |
| 0032 | [ALL] Valuation | 2,249.80 | 1,349,864.00 | | 1,349,864.00 |
| 0033 | [ALL] Vendor and Other Creditor Issues | 381.60 | 96,287.50 | | 96,287.50 |
| 0034 | [TCEH] Asset Dispositions and Purchases | 306.20 | 167,581.00 | | 167,581.00 |
| 0035 | [TCEH] Automatic Stay | 111.70 | 66,355.00 | | 66,355.00 |
| 0036 | [TCEH] Bond Issues | 45.20 | 23,845.00 | | 23,845.00 |
| 0037 | [TCEH] Business Operations | 107.80 | 53,467.50 | | 53,467.50 |
| 0038 | [TCEH] Cash Collateral and DIP Financing | 651.00 | 451,545.00 | | 451,545.00 |
| 0039 | [TCEH] Claims Administration & Objection | 162.00 | 99,463.50 | | 99,463.50 |

| Matter Number | Project Category Description | Hours Billed | Total Compensation Billed | Expenses | Total |
|---|---|---|---|---|---|
| 0040 | [TCEH] Contested Matters & Advers. Proc. | 1,731.70 | 1,209,150.50 | | 1,209,150.50 |
| 0042 | [TCEH] Environmental Issues | 4.10 | 2,637.00 | | 2,637.00 |
| 0043 | [TCEH] Hearings | 21.10 | 19,423.50 | | 19,423.50 |
| 0046 | [TCEH] Non-Debtor Affiliates | 99.50 | 57,666.50 | | 57,666.50 |
| 0047 | [TCEH] Non-K&E Retention & Fee Apps | 1.50 | 1,260.00 | | 1,260.00 |
| 0048 | [TCEH] Non-Working Travel | 23.70 | 21,717.50 | | 21,717.50 |
| 0049 | [TCEH] Official Committee Issues & Meet. | 24.70 | 24,890.50 | | 24,890.50 |
| 0052 | [TCEH] Private Letter Ruling/IRS Issues | 9.50 | 6,037.00 | | 6,037.00 |
| 0057 | [TCEH] Trading and Hedging Contracts | 168.90 | 105,945.00 | | 105,945.00 |
| 0058 | [TCEH] Transition Services | 7.00 | 4,354.00 | | 4,354.00 |
| 0059 | [TCEH] U.S. Trustee Issues | 4.80 | 3,856.50 | | 3,856.50 |
| 0060 | [TCEH] Utilities | 8.80 | 3,875.00 | | 3,875.00 |
| 0062 | [TCEH] Vendor and Other Creditor Issues | 508.30 | 311,344.00 | | 311,344.00 |
| 0065 | [EFIH] Bond Issues | 8.60 | 8,469.00 | | 8,469.00 |
| 0066 | [EFIH] Cash Collat./DIP Finan./Makewhole | 3,039.50 | 2,454,843.50 | | 2,454,843.50 |
| 0068 | [EFIH] Contested Matters & Advers. Pro. | 4,333.30 | 3,071,160.00 | | 3,071,160.00 |
| 0070 | [EFIH] Hearings | 37.50 | 28,110.00 | | 28,110.00 |
| 0073 | [EFIH] Non-Working Travel | 68.20 | 55,265.00 | | 55,265.00 |
| 0077 | [EFIH] Private Letter Ruling/IRS Issues | 3.10 | 3,653.50 | | 3,653.50 |
| 0078 | [EFIH] Rest. Support Agrmt./Global Sett. | 82.30 | 45,943.50 | | 45,943.50 |
| 0086 | [EFH] Contested Matters & Advers. Proc. | 70.70 | 57,320.50 | | 57,320.50 |
| 0087 | [EFH] Corp. Governance and Sec. Issues | 13.40 | 14,790.00 | | 14,790.00 |
| 0089 | [EFH] EFH Properties | 64.50 | 40,332.50 | | 40,332.50 |
| 0092 | [EFH] Non-Core Subs/Discontinued Op. | 0.50 | 388.50 | | 388.50 |
| 0095 | [EFH] Non-Working Travel | 4.80 | 4,200.00 | | 4,200.00 |
| 0096 | [EFH] Official Committee Issues & Meet. | 92.10 | 57,723.00 | | 57,723.00 |
| 0101 | [EFH] Retiree and Employee Issues/OPEB | 29.80 | 26,282.50 | | 26,282.50 |
| 0106 | [ALL] Venue | 526.10 | 369,123.00 | | 369,123.00 |
| 0107 | [ALL] Invoice Review | 274.00 | 139,628.00 | | 139,628.00 |
| 0108 | [TCEH] Exec. Contracts & Unexpired Lease | 328.70 | 184,259.00 | | 184,259.00 |
| 0109 | [ALL] Expenses | - | - | 1,110,661.54 | 1,110,661.54 |
| 0110 | [TCEH] Expenses | - | - | 38,838.34 | 38,838.34 |

| Matter Number | Project Category Description | Hours Billed | Total Compensation Billed | Expenses | Total |
|---|---|---|---|---|---|
| 0111 | [EFIH] Expenses | - | - | 82,783.48 | 82,783.48 |
| 0112 | [EFH] Expenses | - | - | 15,765.67 | 15,765.67 |
| **Totals** | | **38,36130** | **25,600,790.50** | **1,248,049.03** | **26,848,839.53** |