# **EXHIBIT A**

**Detailed Description of Expenses**

| Expense Category | Date | Professional | Expense Description | Total Expense | Allocation |
|---|---|---|---|---|---|
| Air/Rail Travel | 4/30/2014 | Javia, Kush M | Amtrak ticket from NY to Wilmington for court hearing (one way) | $121.00 | All |
| | 4/30/2014 | Javia, Kush M | Travel agent fee (Wilmington trip) | $50.00 | All |
| | 4/30/2014 | Smith, Brian A | Amtrak ticket from NY to Wilmington for court hearing (one way) | $121.00 | All |
| | 4/30/2014 | Yi, Bo S | Travel agent fee (Wilmington trip) | $50.00 | All |
| | 4/30/2014 | Yi, Bo S | Amtrak ticket from NY to Wilmington for court hearing (one way) | $156.00 | All |
| | 4/30/2014 | Ying, David Y | Travel agent fee - hotel and train (Wilmington trip) | $35.00 | All |
| | 4/30/2014 | Ying, David Y | Amtrak ticket from NY to Wilmington for court hearing (one way) | $121.00 | All |
| | 4/30/2014 | Matican, Jeremy M | Travel agent fee for train ticket (Wilmington trip) | $35.00 | EFIH |
| | 4/30/2014 | Matican, Jeremy M | Amtrak ticket from NY to Delaware for court hearing (round trip) | $242.00 | EFIH |
| | 5/1/2014 | Javia, Kush M | Amtrak ticket from Wilmington to NY (one way) | $174.00 | All |
| | 5/1/2014 | Smith, Brian A | Amtrak service fee (Wilmington trip) | $15.00 | All |
| | 5/1/2014 | Smith, Brian A | Amtrak ticket from Wilmington to NY for court hearing (one way) | $174.00 | All |
| | 5/1/2014 | Yi, Bo S | Amtrak ticket from Wilmington to NY for court hearing (one way) | $174.00 | All |
| | 5/1/2014 | Ying, David Y | Amtrak ticket from Wilmington to NY for court hearing (one way) | $174.00 | All |
| | 5/22/2014 | Matican, Jeremy M | Travel agent fee (Wilmington trip) | $50.00 | All |
| | 5/22/2014 | Matican, Jeremy M | Amtrak from NY to Wilmington for court hearing (roundtrip) | $330.00 | All |
| | 5/22/2014 | Ying, David Y | Travel agent fee (Wilmington trip) | $50.00 | All |
| | 5/22/2014 | Ying, David Y | Amtrak from NY to Wilmington for court hearing (roundtrip) | $330.00 | All |
| | | | Sub-Total | $2,402.00 | |
| Copies & Shipping | 5/6/2014 | Other | B&W copies (150) | $15.00 | All |
| | 5/30/2014 | Other | Color copies (24) | $12.00 | All |
| | 5/30/2014 | Other | B&W copies (250) | $25.00 | All |
| | | | Sub-Total | $52.00 | |
| Legal / Professional Fees | 5/20/2014 | Other | Global Relay Communications, Inc. (email discovery) | $100.00 | All |
| | 5/29/2014 | Other | Global Relay Communications, Inc. (email discovery) | $725.00 | All |
| | 5/31/2014 | Other | Debevoise invoice (May 2014) - Evercore Retention | $1,468.03 | All |
