## **EXHIBIT A**

**Detailed Description of Expenses**

| Expense Category | Date | Professional | Expense Description | Total Expense | Allocation |
|---|---|---|---|---|---|
| Air/Rail Travel | 6/4/2014 | Patel, Neal H | Travel agent fee (Wilmington trip) | $50.00 | All |
| | 6/4/2014 | Patel, Neal H | Amtrak ticket from NY to Wilmington for court hearing (roundtrip) | $241.00 | All |
| | 6/4/2014 | Patel, Neal H | Additional fare differential for changed train ticket | $71.00 | All |
| | 6/4/2014 | Matican, Jeremy M | Travel agent fee (Wilmington trip) | $50.00 | EFIH |
| | 6/4/2014 | Matican, Jeremy M | Amtrak ticket from NY to Wilmington (roundtrip) | $241.00 | EFIH |
| | 6/4/2014 | Matican, Jeremy M | Additional fare differential for changed train ticket | $71.00 | EFIH |
| | 6/4/2014 | Smith, Brian A | Travel agent fee (Wilmington trip) | $50.00 | EFIH |
| | 6/4/2014 | Smith, Brian A | Amtrak ticket from NY to Wilmington for court hearing (roundtrip) | $241.00 | EFIH |
| | 6/4/2014 | Smith, Brian A | Additional train fare for changed train ticket | $71.00 | EFIH |
| | 6/4/2014 | Ying, David Y | Travel agent fee (Wilmington trip) | $50.00 | EFIH |
| | 6/4/2014 | Ying, David Y | Amtrak ticket from NY to Wilmington for court hearing (roundtrip) | $241.00 | EFIH |
| | 6/4/2014 | Yi, Bo S | Travel agent fee (Wilmington trip) | $50.00 | TCEH |
| | 6/4/2014 | Yi, Bo S | Amtrak ticket from NY to Wilmington (roundtrip) | $241.00 | TCEH |
| | 6/4/2014 | Yi, Bo S | Additional fare for taking different train from Wilmington to NY | $71.00 | TCEH |
| | 6/10/2014 | Raghavan, Sesh | Travel agent fee (Dallas trip for plant visits) | $50.00 | All |
| | 6/11/2014 | Chen, Lisa Y | Travel agent fee (Dallas trip for plant visits) | $50.00 | TCEH |
| | 6/11/2014 | Chen, Lisa Y | Flight from NY to Dallas for plant visits (round trip) | $1,857.46 | TCEH |
| | 6/11/2014 | Raghavan, Sesh | Flight from NY to Dallas for due diligence at power plants (one way) | $923.73 | TCEH |
| | 6/11/2014 | Ying, David Y | Travel agent fee (Dallas trip for plant visits) | $50.00 | TCEH |
| | 6/11/2014 | Ying, David Y | Flight from NY to Dallas for plant visits (one way) | $877.65 | TCEH |
| | 6/13/2014 | Raghavan, Sesh | Flight from Dallas to NY for due diligence at power plants (one way) | $983.84 | TCEH |
| | 6/13/2014 | Ying, David Y | Flight from Dallas to NY for plant visits (one way) | $877.65 | TCEH |
| | 6/17/2014 | Raghavan, Sesh | Travel agent fee (Dallas trip for client meeting) | $50.00 | All |
| | 6/18/2014 | Goldstein, Stephen R | Travel agent fee (Dallas trip for client meeting) | $50.00 | All |
| | 6/18/2014 | Goldstein, Stephen R | Flight from NY to Dallas for UCC meeting (round trip) | $1,755.30 | All |
| | 6/18/2014 | Levit, Vadim | Travel agent fee (Dallas trip for client meeting) | $50.00 | EFIH |
| | 6/18/2014 | Patel, Neal H | Travel agent fee (Dallas trip for client meeting) | $50.00 | EFIH |
| | 6/18/2014 | Patel, Neal H | Flight from NY to Dallas for client meeting (round trip) | $1,947.69 | EFIH |
| | 6/23/2014 | Goldstein, Stephen R | Flight from NY to Dallas for board meeting (round trip) | $1,755.30 | All |
| | 6/23/2014 | Goldstein, Stephen R | Travel agent fee (Dallas trip for board meeting) | $50.00 | All |
| | 6/23/2014 | Raghavan, Sesh | Flight from NY to Dallas for client meeting (one way) | $953.73 | TCEH |
| | 6/23/2014 | Raghavan, Sesh | Flight from Dallas to NY for client meeting (one way) | $998.85 | TCEH |
| | 6/29/2014 | Smith, Brian A | Travel agent fee (Wilmington trip) | $50.00 | All |
| | 6/29/2014 | Smith, Brian A | Amtrak ticket from NY to Wilmington for court hearing (round trip) | $294.00 | All |
| | 6/29/2014 | Smith, Brian A | Amtrak credit for train change (Wilmington trip) | ($30.00) | All |
| | 6/29/2014 | Levit, Vadim | Travel agent fee (Wilmington court hearing) | $50.00 | EFIH |
| | 6/29/2014 | Levit, Vadim | Amtrak ticket to Wilmington (round trip) | $259.00 | EFIH |
| | 6/29/2014 | Matican, Jeremy M | Amtrak ticket to Delaware (round trip) | $276.00 | EFIH |
| | 6/29/2014 | Yi, Bo S | Travel agent fee (trip to court hearing) | $50.00 | EFIH |
| | 6/29/2014 | Yi, Bo S | Amtrak ticket to Delaware (round trip) | $276.00 | EFIH |
| | 6/29/2014 | Ying, David Y | Travel agent fee (trip to court hearing) | $50.00 | EFIH |
| | 6/29/2014 | Ying, David Y | Amtrak ticket from NY to Wilmington for court hearing (round trip) | $276.00 | EFIH |
| | 6/29/2014 | Ying, David Y | Additional fare for taking later train from Wilmington to NY | $18.00 | EFIH |
| | | | **Sub-Total** | **$16,639.20** | |
| | | | | | |
| Copies & Shipping | 6/2/2014 | Other | Color copies (62) | $31.00 | All |
| | 6/20/2014 | Other | B&W copies (499) | $49.90 | All |
| | | | **Sub-Total** | **$80.90** | |
| | | | | | |
| Legal / Professional Fees | 6/3/2014 | Other | Global Relay Communications, Inc. (email discovery) | $475.00 | All |
| | 6/4/2014 | Other | Global Relay Communications, Inc. (email discovery) | $350.00 | All |
| | 6/9/2014 | Other | Global Relay Communications, Inc. (email discovery) | $725.00 | All |
| | 6/30/2014 | Other | Debevoise invoice (June 2014) - Evercore Retention | $0.00 | All |
| | 6/30/2014 | Other | Debevoise invoice (June 2014) - Court Testimony & Litigation Support | $9,088.00 | All |
| | | | **Sub-Total** | **$10,638.00** | |
| | | | | | |
| Local Ground Transport | 6/2/2014 | Chen, Lisa Y | Weeknight taxi | $13.70 | All |
| | 6/2/2014 | Rao, Aashik A | Weeknight taxi | $13.10 | All |
| | 6/2/2014 | Yi, Bo S | Weeknight taxi | $7.65 | All |
| | 6/2/2014 | Patel, Neal H | Weeknight taxi | $7.10 | EFIH |
| | 6/2/2014 | Smith, Brian A | Weeknight taxi | $11.75 | EFIH |
| | 6/3/2014 | Rao, Aashik A | Weeknight taxi | $8.40 | All |
| | 6/3/2014 | Chen, Lisa Y | Weeknight taxi | $24.00 | TCEH |
| | 6/4/2014 | Ying, David Y | Taxi to meeting | $8.10 | EFIH |
| | 6/4/2014 | Chen, Lisa Y | Weeknight taxi | $20.30 | TCEH |
| | 6/5/2014 | Chen, Lisa Y | Weeknight taxi | $20.40 | TCEH |

