**EXHIBIT A**

**Detailed Description of Expenses**

| Expense Category | Date | Professional | Expense Description | Total Expense | Allocation |
|---|---|---|---|---|---|
| Air/Rail Travel | 7/1/2014 | Yi, Bo S | Amtrak credit for train change | ($30.00) | EFIH |
| | 7/23/2014 | Ying, David Y | Travel agent fee (Dallas trip for client meeting) | $50.00 | All |
| | 7/30/2014 | Goldstein, Stephen R | Flight from NY to Dallas for client meeting (round trip) | $1,755.30 | All |
| | 7/30/2014 | Ying, David Y | Flight from NY to Dallas for client meeting (round trip) | $1,755.30 | All |
| | | | **Sub-Total** | **$3,530.60** | |
| Legal / Professional Fees | 7/4/2014 | Other | Global Relay Communications, Inc. (email discovery) | $975.00 | All |
| | 7/11/2014 | Other | Global Relay Communications, Inc. (email discovery) | $650.00 | All |
| | 7/18/2014 | Other | Global Relay Communications, Inc. (email discovery) | $2,200.00 | All |
| | 7/22/2014 | Other | Global Relay Communications, Inc. (email discovery) | $225.00 | All |
| | 7/22/2014 | Other | Global Relay Communications, Inc. (email discovery) | $100.00 | All |
| | 7/23/2014 | Other | Global Relay Communications, Inc. (email discovery) | $350.00 | All |
| | 7/24/2014 | Other | Global Relay Communications, Inc. (email discovery) | $1,450.00 | All |
| | 7/31/2014 | Other | Debevoise invoice (July 2014) - Evercore Retention | $10,640.07 | All |
| | 7/31/2014 | Other | Debevoise invoice (July 2014) - Court Testimony & Litigation Support | $186,795.49 | All |
| | | | **Sub-Total** | **$203,385.56** | |
| Local Ground Transport | 7/1/2014 | Levit, Vadim | Weeknight taxi | $11.40 | EFIH |
| | 7/1/2014 | Patel, Neal H | Weeknight taxi | $10.20 | EFIH |
| | 7/7/2014 | Rao, Aashik A | Weeknight taxi | $9.00 | All |
| | 7/8/2014 | Patel, Neal H | Weeknight taxi | $9.00 | EFIH |
| | 7/9/2014 | Patel, Neal H | Weeknight taxi | $9.00 | All |
| | 7/11/2014 | Patel, Neal H | Weeknight taxi | $8.30 | All |
| | 7/11/2014 | Patel, Neal H | Weeknight taxi (prior day) | $11.30 | All |
| | 7/14/2014 | Yi, Bo S | Weeknight taxi | $8.45 | EFIH |
| | 7/16/2014 | Matican, Jeremy M | Weeknight taxi | $9.00 | All |
| | 7/16/2014 | Patel, Neal H | Weeknight taxi (prior day) | $8.40 | All |
| | 7/16/2014 | Yi, Bo S | Weeknight taxi | $7.65 | All |
| | 7/17/2014 | Patel, Neal H | Weeknight taxi (prior day) | $8.40 | All |
| | 7/17/2014 | Patel, Neal H | Weeknight taxi | $10.10 | All |
| | 7/17/2014 | Rao, Aashik A | Weeknight car service to home | $67.91 | TCEH |
| | 7/21/2014 | Ying, David Y | Car service to meeting | $42.32 | All |
| | 7/22/2014 | Patel, Neal H | Weeknight taxi | $7.70 | EFIH |
| | 7/22/2014 | Matican, Jeremy M | Taxi to meeting | $7.10 | TCEH |
| | 7/23/2014 | Chen, Lisa Y | Weeknight taxi | $22.70 | All |
| | 7/24/2014 | Chen, Lisa Y | Weeknight taxi | $22.80 | All |
| | 7/24/2014 | Levit, Vadim | Weeknight taxi | $8.40 | All |
| | 7/24/2014 | Matican, Jeremy M | Weeknight taxi (prior day) | $7.80 | All |
| | 7/24/2014 | Matican, Jeremy M | Weeknight taxi | $8.30 | All |
| | 7/24/2014 | Patel, Neal H | Weeknight taxi (prior day) | $7.80 | All |
| | 7/24/2014 | Rao, Aashik A | Weeknight taxi | $67.91 | All |
| | 7/24/2014 | Yi, Bo S | Weeknight taxi (prior day) | $8.95 | All |
| | 7/25/2014 | Chen, Lisa Y | Weeknight taxi | $19.20 | TCEH |
| | 7/27/2014 | Patel, Neal H | Weekend taxi to office | $6.50 | All |
| | 7/27/2014 | Patel, Neal H | Weekend taxi to home | $9.60 | All |
| | 7/28/2014 | Chen, Lisa Y | Weeknight taxi | $23.90 | All |
| | 7/28/2014 | Patel, Neal H | Weeknight taxi | $12.50 | All |
| | 7/29/2014 | Chen, Lisa Y | Weeknight taxi | $24.60 | All |
| | 7/30/2014 | Patel, Neal H | Weeknight taxi | $11.05 | All |
| | | | **Sub-Total** | **$507.24** | |
| Meals | 7/7/2014 | Peterson, Steven C | Latenight dinner | $20.00 | All |
| | 7/8/2014 | Peterson, Steven C | Latenight dinner | $20.00 | All |
| | 7/8/2014 | Yi, Bo S | Latenight dinner | $20.00 | EFIH |
| | 7/9/2014 | Patel, Neal H | Latenight dinner | $20.00 | All |
| | 7/9/2014 | Peterson, Steven C | Latenight dinner | $20.00 | All |
| | 7/9/2014 | Yi, Bo S | Latenight dinner | $20.00 | EFIH |
| | 7/10/2014 | Peterson, Steven C | Latenight dinner | $20.00 | All |
| | 7/11/2014 | Levit, Vadim | Latenight dinner | $20.00 | All |
| | 7/11/2014 | Patel, Neal H | Latenight dinner | $20.00 | All |
| | 7/12/2014 | Levit, Vadim | Weekend lunch | $10.16 | All |
| | 7/12/2014 | Levit, Vadim | Weekend dinner | $20.00 | All |
| | 7/12/2014 | Patel, Neal H | Weekend lunch | $10.17 | All |
| | 7/12/2014 | Patel, Neal H | Weekend dinner | $20.00 | All |
| | 7/13/2014 | Levit, Vadim | Weekend lunch | $14.86 | All |
| | 7/13/2014 | Levit, Vadim | Weekend dinner | $20.00 | All |

