## EXHIBIT A

**Detailed Description of Expenses**

| Expense Category | Date | Professional | Expense Description | Total Expense | Allocation |
|---|---|---|---|---|---|
| Legal / Professional Fees | 8/31/2014 | Other | Debevoise invoice (Aug 2014) - Evercore Retention | $8,764.99 | All |
| | 8/31/2014 | Other | Debevoise invoice (Aug 2014) - Court Testimony & Litigation Support | $55,731.56 | All |
| | | | **Sub-Total** | **$64,496.55** | |
| Local Ground Transport | 8/4/2014 | Patel, Neal H | Weeknight taxi | $9.60 | All |
| | 8/4/2014 | Rao, Aashik A | Weeknight car service to home | $67.91 | All |
| | 8/5/2014 | Matican, Jeremy M | Taxi to meeting | $6.50 | All |
| | 8/6/2014 | Matican, Jeremy M | Weeknight taxi | $7.70 | All |
| | 8/6/2014 | Ying, David Y | Weeknight taxi | $8.10 | All |
| | 8/7/2014 | Matican, Jeremy M | Taxi to meeting | $13.80 | All |
| | 8/7/2014 | Ying, David Y | Taxi to meeting | $8.00 | All |
| | 8/7/2014 | Rao, Aashik A | Weeknight car service to home | $67.83 | EFIH |
| | 8/8/2014 | Levit, Vadim | Weeknight taxi | $11.30 | All |
| | 8/9/2014 | Levit, Vadim | Weekend taxi | $8.40 | EFIH |
| | 8/10/2014 | Levit, Vadim | Weekend taxi | $10.20 | EFH |
| | 8/11/2014 | Rao, Aashik A | Weeknight car service to home | $67.83 | EFIH |
| | 8/12/2014 | Chen, Lisa Y | Weeknight taxi | $23.90 | All |
| | 8/13/2014 | Chen, Lisa Y | Weeknight taxi | $24.50 | All |
| | 8/14/2014 | Chen, Lisa Y | Weeknight taxi | $22.70 | All |
| | 8/14/2014 | Levit, Vadim | Weeknight taxi | $12.60 | All |
| | 8/14/2014 | Patel, Neal H | Weeknight taxi | $7.70 | All |
| | 8/15/2014 | Levit, Vadim | Weeknight taxi | $16.80 | All |
| | 8/16/2014 | Levit, Vadim | Weeknight taxi | $12.50 | All |
| | 8/19/2014 | Chen, Lisa Y | Weeknight taxi | $17.40 | All |
| | 8/19/2014 | Patel, Neal H | Weeknight taxi | $8.30 | All |
| | 8/21/2014 | Chen, Lisa Y | Weeknight taxi (prior day) | $23.40 | All |
| | 8/21/2014 | Chen, Lisa Y | Weeknight taxi | $24.00 | All |
| | 8/25/2014 | Chen, Lisa Y | Weeknight taxi | $16.50 | All |
| | 8/25/2014 | Patel, Neal H | Weeknight taxi | $10.10 | All |
| | 8/28/2014 | Patel, Neal H | Weeknight taxi | $10.70 | All |
| | | | **Sub-Total** | **$518.27** | |
| Meals | 8/1/2014 | Levit, Vadim | Latenight dinner | $20.00 | All |
| | 8/4/2014 | Chen, Lisa Y | Latenight dinner | $20.00 | All |
| | 8/4/2014 | Levit, Vadim | Latenight dinner | $20.00 | All |
| | 8/4/2014 | Patel, Neal H | Latenight dinner | $20.00 | All |
| | 8/4/2014 | Rao, Aashik A | Latenight dinner | $20.00 | All |
| | 8/4/2014 | Yi, Bo S | Latenight dinner | $20.00 | All |
| | 8/5/2014 | Patel, Neal H | Latenight dinner | $20.00 | All |
| | 8/5/2014 | Yi, Bo S | Latenight dinner | $11.97 | All |
| | 8/5/2014 | Chen, Lisa Y | Latenight dinner | $20.00 | EFIH |
| | 8/5/2014 | Rao, Aashik A | Latenight dinner | $20.00 | EFIH |
| | 8/6/2014 | Chen, Lisa Y | Latenight dinner | $20.00 | EFIH |
| | 8/6/2014 | Patel, Neal H | Latenight dinner | $20.00 | EFIH |
| | 8/7/2014 | Levit, Vadim | Latenight dinner | $20.00 | All |
| | 8/7/2014 | Patel, Neal H | Latenight dinner | $20.00 | All |
| | 8/7/2014 | Yi, Bo S | Latenight dinner | $20.00 | All |
| | 8/7/2014 | Chen, Lisa Y | Latenight dinner | $20.00 | EFIH |
| | 8/7/2014 | Rao, Aashik A | Latenight dinner | $20.00 | EFIH |
| | 8/8/2014 | Chen, Lisa Y | Latenight dinner | $20.00 | All |
| | 8/8/2014 | Levit, Vadim | Latenight dinner | $20.00 | All |
| | 8/8/2014 | Yi, Bo S | Latenight dinner | $20.00 | All |
| | 8/9/2014 | Levit, Vadim | Weekend lunch | $14.50 | EFIH |
| | 8/11/2014 | Chen, Lisa Y | Latenight dinner | $20.00 | All |
| | 8/11/2014 | Yi, Bo S | Latenight dinner | $20.00 | All |
| | 8/11/2014 | Rao, Aashik A | Latenight dinner | $20.00 | EFIH |
| | 8/12/2014 | Chen, Lisa Y | Latenight dinner | $20.00 | All |
| | 8/12/2014 | Rao, Aashik A | Latenight dinner | $20.00 | EFIH |
| | 8/13/2014 | Levit, Vadim | Latenight dinner | $20.00 | All |
| | 8/13/2014 | Yi, Bo S | Latenight dinner | $20.00 | All |
| | 8/13/2014 | Rao, Aashik A | Latenight dinner | $20.00 | EFIH |
| | 8/14/2014 | Levit, Vadim | Latenight dinner | $20.00 | All |
| | 8/14/2014 | Patel, Neal H | Latenight dinner | $20.00 | All |
| | 8/14/2014 | Rao, Aashik A | Latenight dinner | $20.00 | TCEH |
| | 8/14/2014 | Yi, Bo S | Latenight dinner | $20.00 | TCEH |
| | 8/15/2014 | Chen, Lisa Y | Latenight dinner | $20.00 | All |

