# **EXHIBIT A**

**Statement of Fees and Expenses By Subject Matter**

## COMPENSATION BY PROJECT CATEGORY
## FOR THE PERIOD FROM APRIL 29, 2014 THROUGH MAY 31, 2014

| Matter Description | Total Hours | Total Fees |
|---|---:|---:|
| First Day Motions (30021) | 124.10 | $105,029.00 |
| Professional Retention (30070) | 211.20 | $182,231.50 |
| Case Administration (30100) | 8.60 | $6,863.00 |
| Litigated Matters (30120) | 54.70 | $44,049.00 |
| Committee-Related Matters (30130) | 7.40 | $7,137.50 |
| Clean Air Transport Rule (10040) | 208.70 | $159,530.60 |
| Regional Haze Program (10050) | .40 | $388.00 |
| EPA July NOV (5th Circuit) (40060) | 274.10 | $199,564.20 |
| Greenhouse Gases (40070) | 35.40 | $27,511.90 |
| **TOTALS:** | **924.60** | **$732,304.70** |