# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The Sidley attorneys who rendered professional services in these cases during the Fee Period of April 29, 2014 to May 31, 2014 are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Suresh T. Advani | Partner | 1992 | Tax | $1,150 | 3.00 | $3,450.00 |
| C. Frederick Beckner | Partner | 1997 | Litigation | $878 | 122.90 | $107,906.20 |
| James F. Bendernagel | Partner | 1977 | Litigation | $1,050 | 2.40 | $2,520.00 |
| Paul S. Caruso | Partner | 1996 | Bankruptcy | $925 | 91.70 | $84,822.50 |
| Matthew A. Clemente | Partner | 1998 | Bankruptcy | $925 | 82.20 | $76,035.00 |
| Jonathan F. Cohn | Partner | 1999 | Appellate | $739 | 11.60 | $8,572.40 |
| James F. Conlan | Partner | 1988 | Bankruptcy | $1,150 | 21.20 | $24,380.00 |
| Peter D. Keisler | Partner | 1989 | Litigation | $970 | 111.20 | $107,864.00 |
| Roger R. Martella | Partner | 1997 | Environmental | $809 | 44.50 | $36,000.50 |
| Eric D. McArthur | Partner | 2007 | Appellate | $624 | 30.40 | $18,969.60 |
| Kerriann S. Mills | Partner | 2005 | Bankruptcy | $775 | 63.50 | $49,212.50 |
| Larry J. Nyhan | Partner | 1980 | Bankruptcy | $1,150 | 21.10 | $24,265.00 |
| Timothy K. Webster | Partner | 1991 | Environmental | $693 | 6.60 | $4,573.80 |
| Paul J. Zidlicky | Partner | 1994 | Appellate | $786 | 16.00 | $12,576.00 |
| | | | | | | |
| Lisa Jones | Counsel | 1993 | Environmental | $554 | 1.50 | $831.00 |
| Kathleen Mueller | Counsel | 1995 | Appellate | $693 | 8.80 | $6,098.40 |
| | | | | | | |
| Benjamin Beaton | Associate | 2010 | Appellate | $537 | 91.10 | $48,920.70 |
| Jeremy M. Bylund | Associate | 2011 | Litigation | $448 | 38.20 | $17,113.60 |
| Karen A. Hayes | Associate | 2006 | Tax | $745 | 1.00 | $745.00 |
| Catherine Jun | Associate | 2014 | Bankruptcy | $445 | 2.30 | $1,023.50 |
| Geoffrey M. King | Associate | 2009 | Bankruptcy | $665 | 43.60 | $28,994.00 |
| Jillian K. Ludwig | Associate | 2007 | Bankruptcy | $725 | 50.50 | $36,612.50 |
| Lydia Hill Slaby | Associate | 2011 | Bankruptcy | $555 | 23.00 | $12,765.00 |
| Robert Stander | Associate | 2011 | Appellate | $448 | 15.50 | $6,944.00 |
| Joel F. Visser | Associate | 2009 | Environmental | $540 | 20.30 | $10,962.00 |
| | | | | **Attorney Totals** | **924.10** | **$732,157.20** |

The paraprofessionals of Sidley who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Duan M. Pryor | Paralegal | 21 years | Environmental | $295 | .50 | $147.50 |
| | | | **Paraprofessional Totals** | | **.50** | **$147.50** |

| | | | | Total Fees Requested | 924.60 | $732,304.70 |
|---|---|---|---|---|---|---|