# EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

## ALL - Expense Summary for April 29, 2014 to May 31, 2014

| Service Description | Service Providers[1] | Amount |
|---|---|---|
| Air Transportation | | $2,269.68 |
| Duplicating | | $1,875.68 |
| Document Services | | $21.36 |
| Ground Transportation | | $274.90 |
| Meals (Working Meals Sidley and Others) | | $185.00 |
| Meals Out of Town (Travel Meals) | | $54.64 |
| Messenger | | $24.86 |
| Telephone Tolls | | $401.25 |
| Travel/Lodging | | $1,780.56 |
| **Total:** | | **$6,887.93** |

---

[1] Sidley may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

### TCEH - Expense Summary for April 29, 2014 to May 31, 2014

| Service Description | Service Providers[1] | Amount |
|---|---|---|
| Duplicating | | $1,381.48 |
| Document Services | | $21.36 |
| Ground Transportation | | $26.00 |
| Meals (Working Meals Sidley and Others) | | $185.00 |
| Messenger | | $24.86 |
| Telephone Tolls | | $18.15 |
| **Total:** | | **$1,656.85** |

---

[1] Sidley may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

## EFH - Expense Summary for April 29, 2014 to May 31, 2014

| Service Description | Service Providers[1] | Amount |
|---|---|---|
| Air Transportation | | $2,269.68 |
| Duplicating | | $494.20 |
| Ground Transportation | | $248.90 |
| Travel Meals | | $54.64 |
| Telephone Tolls | | $383.10 |
| Travel/Lodging | | $1,780.56 |
| **Total:** | | **$5,231.08** |

---

[1] Sidley may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.