## **EXHIBIT D**

**Detailed Description of Expenses and Disbursements for April 29, 2014 to May 31, 2014**

SIDLEY AUSTIN LLP

Invoice Number: ******
Energy Future Holdings Corp.

RE: Case Administration

## EXPENSE DETAIL

| Date | Type | Description | Amount |
|---|---|---|---|
| 04/30/14 | CPY | 04/29/14-Duplicating Charges (Color) Time: 13:24:00 | $19.50 |
| 04/30/14 | CPY | 04/29/14-Duplicating Charges (Color) Time: 15:31:00 | 14.50 |
| 04/30/14 | CPY | 04/29/14-Duplicating Charges (Color) Time: 19:35:00 | 20.50 |
| 04/30/14 | CPY | 04/29/14-Duplicating Charges (Color) Time: 8:27:00 | 19.50 |
| 04/30/14 | CPY | 04/30/14-Duplicating Charges (Color) Time: 10:26:00 | 68.50 |
| 05/03/14 | CPY | 05/02/14-Duplicating Charges (Color) Time: 9:05:00 | 14.50 |
| 05/07/14 | TEL | 05/06/14-Telephone Call (Non-Local) To: 12129093035 New York, NY | 1.20 |
| 05/08/14 | TEL | 05/07/14-Telephone Call (Non-Local) To: 12142190919 Dallas, TX | 4.95 |
| 05/09/14 | CPY | 05/08/14-Duplicating Charges (Color) Time: 15:15:00 | 19.00 |
| 05/09/14 | CPY | 05/08/14-Duplicating Charges (Color) Time: 18:02:00 | 16.50 |
| 05/09/14 | CPY | 05/08/14-Duplicating Charges (Color) Time: 8:44:00 | 16.50 |
| 05/10/14 | CPY | 05/08/14-Duplicating Charges (Color) Time: 22:18:00 | 19.50 |
| 05/10/14 | CPY | 05/08/14-Duplicating Charges (Color) Time: 21:21:00 | 19.50 |
| 05/10/14 | CPY | 05/09/14-Duplicating Charges (Color) Time: 16:49:00 | 20.50 |
| 05/10/14 | CPY | 05/09/14-Duplicating Charges (Color) Time: 17:14:00 | 21.00 |
| 05/13/14 | AIR | 04/30/14-05/02/14 Chicago to New York - Apr 24, 2014 - Paul S. Caruso - One way economy airfare from Chicago to NYC on 4/29 for travel to NY for meetings with Zolfo and First Day Hearing | 602.16 |
| 05/13/14 | AIR | 04/30/14-05/02/14 Chicago to New York - Apr 24, 2014 - Paul S. Caruso - Agent Fee in connection with travel to NY for meetings with Zolfo and First Day Hearing | 34.00 |
| 05/13/14 | AIR | 04/30/14-05/02/14 Chicago to New York - Apr 29, 2014 - Paul S. Caruso - Agent Fee in connection with travel to NY for meetings with Zolfo and First Day Hearing - Ticket was exchanged | 34.00 |
| 05/13/14 | AIR | 04/30/14-05/02/14 Chicago to New York - Apr 30, 2014 - Paul S. Caruso - One way economy airfare from NYC to Chicago on 5/2 for return travel from NYC for meetings with Zolfo and First Day Hearing - Ticket was exchanged - Fare Difference. | 230.52 |
| 05/13/14 | AIR | 04/30/14-05/02/14 Chicago to New York - Apr 30, 2014 - Paul S. Caruso - Agent Fee in connection with travel to NY for meetings with Zolfo and First Day Hearing - Ticket was exchanged - Service Fee | 34.00 |

SIDLEY AUSTIN LLP

Invoice Number: ******
Energy Future Holdings Corp.

