# EXHIBIT A

**Statement of Fees and Expenses By Subject Matter**

## COMPENSATION BY PROJECT CATEGORY
## FOR THE PERIOD FROM JUNE 1, 2014 THROUGH JUNE 30, 2014

| Matter Description | Total Hours | Total Fees |
|---|---:|---:|
| First Day Motions (30021) | 40.20 | $35,351.00 |
| Professional Retention (30070) | 8.80 | $9,723.00 |
| Case Administration (30100) | 14.40 | $10,995.50 |
| Litigated Matters (30120) | 294.80 | $250,847.00 |
| Travel Time (30250) *includes 50% reduction | 2.00 | $925.00 |
| Clean Air Transport Rule (10040) | 234.90 | $176,751.60 |
| EPA July NOV (5th Circuit) (40060) | 22.50 | $20,818.90 |
| Greenhouse Gases (40070) | 49.10 | $37,878.30 |
| **TOTALS:** | **666.70** | **$543,290.30** |