# EXHIBIT B

**Attorneys and Paraprofessionals' Information**

The Sidley attorneys who rendered professional services in these cases during the Fee Period of June 1, 2014 to June 30, 2014 are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Suresh T. Advani | Partner | 1992 | Tax | $1,150 | .40 | $460.00 |
| C. Frederick Beckner | Partner | 1997 | Litigation | $878 | 140.70 | $123,534.60 |
| James F. Bendernagel | Partner | 1977 | Litigation | $1,050 | 10.80 | $11,340.00 |
| Paul S. Caruso | Partner | 1996 | Bankruptcy | $925 | 67.10 | $61,142.50 |
| Matthew A. Clemente | Partner | 1998 | Bankruptcy | $925 | 94.40 | $87,320.00 |
| James F. Conlan | Partner | 1988 | Bankruptcy | $1,150 | 16.50 | $18,975.00 |
| Martin B. Jackson | Partner | 2003 | Litigation | $825 | 51.30 | $42,322.50 |
| Peter D. Keisler | Partner | 1989 | Litigation | $970 | 36.90 | $35,793.00 |
| Roger R. Martella | Partner | 1997 | Environmental | $809 | 24.60 | $19,901.40 |
| Eric D. McArthur | Partner | 2007 | Appellate | $624 | 14.10 | $8,798.40 |
| Kerriann S. Mills | Partner | 2005 | Bankruptcy | $775 | 19.10 | $14,802.50 |
| Larry J. Nyhan | Partner | 1980 | Bankruptcy | $1,150 | 10.20 | $11,730.00 |
| Timothy K. Webster | Partner | 1991 | Environmental | $693 | 14.40 | $9,979.20 |
| Paul J. Zidlicky | Partner | 1994 | Appellate | $786 | 1.00 | $786.00 |
| | | | | | | |
| Eric G. Hoffman | Counsel | 2004 | Litigation | $745 | 3.70 | $2,756.50 |
| Kathleen Mueller | Counsel | 1995 | Appellate | $693 | 15.60 | $10,810.80 |
| | | | | | | |
| Benjamin Beaton | Associate | 2010 | Appellate | $537 | 36.80 | $19,761.60 |
| David L. Breau | Associate | 2009 | Litigation | $745 | 9.80 | $7,301.00 |
| Karen A. Hayes | Associate | 2006 | Tax | $745 | 1.10 | $819.50 |
| Catherine Jun | Associate | 2014 | Bankruptcy | $445 | .10 | $44.50 |
| Geoffrey M. King | Associate | 2009 | Bankruptcy | $665 | 18.10 | $12,036.50 |
| Jillian K. Ludwig | Associate | 2007 | Bankruptcy | $725 | .10 | $72.50 |
| Kenneth B. Meyer | Associate | 2009 | Litigation | $700 | 21.20 | $14,840.00 |
| Sarah E. Pruett | Associate | 2013 | Litigation | $495 | 18.20 | $9,009.00 |
| Thomas E. Ross | Associate | 2010 | Litigation | $665 | 4.60 | $3,059.00 |
| Lydia Hill Slaby | Associate | 2011 | Bankruptcy | $555 | .10 | $55.50 |
| Robert Stander | Associate | 2011 | Appellate | $448 | 14.10 | $6,316.80 |
| Joel F. Visser | Associate | 2009 | Environmental | $540 | 13.30 | $7,182.00 |
| | | | | **Attorney Totals** | **658.30** | **$540,950.30** |

The paraprofessionals of Sidley who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Randall C. Luce | Paralegal | 17 years | Litigation | $295 | 2.80 | $826.00 |
| Duan M. Pryor | Paralegal | 21 years | Environmental | $295 | 1.00 | $295.00 |
| Kate Ross | Paralegal | 2 years | Litigation | $265 | 4.60 | $1,219.00 |
| | | | | **Paraprofessional Totals** | **8.40** | **$2,340.00** |

| | | | | **Total Fees Requested** | **666.70** | **$543,290.30** |