**EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

## ALL - Expense Summary for June 1, 2014 to June 30, 2014

| Service Description | Service Providers[1] | Amount |
|---|---|---|
| Air Transportation | | $2,548.00 |
| Duplicating | | $618.25 |
| Document Delivery Services | | $97.94 |
| Filing Fees | | $482.75 |
| Ground Transportation | | $402.25 |
| Legal Support Services | | $293.89 |
| Meals Out of Town (Travel Meals) | | $340.85 |
| Overtime (late night rides home) | | $26.90 |
| Telephone Tolls | | $835.68 |
| Travel/Lodging | | $1,256.82 |
| **Total:** | | **$6,903.33** |

---

[1] Sidley may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

## **TCEH - Expense Summary for June 1, 2014 to June 30, 2014**

| Service Description | Service Providers[1] | Amount |
|---|---|---|
| Air Transportation | | $1,396.00 |
| Duplicating | | $88.62 |
| Document Services | | $97.94 |
| Filing Fees | | $482.75 |
| Ground Transportation | | $173.13 |
| Meals (Travel / Out of Town) | | $328.07 |
| Telephone Tolls | | $36.13 |
| Travel/Lodging | | $622.20 |
| **Total:** | | **$3,224.84** |

---

[1] Sidley may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

**EFH - Expense Summary for June 1, 2014 to June 30, 2014**

| Service Description | Service Providers[1] | Amount |
|---|---|---|
| Air Transportation | | $1,152.00 |
| Duplicating | | $529.63 |
| Ground Transportation | | $229.12 |
| Legal Support Services | | $293.89 |
| Meals (Travel/Out of Town) | | $12.78 |
| Overtime (Late night rides home) | | $26.90 |
| Telephone Tolls | | $799.55 |
| Travel/Lodging | | $634.62 |
| **Total:** | | **$3,678.49** |

---

[1] Sidley may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.