# **EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

**SIDLEY AUSTIN LLP**

Invoice Number: ******
Luminant Generation Company LLC

EPA July 2012 NOV (5th Circuit)

EXPENSE DETAIL

| Date | Narrative | Amount |
| --- | --- | --- |
| 06/04/14 | 06/03/14-Telephone Call (Non-Local) To: 12052268735 Birmingham, AL | $4.20 |
| 06/05/14 | 06/04/14-Telephone Call (Non-Local) To: 12052268735 Birmingham, AL | 2.85 |
| 06/09/14 | 05/31/14-06/02/14 Washington D.C. to New Orleans - Apr 22, 2014 - Peter D. Keisler - One way economy Airfare from Washington, D.C. to New Orleans in connection with travel for Luminant Oral Argument - U.S. Airways | 265.00 |
| 06/09/14 | 05/31/14-06/02/14 Washington D.C. to New Orleans - Apr 22, 2014 - Peter D. Keisler - Agent Fee in connection with travel for Luminant Oral Argument | 34.00 |
| 06/09/14 | 05/31/14-06/02/14 Washington D.C. to New Orleans - May 30, 2014 - Peter D. Keisler - Baggage Fee in connection with travel for Luminant Oral Argument - Baggage Fee | 25.00 |
| 06/09/14 | 05/31/14-06/02/14 Washington D.C. to New Orleans - May 31, 2014 - Peter D. Keisler - Taxi/Car Service - Taxi from home to airport in connection with travel for Luminant Oral Argument - To/From Airport | 38.13 |
| 06/09/14 | 05/31/14-06/02/14 Washington D.C. to New Orleans - May 31, 2014 - Peter D. Keisler - Taxi/Car Service - Taxi from New Orleans airport to hotel in connection with travel for Luminant Oral Argument | 40.00 |
| 06/09/14 | 05/31/14-06/02/14 Washington D.C. to New Orleans - May 31, 2014 - Peter D. Keisler - Lunch - Lunch at the airport in connection with travel for Luminant Oral Argument - Panda Express - While Traveling | 11.47 |
| 06/09/14 | 05/31/14-06/02/14 Washington D.C. to New Orleans - Jun 02, 2014 - Peter D. Keisler - Hotel - Dinner for one attendee on 5/31 in connection with travel for Luminant Oral Argument- Windsor Court Hotel- The Grill Room (Dinner) - Other (not listed) | 40.00 |
| 06/09/14 | 05/31/14-06/02/14 Washington D.C. to New Orleans - Jun 02, 2014 - Peter D. Keisler - Hotel - Breakfast for one attendee on 6/1/14 in connection with travel for Luminant Oral Argument- Windsor Court Hotel- Room Service (Breakfast) - Other (not listed) | 38.30 |
| 06/09/14 | 05/31/14-06/02/14 Washington D.C. to New Orleans - Jun 02, 2014 - Peter D. Keisler - Hotel - Dinner for once attendee on 6/1/2014 in connection with travel for Luminant Oral Argument- Windsor Court Hotel- Room Service (Dinner) - Other (not listed) | 38.30 |
| 06/09/14 | 05/31/14-06/02/14 Washington D.C. to New Orleans - Jun 02, 2014 - Peter D. Keisler - Telephone/Fax - Windsor Court Hotel- Telephone charges - Other (not listed) | 1.00 |

**SIDLEY AUSTIN LLP**

Invoice Number: ******
Luminant Generation Company LLC

EPA July 2012 NOV (5th Circuit)

