# **EXHIBIT A**

**Statement of Fees and Expenses By Subject Matter**

Case 14-10979-CSS    Doc 2691-2    Filed 10/31/14    Page 1 of 2

**COMPENSATION BY PROJECT CATEGORY**
**FOR THE PERIOD FROM JULY 1, 2014 THROUGH JULY 31, 2014**

| Matter Description | Total Hours | Total Fees |
| --- | --- | --- |
| Professional Retention (30070) | 4.20 | $4,830.00 |
| Case Administration (30100) | 14.30 | $12,487.00 |
| Litigated Matters (30120) | 326.50 | $295,997.50 |
| Committee Related Matters (30130) | 2.00 | $2,300.00 |
| Clean Air Transport Rule (10040) | 492.60 | $335,486.30 |
| EPA July NOV (5th Circuit) (40060) | 3.10 | $2,643.30 |
| Greenhouse Gases (40070) | 3.20 | $1,998.40 |
| Counseling on Regulations for Existing Generating Units | 2.80 | $2,265.20 |
| **TOTALS:** | **848.70** | **$658,007.70** |