**<u>EXHIBIT B</u>**

**Attorneys and Paraprofessionals' Information**

The Sidley attorneys who rendered professional services in these cases during the Fee Period of July 1, 2014 to July 31, 2014 are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Suresh T. Advani | Partner | 1992 | Tax | $1,150 | .70 | $805.00 |
| C. Frederick Beckner | Partner | 1997 | Litigation | $878 | 181.00 | $158,918.00 |
| James F. Bendernagel | Partner | 1977 | Litigation | $1,050 | 2.70 | $2,835.00 |
| Paul S. Caruso | Partner | 1996 | Bankruptcy | $925 | 60.50 | $55,962.50 |
| Matthew A. Clemente | Partner | 1998 | Bankruptcy | $925 | 115.60 | $106,930.00 |
| James F. Conlan | Partner | 1988 | Bankruptcy | $1,150 | 37.30 | $42,895.00 |
| Martin B. Jackson | Partner | 2003 | Litigation | $825 | 30.70 | $25,327.50 |
| Peter D. Keisler | Partner | 1989 | Litigation | $970 | 30.90 | $29,973.00 |
| Brian J. Lohan | Partner | 2004 | Bankruptcy | $800 | 30.00 | $24,000.00 |
| Roger R. Martella | Partner | 1997 | Environmental | $809 | 13.40 | $10,840.60 |
| Eric D. McArthur | Partner | 2007 | Appellate | $624 | 93.50 | $58,344.00 |
| Kerriann S. Mills | Partner | 2005 | Bankruptcy | $775 | 22.40 | $17,360.00 |
| Larry J. Nyhan | Partner | 1980 | Bankruptcy | $1,150 | 16.40 | $18,860.00 |
| Timothy K. Webster | Partner | 1991 | Environmental | $693 | 10.50 | $7,276.50 |
| | | | | | | |
| Eric G. Hoffman | Counsel | 2004 | Litigation | $745 | 2.80 | $2,086.00 |
| Kathleen Mueller | Counsel | 1995 | Appellate | $693 | 10.00 | $6,930.00 |
| | | | | | | |
| Benjamin Beaton | Associate | 2010 | Appellate | $537 | 80.90 | $43,443.30 |
| Geoffrey M. King | Associate | 2009 | Bankruptcy | $665 | 24.50 | $16,292.50 |
| Thomas E. Ross | Associate | 2010 | Litigation | $665 | 3.4 | $2,261.00 |
| Robert Stander | Associate | 2011 | Appellate | $448 | 18.10 | $8,108.80 |
| Joel F. Visser | Associate | 2009 | Environmental | $540 | 2.40 | $1,296.00 |
| | | | | **Attorney Totals** | **787.70** | **$640,744.70** |

The paraprofessionals of Sidley who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Randall C. Luce | Paralegal | 17 years | Litigation | $295 | 29.70 | $8,761.50 |
| John Meehan | Paralegal | 14 years | Litigation | $255 | 18.30 | $4,666.50 |
| Duan M. Pryor | Paralegal | 21 years | Environmental | $295 | 13.00 | $3,835.00 |
| | | | **Paraprofessional Totals** | | **61.00** | **$17,263.00** |

| | | |
|---|---|---|
| **Total Fees Requested** | **848.70** | **$658,007.70** |