**EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

## ALL - Expense Summary for July 1, 2014 to July 31, 2014

| Service Description | Service Providers[1] | Amount |
|---|---|---|
| Duplicating | | $731.10 |
| Document Delivery Services | | $18.96 |
| Document Services | | $12.94 |
| Legal Support Services | | $632.17 |
| Overtime (late night rides home) | | $100.38 |
| Telephone Tolls | | $668.28 |
| **Total:** | | **$2,163.83** |

---

[1] Sidley may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

## TCEH - Expense Summary for July 1, 2014 to July 31, 2014

| Service Description | Service Providers[1] | Amount |
|---|---|---|
| Duplicating | | $731.10 |
| Document Delivery | | $7.58 |
| Document Services | | $12.94 |
| Telephone Tolls | | $39.45 |
| **Total:** | | **$791.07** |

---

[1] Sidley may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

### EFH - Expense Summary for July 1, 2014 to July 31, 2014

| Service Description | Service Providers[1] | Amount |
|---|---|---|
| Document Delivery Services | | $11.38 |
| Legal Support Services | | $632.17 |
| Overtime (Late night rides home & meals) | | $100.38 |
| Telephone Tolls | | $628.83 |
| **Total:** | | **$1,372.76** |

---

[1] Sidley may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.