# EXHIBIT D

**Detailed Description of Expenses and Disbursements**

SIDLEY AUSTIN LLP

Invoice Number: ******
Luminant Energy Company LLC

Clean Air Transport Rule

## EXPENSE DETAIL

| Date | Narrative | Amount |
|---|---|---|
| 07/03/14 | 06/26/14-Duplicating charges | $60.00 |
| 07/03/14 | 07/02/14-Duplicating charges Time: 18:31:00 | 3.60 |
| 07/04/14 | 07/03/14-Duplicating Charges (Color) Time: 10:41:00 | 2.50 |
| 07/04/14 | 07/03/14-Duplicating charges Time: 17:59:00 | 6.80 |
| 07/09/14 | 07/08/14-Duplicating charges Time: 11:00:00 | 5.40 |
| 07/10/14 | 06/17/14- Federal Express Corporation- TR #531435033044 CHARLENE W. GOODWIN DEPT. OF JUSTICE 950 PENNSYLVANIA AVE.N.W WASHINGTON, DC 20530 | 6.39 |
| 07/11/14 | 07/10/14-Telephone Call (Non-Local) To: Birmingham, AL | 2.85 |
| 07/11/14 | 07/10/14-Duplicating charges Time: 18:49:00 | 4.80 |
| 07/15/14 | 07/14/14-Duplicating Charges (Color) Time: 17:36:00 | 1.00 |
| 07/15/14 | 07/08/14-Duplicating charges | 73.30 |
| 07/18/14 | 07/17/14-Telephone Call (Non-Local) To: Birmingham, AL | 1.05 |
| 07/21/14 | 06/30/14-Telephone Charges Conference Call Customer: MCB4834 C F BECKNER III | 4.83 |
| 07/21/14 | 06/13/14-Telephone Charges Conference Call Customer: MCB1556 C F BECKNER III | 3.24 |
| 07/21/14 | 06/19/14-Telephone Charges Conference Call Customer: MCB1231 C F BECKNER III | 4.12 |
| 07/22/14 | 07/21/14-Telephone Call (Non-Local) To: Birmingham, AL | 2.70 |
| 07/22/14 | 07/11/2014-Postage | 1.19 |
| 07/23/14 | 07/22/14-Duplication charges Time: 15:29:00 | .80 |
| 07/25/14 | 07/24/14-Duplicating charges Time: 14:57:00 | 1.50 |
| 07/25/14 | 07/24/14-Duplicating charges Time: 17:12:00 | .90 |
| 07/25/14 | 07/24/14-Duplicating Charges (Color) Time: 7:17:00 | 5.00 |
| 07/25/14 | Document Services 07/24/14 - FOLSER-BROWN, INC. - IN001016071 Binders PO-29150 | 12.94 |
| 07/29/14 | 07/28/14-Telephone Call (Non-Local) To: Birmingham, AL | 2.70 |
| 07/29/14 | 07/22/14-Williams Lea Digital Blow Backs (Type B) - B&W | 228.30 |
| 07/29/14 | 07/28/14-Duplication charges Time: 18:42:00 | .20 |

**SIDLEY AUSTIN LLP**

Invoice Number: ******
Luminant Energy Company LLC

Clean Air Transport Rule

| Date | Narrative | Amount |
|---|---|---:|
| 07/29/14 | 07/28/14-Duplicating charges Time: 18:42:00 | 9.60 |
| 07/30/14 | 07/29/14-Duplicating Charges (Color) Time: 20:17:00 | 12.00 |
| 07/30/14 | 07/29/14-Duplicating charges Time: 12:30:00 | 6.40 |
| 07/31/14 | 07/30/14-Telephone Call (Non-Local) To: Austin, TX | 3.00 |
| 07/31/14 | 07/31/14-Telephone Call (Non-Local) To: Birmingham, AL | 1.20 |
| 07/31/14 | 07/29/14-Duplicating charges Time: 21:26:00 | 2.40 |
| 07/31/14 | 07/31/14-Duplicating charges Time: 18:54:00 | 28.00 |
| 07/31/14 | 07/28/14-Williams Lea Digital Blow Backs (Type B) - B&W | 270.00 |
| 07/31/14 | 07/28/14-Binding | 8.60 |
| | **Total Expenses** | **$777.31** |

