IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
|  | Obj. Deadline: Nov. 21, 2014 at 4:00 p.m. (ET) |

**FOURTH MONTHLY FEE APPLICATION OF SIDLEY AUSTIN LLP FOR
ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD FROM AUGUST 1, 2014 THROUGH AUGUST 31, 2014**

| **Name of Applicant** | **Sidley Austin LLP** |
|---|---|
| Authorized to Provide Professional Services to: | Energy Future Holdings Corp, *et al.* Debtors and Debtors-in-Possession |
| Date of Retention: | Retention Order Entered on September 16, 2014 (Effective as of April 29, 2014) |
| Period for which compensation and reimbursement is sought: | August 1, 2014 through August 31, 2014 |
| Amount of Compensation sought as actual, reasonable and necessary: | $314,906.08 (80% of $393,632.60)[2] |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $8,054.78 |

This is a **X** monthly ___ interim __ final application.  No prior application filed.[3]

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code,

(the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Sidley voluntarily reduced its fees by approximately $3,702.50 and its expenses by approximately $1,436.89 in the Fee Period (as defined herein). Consequently, Sidley does not seek payment of these fees and expenses in this Monthly Fee Statement (as defined herein).

[3] Notice of this Monthly Fee Statement (as defined herein) shall be served in accordance with the Interim Compensation Order and Fee Committee Order and objections to the relief requested in this Monthly Fee Statement shall be addressed in accordance with the Interim Compensation Order and Fee Order.

"Bankruptcy Rules"), the *Order Authorizing the Debtors to Retain and Employ Sidley Austin LLP as Special Counsel For Certain Corporate and Litigation Matters Effective* Nunc Pro Tunc *to the Petition Date,* dated September 16, 2014 [D.I. 2052] (the "Retention Order"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals,* dated September 16, 2014 [D.I. 2060] (the "Interim Compensation Order"), the *Stipulation and Order Appointing a Fee Committee* [D.I. 1896] (the "Fee Committee Order"), and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules"), the law firm of Sidley Austin LLP ("Sidley"), special counsel for the above-captioned debtors and debtors in possession (collectively, the "Debtors"), hereby files this monthly fee statement (this "Monthly Fee Statement") for: (i) compensation in the amount of $314,906.08 for the reasonable and necessary legal services Sidley rendered to the Debtors from August 1, 2014 through August 31, 2014 (the "Fee Period") (80% of $393,632.60); and (ii) reimbursement for the actual and necessary expenses that Sidley incurred, in the amount of $8,054.78 during the Fee Period.

**Itemization of Services Rendered and Disbursements Incurred**

In support of this Monthly Fee Statement, attached are the following exhibits:

> **Exhibit A** is a schedule of the number of hours expended and fees incurred (on an aggregate basis) by Sidley partners, associates, and paraprofessionals during the Fee Period with respect to each of the subject matter categories Sidley established in accordance with its internal billing procedures. As reflected in Exhibit A, Sidley incurred $393,632.60 in fees during the Fee Period. Pursuant to this Monthly Fee Statement, Sidley seeks reimbursement for 80% of such fees ($314,906.08 in the aggregate).
>
> **Exhibit B** is a schedule providing certain information regarding the Sidley attorneys and paraprofessionals for whose work on these chapter 11 cases compensation is sought in this Monthly Fee Statement. Attorneys and paraprofessionals of Sidley have expended a total of 540.20 hours in connection with these chapter 11 cases during the Fee Period.

2

**Exhibit C** is a schedule for the Fee Period, setting forth the total amount of reimbursement sought with respect to each category of expenses for which Sidley is seeking reimbursement in this Monthly Fee Statement. All of these disbursements comprise the requested sum for Sidley's out-of-pocket expenses.

**Exhibit D** consists of Sidley's records of expenses incurred during the Fee Period in the rendition of the professional services to the Debtors and their estates.

### Proposed Payment Allocation

In accordance with paragraph 2(b) of the Interim Compensation Order, Sidley proposes the following payment allocation of the fees and expenses sought in this Application among (a) Energy Future Holdings Corp. ("EFH Corp."), (b) Energy Future Intermediate Holding Company LLC ("EFIH"), and (c) Energy Future Competitive Holdings Company LLC and each of its direct and indirect subsidiaries that are Debtors in these chapter 11 cases (collectively, the "TCEH Debtors"):

| **Direct Benefit Fees:  $58,630.30 (comprised of $55,978.88 fees (80% of $69,973.60) and $2,651.42 expenses)** ||
|---|---|
| **Debtor(s)** | **Amount Sought to be Paid** |
| EFH Corp. | $0.00 |
| EFIH | $0.00 |
| TCEH Debtors | $58,630.30 |
| *Totals:* | $58,630.30 |

| **Collective Benefit Fees:  $264,330.56 (comprised of $258,927.20 fees (80% of $323,659.00) and $5,403.36 expenses)** ||
|---|---|
| **Debtor(s)** | **Amount Sought to be Paid** |
| EFH Corp. | $88,110.19 |
| EFIH | $88,110.19 |
| TCEH Debtors | $88,110.18 |
| *Totals:* | $264,330.56 |
| *Grand Totals:* | $322,960.86 |

### Representations

Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period.  Sidley reserves the right to make further application to this Court for allowance of such fees and expenses not included herein.  Subsequent fee applications will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, Local Bankruptcy Rules, the Fee Committee Order, and the Interim Compensation Order.

[*Remainder of page intentionally left blank.*]

WHEREFORE, Sidley requests that it be allowed reimbursement for its fees and expenses incurred during the Fee Period in the total amount of $322,960.86 consisting of (a) $314,906.08 which is 80% of the fees incurred by the Debtors for reasonable and necessary professional services rendered by Sidley and (b) $8,054.78 for actual and necessary costs and expenses, and that such fees and expenses be paid as administrative expenses of the Debtors' estates.

Date: October 31, 2013                    */s/ Paul S. Caruso*
                                          James F. Conlan
                                          Larry J. Nyhan
                                          Paul S. Caruso
                                          Matthew A. Clemente
                                          Chicago, Illinois 60603
                                          (312) 853-7000
                                          **SIDLEY AUSTIN LLP**

                                          *Special Counsel to the Debtors*
                                          *and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) | (Jointly Administered) |

**VERIFICATION OF PAUL S. CARUSO**

I am a partner in the law firm of Sidley Austin LLP ("<u>Sidley</u>") and am a resident at its offices located One South Dearborn Street in Chicago, Illinois 60603.  I am an attorney from Sidley working on the above-captioned chapter 11 cases.  I am a member in good standing of the Bar of the State of Illinois and the Bar of the State of New York, and I have been admitted to practice in the United States Bankruptcy Court for the Southern District of New York and the United States Bankruptcy Court for the Northern District of Illinois.  There are no disciplinary proceedings pending against me.

I have personally performed many of the legal services rendered by Sidley as special counsel to the Debtors for certain corporate and litigation matters and am familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

The facts set forth in the foregoing Monthly Fee Statement are true and correct to the best of my knowledge, information, and belief.

I have reviewed Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedures of the United States Bankruptcy Court for the District of Delaware and believe that the Monthly Fee Statement for Sidley complies with Rule 2016-2.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

*/s/ Paul S. Caruso*
Paul S. Caruso
Sidley Austin LLP