## EXHIBIT A

**Statement of Fees and Expenses By Subject Matter**

## COMPENSATION BY PROJECT CATEGORY
## FOR THE PERIOD FROM AUGUST 1, 2014 THROUGH AUGUST 31, 2014

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| Professional Retention (30070) | 230.70 | $139,111.00 |
| Fee Applications | 3.70 | $1,276.50 |
| Case Administration (30100) | 29.60 | $25,590.00 |
| Litigated Matters (30120) | 175.00 | $155,369.00 |
| Travel Time (30250) (includes 50% reduction) | 5.00 | $2,312.50 |
| Clean Air Transport Rule (10040) | 69.70 | $50,360.10 |
| Regional Haze Program (10050) | .20 | $194.00 |
| EPA July NOV (5th Circuit) (40060) | .40 | $214.80 |
| Counseling on Regulations for Existing Generating Units | 25.90 | $19,204.70 |
| **TOTALS:** | **540.20** | **$393,632.60** |