# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The Sidley attorneys who rendered professional services in these cases during the Fee Period of August 1, 2014 to August 31, 2014 are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| C. Frederick Beckner | Partner | 1997 | Litigation | $878 | 39.30 | $34,505.40 |
| Paul S. Caruso | Partner | 1996 | Bankruptcy | $925 | 75.10 | $67,155.00 |
| Matthew A. Clemente | Partner | 1998 | Bankruptcy | $925 | 68.10 | $62,992.50 |
| James F. Conlan | Partner | 1988 | Bankruptcy | $1,150 | 8.50 | $9,775.00 |
| Martin B. Jackson | Partner | 2003 | Litigation | $825 | 10.70 | $8,827.50 |
| Peter D. Keisler | Partner | 1989 | Litigation | $970 | 3.70 | $3,589.00 |
| Brian J. Lohan | Partner | 2004 | Bankruptcy | $800 | 46.00 | $36,800.00 |
| Roger R. Martella | Partner | 1997 | Environmental | $809 | 14.50 | $11,730.50 |
| Eric D. McArthur | Partner | 2007 | Appellate | $624 | 14.90 | $9,297.60 |
| Kerriann S. Mills | Partner | 2005 | Bankruptcy | $775 | 41.60 | $32,240.00 |
| Larry J. Nyhan | Partner | 1980 | Bankruptcy | $1,150 | 10.00 | $11,500.00 |
| | | | | | | |
| Eric G. Hoffman | Counsel | 2004 | Litigation | $745 | 9.40 | $7,003.00 |
| | | | | | | |
| Niccolo F. Barber | Associate | 2013 | Bankruptcy | $445 | 10.50 | $4,672.50 |
| Benjamin Beaton | Associate | 2010 | Appellate | $537 | 8.80 | $4,725.60 |
| Michael T. Gustafson | Associate | 2010 | Bankruptcy | $615 | 30.70 | $18,880.50 |
| Catherine Jun | Associate | 2014 | Bankruptcy | $445 | 31.10 | $13,839.50 |
| Geoffrey M. King | Associate | 2009 | Bankruptcy | $665 | 10.70 | $7,115.50 |
| Clifford M. Laney | Associate | 2014 | Bankruptcy | $445 | 12.30 | $5,473.50 |
| Matthew E. Linder | Associate | 2012 | Bankruptcy | $495 | 3.00 | $1,485.00 |
| Danielle E. Perlman | Associate | 2013 | Bankruptcy | $495 | 10.80 | $5,346.00 |
| Thomas E. Ross | Associate | 2010 | Litigation | $665 | .50 | $332.50 |
| Lydia Hill Slaby | Associate | 2011 | Bankruptcy | $555 | 5.60 | $3,108.00 |
| Helena G. Tseregounis | Associate | 2012 | Bankruptcy | $495 | 21.00 | $10,395.00 |
| Joel F. Visser | Associate | 2009 | Environmental | $540 | 7.50 | $4,050.00 |
| John Patrick White | Associate | 2011 | Bankruptcy | $445 | 34.70 | $15,441.50 |
| | | | | **Attorney Totals** | **529.00** | **$390,280.60** |

The paraprofessionals of Sidley who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| David J. Lutes | Paralegal | 29 years | Bankruptcy | $345 | 3.70 | $1,276.50 |
| John Meehan | Paralegal | 14 years | Litigation | $255 | 1.00 | $255.00 |
| Duan M. Pryor | Paralegal | 21 years | Environmental | $295 | 5.50 | $1,622.50 |
| Devin A. Gustafson | Project Asst. | >1 year | Litigation | $198 | 1.00 | $198.00 |
| | | | | **Paraprofessional Totals** | **11.20** | **$3,352.00** |

**Total Fees Requested    540.20    $393,632.60**