**EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

## ALL - Expense Summary for August 1, 2014 to August 31, 2014

| Service Description | Service Providers[1] | Amount |
|---|---|---|
| Air Transportation | | $4,130.85 |
| Duplicating | | $604.16 |
| Document Delivery Services | | $6.39 |
| Ground Transportation | | $383.34 |
| Legal Support Services | | $438.50 |
| Meals Out of Town (Travel Meals) | | $81.66 |
| Messenger | | $27.44 |
| Other | | $2.50 |
| Court Reporter | | $776.40 |
| Telephone Tolls | | $101.28 |
| Travel/Lodging | | $1,502.26 |
| **Total:** | | **$8,054.78** |

---

[1] Sidley may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

### TCEH - Expense Summary for August 1, 2014 to August 31, 2014

| Service Description | Service Providers[1] | Amount |
|---|---|---|
| Air Transportation | | $1,882.20 |
| Duplicating | | $531.26 |
| Document Delivery Services | | $6.39 |
| Ground Transportation | | $97.14 |
| Meals (Travel / Out of Town) | | $81.66 |
| Messenger | | $27.44 |
| Telephone Tolls | | $25.33 |
| **Total:** | | **$2,651.42** |

---

[1] Sidley may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

### EFH - Expense Summary for August 1, 2014 to August 31, 2014

| Service Description | Service Providers[1] | Amount |
|---|---|---|
| Air Transportation | | $2,248.65 |
| Duplicating | | $72.90 |
| Ground Transportation | | $286.20 |
| Legal Support Services | | $438.50 |
| Other | | $2.50 |
| Court Reporter | | $776.40 |
| Telephone Tolls | | $75.95 |
| Travel/Lodging | | $1,502.26 |
| **Total:** | | **$5,403.36** |

---

[1] Sidley may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.