# EXHIBIT D

**Detailed Description of Expenses and Disbursements**

**SIDLEY AUSTIN** LLP

Invoice Number:  ******
Luminant Energy Company LLC

Clean Air Transport Rule

E X P E N S E   D E T A I L

| Date | Narrative | Amount |
|------|-----------|--------|
| 08/02/14 | 08/01/14-Duplication charges Time: 15:05:00 | $2.80 |
| 08/02/14 | 08/01/14-Duplication charges Time: 15:08:00 | 10.80 |
| 08/02/14 | 08/01/14-Duplication charges Time: 15:10:00 | 11.60 |
| 08/02/14 | 08/01/14-Duplication charges Time: 15:07:00 | 1.60 |
| 08/02/14 | 08/01/14-Duplication charges Time: 15:10:00 | 2.40 |
| 08/05/14 | 08/04/14-Telephone Call (Non-Local) To: Austin, TX | 2.25 |
| 08/05/14 | 07/31/14-Williams Lea Digital Blow Backs (Type B) - B&W | 253.80 |
| 08/06/14 | 08/05/14-Duplicating Charges (Color) Time: 18:39:00 | 4.50 |
| 08/06/14 | 08/01/14-Williams Lea Digital Blow Backs (Type B) - B&W | 169.50 |
| 08/06/14 | 08/01/14-Binding | 5.16 |
| 08/07/14 | 08/06/14-Duplicating Charges (Color) Time:  9:54:00 | 9.50 |
| 08/07/14 | 08/06/14-Duplicating Charges (Color) Time: 14:23:00 | 4.50 |
| 08/08/14 | 08/07/14-Duplication charges Time: 12:30:00 | 1.30 |
| 08/09/14 | 08/08/14-Duplication charges Time: 14:17:00 | 13.60 |
| 08/14/14 | 07/11/14 - WASHINGTON EXPRESS LLC - 111190 - Sidley Austin / DC Court of Appeals | 13.72 |
| 08/14/14 | 07/11/14 - WASHINGTON EXPRESS LLC - 111190 - DC Court of Appeals / Sidley Austin | 13.72 |
| 08/16/14 | 08/15/14-Duplication charges Time: 15:36:00 | 1.60 |
| 08/16/14 | 08/15/14-Duplication charges Time: 15:40:00 | 13.60 |
| 08/16/14 | 08/15/14-Duplication charges Time: 15:34:00 | 4.80 |
| 08/16/14 | 08/15/14-Duplication charges Time: 16:04:00 | 1.60 |
| 08/22/14 | 07/14/14-Telephone Charges Conference Call Customer: MCB1524 C F BECKNER III | 5.80 |
| 08/22/14 | 07/28/14-Telephone Charges Conference Call Customer: MXX4541 C F BECKNER III | 1.05 |
| 08/22/14 | 07/01/14-Telephone Charges Conference Call Customer: MCB8169 C F BECKNER III | 2.94 |
| 08/22/14 | 07/16/14-Telephone Charges Conference Call Customer: MCB3941 C F BECKNER III | 1.26 |

**SIDLEY AUSTIN** LLP

Invoice Number: ******
Luminant Energy Company LLC

Clean Air Transport Rule

| Date | Narrative | Amount |
|------|-----------|--------|
| 08/22/14 | 07/22/14-Telephone Charges Conference Call Customer: MCB5051 C F BECKNER III | 2.45 |
| 08/22/14 | 07/26/14-Telephone Charges Conference Call Customer: MCB3606 C F BECKNER III | 4.23 |
| 08/22/14 | 07/27/14-Telephone Charges Conference Call Customer: MCB8161 C F BECKNER III | 1.57 |
| 08/26/14 | 08/25/14-Duplicating charges Time: 15:14:00 | .40 |
| 08/27/14 | 08/26/14-Duplication charges Time: 18:32:00 | 1.60 |
| 08/27/14 | 08/26/14-Duplication charges Time: 14:46:00 | 2.60 |
| 08/27/14 | 08/26/14-Duplication charges Time: 14:48:00 | 1.20 |
| 08/27/14 | 08/26/14-Duplication charges Time: 14:46:00 | 11.20 |
| 08/27/14 | 08/26/14-Duplication charges Time: 18:36:00 | 1.60 |
| 08/29/14 | 08/08/14- Federal Express Corporation- TR #531435036650 US COURT OF APPEALSDC CIRCUI CLERK 333 CONSTITUTION AVENUE NW WASHINGTON, DC  20001 | 6.39 |

