## Exhibit A

**Summary of Total Fees Incurred and Hours Billed During the Fee Period**

ACTIVE 204235947v.3

The Sidley attorneys who rendered professional services in these cases during the Fee Period and their hourly billing rate for these matters are:

| Professional Person | Position with the Applicant | Department | Year Admitted | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Advani, Suresh T. | Partner | Bankruptcy | 1992 | $1,150 | 4.10 | $4,715.00 |
| Beckner, C. Frederick | Partner | Litigation | 1997 | $878 | 483.90 | $424,864.20 |
| Bendernagel, James F. | Partner | Litigation | 1977 | $1,050 | 15.90 | $16,695.00 |
| Caruso, Paul S. | Partner | Bankruptcy | 1996 | $925 | 294.40 | $269,082.50 |
| Clemente, Matthew A. | Partner | Bankruptcy | 1998 | $925 | 360.30 | $333,277.50 |
| Cohn, Jonathan F. | Partner | Litigation | 1999 | $739 | 11.60 | $8,572.40 |
| Conlan, James F. | Partner | Bankruptcy | 1988 | $1,150 | 83.50 | $96,025.00 |
| Jackson, Martin B. | Partner | Litigation | 2003 | $825 | 92.70 | $76,477.50 |
| Keisler, Peter D. | Partner | Litigation | 1989 | $970 | 182.70 | $177,219.00 |
| Lohan, Brian J. | Partner | Bankruptcy | 2004 | $800 | 76.00 | $60,800.00 |
| Martella, Roger R. | Partner | Environmental | 1997 | $809 | 97.00 | $78,473.00 |
| McArthur, Eric D. | Partner | Appellate | 2007 | $624 | 152.90 | $95,409.60 |
| Mills, Kerriann S. | Partner | Bankruptcy | 2005 | $775 | 146.60 | $113,615.00 |
| Nyhan, Larry J. | Partner | Bankruptcy | 1980 | $1,150 | 57.70 | $66,355.00 |
| Webster, Timothy K. | Partner | Environmental | 1991 | $693 | 31.50 | $21,829.50 |
| Zidlicky, Paul J. | Partner | Litigation | 1994 | $786 | 17.00 | $13,362.00 |
| | | | | | | |
| Hoffman, Eric G. | Counsel | Litigation | 2004 | $745 | 15.90 | $11,845.50 |
| Jones, Lisa | Counsel | Environmental | 1993 | $554 | 1.50 | $831.00 |
| Mueller, Kathleen | Counsel | Litigation | 1995 | $693 | 34.40 | $23,839.20 |
| | | | | | | |
| Barber, Niccolo F. | Associate | Bankruptcy | 2013 | $445 | 10.50 | $4,672.50 |
| Beaton, Benjamin | Associate | Appellate | 2010 | $537 | 217.60 | $116,851.20 |
| Breau, David L. | Associate | Litigation | 2009 | $745 | 9.80 | $7,301.00 |
| Bylund, Jeremy M. | Associate | Litigation | 2011 | $448 | 38.20 | $17,113.60 |
| Gustafson, Michael T. | Associate | Bankruptcy | 2010 | $615 | 30.70 | $18,880.50 |
| Hayes, Karen A. | Associate | Tax | 2006 | $745 | 2.10 | $1,564.50 |
| Jun, Catherine | Associate | Bankruptcy | 2014 | $445 | 33.50 | $14,907.50 |
| King, Geoffrey M. | Associate | Bankruptcy | 2009 | $665 | 96.90 | $64,438.50 |
| Laney, Clifford M. | Associate | Bankruptcy | 2014 | $445 | 12.30 | $5,473.50 |
| Linder, Matthew E. | Associate | Bankruptcy | 2012 | $495 | 3.00 | $1,485.00 |
| Ludwig, Jillian K. | Associate | Bankruptcy | 2007 | $725 | 50.60 | $36,685.00 |
| Meyer, Kenneth B. | Associate | Litigation | 2009 | $700 | 21.20 | $14,840.00 |
| Perlman, Danielle E. | Associate | Bankruptcy | 2013 | $495 | 10.80 | $5,346.00 |
| Pruett, Sarah E. | Associate | Litigation | 2013 | $495 | 18.20 | $9,009.00 |
| Ross, Thomas E. | Associate | Litigation | 2010 | $665 | 8.50 | $5,652.50 |
| Slaby, Lydia Hill | Associate | Bankruptcy | 2011 | $555 | 28.70 | $15,928.50 |
| Stander, Robert | Associate | Appellate | 2011 | $448 | 47.70 | $21,369.60 |
| Tseregounis, Helena G. | Associate | Bankruptcy | 2012 | $495 | 21.00 | $10,395.00 |
| Visser, Joel F. | Associate | Environmental | 2009 | $540 | 43.50 | $23,490.00 |
| White, John Patrick | Associate | Bankruptcy | 2011 | $445 | 34.70 | $15,441.50 |
| | | | | **Attorney Totals** | **2899.10** | **$2,304,132.80** |

The paraprofessionals of Sidley who rendered professional services in these cases during the Fee Period and their hourly billing rate for these matters:

| Paraprofessional Person | Position with the Applicant | Department | Number of Years in that Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Gustafson, Devin A. | Project Asst. | Litigation | >1 year | $198 | 1.00 | $198.00 |
| Luce, Randall C. | Paralegal | Litigation | 17 years | $295 | 32.50 | $9,587.50 |
| Lutes, David J. | Paralegal | Bankruptcy | 29 years | $345 | 3.70 | $1,276.50 |
| Meehan, John | Paralegal | Litigation | 14 years | $255 | 19.30 | $4,921.50 |
| Pryor, Duan M. | Paralegal | Environmental | 21 years | $295 | 20.00 | $5,900.00 |
| Ross, Kate | Paralegal | Litigation | 2 years | $265 | 4.60 | $1,219.00 |
| | | | | **Paraprofessional Totals** | 81.10 | $23,102.50 |
| | | | | | | |
| | | | | **Total Fees Requested** | 2980.20 | $2,327,235.30 |

4