## Exhibit B

## Summary of Actual and Necessary Expenses for the Fee Period

ACTIVE 204235947v.3

**Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | Service Providers[1] | Amount |
|---|---|---|
| Air Transportation | | $8,948.53 |
| Court Reporter | | $776.40 |
| Duplicating | | $3,829.19 |
| Document Delivery Services | | $25.35 |
| Document Services | | $132.24 |
| Filing Fees | | $482.75 |
| Ground Transportation | | $1,060.49 |
| Legal Support Services | | $1,364.56 |
| Meals Out of Town (Travel Meals) | | $477.15 |
| Meals (Working Meals Sidley and Others) | | $185.00 |
| Messenger | | $52.30 |
| Other | | $2.50 |
| Overtime (late night rides home) | | $127.28 |
| Telephone Tolls | | $2,006.49 |
| Travel/Lodging | | $4,539.64 |
| **Totals** | | **$24,009.87** |

---

[1] Sidley may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.