**Exhibit C**

**Summary of Fees and Expenses by Matter for the Fee Period**

ACTIVE 204235947v.3

| Matter Description | Total Hours | Total Fees |
|---|---:|---:|
| Case Administration (30100) | 66.90 | $55,935.50 |
| Clean Air Transport Rule (10040) | 1005.90 | $722,128.60 |
| Committee Related Matters (30130 | 9.40 | $9,437.50 |
| Counseling on Regulations for Existing Generating Units | 28.70 | $21,469.90 |
| EPA July NOV (5th Circuit) (40060) | 300.10 | $223,241.20 |
| Fee Applications (30090) | 3.70 | $1,276.50 |
| First Day Motions (30021) | 164.30 | $140,380.00 |
| Greenhouse Gases (40070) | 87.70 | $67,388.60 |
| Litigated Matters (30120) | 851.00 | $746,262.50 |
| Professional Retention (30070) | 454.90 | $335,895.50 |
| Regional Haze Program (10050) | 0.60 | $582.00 |
| Travel Time (30250) (includes 50% reduction) | 7.00 | $3,237.50 |
| **TOTALS:** | **2980.20** | **$2,327,235.30** |