# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Chad J. Husnick
To Call Writer Directly:
(312) 862-2009
chad.husnick@kirkland.com

300 North LaSalle Street
Chicago, IL 60654

(312) 862-2000

www.kirkland.com

Facsimile:
(312) 862-2200

October 29, 2014

**By Hand**

The Honorable Christopher S. Sontchi
United States Bankruptcy Judge
United States Bankruptcy Court
824 North Market Street, 5th Floor
Wilmington, Delaware 19801

Re:   *In re Energy Future Holdings, Corp., et. al.*, Case No. 14-10979

Dear Judge Sontchi:

I write to correct the record with respect to a statement I made during oral argument at the October 28, 2014 hearing.

At the hearing, I stated that the Masonite chapter 11 cases, captioned In re Masonite Corporation, et al., No. 09-10844 (Bankr. D. Del. 2009), had approximately 3,500 asbestos claims that were dealt with through the claims objection process. Following the hearing, I reviewed my records and determined that I had misremembered the number of asbestos claims in the Masonite cases. There were in fact 245 claims filed by asbestos plaintiffs. After removing duplicates through the claims resolution process, there were 35 asbestos claims that were ultimately settled by the debtors in the Masonite cases.

I apologize for any confusion this may have caused.

Sincerely,

Chad J. Husnick
(*admitted pro hac vice*)

Cc: Natalie Ramsey (by electronic email)

Beijing    Chicago    Hong Kong    Houston    London    Los Angeles    Munich    New York    Palo Alto    San Francisco    Shanghai