## Exhibit A

## Tier 1 Ordinary Course Professionals

| OCP | Address | Service Category |
|---|---|---|
| Bracewell & Giuliani LLP | 711 Louisiana Street, Ste. 2900, Houston, TX 77002 | Environmental Advice / Political Consultant |
| Duff & Phelps LLC | 12595 Collection Center Drive Chicago, IL 60693 | Valuation - Impairment; Property Tax |
| Enoch Kever | 600 Congress Avenue, Ste. 2800, Austin, TX 78701 | Regulatory Advice |
| Hawkins Parnell Thackston & Young LLP | 4000 Sun Trust Plaza, Atlanta, GA 3030-3243 | Litigation - Asbestos |
| Hunton & Williams LLP | 2200 Pennsylvania Avenue N.W., Washington, DC 20037 | Benefits-Immigration, Political Consultant |
| Morgan Lewis & Bockius LLP | P.O. Box 8500 S-6050, Philadelphia, PA 19178-6050 | Regulatory (NRC) and Labor |
| PricewaterhouseCoopers LLP | 2001 Ross Avenue, Suite 1800, Dallas, TX 75201 | Tax Consulting and Information Security |
| Vinson & Elkins LLP | P.O. Box 200113, Houston, TX 77216-0113 | Regulatory, Real Estate Advice |

## Tier 2 Ordinary Course Professionals

| OCP | Address | Service Category |
|---|---|---|
| Alliance Consulting Group | 1410 Avenue K, Suite 1105-B, Plano, TX 75074-1102 | Depreciation Study |
| Allison McCombe Small | 54012 Ridge Oak Drive, Austin, TX 78731 | Political Consultant |
| American Appraisal | 14180 Dallas Parkway, Suite 400, Dallas, Texas 75254 | Property Tax Expert for Litigation |
| Armstrong & Associates LLP | One Kaiser Plaza, Suite 625, Oakland CA 94612 | Litigation - Asbestos |
| Arnold & Porter LLP | 555 12th Street NW, Washington, DC 20004 | Consulting Services |
| AYCO Company LP | P.O. Box 347139, Pittsburgh, PA 15251 | Financial Executive counseling |
| Baker Botts LLP | 2001 Ross Avenue, Dallas, TX 75201-2980 | IP, Transactional, and Contract Restructure |
| Beirne Maynard & Parsons LLP | P.O. Box 27457, Houston, TX 77056-3014 | Litigation - Asbestos |
| Beveridge and Diamond PC | 98 San Jacinto Boulevard, Suite 1420, Austin, TX 78701 | Litigation - Water |
| Bluewater Strategies LLC | 400 N. Capitol Street NW, Suite 475, Washington, DC 20001 | Consulting Services |
| Brady & Peavey, P.C. | 202 West Thirteenth Street, Austin, TX 78701 | Political Consultant |
| Bradley Arant Boult Cummings LLP | One Federal Place, 1819 5th Avenue N, Birmingham, AL 35203 | Adv- Asbestos Exposure |
| Burford & Ryburn LLP | 500 N. Akard Street, Suite 3100, Dallas, TX 75201 | Litigation - Asbestos |
| Carl S. Richie, Jr. Attorney At Law | 1122 Colorado Street, Suite 209, Austin, TX 78701 | Political Consultant |
| DCI Group LLC | 1828 L Street NW, Suite 400, Washington DC 20036 | Consulting Services |
| Dykema Gossett | 1717 Main Street #400, Dallas, TX 75201 | Counsel for TXU Chyba case |
| Eddie Cavazos | P.O. Box 684977, Austin, TX 78768 | Political Consultant |
| Edward M. Shack | 814 San Jacinto Boulevard, Suite 202, Austin, TX 78701 | Political Activities Law Advice |
| Estes Okon Thorne & Carr PLLC | 3500 Maple Avenue, Suite 1100, Dallas, TX 75219 | Litigation - General |
| Fish & Richardson PC | P.O. Box 3295, Boston, MA 02241-3295 | Litigation - General |
| Goldberg Godles Wiener & Wright | 1229 19th Street NW, Washington D.C. 20036 | Regulatory Advice |
| Goodmans LLP | Bay Adelaide Centre, 333 Bay Street, Suite 3400, Toronto, ON M5H 2S7 | Canadian Counsel for Ebasco Services of Canada Limited |

