# SIGN-IN SHEET

CASE NAME: Energy Future Holdings
CASE NO: 14-10979

COURTROOM LOCATION: 6
DATE: 11/3/14 at 10:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Edward O. Sassower | Kirkland Ellis | Debtors |
| Daniel T. DeFranceschi | Richards Layton & Finger | Debtors |
| Jason M. Madron | " | Debtors |
| Jeff Jonas | Brown Rudnick | WSFS, Trustee |
| Corey Taylor | Ashby + Geddes | " " |
| Ross Martin | Ropes - Gray | " " |
| Keith Wofford | " | " " |
| Kate Stickles | Cole Schotz | " " |
| Kevin Mangan | Womble Carlyle Sandridge & Rice | Fluor |
| Aran Kashishian | Chipman Brown Cicero & Cole | Ad hoc Committee of EFIH Unsecured Noteholders |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# SIGN-IN SHEET

**CASE NAME:** Energy Future Holdings
**CASE NO:** 14-10979

**COURTROOM LOCATION:** 6
**DATE:** 11/3/14 at 10:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Chris Ward | Polsinelli | Cerrberus |
| Stephen Miller | Morris James LLP | Law Debenture, Debenture Trustee |
| Daniel Lowenthal | Patterson Belknap LLP | " |
| Garvan McDaniel | The Hogan Firm | " |
| Joseph T. McMahon, Jr. | Civil: Civil: Actu | Ad Hoc Committee EFH |
| John Strock | Fox Rothschild | Atmos |
| Jeremy Ryan | Potter Anderson & Corroon | TCEH Ad Hoc Group |
| | | Deutsche Bank |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# Court Conference

**U.S. Bankruptcy Court-Delaware (DE - US)**
**Confirmed Telephonic Appearance Schedule**
**Honorable Christopher S. Sontchi**
**#6**

Calendar Date: 11/03/2014
Calendar Time: 01:00 PM ET

Amended Calendar 11/03/2014 09:37 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10978 | Hearing | 6563809 | Ephraim Diamond | (646) 282-5841 | DK Partners | Interested Party, DK Partners / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6561366 | Jacob A. Adlerstein | (212) 373-3142 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Paul Weiss Rifkind Wharton & Garrison / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6554451 | Scott L. Alberino | (202) 887-4000 | Akin Gump Strauss Hauer & Feld LLP | Representing, EFIH Unsecured Noteholders / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6553475 | Arlene R. Alves | (212) 574-1204 | Seward & Kissel LLP | Creditor, Wilmington Trust as First Lein Collateral Agent and Administrator Agent / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6560421 | Nii-Amar Amamoo | (212) 506-1933 ext. 00 | Kasowitz Benson Torres & Friedman | Interested Party, Ad Hoc Group of EFH Legacy Noteholders / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6564040 | Caitlin Barr | (312) 558-5600 | Winston & Strawn LLP | Interested Party, AHC / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6554430 | Stephen M. Baldini | (212) 872-1062 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, CenterPoint Energy Resources Corp. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6552349 | Ryan Bartley | (302) 571-5007 | Young, Conaway Stargatt & Taylor, LL | Interested Party, Ad Hoc Committee of TCEH First Lien Creditors / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6563855 | Ju-Lie Bell | (212) 588-6114 | Mount Kellett Capital Management | Interested Party, Mount Kellett Capital Management / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6563741 | Jon R. Berke | (646) 378-3108 | DebtWire | Interested Party, DebtWire / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6554423 | Robert J. Boller | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, AHC / LIVE |

