# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
Energy Future Holdings Corp.
Energy Plaza
1601 Bryan Street
Dallas, TX 75201
　**EIN:** 46–2488810
TXU Corp.
TXU Corp
Texas Utilities

**Chapter:** 11

*Case No.*: 14–10979–CSS

### NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

　A transcript of the proceeding held on 10/30/14 was filed on 11/4/14 . The following deadlines apply:

　The parties have 7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 11/25/14 .

　If a request for redaction is filed, the redacted transcript is due 12/5/14 .

　If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 2/2/15 unless extended by court order.

　To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.

*David D. Bird*

Clerk of Court

Date: 11/4/14

(ntc)