IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
|  | ) Re: **D.I. 855, 1771, 2083** |

## CERTIFICATION OF COUNSEL CONCERNING STIPULATION AND CONSENT ORDER EXTENDING CERTAIN DEADLINES IN THE FINAL CASH COLLATERAL ORDER

The undersigned hereby certifies as follows:

1. On June 6, 2014, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered the *Final Order (A) Authorizing Use of Cash Collateral for Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates, (B) Granting Adequate Protection, and (C) Modifying the Automatic Stay* [D.I. 855] (the "Final Cash Collateral Order").[2]

2. Paragraph 15 of the Final Cash Collateral Order established the deadline by which the Creditors' Committee or a party in interest with standing must file an adversary proceeding or contested matter seeking to avoid, object to, or otherwise challenge the TCEH Debtors' Stipulations (any such claim, a "Challenge"), "subject to further extension by written agreement of the TCEH Debtors, the Prepetition First Lien Agents, the TCEH First Lien Ad Hoc

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Final Cash Collateral Order.

Committee and any individual Prepetition First Lien Creditor that is the subject of a Challenge (as defined below) solely with respect to the Challenge Period (as defined below) relating to such Challenge."

3. Following the entry of the Final Cash Collateral Order, the TCEH Debtors, the First Lien Collateral Agent, the First Lien Administrative Agent, the First Lien Notes Trustee and the TCEH First Lien Ad Hoc Committee agreed, pursuant to paragraph 15 of the Final Cash Collateral Order, to modify the Final Cash Collateral Order solely with respect to the Challenge Period for the Creditors' Committee and any other parties in interest. Based on the parties' agreement, on August 8, 2014, the Bankruptcy Court entered its *Stipulation and Consent Order Extending Certain Deadlines in the Final Cash Collateral Order* [D.I. 1771] (the "First Stipulated Extension Order") pursuant to which the Challenge Period was extended to October 14, 2014.

4. Thereafter, following the entry of the First Stipulated Extension Order, the TCEH Debtors, the First Lien Collateral Agent, the First Lien Administrative Agent, the First Lien Notes Trustee and the TCEH First Lien Ad Hoc Committee further agreed, pursuant to paragraph 15 of the Final Cash Collateral Order and paragraph 1 of the First Stipulated Extension Order, to further modify the Final Cash Collateral Order solely with respect to the Challenge Period for the Creditors' Committee and any other parties in interest. Based on the parties' further agreement, on September 19, 2014, the Bankruptcy Court entered its *Stipulation and Consent Order Extending Certain Deadlines in the Final Cash Collateral Order* [D.I. 2083] (the "Second Stipulated Extension Order") pursuant to which the Challenge Period was further extended to November 28, 2014.

5.  Since the entry of the Second Stipulated Extension Order, the TCEH Debtors, the First Lien Collateral Agent, the First Lien Administrative Agent, the First Lien Notes Trustee and the TCEH First Lien Ad Hoc Committee have further agreed, pursuant to paragraph 15 of the Final Cash Collateral Order and paragraph 1 of the Second Stipulated Extension Order, to further modify the Final Cash Collateral Order solely with respect to the Challenge Period for the Creditors' Committee and any other parties in interest.

6.  The TCEH Debtors have prepared a form of stipulation and consent order (the "Consent Order") reflecting such modification. A copy of the Consent Order is attached hereto as Exhibit A. The Consent Order has been circulated to, and is acceptable to, the TCEH Debtors, the First Lien Collateral Agent, the First Lien Administrative Agent, the First Lien Notes Trustee and the TCEH First Lien Ad Hoc Committee.

WHEREFORE, the TCEH Debtors respectfully request that the Bankruptcy Court enter the Consent Order, substantially in the form attached hereto as Exhibit A, at its earliest convenience.

*[Remainder of page intentionally left blank.]*

Dated: November 4, 2014
Wilmington, Delaware

/s/ [signature]

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Facsimile:     (302) 651-7701
Email:         collins@rlf.com
               defranceschi@rlf.com
               madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900
Email:         richard.cieri@kirkland.com
               edward.sassower@kirkland.com
               stephen.hessler@kirkland.com
               brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email:         james.sprayregen@kirkland.com
               marc.kieselstein@kirkland.com
               chad.husnick@kirkland.com
               steven.serajeddini@kirkland.com

*Co-Counsel to the TCEH Debtors*