## Exhibit A

## K&L Gates Invoices

# K&L GATES

**K&L GATES LLP**
1717 MAIN STREET, SUITE 2800
DALLAS, TX 75201
T 214.939.5500  F 214.939.5849  klgates.com
Tax ID No. 25 0921018

| | | | |
|---|---|---|---|
| Energy Future Holdings Corp. | Invoice Date | : | August 31, 2014 |
| 1601 Bryan Street | Invoice Number | : | 2982512 |
| Dallas, TX  75201 | Services Through | : | July 31, 2014 |

**1204784.00002    2013 Property Tax Disputes**

### INVOICE SUMMARY

| | | |
|---|---|---:|
| Fees | $ | 16,201.00 |
| Disbursements and Other Charges | $ | 19.67 |
| **CURRENT INVOICE DUE** | $ | **16,220.67** |

**No Payment is Due**

*Please send payment to:  K&L Gates, RCAC, 925 Fourth Avenue, Suite 2900, Seattle, Washington 98104-1158*
*Payment can also be made by wire to: US Bank, Private Financial Services, 1420 5th Ave. Suite 2100,*
*Seattle, WA 98101, ABA Routing Number: 125000105, Account # 153557906580, SWIFT Code USBKUS44IMT*

# K&L GATES

**FEES**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 07/03/14 | W. L. LeDoux | 0.40 | Respond to client email regarding █████ | 104.00 |
| 07/07/14 | A. Russell | 0.40 | ██████████ status; emails with counsel | 224.00 |
| 07/08/14 | W. L. LeDoux | 0.10 | Email to ████ regarding | 26.00 |
| 07/09/14 | A. Russell | 0.70 | Various ████ issues and review court docket and next steps ████ ████; email update with clients | 392.00 |
| 07/10/14 | W. L. LeDoux | 0.60 | Finalize and prepare ████████ | 156.00 |
| 07/10/14 | W. L. LeDoux | 3.00 | Analyze ████ information and prepare █████ | 780.00 |
| 07/10/14 | A. Russell | 0.80 | ████████ coordinate issues | 448.00 |
| 07/11/14 | W. L. LeDoux | 1.30 | Research and analysis regarding ████████ | 338.00 |
| 07/11/14 | A. Russell | 1.20 | Numerous emails and calls regarding ████ issues | 672.00 |
| 07/14/14 | W. L. LeDoux | 1.50 | Prepare ████ in ████ in anticipation pending finalization of ████ ████ documents | 390.00 |
| 07/15/14 | W. L. LeDoux | 0.30 | Respond to client email regarding ████ | 78.00 |
| 07/15/14 | W. L. LeDoux | 0.60 | Work on strategy for ████████ | 156.00 |
| 07/15/14 | C. Ohlenforst | 0.70 | Review status of ████ documents, related emails, strategy regarding ████ | 511.00 |
| 07/15/14 | A. Russell | 1.50 | Various ████ issue with ████ counsel; review executed ████ documents and correspondence regarding same | 840.00 |
| 07/17/14 | A. Russell | 1.20 | Correspondence regarding | 672.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | ███████ █████ and related items; review case status and previous agreed scheduling order | |
| 07/18/14 | W. L. LeDoux | 0.10 | Send to client ████████ | 26.00 |
| 07/18/14 | C. Ohlenforst | 0.10 | Confirmation of final/execute documents | 73.00 |
| 07/18/14 | A. Russell | 1.10 | Review ████████; confirm timing of ████ and review final version; emails regarding same | 616.00 |
| 07/21/14 | W. L. LeDoux | 0.40 | Review ██████ documents ████ and compile documents for filing | 104.00 |
| 07/21/14 | W. L. LeDoux | 0.50 | Review ████████ ██████ for | 130.00 |
| 07/21/14 | C. Ohlenforst | 0.20 | Emails with ████████ | 146.00 |
| 07/21/14 | A. Russell | 2.30 | Emails with client and █████ counsel regarding ████ ████; review documents and tax provisions; email to team regarding same | 1,288.00 |
| 07/22/14 | W. L. LeDoux | 1.40 | Review and discuss with C. Ohlenforst ████████ | 364.00 |
| 07/22/14 | C. Ohlenforst | 0.80 | Analysis of ████████ ████████ emails with ████ regarding | 584.00 |
| 07/23/14 | W. L. LeDoux | 0.20 | Calendar deadline to file petition for ████ | 52.00 |
| 07/23/14 | C. Ohlenforst | 0.30 | Review documents and emails from ████ regarding | 219.00 |
| 07/23/14 | A. Russell | 1.80 | Client advice regarding ████████ ████; research regarding ████; emails with tax team regarding same; review press coverage relating to ████ | 1,008.00 |
| 07/24/14 | W. L. LeDoux | 0.90 | Research ████████ to develop strategy and advise client | 234.00 |

# K&L GATES

Invoice # 2982512
1204784.00002
Page 4 of 5

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 07/24/14 | C. Ohlenforst | 0.30 | Review documents regarding ██████████ dispute | 219.00 |
| 07/24/14 | A. Russell | 3.40 | Review documents relating to potential petition relating to ██████ and valuation of the ████ by ███ ; research regarding ████████████ review local rules; brief conference with tax team regarding same | 1,904.00 |
| 07/25/14 | W. L. LeDoux | 0.60 | Review ████ adjusted tax bill for consistency ████████ | 156.00 |
| 07/25/14 | W. L. LeDoux | 1.10 | Review and consolidate background information for ████ | 286.00 |
| 07/25/14 | W. L. LeDoux | 1.40 | Draft ████ | 364.00 |
| 07/25/14 | A. Russell | 1.40 | Analyze ████ | 784.00 |
| 07/28/14 | W. L. LeDoux | 1.80 | Revise ████ for circulation to client and related analysis | 468.00 |
| 07/28/14 | W. L. LeDoux | 0.50 | Conference with C. Ohlenforst and A. Russell to discuss strategy for ████ | 130.00 |
| 07/28/14 | C. Ohlenforst | 0.40 | Analysis regarding ████ for email for EFH | 292.00 |
| 07/28/14 | A. Russell | 0.90 | Various issues ████ | 504.00 |
| 07/29/14 | W. L. LeDoux | 1.10 | Revise ████ | 286.00 |
| 07/29/14 | C. Ohlenforst | 0.10 | Review draft bill from counsel and ████ information sheet | 73.00 |
| 07/30/14 | W. L. LeDoux | 0.10 | Discuss with A. Russell ████ | 26.00 |
| 07/31/14 | W. L. LeDoux | 0.30 | Conference with C. Ohlenforst and A. Russell to discuss ████ | 78.00 |

