**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | **Related Docket No. 2536** |

**OBJECTION BY CAPGEMINI AMERICA, INC. TO
DEBTORS' PROPOSED CURE AMOUNT
(Building Lease for Office Space for Data Center)**

Capgemini America, Inc. ("Capgemini") hereby objects to the cure amount under the

Sublease (defined below) set forth in the Debtors' *Notice of Assumption of Certain Executory*

*Contracts and Unexpired Leases and Related Relief Thereto* dated October 23, 2014 (Docket No.

2536), and respectfully represents as follows:

1.     Energy Future Holdings Corp ("EFH") and its affiliates (the "Debtors") filed a

voluntary petition for relief under Chapter 11 of Title 11 of the United States Code on April 29,

2014.  The Debtors have continued to operate their businesses and manage their properties as

debtors-in-possession pursuant to 11 U.S.C. §§ 1107(a) and 1108.

2.     The Debtor EFH Corporate Services Company ("EFH CSC") remains a tenant at

1100 Empire Central, Dallas, Texas, pursuant to a nonresidential real property sublease, as set

forth in an Assignment of Sublease Agreement between the EFH CSC and Capgemini dated as

of November 1, 2009 (the "Sublease").  EFH CSC is in default under the Sublease with

Capgemini.

3.      Through the Notice, the Debtors have required that any counterparty which objects to the proposed cure amount set forth in the Notice do so by November 6, 2014.

4.      In order to assume the Sublease, the Debtors are obligated to cure all defaults under the Sublease and compensate Capgemini for its actual pecuniary losses as a result of defaults under the Sublease.  See 11 U.S.C. § 365(b)(1)(A) & (B).

5.      The Debtors' Proposed Amount of $16,175.35 does not accurately reflect the amount owing under the Sublease, and it fails to take into account all charges that are currently due and owing under the parties' agreement.

6.      The actual amount due Capgemini under the Sublease as of November 5, 2014 is $97,194.64 (the "Actual Cure Amount"), itemized as follows:

**Dallas Data Center Sublease**
**Amounts due from EFH - reflects payments through October 31, 2014**

| Invoice | Invoice Date | Pymt Due Date | Client | Description | Invoice Amount | Pre-Petition Amount (All Unpaid) | Post-Petition Amount | Post-Petition Payments | Total Pre and Post-Petition Unpaid |
|---------|--------------|---------------|--------|-------------|----------------|----------------------------------|----------------------|------------------------|-------------------------------------|
| PB311 | 3/19/2014 | 4/2/2014 | EFH | DDC Rent for Apr-14 | $10,417.78 | $9,723.26 | $694.52 | $694.52 | $9,723.26 |
| PB328 | 6/18/2014 | 7/2/2014 | EFH | Electricity for Jan 14-Mar-14 | $39,426.24 | $39,426.24 | | | $39,426.24 |
| PB342 | 8/21/2014 | 10/5/2014 | EFH | Electricity for Mar 14 - Jun 14 | $40,263.64 | $14,563.45 | $25,700.20 | $25,700.20 | $14,563.45 |
| PB336 | 7/18/2014 | 8/1/2014 | EFH | DDC Rent for Aug-14 | $10,061.21 | | $10,061.21 | $5,707.46 | $4,353.75 |
| PB341 | 8/21/2014 | 9/4/2014 | EFH | DDC Rent for Sep-14 | $10,061.21 | | $10,061.21 | | $10,061.21 |
| PB349 | 9/19/2014 | 11/3/2014 | EFH | Electricity for July | $9,160.05 | | $9,160.05 | | $9,160.05 |
| PB353 | 10/21/2014 | 11/4/2014 | EFH | DDC Rent for Nov-14 | $9,906.69 | | $9,906.69 | | $9,906.69 |
| | | | | Total | $129,296.82 | $63,712.95 | $65,583.88 | $32,102.18 | $97,194.64 |

Electricity charges are specifically identified as a fee for continued occupancy pursuant to section 6(c) of the Assignment of Sublease Agreement.

- 2 -

{B1786556; 1}

Case 14-10979-CSS    Doc 2707    Filed 11/06/14    Page 3 of 5

7.    Capgemini reserves its rights to object to any proposed assumption and assignment of the Sublease in the event these defaults are not cured.

WHEREFORE, Capgemini requests the entry of an Order requiring the Debtors to pay the Actual Cure Amount in connection with any assumption and/or assignment of the Sublease under the Debtors' Notice or otherwise, and entering such other and further relief as is just.

Dated: November 6, 2014
     Wilmington, DE

**SULLIVAN • HAZELTINE • ALLINSON** LLC

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
901 North Market Street, Suite 1300
Wilmington, Delaware 19801
Tel: (302) 428-8191
Fax: (302) 428-8195
Email: bsullivan@sha-lc.com

and

Patrick P. Dinardo (BBO #125250)
SULLIVAN & WORCESTER LLP
One Post office Square
Boston, MA 02109
Tel: 617-338-2800
Fax: 617-338-2880
Email: *pdinardo@sandw.com*

*Counsel for Capgemini America, Inc.*

- 3 -

{B1786556; 1}

## CERTIFICATE OF SERVICE

I, William D. Sullivan, hereby certify that, on November 6, 2014, I caused one copy of the *Objection by Capgemini America, Inc. to Debtors' Proposed Cure Amount* to be served upon the parties listed below in the manner indicated.

**Via Hand Delivery**

Mark D. Collins, Esq.
Daniel J. DeFranceschi, Esq.
Jason M. Madron, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

*Counsel to the Debtors*

**Via First Class U.S. Mail**

James H.M. Sprayregen, Esq.
Chad J. Husnick, Esq.
Steven N. Serajeddini, Esq.
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

*Counsel to the Debtors*

**Via Hand Delivery**

Christopher A. Ward, Esq.
Justin K. Edelson, Esq.
Shanti M. Katona, Esq.
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801

*Counsel to the Official Committee of
Unsecured Creditors*

**Via First Class U.S. Mail**

Edward O. Sassower, Esq.
Stephen E. Hessler, Esq.
Brian Schartz, Esq.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022

*Counsel to the Debtors*

**Via Hand Delivery**

Richard Shepacarter, Esq.
Office of the U. S. Trustee
844 N. King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801

*United States Trustee*

**Via First Class U.S. Mail**

Brett H. Miller, Esq.
Lorenzo Marinuzzi, Esq.
Todd M. Goren, Esq.
Morrison & Foerster LLP
250 West 55th Street
New York, New York 10019-9601

*Counsel to the Official Committee of Unsecured
Creditors*

**Via Hand Delivery**

Pauline K. Morgan, Esq.
Andrew L. Magaziner, Esq.
Young Conaway Stargatt & Taylor, LLP
1000 North King Street
Wilmington, Delaware 19801

*Counsel to the Ad Hoc Committee of TCEH
First Lien Creditors*

**Via First Class U.S. Mail**

Alan W. Kornberg, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019

*Counsel to the Ad Hoc Committee of TCEH First
Lien Creditors*

*November 6, 2014*
Date

*/s/ William D. Sullivan*
William D. Sullivan