**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

    **PLEASE TAKE NOTICE** that Sullivan & Cromwell LLP and Montgomery, McCracken, Walker & Rhoads, LLP hereby appear as proposed counsel for the Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. (the "EFH Committee") in the above-captioned jointly administered cases pursuant to 11 U.S.C. §§ 1103(a) and 1109(b) and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

    **PLEASE TAKE FURTHER NOTICE** that the EFH Committee hereby requests, pursuant to Bankruptcy Rule 2002 that copies of all notices and pleadings given or required to be given in these cases, and all papers served or required to be served in these cases, be served upon the following:

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Andrew G. Dietderich
Brian D. Glueckstein
Michael H. Torkin
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail:dietdericha@sullcrom.com
gluecksteinb@sullcrom.com
torkinm@sullcrom.com

- and -

Natalie D. Ramsey
Davis Lee Wright
Mark A. Fink
**MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP**
1105 N. Market Street, 15th Floor
Wilmington, Delaware 19801
Telephone: (302) 504-7800
Facsimile: (302) 504 -7820
E-mail:nramsey@mmwr.com
dwright@mmwr.com
mfink@mmwr.com

      **PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only

notices and papers referred to in the Bankruptcy Rules specified above, but also includes,

without limitation, all other notices, papers, reports, orders, agenda letters, applications, motions,

petitions, pleadings, requests, complaints or demands, statements of affairs, operating reports,

schedules of assets and liabilities whether formal or informal, whether written or oral, and

whether transmitted or conveyed by United States, overnight or electronic mail, hand delivery,

telephone, telex, facsimile or otherwise.

      **PLEASE TAKE FURTHER NOTICE** that the EFH Committee intends that neither this

*Notice of Appearance and Request for Service of Papers* nor any later appearance, pleading,

claim or suit shall waive shall not waive (i) the EFH Committee's right to have final orders in

non-core matters entered only after de novo review by a higher court, (ii) the EFH Committee's right to trial by jury in any proceeding so triable in any case, controversy, or proceeding related to these bankruptcy cases, (iii) the EFH Committee's right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, (iv) the EFH Committee's right to enforce any contractual provisions with respect to arbitration, or (v) any other rights, claims, actions, defense, setoffs, or recoupments to which the EFH Committee is or may be entitled under agreements, in law or in equity, including the right to contest the jurisdiction of the United States Bankruptcy Court for the District of Delaware over the EFH Committee, all of which rights, claims, actions, defense, setoffs, and recoupments the EFH Committee expressly reserves.

Dated:  Wilmington, Delaware
        November 6, 2014

Respectfully submitted,

Andrew G. Dietderich
Brian D. Glueckstein
Michael H. Torkin
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, New York 10004-2498
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail:  dietdericha@sullcrom.com
         gluecksteinb@sullcrom.com
         torkinm@sullcrom.com

- and -

3787940v1

**MONTGOMERY McCRACKEN WALKER & RHOADS, LLP**

  _/s/ Natalie D. Ramsey_              
Natalie D. Ramsey (DE Bar No. 5378)
Davis Lee Wright (DE Bar No. 4324)
Mark A. Fink (DE Bar No. 3946)
1105 North Market Street, 15th Floor
Wilmington, DE  19801
Telephone: (302) 504-7800
Facsimile: (302) 504 -7820
E-mail:    nramsey@mmwr.com
            dwright@mmwr.com
            mfink@mmwr.com

_Proposed Counsel for The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc._

-4-