# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) ) ) Chapter 11 |
| Energy Future Holdings Corp., *et al.*,[1] | ) ) Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Elizabeth Blakely of Polsinelli PC to represent The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., *et al.*, in this action.

Dated: November 7, 2014

**POLSINELLI PC**

/s/ *Christopher A. Ward*
Christopher A. Ward (DE Bar No. 3877)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
Email: cward@polsinelli.com

*Counsel for The Official
Committee of Unsecured Creditors of
Energy Future Holdings Corp., et al.*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://efhcaseinfo.com.

49166574.1

Date Filed 11·6·14
Docket No. 2708

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the New Jersey Bar and the New York Bar, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: November 7, 2014

POLSINELLI PC

/s/ Elizabeth Blakely
Elizabeth Blakely
900 Third Avenue, 21st Floor
New York, NY 10022
Telephone: 212-684-0199
Facsimile: 212-684-0197
E-mail: eblakelypaquet@polsinelli.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *Pro Hac Vice* is granted.

Dated: November 7, 2014

The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

49166574.1