# **EXHIBIT A**

**Statement of Fees and Expenses By Subject Matter**

## COMPENSATION BY PROJECT CATEGORY
## SEPTEMBER 1, 2014 THROUGH SEPTEMBER 30, 2014

| Matter Number | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| Applicable to All Debtors[5] | | | |
| 12 | Tax Analysis | N/A | N/A |
| 25 | Public Policy Advice | N/A | N/A |
| 30 | Case Administration, Employment and Fee Applications | 90.5 | $46,441.00 |
| 46 | Budget-Related Work | 9.9 | $6,714.50 |
| Total for All-Debtor Matters | | 100.4 | $53,155.50 |
| Applicable to TCEH Debtors | | | |
| 4 | Litigation: Disputes and Potential Litigation with Aurelius | N/A | N/A |
| 8 | Litigation: FPL v. TXU (Texas Supreme Court) | N/A | N/A |
| 13 | Litigation: FOIA Disputes and EPA Matters | 5.8 | $3,654.00 |
| 16 | Litigation: Sierra Club - Eastern District of Texas | N/A | N/A |
| 17 | Litigation: Sierra Club - Western District of Texas | 89.9 | $65,681.80 |
| 18 | Litigation: NSR Case | 17.4 | $11,581.50 |
| 22 | Litigation: 2004 FPL Lawsuit | 8.5 | $5,355.00 |
| 23 | Litigation: 2011 FPL Lawsuit | 1.9 | $1,197.00 |
| 24 | Litigation: FPL Offer Curves Dispute | N/A | N/A |
| 41 | SEC Matters | N/A | N/A |
| 43 | Corporate Matters | N/A | N/A |
| 44 | Non-Working Travel | N/A | N/A |
| Total for TCEH Matters | | 123.5 | $87,469.30 |
| Applicable to EFIH Debtors | | | |
| 27 | First Lien DIP Exchange Offer | N/A | N/A |
| 28 | Second Lien DIP Tender Offer | N/A | N/A |

---

[5] Matter categories applicable to all Debtors are allocated to each Debtor in the same proportion as the amount incurred by each Debtor to its direct benefit on a monthly basis. In this Monthly Fee Statement, 83.1% of the fees ($44,164.91) shall be allocated to the TCEH estate, 0% of the fees ($0.00) shall be allocated to the EFIH estate, and 16.9% of the fees ($8,990.59) shall be allocated to the EFH estate.

| Matter Number | Project Category | Total Hours | Total Fees |
|---|---|---:|---:|
| 29 | Second Lien DIP Notes Offering | N/A | N/A |
| 34 | SEC Matters | N/A | N/A |
| 35 | Corporate Matters | N/A | N/A |
| 40 | Non-Working Travel | N/A | N/A |
| Total for EFIH Matters | | N/A | N/A |
| Applicable to EFH Debtors | | | |
| 31 | SEC Matters | 4.8 | $3,792.00 |
| 32 | Corporate Matters | 24.6 | $14,014.00 |
| 38 | Non-Working Travel | N/A | N/A |
| Total for EFH Matters | | 29.4 | $17,806.00 |
| **Total** | | **253.3** | **$127,162.02** |

**EXPENSE SUMMARY**
**SEPTEMBER 1, 2014 THROUGH SEPTEMBER 30, 2014**

| Expenses Category | Total Expenses |
|---|---|
| Outside Services/Consultants | $408.26 |
| Telephone Charges | $9.12 |
| **Total:** | **$417.38** |

RLF1 11037084v.1