# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The Gibson Dunn professionals and paraprofessionals who rendered professional services in these cases during the Fee Period are:

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| William B. Dawson | Partner. Joined firm as a Partner in 2011. Member of TX Bar since 1975. | $925.00 | 25.0 | $23,125.00 |
| Amy L. Goodman | Partner. Became Partner in 2005. Member of MA Bar since 1975, and DC Bar since 1999. | $1,075.00 | .8 | $860.00 |
| Robert B. Little | Partner. Joined firm as a Partner in 2011. Member of TX Bar since 1998. | $790.00 | 29.2 | $24,058.00 |
| John F. Olson | Partner. Became Partner in 1971. Member of DC Bar since 1977. | $1,415.00 | 0.5 | $707.50 |
| Michael L. Raiff* | Partner. Joined firm as a Partner in 2011. Member of TX Bar since 1992. | $840.00 | 28.7 | $18,354.00 |
| Ashley E. Johnson | Of Counsel. Became an Of Counsel in 2014. Member of NC Bar since 2007, and TX Bar since 2009. | $740.00 | 6.6 | $4,158.00 |
| Matthew G. Bouslog | Associate. Joined firm as an associate in 2012. Member of CA Bar since 2011. | $555.00 | 32.0 | $17,760.00 |
| Caitlin A. Calloway | Associate. Joined firm as an Associate in 2012. Member of TX Bar since 2012. | $435.00 | 9.7 | $4,219.50 |
| Katherine E. Cournoyer* | Associate. Joined firm as an Associate in 2013. Member of NY Bar since 2012, and TX Bar since 2014. | $555.00 | 11.4 | $7,182.00 |

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Russell H. Falconer* | Associate. Joined firm as an Associate in 2011. Member of TX Bar since 2009. | $535.00 | 33.7 | $21,050.50 |
| Scott J. Fulford* | Associate. Joined firm as an Associate in 2014. Member of TX Bar since 2012. | $440.00 | 6.1 | $3,843.00 |
| Jeremy L. Graves | Associate. Joined firm as an Associate in 2008. Member of CO Bar since 2012. | $710.00 | 10.9 | $7,739.00 |
| Madison A. Jones | Associate. Joined firm as an Associate in 2013. Member of TX Bar since 2011. | $495.00 | 6.7 | $3,316.50 |
| Sean Sandoloski* | Associate. Joined firm as an Associate in 2012. Member of TX Bar since 2011. | $555.00 | 6.7 | $4,221.00 |
| Emily B. Speak | Associate. Joined firm as an Associate in 2013. Member of CA Bar since 2013. | $440.00 | 10.0 | $4,400.00 |
| John-Paul Vojtisek | Associate. Joined firm as an Associate in 2005. Member of NY Bar since 2006. | $710.00 | 0.4 | $284.00 |
| Duke K. Amponsah | Paralegal. Joined firm as a Paralegal in 2012. | $380.00 | 33.7 | $12,806.00 |
| Gaya K. Holman* | Paralegal. Joined firm as a Paralegal in 2013. | $355.00 | 1.2 | $346.80 |
| **TOTAL** | | | 253.3 | $158,430.80 |
| **Blended Rate** | | | | $625.47 |

* The Debtors and Gibson Dunn have agreed to a blended hourly rate of $630.00 for Mr. Raiff and all associates for work performed on matter numbers 13, 16-18, and 22-24. For all other matters, this attorney bills at the hourly rate specified herein.

RLF1 11037084v.1