## **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

**EXPENSE SUMMARY**
**SEPTEMBER 1, 2014 THROUGH SEPTEMBER 30, 2014**

**Applicable to TCEH Debtors**

| Expenses Category | Total Expenses |
|---|---:|
| Outside Services/Consultants | $408.26 |
| Telephone Charges | $9.12 |
| **TOTAL** | **$417.38** |

**TOTAL EXPENSES** $417.38