**EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

| Invoice Number | Matter Name | Date | Name Of Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 2014103216 | TCEH | 20130617 | William B. Dawson | Outside Services/ Consultants | | | $408.26 | Vendor: M&M Security Services, Inc. Outside Services/Consultants 06/11-06/16/13 Roy Hill/Waco outside services rendered |
| 2014103216 | TCEH | 20140919 | Michael L. Raiff | Telephone Charges | | | $1.14 | Telephone Call to Birmingham, AL |
| 2014103216 | TCEH | 20140930 | William B. Dawson | Telephone Charges | | | $1.14 | Telephone Call to Waco, TX |
| 2014103216 | TCEH | 20140930 | William B. Dawson | Telephone Charges | | | $6.84 | Telephone Call to Waco, TX |