IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. 2052, 2087 & 2539** |
| | ) | |

## NOTICE

**PLEASE TAKE NOTICE** that in its November 3, 2014 ruling in connection with the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order (A) Approving Bidding Procedures, (B) Scheduling an Auction and Related Deadlines and Hearings, and (C) Approving the Form and Manner of Notice Thereof* [Docket No. 2087], the Bankruptcy Court made a statement regarding certain intercompany issues.[2]

**PLEASE TAKE FURTHER NOTICE** that each of (a) Energy Future Holdings Corporation ("EFH"), (b) Energy Future Intermediate Holdings Company LLC ("EFIH"), and (c) Energy Future Competitive Holdings Company LLC and Texas Competitive Holdings Company LLC (collectively, "TCEH") is in the process of retaining independent counsel to advise the applicable Debtor regarding actual conflict matters and is considering retention of

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Hrg. Tr. 14-10979 (CSS) (Bankr. D. Del. Nov. 3, 2014) ("[R]egardless of the merits of the debtors' preferred tax structure upon which I offer no opinion one way or the other, there can be no question that it raises actual internal conflicts among the debtors' estates.").

RLF1 11039713v.1

other advisors as determined to be necessary by the disinterested directors of the applicable entity.

**PLEASE TAKE FURTHER NOTICE** that the disinterested directors of EFH, EFIH, and TCEH, respectively, will determine the scope of the independent counsel's role in consultation with such independent counsel, including advising the applicable Debtor regarding inter-Debtor claims where an actual conflict exists.[3]

[*Remainder of page intentionally blank.*]

---

[3] The filing of this Notice constitutes compliance with (a) paragraph six of the *Order Authorizing the Retention and Employment of Kirkland & Ellis and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective* Nunc Pro Tunc to the *Petition Date* [Docket No. 2052], which requires Kirkland & Ellis LLP to file a notice if any potential conflict between or among the Debtors becomes an actual conflict and (b) paragraph 8 of the *Order Authorizing the Debtors to Retain and Employ Richards, Layton & Finger, P.A. as Co-Counsel Effective* Nunc Pro Tunc *to the Petition Date* [Docket No. 2539].

The Debtors are also in the process of complying with the *Stipulation and Agreed Order Regarding a Protocol for Certain Case Matters* [Docket No. 2051], which requires the independent directors of TCEH to consult with representatives of the ad hoc TCEH noteholder group, the official committee of unsecured creditors appointed by the Court on May 13, 2014 [Docket No. 420], and the indenture trustee for the TCEH second lien notes regarding the selection of independent counsel.

Dated: November 7, 2014
     Wilmington, Delaware    */s/ William A. Romanowicz*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
William A. Romanowicz (No. 5794)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
       defranceschi@rlf.com
       madron@rlf.com
       romanowicz@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**

Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   edward.sassower@kirkland.com
       stephen.hessler@kirkland.com
       brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
       chad.husnick@kirkland.com
       steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession