**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Brian D. Glueckstein of Sullivan & Cromwell LLP, 125 Broad Street, New York, New York 10004-2498, to represent the Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC; EFIH Finance, Inc.; and EECI, Inc. in these bankruptcy cases.

Dated:  November 7, 2014                MONTGOMERY, MCCRACKEN, WALKER &
                                        RHOADS, LLP

                                        */s/ Davis Lee Wright*
                                        Davis Lee Wright, Esquire (I.D. # 4324)
                                        1105 North Market Street, 15th Floor
                                        Wilmington, DE  19801
                                        Telephone: (302) 504-7800
                                        Facsimile: (302) 504-7820
                                        E-mail: dwright@mmwr.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* for Brian D. Glueckstein is granted.

Date: _____               _____
                                  The Honorable Christopher S. Sontchi
                                  United States Bankruptcy Judge

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

3788507v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the *Revised Standing Order for District Court Fund* effective July 23, 2009, I further certify that the annual fee of $25.00 has been paid to the Clerk's Office of the United States District Court of the District of Delaware prior to the filing of this motion.

Dated: November 6, 2014

Brian D. Glueckstein
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2498
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: gleucksteinb@sullcrom.com