## Exhibit D

## Summary of Total Fees Incurred and Hours Billed During the Fee Period

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Todd W. Filsinger | Senior Managing Director | $750 | 601.20 | $450,900.00 |
| Jean Agras | Managing Director | $720 | 498.60 | $358,992.00 |
| Gary Germeroth | Managing Director | $720 | 691.00 | $497,520.00 |
| Scott Davis | Director | $545 | 749.00 | $408,205.00 |
| Paul Harmon | Director | $575 | 350.80 | $201,710.00 |
| Tim Wang | Director | $575 | 386.30 | $222,122.50 |
| Michael Gadsden | Managing Consultant | $460 | 521.10 | $239,706.00 |
| Jill Kawakami | Managing Consultant | $430 | 729.90 | $313,857.00 |
| Buck Monday | Managing Consultant | $450 | 1.00 | $450.00 |
| Michael Perry | Managing Consultant | $410 | 661.00 | $271,010.00 |
| Samuel Schreiber | Managing Consultant | $455 | 694.70 | $316,088.50 |
| Laura Hatanaka | Consultant | $390 | 772.10 | $301,119.00 |
| Pamela Morin | Consultant | $380 | 34.45 | $13,091.00 |
| Brian Rettig | Analyst | $275 | 164.30 | $45,182.50 |
| Alex Vinton | Analyst | $275 | 576.30 | $158,482.50 |
| | **Totals:[1]** | **$511.11** | **7,431.75** | **$3,798,436.00** |

---

[1] Blended hourly rate shown.

RLF1 11042594v.1