## **Exhibit E**

**Summary of Actual and Necessary Expenses for the Fee Period**

| Expense | Amount |
|---|---:|
| Overnight Delivery | $39.00 |
| Lodging | $64,590.85 |
| Airfare | $70,848.21 |
| Transportation to/from airport | $13,523.24 |
| Travel Meals | $14,899.20 |
| Other Travel Expenses | $9,789.37 |
| Market Research & Subscriptions | $12,589.00 |
| Vehicle Rental | $6,710.74 |
| **Totals:** | **$192,989.61** |