# Exhibit F

## Summary of Fees and Expenses by Project Category for the Fee Period

| Project Category Number | Project Category Description | Hours | Total Compensation | Expenses | Total |
|---|---|---|---|---|---|
| 1 | Long-Range Forecast | 1,097.40 | $611,648.00 | $0 | $611,648.00 |
| 2 | Metric Analysis | 937.00 | $456,546.00 | $0 | $456,546.00 |
| 3 | Generation Analysis | 583.70 | $302,859.50 | $0 | $302,859.50 |
| 4 | Retail Analysis | 446.60 | $195,162.50 | $0 | $195,162.50 |
| 5 | Commodity Analysis | 424.10 | $222,537.00 | $0 | $222,537.00 |
| 6 | Competitor Analysis | 409.60 | $177,184.00 | $0 | $177,184.00 |
| 7 | EBITDA Projection | 102.80 | $55,598.00 | $0 | $55,598.00 |
| 8 | Environmental Analysis | 216.30 | $122,080.00 | $0 | $122,080.00 |
| 9 | Short-Range Forecast | 281.70 | $142,360.50 | $0 | $142,360.50 |
| 10 | Capital Projects | 46.60 | $20,011.50 | $0 | $20,011.50 |
| 11 | Wholesale Operations | 287.10 | $159,947.50 | $0 | $159,947.50 |
| 12 | Retail Operations | 318.30 | $149,642.00 | $0 | $149,642.00 |
| 13 | T&D Operations | 9.20 | $4,163.50 | $0 | $4,163.50 |
| 14 | Data Collection and Diligence | 716.90 | $362,653.00 | $0 | $362,653.00 |
| 15 | Reports | 689.00 | $369,082.50 | $0 | $369,082.50 |
| 16 | Hearings | 6.50 | $3,640.50 | $5,599.48 | $9,239.98 |
| 17 | On Site Diligence | 491.50 | $244,968.00 | $187,390.13 | $432,358.13 |
| 18 | Project Management | 210.60 | $120,513.00 | $0 | $120,513.00 |
| 19 | Project Administration | 156.85 | $77,839.00 | $0 | $77,839.00 |
| **Totals** | | **7,431.75** | **$3,798,436.00** | **$192,989.61** | **$3,991,425.61** |

RLF1 11042594v.1