Daniel K. Bearden
LAW OFFICES OF ROBERT E. LUNA, P.C.
4411 N. Central Expressway
Dallas, TX  75205
(214) 521-8000
(214) 521-1738 FACSIMILE
bearden@txschoollaw.com

ATTORNEY FOR CARROLLTON-FARMERS BRANCH
INDEPENDENT SCHOOL DISTRICT

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | § § § § | |
| **Energy Future Holdings Corp.** | § § § | Case No. 14-10979-CSS |
| **Debtors** | § | **CHAPTER 11** |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

Please take notice that pursuant to §1109(b) of the United States Bankruptcy Code, if applicable, and Rules 2002 and 9010(b) of the Bankruptcy Rules, the undersigned requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following:

> CARROLLTON-FARMERS BRANCH
> INDEPENDENT SCHOOL DISTRICT
> c/o Daniel K. Bearden, Esq.
> LAW OFFICES OF ROBERT E. LUNA, P.C.
> 4411 N. Central Expressway
> Dallas, Texas 75205
> (214) 521-8000
> (214) 521-1738 FACSIMILE
> bearden@txschoollaw.com

Please take further notice that pursuant to §1109(b) of the United States Bankruptcy Code, if applicable, the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, any plan of reorganization

NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF PAPERS, PAGE 1

and objections thereto, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronic delivery, facsimile or otherwise.

        Respectfully submitted,

        LAW OFFICES OF ROBERT E. LUNA, P.C.
        4411 N. Central Expressway
        Dallas, Texas 75205
        (214) 521-8000
        (214) 521-1738 FACSIMILE
        bearden@txschoollaw.com

        By:  /s/ Daniel K. Bearden
             Daniel K. Bearden
             State Bar No. 01981500

        Attorney for CARROLLTON-FARMERS BRANCH INDEPENDENT SCHOOL DISTRICT

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Appearance and Request for Service of Papers was served upon the parties listed below via electronic delivery through the Court's CM/ECF system and/or first class U.S. mail this 22nd day of October, 2014.

        /s/ Daniel K. Bearden
        DANIEL K. BEARDEN

Richard M. Cieri
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022

| | |
|---|---|
| Mark D. Collins<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801 | U.S. Trustee<br>United States Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899 |