IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) Re: Docket No. 2712 |

ORDER SHORTENING NOTICE PERIOD IN CONNECTION
WITH "MOTION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*,
CLARIFYING CERTAIN RELIEF GRANTED IN THE NON-PROPRIETARY
TRADING ORDER AND SEEKING ENTRY OF AN ORDER AUTHORIZING THE
DEBTORS TO ENTER INTO NON-PROPRIETARY HEDGING AND TRADING
ARRANGEMENTS WITH A TENOR BEYOND DECEMBER 31, 2015 AND
SUBJECT TO HEDGE AND TENOR LIMITATIONS CONSISTENT WITH
HISTORICAL PRACTICE" AND GRANTING RELATED RELIEF

Upon the motion, dated November 6, 2014 (the "Motion"),[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for entry of an order pursuant to Rule 9006 of the Federal Rules of Bankruptcy Procedure and Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware shortening the notice period in connection with the *Motion of Energy Future Holdings Corp., et al., Clarifying Certain Relief Granted in the Non-Proprietary Trading Order and Seeking Entry of an Order Authorizing Certain Debtors to Enter Into Non-Proprietary Hedging and Trading Arrangements With a Tenor Beyond December 31, 2015 and*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

RLF1 11028382v.1

*Subject to Hedge and Tenor Limitations Consistent With Historical Practice* (the "Non-Proprietary Hedging and Trading Motion") and granting certain related relief, all as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and the Court having determined the relief sought in the Motion is in the best interests of the Debtors, their estates and creditors, and all parties in interest; and the Court having determined the legal and factual bases set forth in the Motion establish just cause for the relief granted herein, it is

      1.     ORDERED that the Motion is GRANTED, as set forth herein; and it is further

      2.     ORDERED that the hearing to consider the Non-Proprietary Hedging and Trading Motion shall be held on **November 20, 2014 at 12:00 p.m. (noon) (EST)**; and it is further

      3.     ORDERED that written objections to the Non-Proprietary Hedging and Trading Motion, if any, shall be filed and served no later than **November 17, 2014 at 4:00 p.m. (EST)**; and it is further

      4.     ORDERED that the Debtors are granted leave to file and serve a reply to any objections that are filed in connection with the Non-Proprietary Hedging and Trading Motion by **November 19, 2014 at 12:00 p.m. (noon) (EST)**; and it is further

5.  ORDERED that this Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order.

Dated: November /2, 2014
Wilmington, Delaware

*/s/ Christopher S. Sontchi*

THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE