## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 14-10979 |
| | § | |
| ENERGY FUTURE HOLDINGS, CORP. | § | |
| | § | |
| DEBTOR(S) | § | CHAPTER 11 |

## WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, GALENA PARK INDEPENDENT SCHOOL DISTRICT, Claimant to Withdraw the Secured Claim for Taxes (Claim #2487) filed on June 23, 2014, in the name of, GALENA PARK INDEPENDENT SCHOOL DISTRICT, and in the amount of $2,080.93.

Claimant hereby withdraws such claim.

Respectfully submitted,

PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P.

By: /s/ Owen M. Sonik
  Owen M. Sonik
  State Bar No. 18847250
  Attorney for Claimant
  1235 North Loop West, Ste. 600
  Houston, TX 77008
Dated: November 12, 2014     (713) 862-1860/FAX (713) 862-1429

CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing instrument was duly served by depositing same in the United States Mail, by first class mail, with proper postage affixed, ECF e-notice or via facsimile transmission and served on the parties listed below as required by Rule 3006 on the 12th day of November, 2014.

/s/ Owen M. Sonik
Owen M. Sonik

**ATTORNEY FOR DEBTOR**

Iskender H. Catto, whose email address is:    icatto@mwe.com

**U.S. TRUSTEE**

Richard L. Schepacarter, whose email address is:    richard.scheparcarter@usdoj.gov