IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) ) | (Jointly Administered) |
| | | Re:  D.I. 2051 |

**CERTIFICATION OF COUNSEL CONCERNING
STIPULATION AND AGREED ORDER EXTENDING DATES IN
ORDER REGARDING A PROTOCOL FOR CERTAIN CASE MATTERS**

The undersigned hereby certifies as follows:

1. On September 16, 2014, the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court") entered the *Stipulation and Agreed Order Regarding A Protocol for Certain Case Matters* [D.I. 2051] (the "Case Protocol"). Pursuant to the Case Protocol, the Bankruptcy Court approved certain agreements relating to, among other things, the administration of certain aspects of the above-captioned chapter 11 cases by and between the above-captioned debtors and debtors in possession (collectively, the "Debtors") and certain of the Debtors' creditors and other constituents as specified in the signature pages of the Case Protocol (together with the Debtors, the "Parties").

2. Subsequent to the entry of the Case Protocol, the Parties agreed, subject to Bankruptcy Court approval, to modify paragraph 9 of the Case Protocol. To that end, the Parties

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

have prepared that certain *Stipulation and Agreed Order Extending Dates in Order Regarding a Protocol for Certain Case Matters* (the "Amendment to Protocol"). A copy of the Amendment to Protocol is attached hereto as Exhibit A. As set forth in the Amendment to Protocol, other than the agreed amendment to paragraph 9 of the Case Protocol, the Case Protocol shall remain unchanged and in full force and effect. The Debtors believe that entry of the Amendment to Protocol is in the best interests of their estates and should be approved. The Amendment to Protocol has been circulated to, and is acceptable to, all of the Parties.

3. The Debtors therefore respectfully request that the Bankruptcy Court enter the Amendment to Protocol, substantially in the form attached hereto as Exhibit A, at its earliest convenience.

[*Remainder of page intentionally left blank.*]

Dated: November 12, 2014
      Wilmington, Delaware

                                                */s/ Jason M. Madron*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
           defranceschi@rlf.com
           madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   edward.sassower@kirkland.com
           stephen.hessler@kirkland.com
           brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
           chad.husnick@kirkland.com
           steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession