**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: D.I. 1832** |

**NOTICE OF AGREEMENT TO EXTEND DEADLINES IN ORDER ESTABLISHING DISCOVERY PROCEDURES IN CONNECTION WITH LEGACY DISCOVERY OF ENERGY FUTURE HOLDINGS CORPORATION, ITS AFFILIATES, AND CERTAIN THIRD PARTIES AND OTHER RELATED MATTERS**

Pursuant to the terms of the *Order Establishing Discovery Procedures in Connection with Legacy Discovery of Energy Future Holdings Corporation, Its Affiliates, and Certain Third Parties and Other Related Matters*, dated August 13, 2014 [D.I. 1832] ("Legacy Discovery Protocol"), by agreement by and between the Debtors and each of the Participants, the deadlines in the following paragraphs of the Legacy Discover Protocol are extended as follows:

Paragraph 5(h):  Unless the time for compliance is extended by the Court or by agreement of and among the Debtors and the Participants, recipients of Initial Consolidated Requests shall certify to the Participants the substantial completion of their production of documents no later than one-hundred and twenty (120) days after receipt of the Initial Consolidated Requests, and shall certify to the Participants the full completion of their production of documents no later than one hundred and fifty (150) days after receipt of the Initial

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 11054632v.1

Consolidated Requests. Such timeline is premised on the fact that the Debtors have not filed a plan of confirmation and to the extent any disclosure statement or plan of confirmation is filed such timeline will be subject to modification as appropriate by the Court or by agreement of and among the Debtors and the Participants.

Paragraph 8(c): Unless the time for compliance is extended by the Court or by agreement of and among the Debtors and the Participants, recipients of Initial Consolidated Requests shall provide all privilege logs no later than forty-five (45) days after the substantial completion of their production of documents in response to the Initial Consolidated Requests by such recipient. Recipients of Follow-Up Consolidated Requests or other document requests under this Order shall provide all privilege logs no later than twenty-one (21) days after the substantial completion of their production of documents in response thereto.

[*Remainder of page intentionally left blank.*]

Dated: November 12, 2014
      Wilmington, Delaware

*/s/ Jason M. Madron*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
       defranceschi@rlf.com
       madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   edward.sassower@kirkland.com
       stephen.hessler@kirkland.com
       brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
       marc.kieselstein@kirkland.com
       chad.husnick@kirkland.com
       steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession