IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| ENERGY FUTURE HOLDINGS CORP., et al.,[1] | ) Case No. 14-10979 (CSS) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE  :
                   : SS.
NEW CASTLE COUNTY  :

      Barbara J. Witters, being duly sworn according to law, deposes and says that she is employed as a Paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 30th day of September, 2014, she caused a copy of the following to be served as indicated on the attached list:

*Monthly Operating Report for August 2014* [Docket No. 2274]

*Barbara J. Witters* (signature)
Barbara J. Witters
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this 1st day of October, 2014.

_____
Notary Public

[Notary Seal: LESLEY A. MORRIS, MY COMMISSION EXPIRES FEB. 26, 2015, NOTARY PUBLIC, STATE OF DELAWARE]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 10885167v.1

## SERVICE LIST

Via Hand Delivery

Richard Schepacarter, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

RLF1 10885167v.1