# **EXHIBIT A**

**Statement of Fees and Expenses By Subject Matter**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 3 | [ALL] Automatic Stay | 42.50 | $28,577.00 |
| 4 | [ALL] Bond Issues | 0.90 | $616.50 |
| 5 | [ALL] Business Operations | 6.20 | $4,025.00 |
| 6 | [ALL] Case Administration | 116.90 | $70,723.50 |
| 8 | [ALL] Claims Administration & Objections | 187.60 | $124,598.50 |
| 9 | [ALL] Contested Matters & Adv. Proceed. | 1,070.60 | $474,702.50 |
| 10 | [ALL] Corp. Governance and Sec. Issues | 554.50 | $411,749.00 |
| 11 | [ALL] Exec. Contracts & Unexpired Leases | 205.50 | $131,767.50 |
| 12 | [ALL] Hearings | 122.20 | $77,320.50 |
| 13 | [ALL] Insurance | 15.90 | $8,028.00 |
| 14 | [ALL] K&E Retention and Fee Applications | 844.70 | $518,243.00 |
| 17 | [ALL] Non-K&E Retentions & Fee Apps | 330.70 | $207,036.00 |
| 18 | [ALL] Non-Working Travel | 101.00 | $84,955.00 |
| 21 | [ALL] Plan and Disclosure Statements | 1,305.00 | $984,771.00 |
| 25 | [ALL] Retention of Professionals | 0.80 | $740.00 |
| 26 | [ALL] Retiree and Employee Issues/OPEB | 770.90 | $613,250.50 |
| 27 | [ALL] Schedules, SoFAs | 36.40 | $28,114.00 |
| 29 | [ALL] Tax Issues | 465.90 | $437,633.00 |
| 32 | [ALL] Valuation | 1,114.90 | $673,352.50 |
| 34 | [TCEH] Asset Dispositions and Purchases | 40.00 | $25,837.00 |
| 35 | [TCEH] Automatic Stay | 24.40 | $14,904.00 |
| 38 | [TCEH] Cash Collateral and DIP Financing | 18.00 | $14,101.00 |
| 39 | [TCEH] Claims Administration & Objection | 79.40 | $48,716.00 |
| 40 | [TCEH] Contested Matters & Advers. Proc. | 620.40 | $428,571.00 |
| 46 | [TCEH] Non-Debtor Affiliates | 5.90 | $3,874.50 |
| 49 | [TCEH] Official Committee Issues & Meet. | 20.40 | $13,107.50 |
| 57 | [TCEH] Trading and Hedging Contracts | 6.50 | $4,879.50 |
| 62 | [TCEH] Vendor and Other Creditor Issues | 50.00 | $31,432.00 |
| 66 | [EFIH] Cash Collat./DIP Finan./Makewhole | 41.20 | $41,136.00 |
| 68 | [EFIH] Contested Matters & Advers. Pro. | 545.60 | $333,065.50 |
| 89 | [EFH] EFH Properties | 1.60 | $1,066.00 |
| 96 | [EFH] Official Committee Issues & Meet. | 9.00 | $7,380.00 |
| 108 | [TCEH] Exec. Contracts & Unexpired Lease | 132.00 | $82,684.50 |
| **Totals:** | | **8,887.50** | **$5,930,957.50** |

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $2,086.21 |
| Standard Copies or Prints | $5,950.30 |
| Binding | $28.00 |
| Tabs/Indexes/Dividers | $0.00 |
| Color Copies or Prints | $5,094.30 |
| Scanned Images | $0.00 |
| Production Blowbacks | $1,768.20 |
| 4 Binders" | $0.00 |
| Postage | $0.00 |
| Overnight Delivery | $332.27 |
| Outside Messenger Services | $744.27 |
| Local Transportation | $826.61 |
| Travel Expense | $18,746.25 |
| Airfare | $23,245.55 |
| Transportation to/from airport | $5,439.33 |
| Travel Meals | $660.04 |
| Other Travel Expenses | $443.19 |
| Court Reporter Fee/Deposition | $841.50 |
| Outside Paralegal Assistance | $87,607.50 |
| Outside Copy/Binding Services | $339.60 |
| Working Meals/K&E Only | $20.00 |
| Working Meals/K&E and Others | $0.00 |
| Catering Expenses | $0.00 |
| Outside Retrieval Service | $3.96 |
| Computer Database Research | $5,100.00 |
| Overtime Transportation | $2,680.67 |
| Overtime Meals - Non-Attorney | $44.00 |
| Overtime Meals - Attorney | $1,262.43 |
| Secretarial Overtime | $0.00 |
| Document Services Overtime | $0.00 |
| Rental Expenses | $690.55 |
| Electronic Data Storage | $2,246.58 |
| Cash Credits | -$12,270.00 |
| **Total:** | **$153,931.31** |