# EXHIBIT B

## Attorneys and Paraprofessionals' Information

The K&E attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Jack N Bernstein | Partner | 1995 | Employee Benefits | 965.00 | 25.70 | $24,800.50 |
| Andrew Calder, P.C. | Partner | 2003 | Corporate - M&A/Private Equity | 1,195.00 | 70.00 | $83,650.00 |
| Richard M Cieri | Partner | 1981 | Restructuring | 1,245.00 | 47.40 | $59,013.00 |
| Jeanne T Cohn-Connor | Partner | 1985 | Environment - Transactional | 895.00 | 6.30 | $5,638.50 |
| Cormac T Connor | Partner | 2002 | Litigation - Gov/Reg/Internal Investgn | 775.00 | 84.20 | $65,255.00 |
| David R Dempsey | Partner | 2006 | Litigation - General | 825.00 | 269.10 | $222,007.50 |
| Gregory W Gallagher, P.C. | Partner | 1997 | Taxation | 1,195.00 | 68.30 | $81,618.50 |
| Jonathan F Ganter | Partner | 2010 | Litigation - General | 775.00 | 187.60 | $145,390.00 |
| Jeffrey M Gould | Partner | 2006 | Litigation - General | 795.00 | 107.60 | $85,542.00 |
| William Guerrieri | Partner | 2008 | Restructuring | 840.00 | 90.40 | $75,936.00 |
| Erik Hepler | Partner | 1990 | Corporate - Debt Finance | 995.00 | 0.30 | $298.50 |
| Stephen E Hessler | Partner | 2001 | Restructuring | 995.00 | 145.30 | $144,573.50 |
| Edward B Holzwanger | Partner | 2004 | Labor & Employment | 825.00 | 1.00 | $825.00 |
| Vicki V Hood | Partner | 1977 | Employee Benefits | 1,075.00 | 1.10 | $1,182.50 |
| Chad J Husnick | Partner | 2004 | Restructuring | 915.00 | 164.40 | $150,426.00 |
| Ellen M Jakovic | Partner | 1985 | Litigation - Antitrust/Competition | 975.00 | 1.10 | $1,072.50 |
| Marc Kieselstein, P.C. | Partner | 1988 | Restructuring | 1,125.00 | 2.00 | $2,250.00 |
| Michelle Kilkenney | Partner | 2002 | Corporate - Debt Finance | 995.00 | 7.50 | $7,462.50 |
| Gregg G Kirchhoefer, P.C. | Partner | 1982 | IP - Transactional | 1,075.00 | 1.70 | $1,827.50 |
| William A Levy, P.C. | Partner | 1988 | Taxation | 1,195.00 | 2.50 | $2,987.50 |
| Todd F Maynes, P.C. | Partner | 1988 | Taxation | 1,295.00 | 75.00 | $97,125.00 |
| Andrew R McGaan, P.C. | Partner | 1986 | Litigation - General | 1,025.00 | 13.60 | $13,940.00 |
| Mark E McKane | Partner | 1997 | Litigation - General | 925.00 | 200.10 | $185,092.50 |
| Amber J Meek | Partner | 2009 | Corporate - M&A/Private Equity | 775.00 | 95.20 | $73,780.00 |
| Andres C Mena | Partner | 2001 | Corporate - Debt Finance | 995.00 | 3.50 | $3,482.50 |
| Roberto S Miceli | Partner | 2000 | Real Estate | 885.00 | 0.60 | $531.00 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Linda K Myers, P.C. | Partner | 1990 | Corporate - Debt Finance | 1,245.00 | 15.10 | $18,799.50 |
| Joanne Nagjee | Partner | 2007 | Taxation | 895.00 | 38.90 | $34,815.50 |
| Bridget K O'Connor | Partner | 2003 | Litigation - General | 840.00 | 167.60 | $140,784.00 |
| Adam C Paul | Partner | 1997 | Restructuring | 965.00 | 0.50 | $482.50 |
| Michael A Petrino | Partner | 2008 | Litigation - General | 775.00 | 63.50 | $49,212.50 |
| Scott D Price | Partner | 1990 | Executive Compensation | 1,175.00 | 6.40 | $7,520.00 |
