## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

## ALL - Expense Summary

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $2,058.23 |
| Standard Copies or Prints | $5,461.20 |
| Binding | $26.60 |
| Tabs/Indexes/Dividers | $0.00 |
| Color Copies or Prints | $4,784.40 |
| Scanned Images | $0.00 |
| Production Blowbacks | $1,514.00 |
| 4 Binders" | $0.00 |
| Postage | $0.00 |
| Overnight Delivery | $332.27 |
| Outside Messenger Services | $744.27 |
| Local Transportation | $826.61 |
| Travel Expense | $18,746.25 |
| Airfare | $23,245.55 |
| Transportation to/from airport | $5,439.33 |
| Travel Meals | $660.04 |
| Other Travel Expenses | $443.19 |
| Court Reporter Fee/Deposition | $841.50 |
| Outside Paralegal Assistance | $87,607.50 |
| Outside Copy/Binding Services | $339.60 |
| Working Meals/K&E Only | $20.00 |
| Working Meals/K&E and Others | $0.00 |
| Catering Expenses | $0.00 |
| Outside Retrieval Service | $3.96 |
| Computer Database Research | $5,100.00 |
| Overtime Transportation | $2,680.67 |
| Overtime Meals - Non-Attorney | $44.00 |
| Overtime Meals - Attorney | $1,202.43 |
| Secretarial Overtime | $0.00 |
| Document Services Overtime | $0.00 |
| Rental Expenses | $690.55 |
| Electronic Data Storage | $2,246.58 |
| Cash Credits | -$12,270.00 |
| **Total:** | **$152,788.73** |

**TCEH - Expense Summary**

| Service Description | Amount |
|---|---|
| Third Party Telephone Charges | $27.98 |
| Standard Copies or Prints | $202.00 |
| Binding | $1.40 |
| Tabs/Indexes/Dividers | $0.00 |
| Color Copies or Prints | $183.60 |
| Scanned Images | $0.00 |
| Production Blowbacks | $186.30 |
| Transportation to/from airport | $0.00 |
| Other Travel Expenses | $0.00 |
| Overtime Meals - Attorney | $0.00 |
| Document Services Overtime | $0.00 |
| **Total:** | **$601.28** |

## **EFIH - Expense Summary**

| Service Description | Amount |
|---|---:|
| Standard Copies or Prints | $195.70 |
| Tabs/Indexes/Dividers | $0.00 |
| Color Copies or Prints | $50.10 |
| Scanned Images | $0.00 |
| Production Blowbacks | $67.90 |
| Overtime Transportation | $0.00 |
| Overtime Meals - Attorney | $0.00 |
| **Total:** | **$313.70** |

## **EFH - Expense Summary**

| Service Description | Amount |
|---|---|
| Standard Copies or Prints | $91.40 |
| Color Copies or Prints | $76.20 |
| Scanned Images | $0.00 |
| Overtime Meals - Attorney | $60.00 |
| Document Services Overtime | $0.00 |
| **Total:** | **$227.60** |