

(11/10/2014)

Notice of Withdrawal of Claim by AT&T

Withdraw Claim # 1860
EFH Corporate Services Company
Bankruptcy Case number: 14-10996
Associated Case number: 14-11035
$476.87

Thank you,

/s/ Melissa Dunlap
AT&T Bankruptcy Representative
Md741f@att.com





(11/10/2014)

Notice of Withdrawal of Claim by AT&T

Withdraw Claim # 5352
EFH Corporate Services Company
Bankruptcy Case number: 14-10996
Associated Case number: 14-10997
$134.24

Thank you,

/s/ Melissa Dunlap
AT&T Bankruptcy Representative
Md741f@att.com





(11/10/2014)

Notice of Withdrawal of Claim by AT&T

Withdraw Claim # 5354
EFH Corporate Services Company
Bankruptcy Case number: 14-10996
Associated Case number: 14-10979
$145.50

Thank you,

/s/ Melissa Dunlap
AT&T Bankruptcy Representative
Md741f@att.com





(11/10/2014)

Notice of Withdrawal of Claim by AT&T

Withdraw Claim # 5355
EFH Corporate Services Company
Bankruptcy Case number: 14-10996
$22,187.75

Thank you,

/s/ Melissa Dunlap
AT&T Bankruptcy Representative
Md741f@att.com





# FedEx Express

TRK# 0200 8045 9266 4271

WED - 12 NOV AA
STANDARD OVERNIGHT

XA OGSA

10017
NY-US
EWR

FID 592579 11NOV14 ADSA 522C1/616C/65DD

envelope shipping

---

**FedEx Express** NEW Package US Airbill

FedEx Tracking Number: 8045 9266 4271
Form ID No.: 0200

**1 From**
Date
Sender's Name
Phone
Company
Address
City   State   ZIP

**2 Your Internal Billing Reference**

**3 To**
Recipient's Name   Phone
Company
Address
We cannot deliver to P.O. boxes or P.O. ZIP codes.   Dept/Floor/Suite/Room
Address
Use this line for the HOLD location address or for continuation of your shipping address.
City   State   ZIP

FILED / REC'D
NOV 12 2014
EPIQ SYS

**4 Express Package Service** • To most locations.
NOTE: Service order has changed. Please select carefully.
Packages up to 150 lbs., use FedEx Express Freight US

*Next Business Day*
- FedEx First Overnight
- FedEx Priority Overnight
- FedEx Standard Overnight ✓

*2 or 3 Business Days*
- FedEx 2Day A.M.
- FedEx 2Day
- FedEx Express Saver

**5 Packaging** *Declared value limit $500.
- FedEx Envelope*
- FedEx Pak*
- FedEx Box
- FedEx Tube

**6 Special Handling and Delivery Signature Options**
SATURDAY Delivery
NOT available for FedEx Standard Overnight, FedEx 2Day A.M., or FedEx Express Saver.

- No Signature Required
- Direct Signature
- Indirect Signature

HOLD Weekday
HOLD Saturday

Does this shipment contain dangerous goods?
One box must be checked.
- No
- Yes As per attached Shipper's Declaration
- Yes Shipper's Declaration not required
- Dry Ice, Dry Ice, 9, UN 1845 ___ x ___
- Cargo Aircraft Only

**7 Payment** Bill to:
Enter FedEx Acct. No. or Credit Card No. below.
- Sender Acct.No.in Section 1 will be billed
- Recipient
- Third Party
- Credit Card
- Cash/C

Total Packages   Total Weight ___ lbs.   Credit Card Auth.

Our liability is limited to US$100 unless you declare a higher value. See the current FedEx Service Guide for details.

644

Rev. Date 1/12 • Part #157302 • ©2012 FedEx • PRINTED IN U.S.A. SRF

8045 9266 4271

fedex.com 1.800.GoFedEx 1.800.463.3339