## Exhibit A

| | |
|---|---|
| **Sale Assets:** | Several parcels of land located in Panola County, Texas (each, an "Option Area"), located in or partially in the Martin Lake Mine permit area:<br>• Area West Bond: 71.901 acres<br>• Area East Bond: 37.493 acres<br>• Area Central Bond: 198.606 acres<br>• Mitigation Area: 176.457 acres |
| **Debtor/Seller:** | Luminant Mining Company LLC ("Luminant"). |
| **Purchaser:** | Troy Williams ("Purchaser"). |
| **Marketing/Sales Process:** | Pursuant to that certain settlement agreement dated November 8, 2010 (the "Settlement Agreement") by and among Purchaser, his wife Judy Williams, and any and all persons claiming by, through or under him ("Williams") and Luminant, the parties agreed to (a) resolve and settle all pending disputes with regard to Luminant's mine permitting activities and mining operations at the Martin Lake Mine, (b) sell certain "Immediate Sale Areas" no later than 45 days after the execution of the Settlement Agreement (the "Closing") (c) execute separate option agreements in favor of Williams for the purchase of the Option Areas, and (d) execute a surface lease in favor of Williams relating to the Option Areas.[1]<br><br>In accordance with the terms of the Settlement Agreement, Luminant and Purchaser entered into separate option agreements, (each, an "Option Agreement"), each effective as of December 21, 2010. Each Option Agreement provides that Luminant grants Purchaser an irrevocable, non-transferable, exclusive option to purchase the applicable Option Area in exchange for the option payment (each, an "Option Payment").[2] |
| **Price/Terms:** | Pursuant to the Settlement Agreement and each Option Agreement, each Option Area is available for purchase by Williams at a price equal to the lesser of (a) the then prevailing |

---

[1] The Settlement Agreement provides that each option to purchase an Option Area shall be granted only to, and be personal to, Williams, and shall be non-transferable except to Williams' lineal descendants; *provided, however*, that any restriction on transfer of the Option Area shall terminate upon exercise of the applicable option.

[2] The Settlement Agreement provides Williams with the right to prepay the full purchase price of any Option Area, *provided, however*, that no such prepayment shall be considered or deemed to be an election to exercise any option for which a prepayment is made. At Closing, Williams paid the Option Payments and prepaid the remaining purchase price for the Option Areas.

market price, or (b) with respect to (i) each Option Area other than the Mitigation Area, $1,000 per acre, and (ii) the Mitigation Area, $500 per acre, to be credited in the amount of the Option Payment, *less*, with respect to each Option Area other than the Mitigation Area, $100 (such $100 being independent consideration for the granting of the option).[3]

| Option Area | Gross Purchase Price | Option Payment Credit | Independent Consideration |
|---|---|---|---|
| Area West Bond | $71,901.00 | $40,040.00 | $31,861.00 |
| Area East Bond | $37,493.00 | $20,831.00 | $16,662.00 |
| Area Central Bond | $198,606.00 | $110,776.00 | $87,830.00 |
| Mitigation Area | $88,229.00 | N/A | $88,229.00 |
| *Total* | **$396,229.00** | **$171,647.00** | **$224,582.00** |

**Book Value:**

- Area West Bond: $64,710.90
- Area East Bond: $33,743.70
- Area Central Bond: $178,745.40
- Mitigation Area: $158,811.30

**Other Significant Terms:** The sale of each Option Areas is subject to the terms of the Settlement Agreement and the respective Option Agreement. Additionally, the sale of the Mitigation Area is subject to the U.S. Army Corps of Engineers ("USACE") Individual Permit number 200000575 (the "USACE Permit").

Options may not be exercised until the Option Areas are released from surface mining bond.[4] Additionally, the option to acquire the Mitigation Area shall not be exercisable until the earlier of (a) approval and release of the entire Mitigation Area by the

---

[3] Pursuant to the Sale Order, the Debtors are authorized to consummate the sale or transfer of Sale Assets in any individual or series of related transactions to a single buyer or group of related buyers with a sale price less than or equal to $250,000, without further order of the Court or notice to any party. Because each Option Agreement is a separate agreement supported by independent consideration that may be exercised independently of the other options, the sale of each Option Area is arguably an individual transaction under $250,000. Additionally, the sale of each option is arguably a separate transaction divisible from the exercise of such option and purchase of the Option Area, such that the Option Payment is not part of the purchase price for each Option Area and the actual consideration for all Option Areas is less than $250,000 in the aggregate. Accordingly, the Debtors believe that the proposed sale of the Option Areas is governed by section 2(a) of the Sale Order. Nevertheless, in an abundance of caution and disclosure, the Debtors have elected to provide interest parties with notice.

[4] Luminant is obligated under the Settlement Agreement to use reasonable regulatory efforts to complete all regulatory obligations, achieve bond release consistent with its mind permit and reclamation plan and good mining practices.

