UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Michael H. Torkin of Sullivan & Cromwell LLP, 125 Broad Street, New York, New York 10004-2498, to represent the Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC; EFIH Finance, Inc.; and EECI, Inc. in these bankruptcy cases.

Dated: November 12, 2014

MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP

*/s/ Davis Lee Wright*
Davis Lee Wright, Esquire (I.D. # 4324)
1105 North Market Street, 15th Floor
Wilmington, DE 19801
Telephone: (302) 504-7800
Facsimile: (302) 504-7820
E-mail: dwright@mmwr.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* for Michael H. Torkin is granted.

Date: 11-12-14

The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

3788506v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the *Revised Standing Order for District Court Fund* effective July 23, 2009, I further certify that the annual fee of $25.00 has been paid to the Clerk's Office of the United States District Court of the District of Delaware prior to the filing of this motion.

Dated: November 11, 2014

Michael H. Torkin
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2498
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: torkinm@sullcrom.com