## Exhibit 1

**Alcoa Leases**

| Debtor Party(ies) | Alcoa Lease | Effective Date | Type of Defaults/Liabilities Satisfied by Cure Amount as of 10/31/14 | Cure Amount |
|---|---|---|---|---|
| Luminant Generation; Sandow Power | Power Island Premises Lease | 6/30/09 | Rent | $0 |
| Sandow Power | Unit 5 Premises Lease | 8/28/07 | Rent | $0 |
| Sandow Power | Building 200 Lease | 1/31/09 | Rent | $0 |
| Sandow Power | Lignite Mining Lease | 8/31/07 | Royalties | $16,495.60 |
| Luminant Mining | Mining Sublease | 8/31/07 | Royalties | $0 |
| Sandow Power | CPS Lease Assignment | 8/31/07 | Royalties | $0 |
| Sandow Power | Assignment of Coal and Lignite Leases | 8/31/07 | Royalties | $0 |
| Sandow Power | Alcoa Coal Lease | 4/14/05 | Royalties | $0 |
| Luminant Mining | Mining Premises Lease | 8/31/07 | Rent | $0 |
| Luminant Mining | Sandow Mine Corridor Lease | 8/31/07 | Rent | $0 |
| Luminant Mining | Non-Royalty Bearing Ground Lease | 8/31/07 | Rent | $0 |