

November 10, 2014

Notice of Withdrawal of Claim by AT&T Corp

Withdraw Claim #5209
Energy Future Holdings Corp.
Case Number 14-10979
Amount of Withdraw: $182,776.04

Thank you,

/s/ Marin West
AT&T Bankruptcy Representative
mw5379@att.com
888-827-3238
15100 FAA BLVD
Fort Worth, TX.76155

FILED / RECEIVED
NOV 1 3 2014
EPIQ BANKRUPTCY SOLUTIONS, LLC

