## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) Re: D.I. 2311, 2574 |
| | ) Hearing Date: November 20, 2014 at 12:00 p.m. |

### NOTICE OF HEARING WITH RESPECT TO JOHN J. AND BARBARA KOMANDOSKY'S RESPONSE TO "NOTICE OF ASSUMPTION OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND RELATED RELIEF THERETO" [D.I. 2311]

PLEASE TAKE NOTICE that, on September 15, 2014, the United States Bankruptcy Court for the District of Delaware (the "Court") entered its *Order Authorizing and Approving Expedited Procedures for the Debtors to Reject or Assume Executory Contracts and Unexpired Leases* [D.I. 2015] (the "Procedures Order").

PLEASE TAKE FURTHER NOTICE that, pursuant to the Procedures Order, the Court approved certain procedures by which the above-captioned debtors and debtors in possession (collectively, the "Debtors") may reject, assume (in some instances, as amended), and assume and assign certain of their prepetition executory contracts and prepetition unexpired leases.

PLEASE TAKE FURTHER NOTICE that, in accordance with the Procedures Order, on October 3, 2014, the Debtors filed and served the *Notice of Assumption of Certain*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 11062207v.1

*Executory Contracts and Unexpired Leases and Related Relief Thereto* [D.I. 2311] (the "Assumption Notice").

PLEASE TAKE FURTHER NOTICE that, by the Assumption Notice, the Debtors provided notice of, among other things, their intent to assume that certain *Lignite Lease Number TX0001201A_42* (the "Lease") by and between one or more of the Debtors and Wiggins Komandosky c/o John Komandosky.

PLEASE TAKE FURTHER NOTICE that, by a letter, dated October 13, 2014, John J. and Barbara Komandosky (together, the "Respondent") submitted a written objection (the "Objection"[2]) in response to the Assumption Notice as it pertains to the Lease.[3]

PLEASE TAKE FURTHER NOTICE that, consistent with the Procedures Order, the Debtors (i) hereby provide notice that a hearing to consider the Objection and the Assumption Notice as it relates to the Lease will be held before The Honorable Christopher S. Sontchi at the Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **November 20, 2014 starting at 12:00 p.m. (noon) (Eastern Standard Time)** and (ii) are authorized (in their discretion) to file a reply to the Objection no later than **November 18, 2014.**

*[Remainder of page intentionally left blank.]*

---

[2] Although the Debtors received a copy of the Objection, on information and belief, the Respondent is acting *pro se*, and a copy of the Objection does not appear on the Court's docket in the Debtors' chapter 11 cases. For the convenience of the Court and other parties-in-interest, a copy of the Objection is attached hereto as **Exhibit A.**

[3] On October 27, 2014, the Court entered its *Order Approving the Assumption of Certain Executory Contracts and Unexpired Leases* [D.I. 2574] (the "Initial Assumption Order") in connection with the Assumption Notice whereby the Court approved the assumption of various executory contracts and prepetition unexpired leases. Given the pending Objection, however, the Lease was intentionally excluded from the Initial Assumption Order.

Dated: November 13, 2014
Wilmington, Delaware

/s/ [signature]

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:      (302) 651-7700
Facsimile:      (302) 651-7701
Email:          collins@rlf.com
                defranceschi@rlf.com
                madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900
Email:          edward.sassower@kirkland.com
                stephen.hessler@kirkland.com
                brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:      (312) 862-2200
Email:          james.sprayregen@kirkland.com
                chad.husnick@kirkland.com
                steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession