**Exhibit A**

John J. Komandosky and Barbara Komandosky
122 CR 305
McDade, Texas  78650

October 13, 2014

REF: Lignite Lease # TX001201A_42
REF: to Chapter 11 Case No. 14-109779 (CSS)
In Re: Energy Future Holdings Corp, et al Debtors.

To the Honorable Christopher S. Sontchi:

I object only to the fact that no proof of payment to the extension was given to me or enclosed within my package that would indicate that any payment/payments were made for the extension of this lignite lease and if payments were not made in a timely manner than this Lignite Lease may no longer be valid.  We were not the original Lessors in this Lignite Lease but we are now the owners of the acreage in the Lignite Lease described above.

I therefor request that proof be given to me that Phillips Petroleum Company converted the Exploration Contract into a Coal Lease within one (1) year from May 24, 1974 and that further proof be given that payment for said additional twenty-five (25) year extension was made or that documentation can be given to me showing that Mining operations has not ceased for a period of not more than ninety (90) consecutive days from the premises.  When proof can be given I will have no objection to this case and my Deed would be subject to said Lignite Lease.  I have done some research on the land in question and I have found the following documents herein below, should one need a copy, please do not hesitate to ask.  I would however ask for any copies that I do not have as of yet that Energy Future Holdings Corp, et al may have to help me understand further

Thanking you in advance your Honor for any help that can be given.

Respectfully submitted,

John J. Komandosky and Barbara Komandosky

This is what I have found so far in the Deed Records and the Real Property Records of Lee County, Texas on information that is on line.  I have not checked at the County Clerks office in Lee County, Texas as of yet to see if there are documents that are not listed on line.  However, I did find these, below.

1.  Began in 92-367 Deed dated 12-19-1945 from E. T. and Ella Jordan to **Louie Fritcher** covering 46.71 acres in the Wiley Harrison Survey.

2.  226-80 Exploration Contract and Coal Lease dated 5-24-1974 from **Louie and Clara Fritcher** to Phillips Petroleum Company, covering 46.7 ac. in the Wiley Harrison Survey, A-162 ref. to 92-367 above.

3.  401-554 Assignment of Coal Leases dated 2-4-1982 Phillips Petroleum Company, a Delaware corp. to Phillips Coal Company, a Nevada corp.

4.  424-503 Ratification, Correction of Description and Royalty Division Order dated 5-26-1982 from **George and Nora Hewer** to Phillips Coal Company, ref. 92-367 above and correcting the description and now containing 47.036 ac. instead of 46.71, of which 1.3 ac. is in a public road.

5.  418- 518 Assignment of Coal and Lignite Leases dated 1-14-1983 from Phillips Coal Company to Phillips Coal Land Management Corporation, a Nevada corp.

I cannot find a conveyance or Assignment from Phillips Coal Land Management Corporation into anyone else at this time, but I am still looking.

I cannot find a deed from Fritcher to Hewer, or any Probate or an Affidavit of Heirship, connecting the Fritcher to the Hewer at this time, but I am still looking.

6.  686-538 Warranty Deed dated 1-28-1993 from **George Hewer and wife Nora Hewer** to **Larry Wiggins and wife, Audrey Wiggins,** covering 47.036 acres in the Wiley Harrison Survey, A-162.

7.  707-367 Warranty Deed dated 11-4-1993 from Larry Wiggins and wife, Audrey Wiggins to John James Komandosky and wife, Barbara Kay Komandosky covering 6.022 acres in the Wiley Harrison Survey, A-162, being part of the 47.036 acres, of which 0.040 of an acre is in Cty. Rd. 306, and being ref. in 686-538 above.

8.  824-547 Warranty Deed dated 8-17-1998 from Larry Wiggins to John James Komandosky and wife, Barbara Kay Komandosky covering 41.014 acres in the Wiley Harrison Survey, A-162 , NO EXHIBIT "A" ATTACHED.

9.   933-957 Correction Warranty Deed dated 10-23-2003 but effective as of 8-17-1998 from Larry Wiggins to John James Komandosky and wife, Barbara Kay Komandosky covering 41.014 acres in the Wiley Harrison Survey, A-162 and being all of that tract said to contain 47.036 acres ref. in 686-538, less and except 6.022 acres ref. in 707-367 above.