IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Energy Future Holdings Corp., et al., | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Michael L. Atchley, Esq. of Pope, Hardwicke, Christie, Schell, Kelly & Ray, L.L.P. to represent Tarrant Regional Water District in this action.

COOCH AND TAYLOR, P.A.

*/s/ Susan E. Kaufman*
Susan E. Kaufman (DSB # 3381)
The Brandywine Building
1000 West Street, 10th Floor
Wilmington, DE 19801
(302) 984-3820 / (302) 984-3939 Fax
skaufman@coochtaylor.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Texas, The United States District Courts for the Northern, Southern, Eastern, and Western District of Texas and the North District of Illinois, and the United States Courts of Appeals for th Fifth and Seventh Circuits, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

*/s/ Michael L. Atchley*
Michael L. Atchley
Pope, Hardwicke, Christie, Schell, Kelly & Ray, L.L.P.
500 West 7th Street, Suite 600
Fort Worth, TX 76102
(817) 332-3245 / (817) 877-4781 Fax

**Dated: November 14th, 2014**

## ORDER GRANTING

IT IS HEREBY ORDERED counsel's motion is granted.

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY