IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Energy Future Holdings Corp., et al., | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors.[1] | ) ) ) ) | (Jointly Administered) |

**Declaration of Dan Buhman in Support of
Tarrant Regional Water District's Objection to
Motion of Energy Future Holding Corp., *et al.*, for
Entry of an Order Authorizing Luminant Generation Company, LLC
to Reject a Water Contract with Tarrant Regional Water District,
Effective Nunc Pro Tunc to the Petition Date**

Pursuant to 28 U.S.C. § 1746, I, Dan Buhman, declare as follows:

1. My name is Dan Buhman. I am over 21 years of age, have never been convicted of a felony, and am fully competent to make this Declaration. I have personal knowledge of all facts stated herein, and they are all true and correct.

2. I am the Assistant General Manager of Tarrant Regional Water District ("TRWD"). In that capacity, I have general knowledge of the nature and functions of TRWD and knowledge of various projects being undertaken by TRWD, including relating to Cedar Creek Reservoir.

3. TRWD is a water control and improvement district and a political subdivision of the State of Texas. It operates generally under Chapters 49 and 51 of the Texas Water Code. TRWD is one of the largest raw-

---

[1] The last four digits of Energy Future Holdings Corporation's tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

1

water suppliers in the State of Texas. It supplies water to nearly two million Texas residents through more than 30 wholesale customers that include cities and other governmental entities in Henderson County, Tarrant County, and several other counties. TRWD has operations in 11 Texas counties.

4. TRWD built and maintains Cedar Creek Reservoir in Henderson County, Texas. The Reservoir is an important water source in East Texas and North Texas.

5. One of the natural sources of water for Cedar Creek Reservoir is Caney Creek. TRWD has the right to water flowing from Caney Creek into Cedar Creek Reservoir. The right to the waters of Caney Creek flowing into Cedar Creek and Cedar Creek Reservoir were previously granted to TRWD under Permit No. 1909.

6. In 1976, well after TRWD was granted this water right, it entered into a contract with Luminant's predecessor in interest. A copy of this contract and its amendment are attached hereto as Exhibit "A."

7. Because of the contract, Luminant obtained a Contractual Permit No. CP-341. A copy of this permit as retained in TRWD's files is attached as Exhibit "B" hereto. Luminant also obtained Permit No. 3270 from the Texas Water Rights Commission. A copy of this permit as retained in TRWD's files is attached hereto as Exhibit "C." A certified copy of the

Final Judgment and Decree resulting from the judicial proceeding to confirm the rights in these permits is attached hereto as Exhibit "D."

8. The photograph attached hereto as Exhibit "E" accurately depicts the general conditions at Forest Grove Reservoir, which is the location at which Luminant built a dam to divert and impound the waters of Caney Creek. The natural flow of Caney Creek is shown in the foreground of the photograph, downstream of Luminant's dam, meandering into the trees. If the dam were removed and the creek were returned to its natural flow, the inundated area now known as Forest Grove Reservoir would appear more like the small meandering creek in the foreground. To the best of my knowledge and belief, the general conditions depicted in the photograph exist as of today. Luminant has not returned Caney Creek to its natural flow. Flood events are currently impacted by the dam structure, evaporation is larger than it would be under natural flow conditions, and the creek has not been returned to its natural flow.

9. Forest Grove Reservoir loses water each year through evaporation. The Reservoir is replenished by the dam's continued diversion and impoundment of water from Caney Creek.

10. Luminant has not made payments required by the above-referenced contract since 2010. The proof of claim filed by TRWD in this bankruptcy proceeding on the amounts due is attached hereto as Exhibit "F."

11. TRWD needs to institute the administrative process provided by Texas law to reallocate the water right that belonged to TRWD before the contract was signed, so that TRWD can have the dam removed, the creek returned to its natural flow, and the water that has been diverted and impounded returned to Cedar Creek Reservoir.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 13, 2014.

    /s/ Dan Buhman