PERMIT TO
APPROPRIATE STATE WATER

APPLICATION NO. CA-341     PERMIT NO. CP-341     TYPE: Contractual

Permittee   : Texas Power and Light     Address   : P. O. Box 6331
              Company                                Dallas, Texas 75222

Received    : June 27, 1974             Filed     : November 18, 1974

Granted     : May 10, 1976              County    : Henderson

Watercourse : Caney Creek, tributary    Watershed : Trinity River Basin
              of Cedar Creek, tribu-
              tary of Trinity River

WHEREAS, the Texas Water Rights Commission finds that jurisdiction of the application is established; and

WHEREAS, a public hearing has been held and specific findings of fact and conclusions of law adopted, as required by law.

NOW, THEREFORE, this permit to use State water is issued to Texas Power and Light Company, based on a contract dated March 15, 1976, with Tarrant County Water Control and Improvement District No. 1, owner of Permit No. 1909, which authorizes the use of water granted by this permit. The terms and conditions of this permit are as follows:

1. USE

   (a) Permittee is authorized to divert and use not to exceed 12,000 acre-feet of water per annum and not to exceed 24,000 acre-feet of water during any period of four consecutive calendar years from Cedar Creek Reservoir, as authorized by Permit No. 1909, for industrial purposes, Henderson County, Texas. If permittee has not exercised its option under the contract (to divert the aforementioned amounts) by May 1, 1985, the diversion and use shall be reduced to not to exceed 7000 acre-feet of water per annum and to not to exceed 12,000 acre-feet of water during any period of four consecutive calendar years.

   (b) Permittee is authorized to intercept, impound and divert such amounts of the runoff of Caney Creek which will reduce the firm yield of Cedar Creek Reservoir by 5765 acre-feet of water per annum and use the said water for industrial purposes.

2. DIVERSION

   (a) Point of Diversion: By means of a pump station on the Caney Creek Arm of Cedar Creek Reservoir at a point which is N 06° 26' E, 5665 feet from the SW corner of the Guadalupe Martinez Survey, Abstract No. 481, 1-1/2 miles NW of Malakoff, Henderson County, Texas.

   (b) Maximum Diversion Rate: 33 cfs (15,000 gpm).

3. SPECIAL CONDITIONS

   (a) This permit shall expire upon termination of the contract.

EXHIBIT "B"

(b) Nothing in this permit shall be construed as authorizing an appropriative right in excess of that presently held by Tarrant County Water Control and Improvement District No. 1, as evidenced by Permit No. 1909.

(c) Permittee shall measure and keep records of daily diversions made pursuant to Paragraph 2, DIVERSION, of this permit and shall report same annually to the Commission in such form and manner as the Commission may from time to time prescribe.

Permittee agrees to be bound by the terms, conditions and provisions contained herein and such agreement is a condition precedent to the granting of this permit.

All other matters requested in the application which are not specifically granted by this permit are denied.

This permit is issued subject to the Rules of the Texas Water Rights Commission and to its right of continual supervision.

TEXAS WATER RIGHTS COMMISSION

/s/ Joe D. Carter
Joe D. Carter, Chairman

/s/ Joe R. Carroll
Joe R. Carroll, Commissioner

/s/ Dorsey B. Hardeman
Dorsey B. Hardeman, Commissioner

Date Issued:

May 25, 1976

(SEAL)
Attest:

/s/ Mary Ann Hefner
Mary Ann Hefner, Secretary