PERMIT TO
APPROPRIATE STATE WATER

APPLICATION NO: 3304        PERMIT NO. 3270        TYPE: Section 5.121

Permittee    : Texas Power and Light        Address  : P. O. Box 6331
               Company                                  Dallas, Texas 75222

Received     : June 27, 1974                 Filed    : November 18, 1974

Granted      : February 3, 1975              County   : Henderson

Watercourse  : Caney Creek, tributary        Watershed: Trinity River Basin
               of Cedar Creek, tribu-
               tary of Trinity River

WHEREAS, the Texas Water Rights Commission finds that jurisdiction of the application is established; and

WHEREAS, a public hearing has been held and specific findings of fact and conclusions of law adopted, as required by law.

NOW, THEREFORE, this permit to appropriate State water is issued to Texas Power and Light Company subject to the following terms and conditions:

1.  IMPOUNDMENT

    Permittee is authorized to construct, and before acquiring any right hereunder shall construct, a dam and reservoir on Caney Creek and impound therein not to exceed 20,038 acre-feet of water at elevation 359 feet above mean sea level. Station 29 + 80 on the centerline of the dam is N 55° 13' W, 9290 feet from the SE corner of the Jane Irvine Survey, Abstract No. 382, 7 miles NW of Athens, Henderson County, Texas. The dam is within the aforementioned survey.

2.  USE

    (a) Permittee may impound in said reservoir not to exceed 16,348 acre-feet of water per annum from the runoff of Caney Creek. Permittee's impoundment and use of Caney Creek runoff will reduce the firm yield of the Cedar Creek Reservoir by 5,765 acre-feet of water per annum, the right to the said firm yield being purchased under contract with Tarrant County Water Control and Improvement District No. 1 and authorized by Contractual Permit No. CP-341, Paragraph 1, USE(b). Permittee may divert and use said water for industrial purposes.

    (b) Permittee may also impound in said reservoir and divert and use therefrom the water authorized by Contractual Permit No. CP-341, Paragraph 1, USE(a).

    (c) Permittee is further authorized to divert, circulate and recirculate 887,000 acre-feet of water per annum from the reservoir for industrial purposes (cooling and operating) and to consumptively use 9500 acre-feet of said water per annum.

    (d) Permittee is further authorized to impound 20,038 acre-feet of flood waters from Caney Creek for the initial filling of the reservoir.

    (e) Permittee is authorized to divert and use not to exceed 200 acre-feet of water from Caney Creek for initial construction of the project.

3. DIVERSION

   (a) Point of Diversion: By means of six stationary pumps at a point on the north shore of the reservoir which is N 42° 45' W, 7590 feet from the SE corner of the Jane Irvine Survey, Abstract No. 382, Henderson County, Texas.

   (b) Maximum Diversion Rate: 2,444 cfs (1,100,000 gpm).

4. POINTS OF RETURN

   (a) Water diverted but not consumed will be returned to the reservoir at a point on the north shore which is N 40° 10' E, 11,510 feet from the aforesaid survey corner.

   (b) Water diverted but not used beneficially will be returned to Caney Creek at a point which is N 55° 18' W, 9290 feet from the aforesaid survey corner.

5. TIME LIMITATIONS

   Construction or installation of all works herein authorized or required shall be in accordance with plans approved by the Commission and shall be commenced within two years and completed within five years from date of issuance of this permit unless extended by the Commission.

6. SPECIAL CONDITION

   This permit is issued subject to Contractual Permit No. CP-341 based on a contract between Texas Power and Light Company and the Tarrant County Water Control and Improvement District No. 1. It is specifically provided that Paragraph 2, USE, is subject to this provision.

This permit is issued subject to all superior and senior water rights in the Trinity River Basin.

Permittee agrees to be bound by the terms, conditions and provisions contained herein and such agreement is a condition precedent to the granting of this permit.

All other matters requested in the application which are not specifically granted by this permit are denied.

This permit is issued subject to the Rules of the Texas Water Rights Commission and to its right of continual supervision.

TEXAS WATER RIGHTS COMMISSION

/s/ Joe D. Carter
Joe D. Carter, Chairman

Date Issued:

May 25, 1976

(SEAL)

/s/ Joe R. Carroll
Joe R. Carroll, Commissioner

Attest:

/s/ Dorsey B. Hardeman
Dorsey B. Hardeman, Commissioner

/s/ Mary Ann Hefner
Mary Ann Hefner, Secretary