

EXHIBIT "E"