IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Energy Future Holdings Corp., et al., | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Susan E. Kaufman, Esquire certify that I caused one true and correct copy of the Tarrant Regional Water District's Objection to Motion of Energy Future Holding Corp., et al. for Entry of an Order Authorizing Luminant Generation Company, LLC to Reject a Water Contract with Tarrant Regional Water District Effective *Nunc Pro Tunc* to the Petition Date and Declaration of Dan Buhman in Support, to be sent on November 14, 2014 in the manner indicated to the following:

VIA Hand Delivery

Mark D. Collins, Esq.
Daniel J. DeFranceschi, Esq.
Jason M. Madron, Esq.
Richards Layton & Finger
920 North King Street
Wilmington, DE 19801

Richard L. Schepacarter, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE 19801

<u>Via U.S. Mail, Postage Prepaid</u>

Edward O. Sassower, P.C.
Stephen E. Hessler, Esq.
Brian E. Schartz, Esq.
Kirkland & Ellis, LLP
601 Lexington Avenue
New York, NY 10022

James H.M. Sprayregen, P.C.
Chad J. Husnick, Esq.
Steven N. Serajeddini, Esq.
Kirkland & Ellis, LLP
300 North LaSalle
Chicago, IL 60654

DATED:  November 14, 2014          Cooch and Taylor, P.A.

*/s/ Susan E. Kaufman*
Susan E. Kaufman (DSB # 3381)
1000 West Street, 10th Floor
The Brandywine Building
Wilmington, DE 19899
(302) 984-3820 / (302) 984-3939 Fax
skaufman@coochtaylor.com