# EXHIBIT A

Energy Future Holdings et. al
De Minimis Asset Sales Motion Reporting
For the Period October 1, 2014 to October 31, 2014

### *De Minimis Asset sales with a sales price less than $250,000*

| Aggregate net sales price |
|---|
| $72,755.00 |

### *De Minimis Asset sales / transfers with a sales price greater than $250,000*

| General description of asset sold | Name of purchaser and details of relationships with (i.e., Debtors and their States) | Sales price | Details (including amount of third parties receiving commission) |
|---|---|---|---|
| Sweetwater Plant Salvage | PRC Environmental, Inc.<br>1149 Ellsworth Dr., Suite 135, Pasadena, TX 77506 | $27,130.71* | $4,787.77 |

### *De Minimis Asset Abandonments with an estimated book value less than $250,000*

| Aggregate estimated book value of abandonments |
|---|
| None recorded during the period October 1, 2014 to October 31, 2014 |

### *De Minimis Asset Abandonments with an estimated book value greater than $250,000*

| General description of asset abandoned | Estimated book value |
|---|---|
| None recorded during the period October 1, 2014 to October 31, 2014 | |

*The salvage of the Sweetwater Generation Plant is estimated to produce more than $600,000 net cash to the company via sales occurring through December 31, 2014. Amounts reported are cumulative to date. For further information, see Notice of Sale [D.I. 2468] filed on 10/15/2014.

Page 1 of 1