## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Re: D.I. 2662, 2771** |

## MOTION FOR LEAVE TO FILE AND SERVE A LATE
## REPLY IN CONNECTION WITH "TARRANT REGIONAL WATER DISTRICT'S
## OBJECTION TO MOTION OF ENERGY FUTURE HOLDING [SIC] CORP., *ET AL.*,
## FOR ENTRY OF AN ORDER AUTHORING LUMINANT GENERATION COMPANY,
## LLC TO REJECT A WATER CONTRACT WITH TARRANT REGIONAL WATER
## DISTRICT, EFFECTIVE *NUNC PRO TUNC* TO THE PETITION DATE" [D.I. 2771]

The above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby

file this motion for leave (the "Motion for Leave"), pursuant to Rule 9006-1(d) of the Local Rules

of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of

Delaware (the "Local Rules"), to authorize the Debtors to file and serve a reply (a "Reply"), beyond

the deadline set forth in Local Rule 9006-1(d), in response to *Tarrant Regional Water District's*

*Objection to Motion of Energy Future Holding [sic] Corp., et al., for Entry of an Order Authoring*

*Luminant Generation Company, LLC to Reject a Water Contract With Tarrant Regional Water*

*District, Effective Nunc Pro Tunc to the Petition Date* [D.I. 2771] (the "Objection"), filed on

November 14, 2014 by Tarrant Regional Water District (previously known as Tarrant County Water

Control and Improvement District Number One) (the "TRWD") to the *Motion of Energy Future*

*Holdings Corp., et al., for Entry of an Order Authorizing Luminant Generation Company LLC to*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

*Reject a Water Contract With Tarrant Regional Water District, Effective Nunc Pro Tunc to the*
*Petition Date* [D.I. 2662] (the "Motion").  In support of this Motion for Leave, the Debtors
respectfully represent as follows:

### JURISDICTION

1.    This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and
1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper before this Court
pursuant to 28 U.S.C. §§ 1408 and 1409.[2]

### BACKGROUND

2.    On October 30, 2014, the Debtors filed the Motion and the *Declaration of Michael*
*Carter, Senior Vice President, Corporate Planning, and Assistant Treasurer of EFH Corporate*
*Services Company, in Support of the Motion of Energy Future Holdings Corp., et al., for Entry of*
*an Order Authorizing Luminant Generation Company LLC to Reject a Water Contract with Tarrant*
*Regional Water District, Effective Nunc Pro Tunc to the Petition Date* [D.I. 2663] in support of the
Motion.  Pursuant to the Motion, the Debtors are seeking entry of an order authorizing Luminant
Generation Company LLC ("Luminant") to reject that certain Agreement, dated March 15, 1976,
regarding access to certain water rights (the "Water Contract"), between Luminant (as successor in
interest to Texas Power & Light Company) and TRWD, effective *nunc pro tunc* to April 29, 2014,
to the extent the Water Contract is executory.

3.    The Motion is currently scheduled to be heard at the hearing scheduled to take place
before the Court on November 20, 2014 starting at 12:00 p.m. (noon) (Eastern Standard Time)
(the "Hearing").  Pursuant to the notice of motion filed and served in connection with the Motion,

---

[2] Pursuant to Local Rule 9013-1(f), the Debtors hereby confirm their consent to the entry of a final
order by this Court in connection with this Motion for Leave if it is later determined that this Court, absent
consent of the parties, cannot enter final orders or judgments in connection therewith consistent with Article
III of the United States Constitution.

the deadline for all parties-in-interest to file responses or objections to the Motion was 4:00 p.m. (Eastern Standard Time) on November 13, 2014 (the "Objection Deadline"). The Debtors agreed to extend the Objection Deadline solely for TRWD to 6:00 p.m. (Eastern Standard Time) on November 14, 2014.

4.      On the Objection Deadline (as extended for TRWD only), TRWD filed the Objection and the *Declaration of Dan Buhman in Support of Tarrant Regional Water District's Objection to Motion of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing Luminant Generation Company LLC to Reject a Water Contract with Tarrant Regional Water District, Effective Nunc Pro Tunc to the Petition Date* [D.I. 2772] in support of the Objection. By this Motion for Leave, the Debtors seek permission to file and serve the Reply after the deadline afforded under Local Rule 9006-1(d).

## RELIEF REQUESTED

5.      By this Motion for Leave, the Debtors seek authority, pursuant to Local Rule 9006-1(d), for the Debtors to file and serve a Reply on or before 4:00 p.m. (Eastern Standard Time) on November 18, 2014 (*i.e.,* a 24 hour extension).[3]

## BASIS FOR RELIEF

6.      Pursuant to Local Rule 9006-1(d), "[r]eply papers may be filed and, if filed, shall be served so as to be received by 4:00 p.m. prevailing Eastern Time the day prior to the deadline for filing the agenda." See Del. Bankr. L.R. 9006-1(d).

7.      The agenda for the Hearing (currently set for November 20, 2014 at 12:00 p.m. (noon) (Eastern Standard Time)) is due to be filed with the Court by 12:00 p.m. (noon) (Eastern Standard Time) on November 18, 2014. As noted above, Local Rule 9006-1(d) therefore requires

---

[3] Although on its face, the language of Local Rule 9006-1(d) sets a deadline for *service* of a reply, rather than a deadline for *filing* a reply, the Debtors seek a waiver of the rule out of an abundance of caution to the extent that the Court believes that the rule should be read to set a deadline for *serving* a reply.

that the Debtors file and serve any reply to the Objection with the Court on or before 4:00 p.m. (Eastern Standard Time) on November 17, 2014.

8.    The Debtors submit that, under the circumstances, the Court should grant an extension of the time in which to file a Reply under Local Rule 9006-1(d).  As noted above, TRWD filed the Objection just one (1) business day ago in light of the Debtors' agreement to extend the Objection Deadline for TRWD.  Both before and after the Objection was filed, the Debtors have been in discussions with TRWD concerning the Motion and the proposed treatment of the Water Contract, and believe that an extension of the Debtors' deadline to file a Reply will facilitate those discussions and the Debtors' efforts to attempt to resolve the Objection.  At the same time, however, in the event that the Debtors are unable to resolve the Objection, absent leave of Court to file a Reply, the Debtors will be unduly constrained in their ability to prepare an appropriate written response to the Objection.  The Debtors believe that a Reply (to the extent that the Debtors ultimately need to file it) will (i) fully inform the Court of the arguments regarding the issues presented in the Motion; (ii) assist the Court in deciding the merits of the Motion and the Objection; and (iii) help narrow disputed issues, if any, thereby serving to streamline the Hearing.

## CONSENT TO RELIEF

9.    The undersigned counsel to the Debtors has conferred with TRWD's counsel concerning the relief requested in the Motion for Leave prior to its filing, and is informed that TRWD does not object to the relief sought by the Motion for Leave.

*[Remainder of page intentionally left blank.]*

RLF1 11075538v.1

WHEREFORE the Debtors respectfully request that the Court enter an order, substantially in the form attached as **Exhibit A,** authorizing the Debtors to file and serve a Reply on or before November 18, 2014 at 4:00 p.m. (Eastern Standard Time).

Dated: November 17, 2014
       Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
        defranceschi@rlf.com
        madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
        stephen.hessler@kirkland.com
        brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
        chad.husnick@kirkland.com
        steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession