**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Re: D.I. 1866, 2599** |

**STIPULATION FURTHER EXTENDING THE BAR DATE FOR THE U.S. ENVIRONMENTAL PROTECTION AGENCY TO FILE A PROOF OF CLAIM**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") and the United States Environmental Protection Agency (the "Environmental Protection Agency" and, together with the Debtors, the "Parties") hereby enter into this stipulation (this "Stipulation"), and stipulate and agree as follows.

WHEREAS, on April 29, 2014, each of the Debtors filed a voluntary petition with the United States Bankruptcy Court for the District of Delaware (the "Court") under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

WHEREAS, the Court set the final date for filing proofs of claim in this case as October 27, 2014 (the "Bar Date") pursuant to the order entered on August 18, 2014 [D.I. 1866] (the "Bar Date Order");

1 The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

WHEREAS, the Environmental Protection Agency had requested that the Debtors extend the Bar Date so that it may investigate a potential claim regarding property located in New Mexico Meridian, New Mexico, Township 13 North, Range 9 West, Sections 7, 21, and 29 (the "Potential Claim");

WHEREAS, on October 28, 2014, the Court ordered that (a) the Environmental Protection Agency shall have until November 17, 2014, at 5:00 p.m., prevailing Eastern Time to file a proof of claim in these cases with respect to the Potential Claim (the "Limited Extension") and (b) further extensions of the Limited Extension may be entered upon stipulation with the Debtors filed with the Court on or before November 17, 2014 [D.I. 2599];

WHEREAS, the Environmental Protection Agency and the Debtors have now agreed to further extend the Bar Date so that the Environmental Protection Agency may continue to investigate such Potential Claim;

WHEREAS, the Debtors and the Environmental Protection Agency have determined that the compromise set forth herein is fair and reasonable; and

WHEREAS, the Debtors have determined that such compromise is in the best interests of the Debtors, the Debtors' estates and their creditors.

**NOW, THEREFORE,** it is hereby stipulated and agreed to by and among the Parties:

1. Notwithstanding the Bar Date Order and the Limited Extension, the Environmental Protection Agency shall have until December 8, 2014, at 5:00 p.m., prevailing Eastern Time to file a proof of claim in these cases with respect to the Potential Claim (the "Second Extension").

2. Further extensions of the Second Extension may be entered upon stipulation with the Debtors filed with the Court or other order of the Court, in each case, on or before December 8, 2014.

3. By agreeing to enter into this Stipulation, neither the Environmental Protection Agency nor the Debtors shall be deemed to have waived any right or remedy afforded to it under the Bankruptcy Code or otherwise, except as provided in this Stipulation. Notwithstanding the relief granted in this Stipulation and any actions taken pursuant to such relief, nothing in this Stipulation shall be deemed: (a) an admission as to the validity of any claim against a Debtor entity; (b) a waiver of the Debtors' rights to dispute any claim on any grounds; (c) a promise or requirement to pay any claim; or (d) a waiver or limitation of the Debtors' rights under the Bankruptcy Code or any other applicable law.

4. The terms and conditions of this Stipulation shall be immediately effective and enforceable upon the Parties' execution of this Stipulation.

5. The Court shall retain sole and exclusive jurisdiction to enforce the provisions of this Stipulation. For the avoidance of doubt, the Parties may seek to have litigation regarding the Potential Claim adjudicated in other fora, and the Debtors' and the Environmental Protection Agency's rights are each reserved with respect to such adjudication.

[*Signatures follow*.]

Stipulated and agreed by:

ENERGY FUTURE HOLDINGS, CORP., *ET AL.* DEBTORS AND DEBTORS-IN-POSSESSION

By:__________*/s/ Jason M. Madron*__________________________

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: collins@rlf.com
defranceschi@rlf.com
madron@rlf.com

-and-

**KIRKLAND & ELLIS, LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: edward.sassower@kirkland.com
stephen.hessler@kirkland.com
brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: james.sprayregen@kirkland.com
marc.kieselstein@kirkland.com
chad.husnick@kirkland.com
steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY

By: *\/s/ Anna Grace*

Thomas Carroll
Assistant Section Chief
United States Department of Justice
Environmental Enforcement Section
Environment and Natural Resources Division
601 D Street NW
Washington, D.C. 20530
Tel: 202-616-8912
Email: Thomas.Carroll@usdoj.gov

-and-

Anna Grace
Trial Attorney
United States Department of Justice
Environmental Enforcement Section
Environment and Natural Resources Division
601 D Street NW
Washington, D.C. 20530
Tel: 202-514-4091
Email: Anna.E.Grace@usdoj.gov

*Attorneys for the Environmental Protection Agency*