# EXHIBIT A

## Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 1 | Accounting/Cut-off | 74.3 | $ 36,490.00 |
| 2 | Bankruptcy Support | 243.2 | $ 116,482.50 |
| 3 | Business Plan | 168.5 | $ 68,495.00 |
| 4 | Causes of Action | 2.2 | $ 1,505.00 |
| 5 | Claims | 292 | $ 121,995.00 |
| 6 | Communication | 5.3 | $ 2,707.50 |
| 7 | Contract | 613.4 | $ 319,090.00 |
| 8 | Coordination & Communication with other Creditor Constituents | 91.9 | $ 46,407.50 |
| 9 | Coordination & Communication with UCC | 201.7 | $ 113,715.00 |
| 10 | Court | 9.8 | $ 7,515.00 |
| 11 | DIP Financing | 14.5 | $ 7,387.50 |
| 12 | Fee Applications | 230.2 | $ 91,410.00 |
| 13 | Motions and Orders | 90.1 | $ 44,075.00 |
| 14 | Retention | 36.2 | $ 16,802.50 |
| 15 | Statements & Schedules | 141 | $ 68,035.00 |
| 16 | Status Meetings | 67.5 | $ 41,840.00 |
| 17 | Strategic Transaction Asset Sale | 42.4 | $ 25,927.50 |
| 18 | Travel Time | 122.2 | $ 65,310.00 |
| 19 | UST Reporting Requirements | 63.1 | $ 32,792.50 |
| 20 | Vendor Management | 221.8 | $ 105,775.00 |
| Totals: | | 2,731.3 | $ 1,333,757.50 |