## EXHIBIT B

### Professionals' Information

The A&M professionals who rendered services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $900 | 82.1 | $ 73,890.00 |
| Emmett Bergman | Managing Director | $750 | 185 | $ 138,750.00 |
| John Stuart | Managing Director | $725 | 167.4 | $ 121,365.00 |
| Steve Kotarba | Managing Director | $650 | 131.2 | $ 85,280.00 |
| Matt Frank | Director | $575 | 182.6 | $ 104,995.00 |
| Jodi Ehrenhofer | Director | $525 | 177.5 | $ 93,187.50 |
| Peter Mosley | Director | $525 | 142 | $ 74,550.00 |
| Kevin Sullivan | Director | $500 | 36.5 | $ 18,250.00 |
| Mark Zeiss | Director | $500 | 63.9 | $ 31,950.00 |
| Matt Williams | Director | $500 | 0.9 | $ 450.00 |
| Paul Kinealy | Director | $500 | 14.4 | $ 7,200.00 |
| David Blanks | Senior Associate | $450 | 142 | $ 63,900.00 |
| Taylor Atwood | Senior Associate | $450 | 200.6 | $ 90,270.00 |
| Jeff Dwyer | Associate | $425 | 177.6 | $ 75,480.00 |
| Daisy Fitzgerald | Associate | $400 | 213 | $ 85,200.00 |
| Scott Safron | Associate | $375 | 18 | $ 6,750.00 |
| Rich Carter | Consultant | $400 | 81.6 | $ 32,640.00 |
| Jon Rafpor | Analyst | $350 | 205.1 | $ 71,785.00 |
| Michael Dvorak | Analyst | $325 | 101.6 | $ 33,020.00 |
| Michael Williams | Analyst | $325 | 98.8 | $ 32,110.00 |
| Robert Country | Analyst | $325 | 76.5 | $ 24,862.50 |
| Sarah Pittman | Analyst | $325 | 128.3 | $ 41,697.50 |
| Mary Napoliello | Paraprofessional | $250 | 104.7 | $ 26,175.00 |
| | | **Total Fees Requested** | **2,731.3** | **$ 1,333,757.50** |