# EXHIBIT C

## Summary of Actual and Necessary Expenses for the Fee Period

**ALL - Expense Summary**

| Service Description | Amount |
|---|---|
| Airfare | $ 37,731.33 |
| Local Transportation | $ 9,030.36 |
| Lodging | $ 26,925.87 |
| Meals | $ 3,898.09 |
| Miscellaneous | $ 299.18 |
| **Total:** | **$ 77,884.83** |

**TCEH - Expense Summary**

| Service Description | Amount |
|---|---|
| Airfare | $ 27,463.38 |
| Local Transportation | $ 6,572.90 |
| Lodging | $ 19,598.44 |
| Meals | $ 2,837.29 |
| Miscellaneous | $ 217.76 |
| **Total:** | **$ 56,689.77** |

**EFIH - Expense Summary**

| Service Description | Amount |
|---|---|
| Airfare | $ 662.26 |
| Local Transportation | $ 158.50 |
| Lodging | $ 472.60 |
| Meals | $ 68.42 |
| Miscellaneous | $ 5.25 |
| **Total:** | **$ 1,367.03** |

**EFH - Expense Summary**

| Service Description | Amount |
|---|---|
| Airfare | $ 9,605.69 |
| Local Transportation | $ 2,298.96 |
| Lodging | $ 6,854.82 |
| Meals | $ 992.38 |
| Miscellaneous | $ 76.17 |
| **Total:** | **$ 19,828.02** |