## EXHIBIT D

**Detailed Description of Expenses and Disbursements**

**Combined - All Entities**
**Expenses Detail by Category**
**September 1, 2014 - September 30, 2014**

**Airfare**

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Daisy Fitzgerald | 9/3/2014 | $705.10 | Airfare coach one-way Dallas/San Francisco. |
| Daisy Fitzgerald | 9/11/2014 | $585.10 | Airfare coach one-way Dallas/San Francisco. |
| Daisy Fitzgerald | 9/14/2014 | $237.10 | Airfare coach one-way San Francisco/Dallas. |
| Daisy Fitzgerald | 9/17/2014 | $580.10 | Airfare coach one-way Dallas/San Francisco. |
| Daisy Fitzgerald | 9/22/2014 | $585.10 | Airfare coach one-way San Francisco/Dallas. |
| Daisy Fitzgerald | 9/23/2014 | $552.10 | Airfare coach one-way San Francisco/Dallas. |
| Daisy Fitzgerald | 9/25/2014 | $552.10 | Airfare coach one-way San Francisco/Dallas. |
| Emmett Bergman | 8/4/2014 | $585.10 | Airfare one-way coach San Francisco/Dallas. |
| Emmett Bergman | 8/7/2014 | $585.10 | Airfare one-way coach San Francisco/Dallas. |
| Emmett Bergman | 8/10/2014 | $588.10 | Airfare one-way coach San Francisco/Dallas. |
| Emmett Bergman | 8/14/2014 | $585.10 | Airfare one-way coach Dallas/San Francisco. |
| Emmett Bergman | 8/18/2014 | $552.10 | Airfare one-way coach San Francisco/Dallas. |
| Emmett Bergman | 8/21/2014 | $585.10 | Airfare one-way coach Dallas/San Francisco. |
| Emmett Bergman | 8/25/2014 | $585.10 | Airfare one-way coach San Francisco/Dallas. |
| Emmett Bergman | 8/28/2014 | $585.10 | Airfare one-way coach San Francisco/Dallas. |
| Emmett Bergman | 9/1/2014 | $585.10 | Airfare one-way coach San Francisco/Dallas. |
| Emmett Bergman | 9/2/2014 | $445.20 | Airfare one-way coach Dallas/San Francisco. |
| Emmett Bergman | 9/7/2014 | $585.10 | Airfare one-way coach San Francisco/Dallas. |
| Emmett Bergman | 9/11/2014 | $585.10 | Airfare one-way coach Dallas/San Francisco. |
| Emmett Bergman | 9/15/2014 | $585.10 | Airfare one-way coach San Francisco/Dallas. |
| Emmett Bergman | 9/18/2014 | $585.10 | Airfare one-way coach Dallas/San Francisco. |
| Emmett Bergman | 9/22/2014 | $585.10 | Airfare one-way coach San Francisco/Dallas. |
| Emmett Bergman | 9/25/2014 | $585.10 | Airfare one-way coach Dallas/San Francisco. |
| Emmett Bergman | 9/30/2014 | $520.10 | Airfare one-way coach Washington, DC/Dallas. |
| Jeff Dwyer | 9/2/2014 | $568.10 | Airfare one-way coach San Francisco/Dallas. |
| Jeff Dwyer | 9/4/2014 | $579.72 | Airfare one-way coach Dallas/San Francisco. |
| Jeff Dwyer | 9/7/2014 | $562.97 | Airfare one-way coach San Francisco/Dallas. |
| Jeff Dwyer | 9/11/2014 | $578.10 | Airfare one-way coach Dallas/Chicago. |
| Jeff Dwyer | 9/15/2014 | $378.10 | Airfare one-way coach Chicago/Dallas. |
| Jeff Dwyer | 9/18/2014 | $505.10 | Airfare one-way coach Dallas/San Francisco. |
| Jeff Dwyer | 9/22/2014 | $510.00 | Airfare one-way coach San Francisco/Dallas. |
| Jeff Dwyer | 9/25/2014 | $312.20 | Airfare one-way coach Dallas/Los Angeles. |
| Jeff Stegenga | 9/17/2014 | $732.10 | Airfare roundtrip coach New York/Dallas. |
| Jodi Ehrenhofer | 9/2/2014 | $806.51 | Airfare roundtrip coach Chicago/Dallas. |
| Jodi Ehrenhofer | 9/11/2014 | $1,088.52 | Airfare roundtrip coach Chicago/Dallas. |
| Jodi Ehrenhofer | 9/16/2014 | $900.51 | Airfare roundtrip coach Chicago/Dallas. |
| Jodi Ehrenhofer | 9/22/2014 | $806.51 | Airfare roundtrip coach Chicago/Dallas. |
| Jodi Ehrenhofer | 9/30/2014 | $431.58 | Airfare one-way coach Washington, DC to Dallas. |
| Matt Frank | 9/2/2014 | $378.10 | Airfare one-way coach Chicago/Dallas. |
| Matt Frank | 9/4/2014 | $378.10 | Airfare one-way coach Dallas/Chicago. |
| Matt Frank | 9/8/2014 | $378.10 | Airfare one-way coach Chicago/Dallas. |
| Matt Frank | 9/11/2014 | $378.10 | Airfare one-way coach Dallas/Chicago. |
| Matt Frank | 9/15/2014 | $378.10 | Airfare one-way coach Chicago/Dallas. |
| Matt Frank | 9/18/2014 | $378.10 | Airfare one-way coach Dallas/Chicago. |
| Matt Frank | 9/22/2014 | $378.10 | Airfare one-way coach Chicago/Dallas. |
| Matt Frank | 9/25/2014 | $478.10 | Airfare one-way coach Dallas/Chicago. |
| Matt Frank | 9/30/2014 | $440.10 | Airfare one-way coach Washington DC/Dallas |
| Michael Dvorak | 8/22/2014 | $826.51 | Airfare roundtrip coach Chicago/Dallas. |
| Michael Dvorak | 9/11/2014 | $1,088.52 | Airfare roundtrip coach Chicago/Dallas. |

