# EXHIBIT A

## Statement of Fees by Subject Matter

| Task Summary | | | | |
|---|---|---|---|---|
| Task Code | Project Category Description | Hours | Total Fees (Prior to Holdback) | 80% of Total Fees |
| B110 | Case Administration | 16.2 | $9,072.00 | $7,257.60 |
| B160 | Fee/Employment Applications | 140.9 | $65,316.00 | $52,252.80 |
| B240 | Tax Issues | 255.2 | $151,582.00 | $121,265.60 |
| **Totals** | | **412.30** | **$225,970.00** | **$180,776.00** |