# EXHIBIT B

## Attorneys and Paraprofessionals' Information

The T&K attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional | Position | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Fees (prior to holdback) |
|---|---|---|---|---|---|---|
| Clark, Katie | Partner | TX - 2004 | Bankruptcy and Restructuring | $515 | 39.1 | $20,136.50 |
| Liggins, Demetra | Partner | TX - 2000 NY - 2008 | Bankruptcy and Restructuring | $560 | 44.9 | $25,144.00 |
| McNulty, Mary | Partner | TX - 1989 | Tax | $725 | 48.6 | $35,235.00 |
| Parker, Emily | Partner | TX - 1973 | Tax | $930 | 9.5 | $8,835.00 |
| Wheat, David | Partner | TX - 1988 LA - 1988 | Tax | $805 | 62 | $49,910.00 |
| Bloom, Brandon | Associate | TX - 2006 | Tax | $515 | 79.6 | $40,994.00 |
| Meyercord, Leonora | Associate | TX - 2010 | Tax | $430 | 71.7 | $30,831.00 |
| Nylin, Meghan | Associate | TX - 2009 | Trial | $430 | 8.4 | $3,612.00 |
| | | | | **Total:** | **363.8** | **$214,697.50** |

The paraprofessionals of T&K who rendered professionals services in these cases during the Fee Period are:

| Name of Paraprofessional | Position | Number of Years in Position | Department | Hourly Billing Rate | Total Billed Hours | Total Fees (prior to holdback) |
|---|---|---|---|---|---|---|
| LeMire, Caroline | Paralegal | 16 years | Bankruptcy and Restructuring | $240 | 45 | $10,800.00 |
| Parker, Nashira | Case Clerk | 7 years | Bankruptcy and Restructuring | $135 | 3.5 | $472.50 |
| | | | | **Total:** | **48.5** | **$11,272.50** |