# EXHIBIT C

## Summary of Actual and Necessary Expenses for the Fee Period

| Expense | Vendor (if any) | Amount |
|---|---|---|
| Standard Copies or Prints ($0.10/page) | In-House | $367.30 |
| Overnight Delivery | Federal Express | $51.02 |
| Outside Messenger Services | Special Delivery, Inc. | $15.42 |
| Hotel | Loews Madison Hotel, Washington, DC | $303.43 |
| Airport Parking | Freedom Park, DFW Airport Parking | $61.29 |
| Local Transportation (cab) | Blue Top Cab | $18.00 |
| Travel Meals | Various | $57.89 |
| Other Travel Expenses (internet) | Loews Madison Hotel, Washington, DC | $12.99 |
| Appearance Fees | CourtCall | $305.00 |
| Computer Database Research | Westlaw/Pacer | $628.44 |
| | **Total:** | **$1,820.78** |