# EXHIBIT D

## Detailed Description of Expenses and Disbursements

### LODGING

| Professional | Date(s) | Expense | Description |
|---|---|---|---|
| David Wheat | 5/12/2014 | $303.43 | Loews Madison Hotel, Washington, DC |
| | | **TOTAL:** | **$303.43** |

### MEALS

| Professional | Date(s) | Expense | Description |
|---|---|---|---|
| David Wheat | 5/12/2014 | $16.98 | Dinner |
| David Wheat | 5/13/2014 | $9.35 | Breakfast |
| David Wheat | 5/13/2014 | $31.56 | Dinner |
| | | **TOTAL:** | **$57.89** |

### TRANSPORTATION

| Professional | Date(s) | Expense | Description |
|---|---|---|---|
| David Wheat | 5/12/2014 | $18.00 | Blue Top Cab fare |
| | | **TOTAL:** | **$18.00** |

### PARKING AND TOLLS

| Professional | Date(s) | Expense | Description |
|---|---|---|---|
| David Wheat | 5/12/2014 and 5/13/2014 | $4.00 | Tolls around airport |
| David Wheat | 5/13/2014 | $57.29 | Freedom Park, DFW Airport Parking |
| | | **TOTAL:** | **$61.29** |

### MISCELLANEOUS

| Professional | Date(s) | Expense | Description |
|---|---|---|---|
| David Wheat | 5/12/2014 | $12.99 | Hotel Internet Fee |
| | | **TOTAL:** | **$12.99** |



# LOEWS
## MADISON HOTEL
## WASHINGTON DC

Reginald David Jr Wheat

| | |
|---|---|
| Room Number: | 1101 |
| Arrival Date: | 05-12-14 |
| Departure Date: | 05-13-14 |
| Confirmation Number: | 10790229 |
| Merchant Ref #: | |
| Page No: | 1 of 1 |

*Guest Name:*

**INFORMATION INVOICE**
A/R No:
Folio No: 504975

05-16-14

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 05-12-14 | Room Accommodation | | 265.00 | |
| 05-12-14 | Occupancy Tax - 14.5 PCT | | 38.43 | |
| 05-13-14 | In Room Dining Food Breakfast | Room# 1101 : CHECK# 0113705 | 5.50 | |
| 05-13-14 | In Room Dining Food Breakfast | Room# 1101 : CHECK# 0113705 | 3.00 | |
| 05-13-14 | In Room Dining Food Breakfast | Room# 1101 : CHECK# 0113705 | 0.85 | |
| 05-13-14 | Visa | XXXXXXXXXXXX4106    XX/XX | | 312.78 |
| | Total | | 312.78 | 312.78 |
| | Balance | | 0.00 | |

*Handwritten annotations: 303.43 (bracketing room + tax); 9.35 (bracketing the three breakfast charges)*

1177 15th Street NW Washington, DC 20005 T: (202) 862-1600 F: (202) 785-1255 Toll: (866) 563-9792
www.loewshotels.com