## EXHIBIT A

### Statement of Fees by Subject Matter

| Task Code | Project Category Description | Hours | Total Fees (Prior to Holdback) | 80% of Total Fees |
|---|---|---|---|---|
| B160 | Fee/Employment Applications | 30.1 | $17,842.50 | $14,274.00 |
| B240 | Tax Issues | 280.9 | $170,562.50 | $136,450.00 |
| B330 | Non-Working Travel | 8 | $3,470.00 | $2,776.00 |
| **Totals** | | **319** | **$191,875.00** | **$153,500.00** |