# EXHIBIT B

## Attorneys and Paraprofessionals' Information

The T&K attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional | Position | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Fees (prior to holdback) |
|---|---|---|---|---|---|---|
| Clark, Katie | Partner | TX - 2004 | Bankruptcy and Restructuring | $515 | 8 | $4,120.00 |
| Liggins, Demetra | Partner | TX - 2000 NY - 2008 | Bankruptcy and Restructuring | $560 | 2.2 | $1,232.00 |
| McNulty, Mary | Partner | TX - 1989 | Tax | $725 | 36.7 | $26,607.50 |
| Parker, Emily | Partner | TX - 1973 | Tax | $930 | 27.1 | $23,343.00 |
| Wheat, David | Partner | TX - 1988 LA - 1988 | Tax | $805 | 61.1 | $47,575.50 |
| Bloom, Brandon | Associate | TX - 2006 | Tax | $515 | 117.6 | $60,564.00 |
| Meyercord, Leonora | Associate | TX - 2010 | Tax | $430 | 59.4 | $25,542.00 |
| Nylin, Meghan | Associate | TX - 2009 | Trial | $430 | 6.5 | $2,795.00 |
| | | | | **Total:** | **318.6** | **$191,779.00** |

The paraprofessionals of T&K who rendered professionals services in these cases during the Fee Period are:

| Name of Paraprofessional | Position | Number of Years in Position | Department | Hourly Billing Rate | Total Billed Hours | Total Fees (prior to holdback) |
|---|---|---|---|---|---|---|
| LeMire, Caroline | Paralegal | 16 years | Bankruptcy and Restructuring | $240 | 0.4 | $96.00 |
| | | | | **Total:** | **0.4** | **$96.00** |