# EXHIBIT C

## Summary of Actual and Necessary Expenses for the Fee Period

| Expense | Vendor (if any) | Amount |
|---|---|---|
| Standard Copies or Prints ($0.10/page) | In-House | $1,921.10 |
| Postage | USPS | $140.19 |
| Overnight Delivery | Federal Express | $109.25 |
| Outside Messenger Services | Special Delivery, Inc. | $27.13 |
| Hotel | Willard Intercontinental, Washington DC | $867.92 |
| Airfare | Lawyer's Travel Service, American Airlines | $3,388.50 |
| Airport Parking | Freedom Park, DFW Airport Parking | $117.75 |
| Local Transportation (cab) | Independent Cab Co. | $17.48 |
| Travel Meals | Various | $35.64 |
| Computer Database Research | Westlaw/Pacer | $3.00 |
| | **Total:** | **$6,627.96** |