## EXHIBIT A

### Statement of Fees by Subject Matter

| Task Code | Project Category Description | Hours | Total Fees (Prior to Holdback) | 80% of Total Fees |
|---|---|---|---|---|
| B110 | Case Administration | 1.3 | $669.50 | $535.60 |
| B160 | Fee/Employment Applications | 6.7 | $3,395.00 | $2,716.00 |
| B240 | Tax Issues | 102.5 | $60,454.00 | $48,363.20 |
| | **Totals** | **110.5** | **$64,518.50** | **$51,614.80** |