# EXHIBIT B

## Attorneys and Paraprofessionals' Information

The T&K attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional | Position | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Fees (prior to holdback) |
|---|---|---|---|---|---|---|
| Clark, Katie | Partner | TX - 2004 | Bankruptcy and Restructuring | $515 | 4.8 | $2,472.00 |
| McNulty, Mary | Partner | TX - 1989 | Tax | $725 | 25.3 | $18,342.50 |
| Parker, Emily | Partner | TX - 1973 | Tax | $930 | 2.1 | $1,953.00 |
| Wheat, David | Partner | TX - 1988 LA - 1988 | Tax | $805 | 20.2 | $16,261.00 |
| Bloom, Brandon | Associate | TX - 2006 | Tax | $515 | 12.4 | $6,386.00 |
| Chase, Thaddeus | Associate | TX - 2013 | Corporate and Securities | $315 | 1.3 | $409.50 |
| Meyercord, Leonora | Associate | TX - 2010 | Tax | $430 | 31.8 | $13,674.00 |
| Nylin, Meghan | Associate | TX - 2009 | Trial | $430 | 9.6 | $4,128.00 |
| Salisbury, Doug | Associate | TX - 2012 | Trial | $355 | 1.5 | $532.50 |
| | | | | **Total:** | **109** | **$64,158.50** |

The paraprofessionals of T&K who rendered professionals services in these cases during the Fee Period are:

| Name of Paraprofessional | Position | Number of Years in Position | Department | Hourly Billing Rate | Total Billed Hours | Total Fees (prior to holdback) |
|---|---|---|---|---|---|---|
| LeMire, Caroline | Paralegal | 16 years | Bankruptcy and Restructuring | $240 | 1.5 | $360.00 |
| | | | | **Total:** | **1.5** | **$360.00** |