## **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

| Expense | Vendor (if any) | Amount |
|---|---|---:|
| Overnight Delivery | Federal Express | $22.39 |
| Computer Database Research | Westlaw/Pacer | $0.50 |
| | **Total:** | **$22.89** |