## EXHIBIT A
### Statement of Fees by Subject Matter

| Task Code | Project Category Description | Hours | Total Fees (Prior to Holdback) | 80% of Total Fees |
|---|---|---|---|---|
| B110 | Case Administration | 1.7 | $875.50 | $700.40 |
| B160 | Fee/Employment Applications | 116.2 | $49,581.50 | $39,665.20 |
| B240 | Tax Issues | 202.9 | $108,920.00 | $87,136.00 |
| | **Totals** | **320.8** | **$159,377.00** | **$127,501.60** |