# EXHIBIT B
## Attorneys and Paraprofessionals' Information

The T&K attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional | Position | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Fees (prior to holdback) |
|---|---|---|---|---|---|---|
| Clark, Katie | Partner | TX - 2004 | Bankruptcy and Restructuring | $515 | 58.4 | $30,076.00 |
| Fountain, Sharon | Partner | TX - 1982 | Tax | $745 | 6.7 | $4,991.50 |
| Liggins, Demetra | Partner | TX - 2000 NY - 2008 | Bankruptcy and Restructuring | $560 | 10.2 | $5,712.00 |
| McNulty, Mary | Partner | TX - 1989 | Tax | $725 | 46.8 | $33,930.00 |
| Munnerlyn, Neely | Partner | TX - 1998 | Tax | $535 | 0.2 | $107.00 |
| Parker, Emily | Partner | TX - 1973 | Tax | $930 | 4.5 | $4,185.00 |
| Wheat, David | Partner | TX - 1988 LA - 1988 | Tax | $805 | 18.4 | $14,812.00 |
| Bloom, Brandon | Associate | TX - 2006 | Tax | $515 | 29.1 | $14,986.50 |
| Chase, Thaddeus | Associate | TX - 2013 | Corporate and Securities | $315 | 32.9 | $10,363.50 |
| Meyercord, Leonora | Associate | TX - 2010 | Tax | $430 | 37.7 | $16,211.00 |
| Morrison, Jessica | Associate | TX - 2009 | Tax | $460 | 8.7 | $4,002.00 |
| Nylin, Meghan | Associate | TX - 2009 | Trial | $430 | 17.2 | $7,396.00 |
| Salisbury, Doug | Associate | TX - 2012 | Trial | $355 | 5.5 | $1,952.50 |
| | | | | **Total:** | **276.3** | **$148,725.00** |

The paraprofessionals of T&K who rendered professionals services in these cases during the Fee Period are:

| Name of Paraprofessional | Position | Number of Years in Position | Department | Hourly Billing Rate | Total Billed Hours | Total Fees (prior to holdback) |
|---|---|---|---|---|---|---|
| LeMire, Caroline | Paralegal | 16 years | Bankruptcy and Restructuring | $240 | 44.1 | $10,584.00 |
| Lewis, Edward | Litigation Support Analyst | 14 years | Litigation Support | $170 | 0.4 | $68.00 |
| | | | | **Total:** | **44.5** | **$10,652.00** |