## **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

| Expense | Vendor (if any) | Amount |
|---|---|---|
| Outside Messenger Services | Special Delivery, Inc. | $10.52 |
| Computer Database Research | Westlaw/Pacer | $36.60 |
| | **Total:** | **$47.12** |