## EXHIBIT A

### Statement of Fees by Subject Matter

| Task Code # | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| B160 | Fee/Employment Applications | 36.80 | $17,263.00 |
| B270 | Energy Trading | 65.10 | $49,345.00 |
| B280 | Generating Assets | 0.90 | $684.00 |
| B290 | Utilities | 7.50 | $3,862.50 |
| B330 | Non-Working Travel (Billed at ½ Rate) | 29.00 | $10,063.75 |
| B340 | Hearings | 5.80 | $3,757.50 |
|  | **TOTAL** | **145.10** | **$84,975.75** |