## EXHIBIT B

### Professionals' Information

The McDermott Will & Emery LLP professionals who rendered professional services in this case during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Iskender H. Catto | Partner | $850 | 66.8 | $50,192.50 |
| Robert M. Lamkin | Partner | $760 | .90 | $684 |
| Jessica Bayles | Associate | $385 | 3.30 | $1,270.50 |
| Ryan A. Wagner | Associate | $515 | 66.2 | $30,616.75 |
| Andrea Duncliffe | Paralegal Manager | $280 | 7.90 | $2,212.00 |
| **Total Fees Requested:** | | | **145.10** | **$84,975.75** |