## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

**TCEH – Expense Summary**

| Service Description | Service Provider | Amount |
|---|---|---|
| Document Production/Word Processing | Williams Lea | $245.00 |
| Telecommunications | | $.60 |
| Express Mail | Federal Express | $10.05 |
| Airfare | American/United | $5,182.80 |
| Lodging | Marriott | $3,688.34 |
| Meals | | $244.03 |
| Transportation: | | |
| (a) Local Transportation | Local Taxi Companies | $292.10 |
| (b) Car Rental | Budget Rental | $735.12 |
| Parking | | $654.42 |
| Miscellaneous | | $37.36 |
| **TOTAL** | | **$11,089.82** |