# **EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

### Expense Detail by Category

### September 15, 2014 through September 30, 2014

#### *AIRFARE*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Ryan Wagner | September 22, 2014 | $ 914.20 | Airfare Round Trip Coach NY/Dallas |
| Iskender H. Catto | September 15, 2014 | $ 1,612.20 | Airfare Round Trip Coach NJ/Dallas |
| Iskender H. Catto | September 22, 2014 | $ 1,272.20 | Airfare Coach NJ/Dallas/Houston |
| Iskender H. Catto | September 28, 2014 | $ 1,384.20 | Airfare Coach NJ/Dallas |
| **Expense Category Total:** | | **$   5,182.80** | |

#### *LODGING*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Ryan Wagner | September 22, 2014 | $ 367.68 | Hotel in Dallas |
| Ryan Wagner | September 23, 2014 | $ 367.68 | Hotel in Dallas |
| Ryan Wagner | September 24, 2014 | $ 367.68 | Hotel in Dallas |
| Iskender H. Catto | September 15, 2014 | $ 402.26 | Hotel in Dallas |
| Iskender H. Catto | September 16, 2014 | $ 402.26 | Hotel in Dallas |
| Iskender H. Catto | September 17, 2014 | $ 402.26 | Hotel in Dallas |
| Iskender H. Catto | September 22, 2014 | $ 344.63 | Hotel in Dallas |
| Iskender H. Catto | September 23, 2014 | $ 344.63 | Hotel in Dallas |
| Iskender H. Catto | September 24, 2014 | $ 344.63 | Hotel in Dallas |
| Iskender H. Catto | September 30, 2014 | $ 344.63 | Hotel in Dallas |
| **Expense Category Total:** | | **$   3,688.34** | |

#### *MEALS*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | September 16, 2014 | $ 40.00 | Out of Town Dinner |
| Iskender H. Catto | September 30, 2014 | $ 19.49 | Out of Town Breakfast |
| Ryan Wagner | September 22, 2014 | $ 8.28 | Out of Town Lunch |
| Ryan Wagner | September 22, 2014 | $ 37.74 | Out of Town Dinner |
| Ryan Wagner | September 23, 2014 | $ 26.00 | Out of Town Breakfast |
| Ryan Wagner | September 23, 2014 | $ 8.92 | Out of Town Lunch |
| Ryan Wagner | September 23, 2014 | $ 40.00 | Out of Town Dinner |
| Ryan Wagner | September 24, 2014 | $ 39.00 | Out of Town Breakfast |
| Ryan Wagner | September 24, 2014 | $ 36.01 | Out of Town Dinner |
| **Expense Category Total:** | | **$   244.03** | |

### *TRANSPORTATION*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Ryan Wagner | September 22, 2014 | $ 92.56 | Car Service to LGA |
| Ryan Wagner | September 22, 2014 | $ 60.00 | Taxi from Airport to Hotel |
| Ryan Wagner | September 26, 2014 | $ 83.54 | Car Service from LGA |
| Ryan Wagner | September 26, 2014 | $ 56.00 | Taxi from Hotel to Airport |
| | **SUBTOTAL:** | **$ 292.10** | |
| Iskender H. Catto | September 15, 2014 | $ 327.04 | Car Rental |
| Iskender H. Catto | September 22, 2014 | $ 241.41 | Car Rental |
| Iskender H. Catto | September 30, 2014 | $ 166.67 | Car Rental |
| | **SUBTOTAL:** | **$ 735.12** | |
| **Expense Category Total:** | | **$   1,027.22** | |

### *PARKING*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | September 15, 2014 | $ 8.00 | Parking |
| Iskender H. Catto | September 15, 2014 | $ 27.06 | Hotel Parking |
| Iskender H. Catto | September 16, 2014 | $ 27.06 | Hotel Parking |
| Iskender H. Catto | September 17, 2014 | $ 27.06 | Hotel Parking |
| Iskender H. Catto | September 18, 2014 | $ 10.00 | Parking |
| Iskender H. Catto | September 18, 2014 | $ 132.00 | Airport Parking |
| Iskender H. Catto | September 22, 2014 | $ 10.00 | Parking |
| Iskender H. Catto | September 22, 2014 | $ 165.00 | Airport Parking |
| Iskender H. Catto | September 22, 2014 | $ 27.06 | Hotel Parking |
| Iskender H. Catto | September 23, 2014 | $ 27.06 | Hotel Parking |
| Iskender H. Catto | September 24, 2014 | $ 27.06 | Hotel Parking |
| Iskender H. Catto | September 30, 2014 | $ 27.06 | Hotel Parking |
| Iskender H. Catto | September 30, 2014 | $ 8.00 | Parking |
| Iskender H. Catto | September 30, 2014 | $ 132.00 | Airport Parking |
| **Expense Category Total:** | | **$   654.42** | |

### *MISCELLANEOUS*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Ryan Wagner | September 22, 2014 | $ 12.95 | In Flight Wifi |
| Ryan Wagner | September 25, 2014 | $ 14.02 | In Flight Wifi |
| Iskender H. Catto | September 18, 2014 | $ 6.76 | Gas |
| Iskender H. Catto | September 25, 2014 | $ 3.63 | Gas |
| **Expense Category Total:** | | **$   37.36** | |