## Exhibit A

**McNulty Declaration**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |

### DECLARATION OF MARY MCNULTY IN SUPPORT OF
### THE FIRST INTERIM FEE APPLICATION OF THOMPSON & KNIGHT LLP
### SPECIAL TAX COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION
### FOR THE PERIOD OF APRIL 29 THROUGH AND INCLUDING AUGUST 31, 2014

___

Pursuant to 29 U.S.C. §176, I, Mary McNulty, declare the following under penalty of perjury:

1. I am a partner in the law firm of Thompson & Knight LLP ("T&K"),[2] located at One Arts Plaza, 1722 Routh Street, Suite 1500, Dallas, TX 75201. I am a member in good standing of the Bar of the State of Texas. There are no disciplinary proceedings pending against me.

2. I have read the foregoing interim fee application of T&K, special tax counsel for the Debtors, for the Fee Period (the "TK Fee Application"). To the best of my knowledge, information and belief, the statements contained in the TK Fee Application are true and correct. Additionally, I believe that the TK Fee Application complies with Rule 2016 of the *Local Rules for the United States Bankruptcy Court District of Delaware*.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the Debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning as set forth in the Fee Application.

---

**FIRST INTERIM FEE APPLICATION OF THOMPSON & KNIGHT LLP**
**EXHIBIT A: TK DECLARATION**      **PAGE 1**

3. In connection therewith, I hereby certify that:

a) to the best of my knowledge, information, and belief, formed after reasonable inquiry, the fees and disbursements sought in the TK Fee Application are permissible under the relevant rules, court orders, and Bankruptcy Code provisions, except as specifically set forth herein;

b) except to the extent disclosed in the TK Fee Application, the fees and disbursements sought in the TK Fee Application are billed at rates customarily employed by T&K and generally accepted by T&K's clients. Additionally, none of the professionals seeking compensation varied their hourly rate based on the geographic location of this Case;

c) T&K is not seeking any compensation for (i) reviewing or revising time records and preparing, reviewing, and revising invoices; or (ii) the reviewing time records to redact privileged or confidential information;

d) in providing a reimbursable expense, T&K does not make a profit on that expense, whether the service is performed by T&K in-house or through a third party;

e) in accordance with Rule 2016(a) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 504, no agreement or understanding exists between T&K and any other person for the sharing of compensation to be received in connection with the above cases except as authorized pursuant to the Bankruptcy Code, Bankruptcy Rules, and Local Bankruptcy Rules; and

f) All services for which compensation is sought were professional services on behalf of the Debtors and not on behalf of any other person.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

**DATED this 17th day of November, 2014.**

    */s/ Mary A. McNulty*
**Mary A. McNulty,**
**Partner, Thompson & Knight LLP**