**Exhibit E**
**Summary of Total Fees Incurred and Hours Billed During the Fee Period**

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed — In this Application | Hourly Rate Billed — In the First Interim Application | Fees Billed In this Application at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| Clark, Katie | Partner | Bankruptcy and Restructuring | TX: 2004 | $56,804.50 | 110.3 | 0 | $515 | n/a | n/a |
| Fountain, Sharon | Partner | Tax | TX: 1982 | $4,991.50 | 6.7 | 0 | $745 | n/a | n/a |
| Liggins, Demetra | Partner | Bankruptcy and Restructuring | TX: 2000 NY: 2008 | $32,088.00 | 57.3 | 0 | $560 | n/a | n/a |
| McNulty, Mary | Partner | Tax | TX: 1989 | $114,115.00 | 157.4 | 0 | $725 | n/a | n/a |
| Munnerlyn, Neely | Partner | Tax | TX: 1998 | $107.00 | 0.2 | 0 | $535 | n/a | n/a |
| Parker, Emily A | Partner | Tax | TX: 1973 | $38,316.00 | 43.2 | 0 | $930 | n/a | n/a |
| Wheat, R. David | Partner | Tax | TX: 1988 LA: 1988 | $128,558.50 | 161.7 | 0 | $805 | n/a | n/a |
| Bloom, Brandon | Associate | Tax | TX: 2006 | $122,930.50 | 238.7 | 0 | $515 | n/a | n/a |
| Chase, Thaddeus | Associate | Corporate and Securities | TX: 2013 | $10,773.00 | 34.2 | 0 | $315 | n/a | n/a |
| Meyercord, Leonora | Associate | Tax | TX: 2010 | $86,258.00 | 200.6 | 0 | $430 | n/a | n/a |
| Morrison, Jessica | Associate | Tax | TX: 2009 | $4,002.00 | 8.7 | 0 | $460 | n/a | n/a |
| Nylin, Meghan | Associate | Trial | TX: 2009 | $17,931.00 | 41.7 | 0 | $430 | n/a | n/a |
| Salisbury, Doug | Associate | Trial | TX: 2012 | $2,485.00 | 7 | 0 | $355 | n/a | n/a |

| Paraprofessional Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed — In this Application | Hourly Rate Billed — In the First Interim Application | Fees Billed In this Application at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| LeMire, Caroline | Paralegal | Bankruptcy and Restructuring | n/a | $21,840.00 | 91 | 0 | $240 | n/a | n/a |
| Lewis, Edward | Litigation Support Analyst | Litigation Support | n/a | $68.00 | 0.4 | 0 | $170 | n/a | n/a |
| Parker, Nashira | Case Clerk | Bankruptcy and Restructuring | n/a | $472.50 | 3.5 | 0 | $135 | n/a | n/a |