<u>**Exhibit F**</u>
**Summary of Actual and Necessary Expenses for the Fee Period**

| Expense | Vendor (if any) | Amount |
|---|---|---|
| Standard Copies or Prints ($0.10/page) | In-House | $2,288.40 |
| Postage | USPS | $140.19 |
| Overnight Delivery | Federal Express | $182.66 |
| Outside Messenger Services | Special Delivery, Inc. | $53.07 |
| Hotel | Willard Intercontinental, Washington DC; Loews Madison Hotel, Washington, DC | $1,171.35 |
| Airfare | Lawyer's Travel Service, American Airlines | $3,388.50 |
| Airport Parking | Freedom Park, DFW Airport Parking | $179.04 |
| Local Transportation (cab) | Independent Cab Co. Blue Top Cab | $35.48 |
| Travel Meals | Various | $93.53 |
| Other Travel Expenses (internet) | Loews Madison Hotel, Washington, DC | $12.99 |
| Appearance Fees | CourtCall | $305.00 |
| Computer Database Research | Westlaw/Pacer | $668.54 |
| | **Total:** | **$8,531.64** |