## Exhibit G
## Summary of Fees and Expenses by Matter for the Fee Period

| Matter Summary | | | | | | | |
|---|---|---|---|---|---|---|---|
| Matter Number | Project Category Description | Hours | | Total Compensation | | Expenses | Total |
| | | Budgeted | Billed | Budgeted | Billed | | |
| 20 | 1997-2002 Tax Years | 7.1 | 7.1 | $4,490.00 | $4,490.00 | $0 | $4,490.00 |
| 21 | 2003-2006 Tax Years | 107.7 | 120.5 | $68,420.50 | $75,553.5 | $115.45 | $75,668.95 |
| 26 | Document Retention | 91.9 | 91.9 | $35,043.50 | $35,043.50 | $0 | $35,043.50 |
| 27 | Debt Restructuring Advice | 934.9 | 943.10 | $529,510.00 | $526,653.50 | $8,403.30 | $535,056.80 |
| | Totals | 1,141.60 | 1162.60 | $637,464.00 | $641,740.50 | $8,518.75 | $650,259.25 |

| Task Summary | | | |
|---|---|---|---|
| Task Code | Project Category Description | Hours | Total Fees |
| B110 | Case Administration | 19.2 | $10,617.00 |
| B160 | Fee/Employment Applications | 293.9 | $136,135.00 |
| B240 | Tax Issues | 622 | $491,518.50 |
| B330 | Non-Working Travel | 8 | $3,470.00 |
| | Totals | 1162.60 | $641,740.50 |