## Exhibit I

### Detailed Description of Expenses and Disbursements

**AIRFARE**

| Professional | Date(s) | Expense | Description |
|---|---|---|---|
| David Wheat | 5/12/2014 – 5/13/2014 | $1,615.25 | American Airlines economy roundtrip flight between Dallas and Washington D.C. |
| David Wheat | 6/24/2014 – 6/25/2014 | $905.25 | American Airlines economy roundtrip flight between Dallas and Washington D.C. |
| Emily Parker | 6/24/2014 – 6/25/2014 | $868.00 | American Airlines economy roundtrip flight between Dallas and Washington D.C. |
| | **TOTAL:** | **$3,388.50** | |

**LODGING**

| Professional | Date(s) | Expense | Description |
|---|---|---|---|
| David Wheat | 5/12/2014 | $303.43 | Loews Madison Hotel, Washington, DC |
| David Wheat | 6/24/2014 | $433.96 | Willard Intercontinental, Washington DC |
| Emily Parker | 6/24/2014 | $433.96 | Willard Intercontinental, Washington DC |
| | **TOTAL:** | **$1,171.35** | |

**MEALS**

| Professional | Date(s) | Expense | Description |
|---|---|---|---|
| David Wheat | 5/12/2014 | $16.98 | Dinner |
| David Wheat | 5/13/2014 | $9.35 | Breakfast |
| David Wheat | 5/13/2014 | $31.56 | Dinner |
| David Wheat | 6/24/2014 | $13.70 | Dinner |
| David Wheat | 6/25/2014 | $5.45 | Breakfast |
| David Wheat | 6/25/2014 | $8.23 | Lunch |
| Emily Parker | 6/25/2014 | $8.26 | Breakfast |
| | **TOTAL:** | **$93.53** | |

## TRANSPORTATION

| Professional | Date(s) | Expense | Description |
|---|---|---|---|
| David Wheat | 5/12/2014 | $18.00 | Blue Top Cab fare |
| David Wheat | 6/25/2014 | $17.48 | Independent Cab fare |
| | **TOTAL:** | **$35.48** | |

## PARKING AND TOLLS

| Professional | Date(s) | Expense | Description |
|---|---|---|---|
| David Wheat | 5/12/2014 and 5/13/2014 | $4.00 | Tolls around airport |
| David Wheat | 5/13/2014 | $57.29 | Freedom Park, DFW Airport Parking |
| David Wheat | 6/24/2014 | $2.00 | Toll around airport |
| David Wheat | 6/25/2014 | $57.29 | Freedom Park, DFW Airport Parking |
| Emily Parker | 6/25/2014 | $58.46 | DFW Valet Airport Parking |
| | **TOTAL:** | **$179.04** | |

## MISCELLANEOUS

| Professional | Date(s) | Expense | Description |
|---|---|---|---|
| David Wheat | 5/12/2014 | $12.99 | Hotel Internet Fee |
| | **TOTAL:** | **$12.99** | |



TRAVELER NOTICE – Many airlines charge fees for baggage and other services. Amounts vary by airline and are subject to change. Travelers are responsible for verifying all fees charged by individual carriers.
**Please visit the operating carrier's website for applicable fees.**
**We value your input and welcome you to provide your feedback: http://www.lawyerstravel.com/feedback**

## Travel Summary          Agency Record Locator: ASEEIH

Traveler:
WHEAT/REGINALD DAVID JR
Reference number by traveler: 508551.000027.02012

| Date | From/To | Flight/Vendor | Depart/Arrive | Class/Type | Status |
|---|---|---|---|---|---|
| 05/12/2014 | DFW-DCA | AA 1596 | 06:25 PM/10:20 PM | Economy | Confirmed |
| 05/12/2014 | DCA | Loews Madison Hotel | 05/12-05/13 | See Description | Confirmed |
| 05/13/2014 | DCA-DFW | AA 2237 | 07:15 PM/09:35 PM | Economy | Confirmed |

## AIR - Monday, May 12 2014

### American Airlines Flight AA1596 Economy Class

| | |
|---|---|
| Depart: | Dallas/Ft Worth Intl |
| | Dallas/Fort Worth, Texas, United States |
| | 06:25 PM Monday, May 12 2014 |
| Arrive: | Ronald Reagan National, TERMINAL B |
| | Washington, Dist. of Columbia, United States |
| | 10:20 PM Monday, May 12 2014 |
| Duration: | 2 hour(s) and 55 minute(s) Non-stop |
| Status: | Confirmed - American Airlines Booking Reference: ASEEIH |
| Equipment: | Boeing 737-800 Passenger |
| Seat: | 19A Confirmed |
| Meal: | Food For Purchase |
| FF Number: | AAX5N2494 - WHEAT/REGINALD DAVID JR |
| | **For additional information and check in, 24 hours in advance, click on the airline link below.** http://www.aa.com/ |
| Remarks: | UPGRADE REQUESTED |

