IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 2311, 2763** |

## CERTIFICATION OF COUNSEL CONCERNING ORDER APPROVING THE ASSUMPTION OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES

The undersigned hereby certifies as follows:

1. On September 15, 2014, the United States Bankruptcy Court for the District of Delaware (the "Court") entered its *Order Authorizing and Approving Expedited Procedures for the Debtors to Reject or Assume Executory Contracts and Unexpired Leases* [D.I. 2015] (the "Procedures Order"). Pursuant to the Procedures Order, the Court approved certain procedures by which the above-captioned debtors and debtors in possession (collectively, the "Debtors") may reject, assume (in some instances, as amended), and assume and assign certain of their prepetition executory contracts and prepetition unexpired leases.

2. In accordance with the Procedures Order, on October 3, 2014, the Debtors filed and served the *Notice of Assumption of Certain Executory Contracts and Unexpired Leases and Related Relief Thereto* [D.I. 2311] (the "Assumption Notice") pursuant to which the Debtors provided notice of their intent to assume the various contracts and leases listed on "Exhibit A" to

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

the Assumption Notice (collectively, the "Contracts and Leases Schedule"). Additionally, the Debtors filed and served a proposed form of assumption order (the "Proposed Order") as "Exhibit B" to the Assumption Notice. As set forth in the Assumption Notice, any objections to the Debtors' proposed assumption of the Contracts and Leases or the proposed cure amounts in connection therewith were due to be filed with the Court no later than October 17, 2014 at 4:00 p.m. (Eastern Daylight Time) (the "Objection Deadline").

3. Prior to the Objection Deadline, John J. and Barbara Komandosky ("Komandosky") submitted an informal written response (the "Informal Response") with respect to the lease to which Komandosky was a counterparty in the Contracts and Leases Schedule (the "Komandosky Lease"). The Debtors removed the Komandosky Lease from the Contracts and Leases Schedule to allow time to resolve the issues set forth in the Informal Response. The Debtors have since resolved the Informal Response with Komandosky.

4. The Debtors therefore respectfully request that the Bankruptcy Court enter the Proposed Order attaching the Komandosky Lease (which the Debtors believe is unopposed in the form presented), substantially in the form attached hereto as **Exhibit 1**, at its earliest convenience.

*[Remainder of page intentionally left blank.]*

Dated: November 17, 2014
Wilmington, Delaware

*[signature]*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
              defranceschi@rlf.com
              madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:        edward.sassower@kirkland.com
              stephen.hessler@kirkland.com
              brian.schartz@kirkland.com

and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:        james.sprayregen@kirkland.com
              marc.kieselstein@kirkland.com
              chad.husnick@kirkland.com
              steven.serajeddini@kirkland.com