## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| AVENUE CAPITAL MANAGEMENT II, LP, on behalf of certain investment funds it advises, GSO CAPITAL PARTNERS LP, on behalf of certain funds and accounts it manages, P. SCHOENFELD ASSET MANAGEMENT LP, and investment manager on behalf of certain of its affiliated investment funds, THIRD AVENUE MANAGEMENT LLC, on behalf of certain funds it manages, and YORK CAPITAL MANAGEMENT GLOBAL ADVISORS, LLC, on behalf of certain funds and/or accounts managed or advised by it and/or its affiliates, | ) ) ) ) ) ) Adversary Proceeding ) No. 14-50797 (CSS) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| FIDELITY INVESTMENTS, FIDELITY ADVISOR SERIES II: FIDELITY ADVISOR STRATEGIC INCOME FUND, FIDELITY SCHOOL STREET TRUST: FIDELITY STRATEGIC INCOME, FIDELITY SUMMER STREET TRUST: FIDELITY CAPITAL & INCOME FUND, PYRAMIS GLOBAL ADVISORS TRUST COMPANY, as Investment Manger Under Power of Attorney for ILLINOIS MUNICIPAL RETIREMENT FUND, VARIABLE INSURANCE PRODUCTS FUND V: STRATEGIC INCOME PORTFOLIO, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

---

[1] The last four digits of Energy Future Holdings )Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

FIDELITY MANAGEMENT & RESEARCH            )
COMPANY, as investment Manager for              )
FIDELITY STRATEGIC INCOME MOTHER       )
FUND, MASTER TRUST BANK OF JAPAN        )
on behalf of FIDELITY US HIGH YIELD          )
MOTHER FUND, FIL INVESTMENTS               )
INTERNATIONAL (FII), acting as agent for and  )
on behalf of FIDELITY FUNDS SICAV, in         )
relation to FIDELITY FUNDS - US HIGH          )
YIELD, FIDELITY INVESTMENTS CANADA     )
ULC as Trustee of FIDELITY AMERICAN        )
HIGH YIELD FUND, FIDELITY                        )
INVESTMENTS CANADA ULC as Trustee of     )
FIDELITY CANADIAN BALANCED FUND,       )
FIDELITY GLOBAL BOND SERIES - US           )
DOLLAR MONTHLY INCOME - US HIGH        )
YIELD POOL, FIDELITY ADVISOR SERIES      )
I: FIDELITY ADVISOR HIGH INCOME             )
ADVANTAGE FUND, FIDELITY PURITAN        )
TRUST: FIDELITY PURITAN FUND,                 )
FIDELITY MANAGEMENT & RESEARCH         )
COMPANY as Investment Manager for JAPAN    )
TRUSTEE SERVICES BANK, LTD. RE:            )
FIDELITY HIGH YIELD BOND OPEN              )
MOTHER FUND, FIDELITY SUMMER             )
STREET TRUST: FIDELITY GLOBAL HIGH      )
INCOME FUND, FIDELITY INVESTMENTS       )
CANADA ULC as Trustee of FIDELITY           )
CANADIAN ASSET ALLOCATION FUND,        )
                                                                       )
                              Defendants.              )

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON NOVEMBER 20, 2014 STARTING AT 12:00 P.M. (NOON) (EST)[2]**

---

[2] The November 20, 2014 (the "November 20th Hearing") hearing will be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 beginning at 12:00 p.m. (noon) (EST). Any person who wishes to appear telephonically at the November 20th Hearing must contact COURTCALL, LLC at 866-582-6878 prior to **12:00 p.m. (noon) (EST) on Wednesday, November 19, 2014** to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009*. The pre-trial conference in Adv. Proc. No. 14-50797 (CSS) (see Agenda Item 14) will commence at **4:00 p.m. (EST)** on November 20, 2014. To the extent that the November 20th Hearing has otherwise concluded prior to 4:00 p.m. (EST) on November 20, 2014, the Court will reconvene at 4:00 p.m. (EST) solely to hear the pre-trial conference in Adv. Proc. No. 14-50797 (CSS).

