IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 2662, 2771** |

**ORDER GRANTING LEAVE TO FILE AND SERVE A LATE
REPLY IN CONNECTION WITH "TARRANT REGIONAL WATER DISTRICT'S
OBJECTION TO MOTION OF ENERGY FUTURE HOLDING [SIC] CORP., *ET AL.*,
FOR ENTRY OF AN ORDER AUTHORING LUMINANT GENERATION COMPANY,
LLC TO REJECT A WATER CONTRACT WITH TARRANT REGIONAL WATER
DISTRICT, EFFECTIVE *NUNC PRO TUNC* TO THE PETITION DATE" [D.I. 2771]**

Upon consideration of the motion for leave, dated November 17, 2014 (the "Motion for Leave"),[2] seeking entry of an order, pursuant to Local Rule 9006-1(d), authorizing the Debtors to file and serve a Reply; and good and sufficient cause appearing therefor, it is hereby

ORDERED, that the Motion for Leave is GRANTED; and it is further

ORDERED that the Debtors are granted leave to file and serve a Reply by November 18, 2014 at 4:00 p.m. (Eastern Standard Time); and it is further

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used herein and not otherwise defined shall have the meanings given to them in the Motion for Leave.

RLF1 11075538v.1

ORDERED that the Court will consider any Reply filed and served in accordance with this Order.

Dated: November 18, 2014
Wilmington, Delaware

THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE