**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Energy Future Holdings Corp., *et al.,*[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Re: Docket No. 2554** |
|  | ) |  |

*NO ORDER REQUIRED* **CERTIFICATE OF NO OBJECTION REGARDING SECOND MONTHLY FEE STATEMENT OF MORRISON & FOERSTER LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF TCEH UNSECURED CREDITORS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD JUNE 1, 2014 THROUGH JUNE 30, 2014**

The undersigned hereby certifies that, as of the date hereof, he has received no written answer, objection or other responsive pleading to the *Second Monthly Fee Statement of Morrison & Foerster LLP as Counsel for the Official Committee of TCEH Unsecured Creditors for Compensation and Reimbursement of Expenses Incurred for the Period June 1, 2014 through June 30, 2014*, filed on October 24, 2014 [Docket No. 2554] (the "**Fee Statement**").  The undersigned further certifies that after reviewing the Court's docket in this case, no answer, objection or other responsive pleading to the Fee Statement appears thereon.  Pursuant to the Notice of Fee Statement, responses to the Fee Statement were to be filed and served no later than November 14, 2014 at 4:00 p.m. (ET).  The Fee Statement was filed and served in accordance with the *Stipulation and Order Appointing a Fee Committee*, dated August 21, 2014 [Docket No. 1896] and the *Order Establishing Procedures for Interim Compensation and Reimbursement of*

---

[1]     The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers are not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://efhcaseinfo.com.

49223271.1

2

*Expenses for Professionals*, dated September 16, 2014 [Docket No. 2066] (the "**Administrative Order**").

Consequently, pursuant to the Administrative Order, the above-captioned debtors and debtors in possession, are authorized to pay Morrison & Foerster LLP 80% of its fees and 100% of its expenses requested in the Fee Statement upon filing of this certificate without the need for further order of the Court. A summary of the fees and expenses sought by Morrison & Foerster LLP is annexed hereto as Exhibit A.

*[Remainder of page intentionally left blank]*

49223271.1

Dated: Wilmington, Delaware
     November 18, 2014

**MORRISON & FOERSTER LLP**
James M. Peck
Brett H. Miller
Lorenzo Marinuzzi
Todd M. Goren
250 West 55th Street
New York, New York 10019-9601
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900
E-mail:  jpeck@mofo.com
       brettmiller@mofo.com
       lmarinuzzi@mofo.com
       tgoren@mofo.com

    -and-

*/s/ Christopher A. Ward* _____
Christopher A. Ward (Del. Bar No. 3877)
Justin K. Edelson (Del. Bar No. 5002)
Shanti M. Katona (Del. Bar No. 5352)
Jarrett Vine (Del. Bar No. 5400)
**POLSINELLI PC**
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile:  (302) 252-0921
E-mail:  cward@polsinelli.com
      jedelson@polsinelli.com
      skatona@polsinelli.com
      jvine@polsinelli.com

*Attorneys for the Official Committee of TCEH
Unsecured Creditors*

49223271.1

## EXHIBIT A

### Professional Fees and Expenses
### Monthly Fee Statement

| Applicant | Fee Statement Period, Filing Date, Docket No. | Total Fees Requested[1] | Total Expenses Requested[2] | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| Morrison & Foerster LLP 250 West 55th Street New York, NY 10019<br><br>Counsel to the Official Committee of TCEH Unsecured Creditors | Second Monthly Fee Statement<br><br>6/1/2014 through 6/30/2014<br><br>Filed 10/24/2014<br><br>Docket No. 2554 | $2,812,162.00 | $84,276.09 | 11/14/2014 | $2,249,729.60 | $84,276.09 | $562,432.40 |

---

[1] Consistent with the terms of the Administrative Order, the requested fees in the Monthly Fee Statement shall be allocated $2,812,162.00, $0.00, and $0.00 to TCEH, EFIH and EFH, respectively.

[2] Consistent with the terms of the Administrative Order, the requested expenses in the Monthly Fee Statement shall be allocated $84,276.09, $0.00, and $0.00 to TCEH, EFIH and EFH, respectively.

ny-1166123