# EXHIBIT A

**Certificate of Adjudication**

6702            VOL    1 PAGE 203

## CERTIFICATE OF ADJUDICATION

CERTIFICATE OF ADJUDICATION: 08-4983      OWNER: Texas Utilities Electric Company
                                                 Attention: Environmental Services
                                                 400 North Olive Street,
                                                 Lockbox 81
                                                 Dallas, Texas 75201

COUNTY: Henderson                         PRIORITY DATE: November 18, 1975

WATERCOURSE: Caney Creek, tributary       BASIN: Trinity River
             of Cedar Creek, tributary
             of the Trinity River

WHEREAS, by final decree of the 66th Judicial District Court of Hill County, in Cause No. 28,952 In Re: The Adjudication of Water Rights in the Middle Trinity River Segment of the Trinity River Basin dated September 4, 1986 a right was recognized under Permit 3270 authorizing the Texas Utilities Electric Company to appropriate waters of the State of Texas as set forth below;

NOW, THEREFORE, this certificate of adjudication to appropriate waters of the State of Texas in the Trinity River Basin is issued to the Texas Utilities Electric Company, subject to the following terms and conditions:

1. IMPOUNDMENT

   Owner is authorized to maintain an existing dam and a 20,038 acre-foot capacity reservoir on Caney Creek and impound therein not to exceed 16,348 acre-feet of water per annum from the run off of Caney Creek. The dam is located in the Jane Irwine Survey, Abstract 382, Henderson County, Texas.

2. USE

   Owner is authorized to divert, circulate, and recirculate 887,000 acre-feet of water per annum from the aforesaid reservoir, of which not more than 9500 acre-feet may be consumptively used, for industrial (cooling and operating) purposes.

3. DIVERSION

   A. Location
      At a point on the perimeter of the aforesaid reservoir.

   B. Maximum rate: 2444.44 cfs (1,100,000 gpm).

Certificate of Adjudication 08-4983

4. PRIORITY

   The time priority of owner's right is November 18, 1975.

5. SPECIAL CONDITION

   A. Owner shall maintain a suitable outlet in the aforesaid dam authorized herein to allow the free passage of water that owner is not entitled to divert or impound.

   B. Owner is authorized to store water purchased under contractural arrangements in the aforesaid reservoir for subsequent diversion and use.

   The locations of pertinent features related to this certificate are shown on Page 9 of the Middle Trinity River Segment Certificates of Adjudication Maps, copies of which are located in the office of the Texas Water Commission, Austin, Texas.

   This certificate of adjudication is issued subject to all terms, conditions and provisions in the final decree of the 66th Judicial District Court of Hill County, Texas, in Cause No. 28,952 In Re: The Adjudication of Water Rights in the Middle Trinity River Segment of the Trinity River Basin dated September 4, 1986 and supersedes all rights of the owner asserted in that cause.

   This certificate of adjudication is issued subject to senior and superior water rights in the Trinity River Basin.

   This certificate of adjudication is issued subject to the Rules of the Texas Water Commission and its continuing right of supervision of State water resources consistent with the public policy of the State as set forth in the Texas Water Code.

TEXAS WATER COMMISSION

Paul Hopkins, Chairman

DATE ISSUED:
MAY 05 1987

ATTEST:

Mary Ann Hefner, Chief Clerk

FILED FOR RECORD THIS 8 DAY OF May A.D. 1987 AT 12:17 O'CLOCK PM
JOE DAN FOWLER CLERK COUNTY COURT HENDERSON CO. TEXAS BY _____ DEPUTY