**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) ) | (Jointly Administered) Re:  D.I. 2660 |

**CERTIFICATION OF COUNSEL CONCERNING
ORDER APPROVING THE REJECTION OF CERTAIN
EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

The undersigned hereby certifies as follows:

1.    On September 15, 2014, the United States Bankruptcy Court for the District of Delaware (the "Court") entered its *Order Authorizing and Approving Expedited Procedures for the Debtors to Reject or Assume Executory Contracts and Unexpired Leases* [D.I. 2015] (the "Procedures Order").  Pursuant to the Procedures Order, the Court approved certain procedures by which the above-captioned debtors and debtors in possession (collectively, the "Debtors") may reject, assume (in some instances, as amended), and assume and assign certain of their prepetition executory contracts and prepetition unexpired leases.

2.    In accordance with the Procedures Order, on October 30, 2014, the Debtors filed and served the *Notice of Rejection of Certain Executory Contracts and Unexpired Leases and Related Relief Thereto* [D.I. 2660] (the "Rejection Notice") pursuant to which the Debtors provided notice of their intent to Reject the various contracts and leases listed on "Exhibit A" to

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

the Reject Notice (collectively, the "Contracts and Leases"). Additionally, the Debtors filed and served a proposed form of rejection order (the "Proposed Order") as "Exhibit B" to the Rejection Notice. As set forth in the Rejection Notice, any objections to the Debtors' proposed assumption of the Contracts and Leases or the proposed cure amounts in connection therewith were due to be filed with the Court no later than November 13, 2014 at 4:00 p.m. (Eastern Daylight Time) (the "Objection Deadline").

3. The Debtors amended the name of a Debtor party with respect to a Lease on the Rejection Schedule. The Debtors believe the change to be immaterial. As of the date hereof, the Debtors have received no responses or objections in connection with the Rejection Notice nor do any other objections thereto appear on the Bankruptcy Court's docket in the Debtors' chapter 11 cases. The Debtors have prepared a revised schedule of Contracts and Leases to be assumed (the "Amended Rejection Schedule") in connection with the Rejection Notice. A copy of the Amended Rejection Schedule is attached hereto as **Exhibit A**. A blackline, comparing the Amended Rejection Schedule against the form of rejection scheduled originally filed along with the Rejection Notice and Proposed Order is attached hereto as **Exhibit B**.

4. The Debtors therefore respectfully request that the Bankruptcy Court enter the Proposed Order attaching the Amended Rejection Schedule (which the Debtors believe is unopposed in the form presented), substantially in the form attached hereto as **Exhibit C**, at its earliest convenience.

[*Remainder of page intentionally left blank.*]

Dated: November 18, 2014
      Wilmington, Delaware

    */s/ William A. Romanowicz*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
William A. Romanowicz (No. 5794)
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile:  (302) 651-7701
Email:    collins@rlf.com
          defranceschi@rlf.com
          madron@ rlf.com
          romanowicz@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward A. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:(212) 446-4800
Facsimile: (212) 446-4900
Email:    edward.sassower@kirkland.com
          stephen.hessler@kirland.com
          brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc C. Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:(312) 862-2000
Facsimile: (312) 862-2200
Email:    james.sprayregen@kirkland.com
          marc.kieselstein@kirkland.com
          chad.husnick@kirland.com
          steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession