**Exhibit A**

## Rejection Schedule

| | Details of Contracts to be Rejected | | Rejection Counterparty Information | | Other Rejection Information | |
|---|---|---|---|---|---|---|
| Ref. # | Debtor | Contract description | Contract Counterparty | Address | Rejection Date | Details of Personal Property to be abandoned (if any) |
| 1 | Luminant Generation Company LLC | Enriched Uranium Supply Agreement dated 12/19/2002 | United States Enrichment Corporation | Attention: VP Marketing & Sales 6903 Rockledge Dr. Bethesda, Maryland 20817 | Upon entry of the Rejection Order | N/A |
| 2 | Luminant Generation Company LLC | Water Lease, Monticello | Titus County Freshwater Supply District | Attn: Darrell D. Grubbs 352 Fort Sherman Dam Road Mount Pleasant TX 75455 | Upon entry of the Rejection Order | N/A |