**Exhibit C**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**ORDER APPROVING THE REJECTION OF
CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

Pursuant to the order approving expedited procedures for the rejection, assumption, or assumption and assignment of the Debtors' executory contracts and unexpired leases and granting related relief (the "<u>Procedures Order</u>")[2] [D.I. 2015]; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Debtors having properly served an Individual Rejection Notice to each applicable party as set forth in the Amended Rejection Schedule, attached hereto as **<u>Exhibit A</u>**, in accordance with the terms of the Procedures Order; and no timely objections have been filed to the rejection of such Contracts or Leases; and due and proper notice of the Individual Rejection Notice having been provided to each applicable counterparty as set forth in the Amended Rejection Schedule, and it appearing

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Procedures Order.

that no other notice need be provided; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The rejection of the Contracts and Leases as set forth in the Amended Rejection Schedule is hereby approved.

2. The Debtors are authorized to take any action necessary to implement the terms of this Order without further order from this Court.

3. Any claims against the Debtors arising from the rejection of the Contracts and Leases as set forth in the Amended Rejection Schedule must be filed no later than 30 days from the entry of this order.

4. The rejection of the Contracts and Leases as set forth in the Amended Rejection Schedule shall be effective as of the applicable date for each Contract or Lease set forth in the Amended Rejection Schedule.

5. Rejection of the Contracts and Leases do not constitute: (a) an admission by the Debtors that the Contract or Lease is in fact an executory contract or unexpired lease under section 365 of title 11 of the United States Code or that the Debtors shall have any liability under the Contract or Lease, or (b) a waiver by the Debtors of any rights, claims, or defenses in connection with or arising under any Contract or Lease.

6. This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Dated: _____, 2014
       Wilmington, Delaware

                                              _____
                                              THE HONORABLE CHRISTOPHER S. SONTCHI
                                              UNITED STATES BANKRUPTCY JUDGE

**<u>Exhibit A</u>**

**Amended Rejection Schedule**

## Rejection Schedule

| | Details of Contracts to be Rejected | | Rejection Counterparty Information | | Other Rejection Information | |
|---|---|---|---|---|---|---|
| Ref. # | Debtor | Contract description | Contract Counterparty | Address | Rejection Date | Details of Personal Property to be abandoned (if any) |
| 1 | Luminant Generation Company LLC | Enriched Uranium Supply Agreement dated 12/19/2002 | United States Enrichment Corporation | Attention: VP Marketing & Sales 6903 Rockledge Dr. Bethesda, Maryland 20817 | Upon entry of the Rejection Order | N/A |
| 2 | Luminant Generation Company LLC | Water Lease, Monticello | Titus County Freshwater Supply District | Attn: Darrell D. Grubbs 352 Fort Sherman Dam Road Mount Pleasant TX 75455 | Upon entry of the Rejection Order | N/A |