**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) ) | (Jointly Administered) |
|  | ) | Re:  D.I. 2536 |

**CERTIFICATION OF COUNSEL CONCERNING
ORDER APPROVING THE ASSUMPTION OF CERTAIN
<u>EXECUTORY CONTRACTS AND UNEXPIRED LEASES</u>**

The undersigned hereby certifies as follows:

1.  On September 15, 2014, the United States Bankruptcy Court for the District of Delaware (the "<u>Court</u>") entered its *Order Authorizing and Approving Expedited Procedures for the Debtors to Reject or Assume Executory Contracts and Unexpired Leases* [D.I. 2015] (the "<u>Procedures Order</u>").  Pursuant to the Procedures Order, the Court approved certain procedures by which the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>") may reject, assume (in some instances, as amended), and assume and assign certain of their prepetition executory contracts and prepetition unexpired leases.

2.  In accordance with the Procedures Order, on October 23, 2014, the Debtors filed and served the *Notice of Assumption of Certain Executory Contracts and Unexpired Leases and Related Relief Thereto* [D.I. 2536] (the "<u>Assumption Notice</u>") pursuant to which the Debtors provided notice of their intent to assume the various contracts and leases listed on "Exhibit A" to

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

the Assumption Notice (collectively, the "Contracts and Leases"). Additionally, the Debtors filed and served a proposed form of assumption order (the "Proposed Order") as "Exhibit B" to the Assumption Notice. As set forth in the Assumption Notice, any objections to the Debtors' proposed assumption of the Contracts and Leases or the proposed cure amounts in connection therewith were due to be filed with the Court no later than November 6, 2014 at 4:00 p.m. (Eastern Daylight Time) (the "Objection Deadline").

3. 2603 Augusta Investors, LP ("2603 Augusta") submitted an informal response with respect to the Assumption Notice (the "Informal Responses"). The Debtors resolved the Informal Response by updating the contact information of 2603 Augusta on the Amended Assumption Schedule (defined herein).

4. In addition to this Informal Response, Capgemini America, Inc. ("Capgemini") filed a written objection to the Assumption Notice [D.I. 2707] (the "Formal Response," and together with the Informal Response, the "Responses"). After Capgemini filed its Formal Response, the Debtors engaged in discussions with Capgemini regarding the proposed assumption. As a result of these discussions, the Debtors have revised the Assumption Schedule to reflect a cure amount of $62,712.95. In exchange, Capgemini has agreed to withdraw the Formal Response.

5. Other than the Responses, the Debtors amended certain contact information with respect to counterparties on the Assumption Schedule. All counterparties received requisite notice with respect to these changes. As of the date hereof, the Debtors have received no other responses or objections in connection with the Assumption Notice nor do any other objections thereto appear on the Bankruptcy Court's docket in the Debtors' chapter 11 cases. The Debtors have prepared a revised schedule of Contracts and Leases to be assumed (the "Amended

Assumption Schedule") in connection with the Assumption Notice to address the Responses as set forth herein.  A copy of the Amended Assumption Schedule is attached hereto as **Exhibit A**.  A blackline, comparing the Amended Assumption Schedule against the form of assumption scheduled originally filed along with the Assumption Notice and Proposed Order is attached hereto as **Exhibit B**.

6. The Debtors therefore respectfully request that the Bankruptcy Court enter the Proposed Order attaching the Amended Assumption Schedule (which the Debtors believe is unopposed in the form presented), substantially in the form attached hereto as **Exhibit C**, at its earliest convenience.

[*Remainder of page intentionally left blank.*]

Dated: November 18, 2014
     Wilmington, Delaware

*/s/ William A. Romanowicz*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
William A. Romanowicz (No. 5794)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
   defranceschi@rlf.com
   madron@rlf.com
   romanowicz@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   edward.sassower@kirkland.com
   stephen.hessler@kirkland.com
   brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
   chad.husnick@kirkland.com
   steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*