**Exhibit B**

Amended Second Assumption Schedule

| Ref. # | Details of Contract(s) to be Assumed | | Assumption Counterparty Information | | Cure Amount | Details of Material Amendements | Assumption Date |
|---|---|---|---|---|---|---|---|
| | Debtor(s) | Description of Contract/Lease | Contract Counterparty | Address | | | |
| 1 | Luminant Generation Company LLC | Public Affairs / Community Relations Office (Henderson) | David Alford As Successor To Landon Alford (Now Deceased) | PO Box 67 Henderson TX 75653-0067 | $0.00 | Removal of administrative obligation | Upon entry of the Assumption Order |
| 2 | Luminant Mining Company LLC | Lignite Lease number TX0039301A_271 | Sharon Ann Sanders Beckner | 2810 Poplar St Marshall TX 75672 | $720.82 | N/A | Upon entry of the Assumption Order |
| | | | Freida Joy Boaze | 371 C.R. 2311 Mineola TX 75773 | $288.30 | N/A | Upon entry of the Assumption Order |
| | | | Kay Carolyn Sanders Bristow | Rt 7 Box 281 Longview TX 75602 | $720.82 | N/A | Upon entry of the Assumption Order |
| | | | Kathy Jarnagin Combs | 4 Moonvine Court The Woodlands, TX 77380 | $1,441.64 | N/A | Upon entry of the Assumption Order |
| | | | Janice Sanders Giehl | 2548 Grier Circle Evans GA 30809 | $0.00 | N/A | Upon entry of the Assumption Order |
| | | | Linda Arlene Sanders Grimes | 11512 Southerland Dr Denton TX 76207 | $720.82 | N/A | Upon entry of the Assumption Order |
| | | | Dapha Sanders Grubb | 2800 W Grand Ave Marshall TX 75670 | $1,441.63 | N/A | Upon entry of the Assumption Order |
| | | | Haskell Joseph Sanders & Roselle Pierce Giles & Dapha Sanders Grubb | 2800 W Grand Ave Marshall TX 75670 | $1,441.64 | N/A | Upon entry of the Assumption Order |
| | | | Janice Marie Jefferies | 1209 Glenwood Dr Augusta, GA 30904 | $288.30 | N/A | Upon entry of the Assumption Order |
| | | | Joyce Edna Sanders Lumpkin | P.O. Box 809 Florence TX 76527 | $1,441.52 | N/A | Upon entry of the Assumption Order |
| | | | Thurston Gaylon Sanders | Rt 1 Box 419 Hesser Ln Longview TX 75602 | $288.30 | N/A | Upon entry of the Assumption Order |
| | | | Kendall Wayne Sanders | Rt 1 Box 77 Harleton TX 75651 | $288.30 | N/A | Upon entry of the Assumption Order |
| | | | Shelby Jean Stegall | 403 Benita Dr Marshall TX 75670 | $288.30 | N/A | Upon entry of the Assumption Order |
| | | | Deloras Ann Sanders Wright | 582 Tom Woodley Rd Marshall TX 75672 | $720.82 | N/A | Upon entry of the Assumption Order |
| 3 | Luminant Generation Company LLC | Martin Lake BNSF Lease Of Land | BNSF Railway Company | 2650 Lou Menk Drive Fort Worth TX 76131-2830 | $0.00 | N/A | Upon entry of the Assumption Order |
| 4 | Luminant Mining Company LLC | Lignite Lease number TX0001901A_241 | Helen Jones Brannon | 2240 Forest Park Blvd. Fort Worth, TX 76110 | $0.00 | N/A | Upon entry of the Assumption Order |
| 5 | Luminant Mining Company LLC | Lignite Lease number TX0002001A_241 | Helen Jones Brannon | 2240 Forest Park Blvd. Fort Worth, TX 76110 | $0.00 | N/A | Upon entry of the Assumption Order |
| 6 | EFH Corporate Services Company | Building Lease for office space for Data Center | Capgemini America, Inc | C/O Capgemini US LLC 201 E. Carpenter Freeway, 700 Irving TX 75062 | ~~$16,175.35~~ $63,712.95 | N/A | Upon entry of the Assumption Order |
| 7 | EFH Corporate Services Company | Building Lease for office space for Data Center | Clearview | 6606 LBJ Freeway, Suite 135 Dallas TX 75240 | $34,886.54 | N/A | Upon entry of the Assumption Order |
| 8 | TXU Energy Retail Company LLC | Public Affairs / Community Relations Office (Austin) | Congress Holdings Ltd | 1005 Congress Ave, Suite 150 Austin TX 78701 | $0.00 | N/A | Upon entry of the Assumption Order |
| 9 | Luminant Generation Company LLC | Building Lease for office space | Ron Daffin | 1314 Weatherford Hwy #6 Grandbury TX 76048 | $0.00 | N/A | Upon entry of the Assumption Order |
| 10 | Luminant Generation Company LLC | Building Lease for office space | City Of Dallas | Property Management Director 320 E. Jefferson, Rm 203 Dallas TX 75203 | $0.00 | N/A | Upon entry of the Assumption Order |
| 11 | Luminant Mining Company LLC | Building Lease for office space | FE Hill Company LLP | PO Box 226 Fairfield TX 75840 | $0.00 | N/A | Upon entry of the Assumption Order |
| 12 | Luminant Generation Company LLC | Water Lease - Graham executed on 9/19/1955 | City Of Graham | Attn: Larry Fields - City Manager 429 Fourth Street Graham TX 76450 | $0.00 | N/A | Upon entry of the Assumption Order |
| 13 | Luminant Generation Company LLC | Warehouse Lease | Greensport/Ship Channel Partners, L.P. | Attn: Tim W. Holan 1755 Federal Road Houston TX 77015 | $0.00 | N/A | Upon entry of the Assumption Order |
| 14 | Oak Grove Management Company LLC | Public Affairs / Community Relations Office (Franklin) | Guaranty Title Co Of Robertson County | PO Box 481 Franklin TX 77856 | $4,666.67 | N/A | Upon entry of the Assumption Order |
| 15 | Luminant Generation Company LLC | Public Affairs / Community Relations Office (Mt. Pleasant) | Barry Hamilton And Harry Lawler | PO Box 709 Mt. Pleasant TX 75456 | $3,080.00 | N/A | Upon entry of the Assumption Order |
| 16 | EFH Corporate Services Company | Parking Facility Lease | Hamilton Fidelity LP | 1310 Elm Street Suite 170 Dallas TX 75202 | $0.00 | N/A | Upon entry of the Assumption Order |
| 17 | Luminant Generation Company LLC | Public Affairs / Community Relations Office (Fairfield) | Kozad Properties, Ltd | ~~4900 County Rd 7~~ ~~Weston CO 81091~~ 3794-C Highway 67 West Glen Rose TX 76043 | $0.00 | N/A | Upon entry of the Assumption Order |
| 18 | Energy Future Competitive Holdings Company LLC | Public Affairs / Community Relations Office (Glen Rose) | Charles Sanderson | ~~4600 Cobbs Dr.~~ ~~Waco, TX 76710~~ PO Box 1979 Glen Rose TX 76043 | $1,493.33 | Addition of unilateral early termination clause | Upon entry of the Assumption Order |
| 19 | Texas Competitive Electric Holdings Company LLC | Public Affairs / Community Relations Office | Saul Subsidiary II LP | Commercial Accounting 7501 Wisconsin Ave, Suite 1500 East Bethesda MD 20814-6522 | $0.00 | N/A | Upon entry of the Assumption Order |
| | | | Saul Subsidiary II LP | Attention: Legal Department 7501 Wisconsin Ave, Suite 1500 East Bethesda MD 20814-6522 | $0.00 | N/A | Upon entry of the Assumption Order |
| 20 | TXU Energy Retail Company LLC | Building Lease for office space | ~~2603 Augusta Investors LP~~ 2603 Augusta Investors, LP (successor to SP5 2603 Augusta, LP) | ~~Attn: Sharon Dobson (Cbre)~~ ~~2800 Post Oak Blvd., Suite 2300~~ ~~Houston TX 77056~~ 2603 Augusta Drive, Suite 115, Houston TX 77057 | $11,753.97 | N/A | Upon entry of the Assumption Order |

