**Exhibit C**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Re: Docket No. 2536** |

**ORDER APPROVING THE ASSUMPTION**
**OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

Pursuant to the order approving expedited procedures for the rejection, assumption, or assumption and assignment of the Debtors' executory contracts and unexpired leases and granting related relief (the "Procedures Order")[2] [D.I. 2015]; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Debtors having properly served an Individual Assumption Notice on each applicable party as set forth in the Amended Assumption Schedule, attached hereto as **Exhibit A**, in accordance with the terms of the Procedures Order; and no timely objections have been filed to the assumption of such Contracts

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Procedures Order.

or Leases; and due and proper notice of the Individual Assumption Notice having been provided to each applicable counterparty as set forth in the Amended Assumption Schedule, and it appearing that no other notice need be provided; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.    The assumption of the Contracts and Leases as set forth in the Amended Assumption Schedule is hereby approved.

2.    The cure amount under section 365(b) of the Bankruptcy Code in connection with the assumption of the Contracts and Leases is hereby final as set forth in the Amended Assumption Schedule and any claims against the Debtors arising under the Contracts and Leases prior to the entry of this Order are forever barred and enjoined.

3.    The Debtors are authorized to take any action necessary to implement the terms of this Order without further order from this Court.

4.    Assumption of the Contracts and Leases and payment of any associated cure amounts do not constitute:  (a) an admission by the Debtors that the Contract or Lease is in fact an executory contract or unexpired lease under section 365 of title 11 of the United States Code or that the Debtors shall have any liability under the Contract or Lease, or (b) a waiver by the Debtors of any rights, claims, or defenses in connection with or arising under any Contract or Lease.

5.    Notwithstanding the potential applicability of Bankruptcy Rule 6006(d), 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Dated: _____, 2014
      Wilmington, Delaware

 

THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

## Exhibit A

## Amended Assumption Schedule

RLF1 11088670v.1

**Amended Second Assumption Schedule**

| Ref. # | Details of Contract(s) to be Assumed | | Assumption Counterparty Information | | Cure Amount | Details of Material Amendments | Assumption Date |
|---|---|---|---|---|---|---|---|
| | Debtor(s) | Description of Contract/Lease | Contract Counterparty | Address | | | |
| 1 | Luminant Generation Company LLC | Public Affairs / Community Relations Office (Henderson) | David Alford As Successor To Landon Alford (Now Deceased) | PO Box 67 Henderson TX 75653-0067 | $0.00 | Removal of administrative obligation | Upon entry of the Assumption Order |
| 2 | Luminant Mining Company LLC | Lignite Lease number TX0039301A_271 | Sharon Ann Sanders Beckner | 2810 Poplar St Marshall TX 75672 | $720.82 | N/A | Upon entry of the Assumption Order |
| | | | Freida Joy Boaze | 371 C.R. 2311 Mineola TX 75773 | $288.30 | N/A | Upon entry of the Assumption Order |
| | | | Kay Carolyn Sanders Bristow | Rt 7 Box 281 Longview TX 75602 | $720.82 | N/A | Upon entry of the Assumption Order |
| | | | Kathy Jarnagin Combs | 4 Moonvine Court The Woodlands, TX 77380 | $1,441.64 | N/A | Upon entry of the Assumption Order |
| | | | Janice Sanders Giehl | 2548 Grier Circle Evans GA 30809 | $0.00 | N/A | Upon entry of the Assumption Order |
| | | | Linda Arlene Sanders Grimes | 11512 Southerland Dr Denton TX 76207 | $720.82 | N/A | Upon entry of the Assumption Order |
| | | | Dapha Sanders Grubb | 2800 W Grand Ave Marshall TX 75670 | $1,441.63 | N/A | Upon entry of the Assumption Order |
| | | | Haskell Joseph Sanders & Roselle Pierce Giles & Dapha Sanders Grubb | 2800 W Grand Ave Marshall TX 75670 | $1,441.64 | N/A | Upon entry of the Assumption Order |
| | | | Janice Marie Jefferies | 1209 Glenwood Dr Augusta, GA 30904 | $288.30 | N/A | Upon entry of the Assumption Order |
| | | | Joyce Edna Sanders Lumpkin | P.O. Box 809 Florence TX 76527 | $1,441.52 | N/A | Upon entry of the Assumption Order |
| | | | Thurston Gaylon Sanders | Rt 1 Box 419 Hesser Ln Longview TX 75602 | $288.30 | N/A | Upon entry of the Assumption Order |
| | | | Kendall Wayne Sanders | Rt 1 Box 77 Harleton TX 75651 | $288.30 | N/A | Upon entry of the Assumption Order |
| | | | Shelby Jean Stegall | 403 Benita Dr Marshall TX 75670 | $288.30 | N/A | Upon entry of the Assumption Order |
| | | | Deloras Ann Sanders Wright | 582 Tom Woodley Rd Marshall TX 75672 | $720.82 | N/A | Upon entry of the Assumption Order |
| 3 | Luminant Generation Company LLC | Martin Lake BNSF Lease Of Land | BNSF Railway Company | 2650 Lou Menk Drive Fort Worth TX 76131-2830 | $0.00 | N/A | Upon entry of the Assumption Order |
| 4 | Luminant Mining Company LLC | Lignite Lease number TX0001901A_241 | Helen Jones Brannon | 2240 Forest Park Blvd. Fort Worth, TX 76110 | $0.00 | N/A | Upon entry of the Assumption Order |
| 5 | Luminant Mining Company LLC | Lignite Lease number TX0002001A_241 | Helen Jones Brannon | 2240 Forest Park Blvd. Fort Worth, TX 76110 | $0.00 | N/A | Upon entry of the Assumption Order |
| 6 | EFH Corporate Services Company | Building Lease for office space for Data Center | Capgemini America, Inc | C/O Capgemini US LLC 201 E. Carpenter Freeway, 700 Irving TX 75062 | $63,712.95 | N/A | Upon entry of the Assumption Order |
| 7 | EFH Corporate Services Company | Building Lease for office space for Data Center | Clearview | 6606 LBJ Freeway, Suite 135 Dallas TX 75240 | $34,886.54 | N/A | Upon entry of the Assumption Order |
| 8 | TXU Energy Retail Company LLC | Public Affairs / Community Relations Office (Austin) | Congress Holdings Ltd | 1005 Congress Ave, Suite 150 Austin TX 78701 | $0.00 | N/A | Upon entry of the Assumption Order |
| 9 | Luminant Generation Company LLC | Building Lease for office space | Ron Daffin | 1314 Weatherford Hwy #6 Grandbury TX 76048 | $0.00 | N/A | Upon entry of the Assumption Order |
| 10 | Luminant Generation Company LLC | Building Lease for office space | City Of Dallas | Property Management Director 320 E. Jefferson, Rm 203 Dallas TX 75203 | $0.00 | N/A | Upon entry of the Assumption Order |
| 11 | Luminant Mining Company LLC | Building Lease for office space | FE Hill Company LLP | PO Box 226 Fairfield TX 75840 | $0.00 | N/A | Upon entry of the Assumption Order |
| 12 | Luminant Generation Company LLC | Water Lease - Graham executed on 9/19/1955 | City Of Graham | Attn: Larry Fields - City Manager 429 Fourth Street Graham TX 76450 | $0.00 | N/A | Upon entry of the Assumption Order |
| 13 | Luminant Generation Company LLC | Warehouse Lease | Greensport/Ship Channel Partners, L.P. | Attn: Tim W. Holan 1755 Federal Road Houston TX 77015 | $0.00 | N/A | Upon entry of the Assumption Order |
| 14 | Oak Grove Management Company LLC | Public Affairs / Community Relations Office (Franklin) | Guaranty Title Co Of Robertson County | PO Box 481 Franklin TX 77856 | $4,666.67 | N/A | Upon entry of the Assumption Order |
| 15 | Luminant Generation Company LLC | Public Affairs / Community Relations Office (Mt. Pleasant) | Barry Hamilton And Harry Lawler | PO Box 709 Mt. Pleasant TX 75456 | $3,080.00 | N/A | Upon entry of the Assumption Order |
| 16 | EFH Corporate Services Company | Parking Facility Lease | Hamilton Fidelity LP | 1310 Elm Street Suite 170 Dallas TX 75202 | $0.00 | N/A | Upon entry of the Assumption Order |
| 17 | Luminant Generation Company LLC | Public Affairs / Community Relations Office (Fairfield) | Kozad Properties, Ltd | 3794-C Highway 67 West Glen Rose TX 76043 | $0.00 | N/A | Upon entry of the Assumption Order |
| 18 | Energy Future Competitive Holdings Company LLC | Public Affairs / Community Relations Office (Glen Rose) | Charles Sanderson | PO Box 1979 Glen Rose TX 76043 | $1,493.33 | Addition of unilateral early termination clause | Upon entry of the Assumption Order |
| 19 | Texas Competitive Electric Holdings Company LLC | Public Affairs / Community Relations Office | Saul Subsidiary II LP | Commercial Accounting 7501 Wisconsin Ave, Suite 1500 East Bethesda MD 20814-6522 | $0.00 | N/A | Upon entry of the Assumption Order |
| | | | Saul Subsidiary II LP | Attention: Legal Department 7501 Wisconsin Ave, Suite 1500 East Bethesda MD 20814-6522 | $0.00 | N/A | Upon entry of the Assumption Order |
| 20 | TXU Energy Retail Company LLC | Building Lease for office space | Augusta Investors, LP (successor to SP5 2603 Augusta, LP) | 2603 Augusta Drive, Suite 115, Houston TX 77057 | $11,753.97 | N/A | Upon entry of the Assumption Order |
| 21 | Luminant Mining Company LLC | Lignite Lease number TX0005401A_61 | Lorraine Stracener | 3918 Bowser Dallas, TX 75219 | $0.00 | N/A | Upon entry of the Assumption Order |
| | | | Lorraine Stracener | C/O State Comptroller Public Accts Unclaimed Property For Lorraine Stracener P.O. Box 12019 Austin TX 78711 | $0.00 | N/A | Upon entry of the Assumption Order |
| 22 | Luminant Generation Company LLC | Public Affairs / Community Relations Office (Waco) | Texas Life Insurance Company | Attention: Mr Jamey Bennett 900 Washington Ave. TX Life Building, 10th Floor Waco TX 76701 | $0.00 | Addition of unilateral early termination clause | Upon entry of the Assumption Order |
| 23 | Luminant Generation Company LLC | Building Lease for office space | Tyler Junior College | 1400 E. Fifth St. Tyler TX 75701 | $0.00 | N/A | Upon entry of the Assumption Order |