**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:                                              :    Chapter 11
                                                    :
ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]          :    Case No. 14-10979 (CSS)
                                                    :
                    Debtors.                        :    (Jointly Administered)
                                                    :
                                                    :    Objection Deadline: December 9, 2014 at 4:00 p.m.
- - - - - - - - - - - - - - - - - - - - - - - - - - x

**FIRST INTERIM FEE APPLICATION OF KPMG LLP FOR COMPENSATION**
**FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS**
**BANKRUPTCY ACCOUNTING AND TAX ADVISORS**
**TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD**
**FROM APRIL 29, 2014 THROUGH AUGUST 31, 2014**

| | |
|---|---|
| Name of Applicant: | KPMG LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | September 16, 2014 *Nunc Pro Tunc* to April 29, 2014 |
| Period for which compensation and reimbursement is sought: | April 29, 2014 through August 31, 2014 |
| Amount of Compensation sought as actual, reasonable and necessary: | $   1,248,506.95 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $      91,466.65 |

This is a: _____ Monthly _____X_____ Interim _____ Final Application

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

**ATTACHMENT B**
**TO FEE APPLICATION**

| Professional Person | Position & Department | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Bibby, Thomas D | Partner - Advisory | 3.6 | $ 658 | $ 2,368.80 |
| Crockett, Clifford M | Partner - Tax | 8.8 | $ 575 | $ 5,060.00 |
| Hennessey, Josh | Partner - Tax | 3.3 | $ 485 | $ 1,600.50 |
| Berry, Denis | Principal - Advisory | 3.0 | $ 350 | $ 1,050.00 |
| Burdett, Brian R | Principal - Tax | 26.8 | $ 682 | $ 18,277.60 |
| Cargile, David | Managing Director - Advisory | 137.9 | $ 325 | $ 44,817.50 |
| Garcia, Susan | Managing Director - Advisory | 1.0 | $ 325 | $ 325.00 |
| Amadei, Michael D | Director - Advisory | 28.6 | $ 290 | $ 8,294.00 |
| Costar, David | Director - Advisory | 78.6 | $ 290 | $ 22,794.00 |
| Potter, Maria | Director - Advisory | 65.7 | $ 340 | $ 22,338.00 |
| Kane, John P | Senior Manager - Tax | 21.5 | $ 465 | $ 9,997.50 |
| Lyell, Steve | Senior Manager - Tax | 21.5 | $ 425 | $ 9,137.50 |
| Sievers, Ryan | Senior Manager - Tax | 2.3 | $ 465 | $ 1,069.50 |
| Bennett, Tricia | Manager - Advisory | 315.6 | $ 250 | $ 78,900.00 |
| Brannon, Andrew | Manager - Tax | 5.1 | $ 385 | $ 1,963.50 |
| Fulmer, Brandon T | Manager - Tax | 9.6 | $ 437 | $ 4,195.20 |
| Mosby, Matthew | Manager - Tax | 2.5 | $ 385 | $ 962.50 |
| Plangman, Monica | Manager - Bankruptcy | 61.2 | $ 298 | $ 18,237.60 |
| Seeman, Nick | Manager - Advisory | 174.8 | $ 250 | $ 43,700.00 |
| Campbell, Celeste | Senior Associate - Bankruptcy | 192.8 | $ 228 | $ 43,931.50 |
| Dami, Orland | Senior Associate - Advisory | 96.5 | $ 190 | $ 18,335.00 |
| Huggins, Julie | Senior Associate - Advisory | 151.7 | $ 190 | $ 28,823.00 |
| Isakulov, Shokhrukh | Senior Associate - Advisory | 436.1 | $ 190 | $ 82,859.00 |
| Jumonville, Brandon | Senior Associate - Tax | 2.8 | $ 350 | $ 980.00 |
| Wilborn, Blake | Senior Associate - Advisory | 0.5 | $ 190 | $ 95.00 |
| Zanini, Joseph | Senior Associate - Advisory | 40.0 | $ 190 | $ 7,600.00 |
| Alves, Matthew | Associate - Tax | 712.0 | $ 175 | $ 124,600.00 |
| Ballard, Tripp | Associate - Advisory | 237.1 | $ 125 | $ 29,637.50 |
| Bhai, Aamir | Associate - Advisory | 509.7 | $ 125 | $ 63,712.50 |
| Douthey, Amy | Associate - Advisory | 501.4 | $ 125 | $ 62,675.00 |
| Garza, Juanita | Associate - Bankruptcy | 2.9 | $ 193 | $ 559.70 |
| Karcasinas, Theodore J | Associate - Tax | 9.0 | $ 241 | $ 2,169.00 |
| Kuo, Jackie | Associate - Advisory | 441.3 | $ 125 | $ 55,162.50 |
| Lariscy, Matthew R. | Associate - Advisory | 180.8 | $ 125 | $ 22,600.00 |
| Milner, Aaron | Associate - Advisory | 461.5 | $ 125 | $ 57,687.50 |
| Molnar, Zack | Associate - Advisory | 534.1 | $ 125 | $ 66,762.50 |
| Nebel, Bob | Associate - Advisory | 155.1 | $ 125 | $ 19,387.50 |
| Neitzel, Jacklyn | Associate - Tax | 304.0 | $ 175 | $ 53,191.25 |
| Nguyen, Vy | Associate - Advisory | 67.2 | $ 125 | $ 8,400.00 |
| Rangwala, Hussain | Associate - Advisory | 405.6 | $ 125 | $ 50,700.00 |
| Rios, Jose | Associate - Advisory | 177.8 | $ 125 | $ 22,225.00 |

