**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) ) | (Jointly Administered)<br>**Objection Deadline: December 11, 2014 at 4:00 p.m.**<br>**Hearing Date:  December 18, 2014 at 9:30 a.m.** |

**NOTICE OF DEBTORS' FIRST OMNIBUS (NON-
SUBSTANTIVE) OBJECTION TO (AMENDED AND
SUPERSEDED, EXACT DUPLICATE, AND INSUFFICIENT
DOCUMENTATION) CLAIMS PURSUANT TO SECTION 502(b)
OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND
3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

PLEASE TAKE NOTICE THAT, on November 18, 2014, the above-captioned debtors and debtors in possession (the "Debtors") filed the **Debtors' First Omnibus (Non-Substantive) Objection to (Amended and Superseded, Exact Duplicate, and Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1** (the "Objection") with the United States Bankruptcy Court for the District of Delaware, which seeks to alter the rights of the parties listed on **Exhibits 1–3** to **Exhibit A** to the Objection.

Specifically, by the Objection, the Debtors seek entry of an order: (a) disallowing in full each of the claims identified on **Exhibit 1** to **Exhibit A** (the "Amended Claims"), each of which has been amended and superseded by one or more claims subsequently filed by or on behalf of the same claimant in respect of the same liabilities, and expunging such Amended Claims from the Claims Register;[2] (b) disallowing in full each of the claims identified on **Exhibit 2** to **Exhibit A** (the "Exact Duplicate Claims"), each of which represents a duplicate against a particular Debtor for a particular amount, as referenced in another claim filed against the same Debtor by the same creditor for the same amount, and expunging such Exact Duplicate Claims from the Claims Register; (c) disallowing in full each of the claims identified on **Exhibit 3** to **Exhibit A** (the "Insufficient Documentation Claims"), each of which represents a Proof of Claim

---

[1]   The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]   Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Objection.

that was filed with insufficient supporting documentation to substantiate the claim and as to which the Debtors' books and records do not demonstrate any basis for the claim, and expunging such Insufficient Documentation Claims from the Claims Register; and (d) authorizing the agent retained by the Debtors to assist with claims processing in these chapter 11 cases (the "Claims Agent") to modify each of the Disputed Claims on the Claims Register in accordance with the proposed order.

PLEASE TAKE FURTHER NOTICE that, responses, if any, to the Objection must be in writing, filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel on or before **December 11, 2014, at 4:00 PM (ET)** (the "Response Deadline").

PLEASE TAKE FURTHER NOTICE that a hearing on the Objection will be held before The Honorable Christopher S. Sontchi, United States Bankruptcy Judge, United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **December 18, 2014, at 9:30 AM (ET)**.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

[*Remainder of page intentionally left blank.*]

| | |
|---|---|
| Wilmington, Delaware<br>Dated:   November 18, 2014 | /s/ *Tyler D. Semmelman*<br>**RICHARDS, LAYTON & FINGER, P.A.**<br>Mark D. Collins (No. 2981)<br>Daniel J. DeFranceschi (No. 2732)<br>Jason M. Madron (No. 4431)<br>Tyler D. Semmelman (No. 5386)<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone:     (302) 651-7700<br>Facsimile:      (302) 651-7701<br>Email:            collins@rlf.com<br>                      defranceschi@rlf.com<br>                      madron@rlf.com<br>                      semmelman@rlf.com<br><br>-and-<br><br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Edward O. Sassower, P.C. (admitted *pro hac vice*)<br>Stephen E. Hessler (admitted *pro hac vice*)<br>Brian E. Schartz (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, New York 10022-4611<br>Telephone:     (212) 446-4800<br>Facsimile:      (212) 446-4900<br>Email:            edward.sassower@kirkland.com<br>                      stephen.hessler@kirkland.com<br>                      brian.schartz@kirkland.com<br><br>-and-<br><br>James H.M. Sprayregen, P.C. (admitted *pro hac vice*)<br>Marc Kieselstein, P.C. (admitted *pro hac vice*)<br>Chad J. Husnick (admitted *pro hac vice*)<br>Steven N. Serajeddini (admitted *pro hac vice*)<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone:     (312) 862-2000<br>Facsimile:      (312) 862-2200<br>Email:            james.sprayregen@kirkland.com<br>                      marc.kieselstein@kirkland.com<br>                      chad.husnick@kirkland.com<br>                      steven.serajeddini@kirkland.com<br><br>*Co-Counsel to the Debtors and Debtors in Possession* |