**SCHEDULE 1**[1]

---

[1]    This **Schedule 1** is provided for convenience only and shall not modify anything set forth in the Objection.

**ENERGY FUTURE HOLDINGS CORP., et al.**
**OMNIBUS OBJECTION 1: SCHEDULE 1**

| | NAME | EXHIBIT |
|---|---|---|
| 1 | AEC POWERFLOW, LLC<br>100 SW SCHERER ROAD<br>LEES SUMMIT, MO 64082 | 1 |
| 2 | AEC POWERFLOW, LLC<br>100 SW SCHERER ROAD<br>LEES SUMMIT, MO 64082 | 1 |
| 3 | AIR POWER SALES & SERVICE<br>823 W MARSHALL AVE<br>LONGVIEW, TX 75601 | 3 |
| 4 | ALLIANCE SCAFFOLDING, INC.<br>ATTN: ROBERT AFT<br>24 G WEST MAIN STREET # 233<br>CLINTON, CT 06413 | 1 |
| 5 | ALLIED ELECTRONICS INC<br>PO BOX 2325<br>FORT WORTH, TX 76113 | 3 |
| 6 | ALLIED ELECTRONICS INC<br>PO BOX 2325<br>FORT WORTH, TX 76113 | 3 |
| 7 | ANALYSIS & MEASUREMENT<br>SERVICES, CORP.<br>ATTN: LISA LEE<br>9119 CROSS PARK DR.<br>KNOXVILLE, TN 37923 | 1 |
| 8 | API SYSTEMS GROUP INC.<br>10575 VISTA PARK ROAD<br>DALLAS, TX 75238 | 1 |
| 9 | CAM-AIR LLC<br>C/O CHRIS THOMPSON<br>23210 US HWY 98 - SUITE A<br>FAIRHOPE, AL 36532<br><br>TRANSFERRED TO: SONAR CREDIT<br>PARTNERS III, LLC<br>TRANSFEROR: CAM-AIR LLC<br>200 BUSINESS PARK DRIVE, SUITE 201<br>ARMONK, NY 10504 | 1 |
| 10 | CAM-AIR, LLC<br>ATTN: CHRIS THOMPSON<br>23210 US HWY 98 - SUITE A<br>FAIRHOPE, AL 36532<br><br>TRANSFERRED TO: SONAR CREDIT<br>PARTNERS III, LLC<br>TRANSFEROR: CAM-AIR, LLC<br>200 BUSINESS PARK DRIVE, SUITE 201<br>ARMONK, NY 10504 | 1 |
| 11 | CAPPS HARDWARE & AG CENTER<br>ATTN: BARRY CAPPS<br>512 W US HWY 84<br>FAIRFIELD, TX 75840 | 1 |

**ENERGY FUTURE HOLDINGS CORP., et al.**
**OMNIBUS OBJECTION 1: SCHEDULE 1**

| | NAME | EXHIBIT |
|---|---|---|
| 12 | CARL OWENS TRUCK & RV COLLISION CENTER 2415 EAST ERWIN TYLER, TX 75702 | 3 |
| 13 | CARL WHITE'S AUTOPLEX PO BOX 1773 CORSICANA, TX 75151 | 3 |
| 14 | CARROLLTON-FARMERS BRANCH ISD C/O LAW OFFICES OF ROBERT E. LUNA, P.C. 4411 NORTH CENTRAL EXPRESSWAY DALLAS, TX 75205 | 1 |
| 15 | CARTER EQUIPMENT 210 W. TYLER ST. LONGVIEW, TX 75601 | 1 |
| 16 | CELTEX INDUSTRIES, INC. 997 CHEROKEE TRACE WHITE OAK, TX 75693 | 1 |
| 17 | CELTEX INDUSTRIES, INC. 997 CHEROKEE TRACE WHITE OAK, TX 75693 | 1 |
| 18 | CENTRAL HUDSON GAS & ELECTRICA THOMPSON HINE, LLP 335 MADISON AVENUE, 12TH FLOOR NEW YORK, NY 10017 | 3 |
| 19 | CITY OF FORT WORTH ATTN: CHRIS MOSLEY 1000 THROCKMORTON ST. FORT WORTH, TX 76102 | 2 |
| 20 | CITY OF FORT WORTH ATTN: CHRIS MOSLEY 1000 THROCKMORTON ST. FORT WORTH, TX 76102 | 2 |
| 21 | CLARK WELDING SERVICE 369 CALLAHAN AVENUE APPALACHIA, VA 24216 | 1 |
| 22 | COLEMAN, EDDY C/O BERNICE SANDERS PO BOX 1182 BUFFALO, TX 75831 | 3 |
| 23 | CON-WAY FREIGHT C/O RMS BANKRUPTCY RECOVERY SERVICES P.O. BOX 5126 TIMONIUM, MD 21094 | 3 |
| 24 | CONTROL SYSTEMS COMPANY 1217 NORTON ROAD HUDSON, OH 44236 | 1 |
| 25 | CONTROL SYSTEMS COMPANY 1217 NORTON ROAD HUDSON, OH 44236 | 1 |

