IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) Re: D.I. 2666 |

### ORDER APPROVING THE ASSUMPTION OF A CERTAIN RENEWABLE ENERGY AND RENEWABLE ENERGY CREDITS PURCHASE AGREEMENT BY AND BETWEEN LUMINANT ENERGY COMPANY LLC AND BRAZOS WIND, LP, AS AMENDED

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for entry of an order (this "Order"), authorizing the Debtor Parties to assume the Amended PPA and provide adequate assurance of future performance, all as set forth in the Motion and the Frenzel Declaration; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this case and the Motion in this district is proper pursuant to §§ 1408 and 1409; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having found that the Debtors provided appropriate notice of the Motion and the opportunity for a hearing on the Motion under the circumstances; and the Court having reviewed the Motion and

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

RLF1 11062364v.1

having heard the statements in support of the relief requested therein at a hearing, if any, before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. Luminant Energy is authorized to assume the Amended PPA pursuant to section 365 of the Bankruptcy Code, and the Amended PPA is hereby assumed.

3. Pursuant to section 365(b) of the Bankruptcy Code, the Cure Amount of $10,380,000.00 is approved and Brazos shall be permitted to recover such Cure Amount by liquidating the Collateral (to the extent not already cash) and applying it as payment to the Cure Amount. Brazos shall be forever barred and enjoined from asserting against the Debtors any defaults, claims, interests, or other default penalties under the PPA or the Amended PPA arising before the date of this Order.

4. The Debtors have provided adequate assurance of future performance under the PPA.

5. In accordance with this Order and any other order of this Court, each of the financial institutions at which the Debtors maintain their accounts is authorized and directed to receive, process, honor, and pay all such checks presented for payment and wire transfer requests made by the Debtors related to the Amended PPA, to the extent sufficient funds are on deposit in such accounts.

6. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (a) an admission as to the validity of any

particular claim against a Debtor entity; (b) a waiver of the Debtors' rights to dispute any particular claim on any grounds; (c) a promise or requirement to pay any particular claim other than the Cure Amount; (d) an implication or admission that any particular claim is of a type specified or defined in this Motion; (e) an admission by the Debtors that the PPA or the Amended PPA is executory or unexpired, as applicable; (f) a waiver or limitation of the Debtors' rights under the Bankruptcy Code or any other applicable law; (g) a request or authorization to assume or reject any agreements under section 365 of the Bankruptcy Code other than the PPA or Amended PPA; (h) a waiver of any party's rights to assert that any other party is in breach or default of any agreement; or (i) an admission that the PPA or the Amended PPA is integrated with any other contract or lease.

7. Notice of the Motion as provided therein shall be deemed good and sufficient and the requirements of the Local Bankruptcy Rules are satisfied by such notice.

8. Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

9. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

10. This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Dated: November 19, 2014
Wilmington, Delaware

THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

3