# Exhibit A

## Komandosky Lease

| Ref. # | Details of Contract(s) to be Assumed | | Assumption Counterparty Information | | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| | Debtor(s) | Description of Contract/Lease | Contract Counterparty | Address | | |
| 1 | Luminant Mining Company LLC | Lignite Lease number TX0001201A_42 | Wiggins Komandosky c/o John Komandosky | 1222 Cr 305 McDade TX 78650 | $92.58 | Upon entry of the Assumption Order |