## Exhibit A

**Amended Rejection Schedule**

## Rejection Schedule

| | Details of Contracts to be Rejected | | Rejection Counterparty Information | | Other Rejection Information | |
|---|---|---|---|---|---|---|
| Ref. # | Debtor | Contract description | Contract Counterparty | Address | Rejection Date | Details of Personal Property to be abandoned (if any) |
| 1 | Luminant Generation Company LLC | Enriched Uranium Supply Agreement dated 12/19/2002 | United States Enrichment Corporation | Attention: VP Marketing & Sales<br>6903 Rockledge Dr.<br>Bethesda, Maryland 20817 | Upon entry of the Rejection Order | N/A |
| 2 | Luminant Generation Company LLC | Water Lease, Monticello | Titus County Freshwater Supply District | Attn: Darrell D. Grubbs<br>352 Fort Sherman Dam Road<br>Mount Pleasant TX 75455 | Upon entry of the Rejection Order | N/A |