**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE | ) | **Chapter 11** |
| | ) | |
| **ENERGY FUTURE HOLDINGS CORP.,** | ) | **Case No. 14-10979 (CSS)** |
| **et al.,** | ) | |
| | ) | |
| Debtors. | ) | **(Jointly Administered)** |
| | ) | |

**NOTICE OF WITHDRAWAL OF ORACLE AMERICA, INC.'S GENERAL**
**UNSECURED PROOF OF CLAIM (CLAIM #7797)**

**PLEASE TAKE NOTICE** that Oracle America, Inc., ("Oracle"), hereby

withdraws its general unsecured proof of claim (Claim #7797), in the amount of $2,421.62, filed

in Case Number 14-10979, with the Claims Agent, Epiq Bankruptcy Solutions, LLC on or about

October 27, 2014.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

2

DATED: November 19, 2014        MAGNOZZI & KYE LLP


___/s/ Amish R. Doshi_____
Amish Doshi, Esq.
23 Green Street, Suite 302
Huntington, New York
Telephone:  (631) 923-2858

Shawn M. Christianson, Esq.
BUCHALTER NEMER P.C.
55 Second Street, 17th Floor
San Francisco, California 94105
Telephone:(415)227-0900


Deborah Miller, Esq.
ORACLE AMERICA, INC.
Deborah Miller  (CSB #95527)
500 Oracle Parkway
Redwood City, California  94065

Attorneys for Creditor,
Oracle America, Inc.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE | ) | **Chapter 11** |
| | ) | |
| **ENERGY FUTURE HOLDINGS CORP.,** | ) | **Case No. 14-10979 (CSS)** |
| **et al.,** | ) | |
| | ) | |
| Debtors. | ) | **(Jointly Administered)** |
| | ) | |

**CERTIFICATE OF SERVICE**

I, Amish R. Doshi, hereby certify that on November 19, 2014, I caused to be served a copy of *NOTICE OF WITHDRAWAL OF ORACLE AMERICA, INC.'S GENERAL UNSECURED PROOF OF CLAIM (CLAIM #7797)* on the parties listed on the attached service list via regular mail.  In addition, the parties entitled to receive notice by the Court's CM-ECF system were sent an email notification of such filing by the Court's CM-ECF System.


 _/s/ Amish R. Doshi_____
 Amish R. Doshi

## SERVICE LIST

Epiq Systems Solutions, LLC

c/o Energy Futures Holding Corp. Bankruptcy Team

FDR Station, P. O. Box 5071

New York, NY 10150-5071