# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 2810** |

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that the law firm of Venable LLP ("Venable") has appeared as co-special counsel to Energy Future Intermediate Holdings Company LLC ("EFIH") in the above-referenced bankruptcy case (the "Case") in connection with the "Independent Matters," as defined in the *Stipulation and Agreed Order Regarding Protocol for Certain Case Matters* [Dkt. No. 2051], entered September 16, 2014.

**PLEASE TAKE FURTHER NOTICE** that Venable hereby withdraws its appearance as co-special counsel to EFIH, and requests that it be removed from any applicable service lists in the Case on behalf of EFIH.

**PLEASE TAKE FURTHER NOTICE** that the law firm of Cravath, Swaine & Moore LLP continues to represent EFIH as special counsel.

[*Signature block on following page.*]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Dated: November 20, 2014 **VENABLE LLP**

/s/ *Daniel A. O'Brien*
Jamie L. Edmonson (No. 4247)
Daniel A. O'Brien (No. 4897)
1201 North Market Street, Suite 1400
Wilmington, Delaware 19801
Phone: (302) 298-3535
Fax:    (302) 298-3520