IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: D.I. 2710** |

**CERTIFICATION OF COUNSEL CONCERNING ORDER
AUTHORIZING CERTAIN DEBTORS TO ENTER INTO
NON-PROPRIETARY HEDGING AND TRADING ARRANGEMENTS
WITH A TENOR BEYOND DECEMBER 31, 2015 AND SUBJECT TO HEDGE
AND TENOR LIMITATIONS CONSISTENT WITH HISTORICAL PRACTICE**

The undersigned hereby certifies as follows:

1. On November 6, 2014, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of Energy Future Holdings Corp., et al., Clarifying Certain Relief Granted in the Non-Proprietary Trading Order and Seeking Entry of an Order Authorizing Certain Debtors to Enter Into Non-Proprietary Hedging and Trading Arrangements with a Tenor Beyond December 31, 2015 and Subject to Hedge and Tenor Limitations Consistent with Historical Practice* [D.I. 2710] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). On November 6, 2014, the Debtors also filed the *Declaration of Terry L. Nutt, Senior Vice President and Controller of EFH Corp. in Support of the Motion of Energy Future Holdings Corp., et al., Clarifying Certain Relief Granted in the Non-Proprietary Trading*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

*Order and Seeking Entry of an Order Authorizing Certain Debtors to Enter into Non-Proprietary Hedging and Trading Arrangements with a Tenor Beyond December 31, 2015 and Subject to Hedge and Tenor Limitations Consistent with Historical Practice* [D.I. 2711] in support of the Motion.

2. Pursuant to the *Order Shortening Notice Period in Connection with "Motion of Energy Future Holdings Corp., et al., Clarifying Certain Relief Granted in the Non-Proprietary Trading Order and Seeking Entry of an Order Authorizing Certain Debtors to Enter into Non-Proprietary Hedging and Trading Arrangements with a Tenor Beyond December 31, 2015 and Subject to Hedge and Tenor Limitations Consistent with Historical Practice" and Granting Related Relief* [D.I. 2744], entered by the Bankruptcy Court on November 12, 2014, objections or responses to the Motion were to be filed and served no later than 4:00 p.m. (Eastern Standard Time) on November 17, 2014 at 4:00 p.m. (the "Objection Deadline").[2] A hearing to consider the relief requested in the Motion is currently scheduled to take place before the Bankruptcy Court on November 20, 2014 starting at 12:00 p.m. (noon) (Eastern Standard Time).

3. Prior to the Objection Deadline (as extended for the TCEH Creditors' Committee), the TCEH Creditors' Committee, the ad hoc group of TCEH unsecured noteholders, the TCEH First Lien Ad Hoc Committee, the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee"), and the Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. (the "EFIH Creditors' Committee") provided informal comments to the

---

[2] The Objection Deadline was extended solely for the Official Committee of Unsecured Creditors of Energy Future Competitive Holdings Company LLC ("EFCH"), EFCH's direct subsidiary, Texas Competitive Electric Holdings Company LLC and their direct and indirect subsidiaries, and EFH Corporate Services Company (the "TCEH Creditors' Committee") through November 18, 2014 at 12:00 p.m. (noon) (Eastern Standard Time).

Motion (collectively, the "Informal Responses").

4.  Other than the Informal Responses, as of the date hereof, the Debtors have received no other responses or objections in connection with the Motion nor do any other objections thereto appear on the Bankruptcy Court's docket in the Debtors' chapter 11 cases. Based on various communications by and between the Debtors, the TCEH Creditors' Committee, the ad hoc group of TCEH unsecured noteholders, the TCEH First Lien Ad Hoc Committee, the U.S. Trustee, and the EFIH Creditors' Committee, the Debtors have prepared a revised form of order (the "Revised Order") in connection with the Motion, which fully resolves the Informal Responses. A copy of the Revised Order is attached hereto as Exhibit A. A blackline, comparing the Revised Order against the form of order originally filed along with the Motion is attached hereto as Exhibit B. The Revised Order has been circulated to, and is acceptable to, the Debtors, the TCEH Creditors' Committee, the ad hoc group of TCEH unsecured noteholders, the TCEH First Lien Ad Hoc Committee, the U.S. Trustee, and the EFIH Creditors' Committee.

5.  The Debtors therefore respectfully request that the Bankruptcy Court enter the Revised Order, substantially in the form attached hereto as Exhibit A, at its earliest convenience.

Dated: November 20, 2014
      Wilmington, Delaware

/s/ *[signature]*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:    (302) 651-7701
Email:         collins@rlf.com
               defranceschi@rlf.com
               madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email:         edward.sassower@kirkland.com
               stephen.hessler@kirkland.com
               brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email:         james.sprayregen@kirkland.com
               chad.husnick@kirkland.com
               steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession