United States Bankruptcy Court for the District of Delaware

**FILED / RECEIVED**
**NOV 18 2014**
**Epiq Bankruptcy Solutions, LLC**

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Energy Future Holdings Corp., 14-10979 |
|---|---|
| Creditor Name and Address: | Securitas Security Services USA, Inc.<br>2 Campus Dr.<br>Parsippany, NJ 07054 |
| Court Claim Number (if known): | 2652 |
| Date Claim Filed: | June 27, 2014 |
| Total Amount of Claim Filed: | $2,065,702.34 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 11/12/2014

Print Name: EVAN MORGAN
Title (if applicable): SR. CREDIT ANALYST

---

## DEFINITIONS

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

### ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

**Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).**

**This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or, if applicable, with their duly appointed Claims Agent as per any procedure approved by the court in the above-referenced bankruptcy proceeding.**

**ENERGY FUTURE HOLDINGS CORP., DEBTOR**
**CASE NO.14-10979 (CSS)**

## ADDENDUM TO WITHDRAWAL OF PROOF OF CLAIM OF SECURITAS SECURITY SERVICES USA, LLC

Securitas Security Services USA, Inc., Claimant, respectfully submits this addendum to the withdrawal of its general unsecured Proof of Claim in the Chapter 11 case of Energy Future Holdings Corp., Case No. 14-10979, filed in the United States Bankruptcy Court for the District of Delaware on April 29, 2014. On June 27, 2014, Claimant mistakenly filed a proof of claim in this case (the "EFH Claim"), which was assigned number 2652 by the Clerk's Office and/or Epiq Bankruptcy Solutions, LLC. On October 10, 2014, Claimant filed a corrected proof of claim, assigned number 5102, in the case of Luminant Generation Company LLC, Case No. 14-11032, to supersede the EFH Claim.

*266409v1*

```
EPIQ SYSTEMS
Inbound Date & Time:  11/18/2014 12:19:58 PM
Recepient       Persaud, Tony
Client Code     efh
Logged By       T. Vazquez

EPIQ2928
```

**H A N D   D E L I V E R Y**

_____     11/18/14        12:18p
RECEIVED BY:                     DATE            TIME