# SIGN-IN SHEET

**CASE NAME:** Energy Future
**CASE NO:** 14-10979
**COURTROOM LOCATION:** 6
**DATE:** 11/20/14 at 12:00 P.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Edmund Emrich | Shearman & Sterling | Deutsche Bank New York |
| P Stephen McNeill | Potter Anderson & Corroon | " |
| Aaron Stulman | Potter Anderson & Corroon | " |
| Richard Levin | Ashby & Geddes | WSFS |
| Edward Sassower | Cravath, Swaine & Moore LLP | EFIH |
| Mark Kieselstein | Kirkland & Ellis | Debtors |
| Chad Husnick | " | " |
| Brian Schartz | " | " |
| Dan DeFranceschi | Richards Layton & Finger | " |
| Steve Hessler | Kirkland & Ellis | " |
| Jason Madron | Richards Layton & Finger | " |
| Justin Edelson | Polsinelli | " |
| Jarrett Vine | Polsinelli | TCEH Committee |
| Brett Miller | Morris + Foerster | " |
| Billy Milby | " | " |
| Ryan Bartley | Young Conaway Stargatt & Taylor | Ad Hoc Comm of TCEH First Lien Creditors |
| Jason McMadus | Richards Layton & Finger | Debtors |
| Giacholais Pinzo | Bayard | IT for TCEH 10.5% 1st Lien Notes |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# SIGN-IN SHEET

**CASE NAME:** Energy Future  
**CASE NO:** 14-10979  
**COURTROOM LOCATION:** 6  
**DATE:** 11/20/14 at 12:00 P.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Aya Kashishian | Chipman Brown Cicero d/o/c | Ad hoc committee of EFH unsecured notholders |
| Cup Groenigel | Klehr Harrison | Ad hoc NA Indenture Trustee |
| Laura Davis Jones | Pachulski Stang Ziehl Jones | Second Lien Trustee |
| Kate Stickles | Cole Schotz | Delaware Trust Company Indenture Trustee |
| Ross Martin | Ropes & Gray | " |
| Brian Glueckstein | Sullivan & Cromwell | EFH Committee |
| Andrew Dietderich | " | " |
| Michael Torkin | " | " |
| Richard Schepacarter | USDOJ OUST | UST |
| Natalie Ramsey | Montgomery McCracken | EFH Committee |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# Court Conference

**Calendar Date:** 11/20/2014
**Calendar Time:** 12:00 PM ET

## U.S. Bankruptcy Court-Delaware (DE - US)
## Confirmed Telephonic Appearance Schedule
## Honorable Christopher S. Sontchi
## #6

1st Revision 11/19/2014 03:47 PM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6595600 | Jacob A. Adlerstein | (212) 373-3142 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Paul Weiss Rifkind Wharton & Garrison / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6596835 | Scott L. Alberino | (202) 887-4000 | Akin Gump Strauss Hauer & Feld LLP | Representing, EFIH Unsecured Noteholders / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6596090 | Arlene R. Alves | (212) 574-1204 | Seward & Kissel LLP | Creditor, Wilmington Trust as First Lein Collateral Agent and Administrator Agent / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6594234 | Desiree M. Amador | (202) 326-4020 ext. 3094 | Pension Benefit Guaranty Corporation | Creditor, Pension Benefit Guaranty Corporation / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6596901 | Nii-Amar Amamoo | (212) 506-1933 ext. 00 | Kasowitz Benson Torres & Friedman | Interested Party, Ad Hoc Group of EFH Legacy Noteholders / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6518329 | Caitlin Barr | (312) 558-5600 | Winston & Strawn LLP | Interested Party, CenterPoint Energy Resources Corp. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6598501 | Jon R. Berke | (646) 378-3108 | DebtWire | Interested Party, DebtWire / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6594283 | Elizabeth Blakely | (212) 803-9931 | Polsinelli PC | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6596844 | Robert J. Boller | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, AHC / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6592550 | Peg A. Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6595323 | Matthew Brod | (212) 530-5460 | Milbank, Tweed, Hadley & McCloy, LL | Creditor, Citibank, N.A. / LISTEN ONLY |

