**Exhibit C**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**ORDER APPROVING THE AMENDMENT AND ASSUMPTION
OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

Pursuant to the order approving expedited procedures for the rejection, assumption, or assumption and assignment of the Debtors' executory contracts and unexpired leases and granting related relief (the "<u>Procedures Order</u>")[2] [D.I. 2015]; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Debtors having properly served an Individual Assumption Notice on each applicable party as set forth in the Amended Assumption Schedule, attached hereto as **Exhibit A**, in accordance with the terms of the Procedures Order; and no timely objections have been filed to the assumption of such Contracts or Leases; and due and proper notice of the Individual Assumption Notice having been provided

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Procedures Order.

to each applicable counterparty as set forth in the Amended Assumption Schedule, and it appearing that no other notice need be provided; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The assumption of the Contracts and Leases as set forth in the Amended Assumption Schedule is hereby approved.

2. The cure amount under section 365(b) of the Bankruptcy Code in connection with the assumption of the Contracts and Leases is hereby final as set forth in the Amended Assumption Schedule and any claims against the Debtors arising under the Contracts and Leases prior to the entry of this Order are forever barred and enjoined.

3. The Debtors are authorized to take any action necessary to implement the terms of this Order without further order from this Court.

4. Any amendments to a Contract or Lease as set forth in Amended Assumption Schedule are hereby approved pursuant to section 363(b) of the Bankruptcy Code.

5. Assumption of the Contracts and Leases and payment of any associated cure amounts do not constitute: (a) an admission by the Debtors that the Contract or Lease is in fact an executory contract or unexpired lease under section 365 of title 11 of the United States Code or that the Debtors shall have any liability under the Contract or Lease, or (b) a waiver by the Debtors of any rights, claims, or defenses in connection with or arising under any Contract or Lease.

6. Notwithstanding the potential applicability of Bankruptcy Rule 6006(d), 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7. This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Dated: _____, 2014
      Wilmington, Delaware

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

Case 14-10979-CSS    Doc 2834-3    Filed 11/20/14    Page 5 of 6

## Exhibit A

**Amended Assumption Schedule**

## Amended Third Assumption Schedule

| | Details of Contract(s) to be Assumed | | Assumption Counterparty Information | | | | |
|---|---|---|---|---|---|---|---|
| Ref. # | Debtor(s) | Description of Contract/Lease | Contract Counterparty | Address | Cure Amount | Details of Material Amendements | Assumption Date |
| 1 | Luminant Mining Company LLC | Coffield Royalty Interest as described in the CPS Lignite Lease | Boy Scouts Of America | C/O Mr Randall L Kopsa<br>P.O. Box 152079<br>Irving, TX 75105-2079 USA | $43,497.13 | N/A | Upon entry of the Assumption Order |
| | | | Episcopal Foundation Of Texas | C/O Mr David N Fisher<br>1225 Texas Ave.<br>Houston, TX 77002-3504 USA | $43,497.13 | N/A | Upon entry of the Assumption Order |
| | | | The Salvation Army | Attn: Legal Dept<br>P.O. Box 36607<br>Dallas, TX 75235 USA | $43,497.14 | N/A | Upon entry of the Assumption Order |
| 2 | TXU Energy Retail Company LLC | Building Lease for office space at 200 W. JW Carpenter Freeway-COF, Irving, TX | CP Fort Worth Limited Partnership | CP Ft Worth Limited Partnership<br>4890 Alpha Rd, Suite 110<br>Dallas, TX 75244 | $0.00 | • Tenant will exercise the first of two five-year renewal options, extending the lease term from its current expiration on July 31, 2015 to a new expiration on July 31, 2020.<br><br>• Base Rent will be $8.25 per square foot ($1,565,652 annually).<br><br>• Landlord will reimburse Tenant for actual cost, not to exceed $275,000, for purchase and installation of certain electrical motor control centers that are part of the building electrical system.<br><br>• The motor control centers are or will be installed by Tenant as permanent fixtures to the building, and the cost (amortized straight-line over useful life) will be repaid by the Tenant as "additional rent" over the lease term (estimated $587.61 per month). | Upon entry of the Assumption Order |
| | | | Hunt Realty Investments<br>Attn: Diane Hornquist<br>1900 N. Akard St.<br>Dallas, TX 75201 | | $0.00 | | Upon entry of the Assumption Order |
| 3 | Sandow Power Company LLC | Lignite Mining Lease and Assignment Agreement | City of San Antonio, as part of its electric and gas system acting by and through the City Public Service Board of San Antonio, Texas (CPS) | Attention: Director of Fuels, Bulk Power Sales and Generation Control<br>P.O. Box 17721<br>San Antonio, TX 78296 | $0.00 | N/A | Upon entry of the Assumption Order |