# SIGN-IN SHEET

**CASE NAME:** Energy Future
**CASE NO:** 14-10979, Adv. 14-50797
**COURTROOM LOCATION:** 6
**DATE:** 11/20/14 at 4:00 P.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Edward Emrich | Shearman & Sterling | Deutsche Bank New York |
| R. Stephen McNeill | Potter Anderson & Corroon | " |
| Yehudah Buchweitz | Weil Gotshal & Manges LLP | Avenue Capital et al |
| Stephen Karotkin | Weil Gotshal & Manges LLP | " |
| John G. Harris | Berger Harris LLP | " |
| Bruce Bennett | Jones Day | Defendants |
| Gregory Shoemaker | " | |
| William Loxton | " | |
| Tobey Daluz | Ballard Spahr | |
| Greg Taylor | Ashby & Geddes | WSFS, Trustee |
| Ann Kashishian | Chipman Brown Cicero & Cole | Ad hoc committee of EFIH Unsecureds |
| Jason M. Madron | Richards Layton & Finger | Debtors |
| Guy Gornish | Kelley Drye | UMB Bank N.A. Indenture Trustee |
| Colin R. Robinson | Pachulski Stang Ziehl & Jones | Second Lien Indenture Trustee |
| John Bird | Fox Rothschild | TCEH Ad Hoc Group Unsec Notes |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# Court Conference

**Calendar Date:** 11/20/2014
**Calendar Time:** 04:00 PM ET

## U.S. Bankruptcy Court-Delaware (DE - US)
## Confirmed Telephonic Appearance Schedule
## Honorable Christopher S. Sontchi
### #6

