## Exhibit A

Amended Assumption Schedule

## Amended Third Assumption Schedule

| Ref. # | Details of Contract(s) to be Assumed | | Assumption Counterparty Information | | Cure Amount | Details of Material Amendements | Assumption Date |
|---|---|---|---|---|---|---|---|
| | Debtor(s) | Description of Contract/Lease | Contract Counterparty | Address | | | |
| 1 | Luminant Mining Company LLC | Coffield Royalty interest as described in the CPS Lignite Lease | Boy Scouts Of America | C/O Mr Randall L Kopsa<br>P.O. Box 152079<br>Irving, TX 75105-2079 USA | $43,497.13 | N/A | Upon entry of the Assumption Order |
| | | | Episcopal Foundation Of Texas | C/O Mr David N Fisher<br>1225 Texas Ave.<br>Houston, TX 77002-3504 USA | $43,497.13 | N/A | Upon entry of the Assumption Order |
| | | | The Salvation Army | Attn: Legal Dept<br>P.O. Box 36607<br>Dallas, TX 75235 USA | $43,497.14 | N/A | Upon entry of the Assumption Order |
| 2 | TXU Energy Retail Company LLC | Building Lease for office space at 200 W. JW Carpenter Freeway-COF, Irving, TX | CP Fort Worth Limited Partnership | CP Ft Worth Limited Partnership<br>4890 Alpha Rd, Suite 110<br>Dallas, TX 75244 | $0.00 | • Tenant will exercise the first of two five-year renewal options, extending the lease term from its current expiration on July 31, 2015 to a new expiration on July 31, 2020.<br><br>• Base Rent will be $8.25 per square foot ($1,565,652 annually).<br><br>• Landlord will reimburse Tenant for actual cost, not to exceed $275,000, for purchase and installation of certain electrical motor control centers that are part of the building electrical system.<br><br>• The motor control centers are or will be installed by Tenant as permanent fixtures to the building, and the cost (amortized straight-line over useful life) will be repaid by the Tenant as "additional rent" over the lease term (estimated $587.61 per month). | Upon entry of the Assumption Order |
| | | | Hunt Realty Investments | Hunt Realty Investments<br>Attn: Diane Hornquist<br>1900 N. Akard St.<br>Dallas, TX 75201 | $0.00 | | Upon entry of the Assumption Order |
| 3 | Sandow Power Company LLC | Lignite Mining Lease and Assignment Agreement | City of San Antonio, as part of its electric and gas system acting by and through the City Public Service Board of San Antonio, Texas (CPS) | Attention: Director of Fuels, Bulk Power Sales and Generation Control<br>P.O. Box 17721<br>San Antonio, TX 78296 | $0.00 | N/A | Upon entry of the Assumption Order |