# EXHIBIT 1

**Stipulation**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## STIPULATION EXTENDING DEADLINE TO ASSUME OR REJECT A CERTAIN NONRESIDENTIAL REAL PROPERTY LEASE UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE

Luminant Generation Company LLC (as successor in interest to Texas Power & Light Company) ("Lessee"), a debtor in the above-captioned chapter 11 cases, and Tarrant Regional Water District (previously known as Tarrant County Water Control and Improvement District Number One) ("Lessor" or "TRWD") and, together with Lessee, the "Parties"), by and through their undersigned counsel, hereby enter into this stipulation (this "Stipulation"), and stipulate and agree as follows:

### Recitals

WHEREAS, the Parties executed a Water Supply Contract, dated as of March 15, 1976, along with an amendment dated January 24, 1997 regarding certain rights relating to water from Caney Creek and the Cedar Creek Reservoir, and the construction and operation of the Forest Grove Reservoir (the "Lease" or "Agreement");

WHEREAS, on August 11, 2014, the Court entered the *Order, Pursuant to Section 365(d)(4) of the Bankruptcy Code, Extending the Debtors' Time to Assume or Reject Unexpired*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

*Leases of Nonresidential Real Property* [D.I. 1803], thereby extending the period within which the debtors in the above-captioned case (the "Debtors") must assume or reject unexpired leases of nonresidential real property through and including November 25, 2014;

WHEREAS, on October 30, 2014, the Debtors filed the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing Luminant Generation Company LLC to Reject a Water Contract with Tarrant Regional Water District, Effective* Nunc Pro Tunc *to the Petition Date* [D.I. 2662], seeking entry of a final order of the Court authorizing the Debtors to reject the Lease effective *nunc pro tunc* to April 29, 2014 (the "Rejection Motion");

WHEREAS, on November 14, 2014, TRWD filed its objection to the Rejection Motion [D.I. 2771];

WHEREAS, on November 18, 2014 Debtors filed their reply in support of the Rejection Motion [D.I. 2798];

WHEREAS, a hearing on the Rejection Motion was noticed for November 20, 2014 (the "Hearing");

WHEREAS, the Parties have engaged in, and desire to continue to engage in, further negotiations regarding the Lease and the Rejection Motion;

WHEREAS, to allow continued negotiations, the Debtors and Lessor have agreed to allow the Debtors additional time to assume or reject the Lease under section 365(d)(4) of the Bankruptcy Code, up to and including December 31, 2014 (the "Extension Deadline");

WHEREAS, the Parties have agreed to adjourn the Hearing on the terms and conditions set forth in this Stipulation;

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation;

**NOW, THEREFORE**, it is hereby stipulated and agreed to by and among the Parties:

1. The Hearing on the Rejection Motion is adjourned to December 18, 2014 at 9:30 a.m. (Eastern Standard Time), or such other time as may be agreed by the Parties.

2. Pursuant to section 365(d)(4) of the Bankruptcy Code, to the extent applicable, the time period within which the Debtors must assume or reject the Lease is extended from November 25, 2014, through and including the Extension Deadline.

3. The Parties acknowledge and agree that this Stipulation hereby constitutes "prior written consent of the lessor," to the extent required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and that no further consent of Lessor shall be required for the sole purpose of extending the time within which the Debtors must assume or reject the Lease through and including the Extension Deadline.

4. The extensions of time granted pursuant to this Stipulation are without prejudice to the Debtors' rights to seek further extensions of their time to assume or reject the Lease as provided in section 365(d)(4).

5. Nothing contained in this Stipulation or any actions taken by the Parties pursuant to the relief granted herein is intended or should be construed as: (a) an admission that the Agreement is a lease under section 365(d)(4); (b) an admission as to the validity or amount of any particular claim against a Debtor entity; (c) a waiver of the Parties' rights to dispute any particular claim on any grounds; (d) a promise or requirement to pay any particular claim; (e) an admission by the Parties that any contract or lease, including the Lease, is executory or unexpired, as applicable; (f) a waiver or limitation of the Parties' rights under the Bankruptcy Code or any other applicable law, including the Debtors' right to assume, reject, and/or seek any other related relief with respect to any contract or lease; or (g) an alteration, amendment, or other modification of the terms of the Lease; or (h) an admission that any claim which TRWD may file

in the event that the Court grants the Rejection Motion is subject to any cap, including but limited to caps under section 502(b)(6).

6. The Parties' entry into this Stipulation and the adjournment of the Hearing shall in no way prejudice the Debtors' arguments set forth in the Rejection Motion or otherwise alter the rights and remedies of the Parties, and the rights and remedies of the Parties with respect to the Rejection Motion or related relief shall be without regard to the passage of time from the original date of the Hearing to the date to which the Hearing is adjourned under this Stipulation.

7. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

8. The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its entry.

9. The Bankruptcy Court retains sole and exclusive jurisdiction to enforce the provisions of this Stipulation.

*[Signatures follow.]*

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed as of the 20th day of November, 2014.

/s/ Susan E. Kaufman
**COOCH AND TAYLOR, P.A.**

Susan E. Kaufman (No. 3381)
1000 N. West Street, 10th Floor
Wilmington, DE 19801
(302) 984-3800 (Telephone)
(302) 984-3939 (Facsimile)

-and-

**POPE, HARDWICKE, CHRISTIE, SCHELL, KELLY & RAY, L.L.P.**

Michael L. Atchley
Texas State Bar No. 01397600
matchley@popehardwicke.com
Matthew T. Taplett
Texas State Bar No. 24028026
mtaplett@popehardwicke.com
500 West 7th Street, Suite 600
Fort Worth, Texas 76102
(817) 332-3245 (Telephone)
(817) 877-4781 (Facsimile)

*Counsel for Tarrant Regional Water District*

/s/ Jason M. Madron
**RICHARDS, LAYTON & FINGER, P.A.**

Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Facsimile:      (302) 651-7701
Email:           collins@rlf.com
                    defranceschi@rlf.com
                    madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900
Email:           edward.sassower@kirkland.com
                    stephen.hessler@kirkland.com
                    brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email:           james.sprayregen@kirkland.com
                    marc.kieselstein@kirkland.com
                    chad.husnick@kirkland.com
                    steven.serajeddini@kirkland.com

*Co-Counsel to Luminant Generation Company LLC*

5