## EXHIBIT A

**Statement of Fees and Expenses By Subject Matter**

**COMPONSATION BY SUBJECT MATTER[1]**
**OCTOBER 1, 2014 THROUGH OCTOBER 31, 2014**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 4 | General Environmental Matters | 23.10 | $7,391.00 |
| 7 | EPA NSR Litigation | 74.67 | $30,635.05 |
| 8 | EGU MACT | 3.60 | $1,220.00 |
| 9 | Texas PM2.5 Interstate Transport Rule | 2.70 | $1,233.00 |
| 10 | Supplemental §114 Response | 22.90 | $8,673.00 |
| 11 | EPA Regional Haze Rulemaking | 21.80 | $5,779.00 |
| 12 | Big Brown CAA Citizen Suit | 20.10 | $9,341.00 |
| 16 | Big Brown Citizen Suit Appeal | 5.10 | $1,458.00 |
| 18 | EPA Affirmative Defense Litigation | 199.10 | $63,916.00 |
| 19 | EPA GHG Rules | 252.20 | $83,379.00 |
| 20 | We Energies Plant Service Agreement | 1.80 | $819.00 |
| 21 | Bankruptcy Application and Retention | 71.90 | $20,431.50 |
| **Totals:** | | **698.97** | **$234,275.55** |

[1]    The work performed and expenses incurred by Balch during the compensation period were entirely on behalf of Texas Competitive Electric Holdings Company, LLC and its debtor subsidiaries.

**EXPENSE SUMMARY**
**OCTOBER 1, 2014 THROUGH OCTOBER 31, 2014**

| Expense Category | Amount |
|---|---|
| Telephone Charges | $30.30 |
| Standard Copies or Prints | $154.90 |
| Color Copies or Prints | $13.00 |
| Deliveries | $125.07 |
| Travel Expense – Lodging | $233.97 |
| Airfare | $1,167.57 |
| Transportation to/from airport | $56.48 |
| Travel Meals | $36.89 |
| Other Travel Expenses | $32.00 |
| Outside Retrieval Service | $68.00 |
| **Total Expenses:** | **$1918.18** |