# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The Balch attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Thomas L. Casey III | Partner | 2003 | Environmental | $350.00 | 147.60 | $51,660.00 |
| P. Stephen Gidiere | Partner | 1996 | Environmental | $470.00 | 183.90 | $86,433.00 |
| C. Grady Moore | Partner | 1992 | Environmental | $475.00 | 29.50 | $14,012.50 |
| Jeremy Retherford | Partner | 2003 | Bankruptcy | $375.00 | 1.10 | $412.50 |
| Stephen C. Still | Partner | 1994 | Energy | $455.00 | 1.80 | $819.00 |
| W. Clark Watson | Partner | 1981 | Bankruptcy | $500.00 | 1.90 | $950.00 |
| Julia Barber | Associate | 2014 | Environmental | $230.00 | 36.20 | $8,326.00 |
| Gretchen M. Frizzell | Associate | 2010 | Environmental | $255.00 | 42.20 | $10,761.00 |
| Jonathan Grayson | Associate | 2005 | Bankruptcy | $255.00 | 22.00 | $5,610.00 |
| Irving Jones, Jr. | Staff Attorney | 2014 | Environmental | $215.00 | 10.17 | $2,186.55 |
| David W. Mitchell | Associate | 2009 | Environmental | $260.00 | 56.40 | $14,664.00 |
| Patrick Runge | Associate | 2008 | Environmental | $250.00 | 97.00 | $24,250.00 |
| M. Talmadge Simpson | Staff Attorney | 2011 | Environmental | $230.00 | 34.70 | $7981.00 |
| | | | | | **664.47** | **$228,065.55** |

The paraprofessionals of Balch who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Amy Benschoter | Paralegal | 6 years | Environmental | $180.00 | 34.50 | $6,210.00 |
| | | | | | **34.50** | **$6,210.00** |

| | |
|---|---|
| **Total Fees Requested** | **$234,275.55** |