# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

**EXPENSE SUMMARY**
**OCTOBER 1, 2014 THROUGH OCTOBER 31, 2014**

| Expense Category | Amount |
|---|---|
| Telephone Charges | $30.30 |
| Standard Copies or Prints | $154.90 |
| Color Copies or Prints | $13.00 |
| Deliveries | $125.07 |
| Travel Expense – Lodging | $233.97 |
| Airfare | $1,167.57 |
| Transportation to/from airport | $56.48 |
| Travel Meals | $36.89 |
| Other Travel Expenses | $32.00 |
| Outside Retrieval Service | $68.00 |
| **Total Expenses:** | **$1918.18** |