# **EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

**DETAILED EXPENSE SUMMARY**
**OCTOBER 1, 2014 THROUGH OCTOBER 31, 2014**

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 565715 | 004 | 2014.10.03 | P. Stephen Gidiere | Telephone Charges | | | $0.70 | Long distance to Dallas, TX |
| 565716 | 007 | 2014.09.23 | Amy Benschoter | Deliveries | | | $12.59 | Fed-Ex Shipment |
| 565716 | 007 | 2014.09.25 | P. Stephen Gidiere | Deliveries | | | $12.22 | Fed-Ex Shipment |
| 565716 | 007 | 2014.10.01 | P. Stephen Gidiere | Telephone Charges | | | $1.20 | Long distance to Dallas, TX |
| 565716 | 007 | 2014.10.07 | P. Stephen Gidiere | Telephone Charges | | | $0.80 | Long distance to Dallas, TX |
| 565716 | 007 | 2014.10.07 | Staff | Telephone Charges | | | $0.70 | Long distance to Dallas, TX |
| 565716 | 007 | 2014.10.14 | C. Grady Moore | In-house Copying | $0.10 | 683 | $68.30 | Standard Copies |
| 565716 | 007 | 2014.10.14 | C. Grady Moore | In-house Copying | $0.50 | 10 | $5.00 | Color copies |
| 565716 | 007 | 2014.10.14 | P. Stephen Gidiere | Deliveries | | | $18.79 | Fed-Ex Shipment |
| 565716 | 007 | 2014.10.14 | C. Grady Moore | Deliveries | | | $18.79 | Fed-Ex Shipment |
| 565716 | 007 | 2014.10.14 | C. Grady Moore | Deliveries | | | $18.79 | Fed-Ex Shipment |
| 565716 | 007 | 2014.10.14 | C. Grady. Moore | Deliveries | | | $18.79 | Fed-Ex Shipment |
| 565716 | 007 | 2014.10.16 | P. Stephen Gidiere | Airfare | | | $440.60 | Return travel from Dallas, TX to Birmingham, AL – P. Stephen Gidiere |
| 565716 | 007 | 2014.10.16 | P. Stephen Gidiere | Airfare | | | 10.77 | Airline Service Fee – P. Stephen Gidiere |
| 565716 | 007 | 2014.10.17 | P. Stephen Gidiere | Travel Expense - Lodging | | | $233.97 | Lodging in Dallas, TX – P. Stephen Gidiere |
| 565716 | 007 | 2014.10.16 | P. Stephen Gidiere | Transportation to/from airport | | | $25.00 | Cab fare from DFW to client's office – P. Stephen Gidiere |
| 565716 | 007 | 2014.10.17 | P. Stephen Gidiere | Transportation to/from airport | | | $27.00 | Cab fare to airport – P. Stephen Gidiere |
| 565716 | 007 | 2014.10.16 | P. Stephen Gidiere | Travel Meals | | | $5.98 | Breakfast – P. Stephen Gidiere |
| 565716 | 007 | 2014.10.16 | P. Stephen Gidiere | Travel Meals | | | $19.24 | Lunch – P. Stephen Gidiere |
| 565716 | 007 | 2014.10.17 | P. Stephen Gidiere | Travel Meals | | | $11.67 | Breakfast – P. Stephen Gidiere |
| 565716 | 007 | 2014.10.17 | P. Stephen Gidiere | Other Travel Expenses | | | $32.00 | Parking at airport – P. Stephen Gidiere |
| 565718 | 009 | 2014.10.20 | P. Stephen Gidiere | Telephone Charges | | | $0.20 | Long distance to Georgeto, TX |
| 565719 | 010 | 2014.10.14 | P. Stephen Gidiere | Telephone Charges | | | $0.50 | Long distance to Dallas, TX |
| 565721 | 012 | 2014.10.10 | Amy Benschoter | Outside Retrieval Service | | | $64.00 | Document retrieval from USDC in Colorado |
| 565721 | 012 | 2014.10.10 | Amy Benschoter | Outside Retrieval Service | | | $4.00 | Document retrieval from USDC in Colorado |

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 565721 | 012 | 2014.10.22 | P. Stephen Gidiere | Telephone Charges | | | $1.80 | Long distance to Dallas, TX |
| 565721 | 012 | 2014.10.23 | P. Stephen Gidiere | Telephone Charges | | | $0.20 | Long distance to Dallas, TX |
| 565722 | 016 | 2014.09.25 | Gretchen Frizzell | Telephone Charges | | | $0.50 | Long distance to Dallas, TX |
| 565723 | 018 | 2014.10.01 | P. Stephen Gidiere | Telephone Charges | | | $1.30 | Long distance to Dallas, TX |
| 565723 | 018 | 2014.10.03 | P. Stephen Gidiere | Telephone Charges | | | $1.50 | Long distance to Dallas, TX |
| 565723 | 018 | 2014.10.09 | Gretchen Frizzell | Airfare | | | $364.10 | Travel from Birmingham, AL to Dallas, TX – Gretchen Frizzell |
| 565723 | 018 | 2014.10.09 | Gretchen Frizzell | Airfare | | | $342.10 | Return travel from Dallas, TX to Birmingham, AL – Gretchen Frizzell |
| 565723 | 018 | 2014.10.09 | P. Stephen Gidiere | Airfare | | | $10.00 | Airline service fee – P. Stephen Gidiere |
| 565723 | 018 | 2014.10.16 | P. Stephen Gidiere | Transportation to/from airport | | | $4.48 | Travel to Birmingham Airport – P. Stephen Gidiere |
| 565723 | 018 | 2014.10.14 | P. Stephen Gidiere | In-house Copying | $0.10 | 112 | $11.20 | Standard Copies |
| 565723 | 018 | 2014.10.14 | P. Stephen Gidiere | Deliveries | | | $25.10 | Fed-Ex Shipment |
| 565724 | 019 | 2014.10.01 | P. Stephen Gidiere | Telephone Charges | | | $0.80 | Long distance to Dallas, TX |
| 565724 | 019 | 2014.10.03 | P. Stephen Gidiere | Telephone Charges | | | $2.10 | Long distance to Dallas, TX |
| 565724 | 019 | 2014.10.06 | Patrick Runge | In-house Copying | $0.10 | 2 | $0.20 | Standard Copies |
| 565724 | 019 | 2014.10.08 | P. Stephen Gidiere | Telephone Charges | | | $10.00 | Telefax |
| 565724 | 019 | 2014.10.08 | S. Allen Baker, Jr. | Telephone Charges | | | $8.00 | Telefax |
| 565724 | 019 | 2014.10.21 | Julia Barber | In-house Copying | $0.10 | 20 | $2.00 | Standard Copies |
| 565726 | 021 | 2014.10.22 | Amy Benschoter | In-house Copying | $0.50 | 7 | $3.50 | Color copies |
| 565726 | 021 | 2014.10.23 | Amy Benschoter | In-house Copying | $0.10 | 732 | $73.20 | Standard Copies |
| 565726 | 021 | 2014.10.23 | Amy Benschoter | In-house Copying | $0.50 | 9 | $4.50 | Color copies |
| | | | **Total Expenses:** | | | | **$1918.18** | |