## EXHIBIT A

# SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY

## (See Guidelines C.8. for project category information.)

| Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|
| Administration | | | 0.20 | $ 84.00 |
| Asset Disposition | | | 59.70 | $ 26,707.50 |
| Assumption/Rejection of Leases & Contracts | | | 8.50 | $ 4,388.00 |
| Avoidance Action Analysis | | | 25.00 | $ 12,994.00 |
| Bankruptcy-Related Advice | | | 148.90 | $ 69,816.50 |
| Business Operations | | | 7.00 | $ 4,000.00 |
| Case Administration | | | 23.70 | $ 9,538.00 |
| Claims Administration & Objections | | | 2.50 | $ 1,446.00 |
| Employee Benefits/Pensions | | | 4.00 | $ 1,680.00 |
| Employment/Fee Application Objections | | | 1.30 | $ 468.00 |
| Employment/Fee Applications | | | 119.20 | $ 51,772.00 |
| Financing & Cash Collateral | | | 1.30 | $ 764.00 |
| General Bankruptcy Advice/Opinions | | | 0.30 | $ 108.00 |
| Litigation Contested Matters(excl assump/rejection motions | | | 41.00 | $ 19,677.50 |
| Meetings of & Communications with Creditors or the Comm | | | 31.90 | $ 16,745.00 |
| Non-Working Travel | | | 1.60 | $ 1,040.00 |
| Operations | | | 3.60 | $ 1,296.00 |
| Relief from Stay/Adequate Protection Proceedings | | | 0.30 | $ 166.00 |
| Financial Restructuring | | | 3.40 | $ 1,824.00 |
| | | | 483.40 | $ 224,514.50 |

Case Name: Global Aviation Holdings Inc. /
Case Number: 076358-464853
Applicant's Name: Polsinelli
Date of Application:
Interim or Final: Interim

UST Form 11-330-D (2013)

49091408.1

**EXHIBIT B**

SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION

| Name | Title | Section | Date of First Admission | Fees Billed | Hours Billed | Hourly Rate Billed in This Application | Hourly Rate Billed in First Interim Application | Number of Rate Increases Since Case Inception |
|---|---|---|---|---|---|---|---|---|
| Bartels, Todd H. | Shareholder | LI Commercial Litigation | 01/01/1996 | $ 1,269.00 | 2.70 | 470 | 470 | 0 |
| Bird, James E. | Shareholder | FR Bankruptcy and Restructuring | 10/15/1980 | $ 767.00 | 1.30 | 590 | 590 | 0 |
| Fox, Edward M. | Shareholder | FR Bankruptcy and Restructuring | 11/01/1986 | $ 800.00 | 0.80 | 1,000 | 1,000 | 0 |
| Katona, Shanti M. | Shareholder | FR Bankruptcy and Restructuring | 05/01/2007 | $ 11,970.00 | 28.50 | 420 | 420 | 0 |
| Ward, Chris A. | Shareholder | FR Bankruptcy and Restructuring | 12/15/1999 | $ 96,785.00 | 148.90 | 650 | 650 | 0 |
| Edelson, Justin K. | Associate | FR Bankruptcy and Restructuring | 05/01/2007 | $ 64,302.00 | 153.10 | 420 | 420 | 0 |
| Spake Jr., Robert V. | Associate | LI Commercial Litigation | 12/01/2007 | $ 2,844.00 | 7.90 | 360 | 360 | 0 |
| Vine, Jarrett K. | Associate | FR Bankruptcy and Restructuring | 01/01/2009 | $ 32,688.00 | 90.80 | 360 | 360 | 0 |
| Sides, Lorraine | Paralegal | FR Bankruptcy and Restructuring | | $ 25.00 | 0.10 | 250 | 250 | 0 |
| Suprum, Lindsey M. | Paralegal | FR Bankruptcy and Restructuring | | $ 13,064.50 | 49.30 | 265 | 265 | 0 |
| | | | | $ 224,514.50 | 483.40 | 464 | | |

