## EXHIBIT A

**Statement of Fees and Expenses by Subject Matter**

| Project Category Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 001 | Asset Analysis and Recovery | 0.70 | $525.00 |
| 002 | Asset Disposition | 98.10 | $81,894.50 |
| 003 | Assumption and Rejection of Leases and Contracts | 33.50 | $21,822.00 |
| 006 | Business Operations | 28.20 | $24,912.00 |
| 007 | Case Administration | 85.30 | $64,860.50 |
| 009 | Corporate Governance and Board Matters | 8.50 | $2,465.00 |
| 010 | Employee Benefits and Pensions | 13.60 | $9,964.50 |
| 011 | Employment and Fee Applications | 61.70 | $40,408.00 |
| 012 | Employment and Fee Application Objections | 42.00 | $33,629.00 |
| 013 | Financing and Cash Collateral | 48.10 | $37,651.00 |
| 014 | Other Litigation | 32.70 | $19,725.50 |
| 015 | Meetings and Communications with Creditors | 253.30 | $220,722.50 |
| 016 | Non-Working Travel | 3.00 | $1,830.00 |
| 017 | Plan and Disclosure Statement | 11.90 | $10,557.00 |
| 021 | Tax | 509.10 | $361,975.00 |
| 022 | Valuation | 1.40 | $1,470.00 |
| 023 | Discovery | 613.30 | $406,936.50 |
| 024 | Hearings | 21.30 | $16,703.00 |
| 026 | Claims Investigation | 521.10 | $368,375.50 |
| 027 | First Lien Investigation | 457.70 | $330,054.50 |
| 029 | Other Motions/Applications | 37.70 | $27,706.00 |
| 030 | Schedules and Statements | 6.40 | $4,554.50 |
| 032 | Time Entry Review | 40.60 | $33,617.00 |
| **Total Incurred** | | **2,929.2** | **$2,122,358.50** |
| **Less Client-Accommodation for Non-Working Travel (50% of fees incurred)** | | | **$(915.00)** |
| **Less Client-Accommodation for Time Entry Review (100% of fees incurred)** | | | **$(33,617.00)** |
| **Total Requested** | | | **$2,087,826.50** |

| Service Description | Amount |
|---|---|
| Photocopies | $131.70 |
| Color Copies | $255.10 |
| Travel | $1,767.79 |
| On-line Research – LEXIS | $18,857.51 |
| On-line Research – WESTLAW | $13,655.95 |
| Meals | $296.51 |
| Transportation | $434.94 |
| **Total:** | **$35,399.50** |

