**EXHIBIT A**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**SUMMARY OF HOURS BY PROFESSIONAL**
*FOR THE PERIOD SEPTEMBER 1, 2014 TO SEPTEMBER 30, 2014*

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Cavicchi, Joseph | Senior Managing Director | 685 | 45.7 | $31,304.50 |
| Conly, Albert S | Senior Managing Director | 925 | 9.2 | 8,510.00 |
| Davido, Scott | Senior Managing Director | 800 | 53.1 | 42,480.00 |
| Diaz, Matthew | Senior Managing Director | 925 | 71.4 | 66,045.00 |
| Eisenband, Michael | Senior Managing Director | 925 | 19.5 | 18,037.50 |
| Grant, Kenneth | Senior Managing Director | 650 | 48.7 | 31,655.00 |
| Joffe, Steven | Senior Managing Director | 925 | 32.3 | 29,877.50 |
| Jones, Scott | Senior Managing Director | 950 | 23.2 | 22,040.00 |
| Reishus, David | Senior Managing Director | 685 | 4.5 | 3,082.50 |
| Scruton, Andrew | Senior Managing Director | 925 | 89.5 | 82,787.50 |
| Simms, Steven | Senior Managing Director | 925 | 55.6 | 51,430.00 |
| Star, Samuel | Senior Managing Director | 925 | 1.3 | 1,202.50 |
| Tranen, Jeffrey | Senior Managing Director | 725 | 89.9 | 65,177.50 |
| Cordasco, Michael | Managing Director | 765 | 98.7 | 75,505.50 |
| Greenberg, Mark | Managing Director | 765 | 106.2 | 81,243.00 |
| Park, Ji Yon | Managing Director | 735 | 75.8 | 55,713.00 |
| Wang, Patrick | Managing Director | 650 | 22.4 | 14,560.00 |
| Arsenault, Ronald | Senior Director | 515 | 154.5 | 79,567.50 |
| Fisher, Robert | Senior Director | 425 | 13.0 | 5,525.00 |
| Khairoullina, Kamila | Director | 625 | 2.0 | 1,250.00 |
| Celli, Nicholas | Senior Consultant | 480 | 80.6 | 38,688.00 |
| Eisler, Marshall | Senior Consultant | 480 | 92.7 | 44,496.00 |
| Goad, David | Senior Consultant | 550 | 23.2 | 12,760.00 |
| Johnson, Tessa | Senior Consultant | 395 | 14.1 | 5,569.50 |
| Rauch, Adam | Senior Consultant | 550 | 130.7 | 71,885.00 |
| Eimer, Sean | Consultant | 385 | 98.0 | 37,730.00 |
| Friedrich, Steven | Consultant | 335 | 104.7 | 35,074.50 |
| Mond, Allison | Consultant | 325 | 93.3 | 30,322.50 |

**EXHIBIT A**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**SUMMARY OF HOURS BY PROFESSIONAL**
*FOR THE PERIOD SEPTEMBER 1, 2014 TO SEPTEMBER 30, 2014*

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Stolarz, Alexander | Consultant | 335 | 3.0 | 1,005.00 |
| Hellmund-Mora, Marili | Associate | 250 | 15.7 | 3,925.00 |
| Jones, Rebekah | Associate | 305 | 2.1 | 640.50 |
| Moore, Teresa | Associate | 225 | 2.0 | 450.00 |
| Oliver, Orianna | Associate | 175 | 0.8 | 140.00 |
| **SUBTOTAL** | | | 1,677.4 | 1,049,679.50 |
| Less: 50% discount for non-working travel time | | | | (13,998.25) |
| **GRAND TOTAL** | | | 1,677.4 | $1,035,681.25 |

**EXHIBIT B**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**SUMMARY OF HOURS BY TASK**
*FOR THE PERIOD SEPTEMBER 1, 2014 TO SEPTEMBER 30, 2014*

