## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*<sup>1</sup> | ) | Case No. 14-10979 (CSS) |
| | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. 2705** |
| | ) | |

### CERTIFICATE OF NO OBJECTION REGARDING NOTICE OF ASSUMPTION OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND RELATED RELIEF THERETO

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or any other responsive pleading to the *Notice of Assumption of Certain Executory Contracts and Unexpired Leases and Related Relief Thereto* [D.I. 2705] (the "Notice") filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"), with the United States Bankruptcy Court for the District of Delaware (the "Court") on November 5, 2014.

The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Notice appears thereon. Pursuant to the Notice, responses to the Notice were to be filed and served no later than 4:00 p.m. (Eastern Time) on November 19, 2014. The Debtors therefore respectfully request that the proposed form of order attached hereto as **Exhibit A**, which is materially in the same form filed with the Motion, be entered at the earliest convenience of the Court.

---

<sup>1</sup> The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Dated: November 21, 2014
      Wilmington, Delaware

    */s/ William A. Romanowicz*
    **RICHARDS, LAYTON & FINGER, P.A.**
    Mark D. Collins (No. 2981)
    Daniel J. DeFranceschi (No. 2732)
    Jason M. Madron (No. 4431)
    William A. Romanowicz (No. 5794)
    920 North King Street
    Wilmington, Delaware 19801
    Telephone: (302) 651-7700
    Facsimile: (302) 651-7701
    Email:    collins@rlf.com
              defranceschi@rlf.com
              madron@ rlf.com
              romanowicz@rlf.com

    -and-

    **KIRKLAND & ELLIS LLP**
    **KIRKLAND & ELLIS INTERNATIONAL LLP**
    Edward A. Sassower, P.C. (admitted *pro hac vice*)
    Stephen E. Hessler (admitted *pro hac vice*)
    Brian E. Schartz (admitted *pro hac vice*)
    601 Lexington Avenue
    New York, New York 10022-4611
    Telephone:(212) 446-4800
    Facsimile: (212) 446-4900
    Email:    edward.sassower@kirkland.com
              stephen.hessler@kirland.com
              brian.schartz@kirkland.com

    -and-

    James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
    Marc C. Kieselstein, P.C. (admitted *pro hac vice*)
    Chad J. Husnick (admitted *pro hac vice*)
    Steven N. Serajeddini (admitted *pro hac vice*)
    300 North LaSalle
    Chicago, Illinois 60654
    Telephone:(312) 862-2000
    Facsimile: (312) 862-2200
    Email:    james.sprayregen@kirkland.com
              marc.kieselstein@kirkland.com
              chad.husnick@kirland.com
              steven.serajeddini@kirkland.com

    Co-Counsel to the Debtors and Debtors in Possession

# EXHIBIT A

**Proposed form of Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: Docket No. 2658** |

## ORDER APPROVING THE ASSUMPTION
## OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Pursuant to the order approving expedited procedures for the rejection, assumption, or assumption and assignment of the Debtors' executory contracts and unexpired leases and granting related relief (the "<u>Procedures Order</u>")[2] [D.I. 2015]; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Debtors having properly served an Individual Assumption Notice on each applicable party as set forth in the Assumption Schedule, attached hereto as **Exhibit A**, in accordance with the terms of the Procedures Order; and no timely objections have been filed to the assumption of such Contracts or Leases; and due

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Procedures Order.

and proper notice of the Individual Assumption Notice having been provided to each applicable counterparty as set forth in the Assumption Schedule, and it appearing that no other notice need be provided; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The assumption of the Contracts and Leases as set forth in the Assumption Schedule is hereby approved.

2. The cure amount under section 365(b) of the Bankruptcy Code in connection with the assumption of the Contracts and Leases is hereby final as set forth in the Assumption Schedule and any claims against the Debtors arising under the Contracts and Leases prior to the entry of this Order are forever barred and enjoined.

3. The Debtors are authorized to take any action necessary to implement the terms of this Order without further order from this Court.

