# EXHIBIT A

**Statement of Fees and Expenses By Subject Matter**

## COMPENSATION BY PROJECT CATEGORY
## <u>OCTOBER 1, 2014 THROUGH OCTOBER 31, 2014</u>

| Matter Number | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| Applicable to All Debtors[1] | | | |
| 12 | Tax Analysis | N/A | N/A |
| 25 | Public Policy Advice | N/A | N/A |
| 30 | Case Administration, Employment and Fee Applications | 146.0 | $68,117.50 |
| 46 | Budget-Related Work | 3.0 | $1,900.00 |
| Total for All-Debtor Matters | | 149.0 | $70,017.50 |
| Applicable to TCEH Debtors | | | |
| 4 | Litigation: Disputes and Potential Litigation with Aurelius | N/A | N/A |
| 8 | Litigation: FPL v. TXU (Texas Supreme Court) | 1.7 | $1,504.50 |
| 13 | Litigation: FOIA Disputes and EPA Matters | 8.5 | $5,355.00 |
| 16 | Litigation: Sierra Club - Eastern District of Texas | N/A | N/A |
| 17 | Litigation: Sierra Club - Western District of Texas | 25.3 | $18,299.00 |
| 18 | Litigation: NSR Case | 14.5 | $10,791.00 |
| 22 | Litigation: 2004 FPL Lawsuit | 5.7 | $3,635.00 |
| 23 | Litigation: 2011 FPL Lawsuit | 1.3 | $764.00 |
| 24 | Litigation: FPL Offer Curves Dispute | N/A | N/A |
| 41 | SEC Matters | N/A | N/A |
| 43 | Corporate Matters | N/A | N/A |
| 44 | Non-Working Travel | N/A | N/A |
| Total for TCEH Matters | | 57.0 | $40,348.50 |
| Applicable to EFIH Debtors | | | |
| 27 | First Lien DIP Exchange Offer | N/A | N/A |
| 28 | Second Lien DIP Tender Offer | N/A | N/A |

---

[1] Matter categories applicable to all Debtors are allocated to each Debtor in the same proportion as the amount incurred by each Debtor to its direct benefit on a monthly basis. In this Monthly Fee Statement, 61.5% of the fees ($43,041.62) shall be allocated to the TCEH estate, 0% of the fees ($0.00) shall be allocated to the EFIH estate, and 38.5% of the fees ($26,975.88) shall be allocated to the EFH estate.

RLF1 11179748v.1

| 29 | Second Lien DIP Notes Offering | N/A | N/A |
|---|---|---|---|
| 34 | SEC Matters | N/A | N/A |
| 35 | Corporate Matters | N/A | N/A |
| 40 | Non-Working Travel | N/A | N/A |
| Total for EFIH Matters | | N/A | N/A |
| Applicable to EFH Debtors | | | |
| 31 | SEC Matters | 3.4 | $2,686.00 |
| 32 | Corporate Matters | 39.7 | $22,602.00 |
| 38 | Non-Working Travel | N/A | N/A |
| Total for EFH Matters | | 43.1 | $25,288.00 |
| **Total** | | **249.1** | **$135,654.00** |

**EXPENSE SUMMARY**
**OCTOBER 1, 2014 THROUGH OCTOBER 31, 2014**

| Expenses Category | Total Expenses |
|---|---:|
| Travel – Parking | $12.00 |
| **Total:** | **$12.00** |

RLF1 11179748v.1