# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The Gibson Dunn professionals and paraprofessionals who rendered professional services in these cases during the Fee Period are:

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| William B. Dawson | Partner. Joined firm as a Partner in 2011. Member of TX Bar since 1975. | $925.00 | 13.8 | $12,765.00 |
| James C. Ho | Partner. Became a Partner in 2010. Member of DC Bar since 2001, and TX Bar since 2006. | $885.00 | 1.7 | $1,504.50 |
| Robert B. Little | Partner. Joined firm as a Partner in 2011. Member of TX Bar since 1998. | $790.00 | 20.7 | $16,353.00 |
| Michael L. Raiff* | Partner. Joined firm as a Partner in 2011. Member of TX Bar since 1992. | $840.00 | 30.0 | $19,488.00 |
| Ashley E. Johnson* | Of Counsel. Became an Of Counsel in 2014. Member of NC Bar since 2007, and TX Bar since 2009. | $740.00 | 2.4 | $1,556.00 |
| Dina R. Bernstein | Associate. Joined firm as an associate in 2006. Member of CA Bar since 2006. | $650.00 | 1.2 | $780.00 |
| Matthew G. Bouslog | Associate. Joined firm as an associate in 2012. Member of CA Bar since 2011. | $555.00 | 41.0 | $22,755.00 |
| Caitlin A. Calloway | Associate. Joined firm as an Associate in 2012. Member of TX Bar since 2012. | $435.00 | 6.9 | $3,001.50 |

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Katherine E. Cournoyer | Associate. Joined firm as an Associate in 2013. Member of NY Bar since 2012, and TX Bar since 2014. | $555.00 | 3.5 | $1,942.50 |
| Russell H. Falconer* | Associate. Joined firm as an Associate in 2011. Member of TX Bar since 2009. | $535.00 | 4.7 | $2,961.00 |
| Scott J. Fulford* | Associate. Joined firm as an Associate in 2014. Member of TX Bar since 2012. | $440.00 | 6.8 | $4,284.00 |
| Jeremy L. Graves | Associate. Joined firm as an Associate in 2008. Member of CO Bar since 2012. | $710.00 | 2.6 | $1,846.00 |
| Madison A. Jones | Associate. Joined firm as an Associate in 2013. Member of TX Bar since 2011. | $495.00 | 7.1 | $3,514.50 |
| Joseph A. Orien | Associate. Joined firm as an associate in 2014. Member of TX Bar since 2013. | $440.00 | 11.2 | $4,928.00 |
| Emily B. Speak | Associate. Joined firm as an Associate in 2013. Member of CA Bar since 2013. | $440.00 | 16.6 | $7,304.00 |
| John-Paul Vojtisek | Associate. Joined firm as an Associate in 2005. Member of NY Bar since 2006. | $710.00 | .7 | $497.00 |
| Jonathan M. Whalen | Associate. Joined firm as an Associate in 2009. Member of TX Bar since 2009. | $575.00 | 2.4 | $1,380.00 |

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Duke K. Amponsah | Paralegal. Joined firm as a Paralegal in 2012. | $380.00 | 75.4 | $28,652.00 |
| Gaya K. Holman | Paralegal. Joined firm as a Paralegal in 2013. | $355.00 | .4 | $142.00 |
| **TOTAL** | | | **249.1** | **$135,654.00** |
| **Blended Rate** | | | | **$544.58** |

\* The Debtors and Gibson Dunn have agreed to a blended hourly rate of $630.00 for Mr. Raiff and all associates for work performed on matter numbers 13, 16-18, and 22-24. For all other matters, this attorney bills at the hourly rate specified herein.