# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

**EXPENSE SUMMARY**
**OCTOBER 1, 2014 THROUGH OCTOBER 31, 2014**

**Applicable to TCEH Debtors**

| Expenses Category | Total Expenses |
|---|---:|
| Travel – Parking | $12.00 |
| **Total:** | **$12.00** |

**TOTAL EXPENSES** $12.00