# **EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

| Invoice Number | Matter Name | Date | Name Of Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 2014112988 | TCEH | 20141016 | Michael L. Raiff | Travel – Parking | | | $12.00 | Parking/Dallas, TX/EFH/NSR |