# EXHIBIT A

**Voluntary Rate Disclosures**

- The blended hourly rate for timekeepers in McDermott's New York office (including both professionals and paraprofessionals) who billed to non-bankruptcy matters (collectively, the "Non-Bankruptcy Matters")[1] during the 12-month period beginning on September 1, 2013 and ending on August 31, 2014 (the "Comparable Period") was, in the aggregate, approximately $623 per hour (the "Non-Bankruptcy Blended Hourly Rate").[2]

- The blended hourly rate for all McDermott timekeepers (including both professionals and paraprofessionals) who billed to the Debtors during the Fee Period was approximately $644 per hour (the "Debtor Blended Hourly Rate").[3]

- A detailed comparison of these rates is as follows:[4]

| Position at McDermott | Debtor Blended Hourly Rate for This Fee Application | Non-Bankruptcy Blended Hourly Rate |
| --- | --- | --- |
| Partners | $793 | $769 |
| Associates | $422 | $460 |
| Counsel | $0 | $743 |
| Contract Attorneys | $0 | $0 |
| Paralegals | $315 | $179 |
| **Attorneys & Paraprofessionals** | **$644** | **$623** |

---

[1] It is the nature of McDermott's practice that certain non-bankruptcy engagements require the advice and counsel of professionals and paraprofessionals who work primarily within McDermott's Restructuring & Insolvency Group. Accordingly, "Non-Bankruptcy Matters" consist of matters for which McDermott domestic timekeepers represented a client in a matter other than an in-court bankruptcy proceeding. Moreover, the Non-Bankruptcy Matters include time billed by McDermott domestic timekeepers who work primarily within McDermott's Restructuring & Insolvency Group.

[2] McDermott calculated the blended rate for Non-Bankruptcy Matters by dividing the *total dollar amount* billed by McDermott's New York office timekeepers to the Non-Bankruptcy Matters during the Comparable Period by the *total number of hours* billed by McDermott New York office timekeepers to the Non-Bankruptcy Matters during the Comparable Period.

[3] McDermott calculated the blended rate for timekeepers who billed to the Debtors by dividing the *total dollar amount billed* by such timekeepers during the Fee Period by the *total number of hours billed* by such timekeepers during the Fee Period.

[4] McDermott believes that the $21 (3.3%) difference between the Debtor Blended Hourly Rate and the Non-Bankruptcy Blended Hourly Rate reflects the fact that these matters have required a large number of hours from more senior attorneys as compared to other matters that are factored into the Non-Bankruptcy Blended Hourly Rate.