# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: D.I. 2789** |

## SUPPLEMENT TO FIRST INTERIM FEE APPLICATION OF THOMPSON & KNIGHT LLP, SPECIAL TAX COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR THE PERIOD FROM APRIL 29 THROUGH AND INCLUDING AUGUST 31, 2014

Thompson & Knight LLP ("T&K"), special tax counsel for debtors and debtors-in-possession (collectively, the "Debtors"), supplements the *First Interim Fee Application of Thompson & Knight LLP, Special Tax Counsel for the Debtors and Debtors-In-Possession, for the Period from April 29 Through and Including August 31, 2014* [D.I. 2789] to provide the Customary and Comparable Compensation Disclosures, which is attached as **Exhibit J** and incorporated by reference.

DATED: November 21, 2014.   Respectfully submitted,

**THOMPSON & KNIGHT LLP**

By:   */s/ Mary A. McNulty*
Mary A. McNulty
Texas Bar No. 13839680
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Telephone:  214/969-1700
Facsimile: 214/969-1751
Mary.McNulty@tklaw.com

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.