## Exhibit J

### Customary and Comparable Compensation Disclosures

The blended hourly rate for all T&K domestic timekeepers (including both professionals and paraprofessionals) who billed to non-bankruptcy matters (collectively, the "Non-Bankruptcy Matters")[1] during the 12-month period beginning on October 1, 2013 and ending on September 30, 2014 (the "Comparable Period") was, in the aggregate, approximately $492 per hour (the "Non-Bankruptcy Blended Hourly Rate").[2]

The blended hourly rate for all T&K domestic timekeepers (including both professionals and paraprofessionals) who billed to the Debtors during the Fee Period was approximately $555 per hour (the "Debtor Blended Hourly Rate").[3]

A detailed comparison of these rates is as follows:

| Position at T&K | Debtor Blended Hourly Rate for This Fee Application | Non-Bankruptcy Blended Hourly Rate |
|---|---|---|
| Partner | $705 | $596 |
| Associate | $460 | $389 |
| Paralegal | $240 | $237 |
| **Total** | **$555** | **$492** |

---

[1] It is the nature of T&K's practice that certain non-bankruptcy engagements require the advice and counsel of professionals and paraprofessionals who work primarily within T&K's Restructuring Group. Accordingly, "Non-Bankruptcy Matters" consist of matters for which T&K domestic timekeepers represented a client in a matter other than an in-court bankruptcy proceeding. Moreover, the Non-Bankruptcy Matters include time billed by T&K domestic timekeepers who work primarily within T&K's Restructuring Group.

[2] T&K calculated the blended rate for Non-Bankruptcy Matters by dividing the *total dollar amount* billed by T&K domestic timekeepers to the Non-Bankruptcy Matters during the Comparable Period by the *total number of hours* billed by T&K domestic timekeepers to the Non-Bankruptcy Matters during the Comparable Period.

[3] T&K calculated the blended rate for timekeepers who billed to the Debtors by dividing the *total dollar amount billed* by such timekeepers during the Fee Period by the *total number of hours billed* by such timekeepers during the Fee Period.