# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) | (Jointly Administered) Re: Docket Nos. 2849 & 2850 |

### DECLARATION OF STEVE R. KOTARBA, MANAGING DIRECTOR WITH ALVAREZ & MARSAL NORTH AMERICA, LLC, IN SUPPORT OF THE MOTION OF ENERGY FUTURE HOLDINGS CORP., ET AL., FOR ENTRY OF AN ORDER (A) WAIVING CERTAIN REQUIREMENTS OF BANKRUPTCY RULE 3007 AND LOCAL BANKRUPTCY RULES 3007-1 AND 3007-2 AND (B) APPROVING THE DEBTORS' FORM OF CUSTOM NOTICE

Pursuant to 28 U.S.C. § 1746, I, Steve R. Kotarba, declare as follows:

1.     I am a Managing Director with Alvarez & Marsal North America, LLC ("A&M"). A&M serves as an advisor to the Debtors in preparation for and during these chapter 11 proceedings by assisting the Debtors with financial analyses, claims management, and various notice requirements. In preparing for this declaration, I generally relied on court pleadings and other compilations on which I typically rely in performing my job, and which are generally relied on by the public or persons in my occupation. I am over the age of 18 and duly authorized to execute this declaration (the "Declaration") on behalf of the Debtors in support of the *Motion of Energy Future Holdings Corp.,* et al., *for Entry of an Order (A) Waiving Certain Requirements*

---

[1]     The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

of *Bankruptcy Rule 3007 and Local Bankruptcy Rules 3007-1 and 3007-2 and (B) Approving the Debtors' Form of Custom Notice* (the "Motion"),[2] filed contemporaneously herewith.

2. The facts in this Declaration are based on my personal knowledge and experience with the Debtors' operations and in these chapter 11 cases. If called to testify, I would testify to the facts set forth herein.

3. To date, nearly 10,000 Proofs of Claim asserting more than $310 billion in liabilities have been filed on the Claims Register by approximately 6,000 claimants.

4. The Debtors have nearly 1.7 million customers, over 5,700 employees, nearly 7,000 vendors, thousands of retirees (many of whom are still very influential in the Debtors' community), and a significant number of contract counterparties and service providers. The Debtors' historically high-performing operations are due in no small part to their strong relationships with these and other constituencies.

5. Service of the Custom Notice and the Objection, without the corresponding exhibits, will (a) assure that these constituents are not inundated with information irrelevant to their relationship with the Debtors or their Proofs of Claim, (b) provide Claimants with the information pertinent to exclusively their Proofs of Claim and the substantive information the Bankruptcy Code, Bankruptcy Rules, and the Local Bankruptcy Rules require, (c) streamline the claims administration process, and (d) reduce the Debtors' noticing expenses.

6. The Custom Notice will be mailed to each Creditor at least 30 days prior to the relevant hearing and will include, with respect to each Claimant, (a) such claimant's Proof of Claim number, as listed on the Claims Register, (b) the claim amount associated with such Proof of Claim, and (c) the basis for the Debtors' objection to such Claimant's Proof of Claim. To the

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

extent the Debtors object to a Proof of Claim (a) as amended by a subsequently filed claim, (b) as an exact duplicate of another Proof of Claim, or (c) in any other way for which expungement of the objected-to Proof of Claim leaves the relevant claimant with an unaffected Proof of Claim, the Custom Notice shall also include the Proof of Claim number and associated claim amount for the superseding Proof of Claim, exact duplicate Proof of Claim, or other unaffected Proof of Claim.

[*Remainder of page intentionally left blank.*]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Wilmington, Delaware
Dated: November 21, 2014

                                            */s/ Steve R. Kotarba*
                                            Steve R. Kotarba
                                            Managing Director
                                            Alvarez & Marsal North America, LLC