**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: December 18, 2014 at 9:30 a.m.** |
| | **Objection Deadline: December 11, 2014 at 4:00 p.m.** |

**NOTICE OF "MOTION OF ENERGY FUTURE HOLDINGS**
**CORP., ET AL., FOR ENTRY OF AN ORDER APPROVING**
**THE 2015 COMPENSATION PROGRAMS" AND HEARING THEREON**

PLEASE TAKE NOTICE that, on November 22, 2014, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the **Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Approving the 2015 Compensation Programs** (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion must be in writing, filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned co-counsel for the Debtors on or before **December 11, 2014 at 4:00 p.m. (Eastern Standard Time).**

PLEASE TAKE FURTHER NOTICE that if an objection is timely filed, served and received and such objection is not otherwise timely resolved, a hearing to consider such

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

objection and the Motion will be held before The Honorable Christopher S. Sontchi at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **December 18, 2014 at 9:30 a.m. (Eastern Standard Time).**

IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

*[Remainder of page intentionally left blank.]*

Dated:  November 22, 2014          */s/ William A. Romanowicz*
        Wilmington, Delaware       **RICHARDS, LAYTON & FINGER, P.A.**
                                   Mark D. Collins (No. 2981)
                                   Daniel J. DeFranceschi (No. 2732)
                                   Jason M. Madron (No. 4431)
                                   William A. Romanowicz (No. 5794)
                                   920 North King Street
                                   Wilmington, Delaware 19801
                                   Telephone:     (302) 651-7700
                                   Facsimile:     (302) 651-7701
                                   Email:         collins@rlf.com
                                                  defranceschi@rlf.com
                                                  madron@rlf.com
                                                  romanowicz@rlf.com
                                   -and-

                                   **KIRKLAND & ELLIS LLP**
                                   **KIRKLAND & ELLIS INTERNATIONAL LLP**
                                   Edward O. Sassower, P.C. (admitted *pro hac vice*)
                                   Stephen E. Hessler (admitted *pro hac vice*)
                                   Brian E. Schartz (admitted *pro hac vice*)
                                   601 Lexington Avenue
                                   New York, New York 10022-4611
                                   Telephone:     (212) 446-4800
                                   Facsimile:     (212) 446-4900
                                   Email:         edward.sassower@kirkland.com
                                                  stephen.hessler@kirkland.com
                                                  brian.schartz@kirkland.com
                                   -and-

                                   James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
                                   Marc Kieselstein, P.C. (admitted *pro hac vice*)
                                   Chad J. Husnick (admitted *pro hac vice*)
                                   Steven N. Serajeddini (admitted *pro hac vice*)
                                   300 North LaSalle
                                   Chicago, Illinois 60654
                                   Telephone:     (312) 862-2000
                                   Facsimile:     (312) 862-2200
                                   Email:         james.sprayregen@kirkland.com
                                                  marc.kieselstein@kirkland.com
                                                  chad.husnick@kirkland.com
                                                  steven.serajeddini@kirkland.com

                                   Co-Counsel to the Debtors and Debtors in Possession

RLF1 11183557v.1