# EXHIBIT B

## Summary of 2015 Compensation Programs

| Program Name | Program Description | Number of Participants[1] | Performance Metrics | 2015 Cost |
|---|---|---|---|---|
| 2014 Executive Annual Incentive Plan[2] | Incentive program for senior employees with target payments for participants based on achievement of certain performance metrics | 25 employees (insider) | Company and individual performance metrics | $8.0 million (at target) |
| | | 45 employees (non-insider) | See Filsinger Declaration at Table 1-4. | $4.3 million (at target) |
| 2014 Key Leader Performance Program | Incentive program with target payments based on the achievement of certain performance metrics over quarterly period | 18 employees | Company and individual performance metrics<br><br>See Filsinger Declaration at Table 1-4. | $4.3 million (at target) |
| 2014 Luminant Commercial Incentive Plan | Incentive program based on the aggregate incremental value that Luminant achieves on all commercial trading transactions for that year | One employee (insider) | Payments contingent on achievement of incremental value by Luminant on commercial trading transactions | ▇▇▇ |
| | | 54 employees (non-insider) | | $4.1 million |
| SPC Long-Term Incentive Plan | Incentive program for SPC members with target payments for participants based on achievement of certain performance metrics over multi-quarter periods | Seven employees | Company and individual performance metrics<br><br>See Filsinger Declaration at Table 1-4. | ▇▇▇ |
| 2015 Annual Incentive Plan | Incentive program for non-insider employees with target payments for participants based on achievement of certain performance metrics | 5,425 employees | Company and individual performance metrics<br><br>See Filsinger Declaration at Table 1-4. | $56.1 million (at target) |
| 2015 Key Leader Plan | Retention program with target payments over quarterly periods | 155 employees | None | $6.3 million |
| 2015 Luminant Developer Incentive Plan | Incentive program based on the completion or milestones reached for certain commercial development projects for that year | 25 employees | Milestone markers based on the progress of certain commercial projects. | $210,000 |
| 2015 Individual Bonus Payments | Retention programs and certification bonuses for certain crucial non-insider employees | 172 employees | None for retention programs, maintenance of certifications for other employees, specifically nuclear engineers. | $1.5 million |

---

[1] The number of participants and potential costs of the AIP and EAIP are the aggregate target amounts based on current headcount.

[2] The Debtors also seek approval of the Annual Incentive Plan for a single employee who may be an insider because the employee is married to a member of senior management. The employee is included in the Executive Annual Incentive Plan numbers, but participates only in the Annual Incentive Plan. Those two plans have basically identical terms, and the amounts for the Executive Annual Incentive Plan set forth in this table include the employee's potential AIP award.

KE 33767476