# EXHIBIT A:
# DECLARATION OF TODD W. FILSINGER,
# FILSINGER ENERGY PARTNERS

## November 21, 2014

## Highly Confidential – Filed Under Seal

## CONTENTS

1    EXECUTIVE SUMMARY ................................................................................................................. 1-1

2    FILSINGER ENERGY PARTNERS ................................................................................................... 2-8

3    EFH OVERVIEW ........................................................................................................................ 3-9

4    DERIVATION OF THE BUSINESS PLAN AND 2015 EAIP/AIP METRICS ...................................... 4-10

　4.1    Overview of the Planning and Budgeting Process ................................................. 4-10

　4.2    FEP's Role in the Planning Process ....................................................................... 4-10

5    COMPENSATION METRIC ANALYSIS .......................................................................................... 5-11

　5.1    Luminant ............................................................................................................. 5-11

　　5.1.1    Overview of Luminant Performance Metrics .................................................. 5-11

　　5.1.2    FEP's Metric Analysis ..................................................................................... 5-12

　5.2    Luminant Energy Commercial Incentive Plan ....................................................... 5-27

　5.3    Luminant Safety Program Incentive Plans ............................................................ 5-28

　5.4    TXU Energy .......................................................................................................... 5-30

　　5.4.1    Overview of TXU Energy Performance Metrics ............................................... 5-30

　　5.4.2    FEP's Metric Analysis ..................................................................................... 5-30

　5.5    Business Services .................................................................................................. 5-47

　　5.5.1    Overview of Business Services Performance Metrics ...................................... 5-47

　　5.5.2    FEP's Metric Analysis ..................................................................................... 5-47

APPENDIX A ..................................................................................................................................... 5-50

## LIST OF FIGURES

Figure 5-1:  Relationship of Luminant Risk Factors Managed by an Integrated Risk Management Framework .................................................................................................................................................5-12

Figure 5-2:  ERCOT Wind Installations ...................................................................................................5-14

Figure 5-3:  Luminant Management EBITDA vs. Houston Ship Channel Natural Gas Prices ..................5-15

Figure 5-4:  Summary of EAIP/AIP Luminant EBITDA Multifactor Scenarios Analyzed by FEP ...............5-18

Figure 5-5:  Luminant EAIP/AIP Coal Plant Summer Availability Targets vs. Industry Historicals ..........5-19

Figure 5-6:  Luminant EAIP/AIP Coal Plant Non-Summer Availability Targets vs. Industry Historicals ...5-20

Figure 5-7:  Luminant EAIP/AIP Nuclear Plant Availability Targets vs. Industry Historicals ...................5-21

Figure 5-8:  Comparison of Industry Average Combined O&M and CapEx Costs to 2015 Metrics .........5-24

Figure 5-9:  EAIP/AIP Coal Fuel Costs Identified Risk Range ..................................................................5-26

Figure 5-10: Luminant's "Safety Zero" Motto........................................................................................5-29

Figure 5-11:  Relationship of TXU Energy Risk Factors Managed by an Integrated Risk Management Framework .................................................................................................................................................5-31

Figure 5-12: Summary of EAIP/AIP TXU Energy EBITDA Multifactor Scenarios Analyzed by FEP...........5-35

Figure 5-13: EAIP/AIP TXU Energy Total Costs Identified Risk Range ....................................................5-36

Figure 5-14: Contribution Margin: TXU Energy 2015 EAIP/AIP vs. Market History ................................5-38

Figure 5-15: EAIP/AIP Customer Satisfaction Identified Risk Range ......................................................5-40

Figure 5-16: Days Sales Outstanding Identified Risk Range ...................................................................5-41

Figure 5-17: Energizing Event Success: TXU Energy 2015 EAIP/AIP vs. Company Actuals .....................5-43

Figure 5-18: Complaints to the PUCT...................................................................................................5-44

Figure 5-19: EAIP/AIP Customer Complaints Identified Risk Range ......................................................5-45

Figure 5-20: System Availability: TXU Energy 2015 EAIP/AIP vs. Company Actuals ...............................5-46

## LIST OF TABLES

Table 1-1: EAIP/AIP Metrics ..................................................................................................................1-2

Table 1-2: Comparison of 2015 EAIP/AIP & 2014 AIP Metrics ....................................................................1-7

Table 5-1: Luminant EAIP/AIP Metrics ....................................................................................................5-11

Table 5-2: Major Contributing Factors to Coal Fuel Costs ........................................................................5-16

Table 5-3: LCIP Funding Schedule ..........................................................................................................5-27

Table 5-4: Luminant Safety Program Incentive Plans "Personnel Safety Index" Metrics........................5-29

Table 5-5: TXU Energy EAIP/AIP Metrics.................................................................................................5-30

Table 5-6: TXU Energy EAIP/AIP Customer Experience Sub-Scorecard ....................................................5-39

Table 5-7: Business Services EAIP/AIP Metrics .......................................................................................5-47

Table A-1: List of Potential Insiders and EAIP Performance Scoring.........................................................5-50

## LIST OF ACRONYMS AND TERMS

AIP – Annual Incentive Plan
CEO – Chief Executive Officer
CQ – Customer Quality
CapEx – Capital Expenditures
Company – Energy Future Holdings Corp. and its subsidiaries
DSO – Days Sales Outstanding
EAF – Equivalent Availability Factor
EAIP – Executive Annual Incentive Plan
EBITDA – Earnings before interest, taxes, depreciation and amortization
EES – Energizing Event Success
EFH – Energy Future Holdings Corp. and its subsidiaries
EIA – U.S. Energy Information Administration
EIV – Economic Incremental Value
ERCOT – Electric Reliability Council of Texas
ESB – Energy Supply Book
FEP – Filsinger Energy Partners
FERC – Federal Energy Regulatory Commission
GWh – Gigawatt-hour
HSC – Houston Ship Channel natural gas delivery location
IT – Information Technology
KLPP – Key Leader Performance Plan
LCIP – Luminant Energy Commercial Incentive Plan
LOIE – Lights Out in Error
LRP – Long Range Plan
LTIP – Long Term Incentive Plan
Luminant – Luminant Holding Company LLC and its subsidiaries
MMBtu – Million British Thermal Units
MW – Megawatt
MWh – Megawatt-hour
NERC – North American Electric Reliability Corporation
NRC – U.S. Nuclear Regulatory Commission
O&M – Operating and Maintenance
Oncor – Oncor Electric Delivery Holdings Company LLC and its subsidiaries
PRB – Powder River Basin coal
PUCT – Public Utility Commission of Texas
pc-GAR – North American Electric Reliability Corporation's Generating Availability Report
REPs – Retail Electricity Providers
SG&A – Selling, General and Administrative
TXU Energy or TXUE – TXU Energy Retail Company LLC and its affiliates

HIGHLY CONFIDENTIAL

# 1    EXECUTIVE SUMMARY

Filsinger Energy Partners ("FEP") and I, Todd W. Filsinger, a senior managing director of FEP, have been asked by counsel for Energy Future Holdings Corp. and its subsidiaries ("EFH" or the "Company") to independently assess the reasonableness of the performance metrics that trigger payment of incentive compensation for certain selected members of senior management in the Company's Annual Incentive Plan ("AIP")[1], Executive Annual Incentive Plan ("EAIP")[2], EAIP/AIP Luminant Safety Program Incentive Plans, Luminant Energy Commercial Incentive Plan ("LCIP"), Key Leader Performance Plan ("KLPP"), and Long Term Incentive Plan ("LTIP") for the year 2015. As with the 2014 plans, I was asked to evaluate whether the 2015 performance metrics are primarily incentivizing—that is, whether they are stretch goals as opposed to easy to achieve.

I filed a similar declaration with the Court on August 8, 2014 in connection with the 2014 Insider Compensation Motion ("August 2014 FEP Declaration"). Rather than repeating my analysis from that declaration, I will refer to (and incorporate by reference) my earlier analysis in discussing, for example, (1) the underlying risks associated with the operations of EFH, (2) my and FEP's qualifications, (3) the overview of EFH's operations, and (4) the overview of the Electric Reliability Council of Texas ("ERCOT") market.

**Scorecard Metrics**

As in previous years, the scorecard metrics for the AIP, EAIP, EAIP/AIP Luminant Safety Program Incentive Plans, and the LCIP are based on targets in the 2015 annual budget and Long Range Plan ("LRP") that the Company developed from the ground-up. The KLPP and LTIP are standalone compensation programs whose metrics are a subset of the EAIP/AIP targets. The Company's process for planning and developing the annual budget stretches across a number of months, and involves detailed modeling for each business unit and a robust review of the targets throughout all levels of the organization.

**EAIP/AIP Scorecard Metrics**

EFH's operating business units consist primarily of Luminant Holding Company LLC and its subsidiaries ("Luminant") and TXU Energy Retail Company LLC and its affiliates ("TXU Energy" or "TXUE"). Based on the 2015 annual budget and LRP, the Company developed an EAIP/AIP scorecard for each business unit—Luminant, TXU Energy and Business Services—that tailors the incentive metrics to the key financial and operational performance drivers for that particular entity. The 2015 scorecard metric categories and their respective weightings are the same as those in the 2014 scorecard. For example,

---

[1] The Company maintains the AIP for employees below the level of Vice President.

[2] The Company maintains the EAIP for approximately 70 individuals at or above the level of Vice President. Twenty-four Company employees within the EAIP are considered potential insiders.

Luminant's EAIP/AIP metrics focus on earnings before interest, taxes, depreciation and amortization ("EBITDA") (37.5% weight), plant availability (27.5% across coal-fired and nuclear facilities), Operating and Maintenance ("O&M") and Selling, General and Administrative ("SG&A") costs (15%), coal fuel costs (10%) and capital expenditures ("CapEx") (10%). Meanwhile, the EAIP/AIP metrics at TXU Energy focus on EBITDA (40% weight) as well as total costs (20%), contribution margin (15%), total customer counts (10%) and customer experience (15%). While the metrics for Luminant and TXU Energy focus on performance of those business units, four of the five metrics at Business Services are primarily derived from Luminant and TXU Energy performance metrics. All told, the metrics used in the EAIP/AIP scorecards are substantially similar to, if not the same as, those that have been used by the Company for at least the last six years.

For each EAIP/AIP scorecard metric, the Company established a payout range based on varying levels of performance—threshold, baseline, and superior. If actual performance does not meet the threshold performance level hurdle, the Company will not pay out an incentive compensation payment for that particular metric. As a general matter, by meeting these metrics, management will increase value for the Company and its constituencies, holding all else equal.

The 2015 scorecards for the EAIP and AIP are shown in Table 1-1 below.

**Table 1-1: EAIP/AIP Metrics**

| Scorecard | Performance metric | % Weight | Threshold | Baseline | Superior |
|---|---|---|---|---|---|
| LUMINANT | Luminant Management EBITDA ($ mm) | 37.5 | | | |
| | Coal Available Generation (GWh) (Jun-Sep 15) | 10 | 19,102 | 19,724 | 20,355 |
| | Coal Available Generation (GWh) (Jan-May, Sep 16-Dec) | 10 | 33,214 | 34,066 | 35,428 |
| | Nuclear Available Generation (GWh) | 7.5 | 19,775 | 20,272 | 20,594 |
| | Luminant O&M/SG&A ($ mm) | 15 | 1,158 | 1,113 | 1,046 |
| | Coal Fuel Costs ($/MMBtu consumed) | 10 | 1.81 | 1.73 | 1.60 |
| | Luminant Capex ($ mm) | 10 | 588 | 566 | 532 |
| TXU ENERGY | TXU Energy Management EBITDA ($ mm) | 40 | | | |
| | TXU Energy Total Costs ($ mm) | 20 | 397 | 378 | 359 |
| | Contribution Margin ($/MWh) | 15 | | | |
| | Residential Ending Customer Count (000's) | 10 | 1,373 | 1,416 | 1,458 |
| | TXUE Customer Satisfaction % | 3 | 83.60% | 85.60% | 87.60% |
| | Average Days Sales Outstanding | 3 | 41.3 | 39.7 | 38.1 |
| | TXUE Energizing Event Success (Issues) | 3 | 99.83% | 99.91% | 99.95% |
| | TXUE Customer Complaints | 3 | 714 | 595 | 476 |
| | TXUE System Availability % (Uptime) | 3 | 99.85% | 99.93% | 99.97% |
| BUSINESS SERVICES | Competitive Management EBITDA ($ mm) | 20 | | | |
| | Luminant Scorecard Multiplier (%) | 20 | 50% | 100% | 200% |
| | TXU Energy Scorecard Multiplier (%) | 20 | 50% | 100% | 200% |
| | Competitive Total Spend ($ mm) | 20 | 2,241 | 2,149 | 2,011 |
| | EFH Business Services Costs ($ mm) | 20 | 252 | 240 | 216 |

**Metrics for EAIP/AIP Luminant Safety Program Incentive Plans**

Luminant has two separate incentive programs to incentivize safety at its nuclear and fossil generation plants.

