## Exhibit A

**Assumption Schedule**

## Fourth Assumption Schedule

| Ref. # | Details of Contract(s) to be Assumed | | Assumption Counterparty Information | | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|
| | Debtor(s) | Description of Contract/Lease | Contract Counterparty | Address | | |
| 1 | Luminant Mining Company LLC | Lease Agreement between Luminant Mining Company LLC (formerly TXU Mining Company LLC) and Charles Kenneth Harris, et al dated June 18, 2002 regarding certain tracts in Area 271 & 272, Panola County | Charles Kenneth Harris | c/o Jesse M Harris 1075 Woodhaven Drive Nacogdoches TX 75961-9613 | $0.00 | Upon entry of the Assumption Order |
| | | | James Luther Harris | c/o Jesse M Harris 1075 Woodhaven Drive Nacogdoches TX 75961-9613 | $0.00 | Upon entry of the Assumption Order |
| | | | Willie Jean Harris Triana | c/o Jesse M Harris 1075 Woodhaven Drive Nacogdoches TX 75961-9613 | $0.00 | Upon entry of the Assumption Order |
| | | | Betty Cleveland | c/o Jesse M Harris 1075 Woodhaven Drive Nacogdoches TX 75961-9613 | $0.00 | Upon entry of the Assumption Order |
| | | | Mitchell Lynn Harris | c/o Jesse M Harris 1075 Woodhaven Drive Nacogdoches TX 75961-9613 | $0.00 | Upon entry of the Assumption Order |
| | | | Richard Pou Harris | c/o Jesse M Harris 1075 Woodhaven Drive Nacogdoches TX 75961-9613 | $0.00 | Upon entry of the Assumption Order |
| | | | Jesse M. Harris or Virigina H. Harris | c/o Jesse M Harris 1075 Woodhaven Drive Nacogdoches TX 75961-9613 | $0.00 | Upon entry of the Assumption Order |
| 2 | Luminant Mining Company LLC | Lease agreement between Luminant Mining Company LLC and Kim R Smith dated May 4, 2011 regarding Area 271, Tract 889 in Panola County, Texas | Kim R Smith | 1155 E. Johnson Tatum TX 75691 | $0.00 | Upon entry of the Assumption Order |
| 3 | Luminant Mining Company LLC | Lease agreement between Luminant Mining Company LLC and Effie Downs & Susan Downs dated April 1, 2010 regarding Tract 931-A, Area 221, Panola County, Texas | Effie Downs | P.O. Box 688 Tatum TX 75691 | $0.00 | Upon entry of the Assumption Order |
| | | | Susan Downs | P.O. Box 688 Tatum TX 75691 | $476.11 | Upon entry of the Assumption Order |
| 4 | Luminant Mining Company LLC | Lease agreement between Edward Wayne Wright & Wanda Darlene Wright and Luminant Mining Company LLC dated January 10, 2008 regarding certain tracts of land in Area 817, Rusk County, Texas | Edward Wayne Wright | SN 5 Lake Cherokee Henderson TX 75652 | $0.00 | Upon entry of the Assumption Order |
| | | | Wanda Darlene Wright | SN 5 Lake Cherokee Henderson TX 75652 | $0.00 | Upon entry of the Assumption Order |