## EXHIBIT A

## Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours [1] | Total Fees Requested |
|---|---|---|---|
| 1 | Long-Range Forecast | 200.50 | $107,470.00 |
| 2 | Metric Analysis | 201.00 | $100,840.00 |
| 3 | Generation Analysis | 145.00 | $68,745.00 |
| 4 | Retail Analysis | 157.50 | $61,520.00 |
| 5 | Commodity Analysis | 147.50 | $56,595.00 |
| 6 | Competitor Analysis | 37.00 | $17,620.00 |
| 7 | EBITDA Projection | 62.00 | $33,797.50 |
| 8 | Environmental Analysis | 78.00 | $47,445.00 |
| 9 | Short-Range Forecast | 89.50 | $47,595.00 |
| 10 | Capital Projects | 0.50 | $230.00 |
| 11 | Wholesale Operations | 52.00 | $31,735.00 |
| 12 | Retail Operations | 38.50 | $21,575.00 |
| 13 | T&D Operations | 29.50 | $17,820.00 |
| 14 | Data Collection and Diligence | 201.50 | $103,345.00 |
| 15 | Reports | 65.50 | $37,437.50 |
| 16 | Hearings | 196.10 | $128,775.00 |
| 17 | On-Site Diligence | 108.60 | $55,272.25 |
| 18 | Project Management | 61.00 | $30,882.50 |
| 19 | Project Administration | 128.70 | $59,440.50 |
| 20 | T&D Forecast | 15.50 | $7,347.50 |
| | **Totals:** | **2,015.40** | **$1,035,487.75** |

1. Non-working travel time has been billed at 50% of actual time incurred.