**EXHIBIT B**

**Consultants' Information**

The FEP consultants who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Todd W. Filsinger | Senior Managing Director | $750 | 163.60 | $122,700.00 |
| Jean Agras | Managing Director | $720 | 118.00 | $84,960.00 |
| Gary Germeroth | Managing Director | $720 | 218.50 | $157,320.00 |
| Scott Davis | Director | $545 | 206.00 | $112,270.00 |
| Paul Harmon | Director | $575 | 59.00 | $33,925.00 |
| Tim Wang | Director | $575 | 142.25 | $81,793.75 |
| Michael Gadsden | Managing Consultant | $460 | 136.60 | $62,836.00 |
| Jill Kawakami | Managing Consultant | $430 | 199.55 | $85,806.50 |
| Michael Perry | Managing Consultant | $410 | 68.90 | $28,249.00 |
| Samuel Schreiber | Managing Consultant | $455 | 180.50 | $82,127.50 |
| Laura Hatanaka | Consultant | $390 | 177.00 | $69,030.00 |
| Pamela Morin | Consultant | $380 | 48.50 | $18,430.00 |
| Nathan Pollak | Consultant | $405 | 110.50 | $44,752.50 |
| Alex Vinton | Analyst | $275 | 186.50 | $51,287.50 |
| | | Totals: | 2,015.40 | $1,035,487.75 |