## EXHIBIT C

## Summary of Actual and Necessary Expenses for the Fee Period

### ALL - Expense Summary

| Service Description | | Amount |
|---|---|---|
| Lodging | | $19,117.36 |
| Airfare | | $21,087.42 |
| Transportation to/from airport | | $3,498.42 |
| Travel Meals | | $4,158.66 |
| Other Travel Expenses | | $2,573.86 |
| Vehicle Rental Expenses | | $2,895.71 |
| **Total:** | | **$53,331.43** |

### TCEH - Expense Summary

| Service Description | | Amount |
|---|---|---|
| Lodging | | $18,068.16 |
| Airfare | | $19,930.10 |
| Transportation to/from airport | | $3,306.42 |
| Travel Meals | | $3,930.42 |
| Other Travel Expenses | | $2,432.60 |
| Vehicle Rental Expenses | | $2,736.79 |
| **Total:** | | **$50,404.49** |

### EFIH - Expense Summary

| Service Description | | Amount |
|---|---|---|
| | | |
| **Total:** | | **$0** |

### EFH - Expense Summary

| Service Description | | Amount |
|---|---|---|
| Lodging | | $1,049.20 |
| Airfare | | $1,157.32 |
| Transportation to/from airport | | $192.00 |
| Travel Meals | | $228.24 |
| Other Travel Expenses | | $141.26 |
| Vehicle Rental Expenses | | $158.92 |
| **Total:** | | **$2,926.94** |