IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) | (Jointly Administered) Re: Docket No. 2865 |

**DECLARATION OF
ROBERT FRENZEL IN SUPPORT
OF THE MOTION OF ENERGY FUTURE
HOLDINGS CORP., *ET AL.*, FOR AN ORDER
(A) AUTHORIZING ENTRY INTO AND PERFORMANCE
UNDER THE SETTLEMENT AGREEMENT BETWEEN CERTAIN
OF THE DEBTORS AND SIERRA CLUB PURSUANT TO SECTION 363(b)
OF THE BANKRUPTCY CODE AND RULE 9019 OF THE FEDERAL RULES
OF BANKRUPTCY PROCEDURES, AND (B) MODIFYING THE AUTOMATIC STAY**

Pursuant to 28 U.S.C. § 1746, I, Robert Frenzel, hereby declare as follows under penalty of perjury:

1. I am the Senior Vice President and Chief Financial Officer of Luminant Generation Company LLC ("Luminant Generation"), an indirect subsidiary of Energy Future Holdings Corp. ("EFH Corp."), both of which are corporations organized under the laws of the state of Texas. EFH Corp.'s direct subsidiary Energy Future Competitive Holdings Company LLC ("EFCH"), a limited liability company organized under the laws of the state of Delaware; EFCH's direct subsidiary, Texas Competitive Electric Holdings Company LLC, a limited liability company organized under the laws of the state of Delaware; EFH Corp.'s direct

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

subsidiary, Energy Future Intermediate Holding Company LLC, a limited liability company organized under the laws of the state of Delaware; and various other direct and indirect subsidiaries of EFH Corp. that are debtors in these chapter 11 cases, are collectively referred to as the "Debtors" in this declaration.

2. I have worked for the Debtors since 2009. I am generally familiar with the Debtors' businesses, day-to-day operations, financial matters, results of operations, cash flows, and underlying books and records. All facts set forth in this declaration are based upon my personal knowledge of the Debtors' businesses, operations, and related financial information gathered from my review of their books and records, relevant documents, and information supplied to me by members of the Debtors' management team and advisors. I am over the age of 18 and duly authorized to execute this Declaration on behalf of the Debtors in support of the *Motion of Energy Future Holdings Corp.,* et al.*, for an Order (A) Authorizing Entry into and Performance Under the Settlement Agreement Between Certain of the Debtors and Sierra Club Pursuant to Section 363(b) of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedures, and (B) Modifying the Automatic Stay* (the "Motion").[2] Except as otherwise noted, I have personal knowledge of the matters set forth herein.

3. The Settling Debtors and Sierra Club have been engaged in environmental litigation since 2010. The Settlement Agreement resolves all current and currently threatened litigation between the Settling Debtors and Sierra Club, and provides for a release by Sierra Club of all claims it may have against the Debtors through and including the effective date of the Settlement Agreement.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

4. The Settling Debtors have one outstanding cause of action against Sierra Club for $6.45 million. The Fee Award stems from district court litigation brought against the Settling Debtors by Sierra Club under the CAA. On July 24, 2014, this Court entered an order finding that the automatic stay does not preclude the Settling Debtors from collecting the Fee Award.[3]

5. Comparatively, Sierra Club has several current and threatened causes of action against the Settling Debtors, which are being settled or otherwise resolved through the Settlement Agreement:

(a) Sierra Club filed lawsuits against Luminant and EFH Corp. alleging violations of the CAA at Luminant's Martin Lake Steam Electric Station[4] and Big Brown Generating Station[5];

(b) Sierra Club sent letters to EFH Corp. and its subsidiaries alleging violations of the CAA at Luminant's Monticello Steam Electric Station and Sandow Power Station Unit 4, giving notice of intent to sue under the CAA;

(c) EIP, on behalf of itself and Sierra Club, petitioned the EPA to object to the renewal of certain of Luminant's operating permits, and Sierra Club filed a lawsuit challenging the EPA's failure to timely respond to the Objection Petitions;[6]

(d) Sierra Club previously sought to intervene in pending litigation between the United States and Luminant relating to alleged violations of the CAA at Luminant's Martin Lake Steam Electric Station and Big Brown Generating Station;[7] and

(e) Sierra Club and the Environmental Integrity Project submitted a Freedom of Information Act request to the EPA requesting copies of certain documents produced by Luminant relating to the New Source Review Case, and Sierra

---

[3] *Order Determining Applicability of the Automatic Stay to Nonbankruptcy Litigation Involving Certain of the Debtors* [D.I. 1686].

[4] *Sierra Club v. Energy Future Holdings Corp.*, No. 5:10-cv-00156-MHS-CMC (E.D. Tex. filed Sept. 2, 2010).

[5] *Sierra Club v. Energy Future Holdings Corp.*, No. 6:12-cv-00108-WSS (W.D. Tex. filed May 1, 2012).

[6] *Envtl. Integrity Project & Sierra Club v. McCarthy*, No. 14-1196-CRC (D. D.C. filed July 16, 2014).

[7] *United States v. Luminant Generation Co.*, No. 3:13-cv-03236-K (N.D. Tex. filed Aug. 16, 2013).

Club filed a motion to intervene in a resulting case between Luminant and the EPA relating to the confidential nature of the Luminant Referral Documents.[8]

6. The above causes of action are at varying stages of litigation associated with varying levels of risk. The Settling Debtors estimate that resolving each cause of action through the civil litigation process would take several more years, cost millions of dollars in additional fees and expenses, and would be a distraction to the Debtors' business operations. Furthermore, the Settling Debtors believe that, due to the inherent uncertainty of litigation, there is a risk that the Settling Debtors will not be able to recover the full $6.45 million amount of the Fee Award and might not prevail on all other threatened and pending litigation.

7. As contemplated by the Settlement Agreement, the Settling Debtors will be relieved from defending against multiple current and threatened lawsuits relating to Sierra Club's environmental and administrative causes of action. The Settlement Agreement will resolve such current and threatened lawsuits on a consensual and timely basis without the costs attributed to further potential litigation, and without the uncertainty of success in the current and threatened litigation. This will allow the Settling Debtors to avoid the delay, risks, and distractions of numerous litigations, including federal court complaints and cross-complaints.

[*Remainder of page intentionally left blank.*]

---

[8] *Luminant Generation Co. v. EPA*, No. 4:14-cv-172-RC-ALM (E.D. Tex. filed Mar. 25, 2014).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information and belief.

Dated: November 24, 2014

                                                   */s/ Robert Frenzel*
                                                 Robert Frenzel
                                                 Senior Vice President and Chief Financial Officer
                                                 Luminant Generation Company LLC