## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| Energy Future Holdings Corp., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
|  | **Re: Docket No. 2646** |

## CERTIFICATION OF COUNSEL REGARDING THIRD MONTHLY FEE STATEMENT OF FTI CONSULTING, INC. AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF TCEH UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD AUGUST 1, 2014 <u>THROUGH AUGUST 31, 2014</u>

I, Christopher A. Ward, Esq., of Polsinelli PC, counsel to the Official Committee of TCEH Unsecured Creditors (the "**Committee**") of Energy Future Competitive Holdings Company LLC ("**EFCH**"), EFCH's direct subsidiary, Texas Competitive Electric Holdings Company LLC ("**TCEH**") and their direct and indirect subsidiaries, and EFH Corporate Services Company, hereby certify and state as follows:

1.    On October 30, 2014, the Committee filed the *Third Monthly Fee Statement of FTI Consulting, Inc. as Financial Advisor to the Official Committee of TCEH Unsecured Creditors for Compensation and Reimbursement of Expenses Incurred for the Period August 1, 2014 through August 31, 2014* [Docket No. 2646] (the "**Fee Statement**").  The Fee

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers are not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://efhcaseinfo.com.

49265215.1

Statement requests allowance of compensation in the amount of $1,270,285.00 and reimbursement of expenses in the amount of $71,816.44.

2.    The objection deadline for the Fee Statement was November 20, 2014. The Committee received informal comments from the Court-appointed fee committee (the "**Fee Committee**").  FTI Consulting, Inc. has agreed to reduce its requested expense reimbursement by $359.48, and the Fee Committee has advised that the reduction resolves the Fee Committee's concerns regarding the Fee Statement.  No other responses or objections were received.

3.    Accordingly, pursuant to the *Stipulation and Order Appointing a Fee Committee* [Docket No. 1896] and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals*, dated September 16, 2014 [Docket No. 2066] (the "**Administrative Order**"), FTI Consulting, Inc. is entitled to payment of 80% of its requested fees and 100% of its requested expense reimbursement (less $359.48) without the need for further order of the Court.  A summary of the fees and expenses sought by FTI Consulting, Inc. is annexed hereto as Exhibit A.

49265215.1

Dated: Wilmington, Delaware
November 25, 2014

**MORRISON & FOERSTER LLP**
James M. Peck
Brett H. Miller
Lorenzo Marinuzzi
Todd M. Goren
250 West 55th Street
New York, New York 10019-9601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
E-mail: jpeck@mofo.com
        brettmiller@mofo.com
        lmarinuzzi@mofo.com
        tgoren@mofo.com

        -and-

*/s/ Christopher A. Ward*
Christopher A. Ward (Del. Bar No. 3877)
Justin K. Edelson (Del. Bar No. 5002)
Shanti M. Katona (Del. Bar No. 5352)
Jarrett Vine (Del. Bar No. 5400)
**POLSINELLI PC**
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
E-mail: cward@polsinelli.com
        jedelson@polsinelli.com
        skatona@polsinelli.com
        jvine@polsinelli.com

*Attorneys for the Official Committee of TCEH*
*Unsecured Creditors*

49265215.1

## EXHIBIT A

### Professional Fees and Expenses
### Monthly Fee Statement

| Applicant | Fee Statement Period, Filing Date, Docket No. | Total Fees Requested[1] | Total Expenses Requested[2] | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| FTI Consulting, Inc.<br><br>Financial Advisor to the Official Committee of TCEH Unsecured Creditors | Third Monthly Fee Statement<br><br>8/1/2014 through 8/31/2014<br><br>Filed 10/30/2014<br><br>Docket No. 2646 | $1,270,285.00 | $71,456.96[3] | 11/20/2014 | $1,016,228.00 | $71,456.96 | $254,057.00 |

---

[1] Consistent with the terms of the Administrative Order, the requested fees in the Monthly Fee Statement shall be allocated $1,270,285.00, $0.00, and $0.00 to TCEH, EFIH and EFH, respectively.

[2] Consistent with the terms of the Administrative Order, the requested expenses in the Monthly Fee Statement shall be allocated $71,456.96, $0.00, and $0.00 to TCEH, EFIH and EFH, respectively.

[3] At the request of the Fee Committee, FTI Consulting, Inc. has agreed to reduce its requested expense reimbursement by $359.48.

ny-1166114