UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re** | § | Case No. 14-10979-CSS |
| | § | (administered jointly with |
| | § | Luminate Generation Company |
| **ENERGY FUTURE HOLDINGS CORP., et al.** | § | Case No. 14-11032) |
| | § | |
| **Debtors.** | § | Chapter 11 |

### NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTICE AND DEMAND FOR SERVICE OF PAPERS AND NOTICES FOR PAULA K. JACOBI AND KEVIN G. COLLINS AS COUNSEL FOR CONVERDYN, A CONTRACT COUNTER-PARTY TO DEBTOR, LUMINATE GENERATION COMPANY LLC

Paula K. Jacobi and Kevin G. Collins, the undersigned attorneys, hereby enter their appearances in the above cases as counsel for ConverDyn, a general partnership organized under the laws of Delaware ("ConverDyn") a contract counter-party to Luminate Generation Company LLC, Case Number 14-11032, and request that any and all notices given or required to be given in the above cases, and all papers and pleadings filed and served or required to be served in these cases, be served upon them at the following addresses, and that they each be added to any related service list or mailing matrix on file with the Clerk of the Bankruptcy Court:

| | |
|---|---|
| Paula K. Jacobi | Kevin G. Collins |
| BARNES & THORNBURG LLP | BARNES & THORNBURG LLP |
| One North Wacker Drive, Suite 4400 | 1000 N. West Street, Suite 1500 |
| Chicago, IL 60606 | Wilmington, DE 19801 |
| Telephone: (312) 214-4866 | Telephone: (302) 300-3434 |
| Facsimile: (312)759-5646 | Facsimile: (302) 300-3456 |
| Email: pjacobi@btlaw.com | Email: Kevin.Collins@btlaw.com |

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand filed in this matter, whether transmitted or conveyed by ECF filing, mailing, hand delivery, telephone, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, all notices required to be served under any and all of the provisions of the Bankruptcy Code Sections 342 and 1109(b) and Bankruptcy Rules 2002, 9007 and 9010(b).

PLEASE TAKE FURTHER NOTICE that neither this Appearance nor any subsequent pleading, proof of claim, or other writing or conduct shall constitute a waiver by ConverDyn of any and all rights ConverDyn (a) to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Court; (b) to a trial by jury in any proceeding as to any and all matters so triable; (c) to have the reference in this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; (d) to challenge the jurisdiction of this Court to adjudicate non-core matters, and (d) other rights, claims, defenses, setoffs, or other matters. All such rights hereby are reserved and preserved on behalf of ConverDyn, without exemption and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in this case.

Dated:  November 25, 2014

BARNES & THORNBURG LLP

*/s/ Kevin G. Collins*
Paula K. Jacobi (ARDC No. 1311247
One North Wacker Drive, Suite 4400
Chicago, IL  60606
Telephone: (312) 214-4866/Fax: (312)759-5646
Email:  pjacobi@btlaw.com        and

Kevin G. Collins (DE No. 5149)
1000 N. West Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 300-3434/Fax: (302) 300-3456
Email: Kevin.Collins@btlaw.com

COUNSEL FOR CONVERDYN, a general partnership, contract counter-party to Luminate Generation Company, LLC.

2