# **CERTIFICATE OF SERVICE**

I, Pamela J. Groff, certify that I am not less than 18 years of age, and that service of the foregoing document was made on November 25, 2014, on the parties listed below via U.S. Mail, unless otherwise indicated:

RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins
Daniel J. DeFranceschi
Jason M. Madron
William A. Romanowicz
920 North King Street
Wilmington, Delaware 19801

KIRKLAND & ELLIS LLP
Edward O. Sassower, P.C.
Stephen E. Hessler
Brian E. Schartz
601 Lexington Avenue
New York, New York 10022-4611

OFFICE OF THE UNITED STATES TRUSTEE
Attn: Richard L. Schepacarter
844 King Street, Suite 2207, Lockbox 35
J. Caleb Boggs Federal Building
Wilmington, DE  19801

KIRKLAND & ELLIS LLP
James H.M. Sprayregen, P.C.
Marc Kieselstein, P.C.
Chad J. Husnick
Steven N. Serajeddini
300 North LaSalle
Chicago, Illinois 60654

U.S. DEPARTMENT OF JUSTICE
OFFICE OF THE U.S. TRUSTEE
Attn: Andrea Beth Schwartz
U.S. Federal Office Building
201 Varick Street, Rm 1006
New York, NY 10065

MORRISON & FOERSTER LLP
James M. Peck
Brett H. Miller
Lorenzo Marinuzzi
Todd M. Goren
250 West 55th Street
New York, New York 10019-9601

POLSINELLI PC
Christopher A. Ward
Justin K. Edelson
Shanti M. Katona
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801

Under penalty of perjury, I declare that the foregoing is true and correct.

| 11/25/14 | */s/ Pamela J. Groff* |
|---|---|
| Date | Pamela J. Groff |