**EXHIBIT A**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**SUMMARY OF HOURS BY PROFESSIONAL**
*FOR THE PERIOD OCTOBER 1, 2014 TO OCTOBER 31, 2014*

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Cavicchi, Joseph | Senior Managing Director | 685 | 9.8 | $6,713.00 |
| Conly, Albert S | Senior Managing Director | 925 | 2.5 | 2,312.50 |
| Davido, Scott | Senior Managing Director | 800 | 28.7 | 22,960.00 |
| Diaz, Matthew | Senior Managing Director | 925 | 120.8 | 111,740.00 |
| Eisenband, Michael | Senior Managing Director | 925 | 24.5 | 22,662.50 |
| Grant, Kenneth | Senior Managing Director | 650 | 22.9 | 14,885.00 |
| Joffe, Steven | Senior Managing Director | 925 | 41.8 | 38,665.00 |
| Jones, Scott | Senior Managing Director | 950 | 25.6 | 24,320.00 |
| Scruton, Andrew | Senior Managing Director | 925 | 38.9 | 35,982.50 |
| Simms, Steven | Senior Managing Director | 925 | 18.4 | 17,020.00 |
| Tranen, Jeffrey | Senior Managing Director | 725 | 95.6 | 69,310.00 |
| Arsenault, Ronald | Senior Director | 515 | 137.8 | 70,967.00 |
| Fisher, Robert | Senior Director | 425 | 3.3 | 1,402.50 |
| Celli, Nicholas | Senior Consultant | 480 | 123.2 | 59,136.00 |
| Eisler, Marshall | Senior Consultant | 480 | 145.3 | 69,744.00 |
| Goad, David | Senior Consultant | 550 | 17.1 | 9,405.00 |
| Johnson, Tessa | Senior Consultant | 395 | 3.8 | 1,501.00 |
| Rauch, Adam | Senior Consultant | 550 | 149.3 | 82,115.00 |
| Cordasco, Michael | Managing Director | 765 | 66.9 | 51,178.50 |
| Greenberg, Mark | Managing Director | 765 | 100.9 | 77,188.50 |
| Park, Ji Yon | Managing Director | 735 | 65.2 | 47,922.00 |
| Wang, Patrick | Managing Director | 650 | 4.4 | 2,860.00 |
| Budd, Eliza | Consultant | 335 | 1.5 | 502.50 |
| Connell, Daniel | Consultant | 335 | 4.8 | 1,608.00 |
| Eimer, Sean | Consultant | 385 | 119.1 | 45,853.50 |
| Friedrich, Steven | Consultant | 335 | 94.9 | 31,791.50 |
| Mond, Allison | Consultant | 325 | 68.8 | 22,360.00 |
| Hellmund-Mora, Marili | Associate | 250 | 33.2 | 8,300.00 |

**EXHIBIT A**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**SUMMARY OF HOURS BY PROFESSIONAL**
*FOR THE PERIOD OCTOBER 1, 2014 TO OCTOBER 31, 2014*

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Jones, Rebekah | Associate | 305 | 1.0 | 305.00 |
| Moore, Teresa | Associate | 225 | 18.6 | 4,185.00 |
| | **SUBTOTAL** | | **1,588.6** | **954,895.50** |
| | Less: 50% discount for non-working travel time | | | (3,576.25) |
| | **GRAND TOTAL** | | **1,588.6** | **$951,319.25** |

**EXHIBIT B**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**SUMMARY OF HOURS BY TASK**
*FOR THE PERIOD OCTOBER 1, 2014 TO OCTOBER 31, 2014*

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 1 | Current Operating Results & Events | 64.4 | $31,909.50 |
| 2 | Cash & Liquidity Analysis | 1.7 | 1,021.50 |
| 5 | Real Estate Issues | 26.3 | 16,385.50 |
| 6 | Asset Sales | 23.5 | 19,601.50 |
| 7 | Analysis of Business Plan | 421.5 | 236,858.00 |
| 9 | Analysis of Employee Compensation Programs | 23.7 | 16,453.50 |
| 10 | Analysis of Tax Issues | 314.9 | 206,526.00 |
| 11 | Prepare for and Attendance at Court Hearings | 14.7 | 13,597.50 |
| 12 | Analysis of SOFAs & SOALs | 3.0 | 2,285.00 |
| 13 | Analysis of Other Miscellaneous Motions | 15.0 | 10,041.00 |
| 14 | Analysis of Claims/Liabilities Subject to Compromise | 3.0 | 1,650.00 |
| 15 | Analysis of Interco. Claims, Related Party Transactions | 165.9 | 108,608.50 |
| 18 | Potential Avoidance Actions & Litigation Matters | 145.5 | 85,566.00 |
| 19 | Case Management | 16.4 | 8,335.00 |
| 20 | General Meeting with Debtor & Debtors' Professionals | 13.1 | 11,116.50 |
| 21 | General Meetings with Committee & Committee Counsel | 50.8 | 42,115.50 |
| 23 | Firm Retention and Fee Application | 4.1 | 3,792.50 |
| 24 | Preparation of Fee Application | 218.3 | 93,330.50 |
| 25 | Non Working Travel time | 8.3 | 7,152.50 |
| 28 | First Lien Investigation | 54.5 | 38,549.50 |
| | **SUBTOTAL** | **1,588.6** | **954,895.50** |
| | Less: 50% discount for non-working travel time | | (3,576.25) |
| | **GRAND TOTAL** | **1,588.6** | **$951,319.25** |

