## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| Energy Future Holdings Corp., *et al.,*[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
|  | **Re: Docket No. 2674** |

### SUPPLEMENT TO FIRST INTERIM APPLICATION OF POLSINELLI PC AS DELAWARE COUNSEL AND CONFLICTS COUNSEL FOR THE OFFICIAL COMMITTEE OF TCEH UNSECURED CREDITORS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD MAY 13, 2014 THROUGH AUGUST 31, 2014

Polsinelli PC ("**Polsinelli**"), as Delaware counsel and conflicts counsel for the Official Committee of Unsecured Creditors of Energy Future Competitive Holdings Company LLC ("**EFCH**"), EFCH's direct subsidiary, Texas Competitive Electric Holdings Company LLC ("**TCEH**"), and their direct and indirect subsidiaries, and EFH Corporate Services Company, hereby supplements its *First Interim Application of Polsinelli PC as Delaware Counsel and Conflicts Counsel for the Official Committee of TCEH Unsecured Creditors for Compensation and Reimbursement of Expenses Incurred for the Period May 13, 2014 through August 31, 2014* [Docket No. 2674] (the "**Application**") as requested by the Office of the United States Trustee for the District of Delaware (the "**U.S. Trustee**").

In response to the U.S. Trustee's request for additional information, attached are the following exhibits:

---

[1]     The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://efhcaseinfo.com.

49276605.1

- **EXHIBIT A** - Polsinelli's budget and staffing plan for the period May 13, 2014 through August 31, 2014 (the "**Fee Period**").

- **EXHIBIT B** – A comparison of hours and fees budgeted for each matter category to which Polsinelli professionals and paraprofessionals billed time during the Fee Period against the hours and fees for which Polsinelli seeks compensation in the Application.

- **EXHIBIT C** – Customary and comparable compensation disclosures for Polsinelli professionals and paraprofessionals for each month of the Fee Period.

Dated: Wilmington, Delaware
November 25, 2014

**MORRISON & FOERSTER LLP**
James M. Peck
Brett H. Miller
Lorenzo Marinuzzi
250 West 55th Street
New York, New York 10019-9601
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900
E-mail:  jpeck@mofo.com
　　　　brettmiller@mofo.com
　　　　lmarinuzzi@mofo.com

　　　　　　-and-

*/s/ Christopher A. Ward*
Christopher A. Ward (Del. Bar No. 3877)
Justin K. Edelson (Del. Bar No. 5002)
Shanti M. Katona (Del. Bar No. 5352)
**POLSINELLI PC**
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile:  (302) 252-0921
E-mail:  cward@polsinelli.com
　　　　jedelson@polsinelli.com
　　　　skatona@polsinelli.com

*Attorneys for the Official Committee of TCEH Unsecured Creditors*

# EXHIBIT A

*In re Energy Futures Holdings, Corp., et al., Case No. 14-10979 (CSS)*
**Polsinelli PC – Budget – May 2014**

| Project Code | Project Category | Estimated Hours | Estimated Fees |
|---|---|---|---|
| B100 | Administration | - | - |
| B110 | Case Administration | 10 | $4,750 |
| B120 | Asset Analysis & Recovery | - | - |
| B130 | Asset Disposition | 5 | $2,375 |
| B140 | Relief from Stay / Adequate Protection Proceedings | 5 | $2,375 |
| B150 | Meetings of & Communications with Creditors or Committee | 15 | $7,125 |
| B160 | Employment / Fee Applications | 30 | $14,250 |
| B170 | Employment / Fee Application Objections | - | - |
| B180 | Litigation / Avoidance Action Analysis | 5 | $2,375 |
| B185 | Assumption / Rejection of Leases & Contracts | 5 | $2,375 |
| B190 | Other Contested Matters | 10 | $4,750 |
| B195 | Non-Working Travel | 10 (50%) | $2,375 |
| B200 | Operations | - | - |
| B210 | Business Operations | 5 | $2,375 |
| B220 | Employee Benefits / Pensions | 5 | $2,375 |
| B230 | Financing & Cash Collateral | 30 | $14,250 |
| B240 | Tax Issues | - | - |
| B250 | Real Estate | - | - |
| B260 | Corporate Governance & Board Matters | 5 | $2,375 |
| B300 | Claims & Plan | - | - |
| B310 | Claims Administration & Objections | - | - |
| B320 | Plan & Disclosure Statement | 5 | $2,375 |
| B400 | Bankruptcy-Related Advice | 60 | $28,500 |
| B410 | General Bankruptcy Advice / Opinions | 5 | $2,375 |
| B420 | Restructurings | - | - |
| **Totals:** | | **215** | **$92,625** |

