IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| Energy Future Holdings Corp., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Re: D.I. 2671 |
| | ) |

**SUPPLEMENT TO FIRST INTERIM APPLICATION OF MORRISON & FOERSTER LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF TCEH UNSECURED CREDITORS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD MAY 12, 2014 THROUGH AUGUST 31, 2014**

Morrison & Foerster LLP ("**Morrison & Foerster**"), as Counsel to the Official Committee of Unsecured Creditors of Energy Future Competitive Holdings Company LLC ("**EFCH**"), EFCH's direct subsidiary, Texas Competitive Electric Holdings Company LLC, and their direct and indirect subsidiaries, and EFH Corporate Services Company, hereby supplements its *First Interim Application of Morrison & Foerster LLP as Counsel for the Official Committee of Unsecured Creditors for Compensation and Reimbursement of Expenses Incurred for the Period From May 12, 2014 Through August 31, 2014* [D.I. 2671] (the "**Application**") as requested by the Office of the United States Trustee for the District of Delaware (the "**U.S. Trustee**").

In response to the U.S. Trustee's request for additional information, attached as **Exhibit A** is: (a) Morrison & Foerster's budget and staffing plan for the period between May 12, 2014

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

ny-1167170

and August 31, 2014 (the "**Fee Period**"), and (b) a comparison of hours and fees budgeted for each matter category to which Morrison & Foerster professionals and paraprofessionals billed time during the Fee Period against the hours and fees for which Morrison & Foerster seeks compensation in the Application.

| | |
|---|---|
| Dated: November 25, 2014<br>New York, New York | /s/ Lorenzo Marinuzzi<br>**MORRISON & FOERSTER LLP**<br>James M. Peck<br>Brett H. Miller<br>Lorenzo Marinuzzi<br>250 West 55th Street<br>New York, New York 10019-9601<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br>E-mail:    jpeck@mofo.com<br>            brettmiller@mofo.com<br>            lmarinuzzi@mofo.com<br><br>*Attorneys for The Official Committee of TCEH Unsecured Creditors* |

# EXHIBIT A

*In re Energy Future Holdings, Corp., et al.*
Case No. 14-10979 (CSS)

Morrison Foerster LLP
EXHIBIT C-1 - May 2014

| Task Code | Project Category | Estimated Hours | Estimated Fees |
|---|---|---|---|
| 1 | Asset Analysis and Recovery | 5.00 | $ 4,000.00 |
| 2 | Asset Disposition | 0.00 | $ - |
| 3 | Assumption and Rejection of Leases and Contracts | 30.00 | $ 24,000.00 |
| 4 | Avoidance Action Analysis | 10.00 | $ 8,000.00 |
| 5 | Budgeting (Case) | 3.00 | $ 2,000.00 |
| 6 | Business Operations | 5.00 | $ 4,000.00 |
| 7 | Case Administration | 160.00 | $ 120,000.00 |
| 8 | Claims Administration and Objections | 0.00 | $ - |
| 9 | Corporate Governance and Board Matters | 5.00 | $ 4,000.00 |
| 10 | Employee Benefits and Pensions | 30.00 | $ 20,000.00 |
| 11 | Employment and Fee Applications | 50.00 | $ 30,000.00 |
| 12 | Employment and Fee Application Objections | 0.00 | $ - |
| 13 | Financing and Cash Collateral | 540.00 | $ 430,000.00 |
| 14 | Other Litigation | 0.00 | $ - |
| 15 | Meetings and Communications with Creditors | 280.00 | $ 260,000.00 |
| 16 | Non-Working Travel | 10.00 | $ 8,000.00 |
| 17 | Plan and Disclosure Statement | 30.00 | $ 16,000.00 |
| 18 | Real Estate | 0.00 | $ - |
| 19 | Relief from Stay and Adequate Protecction | 0.00 | $ - |
| 20 | Reporting | 0.00 | $ - |
| 21 | Tax | 260.00 | $ 220,000.00 |
| 22 | Valuation | 30.00 | $ 24,000.00 |
| 23 | Discovery | 600.00 | $ 450,000.00 |
| 24 | Hearings | 40.00 | $ 30,000.00 |
| 25 | First and Second Day Motions | 250.00 | $ 200,000.00 |
| 26 | Claims Investigation | 110.00 | $ 80,000.00 |
| 27 | First Lien Investigation | 0.00 | $ - |
| 28 | Intercompany Claims | 20.00 | $ 16,000.00 |
| 29 | Other Motions/Applications | 50.00 | $ 40,000.00 |
| 30 | Schedules and Statements | 0.00 | $ - |
| 31 | Insurance | 0.00 | $ - |
| | Totals: | 2,518.00 | $ 1,990,000.00 |

