**EXHIBIT A**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**ORDER GRANTING THE MOTION OF ENERGY**
**FUTURE HOLDINGS CORP., *ET AL*., FOR ENTRY**
**OF AN ORDER AUTHORIZING THE KPMG DEBTORS AND**
**KPMG DEBTORS IN POSSESSION TO EXPAND THE RETENTION**
**AND EMPLOYMENT OF KPMG LLP AS BANKRUPTCY ACCOUNTING**
**AND TAX ADVISORS EFFECTIVE NUNC PRO TUNC TO AUGUST 1, 2014**

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for entry of an order (this "Order"), authorizing Energy Future Competitive Holdings Company LLC ("EFCH"), Texas Competitive Electric Holdings Company LLC ("TCEH"), the direct and indirect Debtor-subsidiaries of EFCH and TCEH, and EFH Corporate Services Company ("EFH Corporate Services" and together with EFCH, TCEH, and their direct and indirect Debtor-subsidiaries, the "KPMG Debtors") to (a) expand the scope of employment and retention of KPMG and (b) arrange additional compensation terms that corresponds to the additional services, all as more fully set forth in the Motion, the Application, the Application Supplement, the Bibby Declaration, the Supplemental Bibby Declaration, the Second Supplemental Bibby Declaration, the Additional Services Bibby Declaration, and the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Original Order, the Motion, the Application, the Application Supplement, the Bibby Declaration, the Supplemental Bibby Declaration, the Second Supplemental Bibby Declaration, and the Additional Services Bibby Declaration.

*Declaration of Thomas D. Bibby in Support of the Motion of Energy Future Holdings Corp.,* et al.*, for Entry of an Order Authorizing the KPMG Debtors and KPMG Debtors in Possession to Expand the Retention and Employment of KPMG LLP as Bankruptcy Accounting and Tax Advisors Effective* Nunc Pro Tunc *to the August 1, 2014* (the "Additional Services Bibby Declaration"); and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having found that the Debtors provided appropriate notice of the Motion and the opportunity for a hearing on the Motion under the circumstances; and the Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing, if any, before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Motion is granted to the extent provided herein.

2.      To the extent the Original Order, the Motion, the Application, the Application Supplement, the Bibby Declaration, the Supplemental Bibby Declaration, the Second Supplemental Bibby Declaration, or the Additional Services Bibby Declaration are inconsistent with this Order, the terms of the of Order shall govern.

2

3.      The KPMG Debtors are authorized pursuant to sections 327(a), 328(a), and 330 of the Bankruptcy Code to expand the scope of KPMG's employment and retention in these chapter 11 cases in accordance with the terms and conditions set forth in the Agreements attached hereto as **Exhibit 1**, **Exhibit 2**, **Exhibit 3**, **Exhibit 4**, **Exhibit 5**, **Exhibit 6**, **Exhibit 7**, **Exhibit 8**, and **Exhibit 9**, in each case subject to the terms of this Order and the Original Order.

4.      KPMG shall use its reasonable efforts to avoid any duplication of services provided by any of the KPMG Debtors' other retained professionals in these chapter 11 cases.

5.      Notwithstanding anything in the Original Order or the Agreements to the contrary, for the avoidance of doubt, the Bankruptcy Court will have jurisdiction over any and all matters arising under or in connection with KPMG's engagement by the KPMG Debtors or on behalf of the KPMG Debtors, in connection with the Agreements and the Original Order, including the indemnification provisions in the Original Order.

6.      KPMG will file fee applications for interim and final allowance of compensation for these Additional Services and reimbursement of expenses pursuant to the procedures set forth in sections 330 and 331 of the Bankruptcy Code; *provided, however*, that KPMG shall be compensated in accordance with the terms of the Agreements and the Original Order.

7.      Pursuant to the terms of the Original Order and the Agreements, KPMG is entitled to reimbursement by the KPMG Debtors for reasonable expenses incurred in connection with the performance of the Additional Services under the Original Order and the Agreements, including, without limitation, the reasonable fees, disbursements and other charges of KPMG's counsel (which counsel shall not be required to be retained pursuant to section 327 of the Bankruptcy Code or otherwise), in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, any applicable orders of this Court and (to the

3

extent applicable) the Fee Guidelines promulgated by the Office of the United States Trustee; provided however, that KPMG shall not seek reimbursement for any services provided by KPMG's counsel to the Debtor; provided further, that KPMG may only seek reimbursement for services performed by KPMG's counsel in connection with retention and fee application preparation, except as otherwise provided herein with respect to claims for indemnification; provided further, that KPMG shall submit the invoices of KPMG's counsel together with any application seeking allowance of reimbursement for the fees, disbursements, and other charges of its counsel.

8.     Notwithstanding any provision to the contrary in the Original Order and the Agreements, any dispute relating to the Additional Services provided by KPMG shall be referred to arbitration consistent with the terms of the Original Order or the Agreements only to the extent that this Court does not have, retain or exercise jurisdiction over the dispute, and 28 U.S.C. § 1334(e)(2) shall govern the forum for resolving fee disputes.

9.     Notwithstanding anything to the contrary in this Order, nothing in this Order shall affect the rights, duties, or obligations of any of any Debtor other than the KPMG Debtors.

10.     The KPMG Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

11.     The terms and conditions of this Order will be immediately effective and enforceable upon its entry.

12.     Notwithstanding any provision to the contrary in the Original Order, the Motion, the Application, the Application Supplement, the Bibby Declaration, the Supplemental Bibby Declaration, the Second Supplemental Bibby Declaration, and the Additional Services Bibby

Declaration the Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order and the Original Order.


Wilmington, Delaware
Dated: _____, 2014

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

5

## <u>EXHIBIT 1</u>

**SOX Compliance SOW - Phase 2 Bridge**

C 0631124 C
S0804825
CW1957458

## SCHEDULE A-19

Following the Parties' execution of this Schedule A-19 ("SOW"), CONTRACTOR (also referred as "KPMG LLP" or "KPMG") is authorized to perform the services ("Services") as defined below on behalf of COMPANY (also referred as "EFH Corporate Services Company") pursuant to the terms and conditions contained in the Master Services Agreement which is also referred to as the Master Consulting Agreement, C0631124C dated November 1, 2009 and Amendment Number 13A to the Master Consulting Agreement dated December 16, 2013 (collectively referred to as the "Agreement").

This SOW shall be effective as of August 15, 2014 (the "Effective Date") and shall remain in full force and effect until it is either (a) superseded by a change order ("CO") or Schedule A-X, or (b) until terminated in accordance with the Agreement or this SOW, or (c) October 31, 2014, whichever occurs first (the "Expiration Date"). Notwithstanding anything to the contrary in the Agreement, COMPANY, in its sole discretion may terminate this SOW for convenience upon the delivery of a written 15 day notice ("Notice") to CONTRACTOR. In the event COMPANY elects to terminate for convenience, the SOW shall end by operation of law at the close of business on the 15th day after receipt of notice by CONTRACTOR.

## SCOPE OF WORK AND DELIVERABLES

The Services will be performed in accordance with the specifications and instructions incorporated herein and if any, specifications and instructions identified in the attachments hereto.

## SCOPE OF WORK AND APPROACH

CONTRACTOR will assist COMPANY personnel in supporting key implementation activities related to COMPANY's Sarbanes-Oxley "SOX" IT compliance efforts. In this phase "Phase 2," CONTRACTOR will assist COMPANY's IT Risk & Compliance team with respect to the TXU Energy (TXUE), Luminant, and EFH Corporate Services control environments.

This SOW serves as a bridge agreement ("Bridge") during whose term ("Term") the tasks described herein will be initiated but not completed; prior to the expiration of the Term, the parties expect to execute a Change Order ("CO") which may extend the Term and related fees and/or amend the deliverables ("Deliverables") described herein.

This Bridge will focus on the following key activity areas:

**I. System Implementation ("System Development Life Cycle" or "SDLC") Controls** – with respect to these application implementation projects:

| Category A projects (Post-Implementation) |
| --- |
| PeopleSoft AP |
| Enterprise Content Management |
| Maximo Interface |
| **Category B projects (Pre-Implementation)** |
| Maximo Procure to Pay ("P2P") |
| PS Expense (P-Cards & T-Cards) |
| MyWorkday - Benefit Enrollment |
| MyWorkday - Payroll, T&L, IT Helpdesk |

C 0631124 C
S0804825
CW1957458

The following key activities will be performed with regard to Category A projects listed above:

- Assess the IT General Controls ("ITGC"s) implemented as part of these projects to identify potential conflicts with newly revised control framework. The four ITGC focus areas are program change control ("Program Change Control"), access to programs and data ("Access to Programs and Data"), program development ("Program Development"), and computer operations ("Computer Operations").
- Assist project team with control remediation efforts called for based on gaps noted by internal or external audit in their relevant reviews.

The following key activities will be performed with regard to Category B projects listed above:

- Assist with the implementation of revised SOX primary ITGCs associated with Program Development
- Assist with the application and integration of revised SOX primary ITGCs associated with Program Change Control, Access to Programs and Data, and Computer Operations
- Assist with the identification and design of controls to address key business process and data management risks which could impact SOX compliance efforts
- Assist with communication and training activities related to SOX compliance
- Assist with communication between COMPANY project teams and internal and external audit teams

## II. Identity and Access Management ("IAM") Controls

- Assist the EFH IT Risk & Compliance ("R&C") team with implementation and integration of the ITGCs as documented in the Close Management Tool ("CMT"). Assistance includes the definition and documentation of processes, testing, evidence and training associated with COMPANY's implementation of the Computer Associates ("CA") Identity Suite.
- Identify ITGC specific tasks for inclusion in the CA Identity Suite implementation project plan and status reports
- Coordinate with the R&C team regarding ongoing efforts to remediate identified deficiencies
- Participate in IAM implementation working sessions and provide guidance on controls implementation requirements and activities
- Collaborate with internal and external audit teams to seek input on the CA Identity Suite implementation of ITGC including SOX controls
- Facilitate communication between the R&C implementation team and the application and business SOX control owners related to the deployment, testing, documentation and training of the CA solution - GovernanceMinder™.

## III. Ongoing IT Compliance ("ITC") Support

- Support IT's ongoing control implementation and remediation activities identified during the engagement Term by performing the activities below:
  - IT control owner training
  - Monitoring IT owner control performance
  - Consultation and advice regarding specific activities as needed by various control owners

C 0631124 C
S0804825
CW1957458

- Assist with the Archer eGRC ("e Governance, Risk and Compliance") implementation project by contributing to key project activities to support the integration of eGRC into the future state SOX compliance program such as:
    - design requirements considerations
    - configuration analysis
    - team discussions
    - user training
- Assist with ITC support in defining and establishing overall governance and design considerations, organizational structure, and areas of ongoing focus as COMPANY seeks to improve ITC function, performance and sustainability
- Develop meeting and status communication materials for the project team, management and executives, as requested
- Support ITC in meetings with external and internal audit teams as requested to discuss control concepts, plans, and progress

**IV. ITC Special Projects** – COMPANY anticipates an additional need for resource assistance throughout the course of this Phase 2 effort. Needs may include but not be limited to, resources for:

- Targeted implementation or configuration efforts associated with specific remediation recommendations which may require specific technical skill sets to perform activities beyond the assistance noted above
- Periodic specific ITC tasks that may include but not be limited to, non-SOX related compliance testing, subject matter guidance to ITC requirements, or participation in other non-SOX related system change efforts

Due to the anticipated nature of these efforts which will likely be of relatively short duration and upon immediate need, COMPANY and CONTRACTOR will document and agree to the addition of these resources through specific COs to this SOW. These written COs will define the Services and work product to be provided by CONTRACTOR, budget estimates, timelines, and such other details as the parties deem appropriate applicable to specific projects. Notwithstanding anything herein to the contrary, the Services shall not include i) the provision of expert testimony on behalf of COMPANY ii) any service that would require CONTRACTOR to maintain independence in accordance with the then current applicable law, rule, or regulation of any governmental entity of professional organization. COs will be coordinated, managed, and agreed to on behalf of COMPANY through its established approval process.

COMPANY may request changes that affect the scope or duration of the Services and CONTRACTOR may notify COMPANY that it has encountered issues or circumstances related to the Services that are beyond the scope documented above. If COMPANY requests such a change or if CONTRACTOR notifies COMPANY of issues or circumstances beyond the applicable scope of Services, the CONTRACTOR shall promptly notify COMPANY if CONTRACTOR believes that an adjustment in the scope of Services, fees to be paid to CONTRACTOR with respect to the applicable CO or applicable deadlines is required and the parties shall negotiate in good faith a reasonable and equitable adjustment in the applicable scope, fees, or deadlines. Unless COMPANY directs CONTRACTOR to stop work pending acceptance of such change, CONTRACTOR shall continue work pursuant to the existing CO and shall not be bound by any change requested by COMPANY until CONTRACTOR has accepted such change in writing.

It is understood and agreed that CONTRACTOR's Services may include advice and recommendations; but all decisions in connection with the implementation of such advice and recommendations shall be the responsibility of, and made by, COMPANY. CONTRACTOR will not perform management functions or make management decisions for COMPANY.

C 0631124 C
S0804825
CW1957458

## DELIVERABLES

The intended deliverables associated with this phase of the project include:
- Documented observations related to identified internal control improvement recommendations
- Written defined activity plans to support the implementation of control remediation
- Training materials and supporting reference materials intended for control owners
- Summary log of personnel trained through various training sessions
- Documented recommendations related to ongoing change communication strategies
- Process and policy documentation updates
- Documented recommendations related to improved sustainability capabilities for ongoing IT compliance efforts
- Status reports and communication materials

As noted above, some of these deliverables may not be completed prior to the Expiration Date of this Bridge.

Deliverables will neither be prepared on KPMG letterhead nor contain the KPMG logo or other references to KPMG. These deliverables, however, may be prepared on COMPANY letterhead or contain the COMPANY logo if instructed to do so by the Project Sponsor.

## CLIENT PARTICIPATION AND RESPONSIBILITIES

During the development of this Agreement, we have been guided by certain assumptions about the project scope, and level of COMPANY's involvement and support.

COMPANY's management is responsible for establishing and maintaining an effective internal control process.

COMPANY will designate a project sponsor ("Project Sponsor" - a senior member of management who has the requisite skills and competencies to oversee the services being provided). The Project Sponsor is responsible for establishing the objectives & scope, and determining the nature, timing, and extent of procedures; for approving the service delivery plan; and for maintaining appropriate day-to-day oversight of the KPMG team. In addition, the Project Sponsor will have responsibility for reviewing, approving, and taking full responsibility for engagement deliverables prepared during the engagement that document the results; for coordinating with management to determine whether control matters of concern noted constitute deficiencies, significant deficiencies or material weaknesses; for reporting the results within COMPANY's reporting structure, including the Audit Committee; for evaluating the observations and recommendations that arise from the services; and for monitoring corrective action taken.

