IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | : | Case No. 14-10979 (CSS) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |

**Objection Deadline: December 11, 2014 @ 4:00 p.m. (ET)**
**Hearing Date: December 18, 2014 @ 9:30 a.m. (ET)**

**NOTICE OF MOTION OF ALLEN SHRODE FOR RELIEF FROM THE
AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)**

PLEASE TAKE NOTICE that on November 26, 2014, Allen Shrode filed the **Motion of Allen Shrode for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d)** (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").  A copy of the Motion is attached hereto.

Any responses or objections to the Motion must be filed with the Bankruptcy Court in accordance with the local rules and served upon the undersigned counsel on or before **December 11, 2014 at 4:00 p.m. (ET)**.

IF NO OBJECTIONS ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

---

[1] The last four digits of Energy Future Holding Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

IN THE EVENT THAT ANY OBJECTION OR RESPONSE IS FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, A HEARING ON THE MOTION WILL BE HELD BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI AT THE BANKRUPTCY COURT ON **DECEMBER 18, 2014 AT 9:30 A.M. (ET)**

Dated:  November 26, 2014

By: /s/ *David W. Carickhoff*
David W. Carickhoff (No. 3715)
Jennifer L. Dering (No. 4918)
ARCHER & GREINER
A Professional Corporation
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801
Telephone (302) 777-4350
Facsimile (302) 777-4352
Email  dcarickhoff@archerlaw.com

    -and-

Ryan C. Johnson, Esq.
Rod Squires, Esq.
JOHNSON HOBBS SQUIRES LLP
1105 Wooded Acres Drive, Suite 701
Waco, TX  76710
Telephone (254) 732-2242
Facsimile (866) 627-3509
Email  rjohnson@jhsfirm.com

*Attorneys for Allen Shrode*

2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | : | Case No. 14-10979 (CSS) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |

**Objection Deadline: December 11, 2014 @ 4:00 p.m. (ET)
Hearing Date: December 18, 2014 @ 9:30 a.m. (ET)**

**MOTION OF ALLEN SHRODE FOR RELIEF FROM THE
AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)**

Allen Shrode ("Shrode" or "Movant"), by and through his undersigned counsel, hereby moves (the "Motion") pursuant to section 362(d)(1) of title 11 of the United States Code (the "Bankruptcy Code") for an order granting relief from the automatic stay to permit Movant to proceed with his personal injury claim now pending in Texas state court against Luminant Energy Company, LLC, Luminant Generation Company LLC, Luminant Mining Company LLC, and Luminant Renewables Company LLC (collectively, the "Debtor Defendants"), as well as other defendants. In support of this Motion, Movant respectfully states as follows:

**PRELIMINARY STATEMENT**

On or about December 2, 2013, Princess Three Operating LLC ("Princess Three", a Non-Debtor Defendant as defined below) entered into a Contract for Services ("Contract for Services")[2] with Oak Grove Management LLC to perform certain plugging work on oil and gas

---

[1] The last four digits of Energy Future Holding Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The Contract for Services was produced to Movant under this Court's Confidentiality Agreement and Stipulated Protective Order [Dkt. No. 1833], entered on August 13, 2014, and identified as "Confidential". Accordingly, a copy of the Contract for Services is not attached hereto but can be made available at any hearing, as necessary.

wells located at the Kosse Mine in Limestone County, Texas (the "Plug and Abandon Project"). Pursuant to the Contract for Services, Princess Three was required to maintain: (i) workers' compensation and employers' liability insurance, (ii) commercial general liability insurance, (iii) automobile liability insurance, and (iv) excess liability insurance (the employers' liability insurance, commercial general liability insurance, automobile liability insurance, and excess liability insurance shall be collectively referred to as the "Princess Three Insurance Policies"), all at certain levels set forth in the Contract for Services, Attachment 03 "Contractors Insurance Requirements".[3] Princess Three was required to name the Debtors (defined below) as additional insureds on all such policies except the workers' compensation policy, on which Princess Three was required to name the Debtors as an alternate employer. *Id.* Additionally, Princess Three agreed to defend, protect, indemnify and hold harmless the Debtors from and against all claims, causes of action, or any other basis and of every kind and character whatsoever, for personal injury of any member of the "CONTRACTOR Group" (as defined in the Contract for Services and of which Movant would be a member), arising out of or incident to or related in any way to, directly or indirectly, the Contract Services Agreement, or the Plug and Abandon Project work, services, or materials to be performed or supplied. *See* Contract for Services, Attachment 04 "Standard Terms and Conditions".

On or about January 10, 2014, Movant was asked by Non-Debtor Defendants to perform such welding cuts on the casing and/or piping underneath a certain oil and gas well (the "Well") in connection with the Plug and Abandon Project. Movant suffered horrific injuries while he cut the casing and/or piping of the Well, as the wellhead and upper casing tipped over onto him,

---

[3] It bears noting that the commercial general liability insurance, automobile liability insurance, and excess liability insurance policies are required to contain provisions specifying that the policies are primary as to the Debtors and will apply without consideration for other policies separately carried by the Debtors. Further, Princess Three is responsible for any deductibles or retentions under the Princess Three Insurance Policies, not the Debtors.

2