## CERTIFICATE OF SERVICE

I, *David W. Carickhoff*, hereby certify that on November 26, 2014, I caused a copy of the **Motion of Allen Shrode for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d)** and a copy of the **Notice of Motion** to be served on the parties on the attached list in the manner indicated therein.

                                                  */s/ David W. Carickhoff*
                                                  David W. Carickhoff (No. 3715)

**SERVICE LIST**

Marc Kieselstein, Esquire
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
312-862-2000 / 312-862-2200 (fax)
marc.kieselstein@kirkland.com
Energy Future Holdings Corp. *(Debtor)*

Jason M. Madron, Esquire
Richards, Layton & Finger, LLP
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
302-651-7595 / 302-651-7701 (fax)
madron@rlf.com
Energy Future Holdings Corp. *(Debtor)*

Lorenzo Marinuzzi, Esquire
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019
212-468-7900 (fax)
lmarinuzzi@mofo.com
The Official Committee of Unsecured Creditors

Mark Andrew Fink, Esquire
Montgomery, McCracken, Walker & Rhoads
1105 N. Market Street   Suite 1500
Wilmington, DE 19081
302-504-7811 / 302-504-7820 (fax)
mfink@mmwr.com
The Official Committee of Unsecured Creditors
of Energy Future Holdings Corp., Energy Future
Intermediate Holding Company, LLC, EFIH
Finance, Inc., and EECI, Inc. (EFH Committee)

Edward O. Sassower. Esquire
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
212-446-4800 / 212-446-4900 (fax)
esassower@kirkland.com
Energy Future Holdings Corp. *(Debtor)*

Richard L. Schepacarter, Esquire
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
302-573-6491 / 302-573-6497 (fax)
richard.schepacarter@usdoj.gov

Todd M. Goren, Esquire
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019
212-468-8000 / 212-468-7900 (fax)
tgoren@mofo.com
The Official Committee of Unsecured Creditors

Andrew Dietderich, Esquire
Sullivan & Cromwell LLP
125 Broad Street   #3835
New York, NY 10004
212-558-3830 / 212-558-3588 (fax)
dietdericha@sullcrom.com
The Official Committee of Unsecured Creditors
of Energy Future Holdings Corp., Energy Future
Intermediate Holding Company, LLC, EFIH
Finance, Inc., and EECI, Inc. (EFH Committee)

Christopher A. Ward, Esquire
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
302-252-0920 / 302-252-0921 (fax)
cward@polsinelli.com
The Official Committee of Unsecured Creditors

Howard Cohen, Esquire
Drinker Biddle & Reath LLP
222 Delaware Avenue
Suite 1410
Wilmington, DE 19801

Frederic Sosnick, Esquire
Shearman & Sterling, LLP
599 Lexington Avenue
New York, NY 10022-6069

Marshall Huebner, Esquire
Davis Polk & Wardell, LLP
450 Lexington Avenue
New York, NY 10017

Dennis Dunne, Esquire
Milbank Tweed Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY 10005

Jeremy Ryan, Esquire
Potter Anderson & Corroon, LLP
Hercules Plaza
1313 N. Market Street  6th Floor
Wilmington, DE 19801

Princess Three Operating LLC
c/o Donna Lattanzi, Registered Agent
2400 State Highway 322 North
Henderson, TX 75652

Princess Three Operating LLC
P.O. Box 1983
Henderson, TX 75653

11848679v2

2