# **EXHIBIT A**

**Statement of Fees and Expenses by Subject Matter**

| Project Category Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 001 | Asset Analysis and Recovery | 0.70 | $525.00 |
| 002 | Asset Disposition | 356.30 | $303,508.00 |
| 003 | Assumption and Rejection of Leases and Contracts | 16.50 | $10,554.00 |
| 006 | Business Operations | 5.40 | $5,549.00 |
| 007 | Case Administration | 113.10 | $82,578.50 |
| 008 | Claims Administration and Objections | 3.40 | $3,244.00 |
| 009 | Corporate Governance and Board Matters | 1.00 | $290.00 |
| 010 | Employee Benefits and Pensions | 12.80 | $9,146.50 |
| 011 | Employment and Fee Applications | 108.40 | $59,683.00 |
| 013 | Financing and Cash Collateral | 1.10 | $330.00 |
| 014 | Other Litigation | 46.10 | $25,105.00 |
| 015 | Meetings and Communications with Creditors | 206.00 | $174,781.50 |
| 016 | Non-Working Travel | 46.50 | $40,670.00 |
| 017 | Plan and Disclosure Statement | 28.40 | $21,651.00 |
| 021 | Tax | 576.20 | $377,681.00 |
| 022 | Valuation | 0.60 | $597.00 |
| 023 | Discovery | 966.10 | $636,402.00 |
| 024 | Hearings | 288.20 | $259,303.50 |
| 026 | Claims Investigation | 331.20 | $242,389.50 |
| 027 | First Lien Investigation | 472.40 | $308,142.00 |
| 029 | Other Motions/Applications | 59.50 | $40,988.50 |
| 032 | Time Entry Review | 35.60 | $28,552.00 |
| **Total Incurred** | | 3,675.5 | $2,631,671.00 |
| **Less Client-Accommodation for Non-Working Travel (50% of fees incurred)** | | | $(20,335.00) |
| **Less Client-Accommodation for Time Entry Review (100% of fees incurred)** | | | $(28,552.00) |
| **Total Requested** | | | $2,582,784.00 |

ny-1167258

| Service Description | Amount |
|---|---:|
| Photocopies | $694.40 |
| Color Copies | $1,792.00 |
| Reporting Fees | $6,326.35 |
| Search Fees | $1,463.10 |
| Travel | $9,170.45 |
| On-line Research – LEXIS | $11,438.75 |
| On-line Research – WESTLAW | $14,841.13 |
| On-line Research – OTHER DATABASE | $1,455.87 |
| EDiscovery Fees | $11,574.42 |
| Long Distance Telephone | $93.00 |
| Court Filing Service | $1,202.00 |
| Business Meals | $2,644.50 |
| Travel Meals | $208.20 |
| Air Freight | $81.18 |
| Meals | $694.51 |
| Transportation | $1,435.75 |
| **Total:** | **$65,115.61** |

# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

ny-1167258

The Morrison & Foerster attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Doufekias, Demme | Partner | 2004 | Litigation | $825.00 | 35.30 | $29,122.50 |
| Goren, Todd M. | Partner | 2003 | Business Restructuring & Insolvency | $825.00 | 188.10 | $155,182.50 |
| Hoffinger, Adam S. | Partner | 1983 | Litigation | $1,025.00 | 1.60 | $1,640.00 |
| Humphreys, Thomas A. | Partner | 1977 | Tax | $1,250.00 | 104.10 | $130,125.00 |
| Kerr, Charles L. | Partner | 1984 | Litigation | $1,050.00 | 233.20 | $244,860.00 |
| Lawrence, J. Alexander | Partner | 1996 | Litigation | $895.00 | 264.50 | $236,727.50 |
| Levitt, Jamie A. | Partner | 1992 | Litigation | $950.00 | 62.00 | $58,900.00 |
| Marinuzzi, Lorenzo | Partner | 1996 | Business Restructuring & Insolvency | $995.00 | 166.10 | $165,269.50 |
| McPherson, Mark David | Partner | 2000 | Litigation | $875.00 | 3.30 | $2,887.50 |
| Miller, Brett H. | Partner | 1992 | Business Restructuring & Insolvency | $1,050.00 | 117.00 | $122,850.00 |
| Peck, Geoffrey R. | Partner | 1999 | Finance | $825.00 | 20.80 | $17,160.00 |
| Reigersman, Remmelt A. | Partner | 2007 | Tax | $825.00 | 60.70 | $50,077.50 |
| Salerno, Robert A. | Partner | 1990 | Litigation | $850.00 | 1.10 | $935.00 |
| Abrams, Hanna | Associate | 2009 | Litigation | $695.00 | 50.90 | $35,375.50 |
| Alanis, Corinna | Associate | 2012 | Litigation | $485.00 | 91.70 | $44,474.50 |
| Arett, Jessica J. | Associate | 2014 | Business Restructuring & Insolvency | $415.00 | 20.60 | $8,549.00 |

