**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re | ) Chapter 11 |
|  | ) |
| ENERGY FUTURE HOLDINGS CORP., et al.,[1] | ) Case No. 14-10979 (CSS) |
|  | ) |
| Debtors. | ) Jointly Administered |
|  | ) |

**APPLICATION OF THE OFFICIAL COMMITTEE OF TCEH UNSECURED CREDITORS FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF CHARLES RIVER ASSOCIATES EFFECTIVE AS OF AUGUST 4, 2014**

TO THE HONORABLE CHRISTOPHER S. SONTCHI,
UNITED STATES BANKRUPTCY JUDGE

The Official Committee of Unsecured Creditors (the "**TCEH Committee**") of Energy Future Competitive Holdings Company LLC ("**EFCH**"), EFCH's direct subsidiary, Texas Competitive Electric Holdings Company LLC ("**TCEH**") and their direct and indirect subsidiaries, and EFH Corporate Services Company (collectively with EFCH and TCEH, the "**TCEH Debtors**"),[2] by its Co-Chairperson, Holt Texas, Ltd. d/b/a Holt CAT ("**Holt Cat**"), hereby applies to the Court (the "**Application**") for an order, the proposed form of which is attached as Exhibit A, pursuant to 11 U.S.C. §§ 328(a) and 1103(a) of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rules 2014-1 and 2016-2(h) of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**") authorizing

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Although EFH Corporate Services is not a subsidiary of TCEH, for ease of reference EFH Corporate Services is included in the definition "TCEH Debtors."

ny-1159605

the TCEH Committee to employ and retain Charles River Associates ("**CRA**") as its natural gas and energy consultant as of August 4, 2014 pursuant to that certain engagement letter, attached hereto as Exhibit B (the "**Engagement Letter**"), by and between CRA and the TCEH Committee. In support of this Application, the TCEH Committee relies upon the Declaration of Jonathan D. Yellin, Vice President and General Counsel of CRA (the "**Yellin Declaration**"), attached hereto as Exhibit C, and incorporated herein by reference, and respectfully represents as follows:

## JURISDICTION, VENUE, AND STATUTORY PREDICATE

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). The statutory predicates for the relief requested herein are sections 328 and 1103 of the Bankruptcy Code, Bankruptcy Rule 2014, and Local Rule 2014-1.

## RELIEF REQUESTED

2. Subject to this Court's approval, the TCEH Committee seeks to employ CRA pursuant to section 328(a) and 1103(a) of the Bankruptcy Code, Bankruptcy Rule 2014(a) and Local Rules 2014-1 as its natural gas and energy consultant in connection with the TCEH Debtors' chapter 11 cases, effective as of August 4, 2014, in accordance with the terms, and subject to the conditions, of the Engagement Letter.

## BACKGROUND

3. On April 29, 2014 (the "**Petition Date**"), each of the Debtors filed a voluntary petition with the Court under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to

sections 1107(a) and 1108 of the Bankruptcy Code. The Court has approved the joint administration of these chapter 11 cases. The Court has not appointed a trustee. Further information regarding the Debtors' business operations and capital structure is set forth in the *Declaration of Paul Keglevic, Executive Vice President, Chief Financial Officer, and Co-Chief Restructuring Officer of Energy Future Holdings Corp., et al., in Support of First Day Motions* [Docket No. 98].

4. On May 12, 2014, the United States Trustee for the District of Delaware selected a seven (7) member committee pursuant to section 1102(a)(1) of the Bankruptcy Code. Also on May 12, 2014, the TCEH Committee selected Holt Cat and Law Debenture Trust Company of New York as its Co-Chairpersons.

## RETENTION OF CRA

5. CRA is a leading US-based economics and business consulting firm with over 500 professional staff in the United States, Canada & Europe. CRA provides economic, financial, and strategy expertise to major law firms, corporations, accounting firms, and governments around the world. With proven skills in complex cases and exceptional strength in analytics, CRA consultants have provided astute guidance to clients in thousands of successful engagements. CRA offers litigation and regulatory support, business strategy and planning, market and demand forecasting, policy analysis, and risk management consulting.