| | 5/31/2014 | Other | Debevoise invoice (May 2014) - Court Testimony & Litigation Support | $33,309.97 | All |
| | | | Sub-Total | $35,603.00 | |
| Local Ground Transport | 4/29/2014 | Matican, Jeremy M | Week night taxi (prior day) | $6.50 | All |
| | 4/29/2014 | Matican, Jeremy M | Weeknight taxi | $7.20 | All |
| | 4/29/2014 | Smith, Brian A | Weeknight taxi | $11.85 | EFIH |
| | 4/30/2014 | Smith, Brian A | Weeknight taxi | $12.50 | All |
| | 4/30/2014 | Ying, David Y | Taxi to meeting | $10.00 | All |
| | 5/2/2014 | Matican, Jeremy M | Weeknight taxi | $7.10 | All |
| | 5/2/2014 | Rao, Aashik A | Weeknight taxi | $12.60 | EFIH |
| | 5/3/2014 | Javia, Kush M | Weekend taxi | $27.50 | All |
| | 5/3/2014 | Javia, Kush M | Weekend taxi | $28.80 | All |
| | 5/4/2014 | Javia, Kush M | Weekend taxi | $21.50 | All |
| | 5/4/2014 | Javia, Kush M | Weekend taxi | $32.50 | All |
| | 5/5/2014 | Javia, Kush M | Weeknight taxi | $27.60 | All |
| | 5/5/2014 | Smith, Brian A | Weeknight taxi | $11.50 | All |
| | 5/5/2014 | Yi, Bo S | Weeknight taxi | $8.45 | EFIH |
| | 5/6/2014 | Javia, Kush M | Weeknight taxi | $24.00 | All |
| | 5/6/2014 | Matican, Jeremy M | Weeknight taxi | $10.20 | All |
| | 5/6/2014 | Smith, Brian A | Weeknight taxi | $13.00 | EFIH |
| | 5/7/2014 | Matican, Jeremy M | Weeknight taxi | $9.00 | TCEH |
| | 5/8/2014 | Yi, Bo S | Weeknight taxi | $7.65 | EFIH |
| | 5/8/2014 | Matican, Jeremy M | Weeknight taxi | $7.70 | TCEH |
| | 5/12/2014 | Smith, Brian A | Weeknight taxi | $11.05 | EFIH |
| | 5/12/2014 | Yi, Bo S | Weeknight taxi | $7.65 | EFIH |
| | 5/13/2014 | Javia, Kush M | Weeknight taxi | $21.50 | EFIH |
| | 5/13/2014 | Smith, Brian A | Weeknight taxi | $12.50 | EFIH |
| | 5/13/2014 | Yi, Bo S | Weeknight taxi | $7.80 | EFIH |
| | 5/14/2014 | Javia, Kush M | Weeknight taxi | $34.70 | EFIH |
| | 5/14/2014 | Smith, Brian A | Weeknight taxi | $11.75 | EFIH |
| | 5/15/2014 | Smith, Brian A | Weeknight taxi | $12.35 | EFIH |
| | 5/15/2014 | Yi, Bo S | Weeknight taxi | $7.65 | EFIH |
| | 5/16/2014 | Goldstein, Stephen R | Taxi to UCC meeting | $7.15 | All |
| | 5/19/2014 | Smith, Brian A | Weeknight taxi | $11.55 | TCEH |
| | 5/19/2014 | Yi, Bo S | Weeknight taxi | $8.45 | TCEH |
| | 5/20/2014 | Yi, Bo S | Weeknight taxi | $9.35 | EFIH |
| | 5/20/2014 | Goldstein, Stephen R | Taxi to depo prep and UCC meeting | $9.60 | TCEH |
| | 5/21/2014 | Matican, Jeremy M | Weeknight taxi | $8.30 | All |
| | 5/21/2014 | Rao, Aashik A | Weeknight taxi | $9.50 | All |
| | 5/21/2014 | Smith, Brian A | Weeknight taxi | $13.75 | EFIH |
| | 5/22/2014 | Patel, Neal H | Weeknight taxi | $8.30 | All |