| Date | Name | Description | Amount | Code |
|---|---|---|---|---|
| 6/6/2014 | Patel, Neal H | Weeknight taxi | $10.40 | All |
| 6/6/2014 | Rao, Aashik A | Weeknight taxi | $9.60 | All |
| 6/7/2014 | Rao, Aashik A | Taxi-Weekend Work | $9.60 | All |
| 6/7/2014 | Rao, Aashik A | Taxi-Weekend Work | $16.80 | All |
| 6/8/2014 | Levit, Vadim | Weekend taxi | $11.30 | EFIH |
| 6/9/2014 | Rao, Aashik A | Weeknight taxi | $9.60 | All |
| 6/9/2014 | Smith, Brian A | Weeknight taxi | $13.00 | All |
| 6/9/2014 | Patel, Neal H | Weeknight taxi | $8.40 | EFIH |
| 6/10/2014 | Patel, Neal H | Weeknight taxi | $7.80 | EFIH |
| 6/11/2014 | Smith, Brian A | Weeknight taxi | $12.38 | EFIH |
| 6/12/2014 | Levit, Vadim | Weeknight taxi | $6.00 | EFIH |
| 6/13/2014 | Levit, Vadim | Weeknight taxi | $12.00 | EFIH |
| 6/13/2014 | Rao, Aashik A | Weeknight taxi | $9.37 | TCEH |
| 6/16/2014 | Yi, Bo S | Weeknight taxi | $7.65 | All |
| 6/16/2014 | Levit, Vadim | Weeknight taxi | $13.10 | EFIH |
| 6/16/2014 | Matican, Jeremy M | Weeknight taxi | $9.50 | EFIH |
| 6/16/2014 | Patel, Neal H | Weeknight taxi | $8.90 | EFIH |
| 6/16/2014 | Ying, David Y | Taxi to meeting | $7.38 | EFIH |
| 6/17/2014 | Patel, Neal H | Weeknight taxi | $7.70 | EFIH |
| 6/17/2014 | Yi, Bo S | Weeknight taxi | $9.37 | EFIH |
| 6/18/2014 | Yi, Bo S | Weeknight taxi | $13.80 | EFIH |
| 6/19/2014 | Smith, Brian A | Weeknight taxi | $11.75 | All |
| 6/19/2014 | Levit, Vadim | Weeknight taxi | $8.40 | EFIH |
| 6/20/2014 | Yi, Bo S | Weeknight taxi | $7.65 | All |
| 6/20/2014 | Patel, Neal H | Weeknight taxi | $9.50 | EFIH |
| 6/20/2014 | Rao, Aashik A | Weeknight taxi | $10.00 | EFIH |
| 6/21/2014 | Levit, Vadim | Weekend taxi | $8.90 | All |
| 6/21/2014 | Levit, Vadim | Weekend taxi | $12.50 | All |
| 6/21/2014 | Patel, Neal H | Weekend taxi | $7.10 | All |
| 6/21/2014 | Patel, Neal H | Weekend taxi | $8.90 | All |
| 6/22/2014 | Levit, Vadim | Weekend taxi | $20.40 | All |
| 6/22/2014 | Patel, Neal H | Weekend taxi to home | $9.00 | All |
| 6/22/2014 | Yi, Bo S | Weekend taxi to office | $6.00 | All |
| 6/22/2014 | Ying, David Y | Weekend taxi to meeting | $8.62 | EFIH |
| 6/23/2014 | Levit, Vadim | Weeknight taxi | $7.80 | All |
| 6/23/2014 | Smith, Brian A | Weeknight taxi | $13.12 | All |
| 6/23/2014 | Ying, David Y | Taxi to meeting at K&E | $7.50 | EFIH |
| 6/24/2014 | Levit, Vadim | Weeknight taxi | $10.20 | EFIH |
| 6/24/2014 | Patel, Neal H | Weeknight taxi (prior day) | $8.90 | EFIH |
| 6/25/2014 | Matican, Jeremy M | Weeknight taxi | $8.40 | EFIH |
| 6/25/2014 | Patel, Neal H | Weeknight taxi (prior day) | $7.80 | EFIH |
| 6/25/2014 | Patel, Neal H | Weeknight taxi | $8.40 | EFIH |
| 6/26/2014 | Matican, Jeremy M | Weeknight taxi | $7.10 | EFIH |
| 6/26/2014 | Patel, Neal H | Weeknight taxi | $8.30 | EFIH |
| 6/26/2014 | Smith, Brian A | Weeknight taxi | $13.00 | EFIH |
| 6/27/2014 | Levit, Vadim | Weeknight taxi | $17.40 | EFIH |
| 6/27/2014 | Patel, Neal H | Weeknight taxi | $7.80 | EFIH |
| 6/27/2014 | Yi, Bo S | Weeknight taxi | $9.75 | EFIH |
| 6/28/2014 | Matican, Jeremy M | Weekend taxi to office | $8.30 | EFIH |
| 6/28/2014 | Matican, Jeremy M | Weekend taxi to home | $8.90 | EFIH |
| 6/28/2014 | Patel, Neal H | Weekend taxi to home | $13.70 | EFIH |
| 6/28/2014 | Patel, Neal H | Weekend taxi to office | $16.10 | EFIH |
| 6/28/2014 | Yi, Bo S | Weekend taxi to home | $11.00 | EFIH |
| 6/29/2014 | Smith, Brian A | Weekend taxi | $24.66 | All |
| 6/29/2014 | Levit, Vadim | Weekend taxi | $7.20 | EFIH |
| 6/29/2014 | Levit, Vadim | Weekend taxi | $13.10 | EFIH |
| 6/29/2014 | Patel, Neal H | Weekend taxi to office | $13.10 | EFIH |
| 6/30/2014 | Patel, Neal H | Weeknight taxi | $13.20 | EFIH |
| | | **Sub-Total** | **$741.60** | |
| | | | | |
| Meals | | | | |
| 6/2/2014 | Chen, Lisa Y | Latenight dinner | $20.00 | All |
| 6/2/2014 | Rao, Aashik A | Latenight dinner | $20.00 | All |
| 6/2/2014 | Yi, Bo S | Latenight dinner | $20.00 | All |
| 6/2/2014 | Smith, Brian A | Latenight dinner | $20.00 | EFIH |
| 6/3/2014 | Patel, Neal H | Latenight dinner | $20.00 | All |
| 6/3/2014 | Rao, Aashik A | Latenight dinner | $20.00 | All |
| 6/3/2014 | Levit, Vadim | Latenight dinner | $20.00 | EFIH |
| 6/3/2014 | Smith, Brian A | Latenight dinner | $20.00 | EFIH |
| 6/3/2014 | Yi, Bo S | Latenight dinner | $20.00 | TCEH |