| | Date | Name | Description | | Amount | Entity |
|---|---|---|---|---|---|---|
| | 7/13/2014 | Patel, Neal H | Weekend lunch | | $14.86 | All |
| | 7/13/2014 | Patel, Neal H | Weekend dinner | | $20.00 | All |
| | 7/14/2014 | Patel, Neal H | Latenight dinner | | $20.00 | All |
| | 7/15/2014 | Levit, Vadim | Latenight dinner | | $20.00 | All |
| | 7/15/2014 | Patel, Neal H | Latenight dinner | | $20.00 | All |
| | 7/15/2014 | Peterson, Steven C | Latenight dinner | | $20.00 | All |
| | 7/15/2014 | Yi, Bo S | Latenight dinner | | $20.00 | All |
| | 7/16/2014 | Levit, Vadim | Latenight dinner | | $20.00 | All |
| | 7/16/2014 | Matican, Jeremy M | Latenight dinner | | $20.00 | All |
| | 7/16/2014 | Patel, Neal H | Latenight dinner | | $20.00 | All |
| | 7/16/2014 | Peterson, Steven C | Latenight dinner | | $20.00 | All |
| | 7/16/2014 | Yi, Bo S | Latenight dinner | | $20.00 | All |
| | 7/17/2014 | Levit, Vadim | Latenight dinner | | $20.00 | All |
| | 7/17/2014 | Peterson, Steven C | Latenight dinner | | $20.00 | All |
| | 7/17/2014 | Chen, Lisa Y | Latenight dinner | | $20.00 | EFIH |
| | 7/17/2014 | Rao, Aashik A | Latenight dinner | | $20.00 | TCEH |
| | 7/18/2014 | Levit, Vadim | Latenight dinner | | $20.00 | All |
| | 7/18/2014 | Patel, Neal H | Latenight dinner | | $20.00 | All |
| | 7/18/2014 | Peterson, Steven C | Latenight dinner | | $20.00 | All |
| | 7/18/2014 | Yi, Bo S | Latenight dinner | | $20.00 | All |
| | 7/19/2014 | Peterson, Steven C | Weekend meal | | $17.32 | TCEH |
| | 7/21/2014 | Ying, David Y | Working breakfast at office re. depo prep (D. Ying, J. Matican, M. Barack, D. Alexander, W. Reilly | | $100.00 | All |
| | 7/21/2014 | Levit, Vadim | Latenight dinner | | $20.00 | EFIH |
| | 7/22/2014 | Levit, Vadim | Latenight dinner | | $20.00 | All |
| | 7/22/2014 | Patel, Neal H | Latenight dinner | | $20.00 | EFIH |
| | 7/22/2014 | Peterson, Steven C | Latenight dinner | | $20.00 | EFIH |
| | 7/23/2014 | Chen, Lisa Y | Latenight dinner | | $20.00 | All |
| | 7/23/2014 | Levit, Vadim | Latenight dinner | | $20.00 | All |
| | 7/23/2014 | Matican, Jeremy M | Latenight dinner | | $20.00 | All |
| | 7/23/2014 | Patel, Neal H | Latenight dinner | | $20.00 | All |
| | 7/23/2014 | Rao, Aashik A | Latenight dinner | | $20.00 | All |
| | 7/23/2014 | Yi, Bo S | Latenight dinner | | $13.00 | All |
| | 7/23/2014 | Peterson, Steven C | Latenight dinner | | $20.00 | EFIH |
| | 7/24/2014 | Chen, Lisa Y | Latenight dinner | | $20.00 | All |
| | 7/24/2014 | Levit, Vadim | Latenight dinner | | $20.00 | All |
| | 7/24/2014 | Patel, Neal H | Latenight dinner | | $20.00 | All |
| | 7/24/2014 | Yi, Bo S | Latenight dinner | | $20.00 | All |
| | 7/24/2014 | Peterson, Steven C | Latenight dinner | | $20.00 | EFIH |
| | 7/25/2014 | Levit, Vadim | Latenight dinner | | $15.50 | All |
| | 7/25/2014 | Patel, Neal H | Latenight dinner | | $15.00 | All |
| | 7/25/2014 | Rao, Aashik A | Latenight dinner | | $20.00 | All |
| | 7/27/2014 | Patel, Neal H | Weekend lunch | | $19.90 | All |
| | 7/28/2014 | Chen, Lisa Y | Latenight dinner | | $20.00 | All |
| | 7/28/2014 | Rao, Aashik A | Latenight dinner | | $20.00 | All |
| | 7/28/2014 | Yi, Bo S | Latenight dinner | | $20.00 | All |
| | 7/29/2014 | Chen, Lisa Y | Latenight dinner | | $20.00 | All |
| | 7/29/2014 | Matican, Jeremy M | Latenight dinner | | $20.00 | All |
| | 7/29/2014 | Rao, Aashik A | Latenight dinner | | $20.00 | All |
| | 7/29/2014 | Yi, Bo S | Latenight dinner | | $17.23 | All |
| | 7/30/2014 | Yi, Bo S | Latenight dinner | | $20.00 | All |
| | 7/31/2014 | Yi, Bo S | Latenight dinner | | $20.00 | All |
| | 7/31/2014 | Patel, Neal H | Latenight dinner | | $20.00 | EFIH |
| | | | | **Sub-Total** | **$1,368.00** | |
| Research | 7/1/2014 | Other | Factset | | $315.34 | All |
| | 7/1/2014 | Other | Standard & Poors | | $85.55 | All |
| | 7/1/2014 | Other | Thomson | | $141.76 | All |
| | 7/3/2014 | Other | Pacer | | $495.10 | All |
| | 7/8/2014 | Other | Haver | | $119.36 | All |
| | | | | **Sub-Total** | **$1,157.11** | |
| Telecom | 7/30/2014 | Goldstein, Stephen R | Internet access in Dallas hotel room (client meeting) | | $9.95 | All |
| | 7/30/2014 | Ying, David Y | Inflight internet access (to and from Dallas) | | $49.95 | All |
| | 7/30/2014 | Ying, David Y | Credit for inflight internet use | | ($10.00) | All |
| | 7/31/2014 | Goldstein, Stephen R | Internet access on flight from Dallas to NY (client meeting) | | $16.24 | All |
| | | | | **Sub-Total** | **$66.14** | |
| Travel Ground Transport | 7/1/2014 | Goldstein, Stephen R | Amtrak ticket from Wilmington to Stamford, CT (one way) | | $135.00 | EFIH |