| | Date | Name | Description | | Amount | Debtor |
|---|---|---|---|---|---|---|
| | 8/15/2014 | Levit, Vadim | Latenight dinner | | $20.00 | All |
| | 8/15/2014 | Patel, Neal H | Latenight dinner | | $20.00 | All |
| | 8/15/2014 | Rao, Aashik A | Latenight dinner | | $20.00 | All |
| | 8/15/2014 | Yi, Bo S | Latenight dinner | | $20.00 | All |
| | 8/16/2014 | Levit, Vadim | Weekend lunch | | $14.50 | All |
| | 8/18/2014 | Chen, Lisa Y | Latenight dinner | | $20.00 | All |
| | 8/18/2014 | Levit, Vadim | Latenight dinner | | $20.00 | All |
| | 8/18/2014 | Rao, Aashik A | Latenight dinner | | $20.00 | All |
| | 8/18/2014 | Yi, Bo S | Latenight dinner | | $20.00 | All |
| | 8/18/2014 | Patel, Neal H | Latenight dinner | | $20.00 | TCEH |
| | 8/19/2014 | Chen, Lisa Y | Latenight dinner | | $20.00 | All |
| | 8/19/2014 | Levit, Vadim | Latenight dinner | | $20.00 | All |
| | 8/20/2014 | Chen, Lisa Y | Latenight dinner | | $20.00 | All |
| | 8/20/2014 | Yi, Bo S | Latenight dinner | | $20.00 | All |
| | 8/21/2014 | Chen, Lisa Y | Latenight dinner | | $20.00 | All |
| | 8/21/2014 | Yi, Bo S | Latenight dinner | | $20.00 | All |
| | 8/25/2014 | Patel, Neal H | Latenight dinner | | $20.00 | All |
| | 8/25/2014 | Yi, Bo S | Latenight dinner | | $20.00 | All |
| | 8/26/2014 | Yi, Bo S | Latenight dinner | | $20.00 | All |
| | 8/27/2014 | Chen, Lisa Y | Latenight dinner | | $20.00 | All |
| | 8/27/2014 | Patel, Neal H | Latenight dinner | | $20.00 | All |
| | 8/29/2014 | Rao, Aashik A | Latenight dinner | | $20.00 | All |
| | | | | **Sub-Total** | **$1,100.97** | |
| Research | 8/1/2014 | Other | Factset | | $20.30 | All |
| | 8/1/2014 | Other | Thomson | | $9.76 | All |
| | | | | **Sub-Total** | **$30.06** | |
| Travel Ground Transport | 8/19/2014 | Ying, David Y | Car from home to airport (conference call) | | $99.55 | All |
| | | | | **Sub-Total** | **$99.55** | |
| | | | | **Total** | **$66,245.40** | |