RE: Case Administration

| Date | Type | Description | Amount |
|---|---|---|---|
| 05/13/14 | MLO | 04/30/14-05/02/14 Chicago to New York - May 01, 2014 - Paul S. Caruso - Lunch for one attendee in connection with travel to NY for meetings with Zolfo and First Day Hearing | 14.64 |
| 05/13/14 | GND | 04/30/14-05/02/14 Chicago to New York - May 02, 2014 - Paul S. Caruso - Taxi/Car Service from NYC hotel to LaGuardia airport in connection with travel to NY for meetings with Zolfo and First Day Hearing | 42.90 |
| 05/13/14 | TRV | 04/30/14-05/02/14 Chicago to New York - May 02, 2014 - Paul S. Caruso - Lodging for two nights in NYC includes $329 room rate, State sales tax $29.20, State occupancy tax $19.93, local occupancy taxes $3.50 (all per night charges) in connection with travel to NY for meetings with Zolfo and First Day Hearing | 762.06 |
| 05/13/14 | MLO | 04/30/14-05/02/14 Chicago to New York - Apr 30, 2014 - Paul S. Caruso - Hotel - Meals Other - Late night dinner for one attendee at the hotel on 4/30 in connection with travel to NY for meetings with Zolfo and First Day Hearing | 40.00 |
| 05/13/14 | GND | 04/30/14-05/02/14 Chicago to New York - May 02, 2014 - Paul S. Caruso - Parking at O'Hare airport while traveling to NY for meetings with Zolfo and First Day Hearing | 106.00 |
| 05/13/14 | AIR | 04/30/14-05/02/14 Chicago to New York - Apr 30, 2014 - Matthew A. Clemente - Roundtrip coach airfare (with complimentary upgrade) between Chicago and NYC for meeting with clients from HLHZ | 1,335.00 |
| 05/13/14 | TRV | 04/30/14-05/02/14 Chicago to New York - Apr 30, 2014 - Matthew A. Clemente - Lodging for one night in NYC on 4/30 includes room rate $439, State tax $38.96, City tax $25.79, and occupancy taxes $5.50 in connection with travel for meeting with clients from HLHZ | 509.25 |
| 05/13/14 | TRV | 04/30/14-05/02/14 Chicago to New York - May 01, 2014 - Matthew A. Clemente - Lodging for one night in NYC on 5/1 includes room rate $439, State tax $38.96, City tax $25.79 and occupancy taxes $5.50 in connection with travel for meeting with clients from HLHZ | 509.25 |
| 05/13/14 | GND | 04/30/14-05/02/14 Chicago to New York - Apr 30, 2014 - Matthew A. Clemente - Taxi/Car Service - Cab from Chicago office to O'Hare Airport on 4/30 in connection with travel for meeting in NYC with clients from Zolfo | 50.00 |
| 05/13/14 | GND | 04/30/14-05/02/14 Chicago to New York - May 02, 2014 - Matthew A. Clemente - Taxi/Car Service - Cab from NYC to LaGuardia Airport on 5/2 in connection with travel for meeting in NYC with clients from Zolfo | 50.00 |
| 05/13/14 | CPY | 05/12/14-Duplicating Charges (Color) Time: 19:03:00 | 8.00 |
| 05/13/14 | CPY | 05/12/14-Duplicating Charges (Color) Time: 18:56:00 | 14.00 |
| 05/14/14 | CPY | 05/13/14-Duplicating Charges (Color) Time: 10:48:00 | 9.50 |
| 05/14/14 | CPY | 05/13/14-Duplicating Charges (Color) Time: 10:48:00 | 21.00 |
| 05/14/14 | CPY | 05/12/14-Duplicating Charges (Color) Time: 22:07:00 | 6.00 |
| 05/14/14 | CPY | 05/13/14-Duplicating Charges (Color) Time: 7:55:00 | 21.00 |

**SIDLEY AUSTIN LLP**

Invoice Number: ******
Energy Future Holdings Corp.