| Date | Narrative | Amount |
|---|---|---|
| 06/09/14 | 05/31/14-06/02/14 Washington D.C. to New Orleans - Jun 02, 2014 - Peter D. Keisler - Lodging - Windsor Court Hotel- Lodging for 2 nights in New Orleans (includes room rate $179, State tax $16.11, City tax $7.16, Occupancy tax $2.00 and Tourism support $3.13 per night) in connection with travel for Luminant Oral Argument - Other (not listed) | 414.80 |
| 06/13/14 | 06/01/14-06/02/14 Washington D.C. to New Orleans - Apr 30, 2014 - C. Frederick Beckner, III Round trip economy Airfare between Washington, D.C. and New Orleans in connection with travel for Luminant Oral Argument | 1,038.00 |
| 06/13/14 | 06/01/14-06/02/14 Washington D.C. to New Orleans - Apr 30, 2014 - C. Frederick Beckner, III - Agent Fee in connection with travel for Luminant Oral Argument | 34.00 |
| 06/13/14 | 06/01/14-06/02/14 Washington D.C. to New Orleans - Jun 01, 2014 - C. Frederick Beckner, III - Taxi/Car Service from home to Washington, D.C. airport in connection with travel for Luminant Oral Argument - To/From Airport | 32.00 |
| 06/13/14 | 06/01/14-06/02/14 Washington D.C. to New Orleans - Jun 01, 2014 - C. Frederick Beckner, III - Taxi/Car Service from New Orleans airport to hotel in connection with travel for Luminant Oral Argument - To/From Airport | 38.00 |
| 06/13/14 | 06/01/14-06/02/14 Washington D.C. to New Orleans - Jun 02, 2014 - C. Frederick Beckner, III - Taxi/Car Service for National airport to home in connection with travel for Luminant Oral Argument | 25.00 |
| 06/13/14 | 06/01/14-06/02/14 Washington D.C. to New Orleans - Jun 01, 2014 - C. Frederick Beckner, III - Dinner for five (5) attendees in New Orleans in connection with travel for Luminant Oral Argument - C. Frederick Beckner, III - S. Moore - D. Kelly - S. Gidiere - G. Moore | 200.00 |
| 06/13/14 | 06/01/14-06/02/14 Washington D.C. to New Orleans - Jun 02, 2014 - C. Frederick Beckner, III - Lodging for one night in New Orleans includes room rate $179, State tax $16.11, City tax $7.16, Occupancy Tax $2.00, tourism tax $3.13 in connection with travel for Luminant Oral Argument - Other (not listed) | 207.40 |
| 06/17/14 | 05/29/14- Federal Express Corporation- TR #770135586572 PETER KEISLER (GUEST) THE WINDSOR COURT HOTEL 300 GRAVIER ST NEW ORLEANS, LA 70130 | 53.70 |
| 06/17/14 | 05/30/14- Federal Express Corporation- TR #770148195900 PETER KEISLER (GUEST) THE WINDSOR COURT HOTEL 300 GRAVIER ST NEW ORLEANS, LA 70130 | 44.24 |
| 06/18/14 | 05/16/14-Telephone Charges Conference Call Customer: PBB3891 BENJAMIN BEATON | 4.36 |
| 06/18/14 | 05/27/14-Telephone Charges Conference Call Customer: PBB2297 BENJAMIN BEATON | 3.56 |
| | **Total Expenses** | **$2,633.31** |

**SIDLEY AUSTIN LLP**

Invoice Number: ******
Luminant Generation Company LLC

Greenhouse Gases

## EXPENSE DETAIL

| Date | Narrative | | Amount |
|---|---|---|---|
| 06/10/14 | 06/09/14-Duplicating Charges (Color) Time: 11:12:00 | | $31.00 |
| 06/10/14 | 06/09/14-Duplicating Charges (Color) Time: 11:30:00 | | 31.00 |
| 06/28/14 | 06/24/14-Williams Lea Digital Blow Backs (Type B) - B&W | | 13.10 |
| 06/28/14 | 06/24/14-Binding | | 1.72 |
| | | **Total Expenses** | **$76.82** |

**SIDLEY AUSTIN LLP**

Invoice Number: ******
Luminant Energy Company LLC

Clean Air Transport Rule

## EXPENSE DETAIL

| Date | Narrative | Amount |
|---|---|---|
| 06/11/14 | 6/9/14 - TREASURER OF THE UNITED STATES OF AMERICA - 482750614 - Supreme Court Costs | $482.75 |
| 06/12/14 | 06/11/14-Telephone Call (Non-Local) To: Birmingham, AL | 1.35 |
| 06/17/14 | 06/16/14-Telephone Call (Non-Local) To: Birmingham, AL | 8.55 |
| 06/18/14 | 05/15/14-Telephone Charges Conference Call Customer: ARM2750 ROGER R MARTELLA JR | 2.46 |
| 06/20/14 | 06/19/14-Duplicating Charges (Color) Time: 8:40:00 | 2.00 |
| 06/20/14 | 06/19/14-Duplicating Charges (Color) Time: 12:56:00 | 4.50 |
| 06/20/14 | 06/19/14-Duplicating Charges (Color) Time: 8:37:00 | 4.00 |
| 06/26/14 | 06/25/14-Telephone Call (Non-Local) To: Birmingham, AL | 4.20 |
| 06/27/14 | 06/26/14-Telephone Call (Non-Local) To: Birmingham, AL | 3.60 |
| 06/28/14 | 06/27/14-Duplicating charges Time: 15:47:00 | 1.30 |
| | **Total Expenses** | **$514.71** |

**SIDLEY AUSTIN LLP**

Invoice Number: 34059373
Energy Future Holdings Corp.