**SIDLEY AUSTIN** LLP

Invoice Number: ******
Luminant Generation Company LLC

Counseling on Regulations for Existing Generating Units

## EXPENSE DETAIL

| Date | Narrative | Amount |
|---|---|---|
| 07/21/14 | 06/04/14-Telephone Charges Conference Call Customer: ARM2019 ROGER R MARTELLA JR | $5.28 |
| | **Total Expenses** | **$5.28** |

**SIDLEY AUSTIN** LLP

Invoice Number: ******
Luminant Generation Company LLC

Greenhouse Gases

## EXPENSE DETAIL

| Date | Narrative | Amount |
|---|---|---|
| 07/21/14 | 06/27/14-Telephone Charges Conference Call Customer: MCB3051 C F BECKNER III | $8.48 |
| | **Total Expenses** | **$8.48** |

**SIDLEY AUSTIN LLP**

Invoice Number: ******
Energy Future Holdings Corp.

RE: Case Administration

## EXPENSE DETAIL

| Date | Type | Description | Amount |
|---|---|---|---:|
| 07/09/14 | TEL | 06/25/14-Telephone Charges Conference Call | $11.39 |
| 07/09/14 | TEL | 06/25/14-Telephone Charges Conference Call | 4.03 |
| 07/09/14 | TEL | 06/30/14-Telephone Charges Conference Call | 42.05 |
| 07/09/14 | TEL | 06/05/14-Telephone Charges Conference Call | 39.23 |
| 07/09/14 | TEL | 06/06/14-Telephone Charges Conference Call | 54.44 |
| 07/10/14 | DLV | 06/25/14- Federal Express Corporation- TR #594598658377 JAMES W. STOLL BROWN RUDNICK LLP ONE FINANCIAL CENTER BOSTON, MA 02111 | 11.38 |
| 07/17/14 | LIT | 06/26/14-Professional Services Consulting .50 Hour @ $275.00 | 137.50 |
| 07/18/14 | OVT | 06/09/14-overtime meals- Late night dinner for K. Meyer on 6/9 in connection with late night work on discovery projects | 20.00 |
| 07/18/14 | OVT | 06/10/14-overtime meals- Late night dinner for S. Pruett on 6/10 in connection with late night work on research projects | 20.00 |
| 07/21/14 | TEL | 06/19/14-Telephone Charges Conference Call Customer: BMJ1464 MARTIN B JACKSON | 4.69 |
| 07/21/14 | OVT | 06/17/14-overtime meals- Late night dinner for K. Meyer on 6/17 in connection with late night work on research projects | 20.00 |
| 07/21/14 | OVT | Jun 10, 2014 - Sarah E. Pruett - Taxi/Car Service for ride home on 6/10 in connection with late night work on research projects | 7.38 |
| 07/21/14 | OVT | 06/16/14-overtime meals- Late night dinner for K. Ross on 6/16 in connection with late night work on research projects | 20.00 |
| 07/23/14 | LIT | 07/09/14-E-Discovery Services 39.00 Page @ $0.03 Tiff to PDF Conversion | 1.17 |
| 07/23/14 | LIT | 07/09/14-Professional Services Consulting .20 Hour @ $275.00 | 55.00 |
| 07/24/14 | TEL | Jul 08, 2014 - Geoffrey M. King - Telephone - Court Conference call on June 30 and July 1, 2014 | 240.00 |
| 07/24/14 | TEL | Jul 09, 2014 - Geoffrey M. King - Telephone - Court Conference call on June 30 and July 1, 2014 | 233.00 |
| 07/25/14 | OVT | Jun 25, 2014 - Martin B. Jackson - Taxi/Car Service for ride home on 6/25 in connection with late night work on discovery and deposition preparation | 13.00 |
| 07/31/14 | LIT | 07/01/14-Monthly Electronic Data Storage Fee 87.70 GB @ $5.00 | 438.50 |

**Total Expenses** $1,372.76