**Total Expenses**    $586.64

SIDLEY AUSTIN LLP

Invoice Number:  ******
Luminant Generation Company LLC

Counseling on Regulations for Existing Generating Units

EXPENSE DETAIL

| Date | Narrative | Amount |
|------|-----------|--------|
| 08/20/14 | 08/13/14-08/13/14 Washington D.C. to Austin - Aug 11, 2014 - Roger R. Martella, Jr. Round trip economy airfare between Washington, D.C. and Austin including one stop in Houston on 8/13/14 (one leg of journey had complimentary upgrade Dulles airport to Austin) all in connection with meeting with co-counsel regarding greenhouse regulatory issues | $1,882.20 |
| 08/20/14 | 08/13/14-08/13/14 Washington D.C. to Austin - Aug 13, 2014 - Roger R. Martella, Jr. - Taxi/Car Service from home to Dulles airport on 8/13/14 in connection with travel for meeting with co-counsel regarding greenhouse gas regulatory issues | 80.00 |
| 08/20/14 | 08/13/14-08/13/14 Washington D.C. to Austin - Aug 13, 2014 - Roger R. Martella, Jr. - Taxi/Car Service from airport to Austin in connection with travel for meeting with co-counsel regarding greenhouse gas regulatory issues - To/From Airport | 17.14 |
| 08/20/14 | 08/13/14-08/13/14 Washington D.C. to Austin - Aug 13, 2014 - Roger R. Martella, Jr. - Dinner for one attendee in connection with travel for meeting with co-counsel regarding greenhouse gas regulatory issues | 20.78 |
| 08/20/14 | 08/13/14-08/13/14 Washington D.C. to Austin - Aug 13, 2014 - Roger R. Martella, Jr. - Lunch meeting with co-counsel regarding greenhouse gas regulatory issues- While Traveling for four (4) attendees: Roger R. Martella, Jr. - Dan Kelly - Stephanie Moore - Susanna Hildebrand | 60.88 |
| 08/22/14 | 07/14/14-Telephone Charges Conference Call Customer: ARM3953 ROGER R MARTELLA JR | 3.78 |
| | **Total Expenses** | **$2,064.78** |

SIDLEY AUSTIN LLP

Invoice Number: ******
Energy Future Holdings Corp.