| OCP | Address | Service Category |
|---|---|---|
| Gruber Hurst Johansen Hail | 2500 Fountain Place, 1400 Ross Avenue, Dallas, TX 75202 | Litigation - General |
| Haley Olson | 510 N. Valley Mills Drive, Suite 600, Waco, TX 76710 | Environmental Litigation |
| Harris & Dickey LLC | 4127 Wycliff Avenue, Dallas, TX 75219 | Tax Consulting |
| HMWK LLC | 301 Congress Avenue, Suite 1700, Austin, TX 78701 | Political Consultant |
| Husch Blackwell Sanders LLP | 750 17th Street NW, Suite 900, Washington, DC 2006-4656 | Employment Litigation/Political Consultant |
| Imperium Public Affairs | P.O. Box 13382, Capitol Station, Austin, TX 78711 | Political Consultant |
| Ireland Carroll & Kelley PC | P.O. Box 7879, Tyler, TX 75711 | Environmental Litigation |
| Jack Roberts | 400 W. 15th Street, Suite 320, Austin, TX 78701 | Political Consultant |
| Jack W Gullahorn PC | P.O. Box 140045, Austin, TX 78714 | Political Consultant |
| Jackson Kelly PLLC | 1099 18th Street, Suite 2150, Denver, CO 80202 | Regulatory - MSHA/OSHA |
| Jackson Lewis P.C. | 500 N. Akard, Suite 2500, Dallas, TX 75201 | Legal Advice -Labor and Employment |
| Jackson Sjoberg Mccarthy | 711 W. 7th Street, Austin, TX 78701-2785 | Real Estate Mining |
| John Hildreth | 1801 Lavaca Street, #12C, Austin, TX 78701 | Political Consultant |
| John Sherwood | 2926 Maple Avenue, Dallas, TX 75201 | Collections for TXU |
| K&L Gates | 925 Fourth Avenue, Suite 2900, Seattle, WA 98104-1158 | Transaction Advice; Non-Income Tax Litigation |
| Kelly Hart & Hallman | 201 Main Street, Suite 2500, Fort Worth, TX 76102 | Litigation - Environmental and General |
| Kyle Bibb | 1212 Strathmore Drive, Southlake, TX 76092 | Federal Income Tax Advice |
| Lam Lyn & Philip PC | 3555 Timmons Lane, Houston, TX 77027 | Collections for TXU |
| Laurie Fenstemaker Pair | P.O. Box 5908, Austin, TX 78763 | Ethics Consultant |
| Law Offices Of Dan Gus | 3102 Maple Avenue, Suite 400, Dallas, TX 75201 | Litigation - General |
| LeClairRyan | River Front Plaza, E. Tower 951, Richmond, VA 23219 | Retail Advice |
| Lillard Wise Szygenda PLLC | 5949 Sherry Lane, Suite 1255, Dallas, TX 75225 | Litigation - General |
| Lisa Garcia | 1212 Guadalupe Street, #201, Austin, TX 78701 | Political Consultant |
| Littler Mendelson PC | P.O. Box 45547, San Francisco, CA 94145-0547 | Employment Litigation |

2

| OCP | Address | Service Category |
|---|---|---|
| Locke Lord Bissell & Liddell | P.O. Box 911541, Dallas, TX 7539-1541 | Benefits Advice |
| LPI Consulting Inc | 1031 31st Street, NW, Washington, DC 20007 | Consulting Services |
| Madison Group LLC | 1030 15th Street NW, Suite 1080 W., Washington, DC 20005 | Consulting Services |
| McConnell & Jones LLP | 3040 Post Oak Boulevard, Suite 1600, Houston, TX 77056 | Employee Benefits Auditor |
| McGivney & Kluger P.C. | 23 Vreeland Road, Suite 220, Florham Park, NJ 07932 | Litigation - Asbestos |
| McGlinchey Stafford PLLC | Dept. 5200, P.O. Box 2153, Birmingham, AL 35287-5200 | Bankruptcy for TXU |
| Mcguirewoods LLP | 2001 K Street NW, Suite 400, Washington, DC 20006<br>816 Congress, Suite 940, Austin, TX 78701 | Federal Political Consultant<br>State Political Consultant |
| Mehlman Vogel Castagnetti Inc | 1341 G Street, NW, Suite 1100, Washington DC 20005 | Consulting Services |
| Mercer Global | PO Box 905234, Charlotte, NC 28290 | 401k Consulting |
| Mgroup Strategies | P.O. Box 684614, Austin, TX 78768 | Political Consultant |
| Mignon McGarry | 504 W. 14th Street, Austin, TX 78701 | Political Consultant |
| Mike Kelly | 4806 Timberline Drive, Austin, TX 78746 | Political Consultant |
| Miller & Chevalier Chartered | P. O. Box 758604, Baltimore, MD 21275-8604 | Federal Income Tax and Benefits Legal Advice |
| Norton Rose Fulbright | P.O. Box 844284, Dallas, TX 75284-4284 | Legal Counsel for Gross Receipts Tax Matters |
| O'Neill, Athy & Casey PC | 1310 19th Street NW, Washington, DC 20036 | Consulting Services |
| Perry Street Communications LLC | 3131 McKinney Avenue, Suite 535, Dallas, TX 75204 | Financial communications |
| Phil Gamble | 919 Congress Avenue, Suite 1030, Austin, TX 78701 | Political Consultant |
| Phenix & Crump, PLLC | 118 South Main, Henderson, TX 75654 | Partition Action Legal Advice |
| Philips & Meachum Public Affairs | P.O. Box 13506, Capitol Station, Austin, TX 78711 | Political Consultant |
| Pillsbury Winthrop Shaw Pittman | File # 72391, P.O. Box 60000, San Francisco, CA 94160-2391 | Litigation - General |
| Polan Culley Advocacy Group | 1315 Nueces Street, Austin, TX 78701 | Political Consultant |
| Prickett Jones & Elliott PA | 1310 King Street, Wilmington, DE 19899 | Delaware Corp. Law Advice |
| Public Strategies Inc | 633 Pennsylvania Avenue NW, 4th Floor, Washington DC 20004 | Consulting Services |
| R. H. Sweeney Associates | 1443 Grape Arbor Court, Roanoke, TX 76262 | Leadership Development & Recruiting |