| Company | Case | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6562705 | Peg A. Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6552734 | Matthew Brod | (212) 530-5460 | Milbank, Tweed, Hadley & McCloy, LLP | Creditor, CitiBank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6553994 | Philip E Brown | (212) 649-9596 | PSAM, LP | Creditor, PSAM, LP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6553902 | Stephen Burnazian | 212-878-3526 | Avenue Capital Group | Interested Party, AHCEFIH / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6559637 | Alice Byowitz | (212) 715-9100 | Kramer Levin Naftalis & Frankel LLP | Interested Party, Indenture Trustee for the 11% Senior Secured Second Lien Notes / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6562649 | Jae Seon Choi | 212-667-9387 | Nomura Securities International | Interested Party, Nomura Securities International / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6561439 | Jeremy Coffey | (617) 856-8595 | Brown Rudnick LLP | Interested Party, Wilmington Savings Fund Society, FSB / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6553538 | Howard Cohen | (302) 467-4200 | Drinker Biddle & Reath LLP | Creditor, Citibank, N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6558754 | Kent Collier | (212) 257-4383 | Reorg Research, Inc. | Interested Party, Kent Collier / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6554136 | Jim Cooper | (212) 429-2279 | Centerview Partners | Interested Party, Centerview Partners / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6561447 | Louis A. Curcio | (212) 704-6000 | Troutman Sanders LLP | Interested Party, Wilmington Savings Funds Society, FSB / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6561490 | Michael L. Davitt | (214) 969-2938 | Jones Day | Representing, Oncor Electric Delivery Holdings Company LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6563759 | Gren Day | (704) 374-0717 | Cantor Fitzgerald | Interested Party, Cantor Fitzgerald / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6561574 | Daniel DeFranceschi | (302) 651-7700 | Richards, Layton & Finger, P.A. | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6553236 | Adam M. Denhoff | 212-373-3000 ext. 3471 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Paul Weiss Rifkind Wharton & Garrison / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6561627 | Andrew Devore | (617) 951-7618 | Ropes & Gray LLP | Interested Party, R3 Capital Management / LISTEN ONLY |

Raymond Reyes ext. 881          CourtConfCal2012          Page 3 of 10

| | | | | | |
|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6554142 | Ira Dizengoff | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Ira Dizengoff / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6559270 | Stacey Dore | (212) 446-6411 | Energy Future Holdings Corp. | Interested Party, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6563717 | Christopher Dressel | 312-407-0968 | Skadden Arps Slate Meagher & Flom | Interested Party, Borealis Infrastructure Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6563800 | Michelle Dreyer - Client | (212) 808-7925 | Kelley Drye & Warren, LLP | Client, Michelle Dreyer / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6563724 | David M. Dunn | (212) 584-5946 | Arrowgrass Capital Partners U.S. LP | Interested Party, Arrowgrass Capital Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6563801 | Jon Emswiler | (203) 717-6588 | Stifel Financial Corp. | Interested Party, Stifel Financial / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6563983 | Ryan Eckert | (212) 493-4465 | Credit Value Partners | Creditor, Credit Value Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6563799 | Benjamin Feder | 212-808-7925 | Kelley Drye & Warren, LLP | Creditor, Engery Future Holding / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6563874 | Marita Erbeck | (973) 360-1100 | Drinker Biddle & Reath LLP | Representing, CSC Trust Co. of Delaware / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6553968 | Bradley Feingerts | (302) 651-7886 | GSO Capital Partners | Interested Party, GSO Capital Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6544081 | Jeff Finger | (212) 429-2279 | Centerview Partners | Interested Party, Centerview Partners / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6554343 | Mark Flannagan - Client | (312) 832-4364 | Foley & Lardner LLP | Trustee, Mark Flannagan / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6553980 | Patrick Fleury (Client) | (302) 571-6727 | GSO Capital Partners | Interested Party, GSO Capital Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6559085 | Beret Flom | 212-408-5239 | Chadbourne & Parke LLP | Interested Party, NextEra Energy / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6562484 | Simon Fraser | (302) 295-2000 | Cozen O'Connor | Creditor, J. Aron / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6554456 | Ches Garrison | (202) 887-4000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Cousins Chipman & Brown, LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6563900 | Meggie Gilstrap | (214) 953-6500 | Baker Botts LLP | Interested Party, Hunt Utility Services / LISTEN ONLY |