TOTAL FEES          37.80  hrs         $    16,201.00

# K&L GATES

## TIMEKEEPER SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| W. L. LeDoux | 18.20 hrs at | $ | 260.00 / hr | | 4,732.00 |
| C. Ohlenforst | 2.90 hrs at | $ | 730.00 / hr | | 2,117.00 |
| A. Russell | 16.70 hrs at | $ | 560.00 / hr | | 9,352.00 |
| | TOTAL FEES | 37.80 hrs | | $ | 16,201.00 |

## DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | | AMOUNT |
|---|---|---|
| Filing Fees | | 4.44 |
| Local Courier | | 15.23 |
| | DISBURSEMENTS & OTHER CHARGES | $ 19.67 |

# K&L GATES

**K&L GATES LLP**
1717 MAIN STREET, SUITE 2800
DALLAS, TX 75201
T 214.939.5500   F 214.939.5849   klgates.com
Tax ID No. 25 0921018

Energy Future Holdings Corp.
1601 Bryan Street
Dallas, TX  75201

| | | |
|---|---|---|
| Invoice Date | : | September 18, 2014 |
| Invoice Number | : | 2994268 |
| Services Through | : | August 31, 2014 |

---

**1204784.00002    2013 Property Tax Disputes**

### INVOICE SUMMARY

| | | |
|---|---|---|
| Fees | $ | 59,418.50 |
| Disbursements and Other Charges | $ | 309.41 |
| **CURRENT INVOICE AMOUNT** | **$** | **59,727.91** |
| | | |
| **TOTAL AMOUNT DUE** | **$** | **38,910.34** |

*Please send payment to:  K&L Gates, RCAC, 925 Fourth Avenue, Suite 2900, Seattle, Washington 98104-1158*
*Payment can also be made by wire to:  US Bank, Private Financial Services, 1420 5th Ave. Suite 2100,*
*Seattle, WA 98101, ABA Routing Number: 125000105, Account # 153557906580, SWIFT Code USBKUS44IMT*

# K&L GATES

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 08/01/14 | C. Ohlenforst | 0.20 | ▮▮▮ chart and analysis | 146.00 |
| 08/01/14 | A. Russell | 1.50 | Review and edit ▮▮▮ | 840.00 |
| 08/04/14 | C. Ohlenforst | 0.20 | Emails with client regarding | 146.00 |
| 08/05/14 | S. Megally | 5.80 | Research and analysis relating to ▮▮▮ | 2,668.00 |
| 08/05/14 | C. Ohlenforst | 3.50 | Multiple telephone conferences with EFH client team regarding ▮▮▮ (.8); research and analysis regarding ▮▮▮ (2.7) | 2,555.00 |
| 08/05/14 | A. Russell | 2.80 | Various issues related to ▮▮▮ | 1,568.00 |
| 08/06/14 | S. Megally | 4.10 | Analysis and conferences relating to ▮▮▮ | 1,886.00 |
| 08/06/14 | C. Ohlenforst | 3.80 | Communicate with EFH client team via telephone conference and emails regarding ▮▮▮ (.6); analyze ▮▮▮ (3.2) | 2,774.00 |
| 08/06/14 | A. Russell | 8.40 | Numerous issues related to negotiation and settlement of ▮▮▮ including drafting ▮▮▮, conferences with client, drafting ▮▮▮ and related items | 4,704.00 |
| 08/06/14 | S. M. Tepp | 1.20 | (.3) – Conference and exchange e-mail messages with A. Russell regarding filing ▮▮▮ case; (.1) – review the ▮▮▮ (.2) – two telephone conferences ▮▮▮ discuss and confirm ▮▮▮ (.2) – draft | 282.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | memorandum to A. Russell regarding status of ███████; (.1) – exchange e-mail messages with A. Russell and B. Ford regarding ████████ █████ filing fee, exchange e-mail messages with A. Russell ████████; (.3) – draft and revise ████████ information sheet and forward to A. Russell for review and or revisions | |
| 08/07/14 | S. Megally | 2.00 | Work session relating to ████████ | 920.00 |
| 08/07/14 | C. Ohlenforst | 2.70 | Communicate with EFH client team via telephone conference and emails regarding ████████ (.4); work on draft ██████ and analysis regarding ██████ (2.3) | 1,971.00 |
| 08/07/14 | A. Russell | 8.40 | ████ draft █████, draft █, draft ████ numerous emails and calls ████████ | 4,704.00 |
| 08/07/14 | S. M. Tepp | 0.50 | (.2) - Telephone conferences ████████ case; (.1) - draft memorandum to A. Russell ████████; (.2) conference and exchange e-mail messages ████████ | 117.50 |
| 08/08/14 | C. Ohlenforst | 0.40 | Emails with EFH team regarding ████ (.2); conference with A. Russell regarding next steps (.2) | 292.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 08/08/14 | A. Russell | 5.20 | Finalize ███ ; emails with client and opposing counsel regarding numerous issues; edit ██████████ ; coordinate filing ████ updates to client and strategy | 2,912.00 |
| 08/08/14 | S. M. Tepp | 1.50 | (1.5) - Conferences and exchange e-mails with A. Russell regarding final drafts ████ ; telephone conference ████ draft correspondence ████ draft e-mail ████ | 352.50 |
| 08/11/14 | C. Ohlenforst | 0.10 | Analysis regarding ██████ | 73.00 |
| 08/11/14 | A. Russell | 4.70 | ████ numerous issues ████ | 2,632.00 |
| 08/11/14 | S. M. Tepp | 0.70 | (.1) – Review status ████ ; exchange e-mail messages ████ ; (.1) – Telephone conference ████ exchange e-mail messages ████ (.2) – Second telephone conference ████ | 164.50 |