| William T Pruitt | Partner | 2004 | Litigation - General | 840.00 | 108.10 | $90,804.00 |
| Joshua Samis | Partner | 2005 | Corporate - Debt Finance | 840.00 | 15.50 | $13,020.00 |
| Edward O Sassower, P.C. | Partner | 2000 | Restructuring | 1,125.00 | 179.60 | $202,050.00 |
| Brian E Schartz | Partner | 2008 | Restructuring | 840.00 | 197.40 | $165,816.00 |
| James H M Sprayregen, P.C. | Partner | 1985 | Restructuring | 1,245.00 | 56.50 | $70,342.50 |
| Bryan M Stephany | Partner | 2007 | Litigation - General | 795.00 | 131.10 | $104,224.50 |
| David M Tarr | Partner | 2007 | Corporate - Debt Finance | 875.00 | 0.60 | $525.00 |
| Sara B Zablotney | Partner | 2003 | Taxation | 1,095.00 | 20.50 | $22,447.50 |
| Julia Allen | Associate | 2012 | Litigation - General | 595.00 | 52.50 | $31,237.50 |
| Andrew Barton | Associate | 2010 | Executive Compensation | 795.00 | 10.30 | $8,188.50 |
| Katherine Bolanowski | Associate | 2009 | Corporate - Debt Finance | 795.00 | 0.80 | $636.00 |
| Peter Bryce | Associate | 2014 | Litigation - General | 520.00 | 23.80 | $12,376.00 |
| Diana Chang | Associate | 2012 | Litigation - General | 595.00 | 22.00 | $13,090.00 |
| Elizabeth S Dalmut | Associate | 2013 | Litigation - General | 520.00 | 132.30 | $68,796.00 |
| Alexander Davis | Associate | 2012 | Litigation - General | 595.00 | 156.30 | $92,998.50 |
| Kristen L Derhaag | Associate | 2012 | Corporate - Debt Finance | 685.00 | 1.00 | $685.00 |
| Michael Esser | Associate | 2009 | Litigation - General | 750.00 | 231.00 | $173,250.00 |
| Arjun Garg | Associate | 2008 | Litigation - General | 775.00 | 0.60 | $465.00 |
| Michael Gawley | Associate | 2013 | Litigation - General | 520.00 | 39.50 | $20,540.00 |
| Emily Geier | Associate | 2012 | Restructuring | 685.00 | 216.00 | $147,960.00 |
| Matthew Goldberger | Associate | 2014 | Restructuring | 535.00 | 15.60 | $8,346.00 |
| Andrew W Grindrod | Associate | 2012 | Litigation - General | 595.00 | 93.20 | $55,454.00 |
| Ryan Guerrero | Associate | 2013 | Corporate - General | 535.00 | 33.40 | $17,869.00 |
| Michele E Gutrick | Associate | 2008 | Litigation - General | 775.00 | 0.50 | $387.50 |
| Haris Hadzimuratovic | Associate | 2008 | Litigation - General | 710.00 | 70.20 | $49,842.00 |
| Sean F Hilson | Associate | 2013 | Restructuring | 535.00 | 47.30 | $25,305.50 |
| Sam Hong | Associate | 2008 | IP - Transactional | 685.00 | 0.50 | $342.50 |
| Natasha Hwangpo | Associate | 2014 | Restructuring | 535.00 | 241.90 | $129,416.50 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Ashley G James | Associate | 2010 | Labor & Employment | 710.00 | 0.30 | $213.00 |
| Vinu Joseph | Associate | 2013 | Litigation - General | 520.00 | 75.40 | $39,208.00 |
| Lauren R Kanzer | Associate | 2014 | Restructuring | 535.00 | 49.00 | $26,215.00 |
| Howard Kaplan | Associate | 2011 | Litigation - General | 665.00 | 11.60 | $7,714.00 |
| Austin Klar | Associate | 2013 | Litigation - General | 520.00 | 31.50 | $16,380.00 |
| Lucas J Kline | Associate | 2009 | Litigation - General | 750.00 | 124.80 | $93,600.00 |
| Nick Laird | Associate | 2013 | Litigation - General | 520.00 | 99.30 | $51,636.00 |