USACE, or (b) ten (10) years from the date of the execution of the Mitigation Area option agreement.

**Known Encumbrances:**

| Liens[7] | Identity of Lienholder |
|---|---|
| DIP Liens | Citibank, N.A.<br>1615 Brett Road, Building III<br>New Castle, DE 19720<br>Attn: Bank Loan Syndications Department<br>Copy to Owen Coyle (same address as above) |
| Prepetition First Priority Liens | Delaware Trust Company of Delaware<br>2711 Centerville Road, Suite 400<br>Wilmington, DE 19808<br>Attn: Joseph McFadden<br><br>Wilmington Trust, N.A.<br>50 South Sixth Street, Suite 1290<br>Minneapolis, MN 55402<br>Attn: Jeffrey T. Rose, Esq. |
| Prepetition Second Priority Liens | Wilmington Savings Fund Society, FSB<br>Global Bankruptcy Restructuring Services<br>500 Delaware Avenue<br>Wilmington, DE 1980<br>Attn: Patrick Healy<br><br>Bank of New York Mellon Trust Company, N.A.<br>Corporate Trust Division<br>601 Travis Street - 16th Floor<br>Houston, TX 77002<br>Attn: TCEH Senior Secured Second Lien Notes Trustee |
| Property Tax Lien - Panola County, TX | Panola County Tax Assessor<br>110 S. Sycamore, Rm. 211<br>Carthage, TX 75633<br>Attn: Debbie Crawford |
| Direct Sales Tax Lien - State of Texas<br>Franchise Tax Lien - State of Texas | State of Texas, Comptroller's Office<br>Texas Comptroller of Public Accounts<br>P.O. Box 13528, Capital Station<br>Austin, TX 78711 |
| Mechanic's and Materialman's Lien | Rexel Inc.<br>14951 Dallas Parkway<br>Dallas, Texas 75254 |

---

[7] The terms "DIP Liens," "Prepetition First Priority Liens," and "Prepetition Second Priority Liens" are defined in the *Motion of Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates, For Entry of Interim and Final Orders (A) Approving Postpetition Financing, (B) Granting Liens and Providing Superpriority Administrative Claims, (C) Modifying the Automatic Stay, and (D) Scheduling a Final Hearing* [D.I. 73] (the "<u>TCEH DIP Motion</u>").

Nothing herein shall constitute a release of (a) the Environmental Restrictions, Access Requirements, and Existing Restrictions (as defined in the Settlement Agreement) in favor of Luminant, (b) the right of first refusal for tract 637H in favor of certain third parties (as described in section 5 of the Settlement Agreement), or (c) the restrictions and other conditions under the USACE Permit.

| | |
|---|---|
| | Coats and Rose<br>3 E. Greenway Plaza, Suite 2000<br>Houston, Texas 77046<br>Attn: Ben Aderholt |
| Mineral Property Lien | Top Line Rental, LLC<br>P.O. Box 2290<br>Henderson, Texas 75653 |
| Mineral Property Lien | Warfab, Inc.<br>350 Joy Lane<br>Hallsville, TX 75650<br><br>Warfab, Inc.<br>607 Fisher Road<br>Longview, TX 75604 |
| Memorandum of Option Agreement dated December 21, 2010 by and between Luminant Mining Company LLC and Troy Williams | Troy Williams<br>P.O. Box 925<br>Tatum, TX 75691<br><br>Dean A. Searle<br>P.O. Box 910<br>Marshall, TX 75671 |
| Settlement Agreement: Environmental Restrictions, Access Restrictions, Existing Restrictions | Luminant Mining Company LLC<br>Martin Lake Real Estate<br>P.O. Box 966<br>Henderson, TX 75653 |
| Settlement Agreement - Right of First Refusal - Tract 637H | James and Juanita Allen<br>7020 FM 959<br>Tatum, Texas 75691 |
| U.S. Army Corps of Engineers Individual Permit | U.S. Army Corps of Engineers<br>Fort Worth District<br>P.O. Box 17300<br>Fort Worth, Texas 76102-0300<br>Attn: Mr. David Madden; Ms. Jennifer Walker |

**Known Affected/Interested Governmental/Regulatory Entities:**

| Nature of Interest | Entity |
|---|---|
| Property Tax Lien - Panola County, TX | Panola County Tax Assessor<br>110 S. Sycamore, Rm. 211<br>Carthage, TX 75633<br>Attn: Debbie Crawford |
| Direct Sales Tax Lien - State of Texas<br>Franchise Tax Lien - State of Texas | State of Texas, Comptroller's Office<br>Texas Comptroller of Public Accounts<br>P.O. Box 13528, Capital Station<br>Austin, TX 78711 |
| U.S. Army Corps of Engineers Individual Permit | U.S. Army Corps of Engineers<br>Fort Worth District<br>P.O. Box 17300<br>Fort Worth, Texas 76102-0300<br>Attn: Mr. David Madden; Ms. Jennifer Walker |