Exhibit D

**Combined - All Entities**
**Expenses Detail by Category**
**September 1, 2014 - September 30, 2014**

## Airfare

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Michael Dvorak | 9/17/2014 | $994.51 | Airfare roundtrip coach Chicago/Dallas. |
| Michael Dvorak | 9/25/2014 | $375.01 | Airfare one-way coach Chicago/Dallas. |
| Michael Williams | 9/8/2014 | $994.52 | Airfare roundtrip coach Chicago/Dallas. |
| Michael Williams | 9/10/2014 | $378.10 | Airfare coach one-way Chicago/Dallas. |
| Michael Williams | 9/17/2014 | $806.51 | Airfare coach roundtrip Chicago/Dallas. |
| Michael Williams | 9/18/2014 | $356.25 | Airfare coach one-way Dallas/Chicago. |
| Michael Williams | 9/29/2014 | $712.50 | Airfare coach roundtrip Chicago/Dallas. |
| Paul Kinealy | 9/9/2014 | $687.20 | Airfare roundtrip coach Chicago/Dallas. |
| Rich Carter | 9/11/2014 | $806.51 | Airfare roundtrip coach Chicago/Dallas. |
| Rich Carter | 9/17/2014 | $378.10 | Airfare one-way coach Dallas/Chicago. |
| Rich Carter | 9/17/2014 | $378.10 | Airfare one-way coach Chicago/Dallas. |
| Rich Carter | 9/26/2014 | $756.20 | Airfare roundtrip coach Chicago/Dallas. |
| Steve Kotarba | 9/2/2014 | $404.70 | Airfare coach one-way Chicago/New York. |
| Steve Kotarba | 9/3/2014 | $407.50 | Airfare coach one-way New York/Chicago. |
| Steve Kotarba | 9/9/2014 | $364.07 | Airfare coach one-way Chicago/Dallas. |
| Steve Kotarba | 9/15/2014 | $407.50 | Airfare coach one-way Chicago/New York. |
| Steve Kotarba | 9/16/2014 | $407.50 | Airfare coach one-way New York/Chicago. |
| Steve Kotarba | 9/23/2014 | $368.10 | Airfare coach one-way Chicago/Dallas. |
| **Airfare Total** | | **$37,731.33** | |

## Local Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Daisy Fitzgerald | 9/8/2014 | $48.90 | Taxi from home to San Francisco Airport. |
| Daisy Fitzgerald | 9/8/2014 | $76.00 | Taxi from DFW to Energy. |
| Daisy Fitzgerald | 9/9/2014 | $15.00 | Taxi to dinner. |
| Daisy Fitzgerald | 9/11/2014 | $54.00 | Taxi from San Francisco Airport to home. |
| Daisy Fitzgerald | 9/14/2014 | $76.00 | Taxi from DFW Airport to hotel. |
| Daisy Fitzgerald | 9/15/2014 | $10.00 | Taxi from hotel to Energy. |
| Daisy Fitzgerald | 9/17/2014 | $55.00 | Taxi in Dallas. |
| Daisy Fitzgerald | 9/18/2014 | $15.00 | Taxi in Dallas. |
| Daisy Fitzgerald | 9/18/2014 | $55.00 | Taxi from Energy to DFW Airport. |
| Daisy Fitzgerald | 9/18/2014 | $44.00 | Taxi from San Francisco Airport to home. |
| Daisy Fitzgerald | 9/22/2014 | $55.00 | Taxi from DFW to Energy. |
| Daisy Fitzgerald | 9/22/2014 | $51.63 | Taxi from home to San Francisco Airport. |
| Daisy Fitzgerald | 9/23/2014 | $15.00 | Taxi from dinner to hotel. |
| Daisy Fitzgerald | 9/23/2014 | $5.00 | Taxi from hotel to Energy. |
| Daisy Fitzgerald | 9/23/2014 | $10.00 | Taxi from hotel to dinner. |
| Daisy Fitzgerald | 9/29/2014 | $61.66 | Taxi from home to San Francisco Airport. |
| Daisy Fitzgerald | 9/29/2014 | $56.00 | Taxi from DFW to Energy. |
| Daisy Fitzgerald | 9/30/2014 | $5.00 | Taxi from hotel to Energy. |
| Daisy Fitzgerald | 9/30/2014 | $5.00 | Taxi from Energy to hotel. |
| Emmett Bergman | 8/4/2014 | $55.00 | Taxi from DFW Airport to Energy. |
| Emmett Bergman | 8/4/2014 | $120.00 | Taxi from home to San Francisco Airport. |
| Emmett Bergman | 8/7/2014 | $110.00 | Taxi from San Francisco Airport to home. |
| Emmett Bergman | 8/7/2014 | $55.00 | Taxi from Energy to DFW Airport. |
| Emmett Bergman | 8/10/2014 | $55.00 | Taxi from DFW Airport to Energy. |
| Emmett Bergman | 8/10/2014 | $120.00 | Taxi from home to San Francisco Airport. |