## HOTEL - Monday, May 12 2014

### Loews Madison Hotel

| | |
|---|---|
| Address: | 1177 15th St NW |
| | Washington, DC 20005 |
| | United States |
| Tel: | +1 (202) 862-1600 |
| Fax: | +1 (202) 785-1255 |
| Check In/Check Out: | Monday, May 12 2014 - Tuesday, May 13 2014 |
| Status: | Confirmed |
| Confirmation: | 10790229 |
| Number of Persons: | 1 |
| Number of Nights: | 1 |
| Number of Rooms: | 1 |
| Rate per night: | USD 265.00 plus tax and/or additional fees |
| Guaranteed: | Yes |
| Additional Information: | NONSMOKING KING THOMPSON AND KNIGHT |
| Description: | OVATION AND LAWYERS TRAVEL DELUXE 1 KNG BED.335 SQ FT.FRE WINGBACK CHAIR.OTTOMAN.WORK DE |
| Remarks: | CANCEL BY 4PM LOCAL HOTEL TIME 24-HRS PRIOR TO ARRIVAL A NON SMOKING KING ROOM REQUESTED CANCEL 1 DAY PRIOR TO ARRIVAL TO AVOID PENALTY |

## AIR - Tuesday, May 13 2014

### American Airlines  Flight AA2237  Economy Class

| | |
|---|---|
| Depart: | Ronald Reagan National, TERMINAL B<br>Washington, Dist. of Columbia, United States<br>07:15 PM Tuesday, May 13 2014 |
| Arrive: | Dallas/Ft Worth Intl<br>Dallas/Fort Worth, Texas, United States<br>09:35 PM Tuesday, May 13 2014 |
| Duration: | 3 hour(s) and 20 minute(s) Non-stop |
| Status: | Confirmed - American Airlines Booking Reference: ASEEIH |
| Equipment: | McDonnell Douglas MD-80 Stretch Jet |
| Seat: | 12F Confirmed |
| Meal: | Food For Purchase |
| FF Number: | AAX5N2494 - WHEAT/REGINALD DAVID JR |
| | For additional information and check in, 24 hours in advance, click on the airline link below.<br>http://www.aa.com/ |
| Remarks: | UPGRADE REQUESTED |

## Remarks

OFFICE HOURS ARE 830A-5P CST M-F
FOR ASSISTANCE OUTSIDE OF NORMAL HOURS 800-876-4922
YOUR TRAVEL HELPLINE ID IS ***9S6A***

THANK YOU FOR USING LAWYERS TRAVEL

## Invoice / Ticket Receipt

**Total Invoiced Amount: $1,615.25 USD**

Transaction Date: May 09, 2014
**Ticket Information**
Ticket Number: 0017444038085
Amount: $1,578.00 USD
Form of Payment: AX***********1008

This ticket information applies to the following travel segment(s):
American Airlines Flight 1596 from Dallas/Fort Worth to Washington on May 12
American Airlines Flight 2237 from Washington to Dallas/Fort Worth on May 13

Transaction Date: May 09, 2014
**Service Fee Information**
Service Fee Number:8900620648063
Service Fee Amount: $37.25 USD
Form of Payment: AX***********1008

This invoice was generated Friday, May 09, 2014. Agency Record Locator: ASEEIH

Home   Hello, EMILY          English       Search aa.com

**American Airlines**         Plan Travel       Travel Information       AAdvantage       

Thank you for making your reservation on AA.com!

Note: This is not your receipt. You will be receiving your itinerary confirmation along with your receipt soon. You may print your itinerary & receipt directly from aa.com once the status is updated from "Ticket Pending" to "Ticketed".

---

## Dallas/ Fort Worth to Washington
1 Adult
**Tuesday June 24, 2014 – Wednesday June 25, 2014**

| AA Record Locator | Reservation Name |
|---|---|
| **QZIFUW** | **DFW/DCA** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: Ticket Pending on Jun 06, 2014 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **2316** | **Dallas/ Fort Worth (DFW)** June 24, 2014 05:00 PM Travel Time · 2 h 55 m Cabin Class · Economy Seat  8C | **Washington (DCA)** June 24, 2014 08:55 PM Booking Code . V Plane Type · 738 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **184** | **Washington (DCA)** June 25, 2014 04:10 PM Travel Time . 3 h 20 m Cabin Class  Economy Seat  8A | **Dallas/ Fort Worth (DFW)** June 25, 2014 06:30 PM Booking Code  V Plane Type . S80 |

**Your Trip Price:**
**$868.00 USD**

**Fare Amount**

Adult
1 × $786.98 USD          $786.98 USD

**AAdvantage® Benefits**

Main Cabin Extra          $0.00 USD

PriorityAAccess™          $0.00 USD

Same-Day Standby          $0.00 USD

**Taxes & Carrier-Imposed Fees**

Taxes                     $81.02 USD

Carrier-Imposed Fees      $0.00 USD

Flight Subtotal
**$868.00 USD**

---

### Your Notifications

| Contact Information | Notification Summary | Notification Actions |
|---|---|---|
| Email : EMILY.PARKER@TKLAW.COM | • Send 1 hour prior to departure | ● Enabled ○ Disable |
|  |  | Notify a Friend |