## I.    CONTINUED/WITHDRAWN/RESOLVED MATTERS:

1.    Application of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to Retain and Employ PricewaterhouseCoopers LLP as Internal Audit, Information Security, and Tax Consultants Effective *Nunc Pro Tunc* to the Petition Date [D.I. 654; filed May 29, 2014]

Response/Objection Deadline:    June 12, 2014 at 4:00 p.m. (EDT); extended to July 28, 2014 at 4:00 p.m. (EDT); further extended to September 8, 2014 at 4:00 p.m. (EDT) for all parties in interest; further extended to September 9, 2014 at 4:00 p.m. (EDT) for the Office of United States Trustee; further extended to October 17, 2014 at 4:00 p.m. (EDT) for all parties in interest

Responses/Objections Received:

A.    Informal comments from the Office of the United States Trustee

Related Documents:

i.    Re-Notice of Certain Applications and Motions and Hearing Thereon [D.I. 901; filed June 10, 2014]

ii.    Second Omnibus Re-Notice of Certain Professional Retention Applications and Hearings Thereon [D.I. 1768; filed August 7, 2014]

iii.    Third Omnibus Re-Notice of Certain Professional Retention Applications and Hearing Thereon [D.I. 1907; filed August 25, 2014]

iv.    Notice of Filing of "Stipulation and Agreed Order Regarding a Protocol for Certain Case Matters" [D.I. 1947; filed August 29, 2014]

v.    Debtors' Motion for Leave to File and Serve a Late Reply in Response to Any Objections of the Office of the United States Trustee for the District of Delaware to (I) Certain of the Debtors' Professional Retention Applications (D.I. 651, 652, 653, 654, 655, 656, 659, 660, 661, 662, 665) and (II) "Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of the Insider Compensation Programs and (B) Continue the Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis" [D.I. 1792] [D.I. 1981; filed September 9, 2014]

vi.    Order Granting Motion for Leave to File and Serve a Late Reply in Response to Any Objections of the Office of the United States Trustee for the District of Delaware to (I) Certain of the Debtors' Professional

3

Retention Applications (D.I. 651, 652, 653, 654, 655, 656, 659, 660, 661, 662, 665) and (II) "Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of the Insider Compensation Programs and (B) Continue the Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis" [D.I. 1792] [D.I. 1982; filed September 9, 2014]

vii.   Notice of Filing of Amended "Stipulation and Agreed Order Regarding a Protocol for Certain Case Matters" [D.I. 2006; filed September 12, 2014]

viii.  Statement of the United States Trustee in Opposition to Entry of an Order Approving Stipulation Regarding Protocol for Certain Case Matters [D.I. 2007; filed September 12, 2014]

ix.    Response of the Official Committee of Unsecured Creditors to the Statement of the United States Trustee in Opposition to Entry of an Order Approving Stipulation Regarding Protocol for Certain Case Matters [D.I. 2014; filed September 15, 2014]

x.     Debtors' Reply to the Statement of the United States Trustee in Opposition to the Entry of a Stipulated Order on Certain Case Matters [D.I. 2018; filed September 15, 2014]

xi.    Stipulation and Agreed Order Regarding a Protocol for Certain Case Matters [D.I. 2051; filed September 16, 2014]

xii.   Fourth Omnibus Re-Notice of Certain Professional Retention Applications and Hearing Thereon [D.I. 2078; filed September 17, 2014]

xiii.  Notice of Withdrawal of "Application of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to Retain and Employ PricewaterhouseCoopers LLP as Internal Audit, Information Security, and Tax Consultants Effective *Nunc Pro Tunc* to the Petition Date" [D.I. 2621; filed October 29, 2014]

xiv.   Stipulation and Agreed Order Extending Dates in Order Regarding a Protocol for Certain Case Matters [D.I. 2760; filed November 13, 2014]

Status: On October 29, 2014, the Debtors withdrew this matter without prejudice (see D.I. 2621). Consequently, no hearing with respect to this matter is required.