Page 1 of 2

## Amended Second Assumption Schedule

| Ref. # | Details of Contract(s) to be Assumed | | Assumption Counterparty Information | | Cure Amount | Details of Material Amendements | Assumption Date |
|---|---|---|---|---|---|---|---|
| | Debtor(s) | Description of Contract/Lease | Contract Counterparty | Address | | | |
| 21 | Luminant Mining Company LLC | Lignite Lease number TX0005401A_61 | Lorraine Stracener | 3918 Bowser<br>Dallas, TX 75219 | $0.00 | N/A | Upon entry of the Assumption Order |
| | | | Lorraine Stracener | C/O State Comptroller Public Accts Unclaimed Property For Lorraine Stracener<br>P.O. Box 12019<br>Austin TX 78711 | $0.00 | N/A | Upon entry of the Assumption Order |
| 22 | Luminant Generation Company LLC | Public Affairs / Community Relations Office (Waco) | Texas Life Insurance Company | ~~900 Washington Ave.~~<br>~~TX Life Building, 10th Floor~~<br>~~Waco TX 76701~~<br>Attention: Mr Jamey Bennett 900 Washington Ave. TX Life Building, 10th Floor<br>Waco TX 76701 | $0.00 | Addition of unilateral early termination clause | Upon entry of the Assumption Order |
| 23 | Luminant Generation Company LLC | Building Lease for office space | Tyler Junior College | 1400 E. Fifth St.<br>Tyler TX 75701 | $0.00 | N/A | Upon entry of the Assumption Order |