| Professional Person | Position & Department | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Waggoner, Holly | Associate - Advisory | 521.0 | $ 125 | $ 65,125.00 |
| Adedeji, Peju | Contractor * | 436.2 | $ 104 | $ 45,364.80 |
| Braun, Nancy | Contractor - Apptio SME* | 77.6 | $ 185 | $ 14,356.00 |
| Hayes, Chris | Contractor - Data SME* | 58.9 | $ 110 | $ 6,479.00 |
| **Total Hours and Fees** | | **7,685.0** | | **$ 1,248,506.95** [2] |
| **Blended Hourly Rate** | | | **$ 162** | |

      **\* Contractors passed through at cost to KPMG.**

---

[2] KPMG bills for services, per the Retention Application dated May 29, 2014, at discounted billing rates as specified in the Retention Application.  During the first interim compensation period, KPMG's standard rates for services rendered totaled $3,088,040.75.  KPMG's services at the agreed upon discounted rates result in a voluntary discount of fees in the amount of $1,896,300.80 thus benefitting the Chapter 11 estate by same amount.

## COMPENSATION BY PROJECT CATEGORY

| Matter Number | Project Category (Matter Description) | Total Hours Billed | Total Fees Requested |
|---|---|---|---|
| 1 | Voucher Analysis Services [3] | 3,521.7 | $ 479,662.50 |
| 2 | 2014 Property Tax Consulting | 1,064.3 | $ 189,281.75 |
| 3 | Sales and Use Tax Examination Consulting Services | 48.2 | $ 25,621.80 |
| 4 | Fee Statement and Fee Application Preparation | 200.0 | $ 45,912.60 |
| 5 | Retention Services | 60.5 | $ 19,185.00 |
| 6 | SOX Phase 0 | 76.0 | $ 21,267.00 |
| 7 | SOX Phase I | 2,327.7 | $ 377,992.80 |
| 8 | 2013 Tax Return Review | 40.2 | $ 19,053.00 |
| 9 | Loan Staff Services | 43.7 | $ 7,647.50 |
| 10 | IT Asset Management Services | 97.5 | $ 18,660.00 |
| 11 | Service Costing Assessment Services | 205.2 | $ 44,223.00 |
| 12 | SOX Phase 2 [4] | 0.0 | $ - |
| **Total** | | **7,685.0** | **$ 1,248,506.95** |