**ENERGY FUTURE HOLDINGS CORP., et al.**
**OMNIBUS OBJECTION 1: SCHEDULE 1**

| | NAME | EXHIBIT |
|---|---|---|
| 26 | CONTROL SYSTEMS COMPANY<br>1217 NORTON ROAD<br>HUDSON, OH 44236 | 1 |
| 27 | COOK, LEE BELL<br>C/O BERNICE SANDERS<br>PO BOX 1182<br>BUFFALO, TX 75831 | 3 |
| 28 | DALLAS COUNTY<br>C/O LINEBARGER GOGGAN BLAIR<br>SAMPSON LLP<br>ATTN: ELIZABETH WELLER<br>2777 N. STEMMONS FREEWAY, SUITE 1000<br>DALLAS, TX 75207 | 1 |
| 29 | DAVIS, GLORY NELL<br>C/O BERNICE SANDERS<br>PO BOX 1182<br>BUFFALO, TX 75831 | 3 |
| 30 | DELTA FABRICATION & MACHINE INC.<br>ATTN: GERALD WILLIAMS<br>P.O. BOX 980<br>DAINGERFIELD, TX 75638 | 1 |
| 31 | DELTA FABRICATION & MACHINE INC.<br>ATTN: GERALD WILLIAMS<br>P.O. BOX 980<br>DAINGERFIELD, TX 75638 | 1 |
| 32 | DIESEL POWER & SUPPLY<br>2525 S UNIVERSITY PARKS DR<br>WACO, TX 76706-6429 | 1 |
| 33 | DURRE, JEREMY, SELF & SIMILARLY SITUATED<br>C/O GILLESPIE SANFORD LLP<br>ATTN: JOSEPH H. GILLESPIE<br>4925 GREENVILLE AVE., SUITE 200<br>DALLAS, TX 75206 | 2 |
| 34 | EDWARD LONG ESTATE<br>ATTN: LAURA LONG HALL<br>4061 PORT ROYAL DR<br>DALLAS, TX 75244 | 3 |
| 35 | EDWARD LONG ESTATE<br>ATTN: LAURA LONG HALL<br>4061 PORT ROYAL DR<br>DALLAS, TX 75244 | 3 |
| 36 | EMERSON NETWORK POWER LIEBERT SERVICES<br>610 EXECUTIVE CAMPUS DRIVE<br>WESTERVILLE, OH 43082 | 3 |

**ENERGY FUTURE HOLDINGS CORP., et al.**
**OMNIBUS OBJECTION 1: SCHEDULE 1**

| | NAME | EXHIBIT |
|---|---|---|
| 37 | ENERGY & PROCESS CORPORATION<br>PO BOX 125<br>TUCKER, GA 30085-0125 | 1 |
| 38 | ENERGYSOLUTIONS, LLC<br>423 W. 300 S.<br>STE 200<br>SALT LAKE CITY, UT 84101 | 1 |
| 39 | EXPLOSIVE PROFESSIONALS INC<br>PO BOX 1885<br>HUMBLE, TX 77347 | 1 |
| 40 | FRANKLIN ISD<br>C/O LINEBARGER GOGGAN BLAIR<br>SAMPSON LLP<br>ATTN: DIANE W. SANDERS<br>P.O. BOX 17428<br>AUSTIN, TX 78760-7428 | 1 |
| 41 | GILLESPIE COATINGS INC<br>211 GUM SPRING ROAD<br>LONGVIEW, TX 75602-1721 | 3 |
| 42 | GREER, ANDREW BRYAN<br>3012 JOMAR DR<br>PLANO, TX 75075 | 3 |
| 43 | GREER, MEGAN LEAH<br>3012 JOMAR DR<br>PLANO, TX 75075 | 3 |
| 44 | GUY BROWN PRODUCTS<br>500 PARK BLVD.<br>STE 1425<br>ITASCA, IL 60143 | 1 |
| 45 | HALL, LAUREN LONG<br>4061 PORT ROYAL DR<br>DALLAS, TX 75244 | 3 |
| 46 | HAMON RESEARCH-COTTRELL, INC.<br>ATTN. FINANCE DEPT.<br>P.O. BOX 1500<br>SOMERVILLE, NJ 08876 | 1 |
| 47 | HAYES, OBRA FAYE<br>C/O BERNICE SANDERS<br>PO BOX 1182<br>BUFFALO, TX 75831 | 3 |
| 48 | HIGHWAY MACHINE CO INC<br>ATTN: JANET FISHER<br>3010 S OLD US HWY 41<br>PRINCETON, IN 47670 | 1 |
| 49 | HIGHWAY MACHINE CO INC<br>ATTN: JANET FISHER<br>3010 S OLD US HWY 41<br>PRINCETON, IN 47670 | 1 |