| Energy Future Holdings Corp. | 14-10979 | Hearing | 6597078 | Christopher L. Carter | (617) 951-8063 | Bingham McCutchen, LLP | Creditor, Pacific Investment Management Company / LISTEN ONLY |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6596859 | Chris Carty | (212) 872-8045 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, AdHoc Committee / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6596943 | Samuel Cavior | (212) 858-1146 | Pillsbury Winthrop Shaw Pittman LLP | Interested Party, MHI / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6596787 | Jeremy Coffey | (617) 856-8595 | Brown Rudnick LLP | Interested Party, Wilmington Savings Fund Society, FSB / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6594205 | Kent Collier | (212) 257-4383 | Reorg Research, Inc. | Interested Party, Kent Collier / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6596174 | Michael L. Davitt | (214) 969-2938 | Jones Day | Representing, Oncor Electric Delivery Holdings Company LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6592859 | Adam M. Denhoff | 212-373-3000 ext. 3471 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Paul Weiss Rifkind Wharton & Garrison / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6596831 | Ira Dizengoff | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Ira Dizengoff / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6596881 | Stacey Dore | (212) 446-6411 | Energy Future Holdings Corp. | Interested Party, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6596929 | Jon Emswiler | (203) 717-6588 | Stifel Financial Corp. | Interested Party, Stifel Financial / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6595790 | Marita Erbeck | (973) 360-1100 | Drinker Biddle & Reath LLP | Creditor, CSC Trust Co. of Delaware / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6594480 | Mark Flannagan - Client | (312) 832-4364 | Foley & Lardner LLP | Creditor, UMB Bank Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6597065 | Julia Frost-Davies | (617) 951-8422 | Bingham McCutchen, LLP | Creditor, Pacific Investment Management Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6596861 | Ches Garrison | (202) 887-4000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Cousins Chipman & Brown, LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6597994 | Meggie Gilstrap | 214-953-6500 | Baker Botts LLP | Interested Party, Hunt Utility Services / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6597505 | Brett D. Goodman | 212-704-6170 | Troutman Sanders LLP | Interested Party, Wilmington Savings Funds Society, FSB / LIVE |

| Case | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. 14-10979 | Hearing | 6595157 | Brian Guiney | (212) 336-2305 | Patterson Belknap Webb & Tyler | Interested Party, Law Debenture Trust Company of New York / LISTEN ONLY |
| Energy Future Holdings Corp. 14-10979 | Hearing | 6598475 | Daniel J. Harris | (212) 468-4292 | Morrison & Foerster | Creditor, Creditors Committee / LISTEN ONLY |
| Energy Future Holdings Corp. 14-10979 | Hearing | 6596983 | Sandra Horwitz - Client | (212) 841-8704 | Ropes & Gray LLP | Client, Sandra Horwitz / LISTEN ONLY |
| Energy Future Holdings Corp. 14-10979 | Hearing | 6596874 | Chad J. Husnick | (312) 862-2009 | Kirkland & Ellis LLP | Debtor, Energy Future Holding Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. 14-10979 | Hearing | 6596962 | Gary L. Kaplan | (212) 859-8376 | Fried, Frank, Harris, Shriver & Jacobson | Creditor, Fidelity Management & Research Company / LISTEN ONLY |
| Energy Future Holdings Corp. 14-10979 | Hearing | 6594487 | Harold Kaplan | (312) 832-4393 | Foley & Lardner LLP | Creditor, UMB Bank / LISTEN ONLY |
| Energy Future Holdings Corp. 14-10979 | Hearing | 6593183 | Evgeny Karlik | 212-225-2275 | Cleary Gottlieb Steen & Hamilton | Interested Party, Evgeny Karlik / LISTEN ONLY |
| Energy Future Holdings Corp. 14-10979 | Hearing | 6598080 | Chris D. Kenny | 646-445-6572 | Aurelius Capital Management, LP | Creditor, Chris Kenny / LISTEN ONLY |
| Energy Future Holdings Corp. 14-10979 | Hearing | 6545528 | Stuart Kovensky | (201) 541-2121 | Onex Credit Partners | Interested Party, Onex Credit Partners / LISTEN ONLY |
| Energy Future Holdings Corp. 14-10979 | Hearing | 6480810 | Michele F. Kyrouz | (415) 391-8900 | Watershed Asset Management, LLC | Interested Party, Watershed Asset Management, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. 14-10979 | Hearing | 6596837 | Meredith A. Lahaie | (212) 872-8032 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, AHC / LIVE |
| Energy Future Holdings Corp. 14-10979 | Hearing | 6598077 | Robert K. Malone | (973) 549-7080 | Drinker Biddle & Reath LLP | Interested Party, Citibank N.A. / LIVE |
| Energy Future Holdings Corp. 14-10979 | Hearing | 6596888 | Damon Meyer | (212) 450-4029 | Davis Polk & Wardwell LLP | Interested Party, Goldman Sachs / LISTEN ONLY |
| Energy Future Holdings Corp. 14-10979 | Hearing | 6597005 | James H. Millar | (212) 248-3264 | Drinker Biddle & Reath LLP | Representing, CSC Trust Company of Delaware, as Indenture Trustee / LISTEN ONLY |
| Energy Future Holdings Corp. 14-10979 | Hearing | 6596850 | Naomi Moss | (212) 872-8051 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| Energy Future Holdings Corp. 14-10979 | Hearing | 6598259 | Terry Nutt | (302) 651-7000 | EFH Corporation | Debtor, EFH Corporation / LIVE |
| Energy Future Holdings Corp. 14-10979 | Hearing | 6598136 | Jeffrey M. Olinsky | (212) 250-5760 | Deutsche Bank | Creditor, Deutsche Bank / LISTEN ONLY |