*Amended Calendar 11/20/2014 12:48 PM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | ✓ | Energy Future Holdings Corp. | 14-10979 | Hearing | 6599947 | Arlene R. Alves | (212) 574-1204 | Seward & Kissel LLP | Creditor, Wilmington Trust as First Lein Collateral Agent and Administrator Agent / LISTEN ONLY |
| | ✓ | Energy Future Holdings Corp. | 14-10979 | Hearing | 6599941 | Nii-Amar Amamoo | (212) 506-1933 ext. 00 | Kasowitz Benson Torres & Friedman | Interested Party, Ad Hoc Group of EFH Legacy Noteholders / LISTEN ONLY |
| | ✓ | Energy Future Holdings Corp. | 14-10979 | Hearing | 6595330 | Matthew Brod | (212) 530-5460 | Milbank, Tweed, Hadley & McCloy, LLl | Creditor, Citibank, N.A. / LISTEN ONLY |
| | ✓ | Energy Future Holdings Corp. | 14-10979 | Hearing | 6597097 | Christopher L. Carter | (617) 951-8063 | Bingham McCutchen, LLP | Creditor, Pacific Investment Management Company / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6600236 | Daniel DeFranceschi | (302) 651-7700 | Richards, Layton & Finger, P.A. | Debtor, Energy Future Holdings Corp. / LIVE |
| | ✓ | Energy Future Holdings Corp. | 14-10979 | Hearing | 6596952 | Stacey Dore | (212) 446-6411 | Energy Future Holdings Corp. | Interested Party, Energy Future Holdings Corp. / LISTEN ONLY |
| | ✓ | Energy Future Holdings Corp. | 14-10979 | Hearing | 6600226 | Justin Edelson | (302) 252-0925 | Polsinelli PC | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | ✓ | Energy Future Holdings Corp. | 14-10979 | Hearing | 6597016 | Marita Erbeck | (973) 360-1100 | Drinker Biddle & Reath LLP | Creditor, CSC Trust Co. of Delaware / LISTEN ONLY |
| | ✓ | Energy Future Holdings Corp. | 14-10979 | Hearing | 6600074 | Simon Fraser | (302) 295-2000 | Cozen O'Connor | Creditor, J. Aron / LISTEN ONLY |
| | ✓ | Energy Future Holdings Corp. | 14-10979 | Hearing | 6600530 | Meggie Gilstrap | 214-953-6500 | Baker Botts LLP | Interested Party, Hunt Utility Services / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6596966 | Chad J. Husnick | (312) 862-2009 | Kirkland & Ellis LLP | Debtor, Energy Future Holding Corp. / LIVE |
| | ✓ | Energy Future Holdings Corp. | 14-10979 | Hearing | 6596963 | Natasha Hwangpo | (212) 909-3198 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings / LISTEN ONLY |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ✓ | Energy Future Holdings Corp. | 14-10979 | Hearing | 6596961 | Anna Kalenchits | 212-723-1808 | Citi Group Global Markets | Interested Party, Citi / LISTEN ONLY |
| ✓ | Energy Future Holdings Corp. | 14-10979 | Hearing | 6596944 | ~~Mark E. McKane~~ Andrew McGaan | 415-439-1400 | Kirkland & Ellis LLP | Debtor, Energy Future Holding Corp. / LIVE |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 6597013 | James H. Millar | (212) 248-3264 | Drinker Biddle & Reath LLP | Representing, CSC Trust Company of Delaware, as Indenture Trustee / LISTEN ONLY |
| ✓ | Energy Future Holdings Corp. | 14-10979 | Hearing | 6598139 | Jeffrey M. Olinsky | (212) 250-5760 | Deutsche Bank | Creditor, Deutsche Bank / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 6596996 | Elizabeth Rasskazova | 207-901-8380 | Polygon Global Partners | Interested Party, Polygon Global Partners / LISTEN ONLY |
| ✓ | Energy Future Holdings Corp. | 14-10979 | Hearing | 6599698 | Erica Richards | (212) 468-8000 | Morrison & Foerster | Creditor, The Creditor's Committee / LISTEN ONLY |
| ✓ | Energy Future Holdings Corp. | 14-10979 | Hearing | 6598414 | Ned S. Schodek | (212) 848-7052 | Shearman & Sterling LLP | Creditor, Deutsche Bank / LIVE |
| ✓ | Energy Future Holdings Corp. | 14-10979 | Hearing | 6599927 | Andrew M. Thau | (203) 862-6231 | Southpaw Asset Management | Creditor, Southpaw Asset Management / LISTEN ONLY |
| ✓ | Energy Future Holdings Corp. | 14-10979 | Hearing | 6600088 | ~~Meredith C. Tinkham~~ Aaron Krieger | (617) 951-7250 | Ropes & Gray, LLP | Creditor, CSC Trust of Delaware / LIVE |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 6600583 | Amer Tiwana | (203) 569-4318 | CRT Capital Group, LLC | Interested Party, CRT Capital Group, LLC / LISTEN ONLY |
| ✓ | Energy Future Holdings Corp. | 14-10979 | Hearing | 6600235 | Jarrett Vine | (302) 252-0929 | Polsinelli PC | Creditor, Official Committee of Unsecured Creditors / LIVE |
| ✓ | Energy Future Holdings Corp. | 14-10979 | Hearing | 6596947 | Aparna Yenamandra | (212) 446-4800 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| ✓ | Energy Future Holdings Corp. | 14-10979 (14-5079) | Hearing | 6600071 | Jeremy Coffey | (617) 856-8595 | Brown Rudnick LLP | Interested Party, Wilmington Savings Fund Society, FSB / LIVE |
| ✓ | Energy Future Holdings Corp. | 14-10979 (14-5079) | Hearing | 6599618 | Harrison Denman | (212) 819-2567 | White & Case LLP | Creditor, TCEH Unsecured Noteholders / LISTEN ONLY |
| ✓ | Energy Future Holdings Corp. | 14-10979 (14-5079) | Hearing | 6594306 | Daniel T. Moss | 202-879-3939 | Jones Day | Debtor, Fidelity Investments / LISTEN ONLY |