Case Name: Global Aviation Holdings Inc / Financial Restructuring
Case Number: 076358-464853
Applicant's Name: Polsinelli
Date of Application:
Interim or Final: Interim

UST Form 11-330-B (2013)
49091408.1

CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS

( See Guidelines C.3. for definitions of terms used in this Exhibit.)

| Category of Timekeeper (using categories already maintained by the firm) | BLENDED HOURLY RATE | |
|---|---|---|
| | BILLED OR COLLECTED Firm or offices for preceding year, excluding bankruptcy | BILLED In this fee application |
| Shareholder | $ 374.74 | $ 612.46 |
| Associate | $ 278.71 | $ 396.48 |
| Paralegal | $ 190.66 | $ 264.97 |
| | | |
| All timekeeprs averaged | $ 281.37 | $ 424.64 |

49091408.1

**EXHIBIT C**

## SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY

(See Guidelines C.8. for project category information.)

| Category | Amount |
|---|---|
| Copies @ $.10/page | $ 50.00 |
| Client Advance | $ 10,525.60 |
| Document Reproduction | $ 150.00 |
| Deliveries | $ 92.60 |
| Filing Fees | $ 806.12 |
| Lexis Computer Research | $ 263.00 |
| Meals | $ 915.55 |
| Transcript of Proceedings | $ 2,204.90 |
| Transportation | $ 72.00 |
| Westlaw Computer Research | $ 703.82 |
| | $ 15,783.59 |

UST Form 11-330-D (2013)

49091408.1

## EXHIBIT D

**Detailed Description of Expenses and Disbursements**



# Invoice Detail

For Professional Services Through 10/31/14
File No. 078582-475724
**Re: Chapter 11 Bankruptcy**

Page 108
November 12, 2014
Invoice No: 1118334

## Disbursements

| Date | Description | Amount |
|------|-------------|--------|
| | Copies @ $.10/page | $50.00 |
| | Lexis Computer Research | 263.00 |
| | Westlaw Computer Research | 703.82 |
| 09/24/14 | Filing Fees - - VENDOR: U S Bank prepare for hearing | 57.70 |
| 09/30/14 | Meals Reliable Wilmington client special pickup- mikimotos | 112.94 |
| 09/30/14 | Meals Reliable Wilmington client special pickup mikimoto's | 107.88 |
| 10/01/14 | Filing Fees - - VENDOR: U S Bank prepare for hearing | 254.00 |
| 10/02/14 | Meals Chris A. Ward Meeting with Committee members | 149.76 |
| 10/03/14 | Deliveries Reliable Wilmington hand delivery courier service- Judge Sontchi | 7.50 |
| 10/06/14 | Transportation Chris A. Ward Travel to NYC for meeting with Committee | 22.00 |
| 10/06/14 | Filing Fees - - VENDOR: U S Bank telephonic appearance C Ward | 58.00 |
| 10/06/14 | Filing Fees - - VENDOR: U S Bank telephonic appearance J Edelson | 58.00 |
| 10/07/14 | Transcript of Proceedings Veritext New York Reporting Co. electronic copy | 97.20 |
| 10/08/14 | Transcript of Proceedings Veritext New York Reporting Co. certified transcript electronic copy shipping and handling- expedited | 90.50 |
| 10/08/14 | Filing Fees - - VENDOR: U S Bank prepare for hearing | 126.72 |
| 10/08/14 | Client Advance Reliable Wilmington Client Special Pickup - Chelsea Tavern | 58.38 |
| 10/09/14 | Filing Fees - - VENDOR: U S Bank prepare for hearing | 14.95 |
| 10/10/14 | Transcript of Proceedings Veritext New York Reporting Co. electronic transcript copies | 428.40 |
| 10/10/14 | Transcript of Proceedings Veritext New York Reporting Co. ELECTRONIC COPY TRANSCRIPT | 253.20 |
| 10/10/14 | Client Advance Reliable Wilmington print from cm/ecf site tabs pre-printed tabs custom binder, view, 3" black | 184.90 |
| 10/13/14 | Transcript of Proceedings Veritext New York Reporting Co. certified transcript | 34.80 |
| 10/13/14 | Filing Fees - - VENDOR: U S Bank prepare for hearing | 55.50 |
| 10/14/14 | Filing Fees - - VENDOR: U S Bank prepare for hearing | 30.00 |
| 10/14/14 | Filing Fees - - VENDOR: U S Bank prepare for hearing | 30.00 |
| 10/14/14 | Filing Fees - - VENDOR: U S Bank prepare for hearing | 30.00 |
| 10/14/14 | Client Advance Reliable Wilmington print from cm/ecf site duplicating med litigation  big print bw large office doc  tabs pre-printed | 151.90 |
| 10/14/14 | Meals Reliable Wilmington client special pickup- ciao pizza | 98.13 |
| 10/15/14 | Deliveries Reliable Wilmington hand delivery courier service- Judge Sontchi | 7.50 |
| 10/15/14 | Filing Fees - - VENDOR: U S Bank prepare for hearing | 8.75 |
| 10/16/14 | Filing Fees - - VENDOR: U S Bank CM/ECF filing | 25.00 |
| 10/16/14 | Meals DLS Discovery meals | 113.98 |
| 10/16/14 | Meals DLS Discovery meals | 130.48 |