# EXHIBIT B

**Attorneys and Paraprofessionals' Information**

The Morrison & Foerster attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Doufekias, Demme | Partner | 2004 | Litigation | $825.00 | 46.50 | $38,362.50 |
| Fioccola, David J. | Partner | 2000 | Litigation | $850.00 | 0.20 | $170.00 |
| Goren, Todd M. | Partner | 2003 | Business Restructuring & Insolvency | $825.00 | 123.50 | $101,887.50 |
| Hoffinger, Adam S. | Partner | 1983 | Litigation | $1,025.00 | 2.70 | $2,767.50 |
| Humphreys, Thomas A. | Partner | 1977 | Tax | $1,250.00 | 89.70 | $112,125.00 |
| Kerr, Charles L. | Partner | 1984 | Litigation | $1,050.00 | 115.90 | $121,695.00 |
| Lawrence, J. Alexander | Partner | 1996 | Litigation | $895.00 | 176.00 | $157,520.00 |
| Levitt, Jamie A. | Partner | 1992 | Litigation | $950.00 | 113.30 | $107,635.00 |
| Marinuzzi, Lorenzo | Partner | 1996 | Business Restructuring & Insolvency | $995.00 | 179.20 | $178,304.00 |
| McPherson, Mark David | Partner | 2000 | Litigation | $875.00 | 5.40 | $4,725.00 |
| Miller, Brett H. | Partner | 1992 | Business Restructuring & Insolvency | $1,050.00 | 67.50 | $70,875.00 |
| Peck, Geoffrey R. | Partner | 1999 | Finance | $825.00 | 12.90 | $10,642.50 |
| Reigersman, Remmelt A. | Partner | 2007 | Tax | $825.00 | 56.60 | $46,695.00 |
| Salerno, Robert A. | Partner | 1990 | Litigation | $850.00 | 2.40 | $2,040.00 |
| Alanis, Corinna | Associate | 2012 | Litigation | $485.00 | 21.00 | $10,185.00 |
| Arett, Jessica J. | Associate | 2014 | Business Restructuring & Insolvency | $415.00 | 13.10 | $5,436.50 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Birkenfeld, Alexander | Associate | 2014 | Tax | $415.00 | 140.90 | $58,473.50 |
| Bonovich, Matt | Associate | 2008 | Financial Transactions | $725.00 | 1.50 | $1,087.50 |
| Bradley, Sara A. | Associate | 2012 | Litigation | $415.00 | 1.50 | $622.50 |
| Contreras, Andrea | Associate | 2012 | Litigation | $550.00 | 51.60 | $28,380.00 |
| David, Jeffrey M. | Associate | 2009 | Litigation | $610.00 | 2.00 | $1,220.00 |
| De Ruig, David N. | Associate | 2007 | Tax | $485.00 | 26.00 | $12,610.00 |
| Dort, Malcolm K. | Associate | 2011 | Litigation | $610.00 | 167.80 | $102,358.00 |
| Fang, Catherine | Associate | 2008 | Financial Transactions | $610.00 | 1.20 | $732.00 |
| Figueroa, Tiffani B. | Associate | 2014 | Litigation | $415.00 | 39.80 | $16,517.00 |
| Gizaw, Betre M. | Associate | 2011 | Litigation | $550.00 | 25.00 | $13,750.00 |
| Goett, David J. | Associate | 2012 | Tax | $550.00 | 13.40 | $7,370.00 |
| Grant, Christopher G. | Associate | 2013 | Corporate | $485.00 | 30.90 | $14,986.50 |
| Haney, Heather Jo | Associate | 2011 | Financial Transactions | $550.00 | 14.40 | $7,920.00 |
| Harris, Daniel J. | Associate | 2008 | Business Restructuring & Insolvency | $695.00 | 167.60 | $116,482.00 |
| Hildbold, William M. | Associate | 2009 | Business Restructuring & Insolvency | $610.00 | 171.10 | $104,371.00 |
| Ho, Jonder | Associate | 2011 | Litigation | $695.00 | 16.20 | $8,910.00 |
| Hung, Shiukay | Associate | 2009 | Tax | $695.00 | 1.50 | $1,042.50 |
| Hunt, Adam | Associate | 2011 | Litigation | $610.00 | 18.90 | $11,529.00 |
| Kwon, Kevin T. | Associate | 2012 | Litigation | $485.00 | 19.00 | $9,215.00 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Lau, Matthew Y. | Associate | 2010 | Tax | $655.00 | 13.40 | $8,777.00 |
| Lim, Clara | Associate | 2010 | Tax | $610.00 | 122.70 | $74,847.00 |
| Martin, Samantha | Associate | 2008 | Business Restructuring & Insolvency | $725.00 | 147.90 | $107,227.50 |
| Moloff, Leda A. | Associate | 2009 | Litigation | $655.00 | 21.10 | $13,820.50 |
| Petrovas, Sotirios | Associate | 2014 | Litigation | $415.00 | 0.20 | $83.00 |
| Richards, Erica J. | Associate | 2007 | Business Restructuring & Insolvency | $725.00 | 44.50 | $32,262.50 |
| Jonathan C. Rothberg | Associate | 2008 | Litigation | $725.00 | 60.00 | $43,500.00 |
| Shelley, Shane M. | Associate | 2005 | Tax | $745.00 | 2.10 | $1,564.50 |
| Sigmon, Kirk | Associate | 2013 | Litigation | $415.00 | 51.70 | $21,455.50 |
| Tepfer, Cameron Andrew | Associate | 2014 | Litigation | $415.00 | 46.90 | $19,463.50 |
| Peck, James Michael | Senior Of Counsel | 1971 | Business Restructuring & Insolvency | $1,050.00 | 27.60 | $28,980.00 |
| Schaaf, Kathleen E. | Senior Of Counsel | 1978 | Business Restructuring & Insolvency | $850.00 | 9.40 | $7,990.00 |
| Cupp, Susannah S. | Of Counsel | 2002 | Real Estate | $750.00 | 0.90 | $675.00 |
| Ferkin, Zori G. | Of Counsel | 1981 | Environment and Energy | $700.00 | 0.50 | $350.00 |
| Hager, Melissa A. | Of Counsel | 1992 | Business Restructuring & Insolvency | $825.00 | 17.60 | $14,520.00 |
| Sadeghi, Kayvan B. | Of Counsel | 2004 | Litigation | $735.00 | 89.80 | $66,003.00 |
| Whitney, Craig B. | Of Counsel | 2001 | Litigation | $735.00 | 69.20 | $50,862.00 |
| Wishnew, Jordan A. | Of Counsel | 2002 | Business Restructuring & Insolvency | $750.00 | 90.80 | $68,100.00 |
| Damast, Craig | Attorney | 1992 | Business Restructuring | $775.00 | 40.70 | $31,542.50 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| A. | | | & Insolvency | | | |