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 1 | Current Operating Results & Events | 33.6 | $21,449.00 |
| 2 | Cash & Liquidity Analysis | 3.4 | 1,541.00 |
| 4 | Trade Vendor Issues | 0.3 | 277.50 |
| 5 | Real Estate Issues | 12.2 | 6,833.00 |
| 6 | Asset Sales | 10.5 | 8,125.50 |
| 7 | Analysis of Business Plan | 620.4 | 358,604.00 |
| 9 | Analysis of Employee Compensation Programs | 1.8 | 1,215.00 |
| 10 | Analysis of Tax Issues | 300.2 | 213,155.00 |
| 12 | Analysis of SOFAs & SOALs | 22.5 | 14,425.50 |
| 13 | Analysis of Other Miscellaneous Motions | 17.3 | 10,353.00 |
| 15 | Analysis of Interco. Claims, Related Party Transactions | 213.4 | 121,733.50 |
| 18 | Investigations of Select Legacy Transactions | 125.2 | 77,781.00 |
| 19 | Case Management | 7.6 | 6,662.00 |
| 20 | General Meeting with Debtor & Debtors' Professionals | 0.4 | 370.00 |
| 21 | General Meetings with Committee & Committee Counsel | 20.1 | 16,585.50 |
| 22 | Meetings with Other Parties | 1.7 | 1,572.50 |
| 23 | Firm Retention and Fee Application | 17.4 | 16,031.00 |
| 24 | Preparation of Fee Application | 56.0 | 26,151.50 |
| 25 | Non Working Travel time | 37.0 | 27,996.50 |
| 28 | First Lien Investigation | 176.4 | 118,817.50 |
|  | **SUBTOTAL** | **1,677.4** | **1,049,679.50** |
|  | Less: 50% discount for non-working travel time |  | (13,998.25) |
|  | **GRAND TOTAL** | **1,677.4** | **$1,035,681.25** |

**EXHIBIT C**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**SUMMARY OF EXPENSES**
*FOR THE PERIOD SEPTEMBER 1, 2014 TO SEPTEMBER 30, 2014*

| Expense Type | Amount |
|---|---:|
| Airfare | $9,114.17 |
| Business Meals | 1,143.15 |
| Ground Transportation | 1,522.76 |
| Lodging | 2,033.16 |
| Other | 55,549.86 |
| **Total** | **$69,363.10** |

**EXHIBIT D**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**EXPENSE DETAIL**
*FOR THE PERIOD SEPTEMBER 1, 2014 TO SEPTEMBER 30, 2014*

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 06/19/14 | Goad, David | Airfare | Round trip coach airfare - Philadelphia, PA/Dallas, Ft. Worth (06/18/2014 - 06/19/2014). (expense was not billed on June invoice) | $1,424.07 |
| 09/17/14 | Davido, Scott | Airfare | Round trip coach airfare - St. Paul, MN/Dallas, TX (09/22/14) - Dallas, TX/Houston, TX (09/24/14). | 1,244.72 |
| 09/18/14 | Scruton, Andrew | Airfare | Round trip coach airfare - New York, NY/Dallas, Ft. Worth (09/22/2014 - 09/23/2014). | 1,315.20 |
| 09/22/14 | Tranen, Jeffrey | Airfare | One-way coach airfare - Los Angeles, CA/Dallas, Ft. Worth (09/22/2014). | 482.10 |
| 09/23/14 | Arsenault, Ronald | Airfare | Round trip coach airfare - Boston, MA/Dallas, Ft. Worth (09/22/2014 - 09/23/2014). | 1,284.12 |
| 09/23/14 | Cavicchi, Joseph | Airfare | Round trip coach airfare - Boston, MA/Dallas, Ft. Worth (09/22/2014 - 09/23/2014). | 1,252.12 |
| 09/23/14 | Cordasco, Michael | Airfare | Round trip coach airfare - New York, NY/Dallas, Ft. Worth (09/22/2014 - 09/23/2014). | 1,390.20 |
| 09/23/14 | Tranen, Jeffrey | Airfare | One-way coach airfare - Dallas, Ft. Worth/Newark, NJ (09/23/2014). | 265.00 |
| 09/29/14 | Davido, Scott | Airfare | One-way coach airfare - St. Paul, MN/New York, NY, (09/29/2014). | 456.64 |
| | | **Airfare Total** | | **9,114.17** |
| 05/28/14 | Goad, David | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. (expense was not billed on May/June invoice) | 8.98 |
| 06/19/14 | Goad, David | Business Meals | Out of town meal/lunch for self. (expense was not billed on May/June invoice) | 7.77 |
| 06/19/14 | Goad, David | Business Meals | Out of town meal/breakfast for self. (expense was not billed on May/June invoice) | 11.10 |
| 06/19/14 | Goad, David | Business Meals | Out of town meal/dinner for self. (expense was not billed on May/June invoice) | 15.25 |
| 06/24/14 | Goad, David | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. (expense was not billed on May/June invoice) | 7.19 |
| 06/27/14 | Friedrich, Steven | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. (expense was not billed on May/June invoice) | 20.00 |
| 09/02/14 | Park, Ji Yon | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. | 20.00 |
| 09/04/14 | Eisler, Marshall | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. | 20.00 |
| 09/04/14 | Goad, David | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. | 20.00 |
| 09/08/14 | Diaz, Matthew | Business Meals | In-office working meal/lunch for self with S. Simms, M. Cordasco, L. Park, M. Greenberg, A. Rauch, and S. Friedrich (all FTI) incurred as a result of having to attend a lunch meeting. | 140.00 |
| 09/08/14 | Mond, Allison | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. | 8.08 |
| 09/15/14 | Diaz, Matthew | Business Meals | In-office working meal/lunch for self with L. Park, M. Greenberg, A. Rauch, N. Celli, M. Eisler, S. Friedrich, and S. Eimer (all FTI) incurred as a result of having to attend a lunch meeting. | 117.20 |
| 09/15/14 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. | 12.28 |
| 09/17/14 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. | 14.24 |
| 09/22/14 | Arsenault, Ronald | Business Meals | Out of town meal/dinner for self. | 29.08 |