4. Assumption of the Contracts and Leases and payment of any associated cure amounts do not constitute: (a) an admission by the Debtors that the Contract or Lease is in fact an executory contract or unexpired lease under section 365 of title 11 of the United States Code or that the Debtors shall have any liability under the Contract or Lease, or (b) a waiver by the Debtors of any rights, claims, or defenses in connection with or arising under any Contract or Lease.

5. Notwithstanding the potential applicability of Bankruptcy Rule 6006(d), 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Dated: _____, 2014
      Wilmington, Delaware

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

## **Exhibit A**

**Assumption Schedule**

## Fourth Assumption Schedule

| Ref. # | Debtor(s) | Description of Contract/Lease | Contract Counterparty | Address | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| | | **Details of Contract(s) to be Assumed** | **Assumption Counterparty Information** | | | |
| 1 | Luminant Mining Company LLC | Lease Agreement between Luminant Mining Company LLC (formerly TXU Mining Company LLC) and Charles Kenneth Harris, et al dated June 18, 2002 regarding certain tracts in Area 271 & 272, Panola County | Charles Kenneth Harris | c/o Jesse M Harris<br>1075 Woodhaven Drive<br>Nacogdoches TX 75961-9613 | $0.00 | Upon entry of the Assumption Order |
| | | | James Luther Harris | c/o Jesse M Harris<br>1075 Woodhaven Drive<br>Nacogdoches TX 75961-9613 | $0.00 | Upon entry of the Assumption Order |
| | | | Willie Jean Harris Triana | c/o Jesse M Harris<br>1075 Woodhaven Drive<br>Nacogdoches TX 75961-9613 | $0.00 | Upon entry of the Assumption Order |
| | | | Betty Cleveland | c/o Jesse M Harris<br>1075 Woodhaven Drive<br>Nacogdoches TX 75961-9613 | $0.00 | Upon entry of the Assumption Order |
| | | | Mitchell Lynn Harris | c/o Jesse M Harris<br>1075 Woodhaven Drive<br>Nacogdoches TX 75961-9613 | $0.00 | Upon entry of the Assumption Order |
| | | | Richard Pou Harris | c/o Jesse M Harris<br>1075 Woodhaven Drive<br>Nacogdoches TX 75961-9613 | $0.00 | Upon entry of the Assumption Order |
| | | | Jesse M. Harris or Virigina H. Harris | c/o Jesse M Harris<br>1075 Woodhaven Drive<br>Nacogdoches TX 75961-9613 | $0.00 | Upon entry of the Assumption Order |
| 2 | Luminant Mining Company LLC | Lease agreement between Luminant Mining Company LLC and Kim R Smith dated May 4, 2011 regarding Area 271, Tract 889 in Panola County, Texas | Kim R Smith | 1155 E. Johnson<br>Tatum TX 75691 | $0.00 | Upon entry of the Assumption Order |
| 3 | Luminant Mining Company LLC | Lease agreement between Luminant Mining Company LLC and Effie Downs & Susan Downs dated April 1, 2010 regarding Tract 931-A, Area 221, Panola County, Texas | Effie Downs | P.O. Box 688<br>Tatum TX 75691 | $0.00 | Upon entry of the Assumption Order |
| | | | Susan Downs | P.O. Box 688<br>Tatum TX 75691 | $476.11 | Upon entry of the Assumption Order |
| 4 | Luminant Mining Company LLC | Lease agreement between Edward Wayne Wright & Wanda Darlene Wright and Luminant Mining Company LLC dated January 10, 2008 regarding certain tracts of land in Area 817, Rusk County, Texas | Edward Wayne Wright | SN 5 Lake Cherokee<br>Henderson TX 75652 | $0.00 | Upon entry of the Assumption Order |
| | | | Wanda Darlene Wright | SN 5 Lake Cherokee<br>Henderson TX 75652 | $0.00 | Upon entry of the Assumption Order |