Luminant's fossil safety program includes operations at its coal plants, natural gas plants, and mining operations, and is quantified through a "Safety Index" for each operational unit. Safety Indices are based on the combined evaluation of leadership audits (20%), hazard recognition and mitigation (25%), behavior recognition (25%), and safety results (30%), based on Occupational Safety and Health Administration recordable injuries.

Luminant's nuclear safety program features similar personnel safety metrics, as well as specific "Nuclear Safety" metrics that include radiological exposure measurements, significant station events, an environmental rating criteria, and various standardized performance indicators tracked by the United States Nuclear Regulatory Commission ("NRC").

**LCIP Metrics**

The key driver of the LCIP is the Economic Incremental Value ("EIV")—net profits—attributable to hedging and trading transactions executed in 2015.

Individuals are only compensated under the LCIP if EIV exceeds ▮▮▮▮▮▮ Starting at that level, LCIP participants begin to earn ▮▮ of the EIV on the next incremental ▮▮▮▮▮▮ of value. Beyond ▮▮▮ ▮▮▮▮▮ of total value, participants earn higher percentages for incremental value earned by Luminant with a peak percentage for 2015 of ▮▮

**KLPP Metrics**

For the KLPP, two of the Business Services scorecard metrics from the EAIP/AIP plans are used: Competitive Management EBITDA has a 60% weighting and Competitive Total Spend has a 40% weighting.

**LTIP Metrics**

The LTIP metrics use the same Competitive Management EBITDA targets—for the threshold and baseline levels only—as those in the EAIP/AIP scorecard for 2015. There is not a superior target above the baseline for the LTIP. If the Company achieves Competitive Management EBITDA between the threshold and baseline levels, LTIP participants (members of the Strategy & Policy Committee) would receive an amount determined by linear interpolation between the threshold and baseline awards (as is the case for the AIP and EAIP programs, as well).

### FEP's Involvement and Summary of Opinions Concerning Performance Metrics

FEP has been involved in the Company's budget process for the past two planning years and independently reviewed and helped to calibrate the performance metrics that were derived from those budgets. As part of that effort, FEP independently modeled the businesses for 2015, visited the power generation plants, mines and retail operations, interviewed key staff, and gathered relevant comparative industry data for each scorecard metric that was available from market sources or from internal EFH or FEP sources. FEP then analyzed potential outcomes and magnitudes of the downside risks for each specific metric—within the context of the broader energy market—to understand whether those metrics are in fact incentivizing stretch goals or mere lay ups that are likely to be attained no matter the quality of the Company's performance. FEP reviewed and evaluated each scorecard metric, consulted with Company management, and made recommendations—which were ultimately accepted and implemented by the Company.

Based on my experience in the sector, observation of the Company's management and operations, and detailed review and analysis of a complicated mix of risk factors, it is my opinion that the performance metrics in the 2015 EAIP/AIP programs are challenging to achieve, reasonable, and fairly incentivize plan participants. In each instance, the EAIP/AIP performance metrics—as well as the metrics for the EAIP/AIP Luminant Safety Program Incentive Plans, LCIP, KLPP, and the LTIP—constitute stretch goals that incentivize and reward exceptional employee performance; there is no guarantee that the Company will meet any of the metrics in this business environment. As I explained in my declaration in connection with the 2014 programs, there are a number of risks that could cause results to differ materially from the metrics including, but not limited to, those associated with:

- Energy commodity price volatility;
- Weather conditions;
- The unique structure of the Texas energy market;
- Operating costs of the Company's nuclear and fossil fuel generation facilities;
- Mine operating costs;
- Supply and demand forces within commodity, workforce and industrial markets;
- Existing generation assets and fuel mix;
- Fuel, emission and other variable price inputs;
- Regulatory or legislative changes that might affect the market in which the Company operates;
- Broader economic conditions;
- The Company's ability to collect trade receivables from counterparties;
- The Company's ability to attract, retain and service profitable retail customers;
- Changes in the prices of transportation of natural gas, coal and other fuel products;
- Market heat rates in ERCOT;
- The Company's ability to effectively hedge against volatile commodity prices;
- Access to adequate transmission facilities;

- The Company's ability to profitably implement cost savings without sacrificing safety or the quality of the Company's products; and
- The nature and impact of current and future environmental regulations.

The risk factors, which may change in relative importance year-over-year or month-to-month, affect each of the metrics in some way, especially EBITDA, the most heavily weighted EAIP/AIP metric at both Luminant (37.5%) and TXU Energy (40%). Based on FEP's modeling efforts and analysis of Company and third-party information, the threshold EBITDA metrics that trigger a bonus require strong performance in a complex and highly interrelated power market environment that has exhibited considerable volatility.

In addition to EBITDA, another 27.5% of the bonus associated with Luminant's EAIP/AIP metrics focuses on the availability of its coal- and nuclear-fueled plants for 2015.  To earn the threshold bonus, Luminant's management must meet or beat industry averages for availability, plus beat industry averages with regard to O&M, SG&A and CapEx spending (another 25% of their incentive metrics) to achieve a bonus.

As for TXU Energy, the Texas retail electricity industry in which it operates remains extremely competitive,

Similarly, a few days of abnormally hot or cold weather over the course of the year could easily result in TXU Energy missing its EBITDA and margin targets.

Meanwhile, TXU Energy set the bar on its Customer Experience metrics very high.  For example, to earn a bonus in the EAIP/AIP, TXU Energy management must achieve nearly-perfect 99.83% and 99.85% marks, respectively, on the Energizing Event Success metric (which tallies the success of uninterrupted hookups and service for its customers) and the System Availability metric.  In addition, TXU Energy has targeted a top-10% standard for its customer complaints to the Public Utility Commission of Texas ("PUCT").

In short, each of the EAIP/AIP performance metrics at Luminant and TXU Energy—and, by extension, the metrics at Business Services, which largely consolidate the Luminant and TXU Energy metrics—challenge the Company's key employees to perform at their highest levels. The metrics, if met or exceeded, will increase the value of the Company's estates for the benefit of creditors and other stakeholders.

## Comparison of 2014 & 2015 EAIP/AIP Scorecard Metrics

I also considered the 2014 performance metrics, which were previously approved by the Court, in evaluating the 2015 scorecard. It is worth mentioning at the outset that market conditions, commodity pricing, and plant operations change year-over-year, and so previous targets do not necessarily provide an apples-to-apples comparison for the 2015 metrics. For example:

- **Luminant and Competitive EBITDA.** For 2014, Luminant EBITDA and Competitive EBITDA in the EAIP scorecard included approximately $462 million in value attributable to the corporate hedge program. That program, as I testified, has rolled off, and neither Luminant nor the Company will be able to capture that value in 2015. In addition, power price expectations for 2015 are below 2014 EAIP levels—lower power prices have a negative impact on Luminant and Competitive EBITDA.

- **Coal Available Generation.** In 2014, Luminant's EAIP Coal Available Generation metrics accounted for an increase in power prices in the first half of the year, which meant that it was profitable to run units that were expected to be non-operational during the period. Power prices expected in 2015 are less favorable than they were when the 2014 EAIP metrics were toughened in the summer of 2014. As a result, the Monticello #1, Monticello #2, and Martin Lake #3 units are expected to return to summer-only operations in 2015. Also, Luminant's Coal Available Generation targets are lower than those in 2014 on an absolute basis as more planned outage days are expected in 2015.

- **Coal Fuel Costs.** Based on a long-term cash flow optimization strategy and for environmental compliance reasons, Luminant anticipates burning a greater percentage of higher-priced PRB coal in 2015 than 2014, which means that its Coal Fuel Costs targets are higher for 2015 than they were in 2014.

- **Contribution Margin.** 

Even after incorporating all of these variances from the 2014 performance metrics, the 2015 metrics are challenging and motivate participants to reach difficult to achieve threshold levels—and thereby drive performance of the Company as a whole. In general, the Company tightened its risk ranges in 2015 as compared to 2014—meaning that the range from baseline targets to threshold targets in 2015 is, on a percentage basis, generally smaller than it was in 2014. Table 1-2 compares the full-year 2014 metrics

to the 2015 scorecard, highlighting the 2015 threshold metrics that have been tightened year-over-year relative to baseline.

### Table 1-2: Comparison of 2015 EAIP/AIP & 2014 AIP Metrics[3]

| Scorecard | Performance metric | % Weight | 2015 EAIP/AIP | | | 2014 Full Year AIP | | |
|---|---|---|---|---|---|---|---|---|
| | | | Threshold Range | Baseline | Superior Range | Threshold Range | Baseline | Superior Range |
| LUMINANT | Luminant Management EBITDA ($ mm) | 37.5 | -10% | | 10% | -15% | | 10% |
| | Coal Available Generation (GWh) (Jun-Sep 15) | 10 | -3% | 19,724 | 3% | -4% | 19,898 | 2% |
| | Coal Available Generation (GWh) (Jan-May, Sep 16-Dec) | 10 | -3% | 34,066 | 4% | -4% | 35,100 | 4% |
| | Nuclear Available Generation (GWh) | 7.5 | -2% | 20,272 | 2% | -3% | 19,388 | 2% |
| | Luminant O&M/SG&A ($ mm) | 15 | 4% | 1,113 | -6% | 5% | 1,114 | -8% |
| | Coal Fuel Costs ($/MMBtu consumed) | 10 | 5% | 1.73 | -8% | 5% | 1.72 | -8% |
| | Luminant Capex ($ mm) | 10 | 4% | 566 | -6% | 5% | 632 | -7% |
| TXU ENERGY | TXU Energy Management EBITDA ($ mm) | 40 | -10% | | 10% | -12% | | 8% |
| | TXU Energy Total Costs ($ mm) | 20 | 5% | 378 | -5% | 10% | 365 | -10% |
| | Contribution Margin ($/MWh) | 15 | -8% | | 8% | -10% | | 10% |
| | Residential Ending Customer Count (000's) | 10 | -3% | 1,416 | 3% | -4% | 1,429 | 4% |
| | TXUE Customer Satisfaction % | 3 | -2% | 85.60% | 2% | -2% | 85.60% | 2% |
| | Average Days Sales Outstanding | 3 | 4% | 39.7 | -4% | 4% | 39.5 | -4% |
| | TXUE Energizing Event Success (Issues) | 3 | -0.08% | 99.91% | 0.04% | -0.10% | 99.90% | 0.05% |
| | TXUE Customer Complaints | 3 | 20% | 595 | -20% | 20% | 580 | -20% |
| | TXUE System Availability % (Uptime) | 3 | -0.08% | 99.93% | 0.04% | -0.10% | 99.90% | 0.05% |
| BUSINESS SERVICES | Competitive Management EBITDA ($ mm) | 20 | -10% | | 10% | -15% | | 10% |
| | Luminant Scorecard Multiplier (%) | 20 | -50% | 100% | 100% | -50% | 100% | 100% |
| | TXU Energy Scorecard Multiplier (%) | 20 | -50% | 100% | 100% | -50% | 100% | 100% |
| | Competitive Total Spend ($ mm) | 20 | 4% | 2,149 | -6% | 6% | 2,310 | -8% |
| | EFH Business Services Costs ($ mm) | 20 | 5% | 240 | -10% | 5% | 295 | -5% |

= 2015 metrics on which the range from baseline target to threshold target in 2015 is, on a percentage basis, smaller than it was in the 2014 AIP.

[3] I have compared the ranges for the threshold and superior metrics for 2015 to the full-year numbers for 2014. As the Court knows, the Company updated its 2014 scorecards mid-year for 26 potential insiders. In doing so, it made most of the threshold metrics more challenging in order to account for reduced volatility given that six months of performance was in the books. I compared the Company's full-year 2015 scorecard to the full-year 2014 scorecard—as opposed to the mid-year update—to account for a full-year of volatility in each instance.

## 2   FILSINGER ENERGY PARTNERS

FEP is an energy advisory firm that provides high-level strategy, economic and market evaluation, corporate budget development, compensation program design, gross margin forecasting, power and fuel price forecasting, risk management, independent engineering, expert testimony, and complete interim management solutions to energy, industrial, and manufacturing companies and their stakeholders.  I, Todd W. Filsinger, founded FEP in 2010 after many years in other roles as an engineer, management consultant and energy executive.  As a senior managing director at FEP, I have assembled a team of experts who have been intimately involved in many of the key restructurings and financings in the electric power sector over the past three decades.  My background and qualifications are described in further detail in Section 2.1 of my August 2014 FEP Declaration, which I incorporate by reference here.