**EXHIBIT C**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**SUMMARY OF EXPENSES**
*FOR THE PERIOD OCTOBER 1, 2014 TO OCTOBER 31, 2014*

| Expense Type | Amount |
|---|---:|
| Business Meals | $568.47 |
| Lodging | 525.00 |
| Ground Transportation | 973.75 |
| Other | 89,932.42 |
| **Total** | **$91,999.64** |

**EXHIBIT D**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**EXPENSE DETAIL**
*FOR THE PERIOD OCTOBER 1, 2014 TO OCTOBER 31, 2014*

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 10/01/14 | Davido, Scott | Business Meals | Out of town meal/breakfast for self. | $6.12 |
| 10/01/14 | Davido, Scott | Business Meals | Out of town meal/lunch for self. | 7.37 |
| 10/06/14 | Diaz, Matthew | Business Meals | In-office working meal/lunch for self with L. Park, M. Greenberg, D. Goad, A. Rauch, N. Celli, M. Eisler, S. Friedrich and S. Eimer (all FTI) incurred as a result of having to attend a lunch meeting. | 98.49 |
| 10/13/14 | Diaz, Matthew | Business Meals | In-office working meal/lunch for self with S. Simms, M. Cordasco, L. Park, M. Greenberg, D. Goad, A. Rauch, N. Celli, M. Eisler, S. Friedrich and S. Eimer (all FTI) incurred as a result of having to attend a lunch meeting. | 121.84 |
| 10/20/14 | Diaz, Matthew | Business Meals | In-office working meal/lunch for self with M. Cordasco, L. Park, M. Greenberg, D. Goad, A. Rauch, N. Celli, M. Eisler, S. Friedrich and S. Eimer (all FTI) incurred as a result of having to attend a lunch meeting. | 98.91 |
| 10/20/14 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. | 20.00 |
| 10/21/14 | Diaz, Matthew | Business Meals | Out of town meal/breakfast for self. | 10.00 |
| 10/21/14 | Diaz, Matthew | Business Meals | Out of town meal/dinner for self. | 9.25 |
| 10/23/14 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. | 15.36 |
| 10/24/14 | Celli, Nicholas | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. | 17.82 |
| 10/24/14 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. | 20.00 |
| 10/27/14 | Celli, Nicholas | Business Meals | In-office working meal/lunch for self with M. Cordasco, L. Park, D. Goad, A. Rauch, M. Eisler, S. Friedrich and S. Eimer (all FTI) incurred as a result of having to attend a lunch meeting. | 90.21 |
| 10/27/14 | Diaz, Matthew | Business Meals | Out of town meal/breakfast for self. | 10.00 |
| 10/27/14 | Diaz, Matthew | Business Meals | Out of town meal/dinner for self. | 13.00 |
| 10/27/14 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. | 10.10 |
| 10/27/14 | Friedrich, Steven | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work past 8:00 p.m. | 20.00 |
| | | **Business Meals Total** | | **568.47** |
| 07/02/14 | Scruton, Andrew | Ground Transportation | Taxi office to residence after working late in the office in the Energy Future Holdings matter. (expense was not previously billed) | 20.90 |
| 07/28/14 | Scruton, Andrew | Ground Transportation | Taxi office to residence after working late in the office in the Energy Future Holdings matter. | 10.20 |
| 08/06/14 | Scruton, Andrew | Ground Transportation | Taxi office to meeting with UCC professionals at K&E offices. | 7.70 |
| 08/12/14 | Scruton, Andrew | Ground Transportation | Taxi office to residence after working late in the office on the Energy Future Holdings matter. | 7.70 |
| 09/08/14 | Scruton, Andrew | Ground Transportation | Taxi office to residence after working late in the office on the Energy Future Holdings matter. | 12.50 |

**EXHIBIT D**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**EXPENSE DETAIL**
*FOR THE PERIOD OCTOBER 1, 2014 TO OCTOBER 31, 2014*