49239985.1

*In re Energy Futures Holdings, Corp., et al.,* Case No. 14-10979 (CSS)
**Polsinelli PC - Budget – May 2014**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter During the Budget Period | Average Hourly Rate |
|---|---|---|
| Shareholder | 2 | $620.00 |
| Senior Partner | 1 | $700.00 |
| Associate | 3 | $400.00 |
| Paralegal | 2 | $265.00 |
| Litigation Serv | 1 | $175.00 |

2

*In re Energy Futures Holdings, Corp., et al.*, Case No. 14-10979 (CSS)
**Polsinelli PC - Budget – June 2014**

| Project Code | Project Category | Estimated Hours | Estimated Fees |
|---|---|---|---|
| B100 | Administration | 5 | $2,375 |
| B110 | Case Administration | 25 | $11,875 |
| B120 | Asset Analysis & Recovery | 5 | $2,375 |
| B130 | Asset Disposition | 5 | $2,375 |
| B140 | Relief from Stay / Adequate Protection Proceedings | 5 | $2,375 |
| B150 | Meetings of & Communications with Creditors or Committee | 30 | $14,250 |
| B160 | Employment / Fee Applications | 45 | $21,375 |
| B170 | Employment / Fee Application Objections | - | - |
| B180 | Litigation / Avoidance Action Analysis | 30 | $14,250 |
| B185 | Assumption / Rejection of Leases & Contracts | 5 | $2,375 |
| B190 | Other Contested Matters | 40 | $19,000 |
| B195 | Non-Working Travel | 10 (50%) | $2,375 |
| B200 | Operations | - | - |
| B210 | Business Operations | 15 | $7,125 |
| B220 | Employee Benefits / Pensions | 5 | $2,375 |
| B230 | Financing & Cash Collateral | 70 | $33,250 |
| B240 | Tax Issues | - | - |
| B250 | Real Estate | - | - |
| B260 | Corporate Governance & Board Matters | 10 | $4,750 |
| B300 | Claims & Plan | 5 | $2,375 |
| B310 | Claims Administration & Objections | - | - |
| B320 | Plan & Disclosure Statement | 10 | $4,750 |
| B400 | Bankruptcy-Related Advice | 130 | $61,750 |
| B410 | General Bankruptcy Advice / Opinions | 5 | $2,375 |
| B420 | Restructurings | - | - |
| **Totals:** | | **455** | **$213,750** |

49246389.1

*In re Energy Futures Holdings, Corp., et al.,* Case No. 14-10979 (CSS)
**Polsinelli PC - Budget – June 2014**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter During the Budget Period | Average Hourly Rate |
|---|---|---|
| Shareholder | 2 | $620.00 |
| Senior Partner | 1 | $700.00 |
| Associate | 3 | $400.00 |
| Paralegal | 2 | $265.00 |
| Litigation Serv | 1 | $175.00 |