*In re Energy Future Holdings, Corp., et al.*
Case No. 14-10979 (CSS)

Morrison Foerster LLP
EXHIBIT C-2 - May 2014

| CATEGORY OF TIMEKEEPER | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE BUDGET PERIOD | AVERAGE HOURLY RATE |
|---|---|---|
| Sr./Equity Partner/Shareholder | 18 | $ 954.00 |
| Of Counsel | 6 | $ 848.00 |
| Sr. Associate (7 or more years since first admission) | 3 | $ 728.00 |
| Associate (4-6 years since first admission) | 9 | $ 653.00 |
| Jr. Associate (1- 3 years since first admission) | 11 | $ 483.00 |
| Paralegal | 4 | $ 311.00 |
| eDiscovery Project Manager | 1 | $ 295.00 |

*In re Energy Future Holdings, Corp., et al.*
*Case No. 14-10979 (CSS)*

Morrison Foerster LLP
EXHIBIT D-1 - May 2014

| Task Code | Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|---|
| 1 | Asset Analysis and Recovery | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 2 | Asset Disposition | 0.00 | $ - | 0.00 | $ - |
| 3 | Assumption and Rejection of Leases and Contracts | 30.00 | $ 24,000.00 | 25.40 | $ 20,531.50 |
| 4 | Avoidance Action Analysis | 10.00 | $ 8,000.00 | 3.90 | $ 1,618.50 |
| 5 | Budgeting (Case) | 3.00 | $ 2,000.00 | 0.00 | $ - |
| 6 | Business Operations | 5.00 | $ 4,000.00 | 3.00 | $ 675.00 |
| 7 | Case Administration | 160.00 | $ 120,000.00 | 152.60 | $ 114,806.50 |
| 8 | Claims Administration and Objections | 0.00 | $ - | 0.00 | $ - |
| 9 | Corporate Governance and Board Matters | 5.00 | $ 4,000.00 | 21.80 | $ 16,358.00 |
| 10 | Employee Benefits and Pensions | 30.00 | $ 20,000.00 | 21.00 | $ 13,031.00 |
| 11 | Employment and Fee Applications | 50.00 | $ 30,000.00 | 40.20 | $ 24,649.50 |
| 12 | Employment and Fee Application Objections | 0.00 | $ - | 0.00 | $ - |
| 13 | Financing and Cash Collateral | 540.00 | $ 430,000.00 | 525.80 | $ 408,871.50 |
| 14 | Other Litigation | 0.00 | $ - | 0.00 | $ - |
| 15 | Meetings and Communications with Creditors | 280.00 | $ 260,000.00 | 276.30 | $ 255,083.50 |
| 16 | Non-Working Travel | 10.00 | $ 8,000.00 | 9.50 | $ 9,848.50 |
| 17 | Plan and Disclosure Statement | 30.00 | $ 16,000.00 | 0.00 | $ - |
| 18 | Real Estate | 0.00 | $ - | 0.00 | $ - |
| 19 | Relief from Stay and Adequate Protecction | 0.00 | $ - | 0.00 | $ - |
| 20 | Reporting | 0.00 | $ - | 0.00 | $ - |
| 21 | Tax | 260.00 | $ 220,000.00 | 259.70 | $ 213,496.50 |
| 22 | Valuation | 30.00 | $ 24,000.00 | 27.00 | $ 23,805.00 |
| 23 | Discovery | 600.00 | $ 450,000.00 | 538.90 | $ 383,090.50 |
| 24 | Hearings | 40.00 | $ 30,000.00 | 32.10 | $ 32,663.50 |
| 25 | First and Second Day Motions | 250.00 | $ 200,000.00 | 214.30 | $ 161,320.00 |
| 26 | Claims Investigation | 110.00 | $ 80,000.00 | 108.00 | $ 91,722.00 |
| 27 | First Lien Investigation | 0.00 | $ - | 0.00 | $ - |
| 28 | Intercompany Claims | 20.00 | $ 16,000.00 | 15.70 | $ 11,284.00 |
| 29 | Other Motions/Applications | 50.00 | $ 40,000.00 | 43.10 | $ 32,048.00 |
| 30 | Schedules and Statements | 0.00 | $ - | 0.00 | $ - |
| 31 | Insurance | 0.00 | $ - | 0.00 | $ - |
| 32 | Time Entry Review | | | 0.00 | $ - |
| | Totals: | 2,518.00 | $ 1,990,000.00 | 2,318.30 | $ 1,814,903.00 |