Notwithstanding the foregoing, CONTRACTOR shall not be obligated to fulfill any particular obligation to provide Services to the extent (and only to the extent) that CONTRACTOR is unable to fulfill such obligation, as a direct result of any of the following dependencies not being completed in all material respects:
- Appropriate access to the number and type of resources agreed upon by the parties and/or relevant documentation
- Material changes in the identified deficiencies and internal controls which require unanticipated incremental remediation
- Timely management review and approval of recommendations

C 0631124 C
S0804825
CW1957458

## OTHER MATTERS

KPMG will provide Services in accordance with the terms and conditions of this SOW. The Services as outlined in this SOW constitute an Advisory Engagement conducted under the American Institute of Certified Public Accountants ("AICPA") Standards for Consulting Services. Such Services are not intended to be an audit, examination, attestation, special report or agreed-upon procedures engagement as those services are defined in AICPA literature applicable to such engagements conducted by independent auditors. Accordingly, these services will not result in the issuance of a written communication to third parties by KPMG directly reporting on financial data or internal control or expressing a conclusion or any other form of assurance.

Contractor uses third party service providers within and without the United States to provide at Contractor's direction, administrative and clerical services to Contractor. Accordingly, COMPANY consents to Contractor's disclosure to such third party service providers of data and information received from or at the request or direction of Client for the foregoing purposes; however, such COMPANY authorization does not relieve CONTRACTOR of its confidentiality obligations hereunder and CONTRACTOR shall remain responsible and liable for breaches of confidentiality committed by any such third party provider.

### Sarbanes-Oxley Act of 2002

The following paragraph supersedes Article 43(a) of the Agreement:

In accepting this engagement, the COMPANY acknowledges that completion of this engagement or acceptance of deliverables resulting from this engagement will not constitute the sole basis for its assessment or evaluation of internal control over financial reporting or the primary basis for its compliance with its principal officer certification requirements under Section 302 of the Sarbanes-Oxley Act of 2002 (the Act). This engagement shall not be construed to be the sole basis to support the COMPANY'S responsibilities under Section 404 of the Act requiring each annual report filed under Section 13(a) or 15(d) of the Securities Exchange Act of 1934 to contain an internal control report from management. It is the responsibility of COMPANY management to establish and maintain an adequate internal control structure and procedures for financial reporting and to assess, as of the end of the most recent fiscal year of the COMPANY, the effectiveness of the internal control structure and procedures of the COMPANY for financial reporting.

### Other Parties

KPMG has performed a limited internal search for relationships based on the parties identified by COMPANY. Based on that internal search, KPMG and member firms of the KPMG network of independent firms and firms and entities controlled by, or under common control with, one or more such member firms (collectively, "Member Firms") has provided services to the following organizations identified by COMPANY:

- KPMG LLP in the US provides tax and advisory services to PricewaterhouseCoopers.
- KPMG LLP in the US and one or more other member Firms of KPMG Intl provide audit, tax and advisory services to Capgemini America, Inc and or affiliates.
- KPMG LLP in the US provides tax and advisory services and one or more other member Firms of KPMG Intl provide audit, tax and advisory services to HCL TECHNOLOGIES, LTD and or affiliates.

By signing this SOW, COMPANY agrees that these relationships do not (i) constitute a limitation on the Services requested; (ii) create a basis for disqualification of KPMG or its professionals; or (iii) constitute a conflict of interest for purposes of KPMG's engagement to perform the services under this Schedule A-19 for COMPANY. COMPANY expressly waives its right to assert any such conflict against KPMG.

C 0631124 C
S0804825
CW1957458

KPMG's process for conducting searches of potential conflicts takes place at the time the organizations are identified for review by COMPANY. However, if KPMG becomes aware of any potential conflicts after the start of the engagement, KPMG will promptly inform COMPANY. In addition, during the course of this engagement, COMPANY agrees that it will inform KPMG of additional organizations or name changes for the organizations previously provided by COMPANY. At such time, KPMG will perform an additional limited internal search for relationships on those organizations. If identified, KPMG will advise COMPANY of the general nature of any services provided to those organizations (i.e. audit, tax and/or advisory).

If COMPANY fails to promptly notify KPMG of its objection to the identified relationship(s), COMPANY agrees that KPMG's professional relationship with an organization does not impact KPMG's engagement to perform the Services under this Schedule A-19 for COMPANY.

KPMG reserves the right to resign from this engagement at any time if a conflict, as contemplated by the professional standards of the AICPA, law or regulation, arises or becomes known to KPMG that prohibits KPMG from conducting this engagement, or in KPMG's judgment, would impair KPMG's ability to perform objectively. If KPMG serves as independent auditors of an organization, KPMG may require consent from the organization, which will be determined on a case-by-case basis.

KPMG will take all reasonable steps to prevent the disclosure of confidential information between the KPMG team serving COMPANY and the KPMG teams serving the identified organizations. COMPANY hereby also acknowledges and agrees that KPMG may be in possession of confidential information concerning these organizations that may be relevant to COMPANY'S procedures and that such information will not be disclosed to COMPANY unless the organization provides written consent to such disclosure in advance.

Where KPMG provides audit services to an organization, our professional responsibilities may require that we inform the KPMG team serving that organization about information coming to our attention that affects KPMG's engagement to audit COMPANY'S consolidated financial statements. By your signature below you acknowledge that such communication, if deemed necessary in our sole judgment, will require no approval or communication with you on this matter.

## WORK SITE

The work site will be the following location(s): CONTRACTOR &/or COMPANY offices located in or near Dallas, TX.

## COMPENSATION, INVOICES AND PAYMENT

The following rates will apply as full compensation for the satisfactory performance of authorized Services:

## PROFESSIONAL AND SUPPORT STAFF FEES SCHEDULE

| Role | Rate |
|------|------|
| Partner / Managing Director | $325 |
| Director / Senior Manager | $290 |
| Manager | $250 |
| Senior Associate | $190 |
| Associate | $125 |

C 0631124 C
S0804825
CW1957458

The table below summarizes the anticipated fees associated with each of the focus areas:

| | Timing | Hours | Fees |
|---|---|---|---|
| SDLC Controls | 8/11/14 – 10/31/14 | 1,070-1,240 | $203,200-$235,300 |
| IAM Controls | 8/11/14 – 10/31/14 | 920-1,070 | $189,800-$219,700 |
| ITC Support | 8/18/14 – 10/31/14 | 1,530-1,780 | $241,400-279,500 |
| Special Projects | 9/15/14 – 10/31/14 | 210-240 | $47,200-$54,600 |
| Total | | 3,730-4,330 | $681,600-$789,100 |

The fees associated with the various Services to be performed during the term of this Bridge shall not exceed $800,000. CONTRACTOR will bill only for hours spent performing substantive Services for COMPANY; substantive Services do not include any administrative expenses of whatsoever kind. Any extension or increase in spend will require a CO signed by an authorized agent of each party. If travel is required, normal and reasonable travel expenses will be reimbursed in accordance with Article 5 and Attachment 5 of the Agreement (Reimbursable Expense Policy). These expenses will not exceed 15% of total fees incurred during the travel period; additional expenses require a CO signed by an authorized agent of each party.

The rates specified in this Schedule A-19 will remain in effect, with respect to and until completion of the Work authorized pursuant to this Schedule A-19.

All invoices shall be submitted to the United States Bankruptcy Court for the District of Delaware and electronically to:

EFHITAP@EnergyFutureHoldings.com

With an electronic copy to:

Brian.Moore@EnergyFutureHoldings.com

The COMPANY mailing address is as follows:

EFH Corporate Services Company
1601 Bryan St
Dallas, TX 75201

Notwithstanding anything herein to the contrary, COMPANY will compensate CONTRACTOR for the Services (a) only after CONTRACTOR's engagement by COMPANY has been approved by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") pursuant to section 327(a) of the Bankruptcy Code and (b) in accordance with any order entered by the Bankruptcy Court governing the compensation or reimbursement of fees of parties employed pursuant to section 327(a) of the Bankruptcy Code.

## KEY PERSONNEL

Personnel furnished by CONTRACTOR to COMPANY for performing Services under this Schedule A-19 will have adequate qualifications to perform the Services described herein. In the event any of CONTRACTOR's personnel gives reasonable indications that they are not able to perform in accordance with this Schedule A-19, COMPANY shall notify CONTRACTOR of such fact, and such CONTRACTOR personnel shall be removed immediately or in accordance with the directions of COMPANY. CONTRACTOR agrees to use its best efforts to ensure the continuity of the assignment of

C 0631124 C
S0804825
CW1957458

CONTRACTOR's employees assigned under this Schedule A-19 and CONTRACTOR will promptly provide substitute(s) for any of its employees who may be removed or reassigned.

The following personnel furnished by CONTRACTOR have been identified as critical to the success of the completion of this Schedule A-19. Additional personnel, including project management team members, will be identified in specific CO, as needed:

**David Cargile:** Managing Director
**Nick Seeman:** Manager
**Wayne Weaver:** Director
**Mike Amadei:** Director

CONTRACTOR will not replace personnel identified as a Key Personnel unless COMPANY so agrees, which agreement shall not be unreasonably withheld, except in the event the applicable Key Personnel resigns, is disabled or his/her employment is terminated by CONTRACTOR. If a Key Personnel is to be replaced whether at CONTRACTOR or COMPANY's request, CONTRACTOR will strive to achieve a smooth transition. CONTRACTOR will not charge COMPANY any additional fees or charges for the replacement such Key Personnel or for training hours required to bring the replacement Key Personnel up to date on the status of Services. The replacement Key Personnel provided by CONTRACTOR will become a Key Personnel as defined herein and shall have substantially similar skills and experience as the Key Personnel being replaced.


CONTRACTOR PERSONNEL AUTHORIZED TO ATTEND COMPANY MEETINGS AND RECEIVE CONFIDENTIAL INFORMATION RELATING TO THE SERVICES:

**Matt Smith:** Partner
**Susan Garcia:** Managing Director

C 0631124 C
S0804625
CW1957458

PRIVILEGES CLAIMED BY COMPANY, WITH RESPECT TO DELIVERABLES OR OTHER DOCUMENTS HEREAFTER DESIGNATED BY COMPANY

_____    ATTORNEY-CLIENT COMMUNICATION

_____    ATTORNEY WORK PRODUCT

_____    TAX ADVISOR

___X___OTHER: _____COMPANY-owned intellectual property and or COMPANY-owned trade secrets, business know-how or the like.

## LIST OF ATTACHMENTS

COMPANY and CONTRACTOR agree that the following described attachments, if any, are incorporated herein in their entirety as fully as completely rewritten herein.

None noted

Services not specified above may be authorized only through a separate Schedule A-X, or through a CO signed by a duly authorized agent of each party.

**KPMG LLP**                                    **EFH CORPORATE SERVICES COMPANY**

By: _____      X  By: _____
       Signature                                             Signature

Name:  David Cargile                             Name:  Kolt Sarver

Title:   Managing Director                       Title:   VP, IT-Governance & Strategy

Date:   September 7, 2014                       Date:   September 6, 2014

**<u>EXHIBIT 2</u>**

**Phase 2 SOX IT Efforts - CO 1**

## PROJECT CHANGE ORDER NUMBER 1

This project change order number 1 ("CO"), dated October 28, 2014 modifies Schedule A-19, dated September 9, 2014 by and between CONTRACTOR (also referred to as "KPMG LLP" or "KPMG") and COMPANY (also referred to as "EFH Corporate Services Company") pursuant to the terms and conditions contained in the Master Services Agreement which is also referred to as the Master Consulting Agreement, C0631124C dated November 1, 2009 and Amendment Number 13A to the Master Consulting Agreement dated December 16, 2013 (collectively referred to as the "Agreement"). All terms not expressly modified in this CO will remain in full force and effect.

## CO OVERVIEW

As part of COMPANY'S Phase 2 IT SOX efforts, COMPANY has requested that CONTRACTOR assist with documentation of key SOX controls related to the implementation of MyWorkday Benefits Enrollment and MyWorkday Payroll, T&L, and Helpdesk software modules.

## SCOPE OF WORK AND APPROACH

Pursuant to this CO, CONTRACTOR will assist COMPANY's IT Compliance Group for TXUE, Luminant and EFH Corporate Services Company with the following key activities:
- Meet with COMPANY Human Resources ("HR") and project personnel and review available documentation to understand current and planned business processes impacted by the MyWorkday software implementation project
- Assist COMPANY's HR team in the identification and documentation of key business processes and related controls impacted by the MyWorkday software implementation
- Assist COMPANY's HR team in the analysis of third-party attestations (e.g., SOC 1, 2 letters), third-party system and data access, and overall third-party control governance structures related to the MyWorkday application
- Assist COMPANY's HR department in reviewing user access roles and permissions for the MyWorkday application, with special attention afforded to the segregation of duties

## DELIVERABLES

The Deliverables associated with this CO include:
1. Documentation of the business process flow for core MyWorkday functionalities
2. Observations and recommendations related to COMPANY's analysis of third-party roles and responsibilities related to COMPANY's financial controls
3. Risk and control matrix which includes COMPANY's HR SOX considerations affected by the implementation of the MyWorkday application

CONTRACTOR may attach a transmittal letter to each deliverable, or provide a periodic transmittal letter referring to the Deliverables that were completed and delivered previously. Neither this CONTRACTOR transmittal letter, nor a copy thereof, should accompany any reports or Deliverables shared outside COMPANY. Should COMPANY attach its own transmittal letter when reports or Deliverables are shared externally, such transmittal letter may not indicate that the report or Deliverable was prepared by CONTRACTOR or that the letter contents were based on the input, test Work or Deliverables completed by CONTRACTOR.

## CLIENT PARTICIPATION AND RESPONSIBILITIES

COMPANY will ensure CONTRACTOR has timely access to key COMPANY HR and MyWorkday implementation teams to discuss the (i) core business processes impacted by MyWorkday, (ii) configuration of key modules in MyWorkday, and (iii) third-party roles and responsibilities.

## TIMING

The engagement will commence on or around October 1, 2014 and conclude by December 31, 2014.

## COMPENSATION, INVOICES AND PAYMENT

| Role | Estimated Hours | Rate |
|------|-----------------|------|
| Partner / Managing Director | 30-50 | $325/hr |
| Director / Senior Manager |  | $290/hr |
| Manager | 140-180 | $250/hr |
| Senior Associate | 600-700 | $190/hr |
| Associate |  | $125/hr |

The estimated fees for this effort are $165,000-$185,000 and this project is not authorized to exceed $200,000. Any extension or increase in spend requires an additional CO. The reimbursement of out-of-pocket expenses will be governed by the terms and conditions of the Agreement, including the Reimbursable Expense Policy. In the event that out-of-pocket expenses reach 25% of the fees, COMPANY must authorize such additional expenses in advance. An e-mail approval is acceptable.

Except as expressly amended by this CO, all terms and conditions of the Statement of Work shall remain in full force and effect.