ny-1167258

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Bartel, Sara | Associate | 2013 | Litigation | $415.00 | 22.00 | $9,130.00 |
| Birkenfeld, Alexander | Associate | 2014 | Tax | $415.00 | 164.80 | $68,392.00 |
| Contreras, Andrea | Associate | 2012 | Litigation | $550.00 | 72.40 | $39,820.00 |
| David, Jeffrey M. | Associate | 2009 | Litigation | $610.00 | 2.50 | $1,525.00 |
| De Ruig, David N. | Associate | 2007 | Tax | $485.00 | 108.20 | $52,477.00 |
| Dort, Malcolm K. | Associate | 2011 | Litigation | $610.00 | 105.70 | $64,477.00 |
| Figueroa, Tiffani B. | Associate | 2014 | Litigation | $415.00 | 36.60 | $15,189.00 |
| Gizaw, Betre M. | Associate | 2011 | Litigation | $550.00 | 64.00 | $35,200.00 |
| Goett, David J. | Associate | 2012 | Tax | $550.00 | 12.40 | $6,820.00 |
| Haney, Heather Jo | Associate | 2011 | Financial Transactions | $550.00 | 21.10 | $11,605.00 |
| Harris, Daniel J. | Associate | 2008 | Business Restructuring & Insolvency | $695.00 | 259.30 | $180,213.50 |
| Hildbold, William M. | Associate | 2009 | Business Restructuring & Insolvency | $610.00 | 237.70 | $144,997.00 |
| Ho, Jonder | Associate | 2011 | Litigation | $695.00 | 16.70 | $9,185.00 |
| Hunt, Adam | Associate | 2011 | Litigation | $610.00 | 7.60 | $4,636.00 |
| Johnston, Ian Andrew | Associate | 2012 | Litigation | $485.00 | 34.30 | $16,635.50 |
| Kalansky, Shai | Associate | 2009 | Corporate | $695.00 | 4.80 | $3,336.00 |
| Kwon, Kevin T. | Associate | 2012 | Litigation | $485.00 | 0.80 | $388.00 |
| Lau, Matthew Y. | Associate | 2010 | Tax | $655.00 | 14.70 | $9,628.50 |
| Lim, Clara | Associate | 2010 | Tax | $610.00 | 76.70 | $46,787.00 |
| Martin, | Associate | 2008 | Business Restructuring | $725.00 | 124.00 | $89,900.00 |

ny-1167258

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Samantha | | | & Insolvency | | | |
| Miyao, Klinton | Associate | 2009 | Litigation | $655.00 | 6.60 | $4,323.00 |
| Moloff, Leda A. | Associate | 2009 | Litigation | $655.00 | 46.70 | $30,588.50 |
| Richards, Erica J. | Associate | 2007 | Business Restructuring & Insolvency | $725.00 | 64.50 | $46,762.50 |
| Jonathan C. Rothberg | Associate | 2008 | Litigation | $725.00 | 78.90 | $57,202.50 |
| Sigmon, Kirk | Associate | 2013 | Litigation | $415.00 | 51.90 | $21,538.50 |
| Sorrell, Michael R. | Associate | 2010 | Litigation | $610.00 | 3.00 | $1,830.00 |
| Tepfer, Cameron Andrew | Associate | 2014 | Litigation | $415.00 | 38.30 | $15,894.50 |
| Wang, Chenwei | Associate | 2011 | Litigation | $550.00 | 1.00 | $550.00 |
| Peck, James Michael | Senior Of Counsel | 1971 | Business Restructuring & Insolvency | $1,050.00 | 42.00 | $44,100.00 |
| Schaaf, Kathleen E. | Senior Of Counsel | 1978 | Business Restructuring & Insolvency | $850.00 | 13.60 | $11,560.00 |
| Froelich, Edward L. | Of Counsel | 1994 | Tax | $850.00 | 4.40 | $3,740.00 |
| Hager, Melissa A. | Of Counsel | 1992 | Business Restructuring & Insolvency | $825.00 | 37.50 | $30,937.50 |
| Sadeghi, Kayvan B. | Of Counsel | 2004 | Litigation | $735.00 | 135.00 | $99,225.00 |
| Whitney, Craig B. | Of Counsel | 2001 | Litigation | $735.00 | 24.60 | $18,081.00 |
| Wishnew, Jordan A. | Of Counsel | 2002 | Business Restructuring & Insolvency | $750.00 | 51.50 | $38,625.00 |
| Damast, Craig A. | Attorney | 1992 | Business Restructuring & Insolvency | $775.00 | 17.80 | $13,795.00 |