6. CRA has particular expertise in the field of natural gas and energy with seasoned natural gas and liquefied natural gas experts and accomplished energy analysts based in our offices in North America and Europe. CRA's experts have many decades of combined experience throughout the natural gas and energy markets, including deep industry knowledge, relevant market experience, economic and financial expertise, and strategic acumen across all stages of the liquefied natural gas and natural gas supply chain. CRA's extensive capabilities

throughout the energy sector lie in electricity generation, transmission and distribution; climate policy and emissions trading; renewable energy technologies; and oil, gas, and competing fuels.

7. CRA consultants often assist clients with business and commercial strategy, business performance benchmarking and improvement, expert analysis and forecasting of markets and prices, development of liquefied natural gas forecasting models to meet clients' needs, advising and negotiating commercial contracts and transactions, advising and enabling financings and investment transactions, and advising and providing expert industry and damages testimony for commercial and investment arbitrations and disputes. CRA is backed by a pool of experienced professionals within the oil and gas, electricity, renewable energy, and climate sectors.

8. CRA has recognized expertise that has led to their participation in many chapter 11 cases, including chapter 11 cases before the United States Bankruptcy Court for the District of Delaware. That expertise specifically includes participation in, among others, the chapter 11 cases of AES Thames, L.L.C., as the debtor's regulatory consultant, Cengage Learning, Inc., on behalf of the official committee of unsecured creditors, participating as the valuation expert; Doctors Hospital of Hyde Park; Enron, participating as the damages expert for the official creditors committee of Enron; Mirant; and Nartron Corporation.

9. The TCEH Committee submits this Application because of its need to retain a natural gas and energy consultant to assist in the critical tasks associated with guiding the TCEH Committee through the TCEH Debtors' reorganization efforts. The TCEH Committee respectfully submits that the retention of a natural gas and energy consultant is necessary and appropriate to enable the TCEH Committee to evaluate the complex financial and economic

ny-1159605

issues raised by the Debtors' reorganization proceedings and to effectively fulfill its statutory duties.

A.   **Services to be Provided**

10.   The TCEH Committee anticipates that CRA will render the following natural gas and energy services pursuant to the Engagement Letter in a cost-effective, efficient, and timely manner:[3]

    (a)   Develop a long-term natural gas price forecast to be used as a fundamental input for the formation of a revised TCEH/EFH business plan;

    (b)   Develop associated alternate scenarios/sensitivities to long-term natural gas price forecast;

    (c)   Develop and document trends in long-term gas price drivers (e.g., shale gas drilling and completion productivity, initial production and decline rates, resource availability in and out of key "sweet spots", prices and trends in liquids production, gas demand including exports and increasing industrial demand, etc.) to support eventual potential testimony on gas price forecasts;

    (d)   Analyze volatility in natural gas prices with respect to their impact on portfolio value;

    (e)   Analyze relevant futures market data for forecasting long-term gas prices;

    (f)   Preparation of an expert report and provision of testimony, if required; and

    (g)   Such other natural gas and energy consultant services or such other assistance as the TCEH Committee or its Counsel may deem necessary that are consistent with the role of a natural gas and energy consultant and not duplicative of services provided by other professionals in this proceeding.

11.   Pursuant to section 1103(a) of the Bankruptcy Code, a committee may retain advisors to assist in the Chapter 11 cases. *See* 11 U.S.C. § 1103(a). In the Debtors' chapter 11

---

[3] This Application summarizes the terms of the Engagement Letter. To the extent there is a conflict between the Application and the Engagement Letter, the Engagement Letter will govern. However, any Order entered by the court will supercede this Application and the Engagement Letter.

cases, the TCEH Committee requires qualified professionals to render these essential natural gas and energy consulting services. As discussed above, CRA has substantial expertise as a natural gas and energy consultant and is well qualified to perform these services and to assist the TCEH Committee in the chapter 11 cases.

12. CRA understands that the TCEH Committee has chosen Lazard Freres & Co. ("**Lazard**") to act as its investment banker and FTI Consulting, Inc. ("**FTI**") as its financial advisor. CRA will provide the TCEH Committee with needed expertise in the natural gas and energy field to compliment the services already provided by Lazard and FTI. These services will strengthen the Committee's ability to meet their fiduciary duties to the unsecured creditor body. CRA intends to work closely with Lazard and FTI to ensure that there is no unnecessary duplication of services performed on behalf of the TCEH Committee.