|  | Date | Name | Description | Amount | Entity |
|---|---|---|---|---|---|
|  | 5/22/2014 | Smith, Brian A | Weeknight taxi | $16.25 | All |
|  | 5/22/2014 | Chen, Lisa Y | Weeknight taxi | $23.30 | TCEH |
|  | 5/22/2014 | Rao, Aashik A | Weeknight taxi (prior day) | $9.50 | TCEH |
|  | 5/22/2014 | Rao, Aashik A | Weeknight taxi | $9.60 | TCEH |
|  | 5/23/2014 | Matican, Jeremy M | Taxi to meeting | $7.80 | TCEH |
|  | 5/23/2014 | Rao, Aashik A | Weeknight taxi | $10.20 | TCEH |
|  | 5/27/2014 | Patel, Neal H | Weeknight taxi | $7.70 | All |
|  | 5/27/2014 | Smith, Brian A | Weeknight taxi | $13.00 | EFIH |
|  | 5/28/2014 | Chen, Lisa Y | Weeknight taxi (prior day) | $23.30 | All |
|  | 5/28/2014 | Chen, Lisa Y | Weeknight taxi | $23.90 | All |
|  | 5/28/2014 | Rao, Aashik A | Weeknight taxi | $10.70 | All |
|  | 5/28/2014 | Patel, Neal H | Weeknight taxi | $9.60 | EFIH |
|  | 5/28/2014 | Smith, Brian A | Weeknight taxi | $12.20 | EFIH |
|  | 5/29/2014 | Chen, Lisa Y | Weeknight taxi | $22.10 | All |
|  | 5/29/2014 | Rao, Aashik A | Weeknight taxi | $8.50 | All |
|  | 5/29/2014 | Matican, Jeremy M | Weeknight taxi | $9.00 | EFIH |
|  | 5/29/2014 | Ying, David Y | Car service to deposition in NYC | $44.55 | EFIH |
|  | 5/31/2014 | Rao, Aashik A | Weekend taxi | $11.40 | All |
|  | 5/31/2014 | Rao, Aashik A | Weekend taxi | $33.30 | All |
|  | 5/31/2014 | Matican, Jeremy M | Weekend taxi | $7.20 | EFIH |
|  | 5/31/2014 | Patel, Neal H | Weekend taxi | $10.10 | EFIH |
|  |  |  | **Sub-Total** | **$833.25** |  |
| Meals | 4/29/2014 | Javia, Kush M | Latenight dinner | $20.00 | All |
|  | 4/29/2014 | Smith, Brian A | Latenight dinner | $20.00 | EFIH |
|  | 5/2/2014 | Matican, Jeremy M | Latenight dinner | $20.00 | All |
|  | 5/3/2014 | Javia, Kush M | Weekend lunch | $19.71 | All |
|  | 5/3/2014 | Javia, Kush M | Weekend dinner | $20.00 | All |
|  | 5/4/2014 | Javia, Kush M | Weekend lunch | $19.82 | All |
|  | 5/4/2014 | Javia, Kush M | Weekend dinner | $20.00 | All |
|  | 5/4/2014 | Yi, Bo S | Latenight dinner | $20.00 | EFIH |
|  | 5/5/2014 | Javia, Kush M | Latenight dinner | $20.00 | All |
|  | 5/5/2014 | Smith, Brian A | Latenight dinner | $19.82 | All |
|  | 5/5/2014 | Yi, Bo S | Latenight dinner | $20.00 | EFIH |
|  | 5/6/2014 | Javia, Kush M | Latenight dinner | $20.00 | All |
|  | 5/6/2014 | Matican, Jeremy M | Latenight dinner | $20.00 | All |
|  | 5/6/2014 | Smith, Brian A | Latenight dinner | $17.25 | EFIH |
|  | 5/6/2014 | Yi, Bo S | Latenight dinner | $20.00 | EFIH |
|  | 5/7/2014 | Yi, Bo S | Latenight dinner | $20.00 | EFIH |
|  | 5/7/2014 | Matican, Jeremy M | Latenight dinner | $20.00 | TCEH |
|  | 5/8/2014 | Yi, Bo S | Latenight dinner | $20.00 | EFIH |
|  | 5/8/2014 | Matican, Jeremy M | Latenight dinner | $20.00 | TCEH |
|  | 5/9/2014 | Javia, Kush M | Latenight dinner | $20.00 | EFIH |
|  | 5/9/2014 | Yi, Bo S | Latenight dinner | $20.00 | EFIH |
|  | 5/12/2014 | Smith, Brian A | Latenight dinner | $18.72 | EFIH |
|  | 5/12/2014 | Yi, Bo S | Latenight dinner | $20.00 | EFIH |
|  | 5/13/2014 | Javia, Kush M | Latenight dinner | $20.00 | EFIH |
|  | 5/13/2014 | Smith, Brian A | Latenight dinner | $20.00 | EFIH |
|  | 5/13/2014 | Yi, Bo S | Latenight dinner | $20.00 | EFIH |
|  | 5/14/2014 | Javia, Kush M | Latenight dinner | $20.00 | EFIH |
|  | 5/14/2014 | Matican, Jeremy M | Latenight dinner | $20.00 | EFIH |
|  | 5/14/2014 | Smith, Brian A | Latenight dinner | $20.00 | EFIH |
|  | 5/14/2014 | Yi, Bo S | Latenight dinner | $20.00 | EFIH |
|  | 5/15/2014 | Smith, Brian A | Latenight dinner | $20.00 | EFIH |
|  | 5/15/2014 | Yi, Bo S | Latenight dinner | $20.00 | EFIH |
|  | 5/15/2014 | Chen, Lisa Y | Latenight dinner | $20.00 | TCEH |
|  | 5/19/2014 | Smith, Brian A | Latenight dinner | $20.00 | TCEH |
|  | 5/19/2014 | Yi, Bo S | Latenight dinner | $20.00 | TCEH |
|  | 5/20/2014 | Chen, Lisa Y | Latenight dinner | $20.00 | TCEH |
|  | 5/21/2014 | Matican, Jeremy M | Latenight dinner | $20.00 | All |
|  | 5/21/2014 | Rao, Aashik A | Latenight dinner | $20.00 | All |
|  | 5/21/2014 | Smith, Brian A | Latenight dinner | $20.00 | EFIH |
|  | 5/21/2014 | Chen, Lisa Y | Latenight dinner | $20.00 | TCEH |
|  | 5/21/2014 | Yi, Bo S | Latenight dinner | $20.00 | TCEH |
|  | 5/22/2014 | Smith, Brian A | Latenight dinner | $9.00 | All |
|  | 5/22/2014 | Yi, Bo S | Latenight dinner | $20.00 | All |
|  | 5/22/2014 | Rao, Aashik A | Latenight dinner | $20.00 | TCEH |
|  | 5/23/2014 | Chen, Lisa Y | Latenight dinner | $20.00 | All |