| 6/4/2014 | Levit, Vadim | Latenight dinner | | $20.00 | All |
|---|---|---|---|---|---|
| 6/5/2014 | Levit, Vadim | Latenight dinner | | $20.00 | All |
| 6/5/2014 | Chen, Lisa Y | Latenight dinner | | $20.00 | TCEH |
| 6/5/2014 | Rao, Aashik A | Latenight dinner | | $20.00 | TCEH |
| 6/6/2014 | Chen, Lisa Y | Latenight dinner | | $20.00 | All |
| 6/6/2014 | Levit, Vadim | Latenight dinner | | $20.00 | All |
| 6/7/2014 | Rao, Aashik A | Weekend dinner | | $20.00 | All |
| 6/8/2014 | Levit, Vadim | Weekend dinner | | $20.00 | EFIH |
| 6/9/2014 | Smith, Brian A | Latenight dinner | | $20.00 | All |
| 6/9/2014 | Yi, Bo S | Latenight dinner | | $20.00 | All |
| 6/9/2014 | Levit, Vadim | Latenight dinner | | $20.00 | EFIH |
| 6/9/2014 | Patel, Neal H | Latenight dinner | | $20.00 | EFIH |
| 6/10/2014 | Smith, Brian A | Latenight dinner | | $20.00 | All |
| 6/10/2014 | Yi, Bo S | Latenight dinner | | $20.00 | All |
| 6/10/2014 | Levit, Vadim | Latenight dinner | | $20.00 | EFIH |
| 6/10/2014 | Patel, Neal H | Latenight dinner | | $20.00 | EFIH |
| 6/11/2014 | Levit, Vadim | Latenight dinner | | $20.00 | EFIH |
| 6/11/2014 | Matican, Jeremy M | Latenight dinner | | $20.00 | EFIH |
| 6/11/2014 | Smith, Brian A | Latenight dinner | | $20.00 | EFIH |
| 6/11/2014 | Yi, Bo S | Latenight dinner | | $20.00 | EFIH |
| 6/12/2014 | Levit, Vadim | Latenight dinner | | $20.00 | EFIH |
| 6/12/2014 | Smith, Brian A | Latenight dinner | | $20.00 | EFIH |
| 6/13/2014 | Levit, Vadim | Latenight dinner | | $20.00 | EFIH |
| 6/13/2014 | Smith, Brian A | Latenight dinner | | $20.00 | EFIH |
| 6/13/2014 | Rao, Aashik A | Latenight dinner | | $20.00 | TCEH |
| 6/16/2014 | Levit, Vadim | Latenight dinner | | $20.00 | EFIH |
| 6/16/2014 | Smith, Brian A | Latenight dinner | | $20.00 | EFIH |
| 6/18/2014 | Levit, Vadim | Latenight dinner | | $20.00 | EFIH |
| 6/18/2014 | Smith, Brian A | Latenight dinner | | $20.00 | EFIH |
| 6/18/2014 | Yi, Bo S | Latenight dinner | | $20.00 | EFIH |
| 6/19/2014 | Rao, Aashik A | Latenight dinner | | $20.00 | All |
| 6/19/2014 | Smith, Brian A | Latenight dinner | | $16.61 | All |
| 6/19/2014 | Levit, Vadim | Latenight dinner | | $20.00 | EFIH |
| 6/19/2014 | Yi, Bo S | Latenight dinner | | $20.00 | EFIH |
| 6/20/2014 | Yi, Bo S | Latenight dinner | | $20.00 | All |
| 6/20/2014 | Levit, Vadim | Latenight dinner | | $20.00 | EFIH |
| 6/20/2014 | Rao, Aashik A | Latenight dinner | | $20.00 | EFIH |
| 6/21/2014 | Levit, Vadim | Weekend lunch | | $18.57 | All |
| 6/21/2014 | Patel, Neal H | Weekend lunch | | $14.90 | All |
| 6/21/2014 | Patel, Neal H | Weekend dinner | | $16.60 | All |
| 6/21/2014 | Yi, Bo S | Weekend meal | | $17.21 | EFIH |
| 6/22/2014 | Levit, Vadim | Weekend lunch | | $19.10 | All |
| 6/22/2014 | Levit, Vadim | Weekend dinner | | $20.00 | All |
| 6/22/2014 | Patel, Neal H | Weekend lunch | | $19.92 | All |
| 6/22/2014 | Patel, Neal H | Weekend dinner | | $20.00 | All |
| 6/23/2014 | Levit, Vadim | Latenight dinner | | $20.00 | All |
| 6/23/2014 | Smith, Brian A | Latenight dinner | | $20.00 | All |
| 6/23/2014 | Yi, Bo S | Latenight dinner | | $20.00 | EFIH |
| 6/24/2014 | Levit, Vadim | Latenight dinner | | $20.00 | EFIH |
| 6/24/2014 | Patel, Neal H | Latenight dinner | | $20.00 | EFIH |
| 6/24/2014 | Smith, Brian A | Latenight dinner | | $19.57 | EFIH |
| 6/24/2014 | Yi, Bo S | Latenight dinner | | $20.00 | EFIH |
| 6/25/2014 | Levit, Vadim | Latenight dinner | | $20.00 | EFIH |
| 6/25/2014 | Matican, Jeremy M | Latenight dinner | | $20.00 | EFIH |
| 6/25/2014 | Smith, Brian A | Latenight dinner | | $20.00 | EFIH |
| 6/25/2014 | Yi, Bo S | Latenight dinner | | $20.00 | EFIH |
| 6/26/2014 | Levit, Vadim | Latenight dinner | | $20.00 | EFIH |
| 6/26/2014 | Matican, Jeremy M | Latenight dinner | | $20.00 | EFIH |
| 6/26/2014 | Smith, Brian A | Latenight dinner | | $20.00 | EFIH |
| 6/26/2014 | Yi, Bo S | Latenight dinner | | $20.00 | EFIH |
| 6/27/2014 | Levit, Vadim | Latenight dinner | | $20.00 | EFIH |
| 6/27/2014 | Matican, Jeremy M | Latenight dinner | | $20.00 | EFIH |
| 6/27/2014 | Patel, Neal H | Latenight dinner | | $20.00 | EFIH |
| 6/27/2014 | Yi, Bo S | Latenight dinner | | $20.00 | EFIH |
| 6/28/2014 | Levit, Vadim | Weekend lunch | | $19.59 | EFIH |
| 6/28/2014 | Levit, Vadim | Weekend dinner | | $20.00 | EFIH |
| 6/28/2014 | Matican, Jeremy M | Weekend meal | | $14.32 | EFIH |
| 6/28/2014 | Patel, Neal H | Weekend dinner | | $20.00 | EFIH |
| 6/28/2014 | Yi, Bo S | Weekend meal (lunch) | | $15.03 | EFIH |