| | Date | Name | Description | | Amount | Entity |
|---|---|---|---|---|---|---|
| | 7/1/2014 | Goldstein, Stephen R | Additional train fare for reservation change to Stamford, CT | | $59.00 | EFIH |
| | 7/1/2014 | Goldstein, Stephen R | Taxi from hotel to train station (Wilmington) | | $10.00 | EFIH |
| | 7/1/2014 | Goldstein, Stephen R | Taxi from train station to home (Stamford, CT) | | $11.00 | EFIH |
| | 7/1/2014 | Matican, Jeremy M | Taxi from Penn Station to home (Wilmington trip) | | $14.40 | EFIH |
| | 7/1/2014 | Yi, Bo S | Subway home from Wilmington trip (Wilmington trip) | | $2.50 | EFIH |
| | 7/1/2014 | Ying, David Y | Car service from Penn Station NYC to home (Wilmington trip) | | $48.10 | EFIH |
| | 7/1/2014 | Ying, David Y | Taxi from meeting to train station (Wilmington) | | $10.00 | EFIH |
| | 7/30/2014 | Goldstein, Stephen R | Car service from home to airport (Dallas trip) | | $212.87 | All |
| | 7/30/2014 | Goldstein, Stephen R | Car service from Dallas airport to client meeting | | $104.60 | All |
| | 7/30/2014 | Ying, David Y | Car from home to airport (Dallas trip) | | $77.28 | All |
| | 7/30/2014 | Ying, David Y | Taxi from meeting to dinner (Dallas) | | $15.00 | All |
| | 7/30/2014 | Ying, David Y | Car service from airport to hotel (Dallas) | | $104.60 | All |
| | 7/31/2014 | Goldstein, Stephen R | Car service from airport to home (Dallas trip) | | $207.25 | All |
| | 7/31/2014 | Ying, David Y | Car service from airport to home (Dallas trip) | | $77.69 | All |
| | 7/31/2014 | Ying, David Y | Car from client office to airport (Dallas) | | $104.60 | All |
| | | | | Sub-Total | $1,193.89 | |
| Travel Lodging | 7/30/2014 | Goldstein, Stephen R | Hotel night in Dallas for client meeting | | $459.89 | All |
| | 7/30/2014 | Ying, David Y | Hotel tax in Dallas for client meeting | | $60.89 | All |
| | 7/30/2014 | Ying, David Y | Hotel room in Dallas for client meeting | | $399.00 | All |
| | | | | Sub-Total | $919.78 | |
| Travel Meal | 7/1/2014 | Goldstein, Stephen R | Trave breakfast with T. Cowan at Lazard | | $54.00 | EFIH |
| | 7/1/2014 | Goldstein, Stephen R | Travel meal (Wilmington court hearing) | | $33.20 | EFIH |
| | 7/1/2014 | Levit, Vadim | Travel dinner (Wilmington court hearing) | | $39.31 | EFIH |
| | 7/1/2014 | Levit, Vadim | Travel meal (Wilmington court hearing) | | $17.00 | EFIH |
| | 7/1/2014 | Matican, Jeremy M | Travel dinner (Wilmington court hearing) | | $39.31 | EFIH |
| | 7/1/2014 | Matican, Jeremy M | Travel breakfast (Wilmington court hearing) | | $10.45 | EFIH |
| | 7/1/2014 | Smith, Brian A | Travel dinner (Wilmington court hearing) | | $39.31 | EFIH |
| | 7/1/2014 | Smith, Brian A | Travel breakfast (Wilmington court hearing) | | $17.00 | EFIH |
| | 7/1/2014 | Yi, Bo S | Travel dinner (Wilmington court hearing) | | $39.32 | EFIH |
| | 7/1/2014 | Yi, Bo S | Travel breakfast (Wilmington court hearing) | | $17.00 | EFIH |
| | 7/1/2014 | Ying, David Y | Travel breakfast (Wilmington court hearing) | | $26.00 | EFIH |
| | 7/1/2014 | Ying, David Y | Travel breakfast (Dallas client meeting) | | $26.00 | EFIH |
| | 7/2/2014 | Smith, Brian A | Travel meal (Wilmington court hearing) | | $35.00 | All |
| | | | | Sub-Total | $392.90 | |
| | | | | Total | $212,521.22 | |