## **EXHIBIT A-1**

**Legal Expenses of Evercore**

# Debevoise & Plimpton LLP

919 Third Avenue
New York, NY 10022
Tel   212 909 6000
Fax  212 909 6836
www.debevoise.com

October 8, 2014

Invoice No. : 1314592

Client Matter: 23172.1026

Evercore Partners
55 East 52nd Street
New York, NY  10055
Attn: Adam B. Frankel

FOR PROFESSIONAL SERVICES AND ADVICE  rendered during the period from August 1, 2014 through August 31, 2014 in connection with EFH advice.

| | |
|---|---|
| Total Fees ................................................................................................... | $51,663.50 |
| Document Preparation, Communication, Other Charges and Disbursements ....... | $12,833.05 |
| Total........................................................................................................... | $64,496.55 |

*Payment due Upon Receipt*
*Payment May Be Made By Wire Transfer to*
*Account # 4919-9225 at Citibank, N.A., New York, N.Y.*
*ABA # 021000089*
*SWIFT: CITIUS33*
*Tax Identification  Number 13 -5537279*

1000384823v1

*Schedule of Charges and Disbursements*
*Related to Statement for Legal Services*
*August 1, 2014 through August 31, 2014*

Charges:

Word Processing and other document preparation charges    12,833.05

Sub-total for Charges:    $12,833.05

**Total  For Charges and Disbursements:**    **12,833.05**

1000384823v1

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 08/04/14 | Reilly, Wendy B. | 0.30 | Emails to & from D. Alexander, B. O'Connor re: deposition & objection/response schedule (.1), TCW D. Alexander re: deposition & objection/response schedule (.2). |
| 08/04/14 | Alexander, Derek P. | 0.40 | Correspondence with Reilly re deposition issues (0.4). |
| 08/05/14 | Alexander, Derek P. | 1.40 | Call with debtors counsel re potential objection scheduling (0.6), correspondence with client re same (0.8). |
| 08/05/14 | Reilly, Wendy B. | 3.30 | Review D. Ying deposition transcript (1.4), emails to & from J. Baffa re: ECF registration (.2), emails to & from D. Alexander, B. O'Connor, Sidley, Evercore re: deposition & objection/response scheduling (.8), TCW D. Alexander, A. Kernan, B. O'Connor, M. Clemente re: deposition & objection/response scheduling (.7), TCW D. Alexander re: deposition & objection/response scheduling (.1), TCW M. Barack re: deposition & objection/response scheduling (.1). |
| 08/05/14 | Kernan, Amanda B. | 0.80 | Prep for and attend call with K&E re: depositions and scheduling (.8). |
| 08/06/14 | Reilly, Wendy B. | 5.00 | Review D. Ying deposition transcript (.6), review D. Ying trial transcript (.8), emails to & from D. Alexander, P. Chen, A. Kernan re: deposition preparation (.3), emails to & from D. Alexander, Evercore, Kirkland re: deposition scheduling (.3), review D. Ying declarations (1.9), TCSW D. Alexander re: document review & production, deposition preparation (.3), TCW A. Kernan, P. Chen re: document review/deposition preparation (.4), TCW J. Matican re: document productions & deposition preparation (.3), update deposition preparation outline (.1). |
| 08/06/14 | Alexander, Derek P. | 0.30 | Correspondence with Reilly re potential retention objection scheduling (0.3). |
| 08/06/14 | Kernan, Amanda B. | 0.40 | Call with W. Reilly and P. Chen re: preparing for depositions and discovery (.4). |
| 08/07/14 | Alexander, Derek P. | 0.50 | Correspondence with client re potential retention objection scheduling (0.5). |