RE: Case Administration

| Date | Type | Description | Amount |
|---|---|---|---:|
| 05/15/14 | CPY | 05/14/14-Duplicating Charges (Color) Time: 8:49:00 | 69.00 |
| 05/17/14 | TEL | May 09, 2014 - Geoffrey M. King - Telephone - Court Conference calls on May 1 and 2, 2014 | 268.00 |
| 05/17/14 | TEL | May 09, 2014 - Geoffrey M. King - Telephone - Court Conference calls on May 1 and 2, 2014 | 107.00 |
| 05/20/14 | CPY | 05/19/14-Duplicating charges Time: 15:54:00 | .70 |
| 05/29/14 | CPY | 05/28/14-Duplicating Charges (Color) Time: 17:28:00 | 18.00 |
| 05/30/14 | CPY | 05/28/14-Duplicating Charges (Color) Time: 20:26:00 | .50 |
| 05/30/14 | CPY | 05/28/14-Duplicating Charges (Color) Time: 20:24:00 | 32.50 |
| 05/30/14 | CPY | 05/28/14-Duplicating Charges (Color) Time: 20:22:00 | 3.00 |
| 05/30/14 | CPY | 05/28/14-Duplicating Charges (Color) Time: 20:22:00 | 1.50 |
| 05/30/14 | TEL | 05/29/14-Telephone Call (Non-Local) To: 19736185172 Caldwell, NJ | 1.95 |
| | | **Total Expenses** | **$5,231.08** |

**SIDLEY AUSTIN LLP**

Invoice Number: ******
Luminant Energy Company LLC

Clean Air Transport Rule

## EXPENSE DETAIL

| Date | Narrative | Amount |
|---|---|---|
| 04/30/14 | 04/29/14-Telephone Call (Non-Local) To: 15129361896 Austin, TX | $2.25 |
| 05/03/14 | 05/02/14-Duplicating Charges (Color) Time: 14:53:00 | 1.00 |
| 05/08/14 | 05/02/14-Binding | 8.60 |
| 05/09/14 | 05/08/14-Telephone Call (Non-Local) To: 18043639298 Richmond, VA | 2.25 |
| 05/13/14 | 05/08/14-Williams Lea Digital Blow Backs (Type B) - B&W | 108.90 |
| 05/13/14 | 05/08/14-Binding | 3.44 |
| 05/21/14 | 05/20/14-Telephone Call (Non-Local) To: 12148758183 Dallas, TX | 6.45 |
| 05/22/14 | 05/21/14-Telephone Call (Non-Local) To: 15129361896 Austin, TX | 2.70 |
| 05/23/14 | May 06, 2014 - C. Frederick Beckner, III - Taxi/Car Service - Taxi fare to US Court House for argument. (Sierra Club) - Local | 13.00 |
| 05/23/14 | May 06, 2014 - C. Frederick Beckner, III - Taxi/Car Service - Taxi fare from US Court House for argument. (Sierra Club) - Local | 13.00 |
| | **Total Expenses** | **$161.59** |

**SIDLEY AUSTIN LLP**

Invoice Number: ******
Luminant Generation Company LLC

EPA July 2012 NOV (5th Circuit)