RE: Case Administration

## EXPENSE DETAIL

| Date | Type | Description | Amount |
|---|---|---|---|
| 06/10/14 | GND | 05/20/14- Taxi/Car service from NYC office to home for S. Pruett on 5/20/14 in conneciton with late night work on litigation discovery matters | $42.32 |
| 06/11/14 | TEL | 05/21/14-Telephone Charges Conference Call | .21 |
| 06/11/14 | TEL | 05/22/14-Telephone Charges Conference Call | 77.16 |
| 06/11/14 | TEL | 05/23/14-Telephone Charges Conference Call | .38 |
| 06/11/14 | CPY | 06/10/14-Duplicating charges Time: 16:07:00 | 7.00 |
| 06/11/14 | CPY | 06/10/14-Duplicating charges Time: 16:03:00 | 2.60 |
| 06/17/14 | CPY | 06/16/14-Duplication charges Time: 18:31:00 | 2.20 |
| 06/17/14 | CPY | 06/16/14-Duplication charges Time: 18:45:00 | .60 |
| 06/17/14 | CPY | 06/16/14-Duplication charges Time: 18:46:00 | 1.60 |
| 06/17/14 | CPY | 06/16/14-Duplication charges Time: 18:32:00 | 1.40 |
| 06/17/14 | CPY | 06/16/14-Duplication charges Time: 18:37:00 | 1.80 |
| 06/17/14 | CPY | 06/16/14-Duplication charges Time: 18:36:00 | .60 |
| 06/17/14 | CPY | 06/16/14-Duplication charges Time: 18:52:00 | .60 |
| 06/17/14 | CPY | 06/16/14-Duplication charges Time: 18:45:00 | 3.20 |
| 06/17/14 | CPY | 06/16/14-Duplication charges Time: 18:30:00 | 1.60 |
| 06/17/14 | CPY | 06/16/14-Duplication charges Time: 18:28:00 | 2.40 |
| 06/17/14 | CPY | 06/16/14-Duplication charges Time: 18:48:00 | 1.40 |
| 06/17/14 | CPY | 06/16/14-Duplication charges Time: 18:32:00 | 2.20 |
| 06/17/14 | CPY | 06/16/14-Duplication charges Time: 18:36:00 | 1.40 |
| 06/17/14 | CPY | 06/16/14-Duplication charges Time: 18:48:00 | 1.00 |
| 06/17/14 | CPY | 06/16/14-Duplication charges Time: 18:37:00 | 5.40 |
| 06/17/14 | CPY | 06/16/14-Duplication charges Time: 18:32:00 | 3.00 |
| 06/17/14 | CPY | 06/16/14-Duplication charges Time: 18:30:00 | .80 |
| 06/17/14 | CPY | 06/16/14-Duplication charges Time: 18:31:00 | 1.40 |
| 06/17/14 | CPY | 06/16/14-Duplication charges Time: 18:45:00 | 2.40 |
| 06/17/14 | CPY | 06/16/14-Duplication charges Time: 18:44:00 | 1.80 |
| 06/17/14 | CPY | 06/16/14-Duplication charges Time: 18:48:00 | 2.20 |

SIDLEY AUSTIN LLP

Invoice Number: 34059373
Energy Future Holdings Corp.