RE: Case Administration

## E X P E N S E   D E T A I L

| Date | Type | Description | Amount |
|------|------|-------------|-------:|
| 08/01/14 | AIR | 06/11/14-06/12/14 Chicago to New York - Jun 09, 2014 - Matthew A. Clemente - Roundtrip economy airfare (with complimentary upgrade) between Chicago and NYC for EFH deposition preparation meeting | $1,169.24 |
| 08/01/14 | AIR | 06/11/14-06/12/14 Chicago to New York - Jun 09, 2014 - Matthew A. Clemente - Agent Fee in connection with travel to NYC for EFH deposition preparation meeting | 34.00 |
| 08/01/14 | OTR | 06/11/14-06/12/14 Chicago to New York - Jun 12, 2014 - Matthew A. Clemente - Meals Other | 2.50 |
| 08/01/14 | TRV | 06/11/14-06/12/14 Chicago to New York - Jun 12, 2014 - Matthew A. Clemente - Lodging for one night in NYC on 6/11/14 includes room rate $550, State tax $48.81, City/Local tax $32.31, Occupancy tax $2.00, and Conv. Center tax $1.50 in connection with travel for EFH deposition preparations | 634.62 |
| 08/01/14 | GND | 06/11/14-06/12/14 Chicago to New York - Jun 11, 2014 - Matthew A. Clemente - Taxi/Car Service from LaGuardia airport to NY office on 6/11 in connection with travel for EFH deposition preparations | 65.00 |
| 08/01/14 | GND | 06/11/14-06/12/14 Chicago to New York - Jun 12, 2014 - Matthew A. Clemente - Taxi/Car Service from NYC to LaGuardia airport on 6/12 in connection with travel for EFH deposition preparations | 45.00 |
| 08/01/14 | RPT | 07/15/14 - VERITEXT - NY2081907 - Electronic Copy #14-10979 | 382.80 |
| 08/01/14 | RPT | 07/15/14 - VERITEXT - NY2081906 - Electronic Copy #14-10979 | 393.60 |
| 08/07/14 | TEL | 07/01/14-Telephone Charges Conference Call | 45.89 |
| 08/07/14 | TEL | 07/18/14-Telephone Charges Conference Call | 10.82 |
| 08/07/14 | TEL | 07/11/14-Telephone Charges Conference Call | 4.21 |
| 08/07/14 | TEL | 07/29/14-Telephone Charges Conference Call | 8.84 |
| 08/14/14 | CPY | 08/13/14-Duplicating charges Time: 14:30:00 | .10 |
| 08/15/14 | CPY | 08/14/14-Duplication charges Time: 15:42:00 | .30 |
| 08/22/14 | AIR | 08/18/14-08/20/14 Chicago to New York - Aug 12, 2014 - Paul S. Caruso - One-way economy airfare (with complimentary upgrade) from NYC to Chicago on 8/20/14 in connection with travel for EFH meetings regarding retention application and discovery | 372.11 |
| 08/22/14 | AIR | 08/18/14-08/20/14 Chicago to New York - Aug 18, 2014 - Paul S. Caruso - One-way economy airfare (with complimentary upgrade) from Chicago to NYC on 8/18/14 in connection with travel for EFH meetings regarding retention application and discovery | 673.30 |

SIDLEY AUSTIN LLP

Invoice Number: ******
Energy Future Holdings Corp.

RE: Case Administration

| Date | Type | Description | Amount |
|------|------|-------------|--------|
| 08/22/14 | GND | 08/18/14-08/20/14 Chicago to New York - Aug 18, 2014 - Paul S. Caruso - Taxi/Car Service to NY office on 8/18 in connection with travel for EFH meetings regarding retention application and discovery | 14.40 |
| 08/22/14 | GND | 08/18/14-08/20/14 Chicago to New York - Aug 20, 2014 - Paul S. Caruso - Taxi/Car Service from NYC to LaGuardia airport on 8/20 in connection with travel to NY for EFH meetings regarding retention application and discovery | 40.80 |
| 08/22/14 | GND | 08/18/14-08/20/14 Chicago to New York - Aug 20, 2014 - Paul S. Caruso - Parking at O'Hare airport in connection with travel to NY for EFH meetings regarding retention application and discovery | 121.00 |
| 08/22/14 | TRV | 08/18/14-08/20/14 Chicago to New York - Aug 20, 2014 - Paul S. Caruso - Lodging for two nights in NYC on 8/18 and 8/19 includes room rate $375, NYS Sales tax $16.41, NYC Sales tax $16.88, Occupancy taxes $3.50 (all per night) in connection with travel to NY for EFH meetings regarding retention application and discovery | 867.64 |
| 08/22/14 | CPY | 08/21/14-Duplicating Charges (Color) Time: 13:13:00 | 1.50 |
| 08/22/14 | TEL | 07/14/14-Telephone Charges Conference Call Customer: HMC2615 MATTHEW A CLEMENTE | 4.20 |
| 08/22/14 | TEL | 07/21/14-Telephone Charges Conference Call Customer: BMJ3099 MARTIN B JACKSON | 1.04 |
| 08/22/14 | TEL | 07/30/14-Telephone Charges Conference Call Customer: BMJ8490 MARTIN B JACKSON | .95 |
| 08/28/14 | CPY | 08/27/14-Duplicating Charges (Color) Time: 19:04:00 | 70.00 |
| 08/30/14 | CPY | 08/29/14-Duplicating Charges (Color) Time: 10:40:00 | 1.00 |
| 08/30/14 | LIT | 08/01/14-Monthly Electronic Data Storage Fee 87.70 GB @    $5.00 | 438.50 |
| | | **Total Expenses** | **$5,403.36** |