| OCP | Address | Service Category |
|---|---|---|
| Reed Smith | 599 Lexington Avenue, 22nd Floor, New York, NY 10022 | Litigation - General |
| Rissing Strategic | 10203 Chestnut Oak Court, Vienna, VA 30384 | External Federal Lobbyist |
| Robert Half Finance & Accounting | P.O. Box 743295, Los Angeles, CA 90074-3295 | Tax Consulting |
| Ryan LLC | 13155 Noel Road Suite, 100, Dallas, TX 75240 | Tax abatement/reduction strategies for new build construction |
| Ryan Mackinnon Vasapoli & Berzok | 1634 I Street NW, Suite 1200, Washington DC 20006 | Consulting Services |
| SAK Consulting, LLC | 2728 McKinnon St., #1419, Dallas, TX 75201 | Tax Consulting |
| Scheef & Stone LLP | 500 N. Akard St., #2700, Dallas, TX 75201 | Bankruptcy Advice |
| SHL US Inc. | 555 N. Point Center E., Suite 600, Alpharetta, GA 30022 | Recruiting |
| Simpson Thacher & Bartlett LLP | P.O. Box 29008, New York, N.Y. 10087-9008 | Corporate and Financing Advice |
| Slover & Loftus | 1224 Seventeenth Street, NW, Washington, D.C. 20036 | Transportation Advice |
| Stroz Friedberg LLC | 32 Avenue of the Americas, 4th Floor, New York, NY 10013 | IT and Data Security Advisor |
| Susman Godfrey LLP | 901 Main Street, Suite 5100, Dallas, TX 75202-3775 | Litigation - General |
| Sutherland Asbill & Brennan LLP | 1275 Pennsylvania Avenue, NW, Suite 800, Washington, D.C. 20004 | Regulatory Advice |
| Swetman Baxter Massenburg LLC | 650 Poydras Street, Suite 2400, New Orleans, Louisiana 70130 | Litigation - Asbestos |
| Talley & Associates | 1990 M Street NW, Suite 200, Washington DC 20036 | Consulting Services |
| The Beshear Group, Inc. | 5859 Royal Crest. Dr., Dallas, TX 75230 | Public Relations and Community Affairs |
| The EOP Group | 819 7th Street NW, Washington, DC 20001 | Consulting Services |
| The Schlueter Group | P.O. Box 2227, Austin, TX 78768 | Political Consultant |
| Thomas Long Niesen & Kennard | P.O. Box 9500, Harrisburg, PA 17108-9500 | Regulatory Advice |
| TLG Services, Inc. | 148 New Milford Road E, Bridgewater, CT 06752 | Nuclear Decommissioning Study |
| Towers Watson Pennsylvania, Inc. | P.O. Box 8500 Philadelphia, PA 19178-6110 | Compensation Advisor |
| Travis Eugene Jernigan | 8429 County Road 1128, Godley, TX 76044 | Political Consultant |
| Weber Shandwick | 1717 Main Street, Suite 1600, Dallas, TX 75201 | Media relations, visual comm |

| OCP | Address | Service Category |
|---|---|---|
| Webfilings LLC | 2900 University Boulevard, Ames, IA 50010 | XBRL coding, application hosting |
| Winston & Strawn LLP | 36235 Treasury Center, Chicago, IL 60694-6200 | Regulatory Advice |