| Debtor | Case # | Proceeding | CourtConfCal2012 ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6563842 | Matthew R. Gray | (972) 419-2523 | Highland Capital Management | Creditor, Highland Capital Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6554077 | Sam Greene | (212) 429-2279 | Centerview Partners | Interested Party, Centerview Partners / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6563768 | Thomas Hals | (610) 544-2712 | Thomson & Reuters | Interested Party, Thomas Hals / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6556415 | Daniel J. Harris | (212) 468-4292 | Morrison & Foerster | Creditor, UMB Bank N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6554326 | Mark F. Hebbeln | (312) 832-4394 | Foley & Lardner, LLP | Creditor, UMB Bank N.A. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6553942 | Craig Hart | (212) 878-3504 ext. 00 | Avenue Capital Group | Interested Party, Avenue Capital Group / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6556415 | Daniel J. Harris | (212) 468-4292 | Morrison & Foerster | Creditor, UMB Bank N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6554326 | Mark F. Hebbeln | (312) 832-4394 | Foley & Lardner, LLP | Creditor, UMB Bank N.A. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6561364 | Brian Hermann | 212-373-3545 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Paul Weiss Rifkind Wharton & Garrison / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6561557 | Steve Hessler | (212) 446-4800 | Kirkland & Ellis LLP | Debtor, Energy Future Holding Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6566172 | Sandra Horwitz - Client | (212) 841-8704 | Ropes & Gray LLP | Client, Sandra Horwitz / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6563854 | Gregory Horowitz | (212) 715-9571 | Kramer Levin Naftalis & Frankel LLP | Creditor, Trustee for Second Lien Notes / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6554476 | Howard Jacobson | 202-887-4179 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6561979 | Michael J. Joyce | 302-777-4200 | Cross & Simon | Interested Party, Fidelity Management & Research Company / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6561882 | Chad J. Husnick | (312) 862-2009 | Kirkland & Ellis LLP | Debtor, Energy Future Holding Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6558946 | Gary L. Kaplan | (212) 859-8376 | Fried, Frank, Harris, Shriver & Jacobson | Creditor, Fidelity Management & Research Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6554285 | Harold Kaplan | (312) 832-4393 | Foley & Lardner LLP | Creditor, UMB Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6552770 | Evgeny Karlik | 212-225-2275 | Cleary Gottlieb Steen & Hamilton | Interested Party, Evgeny Karlik / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6553922 | Matthew Kimble | 212-878-3504 ext. 00 | Avenue Capital Group | Interested Party, Avenue Capital Group / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6663819 | Geoffrey King | (312) 853-0324 | Sidley Austin LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6554037 | Nathaniel Kirk | (212) 888-5222 | Third Avenue Management, LLC | Interested Party, Third Avenue Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6558165 | Charles Koster | (212) 819-7845 | White & Case LLP | Interested Party, Ad Hoc Group of TCEH Unsecured Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6563729 | Stuart Kovensky | (201) 541-2121 | Onex Credit Partners | Interested Party, Onex Credit Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6558804 | Laurie Krepto | (215) 772-7410 | Montgomery, McCracken, Walker & Rhoads, LLP | Interested Party, Montgomery, McCracken, Walker & Rhoads, LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6552425 | Michele F. Kyrouz | (415) 391-8900 | Watershed Asset Management, LLC | Interested Party, Watershed Asset Management, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6554157 | Meredith A. Lahaie | (212) 872-8032 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, AHC / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6553195 | Michael Lee | 212-317-3374 | Carl Marks Strategic | Interested Party, Carl Marks Strategic / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6553665 | Raymond Lemisch | (302) 552-5503 | Klehr Harrison Harvey Branzburg LLP | Client, UMB Bank / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6553340 | Michael Linn | 415-421-2132 | Farallon Capital Management | Interested Party, Michael Linn / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6557820 | Kevin M. Lippman | (214) 855-7553 | Munsch Hardt Kopf & Harr, P.C. | Creditor, ERCOT / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6561569 | Jason M. Madron | (302) 651-7793 | Richards, Layton & Finger, P.A. | Debtor, Energy Future Holding Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6563777 | Kenneth Maiman | (973) 701-7000 | Appaloosa Management | Interested Party, Appaloosa Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6563967 | Robert K. Malone | (973) 549-7080 | Drinker Biddle & Reath LLP | Interested Party, Citibank N.A. / LISTEN ONLY |