# K&L GATES

Invoice # 2994268
1204784.00002
Page 5 of 9

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | (.3) — Draft memorandum to A. Russell and exchange –mail messages with A. Russell | |
| 08/12/14 | W. L. LeDoux | 0.40 | Review Texas property tax statutes regarding | 104.00 |
| 08/12/14 | A. Russell | 1.40 | call with counsel to discuss logistics; review update client | 784.00 |
| 08/15/14 | A. Russell | 1.40 | status of judgment and county board approval of same; review | 784.00 |
| 08/19/14 | C. Ohlenforst | 0.40 | Confirm billing information and case status | 292.00 |
| 08/19/14 | A. Russell | 2.40 | numerous emails regarding ; review emails regarding same; review emails regarding same; review and | 1,344.00 |
| 08/20/14 | W. L. LeDoux | 0.10 | Analysis with C. Ohlenforst and A. Russell regarding | 26.00 |
| 08/20/14 | C. Ohlenforst | 0.90 | Emails with client and analysis regarding | 657.00 |
| 08/20/14 | A. Russell | 5.20 | extensive research regarding strategy ; emails with client regarding | 2,912.00 |
| 08/20/14 | S. M. Tepp | 0.70 | Conference and exchange e-mail messages with A. Russell regarding exhibit and status of telephone call | 164.50 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 08/21/14 | W. L. LeDoux | 2.70 | Research ███████ | 702.00 |
| 08/21/14 | C. Ohlenforst | 2.30 | Conference with EFH in-house team regarding ████████; ████████ analysis; conference with A. Russell regarding possible ████████; confirm billing matters | 1,679.00 |
| 08/21/14 | A. Russell | 5.80 | ████████: extensive research regarding ████████████; calls and emails with client; review documents; conference with ████████ counsel | 3,248.00 |
| 08/21/14 | S. M. Tepp | 1.00 | Telephone conference with ████████ (.2); conferences and exchange e-mail messages ████████ (.2); draft and revise correspondence ████ (.2); draft fax cover letter ██ (.2); prepare ████████ (.1); update calendar ████ (.1); exchange e-mail messages ████████ (.1) | 235.00 |
| 08/22/14 | C. Ohlenforst | 1.20 | Analysis regarding ████████ | 876.00 |
| 08/22/14 | A. Russell | 1.40 | ████████: strategy; update from clerk regarding ████ and petition attachments; review and respond to client emails | 784.00 |
| 08/22/14 | S. M. Tepp | 0.40 | Review status ████████ (.1); telephone conference ████████ (.2); draft e-mail message ████████ | 94.00 |

# K&L GATES

Invoice # 2994268
1204784.00002
Page 7 of 9

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 08/25/14 | S. M. Tepp | 0.40 | (.1) Review FedEx tracking information ██████ (.1); follow up telephone conference ████ ████ (.2); receive and review e-mail notification from FedEx ████ (.1) | 94.00 |
| 08/26/14 | W. L. LeDoux | 0.10 | Review and file exhibit ██ | 26.00 |
| 08/26/14 | A. Russell | 3.70 | █████ emails to counsel regarding status ████ emails with client regarding ███ ; review ███ ; confirm filing of exhibit A to petition; circulate ███ to client | 2,072.00 |
| 08/26/14 | S. M. Tepp | 0.30 | Receive and review ████ ████ (.1); exchange e-mail messages ████ ████ (.1); compile and prepare PDF ████ ████ (.1) | 70.50 |
| 08/27/14 | W. L. LeDoux | 0.30 | Review ████ to respond to bankruptcy claim inquiry | 78.00 |
| 08/27/14 | A. Russell | 4.50 | █████ calls with opposing counsel regarding settlement; draft ████ ; emails with client ███ ; emails with client regarding ███ ; review ████ (3.2); emails with counsel and client regarding proposed mediation of case | 2,520.00 |
| 08/28/14 | C. Ohlenforst | 1.70 | Telephone conferences with EFH team and analysis ███ | 1,241.00 |

# K&L GATES

Invoice # 2994268
1204784.00002
Page 8 of 9

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 08/28/14 | A. Russell | 6.50 | ███████ ; conference with client regarding ███ ; emails with opposing counsel; conference with opposing counsel regarding expectations and objects of ██████ ; ███████ ; email ██████ to client regarding ███ ; conference with client regarding ██████████ ; review appraisal information (4.8); ██████████ ; review and revise █████ ██████ ; analyze █████ ; emails with client regarding ██████ ; emails with opposing counsel regarding same (1.7) | 3,640.00 |
| 08/29/14 | C. Ohlenforst | 1.20 | Telephone conference with C. Howard, B. Lovelace, M. Horn and A. Russell regarding ████████ ; review materials ██ | 876.00 |
| 08/29/14 | A. Russell | 4.30 | ████████████ ; conference with client regarding ██████ research regarding ██████ emails with client and opposing counsel ████████████ | 2,408.00 |
| | | **TOTAL FEES** | 108.40   hrs | $   59,418.50 |