| Teresa Lii | Associate | 2014 | Restructuring | 535.00 | 156.40 | $83,674.00 |
| Ashley Littlefield | Associate | 2011 | Litigation - General | 665.00 | 22.90 | $15,228.50 |
| Melanie MacKay | Associate | 2010 | Litigation - General | 710.00 | 111.70 | $79,307.00 |
| Christopher J Maner | Associate | 2012 | Litigation - General | 595.00 | 6.10 | $3,629.50 |
| Eric Merin | Associate | 2014 | Litigation - General | 520.00 | 22.90 | $11,908.00 |
| Timothy Mohan | Associate | 2014 | Restructuring | 535.00 | 130.60 | $69,871.00 |
| Roxana Mondragon-Motta | Associate | 2011 | Litigation - General | 665.00 | 28.40 | $18,886.00 |
| Jaran R Moten | Associate | 2013 | Litigation - General | 520.00 | 48.00 | $24,960.00 |
| Michael Muna | Associate | 2013 | Corporate - General | 450.00 | 30.70 | $13,815.00 |
| Brett Murray | Associate | 2013 | Restructuring | 625.00 | 196.10 | $122,562.50 |
| Veronica Nunn | Associate | 2010 | Corporate - General | 685.00 | 148.10 | $101,448.50 |
| Jessica Peet | Associate | 2014 | Restructuring | 625.00 | 38.80 | $24,250.00 |
| Samara L Penn | Associate | 2010 | Litigation - General | 710.00 | 100.00 | $71,000.00 |
| Carleigh T Rodriguez | Associate | 2013 | Environment - Transactional | 535.00 | 3.00 | $1,605.00 |
| Bradford B Rossi | Associate | 2011 | Energy | 625.00 | 33.70 | $21,062.50 |
| Max Schlan | Associate | 2012 | Restructuring | 625.00 | 261.20 | $163,250.00 |
| Mark F Schottinger | Associate | 2012 | Litigation - General | 595.00 | 120.60 | $71,757.00 |
| Steven Serajeddini | Associate | 2010 | Restructuring | 795.00 | 179.10 | $142,384.50 |
| Anthony Sexton | Associate | 2011 | Restructuring | 685.00 | 115.00 | $78,775.00 |
| Stephanie Shropshire | Associate | 2014 | Litigation - General | 520.00 | 60.30 | $31,356.00 |
| Aaron Slavutin | Associate | 2011 | Restructuring | 625.00 | 230.30 | $143,937.50 |
| Justin Sowa | Associate | 2013 | Litigation - General | 595.00 | 70.60 | $42,007.00 |
| Sarah Stock | Associate | 2013 | Litigation - General | 520.00 | 24.50 | $12,740.00 |
| Pierson Stoecklein | Associate | 2011 | Corporate - General | 625.00 | 31.80 | $19,875.00 |
| Adam Teitcher | Associate | 2013 | Litigation - General | 595.00 | 98.20 | $58,429.00 |
| Stephanie S Thibault | Associate | 2009 | Litigation - General | 750.00 | 103.20 | $77,400.00 |
| David Thompson | Associate | 2013 | Corporate - General | 450.00 | 23.20 | $10,440.00 |
| Holly R Trogdon | Associate | 2014 | Litigation - General | 450.00 | 173.90 | $78,255.00 |
| Andrew J Welz | Associate | 2011 | Litigation - General | 710.00 | 154.40 | $109,624.00 |
| Jason Whiteley | Associate | 2010 | Energy | 795.00 | 114.90 | $91,345.50 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Spencer A Winters | Associate | 2013 | Restructuring | 535.00 | 182.60 | $97,691.00 |
| Eric P Yeager | Associate | 2013 | Litigation - General | 520.00 | 11.40 | $5,928.00 |
| Aparna Yenamandra | Associate | 2013 | Restructuring | 625.00 | 244.40 | $152,750.00 |
| Grand Total | | | | | 7,730.40 | $5,599,854.50 |