Exhibit D

**Combined - All Entities**
**Expenses Detail by Category**
**September 1, 2014 - September 30, 2014**

**Local Transportation**

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Emmett Bergman | 8/14/2014 | $110.00 | Taxi from San Francisco Airport to home. |
| Emmett Bergman | 8/14/2014 | $52.00 | Taxi from Energy to DFW Airport. |
| Emmett Bergman | 8/17/2014 | $55.00 | Taxi from DFW Airport to hotel. |
| Emmett Bergman | 8/18/2014 | $124.20 | Taxi from San Francisco Airport to home. |
| Emmett Bergman | 8/19/2014 | $15.00 | Taxi from Energy to hotel. |
| Emmett Bergman | 8/21/2014 | $120.00 | Taxi from San Francisco Airport to home. |
| Emmett Bergman | 8/21/2014 | $55.00 | Taxi from Energy to DFW Airport. |
| Emmett Bergman | 8/24/2014 | $55.00 | Taxi from DFW Airport to hotel. |
| Emmett Bergman | 8/25/2014 | $124.20 | Taxi from home to San Francisco Airport. |
| Emmett Bergman | 8/26/2014 | $26.00 | Taxi from Energy to dinner. |
| Emmett Bergman | 8/28/2014 | $56.87 | Taxi from Energy to DFW Airport. |
| Emmett Bergman | 8/28/2014 | $110.00 | Taxi: taxi from SFO to Lafayette |
| Emmett Bergman | 9/1/2014 | $124.20 | Taxi from home to San Francisco Airport. |
| Emmett Bergman | 9/3/2014 | $55.00 | Taxi: Taxi from efh to dfw |
| Emmett Bergman | 9/5/2014 | $110.00 | Taxi: Taxi from sfo to home |
| Emmett Bergman | 9/7/2014 | $124.20 | Taxi: Taxi from home to SFO |
| Emmett Bergman | 9/7/2014 | $55.00 | Taxi: Taxi from dfw to hotel |
| Emmett Bergman | 9/11/2014 | $110.00 | Taxi from San Francisco Airport to home. |
| Emmett Bergman | 9/11/2014 | $55.00 | Taxi from Energy to DFW Airport. |
| Emmett Bergman | 9/15/2014 | $55.00 | Taxi from DFW Airport to Energy. |
| Emmett Bergman | 9/15/2014 | $124.20 | Taxi from home to San Francisco Airport. |
| Emmett Bergman | 9/18/2014 | $55.00 | Taxi from Energy to DFW Airport. |
| Emmett Bergman | 9/18/2014 | $110.00 | Taxi from San Francisco Airport to home. |
| Emmett Bergman | 9/22/2014 | $55.00 | Taxi from DFW Airport to Energy. |
| Emmett Bergman | 9/22/2014 | $124.20 | Taxi from home to San Francisco Airport. |
| Emmett Bergman | 9/25/2014 | $116.00 | Taxi from San Francisco Airport to home. |
| Emmett Bergman | 9/25/2014 | $55.00 | Taxi from Energy to DFW Airport. |
| Emmett Bergman | 9/30/2014 | $53.00 | Taxi from DFW Airport to hotel. |
| Jeff Dwyer | 9/2/2014 | $70.00 | Taxi from home to San Francisco Airport. |
| Jeff Dwyer | 9/2/2014 | $60.00 | Taxi from DFW Airport to Energy. |
| Jeff Dwyer | 9/2/2014 | $10.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 9/3/2014 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 9/3/2014 | $15.00 | Taxi from Energy to hotel. |
| Jeff Dwyer | 9/4/2014 | $60.00 | Taxi from Energy to DFW Airport. |
| Jeff Dwyer | 9/4/2014 | $70.00 | Taxi from San Francisco Airport to home. |
| Jeff Dwyer | 9/7/2014 | $70.00 | Taxi from home to San Francisco Airport. |
| Jeff Dwyer | 9/7/2014 | $60.00 | Taxi from DFW Airport to Energy. |
| Jeff Dwyer | 9/8/2014 | $10.00 | Taxi to dinner. |
| Jeff Dwyer | 9/8/2014 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 9/8/2014 | $15.00 | Taxi from Energy to hotel. |
| Jeff Dwyer | 9/9/2014 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 9/10/2014 | $38.00 | Taxi to dinner. |
| Jeff Dwyer | 9/10/2014 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 9/10/2014 | $15.00 | Taxi from Energy to hotel. |
| Jeff Dwyer | 9/11/2014 | $70.00 | Taxi from Energy to DFW Airport. |
| Jeff Dwyer | 9/11/2014 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 9/15/2014 | $60.00 | Taxi from DFW Airport to Energy. |
| Jeff Dwyer | 9/15/2014 | $15.00 | Taxi from Energy to hotel. |
| Jeff Dwyer | 9/15/2014 | $70.00 | Taxi to Chicago Airport. |