---

### Baggage Information

Baggage Charges (per person)                                    Other Baggage and Optional Charges

| Carry-On Baggage | | Cost (USD) | Size* | Additional Info |
|---|---|---|---|---|
| American Airlines Domestic | 1st Carry-On | No Charge | 36 din / 91 dcm | Includes: purse, briefcase, laptop bag or similar item that must fit under the seat in front of you. |
|  | 2nd Carry-On | No Charge | 45 din / 114 dcm | Maximum dimensions not to exceed: 22" long x 14" wide x 9" tall (56 x 35 x 23 cm) |

| Checked Baggage | | Cost (USD) | Size* | Weight |
|---|---|---|---|---|
| American Airlines | 1st Bag | No Charge | 62 din / 158 dcm | Under 50 lbs/ 23 kgs |

---

| | | Cost (USD) | Size* | Weight |
|---|---|---|---|---|
| | 2nd Bag | No Charge | 62 din / 158 dcm | Under 50 lbs/ 23 kgs |

*Dimensional Size is calculated as follows: (Length + Width + Height)

## Passenger Summary

Save time at the airport! Add your travel information below to check-in online.

| EMILY PARKER | No Further Information required to travel |
|---|---|

### Trip Contact Information

We may need to contact you in the event there is important information relevant to your trip. Please enter your cell phone number. This information will not be used for marketing purposes.

1  [⌄]   Area Code and Number

| Summary | Required | Optional |
|---|---|---|
| All information required for online check-in has been provided. | Secure Flight Information | Frequent Flyer Number |
| Online check-in will be available 24 hours prior to your departure. | | |

## Upgrade Reservation

| Flight | Flight Details | Upgrade Required * | Request Upgrade? |
|---|---|---|---|
| *2316 | Depart:  Dallas/ Fort Worth (DFW)<br>Arrive:  Washington (DCA) | 500-mile Upgrades:<br>3 (per person) | Requested |
| *184 | Depart:  Washington (DCA)<br>Arrive:  Dallas/ Fort Worth (DFW) | 500-mile Upgrades:<br>3 (per person) | Requested |

View 500-mile upgrade rules 🗗

## Trip Insurance

Insurance Offer Declined                                    **Allianz** ⑪

It's not too late! Trip Insurance from Allianz Global Assistance helps protect against expenses should you be required to cancel or interrupt your trip due to medical or other covered reasons affecting you or your family members. To purchase trip insurance or to learn more, visit www.aa.com/tripinsurance or call Allianz Global Assistance directly at 1-800-628-5404.

  Destination Tips

Washington D.C. City Information

Travel Help And Resources

| More About American | Products & Services | Customer Service |
|---|---|---|
| About Us | Travel Insurance | Contact American |
| Corporate Information | Email Subscriptions | FAQs |
| Careers | Enhance Your Travel | Refunds |

 LAWYERS TRAVEL

TRAVELER NOTICE - Many airlines charge fees for baggage and other services. Amounts vary by airline and are subject to change. Travelers are responsible for verifying all fees charged by individual carriers.
**Please visit the operating carrier's website for applicable fees.**
We value your input and welcome you to provide your feedback: http://www.lawyerstravel.com/feedback

## Travel Summary          Agency Record Locator: GZMMOV

Traveler

WHEAT/REGINALD DAVID JR

Reference number by traveler: 508551.000007.02012

| Date | From/To | Flight/Vendor | Depart/Arrive | Class/Type | Status |
|------|---------|---------------|---------------|------------|--------|
| 06/24/2014 | DFW-DCA | AA 2316 | 05:00 PM/08:55 PM | Economy | Confirmed |
| 06/24/2014 | DCA | Willard Intercontinental | 06/24-06/25 | See Description | Confirmed |
| 06/25/2014 | DCA-DFW | AA 184 | 04:10 PM/06:30 PM | Economy | Confirmed |

## AIR - Tuesday, June 24 2014

### American Airlines Flight AA2316 Economy Class

| | |
|---|---|
| Depart: | Dallas/Ft Worth Intl |
| | Dallas/Fort Worth, Texas, United States |
| | 05:00 PM Tuesday, June 24 2014 |
| Arrive: | Ronald Reagan National, TERMINAL B |
| | Washington, Dist. of Columbia, United States |
| | 08:55 PM Tuesday, June 24 2014 |
| Duration: | 2 hour(s) and 55 minute(s) Non-stop |
| Status: | Confirmed - American Airlines Booking Reference: GZMMOV |
| Equipment: | Boeing 737-800 Passenger |
| Seat: | 16F Confirmed |
| Meal: | Food For Purchase |
| FF Number: | AAX5N2494 - WHEAT/REGINALD DAVID JR |
| | For additional information and check in, 24 hours in advance, click on the airline link below. http://www.aa.com/ |
| Remarks: | WINDOW SEAT CONFIRMED. EXIT ROW SEAT UNAVAILABLE. UPGRADE REQUESTED. |