2.   Motion of the Official Committee of Unsecured Creditors for an Order Regarding Creditor Access to Information and Setting and Fixing Creditor Information Sharing Procedures and Protocols Under 11 U.S.C. §§ 105(a), 107(b), and 1102(b)(3)(a) [D.I. 2361; filed October 9, 2014]

Response/Objection Deadline:          October 21, 2014 at 4:00 p.m. (EDT)

Responses/Objections Received:

A.     Informal comments from the Ad Hoc Committee of TCEH First Lien Creditors

B.     Informal comments from the Ad Hoc Committee of EFIH Unsecured Noteholders

C.     Informal comments from the Office of the United States Trustee for the District of Delaware

Status: The hearing on this matter has been continued to the omnibus hearing scheduled for December 18, 2014 at 9:30 a.m. (EST).

3.     Declaration of Disinterestedness of PricewaterhouseCoopers LLP Pursuant to the Order Authorizing the Retention and Compensation of Certain Professionals Utilized in the Ordinary Course of Business [D.I. 2478; filed October 16, 2014]

Response/Objection Deadline:          October 30, 2014 at 4:00 p.m. (EST)

Reply Deadline:          December 3, 2014 at 4:00 p.m. (EST)

Responses/Objections Received:

A.     United States Trustee's Objection to the Debtors' Retention of PricewaterhouseCoopers LLP as an Ordinary Course Professional Pursuant to the Order Authorizing the Retention and Compensation of Certain Professionals Utilized in the Ordinary Course of Business [D.I. 2767; filed November 14, 2014]

Status: The hearing on this matter has been continued to the omnibus hearing scheduled for December 18, 2014 at 9:30 a.m. (EST).

4.     Motion of Energy Future Holdings Corp., *et al*., for Entry of an Order Approving the Assumption of Certain Unexpired Leases by and Among Luminant Generation Company LLC, Luminant Mining Company LLC, Sandow Power Company LLC, and Alcoa Inc. [D.I. 2534; filed October 23, 2014]

Response/Objection Deadline:          November 6, 2014 at 4:00 p.m. (EST)

Responses/Objections Received:          None.

Related Documents:

i.     Declaration of Robert Frenzel, Senior Vice President and Chief Financial Officer of Luminant Generation Company LLC in Support of the Motion

of Energy Future Holdings Corp., *et al.*, for Entry of an Order Approving the Assumption of Certain Unexpired Leases by and Among Luminant Generation Company LLC, Luminant Mining Company LLC, Sandow Power Company LLC, and Alcoa Inc. [D.I. 2535; filed October 23, 2014]

ii.    Certification of Counsel Concerning Order Approving the Assumption of Certain Unexpired Leases by and Among Luminant Generation Company LLC, Luminant Mining Company LLC, Sandow Power Company LLC, and Alcoa Inc. [D.I. 2749; filed November 12, 2014]

iii.    Order Approving the Assumption of Certain Unexpired Leases by and Among Luminant Generation Company LLC, Luminant Mining Company LLC, Sandow Power Company LLC, and Alcoa Inc. [D.I. 2759; filed November 13, 2014]

Status: On November 13, 2014, the Court entered an order granting the Debtors the relief requested in connection with this matter.  Consequently, no hearing with respect to this matter is required.

5.    Motion for Relief from Automatic Stay Under 11 U.S.C. §362 filed by Miguel Oliveras Caraballo [D.I. 2547; filed October 24, 2014]

Response/Objection Deadline:        November 13, 2014 at 4:00 p.m. (EST); extended to December 11, 2014 at 4:00 p.m. (EST)

Responses/Objections Received:        None at this time.

Status: The hearing on this matter has been continued to the omnibus hearing scheduled for December 18, 2014 at 9:30 a.m. (EST).

6.    Motion to File Claim after Claims Bar Date filed by DeAnna Edwards [D.I. 2571; filed October 27, 2014]

Response/Objection Deadline:        November 13, 2014 at 4:00 p.m. (EST); extended to December 11, 2014 at 4:00 p.m. (EST)

Responses/Objections Received:        None at this time.