## EXPENSE SUMMARY

| Expenses (Service Description) | Service Provider | Amount |
|---|---|---|
| Airfare | N/A | $ 29,673.52 |
| Lodging | N/A | $ 39,924.16 |
| Travel Meals | N/A | $ 6,730.02 |
| Ground Transportation | N/A | $ 15,138.95 |
| Miscellaneous | N/A | $ - |
| **Total** | | **$ 91,466.65** |

---

[3] Fees for Voucher Analysis Services totaling $45,400.00 were deferred pending approval of the supplemental retention documents.

[4] Fees for SOX Phase 2 Services totaling $49,199.50 were deferred pending approval of the supplemental retention documents

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ENERGY FUTURE HOLDINGS CORP., *et al,* | : | Case No. 14-10979 (CSS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
- - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

**FIRST INTERIM FEE APPLICATION OF KPMG LLP FOR COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS
BANKRUPTCY ACCOUNTING AND TAX ADVISORS TO THE DEBTORS
AND DEBTORS IN POSSESSION FOR THE PERIOD FROM
APRIL 29, 2014 THROUGH AUGUST 31, 2014**

KPMG LLP, ("KPMG") as Bankruptcy Accounting and Tax Advisors to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), files this First Interim Fee Application (the "Application"), pursuant to section 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"). By this Application, KPMG seeks the allowance of compensation for professional services performed and actual and necessary expenses incurred by KPMG for the period from April 29, 2014 through and including August 31, 2014 (the "Compensation Period"), in the amount of $1,339,973.60 and respectfully represents:

**Background**

1.      On April 29, 2014 (the "Petition Date"), each of the Debtors filed

a voluntary petition with the Court under chapter 11 of the Bankruptcy Code.  The

Debtors are operating their businesses and managing their properties as debtors in

possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  The Court

has entered a final order for joint administration of these chapter 11 cases.  The Court

has not appointed a trustee.

2.      The Office of the United States Trustee for the District of

Delaware (the "U.S. Trustee") formed an official committee of unsecured creditors in

these chapter 11 cases on May 13, 2014 [D.I. 420].  Further information regarding the

Debtors' business operations and capital structure is set forth in the Declaration of Paul

Keglevic, Executive Vice President, Chief Financial Officer, and Co-Chief

Restructuring Officer of Energy Future Holdings Corp., et al., in Support of First Day

Motions [D.I. 98].

3.      The Debtors filed an Application To Retain and Employ KPMG

as Bankruptcy Accounting and Tax Advisor on May 29, 2014 (the "Retention

Application") [D.I. 652], all as more fully set forth in the Application, the Bibby

Declaration, the Supplement to the Application of Energy Future Holdings Corp, et al.,

[D.I. 1968] (the "Application Supplement"), the Supplemental Declaration of Thomas

D. Bibby in Support of the Application of Energy Future Holdings Corp., et al., for

Entry of an Order Authorizing the Debtors To Retain and Employ KPMG LLP as

Bankruptcy Accounting and Tax Advisors Effective *Nunc Pro Tunc* to the Petition

Date [D.I.1969] (the "Bibby Application Supplement Declaration"), and the Second

6

Supplemental Declaration of Thomas D. Bibby in Support of the Application of Energy Future Holdings Corp. et al., for Entry of an Order Authorizing the Debtors to Retain and Employ KPMG LLP as Bankruptcy Accounting and Tax Advisors Effective *Nunc Pro Tunc* to the Petition Date [D.I. 2038] (the "Supplemental Bibby Declaration").

4.    By this Court's Order, dated September 16, 2014 [D.I. 2054] (the "<u>Retention Order</u>"), the Debtors were authorized to retain and employ KPMG LLP as Bankruptcy Accounting and Tax Advisors *Nunc Pro Tunc* to the Petition Date.  The Retention Order authorizes the Debtors to compensate KPMG in accordance with the procedures set forth in section 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other procedures as were fixed by order of the Court.