**ENERGY FUTURE HOLDINGS CORP., et al.**
**OMNIBUS OBJECTION 1: SCHEDULE 1**

| | NAME | EXHIBIT |
|---|---|---|
| 50 | HOPKINS COUNTY C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP ATTN: ELIZABETH WELLER 2777 N. STEMMONS FREEWAY, SUITE 1000 DALLAS, TX 75207 | 1 |
| 51 | HOPKINS COUNTY C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP ATTN: ELIZABETH WELLER 2777 N. STEMMONS FREEWAY, SUITE 1000 DALLAS, TX 75207 | 1 |
| 52 | HOPKINS COUNTY C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP ATTN: ELIZABETH WELLER 2777 N. STEMMONS FREEWAY, SUITE 1000 Dallas, TX 75207 | 1 |
| 53 | HURON INDUSTRIES, INC. ATTN: DEBRA HARDY 2301 16TH STREET PORT HURON, MI 48060 | 1 |
| 54 | HUSCH BLACKWELL LLP ATTN: GARY L. VINCENT, ESQ. 190 CARONDELET PLAZA SUITE 600 SAINT LOUIS, MO 63105 | 2 |
| 55 | HUSCH BLACKWELL LLP ATTN: GARY L. VINCENT, ESQ. 190 CARONDELET PLAZA SUITE 600 SAINT LOUIS, MO 63105 | 2 |
| 56 | INSTRUMENT AND VALVE SERVICES COMPANY ATTN: JOSEPH MIKSCHE 8000 NORMAN CENTER DR., SUITE 1200 BLOOMINGTON, MN 55437 | 1 |
| 57 | JIM RAS PITTS ESTATE C/O MELANIE R HUK 13865 E. PLACITA PATILLA VAIL, AZ 85641 | 3 |
| 58 | KANO LABORATORIES PO BOX 110098 NASHVILLE, TN 37222-0098 | 1 |
| 59 | KENCO GOLF CARS 5231 SOUTH US 59 NACOGDOCHES, TX 75964 | 1 |

**ENERGY FUTURE HOLDINGS CORP., et al.**
**OMNIBUS OBJECTION 1: SCHEDULE 1**

| | NAME | EXHIBIT |
|---|---|---|
| 60 | KNIFE RIVER CORPORATION - SOUTH<br>PO BOX 674<br>BRYAN, TX 77806 | 1 |
| 61 | KOETTER FIRE PROTECTION OF<br>AUSTIN, LLC<br>16069 CENTRAL COMMERCE DRIVE<br>PFLUGERVILLE, TX 78660-2005 | 3 |
| 62 | L & H INDUSTRIAL, INC<br>ATTN: DEB STEARNS, CONTROLLER<br>913 L & J COURT<br>GILLETTE, WY 82718 | 1 |
| 63 | LAMAR CAD<br>C/O LINEBARGER GOGGAN BLAIR<br>SAMPSON LLP<br>ATTN: ELIZABETH WELLER<br>2777 N. STEMMONS FREEWAY, SUITE 1000<br>DALLAS, TX 75207 | 1 |
| 64 | LOGAN COUNTY TREASURER<br>PO BOX 1151<br>STERLING, CO 80751 | 2 |
| 65 | MARCO SPECIALTY STEEL, INC<br>ATTN: AMANDA MAPES<br>PO BOX 750518<br>HOUSTON, TX 77275-0518 | 1 |
| 66 | MCMASTER-CARR SUPPLY COMPANY<br>6100 FULTON INDUSTRIAL BLVD.<br>ATLANTA, GA 30336 | 3 |
| 67 | NAPA TIRE & AUTO SUPPLY INC<br>PO BOX 1257<br>ROCKDALE, TX 76567 | 1 |
| 68 | NAPA TIRE & AUTO SUPPLY INC<br>PO BOX 1257<br>ROCKDALE, TX 76567 | 1 |
| 69 | NAPA TIRE & AUTO SUPPLY INC<br>PO BOX 1257<br>ROCKDALE, TX 76567 | 1 |
| 70 | NATIONAL PUMP & COMPRESSOR<br>3405 W CARDINAL DR<br>BEAUMONT, TX 77705 | 1 |
| 71 | NEW PIG CORP<br>1 PORK AVE<br>TIPTON, PA 16684 | 1 |
| 72 | NORTHEAST TX COMM COLL DIST<br>C/O LINEBARGER GOGGAN BLAIR<br>SAMPSON LLP<br>ATTN: ELIZABETH WELLER<br>2777 N STEMMONS FREEWAY, STE 1000<br>DALLAS, TX 75207 | 2 |

**ENERGY FUTURE HOLDINGS CORP., et al.**
**OMNIBUS OBJECTION 1: SCHEDULE 1**

| | NAME | EXHIBIT |
|---|---|---|
| 73 | NORTHEAST TX COMM COLL DIST<br>C/O LINEBARGER GOGGAN BLAIR<br>SAMPSON LLP<br>ATTN: ELIZABETH WELLER<br>2777 N STEMMONS FREEWAY, STE 1000<br>DALLAS, TX 75207 | 2 |
| 74 | NORTHEAST TX COMM COLL DIST<br>C/O LINEBARGER GOGGAN BLAIR<br>SAMPSON LLP<br>ATTN: ELIZABETH WELLER<br>2777 N STEMMONS FREEWAY, STE 1000<br>DALLAS, TX 75207 | 2 |
| 75 | NORTHEAST TX COMM COLL DIST<br>C/O LINEBARGER GOGGAN BLAIR<br>SAMPSON LLP<br>ATTN: ELIZABETH WELLER<br>2777 N STEMMONS FREEWAY, STE 1000<br>DALLAS, TX 75207 | 2 |
| 76 | OAKRIDGE BELLOWS<br>P.O. BOX 311583<br>NEW BRAUNFELS, TX 78131 | 1 |
| 77 | OLYMPIC WEAR LLC<br>P.O. BOX 75186<br>SEATTLE, WA 98175-0786 | 1 |
| 78 | OLYMPIC WEAR LLC<br>P.O. BOX 75186<br>SEATTLE, WA 98175-0786 | 1 |
| 79 | PRIEFERT MFG. CO., INC.<br>PO BOX 1540<br>MOUNT PLEASANT, TX 75456-1540<br><br>TRANSFERRED TO: LIQUIDITY<br>SOLUTIONS, INC.<br>TRANSFEROR: PRIEFERT MFG. CO.,<br>INC.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | 1 |
| 80 | QUANTUM GAS & POWER SERVICES<br>LTD<br>12305 OLD HUFFMEISTER RD<br>CYPRESS, TX 77429 | 3 |
| 81 | QUINN, TRAVIS<br>4333 COUNTRY LN<br>GRAPEVINE, TX 76051 | 3 |
| 82 | R.W. HARDEN & ASSOCIATES, INC.<br>3409 EXECUTIVE CENTER DR. #226<br>AUSTIN, TX 78731 | 1 |
| 83 | REEF INDUSTRIES, INC.<br>9209 ALMEDA GENOA ROAD<br>HOUSTON, TX 77075 | 1 |