| Case | Type | ID | Name | Phone | Firm | Role |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6595051 | Tuvia Perez | (212) 715-9100 | Kramer Levin Naftalis & Frankel LLP | Creditor, Trustee for Second Lien Notes / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6593048 | Meredith Pfister | (212) 412-1368 | Barclays Bank PLC | Interested Party, Barclays Bank PLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6596839 | Abid Qureshi | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6596991 | Elizabeth Rasskazova | 207-901-8380 | Polygon Global Partners | Interested Party, Polygon Global Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6596279 | Marc B. Roitman | (212) 408-5100 | Chadbourne & Parke LLP | Interested Party, Nextera Energy / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6596822 | Ravi Sarawgi | (212) 270-6479 | JPMorgan Chase & Co. | Interested Party, JP Morgan Chase & Co. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6598407 | Ned S. Schodek | (212) 848-7052 | Shearman & Sterling LLP | Creditor, Deutsche Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6596977 | Mark Somerstein | (212) 841-8814 | Ropes & Gray LLP | Creditor, R3 Capitol Holdings / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6596916 | Michael Shepherd | (305) 925-4790 | White & Case LLP | Creditor, The Ad Hoc Group of TCEH Unsecured Note Holders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6594718 | Andrew M. Thau | (203) 862-6231 | Southpaw Asset Management | Creditor, Southpaw Asset Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6596964 | Meredith S. Tinkham | (617) 951-7250 ext. 00 | Ropes & Gray, LLP | Creditor, CSC Trust of Delaware / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6596855 | Jack Tracy | (212) 872-7439 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6596935 | Carl Tullson | (312) 407-0379 | Skadden Arps Slate Meagher & Flom ( | Interested Party, Borealis Infrastructure Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6597039 | Edward Weisfelner | 212-209-4900 | Brown Rudnick LLP | Interested Party, Wilmington Savings Fund Society, FSB / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6596878 | Aparna Yenamandra | (212) 446-4800 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6596846 | Lindsay Zahradka | (212) 872-7419 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |

| Debtor | Case | Type | ID | Name | Firm | Representing |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6596848 | Daniel Zazove | Perkins Coie LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 (14-5079) | Hearing | 6597613 | Harrison Denman | White & Case LLP | (212) 819-2567 Creditor, TCEH Unsecured Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (14-5079) | Hearing | 6597402 | Benjamin D. Feder | Kelley Drye & Warren, LLP | (212) 808-7925 Representing, CSC Trust Co. of Delaware / LIVE |