**Invoice Detail**

For Professional Services Through 10/31/14
File No. 078582-475724
**Re: Chapter 11 Bankruptcy**

Page 109
November 12, 2014
Invoice No: 1118334

| Date | Description | Amount |
|------|-------------|-------:|
| 10/17/14 | Meals DLS Discovery meals | 202.38 |
| 10/17/14 | Client Advance Parcels Inc download and blowback x5 and x10 insert number tabs per exhibit  place into binders with cover and spine  EFHC Exhibit List for Bidding Procedures Motion | 7,447.50 |
| 10/17/14 | Client Advance Parcels Inc download documents from docket report  blowback x3 insert number tabs  place into binder with cover  "New York EFH- Bidding Procedures" | 483.00 |
| 10/17/14 | Client Advance Parcels Inc blowback x 2 from network  insert generic tabs per exhibit  place into binders with covers and spine  "1-76" | 1,361.30 |
| 10/17/14 | Deliveries Parcels Inc delivery pickup charge for boxes (court) | 77.60 |
| 10/17/14 | Client Advance Parcels Inc delivery of boxes to court | 77.50 |
| 10/17/14 | Transportation Parcels Inc Shuttle Service to Amtrak | 50.00 |
| 10/17/14 | Transcript of Proceedings Veritext New York Reporting Co. certified transcript | 295.20 |
| 10/19/14 | Client Advance DLS Discovery drop off documents for attorneys | 6.50 |
| 10/20/14 | Transcript of Proceedings Veritext New York Reporting Co. electronic copy | 308.40 |
| 10/20/14 | Filing Fees - - VENDOR: U S Bank prepare for hearing | 57.50 |
| 10/21/14 | Transcript of Proceedings Veritext New York Reporting Co. certified transcript | 315.60 |
| 10/22/14 | Transcript of Proceedings Veritext New York Reporting Co. electronic copy | 381.60 |
| 10/28/14 | Client Advance DLS Discovery LLC print b/w from tiff or pdf assembled (stapled per document) | 813.00 |
| 10/28/14 | Document Reproduction - Copies of numerous Pleadings - 750 pages | 75.00 |
| 10/29/14 | Document Reproduction - Printing / copying of Pleadings - 750 pages | 75.00 |
| 11/11/14 | CA:ck46023 recd11/10/14 copy service refund | (58.38) |
| | **Total Disbursements** | **$15,783.59** |

| | |
|---|---:|
| Total Disbursements | 15,783.59 |
| **Total Current Charges Due** | **$240,298.09** |