The paraprofessionals of Morrison & Foerster who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Berger, Lesley D. | Senior Paralegal | 4.5 years | Corporate | $300.00 | 13.50 | $4,050.00 |
| Curtis, Michael E. | Senior Paralegal | 13.5 years | Litigation | $335.00 | 32.20 | $10,787.00 |
| Guido, Laura | Senior Paralegal | 7.5 years | Business Restructuring & Insolvency | $300.00 | 18.30 | $5,490.00 |
| Kline, John T. | Senior Paralegal | 8 years | Business Restructuring & Insolvency | $320.00 | 13.00 | $4,160.00 |
| Negron, Jeffrey M. | Senior Paralegal | 1.5 years | Real Estate | $310.00 | 0.40 | $124.00 |
| Tice, Susan A.T. | Senior Paralegal | 10 years | Litigation | $320.00 | 1.00 | $320.00 |
| Braun, Danielle | Paralegal | 1 year | Business Restructuring & Insolvency | $290.00 | 20.80 | $6,032.00 |
| Schoerner, Jeffrey M. | Research Analyst | 23 years | Library | $225.00 | 1.80 | $405.00 |
| Bergelson, Vadim | eDiscovery Project Manager | 5 years | Litigation | $295.00 | 35.00 | $10,325.00 |
| **Total Incurred:** | | | | | 2,929.20 | $2,122,358.50 |
| **Less Client-Accommodation for Non-Working Travel (50% of fees incurred):** | | | | | | $(915.00) |
| **Less Client-Accommodation for Time Entry Review (100% of fees incurred)** | | | | | | $(33,617.00) |
| **Total Requested** | | | | | | $2,087,826.50 |

## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

### ALL - Expense Summary

| Service Description | Amount |
|---|---|
| Photocopies | $131.70 |
| Color Copies | $255.10 |
| Travel | $1,767.79 |
| On-line Research – LEXIS | $18,857.51 |
| On-line Research – WESTLAW | $13,655.95 |
| Meals | $296.51 |
| Transportation | $434.94 |
| **Total:** | **$35,399.50** |

## **EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

**MORRISON | FOERSTER**

P.O. BOX 742335
LOS ANGELES
CALIFORNIA 90074-2335

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON D.C.,
DENVER, NORTHERN VIRGINIA,
SACRAMENTO

TOKYO, BEIJING, SHANGHAI,
HONG KONG, SINGAPORE

LONDON, BRUSSELS, BERLIN

Paul Keglevic
Energy Future Holdings Corp.
1601 Bryan Street
Dallas, Texas  75201

Taxpayer ID # ███████
Invoice Number: 5386988
Invoice Date: November 18, 2014

Client/Matter Number: 073697-0000001

Matter Name:  BANKRUPTCY OF
ENERGY FUTURE
HOLDINGS

**RE:**    BANKRUPTCY OF ENERGY FUTURE HOLDINGS

*Disbursements Incurred through September 30, 2014*

|  | U.S.Dollars |
|---|---|
| Current Disbursements | 35,399.50 |
| **Total This Invoice** | **35,399.50** |