**EXHIBIT D**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**EXPENSE DETAIL**
*FOR THE PERIOD SEPTEMBER 1, 2014 TO SEPTEMBER 30, 2014*

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 06/27/14 | Friedrich, Steven | Ground Transportation | Taxi office to residence after working late in the office in the Energy Future Holdings matter. (expense was not billed on May/June invoice) | 10.10 |
| 09/04/14 | Park, Ji Yon | Ground Transportation | Taxi office to residence after working late in the office in the Energy Future Holdings matter. | 8.40 |
| 09/10/14 | Park, Ji Yon | Ground Transportation | Taxi office to residence after working late in the office in the Energy Future Holdings matter. | 8.30 |
| 09/17/14 | Eimer, Sean | Ground Transportation | Taxi office to residence after working late in the office in the Energy Future Holdings matter. | 17.05 |
| 09/22/14 | Cavicchi, Joseph | Ground Transportation | Taxi - Dallas/Ft. Worth airport to hotel. | 55.00 |
| 09/22/14 | Cordasco, Michael | Ground Transportation | Car Service - FTI New York office to New York airport. | 77.41 |
| 09/22/14 | Cordasco, Michael | Ground Transportation | Car Service - Dallas/Ft. Worth airport to hotel. | 113.20 |
| 09/22/14 | Davido, Scott | Ground Transportation | Taxi - residence to Houston airport | 24.50 |
| 09/22/14 | Davido, Scott | Ground Transportation | Taxi - Dallas/Ft. Worth airport to hotel. | 60.00 |
| 09/22/14 | Davido, Scott | Ground Transportation | Taxi - restaurant to hotel. | 18.00 |
| 09/22/14 | Tranen, Jeffrey | Ground Transportation | Taxi - Dallas/Ft. Worth airport to hotel. | 55.00 |
| 09/22/14 | Tranen, Jeffrey | Ground Transportation | Taxi - W hotel to Ritz hotel in Dallas, TX. | 10.00 |
| 09/23/14 | Arsenault, Ronald | Ground Transportation | Parking at Boston, MA airport | 58.00 |
| 09/23/14 | Arsenault, Ronald | Ground Transportation | Taxi - EFH office to Dallas/Ft. Worth airport. | 55.00 |
| 09/23/14 | Cavicchi, Joseph | Ground Transportation | Taxi - Energy Plaza to Dallas/Ft. Worth airport. | 70.00 |
| 09/23/14 | Cavicchi, Joseph | Ground Transportation | Taxi - Logan airport to residence. | 52.00 |
| 09/23/14 | Cordasco, Michael | Ground Transportation | Car Service - EFH office to Dallas/Ft. Worth airport. | 113.20 |
| 09/23/14 | Cordasco, Michael | Ground Transportation | Car Service - LGA airport to residence. | 170.87 |
| 09/23/14 | Davido, Scott | Ground Transportation | Taxi - hotel to EFH office. | 16.00 |
| 09/23/14 | Tranen, Jeffrey | Ground Transportation | Car Service - Newark, NJ airport to residence. | 82.70 |
| 09/23/14 | Tranen, Jeffrey | Ground Transportation | Taxi - hotel to EFH office. | 10.00 |
| 09/30/14 | Davido, Scott | Ground Transportation | Car Service - New York, NY to hotel. | 158.04 |
| 09/30/14 | Davido, Scott | Ground Transportation | Car Service - hotel to Mexico City, Mexico airport. | 93.99 |
| | | **Ground Transportation Total** | | **1,522.76** |
| 06/19/14 | Goad, David | Lodging | Lodging in Dallas, TX - 1 night (06/18/2014 - 06/19/2014). | 333.10 |