## 3   EFH OVERVIEW

EFH is the largest producer and distributor—and one of the largest retailers—of electricity in Texas.   Its portfolio includes both competitive and regulated energy companies.   EFH's competitive businesses consist primarily of Luminant and TXU Energy.   EFH's regulated operations consist of Oncor Electric Delivery Holdings Company LLC and its subsidiaries ("Oncor").   I have provided more detail about EFH's operations in Section 3 of my August 2014 FEP Declaration, which I incorporate by reference here.

# 4   DERIVATION OF THE BUSINESS PLAN AND 2015 EAIP/AIP METRICS

## 4.1   Overview of the Planning and Budgeting Process

EFH has a robust planning and budgeting process, which I described in detail in my August 2014 FEP Declaration. In short, the budget is developed through both bottom-up forecasting and budgeting from its individual business units, and top-down goal-setting from the Company's corporate management. Instead of repeating my earlier discussion of the budgeting and scorecard-setting processes—which were materially the same for 2015 as they were for 2014—I am incorporating Section 4 of my August 2014 FEP Declaration by reference here.

## 4.2   FEP's Role in the Planning Process

EFH hired FEP in December 2012 to provide energy advisory services, including independent advice with regard to the Company's annual planning process and incentive-based pay programs. FEP has independently modeled the EBITDA of Luminant and TXU Energy for 2015. FEP reviewed the process and timelines associated with development of the annual budget and LRP and incentive pay performance metrics for fiscal year 2015. Over the past two years, FEP frequently engaged with the EFH Organization & Compensation Committee and business unit personnel to conduct due diligence, construct financial and economic models, and provide input as part of its efforts in evaluating whether the incentive-based metrics are incentivizing in nature. FEP's analysis and insights have benefitted from numerous meetings with Company managers and executives.

In its assessment of the Company's EAIP/AIP metrics, FEP analyzed the performance metrics through its fundamental electric power market model as well as FEP-proprietary dispatch and market compensation models, plus its proprietary retail forecasting model. FEP also compared the Company's performance metrics against available industry information, where appropriate.

# 5   COMPENSATION METRIC ANALYSIS

## 5.1   Luminant

As I explained in my earlier declaration and in my trial testimony, Luminant's ability to generate EBITDA is heavily dependent on multiple interrelated risk factors. The Company thus must incentivize and evaluate its managers through a range of performance-based metrics, including business unit EBITDA, as well as cost, capital expenditures, and operational factors that influence the enterprise value of the Company. This section provides an overview of Luminant's EAIP/AIP performance metrics for 2015, and then discusses risk factors that create uncertainty around those metrics, followed by an analysis of comparative industry performance and realistic scenarios that could negatively impact EBITDA. It concludes with a detailed look at each of the other metrics that Luminant uses to incentivize top-tier managerial performance in its EAIP/AIP programs, often in the face of uncontrollable and challenging market conditions.

### 5.1.1   Overview of Luminant Performance Metrics

Luminant's EAIP/AIP performance metrics for 2015 are as follows:

**Table 5-1: Luminant EAIP/AIP Metrics**

| | Performance metric | % Weight | Threshold | Baseline | Superior |
|---|---|---|---|---|---|
| 1 | Luminant Management EBITDA ($ mm) | 37.5 | | | |
| 2 | Coal Available Generation (GWh) (Jun-Sep 15) | 10 | 19,102 | 19,724 | 20,355 |
| 3 | Coal Available Generation (GWh) (Jan-May, Sep 16-Dec) | 10 | 33,214 | 34,066 | 35,428 |
| 4 | Nuclear Available Generation (GWh) | 7.5 | 19,775 | 20,272 | 20,594 |
| 5 | Luminant O&M/SG&A ($ mm) | 15 | 1,158 | 1,113 | 1,046 |
| 6 | Coal Fuel Costs ($/MMBtu consumed) | 10 | 1.81 | 1.73 | 1.60 |
| 7 | Luminant CapEx ($ mm) | 10 | 588 | 566 | 532 |
| 8 | Total Payout | 100% | | | |

The scorecard in Table 5-1 was developed based on the Company's annual budget for 2015, with the threshold and superior metrics intended to account for potential volatility and market risk, as well as to incentivize strong performance.

### 5.1.2   FEP's Metric Analysis

The following subsections detail FEP's analysis of Luminant's 2015 EAIP/AIP metrics and targets.

#### 5.1.2.1   Luminant Management EBITDA

EBITDA is the most heavily-weighted metric upon which the Company evaluates the success of Luminant's management under the EAIP/AIP.  Luminant's EBITDA is driven by revenues and expenses related to the generation of electric power, as well as hedging and trading activities.  In a competitive wholesale market like ERCOT, generation revenues are driven by the market price of electric power and the overall demand (i.e., "load") of electricity on the system.  Generation costs are a function of fuel, O&M costs and overhead expenses.  Both generation revenues and costs are impacted by the operational availability of Luminant's generation units, many of which are decades old and face complex technical and regulatory challenges.  Hedging and trading margins are affected by commodity price movements, market liquidity and wholesale sales to TXU Energy.

Luminant operates in a volatile, commodity-driven business. Its EBITDA targets are highly sensitive to variations in a number of risk factors including, but not limited to: weather, load, power prices, natural gas prices, coal fuel costs, availability of power plants, fixed and variable costs (O&M, SG&A, etc.), and hedging/trading activity.

As I have previously explained, these performance risk factors are highly interrelated, and Luminant has varying levels of control over each, as illustrated in Figure 5-1.



Figure 5-1: Relationship of Luminant Risk Factors Managed by an Integrated Risk Management Framework

It is critical to note the large number of factors that are outside of Luminant's control. Each of these risks creates significant uncertainty concerning whether Luminant will meet its threshold EBITDA targets. While these factors are the same year-over-year, each may have different impacts on Luminant's EBITDA over different periods of time.

### 5.1.2.1.1  Luminant EBITDA Risk Factors

**Weather and Demand Risk: Temperature**

In ERCOT, weather is a primary driver of customer load in winter and summer months due to electrical heating and cooling demand. As load increases, generators with higher costs of supply enter the hourly market, thus increasing electricity prices and margins (holding all else equal). As load decreases, generators with lower operating costs supply the market and more expensive units are not dispatched, thus lowering electricity prices and margins.

Depending on the extent and effectiveness of its hedging activities, Luminant has significant exposure to changes in the weather. If the summer in Texas is cooler than expected, Luminant is likely to generate less EBITDA; if it is warmer than expected, Luminant is likely to generate more EBITDA, depending on the level of its hedging profile and the availability of its generating plants.

Risk related to changes in the weather creates uncertainty concerning Luminant's EBITDA-based metrics. Luminant earns much of its EBITDA in the summer, making the Company particularly sensitive to weather during that season. Weather forecasting is so critical to Luminant's bottom line that the Company employs a full-time meteorologist.

**Weather and Supply Risk: Wind & Other Supply Factors**

ERCOT is one of the leading markets for wind generation in the United States. The rapid increase of non-dispatchable renewable power resources—such as wind generation—has decreased market certainty (e.g. wind resources respond to changes in wind speed, not to changes in market demand). Over the past decade, wind power capacity has increased more than 800% in ERCOT; the market has seen the addition of approximately 10,000 MW of wind electricity to the grid since 2004, as shown in Figure 5-2.



Figure 5-2: ERCOT Wind Installations[4]

Wind generation, like the weather, is unpredictable. A high wind year could add millions of low dispatch cost megawatt-hours to the grid, displacing higher-cost generation from the supply curve, depressing market prices and reducing Luminant's output and EBITDA.

ERCOT experiences high power prices during peak demand hours in summer months, particularly July and August. An increase in the reserve margin (the amount of supply that exceeds peak demand) can reduce the potential frequency and magnitude of high power price spikes in the energy market. In the past three summers, the amount of these price excursions have been minimal as the reserve margins have been adequate to support demand in the market.

**Natural Gas Price Risk**

Historically, natural gas power plants have been the marginal units in ERCOT, setting power prices for the market in a majority of hours—aside from the weather or supply and demand risks described above, the price of natural gas primarily determines electricity prices. As natural gas prices declined and low cost wind generation was added, electricity prices dropped significantly in recent years.

---

[4] ERCOT *Generation Interconnection Status Report*, October 2014.

Unhedged power revenues and EBITDA are highly sensitive to natural gas price movements. Because natural gas is used in a variety of applications—including residential and commercial heating, power generation and as a feedstock for multiple products—the price of natural gas is also driven by broader economic factors as well as anticipated and actual weather conditions throughout the year. In addition, individual power plants are subject to natural gas price risks due to pipeline constraints and operational/reliability issues.

The Luminant portfolio of plants and executed market transactions bears risk to movements in natural gas prices. This risk is evidenced in Figure 5-3, which tracks Luminant's EBITDA (exclusive of the natural gas corporate hedge program primarily executed around the time of the Company's privatization in 2007) in relation to Houston Ship Channel ("HSC") natural gas prices:



Figure 5-3: Luminant Management EBITDA vs. Houston Ship Channel Natural Gas Prices

As depicted above, natural gas prices in the United States experienced a temporary spike in early 2014 due to the Polar Vortex weather phenomena—which brought unexpectedly cold weather to many regions. For the 2015 budget, the annual HSC natural gas price is expected to be $3.64/MMBtu.

**Coal Fuel Cost Risk**

In addition to impacting power prices and thus revenues (when the marginal production unit is coal-fired as opposed to natural gas-fired), coal prices have a significant impact on Luminant's fuel expenses. Luminant's predominately coal-based fleet utilizes two different types and sources of coal: (1) lignite coal mined adjacent to Luminant power plants in Texas, and (2) sub-bituminous coal transported via rail from the Powder River Basin of Wyoming and Montana ("PRB"). Currently, three of Luminant's five coal-fired generating plant sites utilize both types of coal in their day-to-day operations, while the other two generating plant sites utilize lignite exclusively. Both sets of fuel are affected by a number of significant factors including, but not limited to, those shown in Table 5-2:

Table 5-2: Major Contributing Factors to Coal Fuel Costs

| PRB | Lignite |
|---|---|
| NYMEX futures prices | Mining productivity |
| Acquisition and contracting | Fuel quality (MMBtu/ton) |
| Rail transportation and fuel | Mining costs & capital expenditures |
| Railcar maintenance | Mine safety & regulatory compliance |
| Transportation and handling at plant ||
| Ash disposal ||

Commodity price uncertainty and operational complexity creates risk around Luminant's coal fuel costs and thus its ability to meet EBITDA targets.

**Operations Risk: Power Plant Availability**

Ideally, power plants would be available 100% of the time; however, as with any complex industrial process, generators require occasional down-time for repairs and preventative maintenance, including for forced outages (i.e., unplanned outages) and planned outages. Because no energy revenues are generated during outages, power plant availability rates can have major impacts on EBITDA. This is especially true during the summer and winter seasons, when power prices are higher than average.

Luminant's availability targets (and by extension its EBITDA metrics) are at risk because unplanned outages are by definition unpredictable. In addition, the more that Luminant runs its power plants, the more likely that it experiences an issue that causes an unplanned outage—all else being equal. There are thus practical, in addition to physical, limitations that constrain Luminant's power plant availability.

**Commodity Price Hedging and Trading Risk**

Market power prices in ERCOT have exhibited very high levels of volatility (more than 200% in actively-traded day-ahead markets over the past two years). In other words, based on historical daily price movements, it would not be surprising if daily settled power prices doubled, or were cut in half over the course of a year. This volatility results from a number of factors, including (1) the unpredictability of weather, load, and fuel prices; (2) the inability to store electric power efficiently; (3) the inelasticity of consumer demand; and (4) the illiquidity of power markets. As a consequence, Luminant enters into financial and physical hedges to mitigate these risks. Luminant's ability to generate hedging and trading profits is impacted by its creditworthiness and the availability of counterparties within the financial markets.

Luminant currently estimates that hedging and trading activities will contribute approximately ▮▮▮▮ ▮▮▮▮ to 2015 EBITDA. These metrics are very challenging—especially in the current energy market and given Luminant's distressed state.

**Cash Flow Risk: O&M and SG&A Expenses**

O&M and SG&A expenses include:

- Non-fuel power production costs;
- Routine (non-capitalized) repairs and improvements;
- Salaries and wages;
- Property and other non-income taxes; and
- Hedging and trading overhead.