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 09/18/14 | Scruton, Andrew | Ground Transportation | Taxi office to residence after working late in the office on the Energy Future Holdings matter. | 28.80 |
| 09/22/14 | Scruton, Andrew | Ground Transportation | Car Service - residence to New York airport. (expense was not previously billed) | 35.00 |
| 09/22/14 | Scruton, Andrew | Ground Transportation | Taxi - Dallas/Ft. Worth airport to hotel. | 9.50 |
| 09/23/14 | Scruton, Andrew | Ground Transportation | Taxi - residence to New York airport. (expenses was not previously billed) | 36.60 |
| 10/01/14 | Diaz, Matthew | Ground Transportation | Taxi - Kirkland to office from meeting with Debtors / UCC. | 18.50 |
| 10/01/14 | Diaz, Matthew | Ground Transportation | Taxi - office to Kirkland for meeting with Debtors / UCC. | 15.00 |
| 10/01/14 | Scruton, Andrew | Ground Transportation | Taxi - office to Kirkland for meeting with Debtors / UCC. | 12.60 |
| 10/09/14 | Diaz, Matthew | Ground Transportation | Taxi office to residence after working late in the office in the Energy Future Holdings matter. | 11.00 |
| 10/20/14 | Eimer, Sean | Ground Transportation | Taxi office to residence after working late in the office in the Energy Future Holdings matter. | 18.15 |
| 10/21/14 | Diaz, Matthew | Ground Transportation | Train fare - WIL - NYP (10/21/2014). Travel to Wilmington to attend a hearing. | 179.00 |
| 10/21/14 | Diaz, Matthew | Ground Transportation | Train fare - NYP - WIL (10/21/2014). Travel from Wilmington to attend a hearing. | 179.00 |
| 10/21/14 | Diaz, Matthew | Ground Transportation | Taxi - Amtrak train station to court house in Wilmington. | 15.00 |
| 10/22/14 | Eimer, Sean | Ground Transportation | Taxi office to residence after working late in the office in the Energy Future Holdings matter. | 18.00 |
| 10/23/14 | Eimer, Sean | Ground Transportation | Taxi office to residence after working late in the office in the Energy Future Holdings matter. | 19.00 |
| 10/24/14 | Eimer, Sean | Ground Transportation | Taxi office to residence after working late in the office in the Energy Future Holdings matter. | 15.60 |
| 10/27/14 | Diaz, Matthew | Ground Transportation | Train fare - NPY - WIL (10/27/2014). Travel to Wilmington, DE to attend a hearing. | 159.00 |
| 10/27/14 | Diaz, Matthew | Ground Transportation | Train fare - WIL - NYP (10/27/2014). Travel from Wilmington, DE to attend a hearing. | 107.00 |
| 10/27/14 | Diaz, Matthew | Ground Transportation | Taxi - residence to Amtrak train station. | 7.00 |
| 10/27/14 | Diaz, Matthew | Ground Transportation | Taxi - Amtrak train station to residence. | 7.00 |
| 10/27/14 | Eimer, Sean | Ground Transportation | Taxi office to residence after working late in the office in the Energy Future Holdings matter. | 24.00 |
| | | **Ground Transportation Total** | | **973.75** |
| 10/01/14 | Davido, Scott | Lodging | Lodging in New York, NY - 1 night (09/30/2014 - 10/01/2014). | 525.00 |
| | | **Lodging Total** | | **525.00** |
| 09/30/14 | Friedrich, Steven | Other | Charge for use of PACER for this engagement. | 93.70 |
| 10/01/14 | Friedrich, Steven | Other | Monthly charge for Factiva research used for this engagement. | 338.72 |
| 10/02/14 | Grant, Kenneth | Other | Cambridge Energy Solutions ("CES") September 2014 invoice. [1] | 37,200.00 |

2 of 3

**EXHIBIT D**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**EXPENSE DETAIL**
*FOR THE PERIOD OCTOBER 1, 2014 TO OCTOBER 31, 2014*

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 10/14/14 | Grant, Kenneth | Other | ICF Resources, LLC Research service subscription. [2] | 11,500.00 |
| 10/31/14 | Grant, Kenneth | Other | Cambridge Energy Solutions ("CES") October 2014 invoice. [1] | 40,800.00 |
| | | **Other Total** | | **89,932.42** |
| | | **Grand Total** | | **$91,999.64** |

**Notes:**
(1) As disclosed in paragraph 6 of the Retention Order and the *Supplemental Declaration of Steven Simms in Support of Application for the Official Committee of Unsecured Creditors of Energy Future Holdings Corp., et al, for Entry of an Order Under Section 328(a) and 1103(a) of the Bankruptcy Code Authorizing the Employment and Retention of FTI Consulting, Inc. as Financial Advisor Effective May 19, 2014*.
(2) Third party database resources obtained to assess natural gas price forecasts in the ERCOT market.