2

49246389.1

*In re Energy Futures Holdings, Corp., et al.,* Case No. 14-10979 (CSS)
**Polsinelli PC - Budget – July 2014**

| Project Code | Project Category | Estimated Hours | Estimated Fees |
|---|---|---|---|
| B100 | Administration | - | - |
| B110 | Case Administration | 40 | $19,000 |
| B120 | Asset Analysis & Recovery | - | - |
| B130 | Asset Disposition | 10 | $4,750 |
| B140 | Relief from Stay / Adequate Protection Proceedings | 5 | $2,375 |
| B150 | Meetings of & Communications with Creditors or Committee | 20 | $9,500 |
| B160 | Employment / Fee Applications | 25 | $11,875 |
| B170 | Employment / Fee Application Objections | - | - |
| B180 | Litigation / Avoidance Action Analysis | 25 | $11,875 |
| B185 | Assumption / Rejection of Leases & Contracts | 5 | $2,375 |
| B190 | Other Contested Matters | 50 | $23,750 |
| B195 | Non-Working Travel | 10 (50%) | $2,375 |
| B200 | Operations | 5 | $2,375 |
| B210 | Business Operations | 25 | $11,875 |
| B220 | Employee Benefits / Pensions | 5 | $2,375 |
| B230 | Financing & Cash Collateral | 20 | $9,500 |
| B240 | Tax Issues | - | - |
| B250 | Real Estate | - | - |
| B260 | Corporate Governance & Board Matters | 10 | $4,750 |
| B300 | Claims & Plan | - | - |
| B310 | Claims Administration & Objections | 10 | $4,750 |
| B320 | Plan & Disclosure Statement | 5 | $2,375 |
| B400 | Bankruptcy-Related Advice | 90 | $42,750 |
| B410 | General Bankruptcy Advice / Opinions | 5 | $2,375 |
| B420 | Restructurings | - | - |
| **Totals:** | | **365** | **$170,750** |

49246399.1

*In re Energy Futures Holdings, Corp., et al.,* Case No. 14-10979 (CSS)
**Polsinelli PC - Budget – July 2014**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter During the Budget Period | Average Hourly Rate |
|---|---|---|
| Shareholder | 5 | $575.00 |
| Senior Partner | 1 | $700.00 |
| Associate | 4 | $385.00 |
| Paralegal | 2 | $265.00 |
| Litigation Serv | 1 | $175.00 |

2

49246399.1

*In re Energy Futures Holdings, Corp., et al.*, Case No. 14-10979 (CSS)
**Polsinelli PC - Budget – August 2014**

| Project Code | Project Category | Estimated Hours | Estimated Fees |
|---|---|---|---|
| B100 | Administration | 5 | $2,375 |
| B110 | Case Administration | 40 | $19,000 |
| B120 | Asset Analysis & Recovery | - | - |
| B130 | Asset Disposition | 5 | $2,375 |
| B140 | Relief from Stay / Adequate Protection Proceedings | 5 | $2,375 |
| B150 | Meetings of & Communications with Creditors or Committee | 20 | $9,500 |
| B160 | Employment / Fee Applications | 40 | $19,000 |
| B170 | Employment / Fee Application Objections | - | - |
| B180 | Litigation / Avoidance Action Analysis | 10 | $4,750 |
| B185 | Assumption / Rejection of Leases & Contracts | 5 | $2,375 |
| B190 | Other Contested Matters | 40 | $19,000 |
| B195 | Non-Working Travel | 10 (50%) | $2,375 |
| B200 | Operations | - | - |
| B210 | Business Operations | 5 | $2,375 |
| B220 | Employee Benefits / Pensions | - | - |
| B230 | Financing & Cash Collateral | 5 | $2,375 |
| B240 | Tax Issues | - | - |
| B250 | Real Estate | - | - |
| B260 | Corporate Governance & Board Matters | 10 | $4,750 |
| B300 | Claims & Plan | - | - |
| B310 | Claims Administration & Objections | 5 | $2,375 |
| B320 | Plan & Disclosure Statement | 5 | $2,375 |
| B400 | Bankruptcy-Related Advice | 50 | $23,750 |
| B410 | General Bankruptcy Advice / Opinions | - | - |
| B420 | Restructurings | - | - |
| **Totals:** | | **260** | **$121,125** |