*In re Energy Future Holdings, Corp., et al.*
Case No. 14-10979 (CSS)

Morrison Foerster LLP
EXHIBIT C-1 - June 2014

| Task Code | Project Category | Estimated Hours | Estimated Fees |
|---|---|---|---|
| 1 | Asset Analysis and Recovery | 5.00 | $ 4,000.00 |
| 2 | Asset Disposition | 0.00 | $ - |
| 3 | Assumption and Rejection of Leases and Contracts | 20.00 | $ 14,000.00 |
| 4 | Avoidance Action Analysis | 0.00 | $ - |
| 5 | Budgeting (Case) | 3.00 | $ 2,000.00 |
| 6 | Business Operations | 20.00 | $ 16,000.00 |
| 7 | Case Administration | 120.00 | $ 90,000.00 |
| 8 | Claims Administration and Objections | 0.00 | $ - |
| 9 | Corporate Governance and Board Matters | 20.00 | $ 16,000.00 |
| 10 | Employee Benefits and Pensions | 30.00 | $ 20,000.00 |
| 11 | Employment and Fee Applications | 110.00 | $ 75,000.00 |
| 12 | Employment and Fee Application Objections | 5.00 | $ 4,000.00 |
| 13 | Financing and Cash Collateral | 900.00 | $ 720,000.00 |
| 14 | Other Litigation | 0.00 | $ - |
| 15 | Meetings and Communications with Creditors | 200.00 | $ 16,000.00 |
| 16 | Non-Working Travel | 70.00 | $ 55,000.00 |
| 17 | Plan and Disclosure Statement | 5.00 | $ 4,000.00 |
| 18 | Real Estate | 0.00 | $ - |
| 19 | Relief from Stay and Adequate Protecction | 5.00 | $ 4,000.00 |
| 20 | Reporting | 0.00 | $ - |
| 21 | Tax | 400.00 | $ 320,000.00 |
| 22 | Valuation | 10.00 | $ 8,000.00 |
| 23 | Discovery | 700.00 | $ 530,000.00 |
| 24 | Hearings | 210.00 | $ 170,000.00 |
| 25 | First and Second Day Motions | 170.00 | $ 120,000.00 |
| 26 | Claims Investigation | 650.00 | $ 520,000.00 |
| 27 | First Lien Investigation | 180.00 | $ 130,000.00 |
| 28 | Intercompany Claims | 130.00 | $ 100,000.00 |
| 29 | Other Motions/Applications | 40.00 | $ 25,000.00 |
| 30 | Schedules and Statements | 5.00 | $ 4,000.00 |
| 31 | Insurance | 0.00 | $ - |
| | Totals: | 4,008.00 | $ 2,967,000.00 |