**KPMG LLP**                                    **EFH CORPORATE SERVICES COMPANY**

By: _____          By: _____
       Signature                                             Signature

Name:  David Cargile                       Name:  Kolten K Sarver

Title:   Managing Director                 Title:   VP, IT Governance & Strategy

Date:   October 28, 2014                   Date:   October 28, 2014

# EXHIBIT 3

**Phase 2 SOX IT Efforts - CO2**

# PROJECT CHANGE ORDER NUMBER 2

This project change order number 2 ("CO" or "CO 2"), dated October 31, 2014 amends Schedule A-19, dated September 9, 2014 as amended by CO Number 1 ("CO 1") dated October 28, 2014, by and between CONTRACTOR (also referred as "KPMG LLP" or "KPMG") and COMPANY (also referred as "EFH Corporate Services Company") pursuant to the terms and conditions contained in the Master Services Agreement which is also referred to as the Master Consulting Agreement, C0631124C dated November 1, 2009 and Amendment Number 13A to the Master Consulting Agreement dated December 16, 2013 (collectively referred to as the "Agreement"). All terms not expressly modified in this CO will remain in full force and effect.

## ADDENDUM OVERVIEW

As part of COMPANY'S Phase 2 IT SOX efforts, COMPANY has requested that CONRACTOR continue current planned assistance for an extended period defined below.

## SCOPE OF WORK AND APPROACH

This CO extends the timeline for activities included in the Schedule A-19.

In addition, the following activity is added to the Schedule A-19 key activities area § *II – Identity and Access Management ("IAM") Controls*:
- Facilitate IAM implementation working sessions with EFH Internal Audit, IT compliance, and business application personnel to identify compliance and risk aspects which could impact the IT security team's development of an IAM implementation roadmap for 2015

## DELIVERABLES

The intended deliverables associated with this CO include those identified in Schedule A-19 and are amended to include:
- Documented recommendations regarding risk and control elements which could impact IAM tool project implementation plan elements such as duration, sequence and timing

## TIMING

The CO extends the length of Schedule A-19 from a current end date of October 31, 2014 to January 15, 2015.

## COMPENSATION, INVOICES AND PAYMENT

| Role | Rate |
|------|------|
| Partner / Managing Director | $325/hr |
| Director / Senior Manager | $290/hr |
| Manager | $250/hr |
| Senior Associate | $190/hr |
| Associate | $125/hr |

KPMG's team will continue to include Peju Adedeji as a sub-contractor to deliver certain elements of the scope of work.

1

**DRAFT – SUBJECT TO DISCUSSION AND ENGAGEMENT ACCEPTANCE PROCEDURES**

The table below summarizes the anticipated fees associated with this CO 2.

|  | Timing | Hours | Fees |
|---|---|---|---|
| SDLC Controls | 11/1/14 – 1/15/15 | 950-1,200 | $175,000-$230,000 |
| IAM Controls | 11/1/14 – 1/15/15 | 800-950 | $165,000-$190,000 |
| ITC Support | 11/1/14 – 1/15/15 | 2,100-2,500 | $310,000-$375,000 |
| Special Projects | 11/1/14 – 1/15/15 | 200-250 | $45,000-$55,000 |
| Total |  | 4,450-5,450 | $695,000-$850,000 |

The estimated total CONTRACTOR fees for the Phase 2 effort are revised and increased to $1,540,000 – $1,825,000, inclusive of the activities performed under the Schedule A-19, CO 1 related to the MyWorkday implementation, and this CO. Any further extension or increase in spend will require an additional change order. The reimbursement of out-of-pocket expenses will be governed by the terms and conditions of the Agreement, including the Reimbursable Expense Policy. In the event that out-of-pocket expenses reach 15% of the fees, COMPANY must authorize such additional expenses in advance. An e-mail approval is acceptable.

Except as expressly amended by this CO, all terms and conditions of the Schedule A-19 as amended, shall remain in full force and effect.

**KPMG LLP**

By: _____
Signature

Name:  David Cargile

Title:  Managing Director

Date:  November 12, 2014

**EFH CORPORATE SERVICES COMPANY**

By: _____
Signature

Name:  Kolten K Sarver

Title:  VP, IT Governance & Strategy

Date:  November 12, 2014

**<u>EXHIBIT 4</u>**

**Accounts Payable Consulting Amendment**

AMENDMENT NO. 14-2


DATED OCTOBER 3, 2014

TO

MASTER SERVICES AGREEMENT


C0631124C

BY AND BETWEEN

KPMG LLP

AND

EFH CORPORATE SERVICES COMPANY

DATED NOVEMBER 1, 2009

Contract No.  C0631124C

The parties have signed this Amendment acknowledging their agreement to its provisions as of the Effective Date.

**KPMG LLP**

By: _~Francis K. Yogi~_____
        Signature

Name: _Francis Yogi_____

Title: _Managing Director_____

Date: _October 7, 2014_____

**EFH CORPORATE SERVICES COMPANY**

By: _Tamar Willis_____
        Signature

Name: _Tamar Willis_____

Title: _Procurement Specialist_____

Date: _October 7, 2014_____

Contract No.  C0631124C

## AMENDMENT NO. 14-2

**EFFECTIVE DATE**

The Effective Date of this Amendment is August 1, 2014.

**PURPOSE**

This Amendment 14-2 amends Schedule A14 dated March 4, 2014 and Schedule A14-1, dated June 16, 2014, both between EFH Corporate Services Company ("COMPANY") and KPMG LLP ("CONTRACTOR").  The Parties agree that, except as otherwise amended by this Amendment 14-2, the terms of Schedule A14 and provisions of the Master Services Agreement dated November 1, 2009 ("Agreement") shall apply to the services being provided hereunder.  Any terms used in this Amendment 14-2 and not otherwise defined will have the same meaning as in the Agreement and/or Schedules A14 and A14-1.

**MODIFICATIONS**

The Agreement is modified as follows:

**TIMING**

The engagement is hereby extended to December 31, 2014.

**KEY PERSONNEL**

The Manager role, at a rate of $250 per hour, is hereby removed.

The Associate role, at a rate of $125 per hour, is hereby reduced from six (6) to three (3).

CONTRACTOR agrees that the individuals listed below will be assigned to perform the Work authorized by this Schedule 14-2.

**Aaron Milner:  Associate**
**Amy Douthey, Associate**
**Colleen Mohnkern, Associate**

**COMPENSATION**

The estimated fees for Work authorized by this Schedule 14-2 shall not exceed $312,000.

Notwithstanding anything herein to the contrary, COMPANY will compensate CONTRACTOR for the Work (a) only after CONTRACTOR's engagement by COMPANY has been approved by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") pursuant to section 327(a) of the Bankruptcy Code and (b) in accordance with any order entered by the Bankruptcy Court governing the compensation or reimbursement of fees of parties employed pursuant to section 327(a) of the Bankruptcy Code.

**EXHIBIT 5**

**CAO Financial Reporting Support SOW**

C 0631124 C

## SCHEDULE A

Following the Parties' execution of this Schedule A, CONTRACTOR "also referred as KPMG" is authorized to perform the Work as identified below on behalf of COMPANY pursuant to the terms and conditions contained in the Master Services Agreement C0631124C ("the Agreement") dated November 11, 2009.

## SCOPE OF WORK AND DELIVERABLES

The Work will be performed in accordance with the specifications and instructions, if any, attached hereto and identified in the List of Attachments. The Work will be scheduled at the direction of COMPANY'S "also referred as EFH Corporate Services Company" Contract Coordinator as identified herein.

## SCOPE OF WORK:

CONTRACTOR will assist COMPANY personnel in supporting key accounting activities related to COMPANY's restructuring. Services will be requested and directed by COMPANY's Controller Group and may include:

    Management Reporting and Analysis
    Technical Accounting Analysis and Research
    Bankruptcy-Related Reporting Assistance
    Period Close Assistance
    Month-End Restructuring Cost Analysis
    General Ledger Account Reconciliations
    Cash Fow Reporting Review and Analysis

## DELIVERABLES:

Deliverables will be in the format requested by COMPANY depending on the specific services that are requested (i.e., oral, e-mail, memorandum, letter, Excel spreadsheet, etc.).

Contract Coordinator: Christy Dobry                     Phone Number: (214) 812-4854

## WORK SITE

The Work Site will be the following location(s): COMPANY offices located in the Dallas, Texas area.

## TIMING

Commencement of services will be as requested beginning on or around September 15, 2014 and conclude by December 31, 2014.

## RIGHT TO TERMINATE

COMPANY or CONTRACTOR has the right to terminate this Schedule A, in whole or in part, at any time with ten (10) days advance written notice.

I

C 0631124 C

## EMPLOYMENT CLAIMS

For purposes of this Schedule A, CONTRACTOR shall indemnify, defend, and hold harmless COMPANY and its successors, officers, directors, employees, and agents (collectively, the "Indemnitees") from and against any and all actions, claims, losses, damages, liabilities, judgments, and awards, including reasonable attorneys' fees (collectively, "Claims") that arise from or relate to any employment-related laws (including but not limited to discrimination, harassment, wage, benefit, and/or contractual claims under federal, state, or local statute or common law including but not limited to Title VII of the Civil Rights Act of 1964, as amended, the Americans with Disabilities Act, the Equal Pay Act of 1963, the Age Discrimination in Employment Act of 1967, the Civil Rights Act of 1866, the Older Workers Benefit Protection Act, the Family and Medical Leave Act, the Texas Labor Code, the Fair Labor Standards Act, and ERISA) based on an allegation that Company is an employer or joint employer of any KPMG staff.  In addition, CONTRACTOR agrees to maintain workers' compensation and other commercial insurance coverage and assumes all responsibility for and will indemnify the COMPANY Indemnitees from any Claims relating to the injury or death of any KPMG staff.  This indemnification provision excludes claims that are attributable to intentional or willful misconduct, or that are attributable to the negligence of COMPANY and/or to working conditions that are beyond CONTRACTOR's control.  CONTRACTOR further agrees that it is solely responsible for providing any reasonable accommodation required by any KPMG staff for a qualifying disability under the Americans with Disabilities Act or any state or local disabilities law; provided, however, that COMPANY will reimburse CONTRACTOR for any direct expenditures required for CONTRACTOR to fulfill such obligation, but only to the extent any such accommodation would require tangible modifications to the work environment provided by COMPANY and is deemed by COMPANY based on applicable law to be a reasonable accommodation that does not cause undue hardship for COMPANY.  CONTRACTOR is responsible for verifying identification and eligibility to work in the U.S. in accordance with the Immigration Reform Control Act of 1986 of any KPMG staff prior to such KPMG staff being assigned to COMPANY, and CONTRACTOR shall indemnify, defend, and hold harmless COMPANY Indemnitees from and against any Claims arising from any failure, in whole or in part, by CONTRACTOR to comply with all statutory requirements regarding verification of employment eligibility; provided, however, that CONTRACTOR shall be released from this requirement for all KPMG staff whose services to COMPANY began prior to the effective date of this agreement. To the extent necessary to permit COMPANY to enforce any term, clause, or condition of this agreement, CONTRACTOR agrees that with respect to any CLAIMS brought against COMPANY, CONTRACTOR will and does hereby waive as to Company any defense it may have by virtue of the workers' compensation laws of any state.

## COMPENSATION, INVOICES AND PAYMENT

As full compensation for the satisfactory performance by CONTRACTOR of the Work authorized pursuant to this Schedule A, COMPANY will compensate CONTRACTOR as follows.

CONTRACTOR will provide two resources at COMPANY's offices, as defined in this Schedule A. PROFESSIONAL agrees to work and invoice for a maximum of forty (40) hours per work week, per resource, unless any additional work time is approved in writing by the Director of Corporate Accounting (Christy Dobry).  A copy of the approved work time request must be attached to the invoice as proof of the authorization.

Estimated fees for this effort are $264,000, and this project is not authorized to exceed $344,000. CONTRACTOR will bill only for hours spent performing substantive Work for COMPANY.  Any extension or increase in spend will require amendment to this Schedule A.  This estimate assumes there will be no travel to the participant's site(s).  If travel is required, normal and reasonable travel expenses will be reimbursed in accordance with Article 5 and Attachment 5 of the Agreement (Reimbursable Expense Policy).

2

C 0631124 C

**Professional and Support Staff Fees Schedule**

| Role | Name | Rate |
|------|------|------|
| Senior Associate | Jolandi de Lange | $220/hr |
| Senior Associate | Anish Mehta | $220/hr |

The rates specified in the Schedule A will remain in effect, with respect to and until completion of the Work authorized pursuant to this Schedule A.

All invoices shall be sent to:

> Ms. Christy Dobry
> Director of Corporate Accounting
> Energy Future Holdings Corp.
> 1601 Bryan St, 3rd floor
> Dallas, TX  75201

## KEY PERSONNEL

CONTRACTOR agrees that the individuals listed below will be assigned to perform the Work authorized by this Schedule A.  CONTRACTOR will employ all reasonable efforts to ensure that such individuals remain so assigned until such Work is accepted by COMPANY; provided, however, that in the event that any such individuals are reassigned by CONTRACTOR or otherwise become unavailable to perform such Work, CONTRACTOR will provide, by way of replacement, individuals with reasonably equivalent experience and expertise.  In the event that a resource is replaced, no transition costs associated with the replacement of such replacement with another member of the CONTRACTOR's team will be charged to Company.

**Christy Dobry**: Director, Corporate Accounting

**KPMG Professionals:** as requested by COMPANY

## CONTRACTOR OBLIGATIONS

During the provision of Services under the Agreement and this Schedule A, CONTRACTOR shall:

(a) Assume sole and complete responsibility for hiring, firing, discipline, evaluation and direct supervision of Services and Key Personnel conduct.

(b) Conduct, or cause its suppliers to conduct, background investigations and drug screenings ("Investigations") for Key Personnel assigned to perform Services for COMPANY, in accordance with the terms and conditions set forth in Exhibit 1.

(c) Require Key Personnel to sign the Key Personnel Acknowledgment form attached to this Schedule A as Exhibit 2 prior to performing any Services for COMPANY.  Key Personnel must execute a set of employment terms with his/her employer of record that specifically acknowledges his/her understanding that he/she is employee of such entity, that he/she is not employee of COMPANY or any of its Affiliates, that his/her employer of record provides workers' compensation insurance, employment benefits, and the like, and that he/she is to look only to his/her employer of record, and not to COMPANY or its Affiliates, for such insurances and benefits.

(d) Assume sole and complete responsibility and liability for all work-related compensation, benefits, and legal requirements relating to the employment of Key Personnel, including but not limited to

C 0631124 C

compensation, vacation pay, holiday pay, bonuses, overtime pay, pension rights, sick and disability pay, severance pay, pension or retirement benefits, health care benefits, workers' compensation benefits, unemployment benefits, social security and federal and state income tax withholding and payments, and any and all other work-related benefits or obligations which an employer is required to pay or perform relating to the employment of employees.   COMPANY shall not be liable to CONTRACTOR or to Key Personnel for CONTRACTOR'S failure to perform its obligations under this paragraph.

(e)  Assume sole control and responsibility for wage and hour administration and regulations, COBRA compliance when applicable, handling of all unemployment claims, protests, and appeal hearings, and compliance with requirements under Executive Order 11246.