The paraprofessionals of Morrison & Foerster who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Berger, Lesley D. | Senior Paralegal | 4.5 years | Corporate | $300.00 | 7.60 | $2,280.00 |
| Curtis, Michael E. | Senior Paralegal | 13.5 years | Litigation | $335.00 | 111.90 | $37,486.50 |
| Guido, Laura | Senior Paralegal | 7.5 years | Business Restructuring & Insolvency | $300.00 | 53.50 | $16,050.00 |
| Negron, Jeffrey M. | Senior Paralegal | 1.5 years | Real Estate | $310.00 | 3.00 | $930.00 |
| Braun, Danielle | Paralegal | 1 year | Business Restructuring & Insolvency | $290.00 | 29.50 | $8,555.00 |
| Murphy, Lauren Grady | Research Analyst | 1 month | Library | $215.00 | 1.60 | $344.00 |
| Shackleton, Mary E. | Research Analyst | 4 years | Library | $225.00 | 0.80 | $180.00 |
| Bergelson, Vadim | eDiscovery Project Manager | 5 years | Litigation | $295.00 | 40.20 | $11,859.00 |
| Keener, Chris | eDiscovery Analyst | 1.5 years | Litigation | $270.00 | 2.80 | $756.00 |
| **Total Incurred:** | | | | | 3,675.50 | $2,631,671.00 |
| **Less Client-Accommodation for Non-Working Travel (50% of fees incurred):** | | | | | | $(20,335.00) |
| **Less Client-Accommodation for Time Entry Review (100% of fees incurred)** | | | | | | $(28,552.00) |
| **Total Requested** | | | | | | $2,582,784.00 |

ny-1167258

# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

ny-1167258

## ALL - Expense Summary

| Service Description | Amount |
|---|---:|
| Photocopies | $694.40 |
| Color Copies | $1,792.00 |
| Reporting Fees | $6,326.35 |
| Search Fees | $1,463.10 |
| Travel | $9,170.45 |
| On-line Research – LEXIS | $11,438.75 |
| On-line Research – WESTLAW | $14,841.13 |
| On-line Research – OTHER DATABASE | $1,455.87 |
| EDiscovery Fees | $11,574.42 |
| Long Distance Telephone | $93.00 |
| Court Filing Service | $1,202.00 |
| Business Meals | $2,644.50 |
| Travel Meals | $208.20 |
| Air Freight | $81.18 |
| Meals | $694.51 |
| Transportation | $1,435.75 |
| **Total:** | **$65,115.61** |

ny-1167258

# EXHIBIT D

**Detailed Description of Expenses and Disbursements**

**MORRISON | FOERSTER**

P O BOX 742335
LOS ANGELES
CALIFORNIA 90074-2335

TELEPHONE: 415 268 7000
FACSIMILE: 415 268 7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON D.C.,
DENVER, NORTHERN VIRGINIA,
SACRAMENTO

TOKYO, BEIJING, SHANGHAI,
HONG KONG, SINGAPORE

LONDON, BRUSSELS, BERLIN

Paul Keglevic
Energy Future Holdings Corp.
1601 Bryan Street
Dallas, Texas  75201

Invoice Number: 5389453
Invoice Date: November 25, 2014

Client/Matter Number: 073697-0000001

Matter Name:  BANKRUPTCY OF ENERGY FUTURE HOLDINGS

RE:   BANKRUPTCY OF ENERGY FUTURE HOLDINGS

For Professional Services Rendered and Disbursements Incurred through October 31, 2014

|  | U.S.Dollars |
|---|---:|
| Current Disbursements | 65,115.61 |
| **Total This Invoice** | 65,115.61 |