B. **Professional Compensation**

13. CRA intends to apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Debtors' chapter 11 cases, subject to the Court's approval and in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the fee guidelines established by the Executive Office of the United States Trustee (the "**U.S. Trustee Guidelines**") and the Court's orders, plus seek reimbursement of actual, necessary expenses and charges that CRA incurs.

14. CRA proposes to charge for its services on an hourly basis in accordance with its ordinary and customary rates that are in effect on the day the services are rendered and will maintain records of the services provided to the TCEH Committee in one-tenth (0.1) of an hour increments. In particular, CRA's hourly rates of professionals anticipated to be assigned to this case range as follows:

(a) the hourly rates for Vice Presidents range from $600 per hour to $675 per hour, based upon a variety of factors, including seniority and distinction and expertise in one's field;

(b) the hourly rate for a Principal is $500 per hour;

(c) the hourly rate for a Senior Associate is $400 per hour;

(d) the hourly rates for Consulting Associates range from $310 per hour to $320 per hour, based upon a variety of factors, including seniority and distinction and expertise in one's field

(e) the hourly rate for an Analyst is $290 per hour;

15. These hourly rates are subject to periodic adjustments to reflect economic and other conditions and are consistent with the rates CRA charges elsewhere.[4]

16. In addition to any fees that may be payable to CRA, the TCEH Debtors shall promptly reimburse CRA for all reasonable expenses incurred by CRA (including travel and lodging, data processing and communications charges, courier services, and other expenditures) and the reasonable fees and expenses of outside counsel, if any, retained by CRA to negotiate or enforce the Engagement Letter or for services to CRA necessary for CRA to perform its obligations under the Engagement Letter, in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, any applicable orders of this Court and (to the extent applicable) and the Fee Guidelines promulgated by the Office of the United States Trustee. CRA will maintain records in support of any expenses incurred in connection with the rendering of its services in these chapter 11 cases.

---

[4] In the event hourly rates set forth herein are adjusted during the pendency of these chapter 11 cases, CRA will provide the Bankruptcy Court and the Office of the United States Trustee with written notice of such new hourly rates.

C. **Indemnification**

17. The Engagement Letter provides that it is a material part of the consideration for CRA to furnish its services under the Engagement Letter that the TCEH Debtors and certain related persons agree to indemnify, reimburse and provide contribution to CRA as detailed in the Engagement Letter (hereafter, the "**Indemnity**").

18. The indemnification, contribution, and reimbursement provisions reflected in the Engagement Letter, as modified in the proposed order, are customary and reasonable terms of consideration for CRA's engagement. The Indemnity includes qualifications and limits on the indemnification and limitation on liability provisions that are customary in Chapter 11 cases. Accordingly, the TCEH Committee and CRA believe that the Indemnity is customary and reasonable for engagements of this type and, therefore, should be approved.

D. **CRA's Disinterestedness**

19. In connection with the proposed retention by the TCEH Committee in these chapter 11 cases, CRA has received a list of parties-in-interest from the Debtors attached to the Yellin Declaration as Schedule 1.

20. Based on the Yellin Declaration, the TCEH Committee believes that CRA is a "disinterested person," as that term is defined in section 101(14) of the Bankruptcy Code. Based on the foregoing, the TCEH Committee believes that the employment of CRA would be in the best interests of the TCEH Committee, the Debtors and their estates and creditors.

**NOTICE**

21. Notice of this Motion has been provided by electronic transmission, overnight delivery or hand delivery to: (a) the Office of the United States Trustee for the District of Delaware; (b) counsel to the Debtors; and (c) all parties who have filed a notice of appearance in

these cases. In light of the nature of the relief requested, the TCEH Committee submits that no other or further notice is necessary.

## NO PRIOR REQUEST

22. No prior application for the relief requested herein has been made to this or any other court.

WHEREFORE, the TCEH Committee respectfully requests that the Court: (a) enter an order substantially in the form annexed hereto as Exhibit A, granting the relief requested herein; and (b) grant such other and further relief as the Court may deem just and proper.

Dated: November 25, 2014

Respectfully submitted,

THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS

By: /s/ Michael Puryear

Michael Puryear
General Counsel
Holt Texas, Ltd. d/b/a Holt CAT
Co-Chairperson of the TCEH Committee