| | Date | Name | Description | Amount | Entity |
|---|---|---|---|---|---|
| | 5/23/2014 | Smith, Brian A | Latenight dinner | $20.00 | EFIH |
| | 5/23/2014 | Yi, Bo S | Latenight dinner | $20.00 | TCEH |
| | 5/27/2014 | Chen, Lisa Y | Latenight dinner | $20.00 | All |
| | 5/27/2014 | Smith, Brian A | Latenight dinner | $20.00 | EFIH |
| | 5/28/2014 | Chen, Lisa Y | Latenight dinner | $20.00 | All |
| | 5/28/2014 | Matican, Jeremy M | Latenight dinner | $20.00 | EFIH |
| | 5/28/2014 | Smith, Brian A | Latenight dinner | $20.00 | EFIH |
| | 5/28/2014 | Yi, Bo S | Latenight dinner | $20.00 | EFIH |
| | 5/29/2014 | Chen, Lisa Y | Latenight dinner | $20.00 | All |
| | 5/29/2014 | Rao, Aashik A | Latenight dinner | $20.00 | All |
| | 5/29/2014 | Matican, Jeremy M | Latenight dinner | $20.00 | EFIH |
| | 5/30/2014 | Yi, Bo S | Latenight dinner | $19.32 | EFIH |
| | 5/30/2014 | Smith, Brian A | Latenight dinner | $20.00 | TCEH |
| | 5/31/2014 | Rao, Aashik A | Weekend lunch | $18.33 | All |
| | | | **Sub-Total** | **$1,161.97** | |
| Research | 5/1/2014 | Other | Factset Inv#13721405 | $493.61 | All |
| | 5/1/2014 | Other | Thomson Inv#92082135 | $261.70 | All |
| | | | **Sub-Total** | **$755.31** | |
| Travel Ground Transport | 4/30/2014 | Goldstein, Stephen R | Travel agent fee (Wilmington trip) | $50.00 | All |
| | 4/30/2014 | Goldstein, Stephen R | Amtrak ticket from NY to Delaware for court hearing (roundtrip) | $252.00 | All |
| | 4/30/2014 | Ying, David Y | Car service from office to Penn Station in NY (Wilmington trip) | $175.61 | All |
| | 4/30/2014 | Matican, Jeremy M | Taxi to hotel (Wilmington) | $9.00 | EFIH |
| | 5/1/2014 | Goldstein, Stephen R | Taxi from hotel to train station (Wilmington trip) | $10.00 | All |
| | 5/1/2014 | Matican, Jeremy M | Taxi from hotel to train station (Wilmington) | $9.00 | All |
| | 5/1/2014 | Yi, Bo S | Travel taxi from home to Penn Station NY (Wilmington trip) | $11.25 | All |
| | 5/1/2014 | Yi, Bo S | Taxi from train station to hotel (Wilmington) | $9.00 | All |
| | 5/2/2014 | Yi, Bo S | Taxi from hotel to train station (Wilmington) | $9.00 | All |
| | 5/2/2014 | Ying, David Y | Car service from Penn Station NYC to home (Wilmington trip) | $50.24 | All |
| | 5/2/2014 | Ying, David Y | Taxi from hotel to train station (Wilmington) | $15.00 | All |
| | 5/22/2014 | Matican, Jeremy M | Taxi to train station (Wilmington) | $15.00 | All |
| | 5/22/2014 | Ying, David Y | Car service from office to Penn Station in NY (Wilmington trip) | $49.83 | All |
| | 5/22/2014 | Ying, David Y | Taxi to train station (Wilmington) | $13.12 | All |
| | | | **Sub-Total** | **$678.05** | |
| Travel Lodging | 4/30/2014 | Goldstein, Stephen R | Hotel night in Wilmington for court hearing | $504.90 | All |
| | 4/30/2014 | Javia, Kush M | Hotel tax in Wilmington for court hearing | $45.90 | All |