| | | | | | |
|---|---|---|---|---:|---|
| | 6/28/2014 | Yi, Bo S | Weekend meal (dinner) | $20.00 | EFIH |
| | 6/29/2014 | Levit, Vadim | Weekend lunch | $10.32 | EFIH |
| | | | **Sub-Total** | **$1,561.74** | |
| | | | | | |
| Research | 6/1/2014 | Other | Thomson | $46.86 | All |
| | 6/1/2014 | Other | Standard & Poor's | $51.15 | All |
| | 6/2/2014 | Other | Factset | $88.70 | All |
| | 6/11/2014 | Other | Standard & Poors | $50.58 | All |
| | | | **Sub-Total** | **$237.29** | |
| | | | | | |
| Telecom | 6/12/2014 | Raghavan, Sesh | Internet access at hotel (Dallas trip - plant visits) | $16.19 | TCEH |
| | 6/18/2014 | Goldstein, Stephen R | Internet access on flight from NY to Dallas (UCC meeting) | $15.00 | All |
| | 6/18/2014 | Patel, Neal H | Hotel internet access (Dallas trip) | $16.19 | EFIH |
| | 6/18/2014 | Patel, Neal H | Inflight internet access (Dallas trip) | $20.95 | EFIH |
| | 6/19/2014 | Patel, Neal H | Inflight internet access (Dallas trip) | $10.83 | EFIH |
| | | | **Sub-Total** | **$79.16** | |
| | | | | | |
| Travel Ground Transport | 6/4/2014 | Goldstein, Stephen R | Car service from office to train station (Wilmington court hearing) | $175.61 | All |
| | 6/4/2014 | Goldstein, Stephen R | Travel agent fee (Wilmington trip) | $50.00 | All |
| | 6/4/2014 | Matican, Jeremy M | Taxi from Penn Station in NY (Wilmington trip) | $8.90 | EFIH |
| | 6/4/2014 | Ying, David Y | Car service from office to Penn Station in NY (Wilmington trip) | $42.32 | EFIH |
| | 6/4/2014 | Ying, David Y | Taxi from train station to hotel (Wilmington trip) | $15.00 | EFIH |
| | 6/4/2014 | Yi, Bo S | Taxi to RLF office in Wilmington | $10.00 | TCEH |
| | 6/4/2014 | Yi, Bo S | Taxi from restaurant to hotel (Wilmington) | $12.00 | TCEH |
| | 6/6/2014 | Goldstein, Stephen R | Car service from train station to home (Wilmington court hearing) | $182.25 | All |
| | 6/6/2014 | Goldstein, Stephen R | Additional train fare for leg home (Wilmington trip) | $56.00 | All |
| | 6/6/2014 | Goldstein, Stephen R | Amtrak ticket from NY to Delaware for court hearing (roundtrip) | $241.00 | All |
| | 6/6/2014 | Goldstein, Stephen R | Additional train fare for leg home (Wilmington trip) | $71.00 | All |
| | 6/6/2014 | Goldstein, Stephen R | Fare refund upon changing ticket (Wilmington trip) | ($21.00) | All |
| | 6/6/2014 | Matican, Jeremy M | Car from NY Penn Station to home (Wilmington trip) | $48.02 | All |
| | 6/6/2014 | Yi, Bo S | Taxi to train station (Wilmington) | $13.00 | All |
| | 6/6/2014 | Yi, Bo S | Subway home from train station (Wilmington trip) | $2.50 | All |
| | 6/6/2014 | Ying, David Y | Car service from NY Penn Station (Wilmington trip) | $83.34 | All |
| | 6/11/2014 | Chen, Lisa Y | Car service from office to airport (Dallas trip) | $76.84 | TCEH |
| | 6/11/2014 | Chen, Lisa Y | Taxi from airport to hotel (Dallas) | $52.00 | TCEH |
| | 6/11/2014 | Raghavan, Sesh | Car service from office to airport (Dallas trip - plant visits) | $50.12 | TCEH |
| | 6/11/2014 | Raghavan, Sesh | Taxi from airport to hotel (plant visits) | $53.75 | TCEH |