## **EXHIBIT A-1**

**Legal Expenses of Evercore**

# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com

October 8, 2014

Invoice No. 1314585

Client Matter: 23172.1026

Evercore Partners
55 East 52nd Street
New York, NY  10055
Attn: Adam B. Frankel

FOR PROFESSIONAL SERVICES AND ADVICE  rendered during the period from July 1, 2014 through July 31, 2014 in connection with EFH advice.

| | |
|---|---:|
| Total Fees ................................................................................................ | $194,855.00 |
| Document Preparation, Communication, Other Charges and Disbursements ....... | $2,580.56 |
| Total................................................................................................ | $197,435.56 |

*Payment due Upon Receipt*
*Payment May Be Made By Wire Transfer to*
*Account # 4919-9225 at Citibank, N.A., New York, N.Y.*
*ABA # 021000089*
*SWIFT: CITIUS33*
*Tax Identification  Number 13 -5537279*

1000384821v1

*Schedule of Charges and Disbursements*
*Related to Statement for Legal Services*
*July 1, 2014 through July 31, 2014*

Charges:

| | | |
|---|---|---|
| Word Processing and other document preparation charges | 1,608.11 | |
| Sub-total for Charges: | | $1,608.11 |

Disbursements:

| | | |
|---|---|---|
| Express deliveries, postage and messenger expenses | 80.69 | |
| Overtime expenses | 891.76 | |
| Sub-total for Disbursements: | | $972.45 |
| **Total For Charges and Disbursements:** | | **2,580.56** |

1000384821v1

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 07/01/14 | Kernan, Amanda B. | 4.40 | Review documents for privilege and responsiveness (4.1). Transfer same to Kirkland (.3). |
| 07/07/14 | Kernan, Amanda B. | 0.60 | Calls with Kirkland and Ken re: UCC request (0.4). Coordinate UCC request search terms with data team (.2). |
| 07/08/14 | Kernan, Amanda B. | 1.70 | Calls with team re: filing an objection (1.5), review objection (.2). |
| 07/08/14 | Alexander, Derek P. | 0.60 | Support to client in connection with discovery related searches (0.6). |
| 07/08/14 | Brea, Richard A. | 0.30 | Secure and log media containing original client data per J. Rapacciuolo (.3). |
| 07/08/14 | Rapacciuolo, John S. | 1.90 | Preparation with Evercore, vendor and A. Kernan of documents for review by Kirkland (1.9). |
| 07/09/14 | Kernan, Amanda B. | 2.80 | Coordinate document review and production (1.0), Draft objection to subpoena (1.8). |
| 07/09/14 | Battle, Willie J. | 0.50 | Assist attorneys with technical aspects for securing electronic file transfers per J. Rapacciuolo (0.5). |
| 07/10/14 | Wiles, Michael E. | 0.10 | Emails w/Kernan re document review for EFH case (0.1). |
| 07/10/14 | Rapacciuolo, John S. | 2.80 | Support vendor in preparing documents and related information for production (2.8). |
| 07/10/14 | Alexander, Derek P. | 2.80 | Review of Brown Rudnick deposition material (0.7), correspondence with client re same (0.4), correspondence with Kirkland re same (0.3), correspondence with Kernan re same (0.6), call with client re responses to same (0.8). |
| 07/10/14 | Kernan, Amanda B. | 1.50 | Prepare for (1.1) and attend calls with Evercore, Kirkland and Derek relating to the objection and the search terms (.4). |
| 07/10/14 | Huang, Yong Quan | 1.50 | Per J. Rapacciuolo's request, support preparation of documents for production (1.5). |
| 07/11/14 | Alexander, Derek P. | 3.30 | Further review of Brown Rudnick deposition material (0.3), correspondence with client re same (0.8), correspondence with Kirkland re same (0.5), correspondence with Kernan re same (0.9), call with Brown Rudnick re initial responses to same (0.5), follow up call with client re Brown Rudnick call on same (0.3). |
| 07/11/14 | Kernan, Amanda B. | 1.60 | Prep for and attend call with Kirkland re: subpoena response (.5). Prep for and attend call with Brown Rudnick (.4). Update objection to incorporate group edits (.4). Review subpoena and deposition requests (.3). |
| 07/11/14 | Godinez, Antonio | 0.30 | Add to Evercore Group LLC document collection for review by legal team (0.3). |
| 07/13/14 | Kernan, Amanda B. | 1.10 | Document collection for subpoena response (.8), review retention papers in preparation for document production (.3). |
| 07/13/14 | Rapacciuolo, John S. | 0.30 | Preparation of email documents for review/production (0.3). |