| 08/07/14 | Reilly, Wendy B. | 0.90 | Emails to & from D. Alexander, A. Kernan, P. Chen, M. Barack, J. Matican, B. O'Connor, B. Stephany, A. Lauchheimer re: document requests & deposition scheduling (.7), TCW D. Alexander re: document productions (.1), v/m to B. O'Connor re: document productions (.1). |
| 08/08/14 | Alexander, Derek P. | 0.40 | Correspondence with Reilly re potential retention objection scheduling (0.4). |
| 08/08/14 | Reilly, Wendy B. | 2.40 | Review D. Ying trial transcript (1.4), review notes re: document productions (.3), TCW D. Alexander re: document requests & case developments (.3), emails to & from D. Alexander, A. Kernan re: document review (.1), emails to B. O'Connor re: document requests & deposition scheduling (.2), v/m to B. O'Connor re: document requests & deposition scheduling (.1). |

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 08/10/14 | Reilly, Wendy B. | 0.10 | Emails to & from D. Alexander, B. O'Connor re: deposition scheduling & document discovery (.1). |
| 08/11/14 | Reilly, Wendy B. | 1.00 | Emails to & from D. Alexander, B .O'Connor re: deposition scheduling & document discovery (.3), TCW B. O'Connor re: deposition scheduling & document discovery (.3), TCSW D. Alexander, M. Barack re: deposition scheduling & document discovery (.4). |
| 08/13/14 | Alexander, Derek P. | 1.10 | Review of protective order (0.2), arranging for consent to entry re same (0.3), correspondence with client re ongoing conflicts checks (0.6). |
| 08/14/14 | Reilly, Wendy B. | 0.10 | Emails to & from D. Alexander, M. Barack, A. Kernan re: deposition scheduling & document discovery (.1). |
| 08/15/14 | Chen, Peter | 2.10 | Prepare materials from doc production in advance of deposition (2.1). |
| 08/17/14 | Reilly, Wendy B. | 0.10 | Emails to & from D. Alexander, B. O'Connor re: deposition scheduling (.1). |
| 08/18/14 | Reilly, Wendy B. | 0.40 | Emails to & from D. Alexander, J. Matican, A. Lauchheimer re: deposition scheduling (.2), TCW D. Alexander re: deposition scheduling (.2). |
| 08/18/14 | Alexander, Derek P. | 0.40 | Deposition scheduling correspondence with Reilly and team (0.4). |
| 08/18/14 | Alexander, Derek P. | 0.70 | Review of connections disclosure questions with Matican (0.7). |
| 08/19/14 | Reilly, Wendy B. | 5.50 | Emails to & from D. Alexander, J. Matican, M. Barack, B. O'Connor re: deposition scheduling & discovery objections (2.2), review D. Ying trial transcripts (1.5), review Kirkland's deposition objections (.3), TCSW D. Alexander re: deposition scheduling & objections (.2), TCW B. O'Connor re: deposition scheduling & document discovery (.2), TCW M. Wiles re: deposition scheduling & document discovery (.1), TCW A. Kernan re: document discovery (.1), draft & send responses to Brown Rudnick re: deposition scheduling, document production, & redaction log (.9). |
| 08/19/14 | Wiles, Michael E. | 0.20 | T. Wendy Reilly about depositions, Kirkland's service of objections to 30(b)[6] notice (.2). |
| 08/19/14 | Kernan, Amanda B. | 0.40 | Coordinate with internal Evercore and Kirkland counsel re: redaction log (.2), review Kirkland emails re same (.2). |
| 08/20/14 | Reilly, Wendy B. | 0.60 | Review D. Ying trial transcript (.4), emails to & from A. Kernan re: document productions (.2). |
| 08/25/14 | Reilly, Wendy B. | 0.20 | Emails to & from D. Alexander, A. Kernan, P. Chen, J. Matican, M. Barack, B. Stephany re: document discovery (.2). |
| 08/25/14 | Rapacciuolo, John S. | 1.30 | Preparation of Kirkland produced documents for review (1.3). |