## EXPENSE DETAIL

| Date | Narrative | Amount |
|---|---|---|
| 04/30/14 | 04/30/14-Telephone Call (Non-Local) To: 12148127182 Dallas, TX | $1.05 |
| 05/01/14 | Document Services 05/12/14 - FOLSER-BROWN, INC. - IN001014191 (6) Binders PO-28420 (unassigned matter number) | 21.36 |
| 05/09/14 | 05/08/14-Duplication charges Time: 15:02:00 | 2.80 |
| 05/09/14 | 05/08/14-Duplication charges Time: 13:12:00 | 9.00 |
| 05/09/14 | 05/08/14-Duplication charges Time: 15:13:00 | 2.40 |
| 05/09/14 | 05/08/14-Duplication charges Time: 13:07:00 | 6.40 |
| 05/09/14 | 05/08/14-Duplication charges Time: 18:42:00 | 1.00 |
| 05/09/14 | 05/08/14-Duplication charges Time: 13:07:00 | 4.50 |
| 05/09/14 | 05/08/14-Duplication charges Time: 13:08:00 | 3.50 |
| 05/09/14 | 05/08/14-Duplication charges Time: 13:11:00 | 5.00 |
| 05/09/14 | 05/08/14-Duplication charges Time: 15:16:00 | 4.40 |
| 05/09/14 | 05/08/14-Duplication charges Time: 13:13:00 | 10.00 |
| 05/09/14 | 05/08/14-Duplication charges Time: 14:44:00 | 4.80 |
| 05/09/14 | 05/08/14-Duplication charges Time: 15:14:00 | 8.80 |
| 05/09/14 | 05/08/14-Duplication charges Time: 14:47:00 | 1.20 |
| 05/09/14 | 05/08/14-Duplication charges Time: 18:00:00 | 28.50 |
| 05/09/14 | 05/08/14-Duplication charges Time: 15:12:00 | .40 |
| 05/09/14 | 05/08/14-Duplication charges Time: 16:35:00 | 44.00 |
| 05/09/14 | 05/08/14-Duplication charges Time: 14:41:00 | .80 |
| 05/09/14 | 05/08/14-Duplication charges Time: 12:58:00 | 6.50 |
| 05/09/14 | 05/08/14-Duplication charges Time: 14:52:00 | 2.40 |
| 05/09/14 | 05/08/14-Duplication charges Time: 13:09:00 | 7.00 |
| 05/09/14 | 05/08/14-Duplication charges Time: 13:09:00 | 6.00 |
| 05/09/14 | 05/08/14-Duplication charges Time: 13:13:00 | 4.00 |
| 05/09/14 | 05/08/14-Duplication charges Time: 15:11:00 | 24.80 |
| 05/09/14 | 05/08/14-Duplication charges Time: 13:05:00 | 8.00 |
| 05/09/14 | 05/08/14-Duplication charges Time: 13:11:00 | 5.50 |

**SIDLEY AUSTIN** LLP

Invoice Number: ******
Luminant Generation Company LLC

EPA July 2012 NOV (5th Circuit)

| Date | Narrative | Amount |
|---|---|---|
| 05/09/14 | 05/08/14-Duplication charges Time: 14:46:00 | 3.60 |
| 05/09/14 | 05/08/14-Duplicating Charges (Color) Time: 12:46:00 | .50 |
| 05/10/14 | 05/09/14-Duplication charges Time: 8:55:00 | 15.20 |
| 05/10/14 | 05/09/14-Duplication charges Time: 8:33:00 | .50 |
| 05/10/14 | 05/09/14-Duplication charges Time: 8:38:00 | .50 |
| 05/13/14 | 05/09/14-Duplicating charges | 562.50 |
| 05/13/14 | 05/08/14-Williams Lea Digital Blow Backs (Type B) - B&W | 140.50 |
| 05/13/14 | 05/08/14-Binding | 5.16 |
| 05/13/14 | 05/09/14-Binding | 6.88 |
| 05/17/14 | 05/16/14-Telephone Call (Non-Local) To: New Orlean, LA | 2.40 |
| 05/20/14 | 05/19/14-Duplicating charges Time: 8:20:00 | 6.00 |
| 05/20/14 | 05/19/14-Duplicating charges Time: 11:03:00 | 1.00 |
| 05/29/14 | 05/07/14 - Meal--10 attendees: P. Keisler, R. Beckner, B. Beaton, J. Cohn, J. Bylund, S. Gidiere, G. Moore, S. Moore, D. Kelly & K. Mueller- working lunch during moot court re: greenhouse gas regulatory issues | 185.00 |
| 05/29/14 | 05/28/14-Telephone Call (Non-Local) To: Birmingham, AL | 1.05 |
| 05/29/14 | 03/13/14 - WASHINGTON EXPRESS LLC - 105647 - SIDLEY AUSTIN / PETER KEISLER-PRI RES | 24.86 |
| 05/31/14 | 05/28/14-Duplicating charges | 315.50 |
| | **Total Expenses** | **$1,495.26** |