RE: Case Administration

| Date | Type | Description | Amount |
|---|---|---|---|
| 06/17/14 | CPY | 06/16/14-Duplication charges Time: 18:47:00 | .60 |
| 06/17/14 | CPY | 06/16/14-Duplication charges Time: 18:37:00 | 1.00 |
| 06/17/14 | CPY | 06/16/14-Duplication charges Time: 18:29:00 | 1.60 |
| 06/17/14 | CPY | 06/16/14-Duplication charges Time: 18:46:00 | 1.40 |
| 06/17/14 | CPY | 06/16/14-Duplication charges Time: 18:46:00 | .60 |
| 06/17/14 | CPY | 06/16/14-Duplication charges Time: 18:29:00 | 1.80 |
| 06/18/14 | TEL | May 29, 2014 - Geoffrey M. King - Telephone - Court Conference call on May 22, 2014 | 247.00 |
| 06/18/14 | OVT | Jun 09, 2014 - Kenneth B. Meyer - Taxi/Car Service for ride home on 6/9 in connection with late night work on discovery projects | 14.40 |
| 06/18/14 | CPY | 06/17/14-Duplication charges Time: 14:26:00 | .20 |
| 06/18/14 | CPY | 06/17/14-Duplication charges Time: 14:27:00 | .20 |
| 06/18/14 | CPY | 06/17/14-Duplication charges Time: 13:39:00 | .40 |
| 06/18/14 | CPY | 06/17/14-Duplication charges Time: 14:23:00 | .40 |
| 06/19/14 | CPY | 06/18/14-Duplicating Charges (Color) Time: 15:17:00 | 28.50 |
| 06/19/14 | CPY | 06/18/14-Duplicating Charges (Color) Time: 14:53:00 | .50 |
| 06/19/14 | CPY | 06/18/14-Duplicating Charges (Color) Time: 8:42:00 | 16.50 |
| 06/19/14 | CPY | 06/18/14-Duplicating Charges (Color) Time: 18:35:00 | 21.50 |
| 06/19/14 | CPY | 06/18/14-Duplicating Charges (Color) Time: 8:26:00 | 16.50 |
| 06/20/14 | CPY | 06/10/14-Miscellaneous Charges | 11.03 |
| 06/20/14 | CPY | 06/10/14-Duplicating charges | 176.50 |
| 06/21/14 | LIT | 06/09/14-E-Discovery Services 1463.00 Page @ $0.03 Tiff Creation - Monochrome | 43.89 |
| 06/21/14 | LIT | 06/09/14-E-Discovery Services 1.00 GB @ $250.00 ESI Processing | 250.00 |
| 06/24/14 | AIR | 06/11/14-06/12/14 Chicago to New York - Jun 10, 2014 - Paul S. Caruso - Roundtrip economy airfare between Chicago and NYC in connection with travel to NY on June 11 for meeting with Martin Jackson regarding deposition preparation. | 1,152.00 |
| 06/24/14 | GND | 06/11/14-06/12/14 Chicago to New York - Jun 11, 2014 - Paul S. Caruso - Taxi/Car Service from LaGuardia airport to NYC office on 6/11 in connection with travel to NY on June 11 for meeting with Martin Jackson regarding deposition preparation. | 52.50 |
| 06/24/14 | MLO | 06/11/14-06/12/14 Chicago to New York - Jun 11, 2014 - Paul S. Caruso - Lunch for one attendee on 6/11 in connection with travel to NY on June 11 for meeting with Martin Jackson regarding deposition preparation. | 12.78 |

SIDLEY AUSTIN LLP

Invoice Number: 34059373
Energy Future Holdings Corp.

RE: Case Administration

| Date | Type | Description | Amount |
|---|---|---|---|
| 06/24/14 | TRV | 06/11/14-06/12/14 Chicago to New York - Jun 12, 2014 - Paul S. Caruso - Lodging for one night in NYC includes room rate $550, State tax $48.41, City tax $32.31, local occupancy taxes $3.50 in connection with travel to NY on June 11 for meeting with Martin Jackson regarding deposition preparation. | 634.62 |
| 06/24/14 | GND | 06/11/14-06/12/14 Chicago to New York - Jun 12, 2014 - Paul S. Caruso - Taxi/Car Service from NYC hotel to LaGuardia airport on 6/12 in connection with travel to NY on June 11 for meeting with Martin Jackson regarding deposition preparation. | 38.30 |
| 06/24/14 | GND | 06/11/14-06/12/14 Chicago to New York - Jun 12, 2014 - Paul S. Caruso - Parking at O'Hare airport in connection with travel to NY on June 11 for meeting with Martin Jackson regarding deposition preparation. | 96.00 |
| 06/25/14 | TEL | Jun 13, 2014 - Geoffrey M. King - Telephone - Court Conference calls on 6/5 and 6/6/14. | 240.00 |
| 06/25/14 | TEL | Jun 16, 2014 - Geoffrey M. King - Telephone - Court Conference calls on 6/5 and 6/6/14. | 233.00 |
| 06/26/14 | TEL | 06/25/14-Telephone Call (Non-Local) To: 12028795054 Washington, DC | 1.80 |
| 06/28/14 | CPY | 06/10/14-Williams Lea Digital Blow Backs (Type B) - B&W | 201.80 |
| 06/28/14 | OVT | Jun 17, 2014 - Kenneth B. Meyer - Taxi/Car Service for ride home on 6/17 in connection with late night work on EFH research projects | 12.50 |
|  |  | **Total Expenses** | **$3,678.49** |