| Party | Case | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6522390 | D. Ross Martin | (617) 951-7000 | Ropes & Gray LLP | Interested Party, R3 Capital Management / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6563898 | Kim Martin Lewis | 513-977-8200 ext. 8259 | Dinsmore & Shohl LLP | Interested Party, Dinsmore & Shohl LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6566258 | Richard G. Mason | (212) 403-1252 | Wachtell, Lipton, Rosen & Katz | Interested Party, Texas Energy Future Capital Holding LLC & Texas Energy Future Holding Ltd / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6561646 | Luckey McDowell | 214-953-6571 | Baker Botts LLP | Interested Party, Hunt Utility Services / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6561564 | Andy McGaan | (202) 879-5082 ext. 00 | Kirkland & Ellis LLP - Washington Offic | Interested Party, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6563877 | James Millar | (973) 549-7000 | Drinker Biddle & Reath LLP | Representing, CSC Trust Company of Delaware, as Indenture Trustee / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6556409 | Brett H. Miller | (212) 468-8051 | Morrison & Foerster | Representing, Creditors Committe / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6553430 | Hal F. Morris | (512) 475-4550 | Attorney General Of Texas-Bankruptcy | Interested Party, Public Utility Commission of Texas, et al / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6554184 | Naomi Moss | (212) 872-8051 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6553986 | Jason New - Client | (302) 571-6727 | GSO Capital Partners | Interested Party, Solus LP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6561698 | Bridget K. O'Connor | (202) 879-5175 ext. 00 | Kirkland & Ellis LLP - Washington Offic | Interested Party, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6563804 | Jeffrey M. Olinsky | (212) 250-5760 | Deutsche Bank | Creditor, Deutsche Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6554464 | Russell W. Parks, Jr. | 202-887-4092 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6563815 | Richard Pedone | (617) 345-1305 | Nixon Peabody LLP | Creditor, American Stock Transfer and Trust Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6561709 | Chandler R. Perine | 617-392-1657 | Fidelity Investments | Interested Party, Fidelity Investments / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6561602 | Norman L. Pernick | (302) 651-2000 | Cole, Schotz, Meisel, Forman & Leonar | Creditor, CSC Trust Co. / LIVE |

| Case | Type | ID | Name | Phone | Firm | Party |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6563795 | Jeffrey Petri | 704-410-1205 | Wells Fargo Securities | Interested Party, Wells Fargo Securities / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6563708 | Meredith Pfister | (212) 412-1368 | Barclays Bank PLC | Interested Party, Barclays Bank PLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6563779 | Jason T Prager | (203) 542-4034 ext. 00 | Silver Point Capital | Interested Party, Silver Point Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6554146 | Abid Qureshi | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6553950 | Kiran Ramineni | (212) 878-3504 ext. 00 | Avenue Capital Group | Interested Party, Avenue Capital Group / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6563704 | Elizabeth Rasskazova | 207-901-8380 | Polygon Global Partners | Interested Party, Polygon Global Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6556264 | Andrew R. Remming | (302) 290-2537 | Morris Nichols Arsht & Tunnell LLP | Interested Party, Texas Energy Future Capital Holding LLC, Texas Energy Future Holding Ltd. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6564168 | Colin R. Robinson | (302) 778-6426 | Pachulski Stang Ziehl & Jones | Trustee, Second Lien Holders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6554071 | Jeff Rosenbaum | (212) 300-1309 | York Capital Management, (U.S. Advis | Interested Party, Jeff Rosenbaum / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6560431 | David Rosner | (212) 506-1726 | Kasowitz Benson Torres & Friedman | Interested Party, Kasowitz Benson Torres & Friedman / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6561576 | Jeffrey S. Sabin | (212) 705-7747 | Bingham McCutchen, LLP | Creditor, Pacific Investment Management Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6554029 | Vick Sandhu | (212) 649-9535 | PSAM, LP | Interested Party, PSAM, LP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6561568 | Brian Schartz | (212) 446-5932 | Kirkland & Ellis LLP | Debtor, Energy Future Holding Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6561723 | Jeffrey M. Schlerf | (302) 622-4212 | Fox Rothschild LLP | Interested Party, Ad Hoc Group of TCEH Unsecured Noteholders / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6563813 | Erik Schneider | (617) 345-1112 | Nixon Peabody LLP | Creditor, American Stock Transfer & Trust Company, LLC / LISTEN ONLY |