## TIMEKEEPER SUMMARY

| | | | | |
|------|------|------|------|------|
| W. L. LeDoux | 3.60 | hrs at | $     260.00 / hr | 936.00 |
| S. Megally | 11.90 | hrs at | $     460.00 / hr | 5,474.00 |
| C. Ohlenforst | 18.60 | hrs at | $     730.00 / hr | 13,578.00 |
| A. Russell | 67.60 | hrs at | $     560.00 / hr | 37,856.00 |
| S. M. Tepp | 6.70 | hrs at | $     235.00 / hr | 1,574.50 |
| | **TOTAL FEES** | 108.40   hrs | | $   59,418.50 |

# K&L GATES

Invoice # 2994268
1204784.00002
Page 9 of 9

### DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | | AMOUNT |
|---|---|---|
| Copying Expense | | 3.20 |
| Court Costs | | 257.00 |
| Westlaw Research | | 49.21 |
| | DISBURSEMENTS & OTHER CHARGES $ | 309.41 |

# K&L GATES

**K&L GATES LLP**
1717 MAIN STREET, SUITE 2800
DALLAS, TX 75201
T 214.939.5500  F 214.939.5849  klgates.com
Tax ID No. 25 0921018

Energy Future Holdings Corp.
1601 Bryan Street
Dallas, TX  75201

| | | |
|---|---|---|
| Invoice Date | : | October 10, 2014 |
| Invoice Number | : | 3006984 |
| Services Through | : | September 30, 2014 |

---

**1204784.00002    2013 Property Tax Disputes**

## INVOICE SUMMARY

| | | |
|---|---|---:|
| Fees | $ | 48,719.00 |
| Disbursements and Other Charges | $ | 189.14 |
| **CURRENT INVOICE DUE** | **$** | **48,908.14** |

*Please send payment to:  K&L Gates, RCAC, 925 Fourth Avenue, Suite 2900, Seattle, Washington 98104-1158*
*Payment can also be made by wire to:  US Bank, Private Financial Services, 1420 5th Ave. Suite 2100,*
*Seattle, WA 98101, ABA Routing Number: 125000105, Account # 153557906580, SWIFT Code USBKUS44IMT*

# K&L GATES

### FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 09/02/14 | W. L. LeDoux | 0.70 | Revise ███████████████ | 182.00 |
| 09/02/14 | W. L. LeDoux | 3.00 | Review and analyze ███████ ██████ and prepare for | 780.00 |
| 09/02/14 | C. Ohlenforst | 4.00 | █████████████ meeting ███████████; strategy meeting with A. Russell; review materials for meeting | 2,920.00 |
| 09/02/14 | A. Russell | 3.40 | ████████; prepare ████ | 1,904.00 |
| 09/03/14 | C. Ohlenforst | 8.70 | Extended meeting of EFH team ██████████████████████ ██████████; pre-meeting preparation; ████████ ████████ discussion with C. Howard, B. Lovelace and A. Russell | 6,351.00 |
| 09/03/14 | A. Russell | 9.00 | ███████; prepare for and attend ████████; brief research regarding █████ | 5,040.00 |
| 09/04/14 | C. Ohlenforst | 1.70 | Analysis regarding ████████ ████████ review draft regarding ███████████; emails to EFH team related to ████████ | 1,241.00 |
| 09/04/14 | A. Russell | 2.10 | Research regarding ████████; review letter ██████ ████████ email same to group with comments; numerous strategic emails | 1,176.00 |
| 09/05/14 | W. L. LeDoux | 1.00 | Discuss with C. Ohlenforst and A. Russell ██████████████; revise ████████████ | 260.00 |
| 09/05/14 | C. Ohlenforst | 0.50 | Strategy analysis, including conference with A. Russell regarding ████████████ | 365.00 |
| 09/05/14 | A. Russell | 3.60 | ████████: numerous emails and phone calls to discuss strategy; reveiw document requests and client's ████████; review ████ | 2,016.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 09/08/14 | W. L. LeDoux | 1.10 | Conference call to discuss ███████ strategy | 286.00 |
| 09/08/14 | C. Ohlenforst | 0.80 | Telephone conference and emails with EFH team, including C. Howard, B. Lovelace and M. Horn, and related analysis with respect to ████████ | 584.00 |
| 09/08/14 | A. Russell | 4.60 | ████ review and analyze ████████; conference call with client regarding ██████████; review and analyze information from client regarding ████████; draft ████████ | 2,576.00 |
| 09/09/14 | W. L. LeDoux | 0.50 | Conference call regarding ████████ | 130.00 |
| 09/09/14 | C. Ohlenforst | 3.20 | Analysis regarding ████████; telephone conference and emails with EFH team, including C. Howard; edit ████████ | 2,336.00 |
| 09/09/14 | A. Russell | 6.80 | ████ review notes, ████, client comments regarding ████████; draft ████ for approval by client; numerous emails with opposing counsel; extended conference with counsel to discuss ████████; numerous follow up calls with counsel and client regarding ████████; basic research regarding ████ | 3,808.00 |
| 09/10/14 | S. Megally | 1.40 | Conferences and analysis relating to ████ | 644.00 |
| 09/10/14 | C. Ohlenforst | 1.60 | Analysis regarding ████████ | 1,168.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | █████; review and provide edits for draft ████████ emails with EFH team, including C. Howard; review additional draft; brief follow up with A. Russell | |
| 09/10/14 | A. Russell | 3.20 | ███ review ████████; conference with client regarding █████████████ ████████; emails with client and opposing counsel regarding ██████; schedule call with counsel | 1,792.00 |
| 09/11/14 | C. Ohlenforst | 0.90 | Emails with EFH team regarding ██████; conference with A. Russell regarding ████████ | 657.00 |
| 09/12/14 | A. Russell | 2.30 | ███████; conference with client regarding ██████; conference with opposing counsel regarding same; review | 1,288.00 |
| 09/15/14 | A. Russell | 4.20 | ███████ research regarding ███ emails, calls and research regarding ██ review draft ████; edit same Tarant County:  follow up on ██ | 2,352.00 |
| 09/16/14 | W. L. LeDoux | 0.50 | Revise █████ | 130.00 |
| 09/16/14 | A. Russell | 3.20 | ████ numerous issues relating to possible settlement | 1,792.00 |
| 09/17/14 | W. L. LeDoux | 0.40 | Review information in ████ | 104.00 |
| 09/17/14 | A. Russell | 3.80 | ████; emails regarding ████ edit and finalize draft ████; emails with client regarding ██; conference | 2,128.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 09/18/14 | C. Ohlenforst | 0.20 | Read emails ██████ ████████ regarding ██████ | 146.00 |
| 09/19/14 | W. L. LeDoux | 0.10 | Review ██████████ for proper identifying information | 26.00 |
| 09/19/14 | C. Ohlenforst | 0.30 | Emails with EFH regarding | 219.00 |
| 09/22/14 | C. Ohlenforst | 0.30 | Emails with EFH regarding | 219.00 |
| 09/22/14 | A. Russell | 3.20 | ████████ numerous issues relating to ████████ ██████████ ██████████ ; follow-up on | 1,792.00 |
| 09/24/14 | A. Russell | 1.70 | Review ████████ emails with client; follow up on status ██████ | 952.00 |
| 09/25/14 | A. Russell | 1.40 | ██████ follow up with court ██████████ | 784.00 |
| 09/25/14 | S. M. Tepp | 0.30 | Telephone conference ████████ ████████ ; telephone conference and exchange e-mail messages with A. Russell regarding ██████ | 70.50 |
| 09/26/14 | C. Ohlenforst | 0.20 | Conference with A. Russell and email from EFH regarding | 146.00 |
| 09/26/14 | S. M. Tepp | 0.30 | Telephone conference ██████ ; second telephone conference ████████ ; exchange multiple e-mails with A. Russell ██████ | 70.50 |
| 09/29/14 | C. Ohlenforst | 0.30 | Review ████████████ | 219.00 |