The paraprofessionals of K&E who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Stephanie Ding | Case Assistant | 1 year | Litigation - General | 195.00 | 63.00 | $12,285.00 |
| Jason Douangsanith | Case Assistant | 2 months | Litigation - General | 195.00 | 24.20 | $4,719.00 |
| John Nedeau | Case Assistant | 1 year | Restructuring | 170.00 | 18.60 | $3,162.00 |
| Lorena Salazar | Case Assistant | 1 year | IP - Transactional | 195.00 | 15.00 | $2,925.00 |
| Jim Castro | Legal Assistant | 4 months | Corporate - General | 265.00 | 2.00 | $530.00 |
| Michael S Fellner | Legal Assistant | 9.5 years | Litigation - General | 250.00 | 18.00 | $4,500.00 |
| Beth Friedman | Legal Assistant | 10 years | Restructuring | 355.00 | 63.80 | $22,649.00 |
| Jacob Goldfinger | Legal Assistant | 10 years | Restructuring | 320.00 | 77.50 | $24,800.00 |
| Shavone Green | Legal Assistant | 1.5 years | Restructuring | 265.00 | 10.20 | $2,703.00 |
| Lisa A Horton | Legal Assistant | 13 years | Litigation - General | 330.00 | 94.70 | $31,251.00 |
| Adrienne Levin | Legal Assistant | 7.5 years | Litigation - General | 310.00 | 56.10 | $17,391.00 |
| Maureen McCarthy | Legal Assistant | 12 years | Restructuring | 330.00 | 11.00 | $3,630.00 |
| Robert Orren | Legal Assistant | 4 years | Restructuring | 290.00 | 96.00 | $27,840.00 |
| Sharon G Pace | Legal Assistant | 2 years | Litigation - General | 250.00 | 84.30 | $21,075.00 |
| Meghan Rishel | Legal Assistant | 9 months | Litigation - General | 250.00 | 63.30 | $15,825.00 |
| Mark Ruggiero | Legal Assistant | 1 year | Litigation - General | 280.00 | 7.20 | $2,016.00 |
| Kenneth J Sturek | Legal Assistant | 15 years | Litigation - General | 330.00 | 79.90 | $26,367.00 |
| Colleen C Caamano | Litigation Suppt Cons | 2.5 years | Litigation - General | 290.00 | 40.30 | $11,687.00 |
| Jason Goodman | Litigation Suppt Cons | 9 years | Litigation - General | 290.00 | 24.60 | $7,134.00 |

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| William G Marx | Litigation Suppt Cons | 4.5 years | Litigation - General | 295.00 | 54.50 | $16,077.50 |
| Chad M Papenfuss | Litigation Suppt Cons | 1.5 years | Litigation - General | 295.00 | 126.20 | $37,229.00 |
| Katelyn Ye | Litigation Suppt Cons | 11.5 years | Litigation - General | 290.00 | 4.10 | $1,189.00 |
| Raul D Catungal | Litigation Suppt Spec | 3 years | Litigation - General | 290.00 | 2.00 | $580.00 |
| Mark Cuevas | Litigation Suppt Spec | 2 years | Litigation - General | 290.00 | 81.20 | $23,548.00 |
| Muhammad A Rashid | Litigation Suppt Spec | 2 years | Litigation - General | 290.00 | 3.00 | $870.00 |
| Linda M Chuk | Other | 2 years | Admin Services | 225.00 | 1.00 | $225.00 |
| Linda A Scussel | Other | 10 years | Admin Services | 310.00 | 15.10 | $4,681.00 |
| Michele Cohan | Project Assistant | 3 months | Restructuring | 195.00 | 17.10 | $3,334.50 |
| Giang Pettinati | Trial Tech Specialist | 2 months | Litigation - General | 275.00 | 3.20 | $880.00 |
| **Grand Total** | | | | | 1,157.10 | $331,103.00 |

| | **Total Fees Requested** | **$5,930,957.50** |
|---|---|---|