**Combined - All Entities**
**Expenses Detail by Category**
**September 1, 2014 - September 30, 2014**

**Local Transportation**

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jeff Dwyer | 9/16/2014 | $15.00 | Taxi from Energy to hotel. |
| Jeff Dwyer | 9/16/2014 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 9/17/2014 | $10.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 9/18/2014 | $60.00 | Taxi from Energy to DFW Airport. |
| Jeff Dwyer | 9/18/2014 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 9/18/2014 | $70.00 | Taxi from San Francisco Airport to home. |
| Jeff Dwyer | 9/22/2014 | $35.00 | Taxi from DFW Airport to Energy. |
| Jeff Dwyer | 9/22/2014 | $15.00 | Taxi from Energy to hotel. |
| Jeff Dwyer | 9/22/2014 | $15.00 | Taxi to dinner. |
| Jeff Dwyer | 9/22/2014 | $70.00 | Taxi from home to San Francisco Airport. |
| Jeff Dwyer | 9/23/2014 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 9/24/2014 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 9/25/2014 | $70.00 | Taxi from Los Angeles Airport to home. |
| Jeff Dwyer | 9/25/2014 | $60.00 | Taxi from Energy to DFW Airport. |
| Jeff Dwyer | 9/25/2014 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 9/28/2014 | $70.00 | Taxi from Los Angeles Airport to hotel. |
| Jeff Dwyer | 9/28/2014 | $60.00 | Taxi from DFW Airport to Energy. |
| Jeff Dwyer | 9/29/2014 | $15.00 | Taxi from Energy to hotel. |
| Jeff Dwyer | 9/29/2014 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 9/30/2014 | $15.00 | Taxi from hotel to Energy. |
| Jeff Stegenga | 9/16/2014 | $12.00 | Taxi in New York City. |
| Jeff Stegenga | 9/17/2014 | $43.84 | Parking at Dallas airport. |
| Jeff Stegenga | 9/17/2014 | $20.20 | Taxi in Delaware. |
| Jeff Stegenga | 9/17/2014 | $12.88 | Mileage from Dallas Airport to home. |
| Jodi Ehrenhofer | 9/2/2014 | $39.47 | Taxi from home to O'Hare. |
| Jodi Ehrenhofer | 9/2/2014 | $60.00 | Taxi from DFW to Energy. |
| Jodi Ehrenhofer | 9/2/2014 | $15.00 | Taxi from Energy to hotel. |
| Jodi Ehrenhofer | 9/4/2014 | $40.00 | Taxi from O'Hare Airport to home. |
| Jodi Ehrenhofer | 9/8/2014 | $60.00 | Taxi from DFW to Energy. |
| Jodi Ehrenhofer | 9/8/2014 | $37.82 | Taxi from home to O'Hare. |
| Jodi Ehrenhofer | 9/10/2014 | $16.00 | Taxi from hotel to Energy. |
| Jodi Ehrenhofer | 9/11/2014 | $40.00 | Taxi from O'Hare Airport to home. |
| Jodi Ehrenhofer | 9/16/2014 | $16.16 | Taxi from hotel to dinner. |
| Jodi Ehrenhofer | 9/16/2014 | $15.00 | Taxi from Energy to hotel. |
| Jodi Ehrenhofer | 9/16/2014 | $38.30 | Taxi from home to O'Hare. |
| Jodi Ehrenhofer | 9/16/2014 | $60.00 | Taxi from DFW Airport to Energy. |
| Jodi Ehrenhofer | 9/17/2014 | $15.00 | Taxi from hotel to Energy. |
| Jodi Ehrenhofer | 9/17/2014 | $15.00 | Taxi from Energy to hotel. |
| Jodi Ehrenhofer | 9/18/2014 | $48.05 | Taxi from O'Hare Airport to home. |
| Jodi Ehrenhofer | 9/18/2014 | $70.00 | Taxi from Energy to DFW Airport. |
| Jodi Ehrenhofer | 9/18/2014 | $15.00 | Taxi from hotel to Energy. |
| Jodi Ehrenhofer | 9/22/2014 | $39.98 | Taxi from home to O'Hare Airport. |
| Jodi Ehrenhofer | 9/23/2014 | $12.23 | Taxi from dinner to hotel. |
| Jodi Ehrenhofer | 9/23/2014 | $10.00 | Taxi from hotel to Energy. |
| Jodi Ehrenhofer | 9/25/2014 | $40.00 | Taxi from O'Hare Airport to home. |
| Jodi Ehrenhofer | 9/25/2014 | $65.00 | Taxi from Energy to DFW Airport. |
| Jodi Ehrenhofer | 9/30/2014 | $60.00 | Taxi from DFW Airport to hotel. |
| Matt Frank | 9/2/2014 | $60.00 | Taxi from DFW Airport to Energy. |
| Matt Frank | 9/2/2014 | $65.00 | Taxi from home to Chicago Airport. |

Exhibit D

**Combined - All Entities**
**Expenses Detail by Category**
**September 1, 2014 - September 30, 2014**

**Local Transportation**

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Matt Frank | 9/4/2014 | $65.00 | Taxi from Chicago Airport to home. |
| Matt Frank | 9/4/2014 | $60.00 | Taxi from client to DFW Airport. |
| Matt Frank | 9/4/2014 | $12.00 | Taxi from hotel to client. |
| Matt Frank | 9/8/2014 | $65.00 | Taxi from home to Chicago Airport. |
| Matt Frank | 9/8/2014 | $31.00 | Taxi from client to dinner. |
| Matt Frank | 9/8/2014 | $60.00 | Taxi from DFW Airport to Energy. |
| Matt Frank | 9/9/2014 | $13.00 | Taxi from hotel to client. |
| Matt Frank | 9/10/2014 | $18.00 | Taxi from client to dinner. |
| Matt Frank | 9/10/2014 | $16.00 | Taxi from dinner to hotel. |
| Matt Frank | 9/11/2014 | $65.00 | Taxi from Chicago Airport to home. |
| Matt Frank | 9/11/2014 | $60.00 | Taxi from client to DFW Airport. |
| Matt Frank | 9/15/2014 | $65.00 | Taxi from home to Chicago Airport. |
| Matt Frank | 9/15/2014 | $60.00 | Taxi from DFW Airport to Energy. |
| Matt Frank | 9/17/2014 | $13.00 | Taxi from hotel to client. |
| Matt Frank | 9/18/2014 | $65.00 | Taxi from Chicago Airport to home. |
| Matt Frank | 9/18/2014 | $60.00 | Taxi from client to airport. |
| Matt Frank | 9/22/2014 | $65.00 | Taxi from home to Chicago Airport. |
| Matt Frank | 9/22/2014 | $60.00 | Taxi from DFW Airport to Energy. |
| Matt Frank | 9/23/2014 | $12.00 | Taxi from hotel to client. |
| Matt Frank | 9/24/2014 | $13.00 | Taxi from hotel to client. |
| Matt Frank | 9/25/2014 | $60.00 | Taxi from client to DFW Airport. |
| Matt Frank | 9/25/2014 | $65.00 | Taxi from Chicago Airport to home. |
| Michael Dvorak | 8/25/2014 | $37.25 | Taxi from home to Chicago Airport. |
| Michael Dvorak | 8/27/2014 | $40.14 | Taxi from Chicago O'Hare to home. |
| Michael Dvorak | 9/17/2014 | $46.22 | Taxi from home to Chicago Airport. |
| Michael Dvorak | 9/18/2014 | $39.02 | Taxi from airport to Dallas hotel. |
| Michael Dvorak | 9/18/2014 | $47.10 | Taxi from home to Chicago Airport. |
| Michael Dvorak | 9/25/2014 | $39.18 | Taxi from Chicago O'Hare to home. |
| Michael Dvorak | 9/30/2014 | $41.66 | Taxi from home to Chicago Airport. |
| Michael Dvorak | 9/30/2014 | $50.15 | Taxi from Dallas Airport to hotel. |
| Michael Williams | 9/8/2014 | $48.62 | Taxi: Taxi from Home to O'Hare Airport. |
| Michael Williams | 9/8/2014 | $55.00 | Taxi: Taxi from Dallas/Fort Worth Airport to Hotel |
| Michael Williams | 9/11/2014 | $45.56 | Taxi: Taxi from O'Hare to home, travel from working at client location |
| Michael Williams | 9/15/2014 | $10.00 | Taxi: Taxi from client headquarters to hotel |
| Michael Williams | 9/15/2014 | $43.34 | Taxi: Taxi to O'hare traveling to client headquarters |
| Michael Williams | 9/16/2014 | $10.00 | Taxi: Taxi from dinner to hotel, working at client location |
| Michael Williams | 9/16/2014 | $10.00 | Taxi: Taxi from client headquarters to hotel |
| Michael Williams | 9/18/2014 | $50.05 | Taxi: Taxi from O'hare airport home - travel from client headquarters |
| Michael Williams | 9/22/2014 | $60.00 | Taxi: Taxi from DFW Airport to Client |
| Michael Williams | 9/22/2014 | $42.38 | Taxi: Taxi to O'hare airport |
| Michael Williams | 9/24/2014 | $10.00 | Taxi: Taxi to Client from Hotel |
| Michael Williams | 9/25/2014 | $48.75 | Taxi: Taxi from O'Hare to Home |
| Michael Williams | 9/29/2014 | $43.10 | Taxi: Taxi to O'hare airport |
| Michael Williams | 9/29/2014 | $10.00 | Taxi: Taxi from Client Headquarters to Hotel |
| Michael Williams | 9/29/2014 | $60.00 | Taxi: Taxi from DFW Airport to Client headquarters |
| Michael Williams | 9/30/2014 | $5.75 | Taxi from dinner to hotel. |
| Michael Williams | 9/30/2014 | $15.00 | Taxi from hotel to Energy. |