## HOTEL - Tuesday, June 24 2014

### Willard Intercontinental

| | |
|---|---|
| Address: | 1401 Pennsylvania Avenue NW |
| | Washington, DC 20004 |
| | United States |
| Tel: | +1 (202) 628-9100 |
| Fax: | +1 (202) 637-7326 |
| Check In/Check Out: | Tuesday, June 24 2014 - Wednesday, June 25 2014 |
| Status: | Confirmed |
| Confirmation: | 64930152 |
| Number of Persons: | 1 |
| Number of Nights: | 1 |
| Number of Rooms: | 1 |
| Rate per night: | USD 379.00 plus tax and/or additional fees |
| Guaranteed: | Yes |
| Additional Information: | RQST NSMK KING RM |
| Description: | OVATION AND LAWYERS TRAVEL OVATION LAWYERS TRAVEL PREMIER KING WITH VIEW NONSMOK |
| Remarks: | MUST CANCEL BY 6PM/24HRS PRIOR TO ARRIVAL TO AVOID CHARGES. CANCEL 1 DAY PRIOR TO ARRIVAL TO AVOID PENALTY |

## AIR - Wednesday, June 25 2014

### American Airlines  Flight AA184  Economy Class

| | |
|---|---|
| Depart: | Ronald Reagan National, TERMINAL B |
| | Washington, Dist. of Columbia, United States |
| | 04:10 PM Wednesday, June 25 2014 |
| Arrive: | Dallas/Ft Worth Intl |
| | Dallas/Fort Worth, Texas, United States |
| | 06:30 PM Wednesday, June 25 2014 |
| Duration: | 3 hour(s) and 20 minute(s) Non-stop |
| Status: | Confirmed - American Airlines Booking Reference: GZMMOV |
| Equipment: | McDonnell Douglas MD-80 Stretch Jet |
| Seat: | 20A Confirmed |
| Meal: | Food For Purchase |
| FF Number: | AAX5N2494 - WHEAT/REGINALD DAVID JR |
| | **For additional information and check in, 24 hours in advance, click on the airline link below.** |
| | **http://www.aa.com/** |
| Remarks: | EXIT ROW WINDOW SEAT CONFIRMED. |
| | EXIT ROW MUST BE WILLING TO ASSIST IN CASE OF EMERGENCY. |
| | UPGRADE REQUESTED. |

## Remarks

OFFICE HOURS ARE 830A-5P CST M-F
FOR ASSISTANCE OUTSIDE OF NORMAL HOURS 800-876-4922
YOUR TRAVEL HELPLINE ID IS ***9S6A***

THANK YOU FOR USING LAWYERS TRAVEL
FARE INFO-AMERICAN
THIS TICKET IS NONREFUNDABLE / CHANGE SUBJECT TO FEE
AND ANY APPLICABLE FARE INCREASE.
FEE CHARGED 37.25

## Invoice / Ticket Receipt

**Total Invoiced Amount: $905.25 USD**

**Transaction Date: June 06, 2014**
**Ticket Information**
Ticket Number: 0017444038167
Amount: $868.00 USD
Form of Payment: AX*************1008

This ticket information applies to the following travel segment(s):
American Airlines Flight 2316 from Dallas/Fort Worth to Washington on June 24
American Airlines Flight 184 from Washington to Dallas/Fort Worth on June 25

**Transaction Date: June 06, 2014**
**Service Fee Information**
Service Fee Number:8900621567046
Service Fee Amount: $37.25 USD
Form of Payment: AX***********1008

This invoice was generated Friday, June 06, 2014. Agency Record Locator: GZMMOV



# LOEWS
## MADISON HOTEL
### WASHINGTON DC

Reginald David Jr Wheat

| | |
|---|---|
| Room Number: | 1101 |
| Arrival Date: | 05-12-14 |
| Departure Date: | 05-13-14 |
| Confirmation Number: | 10790229 |
| Merchant Ref #: | |
| Page No: | 1 of 1 |

*Guest Name:*

**INFORMATION INVOICE**
A/R No:
Folio No: 504975

05-16-14

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 05-12-14 | Room Accommodation | | 265.00 | *303.43* |
| 05-12-14 | Occupancy Tax - 14.5 PCT | | 38.43 | |
| 05-13-14 | In Room Dining Food Breakfast | Room# 1101 : CHECK# 0113705 | 5.50 | |
| 05-13-14 | In Room Dining Food Breakfast | Room# 1101 : CHECK# 0113705 | 3.00 | *9.35* |
| 05-13-14 | In Room Dining Food Breakfast | Room# 1101 : CHECK# 0113705 | 0.85 | |
| 05-13-14 | Visa | XXXXXXXXXXX4106    XX/XX | | 312.78 |
| | | **Total** | **312.78** | **312.78** |
| | | **Balance** | **0.00** | |



WILLARD
**InterContinental.**
WASHINGTON D.C.

|  | 12 | 06/25/14 |
|---|---|---|

| **Mr Reginald David Wheat Jr**<br>**Dallas TX 75230**<br>**United States** | Folio No.  : 784803<br>A/R Number  :<br>Group Code  :<br>Company  : **Ovation And Lawyers Travel**<br>Membership No. :<br>Invoice No.  : | Room No.  : **0704**<br>Arrival  : **06/24/14**<br>Departure  : **06/25/14**<br>Conf. No.  : **64930152**<br>Rate Code : **IPLAW**<br>Page No.  : **1 of 1** |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 06/24/14 | Room Charge | 379.00 | |
| 06/24/14 | Room Tax | 54.96 | |
| 06/25/14 | Visa | | 433.96 |
| | XXXXXXXXXXXX4106 | | |
| | **Total** | **433.96** | **433.96** |
| | **Balance** | **0.00** | |

**Guest Signature:** _____

I have received the goods and / or services in the amount shown heron. I agree that my liablity for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.