Status: The hearing on this matter has been continued to the omnibus hearing scheduled for December 18, 2014 at 9:30 a.m. (EST).

## II.    UNCONTESTED MATTERS WITH A CERTIFICATION OF NO OBJECTION OR A CERTIFICATION OF COUNSEL:

7.    Notice of Assumption of Certain Executory Contracts and Unexpired Leases and Related Relief Thereto [D.I. 2311; filed October 3, 2014]

6

Response/Objection Deadline:          October 17, 2014 at 4:00 p.m. (EDT)

Responses/Objections Received:

A.      Informal comments from John J. and Barbara Komandosky

Related Documents:

i.      Order Approving the Assumption of Certain Executory Contracts and
        Unexpired Leases [D.I. 2574; filed October 27, 2014]

ii.     Notice of Hearing with Respect to John J. and Barbara Komandosky's
        Response to "Notice of Assumption of Certain Executory Contracts and
        Unexpired Leases and Related Relief Thereto" [D.I. 2311] [D.I. 2763;
        filed November 13, 2014]

iii.    Certification of Counsel Concerning Order Approving the Assumption of
        Certain Executory Contracts and Unexpired Leases [D.I. 2790; filed
        November 17, 2014]

Status: On November 17, 2014, the Debtors filed a certification of counsel
        attaching a consensual form of order resolving this matter. Consequently,
        a hearing with respect to this matter is only necessary to the extent that the
        Court has questions or concerns.

8.      Motion of Energy Future Holdings Corp., *et al.*, for Waiver of Certain
        Requirements of Local Bankruptcy Rule 3007-1 [D.I. 2659; filed October 30,
        2014]

        Response/Objection Deadline:          November 13, 2014 at 4:00 p.m. (EST)

        Responses/Objections Received:        None at this time.

        Related Documents:

        i.      Declaration of Steve R. Kotarba in Support of the Motion of Energy
                Future Holdings Corp., *et al.*, for Waiver of Certain Requirements of
                Local Bankruptcy Rule 3007-1 [D.I. 2661; filed October 30, 2014]

        ii.     Certification of No Objection Regarding "Motion of Energy Future
                Holdings Corp., et al., for Waiver of Certain Requirements of Local
                Bankruptcy Rule 3007-1" [D.I. 2659] [D.I. 2791; filed November 17,
                2014]

        Status: On November 17, 2014, the Debtors filed a certification of no objection in
                connection with this matter. Consequently, a hearing with respect to this
                matter is required only to the extent that the Court has any questions or
                concerns.

9.     Motion for Entry of an Order Authorizing Certain Debtors to File Under Seal Redacted Portions of the Withdrawal Agreements [D.I. 2665; filed October 30, 2014]

      Response/Objection Deadline:      November 13, 2014 at 4:00 p.m. (EST)

      Responses/Objections Received:      None at this time.

      Related Documents:

      i.      Certification of No Objection Regarding "Motion for Entry of an Order Authorizing Certain Debtors to File Under Seal Redacted Portions of the Withdrawal Agreements" [D.I. 2665] [D.I. 2794; filed November 18, 2014]

      Status: On November 18, 2014, the Debtors filed a certification of no objection in connection with this matter.  Consequently, a hearing with respect to this matter is required only to the extent that the Court has any questions or concerns.

10.    Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Approving the Assumption of a Certain Renewable Energy and Renewable Energy Credits Purchase Agreements by and Between Luminant Energy Company LLC and Brazos Wind, LP, as Amended [D.I. 2666; filed October 30, 2014]

      Response/Objection Deadline:      November 13, 2014 at 4:00 p.m. (EST)

      Responses/Objections Received:      None at this time.