5.    As noted in the Retention Order, KPMG received retainer amounts for services earned pre-petition.  KPMG has applied a portion of the remaining retainer amount to satisfy payments of the pre-petition fees and expenses before the entry of an order approving any portion of the Application for payment of post petition fees and expenses.  Per the Retention Order, KPMG is disclosing that the amount of the retainer that remains of $263,138.09 will be applied to the August monthly fee application to satisfy the payment of this post petition fee and expense. The Certificate of No Objection will be filed upon the passing of the objection period and the amount of $263,138.09 will be reflected in that document.

## **Jurisdiction**

6.    The United States Bankruptcy Court for the District of Delaware (the "<u>Court</u>") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157

and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

7.    Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

8.    The statutory bases for the relief requested herein are sections 327(a), 328, and 330 of title 11 of the United States Code (the "Bankruptcy Code"), Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Local Bankruptcy Rules 2014-1 and 2016-2.

## Summary of Application

9.    During the Compensation Period, KPMG performed the services for which it is seeking compensation on behalf of or for the Debtors and their estates and not on behalf of any committee, creditor or other person.  By this Application, KPMG requests allowance of interim compensation of professional fees totaling $1,248,506.95 and reimbursement of necessary and actual out-of-pocket expenses in the amount of $91,466.65.

## Summary of Services Rendered During the Compensation Period

10.    This Application is KPMG's First Interim Fee Application for compensation and expense reimbursement filed in these chapter 11 cases, as referenced in Attachment B.  During the Compensation Period, KPMG provided significant professional services to the Debtors in their efforts to navigate their business through the chapter11 process.

8

11.    Set forth below is a summary of the significant professional

services that KPMG rendered to the Debtors during the Compensation Period

**Voucher Analysis Services**

- KPMG assisted EFH with analysis of accounts payable vouchers to determine their appropriate handling under bankruptcy law utilizing date and vendor classification. The team reviewed invoices from vendors to determine whether work and materials were received before, during or after the bankruptcy filing date and other relevant bankruptcy windows and classified—held from or released for payment—according to findings.    The team dealt with approximately 1,200 invoices a day with assignments parsed out by responsible EFH management on a daily basis.  The team also assisted EFH with researching specific topics, vendors or sets of invoices, and internal audit processes under the request of EFH management on an as needed basis.

**2014 Property Tax Consulting**

- KPMG assisted the Debtor as consultant on various property tax matters. These matters included inputting and tracking of personal and real property notice values in the client's property tax system (Vtax), determining whether the property tax notices were accurate, and verification of newly noticed properties with the various property tax appraisal districts and counties. These tasks involved contact with various appraisal districts to ensure accuracy of processing. KPMG assisted with the handling of in excess of 8,000 notices during the compensation period. The process by which the notices were evaluated and entered into the client's property tax software was developed with the assistance, input, and final approval by the company. In addition, a property tax notice process overview was assembled for the company to outline the manner in which the property tax notices were accounted and processed.
- KPMG also assisted with the mining equipment valuation models for rendition and planning purposes. This included assisting with review of the business personal property assets related to the mining segment of the business and determining whether the cost for the business personal property accounts are reasonable compared to the value of such assets
- Additionally, KPMG assisted EFH's property tax team with the processing and tracking of certain assessment notices, appeal notices, hearing notices for the Debtors' property tax accounts as requested by the Debtors.  KPMG researched the account status for the noticed accounts using different sources which included EFH's property tax software (Vtax), county appraisal district websites, and prior property tax statements held by EFH. KPMG assisted with documenting and tracking all researched account information which was further utilized by EFH to process payments on the researched accounts.