**ENERGY FUTURE HOLDINGS CORP., et al.**
**OMNIBUS OBJECTION 1: SCHEDULE 1**

| | NAME | EXHIBIT |
|---|---|---|
| 84 | ROBERT J. JENKINS & COMPANY<br>906 MEDICAL CENTER BLVD.<br>WEBSTER, TX 77598 | 1 |
| 85 | ROBERT'S COFFEE & VENDING<br>SERVICES, LLC<br>343 JOHNNY CLARK RD.<br>LONGVIEW, TX 75603 | 1 |
| 86 | ROBERTSON COUNTY<br>C/O LINEBARGER GOGGAN BLAIR<br>SAMPSON LLP<br>ATTN: DIANE W. SANDERS<br>P.O. BOX 17428<br>AUSTIN, TX 78760-7428 | 1 |
| 87 | ROYAL PURPLE, LLC<br>2780 WATERFRONT PARKWAY E DR<br>SUITE 200<br>INDIANAPOLIS, IN 46214<br><br>TRANSFERRED TO: LIQUIDITY<br>SOLUTIONS, INC.<br>TRANSFEROR: ROYAL PURPLE, LLC<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | 1 |
| 88 | RUSK COUNTY<br>C/O LINEBARGER GOGGAN BLAIR<br>SAMPSON LLP<br>ATTN: ELIZABETH WELLER<br>2777 N. STEMMONS FREEWAY, SUITE<br>1000<br>DALLAS, TX 75207 | 1 |
| 89 | SANDERS, BERNICE<br>PO BOX 1182<br>BUFFALO, TX 75831 | 3 |
| 90 | SECURITAS SECURITY SERVICES USA,<br>INC.<br>ATTN: EVAN MORGAN/CREDIT<br>2 CAMPUS DR.<br>PARSIPPANY, NJ 07054 | 1 |
| 91 | SETPOINT INTEGRATED SOLUTIONS<br>19151 HIGHLAND ROAD<br>BATON ROUGE, LA 70809 | 1 |
| 92 | SIERRA LIQUIDITY FUND, LLC<br>ASSIGNEE AND<br>ATT-IN-FACT FOR VELOCITY<br>INDUSTRIAL<br>19772 MACARTHUR BLVD #200<br>IRVINE, CA 92612 | 1 |

**ENERGY FUTURE HOLDINGS CORP., et al.**
**OMNIBUS OBJECTION 1: SCHEDULE 1**

| | NAME | EXHIBIT |
|---|---|---|
| 93 | SIERRA LIQUIDITY FUND, LLC ASSIGNEE AND ATT-IN-FACT FOR MATEX WIRE ROPE ASSIGNOR 19772 MACARTHUR BLVD #200 IRVINE, CA 92612 | 1 |
| 94 | SILVA, DAVID 17110 PARSLEY HAWTHORN COURT HOUSTON, TX 77059 | 3 |
| 95 | SOUTHWEST FANNIN SPECIAL UTILITY 8046 W STATE HIGHWAY 56 SAVOY, TX 75479-3448 | 1 |
| 96 | STARK-KING FAMILY LIVING TRUST C/O RICHARD S STARK TTEE 1005 SOUTH DENTON ST GAINESVILLE, TX 76240 | 3 |
| 97 | SULPHUR SPRINGS ISD C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP ATTN: ELIZABETH WELLER 2777 N. STEMMONS FREEWAY, SUITE 1000 DALLAS, TX 75207 | 1 |
| 98 | TANNOR PARTNERS CREDIT FUND LP AS ASSIGNEE FOR POWERRIAL DISTRIBUTION 150 GRAND ST STE 401 WHITE PLAINS, NY 10601 | 1 |
| 99 | TEX-LA ELECTRIC COOP. OF TEXAS, INC C/O DYKEMA GOSSETT PLLC ATTN: JEFFREY R. FINE 1717 MAIN ST, STE 4200 DALLAS, TX 75201 | 2 |
| 100 | TEX-LA ELECTRIC COOP. OF TEXAS, INC C/O DYKEMA GOSSETT PLLC ATTN: JEFFREY R. FINE 1717 MAIN ST, STE 4200 DALLAS, TX 75201 | 2 |
| 101 | TEX-LA ELECTRIC COOP. OF TEXAS, INC C/O DYKEMA GOSSETT PLLC ATTN: JEFFREY R. FINE 1717 MAIN ST, STE 4200 DALLAS, TX 75201 | 2 |
| 102 | TITUS, BILLY ROUTE 1 BOX 360 OAKWOOD, TX 75855 | 3 |