**Payment may be made by Electronic Funds transfer to the firm's account**

**MORRISON | FOERSTER**

073697-0000001
BANKRUPTCY OF ENERGY FUTURE HOLDINGS

Invoice Number: 5386988
Invoice Date: November 18, 2014

### Disbursement Detail

| Date | Description | Value |
|---|---|---|
| 30-Sep-2014 | Photocopies | 131.70 |
| 30-Sep-2014 | Color Copies | 255.10 |
| 30-Sep-2014 | On-line Research - LEXIS | 18,857.51 |
| 30-Sep-2014 | On-line Research - WESTLAW | 13,655.95 |
| 05-Sep-2014 | Travel, train, D. Harris, travel to/from Delaware for hearing, 9/5/14 | 284.00 |
| 05-Sep-2014 | Travel, parking, train station, D. Harris, 9/5/14 | 21.00 |
| 07-Sep-2014 | Local travel, parking, J. Wishnew 9/7/14 (weekend) | 18.00 |
| 11-Sep-2014 | Travel, A. Hoffinger, travel to/from New York (from Washington D.C) for meeting, 9/11/14 | 312.00 |
| 13-Sep-2014 | Local travel, taxi/car service, D. Harris, 9/12/14, 9:58PM | 81.79 |
| 15-Sep-2014 | Travel, train, W. Hildbold, travel to/from Delaware for hearing, 9/16/14 | 348.00 |
| 15-Sep-2014 | Travel agency fee, B. Miller, travel to/from Delaware for hearing, 9/16/14 | 7.00 |
| 15-Sep-2014 | Travel, train, B. Miller, travel to/from Delaware for hearing, 9/16/14 | 348.00 |
| 16-Sep-2014 | Travel, train, L. Marinuzzi, travel to/from Delaware for hearing, 9/16/14 | 348.00 |
| 03-Sep-2014 | Local meals, A. Birkenfeld, 9/3/14, 8:27PM | 14.68 |
| 09-Sep-2014 | Local meals, A. Birkenfeld, 9/9/14, 8:06PM | 15.15 |
| 11-Sep-2014 | Local meals, A. Birkenfeld, 9/11/14, 8:19PM | 15.15 |
| 14-Sep-2014 | Local meals, M. Dort, 9/11/14, 7:06PM | 20.00 |
| 14-Sep-2014 | Local meals, M. Dort, 9/12/14, 6:26PM | 18.88 |
| 14-Sep-2014 | Local meals, D. Harris, 9/12/14, 8:07PM | 13.55 |
| 14-Sep-2014 | Local meals, W. Hildbold, 9/12/14, 8:07PM | 13.55 |
| 14-Sep-2014 | Local meals, A. Lawrence, 9/13/14 (weekend) | 20.00 |
| 14-Sep-2014 | Local meals, D. de Ruig, 9/2/14, 6:42PM | 20.00 |
| 14-Sep-2014 | Local meals, A. Lawrence, 9/4/14, 6:28PM | 20.00 |
| 14-Sep-2014 | Local meals, A. Lawrence, 9/5/14, 6:21PM | 20.00 |
| 14-Sep-2014 | Local meals, C. Tepfer, 9/9/14, 6:39PM | 16.09 |
| 14-Sep-2014 | Local meals, M. Dort, 9/9/14, 7:14PM | 19.71 |
| 14-Sep-2014 | Local meals, A. Lawrence, 9/9/14, 8:42PM | 20.00 |
| 14-Sep-2014 | Local meals, S. Martin, 9/10/14, 6:49PM | 20.00 |
| 14-Sep-2014 | Local meals, W. Hildbold, 9/10/14, 7:22PM | 20.00 |
| 20-Sep-2014 | Local meals, A. Birkenfeld, 9/20/14 (weekend) | 9.75 |
| 03-Sep-2014 | Local travel, taxi/car service, A. Birkenfeld, 9/3/14, 10:08PM | 8.50 |
| 03-Sep-2014 | Local travel, taxi/car service, D. de Ruig, 9/3/14, 10:13PM | 26.01 |
| 03-Sep-2014 | Local travel, taxi/car service, K. Sadeghi, 8/25/14, 11:12 PM | 123.63 |
| 03-Sep-2014 | Local travel, taxi/car service, K. Sadeghi, 8/26/14, 10:20PM | 123.63 |
| 08-Sep-2014 | Local travel, taxi/car service, C. Tepfer, 8/18/14, 11:15PM | 60.70 |
| 08-Sep-2014 | Local travel, taxi/car service, A. Birkenfeld, 9/8/14, 11:54PM | 8.10 |
| 09-Sep-2014 | Local travel, taxi/car service, A. Birkenfeld, 9/9/14, 10:13PM | 8.40 |
| 10-Sep-2014 | Local travel, taxi/car service, A. Birkenfeld, 9/10/14, 9:11PM | 9.00 |
| 11-Sep-2014 | Local travel, taxi/car service, A. Birkenfeld, 9/11/14, 9:06PM | 8.10 |
| 13-Sep-2014 | Local travel, taxi/car service, A. Lawrence, 9/13/14, 10:17PM | 24.00 |
| 14-Sep-2014 | Local travel, taxi/car service, W. Hildbold, 9/14/14 (weekend) | 9.00 |
| 16-Sep-2014 | Local travel, taxi/car service, W. Hildbold, 9/13/14 (weekend) | 25.87 |
| | Total Disbursements | 35,399.50 |

**Total This Invoice**     USD     **2,123,226.00**