**EXHIBIT D**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**EXPENSE DETAIL**
*FOR THE PERIOD SEPTEMBER 1, 2014 TO SEPTEMBER 30, 2014*

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 09/22/14 | Cavicchi, Joseph | Lodging | Lodging in Dallas, TX - 1 night (09/22/2014 - 09/23/2014). | 321.57 |
| 09/23/14 | Arsenault, Ronald | Lodging | Lodging in Dallas, TX - 1 night (09/22/2014 - 09/23/2014). | 321.57 |
| 09/23/14 | Tranen, Jeffrey | Lodging | Lodging in Dallas, TX - 1 night (09/22/2014 - 09/23/2014). | 356.15 |
| 09/24/14 | Cordasco, Michael | Lodging | Lodging in Dallas, TX - 1 night (09/22/2014 - 09/23/2014). | 321.57 |
| 09/29/14 | Davido, Scott | Lodging | Lodging in Dallas, TX - 2 nights (09/22/2014 - 09/24/2014). | 379.20 |
| | | **Lodging Total** | | **2,033.16** |
| 09/01/14 | Friedrich, Steven | Other | Monthly charge for Factiva research used for this engagement. | 154.80 |
| 09/13/14 | Cavicchi, Joseph | Other | City Express Inc. Courier services - flash-drive sent from Cambridge Energy Solutions to J. Cavicchi (FTI). | 18.40 |
| 09/19/14 | Grant, Kenneth | Other | Argus Media Inc. Data service subscription.[1] | 16,000.00 |
| 09/22/14 | Arsenault, Ronald | Other | Internet services while traveling. | 10.00 |
| 09/22/14 | Arsenault, Ronald | Other | Internet services while traveling. | 15.00 |
| 09/22/14 | Cavicchi, Joseph | Other | Internet services while traveling. | 9.95 |
| 09/22/14 | Davido, Scott | Other | Internet services while traveling. | 18.95 |
| 09/23/14 | Arsenault, Ronald | Other | Internet services while traveling. | 22.68 |
| 09/23/14 | Arsenault, Ronald | Other | Internet services while traveling. | 9.95 |
| 09/23/14 | Scruton, Andrew | Other | Internet services while traveling. | 7.50 |
| 09/23/14 | Scruton, Andrew | Other | Internet services while traveling. | 22.68 |
| 09/24/14 | Cordasco, Michael | Other | Internet services while traveling. | 9.95 |
| 09/25/14 | Grant, Kenneth | Other | McGraw Hill Company DBA Business Week, Platts, Data service subscription.[1] | 9,500.00 |
| 09/30/14 | Grant, Kenneth | Other | Ventyx Inc. One year data subscription.[1] | 29,750.00 |
| | | **Other Total** | | **55,549.86** |
| | | **Grand Total** | | **$69,363.10** |

**Note:**
(1) Third party database resources obtained to assess natural gas price forecasts in the ERCOT market.