Many of these expenses vary significantly from year to year depending upon plant performance, outage schedules, labor and industrial equipment markets, and regulatory conditions.

### 5.1.2.1.2 Luminant Management EBITDA: Year-Over-Year Analysis

Luminant is targeting            in EBITDA to trigger a threshold bonus,            for baseline, and            for superior. The baseline target is lower than the 2014 EAIP metric by            for two key reasons:   First, the corporate hedge program, which accounted for $462 million of EBITDA in the 2014 actual results, was terminated with EFH's bankruptcy filing and cannot be replicated in 2015. Second, year-over-year changes in commodity pricing have reduced Luminant's EBITDA projections. Around-the-clock power prices for the 2015 budget have decreased by approximately $2.40/MWh as compared to realized prices expected for 2014, as of the end of September.  In addition to these two primary drivers, other factors such as a higher blending rate of PRB coal and additional environmental compliance costs have adversely affected 2015 Luminant Management EBITDA as compared to 2014.

### 5.1.2.1.3 Luminant Management EBITDA: Scenario Analysis

In light of the corporate hedge program roll-off, the lower power price expectations for 2015, and other year-over-year changes, I assessed a number of different scenarios to understand the risks around Luminant's EBITDA targets for 2015.   As I explained at trial with regard to the 2014 Insider Compensation programs, Luminant's EBITDA performance is dependent, at least in part, on its performance with regard to its other metrics—availability, coal fuel costs, and O&M/SG&A costs.

FEP evaluated five representative scenarios in which Luminant would fall short of or perform at its threshold metric, each of which is realistic.  For example, in Scenario 1, FEP modeled likely outcomes if 2015 power prices settle at levels which replicate the average actual realized market heat rates over the last two years. Scenario 2, by contrast, models the situation in which 2015 power prices settle at the maximum monthly realized heat rates for the past two years and Luminant misses its stretch trading targets by a mere 10%.  Both scenarios are realistic as annual around-the-clock power prices would only have to change by approximately $3.30/MWh and $1.90/MWh, respectively, in the two scenarios. As a point of reference, between June 30, 2014 (the commodity curve date utilized in the August 2014 FEP

Declaration) and October 27, 2014 (the commodity curve date utilized in the 2015 budget), the 2015 annual ERCOT North Hub around-the-clock power price declined by $4.40/MWh.

Additional scenarios model the effects of increased O&M and SG&A spending, unplanned nuclear generation outages, unplanned coal unit outages, higher wind power capacity factors, and reduced trading margins—all critical factors that generators face in ERCOT. For each scenario, FEP's proprietary generation asset dispatch model optimized the operations of Luminant's fleet, given a specific range of predicted commodity prices, to forecast revenues, variable costs and other financial contributors to EBITDA. FEP also conducted extensive Company diligence to estimate costs and to assess the sensitivity of Luminant's physical and financial transaction portfolio to commodity price movements.

The results of FEP's EAIP/AIP EBITDA scenarios are shown in Figure 5-4:



Figure 5-4:  Summary of EAIP/AIP Luminant EBITDA Multifactor Scenarios Analyzed by FEP

This fundamentals-based approach captures interrelationships between multiple risk factors and their dynamic impacts on the bottom line.   Each of the five scenarios provides a realistic scenario in which Luminant might perform under or near its threshold-level metrics.  There are dozens of other, equally plausible scenarios that would result in a similar outcome. For example, based on the October 27, 2014 open power commodity positions, a simple decrease in ERCOT North Hub around-the-clock power prices of $2.50/MWh, would cause Luminant to miss its EAIP/AIP threshold by approximately $3 million. Based on FEP's analysis, I believe that Luminant's EAIP/AIP EBITDA metric is challenging and motivates the management team to perform at a high level.

### 5.1.2.2  Coal Available Generation

The second metric in Luminant's scorecard is Coal Available Generation—a measure of how often power plants are "available" to generate and sell power. This metric measures the total energy that the Company's coal generation units are able to produce after accounting for planned outages; decreases in available generator capacity from fuel, mechanical or ambient temperature factors; and seasonal operations. There are two seasonally-based metrics for assessing Luminant's Coal Available Generation performance:  (1) the summer period from June 1 - September 15 (the period in which a high proportion of Luminant's EBITDA is generated), and (2) the non-summer periods (i.e., January 1 - May 31 and September 16 - December 31).  FEP compared both Luminant metrics to historical industry averages.[5]

**Year-Over-Year Analysis:   Summer Period (June 1 – September 15).**   Luminant's summer coal availability EAIP/AIP threshold exceeds the five year industry average of 88% by approximately 2%, while the baseline for EAIP/AIP exceeds historical industry performance over each of the past five years by an average of nearly 5%.



**Figure 5-5: Luminant EAIP/AIP Coal Plant Summer Availability Targets vs. Industry Historicals**

Notably, the threshold performance metric for 2015 for summer coal available generation as expressed in absolute gigawatt-hours ("GWh") is exactly the same as the threshold metric for the full year 2014 AIP, and the 2015 baseline metric continues to exceed industry standards.

**Year-Over-Year Analysis:  Non-Summer Periods (January 1 – May 31 and September 16 – December 31).**  Luminant's 2015 non-summer coal availability EAIP/AIP threshold requires Luminant to perform at average historical industry performance over the past five years.  The baseline metric requires Luminant to outperform industry averages by over 2%.

---

[5] FEP relied on data from the North American Electric Reliability Corporation's ("NERC's") Generating Availability Report ("pc-GAR") database.  Specifically, FEP extracted statistics for the Equivalent Availability Factor ("EAF") variable for coal plants from 2009-2013 (excluding any plants that reported zero EAF).

The total number of hours that Luminant must make its coal plants available for the non-summer hours has decreased year-over-year, but the updated metrics are still challenging to attain. The differences can be explained by two factors. First, in 2014, Luminant returned to service three units (Martin Lake #3, Monticello #1 and Monticello #2) from seasonal reserve shutdown earlier than expected in order to capture favorable power price market conditions. Doing so accounted for approximately 2,700 GWh of additional available generation in the 2014 EAIP metric. Luminant has projected that these units will remain in seasonal reserve shutdown during the non-summer months in 2015, which reduces Luminant's 2015 performance targets for this metric.

Second, the number of planned outage days for major maintenance activities across all of Luminant's coal plants has increased by approximately 30 days and over 900 GWh in 2015 as compared to 2014 levels. The incrementally higher number of planned outages for the 2015 EAIP/AIP is primarily attributable to outages scheduled to occur at the Big Brown #2, Martin Lake #1 and Oak Grove #2 units. These increases are partially offset by a lower number of planned outage days on the Big Brown #1 unit for 2015.



**Figure 5-6: Luminant EAIP/AIP Coal Plant Non-Summer Availability Targets vs. Industry Historicals**

**Analysis of Metrics.** These availability targets are challenging to attain. Because the peer group of plants is weighted towards plants that burn higher quality fuels (e.g., bituminous coal), Luminant's lignite-based fleet is subject to a more challenging operating environment and is often subject to higher forced and scheduled outage rates. As a result, one would expect Luminant's facilities to perform more poorly than the peer group. Despite this disadvantage, both the summer and non-summer EAIP/AIP threshold targets for Luminant's Coal Available Generation metric demand performance at or above average historical industry performance over the past five years—without even accounting for this difference. Moreover, Luminant's threshold for the non-summer period maintains an industry average performance level even after accounting for the increased number of planned outage days in 2015. The baseline performance targets exceed industry averages by a significant margin.

Generation availability at or above the industry average is meaningful and incentivizing because of the high volatility of commodity prices in the ERCOT market. Power plants must be available to earn margins from price excursions that can increase to as high as $9,000/MWh under tight supply conditions. For example, if Luminant has an additional 1,000 MWs of generation available when power prices increase to $9,000/MWh, Luminant earns approximately $9 million of incremental EBITDA for that hour. Also, availability is important over the course of a year. If availability is 1% greater on the entire Luminant coal fleet for the year and all of these hours produce economic generation, the incremental EBITDA improvement based on prices budgeted for 2015 could range from $14 – $27 million per year. I believe that these metrics are incentivizing.

### 5.1.2.3  Nuclear Available Generation

FEP conducted a similar analysis of Luminant's Nuclear Available Generation. This metric measures the total energy that the Company's nuclear generation units are able to produce after accounting for planned outages.[6]

**Year-Over-Year Analysis.**  All of Luminant's 2015 nuclear targets are more stringent than industry averages over each of the past six years. Luminant's EAIP/AIP threshold exceeds historical industry performance over each of the past six years by an average of over 2%. The 2015 threshold performance metric exceeds Luminant's nuclear available generation targets for 2014 by over 700 GWh for the EAIP and over 900 GWh for the AIP, primarily due to having only one nuclear refueling outage in the 2015 budget.



Figure 5-7: Luminant EAIP/AIP Nuclear Plant Availability Targets vs. Industry Historicals

---

[6] FEP relied on data from the NERC pc-GAR database. Specifically, FEP extracted statistics for the EAF variable for pressurized water reactor nuclear plants from 2008-2013 excluding plants with an EAF less than 10%. Additionally, FEP adjusted Luminant EAF factors down to account for a single refueling outage year.

**Analysis of Metric.**  I believe that this metric is incentivizing not only because it requires better-than-industry performance, but also because nuclear generators are susceptible to longer outages in light of the stringent regulatory framework under which they operate.  An average nuclear unit in the United States faces a nearly 40% chance of experiencing a forced outage in any given year due to one of the top 25 outage causes, as classified by the NERC.  Accordingly, Luminant could not only miss the threshold metric, but it might do so by a wide margin if its nuclear units at Comanche Peak experience a prolonged unplanned outage.  This would also adversely impact Luminant's ability to attain its EBITDA and O&M metrics.  For example, a one percent decrease in availability at Comanche Peak could represent approximately a $7 - $11 million loss in EBITDA.  Additionally, if, for example, power prices were to spike to $9,000/MWh for a _one_ hour period when both units at Comanche Peak were not available, Luminant would miss out on the opportunity to earn nearly $22 million in EBITDA over the course of that hour.

The Nuclear Available Generation targets are reasonable stretch goals.  They incentivize the Company to minimize the impact of unplanned outages at its nuclear facilities and mitigate the adverse effects of planned outages.

### 5.1.2.4    Operating & Maintenance, Selling, General & Administrative Expenses, and Capital Expenditures

Luminant's fifth and seventh metrics involve targets for its O&M and SG&A expenses, and CapEx.  O&M and SG&A expenses were previously described in section 5.1.2.1.1 ("Luminant EBITDA Risk Factors").  Capital expenditures typically encompass larger-scale repairs and investments that cost more money and occur over longer time horizons than O&M expenses.  Examples of major CapEx spending at Luminant include:

- Lignite mine safety initiatives, equipment repairs and expansions;
- Generation repairs and major maintenance; and
- Nuclear refueling.

**Year-Over-Year Analysis.**  Luminant has decreased its combined O&M/SG&A and CapEx baseline and threshold targets from the 2014 AIP to 2015 EAIP/AIP by approximately 4% and 5%, respectively, for the full year—in other words, the range from the baseline targets to threshold targets in 2015 is, on a percentage basis, smaller than the full-year targets for 2014.  As compared to the 2014 EAIP metrics after they were adjusted mid-summer, Luminant's baseline target is effectively unchanged ($13 million higher) even though the Company is anticipating approximately $45 million in higher environmental compliance costs for 2015.  The 2015 threshold target is $43 million higher than the 2014 EAIP metrics, with the higher delta explained by the increased volatility associated with a 12 month time frame, as opposed to a 6 month time frame.

**Analysis of Metrics.**  Members of the FEP engineering team visited all of Luminant's coal-fired generation plants, its nuclear generation plant and natural gas-fired plants, and a majority of its mines

as part of its effort to assess the reasonableness of the Company's budgets, forecasts, maintenance levels, safety practices and actual performance. The Company's commitment to cost effective maintenance, safety and overall cost management was evident at the facilities.

In addition to site visits, FEP compared Luminant's objectives for O&M and CapEx on a combined basis to industry values. There is no consistent methodology or set of guidelines utilized in the industry for reporting costs specifically as either O&M or CapEx, therefore, FEP evaluated these two factors on a combined basis. FEP compared Luminant's metrics to industry-wide historical cost rates on a $/MWh basis for non-nuclear steam-fired and nuclear generation plants. The industry data available from the Federal Energy Regulatory Commission ("FERC") is accumulated for non-nuclear steam-fired generators, irrespective of the generation fuel type (e.g., coal, natural gas, petroleum products, etc.).