*In re Energy Futures Holdings, Corp., et al.,* Case No. 14-10979 (CSS)
**Polsinelli PC - Budget – August 2014**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter During the Budget Period | Average Hourly Rate |
|---|---|---|
| Shareholder | 2 | $620.00 |
| Senior Partner | 1 | $700.00 |
| Associate | 4 | $385.00 |
| Paralegal | 2 | $265.00 |
| Litigation Serv | 1 | $175.00 |

2

# EXHIBIT B

Invoice Number:                                    1073953

## EXHIBIT D -1: MAY 2014

## SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY

| Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|
| Administration | - | $ - | 0.20 | $ 130.00 |
| Asset Disposition | 5.00 | $ 2,375.00 | 0.50 | $ 256.00 |
| Assumption/Rejection of Leases & Contracts | 5.00 | $ 2,375.00 | 0.40 | $ 260.00 |
| Bankruptcy-Related Advice | 60.00 | $ 28,500.00 | 62.90 | $ 28,619.00 |
| Business Operations | 5.00 | $ 2,375.00 | 4.20 | $ 2,730.00 |
| Case Administration | 10.00 | $ 4,750.00 | 12.30 | $ 6,064.50 |
| Claims & Plan | - | $ - | 0.40 | $ 168.00 |
| Claims Administration & Objections | - | $ - | 1.40 | $ 864.00 |
| Employment/Fee Applications | 30.00 | $ 14,250.00 | 31.00 | $ 14,890.50 |
| Financing & Cash Collateral | 30.00 | $ 14,250.00 | 30.60 | $ 16,612.00 |
| General Bankruptcy Advice/Opinions | 5.00 | $ 2,375.00 | 2.10 | $ 1,239.00 |
| Litigation Contested Matters(excl assump/rejection motions) | 5.00 | $ 2,375.00 | 10.20 | $ 5,526.00 |
| Meetings of & Communications with Creditors or the Committee | 15.00 | $ 7,125.00 | 9.60 | $ 5,872.00 |
| Operations | - | $ - | 0.10 | $ 36.00 |
| Plan & Disclosure Statement (including business plan) | 5.00 | $ 2,375.00 | 0.40 | $ 260.00 |
| Relief from Stay/Adequate Protection Proceedings | 5.00 | $ 2,375.00 | 0.30 | $ 195.00 |
| | 180.00 | 85,500.00 | 166.60 | $ 83,722.00 |

UST Form 11-330-D (2013)

49091408.1

Invoice Number:

1082002

EXHIBIT D -1: JUNE 2014

SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY

| Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|
| Administration | 5.00 | $ 2,375.00 | 0.60 | $ 390.00 |
| Asset Disposition | 5.00 | $ 2,375.00 | 1.10 | $ 541.00 |
| Assumption/Rejection of Leases & Contracts | 5.00 | $ 2,375.00 | 1.60 | $ 971.00 |
| Avoidance Action Analysis | 30.00 | $ 14,250.00 | 4.10 | $ 2,665.00 |
| Bankruptcy-Related Advice | 130.00 | $ 61,750.00 | 129.60 | $ 60,233.00 |
| Business Operations | 15.00 | $ 7,125.00 | 6.80 | $ 4,420.00 |
| Case Administration | 25.00 | $ 11,875.00 | 31.20 | $ 11,580.50 |
| Claims Administration & Objections | - | $ - | 1.40 | $ 818.00 |
| Employment/Fee Applications | 45.00 | $ 21,375.00 | 46.30 | $ 22,619.00 |
| Financing & Cash Collateral | 70.00 | $ 33,250.00 | 58.60 | $ 29,154.50 |
| General Bankruptcy Advice/Opinions | 5.00 | $ 2,375.00 | 0.80 | $ 472.00 |
| Litigation Contested Matters(excl assump/rejection motions) | 30.00 | $ 14,250.00 | 35.40 | $ 19,893.00 |
| Meetings of & Communications with Creditors or the Committee | 30.00 | $ 14,250.00 | 24.40 | $ 14,871.00 |
| Non-Working Travel | 10.00 | $ 2,375.00 | 6.60 | $ 1,524.00 |
| Plan & Disclosure Statement (including business plan) | 10.00 | $ 4,750.00 | 0.40 | $ 191.00 |
| Relief from Stay/Adequate Protection Proceedings | 5.00 | $ 2,375.00 | 0.20 | $ 130.00 |
| Tax Issues | - | $ - | 6.60 | $ 4,620.00 |
| | 420.00 | 197,125.00 | 355.70 | $ 175,093.00 |