*In re Energy Future Holdings, Corp., et al.*
Case No. 14-10979 (CSS)

Morrison Foerster LLP
EXHIBIT C-2 - June 2014

| CATEGORY OF TIMEKEEPER | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE BUDGET PERIOD | AVERAGE HOURLY RATE |
|---|---|---|
| Sr./Equity Partner/Shareholder | 16 | $ 944.00 |
| Of Counsel | 7 | $ 807.00 |
| Sr. Associate (7 or more years since first admission) | 5 | $ 727.00 |
| Associate (4-6 years since first admission) | 9 | $ 648.00 |
| Jr. Associate (1- 3 years since first admission) | 14 | $ 478.00 |
| Paralegal | 5 | $ 311.00 |
| eDiscovery Project Manager | 1 | $ 295.00 |
| eDisc Analyst | 1 | $ 280.00 |

*In re Energy Future Holdings, Corp., et al.*
*Case No. 14-10979 (CSS)*

Morrison Foerster LLP
EXHIBIT D-1 - June 2014

| Task Code | Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|---|
| 1 | Asset Analysis and Recovery | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 2 | Asset Disposition | 0.00 | $ - | 0.00 | $ - |
| 3 | Assumption and Rejection of Leases and Contracts | 20.00 | $ 14,000.00 | 14.70 | $ 11,447.50 |
| 4 | Avoidance Action Analysis | 0.00 | $ - | 0.00 | $ - |
| 5 | Budgeting (Case) | 3.00 | $ 2,000.00 | 0.00 | $ - |
| 6 | Business Operations | 20.00 | $ 16,000.00 | 11.30 | $ 10,153.00 |
| 7 | Case Administration | 120.00 | $ 90,000.00 | 110.10 | $ 80,608.00 |
| 8 | Claims Administration and Objections | 0.00 | $ - | 0.00 | $ - |
| 9 | Corporate Governance and Board Matters | 20.00 | $ 16,000.00 | 17.20 | $ 12,552.00 |
| 10 | Employee Benefits and Pensions | 30.00 | $ 20,000.00 | 22.20 | $ 17,601.00 |
| 11 | Employment and Fee Applications | 110.00 | $ 75,000.00 | 100.90 | $ 65,146.00 |
| 12 | Employment and Fee Application Objections | 5.00 | $ 4,000.00 | 0.90 | $ 675.00 |
| 13 | Financing and Cash Collateral | 900.00 | $ 720,000.00 | 815.70 | $ 629,695.50 |
| 14 | Other Litigation | 0.00 | $ - | 0.00 | $ - |
| 15 | Meetings and Communications with Creditors | 200.00 | $ 16,000.00 | 199.60 | $ 174,302.00 |
| 16 | Non-Working Travel | 70.00 | $ 55,000.00 | 62.70 | $ 53,751.00 |
| 17 | Plan and Disclosure Statement | 5.00 | $ 4,000.00 | 4.50 | $ 3,727.00 |
| 18 | Real Estate | 0.00 | $ - | 0.00 | $ - |
| 19 | Relief from Stay and Adequate Protecction | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 20 | Reporting | 0.00 | $ - | 0.00 | $ - |
| 21 | Tax | 400.00 | $ 320,000.00 | 379.70 | $ 304,677.00 |
| 22 | Valuation | 10.00 | $ 8,000.00 | 10.20 | $ 10,710.00 |
| 23 | Discovery | 700.00 | $ 530,000.00 | 729.00 | $ 518,982.50 |
| 24 | Hearings | 210.00 | $ 170,000.00 | 205.90 | $ 163,045.00 |
| 25 | First and Second Day Motions | 170.00 | $ 120,000.00 | 167.80 | $ 119,232.00 |
| 26 | Claims Investigation | 650.00 | $ 520,000.00 | 569.90 | $ 412,206.00 |
| 27 | First Lien Investigation | 180.00 | $ 130,000.00 | 172.30 | $ 127,155.00 |
| 28 | Intercompany Claims | 130.00 | $ 100,000.00 | 129.20 | $ 97,643.50 |
| 29 | Other Motions/Applications | 40.00 | $ 25,000.00 | 35.30 | $ 25,423.50 |
| 30 | Schedules and Statements | 5.00 | $ 4,000.00 | 0.50 | $ 305.00 |
| 31 | Insurance | 0.00 | $ - | 0.00 | $ - |
| 32 | Time Entry Review | | | 34.40 | $ 23,929.00 |
| | **Totals:** | **4,008.00** | **$ 2,967,000.00** | **3,794.00** | **$ 2,862,966.50** |