(f)  Comply with all applicable reporting and recordkeeping rules and regulations, including but not limited to those of the U.S. Department of Labor Wage and Hour Division, Equal Employment Opportunity Commission, Office of Federal Contract Compliance Programs, Occupational Safety and Health Administration, Texas Commission on Human Rights and Texas Workforce Commission, and with all applicable employment laws, including but not limited to Title VII of the Civil Rights Act of 1964, as amended, the Americans with Disabilities Act, the Equal Pay Act of 1963, the Age Discrimination in Employment Act of 1967, as amended, the Employee Retirement Income Security Act of 1974, as amended, the Civil Rights Act of 1866, the Older Workers' Benefit Protection Act, the Family and Medical Leave Act, the Fair Labor Standards Act and the Texas Labor Code, as well as any and all other applicable executive orders, federal or state laws, precedents, statutes or regulations.

(g)  Require Key Personnel providing Services at a COMPANY Location to comply with applicable COMPANY security, safety, and fitness-for-duty regulations and policies and COMPANY's other standard business practices and policies.

(h)  Immediately notify COMPANY of any allegations of discrimination, harassment, retaliation or other work-related complaints made to, or made known to CONTRACTOR allegedly occurring in connection with any Key Personnel's assignment under this Schedule A.   CONTRACTOR shall cooperate with COMPANY in the investigation of any such allegations.

(i)  Maintain all -related records for a period of five (5) years following the termination or expiration of this Agreement.


PRIVILEGES CLAIMED BY COMPANY, WITH RESPECT TO DELIVERABLES OR OTHER DOCUMENTS HEREAFTER DESIGNATED BY COMPANY

_____    ATTORNEY-CLIENT COMMUNICATION

_____    ATTORNEY WORK PRODUCT

_____    TAX ADVISOR

_____    OTHER:_____


Notwithstanding anything herein to the contrary, COMPANY will compensate CONTRACTOR for the Work (a) only after CONTRACTOR's engagement by COMPANY has been approved by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court) pursuant to section 327(a) of the Bankruptcy Code and (b) in accordance with any order entered by the Bankruptcy Court governing the compensation or reimbursement of fees of parties employed pursuant to section 327(a) of the Bankruptcy Code.

C 0631124 C

Work not specified above may be authorized only through a separate Schedule A, or through an amendment or supplement to this Schedule A.

**KPMG LLP**

By: _____
Signature

Name: Francis Yogi

Title: Managing Director

Date: 9/12/14

**EFH CORPORATE SERVICES COMPANY**

By: _____
Signature

Name: MOLLY HOLLOWAY

Title: Sourcing Manager

Date: 9/17/2014

5

C 0631124 C

## EXHIBIT 1
### DRUG AND BACKGROUND SCREENING

CONTRACTOR shall comply with the following guidelines and procedures that were developed by COMPANY for employment agencies responsible for the recruiting and employment of contract workers for COMPANY.

1.  All persons submitted as prospective Key Personnel must pass an Investigation. Placement is conditional until the Investigation is satisfactorily completed. Resource must agree and submit to the following:

    a.  A drug screening; and
    b.  A background investigation that includes:

        1.  A nationwide, lifetime (or if not permissible, the past seven (7) years) check for felonies and violent crimes,
        2.  A nationwide public records search for criminal misdemeanors and felony convictions and deferred adjudications within the past ten (10) years, and
        3.  A third-party verification of previous employment and the highest education level completed by the Resource.

    All background investigations shall be conducted in accordance with applicable law.

2.  The maximum cut-off levels for drug tests are as follows:

    | | |
    |---|---|
    | Amphetamines | 500ng/mL |
    | Barbiturates | 150ng/mL |
    | Benzodiazepines | 150ng/mL |
    | Cocaine | 150ng/mL |
    | Cannabinoids (Marijuana) | 15ng/mL |
    | Opiates | 2000ng/mL |
    | Phencyclidine | 25ng/mL |

3.  Key Personnel will be ineligible for assignment to perform work for COMPANY under the Agreement if the background investigation confirms or if CONTRACTOR otherwise is put on notice that Key Personnel has criminal convictions or deferred adjudications for a felony offense, a pattern of misdemeanor offenses, a misdemeanor relating to the job requirements, or a misdemeanor for a crime involving moral turpitude (e.g., theft, indecency with a minor, drug-related offenses).

4.  Background and drug investigations will be paid for by CONTRACTOR or its approved Subcontractors without reimbursement from COMPANY.

5.  CONTRACTOR may utilize drug and background screening providers chosen by CONTRACTOR, subject to COMPANY's approval. Key Personnel visiting the collection facilities must identify themselves as employees of CONTRACTOR or one of its approved Subcontractors, not of COMPANY.

6.  CONTRACTOR or its approved Subcontractors will keep background investigation and drug test records while Key Personnel is working at COMPANY. Such records will be kept confidential and will only convey to COMPANY that the results were satisfactory or unsatisfactory.

7.  If Key Personnel fails a background investigation or drug test, CONTRACTOR will not assign such individual to work at COMPANY.

C 0631124 C

**EXHIBIT 2:**
**KEY PERSONNEL ACKNOWLEDGMENT**

You have accepted a temporary assignment with [insert applicable business unit] ("COMPANY") under an agreement between COMPANY and KPMG ("CONTRACTOR"). You understand, acknowledge, and agree that this assignment does not alter your employment relationship with your current employer of record, which is either CONTRACTOR or a subcontractor of CONTRACTOR, and that you will not in any way be deemed or classified as an employee of COMPANY or its affiliates. You will not be eligible to participate in any benefits offered by COMPANY to its employees, including without limitation medical insurance, 401(k) participation, and stock options.  COMPANY will not provide you with workers' compensation coverage or unemployment coverage.  All employment benefits provided to you will be provided exclusively by your employer of record.  COMPANY will not pay any employer portions of income, Social Security, Medicare, or any other federal or state withholding tax on your behalf. COMPANY is not your employer or joint employer for purposes of any federal, state, or local discrimination statute, wage and hour law, safety regulations, or any other federal, state, or local statute, ordinance, or common law related to employment.

**ACKNOWLEDGED AND AGREED TO BY:**

_____

[Signature]

_____

[Printed Name]

_____

[Date]

_____

[Company Name]

**EXHIBIT 6**

**Model Reconciliation Services**

2

**SCHEDULE A-23**

Following the Parties' execution of this Schedule A-23,KPMG LLP ("CONTRACTOR") is authorized to perform the Work as identified below on behalf of EFH Corporate Services Company (the "COMPANY ") pursuant to the terms and conditions contained in the Master Services Agreement C0631124C (the "Agreement") dated November 1, 2009, as amended. This Schedule A-23 documents the authorized Work which follows the initial Statement of Work for the "Service Costing" process assessment, dated August 11, 2014.

### SCOPE OF WORK AND DELIVERABLES

The Work will be performed in accordance with the specifications and instructions herein, and if any, attached hereto and identified in the List of Attachments. The Work will be scheduled at the direction of COMPANY 'S Contract Coordinator as identified herein. The work will be performed over a 4-week duration of time

### SCOPE OF WORK AND APPROACH

CONTRACTOR will work closely with COMPANY to support the continuing work on the model reconciliation and remediation (the "Model Remediation") and assist with developing the Phase 2 Plan. Phase 2 will only include the Foundational Recommendations of the Road Map for people, process, system, data and governance.

The scope of work will include the following activities:

| Work Stream | Key Tasks | Deliverables |
| --- | --- | --- |
| Continuing Model Remediation | **Validate Existing and Define New IT Towers and Sub-Towers:**<br>• Leverage current documentation as a starting point<br>• Align the solution design with Apptio standard taxonomy<br>• Consolidate common services (e.g., Data & Network)<br>• Update documentation to capture new IT Towers and sub-towers, allocation methodologies, and cost mapping guidelines<br><br>**Determine and Validate Cost Mapping to Sub-Towers:**<br>• Update current documentation<br>• Validate legacy project cost mapping aligns with sub-tower definitions and intent<br><br>**Validate/determine appropriate allocation methodologies for each service:**<br>• Leverage and update current documentation<br>• Confirm allocations are appropriately implemented in the Apptio model<br>• Update any revised allocation methods in the documentation and in the Apptio model<br>• Confirm and document how costs flow in and out of Application Services<br><br>**Confirm business processes:**<br>• Confirm business processes will support the new cost and service structure and will be sustained/supported by IT Operations, IT Finance, Supply Chain, and Accounts Payable | • Updated Solution Requirements Document<br>• Updated Apptio Cost Model |

| Work Stream | Key Tasks | Deliverables |
|---|---|---|
| | • Engage peripheral support teams to define change management and end state sustainability/support requirements<br><br>**Implement updates in Apptio models:**<br>• Update model configuration and validate changes through testing | |
| Phase 2 Planning | • Develop implementation strategy<br>• Build Project Organization, Steering Committee with roles and responsibilities and RACI matrix<br>• Create Project Governance<br>• Determine implementation approach including tasks, Deliverables, risks, phase exit criteria and resource requirements<br>• Build project plan including phases, tasks, task dependencies, resources, milestones, Deliverables, and timeline | • Phase 2 Implementation Strategy<br>• Phase 2 Project Plan |

**COMPANY Key Stakeholder Roles:**

| Role | Responsibility |
|---|---|
| Service Costing Manager | • Participate in the Phase 2 Project Planning Process<br>• Review and approve project Deliverables<br>• Determine cross functional/department participation needed<br>• Identify and schedule all needed resources to complete model and allocation strategy changes<br>• Review and approve model and allocation test results<br>• Participate in requirements gathering/validation sessions |
| Service Costing SME | • Participate in requirements gathering/validation sessions<br>• Validate model changes needed to meet model reconciliation requirements leveraging OOB reports<br>• Identify additional report requirements, if applicable<br>• Assist with model testing and validation<br>• Assist with Service Costing documentation updates |
| TBMA | • Participate in requirements gathering/validation sessions<br>• Assist with the Apptio model configuration changes<br>• Assist with Apptio model documentation updates<br>• Assist with model testing and validation |

**CONTRACTOR Project Roles:**

| Role | Responsibility | Resources |
|---|---|---|
| Engagement Lead | • Provides Project Oversight, Leadership, and Quality Assurance<br>• Is the escalation project escalation point for COMPANY<br>• CONTRACTOR Resource Management and Project Coordination | Denis Berry |
| Engagement Manager | • Overall project management teaming with client Project Manager<br>• Provide project status and timely identification of risks, issues and mitigation steps<br>• Manage quality assurance process for Deliverables | Maria Potter |
| Service Costing SME | • Develop new service structure, allocation methodologies, and cost mapping requirements<br>• Provide leading service costing practices<br>• Develop model reconciliation improvement recommendations<br>• Develop functional requirements<br>• Update Apptio model documentation as needed | Len Epelbaum |

| Role | Responsibility | Resources |
|---|---|---|
| | • Assist EFH with development of test scripts<br>• Drive model testing and validation | |
| Apptio SME | • Review Apptio Model Technical design changes<br>• Review Apptio configuration updates and validate against functional requirements<br>• Provide Apptio design leading practices<br>• Participate in requirements gathering/validation sessions, as needed<br>• Assist with the Apptio Upgrade Process | Nancy Braun |
| Apptio Configuration SME | • Participate in requirements gathering sessions, as needed<br>• Convert functional requirements into Apptio Model technical design changes<br>• Implement Apptio configuration changes<br>• Update Solution Requirements Document<br>• Unit test configuration changes<br>• Support EFH Testing | Chris Hayes |

## DELIVERABLES

The following is a description of key Deliverables to be produced by CONTRACTOR through the delivery of the services described in this statement of work.

| # | Deliverable Title | Deliverable Description |
|---|---|---|
| 1 | Updated Solution Requirements Document | Updated Apptio model configuration changes and Service Costing definition and allocation methods |
| 2 | Updated Apptio Service Costing model | Update of EFH Cost Model within the Service Costing Project in Apptio as agreed by both parties within the budget presented in this SOW. |
| 3 | Phase 2 Implementation Strategy | Phase 2 implementation strategy, approach, project organization, roles and responsibilities, and project governance. |
| 4 | Phase 2 Implementation Plan | Detailed Microsoft Project Plan including phases, tasks, resources, task dependencies, milestones, Deliverables and timeline. |

The Deliverables presented as part of this engagement are for the internal use of COMPANY management, the Audit Committee and Board of Directors CONTRACTOR disclaims any intention or obligation to update or revise the observations whether as a result of new information, future events or otherwise Should additional documentation or other information become available which impacts upon the observations reached in the Deliverables CONTRACTOR reserves the right to amend the observations and summary documents accordingly.

The draft Deliverables will be provided to the Project Sponsor for review, comment and approval prior to final delivery.

Contract Coordinator and Project Sponsor:  Kolt Sarver          Phone Number: (214) 812-2018

Deliverables will not be prepared on CONTRACTOR letterhead or contain the CONTRACTOR logo or other references to CONTRACTOR. These Deliverables may be prepared on COMPANY letterhead or contain the COMPANY logo, if instructed by the Project Sponsor.

CONTRACTOR may attach a transmittal communication to each Deliverable, or provide a periodic transmittal communications referring to the Deliverables that have been provided previously Neither this CONTRACTOR transmittal communication, nor a copy thereof, should accompany any reports or Deliverables shared outside COMPANY. Should COMPANY attach its own transmittal letter when reports or Deliverables are shared externally, such transmittal letter may not indicate that the report or Deliverable was prepared by CONTRACTOR or that the findings were based on input or test work provided by CONTRACTOR. Further, CONTRACTOR's role in supporting COMPANY internal audit function or other projects may not be publicly disclosed (other than to COMPANY's external auditor) without CONTRACTOR's written consent.

## COMPANY PARTICIPATION AND RESPONSIBILITIES

During the development of this Schedule A-23, CONTRACTOR has been guided by certain assumptions about the project scope, and level of COMPANY's involvement and support

COMPANY's management is responsible for establishing and maintaining an effective internal control structure. CONTRACTOR's assistance is intended to help management in fulfilling these responsibilities.

COMPANY's Audit Committee will review and approve the internal audit plan and provide final oversight for all testing activities.

COMPANY's management will designate a Project Sponsor, a senior member of management who has the requisite skills and competencies for overseeing the services being provided. The Project Sponsor is responsible for establishing the objectives and scope and determining the nature, timing, and extent of testing procedures; for approving, in conjunction with the Audit Committee, the service delivery plan; and for maintaining appropriate day-to-day oversight of the CONTRACTOR team. In addition, the Project Sponsor will have responsibility for reviewing and approving engagement Deliverables prepared during the engagement that document the results; for coordinating with management to determine whether control matters of concern noted constitute deficiencies, significant deficiencies or material weaknesses; for reporting the results within COMPANY's reporting structure, including the Audit Committee; for evaluating the observations and recommendations that arise from the services; and for monitoring corrective action taken.