MORRISON | FOERSTER

073697-0000001  
BANKRUPTCY OF ENERGY FUTURE HOLDINGS

Invoice Number: 5389453  
Invoice Date: November 25, 2014

## Disbursement Detail

| Date | Description | Value |
|---|---|---:|
| 31-Oct-2014 | Photocopies | 694.40 |
| 31-Oct-2014 | Color Copies | 1,792.00 |
| 31-Oct-2014 | Air Freight | 81.18 |
| 31-Oct-2014 | On-line Research - LEXIS | 11,438.75 |
| 31-Oct-2014 | On-line Research - WESTLAW | 14,841.13 |
| 31-Oct-2014 | On-line Research - OTHER DATABASE | 1,455.87 |
| 13-Oct-2014 | Reporting Fees TSG REPORTING, INC., CASE: In Re Energy Future Holdings Corporation, et al.  Date: 10/03/2014 | 2,145.05 |
| 15-Oct-2014 | Reporting Fees VERITEXT/NEW YORK REPORTING COMPANY LLC, Exhibits - Linked ( SBF, PTZ, LEF ) | 25.00 |
| 24-Oct-2014 | Reporting Fees TSG REPORTING, INC., CASE: In Re Energy Future Holdings Corporation, et al. 10/08/2014 | 3,183.20 |
| 24-Oct-2014 | Reporting Fees TSG REPORTING, INC., Certified Transcript - Immediate Delivery | 973.10 |
| 10-Oct-2014 | Search Fees CT LIEN SOLUTIONS, Filing fees. | 1,463.10 |
| 01-Oct-2014 | Local travel, taxi/car service, T. Goren, 10/1/14, 10:38PM | 140.00 |
| 08-Oct-2014 | Travel, train, L. Marinuzzi, travel to/from Delaware for hearing, 10/8/14 | 358.00 |
| 09-Oct-2014 | Travel, train, L. Marinuzzi, travel to/from Delaware for hearing, 10/9/14 | 358.00 |
| 09-Oct-2014 | Travel, taxi/car service, L. Marinuzzi, ground travel from Penn Station to Ferry, 10/9/14 | 13.00 |
| 09-Oct-2014 | Local travel, taxi/car service, R. Reigersman, 10/9/14, 9:58PM | 10.70 |
| 15-Oct-2014 | Travel agency fee, B. Miller, travel to/from Delaware for hearing, 10/17/14 | 7.00 |
| 15-Oct-2014 | Travel, train, B. Miller, travel to/from Delaware for hearing, 10/17/14 | 358.00 |
| 16-Oct-2014 | Travel, taxi/car service, C. Kerr, ground travel to train station for hearing in Delaware, 10/16/14 | 182.55 |
| 16-Oct-2014 | Travel, train, T. Goren, travel to/from Delaware for hearing, 10/16/14-10/17/14 | 365.00 |
| 16-Oct-2014 | Travel agency fee, T. Goren, travel to/from Delaware for hearing, 10/16/14-10/17/14 | 7.00 |
| 16-Oct-2014 | Travel, train, D. Harris, travel to/from Delaware for hearing, 10/16/14-10/17/14 | 372.00 |
| 16-Oct-2014 | Travel, train, C. Kerr, travel to Delaware for hearing, 10/16/14 | 186.00 |
| 16-Oct-2014 | Travel, hotel, C. Kerr, Hotel Dupont, one night stay in Delaware for hearing, 10/16/14 | 300.00 |
| 16-Oct-2014 | Travel, parking, train station, T. Goren, 10/16/14 | 42.00 |
| 16-Oct-2014 | Travel, hotel, T. Goren, Hotel DuPont, one night stay in Delaware for hearing, 10/16/14 | 300.00 |
| 16-Oct-2014 | Travel, hotel, D. Harris, Hotel DuPont, one night stay in Delaware for hearing, 10/16/14 | 300.00 |
| 16-Oct-2014 | Travel, parking, train station, D. Harris, 10/16/14 | 42.00 |
| 16-Oct-2014 | Travel, taxi/car service, D. Harris, in Delaware for hearing, 10/17/14 | 15.00 |
| 17-Oct-2014 | Travel, train, A. Lawrence, travel to/from Delaware for hearing, 10/17/14 | 290.00 |
| 17-Oct-2014 | Travel agency fee, A. Lawrence, change fee | 27.00 |
| 17-Oct-2014 | Travel, train, C. Kerr, travel from Delaware following hearing, 10/17/14 | 186.00 |
| 17-Oct-2014 | Travel agency fee, T. Goren, change fee | 27.00 |
| 17-Oct-2014 | Travel agency fee, B. Miller, travel to/from Delaware for hearing, 10/20/14 | 14.00 |
| 17-Oct-2014 | Travel, train, B. Miller, travel to/from Delaware for hearing, 10/20/14 | 179.00 |
| 17-Oct-2014 | Travel, taxi/car service, A. Lawrence, ground travel to train station for hearing in Delaware, 10/17/14 | 18.50 |
| 19-Oct-2014 | Travel, train, B. Miller, travel to/from Delaware for hearing, 10/20/14 | 179.00 |
| 19-Oct-2014 | Travel agency fee, B. Miller, travel to/from Delaware for hearing, 10/20/14 | 7.00 |
| 20-Oct-2014 | Travel, taxi/car service, C. Kerr, to train station for hearing in Delaware, 10/20/14 | 182.55 |
| 20-Oct-2014 | Travel, taxi/car service, T. Goren, ground travel in Delaware for hearing, 10/20/14 | 11.00 |
| 20-Oct-2014 | Travel, train, T. Goren, travel to Delaware for hearing, 10/20/14 | 186.00 |
| 20-Oct-2014 | Travel agency fee, T. Goren, travel to Delaware for hearing, 10/20/14 | 7.00 |
| 20-Oct-2014 | Travel, C. Kerr, one night stay at Hotel Westin in Delaware for hearing, 10/20/14 | 300.00 |