| | 4/30/2014 | Javia, Kush M | Hotel night in Wilmington for court hearing | $459.00 | All |
| | 4/30/2014 | Smith, Brian A | Hotel tax in Wilmington for court hearing | $45.90 | All |
| | 4/30/2014 | Smith, Brian A | Hotel room charge in Wilmington for court hearing | $459.00 | All |
| | 4/30/2014 | Ying, David Y | Hotel tax in Wilmington for court hearing | $43.90 | All |
| | 4/30/2014 | Ying, David Y | Hotel room in Wilmington for court hearing | $439.00 | All |
| | 4/30/2014 | Matican, Jeremy M | Hotel night in Wilmington for court hearing | $504.90 | EFIH |
| | 4/30/2014 | Matican, Jeremy M | Travel agent fee for hotel (Wilmington) | $15.00 | EFIH |
| | 5/1/2014 | Javia, Kush M | Hotel tax in Wilmington for court hearing | $45.90 | All |
| | 5/1/2014 | Javia, Kush M | Hotel night in Wilmington for court hearing | $459.00 | All |
| | 5/1/2014 | Smith, Brian A | Hotel tax in Wilmington for court hearing | $45.90 | All |
| | 5/1/2014 | Smith, Brian A | Hotel room charge in Wilmington for court hearing | $459.00 | All |
| | 5/1/2014 | Yi, Bo S | Hotel night in Wilmington for court hearing | $504.90 | All |
| | 5/1/2014 | Ying, David Y | Hotel tax in Wilmington for court hearing | $43.90 | All |
| | 5/1/2014 | Ying, David Y | Hotel room in Wilmington for court hearing | $439.00 | All |
| | | | **Sub-Total** | **$4,515.10** | |
| Travel Meal | 4/30/2014 | Javia, Kush M | Travel dinner (Wilmington court hearing) | $40.00 | All |
| | 4/30/2014 | Smith, Brian A | Travel dinner (trip to Wilmington court hearing) | $40.00 | All |
| | 4/30/2014 | Ying, David Y | Travel dinner (Wilmington trip for court hearing) | $40.00 | All |
| | 4/30/2014 | Matican, Jeremy M | Travel dinner (trip to Wilmington court hearing) | $40.00 | EFIH |
| | 5/1/2014 | Goldstein, Stephen R | Travel breakfast (Wilmington court hearing) | $20.40 | All |
| | 5/1/2014 | Javia, Kush M | Travel breakfast (Wilmington court hearing) | $21.50 | All |
| | 5/1/2014 | Matican, Jeremy M | Travel lunch (Wilmington court hearing) | $12.25 | All |
| | 5/1/2014 | Matican, Jeremy M | Travel breakfast (Wilmington court hearing) | $20.40 | All |
| | 5/1/2014 | Smith, Brian A | Travel breakfast in Wilmington (court hearing) | $21.50 | All |
| | 5/1/2014 | Yi, Bo S | Travel lunch (Wilmington court hearing) | $14.50 | All |
| | 5/1/2014 | Ying, David Y | Travel breakfast (Wilmington court hearing) | $20.40 | All |
| | 5/2/2014 | Javia, Kush M | Travel breakfast (Wilmington court hearing) | $20.40 | All |
| | 5/2/2014 | Smith, Brian A | Travel breakfast in Wilmington (court hearing) | $20.40 | All |
| | 5/2/2014 | Yi, Bo S | Travel breakfast (Wilmington court hearing) | $21.50 | All |
| | 5/2/2014 | Ying, David Y | Travel breakfast (Wilmington court hearing) | $21.50 | All |
| | | | **Sub-Total** | **$374.75** | |
| | | | **Total** | **$46,375.43** | |