| | 6/11/2014 | Ying, David Y | Car service from airport to hotel (Dallas trip for plant visits) | $104.60 | TCEH |
| | 6/12/2014 | Raghavan, Sesh | Taxi from client to hotel (Dallas trip - plant visits) | $17.45 | TCEH |
| | 6/12/2014 | Raghavan, Sesh | Taxi from client meeting to hotel (Dallas trip - plant visits) | $20.05 | TCEH |
| | 6/12/2014 | Raghavan, Sesh | Taxi from hotel to plant visits | $10.00 | TCEH |
| | 6/13/2014 | Chen, Lisa Y | Taxi from office to airport (Dallas) | $46.59 | TCEH |
| | 6/13/2014 | Raghavan, Sesh | Car service from airport to home (Dallas trip - plant visits) | $58.47 | TCEH |
| | 6/13/2014 | Raghavan, Sesh | Taxi from hotel to airport (Dallas trip for plant visits) | $61.20 | TCEH |
| | 6/13/2014 | Ying, David Y | Car service from airport (Dallas trip for plant visits) | $137.28 | TCEH |
| | 6/13/2014 | Ying, David Y | Car service from hotel to airport (Dallas trip for plant visits) | $104.60 | TCEH |
| | 6/18/2014 | Goldstein, Stephen R | Car service from office to aioprt (Dallas trip) | $77.89 | All |
| | 6/18/2014 | Goldstein, Stephen R | Travel taxi (Dallas trip) | $10.00 | All |
| | 6/18/2014 | Goldstein, Stephen R | Car from Dallas airport to hotel to UCC meeting | $104.60 | All |
| | 6/19/2014 | Goldstein, Stephen R | Car service from airport to home (Dallas trip) | $212.55 | All |
| | 6/19/2014 | Goldstein, Stephen R | Travel taxi (Dallas trip) | $10.00 | All |
| | 6/19/2014 | Goldstein, Stephen R | Car from client to Dallas airport (UCC meeting) | $104.60 | All |
| | 6/23/2014 | Goldstein, Stephen R | Car service from airport to home (Dallas trip) | $212.40 | All |
| | 6/23/2014 | Goldstein, Stephen R | Car service from airport to home (Dallas trip) | $212.58 | All |
| | 6/23/2014 | Goldstein, Stephen R | Car service from Dallas airport to UCC meeting | $104.60 | All |
| | 6/23/2014 | Raghavan, Sesh | Car service from home to airport (Dallas trip) | $59.27 | TCEH |
| | 6/23/2014 | Raghavan, Sesh | Car service from airport to home (Dallas trip) | $58.47 | TCEH |
| | 6/23/2014 | Raghavan, Sesh | Taxi from airport to client meeting (Dallas trip) | $55.00 | TCEH |
| | 6/23/2014 | Raghavan, Sesh | Car service from client meeting to airport | $115.90 | TCEH |
| | 6/29/2014 | Smith, Brian A | Taxi (Wilmington) | $17.00 | All |
| | 6/29/2014 | Smith, Brian A | Taxi (Wilmington) | $10.00 | All |
| | 6/29/2014 | Matican, Jeremy M | Car from home to NY Penn Station (Wilmington trip) | $49.42 | EFIH |
| | 6/29/2014 | Matican, Jeremy M | Travel agent fee (Wilmington trip) | $50.00 | EFIH |
| | 6/29/2014 | Yi, Bo S | Taxi to to Penn Station New York for trip to Wilmington | $15.50 | EFIH |
| | 6/29/2014 | Yi, Bo S | Taxi to meeting (Wilmington) | $10.00 | EFIH |
| | 6/29/2014 | Ying, David Y | Car service to Penn Station NYC (Wilmington trip) | $57.92 | EFIH |
| | 6/29/2014 | Ying, David Y | Taxi from train station to hotel (Wilmington trip) | $12.00 | EFIH |
| | 6/30/2014 | Goldstein, Stephen R | Car service from home to Penn Station NYC | $183.21 | EFIH |
| | 6/30/2014 | Goldstein, Stephen R | Travel agent fee (Wilmington trip for court hearing) | $50.00 | EFIH |