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 07/14/14 | Rapacciuolo, John S. | 2.60 | Preparation of Evercore email documents for review/production to R&G (1.9). Communication with Merrill re document production format (.7). |
| 07/14/14 | Kernan, Amanda B. | 3.90 | Meetings with DAlexander re: subpoena response (.9), prep for and attend call with Brown Rudnick (.5), calls with Barack and team re: subpoena response (1.0), document collection and initial review (1.5). |
| 07/14/14 | Alexander, Derek P. | 7.80 | Review of subpoena demands from Brown Rudnick (1.4), consider case law re responses to same (0.5), confer with Kernan re same (1.5), call with Brown Rudnick re same (0.6), call with client re same (0.9), call with Kirkland re same (0.5), case research re same (0.2), call with Reilly re deposition standards (0.5), correspondence with Wiles re overall response to Brown Rudnick (0.6), review of retention strategy in light of depositions (0.4), advice to client by call in connection with same (0.7). |
| 07/14/14 | Reilly, Wendy B. | 0.60 | TCW D. Alexander re: document & deposition subpoenas (.6). |
| 07/15/14 | Reilly, Wendy B. | 7.70 | Emails to & from D. Alexander & A. Kernan re: background materials & subpoenas (.9), review deposition & document subpoenas & prepare notes (1.3), review & revise draft objections to subpoena (.9), TCSW D. Alexander & A. Kernan re: deposition & document subpoenas (2.2), review background materials (.4), TCW D. Alexander, A. Kernan, K. Masotti, M. Barack, J. Matican re: subpoenas (1.2), review & revise document search terms (.4), review D. Ying declaration (.2), review retention filings (.2). |
| 07/15/14 | Alexander, Derek P. | 3.90 | Advice to Kernan and team regarding conflicts-related discovery (0.7), correspondence with client re same (0.5), cnf with debtors' counsel re same (0.7), conference with Reilly re same (0.4), research into case law re same (0.9), correspondence with Kernan re retention research (0.7). |
| 07/15/14 | Slobodkin, Yury G. | 1.80 | Prepare documents for attorney review per J. Rapacciuolo (1.8). |
| 07/15/14 | Rapacciuolo, John S. | 1.40 | Calls with Global Relay (.8) and Transperfect on collection and preparation, respectively, of email documents for review (0.6). |
| 07/15/14 | Kernan, Amanda B. | 9.90 | Subpoena response call with Evercore (1.0), Internal team calls re: same (1.5), coordinate collection and review of documents (2.0), review documents (5.0), Call with Kirkland re: subpoena response (.4). |
| 07/16/14 | Rapacciuolo, John S. | 2.10 | Preparation of documents for review/production (2.1). |

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 07/16/14 | Reilly, Wendy B. | 5.00 | Emails to & from D. Alexander, A. Kernan, P. Chen re: document & deposition subpoenas (1.2), TCW D. Alexander, A. Kernan, P. Chen re: document & deposition subpoenas (.9), TCW A. Laucheimer, A. Kernan, D. Alexander re: subpoenas (.2), review confidentiality stipulation (.2), draft outline for deposition preparation mtg. (.8), review D. Ying declaration (.5), review first day declaration (.4), review retention application & first day filing materials (.8). |
| 07/16/14 | Kernan, Amanda B. | 11.60 | Call with A. Lauchheimer re: document production (.2), Calls with W. Reilly, D. Alexander and P. Chen re: document production and deposition prep (1.3), Call with M. Barack re: document searches (.2), review confidentiality agreement (.4), coordinate document searches and collection (1.0), research and analyze rules re: counseling a client during a deposition and disclosure of confidential information in a deposition (1.8), review and prepare documents for WSFS production, and coordinate with P. Chen and J. Rapacciuolo re: same (6.7). |
| 07/16/14 | Wiles, Michael E. | 0.20 | Respond to questions from W. Reilly about document production and deposition in connection with pending retention application (.2). |
| 07/16/14 | Alexander, Derek P. | 5.00 | Review of discovery inquiries from debtor (0.6), correspondence with client re same (0.7), correspondence with Reilly re same (0.2), conference with client re research on relevant standards (0.8), update call with Kirkland re discovery efforts and deposition preparation (0.6), review of deposition process and results (0.8), correspondence with Kernan re same (0.7), research re relevant standards (0.6). |
| 07/16/14 | Chen, Peter | 1.10 | Team meeting w/Kernan re deposition prep (1.1). |
| 07/17/14 | Alexander, Derek P. | 7.50 | Prepare for deposition prep with Ying (3.2), correspondence with Reilly re same (0.9), travel to/from deposition prep (1.1 billed at 50%) (0.5), deposition prep meeting with Ying (1.7), correspondence with Kernan re production effort (0.3), correspondence with client re same (0.4), correspondence with debtors' counsel re same (0.5). |
| 07/17/14 | Reilly, Wendy B. | 9.20 | Emails to & from M. Wiles, D. Alexander, A. Kernan, M. Barack, B. Stephany re: subpoenas (2.5), emails to & from A. Lauchheimer re: subpoenas (.6), draft deposition preparation outline (1.6), TCSW D. Alexander re: deposition preparation (.3), mtg. w/ D. Ying, M. Barack, J. Matican, D. Alexander, B. Stephany re: deposition preparation (1.5), travel to & from mtg. at Kirkland (.5), mtg. w/ M. Barack, D. Alexander, A. Kernan re: document production (.6), TCW B. Stephany, D. Alexander, A. Kernan re: subpoenas (.4), TCSW A. Kernan re: document production (.5), review retention application & first day materials (.7). |