1000384823v1

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 08/25/14 | Huang, Alex | 1.50 | Prepare document collection for attorney review on instruction from J. Rapacciuolo (1.5). |
| 08/25/14 | Alexander, Derek P. | 3.10 | Review of retention issues in correspondence with Reilly (0.7), preliminary case research for reply to anticipated retention objections (1.8), review of deposition topics in preparation for same (0.6). |
| 08/26/14 | Alexander, Derek P. | 2.40 | Call with client and Kirkland re retention discovery and deposition planning (0.7), prepare for same (0.4), case research re retention dispute (0.8), call with Reilly re discovery issues (0.5). |
| 08/26/14 | Huang, Alex | 0.40 | Prepare document collection for attorney review on instruction from J. Rapacciuolo (0.4). |
| 08/26/14 | Rapacciuolo, John S. | 1.20 | Preparation of Kirkland produced documents for review (1.2). |
| 08/26/14 | Hickling, Raphael D. | 0.80 | Load new data and images into review platform (0.8). |
| 08/26/14 | Reilly, Wendy B. | 3.70 | TCW D. Alexander, B. Stephany re: document requests & deposition scheduling (.9), TCW D. Alexander re: document requests (.2), emails to & from D. Alexander, J. Matican, M. Barack re: document requests & deposition scheduling (.5), emails to & from D. Alexander, A. Kernan, P. Chen re: document review (.5), TCW D. Alexander re: deposition scheduling (.1), emails to & from A. Lauchheimer, B. O'Connor, B. Stephany, D. Alexander re: deposition scheduling (.5), TCW B. Stephany re: deposition scheduling & document discovery (.3), review D. Ying trial transcript (.7). |
| 08/26/14 | Kernan, Amanda B. | 0.30 | Review Kirkland's production and summarize relevant emails for team (.3). |
| 08/27/14 | Reilly, Wendy B. | 2.40 | TCSW D. Alexander re: depositions, document discovery, hearing, retention application (.6), review amended notice of deposition to Debtors (.1), emails to & from D. Alexander, A. Kernan, P. Chen, J. Matican, B. Stephany, B. O'Connor re: depositions, document discovery (.9), TCW B. O'Connor re: depositions (.1), review news report (.1), review D. Ying trial transcript (.6). |
| 08/27/14 | Wiles, Michael E. | 0.30 | T. Derek Alexander regarding retention hearing and discovery (.2), T. Derek regarding possible sale process and updated disclosures (.1). |
| 08/27/14 | Chen, Peter | 2.10 | Review documents and privilege log in preparation for retention deposition (2.1). |
| 08/28/14 | Wiles, Michael E. | 0.60 | Call with Derek Alexander regarding news reports about potential additional banker retention (.5), review Derek Alexander follow-up email re same (.1). |