| Name | Case | Type | ID | Person | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6563814 | Andrea B. Schwartz | (302) 573-6491 | Office of the United States Trustee | Interested Party, Office of the United States Trustee / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6559075 | Howard Seife | (212) 408-5361 ext. 00 | Chadbourne & Parke, LLP | Interested Party, NextEra Energy / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6556174 | Mark Somerstein | (212) 841-8814 | Ropes & Gray LLP | Creditor, R3 Capital Holdings / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6553533 | Fredric Sosnick | 212-848-8571 | Shearman & Sterling LLP | Representing, Lender / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6563806 | Anna Stavreska | (212) 418-3776 | Anna Stavreska | Interested Party, Anna Stavreska / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6551605 | J. Kate Stickles | (302) 651-2001 | Cole, Schotz, Meisel, Forman & Leona | Creditor, Delaware Trust Co. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6561570 | Patrick Strawbridge | (617) 951-8230 | Bingham McCutchen, LLP | Creditor, Pacific Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6554034 | Edwin Tai | (212) 888-5222 | Third Avenue Management, LLC | Interested Party, Third Avenue Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6563732 | Mark Taub | (917) 597-8954 | Mohawk Capital, LLC | Interested Party, Mohawk Capital LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6552204 | Andrew M. Thau | (203) 862-6231 | Southpaw Asset Management | Creditor, Southpaw Asset Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6556176 | Meredith S. Tinkham | (617) 951-7250 ext. 00 | Ropes & Gray, LLP | Creditor, CSC Trust of Delaware / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6552266 | Amer Tiwana | (203) 569-4318 | CRT Capital Group, LLC | Interested Party, CRT Capital Group, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6554175 | Jack Tracy | (212) 872-7439 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6563718 | Carl Tullson | (312) 407-0379 | Skadden Arps Slate Meagher & Flom | Interested Party, Borealis Infrastructure Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6553201 | Matthew Underwood | 212-588-5148 | HBK Capital | Interested Party, HBK Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6561606 | Warren Usatine | 201-525-6233 | Cole, Schotz, Meisel, Forman & Leona | Creditor, CSC Trust Co. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6564138 | Kevin M. Van Dam | (212) 325-2115 | Credit Suisse | Interested Party, Kevin M. Van Dam / LISTEN ONLY |

| | | | | | |
|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6563859 | Michael J. Walsh | (646) 855-8154 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6561444 | Edward Weisfelner | 212-209-4900 | Brown Rudnick LLP | Interested Party, Wilmington Savings Fund Society, FSB / LIVE |
| Energy Future Holdings | 14-10979 | Hearing | 6563935 | Julia M. Winters | 212-617-6592 | Bloomberg LP | Interested Party, Bloomberg LP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6561612 | Keith Wofford | (212) 596-9000 | Ropes & Gray LLP | Interested Party, R3 Capital Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6558816 | Davis L. Wright | (215) 772-1500 | Montgomery, McCracken, Walker & Rhoads | Interested Party, Montgomery, McCracken, Walker & Rhoads, LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6559261 | Aparna Yenamandra | (212) 446-4800 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6554180 | Lindsay Zahradka | (212) 872-7419 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6554057 | Joseph Zalewski | (212) 906-1189 | Third Avenue Management | Interested Party, Third Ave Management / LISTEN ONLY |