# K&L GATES

Invoice # 3006984
1204784.00002
Page 6 of 6

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 09/29/14 | K. A. Serrao | 0.20 | E-mail communications with T. Monsour and C. Ohlenforst regarding issues related to the ordinary course professional cap; review bankruptcy docket for any filings related to same | 65.00 |
| | | TOTAL FEES | 84.70  hrs | $   48,719.00 |

### TIMEKEEPER SUMMARY

| NAME | HOURS | | RATE | | AMOUNT |
|------|-------|--|------|--|--------|
| W. L. LeDoux | 7.30 | hrs at | $ | 260.00  / hr | 1,898.00 |
| S. Megally | 1.40 | hrs at | $ | 460.00  / hr | 644.00 |
| C. Ohlenforst | 22.70 | hrs at | $ | 730.00  / hr | 16,571.00 |
| A. Russell | 52.50 | hrs at | $ | 560.00  / hr | 29,400.00 |
| K. A. Serrao | 0.20 | hrs at | $ | 325.00  / hr | 65.00 |
| S. M. Tepp | 0.60 | hrs at | $ | 235.00  / hr | 141.00 |
| | TOTAL FEES | 84.70  hrs | | $ | 48,719.00 |

### DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Local Courier | 10.71 |
| Long Distance Courier | 69.23 |
| Travel Expenses | 109.20 |
| DISBURSEMENTS & OTHER CHARGES | $   189.14 |

# K&L GATES

**K&L GATES LLP**
1717 MAIN STREET, SUITE 2800
DALLAS, TX 75201
T  214.939.5500    F 214.939.5849    klgates.com
Tax ID No. 25 0921018

Energy Future Holdings Corp.
1601 Bryan Street
Dallas, TX  75201
Attn:   Meagan Horn

| | | |
|---|---|---|
| Invoice Date | : | October 10, 2014 |
| Invoice Number | : | 3006983 |
| Services Through | : | September 30, 2014 |

**1204784.00001    Franchise Tax**

## INVOICE SUMMARY

| | |
|---|---|
| Fees | $          73.00 |
| **CURRENT INVOICE DUE** | $          **73.00** |

*Please send payment to:  K&L Gates, RCAC, 925 Fourth Avenue, Suite 2900, Seattle, Washington 98104-1158*
*Payment can also be made by wire to:  US Bank, Private Financial Services, 1420 5th Ave. Suite 2100,*
*Seattle, WA 98101, ABA Routing Number: 125000105, Account # 153557906580, SWIFT Code USBKUS44IMT*

# K&L GATES

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 09/03/14 | C. Ohlenforst | 0.10 | Emails with S. Lee regarding ███████ | 73.00 |
| | | TOTAL FEES | 0.10 hrs | $ 73.00 |

## TIMEKEEPER SUMMARY

| | | | | |
|---|---|---|---|---|
| C. Ohlenforst | 0.10 hrs at | $ 730.00 / hr | | 73.00 |
| | TOTAL FEES | 0.10 hrs | $ | 73.00 |

# K&L GATES

**K&L GATES LLP**
1717 MAIN STREET, SUITE 2800
DALLAS, TX 75201
T 214.939.5500  F 214.939.5849  klgates.com
Tax ID No. 25 0921018

| | |
|---|---|
| TXU Energy Retail Company LLC | Invoice Date : August 18, 2014 |
| Kirk White | Invoice Number : 2981535 |
| 6555 Sierra Drive, 3W-58 | Services Through : July 31, 2014 |
| Irving, TX 75039 | |

**1205110.00001** ▮▮▮▮▮ e Outsourcing Agreement

## INVOICE SUMMARY

| | |
|---|---|
| Fees | $    60,994.50 |
| **CURRENT INVOICE DUE** | **$    60,994.50** |

*Please send payment to: K&L Gates, RCAC, 925 Fourth Avenue, Suite 2900, Seattle, Washington 98104-1158*
*Payment can also be made by wire to: US Bank, Private Financial Services, 1420 5th Ave. Suite 2100,*
*Seattle, WA 98101, ABA Routing Number: 125000105, Account # 153557906580, SWIFT Code USBKUS44IMT*