**Combined - All Entities**
**Expenses Detail by Category**
**September 1, 2014 - September 30, 2014**

### Local Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Paul Kinealy | 9/9/2014 | $27.30 | Taxi from Dallas Airport to hotel. |
| Paul Kinealy | 9/11/2014 | $71.00 | Parking at Midway Airport. |
| Paul Kinealy | 9/11/2014 | $17.00 | Taxi from hotel to Dallas Airport. |
| Rich Carter | 9/18/2014 | $51.00 | Parking at Chicago Airport. |
| Rich Carter | 9/23/2014 | $56.40 | Taxi from DFW Airport to Energy. |
| Rich Carter | 9/25/2014 | $105.00 | Parking at Chicago Airport. |
| Steve Kotarba | 8/1/2014 | $55.00 | Taxi to home. |
| Steve Kotarba | 9/3/2014 | $41.00 | Taxi from New York City to LaGuardia. |
| Steve Kotarba | 9/3/2014 | $12.50 | Train from Newark to New York City. |
| Steve Kotarba | 9/3/2014 | $27.00 | Taxi in New York. |
| Steve Kotarba | 9/4/2014 | $60.00 | Taxi from Energy to Dallas Airport. |
| Steve Kotarba | 9/4/2014 | $60.00 | Taxi from Midway Airport to home. |
| Steve Kotarba | 9/9/2014 | $25.00 | Taxi from DFW to Energy. |
| Steve Kotarba | 9/9/2014 | $60.00 | Taxi from Dallas Airport to Energy. |
| Steve Kotarba | 9/11/2014 | $25.00 | Taxi from Energy to Dallas Airport. |
| Steve Kotarba | 9/11/2014 | $60.00 | Taxi from Midway Airport to home. |
| Steve Kotarba | 9/15/2014 | $60.00 | Taxi from home to Midway Airport. |
| Steve Kotarba | 9/16/2014 | $60.00 | Taxi from Midway Airport to home. |
| Steve Kotarba | 9/16/2014 | $38.70 | Taxi from Epiq to LaGuardia. |
| Steve Kotarba | 9/23/2014 | $55.00 | Taxi from home to Midway Airport. |
| Steve Kotarba | 9/23/2014 | $25.00 | Taxi from Dallas Airport to Energy. |
| Steve Kotarba | 9/24/2014 | $20.00 | Taxi from hotel to office (Kotarba, Ehrenhofer, Williams, Carter). |
| Steve Kotarba | 9/25/2014 | $25.00 | Taxi from Energy to Dallas Airport. |
| Steve Kotarba | 9/25/2014 | $15.00 | Taxi from hotel to office (Kotarba, Ehrenhofer, Williams, Dvorak). |
| Steve Kotarba | 9/25/2014 | $60.00 | Taxi from Midway Airport to home. |
| **Local Transportation** | | **$9,030.36** | |

### Lodging

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Daisy Fitzgerald | 9/10/2014 | $726.12 | Hotel in Dallas - 3 nights. |
| Daisy Fitzgerald | 9/17/2014 | $967.67 | Hotel in Dallas - 4 nights. |
| Daisy Fitzgerald | 9/24/2014 | $726.24 | Hotel in Dallas - 3 nights. |
| Daisy Fitzgerald | 9/30/2014 | $482.46 | Hotel in Dallas - 2 nights. |
| Emmett Bergman | 8/6/2014 | $726.12 | Hotel in Dallas - 3 nights. |
| Emmett Bergman | 8/13/2014 | $968.16 | Hotel in Dallas - 4 nights. |
| Emmett Bergman | 8/21/2014 | $968.16 | Hotel in Dallas - 4 nights. |
| Emmett Bergman | 8/27/2014 | $726.12 | Hotel in Dallas - 3 nights. |
| Emmett Bergman | 9/1/2014 | $484.08 | Hotel in Dallas - 2 nights. |
| Emmett Bergman | 9/10/2014 | $968.16 | Hotel in Dallas - 4 nights. |
| Emmett Bergman | 9/17/2014 | $726.12 | Hotel in Dallas - 3 nights. |
| Emmett Bergman | 9/24/2014 | $726.12 | Hotel in Dallas - 3 nights. |
| Jeff Dwyer | 9/4/2014 | $469.08 | Hotel in Dallas - 2 nights. |
| Jeff Dwyer | 9/11/2014 | $973.16 | Hotel in Dallas - 4 nights. |
| Jeff Dwyer | 9/18/2014 | $701.12 | Hotel in Dallas - 3 nights. |
| Jeff Dwyer | 9/24/2014 | $696.12 | Hotel in Dallas - 3 nights. |