# WILLARD
# INTERCONTINENTAL.
## WASHINGTON D.C.

|  |  | 12 | 06/25/14 |
|---|---|---|---|

| | | |
|---|---|---|
| **Ms Emilyann Parker**<br>**Dallas TX 75231**<br>**United States** | Folio No.        : 784801<br>A/R Number  :<br>Group Code  :<br>Company       : **Ovation And Lawyers Travel**<br>Membership No. :<br>Invoice No.    : | Room No.   : **0515**<br>Arrival         : **06/24/14**<br>Departure   : **06/25/14**<br>Conf. No.    : **64926327**<br>Rate Code : **IPLAW**<br>Page No.    : **1 of 1** |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 06/24/14 | Room Charge | 379.00 | |
| 06/24/14 | Room Tax | 54.96 | |
| 06/25/14 | Cafe du Parc To Go Breakfast  Line# 515 : CHECK# 2830 | 8.26 | |
| 06/25/14 | Visa | _MKAL_ | 442.22 |
| | XXXXXXXXXXXX0857 | | |
| | **Total** | **442.22** | **442.22** |
| | **Balance** | **0.00** | |

_433.96_
_room_

**Guest Signature:** _____

I have received the goods and / or services in the amount shown heron. I agree that my liablity for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

WILLARD INTERCONTINENTAL
1401 Pennsylvania Avenue, NW
Washington, DC  20004-1010
Telephone: (202) 628-9100  Fax: (202) 637-7326