      Related Documents:

      i.      Declaration of Robert Frenzel, Senior Vice President and Chief Financial Officer of Luminant Holding Company LLC in Support of the Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Approving the Assumption of a Certain Renewable Energy and Renewable Energy Credits Purchase Agreements by and Between Luminant Energy Company LLC and Brazos Wind, LP, as Amended [D.I. 2667; filed October 30, 2014]

      ii.      Certification of No Objection Regarding "Motion of Energy Future Holdings Corp., et al., for Entry of an Order Approving the Assumption of a Certain Renewable Energy and Renewable Energy Credits Purchase Agreement By and Between Luminant Energy Company LLC and Brazos Wind, LP, As Amended" [D.I. 2666] [D.I. 2792 - filed November 17, 2014]

      Status: On November 17, 2014, the Debtors filed a certification of no objection in connection with this matter.  Consequently, a hearing with respect to this

matter is required only to the extent that the Court has any questions or concerns.

### III.   UNCONTESTED MATTERS GOING FORWARD:

11.   Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing Certain Debtors to Enter into Agreements Regarding MHI's Withdrawal from the Comanche Peak Joint Venture [D.I. 2664; filed October 30, 2014]

Response/Objection Deadline:        November 13, 2014 at 4:00 p.m. (EST)

Responses/Objections Received:      None at this time.

Related Documents:

i.     Supplement to Motion of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing Certain Debtors to Enter Into Agreements Regarding MHI's Withdrawal from the Comanche Peak Joint Venture [D.I. 2793; filed November 17, 2014]

Status:  The hearing on this matter will go forward.

12.   Motion of Energy Future Holdings Corp., *et al.*, Clarifying Certain Relief Granted in the Non-Proprietary Trading Order and Seeking Entry of an Order Authorizing Certain Debtors to Enter into Non-Proprietary Hedging and Trading Arrangements with a Tenor Beyond December 31, 2015 and Subject to Hedge and Tenor Limitations Consistent with Historical Practice [D.I. 2710; filed November 6, 2014]

Response/Objection Deadline:        November 17, 2014 at 4:00 p.m. (EST)

Responses/Objections Received:      None at this time.

Related Documents:

i.     Declaration of Terry L. Nutt, Senior Vice President and Controller of EFH Corp. in Support of the Motion of Energy Future Holdings Corp., *et al.*, Clarifying Certain Relief Granted in the Non-Proprietary Trading Order and Seeking Entry of an Order Authorizing Certain Debtors to Enter into Non-Proprietary Hedging and Trading Arrangements with a Tenor Beyond December 31, 2015 and Subject to Hedge and Tenor Limitations Consistent with Historical Practice [D.I. 2711; filed November 6, 2014]

ii.    Motion of Energy Future Holdings Corp., *et al.*, to Shorten Notice Period in Connection with "Motion of Energy Future Holdings Corp., *et al.*, Clarifying Certain Relief Granted in the Non-Proprietary Trading Order and Seeking Entry of an Order Authorizing Certain Debtors to Enter into Non-Proprietary Hedging and Trading Arrangements with a Tenor Beyond

9

December 31, 2015 and Subject to Hedge and Tenor Limitations Consistent with Historical Practice" and for Related Relief [D.I. 2712; filed November 6, 2014]

iii.     Order Shortening Notice Period in Connection with "Motion of Energy Future Holdings Corp., *et al.*, Clarifying Certain Relief Granted in the Non-Proprietary Trading Order and Seeking Entry of an Order Authorizing Certain Debtors to Enter into Non-Proprietary Hedging and Trading Arrangements with a Tenor Beyond December 31, 2015 and Subject to Hedge and Tenor Limitations Consistent with Historical Practice" and Granting Related Relief [D.I. 2744; filed November 12, 2014]

Status: The hearing on this matter will go forward.