**Sale s and Use Tax Consulting Services**

- Assisted the Debtors in their dealings with the Texas Comptroller's Office examination team, meeting with the team as appropriate;

- Assisted the Debtors in preparing submissions in response to Texas Comptroller's Office Appeals process, or participate in an alternative dispute resolution program;
- Identified liabilities and overpayments of Sales and Use Tax and Miscellaneous Gross Receipts Tax;

**Fee Statement and Fee Application Preparation**

- The billing procedures required by the US Trustee Guidelines differ from KPMG's normal billing procedures and as such, the Local Rules and the Interim Compensation Order entered in these cases have required significant effort to inform the timekeepers of their responsibilities, compile the detailed time and expenses entries, prepare detailed and summary schedules of fees and expenses incurred, and draft the schedules included in the monthly fee applications. Per the United States Bankruptcy Code Title 11 § 330(a)(6), any compensation awarded for the preparation of a fee application shall be based on the level and skill reasonably required to prepare the application

**Retention Services**

- Services included researching client bankruptcy with regards to retention; the preparation of KPMG's declaration and retention order; discussions with KPMG's Office of General Counsel; and discussions and correspondence with Debtors' counsel related to employment application.

**SOX Phase 0**

- KPMG project leads reviewed available documentation and met with EFH project and audit leadership to gain an understanding of the SOX environment, define overall process improvement and implementation approach along with agreed upon timelines, and generate required resource plans associated with subsequent efforts.

**SOX Phase I**

- KPMG supported the IT Compliance function with respect to their 2014 IT SOX compliance efforts by assisting in the implementation of EFH's revised IT control structure.  Key activities included defining revised control ownership structures, refining the established control framework, training IT control owners regarding their new responsibilities, developing job aides to facilitate effective completion of control performance tasks, and establishing relevant integration points and dependencies between the IT SOX efforts and various new application implementations.

**2013 Tax Return Review**

- KPMG performed a high-level review of transactional data contained in the Debtors' consolidated 2013 Form 10-Ks and compared with draft tax elections,

statements and disclosures prepared by the Debtors and included in the 2013 tax return.

**Loan Staff Services**

- KPMG assisted the Debtor with various property tax matters. These matters included the filing of personal property renditions, filing of personal and real property protested values, the issuance of delinquent account payments, the tracking and processing of property tax refunds, the preparation of internal documents related to property tax delinquencies, updating EFH's property tax database for modified account details, and the submission of property tax protest withdrawals. These tasks were all performed under the direction of the EFH property tax personnel. Each of the tasks performed were done so in a manner determined solely by EFH as a supplement to fulfilling their daily property tax needs.

**IT Asset Management Services**

- KPMG began providing IT Asset Management services for Energy Future Holdings as of August. At the request of the Project Sponsor, the initial focus was to complete an Architectural Diagram for a phased approach for IT Asset Management. KPMG personnel reviewed existing work and findings to detail current state status, design, and suggestions for future state. A Draft of current observations and a Draft Architectural Diagram was completed for review with the Project Sponsor.

**Service Costing Assessment Services**

- Began Service Costing Assessment project inclusive of project planning sessions with client and developing assessment approach to be used during the project.
    i. Worked with the EFH Core Project Team to review the current Apptio environment to understand the service catalog and cost allocation methods.
    ii. Worked with the EFH Core Team and IT Finance to understand the manual service costing model and the current reconciliation between the Apptio Model and the Manual Model.
    iii. Worked with the teams to identify and resolve the gaps creating the model reconciliation gap, reducing the gaps by significant amount.

        12.      During the Compensation Period, KPMG billed the Debtors for

time expended by professionals based on hourly rates ranging from $104 to $682 per

hour.  The rates reflected in this Application represent approximately a 26% to 47%

discount from KPMG's standard rates. Of the aggregate time expended, 45.5 hours

were expended by partners and principals, 357.1 hours were expended by directors and

senior managers and 568.8 hours were expended by managers, 6,140.9 hours were expended by senior associates and associates and 572.7 by contractors. KPMG's blended hourly rate for services provided during the Compensation Period is $162.

13.    In addition to Attachment B, time detail records are annexed hereto as Exhibits A1 – A11.  KPMG maintains contemporaneous records of the time expended for the professional services and expenses related hereto performed in connection with these chapter 11 cases and such records are maintained in the ordinary course of business.