**ENERGY FUTURE HOLDINGS CORP., et al.**
**OMNIBUS OBJECTION 1: SCHEDULE 1**

| | NAME | EXHIBIT |
|---|---|---|
| 103 | TITUS, CHARLIE<br>RT 1 BOX 360<br>OAKWOOD, TX 75855 | 3 |
| 104 | TITUS, JIMMY D.<br>PO BOX 1182<br>BUFFALO, TX 75831 | 3 |
| 105 | TITUS, TOM<br>C/O BERNICE SANDERS<br>PO BOX 1182<br>BUFFALO, TX 75831 | 3 |
| 106 | TORRES CREDIT SERVICES, INC.<br>P.O. BOX 189<br>CARLISLE, PA 17013 | 3 |
| 107 | TW TELECOM INC.<br>10475 PARK MEADOWS DRIVE<br>LITTLETON, CO 80124 | 2 |
| 108 | TW TELECOM INC.<br>10475 PARK MEADOWS DRIVE<br>LITTLETON, CO 80124 | 2 |
| 109 | W.W. GRAINGER, INC.<br>ATTN: SPECIAL COLLECTIONS<br>DEPARTMENT<br>7300 N. MELVINA<br>MES 17875096810<br>NILES, IL 60714 | 1 |
| 110 | W.W. GRAINGER, INC.<br>ATTN: SPECIAL COLLECTIONS<br>DEPARTMENT<br>7300 N. MELVINA<br>MES 17875096810<br>NILES, IL 60714 | 1 |
| 111 | W.W. GRAINGER, INC.<br>ATTN: SPECIAL COLLECTIONS<br>DEPARTMENT<br>7300 N. MELVINA<br>MES 17875096810<br>NILES, IL 60714 | 1 |
| 112 | W.W. GRAINGER, INC.<br>ATTN: SPECIAL COLLECTIONS<br>DEPARTMENT<br>7300 N. MELVINA<br>MES 17875096810<br>NILES, IL 60714 | 1 |
| 113 | W.W. GRAINGER, INC.<br>ATTN: SPECIAL COLLECTIONS<br>DEPARTMENT<br>7300 N. MELVINA<br>MES 17875096810<br>NILES, IL 60714 | 1 |

**ENERGY FUTURE HOLDINGS CORP., et al.**
**OMNIBUS OBJECTION 1: SCHEDULE 1**

| | NAME | EXHIBIT |
|---|---|---|
| 114 | W.W. GRAINGER, INC.<br>ATTN: SPECIAL COLLECTIONS<br>DEPARTMENT<br>7300 N. MELVINA<br>MES 17875096810<br>NILES, IL 60714 | 1 |
| 115 | W.W. GRAINGER, INC.<br>ATTN: SPECIAL COLLECTIONS<br>DEPARTMENT<br>7300 N. MELVINA<br>MES 17875096810<br>NILES, IL 60714 | 1 |
| 116 | W.W. GRAINGER, INC.<br>ATTN: SPECIAL COLLECTIONS<br>DEPARTMENT<br>7300 N. MELVINA<br>MES 17875096810<br>NILES, IL 60714 | 1 |
| 117 | W.W. GRAINGER, INC.<br>ATTN: SPECIAL COLLECTIONS<br>DEPARTMENT<br>7300 N. MELVINA<br>MES 17875096810<br>NILES, IL 60714 | 1 |
| 118 | W.W. GRAINGER, INC.<br>ATTN: SPECIAL COLLECTIONS<br>DEPARTMENT<br>7300 N. MELVINA<br>MES 17875096810<br>NILES, IL 60714 | 1 |
| 119 | W.W. GRAINGER, INC.<br>ATTN: SPECIAL COLLECTIONS<br>DEPARTMENT<br>7300 N. MELVINA<br>MES 17875096810<br>NILES, IL 60714 | 1 |
| 120 | W.W. GRAINGER, INC.<br>ATTN: SPECIAL COLLECTIONS<br>DEPARTMENT<br>7300 N. MELVINA<br>MES 17875096810<br>NILES, IL 60714 | 1 |
| 121 | W.W. GRAINGER, INC.<br>ATTN: SPECIAL COLLECTIONS<br>DEPARTMENT<br>7300 N. MELVINA<br>MES 17875096810<br>NILES, IL 60714 | 1 |