FEP compared this industry data to the metrics for Luminant's fleet of coal and natural gas-fired steam generation units. The cost rate for both Luminant and industry information in Figure 5-8 excludes property tax expenses, fuel costs (including nuclear fuel costs), CapEx for additional environmental protection equipment, and SG&A, as well as costs from mining activity. Additionally, since the Luminant projection for 2015 did not include any expenditures for building new generation facilities, FEP excluded new facility construction CapEx from the comparative industry data and analysis.

For the period 2010 through 2013, the industry average for non-nuclear steam generation related combined O&M and CapEx was $15.12/MWh with a median value of $14.00/MWh. The 2015 EAIP/AIP threshold metric at $12.35/MWh is 18% below the industry average and 12% below the industry median (with numbers below industry average being more challenging to attain than higher numbers). This analysis further validated our on-site observations. Ultimately, Luminant's 2015 baseline and superior metrics for EAIP/AIP are within the top quartile compared to the industry.

Luminant's nuclear generation O&M and CapEx numbers are similarly better than industry average and median. Across the industry, nuclear generation combined O&M and CapEx averages $32.85/MWh with a median value of $32.63/MWh. Luminant's 2015 EAIP/AIP threshold metric, by contrast, is $18.72/MWh, which places Luminant's threshold objective well within the top quartile of performance as compared to the nuclear industry.



**Figure 5-8: Comparison of Industry Average Combined O&M and CapEx Costs to 2015 Metrics**[7]

In addition to comparing Luminant's costs to industry averages, FEP also examined common causes of O&M and CapEx variances to further assess whether Luminant's metrics are reasonable. If Luminant must unexpectedly replace a single part in a major piece of generation equipment, such as a main transformer or low-pressure turbine rotor, each individual repair might increase O&M costs by over $10 million or approximately $0.14/MWh. Additionally, unplanned major maintenance projects, such as the rewinding of a nuclear or fossil generator stator or replacement of a superheater tube section on one of the 12 coal-fired boilers, could increase Luminant's CapEx by up to $25 million (approximately $0.34/MWh) per occurrence.

### 5.1.2.5  Coal Fuel Costs

Luminant's Coal Fuel Costs metric measures the average price of coal fuel consumed by the Company's generation units. Because the majority of the Company's coal plants can use both lignite and PRB, the Company's projected fuel costs are based on assumptions relating to (1) the efficiency of lignite mining operations; (2) commodity purchase agreements for PRB, as well as rail transportation agreements; and, (3) the ratios of PRB and lignite used at each plant.

A change in lignite production could adversely affect metric performance. If Luminant's lignite production falls short of estimates, the Company would have to replace that coal with more expensive PRB to maintain the same level of power generation output. This is a plausible scenario, especially in

---

[7] 2010-2013 industry data from Ventyx Velocity Suite, FERC Form 1 filings for non-nuclear steam units, and 2008-2013 industry data from Electric Utility Cost Group for nuclear units. Industry data excludes values related to property tax expenses, SG&A, new generation construction and CapEx for additional environmental protection equipment for all non-nuclear steam and nuclear plants. All historical costs converted to 2014 dollars.

light of the fact that Luminant has recently opened a new mine at the Martin Lake plant that may or may not meet lignite production expectations. In 2012, Luminant unexpectedly closed one of the Sandow mining areas for safety reasons; this mining area remains inoperable today. Luminant's liability for land reclamation expenses does not go away with the closure of a mine and may add additional expenses.

Relative to the 2015 EAIP/AIP objectives, a mine closure that results in a 10% reduction in lignite recovery (equal to a 2.9 million ton decrease in lignite production) would increase fleet-wide average Coal Fuel Costs by approximately $0.08/MMBtu, which alone would cause Luminant to perform at its threshold metric.

Moreover, many of the Luminant mining areas are situated miles away from their respective generation plants: lignite mined at the Three Oaks mining areas is transported to the Sandow units via a single conveyor belt that measures over 12 miles in length. This system is essentially a "long rubber band" which, while historically has been operated with high levels of reliability, would likely cease to function if any one part of the band broke. Because there is no PRB rail transport infrastructure at Sandow (nor are there long-term rail contracts in place with this plant to facilitate such purchases), failure of this single conveyor could necessitate either expensive truck-based shipments of up to 24,000 tons of lignite *per day*, or the forced outage of the Sandow generation units. Either scenario would have a severely negative impact on Luminant's performance on Coal Fuel Costs, Coal Available Generation, and/or EBITDA metrics.

A change in the cost of PRB or rail transportation could result in Luminant underperforming its metrics. The total cost of PRB delivered to Luminant's generation plant sites is primarily made up of two key components: the cost of the coal itself plus the transportation costs to deliver the coal to the generation site. Both of these cost components are subject to material volatility. For example, PRB commodity futures have exhibited approximately 10% annualized price volatility in the 12 months prior to October 27, 2014.[8] PRB rail transportation costs, which account for nearly 60% to 70% of total PRB fuel costs, have historically fluctuated by an average of approximately 5% per year over the past four years.

A change in the ratio of lignite to PRB could adversely affect metric performance. Luminant's business plan assumes that the expected on-site mining production of lignite will be consumed first by the generating plants before PRB is utilized. If generating plant volumes exceed budgeted levels, Luminant may be forced to use PRB as the incremental fuel. Because PRB is generally more expensive than lignite, an increase in PRB consumption would increase the average coal fuel cost rate for the fleet. Thus, even while EBITDA may increase, Luminant may end up missing its threshold Coal Fuel Costs metric as a consequence of an increased use of PRB.

---

[8] Data from Ventyx Velocity Suite for the NYMEX coal futures contract.

\* \* \* \*

**Year-Over-Year Analysis.**  Luminant's Coal Fuel Costs metrics for 2015 are similar to, though slightly higher than, those in 2014.  The difference can be explained by the fuel ratio expected in 2015 as opposed to 2014.  In 2014, the EAIP baseline metric of $1.64 per MMBtu assumed a 71% lignite and 29% PRB mix.  For 2015, Luminant's baseline metric of $1.73 per MMBtu assumes that Luminant will burn nearly 65% lignite and 35% PRB coal across the fleet for the year as lignite mining operations, particularly at the Monticello and Big Brown plant locations, are being scaled back as mines come to the end of their available reserves and to comply with new environmental regulations.  If the 2014 EAIP performance metrics were adjusted to reflect the 2015 fuel mix, the baseline metric would be $1.73 per MMBtu, which is in line with the 2015 baseline metric.

**Analysis of Metric.**  FEP calculated several potential risk ranges impacting overall coal fuel costs that incorporate the following risks:

- A 10% decrease in lignite production levels;
- Commodity costs for unhedged PRB coal volumes increase at historical prior 12 month price volatility levels;
- PRB transportation costs increase by nearly 5% annualized; and
- An annualized increase of approximately 5% in the costs of mining lignite.

I used the same risk factors and similar variances in analyzing the 2014 metrics, and believe that they are appropriate for the 2015 metrics as well.  The following figure demonstrates the impact of these risks for the EAIP/AIP.



**Figure 5-9:  EAIP/AIP Coal Fuel Costs Identified Risk Range**

Based on an analysis of comparable coal fuel cost data from industry sources, the inflation adjusted industry average for delivered coal cost for plants that burn both lignite and PRB coal has been

$1.84/MMBtu for the period 2010-2013. The Company's threshold target of $1.81/MMBtu for the EAIP/AIP further demonstrates the challenge of meeting this metric.[9]

## 5.2   Luminant Energy Commercial Incentive Plan

Luminant also has a Commercial Incentive Plan specifically limited to the approximately 55 employees who execute all of the hedging and trading strategies for the Company. These employees are responsible for (1) transacting and managing the sales for all of Luminant's power generation; (2) acquiring all of Luminant's fuel supply requirements; (3) managing and transacting for all of TXU Energy's needs; (4) executing hedges and trades; and (5) all other commercial functions. The key driver of the LCIP is the EIV or net profits attributable to hedging and trading transactions executed during 2015. One potential insider participates in this plan.

To create EIV, the hedging and trading specialists must enter into new market transactions that by their very nature have no, or very little, EIV as of the transaction execution date, and by internal transactions that are transacted at 2015 budget commodity prices. Therefore, the EIV for any year is created from managing commodity positions within very volatile markets and the market moving favorably for the executed transactions. Losses, or negative EIV, can also be incurred on these same transactions.

Individuals are only compensated under the LCIP if EIV exceeds ▮▮▮▮▮▮▮. After that point, the LCIP participants earn ▮▮ of the EIV on the next incremental ▮▮▮▮▮▮ of value. Beyond ▮▮▮▮ of total EIV value, the participants earn higher percentages for incremental value earned by Luminant with a peak percentage for 2015 of ▮▮. This plan is incentivizing as the LCIP funding level increases concurrently with an increase in Luminant EBITDA. If LCIP EIV decreases, the plan participants lose value. The table below outlines the incentive pool funding level for the 2015 LCIP:

**Table 5-3: LCIP Funding Schedule**



---

[9] Data from Ventyx Velocity Suite, data originally sourced from U.S. Energy Information Administration ("EIA") form EIA-923 data and restricted to operating plants that burn both lignite and PRB coal (with a primary fuel of lignite) and which are required to file the delivered coal cost data. Data has been adjusted by FEP for inflation and reported in 2014 dollars.

**Year-Over-Year Analysis.** For 2015, the total baseline target EIV created by transactional activity within the year is ███████████████ than 2014 levels), with ██████████ of that amount related to settled transactions in 2015—which directly impacts EBITDA. Compared to 2014 performance criteria, the 2015 metric ████████████████████████████████████████████████████████████

████████████████

**Analysis of Metric.** Based on my experience, these metrics are reasonable, challenging and constitute stretch goals that incentivize and award employees for exceptional performance. The challenge of meeting these metrics underscores the challenge of meeting Luminant's EBITDA target, which also includes hedging and trading activity.

### 5.3   Luminant Safety Program Incentive Plans

Luminant also focuses on ensuring that its power plants and mines are operated safely to protect the thousands of Company workers at these facilities and the communities that live and work nearby. Safety is at the heart of Luminant's mission and, as such, the Company has undertaken actions to incentivize and promote safe operating procedures and behaviors. Luminant has two separate incentive programs to reward safety at its nuclear and fossil generation plants and mines. Combined, Luminant's nuclear and fossil safety programs cover approximately 3,500 full-time employees.  These safety programs represent a key portion of incentive pay for these employees:  Fossil and mining – 15%, Nuclear – 30%.

Luminant's fossil safety program includes operations at its coal plants, natural gas plants, and mining operations, and is quantified through the measurement of a "Safety Index" for each operational unit. Safety Indices are based on the combined evaluation of leadership audits (20%), hazard recognition and mitigation (25%), behavior recognition (25%), and safety results (30%), as measured by Occupational Safety and Health Administration and/or Mine Safety and Health Administration recordable injuries.

Luminant's nuclear safety program features similar personnel safety metrics, as well as specific "Nuclear Safety" metrics that include radiological exposure measurements, significant station events, an environmental rating criteria, and various standardized performance indicators tracked by the NRC.

Luminant's safety performance is continually tracked and employees are rewarded annually for their performance levels.  In the event that any site fatality occurs, <u>zero</u> site safety payout occurs—regardless of Personnel Safety Index score.

An overview of the Personnel Safety Index incentive metrics for Luminant's Safety Program Incentive Plans is included in Table 5-4:

**Table 5-4: Luminant Safety Program Incentive Plans "Personnel Safety Index" Metrics**

| Performance metric | % Payout | Threshold | Baseline | Superior |
|---|---|---|---|---|
| **Fossil Safety Metrics** | | | | |
| Leadership Audits | 20 | 80% | 3 per leader/month | 120% |
| Hazard Recognition & Mitigation | 25 | 80% | 2 points per employee/month | 120% |
| Behavior Recognition | 25 | 80% | 3% of employees recognized/month, plus 4 documented leadership behaviors per site crew supervisor demonstrated/month | 120% |
| OSHA/MHSA Recordables | 30 | | | |
|     Fossil Generation | | 10 | 7 | 5 |
|     Mining | | 23 | 17 | 15 |
| **Nuclear Personnel Safety Metrics** | | | | |
| Comanche Peak Observation Index | 25 | 70 | 80 | 90 |
| Hazard Recognition[1] | 25 | 80% | 15 Industrial Safety Condition Reports/month plus 20% BEAR participation | 120% |
| Behavior Recognition | 20 | 80% | 3% of employees recognized per month | 120% |
| OSHA Recordables[2] | 30 | 5 | 3 | 1 |

[1] BEAR = Behavior Equals Accident Reduction
[2] If 1 DART injury occurs payout is limited to a maximum of 100% for the six month period regardless of safety index score. If 2 or more DART injuries occur payout is Zero regardless of safety index score.