UST Form 11-330-D (2013)

49091408.1

Invoice Number:

1089138

## EXHIBIT D -1: JULY 2014

## SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY

| Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|
| Administration | - | $ - | 1.90 | $ 1,133.00 |
| Asset Analysis & Recovery | - | $ - | 0.30 | $ 126.00 |
| Asset Disposition | 10.00 | $ 4,750.00 | 4.50 | $ 2,422.00 |
| Assumption/Rejection of Leases & Contracts | 5.00 | $ 2,375.00 | 0.60 | $ 303.00 |
| Avoidance Action Analysis | 25.00 | $ 11,875.00 | 23.10 | $ 12,039.00 |
| Bankruptcy-Related Advice | 90.00 | $ 42,750.00 | 83.60 | $ 36,976.50 |
| Business Operations | 25.00 | $ 11,875.00 | 17.90 | $ 10,234.50 |
| Case Administration | 40.00 | $ 19,000.00 | 36.80 | $ 12,376.00 |
| Claims & Plan | - | $ - | 0.20 | $ 84.00 |
| Claims Administration & Objections | 10.00 | $ 4,750.00 | 9.40 | $ 5,511.00 |
| Corporate Governance & Board Matters | 10.00 | $ 4,750.00 | 9.50 | $ 4,933.00 |
| Employee Benefits/Pensions | 5.00 | $ 2,375.00 | 0.10 | $ 65.00 |
| Employment/Fee Applications | 25.00 | $ 11,875.00 | 23.60 | $ 11,425.50 |
| Financing & Cash Collateral | 20.00 | $ 9,500.00 | 11.40 | $ 4,799.00 |
| General Bankruptcy Advice/Opinions | 5.00 | $ 2,375.00 | 0.70 | $ 413.00 |
| Litigation Contested Matters(excl assump/rejection motions) | 50.00 | $ 23,750.00 | 45.00 | $ 19,400.50 |
| Meetings of & Communications with Creditors or the Committee | 20.00 | $ 9,500.00 | 9.80 | $ 5,381.00 |
| Non-Working Travel | 10.00 | $ 2,375.00 | 4.90 | $ 1,029.00 |
| Operations | 5.00 | $ 2,375.00 | 1.60 | $ 576.00 |
| Plan & Disclosure Statement (including business plan) | 5.00 | $ 2,375.00 | 1.40 | $ 725.00 |
| Relief from Stay/Adequate Protection Proceedings | 5.00 | $ 2,375.00 | 1.30 | $ 660.00 |
| Tax Issues | - | $ - | 14.10 | $ 9,840.00 |
| | 365.00 | 171,000.00 | 301.70 | $ 140,452.00 |

Invoice Number:

1097478

## EXHIBIT D -1: AUGUST 2014

### SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY

| Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|
| Asset Disposition | 5.00 | $ 2,375.00 | 3.00 | $ 1,397.00 |
| Assumption/Rejection of Leases & Contracts | 5.00 | $ 2,375.00 | 3.20 | $ 1,648.00 |
| Avoidance Action Analysis | 10.00 | $ 4,750.00 | 9.20 | $ 4,623.00 |
| Bankruptcy-Related Advice | 50.00 | $ 23,750.00 | 44.60 | $ 20,837.00 |
| Business Operations | 5.00 | $ 2,375.00 | 3.30 | $ 2,145.00 |
| Case Administration | 40.00 | $ 19,000.00 | 47.10 | $ 14,090.00 |
| Claims & Plan | - | $ - | 0.70 | $ 294.00 |
| Claims Administration & Objections | 5.00 | $ 2,375.00 | 6.60 | $ 3,298.00 |
| Corporate Governance & Board Matters | 10.00 | $ 4,750.00 | 12.50 | $ 6,193.00 |
| Employee Benefits/Pensions | - | $ - | 1.60 | $ 704.00 |
| Employment/Fee Applications | 40.00 | $ 19,000.00 | 38.70 | $ 17,815.00 |
| Financing & Cash Collateral | 5.00 | $ 2,375.00 | 1.90 | $ 1,102.00 |
| Litigation Contested Matters(excl assump/rejection motions) | 10.00 | $ 4,750.00 | 41.50 | $ 16,792.50 |
| Meetings of & Communications with Creditors or the Committee | 20.00 | $ 9,500.00 | 14.80 | $ 8,217.00 |
| Operations | 5.00 | $ 2,375.00 | 6.10 | $ 2,196.00 |
| Plan & Disclosure Statement (including business plan) | 5.00 | $ 2,375.00 | 0.60 | $ 309.00 |
| | 215.00 | 102,125.00 | 235.40 | $ 101,660.50 |

UST Form 11-330-D (2013)

49091408.1

# EXHIBIT C

MAY 2014

CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS

| Category of Timekeeper (using categories already maintained by the firm) | BLENDED HOURLY RATE | |
| --- | --- | --- |
| | BILLED OR COLLECTED<br>Firm or offices for preceding year, excluding bankruptcy | BILLED<br>In this fee application |
| Shareholder | $ 448.19 | $ 646.77 |
| Associate | $ 281.05 | $ 418.84 |
| Paralegal | $ 138.84 | $ 265.00 |
| | | |
| All timekeeprs averaged | $ 289.36 | $ 443.54 |

JUNE 2014

CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS

( See Guidelines C.3. for definitions of terms used in this Exhibit.)

| Category of Timekeeper (using categories already maintained by the firm) | BLENDED HOURLY RATE | |
|---|---|---|
| | BILLED OR COLLECTED<br>Firm or offices for preceding year, excluding bankruptcy | BILLED<br>In this fee application |
| Shareholder | $ 448.19 | $ 646.66 |
| Senior Partner | $ 640.16 | $ 700.00 |
| Associate | $ 281.05 | $ 412.10 |
| Paralegal | $ 191.04 | $ 265.00 |
| | | |
| All timekeeprs averaged | $ 390.11 | $ 505.94 |

49091408.1

JULY 2014

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS

( See Guidelines C.3. for definitions of terms used in this Exhibit.)

| Category of Timekeeper (using categories already maintained by the firm) | BLENDED HOURLY RATE | |
|---|---|---|
| | BILLED OR COLLECTED Firm or offices for preceding year, excluding bankruptcy | BILLED In this fee application |
| Shareholder | $ 406.85 | $ 633.76 |
| Senior Partner | $ 640.16 | $ 700.00 |
| Associate | $ 275.15 | $ 400.45 |
| Paralegal | $ 190.86 | $ 264.45 |
| | | |
| All timekeeprs averaged | $ 378.26 | $ 499.67 |

**AUGUST 2014**

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS

( See Guidelines C.3. for definitions of terms used in this Exhibit.)

| Category of Timekeeper (using categories already maintained by the firm) | BLENDED HOURLY RATE | |
|---|---|---|
| | BILLED OR COLLECTED Firm or offices for preceding year, excluding bankruptcy | BILLED In this fee application |
| Shareholder | $ 467.36 | $ 650.00 |
| Associate | $ 275.15 | $ 400.77 |
| Paralegal | $ 190.86 | $ 259.54 |
| Litigation Serv | $ 166.34 | $ 175.00 |
| | | |
| All timekeeprs averaged | $ 274.93 | $ 371.33 |