*In re Energy Future Holdings, Corp., et al.*
*Case No. 14-10979 (CSS)*

Morrison Foerster LLP
EXHIBIT C-1 - July 2014

| Task Code | Project Category | Estimated Hours | Estimated Fees |
|---|---|---|---|
| 1 | Asset Analysis and Recovery | 5.00 | $ 4,000.00 |
| 2 | Asset Disposition | 30.00 | $ 24,000.00 |
| 3 | Assumption and Rejection of Leases and Contracts | 20.00 | $ 13,000.00 |
| 4 | Avoidance Action Analysis | 0.00 | $ - |
| 5 | Budgeting (Case) | 3.00 | $ 2,000.00 |
| 6 | Business Operations | 130.00 | $ 100,000.00 |
| 7 | Case Administration | 150.00 | $ 100,000.00 |
| 8 | Claims Administration and Objections | 5.00 | $ 4,000.00 |
| 9 | Corporate Governance and Board Matters | 5.00 | $ 4,000.00 |
| 10 | Employee Benefits and Pensions | 90.00 | $ 65,000.00 |
| 11 | Employment and Fee Applications | 60.00 | $ 40,000.00 |
| 12 | Employment and Fee Application Objections | 40.00 | $ 32,000.00 |
| 13 | Financing and Cash Collateral | 70.00 | $ 54,000.00 |
| 14 | Other Litigation | 5.00 | $ 4,000.00 |
| 15 | Meetings and Communications with Creditors | 90.00 | $ 65,000.00 |
| 16 | Non-Working Travel | 20.00 | $ 10,000.00 |
| 17 | Plan and Disclosure Statement | 50.00 | $ 42,000.00 |
| 18 | Real Estate | 0.00 | $ - |
| 19 | Relief from Stay and Adequate Protecction | 10.00 | $ 5,000.00 |
| 20 | Reporting | 0.00 | $ - |
| 21 | Tax | 370.00 | $ 240,000.00 |
| 22 | Valuation | 5.00 | $ 4,000.00 |
| 23 | Discovery | 320.00 | $ 250,000.00 |
| 24 | Hearings | 100.00 | $ 88,000.00 |
| 25 | First and Second Day Motions | 10.00 | $ 8,000.00 |
| 26 | Claims Investigation | 600.00 | $ 480,000.00 |
| 27 | First Lien Investigation | 400.00 | $ 275,000.00 |
| 28 | Intercompany Claims | 50.00 | $ 40,000.00 |
| 29 | Other Motions/Applications | 50.00 | $ 40,000.00 |
| 30 | Schedules and Statements | 50.00 | $ 40,000.00 |
| 31 | Insurance | 0.00 | $ - |
| | Totals: | 2,738.00 | $ 2,033,000.00 |

*In re Energy Future Holdings, Corp., et al.*
Case No. 14-10979 (CSS)