Notwithstanding the foregoing, CONTRACTOR shall not be obligated to fulfill any particular obligation to provide Work as specified above, to the extent (and solely to the extent) that CONTRACTOR is unable to fulfill such obligation, as a direct result of any of the following dependencies not being completed in all material respects:

- Appropriate access to Apptio and relevant documentation and resources regarding the Apptio environment
- Appropriate access to relevant documentation and resources regarding the IT environment and processes in scope
- COMPANY project staff accessible to CONTRACTOR project team in a timely manner. Timely access to COMPANY personnel and stakeholders for workshops and meetings. These resources will be identified early in the project based on the activities in scope.

- Responsiveness - COMPANY will respond to CONTRACTOR's requests for information, documentation, clarification, or assistance in a timely and adequate manner.
- COMPANY to provide a point of contact with access to COMPANY resource calendars to help CONTRACTOR with scheduling of meetings and workshops.
- COMPANY will ensure that all reviews and approvals of work products are conducted within a reasonable timeframe allowing for timely completion of work products. Any delays impacting the ability to review and approve work products on time will result in change orders.
- Any activities or work products outside the listed scope will require assessment and written approval by both COMPANY and CONTRACTOR.

## OTHER MATTERS

CONTRACTOR will provide their services in accordance with the terms and conditions of this Schedule A-2 3 and the Agreement. CONTRACTOR services as outlined in this letter constitute an Advisory Engagement conducted under the American Institute of Certified Public Accountants ("AICPA") Standards for Consulting Services. Such services are not intended to be an audit, examination, attestation, special report or agreed-upon procedures engagement as those services are defined in AICPA literature applicable to such engagements conducted by independent auditors. Accordingly, these services will not result in the issuance of a written communication to third parties by CONTRACTOR directly reporting on financial data or internal control or expressing a conclusion or any other form of assurance.

## WORK SITE

The Work Site will be the following location(s): CONTRACTOR &/or COMPANY offices located in the Dallas, TX area. Apptio product work will be performed remotely from Kokomo, Indiana. It is estimated that the project team will be on-site 50 to 75% over the 4-week duration.

## TIMING

The engagement will commence on or around October 6, 2014 and conclude by October 31, 2014. The project will run approximately four (4) weeks.

## COMPENSATION, INVOICES AND PAYMENT

As full compensation for the satisfactory performance by CONTRACTOR of the Work authorized pursuant to this Schedule A-23, COMPANY will compensate CONTRACTOR as follows.

PROFESSIONAL AND SUPPORT STAFF FEES SCHEDULE

| Role | Estimated Hours | Rate |
|------|-----------------|------|
| Managing Director | 9 | $350/hr |
| Director | 96 | $340/hr |
| Service Costing SME | 160 | $300/hr |
| Apptio SME | 32 | $185/hr |
| Apptio Configurator | 80 | $150/hr |

The estimated fees for this effort are $101,710 and this project is not authorized to exceed $101,710 The expected blended rate is $270/hr, and CONTRACTOR will bill only for hours spent performing substantive Work for COMPANY. Any extension or increase in spend will require a Change Order, amendment or an additional Statement of Work

The project team will be on site for the 4 weeks of the project. Normal and reasonable travel expenses will be reimbursed in accordance with Article 5 and Attachment 5 of the Agreement (Reimbursable Expense Policy). Only actual expenses will be billed.

The rates specified in this Schedule A-23 will remain in effect, with respect to and until completion of the Work authorized pursuant to this Schedule A-23.

All invoices shall be sent to:

EFHITAP@EnergyFutureHoldings.com
EFH Corporate Services Company
1601 Bryan St
Dallas, TX 75201

## RESERVATION OF RIGHTS

Notwithstanding anything herein to the contrary, COMPANY will compensate CONTRACTOR for the Work (a) only after CONTRACTOR's engagement by COMPANY has been approved by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") pursuant to section 327(a) of the Bankruptcy Code and (b) in accordance with any order entered by the Bankruptcy Court governing the compensation or reimbursement of fees of parties employed pursuant to section 327(a) of the Bankruptcy Code.

## KEY PERSONNEL

Personnel furnished by CONTRACTOR to COMPANY for performing efforts under this Schedule A-23 will have adequate qualifications to perform the work described herein. In the event any of CONTRACTOR's personnel gives reasonable indications that they are not able to perform in accordance with this Schedule A-23, COMPANY shall notify CONTRACTOR of such fact, and such CONTRACTOR personnel shall be removed. CONTRACTOR agrees to use its best efforts to ensure the continuity of the assignment of CONTRACTOR's employees assigned under this Schedule A-23 and CONTRACTOR will promptly provide substitute(s) for any of its employees who may be removed or reassigned.

The following personnel furnished by CONTRACTOR have been identified as Key Personnel and critical to the success of the completion of this Schedule A-23:

| | |
|---|---|
| **Principal:** | Denis Berry |
| **Director:** | Maria Potter |

For any personnel identified as a Key Personnel, CONTRACTOR will not replace such Key Personnel unless COMPANY so agrees, which agreement shall not be unreasonably withheld, except in the event the applicable Key Personnel resigns, is disabled or his/her employment is terminated by CONTRACTOR. If a Key Personnel is to be replaced whether at CONTRACTOR or COMPANY's request, CONTRACTOR will strive to achieve a smooth transition. CONTRACTOR will not charge COMPANY any additional fees or charges for the replacement such Key Personnel. The replacement Key Personnel provided by CONTRACTOR will become a Key Personnel as defined herein and shall have substantially similar skills and experience as the Key Personnel being replaced. The parties' objective is to minimize any adverse impact to the services being provided to COMPANY hereunder.

CONTRACTOR PERSONNEL AUTHORIZED TO ATTEND MEETINGS WITH COMPANY PERSONNEL PERTAINING TO THE WORK

**Denis Berry
Maria Potter
Susan Garcia**

PRIVILEGES CLAIMED BY COMPANY, WITH RESPECT TO DELIVERABLES OR OTHER DOCUMENTS HEREAFTER DESIGNATED BY COMPANY

ATTORNEY-CLIENT COMMUNICATION

ATTORNEY WORK PRODUCT

TAX ADVISOR

OTHER:_____

**LIST OF ATTACHMENTS**

COMPANY and CONTRACTOR agree that the following described attachments, if any, are incorporated herein in their entirety as fully as completely rewritten herein.

None

Work not specified above may be authorized only through a separate Schedule A-X or through an amendment or supplement to this Schedule A-23.

[Signature Page Follows]

**KPMG LLP**

By _____

Signature

Name:  Denis Berry

Title    Principal

Date    October ——— 2014


**EFH CORPORATE SERVICES COMPANY**

X   By: _____

Signature

Name    Kolten K Sarver

Title: VP of IT Governance and Strategy

Date: October 31 2014

## **EXHIBIT 7**

**HW Contract Advisor Services SOW**

C 0631124 C

## SCHEDULE A-24

Following the Parties' execution of this Schedule A-24 ("SOW"), CONTRACTOR (also referred to as "KPMG") is authorized to perform the work ("Work") as identified below on behalf of COMPANY "also referred to as EFH Corporate Services Company" pursuant to the terms and conditions contained in the Master Services Agreement C0631124C ("the Agreement") dated November 1, 2009.

### SCOPE OF WORK AND DELIVERABLES

The Work will be performed in accordance with the specifications and instructions, if any, attached hereto and identified in the List of Attachments. The Work will be scheduled at the direction of COMPANY's Contract Coordinator as identified herein.

### SCOPE OF WORK AND APPROACH

CONTRACTOR will assist COMPANY personnel in further building out COMPANY's IT asset management ("ITAM") capabilities. There will be two primary tasks completed under this SOW; for both tasks, an additional senior associate ("Senior Associate") will be placed with COMPANY to perform progress oversight and to serve as the subject matter expert.

### TASK (1):

CONTRACTOR will assist with the compilation and analysis of hardware contract information received from vendors and resellers as well as from COMPANY records. CONTRACTOR will create a report which identifies all discovered hardware assets and details regarding support and other relevant contract terms and conditions.

The following data sources will be reviewed under the scope of this Work:

- Review vendor data feeds - hardware contract data from Dell, HP, GDT, etc
- Review Ariba data feeds – the COMPANY contract system of record for all COMPANY hardware, software and IT service contracts
- Review Remedy CMDB data feeds – COMPANY records of physical hardware assets

The scope of Work will include the following activities:

- Review vendor data feeds to ensure vendors are populating key fields for hardware contracts; CONTRACTOR will generate a report for key fields that are missing data
- Review Ariba data to ensure key fields are populated for hardware contracts; CONTRACTOR will generate a report for key fields that are missing data
- Review Remedy data to ensure key fields are populated for hardware assets; CONTRACTOR will generate a report for key fields that are missing data
- Review CMDB data to ensure key fields are populated for hardware assets; CONTRACTOR will generate a report for key fields that are missing data
- Generate a repeatable report for the hardware assets and the hardware contract details that tie back to those hardware assets
- Two additional reports will also be created for the hardware assets which could not be tied to the contract details; the first report will identify the hardware assets and the second will, as much as possible, identify the contract details for each asset

C 0631124 C

**TASK (2):**

CONTRACTOR will use COMPANY purchase orders ("POs") to identify hardware assets based on the information found within the POs. COMPANY and CONTRACTOR expect the Senior Associate to identify approximately 100 hardware assets from review of 25 to 30 POs each week. *The actual number of hardware assets identified may be more or less than the estimated number based on the accuracy of data within the POs.* Hardware assets may include, but are not limited to, servers, workstations, network appliances, storage devices, and so on. CONTRACTOR will participate in the project on a part-time basis for this task, typically working three (3) days per week.

The following data sources will be reviewed in scope of this Work:

* Review Viper data feeds – POs for hardware assets

The scope of Work will include the following activities:

* Verification and as necessary, data entry of asset information into the Remedy CMDB Viper data feeds and POs reviewed

**EXCEPTIONS TO TASK (1) and TASK (2)**
* Review of all POs in Viper may not be possible; this task is limited by the project timeline
* Data feeds from core IT service management ("ITSM") processes and tools (with the exception of ITAM), such as incident, problem, change, knowledge, configuration management, etc. will not be reviewed
* Data related to IT service strategy, design, and deployment ( IT Service Portfolio Management) will not be reviewed or analyzed
* Uploading data into a third party tool other than Remedy CMDB will not be performed
* No effort will be dedicated to designing an ongoing method of analyzing hardware contract data
* Ensuring 100% accuracy and match of all hardware assets and hardware contracts.  Company will be responsible for the review and approval of all deliverables ("Deliverables")

*[REMAINDER OF PAGE LEFT BLANK]*

C 0631124 C

The tasks will be executed in four (4) phases in order to complete the tasks and produce the Deliverables.

| | Phase | Activity | Outcome |
|---|---|---|---|
| 1 | MOBILIZATION & KICK OFF | Meet with key project stakeholders to confirm project goals and objectives Provide a clear picture of the current inputs/outputs, stakeholders, roles, approach and timeline Confirm scope and identify/address any known issues, constraints or challenges Identify key client roles for interviews and information contribution | ▪ Understanding of project goals and objectives ▪ Confirm and communicate scope ▪ Confirm and communicate approach ▪ schedule sessions & meet with those individuals who have access to required data |
| 2 | REVIEW DATA SOURCES | ▪ Review hardware asset data, and hardware contract data as it becomes available ▪ Identify the authoritative data sources, unique identifiers, and data collection mechanism ▪ Identify the key data fields required by COMPANY in managing its hardware assets | ▪ Report with data points for hardware and contracts with potential and/or known issues ▪ Consolidated report of hardware assets and hardware contract data from various data sources |
| 3 | COMBINE DATA INTO HARDWARE CONTRACT REPORT | ▪ Merge the physical hardware data and the hardware contract data into a single report ▪ Identify issues in data sources ▪ This report should list all discoverable hardware assets, the related contracts for Maintenance, Start/End Dates, contract support provider, and any other available data fields available from the original data sources | ▪ Hardware Asset and Contract Details Report for all available hardware assets and hardware contracts received from the vendors as well as existing COMPANY data (from Remedy and Ariba) ▪ Hardware Asset Report for Assets not found to have an associated Contracts ▪ Contract Report for Contracts not found to have an associated Hardware Asset |
| 4 | CREATE HARDWARE ASSETS FROM PURCHASE ORDERS | ▪ Review Viper POs and identify hardware assets; upload hardware asset and contact details into Remedy CMDB if the assets or details are not found in the Tool | ▪ Report of hardware assets identified and input to the Remedy CMDB tool |

*[REMAINDER OF PAGE LEFT BLANK]*

C 0631124 C

## DELIVERABLES

The following is a description of key Deliverables to be produced by CONTRACTOR through the delivery of the Work described in this SOW.

| # | Deliverable Title | Deliverable Description |
|---|---|---|
| 1 | Hardware Assets and Covered Hardware Contract Details Reports | Report of hardware assets and the contract detail tied to those assets |
| 2 | Unmatched Hardware Assets | List of hardware assets that were not matched to any contract details and as much as is possible, a report of the reasons why these assets were unknot matched |
| 3 | Unmatched Hardware Contracts | Hardware contracts that were not matched to any hardware assets and, as much as is possible, the reasons these contracts were unknot matched |
| 4 | Identify and remediate missing assets and details in Remedy CMDB related to the review of POs from Viper | Data entry/validation of "approved/ordered" asset records in the Remedy CMDB as well as configuration and contract details |
| 5 | Hardware Assets | List of hardware assets identified from the review of Viper POs which were input to Remedy CMDB by the Senior Associate |

A draft of the Deliverables will be provided to the project sponsors ("Project Sponsors") for review, comment and approval prior to final delivery.

| | |
|---|---|
| Delana Nading: | Phone Number: (214) 812-4190 |
| Kolt Sarver: | Phone Number: (214) 812-2018 |

− Deliverables will not be prepared on CONTRACTOR letterhead or contain the CONTRACTORS's logo or other references to CONTRACTOR. These Deliverables may be prepared on COMPANY letterhead or contain the COMPANY logo, if instructed by the Project Sponsor.

− CONTRACTOR may attach a transmittal communication to each Deliverable, or provide a periodic transmittal communications referring to the Deliverables that have been provided previously. Neither this CONTRACTOR transmittal communication, nor a copy thereof, should accompany any reports or Deliverables shared outside COMPANY.  Should COMPANY attach its own transmittal letter when reports or Deliverables are shared externally, such transmittal letter may not indicate that the report or Deliverable was prepared by CONTRACTOR or that the findings were based on input or test work provided by CONTRACTOR.  Further CONTRACTOR's role in supporting COMPANY internal audit function or other projects may not be publicly disclosed (other than to COMPANY's external auditor) without CONTRACTOR's written consent.

## CLIENT PARTICIPATION AND RESPONSIBILITIES

During the development of this engagement letter, CONTRACTOR was guided by certain assumptions about the project scope, and level of COMPANY's involvement and support.