**MORRISON | FOERSTER**

073697-0000001  Invoice Number: 5389453
BANKRUPTCY OF ENERGY FUTURE HOLDINGS  Invoice Date: November 25, 2014

| Date | Description | Value |
|---|---|---:|
| 20-Oct-2014 | Travel, taxi/car service, C. Kerr, ground travel in Delaware, 10/20/14 | 12.00 |
| 20-Oct-2014 | Travel, train, C. Kerr, travel to Delaware for hearing, 10/20/14 | 186.00 |
| 20-Oct-2014 | Travel, hotel, T. Goren, Hotel DuPont, one night stay in Delaware for hearing, 10/20/14 | 300.00 |
| 20-Oct-2014 | Travel, train, S. Martin, travel to/from Delaware for meeting with K&E, 10/20/14 | 292.00 |
| 20-Oct-2014 | Travel, parking, train station, D. Harris, 10/20/14 | 42.00 |
| 20-Oct-2014 | Travel, train, D. Harris, travel to/from Delaware for hearing, 10/20/14-10/21/14 | 365.00 |
| 20-Oct-2014 | Travel, hotel, D. Harris, Hotel DuPont, one night stay in Delaware for hearing, 10/20/14 | 300.00 |
| 20-Oct-2014 | Travel, train, J. Levitt, travel to/from Delaware for presentation, 10/20/14 | 285.00 |
| 20-Oct-2014 | Travel agency fee, J. Levitt, travel to/from Delaware for presentation, 10/20/14 | 7.00 |
| 20-Oct-2014 | Travel, taxi/car service, J. Levitt, ground travel from train station, 10/20/14 | 14.30 |
| 20-Oct-2014 | Travel, taxi/car service, A. Lawrence, ground travel to train station, 10/20/14 | 22.00 |
| 21-Oct-2014 | Travel, taxi/car service, D. Harris, ground travel in Delaware for hearing, 10/20/14 | 10.00 |
| 21-Oct-2014 | Travel, train, A. Lawrence, travel from Delaware following hearing, 10/21/14 | 186.00 |
| 21-Oct-2014 | Travel, train, C. Kerr, travel from Delaware following hearing, 10/21/14 | 186.00 |
| 21-Oct-2014 | Travel, hotel, A. Lawrence, Westin Hotel, one night stay in Delaware for hearing, 10/20/14 | 300.00 |
| 24-Oct-2014 | Travel agency fee, B. Miller, travel to/from Delaware for hearing, 10/27/14 | 7.00 |
| 24-Oct-2014 | Travel, train, B. Miller, travel to/from Delaware for hearing, 10/27/14 | 320.00 |
| 27-Oct-2014 | Travel, parking, train station, T. Goren, 10/27/14 | 21.00 |
| 27-Oct-2014 | Travel, taxi/car service, T. Goren, ground travel to train station, 10/27/14 | 10.00 |
| 27-Oct-2014 | Travel, taxi/car service, C. Kerr, ground travel to train station for hearing, 10/27/14 | 182.55 |
| 27-Oct-2014 | Travel, train, C. Kerr, travel to Delaware for hearing, 10/27/14 | 186.00 |