**<u>EXHIBIT A-1</u>**
**Legal Expenses of Evercore**

# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com

October 8, 2014

Invoice No. : 1310159
Client Matter: 23172.1026

Evercore Partners
55 East 52nd Street
New York, NY  10055
Attn: Adam B. Frankel

FOR PROFESSIONAL SERVICES AND ADVICE  rendered during the period from May 1, 2014 through May 31, 2014 in connection with EFH advice.

Total Fees ........................................................................................................... $34,765.50

Document Preparation, Communication, Other Charges and Disbursements ....... $12.50

Total................................................................................................................... $34,778.00

*Payment due Upon Receipt*
*Payment May Be Made By Wire Transfer to*
*Account # 4919-9225 at Citibank, N.A., New York, N.Y.*
*ABA # 021000089*
*SWIFT: CITIUS33*
*Tax Identification  Number 13 -5537279*

1000384817v2

*Schedule of Charges and Disbursements*
*Related to Statement for Legal Services*
<u>*May 1, 2014 through May 31, 2014*</u>

Charges:

| | |
|---|---:|
| Messenger services | 12.50 |
| Sub-total for Charges: | $12.50 |

**Total For Charges and Disbursements:**     <u>**12.50**</u>

1000384817v2

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 05/02/14 | Alexander, Derek P. | 0.70 | Review of issues relating to timing of filing (0.3) and correspondence in response to same (0.4). |
| 05/02/14 | Wiles, Michael E. | 0.20 | Cnf Derek Alexander re EFH retention affidavit |
| 05/06/14 | Kernan, Amanda B. | 1.00 | Call with team and follow-up preparation for discovery (1.0) |
| 05/06/14 | Wiles, Michael E. | 0.10 | T. Derek Alexander re parties' requests for documents from Evercore. |
| 05/06/14 | Reilly, Wendy B. | 0.30 | TCW D. Alexander, review discovery requests |
| 05/06/14 | Alexander, Derek P. | 1.20 | Conversation with client re discovery request (0.4), correspondence with client re same (0.5), correspondence with Wiles re same (0.3). |
| 05/07/14 | Alexander, Derek P. | 0.90 | Call with client team re discovery request response (0.6), correspondence with Kernan re same (0.3). |
| 05/08/14 | Alexander, Derek P. | 0.80 | Revisions to retention app in response to questions from Kirkland (0.4), correspondence with Kernan re discovery project (0.4). |
| 05/08/14 | Rapacciuolo, John S. | 3.20 | Teleconferences with A. Kernan re case needs. Coordinate with Evercore and Kirkland on collection, transfer, review and processing of documents, Prepare collection instructions for Evercore IT. |
| 05/08/14 | Kernan, Amanda B. | 2.80 | Review documents for privilege (2.0), Coordinate with team and prepare email searches (.8) |
| 05/09/14 | Kernan, Amanda B. | 1.90 | Coordinate document collection and review documents (1.5), review new set of document requests (.4) |
| 05/09/14 | Jiang, Kevin | 4.30 | Prepare the document collection for the legal team review assigned by J. Rapacciuolo, |
| 05/09/14 | Rapacciuolo, John S. | 5.90 | Support Evercore with document collection and secure transfer, Teleconference with A. Kernan, Evercore and Kirkland re document collection, processing and production, Coordinate with Kirkland and Advanced Discovery on building document review database, Coordinate preparation of efiles and emails documents for privilege review per A. Kernan. |
| 05/09/14 | Alexander, Derek P. | 0.30 | Correspondence with Kernan and client re discovery collection and review (0.3). |
| 05/09/14 | Battle, Willie J. | 0.50 | Per J. Rapacciuolo, assist attorneys with technical aspects for securing electronic file transfers. |
| 05/10/14 | Alexander, Derek P. | 0.30 | Correspondence with Kernan and client re discovery collection and review (0.3). |
| 05/10/14 | Rapacciuolo, John S. | 2.40 | Coordinate preparation of email documents for review, Support technical aspects of document review, Coordinate preparation of documents for production, Secure transfer of files to Kirkland vendor. |