| | | | | | |
|---|---|---|---|---|---|
| | 6/30/2014 | Goldstein, Stephen R | Amtrak ticket from NY to Wilmington (one way) | $174.00 | EFIH |
| | 6/30/2014 | Goldstein, Stephen R | Taxi from train station to hotel (Wilmington) | $12.00 | EFIH |
| | | | **Sub-Total** | **$3,764.53** | |
| Travel Lodging | 6/4/2014 | Goldstein, Stephen R | Hotel night in Wilmington for court hearing | $284.90 | All |
| | 6/4/2014 | Patel, Neal H | Hotel tax in Wilmington for court hearing | $18.90 | All |
| | 6/4/2014 | Patel, Neal H | Hotel room in Wilmington for court hearing | $189.00 | All |
| | 6/4/2014 | Matican, Jeremy M | Hotel tax in Wilmington for court hearing | $18.90 | EFIH |
| | 6/4/2014 | Matican, Jeremy M | Hotel room night in Wilmington for court hearing | $189.00 | EFIH |
| | 6/4/2014 | Smith, Brian A | Hotel tax in Wilmington for court hearing | $18.90 | EFIH |
| | 6/4/2014 | Smith, Brian A | Hotel room charge in Wilmington for court hearing | $189.00 | EFIH |
| | 6/4/2014 | Ying, David Y | Hotel tax in Wilmington for court hearing | $25.90 | EFIH |
| | 6/4/2014 | Ying, David Y | Hotel room in Wilmington for court hearing | $259.00 | EFIH |
| | 6/4/2014 | Yi, Bo S | Hotel tax in Wilmington for court hearing | $18.90 | TCEH |
| | 6/4/2014 | Yi, Bo S | Hotel room in Wilmington for court hearing | $189.00 | TCEH |
| | 6/5/2014 | Goldstein, Stephen R | Hotel night in Wilmington for court hearing | $284.90 | All |
| | 6/5/2014 | Matican, Jeremy M | Hotel tax in Wilmington for court hearing | $18.90 | All |
| | 6/5/2014 | Matican, Jeremy M | Hotel room in Wilmington for court hearing | $189.00 | All |
| | 6/5/2014 | Patel, Neal H | Hotel tax in Wilmington for court hearing | $18.90 | All |
| | 6/5/2014 | Patel, Neal H | Hotel room in Wilmington for court hearing | $189.00 | All |
| | 6/5/2014 | Smith, Brian A | Hotel tax in Wilmington for court hearing | $18.90 | All |
| | 6/5/2014 | Smith, Brian A | Hotel room charge in Wilmington for court hearing | $189.00 | All |
| | 6/5/2014 | Yi, Bo S | Hotel tax in Wilmington for court hearing | $18.90 | All |
| | 6/5/2014 | Yi, Bo S | Hotel room in Wilmington for court hearing | $189.00 | All |
| | 6/5/2014 | Ying, David Y | Hotel tax in Wilmington for court hearing | $25.90 | All |
| | 6/5/2014 | Ying, David Y | Hotel room in Wilmington for court hearing | $259.00 | All |
| | 6/6/2014 | Yi, Bo S | Tips at hotel (Wilmington) | $4.00 | All |
| | 6/11/2014 | Chen, Lisa Y | Hotel stay in Dallas for plant visits | $240.89 | TCEH |
| | 6/11/2014 | Raghavan, Sesh | Hotel night in Dallas for plant visits | $240.89 | TCEH |
| | 6/11/2014 | Ying, David Y | Hotel tax in Dallas for plant visits | $77.67 | TCEH |
| | 6/11/2014 | Ying, David Y | Hotel room in Dallas for plant visits | $509.00 | TCEH |
| | 6/12/2014 | Chen, Lisa Y | Hotel stay in Dallas for plant visits | $240.89 | TCEH |
| | 6/12/2014 | Raghavan, Sesh | Hotel night in Dallas for plant visits | $240.89 | TCEH |
| | 6/12/2014 | Ying, David Y | Hotel tax in Dallas for plant visits | $77.67 | TCEH |
| | 6/12/2014 | Ying, David Y | Hotel room in Dallas for plant visits | $509.00 | TCEH |
| | 6/18/2014 | Goldstein, Stephen R | Hotel tax in Dallas for UCC meeting | $37.38 | All |
| | 6/18/2014 | Goldstein, Stephen R | Hotel room night in Dallas for UCC meeting | $245.00 | All |
| | 6/18/2014 | Patel, Neal H | Hotel tax in Dallas for client meeting | $31.89 | EFIH |
| | 6/18/2014 | Patel, Neal H | Hotel room in Dallas for client meeting | $209.00 | EFIH |
| | 6/29/2014 | Smith, Brian A | Hotel tax in Wilmington for court hearing | $18.90 | All |
| | 6/29/2014 | Smith, Brian A | Hotel room charge in Wilmington for court hearing | $189.00 | All |
| | 6/29/2014 | Levit, Vadim | Hotel tax in Wilmington for court hearing | $11.90 | EFIH |
| | 6/29/2014 | Levit, Vadim | Hotel night in Wilmington for court hearing | $119.00 | EFIH |
| | 6/29/2014 | Matican, Jeremy M | Hotel tax in Wilmington for court hearing | $11.90 | EFIH |
| | 6/29/2014 | Matican, Jeremy M | Hotel room in Wilmington for court hearing | $119.00 | EFIH |
| | 6/29/2014 | Yi, Bo S | Tips at Hotel | $4.00 | EFIH |
| | 6/29/2014 | Yi, Bo S | Hotel tax in Wilmington for court hearing | $11.90 | EFIH |
| | 6/29/2014 | Yi, Bo S | Hotel room in Wilmington for court hearing | $119.00 | EFIH |
| | 6/29/2014 | Ying, David Y | Hotel tax in Wilmington for court hearing | $43.90 | EFIH |
| | 6/29/2014 | Ying, David Y | Hotel room in Wilmington for court hearing | $439.00 | EFIH |
| | 6/30/2014 | Goldstein, Stephen R | Hotel tax in Wilmington for court hearing | $39.90 | EFIH |
| | 6/30/2014 | Goldstein, Stephen R | Hotel room night in Wilmington for court hearing | $399.00 | EFIH |
| | 6/30/2014 | Levit, Vadim | Hotel tax in Wilmington for court hearing | $11.90 | EFIH |
| | 6/30/2014 | Levit, Vadim | Hotel night in Wilmington for court hearing | $119.00 | EFIH |
| | 6/30/2014 | Matican, Jeremy M | Hotel tax in Wilmington for court hearing | $11.90 | EFIH |
| | 6/30/2014 | Matican, Jeremy M | Hotel room in Wilmington for court hearing | $119.00 | EFIH |
| | 6/30/2014 | Smith, Brian A | Hotel stay in Wilmington for court hearing | $130.90 | EFIH |
| | 6/30/2014 | Yi, Bo S | Hotel tax in Wilmington for court hearing | $11.90 | EFIH |
| | 6/30/2014 | Yi, Bo S | Hotel room in Wilmington for court hearing | $119.00 | EFIH |
| | 6/30/2014 | Ying, David Y | Hotel tax in Wilmington for court hearing | $43.90 | EFIH |
| | 6/30/2014 | Ying, David Y | Hotel room in Wilmington for court hearing | $439.00 | EFIH |
| | | | **Sub-Total** | **$7,999.87** | |
| Travel Meal | 6/5/2014 | Matican, Jeremy M | Travel dinner in Wilmington among Evercore | $280.00 | All |
| | 6/6/2014 | Goldstein, Stephen R | Travel lunch (Wilmington court hearing) | $39.00 | All |
| | 6/6/2014 | Ying, David Y | Travel lunch (Wilmington court hearing) | $39.00 | All |
| | 6/12/2014 | Ying, David Y | Travel dinner in Dallas for plant visits | $120.00 | TCEH |
| | 6/4/2014 | Patel, Neal H | Travel dinner (Wilmington court hearing) | $35.25 | All |
| | 6/4/2014 | Matican, Jeremy M | Travel dinner (Wilmington court hearing) | $35.25 | EFIH |