1000384821v1

| Date | Timekeeper | Hours | Narrative |
|------|------------|-------|-----------|
| 07/17/14 | Kernan, Amanda B. | 6.80 | Meeting with client re: production (.6), meeting with Reilly and Alexander re: same (.4), review (2.4), and production of responsive documents (2.6), emails with client and K&E re: same (.8). |
| 07/17/14 | Rapacciuolo, John S. | 1.30 | Coordinate preparation of Evercore email documents for review and for production to Brown (1.3). |
| 07/18/14 | Rapacciuolo, John S. | 7.70 | Preparation of Evercore EFH documents for review/production to Brown (7.7). |
| 07/18/14 | Rivera, Jose A. | 3.70 | Prepare document collections for review by legal team (1.8). Prepare potential production document collection for review by legal team (1.9). |
| 07/18/14 | Wiles, Michael E. | 0.20 | Respond to W. Reilly question about objections to discovery requests about conflicts searches (.2). |
| 07/18/14 | Kernan, Amanda B. | 4.10 | Review documents for production to WSFS (3.7), Communicate with P. Chen and W. Reilly re: same (.4). |
| 07/18/14 | Alexander, Derek P. | 5.10 | Review of deposition preparation for Reilly (1.2), correspondence with Reilly re same (0.3), correspondence with client re same (0.6), correspondence with debtors' counsel re same (0.1), research re deposition precedents for retention (1.8), correspondence with Kernan re same (0.4), review of discovery process (0.7). |
| 07/18/14 | Brea, Richard A. | 1.00 | Prepare & update documents produced to Brown for attorney review (1). |
| 07/18/14 | Reilly, Wendy B. | 8.10 | Emails to & from M. Wiles, D. Alexander, A. Kernan, P. Chen, M. Barack re: document review & production (1.8), review documents for potential document production (.8), draft outline for D. Ying deposition preparation mtg. (.8), TCSW A. Kernan & D. Alexander re: document review (.6), TCW M. Barack, A. Kernan, D. Alexander re: document production (.4), TCSW P. Chen re: document production (.4), TCW M. Barack re: document production (.3), TCW P. Chen & J. Rapacciuolo re: document production (.1), legal research re: privilege question (2.9). |
| 07/18/14 | Chen, Peter | 1.30 | Evercore/EFH: Review privilege documents in preparation for deposition/hearing (1.3). |
| 07/19/14 | Chen, Peter | 0.80 | Evercore/EFH: Review privilege documents in preparation for deposition/hearing (0.8). |
| 07/19/14 | Reilly, Wendy B. | 1.30 | Emails to & from M. Wiles, D. Alexander, A. Kernan, P. Chen, M. Barack re: document review & production (.4), conduct & review legal research re: privilege question (.9). |
| 07/19/14 | Kernan, Amanda B. | 6.40 | Review and analyze cases re: privilege and conflict check documents (4.5), write informal memo re: same (.7), review documents for privilege and confidential material (1.2). |

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 07/20/14 | Kernan, Amanda B. | 0.80 | Call with W. Reilly, D. Alexander and P. Chen re: document production and deposition schedule (.3), call with K&E re: same (.5). |
| 07/20/14 | Wiles, Michael E. | 0.50 | Review emails about document request objections (.1), participate in conference call with W. Reilly and D. Alexander to discuss document request and responses (.3), discussion with W. Reilly and D. Alexander of status of retention application (.1). |
| 07/20/14 | Reilly, Wendy B. | 3.90 | Emails to & from M. Wiles, D. Alexander, A. Kernan, P. Chen re: document review, production, & privilege research (1.6), review legal research re: privilege issue (.2), TCSW B. Stephany, D. Alexander, A. Kernan, P. Chen re: document & deposition subpoenas (.9), TCW D. Alexander re: document production (.4), TCW M. Wiles, D. Alexander re: document production (.8). |
| 07/20/14 | Alexander, Derek P. | 1.20 | Prepare for call with Wiles on discovery effort (0.5), call with Wiles on discovery effort (0.7). |
| 07/21/14 | Alexander, Derek P. | 6.10 | Travel to/from deposition prep (1.2 billed at 50%) (0.6), deposition prep with Ying (1.7), follow up meeting with Evercore in-house counsel (0.7), call with debtors' counsel in preparation for call with deposing parties (0.6), call with deposing parties (0.4), correspondence with client re same (0.6), follow up on local counsel (0.7), review of open issues with Kernan (0.8). |
| 07/21/14 | Rapacciuolo, John S. | 3.30 | Preparation of Evercore documents for review/production to Brown (3.3). |
| 07/21/14 | Reilly, Wendy B. | 6.90 | Draft outline for deposition preparation mtg. (1.0), attend deposition preparation session w/ D. Ying, J. Matican, M. Barack, D. Alexander (1.7), mtg. w/ M. Barack, D. Alexander re: document production (1.0), review documents re: potential production (.5), emails to & from D. Alexander, A. Kernan, P. Chen re: document review (.5), TCW D. Alexander, A. Kernan, P. Chen re: document & deposition subpoenas (1.0), TCW Debevoise, Kirkland, & Sidley re: document & deposition subpoenas (.5), TCW Debevoise, Brown Rudnick, White & Case, Kirkland, Sidley re: document & deposition subpoenas (.5), email to Brown Rudnick, Kirkland, & Sidley re: deposition scheduling (.2). |
| 07/21/14 | Chen, Peter | 3.10 | Call re document review/production (0.9), call with Kirkland and Sidley (0.5), call with Brown Rudnick, etc (0.4), review documents in preparation for deposition/hearing (1.3). |
| 07/21/14 | Kernan, Amanda B. | 7.30 | Call with K&E, Brown Rudnick, White & Case, and Sidley re: WSFS subpoena (.8), Call with K&E re: WSFS subpoena (.3), communications with W. Reilly, D. Alexander and P. Chen re: production of documents (.5), review documents for responsiveness to WSFS subpoena (5.7). |