1000384823v1

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 08/28/14 | Alexander, Derek P. | 3.30 | Brief Wiles on retention issues re co-advisor (0.6), call with Matican advising on same (0.7), calls with Reilly re same (0.4), precedent research re same (1.2), call with client re preparation of disinterestedness supplemental (0.4). |
| 08/28/14 | Reilly, Wendy B. | 2.00 | Mtg. w/ M. Wiles, D. Alexander re: retention application (.7), emails to & from M. Wiles, D. Alexander, D. Ying, J. Matican re: retention application, document discovery, & deposition scheduling (.3), emails to & from A. Kernan re: deposition preparation (.1), review D. Ying trial transcript (.9). |
| 08/28/14 | Kernan, Amanda B. | 3.30 | Review emails in preparation for Ying deposition (0.6), and create compilation of same (2.7). |
| 08/29/14 | Alexander, Derek P. | 0.80 | Further research re co-advisor issues (0.3), call with client re same (0.5). |
| 08/29/14 | Reilly, Wendy B. | 5.80 | Emails to & from H. Trogdon, B. O'Connor re: depositions (.1), emails to & from A. Kernan re: deposition preparation (.1), emails to & from D. Alexander re: retention application (.1), emails to & from MAO re: docket updates (.2), review D. Ying trial transcript (1.2), draft deposition preparation outline for D. Ying mtg. (1.9), review documents for D. Ying mtg. (1.8), TCW D. Alexander re: retention application, depositions (.4). |
| 08/30/14 | Reilly, Wendy B. | 0.20 | Emails to & from D. Alexander, B. O'Connor re: retention stipulation & deposition schedule (.2). |
| 08/30/14 | Alexander, Derek P. | 1.20 | Review of retention settlement (0.6), update to Reilly re same (0.4), update to client re same (0.2). |
| | Hours: | 65.70 | |

### Timekeeper Summary

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| MICHAEL E. WILES | 1.10 | 1,190.00 | 1,309.00 |
| Total For PARTNER | 1.10 | | 1,309.00 |
| WENDY B. REILLY | 34.00 | 890.00 | 30,260.00 |
| Total For COUNSEL | 34.00 | | 30,260.00 |
| DEREK P. ALEXANDER | 16.00 | 780.00 | 12,480.00 |

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| AMANDA B. KERNAN | 5.20 | 730.00 | 3,796.00 |
| PETER CHEN | 4.20 | 555.00 | 2,331.00 |
| Total For ASSOCIATE | 25.40 | | 18,607.00 |
| JOHN S. RAPACCIUOLO | 2.50 | 325.00 | 812.50 |
| RAPHAEL D. HICKLING | 0.80 | 250.00 | 200.00 |
| ALEX HUANG | 1.90 | 250.00 | 475.00 |
| Total For DISC / DATA MGT | 5.20 | | 1,487.50 |
| MATTER TOTALS | 65.70 | | 51,663.50 |

1000384823v1

# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com

Invoice Number: 1314592

October 8, 2014

Evercore Partners
55 East 52nd Street
New York, NY  10055
Attn: Adam B. Frankel

**Remittance Summary**
(Payment Due Upon Receipt)

| | |
|---|---:|
| **Total Fees** | **$51,663.50** |
| **Document Preparation, Communication, Other Charges and Disbursements** | **$12,833.05** |
| **Total Amount Due** | **$64,496.55** |

*Remit Payment By:*

| *Check* | *Wire Transfer* |
|---|---:|
| Debevoise & Plimpton LLP | Citibank, N.A., New York, N.Y |
| Accounting Department, 28th Floor | ABA # 021000089 |
| 919 Third Avenue | SWIFT: CITIUS33 Account #4919-9225 |
| New York, N.Y 10022 | Invoice No.: 1314592 |

*Tax Identification Number 13 - 5537279*

1000384823v1