# K&L GATES

### FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 06/20/14 | J. D. Krieser | 1.50 | Review correspondence regarding TXU's proposed agreement with ████ telephone conference with K. White regarding ████ begin review of draft. | 990.00 |
| 06/23/14 | J. D. Krieser | 0.30 | Correspondence with K. White regarding ████ | 198.00 |
| 07/02/14 | J. D. Krieser | 1.50 | Conference call with TXU team regarding ████████; review correspondence regarding ████ that apply to phase 1 and phase 2; continue review of starting point for ████ contract. | 990.00 |
| 07/08/14 | J. D. Krieser | 3.00 | Continue review of and revisions to ████; correspondence with ████ and ████ regarding ████. | 1,980.00 |
| 07/09/14 | J. D. Krieser | 5.40 | Continue preparing revised draft of ████; continue preparing ████; review pricing mechanics; review ████ terms. | 3,564.00 |
| 07/10/14 | J. D. Krieser | 2.70 | Review ████ topics and draft ████; review issues for TXU consideration; conference call with TXU team regarding ████ review ████ | 1,782.00 |
| 07/11/14 | J. D. Krieser | 4.60 | Continue preparing revised draft of ████; correspondence with TXU team regarding ████; correspondence with ████ regarding ████ to be used as the starting point for negotiations. | 3,036.00 |
| 07/14/14 | J. D. Krieser | 1.00 | Correspondence with TXU regarding ████; review background materials in preparation for negotiation. | 660.00 |
| 07/15/14 | J. D. Krieser | 7.00 | Participate in meetings with | 4,620.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | ▮▮▮ at TXU; begin making various changes to▮▮; follow-up with C. Howe regarding same. | |
| 07/16/14 | C. N. Howe | 1.30 | Review TXUE/▮▮▮ | 344.50 |
| 07/16/14 | J. D. Krieser | 6.20 | Meetings with ▮▮ at TXU; begin preparing ▮ ▮▮▮ | 4,092.00 |
| 07/17/14 | J. D. Krieser | 3.20 | Prepare draft of ▮▮ ▮▮▮; prepare document tracker; continue revising ▮ | 2,112.00 |
| 07/18/14 | C. N. Howe | 6.00 | Prepare TXUE/▮▮ document tracker; review TXUE ▮▮ and revise ▮ | 1,590.00 |
| 07/18/14 | J. D. Krieser | 4.10 | Continue to prepare revised draft of ▮▮▮. | 2,706.00 |
| 07/19/14 | C. N. Howe | 1.40 | Revise TXUE ▮ ▮▮▮ | 371.00 |
| 07/21/14 | J. D. Krieser | 4.40 | Continue preparing revised draft of ▮▮▮; correspondence with TXU team regarding ▮▮; correspondence with▮▮ team regarding same. | 2,904.00 |
| 07/22/14 | C. N. Howe | 1.80 | Revise ▮▮ based on J. Krieser's in-text comments to draft | 477.00 |
| 07/22/14 | J. D. Krieser | 8.50 | Meeting at TXU regarding▮▮; review Articles 11, 15 and 16 as revised by ▮▮▮; prepare revised draft of ▮▮; prepare revised drafts of ▮▮ ▮; correspondence with ▮▮ and TXU teams regarding same. | 5,610.00 |
| 07/23/14 | J. D. Krieser | 2.00 | Correspondence with ▮▮ and ▮▮ regarding ▮▮▮; update document tracker; review drafts in preparation for meeting with ▮▮ | 1,320.00 |
| 07/24/14 | J. D. Krieser | 6.30 | Meetings with ▮▮ at TXU; begin preparing ▮▮▮ | 4,158.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| | | | █████████; review follow-up correspondence from TXU team. | |
| 07/25/14 | J. D. Krieser | 0.70 | Review correspondence from ██████ regarding █████████ ████████ correspondence with regarding █████████ ████; review files regarding same; correspondence regarding internal meeting. | 462.00 |
| 07/27/14 | J. D. Krieser | 4.00 | Review revised draft of ███ prepared by ██████ team; prepare ██████; review data provisions prepared by ██████ | 2,640.00 |
| 07/28/14 | J. D. Krieser | 5.90 | Continue preparing revised draft of ██; correspondence with TXU team regarding ████ meetings at TXU in preparation for ████████; update tracker. | 3,894.00 |
| 07/29/14 | J. D. Krieser | 8.30 | Meetings at TXU with ██████ team; continue negotiations with ██████ prepare revised draft of ████. | 5,478.00 |
| 07/30/14 | J. D. Krieser | 3.10 | Review list of open points prepared by ██████; continue preparing revised draft of ███; continue review of confidentiality/data protection/data protocols provision; prepare notes for ████████ | 2,046.00 |
| 07/31/14 | J. D. Krieser | 4.50 | Meetings at TXU; continue revision ███; begin compiling █. | 2,970.00 |
| | | TOTAL FEES | 98.70   hrs | $   60,994.50 |

## TIMEKEEPER SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| C. N. Howe | 10.50 | hrs at | $    265.00 | / hr | 2,782.50 |
| J. D. Krieser | 88.20 | hrs at | $    660.00 | / hr | 58,212.00 |
| | TOTAL FEES | 98.70 | hrs | $ | 60,994.50 |

# K&L GATES

**K&L GATES LLP**
1717 MAIN STREET, SUITE 2800
DALLAS, TX 75201
T  214.939.5500   F 214.939.5849   klgates.com
Tax ID No. 25 0921018

TXU Energy Retail Company LLC
Kirk White
6555 Sierra Drive, 3W-58
Irving, TX 75039

| | | |
|---|---|---|
| Invoice Date | : | September 11, 2014 |
| Invoice Number | : | 2992091 |
| Services Through | : | August 31, 2014 |