Exhibit D

**Combined - All Entities**
**Expenses Detail by Category**
**September 1, 2014 - September 30, 2014**

### Lodging

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jeff Dwyer | 9/30/2014 | $696.12 | Hotel in Dallas - 3 nights. |
| Jeff Stegenga | 9/15/2014 | $525.00 | Hotel in New York - 1 night. |
| Jeff Stegenga | 9/16/2014 | $282.61 | Hotel in Delaware - 1 night. |
| Jodi Ehrenhofer | 9/3/2014 | $464.08 | Hotel in Dallas - 2 nights. |
| Jodi Ehrenhofer | 9/10/2014 | $696.12 | Hotel in Dallas - 3 nights. |
| Jodi Ehrenhofer | 9/18/2014 | $464.08 | Hotel in Dallas - 2 nights. |
| Jodi Ehrenhofer | 9/24/2014 | $696.12 | Hotel in Dallas - 3 nights. |
| Jodi Ehrenhofer | 9/30/2014 | $232.04 | Hotel in Dallas - 1 night. |
| Matt Frank | 9/3/2014 | $484.08 | Hotel in Dallas - 2 nights. |
| Matt Frank | 9/10/2014 | $726.12 | Hotel in Dallas - 3 nights. |
| Matt Frank | 9/17/2014 | $726.12 | Hotel in Dallas - 3 nights. |
| Matt Frank | 9/25/2014 | $722.03 | Hotel in Dallas - 3 nights. |
| Matt Frank | 9/30/2014 | $242.04 | Hotel in Dallas - 1 night. |
| Michael Dvorak | 8/26/2014 | $484.08 | Hotel in Dallas - 2 nights. |
| Michael Dvorak | 9/18/2014 | $484.08 | Hotel in Dallas - 2 nights. |
| Michael Dvorak | 9/24/2014 | $726.12 | Hotel in Dallas - 3 nights. |
| Michael Dvorak | 9/30/2014 | $242.04 | Hotel in Dallas - 1 night. |
| Michael Williams | 9/10/2014 | $706.12 | Hotel in Dallas - 3 nights. |
| Michael Williams | 9/17/2014 | $710.03 | Hotel in Dallas - 3 nights. |
| Michael Williams | 9/24/2014 | $726.12 | Hotel in Dallas - 3 nights. |
| Michael Williams | 9/30/2014 | $484.08 | Hotel in Dallas - 2 nights. |
| Paul Kinealy | 9/11/2014 | $484.08 | Hotel in Dallas - 2 nights. |
| Rich Carter | 9/18/2014 | $464.08 | Hotel in Dallas - 2 nights. |
| Rich Carter | 9/25/2014 | $464.08 | Hotel in Dallas - 2 nights. |
| Rich Carter | 9/30/2014 | $242.04 | Hotel in Dallas - 1 night. |
| Steve Kotarba | 9/3/2014 | $499.47 | Hotel in New York - 1 night. |
| Steve Kotarba | 9/10/2014 | $481.78 | Hotel in Dallas - 2 nights. |
| Steve Kotarba | 9/15/2014 | $272.02 | Hotel in New York - 1 night. |
| Steve Kotarba | 9/24/2014 | $464.08 | Hotel in Dallas - 2 nights. |
| **Lodging Total** | | **$26,925.87** | |

### Meals

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Daisy Fitzgerald | 8/4/2014 | $160.00 | Out of town dinner - E. Bergman, M. Frank, J. Dwyer, D. Fitzgerald - 4. |
| Daisy Fitzgerald | 8/5/2014 | $40.00 | Out of town dinner - D. Fitzgerald. |
| Daisy Fitzgerald | 8/11/2014 | $17.64 | Out of town breakfast - D. Fitzgerald. |
| Daisy Fitzgerald | 9/8/2014 | $10.68 | Out of town breakfast - D. Fitzgerald. |
| Daisy Fitzgerald | 9/9/2014 | $12.49 | Out of town breakfast - D. Fitzgerald. |
| Daisy Fitzgerald | 9/9/2014 | $35.00 | Out of town dinner - D. Fitzgerald. |
| Daisy Fitzgerald | 9/10/2014 | $5.76 | Out of town breakfast - D. Fitzgerald. |
| Daisy Fitzgerald | 9/15/2014 | $12.50 | Out of town breakfast - D. Fitzgerald. |
| Daisy Fitzgerald | 9/18/2014 | $6.75 | Out of town breakfast - D. Fitzgerald. |
| Daisy Fitzgerald | 9/22/2014 | $28.15 | Out of town dinner - D. Fitzgerald. |
| Daisy Fitzgerald | 9/23/2014 | $8.65 | Out of town breakfast - D. Fitzgerald. |
| Daisy Fitzgerald | 9/24/2014 | $19.52 | Out of town breakfast - D. Fitzgerald. |
| Daisy Fitzgerald | 9/28/2014 | $34.18 | Out of town dinner - D. Fitzgerald. |