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 04/29/2014 | 62433 | MARY MCNULTY | SLIBRY | 1.00 | 0.40 | 0.40 | Electronic Research | 10009034 |
| 11/07/2014 | | Invoice=41498781 | | 1.00 | 0.40 | 0.40 | Pacer Data | |
| | | | | | | | | |
| 04/29/2014 | 62433 | MARY MCNULTY | SLIBRY | 1.00 | 3.00 | 3.00 | Electronic Research | 10009035 |
| 11/07/2014 | | Invoice=41498781 | | 1.00 | 3.00 | 3.00 | Pacer Data | |
| | | | | | | | | |
| 04/29/2014 | 62433 | MARY MCNULTY | SLIBRY | 1.00 | 3.00 | 3.00 | Electronic Research | 10009036 |
| 11/07/2014 | | Invoice=41498781 | | 1.00 | 3.00 | 3.00 | Pacer Data | |
| | | | | | | | | |
| 04/29/2014 | 62433 | MARY MCNULTY | SLIBRY | 1.00 | 0.90 | 0.90 | Electronic Research | 10009037 |
| 11/07/2014 | | Invoice=41498781 | | 1.00 | 0.90 | 0.90 | Pacer Data | |
| | | | | | | | | |
| 04/29/2014 | 62433 | MARY MCNULTY | SLIBRY | 1.00 | 2.90 | 2.90 | Electronic Research | 10009038 |
| 11/07/2014 | | Invoice=41498781 | | 1.00 | 2.90 | 2.90 | Pacer Data | |
| | | | | | | | | |
| 04/29/2014 | 62433 | MARY MCNULTY | SLIBRY | 1.00 | 0.20 | 0.20 | Electronic Research | 10009039 |
| 11/07/2014 | | Invoice=41498781 | | 1.00 | 0.20 | 0.20 | Pacer Data | |
| | | | | | | | | |
| 04/29/2014 | 62433 | MARY MCNULTY | SLIBRY | 1.00 | 3.00 | 3.00 | Electronic Research | 10009040 |
| 11/07/2014 | | Invoice=41498781 | | 1.00 | 3.00 | 3.00 | Pacer Data | |
| | | | | | | | | |
| 04/29/2014 | 62433 | MARY MCNULTY | SLIBRY | 1.00 | 0.90 | 0.90 | Electronic Research | 10009041 |
| 11/07/2014 | | Invoice=41498781 | | 1.00 | 0.90 | 0.90 | Pacer Data | |
| | | | | | | | | |
| 04/30/2014 | 04072 | DEINNA MIMS-JOHNSON | SLIBRY | 1.00 | 19.90 | 19.90 | Electronic Research Westlaw Charges for the | 10006470 |
| 10/31/2014 | | Invoice=41498605 | | 1.00 | 19.90 | 19.90 | period of April 16-29, 2014 for Dallas | |
| | | | | | | | | |
| 04/30/2014 | 62433 | MARY MCNULTY | SLIBRY | 1.00 | 1.90 | 1.90 | Electronic Research | 10009042 |
| 11/07/2014 | | Invoice=41498781 | | 1.00 | 1.90 | 1.90 | Pacer Data | |
| | | | | | | | | |
| 04/30/2014 | 05536 | DEMETRA LIGGINS | SLIBRY | 1.00 | 1.90 | 1.90 | Electronic Research | 10009043 |
| 11/07/2014 | | Invoice=41498781 | | 1.00 | 1.90 | 1.90 | Pacer Data | |
| | | | | | | | | |
| 04/30/2014 | 05536 | DEMETRA LIGGINS | SLIBRY | 1.00 | 1.90 | 1.90 | Electronic Research | 10009044 |
| 11/07/2014 | | Invoice=41498781 | | 1.00 | 1.90 | 1.90 | Pacer Data | |
| | | | | | | | | |
| 04/30/2014 | 05536 | DEMETRA LIGGINS | SLIBRY | 1.00 | 0.80 | 0.80 | Electronic Research | 10009045 |
| 11/07/2014 | | Invoice=41498781 | | 1.00 | 0.80 | 0.80 | Pacer Data | |
| | | | | | | | | |
| 04/30/2014 | 05536 | DEMETRA LIGGINS | SLIBRY | 1.00 | 0.10 | 0.10 | Electronic Research | 10009046 |
| 11/07/2014 | | Invoice=41498781 | | 1.00 | 0.10 | 0.10 | Pacer Data | |
| | | | | | | | | |
| 04/30/2014 | 05536 | DEMETRA LIGGINS | SLIBRY | 1.00 | 0.40 | 0.40 | Electronic Research | 10009047 |
| 11/07/2014 | | Invoice=41498781 | | 1.00 | 0.40 | 0.40 | Pacer Data | |
| | | | | | | | | |
| 04/30/2014 | 05536 | DEMETRA LIGGINS | SLIBRY | 1.00 | 0.40 | 0.40 | Electronic Research | 10009048 |
| 11/07/2014 | | Invoice=41498781 | | 1.00 | 0.40 | 0.40 | Pacer Data | |
| | | | | | | | | |
| 04/30/2014 | 05536 | DEMETRA LIGGINS | SLIBRY | 1.00 | 0.60 | 0.60 | Electronic Research | 10009049 |
| 11/07/2014 | | Invoice=41498781 | | 1.00 | 0.60 | 0.60 | Pacer Data | |
| | | | | | | | | |
| 04/30/2014 | 05536 | DEMETRA LIGGINS | SLIBRY | 1.00 | 0.80 | 0.80 | Electronic Research | 10009050 |
| 11/07/2014 | | Invoice=41498781 | | 1.00 | 0.80 | 0.80 | Pacer Data | |
| | | | | | | | | |
| 04/30/2014 | 05536 | DEMETRA LIGGINS | SLIBRY | 1.00 | 0.10 | 0.10 | Electronic Research | 10009051 |
| 11/07/2014 | | Invoice=41498781 | | 1.00 | 0.10 | 0.10 | Pacer Data | |
| | | | | | | | | |
| 05/01/2014 | 05536 | DEMETRA LIGGINS | SLIBRY | 1.00 | 2.40 | 2.40 | Electronic Research | 10021450 |
| 11/07/2014 | | Invoice=41498781 | | 1.00 | 2.40 | 2.40 | Pacer Data | |
| | | | | | | | | |