## IV.   **CONTESTED MATTER GOING FORWARD:**

13.   Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing Luminant Generation Company LLC to Reject a Water Contract with Tarrant Regional Water District, Effective *Nunc Pro Tunc* to the Petition Date [D.I. 2662; filed October 30, 2014]

Response/Objection Deadline:          November 13, 2014 at 4:00 p.m. (EST)

Responses/Objections Received:

A.     Tarrant Regional Water District's Objection to Motion of Energy Future Holding Corp., *et al.*, for Entry of an Order Authorizing Luminant Generation Company, LLC to Reject a Water Contract with Tarrant Regional Water District, Effective *Nunc Pro Tunc* to the Petition Date [D.I. 2771; filed November 14, 2014]

Related Documents:

i.     Declaration of Michael Carter, Senior Vice President, Corporate Planning, and Assistant Treasurer of EFH Corporate Services Company, in Support of Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing Luminant Generation Company LLC to Reject a Water Contract with Tarrant Regional Water District, Effective *Nunc Pro Tunc* to the Petition Date [D.I. 2663; filed October 30, 2014]

ii.     Declaration of Dan Buhman in Support of Tarrant Regional Water District's Objection to Motion of Energy Future Holding Corp., *et al.*, for Entry of an Order Authorizing Luminant Generation Company LLC to Reject a Water Contract with Tarrant Regional Water District, Effective *Nunc Pro Tunc* to the Petition Date [D.I. 2772; filed November 14, 2014]

RLF1 11108027v.1

<ol type="i" start="3">
<li>Motion for Leave to File and Serve a Late Reply in Connection with "Tarrant Regional Water District's Objection to Motion of Energy Future Holding [sic] Corp., <em>et al.</em>, for Entry of an Order Authorizing Luminant Generation Company LLC to Reject a Water Contract with Tarrant Regional Water District, Effective <em>Nunc Pro Tunc</em> to the Petition Date [D.I. 2781] [D.I. 2781; filed November 17, 2014]</li>
</ol>

<u>Status</u>:  The hearing on this matter will go forward.

## V.    <u>PRE-TRIAL CONFERENCE IN ADVERSARY 14-50797</u>:

14.    Adversary Complaint [Adv. D.I. 9; filed October 15, 2014]

<u>Answer Deadline</u>:        November 19, 2014 at 4:00 p.m. (EST)

<u>Responses/Objections Received</u>:        None at this time.

<u>Related Documents</u>:

<ol type="i">
<li>Adversary Complaint (Redacted) [D.I 2313/Adv. D.I. 1; filed October 6, 2014]</li>
<li>Summons and Notice of Pretrial Conference in and Adversary Proceeding (Redacted) [Adv. D.I. 5; filed October 8, 2014]</li>
<li>Summons and Notice of Pretrial Conference in an Adversary Proceeding (Redacted) [Adv. D.I. 6; filed October 8, 2014]</li>
<li>Summons and Notice of Pretrial Conference in an Adversary Proceeding (Redacted) [Adv. D.I. 7; filed October 8, 2014]</li>
<li>Notice of Unsealing of Adversary Complaint and Summons [Adv. D.I. 8; filed October 15, 2014]</li>
<li>Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. D.I. 10; filed October 15, 2014]</li>
<li>Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. D.I. 11; filed October 15, 2014]</li>
<li>Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. D.I. 12; filed October 15, 2014]</li>
<li>Stipulation Regarding EFH Non-Guaranteed Notes [Adv. D.I. 13; filed November 3, 2014]</li>
<li>Joint Stipulation Regarding Dates and Deadlines [Adv. D.I. 14; filed November 5, 2014]</li>
</ol>

xi.    Joint Stipulation Regarding Dates and Deadline [Adv. D.I. 15; filed November 7, 2014]

Status: A pre-trial conference with respect to the adversary proceeding will go forward starting at 4:00 p.m. (EST).

*[Remainder of page intentionally left blank.]*

12

Dated:  November 18, 2014
        Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Facsimile:     (302) 651-7701
Email:         collins@rlf.com
               defranceschi@rlf.com
               madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900
Email:         edward.sassower@kirkland.com
               stephen.hessler@kirkland.com
               brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted pro hac vice)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email:         james.sprayregen@kirkland.com
               marc.kieselstein@kirkland.com
               chad.husnick@kirkland.com
               steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*