14.    The fees applied for herein are based on the usual and customary fees KPMG charges to advisory clients and are commensurate with the usual and customary rates charged for services performed.

15.    KPMG respectfully submits that the amounts applied for herein for professional services rendered on behalf of the Debtors in these cases to date are fair and reasonable given: (a) the time expended; (b) the nature and extent of the services performed at the time at which such services were rendered; (c) the value of such services; and (d) the costs of comparable services other than in these chapter 11 cases.

16.    The time and labor expended by KPMG during the Compensation Period has been commensurate with the size and complexity of these cases.  In rendering these services, KPMG has made every effort to maximize the benefit to the Debtors' estates, to work efficiently with the other professionals employed in these cases, and to leverage staff appropriately in order to minimize duplication of effort.

17.    During the Compensation Period, KPMG provided a focused range of professional services as requested by the Debtors.  KPMG respectfully submits that these services: (a) were necessary and beneficial to the successful and prompt administration of these cases; and (b) have been provided in a cost efficient manner.

18.    Except as set forth in the Retention Order, no promises concerning compensation have been made to KPMG by any firm, person or entity.

**Summary of Actual and Necessary Expenses During the Compensation Period**

19.    Attached hereto as Exhibit B, and incorporated herein by reference, is a detailed description of the actual and necessary expenses incurred by KPMG in connection with its employment with the Debtors during the Compensation Period.  As set forth in Exhibit B, KPMG seeks reimbursement of actual and necessary expenses incurred by KPMG during the Compensation Period in the aggregate amount of $91,466.65.  These expenses are reasonable and necessary in light of the size and complexity of the Debtors' cases.

**Reservation**

To the extent that time for services rendered or disbursements incurred relate to the Compensation Period, but were not processed prior to the preparation of this Application, KPMG reserves the right to request additional compensation for such services and reimbursement of such expenses in a future application.  Furthermore, KPMG reserves the right to seek final approval of the fees and expenses requested herein.

**<u>Conclusion</u>**

WHEREFORE, subject to the terms of the Interim Compensation Order, KPMG respectfully requests that the Court approve the interim compensation of $1,248,506.95 as compensation for professional services rendered during the Compensation Period and reimbursement for actual and necessary expenses totaling $91,466.65 that KPMG incurred in rendering such services.

Dated: November 18, 2014

Respectfully submitted,

Thomas D. Bibby
Partner, KPMG LLP
717 North Harwood Street
Dallas, TX   75201-6585

14

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**DECLARATION PURSUANT TO RULE 2016-2 OF THE
LOCAL RULES OF BANKRUPTCY PROCEDURE FOR THE
UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

I, Thomas D. Bibby, being duly sworn, deposes and says:

1.      I am a Certified Public Accountant and a Partner of KPMG LLP ("KPMG"), a professional services firm.

2.      By Order dated September 16, 2014, KPMG was retained as Bankruptcy Accounting and Tax Advisors to the above captioned debtors and debtors in possession (the "Debtors").  I submit this Declaration in conjunction with KPMG's fee application, dated November 18, 2014 (the "Interim Fee Application") for KPMG's first interim fee application for compensation for services rendered and allowance of expenses for the period April 29, 2014 through August 31, 2014.

3.      I have performed some services rendered by KPMG to the Debtors and am familiar with the other work performed on behalf of the Debtors by the professionals of KPMG.

4.      I have reviewed the foregoing Interim Fee Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Rule 2016-2 of the Local Rules of Bankruptcy Procedure for the United States

---

[1]      The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Bankruptcy Court for the District of Delaware, and submit that the Interim Fee Application substantially complies with such Rule.

5.      KPMG has discussed with the Debtors the fees and expenses in this Interim Fee Application and the Debtors have been given the opportunity to review the Interim Fee Application.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 18th day of November, 2014

Thomas D. Bibby
KPMG LLP