**ENERGY FUTURE HOLDINGS CORP., et al.**
**OMNIBUS OBJECTION 1: SCHEDULE 1**

| | NAME | EXHIBIT |
|---|---|---|
| 122 | W.W. GRAINGER, INC.<br>ATTN: SPECIAL COLLECTIONS<br>DEPARTMENT<br>7300 N. MELVINA<br>MES 17875096810<br>NILES, IL 60714 | 1 |
| 123 | W.W. GRAINGER, INC.<br>ATTN: SPECIAL COLLECTIONS<br>DEPARTMENT<br>7300 N. MELVINA<br>MES 17875096810<br>NILES, IL 60714 | 1 |
| 124 | W.W. GRAINGER, INC.<br>ATTN: SPECIAL COLLECTIONS<br>DEPARTMENT<br>7300 N. MELVINA<br>MES 17875096810<br>NILES, IL 60714 | 1 |
| 125 | W.W. GRAINGER, INC.<br>ATTN: SPECIAL COLLECTIONS<br>DEPARTMENT<br>7300 N. MELVINA<br>MES 17875096810<br>NILES, IL 60714 | 1 |
| 126 | W.W. GRAINGER, INC.<br>ATTN: SPECIAL COLLECTIONS<br>DEPARTMENT<br>7300 N. MELVINA<br>MES 17875096810<br>NILES, IL 60714 | 1 |
| 127 | W.W. GRAINGER, INC.<br>ATTN: SPECIAL COLLECTIONS<br>DEPARTMENT<br>7300 N. MELVINA<br>MES 17875096810<br>NILES, IL 60714 | 1 |
| 128 | W.W. GRAINGER, INC.<br>ATTN: SPECIAL COLLECTIONS<br>DEPARTMENT<br>7300 N. MELVINA<br>MES 17875096810<br>NILES, IL 60714 | 1 |
| 129 | W.W. GRAINGER, INC.<br>ATTN: SPECIAL COLLECTIONS<br>DEPARTMENT<br>7300 N. MELVINA<br>MES 17875096810<br>NILES, IL 60714 | 1 |

**ENERGY FUTURE HOLDINGS CORP., et al.**
**OMNIBUS OBJECTION 1: SCHEDULE 1**

| | NAME | EXHIBIT |
|---|---|---|
| 130 | W.W. GRAINGER, INC.<br>ATTN: SPECIAL COLLECTIONS<br>DEPARTMENT<br>7300 N. MELVINA<br>MES 17875096810<br>NILES, IL 60714 | 1 |
| 131 | W.W. GRAINGER, INC.<br>ATTN: SPECIAL COLLECTIONS<br>DEPARTMENT<br>7300 N. MELVINA<br>MES 17875096810<br>NILES, IL 60714 | 1 |
| 132 | W.W. GRAINGER, INC.<br>ATTN: SPECIAL COLLECTIONS<br>DEPARTMENT<br>7300 N. MELVINA<br>MES 17875096810<br>NILES, IL 60714 | 1 |
| 133 | W.W. GRAINGER, INC.<br>ATTN: SPECIAL COLLECTIONS<br>DEPARTMENT<br>7300 N. MELVINA<br>MES 17875096810<br>NILES, IL 60714 | 1 |
| 134 | W.W. GRAINGER, INC.<br>ATTN: SPECIAL COLLECTIONS<br>DEPARTMENT<br>7300 N. MELVINA<br>MES 17875096810<br>NILES, IL 60714 | 1 |
| 135 | W.W. GRAINGER, INC.<br>ATTN: SPECIAL COLLECTIONS<br>DEPARTMENT<br>7300 N. MELVINA<br>MES 17875096810<br>NILES, IL 60714 | 1 |
| 136 | W.W. GRAINGER, INC.<br>ATTN: SPECIAL COLLECTIONS<br>DEPARTMENT<br>7300 N. MELVINA<br>MES 17875096810<br>NILES, IL 60714 | 1 |
| 137 | W.W. GRAINGER, INC.<br>ATTN: SPECIAL COLLECTIONS<br>DEPARTMENT<br>7300 N. MELVINA<br>MES 17875096810<br>NILES, IL 60714 | 1 |

**ENERGY FUTURE HOLDINGS CORP., et al.**
**OMNIBUS OBJECTION 1: SCHEDULE 1**

| | NAME | EXHIBIT |
|---|---|---|
| 138 | W.W. GRAINGER, INC.<br>ATTN: SPECIAL COLLECTIONS<br>DEPARTMENT<br>7300 N. MELVINA<br>MES 17875096810<br>NILES, IL 60714 | 1 |
| 139 | W.W. GRAINGER, INC.<br>ATTN: SPECIAL COLLECTIONS<br>DEPARTMENT<br>7300 N. MELVINA<br>MES 17875096810<br>NILES, IL 60714 | 1 |
| 140 | W.W. GRAINGER, INC.<br>ATTN: SPECIAL COLLECTIONS<br>DEPARTMENT<br>7300 N. MELVINA<br>MES 17875096810<br>NILES, IL 60714 | 1 |
| 141 | W.W. GRAINGER, INC.<br>ATTN: SPECIAL COLLECTIONS<br>DEPARTMENT<br>7300 N. MELVINA<br>MES 17875096810<br>NILES, IL 60714 | 1 |
| 142 | W.W. GRAINGER, INC.<br>ATTN: SPECIAL COLLECTIONS<br>DEPARTMENT<br>7300 N. MELVINA<br>MES 17875096810<br>NILES, IL 60714 | 1 |
| 143 | W.W. GRAINGER, INC.<br>ATTN: SPECIAL COLLECTIONS<br>DEPARTMENT<br>7300 N. MELVINA<br>MES 17875096810<br>NILES, IL 60714 | 1 |
| 144 | W.W. GRAINGER, INC.<br>ATTN: SPECIAL COLLECTIONS<br>DEPARTMENT<br>7300 N. MELVINA<br>MES 17875096810<br>NILES, IL 60714 | 1 |
| 145 | W.W. GRAINGER, INC.<br>ATTN: SPECIAL COLLECTIONS<br>DEPARTMENT<br>7300 N. MELVINA<br>MES 17875096810<br>NILES, IL 60714 | 1 |