The stated goal of the Company is always "Safety Zero," as it strives to achieve zero adverse safety incidents.



**Figure 5-10: Luminant's "Safety Zero" Motto**

**Year-Over-Year Analysis.**  2015 performance criteria related to these metrics are primarily the same as 2014, with some modifications made to increase the challenge of attaining the metric.  For example, threshold OSHA Recordable levels for the 2015 EAIP/AIP represent an approximately 1% improvement over the average 2009 – 2013 actual Company performance levels.

**Analysis of Metrics.**  Given the very complex operating environment and the incredible importance of maintaining safety, I believe that the safety metrics represent challenging goals that motivate participants to instill and cultivate a culture of hazard awareness and proper operating practices that protect employees, property, and the communities in which they operate.

## 5.4   TXU Energy

TXU Energy is the EFH business unit that provides retail electric service to residential, commercial and industrial end-users in the competitive ERCOT market.   Since the Texas retail market opened to competition for electricity customers in 2002, TXU Energy has faced increasing challenges from new entrants offering different business models and pricing structures.   To remain competitive and profitable, TXU Energy must manage its sales volumes while maintaining or enhancing positive margins and overall customer experience.

TXU Energy's EAIP/AIP encourages strong 2015 financial performance as well as long-term stability and corporate durability through effective management of EBITDA, cost, margin, customer counts and customer experience metrics.

### 5.4.1   Overview of TXU Energy Performance Metrics

To incentivize employee performance, TXU Energy's 2015 EAIP/AIP scorecard uses five metrics:  (1) TXU Energy EBITDA; (2) TXU Energy Total Costs; (3) Contribution Margin; (4) Residential Ending Customer Count; and (5) TXUE Customer Experience.  The following table shows the 2015 EAIP/AIP metrics.

Table 5-5: TXU Energy EAIP/AIP Metrics

| | Performance metric | % Weight | Threshold | Baseline | Superior |
|---|---|---|---|---|---|
| 1 | TXU Energy Management EBITDA ($ mm) | 40 | | | |
| 2 | TXU Energy Total Costs ($ mm) | 20 | 397 | 378 | 359 |
| 3 | Contribution Margin ($/MWh) | 15 | | | |
| 4 | Residential Ending Customer Count (000's) | 10 | 1,373 | 1,416 | 1,458 |
| 5 | TXUE Customer Experience | 15 | see sub-scorecard in Section 5.4.2.5 | | |
| 6 | Total Payout | 100% | | | |

These metrics incentivize employees to navigate the Company through numerous performance risk factors, any one or combination of which could result in a missed target and no EAIP/AIP payout.

### 5.4.2   FEP's Metric Analysis

The following subsections detail FEP's analysis of TXU Energy's 2015 EAIP/AIP metrics and targets.

### 5.4.2.1   TXU Energy Management EBITDA

TXU Energy's first performance metric, EBITDA, includes revenues from retail electric sales less (1) expenses associated with those sales and (2) the costs of procuring electric power from wholesale providers.

TXU Energy operates in a highly competitive market with many retail participants and a low barrier to entry for competitors.   Accordingly, the Company's performance is highly sensitive to several fundamental risk factors, including market competition, weather and its impact on electricity demand and power supply prices, costs (e.g., SG&A, CapEx and bad debt), cyber event risk[10], changes in residential or business sales, power price volatility and TXU Energy's ability to hedge and trade through Luminant.

As I have previously explained, these performance risk factors are highly interrelated, and TXU Energy has varying levels of control over each, as shown below in Figure 5-11.



**Figure 5-11:  Relationship of TXU Energy Risk Factors Managed by an Integrated Risk Management Framework**

In fact, these risks affect each of the major components of EBITDA at TXU Energy:  residential segment margin, business segment margin, and SG&A costs.

---

[10] For example, Target (a large consumer retailer) recently experienced a breach of customer financial and personal data costing the company over $60 million in additional upfront costs, leading to the early realization of approximately $100 million of CapEx, and contributing to a 46% decline in year-over-year quarterly net income (as reported in Target financial reports and press releases).

### 5.4.2.1.1  TXU Energy Management EBITDA: Year-Over-Year Analysis

TXU Energy's 2015 Management EBITDA threshold, baseline and superior performance metrics ▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. TXU Energy's 2015
Management EBITDA threshold is approximately 10% below the baseline, whereas in 2014 it was 12%
below baseline for the full year 2014 AIP metrics.  The 2015 threshold amount equals the 2014 EAIP
threshold target.

### 5.4.2.1.2  TXU Energy EBITDA Risk Factors

#### 5.4.2.1.2.1  Residential and Business Segment Risks

TXU Energy's residential customers provide a significant amount of revenue (approximately $3.0 billion
projected for 2015) for the Company, with projected residential sales volumes of 21.5 million MWh, or
21.5 billion kilowatt-hours, for 2015.  TXU Energy's business and industrial segments account for 19.5
million MWh of projected 2015 sales volumes and $1.7 billion in revenues.  The risk factors described
below will impact TXU's ability to capture EBITDA at both its residential and business segments, and
customers will be sensitive to movements in market electricity prices.  These risk factors make meeting
the threshold and other TXU Energy EBITDA metrics far from certain.

**Competition Risk**

Since the ERCOT retail market opened to competition in 2002, TXU Energy has faced increased
competition from other REPs.  The number of REPs has continued to increase over time along with a
greater number of products and services from which retail consumers can choose.  Because of this
competition, there is a reasonable risk that ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇



▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇; hence, material downside risk exists to TXU Energy

margins.

**Weather Risk**

In ERCOT, weather is a primary driver of customer load in winter and summer months due to electrical
heating and cooling demand.  While REPs typically provide power to their retail customers at fixed
prices, they are subject to significant risk if wholesale prices spike, as TXU Energy and other REPs must
procure power to cover their open position at market prices.  Even when REPs are hedged at 100% of
their expected load, unplanned weather events may increase actual load and necessitate expensive

purchases of spot market power.[11]  These unplanned supply purchases can negatively impact EBITDA. For example, extreme weather that results in an incremental 1,000 MWh of additional TXU Energy sales (approximately *0.0025%* of projected TXU Energy 2015 sales volumes) over a *two-hour* period of very high electricity prices might cause TXU Energy to lose nearly $9 million—or more than ▮ of its annual baseline EBITDA.  In addition, mild weather conditions can also have a negative impact on TXU Energy as customer usage declines below expected levels, thereby lowering revenues and the resulting contribution margin.

**Open Position Risk**

At any point in time, TXU Energy's portfolio of future electricity sales is not fully hedged.  Changes in the value of unhedged forecast sales may negatively impact EBITDA.  For example, if more than 10 million MWh of residential sales were unhedged at a particular point in time and wholesale electricity prices increased $5/MWh, TXU Energy could lose more than ▮▮▮▮▮

**Energy Supply Book ("ESB") Execution Risk**

TXU Energy's 2015 EBITDA target for the Company's full year budget includes ▮▮▮▮ attributable to managing the ESB portfolio of electricity supply transactions that support residential and business sales volumes.  The ability to derive additional cash flow from trading and hedging activities while managing TXU Energy's open position is uncertain. Managers must balance the cost of over-procurement (which has little or no value if weather is milder than expected) against the risk of having to procure for excess load at higher than expected prices.  In addition, ESB income is dependent on margins generated from executing transactions.

**Customer Counts Risk**

TXU Energy has been in a long-term battle with other REPs for residential and business customers since the ERCOT market opened to retail competition in 2002. TXU Energy's ability to retain or grow its base of residential customers in a competitive marketplace is far from certain.

### 5.4.2.1.2.2  SG&A Cost Risks

Three primary categories of SG&A cost risks add further uncertainty to TXU Energy EBITDA.

**SG&A Challenge Risk**

Similar to Luminant, TXU Energy faces cash flow risks related to its SG&A costs.  Significant uncertainty exists around (1) TXU Energy's ability to realize aggressive EBITDA stretch goals related to marketing costs, employee turnover, efficiency improvements and non-labor savings; (2) costs related to retaining

---

[11] For instance, weather events during the 2013 to 2014 winter forced a number of Northeastern REPs out of business. *See* Hand, Mark, *Bitter cold sends retail electric suppliers into default on payments*, SNL Financial, February 4, 2014.

high performing individuals and the potential recruiting costs associated with replacing individuals who leave TXU Energy; (3) expenses due to prevention, mitigation and potential remediation of cyber security issues; and (4) unforeseen costs associated with accelerated obsolescence in Information Technology ("IT") software or systems.

**Contingent Customer Incentives Risk**

Other Texas REPs will likely continue to aggressively compete with TXU Energy by offering discounted switching deals to its customers.  TXU Energy must respond with a comprehensive communications program highlighting the strengths of the TXU Energy brand and its continuing level of high-quality customer service.  The marketing initiatives necessary to respond to these types of aggressive or disruptive external marketing events or campaigns add costs that can unpredictably and materially diminish projected EBITDA.

**Bad Debt Risk**

TXU Energy's primary credit risk exposure is largely due to final bill non-collection rates that range from 40% to 60% of the final invoice amount due from former customers.  In addition, variances to the budgeted write-off amount of 0.84% of revenues can be exacerbated by bill stress from weather-driven load, changes in macroeconomic variables such as unemployment rates, or changes in portfolio credit quality.

### 5.4.2.1.3  TXU Energy Management EBITDA:  Scenario Analysis

Each of the above risks can alone or together adversely affect TXU Energy's ability to meet its EBITDA targets.  To understand the potential risks, FEP evaluated five representative scenarios in which TXU Energy would miss or barely meet its EBITDA threshold—each of which is realistic.

For example, in Scenario 1, FEP analyzed the EBITDA impact if portfolio contribution margins ▮▮▮ ▮▮▮▮▮▮▮ and, as a result, TXU Energy only achieved the threshold level for the 2015 EAIP/AIP Contribution Margin metric.  This scenario demonstrates that if TXU Energy performs at the threshold level on the Contribution Margin metric for 2015, it will perform below payout levels on the Management EBITDA metric, all other factors being held constant.  The other scenarios explore the effects of increased customer attrition, commodity price increases, energy procurement and delivery execution cost risks, increased bad debt expenses, and increased marketing expenditures.

Each of the five scenarios as summarized in Figure 5-12 provides a realistic situation in which TXU Energy would miss or barely meet its EBITDA threshold.



**Figure 5-12: Summary of EAIP/AIP TXU Energy EBITDA Multifactor Scenarios Analyzed by FEP**

Based on FEP's analysis, I believe that TXU Energy's EBITDA metrics for the 2015 EAIP/AIP are challenging to attain and strongly incentivize TXU Energy management. In my opinion, the risks inherent in the residential segment, business segment, and SG&A cost components of TXU Energy EBITDA have significant potential to cause TXU Energy to miss its threshold performance levels.

### 5.4.2.2   TXU Energy Total Costs

The second metric focuses on managing Total Costs at TXU Energy.   This metric incentivizes management to effectively manage costs so that TXU Energy's operations are efficient and streamlined even if EBITDA declines because of uncontrollable market events.

**Year-Over-Year Analysis.**  For 2015, TXU Energy has targeted a baseline Total Costs metric that is $13 million higher than the 2014 baseline target.  This increase can be attributed to (1) an increase of bad debt expense of $6 million; (2) higher IT and facility capital expenditures of $3 million; (3) a $3 million increase in growth initiatives; and (4) a $1 million increase in core SG&A.  Although the baseline Total Costs metric for 2015 is higher than for 2014, the threshold 2015 metric is $4 million less than the 2014 AIP threshold, due to the fact that the percentage range from threshold to baseline has been aggressively cut in half for 2015.

**Analysis of Metric.**  There are at least three main categories of TXU Energy costs that are subject to sufficient variation and make the 2015 TXU Energy Total Costs goal challenging: (1) SG&A expenses; (2) bad debt expenses; and (3) IT and CapEx.

Below, I have identified a range of potential risks to TXU Energy's Total Costs, projecting a full year of results.