**Morrison Foerster LLP**
**EXHIBIT C-2 - July 2014**

| CATEGORY OF TIMEKEEPER | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE BUDGET PERIOD | AVERAGE HOURLY RATE |
|---|---|---|
| Sr./Equity Partner/Shareholder | 16 | $ 935.00 |
| Of Counsel | 8 | $ 800.00 |
| Sr. Associate (7 or more years since first admission) | 4 | $ 725.00 |
| Associate (4-6 years since first admission) | 9 | $ 644.00 |
| Jr. Associate (1-3 years since first admission) | 8 | $ 458.00 |
| Staff Attorney | 1 | $ 775.00 |
| Paralegal | 5 | $ 306.00 |
| eDiscovery Project Manager | 1 | $ 295.00 |
| eDisc Analyst | 1 | $ 280.00 |

*In re Energy Future Holdings, Corp., et al.*
*Case No. 14-10979 (CSS)*

Morrison Foerster LLP
EXHIBIT D-1 - July 2014

| Task Code | Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|---|
| 1 | Asset Analysis and Recovery | 5.00 | $ 4,000.00 | 1.50 | $ 1,492.50 |
| 2 | Asset Disposition | 30.00 | $ 24,000.00 | 29.20 | $ 25,558.50 |
| 3 | Assumption and Rejection of Leases and Contracts | 20.00 | $ 13,000.00 | 16.80 | $ 12,131.00 |
| 4 | Avoidance Action Analysis | 0.00 | $ - | 0.00 | $ - |
| 5 | Budgeting (Case) | 3.00 | $ 2,000.00 | 0.00 | $ - |
| 6 | Business Operations | 130.00 | $ 100,000.00 | 96.70 | $ 76,574.50 |
| 7 | Case Administration | 150.00 | $ 100,000.00 | 141.50 | $ 97,866.50 |
| 8 | Claims Administration and Objections | 5.00 | $ 4,000.00 | 0.30 | $ 365.00 |
| 9 | Corporate Governance and Board Matters | 5.00 | $ 4,000.00 | 0.50 | $ 90.00 |
| 10 | Employee Benefits and Pensions | 90.00 | $ 65,000.00 | 85.30 | $ 68,579.00 |
| 11 | Employment and Fee Applications | 60.00 | $ 40,000.00 | 52.90 | $ 38,688.50 |
| 12 | Employment and Fee Application Objections | 40.00 | $ 32,000.00 | 33.00 | $ 29,145.50 |
| 13 | Financing and Cash Collateral | 70.00 | $ 54,000.00 | 68.10 | $ 53,702.00 |
| 14 | Other Litigation | 5.00 | $ 4,000.00 | 1.40 | $ 1,018.50 |
| 15 | Meetings and Communications with Creditors | 90.00 | $ 65,000.00 | 80.60 | $ 68,398.00 |
| 16 | Non-Working Travel | 20.00 | $ 10,000.00 | 19.20 | $ 17,020.50 |
| 17 | Plan and Disclosure Statement | 50.00 | $ 42,000.00 | 47.90 | $ 46,547.50 |
| 18 | Real Estate | 0.00 | $ - | 0.00 | $ - |
| 19 | Relief from Stay and Adequate Protecction | 10.00 | $ 5,000.00 | 6.00 | $ 4,514.50 |
| 20 | Reporting | 0.00 | $ - | 0.00 | $ - |
| 21 | Tax | 370.00 | $ 240,000.00 | 365.50 | $ 233,201.00 |
| 22 | Valuation | 5.00 | $ 4,000.00 | 3.60 | $ 3,780.00 |
| 23 | Discovery | 320.00 | $ 250,000.00 | 317.60 | $ 251,755.00 |
| 24 | Hearings | 100.00 | $ 88,000.00 | 99.90 | $ 87,083.00 |
| 25 | First and Second Day Motions | 10.00 | $ 8,000.00 | 11.30 | $ 9,081.50 |
| 26 | Claims Investigation | 600.00 | $ 480,000.00 | 459.00 | $ 323,834.00 |
| 27 | First Lien Investigation | 400.00 | $ 275,000.00 | 393.40 | $ 297,153.50 |
| 28 | Intercompany Claims | 50.00 | $ 40,000.00 | 22.50 | $ 18,714.50 |
| 29 | Other Motions/Applications | 50.00 | $ 40,000.00 | 44.20 | $ 33,054.00 |
| 30 | Schedules and Statements | 50.00 | $ 40,000.00 | 50.40 | $ 34,992.50 |
| 31 | Insurance | 0.00 | $ - | 0.00 | $ - |
| 32 | Time Entry Review | | | 23.90 | $ 16,610.50 |
| | **Totals:** | **2,738.00** | **$ 2,033,000.00** | **2,472.20** | **$ 1,850,951.50** |