COMPANY's management will designate a Project Sponsor, a senior member of management who has the requisite skills and competencies for overseeing the services being provided.  The Project Sponsor is responsible for establishing the objectives and scope and determining the nature, timing, and extent of testing procedures; for approving the service delivery plan; and for maintaining appropriate day-to-day oversight of the CONTRACTOR team.  In addition, the Project Sponsor will have responsibility for reviewing and approving engagement Deliverables prepared during the engagement that document the

C 0631124 C

results; for coordinating with management to determine whether control matters of concern which are noted, constitute deficiencies, significant deficiencies or material weaknesses; for reporting the results within COMPANY's reporting structure, for evaluating the observations and recommendations that arise from the services; and for monitoring corrective action taken.

Notwithstanding the foregoing, CONTRACTOR shall not be obligated to fulfill any particular obligation to provide Work as specified above, to the extent (and solely to the extent) that CONTRACTOR is unable to fulfill such obligation, as a direct result of any of the following dependencies not being completed in all material respects:

- Appropriate access to relevant documentation and resources regarding the IT environment and processes in scope
- COMPANY project staff accessible to CONTRACTOR project team in a timely manner. Timely access to COMPANY personnel and stakeholders for workshops and meetings. These resources will be identified early in the project based on the activities in scope.
- Timeliness and adequacy of COMPANY's responsiveness to CONTRACTOR's requests for information, documentation, clarification, or assistance
- COMPANY to provide a point of contact who has access to COMPANY resource's calendars to help CONTRACTOR with scheduling of meetings and workshops.
- COMPANY will ensure that all reviews and approvals of Work products are conducted within a reasonable timeframe allowing for timely completion of Work products. Any delays impacting the ability to review and approve Work products on time may result in change orders
- Any activities or Work products outside the listed scope will require assessment and approval by both COMPANY and CONTRACTOR

## OTHER MATTERS

CONTRACTOR will provide services in accordance with the terms and conditions of this SOW. Services set forth herein constitute an Advisory Engagement conducted under the American Institute of Certified Public Accountants ("AICPA") Standards for Consulting Services. Such services are not intended to be an audit, examination, attestation, special report or agreed-upon procedures engagement as those services are defined in AICPA literature applicable to such engagements conducted by independent auditors. Accordingly, these services will not result in the issuance of a written communication to third parties by CONTRACTOR directly reporting on financial data or internal control or expressing a conclusion or any other form of assurance.

Sarbanes-Oxley Act of 2002

The following paragraph supersedes Article 43(a) of the Agreement.

In accepting this engagement, the COMPANY acknowledges that completion of this engagement or acceptance of Deliverables resulting from this engagement will not constitute the sole basis for its assessment or evaluation of internal control over financial reporting or the primary basis for its compliance with its principal officer certification requirements under Section 302 of the Sarbanes-Oxley Act of 2002 (the Act). This engagement shall not be construed to be the sole basis to support the COMPANY'S responsibilities under Section 404 of the Act requiring each annual report filed under Section 13(a) or 15(d) of the Securities Exchange Act of 1934 to contain an internal control report from management. It is the responsibility of COMPANY management to establish and maintain an adequate internal control structure and procedures for financial reporting and to assess, as of the end of the most recent fiscal year of the COMPANY, the effectiveness of the internal control structure and procedures of the COMPANY for financial reporting.

## WORK SITE

C 0631124 C

The Work Site will be the following location(s): CONTRACTOR &/or COMPANY offices located in the Dallas, TX area.

## TIMING

The engagement will commence on or around November 10th, 2014 (the "Effective Date") and conclude by January 23th, 2015.

**Proposed Timeline**

CONTRACTOR proposes to execute on the desired services over a period of 8 weeks.

| Phase | Weeks | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| Mobilization & Kick off | | | | | | | | |
| Review Data for Contract Information | | | | | | | | |
| Combine Data for Contract Information | | | | | | | | |
| Create Hardware Assets based on PO | | | | | | | | |

## COMPENSATION, INVOICES AND PAYMENT

As full compensation for the satisfactory performance by CONTRACTOR of the Work authorized pursuant to this Schedule A-24, COMPANY will compensate CONTRACTOR as follows.

### PROFESSIONAL AND SUPPORT STAFF FEES SCHEDULE

| Role | Estimated Hours | Rate |
|---|---|---|
| **Partner / Managing Director** | **40** | **$325/hr** |
| **Director** | **20** | **$295/hr** |
| **Sr. Associate** | **64** | **$190/hr** |
| **Sr. Associate 2 (HW Contracts)** | **320** | **$190/hr** |
| **Sr. Associate (HW Assets)** | **192** | **$190/hr** |

The total estimated time based service charges for this effort are $128,340 and this project is not authorized to exceed $147,500 in fees, based on the estimated amount of reimbursable expenses of approximately 15% of the total fees. The expected blended rate is $201/hr and CONTRACTOR will bill only for hours spent performing substantive Work for COMPANY. Any extension or increase in spend will require amendment to this Schedule A-24. If travel is required, normal and reasonable travel expenses will be reimbursed in accordance with Article 5 and Attachment 5 of the Agreement (Reimbursable Expense Policy).

The rates specified in this Schedule A-24 will remain in effect, with respect to and until completion of the Work authorized pursuant to this Schedule A-24.

All invoices shall be sent via email with all supporting documentation to:

**EFH IT Accounts Payable**
1601 Bryan Street
Dallas, Texas 75201

C 0631124 C

Invoices should be emailed along with all supporting documentation to
EFHITAP@energyfutureholdings.com

### RESERVATION OF RIGHTS

Notwithstanding anything herein to the contrary, COMPANY will compensate CONTRACTOR for the Work (a) only after CONTRACTOR's engagement by COMPANY has been approved by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court) pursuant to section 327(a) of the Bankruptcy Code and (b) in accordance with any order entered by the Bankruptcy Court governing the compensation or reimbursement of fees of parties employed pursuant to section 327(a) of the Bankruptcy Code.

### KEY PERSONNEL

Personnel furnished by CONTRACTOR to COMPANY for performing efforts under this Schedule A-24 will have adequate qualifications to perform the Work described herein. In the event any of CONTRACTOR's personnel gives reasonable indications that they are not able to perform in accordance with this Schedule A-24, COMPANY shall notify CONTRACTOR of such fact, and such CONTRACTOR personnel shall be removed.  CONTRACTOR agrees to use its best efforts to ensure the continuity of the assignment of CONTRACTOR's employees assigned under this Schedule A-24 and CONTRACTOR will promptly provide substitute(s) for any of its employees who may be removed or reassigned.

The following personnel furnished by CONTRACTOR have been identified as critical to the success of the completion of this Schedule A-24:

**Susan Garcia:** Managing Director

For any personnel identified as a Key Personnel, CONTRACTOR will not replace such Key Personnel unless COMPANY so agrees, which agreement shall not be unreasonably withheld, except in the event the applicable Key Personnel resigns, is disabled or his/her employment is terminated by CONTRACTOR. If a Key Personnel is to be replaced whether at CONTRACTOR or COMPANY's request, CONTRACTOR will strive to achieve a smooth transition. CONTRACTOR will not charge COMPANY any additional fees or charges for the replacement such Key Personnel. The replacement Key Personnel provided by CONTRACTOR will become a Key Personnel as defined herein and shall have substantially similar skills and experience as the Key Personnel being replaced. The parties' objective is to minimize any adverse impact to the services being provided to COMPANY hereunder.

CONTRACTOR PERSONNEL AUTHORIZED TO ATTEND MEETINGS WITH COMPANY PERSONNEL PERTAINING TO THE WORK

**Tate Anderson:** Partner
**Matt Smith:** Partner
**Susan Garcia:** Managing Director
**Ross Rexer:** Managing Director

PRIVILEGES CLAIMED BY COMPANY, WITH RESPECT TO DELIVERABLES OR OTHER DOCUMENTS HEREAFTER DESIGNATED BY COMPANY

\_\_\_\_\_   ATTORNEY-CLIENT COMMUNICATION

\_\_\_\_\_   ATTORNEY WORK PRODUCT

\_\_\_\_\_   TAX ADVISOR

\_\_\_\_\_   OTHER:_____

C 0631124 C

## LIST OF ATTACHMENTS

COMPANY and CONTRACTOR agree that the following described attachments, if any, are incorporated herein in their entirety as fully as completely rewritten herein.

None noted

Work not specified above may be authorized only through a separate Schedule A-X, or through an amendment or supplement to this Schedule A-24.

**KPMG LLP**                                                          **EFH CORPORATE SERVICES COMPANY**

By: _____                          By: _____

Signature                                                                   Signature

Name:  Susan Garcia                                              Name: Kolten K Sarver

Title:    Managing Director                                        Title:     VP, IT Governance & Strategy

Date:    November 6, 2014                                       Date:     November XX, 2014

## __EXHIBIT 8__

**EA Strategy Foundation**

EFH - Enterprise Architecture Strategy – Foundation Phase

## SCHEDULE A-25

Following the parties' execution of this Schedule A-25, CONTRACTOR, (also referred to as "KPMG" is authorized to perform the Work as identified below on behalf of COMPANY, also referred to as "EFH Corporate Services Company", pursuant to the terms and conditions contained in the Master Services Agreement C0631124C ("the Agreement") dated November 1, 2009.

## SCOPE OF WORK AND DELIVERABLES

The Work will be performed in accordance with the specifications and instructions, if any, attached hereto and identified in the List of Attachments.  The Work will be scheduled at the direction of COMPANY's Contract Coordinator as identified herein.

## BACKGROUND

COMPANY's IT Governance and Strategy ("ITG&S") organization recognizes the need to clearly understand the key desired outcomes from its customer base, clearly define its organizational function, and transform its operating model and services to support and enable partner expectations.

As part of the ITG&S organization, the Enterprise Architecture & Innovation team ("EA&I") will be responsible for aligning corporate and business unit strategic objectives, priorities, and initiatives with the technical direction and delivery methodology of COMPANY's IT services across the infrastructure, applications, and security/compliance towers.  AE&I will focus on three major areas:

- Enterprise Architecture,
- Process Excellence, and
- Technology Innovation & Strategy.

EA&I seeks to (1) understand its current-state gaps, (2) develop a target-state vision, and (3) create an actionable roadmap to support both the near term tactical and the long term strategic needs of the business enterprise as it specifically relates to the Enterprise Architecture ("EA") aspect of the EA&I charter.

Work performed during the first or "Foundation Phase" of this engagement will establish the key foundational components of EA&I and a baseline which supports the longer term strategic needs and the target-state vision for an EA governance model applicable to all future technology-based solutions of COMPANY.

## PROJECT OBJECTIVES

The ITG&S business unit has asked CONTRACTOR to assist with the development of the target-state functional and operational design models for EA&I.

The key objectives of the Foundation Phase are:

EFH - Enterprise Architecture Strategy – Foundation Phase

- Define the EA&I functions
- Develop the target-state EA&I functional and operational models – comprised of the vision, engagement model, core service offerings, delivery and organizational structure
- Create the roadmap for adopting and transitioning to the target-state EA&I functional and operational models


## DESCRIPTION OF SERVICES TO BE PERFORMED

CONTRACTOR will support the planning, analysis and design of the EA&I target-state for the functional and operating models, as well as the creation of the roadmap and transition to the new models.

### 1. Develop the Target-State Operating Model

The targeted operating model will define EA&I vision, the customer engagement model, core service offerings, and the delivery & service fulfillment layer. CONTRACTOR will support the development of the target-state operating model through the following key activities:

Assessment of the Current State
- Capture and align within the current state, the inbound needs and requests (the business unit request); key challenges with delivery, resource skills, and operations; desired outcomes; and areas of improvement (pain points)
- Develop strategic requirements which align with key inputs and leading/best practices

Development of the Target-State Operating Model
- Define the customer and engagement model
- Define high-level core service offerings (service catalog) and structure
- Define core governance, delivery, and organizational structure
- Review the current Architecture Review Board structure & effectiveness

### 2. Define the EA&I Functional Organization

The EA&I functional design will define the target-state value drivers, roles and responsibilities, and organizational structure. CONTRACTOR will support the development of the EA&I functional design including the following key activities:

- Define the key value drivers and targeted outcomes of the EA&I function
- Validate value drivers and targeted outcomes with customer stakeholders
- Develop and define the EA&I function, roles, responsibilities and RACI matrix
- Develop EA&I job description(s)

### 3. Define the Transition Plan and Roadmap

The EA&I target-state roadmap will outline the key long term activities and near term tactics to transition to the target state. CONTRACTOR will provide support in the development of the EA&I target-state roadmap including the following key activities:

2

EFH - Enterprise Architecture Strategy – Foundation Phase

- Develop a near term plan to initiate and transition to the target operating state
- Develop a high-level 3-5 year strategic roadmap

## DELIVERABLES

| Stream | Deliverables | Description |
|---|---|---|
| Target-State Operating Model | 1.  EA&I Vision Summary | ▪ Clear, concise definition of the target-state vision and key strategic requirements for EA&I (a summary that will be incorporated into the target operating model document) |
| | 2.  Target Operating Model | ▪ Target state operating model framework and description of customer engagement, core offerings, and delivery model for EA&I |
| EA&I Functional Design | 3.  Key Value Drivers | ▪ Document which describes core value drivers and targeted outcomes for EA&I |
| | 4.  Functional Definition | ▪ Functional descriptions of key activities, skills assessments, RACI matrix, roles, and job descriptions |
| Roadmap and Transition Plan | 5.  High Level Strategic Roadmap | ▪ Near, mid, and long term elements of the roadmap outlining key activities for achieving the target-state vision |

## SCHEDULE, RESOURCES, AND PROFESSIONAL SERVICES FEES

The duration of the engagement for the EA&I Foundation Phase is estimated at approximately 6-8 weeks, commencing the week of November 10, 2014 (the "Effective Date") and completing December 19, 2014.

The anticipated schedule of activities is outlined below:

3

EFH - Enterprise Architecture Strategy – Foundation Phase



TOM –        Targeted Operating Model
JD -         Job Descriptions


Team Structure:



| Role | Resource | Rate/Hour | Hours/Wk. | Weeks | Est. Hours | Est. Fees |
|------|----------|-----------|-----------|-------|------------|-----------|

EFH - Enterprise Architecture Strategy – Foundation Phase

| SME Guidance / Time (IT Target Operating Model, Service Design)* | Susan Garcia, Augustus Oakes, Paul Fritz | $325 | 6 | 8 | 48 | $15,600 |
|---|---|---|---|---|---|---|
| Director, Engagement Lead and IT Service Strategy / Design | TBD | $295 | 35 | 8 | 280 | $82,600 |
| Manager, IT Service Management | TBD | $245 | 40 | 8 | 320 | $78,400 |
| Sr. Enterprise Architect | TBD | TBD | TBD | | | |
| Enterprise Architect | TBD | TBD | TBD | | | |
| | | | | | 648 | |
| | | | | | Total Est. | $176,600 |
| | | | | | | |
| | | | | | | |

*SME Time as needed

The estimated fees for this effort are $176,600 and this project is not authorized to exceed $176,600 for labor plus up to 15% of actual fees for travel expenses. The expected blended rate is $272/hr, and CONTRACTOR will bill only for hours spent performing substantive Work for COMPANY. Any extension or increase in spend will require amendment to this Schedule A-25. The project team will be on site for 3-4 days per week for the duration of the project. Normal and reasonable travel expenses will be reimbursed in accordance with Article 5 and Attachment 5 of the Agreement (Reimbursable Expense Policy). Only actual expenses will be billed.