| 27-Oct-2014 | Travel, taxi/car service, C. Kerr, ground travel in Delaware for hearing, 10/27/14 | 9.00 |
| 27-Oct-2014 | Travel, train, C. Kerr, return travel from Delaware for hearing, 10/27/14 | 179.00 |
| 27-Oct-2014 | Travel, train, W. Hildbold, travel to/from Delaware for hearing, 10/27/14 | 372.00 |
| 27-Oct-2014 | Travel, taxi/car service, D. Harris, from court to train station, 10/27/14 | 10.00 |
| 27-Oct-2014 | Travel, parking, train station, D. Harris, 10/27/14 | 21.00 |
| 27-Oct-2014 | Travel, taxi/car service, A. Lawrence, ground travel to train station, 10/27/14 | 23.30 |
| 27-Oct-2014 | Travel, train, A. Lawrence, travel to/from Delaware for hearing, 10/27/14 | 334.00 |
| 28-Oct-2014 | Travel, taxi/car service, W. Hildbold, ground travel in Delaware for hearing, 10/28/14 | 18.00 |
| 08-Sep-2014 | Local meals, S. Martin, 9/8/14, 8:33PM | 8.57 |
| 15-Sep-2014 | Local meals, S. Martin, 9/15/14, 8:27PM | 20.00 |
| 20-Sep-2014 | Local meals, T. Humphreys, 9/20/14 (weekend) | 10.48 |
| 28-Sep-2014 | Local meals, A. Lawrence, 9/17/14, 6:58PM | 20.00 |
| 28-Sep-2014 | Local meals, A. Lawrence, 9/20/14, 5:08PM (weekend) | 14.41 |
| 28-Sep-2014 | Local meals, A. Lawrence, 9/21/14, 2:31PM (weekend) | 20.00 |
| 28-Sep-2014 | Local meals, A. Lawrence, 9/22/14, 7:07PM | 20.00 |
| 28-Sep-2014 | Local meals, A. Lawrence, 9/23/14, 7:08PM | 20.00 |
| 28-Sep-2014 | Local meals, A. Lawrence, 9/25/14, 7:06PM | 20.00 |
| 28-Sep-2014 | Local meals, A. Lawrence, 9/27/14, 7:06PM (weekend) | 20.00 |
| 28-Sep-2014 | Local meals, C. Tepfer, 9/15/14, 7:33PM | 20.00 |
| 28-Sep-2014 | Local meals, D. de Ruig, 9/16/14, 6:39PM | 20.00 |
| 29-Sep-2014 | Local meals, J. Arett, 9/29/14, 7:08PM | 4.24 |
| 12-Oct-2014 | Local meals, R. Reigersman, 10/9/14, 8:01PM | 20.00 |
| 12-Oct-2014 | Local meals, A. Lawrence, 10/10/14, 6:42PM | 20.00 |
| 12-Oct-2014 | Local meals, A. Lawrence, 9/30/14, 6:42PM | 20.00 |
| 12-Oct-2014 | Local meals, A. Lawrence, 10/1/14, 7:00PM | 20.00 |
| 12-Oct-2014 | Local meals, S. Martin, 10/1/14, 7:29PM | 20.00 |
| 12-Oct-2014 | Local meals, C. Tepfer, 10/1/14, 7:29PM | 14.41 |
| 12-Oct-2014 | Local meals, A. Lawrence, 10/2/14, 6:53PM | 20.00 |
| 12-Oct-2014 | Local meals, K. Sadeghi, 10/6/14, 7:29PM | 20.00 |
| 12-Oct-2014 | Local meals, A. Lawrence, 10/11/14, 1:27PM (weekend) | 20.00 |