| Date | Timekeeper | Hours | Narrative |
|------|------------|-------|-----------|
| 05/10/14 | Jiang, Kevin | 1.30 | Prepare the document collection for the legal team review assigned by J. Rapacciuolo, |
| 05/10/14 | Kernan, Amanda B. | 2.80 | Review documents for production (2.8) |
| 05/11/14 | Kernan, Amanda B. | 1.70 | Reviewed documents for production (1.7) |
| 05/11/14 | Slobodkin, Yury G. | 2.50 | Prepare document collection for review by legal team, Per J. Rapacciuolo. |
| 05/11/14 | Rapacciuolo, John S. | 2.80 | Coordinate preparation of documents for review. Coordinate preparation of documents for production, Secure transfer of files to/from Evercore and Debevoise vendors, Manage vendor. Manage DDM analysts, Manage electronic media. |
| 05/12/14 | Rapacciuolo, John S. | 2.60 | Coordinate preparation of documents for review, Support technical aspects of document review, Coordinate preparation of documents for production to Kirkland. |
| 05/12/14 | Slobodkin, Yury G. | 1.70 | Respond to legal team request for assistance. Per J. Rapacciuolo. |
| 05/12/14 | Kernan, Amanda B. | 2.60 | Finish document review and coordinate production (2.6) |
| 05/12/14 | Alexander, Derek P. | 1.40 | Call with client re discovery request efforts (0.8), internal arrangements with Kernan in support of same (0.6). |
| 05/13/14 | Rapacciuolo, John S. | 1.10 | Update document collections. Manage electronic media. Support technical aspects of document review. |
| 05/14/14 | Rapacciuolo, John S. | 0.90 | Coordinate preparation of documents for review. Secure transfer of docs to Kirkland/Advanced Discovery. |
| 05/14/14 | Slobodkin, Yury G. | 2.00 | Prepare document collection for review by legal team. Per L.Kheyfets. |
| 05/14/14 | Alexander, Derek P. | 0.40 | Correspondence with internal team re discovery response efforts. |
| 05/14/14 | Kheyfets, Liza | 6.80 | Coordinate scanning, processing and data load as per A.Kernan request. |
| 05/15/14 | Kheyfets, Liza | 1.80 | Coordinate scanning, processing and data load as per A.Kernan request. |
| 05/15/14 | Rapacciuolo, John S. | 0.70 | Manage electronic media. Update tracking logs. |
| 05/16/14 | Rapacciuolo, John S. | 0.70 | Coordinate with Kirkland/AdvancedDiscover on secure electronic delivery of documents. Update produced documents index. |
| 05/16/14 | Slobodkin, Yury G. | 3.00 | Post-load and post-production housekeeping procedures. Populating and updating media log. Per J. Rapacciuolo. |
| 05/19/14 | Kernan, Amanda B. | 0.20 | Compile and send search criteria to Kirkland |
| 05/20/14 | Kernan, Amanda B. | 0.60 | Review search terms and coordinate document collection and production |
| 05/20/14 | Rapacciuolo, John S. | 0.50 | Coordinate collection, processing and review of emails. |