| | | | | |
|---|---|---|---|---|
| 6/4/2014 | Smith, Brian A | Travel dinner (Wilmington court hearing) | $35.25 | EFIH |
| 6/4/2014 | Yi, Bo S | Travel Dinner (Wilmington court hearing) | $35.25 | TCEH |
| 6/5/2014 | Goldstein, Stephen R | Travel meal (Wilmington court hearing) | $11.00 | All |
| 6/5/2014 | Matican, Jeremy M | Travel breakfast (Wilmington court hearing) | $8.35 | All |
| 6/5/2014 | Patel, Neal H | Travel breakfast (Wilmington court hearing) | $11.75 | All |
| 6/5/2014 | Yi, Bo S | Travel breakfast (Wilmington court hearing) | $13.75 | All |
| 6/5/2014 | Ying, David Y | Travel breakfast (Wilmington court hearing) | $21.00 | All |
| 6/6/2014 | Goldstein, Stephen R | Travel meal (Wilmington court hearing) | $7.97 | All |
| 6/6/2014 | Goldstein, Stephen R | Travel meal (Wilmington court hearing) | $17.00 | All |
| 6/6/2014 | Matican, Jeremy M | Travel breakfast (Wilmington court hearing) | $5.35 | All |
| 6/6/2014 | Matican, Jeremy M | Travel breakfast (Wilmington court hearing) | $7.96 | All |
| 6/6/2014 | Patel, Neal H | Travel breakfast (Wilmington court hearing) | $7.00 | All |
| 6/6/2014 | Patel, Neal H | Travel breakfast (Wilmington court hearing) | $9.25 | All |
| 6/6/2014 | Smith, Brian A | Travel lunch (Wilmington court hearing) | $5.68 | All |
| 6/6/2014 | Smith, Brian A | Travel dinner (Wilmington court hearing) | $40.00 | All |
| 6/6/2014 | Smith, Brian A | Travel breakfast (Wilmington court hearing) | $13.75 | All |
| 6/6/2014 | Yi, Bo S | Travel breakfast (Wilmington court hearing) | $15.75 | All |
| 6/6/2014 | Ying, David Y | Travel breakfast (Wilmington court hearing) | $30.00 | All |
| 6/11/2014 | Chen, Lisa Y | Travel dinner (Dallas trip - plant visits) | $40.00 | TCEH |
| 6/11/2014 | Raghavan, Sesh | Travel dinner (Dallas plant visits) | $40.00 | TCEH |
| 6/11/2014 | Raghavan, Sesh | Travel dinner (Dallas trip for plant visits) | $40.00 | TCEH |
| 6/11/2014 | Raghavan, Sesh | Travel lunch (Dallas trip for plant visits) | $17.55 | TCEH |
| 6/11/2014 | Ying, David Y | Travel dinner (Dallas plant visits) | $40.00 | TCEH |
| 6/11/2014 | Ying, David Y | Travel lunch (Dallas trip for plant visits) | $17.55 | TCEH |
| 6/12/2014 | Chen, Lisa Y | Travel meal (Dallas trip - plant visits) | $18.63 | TCEH |
| 6/12/2014 | Chen, Lisa Y | Travel dinner (Dallas trip - plant visits) | $40.00 | TCEH |
| 6/12/2014 | Ying, David Y | Travel breakfast (Dallas plant visits) | $40.00 | TCEH |
| 6/13/2014 | Raghavan, Sesh | Travel breakfast (Dallas trip for plant visits) | $61.20 | TCEH |
| 6/13/2014 | Ying, David Y | Travel breakfast (Dallas plant visits) | $40.00 | TCEH |
| 6/18/2014 | Goldstein, Stephen R | Travel meal (Dallas UCC meeting) | $17.55 | All |
| 6/18/2014 | Patel, Neal H | Travel dinner (Dallas client meeting) | $40.00 | EFIH |
| 6/19/2014 | Goldstein, Stephen R | Travel dinner (Dallas UCC meeting) | $32.00 | All |
| 6/19/2014 | Patel, Neal H | Travel breakfast (Dallas client meeting) | $5.36 | EFIH |
| 6/19/2014 | Patel, Neal H | Travel dinner (Dallas client meeting) | $32.00 | EFIH |
| 6/23/2014 | Raghavan, Sesh | Travel meal (Dallas trip) | $11.00 | TCEH |
| 6/23/2014 | Raghavan, Sesh | Travel dinner at airport (Dallas trip) | $40.00 | TCEH |
| 6/23/2014 | Raghavan, Sesh | Travel breakfast (Dallas trip) | $9.84 | TCEH |
| 6/29/2014 | Yi, Bo S | Travel lunch (Wilmington court hearing) | $17.25 | EFIH |
| 6/29/2014 | Yi, Bo S | Travel dinner (Wilmington court hearing) | $37.00 | EFIH |
| 6/30/2014 | Levit, Vadim | Travel dinner (Wilmington court hearing) | $40.00 | EFIH |
| 6/30/2014 | Levit, Vadim | Travel meal (Wilmington court hearing) | $17.00 | EFIH |
| 6/30/2014 | Matican, Jeremy M | Travel breakfast (Wilmington court hearing) | $10.45 | EFIH |
| 6/30/2014 | Matican, Jeremy M | Travel dinner (Wilmington court hearing) | $40.00 | EFIH |
| 6/30/2014 | Smith, Brian A | Travel dinner (Wilmington court hearing) | $40.00 | EFIH |
| 6/30/2014 | Smith, Brian A | Travel breakfast (Wilmington court hearing) | $17.00 | EFIH |
| 6/30/2014 | Yi, Bo S | Travel dinner (Wilmington court hearing) | $40.00 | EFIH |
| 6/30/2014 | Yi, Bo S | Travel breakfast (Wilmington court hearing) | $17.00 | EFIH |
| 6/30/2014 | Ying, David Y | Travel breakfast (Wilmington court hearing) | $27.00 | EFIH |
| | | | **Sub-Total** | **$1,727.21** |