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 07/22/14 | Rapacciuolo, John S. | 1.40 | Preparation of Evercore email documents for review (0.8), including vendor and analyst management re same and email (0.6). |
| 07/22/14 | Reilly, Wendy B. | 7.60 | TCW A. Kernan re: document review (.1), emails to & from J. Stoll, Kirkland, Sidley re: deposition scheduling (.2), review prior transcripts of D. Ying testimony (1.0), TCW D. Alexander (.2), draft cover letter for document production (2.2), review documents for potential production (1.0), CW P. Chen re: document production (.1), emails to & from M. Wiles, D. Alexander, A. Kernan, P. Chen re: document review & production (.8), TCSW A. Kernan, P. Chen, D. Alexander re: document production (1.2), TCW B. Stephany, A. Kernan re: document production (.5), TCW M. Barack, D. Alexander, A. Kernan re: document production (.3). |
| 07/22/14 | Kernan, Amanda B. | 5.00 | Call with K&E team re: document production (.5), Call with client re: document production (.3), Review documents for production to Brown Rudnick and coordinate with team re: same (4.2). |
| 07/22/14 | Alexander, Derek P. | 2.70 | Review of production queries (0.6), conference with client re same (0.7), correspondence with Reilly re same (0.5), correspondence with Kernan re same (0.1), correspondence with Kirkland re objection/response substance (0.8). |
| 07/22/14 | Wiles, Michael E. | 0.20 | Respond to question about schedule for deposition (.1), respond to question about document production (.1). |
| 07/22/14 | Slobodkin, Yury G. | 0.30 | Prepare documents for legal team review (0.3). |
| 07/23/14 | Slobodkin, Yury G. | 3.80 | Prepare documents for production to Brown Rudnick (3.8). |
| 07/23/14 | Manu-Sarbeng, Julian | 2.70 | Create endorse PDF files per J. Rapacciuolo's request (1.1). Perform keyword and date restricted searches within Concordance database (1.6). |
| 07/23/14 | Chen, Peter | 1.10 | Review (0.9) and produce documents in preparation for deposition/hearing (0.2). |
| 07/23/14 | Wiles, Michael E. | 0.20 | Review and revise cover letter to Brown Rudnick regarding document production (.2). |
| 07/23/14 | Alexander, Derek P. | 3.10 | Arranging local counsel for Evercore in EFH (0.6), correspondence with Kirkland re production responses (0.8), correspondence with client re retention comparables (0.6), research re retention comparables (1.1). |
| 07/23/14 | Kernan, Amanda B. | 4.60 | Review and prepare documents for production to Brown Rudnick (4.1), communicate with Evercore (M. Barack) re: same (.5). |

1000384821v1

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 07/23/14 | Reilly, Wendy B. | 6.60 | Review & revise draft cover letter for document production (1.1), emails to & from M. Wiles, D. Alexander, A. Kernan, P. Chen re: document production & cover letter (.9), TCW A. Kernan re: revisions to cover letter (.2), review documents for production (1.3), TCSW A. Kernan re: document production (.6), TCSW M. Barakh re: document production & cover letter (.5), TCW D. Alexander re: document production (.1), coordinate document production & redactions (1.5), TCW A. Kernan, J. Rapacciuolo re: redactions (.2), review D. Ying deposition transcript (.2). |
| 07/23/14 | Rapacciuolo, John S. | 2.40 | Preparation of documents for production to Brown Rudnick (2.4). |
| 07/24/14 | Rapacciuolo, John S. | 1.40 | Preparation of Evercore email documents for review (1.4). |
| 07/24/14 | Reilly, Wendy B. | 0.30 | Emails to & from M. Wiles, D. Alexander, A. Kernan, M. Barack re: additional document requests/production (.3). |
| 07/24/14 | Kernan, Amanda B. | 1.80 | Emails with Reilly and team re: productions to White & Case and Morrison & Foerster (.3), coordinate search terms and review documents by email w/team (1.0), produce documents to W&C, MoFo & K&E (.5). |
| 07/24/14 | Alexander, Derek P. | 3.30 | Correspondence with Reilly re production issues (0.8), correspondence with Kernan re same (0.3), correspondence with client re retention response substance (0.4), correspondence with Kirkland re same (0.8), conference with Chen re document review (0.3), research re D.Del. 328 retentions (0.7). |
| 07/24/14 | Wiles, Michael E. | 0.40 | Emails regarding UCC request for copies of document production (.1), cnf. Derek Alexander re status of discussions, schedule for next steps (.3). |
| 07/24/14 | Chen, Peter | 2.40 | Review potential production documents in preparation for deposition/hearing (2.4). |
| 07/24/14 | Manu-Sarbeng, Julian | 0.60 | Perform keyword and date restricted searches within Concordance database (0.6). |
| 07/25/14 | Bassin, Alexandra | 0.50 | Number, log and secure client media (0.5). |
| 07/25/14 | Chen, Peter | 4.10 | Review potential production documents in preparation for deposition/hearing (4.1). |
| 07/25/14 | Brea, Richard A. | 0.80 | Prepare documents for privilege log and production per A. Kernan (0.8). |
| 07/25/14 | Wiles, Michael E. | 0.30 | Respond to email from Alexander regarding deposition coverage (.3). |

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 07/25/14 | Alexander, Derek P. | 4.20 | Conference with Wiles re retention hearing preparation (0.4), correspondence with Reilly re responses to discovery requests (0.6), correspondence with Reilly re deposition prep (0.3), correspondence with Kernan re discovery efforts (0.4), conference with Matican re retention responses (0.8), correspondence with Barack re same (0.4), correspondence with Barack re updated disclosures (0.4), correspondence with Kirkland re updated disclosures (0.7), correspondence with local counsel re same (0.2). |
| 07/25/14 | Reilly, Wendy B. | 2.20 | Review letter from Brown Rudnick (.1), emails to & from D. Alexander, A. Kernan, M. Barack re: response to Brown Rudnick (.5), review & revise draft response to Brown Rudnick (.4), review & revise draft redaction log (.5), re-review redacted documents (.4), TCW A. Kernan re: response to Brown Rudnick (.3). |
| 07/25/14 | Rapacciuolo, John S. | 1.40 | Preparation of Evercore email documents for review/redaction/production (1.4). |
| 07/25/14 | Kernan, Amanda B. | 2.70 | Draft response to Brown Rudnick letter and redaction log (1.4), review documents for production to Brown Rudnick (1.3) |
| 07/26/14 | Reilly, Wendy B. | 0.20 | Emails to & from A. Kernan re: response to Brown Rudnick (.2). |
| 07/27/14 | Kernan, Amanda B. | 0.20 | Update redaction log (.2). |
| 07/28/14 | Rapacciuolo, John S. | 1.30 | Coordinate preparation of K&E produced documents for review (1.3). |
| 07/28/14 | Kernan, Amanda B. | 0.70 | Review correspondence re: MoFo's request for letters related to the engagement letter (.5), Internal call with W. Reilly re: same (.2). |
| 07/28/14 | Brea, Richard A. | 2.30 | Prepare documents for privilege log and production per A. Kernan (1.7). Perform quality control on production received from Kirkland per A. Kernan (0.6). |
| 07/28/14 | Reilly, Wendy B. | 4.40 | Review D. Ying deposition & trial transcripts (1.3), TCSW A. Kernan re: redaction log, document production, & deposition preparation (.3), emails to & from M. Wiles, D. Alexander, A. Kernan re: document productions (.2), review & revise cover email to Brown Rudnick (.3), review redacted documents (.3), review & revise redaction log (.4), emails to & from D. Alexander, Evercore, & Kirkland re: deposition scheduling (.7), TCSW D. Alexander re: deposition preparation, scheduling, & documents (.6), TCW B. O'Connor, B. Stephany, D. Alexander re: deposition scheduling (.3). |