**1205110.00001** ███████ **Outsourcing Agreement**

## INVOICE SUMMARY

| | |
|---|---|
| Fees | $  42,976.00 |
| **CURRENT INVOICE DUE** | **$  42,976.00** |

*Please send payment to:  K&L Gates, RCAC, 925 Fourth Avenue, Suite 2900, Seattle, Washington 98104-1158*
*Payment can also be made by wire to:  US Bank, Private Financial Services, 1420 5th Ave. Suite 2100,*
*Seattle, WA 98101, ABA Routing Number: 125000105, Account # 153557906580, SWIFT Code USBKUS44IMT*

# K&L GATES

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 08/01/14 | J. D. Krieser | 1.00 | Review correspondence from ██ regarding █████; continue preparing ██ correspondence with ████ regarding ████. | 660.00 |
| 08/04/14 | J. D. Krieser | 2.50 | Prepare ████ continue to revise ██ | 1,650.00 |
| 08/05/14 | J. D. Krieser | 5.00 | Meeting at TXU regarding ███; ████ revise ███; correspondence with ████ regarding same. | 3,300.00 |
| 08/06/14 | J. D. Krieser | 0.50 | Review correspondence from ██ regarding ██; review updated chart. | 330.00 |
| 08/07/14 | J. D. Krieser | 7.40 | Attend meetings with ████; begin preparing next version of revised ██ | 4,884.00 |
| 08/08/14 | J. D. Krieser | 2.50 | Prepare revised draft of ██ | 1,650.00 |
| 08/10/14 | J. D. Krieser | 0.30 | Review correspondence from ██ regarding ████; preliminary review of same. | 198.00 |
| 08/11/14 | J. D. Krieser | 4.00 | Continue preparing revised draft of ██; review ██ proposed by ██ on 8/11. | 2,640.00 |
| 08/12/14 | J. D. Krieser | 9.40 | Continue preparing revised draft; meeting with TXU team regarding ██; further revise draft; transmittal to ██. | 6,204.00 |
| 08/13/14 | J. D. Krieser | 0.20 | Review correspondence from ██ regarding ██ | 132.00 |
| 08/14/14 | J. D. Krieser | 1.70 | Update tracker; review correspondence regarding revised ██; preliminary review of same; review and respond to correspondence from ██ regarding ██ review correspondence from ██ regarding ██ | 1,122.00 |

# K&L GATES

Invoice # 2992091
1205110.00001
Page 3 of 4

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 08/15/14 | C. N. Howe | 4.20 | Revise ███████████ | 1,113.00 |
| 08/15/14 | J. D. Krieser | 0.40 | Review and respond to correspondence from ████████ regarding ████████████; review responses from TXU team on ████████████ | 264.00 |
| 08/17/14 | J. D. Krieser | 3.00 | Review and prepare comments to ████████████; correspondence with team regarding comments to ██████; prepare revised drafts of ████████████; correspondence with team regarding █████; correspondence with ████████ regarding ████████. | 1,980.00 |
| 08/18/14 | J. D. Krieser | 0.40 | Prepare draft of ██████ to attach to the ██████ agreement. | 264.00 |
| 08/19/14 | J. D. Krieser | 1.20 | Correspondence with TXU team regarding ████████████; review and response to ████████ regarding ████████████; update form of ██████; correspondence with TXU team regarding ██████ | 792.00 |
| 08/20/14 | J. D. Krieser | 2.10 | Review correspondence from TXU regarding ████████████; conference call with Accenture and TXU teams; instruct Cate Howe regarding document review. | 1,386.00 |
| 08/22/14 | C. N. Howe | 0.40 | Revise ████████████ and ██████ | 106.00 |
| 08/22/14 | J. D. Krieser | 0.30 | Correspondence with ████████ regarding ████████ | 198.00 |
| 08/23/14 | C. N. Howe | 3.00 | Revise ████████████ | 795.00 |
| 08/23/14 | J. D. Krieser | 0.50 | Correspondence regarding █████ and ████████. | 330.00 |
| 08/24/14 | J. D. Krieser | 1.70 | Review of draft ██████ from ████████; correspondence with TXU team regarding ████████ | 1,122.00 |
| 08/25/14 | C. N. Howe | 0.30 | Revise ████████ | 79.50 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | correspondence with J. Krieser regarding additional edits to ███ | |
| 08/25/14 | J. D. Krieser | 7.60 | Continue review of ███ draft provided by ████; participate in meetings with TXU and ████ teams. | 5,016.00 |
| 08/26/14 | C. N. Howe | 2.10 | Revise ████████████ | 556.50 |
| 08/26/14 | J. D. Krieser | 0.80 | Review draft of the ███; review correspondence from ████ regarding data provisions. | 528.00 |
| 08/27/14 | J. D. Krieser | 0.70 | Review correspondence from ████ regarding confidentiality and data provisions; review correspondence from ████ regarding ████; review data and confidentiality provisions of the ███ in preparation for meeting with ███ | 462.00 |
| 08/28/14 | J. D. Krieser | 5.50 | Conference call with ████ team; conference call with ████ and team regarding ████; revise ███; correspondence to ████ team regarding same. | 3,630.00 |
| 08/29/14 | J. D. Krieser | 0.30 | Correspondence with ████ and ████████ regarding ████. | 198.00 |
| 08/31/14 | J. D. Krieser | 2.10 | Review ███ draft of the ███; prepare comments to same; review ████████ | 1,386.00 |
| | | **TOTAL FEES** | **71.10 hrs** | **$   42,976.00** |

## TIMEKEEPER SUMMARY

| | | | | |
|---|---|---|---|---|
| C. N. Howe | 10.00 hrs at | $ | 265.00  / hr | 2,650.00 |
| J. D. Krieser | 61.10 hrs at | $ | 660.00  / hr | 40,326.00 |
| | **TOTAL FEES** | **71.10 hrs** | **$** | **42,976.00** |