Exhibit D

**Combined - All Entities**
**Expenses Detail by Category**
**September 1, 2014 - September 30, 2014**

**Meals**

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| David Blanks | 9/24/2014 | $240.00 | Out of town dinner - E. Bergman, M. Frank, J. Dwyer, J. Ehrenhofer, M. Williams, S. Kotarba - 6. |
| Emmett Bergman | 8/4/2014 | $11.67 | Out of town breakfast - E. Bergman. |
| Emmett Bergman | 8/6/2014 | $40.00 | Out of town dinner - E. Bergman. |
| Emmett Bergman | 8/6/2014 | $5.14 | Out of town breakfast - E. Bergman. |
| Emmett Bergman | 8/7/2014 | $7.77 | Out of town breakfast - E. Bergman. |
| Emmett Bergman | 8/12/2014 | $120.00 | Out of town dinner - E. Bergman, D. Fitzgerald, M. Frank - 3. |
| Emmett Bergman | 8/14/2014 | $29.39 | Out of town breakfast - E. Bergman. |
| Emmett Bergman | 8/18/2014 | $11.67 | Out of town breakfast - E. Bergman. |
| Emmett Bergman | 8/20/2014 | $160.00 | Out of town dinner - E. Bergman, D. Fitzgerald, M. Frank, J. Dwyer - 4. |
| Emmett Bergman | 8/22/2014 | $0.48 | Out of town breakfast - E. Bergman. |
| Emmett Bergman | 8/25/2014 | $6.17 | Out of town breakfast - E. Bergman. |
| Emmett Bergman | 8/28/2014 | $40.00 | Out of town dinner - E. Bergman. |
| Emmett Bergman | 9/2/2014 | $5.25 | Out of town breakfast - E. Bergman. |
| Emmett Bergman | 9/11/2014 | $6.89 | Out of town breakfast - E. Bergman. |
| Emmett Bergman | 9/25/2014 | $11.40 | Out of town breakfast - E. Bergman. |
| Jeff Dwyer | 9/2/2014 | $37.18 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 9/3/2014 | $7.83 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 9/3/2014 | $120.00 | Out of town dinner - J. Dwyer, M. Frank, J. Ehrenhofer - 3. |
| Jeff Dwyer | 9/7/2014 | $40.00 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 9/8/2014 | $160.00 | Out of town dinner - J. Dwyer, M. Frank, J. Ehrenhofer, D. Fitzgerald - 4. |
| Jeff Dwyer | 9/9/2014 | $36.31 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 9/10/2014 | $9.95 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 9/10/2014 | $200.00 | Out of town dinner - D. Fitzgerald, E. Bergman, J. Dwyer, M. Frank, P. Kinealy - 5. |
| Jeff Dwyer | 9/11/2014 | $26.69 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 9/15/2014 | $160.00 | Out of town dinner - J. Dwyer, D. Fitzgerald, E. Bergman, M. Frank - 4. |
| Jeff Dwyer | 9/16/2014 | $160.00 | Out of town dinner - D. Fitzgerald, E. Bergman, J. Dwyer, M. Frank - 4. |
| Jeff Dwyer | 9/16/2014 | $10.14 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 9/17/2014 | $135.45 | Out of town dinner - J. Dwyer, M. Frank, E. Bergman, D. Fitzgerald - 4. |
| Jeff Dwyer | 9/18/2014 | $4.60 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 9/22/2014 | $40.00 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 9/25/2014 | $17.93 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 9/29/2014 | $7.57 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 9/29/2014 | $40.00 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 9/30/2014 | $40.00 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 9/30/2014 | $3.78 | Out of town breakfast - J. Dwyer. |
| Jeff Stegenga | 9/16/2014 | $13.18 | Out of town dinner - J. Stegenga. |
| Jeff Stegenga | 9/16/2014 | $9.63 | Out of town breakfast - J. Stegenga. |
| Jeff Stegenga | 9/22/2014 | $135.61 | Out of town dinner - E. Bergman, J. Ehrenhofer, M. Frank - 3. |
| Jodi Ehrenhofer | 9/2/2014 | $5.56 | Out of town breakfast - J. Ehrenhofer. |
| Jodi Ehrenhofer | 9/8/2014 | $5.34 | Out of town breakfast - J. Ehrenhofer. |
| Jodi Ehrenhofer | 9/9/2014 | $103.60 | Out of town dinner - S. Kotarba, M. Williams and J. Ehrenhofer - 3. |