| 05/01/2014 | 05536 | DEMETRA LIGGINS | SLIBRY | 1.00 | 3.00 | 3.00 | Electronic Research | 10021451 |
| 11/07/2014 | | Invoice=41498781 | | 1.00 | 3.00 | 3.00 | Pacer Data | |
| | | | | | | | | |
| 05/01/2014 | 05536 | DEMETRA LIGGINS | SLIBRY | 1.00 | 2.70 | 2.70 | Electronic Research | 10021452 |
| 11/07/2014 | | Invoice=41498781 | | 1.00 | 2.70 | 2.70 | Pacer Data | |
| | | | | | | | | |
| 05/01/2014 | 05536 | DEMETRA LIGGINS | SLIBRY | 1.00 | 0.10 | 0.10 | Electronic Research | 10021453 |
| 11/07/2014 | | Invoice=41498781 | | 1.00 | 0.10 | 0.10 | Pacer Data | |
| | | | | | | | | |
| 05/01/2014 | 05536 | DEMETRA LIGGINS | SLIBRY | 1.00 | 0.20 | 0.20 | Electronic Research | 10021454 |
| 11/07/2014 | | Invoice=41498781 | | 1.00 | 0.20 | 0.20 | Pacer Data | |
| | | | | | | | | |
| 05/01/2014 | 05536 | DEMETRA LIGGINS | SLIBRY | 1.00 | 1.50 | 1.50 | Electronic Research | 10021455 |
| 11/07/2014 | | Invoice=41498781 | | 1.00 | 1.50 | 1.50 | Pacer Data | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 05/01/2014 | 05536 | DEMETRA LIGGINS | SLIBRY | 1.00 | 0.20 | 0.20 | Electronic Research | 10021456 |
| 11/07/2014 | | Invoice=41498781 | | 1.00 | 0.20 | 0.20 | Pacer Data | |
| 05/01/2014 | 05536 | DEMETRA LIGGINS | SLIBRY | 1.00 | 3.00 | 3.00 | Electronic Research | 10021457 |
| 11/07/2014 | | Invoice=41498781 | | 1.00 | 3.00 | 3.00 | Pacer Data | |
| 05/01/2014 | 05536 | DEMETRA LIGGINS | SLIBRY | 1.00 | 0.60 | 0.60 | Electronic Research | 10021458 |
| 11/07/2014 | | Invoice=41498781 | | 1.00 | 0.60 | 0.60 | Pacer Data | |
| 05/15/2014 | 06037 | EVELYN BREITHAUPT | SLIBRY | 1.00 | 34.05 | 34.05 | Electronic Research Westlaw Charges for the | 10013815 |
| 11/07/2014 | | Invoice=41498781 | | 1.00 | 34.05 | 34.05 | period of April 30, 2014 - May 14, 2014 for | |
| | | | | | | | Houston | |
| 05/15/2014 | 06037 | EVELYN BREITHAUPT | SLIBRY | 1.00 | 94.87 | 94.87 | Electronic Research Westlaw Charges for the | 10013816 |
| 11/07/2014 | | Invoice=41498781 | | 1.00 | 94.87 | 94.87 | period of April 30, 2014 - May 14, 2014 for | |
| | | | | | | | Houston | |
| 05/15/2014 | 06037 | EVELYN BREITHAUPT | SLIBRY | 1.00 | 204.33 | 204.33 | Electronic Research Westlaw Charges for the | 10013817 |
| 11/07/2014 | | Invoice=41498781 | | 1.00 | 204.33 | 204.33 | period of April 30, 2014 - May 14, 2014 for | |
| | | | | | | | Houston | |
| 05/15/2014 | 06037 | EVELYN BREITHAUPT | SLIBRY | 1.00 | 238.39 | 238.39 | Electronic Research Westlaw Charges for the | 10013818 |
| 11/07/2014 | | Invoice=41498781 | | 1.00 | 238.39 | 238.39 | period of April 30, 2014 - May 14, 2014 for | |
| | | | | | | | Houston | |
| 06/02/2014 | 06127 | PATRICIA FLORES | SLIBRY | 1.00 | 3.00 | 3.00 | Electronic Research | 10032427 |
| 11/07/2014 | | Invoice=41498781 | | 1.00 | 3.00 | 3.00 | Pacer Data | |
| 07/28/2014 | 04536 | KATIE CLARK | SLIBRY | 1.00 | 0.50 | 0.50 | Electronic Research | 10043493 |
| 11/07/2014 | | Invoice=41498781 | | 1.00 | 0.50 | 0.50 | Pacer Data | |
| 08/22/2014 | 62433 | MARY MCNULTY | SLIBRY | 1.00 | 0.30 | 0.30 | Electronic Research | 10058369 |
| 10/31/2014 | | Invoice=41498605 | | 1.00 | 0.30 | 0.30 | Pacer Data | |
| 08/22/2014 | 62433 | MARY MCNULTY | SLIBRY | 1.00 | 0.30 | 0.30 | Electronic Research | 10058370 |
| 10/31/2014 | | Invoice=41498605 | | 1.00 | 0.30 | 0.30 | Pacer Data | |
| 08/22/2014 | 62433 | MARY MCNULTY | SLIBRY | 1.00 | 0.10 | 0.10 | Electronic Research | 10058371 |
| 10/31/2014 | | Invoice=41498605 | | 1.00 | 0.10 | 0.10 | Pacer Data | |
| 08/22/2014 | 62433 | MARY MCNULTY | SLIBRY | 1.00 | 0.30 | 0.30 | Electronic Research | 10058372 |
| 10/31/2014 | | Invoice=41498605 | | 1.00 | 0.30 | 0.30 | Pacer Data | |
| 08/22/2014 | 62433 | MARY MCNULTY | SLIBRY | 1.00 | 0.10 | 0.10 | Electronic Research | 10058373 |
| 10/31/2014 | | Invoice=41498605 | | 1.00 | 0.10 | 0.10 | Pacer Data | |
| 08/22/2014 | 62433 | MARY MCNULTY | SLIBRY | 1.00 | 0.30 | 0.30 | Electronic Research | 10058374 |
| 10/31/2014 | | Invoice=41498605 | | 1.00 | 0.30 | 0.30 | Pacer Data | |