**ENERGY FUTURE HOLDINGS CORP., et al.**
**OMNIBUS OBJECTION 1: SCHEDULE 1**

| | NAME | EXHIBIT |
|---|---|---|
| 146 | W.W. GRAINGER, INC.<br>ATTN: SPECIAL COLLECTIONS<br>DEPARTMENT<br>7300 N. MELVINA<br>MES 17875096810<br>NILES, IL 60714 | 1 |
| 147 | W.W. GRAINGER, INC.<br>ATTN: SPECIAL COLLECTIONS<br>DEPARTMENT<br>7300 N. MELVINA<br>MES 17875096810<br>NILES, IL 60714 | 1 |
| 148 | W.W. GRAINGER, INC.<br>ATTN: SPECIAL COLLECTIONS<br>DEPARTMENT<br>7300 N. MELVINA<br>MES 17875096810<br>NILES, IL 60714 | 1 |
| 149 | W.W. GRAINGER, INC.<br>ATTN: SPECIAL COLLECTIONS<br>DEPARTMENT<br>7300 N. MELVINA<br>MES 17875096810<br>NILES, IL 60714 | 1 |
| 150 | W.W. GRAINGER, INC.<br>ATTN: SPECIAL COLLECTIONS<br>DEPARTMENT<br>7300 N. MELVINA<br>MES 17875096810<br>NILES, IL 60714 | 1 |
| 151 | W.W. GRAINGER, INC.<br>ATTN: SPECIAL COLLECTIONS<br>DEPARTMENT<br>7300 N. MELVINA<br>MES 17875096810<br>NILES, IL 60714 | 1 |
| 152 | W.W. GRAINGER, INC.<br>ATTN: SPECIAL COLLECTIONS<br>DEPARTMENT<br>7300 N. MELVINA<br>MES 17875096810<br>NILES, IL 60714 | 1 |
| 153 | W.W. GRAINGER, INC.<br>ATTN: SPECIAL COLLECTIONS<br>DEPARTMENT<br>7300 N. MELVINA<br>MES 17875096810<br>NILES, IL 60714 | 1 |

**ENERGY FUTURE HOLDINGS CORP., et al.**
**OMNIBUS OBJECTION 1: SCHEDULE 1**

| | NAME | EXHIBIT |
|---|---|---|
| 154 | W.W. GRAINGER, INC.<br>ATTN: SPECIAL COLLECTIONS<br>DEPARTMENT<br>7300 N. MELVINA<br>MES 17875096810<br>NILES, IL 60714 | 1 |
| 155 | W.W. GRAINGER, INC.<br>ATTN: SPECIAL COLLECTIONS<br>DEPARTMENT<br>7300 N. MELVINA<br>MES 17875096810<br>NILES, IL 60714 | 1 |
| 156 | W.W. GRAINGER, INC.<br>ATTN: SPECIAL COLLECTIONS<br>DEPARTMENT<br>7300 N. MELVINA<br>MES 17875096810<br>NILES, IL 60714 | 1 |
| 157 | W.W. GRAINGER, INC.<br>ATTN: SPECIAL COLLECTIONS<br>DEPARTMENT<br>7300 N. MELVINA<br>MES 17875096810<br>NILES, IL 60714 | 1 |
| 158 | W.W. GRAINGER, INC.<br>ATTN: SPECIAL COLLECTIONS<br>DEPARTMENT<br>7300 N. MELVINA<br>MES 17875096810<br>NILES, IL 60714 | 1 |
| 159 | W.W. GRAINGER, INC.<br>ATTN: SPECIAL COLLECTIONS<br>DEPARTMENT<br>7300 N. MELVINA<br>MES 17875096810<br>NILES, IL 60714 | 1 |
| 160 | W.W. GRAINGER, INC.<br>ATTN: SPECIAL COLLECTIONS<br>DEPARTMENT<br>7300 N. MELVINA<br>MES 17875096810<br>NILES, IL 60714 | 1 |
| 161 | W.W. GRAINGER, INC.<br>ATTN: SPECIAL COLLECTIONS<br>DEPARTMENT<br>7300 N. MELVINA<br>MES 17875096810<br>NILES, IL 60714 | 1 |