**Figure 5-13: EAIP/AIP TXU Energy Total Costs Identified Risk Range**

SG&A. FEP identified approximately $30 million in downside risk related to EAIP/AIP SG&A expenses, which, if realized, would cause TXU Energy to miss its EAIP/AIP threshold metric. The SG&A expenses

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ This spend could vary widely depending on a host of factors. Additionally, labor, non-labor and management challenge categories have the potential to move unfavorably by approximately $14 million. TXU Energy maintains an internal labor force of approximately 1,000 full-time-equivalent positions, but TXU Energy also outsources a number of call centers with costs that fluctuate with call volume. FEP estimates that these costs could increase as much as $3 million.

Bad Debt. Bad debt expenses can also materially increase if TXU Energy experiences higher customer attrition. Higher bad debt expense would be realized, in part, due to the non-payment of final bills by customers who move. I estimate at least $12 million in bad debt expense risk for the full year, based on the possibility of unexpectedly hot or cold weather increasing billing pressure and residential account switching. For 2015, bad debt expenses are budgeted at 0.84% of total revenues. This rate increases to 1.10% after incorporating the potential risk range noted above, which is lower than TXU Energy's average historical bad debt expense rate of 1.20% for the period 2009 – 2013.

Information Technology and Capital Expenditures. IT and CapEx risks may be driven by unforeseen costs and accelerated obsolescence of software systems related to TXU Energy's sophisticated customer accounts and billing functions. FEP estimates that these costs could realistically increase approximately $3 million to keep pace with ever-changing customer service and data security protocols, exclusive of any costs related to a potential cyber-attack on TXU Energy. Potential costs to mitigate a successful cyber-attack are likely to be sizeable, if required.

### 5.4.2.3   Contribution Margin

TXU Energy's Contribution Margin metric measures the incremental value to TXU Energy's bottom line of each MWh sold.  This metric is driven by the difference between top line revenues and the cost of goods sold, and it helps to identify whether TXU Energy is sacrificing profitability for market share.

The baseline budget level for 2015 EAIP/AIP Contribution Margin for the portfolio of residential and business customers is ▮▮▮▮▮▮ with a threshold of ▮▮▮▮▮▮

**Year-Over-Year Analysis.**  TXU Energy's baseline Contribution Margin targets are lower than the 2014 AIP metrics by ▮▮▮▮▮ primarily due to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

On a margin per unit basis, 2015 residential segment margin expectations are ▮▮▮▮▮▮—▮▮▮▮▮▮▮ than the estimate for the 2014 AIP—while business segment margin expectations of ▮▮▮▮▮ in 2015 are ▮▮▮▮▮▮▮ when compared to 2014 AIP levels. ▮▮▮▮▮▮

▮▮▮▮▮▮▮▮ If the ▮▮▮ mix between residential segment volumes and business segment volumes for 2014 was applied to the budgeted 2015 margin levels, the average Contribution Margin metric would be ▮▮▮▮▮▮▮▮▮▮▮▮▮

**Analysis of Metric.**  Material revenue risks to TXU Energy's Contribution Margin include: (1) TXU Energy primarily contracts through term offerings of fixed price products; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; and (4) there is risk of wholesale market prices changing related to any unhedged positions in the portfolio.

As shown in Figure 5-14, for the years 2010 – 2012, FEP's estimate of the average retail margin for competitive retail electric providers in the ERCOT market was approximately ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ If Contribution Margin falls to threshold (still

significantly above market) and all other factors are held constant, EBITDA for TXU Energy would fall below threshold for the 2015 EAIP/AIP.



Figure 5-14: Contribution Margin: TXU Energy 2015 EAIP/AIP vs. Market History[12]

Given the difficulties of maintaining a level of margin performance that exceeds industry averages, I believe that TXU Energy's Contribution Margin EAIP/AIP metrics are highly challenging and incentivizing to Company employees.  The Contribution Margin metric constitutes a stretch goal.

### 5.4.2.4   Residential Ending Customer Count

As I explained in my previous report and at trial, the Residential Ending Customer Count metric works in conjunction with the Contribution Margin metric to balance the incremental value of retail energy sales with the maintenance of market share.

**Year-Over-Year Analysis.**  The 2015 EAIP/AIP threshold based on the budget targets an annual attrition rate of 6.4%, which is nearly 20% less than the 2014 AIP performance target of 7.8% attrition.  By comparison, residential customer losses in any calendar year have reached at least 8.2% since 2009.

**Analysis of Metric.**  I believe that the 2015 EAIP/AIP metric is incentivizing.  TXU Energy's continued margin management and intense competition have placed consistent pressure on TXU Energy's customer counts.

I believe that this customer attrition metric is incentivizing to management and will be challenging to achieve in this environment.

---

[12] Sources: EIA, TXU, PUCT

### 5.4.2.5  TXU Energy Customer Experience Sub-Scorecard

There are five distinct Customer Experience metrics that equally constitute the final 15% of targeted EAIP/AIP payout for TXU Energy:   (1) Customer Satisfaction Percentage; (2) Average Days Sales Outstanding; (3) Energizing Event Success; (4) Customer Complaints; and (5) System Availability Percentage.

Table 5-6: TXU Energy EAIP/AIP Customer Experience Sub-Scorecard

| Performance metric | % Weight | Threshold | Baseline | Superior |
|---|---|---|---|---|
| 1 TXUE Customer Satisfaction % | 3 | 83.60% | 85.60% | 87.60% |
| 2 Average Days Sales Outstanding | 3 | 41.3 | 39.7 | 38.1 |
| 3 TXUE Energizing Event Success (Issues) | 3 | 99.83% | 99.91% | 99.95% |
| 4 TXUE Customer Complaints | 3 | 714 | 595 | 476 |
| 5 TXUE System Availability % (Uptime) | 3 | 99.85% | 99.93% | 99.97% |
| 6   Total Payout Sub Scorecard | 15% | | | |

### 5.4.2.5.1  Customer Satisfaction Percentage

The Customer Satisfaction metric tracks residential segment customer satisfaction with TXU Energy based on a Customer Quality ("CQ") Index.   This metric supports TXU Energy's premium brand positioning by incentivizing management focus on the consumer interface points.

The CQ Index is comprised of four customer survey measurements, weighted as follows:

- Enrollment (30%) uses continuous sampling of newly acquired customers concerning their level of satisfaction with the sign-up process;
- Billing / Communications (40%) measures overall satisfaction with TXU Energy on a quarterly basis;
- Customer Service – Call Center (15%) surveys customers about their overall satisfaction with TXU Energy's telephone based customer channel; and
- Customer Service – Web (15%) asks a sample of website visitors who visit at least three pages to rate their overall satisfaction with the website.

The CQ Index is affected by both internal and external factors and risks, including:

- IT / infrastructure availability and data accuracy. Response delays or system outages at call centers or on the website detract from the consumer experience.

- <u>Website design</u>. The online interface needs to be clean and intuitive while providing information and tools desired by the customer.
- <u>Bill format changes or introduction of new products</u>. Changes can create confusion for consumers; new products and bills must be thoughtfully designed and tested, and TXU Energy's call centers must be trained to answer questions.
- <u>Bill stress</u>. Unusual weather and/or economic conditions can increase customer bills, drive down overall satisfaction and increase call volume, driving up wait times and reducing customer service satisfaction.
- <u>Staffing</u>. Employee levels at call centers must be adequately scaled to call volume; normal employee turnover puts continuous pressure on selection and training programs.
- <u>Marketing and customer retention programs</u>.  Marketing campaigns and retention programs must not only be carefully crafted to effectively target and engage customers in the ultra-competitive ERCOT marketplace, but must also be effectively coordinated to avoid confusing customers with mixed messages.

All of these risks—alone and together—mean that the customer satisfaction threshold is challenging to attain.  In addition, while precautions have been taken to secure customer data and avoid potential cyber security problems, the risk of cyber-attack is real.  The consequences of cyber-attack can have massive negative repercussions to customer satisfaction.

**Year-Over-Year Analysis.**  For 2015, the threshold, baseline and superior metric performance levels are the same as 2014 levels.

**Analysis of Metric.**  FEP identified several potential risk factors, including a negative skew on this metric's performance potential (shown in Figure 5-15).  This negative skew is primarily due to the fact that an unpleasant customer experience (such as a bill stress event caused by adverse weather conditions or a telecommunications outage) is likely to cause negative feedback across more than one of the CQ Index components.  However, a pleasant customer experience is likely to result in positive feedback in only the singular most relevant CQ Index component.  Additionally since 2010, average historical performance has been over 1% less than baseline expectations.



**Figure 5-15:  EAIP/AIP Customer Satisfaction Identified Risk Range**

In my opinion, the EAIP/AIP Customer Satisfaction Percentage metric properly incentivizes management's customer-centric focus in support of TXU Energy's brand strategy and is challenging to achieve.

### 5.4.2.5.2   Average Days Sales Outstanding

Average Days Sales Outstanding ("DSO") is defined as the total accounts receivable (including unbilled) divided by the average daily revenue (including unbilled revenue) from the current and prior month. This metric measures TXU Energy's performance in mitigating credit exposure to retail customers through the timely collections of payments.

**Year-Over-Year Analysis.**  Over the past five years, TXU Energy has decreased its DSO from a high of approximately 49.8 days in 2009, to its historically best performance in 2013 of 39.6 days.  At present, three significant customers of TXU Energy are disputing portions of their past bills, adding approximately 0.4 days to the DSO actuals for 2014.  For purposes of the 2015 budget, TXU Energy has assumed that one of these customers will remain delinquent throughout 2015 and, accordingly, has adjusted the historically best performance of 39.6 days up 0.1 day to calculate the 2015 baseline metric.  This change has caused TXU Energy to increase threshold, baseline, and superior metrics as compared to 2014 targets by less than 1%.

**Analysis of Metric.**  There are a number of ways that TXU Energy could miss its threshold DSO numbers, including: (1) bill stress associated with weather extremes; (2) a degradation in macroeconomic conditions that makes it more challenging to collect bills including, for example, a modest 1% increase in the state unemployment rate; (3) observed historical variations in customer payment delays during the year-end holiday season (DSO typically increases by as much as four to five days for November, December and part of January as compared to the rest of the year); and (4) a breakdown in the process of either timely billing distribution or payment collection.

The risk range shown below in Figure 5-16 reflects my assessment of the identified risk range in light of bill stress related to abnormal summer weather, the possibility of slower than expected collection of payments in November and December, and the potential for billing and payment processing delays, which have been realized in previous years.



**Figure 5-16: Days Sales Outstanding Identified Risk Range**

These risks confirm that this metric is challenging and thus properly incentivizes Company management.

### 5.4.2.5.3  Energizing Event Success

The Energizing Event Success ("EES") metric quantifies TXU Energy's effectiveness at minimizing Lights Out in Error ("LOIE") events affecting TXU Energy's customers.  LOIEs occur when, as a consequence of TXU Energy work or third-party actions, there is: (1) a turning on (energizing) or switching event at a later date or time than the customer expects; (2) a de-energizing event at a date or time not expected by the customer; or (3) a switch of service provider not expected by the customer.  LOIE events are primarily caused by simple mistakes during customer interactions and thus tend to increase with changes in customer counts, bill-stress and customer switching activity.  Missing these targets will likely increase customer dissatisfaction, attrition rates, bad debt and complaints.

**Year-Over-Year Analysis.**  The threshold performance levels are aggressive for the EAIP/AIP, as TXU Energy must limit its LOIE rate to equal to or less than 0.17% of its approximately 2.2 million customer transactions each year.  Because this metric has an expected level of performance that nears perfection, the potential for downside performance is much greater than the upside potential.  In order to achieve threshold for 2015, TXU Energy must meet or exceed its average performance from 2011 through projected full year 2014.  In fact, the 2015 threshold and baseline performance levels are higher, and therefore require lower rates of LOIE, than the full-year targets from 2014.  As compared to the 2014 EAIP metrics that were adjusted mid-summer, the 2015 baseline exceeds the 2014 EAIP baseline, while the 2015 threshold is lower by .02%—with the difference explained by the increased volatility associated with a 12 month time frame, as opposed to a 6 month time frame.

**Analysis of Metric.**  The following figure shows that the 2015 metric performance level needed to achieve EAIP/AIP thresholds is higher than realized performance levels in two out of the last four years, as well as the average since 2011.  I believe that the EES metric is a challenge to achieve and incentivizes management to perform at a high level.



**Figure 5-17: Energizing Event Success: TXU Energy 2015 EAIP/AIP vs. Company Actuals**

### 5.4.2.5.4  Customer Complaints

The Customer Complaints metric incentivizes continued levels of high customer satisfaction by measuring consumer complaints recorded at the PUCT and the Better Business Bureau.  Among REPs in ERCOT during 2013 and the projected full year for 2014, TXU Energy has performed in the top decile for lowest rates of customer complaints recorded at the PUCT.  The 2015 EAIP/AIP threshold metric equates to approximately 1 monthly complaint per 35,000 customers at the PUCT, and incentivizes a continuance of performance at that top decile level.