*In re Energy Future Holdings, Corp., et al.*
Case No. 14-10979 (CSS)

Morrison Foerster LLP
EXHIBIT C-1 - August 2014

| Task Code | Project Category | Estimated Hours | Estimated Fees |
|---|---|---|---|
| 1 | Asset Analysis and Recovery | 0.00 | $ - |
| 2 | Asset Disposition | 50.00 | $ 40,000.00 |
| 3 | Assumption and Rejection of Leases and Contracts | 20.00 | $ 16,000.00 |
| 4 | Avoidance Action Analysis | 0.00 | $ - |
| 5 | Budgeting (Case) | 3.00 | $ 2,000.00 |
| 6 | Business Operations | 0.00 | $ - |
| 7 | Case Administration | 100.00 | $ 75,000.00 |
| 8 | Claims Administration and Objections | 5.00 | $ 4,000.00 |
| 9 | Corporate Governance and Board Matters | 10.00 | $ 6,000.00 |
| 10 | Employee Benefits and Pensions | 60.00 | $ 48,000.00 |
| 11 | Employment and Fee Applications | 40.00 | $ 30,000.00 |
| 12 | Employment and Fee Application Objections | 10.00 | $ 8,000.00 |
| 13 | Financing and Cash Collateral | 5.00 | $ 4,000.00 |
| 14 | Other Litigation | 30.00 | $ 20,000.00 |
| 15 | Meetings and Communications with Creditors | 90.00 | $ 75,000.00 |
| 16 | Non-Working Travel | 10.00 | $ 5,000.00 |
| 17 | Plan and Disclosure Statement | 10.00 | $ 8,000.00 |
| 18 | Real Estate | 0.00 | $ - |
| 19 | Relief from Stay and Adequate Protecction | 0.00 | $ - |
| 20 | Reporting | 0.00 | $ - |
| 21 | Tax | 500.00 | $ 350,000.00 |
| 22 | Valuation | 5.00 | $ 4,000.00 |
| 23 | Discovery | 210.00 | $ 165,000.00 |
| 24 | Hearings | 50.00 | $ 42,000.00 |
| 25 | First and Second Day Motions | 0.00 | $ - |
| 26 | Claims Investigation | 375.00 | $ 280,000.00 |
| 27 | First Lien Investigation | 500.00 | $ 350,000.00 |
| 28 | Intercompany Claims | 50.00 | $ 40,000.00 |
| 29 | Other Motions/Applications | 40.00 | $ 25,000.00 |
| 30 | Schedules and Statements | 10.00 | $ 5,000.00 |
| 31 | Insurance | 0.00 | $ - |
| | Totals: | 2,183.00 | $ 1,602,000.00 |

*In re Energy Future Holdings, Corp., et al.*
Case No. 14-10979 (CSS)

Morrison Foerster LLP
EXHIBIT C-2 - August 2014

| CATEGORY OF TIMEKEEPER | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE BUDGET PERIOD | AVERAGE HOURLY RATE |
|---|---|---|
| Sr./Equity Partner/Shareholder | 15 | $ 930.00 |
| Of Counsel | 7 | $ 810.00 |
| Sr. Associate (7 or more years since first admission) | 4 | $ 725.00 |
| Associate (4-6 years since first admission) | 7 | $ 640.00 |
| Jr. Associate (1-3 years since first admission) | 7 | $ 483.00 |
| Staff Attorney | 1 | $ 775.00 |
| Paralegal | 5 | $ 311.00 |
| eDiscovery Project Manager | 1 | $ 295.00 |