The rates specified in this Schedule A-25 will remain in effect, with respect to and until completion of the Work authorized pursuant to this Schedule A-25.

All invoices shall be sent to:

> Accounts Payable
> EFH Corporate Services Company
> 1601 Bryan St
> Dallas, TX 75201
>
> With an electronic copy to:
>
> EFHITAP@EnergyFutureHoldings.com

## CLIENT PARTICIPATION AND RESPONSIBILITIES

During the development of this engagement, CONTRACTOR has been guided by certain assumptions about the project scope, and level of COMPANY's involvement and support.

CONTRACTOR requires the support of COMPANY's personnel in order to achieve timely completion of the project. Support includes, but is not limited to:

- Assisting with activities set forth in this document
- Providing timely collection and provision of all documents reasonably requested by the project team (and other documents that are relevant to project Deliverables)

5

- Making available key COMPANY personnel to participate in project activities as reasonably requested by the project team
- Providing access to CONTRACTOR or COMPANY data sources as needed to complete Deliverables
- Reviewing and providing feedback on Deliverables as requested
- Helping with the scheduling and coordination of interviews and meetings with Exelon and third party personnel as needed (e.g. telecommunication providers)

## OTHER MATTERS

CONTRACTOR will provide services in accordance with the terms and conditions of this SOW. CONTRACTOR services as outlined herein constitute an Advisory Engagement conducted under the American Institute of Certified Public Accountants ("AICPA") Standards for Consulting Services. Such services are not intended to be an audit, examination, attestation, special report or agreed-upon procedures engagement as those services are defined in AICPA literature applicable to such engagements conducted by independent auditors. Accordingly, these services will not result in the issuance of a written communication to third parties by CONTRACTOR directly reporting on financial data or internal control or expressing a conclusion or any other form of assurance.

**Sarbanes-Oxley Act of 2002**

The following paragraph supersedes Article 43(a) of the Agreement

In accepting this engagement, the COMPANY acknowledges that completion of this engagement or acceptance of Deliverables resulting from this engagement will not constitute the sole basis for its assessment or evaluation of internal control over financial reporting or the primary basis for its compliance with its principal officer certification requirements under Section 302 of the Sarbanes-Oxley Act of 2002 (the Act). This engagement shall not be construed to be the sole basis to support the COMPANY'S responsibilities under Section 404 of the Act requiring each annual report filed under Section 13(a) or 15(d) of the Securities Exchange Act of 1934 to contain an internal control report from management. It is the responsibility of COMPANY management to establish and maintain an adequate internal control structure and procedures for financial reporting and to assess, as of the end of the most recent fiscal year of the COMPANY, the effectiveness of the internal control structure and procedures of the COMPANY for financial reporting.

## RESERVATION OF RIGHTS

Notwithstanding anything herein to the contrary, COMPANY will compensate CONTRACTOR for the Work (a) only after CONTRACTOR's engagement by COMPANY has been approved by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") pursuant to section 327(a) of the Bankruptcy Code and (b) in accordance with any order entered by the Bankruptcy Court governing the compensation or reimbursement of fees of parties employed pursuant to section 327(a) of the Bankruptcy Code.

**IN WITNESS WHEREOF**, the parties hereto have caused this Statement of Work to be executed by their duly authorized representatives as of the date first written above.

**KPMG LLP**                                    **EFH CORPORATE SERVICES COMPANY**


By: _____                By: _____
        Signature                                      Signature

Name:  Susan Garcia                            Name:  Kolten K Sarver

Title:   Partner                               Title: VP of IT Governance and Strategy

Date:   November 6, 2014                       Date: November _7_ , 2014


*"This proposal is made by KPMG LLP, a U.S. limited liability partnership and a member firm of the KPMG network of independent member firms affiliated with KPMG International, a Swiss cooperative, and is in all respects subject to our client and engagement acceptance procedures as well as the negotiation, agreement, and signing of a specific engagement letter or cont. KPMG International provides no client services. No member firm has any authority to obligate or bind KPMG International or any other member firm vis-à-vis third parties, nor does KPMG International have any such authority to obligate or bind any member firm."*

7

## **EXHIBIT 9**

**Phase II IT Costing Apptio Service Catalog**

C 0631124 C

## SCHEDULE A-26
## PHASE II IMPLEMENTATION

Following the parties' execution of this Schedule A-26, KPMG LLP ("CONTRACTOR") is authorized to perform the work ("Work") as identified below on behalf of EFH Corporate Services Company (the "COMPANY") pursuant to the terms and conditions contained in the Master Services Agreement C0631124C ("the Agreement") dated November 1, 2009, as amended.

## SCOPE OF WORK AND DELIVERABLES

The Work will be performed in accordance with the specifications and instructions, if any, attached hereto and identified in the List of Attachments. The Work will be scheduled at the direction of COMPANY's Contract Coordinator as identified herein.

## SCOPE OF WORK AND APPROACH

CONTRACTOR will assist with the implementation of the Foundational Phase recommendations detailed in the approved requirements (see Exhibit A and B) which includes:

- Redesigned service catalog ("Service Catalog"), cost and budget models ("Cost and Budget Models")
- Initial total cost of ownership ("TCO") design
- Redesigned data architecture to support the new models
- Out of the box ("OOB") reports and security access

The scope does not include:

- Service billing
- New data sources
- IT operations users
- Business unit users
- End user training
- Organizational change management ("Change Management")
- Process adoption

.The engagement will include the following activities and deliverables ("Deliverables") for those requirements ("Requirements") that are set forth in the completed Requirements Traceability Matrix ("RTM") in Exhibit A.

| Phase | Key Tasks | Deliverables |
|---|---|---|
| **Technical Design** | **Service Costing Solution:**<br>• Develop the technical design document ("Technical Design Document")<br>• Validate Technical Design Document with core team ("Core Team")<br>• Build use cases ("Use Cases")<br>• Validate Use Cases with Core Team, IT Finance and IT Operations<br>**Data Architecture:**<br>• Develop Technical Design Document<br>• Validate Technical Design with Core Team<br>• Build Use Cases | • Technical Design Document<br>• Data Architecture Design<br>• Master Data Management (MDM ) Process and Governance<br>• Data Transformation Rules<br>• Prioritized Data Quality Plan |

C 0631124 C

| Phase | Key Tasks | Deliverables |
|---|---|---|
| | • Validate Use Cases with Core Team<br>• Develop MDM Process and Governance | • Use Cases |
| *Configuration* | **Service Costing Solution:**<br>• Update configuration for the Cost and Budget Models and unit test<br>• Enable OOB reports and unit test<br>• Conduct a comparative analysis of custom and OOB reports and determine which OOB reports to implemented<br>• Develop custom reports ("Custom Reports")<br>• Validate configuration with Core Team<br>**Data Architecture:**<br>• Update Data Transformation Rules<br>• Implement MDM Process and Governance Data Link configuration, unit testing and documentation will be performed by Apptio<br>**Testing Preparation:**<br>• Development of a test plan ("Test Plan")<br>• Support development of a support plan ("Support Plan") | • Service Catalog Configured<br>• Cost & Budget Model Configured<br>• Data Transformation Rules setup Test Plan |
| *Validation* | • Supports execution of Test Plan<br>• Supports resolution of issues/bugs<br>• Performs root cause analysis ("RCA") of issues/bugs<br>• Validates fixes with Technology Business Management Administrator ("TBMA")<br>• Manages list of outstanding issues/bugs | • End User Testing Support<br>• Bug/Fix Support<br>• Updated Solution Requirements Document and Run Book |
| *Operationalization* | • Walks through the project milestones and overall engagement<br>• Reviews the risk & issues log<br>• Validates project documentation<br>• Validates process and governance<br>• Reviews post configuration handoff documents and presentations<br>• Reviews post configuration handoff document and presentation<br>• Reviews the Service Costing Assessment roadmap | • Production Support<br>• Impact Assessment for IT Finance/IT Operations<br>• Adoption Roadmap and Remediation |
| *Model Reconciliation* | • Finalizes model reconciliation between the new Apptio model and the manual Excel model<br>• | • Final Model Reconciliation |

**COMPANY Key Stakeholder Roles:**

| Role | Responsibility |
|---|---|
| Project Manager | • Engages as the overall Project Manager ("PM") for COMPANY<br>• Assists the CONTRACTOR Project Manager with the development and management of the project plan and governance<br>• Manage the COMPANY resources, schedule and deliverables<br>• Coordinates and manages as cross-functional support resource as needed<br>• Provides project status and timely identification of risks, issues and mitigation steps |

C 0631124 C

| Role | Responsibility |
|---|---|
| | • Manages the User Acceptance Testing Process |
| IT Finance SME | • Liaison to the IT Finance Team<br>• Participates in the development of Use Cases and Test Scripts<br>• Participates in End User Testing and documents testing results<br>• Reviews the Process Flows and Governance document<br>• Provides input for updates to training content<br>• Participates in the delivery of end user training |
| IT Operations SME | • Liaison to IT Operations<br>• Participates in the development of Use Cases and Test Scripts<br>• Participates in End User Testing and document testing results<br>• Reviews the Process Flows and Governance document<br>• Provides input for updates to training content<br>• Participates in the delivery of end user training |
| Service Costing SME | • Validates that Solution Design will meet approved Requirements<br>• Performs as Solution owner<br>• Assists with model reconciliation process and governance documentation<br>• Determines impact the new solution will have on current business processes and governance<br>• Reviews and approves Deliverables |
| Data Architect | • Participates in walk-through of Solution Design<br>• Coordinates with Data Management SMEs, Representatives, ETL and Testers on business process integration and validation<br>• Confirms future information architecture, metadata, data model and business semantics layers<br>• Reviews CONTRACTOR's proposed data model and roadmap to meet current and future needs in the data design and content<br>• Provides input on data acquisition strategy as needed |
| Source Data Owners | • Reviews business requirements including data flows and interfaces to/from CMDB and other sources for in-scope data sources<br>• Provided sample data extracts, validated data maturity, assists with development of data quality plan ("Data Quality Plan")<br>• Assists with data analysis and mapping data and business requirements to Apptio<br>• Assists with testing |
| TBMAs | • Participates in design/validation sessions, as needed<br>• Builds Process Flows and documentation<br>• Develops User Acceptance Test Scripts<br>• Assists with configuring model(s) within Apptio<br>• Validates financial, metric and operational data inputs<br>• Debugs and troubleshoots model<br>• Validates model results<br>• Assists with build of Custom Reports<br>• Serves as resident data expert (rules, transformations, data relationships) as configured in the tool |

C 0631124 C

**CONTRACTOR Project Roles:**

| Role | Responsibility | Resources |
|---|---|---|
| Engagement Lead | • Provides Technology Business Management (TBM) Vision<br>• Provides project oversight, leadership, and quality assurance ("Quality Assurance")<br>• Serves as escalation point for all CONTRACTOR project resources, Deliverable and budget issues<br>• Serves as Contractor Resource Management and Project Coordinator | Susan Garcia |
| Engagement Manager | • Collaborates with COMPANY's overall PM<br>• Assists the COMPANY PM with the development and management of the project plan and governance<br>• Manages the CONTRACTOR resources, schedule and Deliverables<br>• Provides project status and timely identification of risks, issues and mitigation steps<br>• Manages the Quality Assurance process for Deliverables<br>• Develops a Test Plan | Maria Potter |
| Service Costing SME | • Validates that Solution Design will meet approved requirements<br>• Creates Use Cases<br>• Trains COMPANY on the development of Use Cases, Process Flows and Test Scripts<br>• Supports model testing and validation process<br>• Manages model reconciliation design & documentation | Len Epelbaum |
| Service Costing Support MGT | • Support model remediation process ("Model Remediation Process")<br>• Documents & supports Model Remediation Process<br>• Assist with the development of Use Cases | Harish Bharadwaj |
| Apptio Architect | • Reviews Apptio model technical design changes<br>• Reviews Apptio configuration updates and validates against functional requirements<br>• Provides Apptio design leading practices<br>• Participates in requirements gathering/validation sessions, as needed | Nancy Braun |
| Tech Lead & Data Architect | • Coordinates with Apptio SME and Apptio configurator to assure correct data alignments and Apptio designs<br>• Works with Service Costing Manager, TBMA(s) and Data Owners to implement Data Management best practices<br>• Participates in requirements validation sessions<br>• Reviews technical Solution Design<br>• Manages Apptio technical model changes<br>• Provides oversight and QA for all Apptio Data Link and Custom Report development Work | Brian Marr |
| Apptio Configurator | • Participates in technical design sessions<br>• Converts functional requirements into Apptio model technical design changes<br>• Implements Apptio configuration changes<br>• Updates Solution Requirements Document<br>• Unit tests configuration changes<br>• Supports COMPANY User Acceptance Testing<br>• Provides bug/fix support during User Acceptance Testing | Chris Hayes |

C 0631124 C

## DELIVERABLES

The following is a description of key Deliverables to be produced by CONTRACTOR through the delivery of the Work described in this SOW.

| # | Deliverable Title | Deliverable Description |
|---|---|---|
| 1 | Technical Design | Technical design of the requirements and functional design captured in the approved Requirements Traceability Matrix (RTM). This will be an update of the COMPANY current Solution Requirements Document (SRD). |
| 2 | Use Cases | Use Cases - Description of COMPANY business scenarios that describe a specific requirement identified in the RTM. |
| 3 | User Acceptance Testing Plan | A plan that documents the tasks, Deliverables and resources needed to complete the end user testing cycle validating the COMPANY Apptio Service Costing Solution Design. |
| 4 | Data Architecture Design | A schema and supporting documentation that shows data sources, which Apptio input tables they feed into, and what sort of information will be extrapolated from these data sources. |
| 5 | Updated Cost Model(s) | Actual configuration of the Apptio Cost and Budget models that currently exist in the COMPANY Apptio environment within. Descriptions of objects, their sources, allocation methods, and potential uses to be included. |
| 6 | Data Transformation Rules | A document that shows how various data sources and their respective elements will be transformed from source to master data elements. |
| 7 | Prioritized Data Quality Plan | A plan that documents the tasks, Deliverables and resources to mature the data needed to support and enhance the COMPANY Apptio Service Costing Solution Design. Plan will also give an agreed to, estimated, time to implement the changes for each set of task, Deliverable, and resource. |
| 8 | Monthly Data Load & Validation Process & Governance | Process Flow - Graphic depiction of the steps, artifacts, timing, and responsible resources involved in loading and validating data files with supporting descriptions. Governance – Document of the COMPANY required standards, approvals and documentation to upload and validate the data files. |
| 9 | Solution Requirements Document & Run Book | Develop a Solution Requirements Document & Run Bookdocumenting the the service definitions, service catalog, model configuration, data transformation rules. Custom reports will be documented by Apptio. |

C 0631124 C

| # | Deliverable Title | Deliverable Description |
|---|---|---|
| 10 | Master Data Management Process and Governance | Process Flow - Graphic depiction of the steps, artifacts, and resources involved in creating, validating, and managing master data with supporting descriptions.  Governance – Document of the COMPANY required standards, approvals and documentation to manage master data within Apptio and associated systems providing data to the Apptio tool. |
| 11 | Model Reconciliation | Assistance to complete the reconciliation between the manual Excel spreadsheet and the new Apptio Cost model once it is updated and tested.  Differences may continue to exist. |

The Deliverables presented as part of this engagement are for the internal use of COMPANY management, the Audit Committee and Board of Directors. CONTRACTOR disclaims any intention or obligation to update or revise the observations whether as a result of new information, future events or otherwise. Should additional documentation or other information become available which impacts the observations reached in the producing the Deliverables, CONTRACTOR reserves the right to amend its observations and summary documents accordingly.