# MORRISON | FOERSTER

073697-0000001  Invoice Number: 5389453
BANKRUPTCY OF ENERGY FUTURE HOLDINGS  Invoice Date: November 25, 2014

| Date | Description | Value |
|---|---|---:|
| 12-Oct-2014 | Local meals, A. Lawrence, 10/12/14, 12:16PM (weekend) | 20.00 |
| 12-Oct-2014 | Local meals, K. Sadeghi, 9/29/14, 7:54PM | 20.00 |
| 12-Oct-2014 | Local meals, A. Lawrence, 10/9/14, 7:02PM | 20.00 |
| 12-Oct-2014 | Local meals, S. Martin, 10/9/14, 7:46PM | 20.00 |
| 26-Oct-2014 | Local meals, A. Lawrence, 10/21/14, 8:18PM | 20.00 |
| 26-Oct-2014 | Local meals, A. Lawrence, 10/22/14, 6:44PM | 20.00 |
| 26-Oct-2014 | Local meals, A. Lawrence, 10/19/14, 7:34PM (weekend) | 20.00 |
| 26-Oct-2014 | Local meals, M. Dort, 10/21/14, 7:23PM | 20.00 |
| 26-Oct-2014 | Local meals, A. Lawrence, 10/24/14, 6:45PM | 20.00 |
| 26-Oct-2014 | Local meals, W. Hildbold, 10/24/14, 7:17PM | 20.00 |
| 26-Oct-2014 | Local meals, A. Lawrence, 10/13/14, 7:13PM | 20.00 |
| 26-Oct-2014 | Local meals, A. Lawrence, 10/14/14, 7:30PM | 20.00 |
| 26-Oct-2014 | Local meals, J. Arett, 10/15/14, 8:37PM | 15.88 |
| 26-Oct-2014 | Local meals, A. Lawrence, 10/19/14, 11:31AM (weekend) | 20.00 |
| 28-Oct-2014 | Local meals, A. Birkenfeld, 10/28/14, 8:05PM | 15.58 |
| 30-Oct-2014 | Local meals, S. Martin, 10/30/14, 8:27PM | 10.94 |
| 03-Sep-2014 | Local travel, parking, C. Kerr, 9/3/14 | 23.00 |
| 05-Sep-2014 | Local travel, taxi/car service, M. Dort, 8/26/14, 11:41PM | 49.56 |
| 12-Sep-2014 | Local travel, taxi/car service, M. Dort, 9/5/14, 9:35PM | 68.50 |
| 14-Sep-2014 | Local travel, parking, C. Kerr, 9/14/14 | 23.00 |
| 16-Sep-2014 | Local travel, taxi/car service, C. Whitney, 9/16/14, 12:07AM | 41.84 |
| 19-Sep-2014 | Local travel, taxi/car service, M. Dort, 9/9/14, 10:33PM | 49.56 |
| 19-Sep-2014 | Local travel, taxi/car service, M. Dort, 9/12/14, 9:28PM | 59.59 |
| 19-Sep-2014 | Local travel, taxi/car service, C. Tepfer, 9/11/14, 12:37AM | 71.28 |
| 19-Sep-2014 | Local travel, taxi/car service, C. Tepfer, 9/9/14, 11:38PM | 60.70 |
| 23-Sep-2014 | Local travel, taxi/car service, W. Hildbold, 9/12/14, 10:37PM | 29.25 |
| 26-Sep-2014 | Local travel, taxi/car service, M. Dort, 9/9/14, 12:03AM | 49.56 |
| 30-Sep-2014 | Local travel, taxi/car service, W. Hildbold, 9/10/14, 9:01PM | 25.87 |
| 30-Sep-2014 | Local travel, taxi/car service, S. Martin, 9/30/14, 10:57PM | 21.54 |
| 01-Oct-2014 | Local travel, taxi/car service, S. Martin, 10/1/14, 10:55PM | 18.62 |
| 01-Oct-2014 | Local travel, parking, C. Kerr, 10/1/14 | 20.00 |
| 04-Oct-2014 | Local travel, parking, C. Kerr, 10/4/14 | 20.00 |
| 05-Oct-2014 | Local travel, parking, C. Kerr, 10/5/14 | 20.00 |
| 06-Oct-2014 | Local travel, parking, C. Kerr, 10/6/14 | 20.00 |
| 08-Oct-2014 | Local travel, parking, C. Kerr, 10/8/14 | 20.00 |
| 08-Oct-2014 | Local travel, taxi/car service, K. Sadeghi, 9/29/14, 10:18PM | 128.36 |
| 10-Oct-2014 | Local travel, taxi/car service, S. Martin, 10/10/14, 1:28AM | 19.04 |
| 10-Oct-2014 | Local travel, taxi/car service, C. Tepfer, 10/2/14, 12:03AM | 60.70 |
| 11-Oct-2014 | Local travel, parking, C. Kerr, 10/11/14 | 20.00 |
| 15-Oct-2014 | Local travel, parking, C. Kerr, 10/15/14 | 20.00 |
| 15-Oct-2014 | Local travel, taxi/car service, K. Sadeghi, 10/06/14, 11:29PM | 125.85 |
| 15-Oct-2014 | Local travel, taxi/car service, K. Sadeghi, 10/2/14, 12:20AM | 130.28 |
| 18-Oct-2014 | Local travel, parking, C. Kerr, 10/18/14 | 23.00 |
| 19-Oct-2014 | Local travel, parking, C. Kerr, 10/19/14 | 23.00 |
| 20-Oct-2014 | Local travel, taxi/car service, S. Martin, 10/20/14, 10:42PM | 23.41 |
| 22-Oct-2014 | Local travel, taxi/car service, K. Sadeghi, 10/10/14, 12:16AM | 128.62 |
| 22-Oct-2014 | Local travel, taxi/car service, W. Hildbold, 10/22/14, 10:37PM | 7.00 |
| 28-Oct-2014 | Local travel, taxi/car service, A. Birkenfeld, 10/28/14, 9:14PM | 8.75 |
| 28-Oct-2014 | Local travel, taxi/car service, W. Hildbold, 10/24/14, 10:48PM | 25.87 |
| 30-Sep-2014 | EDiscovery Fees IRIS DATA SERVICES, INC., eDiscovery support and Project management | 11,574.42 |
| 26-Sep-2014 | Court Filing Service D. Harris, Court Call | 93.00 |