1000384817v2

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 05/21/14 | Rapacciuolo, John S. | 1.20 | Coordinate preparation and deduplication of email documents for review at Debevoise and sharing with Kirkland. |
| 05/21/14 | Kernan, Amanda B. | 0.20 | Coordinate document collection |
| 05/22/14 | Rapacciuolo, John S. | 1.40 | Securely share documents with Kirkland. Emails re same. Manage electronic media. Discussion with H. Antczak and Sidley re preparing documents for production, specifically meeting requirements of CFPB CID. |
| 05/22/14 | Slobodkin, Yury G. | 0.30 | Respond to legal team request for assistance. Per J. Rapacciuolo. |
| 05/22/14 | Brea, Richard A. | 1.80 | Prepare document collection for review by legal team per J. Rapacciuolo. |
| 05/22/14 | Kernan, Amanda B. | 1.30 | Review documents and produce to Kirkland |
| 05/28/14 | Kernan, Amanda B. | 0.20 | Coordinate document collection |
| 05/28/14 | Rapacciuolo, John S. | 0.70 | Emails with A. Kernan re moving Evercore emails from Global Relay through prod review and on to Kirkland. Plan for same. |
| 05/29/14 | Rapacciuolo, John S. | 0.40 | Coordinate preparation of documents for review/production, emails re same. |
| 05/29/14 | Kernan, Amanda B. | 0.60 | Coordinate document collection and review same for production |
| 05/30/14 | Kernan, Amanda B. | 0.30 | Coordinate with vendor/team for document production |
| 05/30/14 | Alexander, Derek P. | 0.60 | Assistance to Kernan and lit team re discovery exercise (0.6). |
| 05/30/14 | Rapacciuolo, John S. | 1.70 | Coordinate preparation of documents for review/production, including moving Evercore email data from raw to processed to reviewed. |
| 05/31/14 | Rapacciuolo, John S. | 1.20 | Coordinate preparation of documents for review. Including managing vendors and Analyst, emails with A. Kernan re document review for privilege, cull priv docs and transfer remainder to Kirkland. |
| 05/31/14 | Kernan, Amanda B. | 0.80 | Review documents and produce to Kirkland |
| 05/31/14 | Godinez, Antonio | 5.10 | Prepare and process email document collections for review by legal team, prepare and organize documents for delivery to Kirkland. |
| | Hours: | 82.70 | |

**Timekeeper Summary**

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| MICHAEL E. WILES | 0.30 | 1,190.00 | 357.00 |
| Total For PARTNER | 0.30 | | 357.00 |
| WENDY B. REILLY | 0.30 | 890.00 | 267.00 |
| Total For COUNSEL | 0.30 | | 267.00 |
| DEREK P. ALEXANDER | 6.60 | 765.00 | 5,049.00 |
| AMANDA B. KERNAN | 17.00 | 690.00 | 11,730.00 |
| Total For ASSOCIATE | 23.60 | | 16,779.00 |
| WILLIE J. BATTLE | 0.50 | 325.00 | 162.50 |
| LIZA KHEYFETS | 8.60 | 325.00 | 2,795.00 |
| ANTONIO GODINEZ | 5.10 | 250.00 | 1,275.00 |
| RICHARD A. BREA | 1.80 | 250.00 | 450.00 |
| KEVIN JIANG | 5.60 | 250.00 | 1,400.00 |
| JOHN S. RAPACCIUOLO | 27.40 | 325.00 | 8,905.00 |
| YURY G. SLOBODKIN | 9.50 | 250.00 | 2,375.00 |
| Total For DISC / DATA MGT | 58.50 | | 17,362.50 |
| MATTER TOTALS | 82.70 | | 34,765.50 |

# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com

Invoice Number: 1310159

October 8, 2014

Evercore Partners
55 East 52nd Street
New York, NY  10055
Attn: Adam B. Frankel

**Remittance Summary**
(Payment Due Upon Receipt)

| | |
|---|---:|
| **Total  Fees** | **$34,765.50** |
| **Document Preparation, Communication, Other Charges and Disbursements** | **$12.50** |
| **Total Amount Due** | **$34,778.00** |

*Remit Payment By:*

| *Check* | *Wire Transfer* |
|---|---:|
| Debevoise & Plimpton LLP | Citibank, N.A., New York, N.Y |
| Accounting Department, 28th Floor | ABA # 021000089 |
| 919 Third Avenue | SWIFT: CITIUS33 Account #4919-9225 |
| New York, N.Y 10022 | Invoice No.: 1310159 |

*Tax Identification Number 13 - 5537279*

1000384817v2