| | |
|---|---|
| **Total** | **$43,469.50** |

## EXHIBIT A-1

**Legal Expenses of Evercore**

# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com

October 8, 2014

Invoice No. : 1314582

Client Matter: 23172.1026

Evercore Partners
55 East 52nd Street
New York, NY  10055
Attn: Adam B. Frankel

FOR PROFESSIONAL SERVICES AND ADVICE  rendered during the
    period from June 1, 2014 through June 30, 2014 in connection with
    EFH advice.

Total Fees ............................................................................................................. $9,088.00

Document Preparation, Communication, Other Charges and Disbursements ....... $0.00

Total................................................................................................................... $9,088.00

*Payment due Upon Receipt*
*Payment May Be Made By Wire Transfer to*
*Account # 4919-9225 at Citibank, N.A., New York, N.Y.*
*ABA # 021000089*
*SWIFT: CITIUS33*
*Tax Identification  Number 13 -5537279*

1000384819v1

23172.1026 - EFH ADVICE                          2                          Invoice Number: ******

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 06/01/14 | Rapacciuolo, John S. | 0.40 | Secure transfer of Evercore documents to Kirkland (0.4). |
| 06/01/14 | Battle, Willie J. | 0.50 | Secure electronic file transfers (0.5). |
| 06/02/14 | Rapacciuolo, John S. | 3.30 | Preparation of documents for review/production (1.6), receive same from Global Relay (.4), process for review (.7), support review for priv (.3), and production to Kirkland (.3). |
| 06/02/14 | Kernan, Amanda B. | 1.10 | Review documents (.6), and transfer for production (.5). |
| 06/02/14 | Slobodkin, Yury G. | 2.00 | Document collection review preparation by legal team (2). |
| 06/06/14 | Rapacciuolo, John S. | 0.30 | Correspondence with Kernan re document collection and processing (0.3). |
| 06/06/14 | Alexander, Derek P. | 0.40 | Correspondence and advice to client re retention subpoena (0.4). |
| 06/09/14 | Rapacciuolo, John S. | 3.50 | Collect docs from Evercore (.4), preparation of documents for review (1.8), supervise processing vendor and DDM analysts (.5), assist A. Kernan with review of docs (.5), securely deliver non-priv docs to Kirkland (.3). |
| 06/09/14 | Slobodkin, Yury G. | 1.40 | Prepare document collection for review by legal team. Per J. Rapacciuolo (1.4). |
| 06/10/14 | Rapacciuolo, John S. | 0.70 | Manage document collections (.2). Emails with Kirkland's vendor re same (.3). Update tracking logs re same (.2). |
| 06/10/14 | Kernan, Amanda B. | 0.70 | Review documents for responsiveness/privilege (.7). |
| 06/11/14 | Kernan, Amanda B. | 0.90 | Review documents for responsiveness to EFH deal (.7), coordinate same with team and Kirkland via email (.2). |
| 06/11/14 | Rapacciuolo, John S. | 0.80 | Create report from email docs collection per A. Kernan (0.8). |
| 06/13/14 | Wiles, Michael E. | 0.20 | Cnf. D. Alexander re document review in EC4 matter (0.2). |
| 06/23/14 | Kernan, Amanda B. | 0.30 | Call w/DAlexander re: creditors' committee request (.3). |
| 06/24/14 | Rapacciuolo, John S. | 0.40 | Coordinate preparation of documents for review w/Data team by email (0.4). |
| 06/25/14 | Rapacciuolo, John S. | 0.60 | Reparation of documents for review (.2), review emails re searching and culling (.2), plan for fast turn-around of emails to Kirkland (.2). |
| 06/27/14 | Rapacciuolo, John S. | 0.20 | Write emails to Evercore/Debevoise/Kirkland/Global Relay re email filtering and collection (0.2). |
| 06/27/14 | Alexander, Derek P. | 0.40 | Correspondence with discovery team and client re responses to discovery requests (0.4). |
| 06/27/14 | Kernan, Amanda B. | 0.20 | Coordinate document pull and search term changes (.2). |
| 06/30/14 | Hickling, Raphael D. | 2.00 | Perform quality assurance procedures on production load (1.2), load new data and images into Concordance database (.8). |

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 06/30/14 | Rapacciuolo, John S. | 3.70 | Preparation of documents for review/production (3.1). Coordination of same with Evercore, Debevoise and Kirkland ESI vendors (.6). |
| | Hours: | 24.00 | |

### Timekeeper Summary

| Timekeeper | Hours | Rate | Amount |
|------------|-------|------|--------|
| MICHAEL E. WILES | 0.20 | 1,190.00 | 238.00 |
| Total For PARTNER | 0.20 | | 238.00 |
| DEREK P. ALEXANDER | 0.80 | 765.00 | 612.00 |
| AMANDA B. KERNAN | 3.20 | 690.00 | 2,208.00 |
| Total For ASSOCIATE | 4.00 | | 2,820.00 |
| WILLIE J. BATTLE | 0.50 | 325.00 | 162.50 |
| JOHN S. RAPACCIUOLO | 13.90 | 325.00 | 4,517.50 |
| RAPHAEL D. HICKLING | 2.00 | 250.00 | 500.00 |
| YURY G. SLOBODKIN | 3.40 | 250.00 | 850.00 |
| Total For DISC / DATA MGT | 19.80 | | 6,030.00 |
| MATTER TOTALS | 24.00 | | 9,088.00 |

# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com

---

Invoice Number: 1314582

October 8, 2014

Evercore Partners
55 East 52nd Street
New York, NY  10055
Attn: Adam B. Frankel

**Remittance Summary**
(Payment Due Upon Receipt)

| | |
|---|---|
| **Total  Fees** | **$9,088.00** |
| **Document Preparation, Communication, Other Charges and Disbursements** | **$0.00** |
| **Total Amount Due** | **$9,088.00** |

**_Remit Payment By:_**

| _Check_ | Wire Transfer |
|---|---|
| Debevoise & Plimpton LLP | Citibank, N.A., New York, N.Y |
| Accounting Department, 28th Floor | ABA # 021000089 |
| 919 Third Avenue | SWIFT: CITIUS33 Account #4919-9225 |
| New York, N.Y 10022 | Invoice No.: 1314582 |

_Tax Identification Number 13 - 5537279_

1000384819v1