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 07/29/14 | Reilly, Wendy B. | 3.80 | Emails to & from D. Alexander, A. Kernan, Evercore, & Kirkland re: deposition scheduling & document productions (1.4), review & sign pro hac vice paperwork & review related DE local rules (.5), review D. Ying deposition transcript (1.3), TCW M. Barack re: documents & redaction log (.3), TCW B. O'Connor re: deposition scheduling & document productions (.2), TCW D. Alexander re: document productions (.1). |
| 07/29/14 | Chen, Peter | 2.10 | Review privilege documents in preparation for deposition/hearing (2.1). |
| 07/29/14 | Brea, Richard A. | 0.50 | Perform quality control on production received from Kirkland per A. Kernan (0.5). |
| 07/29/14 | Alexander, Derek P. | 1.20 | Review of new retention issues (0.4), correspondence re deposition and discovery schedule (0.8). |
| 07/30/14 | Alexander, Derek P. | 0.90 | Correspondence with client re retention issues (0.7), review of correspondence re deposition schedule (0.2). |
| 07/30/14 | Wiles, Michael E. | 0.20 | Review and comment on proposed redaction log (.1), respond to question about timing of further discovery (.1). |
| 07/30/14 | Kernan, Amanda B. | 0.50 | Review documents produced by K&E (.5). |
| 07/30/14 | Reilly, Wendy B. | 2.80 | Review D. Ying deposition transcript (.7), emails to & from M. Wiles, D. Alexander, M. Barack, J. Matican, D. Wood re: deposition scheduling & document production (.7), TCSW D. Alexander re: deposition scheduling & document production (.3), TCW D. Alexander, M. Barack, J. Matican re: deposition scheduling & document productions (.8), revise outline for deposition preparation mtg. (.3). |
| 07/31/14 | Alexander, Derek P. | 1.10 | Correspondence with Reilly re deposition issues (0.8), correspondence with client re potential objection scheduling (0.3). |
| | Hours: | 280.60 | |

### Timekeeper Summary

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| MICHAEL E. WILES | 2.30 | 1,190.00 | 2,737.00 |
| Total For PARTNER | 2.30 | | 2,737.00 |
| WENDY B. REILLY | 70.60 | 890.00 | 62,834.00 |

1000384821v1

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Total For COUNSEL | 70.60 | | 62,834.00 |
| DEREK P. ALEXANDER | 59.80 | 780.00 | 46,644.00 |
| AMANDA B. KERNAN | 80.00 | 730.00 | 58,400.00 |
| PETER CHEN | 16.00 | 555.00 | 8,880.00 |
| Total For ASSOCIATE | 155.80 | | 113,924.00 |
| WILLIE J. BATTLE | 0.50 | 325.00 | 162.50 |
| ANTONIO GODINEZ | 0.30 | 250.00 | 75.00 |
| RICHARD A. BREA | 4.90 | 250.00 | 1,225.00 |
| YONG QUAN HUANG | 1.50 | 250.00 | 375.00 |
| JOHN S. RAPACCIUOLO | 31.30 | 325.00 | 10,172.50 |
| ALEXANDRA BASSIN | 0.50 | 250.00 | 125.00 |
| JOSE A RIVERA | 3.70 | 250.00 | 925.00 |
| YURY G. SLOBODKIN | 5.90 | 250.00 | 1,475.00 |
| JULIAN MANU-SARBENG | 3.30 | 250.00 | 825.00 |
| Total For DISC / DATA MGT | 51.90 | | 15,360.00 |
| MATTER TOTALS | 280.60 | | 194,855.00 |

1000384821v1

# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com

Invoice Number: 1314585

October 8, 2014

Evercore Partners
55 East 52nd Street
New York, NY  10055
Attn: Adam B. Frankel

**Remittance Summary**
(Payment Due Upon Receipt)

| | |
|---|---|
| **Total  Fees** | **$194,855.00** |
| **Document Preparation, Communication, Other Charges and Disbursements** | **$2,580.56** |
| **Total Amount Due** | **$197,435.56** |

*Remit Payment By:*

| *Check* | *Wire Transfer* |
|---|---|
| Debevoise & Plimpton LLP | Citibank, N.A., New York, N.Y |
| Accounting Department, 28th Floor | ABA # 021000089 |
| 919 Third Avenue | SWIFT: CITIUS33 Account #4919-9225 |
| New York, N.Y 10022 | Invoice No.: 1314585 |

*Tax Identification Number 13 - 5537279*

1000384821v1