# K&L GATES

**K&L GATES LLP**
1717 MAIN STREET, SUITE 2800
DALLAS, TX 75201
T 214.939.5500   F 214.939.5849   klgates.com
Tax ID No. 25 0921018

TXU Energy Retail Company LLC
Kirk White
6555 Sierra Drive, 3W-58
Irving, TX 75039

| | | |
|---|---|---|
| Invoice Date | : | October 7, 2014 |
| Invoice Number | : | 3004237 |
| Services Through | : | September 30, 2014 |

**1205110.00001** ███████ **Outsourcing Agreement**

## INVOICE SUMMARY

| | | |
|---|---|---|
| Fees | $ | 25,012.00 |
| **CURRENT INVOICE DUE** | **$** | **25,012.00** |

*Please send payment to:  K&L Gates, RCAC, 925 Fourth Avenue, Suite 2900, Seattle, Washington 98104-1158*
*Payment can also be made by wire to:  US Bank, Private Financial Services, 1420 5th Ave. Suite 2100,*
*Seattle, WA 98101, ABA Routing Number: 125000105, Account # 153557906580, SWIFT Code USBKUS44IMT*

# K&L GATES

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 09/02/14 | C. N. Howe | 0.40 | Correspondence with J. Krieser; prepare redlines | 106.00 |
| 09/02/14 | J. D. Krieser | 5.60 | Meetings at TXU regarding █████ █; prepare revised draft of the ███; review and prepare revised draft of the ████. | 3,696.00 |
| 09/03/14 | J. D. Krieser | 1.40 | Prepare revised draft of ███; prepare revised draft of █████ correspondence with ██████ regarding same. | 924.00 |
| 09/04/14 | C. N. Howe | 0.10 | Correspondence with J. Krieser about status of ███ draft | 26.50 |
| 09/04/14 | J. D. Krieser | 3.80 | Internal meetings at TXU regarding ██████; negotiation with █████ followup regarding structure of damages judgment. | 2,508.00 |
| 09/05/14 | J. D. Krieser | 1.50 | Conference call with TXU and ██████ teams regarding closing gap on ██████ ████ regarding TXU Data; follow-up correspondence with ████ regarding ██████ | 990.00 |
| 09/08/14 | C. N. Howe | 2.60 | Conduct integration and clean up review of ███ exhibits and attachments | 689.00 |
| 09/08/14 | J. D. Krieser | 0.70 | Review and respond to correspondence from ███ and ████ regarding ████████; correspondence with Cate regarding final review of ███ documents. | 462.00 |
| 09/09/14 | C. N. Howe | 2.90 | Conduct clean up and integration review of ███ and Exhibits | 768.50 |
| 09/09/14 | J. D. Krieser | 0.70 | Review and respond to correspondence from TXU regarding ██████ | 462.00 |
| 09/10/14 | C. N. Howe | 3.80 | Review Exhibits to ███ for ██████, and | 1,007.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | ██████████ and provide summaries of ███████████ | |
| 09/10/14 | J. D. Krieser | 5.40 | Review ████████ draft of ███████; conference call regarding same; prepare revised draft of ████; review and respond to correspondence from ████████ regarding ██████████████; prepare comments to ████████; correspondence with TXU team regarding ████ | 3,564.00 |
| 09/11/14 | C. N. Howe | 5.90 | Review and clean up ████████████████ | 1,563.50 |
| 09/11/14 | J. D. Krieser | 2.30 | Correspondence with ████ and ████ regarding ██████████████; review ████ and Exhibit edits; telephone conference with ████ about █████████; review revised ████; prepare further edits to ██████████████; correspondence with ████████ and TXU regarding same. | 1,518.00 |
| 09/12/14 | C. N. Howe | 0.40 | Correspondence with J. Krieser regarding potential need for a ██████████████ | 106.00 |
| 09/12/14 | J. D. Krieser | 1.40 | Internal calls regarding ████████; prepare revised draft; correspondence with ████ regarding ████; follow-up with Cate and ████ regarding other ██. | 924.00 |
| 09/15/14 | C. N. Howe | 5.50 | Review transaction documents for gaps to be filled prior to execution; call with ██████████████ and J. Krieser to █████████; preparation of execution PDFs and redlines | 1,457.50 |
| 09/15/14 | J. D. Krieser | 3.20 | Prepare final drafts of ████████; final reviews; follow-up with Cate regarding same; conference call with TXU regarding █████████. | 2,112.00 |
| 09/16/14 | J. D. Krieser | 0.50 | Correspondence regarding execution of ████ and correspondence with ████████ regarding ████████████████; follow-up with Cate regarding same. | 330.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 09/17/14 | C. N. Howe | 1.90 | Review TXUE and ▮▮▮ changes to ▮▮▮ Attachment ▮ and Exhibit ▮ prepare new execution packets for signature | 503.50 |
| 09/17/14 | J. D. Krieser | 1.20 | Correspondence regarding updates to ▮▮▮ ▮▮▮ telephone conference with Cate regarding same; correspondence with ▮▮▮ regarding ▮▮▮ | 792.00 |
| 09/18/14 | C. N. Howe | 0.90 | Review ▮▮▮ signed documents and compare with TXUE proposed execution documents | 238.50 |
| 09/18/14 | J. D. Krieser | 0.40 | Correspondence regarding execution copy of ▮▮▮ documents; follow-up with Cate; review correspondence from ▮ and ▮ regarding ▮▮▮ | 264.00 |
| | | **TOTAL FEES** | 52.50  hrs | $    25,012.00 |

## TIMEKEEPER SUMMARY

| | | | | | | |
|---|---|---|---|---|---|---|
| C. N. Howe | 24.40 | hrs at | $ | 265.00 | / hr | 6,466.00 |
| J. D. Krieser | 28.10 | hrs at | $ | 660.00 | / hr | 18,546.00 |
| | **TOTAL FEES** | | 52.50 | hrs | $ | 25,012.00 |