Exhibit D

**Combined - All Entities**
**Expenses Detail by Category**
**September 1, 2014 - September 30, 2014**

**Meals**

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jodi Ehrenhofer | 9/10/2014 | $71.54 | Out of town dinner M. Williams and J. Ehrenhofer - 2. |
| Jodi Ehrenhofer | 9/11/2014 | $23.38 | Out of town dinner - J. Ehrenhofer. |
| Jodi Ehrenhofer | 9/16/2014 | $120.00 | Out of town dinner - M. Dvorak, R. Carter, J. Ehrenhofer - 3. |
| Jodi Ehrenhofer | 9/16/2014 | $6.99 | Out of town dinner - J. Ehrenhofer. |
| Jodi Ehrenhofer | 9/17/2014 | $160.00 | Out of town dinner - M. Dvorak, R. Carter, J. Ehrenhofer, M. Williams - 4. |
| Jodi Ehrenhofer | 9/18/2014 | $5.82 | Out of town breakfast - J. Ehrenhofer. |
| Jodi Ehrenhofer | 9/22/2014 | $6.94 | Out of town breakfast - J. Ehrenhofer. |
| Matt Frank | 9/2/2014 | $76.95 | Out of town dinner - M. Frank, J. Ehrenhofer, E. Bergman - 3. |
| Matt Frank | 9/2/2014 | $8.01 | Out of town breakfast - M. Frank. |
| Matt Frank | 9/4/2014 | $11.44 | Out of town dinner - M. Frank. |
| Matt Frank | 9/8/2014 | $7.64 | Out of town breakfast - M. Frank. |
| Matt Frank | 9/9/2014 | $34.81 | Out of town dinner - M. Frank. |
| Matt Frank | 9/10/2014 | $5.91 | Out of town breakfast - M. Frank. |
| Matt Frank | 9/11/2014 | $10.00 | Out of town dinner - M. Frank. |
| Matt Frank | 9/15/2014 | $5.97 | Out of town breakfast - M. Frank. |
| Matt Frank | 9/16/2014 | $7.99 | Out of town breakfast - M. Frank. |
| Matt Frank | 9/18/2014 | $5.91 | Out of town breakfast - M. Frank. |
| Matt Frank | 9/18/2014 | $11.02 | Out of town dinner - M. Frank. |
| Matt Frank | 9/22/2014 | $5.97 | Out of town breakfast - M. Frank. |
| Matt Frank | 9/23/2014 | $160.00 | Out of town dinner - E. Bergman, D. Fitzgerald, J. Dwyer, M. Frank - 4. |
| Matt Frank | 9/25/2014 | $9.98 | Out of town dinner - M. Frank. |
| Matt Frank | 9/30/2014 | $79.12 | Out of town dinner - E. Bergman, J. Ehrenhofer, M. Frank - 3. |
| Michael Dvorak | 8/25/2014 | $21.58 | Out of town breakfast - M. Dvorak |
| Michael Dvorak | 8/27/2014 | $6.58 | Out of town dinner - M. Dvorak. |
| Michael Dvorak | 8/27/2014 | $3.25 | Out of town breakfast - M. Dvorak |
| Michael Dvorak | 8/28/2014 | $10.88 | Out of town breakfast - M. Dvorak |
| Michael Dvorak | 9/16/2014 | $15.33 | Out of town breakfast - M. Dvorak |
| Michael Dvorak | 9/17/2014 | $35.97 | Out of town dinner - M. Dvorak. |
| Michael Dvorak | 9/17/2014 | $7.82 | Out of town breakfast - M. Dvorak |
| Michael Dvorak | 9/18/2014 | $3.91 | Out of town breakfast - M. Dvorak |
| Michael Dvorak | 9/22/2014 | $8.24 | Out of town dinner - M. Dvorak. |
| Michael Dvorak | 9/22/2014 | $8.49 | Out of town breakfast - M. Dvorak |
| Michael Dvorak | 9/25/2014 | $8.99 | Out of town dinner - M. Dvorak. |
| Michael Dvorak | 9/30/2014 | $10.32 | Out of town breakfast - M. Dvorak |
| Michael Dvorak | 9/30/2014 | $13.10 | Out of town dinner - M. Dvorak. |
| Michael Williams | 9/16/2014 | $38.28 | Out of town dinner - M. Williams. |
| Michael Williams | 9/22/2014 | $22.53 | Out of town dinner - M. Williams. |
| Michael Williams | 9/29/2014 | $21.42 | Out of town dinner - M. Williams. |
| Paul Kinealy | 9/9/2014 | $5.23 | Out of town breakfast - P. Kinealy. |
| Rich Carter | 9/18/2014 | $6.50 | Out of town breakfast - R. Carter. |
| Rich Carter | 9/23/2014 | $8.49 | Out of town breakfast - R. Carter. |
| Rich Carter | 9/24/2014 | $14.99 | Out of town breakfast - R. Carter. |
| Rich Carter | 9/25/2014 | $11.10 | Out of town dinner - R. Carter. |
| Rich Carter | 9/26/2014 | $14.99 | Out of town breakfast - R. Carter. |
| Rich Carter | 9/30/2014 | $7.68 | Out of town dinner - R. Carter. |
| Steve Kotarba | 9/23/2014 | $4.03 | Out of town breakfast - S. Kotarba. |

Exhibit D

**Combined - All Entities**
**Expenses Detail by Category**
**September 1, 2014 - September 30, 2014**

| | | | |
|---|---|---|---|
| Steve Kotarba | 9/23/2014 | $135.50 | Out of town dinner - S. Kotarba, J. Ehrenhofer, R. Carter, M. Dvorak, M. Williams - 5. |
| **Meals Total** | | **$3,898.09** | |

### Miscellaneous

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Daisy Fitzgerald | 8/4/2014 | $4.51 | Verizon conference call charges. |
| Daisy Fitzgerald | 9/25/2014 | $49.95 | Internet online access fee for September. |
| Emmett Bergman | 9/2/2014 | $24.01 | Intercall Alloc-Billable |
| Jeff Dwyer | 9/2/2014 | $1.80 | Verizon conference call charges. |
| Jeff Dwyer | 9/4/2014 | $49.95 | Internet online access fee - in flight - monthly charge. |
| Jeff Dwyer | 9/4/2014 | $14.02 | Internet online in-flight internet. |
| Jeff Dwyer | 9/25/2014 | $5.00 | Miscellaneous travel tips at hotel. |
| Jeff Stegenga | 9/17/2014 | $2.00 | Miscellaneous travel incidentals. |
| Jodi Ehrenhofer | 9/2/2014 | $12.05 | Verizon conference call charges. |
| John Stuart | 8/19/2014 | $12.95 | Internet on-line fee - GoGo wireless. |
| John Stuart | 8/19/2014 | $7.50 | Internet on-line fee - GoGo wireless. |
| John Stuart | 8/29/2014 | $11.85 | Internet on-line fee - GoGo wireless. |
| John Stuart | 8/31/2014 | $10.95 | Internet on-line fee - GoGo wireless. |
| John Stuart | 9/28/2014 | $14.02 | Internet on-line fee - GoGo wireless. |
| John Stuart | 9/30/2014 | $12.95 | Internet on-line fee - GoGo wireless. |
| Mark Zeiss | 9/2/2014 | $1.75 | Verizon conference call charges. |
| Matt Frank | 9/2/2014 | $1.04 | Verizon conference call charge. |
| Matt Frank | 9/13/2014 | $39.95 | Internet online access fee on flight for month - September. |
| Rich Carter | 9/25/2014 | $20.51 | Internet online wifi charge. |
| Steve Kotarba | 9/2/2014 | $2.42 | Verizon conference call charges. |
| **Miscellaneous Total** | | **$299.18** | |
| *Grand Total* | | **$77,884.83** | |