| 08/22/2014 | 62433 | MARY MCNULTY | SLIBRY | 1.00 | 3.00 | 3.00 | Electronic Research | 10058375 |
| 10/31/2014 | | Invoice=41498605 | | 1.00 | 3.00 | 3.00 | Pacer Data | |
| 08/22/2014 | 62433 | MARY MCNULTY | SLIBRY | 1.00 | 3.00 | 3.00 | Electronic Research | 10058376 |
| 10/31/2014 | | Invoice=41498605 | | 1.00 | 3.00 | 3.00 | Pacer Data | |
| 08/22/2014 | 62433 | MARY MCNULTY | SLIBRY | 1.00 | 0.20 | 0.20 | Electronic Research | 10058377 |
| 10/31/2014 | | Invoice=41498605 | | 1.00 | 0.20 | 0.20 | Pacer Data | |
| 08/22/2014 | 62433 | MARY MCNULTY | SLIBRY | 1.00 | 3.00 | 3.00 | Electronic Research | 10058378 |
| 10/31/2014 | | Invoice=41498605 | | 1.00 | 3.00 | 3.00 | Pacer Data | |
| 08/22/2014 | 62433 | MARY MCNULTY | SLIBRY | 1.00 | 3.00 | 3.00 | Electronic Research | 10058379 |
| 10/31/2014 | | Invoice=41498605 | | 1.00 | 3.00 | 3.00 | Pacer Data | |
| 08/22/2014 | 62433 | MARY MCNULTY | SLIBRY | 1.00 | 3.00 | 3.00 | Electronic Research | 10058380 |
| 10/31/2014 | | Invoice=41498605 | | 1.00 | 3.00 | 3.00 | Pacer Data | |
| 08/22/2014 | 62433 | MARY MCNULTY | SLIBRY | 1.00 | 3.00 | 3.00 | Electronic Research | 10058381 |
| 10/31/2014 | | Invoice=41498605 | | 1.00 | 3.00 | 3.00 | Pacer Data | |
| 08/22/2014 | 62433 | MARY MCNULTY | SLIBRY | 1.00 | 0.20 | 0.20 | Electronic Research | 10058382 |
| 10/31/2014 | | Invoice=41498605 | | 1.00 | 0.20 | 0.20 | Pacer Data | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 08/22/2014 | 62433 | MARY MCNULTY | SLIBRY | 1.00 | 1.60 | 1.60 | Electronic Research | 10058383 |
| 10/31/2014 | | Invoice=41498605 | | 1.00 | 1.60 | 1.60 | Pacer Data | |
| | | | | | | | | |
| 08/22/2014 | 62433 | MARY MCNULTY | SLIBRY | 1.00 | 0.20 | 0.20 | Electronic Research | 10058384 |
| 10/31/2014 | | Invoice=41498605 | | 1.00 | 0.20 | 0.20 | Pacer Data | |
| | | | | | | | | |
| 08/22/2014 | 62433 | MARY MCNULTY | SLIBRY | 1.00 | 1.60 | 1.60 | Electronic Research | 10058385 |
| 10/31/2014 | | Invoice=41498605 | | 1.00 | 1.60 | 1.60 | Pacer Data | |
| | | | | | | | | |
| 08/22/2014 | 62433 | MARY MCNULTY | SLIBRY | 1.00 | 3.00 | 3.00 | Electronic Research | 10058386 |
| 10/31/2014 | | Invoice=41498605 | | 1.00 | 3.00 | 3.00 | Pacer Data | |
| | | | | | | | | |
| 08/22/2014 | 62433 | MARY MCNULTY | SLIBRY | 1.00 | 3.00 | 3.00 | Electronic Research | 10058387 |
| 10/31/2014 | | Invoice=41498605 | | 1.00 | 3.00 | 3.00 | Pacer Data | |
| | | | | | | | | |
| 08/22/2014 | 62433 | MARY MCNULTY | SLIBRY | 1.00 | 0.30 | 0.30 | Electronic Research | 10058388 |
| 10/31/2014 | | Invoice=41498605 | | 1.00 | 0.30 | 0.30 | Pacer Data | |
| | | | | | | | | |
| 08/22/2014 | 62433 | MARY MCNULTY | SLIBRY | 1.00 | 0.30 | 0.30 | Electronic Research | 10058389 |
| 10/31/2014 | | Invoice=41498605 | | 1.00 | 0.30 | 0.30 | Pacer Data | |
| | | | | | | | | |
| 08/22/2014 | 62433 | MARY MCNULTY | SLIBRY | 1.00 | 3.00 | 3.00 | Electronic Research | 10058390 |
| 10/31/2014 | | Invoice=41498605 | | 1.00 | 3.00 | 3.00 | Pacer Data | |
| | | | | | | | | |
| 08/22/2014 | 62433 | MARY MCNULTY | SLIBRY | 1.00 | 3.00 | 3.00 | Electronic Research | 10058391 |
| 10/31/2014 | | Invoice=41498605 | | 1.00 | 3.00 | 3.00 | Pacer Data | |
| | | | | | | | | |
| 08/22/2014 | 62433 | MARY MCNULTY | SLIBRY | 1.00 | 0.30 | 0.30 | Electronic Research | 10058392 |
| 10/31/2014 | | Invoice=41498605 | | 1.00 | 0.30 | 0.30 | Pacer Data | |
| | | | | | | | | |
| 08/22/2014 | 62433 | MARY MCNULTY | SLIBRY | 1.00 | 0.30 | 0.30 | Electronic Research | 10058393 |
| 10/31/2014 | | Invoice=41498605 | | 1.00 | 0.30 | 0.30 | Pacer Data | |
| | | | | | | | | |
| 08/22/2014 | 62433 | MARY MCNULTY | SLIBRY | 1.00 | 0.20 | 0.20 | Electronic Research | 10058394 |
| 10/31/2014 | | Invoice=41498605 | | 1.00 | 0.20 | 0.20 | Pacer Data | |
| | | | | | | | | |
| | | BILLED TOTALS:   WORK: | | | | 668.54 | 60 records | |
| | | BILLED TOTALS:   BILL: | | | | 668.54 | | |
| | | | | | | | | |
| | | GRAND TOTAL:   WORK: | | | | 668.54 | 60 records | |
| | | GRAND TOTAL:   BILL: | | | | 668.54 | | |