**ENERGY FUTURE HOLDINGS CORP., et al.**
**OMNIBUS OBJECTION 1: SCHEDULE 1**

| | NAME | EXHIBIT |
|---|---|---|
| 162 | W.W. GRAINGER, INC.<br>ATTN: SPECIAL COLLECTIONS<br>DEPARTMENT<br>7300 N. MELVINA<br>MES 17875096810<br>NILES, IL 60714 | 1 |
| 163 | W.W. GRAINGER, INC.<br>ATTN: SPECIAL COLLECTIONS<br>DEPARTMENT<br>7300 N. MELVINA<br>MES 17875096810<br>NILES, IL 60714 | 1 |
| 164 | W.W. GRAINGER, INC.<br>ATTN: SPECIAL COLLECTIONS<br>DEPARTMENT<br>7300 N. MELVINA<br>MES 17875096810<br>NILES, IL 60714 | 1 |
| 165 | W.W. GRAINGER, INC.<br>ATTN: SPECIAL COLLECTIONS<br>DEPARTMENT<br>7300 N. MELVINA<br>MES 17875096810<br>NILES, IL 60714 | 1 |
| 166 | W.W. GRAINGER, INC.<br>ATTN: SPECIAL COLLECTIONS<br>DEPARTMENT<br>7300 N. MELVINA<br>MES 17875096810<br>NILES, IL 60714 | 1 |
| 167 | W.W. GRAINGER, INC.<br>ATTN: SPECIAL COLLECTIONS<br>DEPARTMENT<br>7300 N. MELVINA<br>MES 17875096810<br>NILES, IL 60714 | 1 |
| 168 | W.W. GRAINGER, INC.<br>ATTN: SPECIAL COLLECTIONS<br>DEPARTMENT<br>7300 N. MELVINA<br>MES 17875096810<br>NILES, IL 60714 | 1 |
| 169 | W.W. GRAINGER, INC.<br>ATTN: SPECIAL COLLECTIONS<br>DEPARTMENT<br>7300 N. MELVINA<br>MES 17875096810<br>NILES, IL 60714 | 1 |

**ENERGY FUTURE HOLDINGS CORP., et al.**
**OMNIBUS OBJECTION 1: SCHEDULE 1**

| | NAME | EXHIBIT |
|---|---|---|
| 170 | **W.W. GRAINGER, INC.**<br>**ATTN: SPECIAL COLLECTIONS**<br>**DEPARTMENT**<br>**7300 N. MELVINA**<br>**MES 17875096810**<br>**NILES, IL 60714** | 1 |
| 171 | **W.W. GRAINGER, INC.**<br>**ATTN: SPECIAL COLLECTIONS**<br>**DEPARTMENT**<br>**7300 N. MELVINA**<br>**MES 17875096810**<br>**NILES, IL 60714** | 1 |
| 172 | **W.W. GRAINGER, INC.**<br>**ATTN: SPECIAL COLLECTIONS**<br>**DEPARTMENT**<br>**7300 N. MELVINA**<br>**MES 17875096810**<br>**NILES, IL 60714** | 1 |
| 173 | **W.W. GRAINGER, INC.**<br>**ATTN: SPECIAL COLLECTIONS**<br>**DEPARTMENT**<br>**7300 N. MELVINA**<br>**MES 17875096810**<br>**NILES, IL 60714** | 1 |
| 174 | **W.W. GRAINGER, INC.**<br>**ATTN: SPECIAL COLLECTIONS**<br>**DEPARTMENT**<br>**7300 N. MELVINA**<br>**MES 17875096810**<br>**NILES, IL 60714** | 1 |
| 175 | **W.W. GRAINGER, INC.**<br>**ATTN: SPECIAL COLLECTIONS**<br>**DEPARTMENT**<br>**7300 N. MELVINA**<br>**MES 17875096810**<br>**NILES, IL 60714** | 1 |
| 176 | **W.W. GRAINGER, INC.**<br>**ATTN: SPECIAL COLLECTIONS**<br>**DEPARTMENT**<br>**7300 N. MELVINA**<br>**MES 17875096810**<br>**NILES, IL 60714** | 1 |
| 177 | **W.W. GRAINGER, INC.**<br>**ATTN: SPECIAL COLLECTIONS**<br>**DEPARTMENT**<br>**7300 N. MELVINA**<br>**MES 17875096810**<br>**NILES, IL 60714** | 1 |

**ENERGY FUTURE HOLDINGS CORP., et al.**
**OMNIBUS OBJECTION 1: SCHEDULE 1**

| | NAME | EXHIBIT |
|---|---|---|
| 178 | WARD COUNTY<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON LLP<br>711 NAVARRO STREET, STE 300<br>SAN ANTONIO, TX 78205 | 1 |
| 179 | WARD COUNTY<br>C/O LINEBARGER GOGGAN BLAIR<br>SAMPSON LLP<br>ATTN: DAVID G. AELVOET<br>711 NAVARRO ST, STE 300<br>SAN ANTONIO, TX 78205 | 2 |
| 180 | WARFAB, INC.<br>C/O RITCHESON, LAUFFER &<br>VINCENT, P.C.<br>ATTN: SCOTT A. RITCHESON<br>821 ESE LOOP 323, STE. 530<br>TYLER, TX 75701 | 1 |
| 181 | WARFAB, INC.<br>C/O RITCHESON, LAUFFER &<br>VINCENT, P.C.<br>ATTN: SCOTT A. RITCHESON<br>821 ESE LOOP 323, STE. 530<br>TYLER, TX 75701 | 1 |
| 182 | WARFAB, INC.<br>C/O RITCHESON, LAUFFER &<br>VINCENT, P.C.<br>ATTN: SCOTT A. RITCHESON<br>821 ESE LOOP 323, STE. 530<br>TYLER, TX 75701 | 1 |
| 183 | WIREROPE WORKS, INC.<br>ATTN: HAROLD KROPP<br>100 MAYNARD STREET<br>WILLIAMSPORT, PA 17701 | 1 |