**Figure 5-18: Complaints to the PUCT**

**Year-Over-Year Analysis.**  Complaints to the PUCT for the entire competitive market have reportedly increased in 2014 approximately 7% over the prior fiscal year.[13]  One of the drivers contributing to this increase across the entire market is the rise in the use of "switch-holds" among REPs since the PUCT began authorizing their employment in 2010.  In order to place a switch-hold on a customer's account, the REP must have negotiated an installment payment plan with the customer to satisfy the amounts owed to the REP.  After the installment payment plan is in place, a REP can block that consumer from obtaining service from another REP until all past due amounts on the customer's account have been paid.  While TXU Energy has thus far been cautious to implement the use of switch-holds with its customers, it expects to increase the use of installment payment plans and switch-holds in 2015—which is likely to increase the level of customer complaints.

This policy decision is expected to put pressure on customer satisfaction and complaints in 2015. Accordingly, the 2015 EAIP/AIP threshold, baseline, and superior metrics have been increased by 18, 15, and 12 complaints, respectively, to align with this decision.  To put these year-over-year increases into perspective, the threshold metric has increased by only 1.5 complaints per month, or 1 complaint per month per 1.1 million customers.

**Analysis of Metric.**  Customer Complaints performance may be adversely affected by a number of risk factors, including:  (1) billing errors; (2) denial of service; (3) disconnect errors; (4) poor customer

---

[13] Texas Coalition For Affordable Power; http://tcaptx.com/report/snapshot-report-2014-puc-complaint-data

service; and (5) poor marketing practices. Regardless of service, customers also tend to complain more if their bills rise as a result of weather variability or shifts in the energy markets.

FEP's identified risk range for the EAIP/AIP metrics (shown in Figure 5-19) reflects historical observed variations in average complaints since January 2012.



**Figure 5-19:  EAIP/AIP Customer Complaints Identified Risk Range**

In my opinion, the 2015 performance metrics remain challenging in this market and are incentivizing.

### 5.4.2.5.5   System Availability Percentage

TXU Energy's retail operations require consistently reliable information and communications technology.   The System Availability Percentage metric measures how well 13 critical IT and communications infrastructure support systems function, recognizing that reduced availability of critical systems can have deleterious effects on customer experience, acquisitions, real-time delivery execution, billing and collections (e.g. DSO, bad debt), and other business indicators.  Both planned events (such as software upgrades or deployment/integration of new systems) as well as unplanned events (such as hardware failures, third-party network or telephony failure, third-party software bugs and application or release defects) pose risks to the System Availability Percentage metrics.

**Year-Over-Year Analysis.**  Historical TXU Energy System Availability percentages are shown in the figure below.  2013 and expected 2014 performance levels were exceptionally high, as the level of major systems and software modifications through the third quarter of 2014 was relatively low.  The risk associated with planned events is expected to be higher in 2015, as the level of major systems and software upgrades is scheduled to increase in 2015, as compared to 2013 and 2014.  Despite the relative increased risk in 2015, the annual threshold, baseline and superior performance levels have all been tightened when compared to the 2014 AIP metrics by 0.05%, 0.03%, and 0.02%, respectively.



**Figure 5-20:  System Availability: TXU Energy 2015 EAIP/AIP vs. Company Actuals**

**Analysis of Metric.**  There is risk that TXU Energy misses its threshold target, depending on: (1) the number of new software packages deployed in the period; (2) the amount of new hardware or physical infrastructure deployed in the period; and (3) the familiarity of staff with applications or infrastructure. Additionally, any cyber-attack could result in system outages far in excess of EAIP/AIP threshold levels.

Meeting EAIP/AIP threshold performance would require that each of TXU Energy's systems experience cumulative outages of approximately 13 hours over all of 2015—a one-quarter reduction from the 2014 threshold level of cumulative outages and an incentivizing stretch goal.

## 5.5   Business Services

### 5.5.1   Overview of Business Services Performance Metrics

To incentivize exceptional corporate-level performance, the Business Services EAIP/AIP scorecard uses five metrics:  (1) Competitive Management EBITDA; (2) Luminant Scorecard Multiplier; (3) TXU Energy Scorecard Multiplier; (4) Competitive Total Spend; and (5) EFH Business Services Costs.

Table 5-7: Business Services EAIP/AIP Metrics

| | Performance metric | % Weight | Threshold | Baseline | Superior |
|---|---|---|---|---|---|
| 1 | Competitive Management EBITDA ($ mm) | 20 | | | |
| 2 | Luminant Scorecard Multiplier (%) | 20 | 50% | 100% | 200% |
| 3 | TXU Energy Scorecard Multiplier (%) | 20 | 50% | 100% | 200% |
| 4 | Competitive Total Spend ($ mm) | 20 | 2,241 | 2,149 | 2,011 |
| 5 | EFH Business Services Costs ($ mm) | 20 | 252 | 240 | 216 |
| 6 | Total Payout | 100% | | | |

The Business Services scorecard tracks the Luminant and TXU Energy metrics—in terms of the Competitive Management EBITDA, Scorecard Multipliers and Competitive Total Spend—because it supports those units' work.

### 5.5.2   FEP's Metric Analysis

#### 5.5.2.1   Competitive Management EBITDA

Competitive Management EBITDA is defined as EBITDA for all EFH entities except Oncor.  Accordingly, results are driven by the operating entities Luminant and TXU Energy except for an immaterial level of EBITDA at the corporate level.  Due to the large number of internal and external variables that can impact EBITDA at these two business units, there is a wide range of potential outcomes for Competitive Management EBITDA.

**Year-Over-Year Analysis.**  For 2015, the baseline Competitive EBITDA metric is less than the 2014 AIP metric by ⬛⬛⬛⬛.  This target is lower in 2015 for three key reasons:  First, as I discussed with regard to the Luminant Management EBITDA Metric, the corporate hedge program, which accounted for approximately $462 million of EBITDA in the 2014 actual results, was terminated with EFH's bankruptcy filing and cannot be replicated in 2015.  Second, year-over-year changes in commodity prices have reduced Luminant and Competitive EBITDA projections.  Around-the-clock ERCOT North Hub annual power prices in the 2015 budget have decreased by $2.40/MWh as compared to annual power prices

expected for 2014. ██████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████. In addition, EFH has also tightened the range from threshold to baseline for the Competitive EBITDA metric from 15% in 2014 to 10% in 2015.

**Analysis of Metric.** Because Business Services metrics relate primarily to the operations of Luminant and TXU Energy, which are detailed in the previous sections, the relevant business risk factors largely mirror the risk factors of those entities. Accordingly, significant uncertainty exists in management's ability to meet the Competitive Management EBITDA metric threshold performance levels, and this metric is strongly incentivizing.

### 5.5.2.2   Luminant and TXU Energy Scorecard Multipliers

The Luminant and TXU Energy Scorecard Multipliers replicate the metrics used for the business units, and they are utilized for participants in the Business Services group. This report explains in other sections why, after detailed review, I conclude that the business unit metrics are incentivizing stretch goals, not lay ups, and so I will not repeat that discussion here. The levels for this metric are the same in 2015 as they were in 2014 for both the AIP and EAIP programs.

### 5.5.2.3   Competitive Total Spend

The next metric, Competitive Total Spend, encompasses all expenses (including CapEx) incurred by all of the non-Oncor EFH subsidiaries. This metric is the sum of a number of other metrics discussed in other sections of the report—specifically, O&M/SG&A, CapEx, TXU Energy Total Costs and EFH Business Services Costs, plus an immaterial amount of Corporate SG&A expenses and CapEx. For 2015, the baseline and threshold targets have been tightened by approximately 5% and 3%, respectively, as compared to the 2014 EAIP targets.

### 5.5.2.4   EFH Business Services Costs

The last metric involves managing the expenditures at EFH Business Services, which includes departments such as: Corporate Controller, Corporate Planning, Internal Audit & Sarbanes Oxley Compliance, Treasury, Corporate Tax, Risk Management, Information Technology, Legal, External Affairs, Corporate Development & Strategy, Facilities, Human Resources and Supply Chain.

**Year-Over-Year Analysis.** For 2015, the basis for this metric has been changed to an EBITDA level rather than a total cost level. The total cost method utilized in 2014 included sponsor fees and non-cash items such as depreciation expense which are not subject to a high level of variability. In 2015 the Company chose to use an EBITDA criteria—which focuses on costs that are more subject to change. The 2015 baseline metric is $2 million below the 2014 EAIP and AIP levels with a similar threshold variance of 5% as compared to 2014.

**Analysis of Metric.**   The primary drivers of Business Services Costs are labor, third-party service agreements, litigation costs, regulatory affairs, office rents and various stretch targets.   For 2015, material downsides to this metric reside in pending and potential litigation costs, as well as costs related to the potential expansion of state and federal regulations in areas such as cyber security or physical security.   Numerous scenarios could independently generate a $12 million increase in total costs, leading to the Company's failure to achieve EAIP/AIP threshold performance levels.   One such realistic scenario could occur if costs related to the Company's new cyber security initiative—and related IT spend—run over budget by approximately 45%.   Another scenario would occur if certain internal legal, tax/audit, and administrative expenses exceed historical averages by 20%, possibly in relation to restructuring activities.   Accordingly, significant uncertainty exists in management's ability to meet the Business Services Costs metric threshold performance level, and this metric proves strongly incentivizing.

## Appendix A

### Company Potential Insiders and Scorecard Calculations

The following table lists the 25 potential insiders[14] who are subject to the EAIP, and the derivation of their EAIP performance scorecard metrics as a function of business unit performance. These individual weightings are consistent with historical practices.

#### Table A-1: List of Potential Insiders and EAIP Performance Scoring

| EFH Potential Insider Members and Reports | Business Unit | | | | |
| --- | --- | --- | --- | --- | --- |
| | EFH EBITDA[1] | EFH Bus. Services | Luminant | TXU Energy | Total |
| John Young[1,2] | 50% | 50% | - | - | 100% |
| Paul Keglevic[2] | 50% | 50% | - | - | 100% |
| Michael Carter | - | 100% | - | - | 100% |
| Patrick Chase | - | 100% | - | - | 100% |
| Joseph Ho | - | 100% | - | - | 100% |
| Anthony Horton | - | 100% | - | - | 100% |
| Carla Howard | - | 100% | - | - | 100% |
| Kris Moldovan | - | 100% | - | - | 100% |
| Terry Nutt | - | 100% | - | - | 100% |
| John O'Brien[2] | 50% | 50% | - | - | 100% |
| Lisa Blocker | - | 100% | - | - | 100% |
| Carrie Kirby[2] | 50% | 50% | - | - | 100% |
| Theresa Muscato | - | - | 100% | - | 100% |
| Stacey Doré[2] | 50% | 50% | - | - | 100% |
| Mac McFarland[2] | 25% | - | 75% | - | 100% |
| Richard Federwisch[3] | - | - | 100% | - | 100% |
| Rafael Flores[3] | - | - | 100% | - | 100% |
| Robert ("Bob") Frenzel[4] | - | - | 100% | - | 100% |
| Stephen Horn[3] | - | - | 100% | - | 100% |
| Stephen Kopenitz[3] | - | - | 100% | - | 100% |
| Steve Muscato | - | - | 100% | - | 100% |
| Edward ("Mike") Williams[3] | - | - | 100% | - | 100% |
| Jim Burke[2] | 25% | - | - | 75% | 100% |
| David Faranetta[4] | - | - | - | 100% | 100% |
| Scott Hudson | - | - | - | 100% | 100% |

1. Chief Executive Officer ("CEO") measured on EFH EBITDA, including Oncor. All others measured on Competitive EBITDA.

2. Member of Strategy & Policy Committee.

3. Portion tied directly to Luminant Safety Program Incentive Plans.

4. Also reports to Paul Keglevic.

The derivation of each individuals respective weighting is directly correlated to the focus of his or her daily activities. For example, Mac McFarland, who is the CEO of Luminant, and Jim Burke, who is the CEO of TXU Energy, each have 25% of their bonus tied to global corporate performance. The activities of

---

[14] Twenty-four Company employees within the EAIP are considered potential insiders, while a single employee who participates in the AIP may be a potential insider because the employee is married to a member of senior management.

their respective entities are intertwined because TXU Energy relies on Luminant to supply it with power at market prices, while Luminant relies on TXU Energy as a major sales channel for its power production.