*In re Energy Future Holdings, Corp., et al.*
*Case No. 14-10979 (CSS)*

Morrison Foerster LLP
**EXHIBIT D-1 - August 2014**

| Task Code | Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|---|
| 1 | Asset Analysis and Recovery | 0.00 | $ - | 0.00 | $ - |
| 2 | Asset Disposition | 50.00 | $ 40,000.00 | 43.90 | $ 37,918.50 |
| 3 | Assumption and Rejection of Leases and Contracts | 20.00 | $ 16,000.00 | 18.70 | $ 15,016.50 |
| 4 | Avoidance Action Analysis | 0.00 | $ - | 0.00 | $ - |
| 5 | Budgeting (Case) | 3.00 | $ 2,000.00 | 0.00 | $ - |
| 6 | Business Operations | 0.00 | $ - | 0.00 | $ - |
| 7 | Case Administration | 100.00 | $ 75,000.00 | 99.00 | $ 75,798.00 |
| 8 | Claims Administration and Objections | 5.00 | $ 4,000.00 | 3.50 | $ 3,261.50 |
| 9 | Corporate Governance and Board Matters | 10.00 | $ 6,000.00 | 9.20 | $ 2,724.00 |
| 10 | Employee Benefits and Pensions | 60.00 | $ 48,000.00 | 55.40 | $ 42,779.50 |
| 11 | Employment and Fee Applications | 40.00 | $ 30,000.00 | 38.00 | $ 28,072.50 |
| 12 | Employment and Fee Application Objections | 10.00 | $ 8,000.00 | 9.50 | $ 9,214.50 |
| 13 | Financing and Cash Collateral | 5.00 | $ 4,000.00 | 0.40 | $ 330.00 |
| 14 | Other Litigation | 30.00 | $ 20,000.00 | 10.90 | $ 7,589.50 |
| 15 | Meetings and Communications with Creditors | 90.00 | $ 75,000.00 | 84.10 | $ 70,610.50 |
| 16 | Non-Working Travel | 10.00 | $ 5,000.00 | 2.30 | $ 2,415.00 |
| 17 | Plan and Disclosure Statement | 10.00 | $ 8,000.00 | 2.60 | $ 2,686.00 |
| 18 | Real Estate | 0.00 | $ - | 0.00 | $ - |
| 19 | Relief from Stay and Adequate Protection | 0.00 | $ - | 0.00 | $ - |
| 20 | Reporting | 0.00 | $ - | 0.00 | $ - |
| 21 | Tax | 500.00 | $ 350,000.00 | 406.70 | $ 256,137.50 |
| 22 | Valuation | 5.00 | $ 4,000.00 | 2.20 | $ 2,310.00 |
| 23 | Discovery | 210.00 | $ 165,000.00 | 201.00 | $ 164,272.50 |
| 24 | Hearings | 50.00 | $ 42,000.00 | 46.80 | $ 43,222.00 |
| 25 | First and Second Day Motions | 0.00 | $ - | 0.00 | $ - |
| 26 | Claims Investigation | 375.00 | $ 280,000.00 | 385.90 | $ 296,573.50 |
| 27 | First Lien Investigation | 500.00 | $ 350,000.00 | 509.60 | $ 377,396.00 |
| 28 | Intercompany Claims | 50.00 | $ 40,000.00 | 4.10 | $ 3,529.50 |
| 29 | Other Motions/Applications | 40.00 | $ 25,000.00 | 34.30 | $ 24,688.50 |
| 30 | Schedules and Statements | 10.00 | $ 5,000.00 | 7.00 | $ 2,100.00 |
| 31 | Insurance | 0.00 | $ - | 0.00 | $ - |
| 32 | Time Entry Review | | | 27.40 | $ 19,043.00 |
| | **Totals:** | **2,183.00** | **$ 1,602,000.00** | **2,002.50** | **$ 1,487,688.50** |