The primary Deliverable for this phase will be a documented set of planned activities and related resource estimates for consideration in the Phase 1 remediation effort.

The draft Deliverables will be provided to the Project Sponsor for review, comment and approval prior to delivering the final version of the Deliverables.

Contract Coordinator: Kolt Sarver             Phone Number: (214) 812-2018

- Deliverables will not be prepared on CONTRACTOR letterhead or contain the CONTRACTOR logo or other references to CONTRACTOR. These deliverables may be prepared on COMPANY letterhead or contain the COMPANY logo, if instructed by the Project Sponsor.

- CONTRACTOR may attach a transmittal communication to each deliverable, or provide a periodic transmittal communications referring to the deliverables that have been provided previously. Neither this CONTRACTOR transmittal communication, nor a copy thereof, should accompany any reports or deliverables shared outside COMPANY.  Should COMPANY attach its own transmittal letter when reports or deliverables are shared externally, such transmittal letter may not indicate that the report or deliverable was prepared by CONTRACTOR or that the findings were based on input or test work provided by CONTRACTOR.  Further CONTRACTOR's role in supporting COMPANY internal audit function or other projects may not be publicly disclosed (other than to COMPANY's external auditor) without CONTRACTOR's written consent.

## COMPANY PARTICIPATION AND RESPONSIBILITIES

During the development of this Schedule A-26, CONTRACTOR has been guided by certain assumptions about the project scope, and level of COMPANY's involvement and support.

COMPANY's management is responsible for establishing and maintaining an effective internal control structure. CONTRACTOR's assistance is intended to help management in fulfilling these responsibilities.

COMPANY's management will designate a Project Sponsor, a senior member of management who has the requisite skills and competencies for overseeing the services being provided.  The Project Sponsor is

responsible for establishing the objectives and scope and determining the nature, timing, and extent of testing procedures; for approving, the service delivery plan; and for maintaining appropriate day-to-day oversight of the CONTRACTOR team. In addition, the Project Sponsor will have responsibility for reviewing and approving Deliverables prepared during the engagement that document the results; for coordinating with management to determine whether control matters of concern noted constitute deficiencies, significant deficiencies or material weaknesses; for reporting the results within COMPANY's reporting structurefor evaluating the observations and recommendations that arise from the services; and for monitoring corrective action taken.

Notwithstanding the foregoing, CONTRACTOR shall not be obligated to fulfill any particular obligation to provide Work as specified above, to the extent (and solely to the extent) that CONTRACTOR is unable to fulfill such obligation, as a direct result of any of the following dependencies not being completed in all material respects:

- COMPANY project staff accessible to CONTRACTOR project team in a timely manner. Timely access to COMPANY personnel and stakeholders for workshops and meetings. These resources will be identified early in the project based on the activities in scope.
- Responsiveness - COMPANY will respond to CONTRACTOR's requests for information, documentation, clarification, or assistance in a timely and adequate manner.
- COMPANY to provide a point of contact with access to COMPANY resource calendars to help CONTRACTOR with scheduling of meetings and workshops.
- COMPANY will ensure that all reviews and approvals of work products are conducted within a reasonable timeframe allowing for timely completion of work products. Any delays impacting the ability to review and approve work products on time will result in change orders
- Any activities or work products outside the listed scope will require assessment and written approval by both COMPANY and CONTRACTOR
- BUYER will contract Apptio Consulting Services to configure and unit test Data Link and the custom reports listed in Exhibit B.

## OTHER MATTERS

CONTRACTOR will provide their services in accordance with the terms and conditions of this Schedule A-26 and the Agreement. CONTRACTOR services as outlined in this letter constitute an Advisory Engagement conducted under the American Institute of Certified Public Accountants ("AICPA") Standards for Consulting Services. Such services are not intended to be an audit, examination, attestation, special report or agreed-upon procedures engagement as those services are defined in AICPA literature applicable to such engagements conducted by independent auditors. Accordingly, these services will not result in the issuance of a written communication to third parties by CONTRACTOR directly reporting on financial data or internal control or expressing a conclusion or any other form of assurance.

## WORK SITE

The Work Site will be the following location(s): CONTRACTOR &/or COMPANY offices located in the Dallas, TX area. It is estimated that the project team will be on-site 75% over the 5 month duration.

## TIMING

The engagement will commence on or around November 10, 2014 (the "Effective Date") and conclude by March 31, 2015. The project will run approximately five (5) months.

## COMPENSATION, INVOICES AND PAYMENT

C 0631124 C

As full compensation for the satisfactory performance by CONTRACTOR of the Work authorized pursuant to this Schedule A-26, COMPANY will compensate CONTRACTOR as follows.

### PROFESSIONAL AND SUPPORT STAFF FEES SCHEDULE

| Role | Estimated Hours | Rate |
|------|-----------------|------|
| Engagement Lead | 54 | $350/hr |
| Engagement Manager | 356 | $340/hr |
| Service Costing SME | 528 | $300/hr |
| Service Costing Support SME | 232 | $225/hr |
| Apptio Architect | 25 | $185/hr |
| Tech Lead & Data Architect | 480 | $150/hr |
| Apptio Configurator | 480 | $110/hr |

The estimated fees for this effort are $ 480,000 and this project is not authorized to exceed $480,000. The expected blended rate is $223/hr, and CONTRACTOR will bill only for hours spent performing substantive Work for COMPANY. Any extension or increase in spend will require an amendment to this Schedule A-26. Only normal and reasonable travel expenses will be reimbursed in accordance with Article 5 and Attachment 5 of the Agreement (Reimbursable Expense Policy). Only actual expenses will be billed.

The rates specified in this Schedule A-26 will remain in effect, with respect to and until completion of the Work authorized pursuant to this Schedule A-26.

All invoices shall be sent to:

> Accounts Payable
> EFH Corporate Services Company
> 1601 Bryan St
> Dallas, TX  75201

> With an electronic copy to:

> EFHITAP@EnergyFutureHoldings.com

### RESEVATION OF RIGHTS

Notwithstanding anything herein to the contrary, COMPANY will compensate CONTRACTOR for the Work (a) only after CONTRACTOR's engagement by COMPANY has been approved by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") pursuant to section 327(a) of the Bankruptcy Code and (b) in accordance with any order entered by the Bankruptcy Court governing the compensation or reimbursement of fees of parties employed pursuant to section 327(a) of the Bankruptcy Code.

### KEY PERSONNEL

Personnel furnished by CONTRACTOR to COMPANY for performing efforts under this Schedule A-26 will have adequate qualifications to perform the work described herein. In the event any of CONTRACTOR's personnel gives reasonable indications that they are not able to perform in accordance with this Schedule A-26, COMPANY shall notify CONTRACTOR of such fact, and such CONTRACTOR personnel shall be removed. CONTRACTOR agrees to use its best efforts to ensure the continuity of the assignment of

C 0631124 C

CONTRACTOR's employees assigned under this Schedule A-26 and CONTRACTOR will promptly provide substitute(s) for any of its employees who may be removed or reassigned.

The following personnel furnished by CONTRACTOR have been identified as critical to the success of the completion of this Schedule A-26:

**Managing Director:** Susan Garcia
**Director:** Maria Potter

For any personnel identified as a Key Personnel, CONTRACTOR will not replace such Key Personnel unless COMPANY so agrees, which agreement shall not be unreasonably withheld, except in the event the applicable Key Personnel resigns, is disabled or his/her employment is terminated by CONTRACTOR. If a Key Personnel is to be replaced whether at CONTRACTOR or COMPANY's request, CONTRACTOR will strive to achieve a smooth transition. CONTRACTOR will not charge COMPANY any additional fees or charges for the replacement such Key Personnel. The replacement Key Personnel provided by CONTRACTOR will become a Key Personnel as defined herein and shall have substantially similar skills and experience as the Key Personnel being replaced. The parties' objective is to minimize any adverse impact to the services being provided to COMPANY hereunder.

CONTRACTOR PERSONNEL AUTHORIZED TO ATTEND MEETINGS WITH COMPANY PERSONNEL PERTAINING TO THE WORK

**Susan Garcia**
**Maria Potter**
**Denis Berry**

PRIVILEGES CLAIMED BY COMPANY, WITH RESPECT TO DELIVERABLES OR OTHER DOCUMENTS HEREAFTER DESIGNATED BY COMPANY

\_\_\_\_\_ ATTORNEY-CLIENT COMMUNICATION

\_\_X\_\_ ATTORNEY WORK PRODUCT

\_\_\_\_\_ TAX ADVISOR

\_\_X\_\_ OTHER:\_Intellectual Property, Trade Secrets

### LIST OF ATTACHMENTS

COMPANY and CONTRACTOR agree that the following described attachments, if any, are incorporated herein in their entirety as fully as completely rewritten herein.

1. Exhibit A – Phase II Requirements Traceability Matrix Spreadsheet
2. Exhibit B – Phase II Scope List

Work not specified above may be authorized only through a separate Schedule A-X, or through an amendment or supplement to this Schedule A-26.

[SIGNATURE PAGE FOLLOWS]

C 0631124 C

**KPMG LLP**

By: _Susan B. Garcia_
Signature

Name:  Susan Garcia

Title:  Managing Director

Date:  November 7, 2014

**EFH CORPORATE SERVICES COMPANY**

By: _____
Signature

Name:  Kolten K Sarver

Title:  VP of IT Governance and Strategy

Date: November 7, 2014

C 0631124 C

## EXHIBIT A – REQUIREMENTS TRACEABILITY MATRIX

*[PLEASE REFER TO THE ATTACHED SPREADSEET]*

C 0631124 C

## EXHIBIT B – SCOPE LIST

**Data Sources & File Extracts:**

| Data Source | Data Owner | Data File | Data Type |
|---|---|---|---|
| ADDM Tool | Adam Klipp | ADDM Server Mapping Luminant RAW | Mapping /CMDB data |
| ADDM Tool | Adam Klipp | ADDM Server Mapping TXU RAW | Mapping /CMDB data |
| CMDB | Adam Klipp | Application List RAW | Mapping /CMDB data |
| HCL email with counts | Anurag Bhanot | Consumption  Email ID Count RAW | Consumption data |
| Security email with counts | Loren Woeber | Consumption  Firewall Count RAW | Consumption data |
| HCL email with counts | Anurag Bhanot | Consumption  IMAC Ticket Count RAW | Consumption data |
| Security email with counts | Eric Kim | Consumption  ITGC | Consumption data |
| ePeople | Christie Giles | Consumption  RACF ID Count RAW | Consumption data |
| Excel file with counts | Amit Pawar | Consumption  VPN Port Count RAW | Consumption data |
| Excel file with counts | Tony Jurica | Consumption  VoIP Count RAW | Consumption data |
| HCL email with counts | Anurag Bhanot | Consumption  Wireless Count RAW | Consumption data |
| Excel file with counts | Tony Jurica | Consumption  Wireline Count RAW | Consumption data |
| Excel file with detailed data | Aishwary Bohra | Consumption Workstation Count RAW | Consumption data |
| CMDB | Adam Klipp | Database Summary RAW | Mapping /CMDB data |
| Excel File | Andres Galvis | Depreciation RAW | Financial/Operational data |
| Excel file/Hyperion | Tisha Harvey | Headcount Actual RAW | Financial/Operational data |
| Hyperion | Tisha Harvey | Headcount Plan RAW 2014 | Financial/Operational data |
| Peoplesoft | Angela Tortorice | OpEx Actual RAW | Financial/Operational data |
| Hyperion | Angela Tortorice | OpEx Forecast RAW | Financial/Operational data |
| CMDB | Adam Klipp | Server Raw | Mapping /CMDB data |
| Excel file (team plans to automate) | Nanette Sales | Storage RAW | Mapping /CMDB data |

C 0631124 C

**Custom Reports:**

| Requirement | OOB Report to Leverage | Priority | Comments |
|---|---|---|---|
| Ability to run reports on a monthly basis for the following : Expense code, cost driver, tower, business unit, total, project code, etc | IT Finance Dashboard | High | |
| Ability to display graphically the monthly variance between Plan/Actual/Forecast for various expense types and or cost drivers (e.g.: Software maintenance, HW, Labor, etc..) | Services | High | |
| Be able to report on the cost driver breakdown by the following: HCL, Cap, Labor & Expenses, Hardware, Software, Telecom, 3rd party contractors, Other etc | N/A | High | |
| Should be able to display headcount charts by the following criteria: Business units, towers, cost driver, EC, etc. | CIO Dashboard | Low | |
| Consolidated IT Spend Reports & Charts | Waterfall Report -IT Finance | High | |
| Annual waterfall view | N/A | Medium | |
| View of overall bill (showback) for each BU that includes Direct and EFH re-allocated spend on one tab | N/A | High | |
| Service Bill EBITDA view | N/A | Medium | |
| Depreciation by Project ID by BU report for Corp Planning | Performance | High | |

C 0631124 C

| Requirement | OOB Report to Leverage | Priority | Comments |
|---|---|---|---|
| This is an application sub report that shows the top 5 most expensive applications in a side bar chart along with the top 5 most expensive applications per user. | Cost Drivers | High | |
| This internal to IT report should give the CIO an indication of where the top 5 costs are coming from. This should also include pie chart that shows how all the towers consume the period's costs. A third chart should show the costs for each of the towers/services on a monthly basis over the course of time (year). | Cost Drivers | High | |
| The "Kolt Report" will show the list of the major applications at each BU, and then all of the Application component costs as the column headings across the top (e.g. labor, lic, server, storage, Db, etc) | Portfolio Owner Tile | High | |
| Service Bill Allocation tab should not show in Portfolio Owner report view | Portfolio Owner Tile | High | |
| Portfolio Owner report bar says IT Finance on orange tab | N/A | Low | |
| App TCO view has two "Back to Bill of IT" buttons | Labor Analysis | Low | |
| IT Cost Dashboard - Labor Analysis pie chart only displays "Other" | Consumption Actuals reports | Medium | |
| When slicing Consumption Actuals | N/A | Medium | |

C 0631124 C

| Requirement | OOB Report to Leverage | Priority | Comments |
|---|---|---|---|
| report, BU pickers reorder themselves | | | |
| No "Bill of IT" button for Kolt when drilling to app portfolio | IT Finance Dashboard | Medium | |