**MORRISON | FOERSTER**

073697-0000001  Invoice Number: 5389453
BANKRUPTCY OF ENERGY FUTURE HOLDINGS  Invoice Date: November 25, 2014

| Date | Description | Value |
|---|---|---:|
| 10-Oct-2014 | Court Filing Service W. Hildbold, Court Call | 226.00 |
| 14-Oct-2014 | Court Filing Service W. Hildbold, Court Call | 170.00 |
| 20-Oct-2014 | Court Filing Service W. Hildbold, Court Call | 275.00 |
| 22-Oct-2014 | Court Filing Service W. Hildbold, Court Call | 163.00 |
| 25-Oct-2014 | Court Filing Service W. Hildbold, Court Call | 212.00 |
| 30-Oct-2014 | Court Filing Service W. Hildbold, Court Call | 156.00 |
| 18-Sep-2014 | Business meals, 7 attendees, client meeting with B. Miller, 9/18/14 | 60.77 |
| 24-Sep-2014 | Business meals, 16 attendees, client meeting breakfast with B. Miller and T. Humphreys, 9/24/14 | 320.00 |
| 24-Sep-2014 | Business meals, 14 attendees, client meeting lunch with B. Miller, 9/24/14 | 280.00 |
| 28-Sep-2014 | Business meals, 9 attendees, dinner with S. Martin, 9/25/14 | 142.30 |
| 29-Sep-2014 | Business meals, 8 attendees, lunch with S. Martin, 9/29/14 | 160.00 |
| 30-Sep-2014 | Business meals, 15 attendees, client dinner with the Committee, 9/30/14 | 600.00 |
| 01-Oct-2014 | Business meals, 18 attendees, client meeting with B. Miller, 10/01/2014 | 360.00 |
| 01-Oct-2014 | Business meals, 18 attendees, client meeting with B. Miller, 10/01/2014 | 360.00 |
| 16-Oct-2014 | Business meals, 5 attendees, with C. Kerr, in Delaware for hearing, 10/16/14 | 200.00 |
| 22-Oct-2014 | Business meals, 10 attendees, client meeting with B. Miller, 10/22/2014 | 161.43 |
| 09-Oct-2014 | Travel meals, L. Marinuzzi breakfast, in Delaware for hearing, 10/9/14 | 26.00 |
| 16-Oct-2014 | Travel meals, T. Goren lunch, in Delaware for hearing, 10/16/14 | 5.22 |
| 16-Oct-2014 | Travel, taxi/car service, C. Kerr, in Delaware for hearing, 10/16/14 | 9.00 |
| 17-Oct-2014 | Travel meals, T. Goren breakfast, in Delaware for hearing, 10/17/14 | 26.00 |
| 17-Oct-2014 | Travel meals, A. Lawrence breakfast, in Delaware for hearing, 10/17/14 | 6.50 |
| 17-Oct-2014 | Travel meals, A. Lawrence lunch, in Delaware for hearing, 10/17/14 | 10.99 |
| 20-Oct-2014 | Travel meals, A. Lawrence breakfast, in Delaware for hearing, 10/20/14 | 5.55 |
| 20-Oct-2014 | Travel meals, J. Levitt dinner, in Delaware for hearing, 10/20/14 | 20.65 |
| 20-Oct-2014 | Travel meals, 2 attendees, dinner with T. Goren, in Delaware for hearing, 10/20/14 | 40.00 |
| 20-Oct-2014 | Travel meals, T. Goren breakfast, in Delaware for hearing, 10/20/14 | 4.90 |
| 21-Oct-2014 | Travel meals, T. Goren breakfast, in Delaware for hearing, 10/21/14 | 5.25 |
| 21-Oct-2014 | Travel meals, A. Lawrence breakfast, in Delaware for hearing, 10/21/14 | 3.30 |
| 21-Oct-2014 | Travel meals, A. Lawrence dinner, in Delaware for hearing, 10/21/14 | 14.67 |
| 27-Oct-2014 | Travel meals, A. Lawrence breakfast, traveling to Delaware for hearing, 10/27/14 | 9.88 |
| 27-Oct-2014 | Travel meals, A. Lawrence lunch, in Delaware for hearing, 10/27/14 | 10.50 |
| 27-Oct-2014 | Travel meals, T. Goren breakfast, traveling to Delaware for hearing, 10/27/14 | 3.62 |
| 27-Oct-2014 | Travel meals, J. Levitt dinner, in Delaware for presentation, 10/20/14 | 6.17 |
| | Total Disbursements | 65,115.61 |