# EXHIBIT C

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | ) | |
| In re | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

### DECLARATION OF JONATHAN D. YELLIN IN SUPPORT OF THE APPLICATION OF THE OFFICIAL COMMITTEE OF TCEH UNSECURED CREDITORS FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF CHARLES RIVER ASSOCIATES AS NATURAL GAS AND ENERGY CONSULTANT EFFECTIVE AS OF AUGUST 4, 2014

I, Jonathan D. Yellin, declare under penalty of perjury:

1.     I am a Vice President and General Counsel of Charles River Associates. ("**CRA**"), which has its United States headquarters at John Hancock Tower, 200 Clarendon Street, Boston, Massachusetts 02116.  I am authorized to make this declaration on behalf of CRA, and in support of the application (the "**Application**") of the Official Committee of Unsecured Creditors (the "**TCEH Committee**") of Energy Future Competitive Holdings Company LLC ("**EFCH**"), EFCH's direct subsidiary, Texas Competitive Electric Holdings Company LLC ("**TCEH**") and their direct and indirect subsidiaries, and EFH Corporate Services Company (collectively with EFCH and TCEH, the "**TCEH Debtors**") for entry of an order authorizing the TCEH Committee to employ and retain CRA  as their natural gas and energy consultant as of August 4, 2014.[2]  Unless otherwise stated in this declaration, I have personal

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, joint administration has been granted and a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

1

knowledge of the facts set forth herein.[3]  CRA was retained by the TCEH Committee pursuant to that certain engagement letter, by and between CRA and the TCEH Committee, a copy of which is attached as <u>Exhibit C</u> of the Application (the "**Engagement Letter**").

<u>**Experience and Qualifications**</u>

2.       CRA is a leading US-based economics and business consulting firm with over 500 professional staff in the United States, Canada & Europe. CRA provides economic, financial, and strategy expertise to major law firms, corporations, accounting firms, and governments around the world. With proven skills in complex cases and exceptional strength in analytics, CRA consultants have provided astute guidance to clients in thousands of successful engagements. CRA offers litigation and regulatory support, business strategy and planning, market and demand forecasting, policy analysis, and risk management consulting.

3.       CRA has particular expertise in the field of natural gas and energy with seasoned natural gas and liquefied natural gas experts and accomplished energy analysts based in our offices in North America and Europe.   CRA's experts have many decades of combined experience throughout the natural gas and energy markets, including deep industry knowledge, relevant market experience, economic and financial expertise, and strategic acumen across all stages of the liquefied natural gas and natural gas supply chain.  CRA's extensive capabilities throughout the energy sector lie in electricity generation, transmission and distribution; climate policy and emissions trading; renewable energy technologies; and oil, gas, and competing fuels.

4.       CRA consultants often assist clients with business and commercial strategy, business performance benchmarking and improvement, expert analysis and forecasting of markets and prices, development of liquefied natural gas forecasting models to meet clients'

---

[3] Certain disclosures herein relate to matters within the personal knowledge of other professionals at CRA and are based on information provided by them.

needs, advising and negotiating commercial contracts and transactions, advising and enabling financings and investment transactions, and advising and providing expert industry and damages testimony for commercial and investment arbitrations and disputes. CRA is backed by a pool of experienced professionals within the oil and gas, electricity, renewable energy, and climate sectors.

5.      CRA has recognized expertise that has led to their participation in many chapter 11 cases, including chapter 11 cases before the United States Bankruptcy Court for the District of Delaware. That expertise specifically includes participation in, among others, the chapter 11 cases of AES Thames, L.L.C., as the debtor's regulatory consultant, Cengage Learning, Inc., on behalf of the official committee of unsecured creditors, participating as the valuation expert; Doctors Hospital of Hyde Park; Enron, participating as the damages expert for the official creditors committee of Enron; Mirant; and Nartron Corporation.

### Professional Compensation

6.      CRA intends to apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Debtors' chapter 11 cases, subject to the Court's approval and in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the fee guidelines established by the Executive Office of the United States Trustee (the "**U.S. Trustee Guidelines**") and the Court's orders, plus seek reimbursement of actual, necessary expenses and charges that CRA incurs.

7.      CRA proposes to charge for its services on an hourly basis in accordance with its ordinary and customary rates that are in effect on the day the services are rendered and will maintain records of the services provided to the TCEH Committee in one-tenth (0.1) of an hour increments. In particular, CRA's hourly rates of professionals anticipated to be assigned to this

3

case range as follows:

(a)     the hourly rates for Vice Presidents range from $600 per hour to $675 per hour, based upon a variety of factors, including seniority and distinction and expertise in one's field;

(b)     the hourly rate for a Principal is $500 per hour;

(c)     the hourly rate for a Senior Associate is $400 per hour;

(d)     the hourly rates for Consulting Associates range from $310 per hour to $320 per hour, based upon a variety of factors, including seniority and distinction and expertise in one's field

(e)     the hourly rate for an Analyst is $290 per hour;

8.      These hourly rates are subject to periodic adjustments to reflect economic and other conditions and are consistent with the rates charged elsewhere.[4]

## Indemnification

9.      The Engagement Letter provides that it is a material part of the consideration for CRA to furnish its services under the Engagement Letter that the TCEH Debtors and certain related persons agree to indemnify, reimburse and provide contribution to CRA as detailed in the Engagement Letter (hereafter, the "**Indemnity**"), as modified in the proposed order.

10.     The indemnification, contribution, and reimbursement provisions reflected in the Engagement Letter, as modified in the proposed order, are customary and reasonable terms of consideration for CRA's engagement.

## Disinterestedness and Disclosure of Connections

11.     In connection with its proposed retention by the TCEH Committee in these chapter 11 cases, CRA undertook to determine whether it had any conflicts or other relationships

---

[4] In the event hourly rates set forth herein are adjusted during the pendency of these chapter 11 cases, CRA will provide the Bankruptcy Court and the Office of the United States Trustee with written notice of such new hourly rates.

that might cause it to be disinterested, or if CRA holds or represents an interest adverse to the Debtors.  Specifically, CRA obtained from the Debtors' counsel the names of individuals and entities that may be parties-in-interest in these chapter 11 cases (the "**Potential Parties-in-Interest**"), and such parties are listed on **Schedule 1**, annexed hereto.

12.    CRA has researched its electronic client files and records to determine its connections with the Debtors and any Potential Parties-in-Interest.  To the extent I have been able to ascertain that CRA has been retained within the last three years to represent any of the other Potential Parties-in-Interest (or their apparent affiliates, as the case may be), in matters unrelated to these cases, such parties are listed on **Schedule 2** annexed hereto.  CRA's representation of each entity listed on **Schedule 2** however, is or was on matters that are unrelated to the Debtors' chapter 11 cases.  Other than as listed on **Schedule 2** and below, I am unaware of any engagements of CRA by the Potential Parties-in-Interest within the last three years.

13.    CRA provided professional services relating to the drafting of a resource planning "white paper" to NextEra Energy Resources LLC, a potential bidder in the Debtors' sale of its transmission and delivery business, Calpine Corp., a litigation party, NRG Energy LLC, a litigation party, and Debtor Luminant Generation Co. LLC.  This matter has concluded and CRA has not provided professional services on this matter since May 2012.

14.    Given the size of the firm and the breadth of CRA's client base, it is possible that CRA may now or in the future be retained by one or more of the Potential Parties-in-Interest in unrelated matters without my knowledge.  To the extent that CRA discovers or enters into any new, material relationship with Potential Parties-in-Interest, it will supplement this disclosure to the Court promptly.

5

15.     In addition to the parties listed on **Schedule 2**, CRA may also represent now or in the future, or may have represented in the past, certain Potential Parties-in-Interest or their affiliates and CRA may work with now or in the future, or may have worked with and/or have mutual clients with, certain accounting and law firms who appear on the Potential Parties-in-Interest list.  CRA may also now or in the future represent, or may have represented in the past, committees or groups of lenders or creditors in connection with certain restructuring or refinancing engagements, which committees or groups include, or included, entities that appear on the Potential Parties-in-Interest list.

16.     Although we have searched the Potential Parties-in-Interest list, the Debtors may also have numerous customers, creditors, competitors, and other parties with whom they maintain business relationships that are not included as Potential Parties-in-Interest and with whom CRA may now or in the future have, or in the past may have had, relationships.  Although it is possible that employees of certain affiliates may assist CRA in connection with CRA's engagement, as CRA is the only entity being retained by the TCEH Committee, we have researched only the electronic client files and records of CRA, not of its affiliates, to determine connections with any Potential Parties-in-Interest.

17.     CRA has provided and agrees to continue to provide assistance to the TCEH Committee in accordance with the terms and conditions set forth in the application, the Engagement Letter and the related indemnification letter.  Accordingly, I make this Declaration in support of an order authorizing such retention.

18.     Based upon the foregoing, I believe CRA is disinterested as defined in section 101(14) of the Bankruptcy Code and does not hold or represent an interest materially adverse to the Debtors or their estates.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: November 25, 2014          /s/ Jonathan D. Yellin
       Boston, MA                  Jonathan D. Yellin
                                    Vice President and General Counsel
                                      Charles River Associates

7

## Schedule 1

### List of Schedules

| singapoSchedule | Category |
| --- | --- |
| 1 (a) | Debtor Affiliates |
| 1 (b) | Joint Venture Parties |
| 1 (c) | Current and Recent Former Officers and Directors |
| 1 (d) | Banks |
| 1 (e) | Bondholders (secured) |
| 1 (f) | Bondholders (unsecured) |
| 1 (g) | Contractual Counterparties |
| 1 (h) | Debtholders |
| 1 (i) | DIP Parties |
| 1 (j) | Indenture Trustees |
| 1 (k) | Insurers |
| 1 (l) | Investment Banks |
| 1 (m) | Landlords |
| 1 (n) | Letters of Credit |
| 1 (o) | Lienholders |
| 1 (p) | Litigants |
| 1 (q) | Litigants (Asbestos) |
| 1 (r) | Potentially Responsible Parties |
| 1 (s) | Professionals |
| 1 (t) | Shareholders |
| 1 (u) | Significant Customers |
| 1 (v) | Significant Vendors |
| 1 (w) | Surety Bonds |
| 1 (x) | Taxing Authorities |
| 1 (y) | Top 50 Unsecured Creditors |
| 1 (z) | Unions |
| 1 (aa) | United States Trustee and Court Personnel for the District of Delaware (and Key Staff Members) |
| 1 (bb) | Utilities |
| 1 (cc) | TCEH First Lien Credit Agreement Parties |
| 1 (dd) | EFCH & TCEH Trustees |
| 1 (ee) | Other Bondholders |

1

## Schedule 1(a)

### Debtor Affiliates

4 Change Energy Co.
4 Change Energy Holdings LLC
Basic Resources Inc.
Big Brown 3 Power Co. LLC
Big Brown Lignite Co. LLC
Big Brown Power Co. LLC
Brighten Energy LLC
BRIGHTEN HOLDINGS LLC
Collin Power Co. LLC
Comanche Peak Nuclear Power Co. LLC
Dallas Power & Light Co. Inc.
Dallas Power and Light Co. Inc.
Decordova II Power Co.
DeCordova Power Co. LLC
Eagle Mountain Power Company LLC
Ebasco Services of Canada Ltd.
EEC Holdings Inc.
EECI Inc.
EFH Australia (No. 2) Holdings Co.
EFH CG Holdings Co. LP
EFH CG Management Co. LLC
EFH Corporate Services Co.
EFH Finance (No. 2) Holding Co.
EFH FS Holdings Co.
EFH Renewables Co. LLC
EFH Vermont Insurance Co.
EFIH Finance Inc.
EFIHC
Energy Future Competitive Holdings Co. LLC
Energy Future Intermediate Holding Co. LLC
Fuelco LLC
Generation Development Co. LLC
Generation MT Co. LLC
Generation SVC Co.
GIC Special Investments Pte Ltd.
Greenway Development Holding Co.
Humphreys & Glasgow Ltd.
Lake Creek 3 Power Co. LLC
Lone Star Energy Co. Inc.
Lone Star Pipeline Co. Inc.
LSGT Gas Co. LLC
LSGT SACROC Inc.
Luminant Big Brown Mining Co. LLC

Luminant Energy Co. LLC
Luminant Energy Trading California Co.
Luminant ET Services Co.
Luminant Holding Co. LLC
Luminant Mineral Development Co. LLC
Luminant Mining Co. LLC
Luminant Renewables Co. LLC
Martin Lake 4 Power Co. LLC
MHI Nuclear America Inc.
Monticello 4 Power Co. LLC
Morgan Creek 7 Power Co. LLC
NCA Development Co. LLC
NCA Resources Development Co. LLC
Nuclear Energy Future Holdings II LLC
Nuclear Energy Future Holdings LLC
Oak Grove Management Co. LLC
Oak Grove Mining Co. LLC
Oak Grove Power Co. LLC
OMERS Administration Corp.
Oncor Communications Holdings Co. LLC
Oncor Electric Delivery Administration Corp.
Oncor Electric Delivery Co. LLC
Oncor Electric Delivery Holdings Co. LLC
Oncor Electric Delivery Transition Bond Co. LLC
Oncor License Holdings Co. LLC
Oncor Management Investment LLC
Sandow Power Co. LLC
Skyonic Corp.
Southwestern Electric Service Co. Inc.
TCEH Finance Inc.
Texas Competitive Electric Holdings Co. LLC
Texas Electric Service Co. Inc.
Texas Energy Industries Co. Inc.
Texas Power & Light Co. Inc.
Texas Power and Light Co. Inc.
Texas Utilities Co. Inc.
Texas Utilities Electric Co. Inc.
Tradinghouse 3 & 4 Power Co. LLC
Tradinghouse Power Co. LLC
TXU Eastern Finance (A) Ltd.
TXU Eastern Finance (B) Ltd.
TXU Electric Co. Inc.

TXU Electric Delivery Co.
TXU Energy Receivables Co. LLC
TXU Energy Retail Co. LLC
TXU Energy Solutions Co. LLC
TXU Europe CP Inc.
TXU Europe Ltd.
TXU Finance (No. 2) Ltd.
TXU Receivables Co.
TXU Retail Services Co.
TXU SEM Co.
Valley NG Power Co. LLC
Valley Power Co. LLC

**Schedule 1(b)**

**Joint Venture Parties**

Collin G/G&B
Collin G/G&B LLC
GIC Special Investments Pte
Greenway/G&B Frisco LP
Greenway/G&B General LLC
MHI Nuclear North America Inc.
Mitsubishi Heavy Industries Ltd.
Mitsubishi Nuclear Energy Systems Inc.
OMERS Administrative Corp.
Pantellos Corp.
STARS Alliance LLC
Texas Transmission Investment LLC

## Schedule 1(c)

## Current and Recent Former Officers and Directors

Adams, Robert
Ashby, Kevin M.
Austin, Joel S.
Bauer, Scott
Becker, James
Blocker, Sano
Bonderman, David
Boswell, Barry T.
Boyle, Deborah A.
Brownell, Nora Mead
Burke, James A.
Byers, Richard C.
Bys, Jay Allen
Cameron, Andrew A.
Camp, Jeffrey S.
Campbell, David A.
Caraway, Shannon Wade
Carpenter, Walter Mark
Carter, Michael L.
Casarez, Richard
Casey, John M.
Castro, Gabriel R.
Chase, Patrick Kevin
Clevenger, Don J
Davis, David M
Dennis, Deborah L.
Dietrich, Peter
Dore, Stacey H.
Duessel, John S.
Dunning, Thomas M.
Edington, Randall
Elk, Charles W.
Elmer, Debra L.
Estrada, Robert A.
Faranetta, David D.
Ferguson, Thomas D.
Fischer, Michael
Fleshman, Betty R.
Ford, Monte E.
Freiman, Brandon A.
Frenzel, Robert C.
Glacken, Shawn
Goering, Matthew A.
Grasso, Michael Paul

Greer, James A.
Guyton, Michael E.
Halpin, Ed
Harris, Karl Anthony
Hays, Richard C.
Heflin, Adam
Hennekes, David E.
Higginbotham, Dale
Hill Jr., William T.
Ho, Joseph C.
Hogan, Tim
Horn, Stephen G.
Horton, Anthony R.
Howard, Carla A.
Hudson, Scott A.
Huffines, James R.
Hull, Leslie Keith
Ingerto, Craig W.
Isaac, Carlos
Jackson, Brenda L.
Jenkins, Charles W. III
Jojo, Linda
Jones, Bradley C.
Jordan, Walter E.
Kaneda, Masahiko
Kaniewski, Zbigniew
Kaplan, Joel D.
Keeter, Aden P.
Keglevic, Paul M.
Kelly, Daniel
Kelly, Gregory B.
Kerber, Kevin H.
Kirby, Carrie L.
Klumpp, Richard F.
Koenig, Allan J.
Kubin, Diane J.
Kuwata, Noriyuki
Landy, Richard J.
Lebovitz, Scott
Lee-Sethi, Jennifer M.
Leonard, Scott E.
Liaw, Jeffrey
Lidster, Robert J.
Lipschultz, Marc S.
Lucas, Mitchell L.

Lynch, David Alan
Mack, Timothy A.
Malick, Aaron Ravi
Mallen, Frank
Mays, Russell B.
McBride, Shawnie
McFarland, M. A. "Mac"
McKaig, Paul T.
Mireles, Kimberly D.
Moldovan, Kristopher E.
Morrissey, John L.
Morrow, Claudia
Moser, Tod
Muscato, Stephen J.
Neubecker, Greg
Nickerson, Floyd W.
Nutt, Terry
Nye, Jr., E. Allen
O'Brien, John D.
Onaka, Terumasa
Oney, Thomas
Oswalt, Vicki
Pallito, Patti
Perry, Nancy F.
Peters, Kenneth J.
Peterson, M. M.
Pontarelli, Kenneth
Pulis, Brenda J.
Quinn, Timothy Michael
Ragland, Stephen N.
Ranger, Rheal R.
Richards, Kevin
Richie, Carl S.
Rod, Kelli A.
Sarich, Gregory S.
Schinzel, Glen
Sen, Samudra
Shapard, Robert S.
Singleton, Lisa Smith, Ken
Speed, Wesley R.
Spence, Norman C.
Stengel, Amy
Stevens, Cheryl B.
Stewart, John C.
Stuckey, Shawn
Sunseri, Matthew W.

Suzuki, Shigemitsu
Szlauderbach, Stanley J.
Taccino, Jr., Michael
Thompson, Von W.
Trimble, R. D.
Waid, Joseph
Walker, Jeffrey J.
Warren, Autry L.
Watson, Clifford A.
Weeks, Richard Glenn
Wentzell, David G.
Williams, C. Michael
Williams, E. Michael
Williams, Glenn W.
Williams, Patrick
Williamson, Billie I.
Wilson, Phil
Winston, Lisa M.
Wortham III, Richard W.
Wright, Andrew M.
Zucchet, Steven J.

## Schedule 1(d)

## Banks

Bank of Texas
Benchmark Bank
Chase Investments
Fidelity Institutional Money Market Funds -
Government Portfolio (via Bank of
Oklahoma dba Bank of Texas)
First National Bank of Granbury
Goldman Sachs Financial Square
Government Fund
Invesco ATST Premier US Government
Money Portfolio (via Bank of Oklahoma dba
Bank of Texas)
JPMorgan Chase Bank NA (IL)
JPMorgan Chase Bank NA (NY)
JPMorgan Chase Bank NA (OH)
JPMorgan Chase Bank NA (TX)
JPMorgan Chase through Met Life
M&T Bank
Morgan Stanley Government Portfolio
Western Asset Institutional Government
Fund

## Schedule 1(e)

### Bondholders (secured)

A.J. Sloane & Co.
Ahab Capital Management Inc.
AllianceBernstein LP (US)
Allianz Global Investors US LLC
American Century Investment Management Inc.
Anchorage Capital Group LLC
Angelo Gordon & Co. LP - Private Account
Appaloosa Management LP
Apollo Capital Management LP
Archview Investment Group LP
Artio Global Management LLC
Asset Allocation & Management Co. LLC
Avenue Capital Management II LP
Aviary Capital Enterprises Inc.
Aviva Investors North America Inc.
Babson Capital Management LLC
Balyasny Asset Management LP (US)
Bank of Oklahoma
Barclays Capital Inc.
Barclays Capital Securities Ltd.
Benefit Street Partners LLC
Benida Group LLC, The
BlackRock Advisors LLC
BlueCrest Capital Management (New York) LP
BMO Asset Management Inc.
Brigade Capital Management LLC
Brownstone Investment Group LLC
Candlewood Investment Group LP
Citi Private Bank
Claren Road Asset Management LLC
Credit Value Partners LP
Cyrus Capital Partners LP (US)
Danske Bank A/S (Asset Management)
Davidson Kempner Partners
DDJ Capital Management LLC
Deutsche Bank Securities Inc.
Deutsche Investment Management Americas Inc.
DuPont Capital Management Corp.
Eaton Vance Management Inc.
Ellis Lake Capital LLC
Euroclear Bank
Federated Investment Management Co.

Fidelity Management & Research Company
Fifth Street Capital LLC
Franklin Advisers Inc.
Fubon Asset Management Co. Ltd.
Global Credit Advisers LLC
GoldenTree Asset Management LP (US)
Gracie Asset Management
GSO Capital Partners LP
Hartford Investment Management Co.
Highland Capital Management Fund Advisors LP
Hotchkis & Wiley Capital Management LLC
HSBC Wealth Management Services (Private Account)
Icahn Associates LLC
ING Financial Markets LLC
ING Investment Management LLC
Intermarket Corp.
Invesco PowerShares Capital Management LLC
JP Morgan Investment Management Inc.
JP Morgan Private Bank
JP Morgan Securities LLC (Broker)
KS Management Corp.
Logan Circle Partners LP
Loomis Sayles & Co. LP
Lord Abbett & Co. LLC
MacKay Shields LLC
Magnetar Financial LLC
Marathon Asset Management LP
Mariner Investment Group LLC
Merrill Lynch Pierce Fenner & Smith Inc. (Broker)
MetLife Investment Advisors Co. LLC
MFS Investment Management
Morgan Stanley & Co. LLC
Mount Kellett Capital Management LP
MSD Capital LP
Muzinich & Co. Inc.
Nomura Corporate Research & Asset Management Inc. (US)
Nomura Securities International Inc.
Nuveen Asset Management LLC
Oak Hill Advisors LP

Oaktree Capital Management LP
Omega Advisors Inc.
Onex Credit Partners LLC
OppenheimerFunds Inc.
Otlet Capital Management LP
OZ Management LP
Pacific Life Fund Advisors LLC
Paulson & Co. Inc.
Peak6 Investments LP
PIMCO - Pacific Investment Management
Co.
Pine River Capital Management LP
Pioneer Investment Management Inc.
PPM America Inc.
Principal Global Investors LLC
ProFund Advisors LLC
Prudential Investment Management Inc.
Putnam Investment Management LLC
RBC Capital Markets LLC
RBC Investor Services
RBS Securities Inc. (Broker)
Redwood Capital Management LLC
Regiment Capital Advisors
Ryan Labs Inc.
Salient Advisors LP
Scottish Widows Investment Partnership
Ltd.
Solus Alternative Asset Management LP
Standard Life Investments (USA) Ltd.
State Street Global Advisors (SSgA)
Strategic Income Management LLC
Susquehanna Capital Group
Symphony Asset Management LLC
Taconic Capital Advisors LP
Talamod Asset Management LLC
Third Avenue Management LLC
Thrivent Asset Management LLC
UBS Global Asset Management (Americas)
Inc.
UBS O'Connor LLC
UBS Securities LLC
UBS Securities Ltd.
Van Eck Associates Corp.
Vanguard Group Inc., The
Waddell & Reed Investment Management
Co.

Walnut Street Associates
WAMCO
Water Island Capital LLC
Waterstone Capital Management LP
Wells Capital Management Inc.
Western Asset Management Co.
York Capital Management Global Advisors
LLC
Ziff Brothers Investments LLC

**Schedule 1(f)**

**Bondholders (unsecured)**

AEGON USA Investment Management LLC
AJ Sloane & Co.
Berkshire Hathaway Inc.
Blackrock
BlueMountain Capital Management LLC
Capital Research & Management Co. (US)
Chou Associates Management Inc.
Commerz Markets LLC
Contrarian Capital Management LLC
Credit Suisse Asset Management LLC (US)
CSS LLC
Energy Future Holdings
Energy Future Holdings/Energy Future Intermediate Holdings
Energy Future Intermediate Holdings
Feingold O'Keeffe Capital LLC
Footprints Asset Management & Research Inc.
Fore Research & Management LP
GAMCO Asset Management Inc.
Garland Business Corp.
Global Bond Investors SA
HighTower Advisors LLC
Hudson Bay Capital Management LP
Luminus Management LLC
Manulife Asset Management (US) LLC
MatlinPatterson Global Advisers LLC
Morgan Stanley Smith Barney LLC (Broker)
Murphy & Durieu LP
Murphy & Durieu LP (Broker)
Newfleet Asset Management LLC
P. Schoenfeld Asset Management LP
Patton Albertson & Miller LLC
Penn Mutual Life Insurance Co. (Asset Management)
PFA Kapitalforvaltning Fondsmæglerselskab A/S
Phoenix Investment Adviser LLC
Relative Value Partners LLC
RidgeWorth Capital Management Inc.
SG Americas Securities LLC
Silver Rock Financial LLC
Standard Bank PLC

Sterne Agee & Leach Inc.
Stockcross Financial Services Inc.
Third Avenue Focused Credit Fund
Third Avenue Trust
USAA Asset Management Co.
W.R. Huff Asset Management Co. LLC
Whitebox Advisors LLC

## Schedule 1(g)

## Contractual Counterparties

10301 Vista Apartments LLC
10400 Sandpiper Apartments LLC
11911 Park Texas Apartments LLC
1201 Louisiana Co. LP
1201 Oaks of Brittany Apartments LLC
12500 Plaza Apartments LLC
1401 Elm Street Condominium Association
16001 Cotillion Apartments LP
2013 Multi-Family Real Estate Fund I LLC
2016 Main Owners Association Inc.
22921 Imperial Valley Drive LLC
2730 Lafferty Street Apartments LP
321 Partners Ltd.
3M Co.
4101 Pointe Apartments LLC
4150 North Macarthur Boulevard
4Front Engineered Solutions Inc.
500 Jefferson Tower (TX) LLC
5900 Crystal Springs Apartments LLC
601 Jefferson Tower (TX) LLC
667 Maxey Village Apartments LLC
7600 Royal Oaks Apartments LLC
7-Eleven Inc.
99 Cents Only Stores Texas Inc.
A.J. Bart Inc.
AB Mauri Food Inc.
ABB Inc.
Aberfeldy Properties Inc.
Abilene Christian University
Ace Cash Express Inc.
Acuity Brands Lighting Inc.
ADA Carbon Solutions (Red River) LLC
ADM Investor Services Inc.
Advance Polybag (Texas) Inc.
Advanced Neuromodulation Systems Inc.
Advanced Pedestals Ltd.
Advent Cleaning Technology Inc.
Aegis
AEP Energy Partners Inc.
AEP Energy Partners LP
AER Manufacturing LP
Agero Connected Services Inc.
Air Express International USA Inc.
Air Liquide Electronics US LP
Airtricity Forest Creek Wind Farm LLC

AJ Bart Inc.
Akzo Nobel Functional Chemicals LLC
Albemarle Corp.
Albemarle Corp., a Virginia Corp.
Alcon Laboratories Inc.
Alcon Research Ltd.
Alimak Hek Inc.
All Saints Episcopal School
All Saints Episcopal School of Tyler
Alliance Center - East Association
Alliance Drilling Fluids LLC
Allied Cambridge LP
Allied Electronics Inc.
Allied Petrochemical LLC
Alloy Casting Co. Inc.
Alman Construction Services
Alpha Coal Sales Co. LLC
Al's Formal Wear of Houston Ltd.
Alside Ennis Extruded Products Co.
Alstom Power Inc.
Altamonte II Ltd.
Altmonte II Ltd.
Alvin Community College
Amalgamate Processing Inc.
Amalgamate Processing Ltd.
Amaz Property Management USA Inc.
American Airlines Inc.
American Equipment Co. Inc. (AMECO)
American Film & Printing Ltd.
American Foodservice Corp.
American General Life Insurance Co.
American Industrial Minerals LLC
American Marazzi Tile Inc.
American Multi-Cinema Inc.
American Porcelain Enamel Co. of Dallas
American Residential
American Residential Services LLC
American Spincast Inc.
American Wind Power Center
Amerimont Partners LP
Ameripower LLC
Ameron International - FCPD-Centron
ANA Properties LLC
Analytic Stress Relieving Inc.
Android Industries LLC

Angelina & Nacogdoches WCID
Apache Corp.
APNA
AppLabs Tech Pvt Ltd.
Applabs Technologies Pvt Ltd.
Applied Industrial Technologies
Applied Industrial Technologies Inc.
Aquatic Co.
Aramark Uniform Services
Aramark Uniform Services Inc.
Aransas County Independent District (TX)
Aransas County Independent School District
Arch Coal Sales Co. Inc.
Areva Enrichement Services LLC
Areva Enrichment Services LLC
Areva NC Inc.
Armet Dale Street LP
Arrowhead Operating Inc.
Artco-Bell Corp.
Asbury Automotive Group Inc.
Ashcraft-European Bakery LP
Ashford TRS Sapphire VI LLC
Ashford TRS Sapphire VII LLC
Ashland Specialty Chemical Co.
Aspenwood Apartment Partners LP
Asset 1250 Mockingbird LP
Associated Materials Inc.
Atco Rubber Products Inc.
Atlas International Laundry & Dry
Atlas International Laundry & Dry Cleaning
Equipment
Atmos Energy Corp.
Atmos Pipeline - Texas, a Division of
Atmos Energy Corp.
Attentus Bonham LP
Atwood Distributing GP LLC
Austin Coca Cola Bottling Co.
Austin College
Autobahn Imports LP
Autohaus LLC
Automatic Systems Inc.
Axon Pressure Products Inc.
Axon Solutions Inc.
AZZ Inc.
B.G. Construction
B27 Resources Inc.

Babcock & Wilcox
Baikowski Malakoff Inc.
Baker Hughes Oilfield Operations Inc.
Ball Metal Beverage Container Corp.
Bandag
Bank of New York, The
Bank One Travel Card
Barclays Bank PLC
Baron Investments Ltd.
Bates Container LLC
Baylor Health Care System
Baylor Medical Center at Carrollton
Baylor Richardson Medical Center
Baylor University
Baywind Condominium Association
BC Operating Inc.
Behringer Harvard Burnett Plaza LP
Bell County WCID 3
Bell Helicopter Textron Inc.
Benchmark Industrial Services Inc.
Bendco
Bendco Inc.
Beneficial Power LLC
Benetech Inc.
Berkeley First City LP
Best Brands Corp.
BHP Billiton
Bimbo Bakeries USA Inc.
Birdsong Peanuts
Blaylock Industries
Blue Cross & Blue Shield
Blue Valley Apartments Inc.
Blueknight Energy Partners LP
Bluewater Thermal Services
BNG Apartments Inc.
BNP Paribas Energy Trading GP
BNSF Railway Co. - Coal
Boardwalk Motor Sports LLC
Boaz Energy LLC
Bobcat Bluff Wind Project LLC
Boca Springs LP
Bodycote Thermal Processing Inc.
Boeing Co., The
Boise Packaging & Newsprint LLC
Bollman Industries
Bonsal American Inc.

Bopco LP
Boral Material Technologies Inc.
Borden Dairy Co. of Texas LLC
BorgWarner TorqTransfer Systems Inc.
Bottom Line Food Processors Inc.
Boy Scouts of America
BP Energy Co.
Braeswood Oaks Apartments LLC
Braeswood Oaks Apts
Brass Craft Western Co.
Brazos Electric Power Cooperative
Brazos Electric Power Cooperative Inc.
Brazos Presbyterian Homes Inc.
Brazos River Authority (BRA)
Brazos Valley Groundwater Conservation
District
Brazos Wind LP
Breck Operating Corp.
Bridgestone Bandag LLC
Brilliant Energy LLC
Broadridge Output Solutions Inc.
Broadridge Securities Processing
Broan-Nutone Storage Solutions LP (Post)
Brookbend Inc.
Brougher Inc.
Brownwood Housing Authority (TX)
Brushy Creek Municipal Utility District
Bryant Grain Co.
Buckingham Senior Living Community Inc.
Buckner Retirement Services Inc.
Buckskin Mining Co.
Bucyrus Mining Equipment Inc.
Buffalo Industrial Supply Inc.
Building Materials Corp. of America
Bunge Oils Inc.
Burns & McDonnell Engineering Co.
Burns & McDonnell Engineering Co. Inc.
Business Jet Center Ltd.
Busycon Properties LLC
Buttons LLC
BVP Veranda Place LP
Caballo Coal Co.
Cadeco Industries Inc.
Caldwell Foundation, The
California Spray Dry
California State Teachers' Retirement

California State Teachers' Retirement
System
Calpine Energy Services LP
Caltex Feed Yard Inc.
Calvary Cathedral Inc.
Cambridge - Plano Partners MOB IV LP
Cambridge Arlington LP
Cambridge Nassau Bay LP
Cambridge Oaks
Cambridge Walnut Hill LP
Cameco Inc.
Cameron International Corp.
Canberra Industries Inc.
CapGemini America Inc.
Capital One
Capital One NA
Caremark PCS Health LLC
Cargill Inc.
Cargill Power Markets LLC
Carlingford Apartments LLC
Carlisle Coatings & Waterproofing Inc.
Carpenter Co.
Catalina Tempering - Texas Inc.
Caterpillar Global Mining Equipment LLC
CBM One LLC
CCMH Houston AP LLC
CCMH Houston Galleria LLC
CCMH Potomac LLC
CCMH Quorum LLC
Centennial Beverage Group LLC
Center Operating Co. LP
Centerpoint Energy Resources Corp.
CenterPoint Energy Transition Bond Co. II
LLC
Central Texas Corrugated
Central Texas Water Supply
Central Transport International Inc.
Centrifugal Castings Inc.
CertainTeed Corp.
Cesco Inc.
CF Chefs Inc.
CF Products LLC
CG Properties LLC
Champion Cooler Corp.
Chandler, City of (AZ)
Chandler, City of (TX)

Chaparral Steel Midlothian LP
Charles Needham Industries Inc.
Charleston, The
Charming Charlie Inc.
Chemical Process & Production Inc.
Chesapeake Energy Corp.
Chesapeake Energy Marketing Inc.
Chevron Natural Gas, a division of Chevron
Chevron Natural Gas, a division of Chevron
USA Inc.
Chico Coffman Tank Trucks Inc.
Chief Adhesives Inc.
Children's Medical Center of Dallas
Choice Energy Services
Christus Spohn Health System Corp.
CIMA Energy Ltd.
Cimbar Performance Minerals Inc.
Cintas Corp.
Circle 10 Council
Citibank NA
Citigroup Energy Inc.
Clarewood House Inc.
Claye AP3 Investments LLC
Clean Energy
Clearview Electric Inc.
Clearview International LLC
Clements Nut Co.
Cletex Trucking Inc.
Cloud Peak Energy Resources LLC
Clyde Bergemann Inc.
Coastal Foods Inc.
Coca Cola Enterprises
Coca-Cola Bottling of North Texas
Coca-Cola Co., The
Cockrell Printing Co.
Cody Energy LLC
Cody Energy LLC, a Cabot Oil & Gas Co.
subsidiary
Coffee Process Technology Corp.
COG Operating LLC
Cohesive
College of the Mainland
Collier Metal Specialties Ltd.
Colonial Savings FA
Commons on Edgebrook LLC
Computer Engineering Services

Computer Sciences Corp.
Conecsus LLC
Congress Holdings Ltd.
Consolidated Metal Technologies LLC
Constellation Energy Commodities Group
Constellation Energy Commodities Group
Inc.
Constellation New Energy - Gas Division
LLC
Consulado General de Mexico
Contract Powder Coating Inc.
Control Products Corp.
Converdyn
Convergent Outsourcing
Convergys Corp.
Cook Children's Medical Center
Cooper Aerobics Enterprises Inc.
Coors Distributing Co. of Fort Worth
Coral Energy Canada Inc.
Coral Energy Resources LP
Coral Island Partners Ltd.
Core Laboratories Ltd.
Corrections Corp. of America
Corsicana Technologies Inc.
Cott Beverages Inc.
Courtlandt Square Ltd.
Courtyard by Marriott LP
Cox Fence Fitting Co.
Cox Industries Inc.
Cox's Foodarama Inc.
Cracker Barrel Old Country Store Inc.
Crane Nuclear
Credit Suisse Energy LLC
Credit Suisse International
Crestwood Midstream Partners LP
Cronus Texas Properties LLC
Crown Cork & Seal USA Inc.
CRV PCM Portfolio II LP
Cryovac Inc.
CTE Entertainment LP
CTI Foods Holding Co. LLC
Cullen 500 Jefferson Co. LP
Cullen Continental II Co. LP
Cyclone Enterprises Inc.
Cypress Fairbanks Independent School
District (TX)

Cytec Engineered Materials Inc.
D.R. Horton Inc.
Dads Club Swim Team Inc.
Dairy Pak - a Division of Blue Ridge Paper
Products Inc.
Daisy Brand
Daisy Brand LLC
Dal-Air Investment Castings Inc.
Dallas Bar Association
Dallas City Packing Inc.
Dallas Convention Center Hotel
Dallas Country Club
Dallas County Water Control &
Improvement District (TX)
Dallas CPT Fee Owner LP
Dallas Flat Glass Distributors Inc.
Dallas Group of America Inc., The
Dallas Lake Fork Water
Dallas Medical Center LLC
Dallas Morning News Inc., The
Dallas Nephrology Associates
Dallas Woman's Club, The
Dallas World Aquarium Corp., The
Dallas, City of (TX)
Dal-Tile Corp.
Dan-Loc LLC
Dannon Co. Inc.
Darling International Inc.
Daryl Flood Inc.
Data Exchange
Data Systems & Solutions LLC (Rolls
Royce)
DB Energy Trading LLC
Dealers Electrical Supply
Dealers Electrical Supply Co.
Dean Gilbert Inc.
Deep Elem Real Estate LLC
Deer Horn Aviation Ltd. Co.
Delaware Public Utility Commission
Delaware, State of
Delek Refining Ltd.
Dell Marketing LP
Dell USA LP
Delta Centrifugal Corp.
Delta Petroleum Inc.
Denbury Onshore LLC

Denco of Texas Inc.
Denison Industries Inc.
Densimix Inc.
Derbyshire Investments LLC
Design Tech Homes Ltd.
Deutsche Bank AG
Deutsche Bank Trust Co. Americas
Dewind Frisco LLC
DIAB Inc.
Diamondback Management Services Ltd.
Digital - Bryan Street Partnership LP
Dillard Store Services Inc.
Direct Energy LP
Direct Fuels LLC
Display Source Design & Factory Ltd.
Diversified Ceramics Corp.
DLR Restaurant Group Inc.
Do It Best Corp.
Dolgencorp of Texas Inc.
Dollins Pecan Co. Inc.
Don Miguel Mexican Foods Inc.
Double-E Inc.
DR Horton Inc.
Dr. Pepper Bottling Co. of Texas
DRH Worthington Tenant General
DRH Worthington Tenant LP
DST Output Central LLC
DTE Energy Trading Inc.
Duke Energy Carolinas LLC
Durham Pecan Co.
Earthgrains Baking Cos. Inc.
Eastex Forest Products
Eastex Lumber & Supply LLC
Eastland Memorial Hospital
EBAA Iron Inc.
Eckel Manufacturing Co. Inc.
Ecolab Inc.
Economy Mud Products Co.
EDF Trading North America LLC
Edward Don & Co.
EECU
EFH Properties Co.
EGS Electrical Group LLC (Atmos)
EGS Electrical Group LLC (CenterPoint)
El Campo, City of (TX)
El Dorado Way Condominium Association

El Paso Energy Service Co.
El Paso Natural Gas Co.
Electric Reliability Council of Texas (ERCOT)
Electric Reliability Council of Texas Inc. (ERCOT)
Elm Street Portfolio LP
EMC Corp.
Enbridge Energy Partners LP
Encore Wire Corp.
Enduro Composites Inc.
Enduro Systems Inc.
Energy America LLC
Energy Transfer Fuel LP
EnergySolutions Services Inc.
EnerVest Operating LLC
Enhanced Powder Coating LLC
Enterprise Products Operating LLC
Enterprise Products Transportation LLC
Enterprise Texas Pipeline LLC
Enterprise Transportation Co.
Equant Inc.
ER Solutions Inc.
Ergon Asphalt & Emulsions Inc.
Ernst & Young LLP
ESL Construction Ltd.
Essent Healthcare Inc.
Essilor of America Inc.
ETC Katy Pipeline Ltd.
ETC Marketing Ltd.
Etech Inc.
Ethicon Inc., a Johnson & Johnson Co.
Examination Management Services Inc.
Exelon Generation Co. LLC
Extended Stay
Extended Stay America
Extended Stay Hotels
F.L. Motheral Co.
Fairfield, City of (TX)
Falcon Resources Inc.
Falcon Steel Co.
Falls of Deer Park LP
Family Dollar Distribution LLC
Family Dollar Stores of Texas LLC
Fantome Tower LP
Federal Home Loan Bank

Federation of State Medical Boards, The
Fehr Foods Inc.
Fiberspar Linepipe LLC
Fidelity Real Estate Co. LLC
Finley Resources Inc.
First Baptist Church of Midland Texas, The
First Baptist Church of, The
First Co.
First Tennessee Bank NA
First Tennessee Bank National
Fiserv Solutions Inc.
Fisher Controls International LLC
FL Motheral Co.
Flake Industrial Services Inc.
Fleischmann's Yeast
Flexible Foam Products Inc.
Flexible Foam Products Inc., a Division of Ohio Products Inc.
Flint Hills Resources LP
Florestone Products Co.
Florida Power & Light Co.
Flour Bluff Independent School District
Flowers Baking Co. of Houston LLC
Fluor Enterprises Inc.
Fluor Global Services
Forest Creek Wind Farm LLC
Forge USA
Fort Bend Independent School District (TX)
Fort Worth Aluminum Foundry Inc.
Fort Worth Club of Fort Worth
Fort Worth Community Credit Union
Fort Worth Housing Authority
Fort Worth Laundry & Dry Cleaners Inc.
Forward Manufacturing Co.
Fossil Creek Land Partners Inc.
Fossil Partners LP
Four Seasons Hotel Houston
FPG-DMT Harwood LP
FPL Energy Pecos Wind I LLC
FPL Energy Pecos Wind II LLC
FPL Energy Power Marketing Inc.
Frank Kasmir Associates Inc.
Frank Kent Motor Co.
Frazier & Frazier Industries Inc.
Freepoint Commodities LLC
Fresnel Technologies Inc.

Friedkin Cos. Inc.
Fritz Industries Inc.
Frontier General Insurance Agency
Fry at Grand Inc.
FSI International Inc.
FSP Westchase LLC
FTI Industries Inc.
G&K Services Inc.
Gaidos of Galveston Inc.
Gainesville Foundry Inc.
Galderma Laboratories LP
Galperti Inc.
GAP Roofing LP
GAP Roofing of Texas LLC
Garland, City of (TX)
Gatesco QM Ltd.
GATX Financial Corp., Rail Division
GC Packaging LLC
GCR Truck Tire Centers Inc.
GE Foodland Inc.
Genecov Group Inc., The
General Aluminum Corp.
General Dynamics OTS (Garland) LP
General Magnaplate Texas Inc.
General Motors LLC
Genesys Telecommunications
Genesys Telecommunications Laboratories
Inc.
Georg Fischer Central Plastics LLC
George W Bush Foundation, The
Georgetown Healthcare System
Georgia-Pacific Corrugated LLC
Gerdau Ameristeel
Gerland Corp.
GEUS
GH Partners LLC
GIT Heritage IV TX LLC
Gleco Plating Inc.
Global Innovation Corp.
Global Rail Systems Inc.
Globix Rolling Creek LLC
Goat Wind LP
Golden Leaf Inc.
Goldman Sachs & Co.
Goldsmith, City of (TX)
Gorman Milling Co. Inc.

GPI Real Estate Management Corp.
GPI Spectrum LLC
Grace Presbyterian Ministries
Graham Packaging Co. LP
Graham, City of (TX)
Grande Communications Networks LLC
Grandview, City of (TX)
Granite Weslayan Partners Ltd.
Granite Westchase Partners Ltd.
Grapevine DCJ LLC
Green Tree Country Club Inc.
Greene Tweed & Co. I LP
Greif Inc.
Griffs of America Inc.
Grocers Supply Co. Inc., The
Gruma Corp.
GSC Enterprises Inc.
GSHS Administrative Services Organization
Guardian 801 Country Place LLC
Guardian Equity Management LLC
Gulf Coast Waste Disposal Authority
Gulf South Pipeline Co. LP
Gulfstream Aerospace LP
Guy Brown Management LLC
GYB Management Services LLC
H&M Resources LLC
H.B. Fuller Co.
H.E.F. Houston LP
Halliburton Energy Services Inc.
Hanson Pipe & Precast LLC
Hanson Pipe & Products, Pressure Pipe
Division
Har Conn Chrome of Texas Inc.
Harbison-Fischer Manufacturing Co.
Har-Conn Aerospace Inc.
Har-Conn Chrome Co. of Texas, The
Harlans Supermarkets Inc.
Harvest Management Sub LLC
Hawk Installation
HBSN Investment Co. LLC
HCM Utah Inc.
HCRI Dallas Medical Facility LLC
HCRI Nassau Bay Medical Facility LLC
HCRI Plano Medical Facility LLC
Head Start of Greater Dallas Inc.
Headwaters Resources Inc.

HealthSouth Corp.
HealthTrust Purchasing Group LP
Heath, City of (TX)
HEB Grocery Co. LP
Henry Co.
Hensley Industries Inc.
Heritage Apartments
Heritage Bag Co.
Heritage Hotels Fredricksburg LLC
Heritage Hotels Rockport LLC
Heritage Madison Tri Associates LP
Hermosa Group LLC
Hewitt Ennis Knupp Inc.
Hewlett Packard
HHC TRS Portsmouth LLC
Highland Park Presbyterian Church
Highlands Educational Corp., The
Hilite Industries
Hilite Industries Automotive LP
Hillcrest Baptist Medical Center
Hill-Lake Gas Storage LP
Hilton DFW
Hilton Houston Post Oak
Hines Louisiana Walker One LP
Hines REIT 2800 Post Oak LP
Hi-Pro Feeds Inc.
HK Capital LLC
HM Dunn Co. Inc.
HM Equity Management LLC
Hobas Pipe USA LP
Hobbs Leasing Inc.
Hohman Associates LLC
Holcim (Texas) LP
Hollinee Filtration
Hollinee LLC
Holly Hall Townhomes Homeowners
Association Inc.
Holt Texas Ltd.
Hood Flexible Packaging Corp.
Hopkins County Memorial Hospital
Hotel Adolphus
Hotel Inter-Continental Dallas
Houston County WCID #1
Houston Pipe Line Co. LP
Houston Pizza Venture LP
Houston Plating & Coatings LLC

HPT TRS MRP Inc.
HTC Industries
Hubbard Feeds Inc.
Hudson Products Corp.
Hulen Office Plaza Partners Ltd.
Hunter Panels LLC
HVM LLC
Hydro Conduit of Texas LP
Hydrocarbon Exchange Corp.
Iberdrola Energy Services LLC
Iberdrola Renewables Inc.
Iberdrola Renewables LLC
IBM Corp.
Ice Embassy Inc.
iCrossing Inc.
IFS Industries Inc.
Igloo Products Corp.
Ignite Restaurant Group Inc.
Imperial Landing
IN-105 Heritage III LLC
Independence Hall Mutual Housing
Association
Independent Bankers Financial Corp.
Independent Pipe Products Inc.
Indian Mesa Wind Farm LLC
Indian Rubber Co. Inc.
Infinite Electric LLC
Ingersoll-Rand Co. - Trane/ASBS
Inland American Lodging Dallas Akard
TRS LP
Insight Equity Acquisition Partners LP
Inspiring Body of Christ Church
Intecom
Integrated Test Corp.
Integrity Ashford Court LLC
Integrity Pointe LLC
Intelligent Epitaxy Technology Inc.
Interceramic Manufacturing Inc.
Interim Management Group Inc.
Intermex Products USA Ltd.
International Architectural Products Inc.
International Paper Co.
Interstate Forging Industries
Invensys Process Systems
Inwood Manor Condominium Association
Iowa Park, City of (TX)

IPROC Dallas LLC
Irving Bible Church of Irving Texas
Irving, City of (TX)
ista North America Inc.
ITC Management Co. Inc.
Itochu Corp.
J Mac Tool Inc.
J&S Construction LLC
J. Aron & Co.
J.M. Davis Inc.
J.P. Morgan Securities LLC
Jacinto City, City of (TX)
Jacintoport International LLC
Jacksboro, City of (TX)
Jacksonville, City of (TX)
Jagoe-Public Co.
Jalapeno Tree Holdings LLC
James O Carter Enterprises Inc.
JAW Equity Management LLC
Jeld-Wen Windows & Doors
JM Davis Inc.
JNJ Apartments Inc.
Jones-Blair Co.
Jostens Inc.
JPMorgan Securities LLC
Jpmorgan Ventures Energy Corp.
Judwin Properties Inc.
Juniper Chimney Rock Ltd.
Juniper Lakeview Ltd.
Kansas City Southern Railway - Coal
KapStone Container Corp.
Katoen Natie Gulf Coast Inc.
Katy Motels Inc.
Kemlon Products & Development
Kennedale Independent School District
Kerrville Public Utility Board
Kerrville Public Utility Board (TX)
Kimberly-Clark Corp.
Kinder Morgan Inc.
Kinder Morgan Tejas Pipeline LLC
Kinder Morgan Texas Pipeline LLC
KLTV
KMR Park at Willowbrook LLC
KNG Enterprises Inc.
Koch Materials Co.
Kode Novus I LLC

Kode Novus II LLC
Kodiak Management Co. LLC
Kone Inc.
Koral Industries Inc.
Kroger Co.
KTRK Television Inc.
KW Industries Inc.
Kwikset Corp.
Kyle Scott, Wesley
L-3 Communications
L-3 Communications Corp.
L-3 Communications Integrated Systems LP
Laboratory Corp. of America
Laboratory Tops Inc.
Lafayette Green
Lafayette Green Apartments
Laguna Tubular Products Corp.
Lake Country Church
Lakeside Country Club
Lalani Lodging Inc.
Lamar Council of Co-owners, The
Lamar Council of Owners, The
Lance Inc.
Land O'Lakes Purina Feed LLC
Land Rover Dallas LP
Landers Machine Co.
Landes Foods LLC
LaSalle National Leasing Corp.
LB Crescent City LP
LB Crescent Park LP
LCRA Transmission Services Corp.
Leaman Building Materials Inc.
Lee College District (TX)
Leeland Baking Co. LLC
Leggett & Platt Inc.
Leonora Glen LLC
Leon's Fine Foods Inc.
Leo's Foods Inc.
Lewis Operating Co
Lewis Operating Corp.
LG Apartments LLC
LH 2007 Properties LLC
Liberty Carton Co.
Liberty Tire Recycling LLC
Life Outreach International
Lighthouse Inn at Aransas Bay, The

Lincoln Technical Institute Inc.
Lindale Rural Water Supply Corp.
Little Pringle 1 LLC
Little Pringle 2 LLC
Loch Energy Square LP
Lockheed Martin Corp.
Lockheed Martin Services Inc.
Lone Star Beef Processors LP
Lone Star Fasteners LLC
Lone Star Industries Inc.
Lonestar Consulting Group LLC, The
Louisiana Energy Services
Louisiana Energy Services LLC (LES)
LPC GSA LLC
LSA - Cleanport Texas LP
LSG Acquisition Corp.
LST Heat Treating LLC
LTP Inc.
LTTS Charter School Inc.
Luminant Generation Co. LLC
Luminator Holding LP
M Crowd Restaurant Group Inc.
M&H CRATES Inc.
M&L Fort Worth Partners Ltd.
MAALT LP
Mabank, City of (TX)
Mac Haik Chevrolet Ltd.
Macquarie Energy LLC
Macquarie Futures USA Inc.
Macquarie Futures USA LLC
Mac's Snacks Inc.
Madden Galvanizing LLC
Madix Inc.
Magnolia Independent School District (TX)
Mainstream Venture Ltd.
Malones Food Stores LLC
Mamo Enterprises
Marb Farms
Marco Co. LP, The
Mario Sinacola & Sons
Marketing Management Inc.
Marriott 2012 - Housing Horizons LLC
Marriott Corp., The
Marriott12 - HPT TRS MI-135 Inc.
Marsh, Tony C.
Martens, Henry S.

Martin Linen Supply Co.
Martin Sprocket & Gear Inc.
Martindale Feed Mill
Mary Kay Inc.
Mastercraft Business Forms Inc.
Masterfoods USA, a Division of Mars Inc.
Master-Halco Inc.
Mattel Inc.
McDonald Technologies
McKinney, City of (TX)
McLennan County Fair Inc.
MEMC Electronic Materials (SW) Inc.
Memorial Medical Center
Menard Independent School District
Menard Independent School District (TX)
Menil Foundation Inc.
Merico Abatement Contractors Inc.
Merrill Lynch Capital Services Inc.
Merrill Lynch Commodities Inc.
Merrill Lynch Pierce Fenner & Smith
Merritt Hawkins & Associates
Mestek Inc.
Metco Environmental Inc.
Methodist Hospitals of Dallas
Metrocrest Hospital Authority
Metroplex Adventist Hospital Inc.
Metroplex Hospital
Mexico, Consulado General de / Mexico, Consulate General of
Michael Angelo's Gourmet Foods Inc.
Microsoft Licensing GP
Mid-East Texas Groundwater Conservation District
Midway ISD
Millwood Hospital LP
Mine Service Ltd.
Mission Foods
Missouri MPP
Mitek Corp.
Mitsui Rail Capital LLC
Modesto Tallow Co.
Mohawk Labs Division of NCH Corp.
Mohawk Labs, Div. NCH Corp.
Moody Gardens Inc.
Morgan Stanley Capital Group Inc.
Morgan Stanley Capital Services LLC

Mori Seiki USA Inc.
Moritz Chevrolet Ltd.
Moritz Partners LP
Morningstar Foods Inc.
Mortex Products Inc.
Mosaic Marina LP
Moss Bluff Hub Partners LP
Mother Parkers Tea & Coffee USA Ltd.
Motiva Enterprises LLC
Movie Tavern Inc.
MP Industries Inc.
MSA Development LLC
Muenster Milling Co.
Munich Re Trading Ltd.
Munro's Uniform Services LLC
Munters Corp.
Muscatine Power & Water
Museum of Nature & Science
MW Crow Inc.
N.J. Malin & Associates LLC
Nachas Inc.
Nacogdoches County Hospital District
Nacogdoches Memorial Hospital
Nalco Co.
Nan Ya Plastics Corp. USA
Nasdaq OMX Commodities Clearing Co.
Natchez House LP
National Bank
National Bank of Central Texas
National Gypsum Co.
National Rail Car Inc.
National Tank Co.
Navarro College
Navarro Pecan Co. Inc.
Navika Capital Group LLC
Navistar Inc.
Nebraska Public Power District
Neches & Trinity Groundwater
Conservation District
Nestle USA Inc.
New Alenco Window Ltd.
New Breed Logistics Inc.
New Edgebrook LP
New NGC Inc.
New Radha Krishna Properties of Houston
LLC

New Rama Krishna Properties LLC
New Sita Ram Properties of Houston LLC
New South-West Baking Co.
New York Mercantile Exchange
New York, State of
Newell Rubbermaid Inc.
NextEra Energy Power Marketing LLC
Nieman Printing Inc.
Nissan Motor Acceptance Corp.
NJ Malin & Associates LLC
Noble Americas Gas & Power Corp.
Norbord Texas (Nacogdoches) Inc.
North American Equities LP
North Texas Health Care Laundry
North Texas Health Care Laundry
Cooperative Association
Northeast Texas Municipal Water District
Northern Trinity Groundwater Conservation
District
Northgate Arinso
NorthPark Partners LP
Northwest Assistance Ministries
Northwest Senior Housing Corp.
Northwood University
NRG Power Marketing Inc.
NRG Power Marketing LLC
NuCompass Mobilty Services Inc.
Nucor Steel, a Division of Nucor Corp.
Nueva Villa Apartment LLC
Oak Lawn Realty Inc.
OakBend Medical Center
Oasis Pipeline LP
Odfjell Terminals (Houston) Inc.
OFT Enterprises Inc.
Oil City Iron Works Inc.
Oil States Industries Inc.
Oldcastle Building Envelope Inc.
Olé Mexican Foods Inc.
Omni Hotels Management Corp.
One Allen Center Co. LLC
Oneok Energy Services Co. LP
Oracle Corp.
Orda Corp.
Otis Elevator Co.
Owens Foods Inc.
Ozburn-Hessey Logistics LLC

Packaging Corp. of America
Pactiv Corp.
Pactiv LLC
Palms at Rolling Creek
Papa Johns USA Inc.
Parc Plaza Apartments LP
Park at Willowbrook
Park Houston Housing Partners LLC
Park Place Tyler Healthcare LLC
Park Texas
Parker College of Chiropractic
Parker-Hannifin Corp.
Paseo Operating Partners Ltd.
Pattern Gulf Wind LLC
Patterson Bros Meat Co. Inc.
Patterson Brothers Meat Co. Inc.
Paul Broussard & Associates
Paymentech LP
PC Village Apartments Dallas LP
PCCR USA Inc.
Peabody Caballo Mining LLC
Peabody COALSALES Co.
Peabody Coalsales LLC
Peabody COALTRADE Inc.
Peabody Coaltrade LLC
Pearsall Independent School District
Pecan Deluxe Candy Co.
Pecan Plantation Owners Association Inc.
Pentair Valves & Controls Inc.
Pepsico Inc.
Performance Contracting Inc.
Perini-Grapevine Inc.
Permian Basin Groundwater District
Permocast Corp.
Perry & Perry Builders Erectors
Perstorp Coatings Inc.
PHCC-Paramount Healthcare Co. LLC
Phoenix Gas Pipeline Co.
Pied Piper Pet Foods LLC
Pier 1 Imports( US) Inc.
Pilgrim's Pride Corp.
PIM Highland Holding LLC
Pines of Westbury Ltd., The
Pinnacle Technical Resources Inc.
PKWW Ltd.
Plano Conservatory Ltd.

Poco Graphite Inc.
Point 2 Point Global
Poly-America LP
Ponder, City of (TX)
Ponderosa Joint Powers Authority
Port Isabel, City of (TX)
Post Oak TX LLC
Potamkin North Freeway HY LP
Power Control Systems Engineering Inc.
Powerfoam Insulation
PP&L Inc.
PPG Architectural Finishes Inc.
PPL Energy Plus LLC
PPM Energy Inc.
Prairelands Groundwater Conservation
District
Prairielands Groundwater Conservation
District
Preferred Freezer Services
Premium Waters Inc.
Presbyterian Village North
Prince Minerals Inc.
Priority Power Management LLC
Professional Compounding Centers of
America
Professional Installation Network Inc.
Progressive Inc.
Proliance International Inc.
Pro-Steel Inc.
Proton Therapy Center, The
Provident Commercial Group
Pryzant Management Inc.
PSPA Investments LLC
Public Utility Commission of Texas
Pulido Associates Inc.
PVI Industries Inc.
PVI Industries LLC
Pyco Industries Inc.
QFC Plastics Inc.
Q-Tech Heat Treat Inc.
Qualawash Holdings LLC
Quality Powder Coating I LLC
Questech Services Corp.
Quilted Care Operations LLC
Quorum International LP
R&R Restaurant Group LLC

R.K. Hall Construction Ltd.
R.R. Donnelley & Sons Co.
Railroad Commission of Texas
Railworks Track Systems
Rainbow Energy Marketing Corp.
Ralls Wind Farm LLC
Rama Northwood Villas LLC
Rama Trails of Woodlake LLC
Rangen Inc.
Ray Huffines Chevrolet Inc.
Ray W. Davis Consulting Engineers Inc.
Raytheon Systems Co.
Razzoos Inc.
Realtex Housing Management LLC
Realty Associates Fund IX LP, The
Rearden Capital Corp.
Rectorseal Corp., The
Red River Groundwater Conservation
District
Red River Pump Specialists LLC
Reed Minerals, a Division of Harsco Corp.
REG Houston LLC
Regal Oil Inc.
Regional Equities LLC
Related Forrester LLC
Reliance National Risk Specialist
Renaissance Trading Ltd.
Renfro Foods Inc.
Renfro Industries Inc.
Republic Services Procurement Inc., a
division of Republic Services Inc.
Rexel Inc.
Reynolds Asphalt & Construction Co.
RGJ Apartments Inc.
RHE Hatco Inc.
Richardson Hospital Authority
Richemont North America Inc.
Ridley USA Inc.
Rinker Materials
River Oaks Baptist Church
River Oaks, City of (TX)
Riviana Foods Inc.
RK Hall Construction Ltd.
RLJ Fort Worth Hotel Lessee
Roberts & Hammack Inc.
Rockdale Blackhawk LLC

Rockwall Regional Hospital LLC
Rockwell American Manufacturing Co. Inc.
Rockwell Management Corp.
Rodeo Plastic Bag & Film Inc.
Roman Catholic Diocese of Dallas
Roscoe Wind Farm LLC
Rotary Drilling Tools USA LP
Royal Seating Ltd.
RR Donnelley & Sons Co.
RSI Home Products Manufacturing Inc.
Rudy's Food Products Inc.
Rusk County Groundwater Conservation
District
Russell Stover Candies Inc.
Rutledge Extreme Designs LLC
RVB Apartments Inc.
Ryan C Hoerauf Inc.
RYLA Investments LP
S Starnes H LP
S&B Engineers & Constructors Ltd.
Sachem Inc.
Safety Kleen Services Inc.
SAF-Holland USA Inc.
Saint-Gobain Ceramics & Plastics Inc.
Saint-Gobain Vetrotex America Inc.
Salesforce.com
Salzgitter Mannesmann Stainless Tubes
USA Inc.
Samsung Austin Semiconductor LP
San Saba Pecan LP
Sanden International (USA) Inc.
Sanderson Farms Inc.
Sansom Park, City of (TX)
Santander Consumer USA Inc.
Saveonenergy.com
Schirm USA Inc.
Schumacher Co. LLC
Schwan's Global Supply Chain Inc.
Scott & White Memorial Hospital
Scott, Wesley Kyle
Screening Systems International
Scurry County Wind II LLC
Seagoville, City of (TX)
Sebring Apartments LLC
Securitas Security Services USA
Security Finance Corp.

Seismic Energy Products LP
Sellers Bros. Inc.
Seminole Energy Services LLC
Sempra Energy Trading LLC
Sequent Energy Management LP
Service Transport Co.
Seven Acres Jewish Senior Care Services Inc.
Shamrock Industries Inc.
Shannon Medical Center
SHC-KPH LP
Shell Federal Credit Union
Sheraton Dallas
Sheraton Hotel
Sherman Grayson Hospital LLC
Sherman/Grayson Hospital LLC
Sherwin-Williams Co., The
Sherwood Equity LLC
SHI
Shin Properties Ltd.
Shriners Hospitals for Children-Houston
Siaram Rolido Parque LLC
Siemens Energy Inc.
Sierra Lease (Short Term)
Sigels Beverages LP
Simeus Foods International Inc.
Simpson Strong-Tie Co. Inc.
Sitel Operating Corp.
Sivalls Inc.
SK Properties LLC
SMI Energy
SMI Energy LLC
Smith, Vance
Snider Industries LLP
Sofia Enterprises LP
Solar Turbines Inc.
Solo Cup Operating Corp.
Solutionset
Sonoco Products Co.
South Texas Affordable Properties Corp.
Southeastern Freight Lines Inc.
Southern California Gas Co.
Southern Foods Group LLC
Southern Methodist University
Southern Tire Mart
Southern Trinity Groundwater Conservation

District
Southlake, City of (TX)
Southline Metal Products Co.
Southwest Airlines Co.
Southwest Atrium Offices Ltd.
Southwest Canners of Texas Inc.
Southwest Coca-Cola Bottling Co.
Southwest Deli Group Inc.
Southwest Energy LP
Southwest Heat Treat Services LLC
Southwest Metal Treating Corp.
Southwest Real Estate Enterprises LC
Southwest Shipyard LP
Specialty Property Ltd.
Specialty Retailers Inc.
SPR Packaging LLC
Spring Hill Apartments
Spring Independent School District (TX)
SPX Corp.
St. Joseph Regional Health Center
St. Joseph's Regional Health Center Inc.
Stafford Municipal School District (TX)
Standard Meat Co.
Stanley Black & Decker Inc.
Stanley Mechanics Tools
Stanley Mechanics Tools, a Division of Stanley Black & Decker
Stanton Wind LLC
Star Electricity Inc.
StarPak Corp.
Star-Telegram Inc.
Star-Telegram Operating Ltd.
Statewide Cotton Co.
Sterilite Corp.
Steritec Inc.
Sterling Bay Inc.
Stevens Transport Inc.
Stewart & Stevenson
Stewart & Stevenson LLC
STMicroelectronics Inc.
Stolt-Nielsen USA Inc.
StonCor Group Inc.
Stone Mountain Properties LLC
Stress Engineering Services Inc.
Structural & Steel Products
Suburban Farms Inc.

Sugar Land Ice & Sports Center
Suhm Spring Works Inc.
Sungard Consulting Services Inc.
Sungard Energy Systems
Sunstone Cowboy Lessee LP
Sunstone Longhorn Lessee LP
Superior Drillpipe Manufacturing Inc.
Superior Essex Communications LP
SuperMedia LLC
Sure Cast Inc.
Swarco/Reflex Inc.
Sweetlix
Sweetwater Wind 1 LLC
Sweetwater Wind Power LLC
SWHT LLC
Swiff-Train Co. LLC
Swiss Re Risk Solutions Corp.
SWSC - Hurst LP
Sylvania Industrial Park Inc.
SystemsGroup Inc.
Taco Bueno Restaurants LP
Taggart Global LLC
Tanglewilde Townhomes Homeowners
Association Inc.
Tarco of Texas Inc.
Targa Gas Marketing LLC
Tarrant County College District (TX)
Tarrant Regional Water District (TX)
Tatoosh LP
Technical Chemical Co.
TECO-Westinghouse Motor Co.
Temple Baptist Church Odessa, The
Tenam
Tenaska Gas Storage LLC
Tenaska Marketing Ventures
Tenaska Power Services Co.
Tenet Healthcare Corp.
Tenet HealthSystems Medical Inc.
Tenex
Tex Corr. LP
Texas American Foodservice
Texas Big Spring LP
Texas Building Products Inc.
Texas College
Texas Commission on Environmental
Quality (TCEQ)

Texas Department of Criminal Justice
Texas Electric Cooperatives Inc.
Texas Energy Operations LC
Texas Energy Transfer Co. Ltd.
Texas Gas Transmission LLC
Texas Health Presbyterian Hospital - WNJ
Texas Health Resources
Texas Health Resources Inc.
Texas Heat Treating Inc.
Texas Hospital for Advanced Medicine
Texas Instruments Inc.
Texas Interfaith Housing Corp.
Texas Juvenile Justice Department
Texas Lime Co.
Texas Masonry Supply Inc.
Texas MPP
Texas Municipal Power Agency
Texas Rehabilitation Hospital
Texas Scottish Rite Hospital for Children
Texas Tech University Health Science
Center
Texas Textile Services Ltd.
Texas Tile Manufacturing LLC
Texas Tower Ltd.
Tex-La Electric Cooperative of Texas Inc.
("Tex-La") Project 301
Tex-La Electric Cooperative of Texas Inc.
("Tex-La") Project 302
Texla Energy Management Inc.
Texoma Community Center
Texpac Hide & Skin Ltd.
Texstars Inc.
Texwood Industries LP
Thermal Specialties Inc.
Thomas Steel Drums Inc.
Three Rivers Operating Co. LLC
Threshold Arbor Ridge LP
Time Warner Entertainment Co. LP
Titus County Freshwater Supply District
T-N-T Engineering Inc.
Tomball Texas Hospital Co. LLC
Tommy Swanson Oil Co. Inc.
Tom's Foods Inc.
Tower Extrusion Ltd.
Toys R Us-Delaware Inc.
TPUSA Inc.

Tractebel LNG North America Service
Corp.
Trafigura AG
Transactel (Barbados) Inc.
Transport Service Co.
Transwestern
TRC Recreation LP
Treemont Retirement
Trend Offset Printing Services Inc.
Trent Wind Farm LP
Trinity Asphalt Inc.
Trinity Bend Services LP
Trinity Forge Inc.
Trinity Industries Inc.
Trinity MC LLC
Trinity River Authority
Trinity River Authority of Texas
Trinity Valley Foods Inc.
Triple D Uniform Rental Inc.
Triquint Semiconductor Texas LP
Triumph Aerostructures - Vought Aircraft
Division
Triumph Aerostructures LLC
Triumph Fabrications - Fort Worth Inc.
Troup, City of (TX)
Truman Arnold Cos.
Truman Arnold Cos. LLC
Turkey Track Wind Energy LLC
Turner Industries Group LLC
Twin Creeks Medical Center One LP
Twin Eagle Resource Management LLC
Twin Restaurant Investment
TXI Operations LP
TXON Partners LLC
TYCO International Management Co.
TYCO Valves & Controls Inc.
Tyler Ford Ltd.
Tyler Pipe Co., a Division of McWane Inc.
UBS AG
Unarco Material Handling Inc.
Unimin Corp.
United Air Lines Inc.
United Electric Co.
United Regional Health Care Systems Inc.
United States Aluminum Corp. - Texas
United States Army Corps of Engineers

United States Enrichment Corp. (USEC)
United Way of Tarrant County
Universal Blanchers LLC
Universal Blastco
Universal Display & Fixtures Co. Inc.
University of Houston
University of Houston-Clear Lake
University of Texas Health Science Center
at Houston
University of Texas Southwestern Medical
Center at Dallas, The
University Park Partnership I Ltd.
Upper Trinity Groundwater Conservation
District
UrAsia
Urasia Energy
Urenco Enrichment Co. Ltd.
URS Corp.
US Army Corps of Engineers, Lake Texoma
US Corrugated of Mesquite LLC
US Galvanizing LLC
US Ply Inc.
US Silica Co.
USMD Hospital at Fort Worth LP
USMD Hospital of Arlington LP
V&M Star
V&M Star, a Partnership with General &
Ltd. Partners LP
Valero Texas Power Marketing Inc.
VAM Drilling USA Inc.
VAM USA LLC
Vance Smith
Vanguard Permian LLC
Vantran Industries Inc.
VBL Investments Corp.
Veolia Environmental Services - Industrial
Services
Vertis Inc.
ViewPoint Bank NA
Visible Changes Inc.
Vitol Inc.
Vought Aircraft Division of Triumph
Aerostructures
VXI Global Solutions Inc.
VXL Houston Properties LLC
W.T. Byler Co.

W2007 MVP Dallas LLC
Waco, City of (TX)
Wahlco Metroplex
Wallace Theater Corp. II
Walsh & Watts Inc.
Warfab Inc.
Warrington Condominium, The
Warwick Towers Council of Co-Owners, The
Washington Gas Energy Services Inc.
Watco Cos. Inc.
Waters Partners LLC
Watson & Chalin Manufacturing Inc.
Weatherford Artificial Lift Systems Inc.
Weatherford Artificial Lift Systems LLC
Weatherford International Inc.
Weaver Manufacturing Co. Inc.
Wells Fargo Dealer Services Inc.
Wesley, Kyle Scott
West Afton LLC
West Texas Municipal Power Agency
Westbury Housing Partners LP
Westchase Park View Landings Ltd.
Western Container Corp.
Western Extrusions Corp.
Western of Texas Forge & Flange Co.
Western Texas College
Westhill Place LP
Westinghouse Electric Co. LLC
Westview Drive Investments LLC
Whitmore Manufacturing Co., The
Whitson Foods LP
Willbanks Metals Inc.
William Marsh Rice University
Williamson Printing Corp.
Willis Point, City of (TX)
Wills Point, City of (TX)
Wilsonart International Inc.
Wilsonart LLC
Wingo Feed Mill Inc.
Wire Forms Inc.
WireCo WorldGroup Inc.
Wise Regional Hospital Authority
Wm Renewable Energy LLC
WMI Merger Co. LLC
WoodsEdge Community Church

Worksoft Inc.
Worsham Steed Gas Storage LP
WPX Energy Marketing LLC
WT Byler
WTCC Houston Investors V LP
WTCC Houston Mezz GP V LLC
York Properties of Houston LLC
Young Energy
YRC Enterprises Services Inc.
Zummo Meat Co. Inc.

## Schedule 1(i)

## Debtholders

1776 CLO I
2497 - Pimco Income Strategy Fund II
383 Madison Funding
3i Debt Management
3i Debt Management Investments Ltd.
3i Debt Management US LLC
40/86 Advisors
40/86 Strategic Income Fund
AAA Northern California Nevada & Utah
Insurance Exchange
Aberdeen Asset Management
Abry Partners
ACA CLO 2006-2 Ltd.
ACA CLO 2007-1 Ltd.
ACIS CLO 2013 2 Ltd.
Advent Capital Management
Advent Global Opportunity Master Fund,
The
AEH CB LP
AG Centre Street Partnership LP
Ahab Capital Management
AIM Floating Rate Fund
Aimco CLO Series 2006-A
Aladdin Capital
Alcentra
Alden Global Adfero BPI Fund Ltd.
Alden Global Distressed Opportunities
Master Fund LP
Alliance Capital
Allstate Life Insurance Co.
American AgCredit
American Funds Insurance Series - B Fund
American Funds Insurance Series High
Income Bond Fund
American Health Life Insurance Co.
American High-Income Trust
Ameriprise Certificate Co.
Ameriprise Financial Inc.
Amherst CLO Ltd.
Amundi Alternatives Advent Global
Opportunity Master Fund
AN Invest CLO II Ltd.
Anchorage Capital LLC
Anchorage Capital Master Offshore Ltd.
Angelo Gordon & Co.

ANS US Holdings Ltd.
Aon Investment Consulting Inc.
APG Asset Management
Apidos Capital Management LLC
Apidos CDO I
Apidos CDO IV
Apidos CDO V
Apidos CDO VI
Apidos Cinco CDO
Apollo Capital
Apollo Centre Street Partnership LP
Apollo Credit Opportunity Fund III LP
Apollo Franklin Partnership LP
Apollo Global Management LLC
Apollo SPN Investments I Credit LLC
Arch Investment Holdings IV Ltd.
Ares Management LLC
Ares Strategic Investment Management LLC
Arrowgrass Capital Partners LLP
Arrowgrass Distressed Opportunities Fund
Ltd.
Arrowgrass Master Fund Ltd.
Ascension Health
Asset Allocation & Management Co.
Associated British Foods Pension Scheme
Atrium III
Atrium V
Aurelius Capital Management LP
AustralianSuper
Automobile Club of Southern California
Pension Plan
Avenue Capital Group
Avenue Capital Management
Avenue Investments LP
BA/CS Credit 1 LLC
Babson Capital Europe
Babson Capital Loan Strategies Master Fund
LP
Babson Capital Management
Baker Street CLO II Ltd.
Baker Street Funding CLO 2005-I Ltd.
Bank of America Fund
Bank of America NA
Baptist Foundation of Texas
Barclays Bank PLC, Cayman Islands Branch

Barclays Bank PLC, New York Branch
Battery Park High Yield Long Short Fund Ltd.
Battery Park High Yield Opportunity Strategic Fund Ltd.
Baycare Health System
BC Unltd. LLC
Beach Point Capital
Beach Point Distressed Master Fund LP
Beach Point Loan Master Fund LP
Beach Point SCF 1 LP
Beach Point SCF IV LLC
Beach Point Select Master Fund LP
BeachPoint SCF Multi Port LP
Bell Atlantic Master Trust
Benefit Street Credit Alpha Master Fund Ltd.
Benefit Street Strategic Fund Ltd.
Bennet Management Corp.
Bennett Offshore Restructuring Fund Inc.
Bennett Restructuring Fund LP
Beta Equities Inc.
Big River Group Fund SPC Ltd.
Bill & Melinda Gates Foundation Trust
Birch Capital Fund SPC Limited Bond Segregated Portfolio
BIS Postal Services Act 2011 Co. Ltd.
Black Diamond Capital Management LLC
Blackrock Debt Strategies Fund Inc.
Blackrock Defined Opportunity Credit Trust
Blackrock Financial Management
Blackrock Floating Rate Income Strategies Fund Inc.
Blackrock Floating Rate Income Trust
Blackrock Funds II Blackrock Floating Rate Income Portfolio
Blackrock Global Investment Series: Income Strategies Portfolio
Blackrock Limited Duration Income Trust
Blackrock Secured Credit Portfolio of Blackrock Funds II
Blackrock Senior Floating Rate Portfolio
Blackstone Debt Advisors
Blackstone Special Funding (Ireland)
BLT 2009-1 Ltd.
BLT 24 LLC

BLT 27 LLC
BLT 33 LLC
BLT 36 LLC
BLT 42 LLC
BLT 8 LLC
BLT I LLC
Blue Crescent Fund LP
Blue Falcon Ltd.
Bluebay Asset Management
Bluecrest Capital
Bluecrest Capital International Master Fund Ltd.
Bluecrest Multi Strategy Credit Master Fund Ltd.
BOC Pension Investment Fund
Boeing Co. Employee Retirement Plans Master Trust Investment Control Pool
Bond Fund of America, The
Boston Income Portfolio
BPC Opportunities Fund LP
Brevan Howard Asset Management LLP
Brevan Howard Credit Catalysts Master Fund Ltd.
Brevan Howard Master Fund Ltd.
Brigade Opportunistic Credit Fund 16 LLC
Brigade Opportunistic Credit Fund ICL LP
Brigade Opportunistic Credit LBG Fund Ltd.
Brookfield Investment Management Inc.
BTG Pactual GLB Asset Management
BTG Pactual Global Asset Management
Bushnell Loan Fund II Subsidiary Holding Co. II LLC
California Public Employees Retirement System (#Sw7y) - Nomura
Camulos Capital
Canaras Capital
Canaras Summit CLO Ltd.
Candlewood Credit Value Master Fund II LP
Candlewood Investment
Candlewood Investment Group
Candlewood Special Situations Master Fund Ltd.
Capital Research
Capital Ventures International

Carl Marks Management
Carl Marks Strategic Investments LP
Carlson Capital
Carlye Partners
Carlyle High Yield Partners VIII Ltd.
Carlyle Investment Management LLC
Carlyle Partners
Carval Investors LLC
Caspian Capital LP
Castle Hill Asset
Castle Holdings Trust 1
Castle Holdings Trust 2
Castlerigg Master Investment Ltd.
Caywood-Scholl Capital Management
CCP Acquisition Holdings
CCP Credit Acquisition Holdings LLC
CELF Advisors LLP
Cent CDO 10 Ltd.
Cent CDO 12 Ltd
Cent CDO 14 Ltd
Cent CDO 15 Ltd
Cent CDO XI Ltd.
Centerbridge Credit Advisors LLC
Centerbridge Group
Centerbridge Special Credit Partners II LP
Centurion CDO 8 Ltd.
Centurion CDO 9 Ltd.
Cetus Capital LLC
Chatham Asset Management
Chi Operating Investment Program L P
Childrens Healthcare of Atlanta Inc.
CIFC Asset Management
CIFC Deerfield
Citadel Investment Group
Citibank Hold (SLT)
Citibank-Distressed Secondary
Citigroup Global Markets Inc.
Citigroup Pension Plan
City of New York Group Trust
CLF Finance Co. LLC
Clinton Group
Clover1 Loan Funding LLC
Clydesdale CLO 2007 Ltd.
CO Moore LP
COA Caerus CLO Ltd.
COA CLO 2010-2 Sub CBNA LLC

Coca Cola Co. Master Retirement Trust, The
COF II ST LLC
Columbia Funds Variable Series Trust II
Variable Portfolio
Columbia Management Investment Advisers
LLC
Columbia Strategic Income Fund
Columbia Strategic Income Fund Variable
Series
Commercial Industrial Finance Corp.
Commonwealth of Pennsylvania State
Employees Retirement System
Confluent 2 Ltd.
Confluent 4 Ltd.
Conning Asset Management
Constellation Capital
Consumer Program Administrators Inc.
Contrarian Funds LLC
Cornell University
Cortland Capital Market
Credit Capital Investments LLC
Credit Suisse
Credit Suisse Alternative Capital Inc.
Credit Suisse Asset Management LLC
(CSAM)
Credit Suisse Asset Manager
Credit Suisse Capital LLC
Credit Suisse Dollar Senior Loan Fund Ltd.
Credit Suisse Floating Rate High Income
Fund
Credit Suisse Global Hybrid Income Fund
Credit Suisse High Income Fund
Credit Suisse Loan Funding LLC
Credit Suisse Strategic Income Fund
Credit Suisse Syndicated Loan Fund
Credit Suisse, Cayman Islands Branch
Credit Value Master Fund III LP
Credit Value Partners Distressed Duration
Master Fund LP
Crescent Capital Group LP
CRS Master Fund LP
CSAA Insurance Exchange
CVC Credit Partners
CVI CVF II Lux Securities Trading SARL
CVIC II Lux Securities Trading SARL
CVIC Lux Securities Trading SARL

Cyrus Opportunities Master Fund II
DBSO Limited CDO Corp.
DCF Capital LLC
DCF Partners LP
De Meer
Deep Value Hedged Income
Delaware Corporate Bond Fund A Series,
Delaware Group Income Funds
Delaware Diversified Income Trust
Delaware Group Income Funds, Delaware
High-Yield Opportunities Fund
Delaware Investments
Delaware Pooled Trust - The Core Pl Fixed
Income Portfolio
Delaware VIP Trust - DE VIP High Yield
Series
Deutsche Asset Management
Deutsche Asset Management Syndicate
Deutsche Bank
Deutsche Bank - FM
DiMaio Ahmad Capital LLC
DK Acquisitions Partners LP
Doral Bank
Dow Employees Pension Plan
Dow Retirement Group Trust
Drawbridge Investment Ltd.
Drawbridge Special Opportunities Fund LP
Drawbridge Special Opportunities Fund Ltd.
Duane Street CLO II Ltd.
Duane Street CLO III Ltd.
Duane Street CLO IV Ltd.
Duane Street CLO V Ltd.
DW Investment Management LP
Eastland CLO Ltd.
Eaton Vance
Eaton Vance - Grayson & Co. Fund
Eaton Vance Floating Rate Income Fund
Eaton Vance High Yield
Eaton Vance Institutional Senior Loan Fund
Eaton Vance Management
Eaton Vance Medallion Floating-Rate
Income Portfolio
Eaton Vance Prime Fund Inc.
Elliott International Capital Advisors Inc.
Elliott International LP
Ellis Lake Master Fund LP

Ensign Peak Advisors Inc.
Epic Asset Management
Equity Group Investments
Estors CLO I Ltd.
Farmstead Capital Management
FCO MA Centre Street LP
FCO MA III LP
FCO MA III UB Securities LLC
FCO MA SC LP
FCOF III UB Investments LLC
Fedex Corp. Employees Pension Trust
Feingold O`Keeffe
Fernwood Associates LLC
Fernwood Foundation Fund LLC
Fernwood Restructuring Ltd.
FGOY Investments Corp.
Fidelity Floating Rate Central Fund
Fidelity Floating Rate High Income
Investment Trust
Fidelity Investments
Fidelity Series Floating Rate High Income
Fund
Fidelity Summer Street Trust
Fir Tree
First 2004-I CLO Ltd.
First Trust Advisors LP
First Trust High Yield Long Short ETF
First Trust Senior Loan Fund
First Trust Short Duration High Income
Fund
First Trust Strategic High Income Fund II
First Trust Tactical High Yeild ETF
First Trust/Four Corners Senior Floating
Rate Income Fund II
Firstenergy System Master Retirement Trust
Flagship CLO V
Fore Research
Fortress ETXU LLC
Fortress Investment Group LLC
Forum Funds
Four Corners Capital Management
Franklin Custodian Funds Inc.
Franklin Floating Rate
Franklin High Income Fund (Canada)
Franklin High Income Securities Fund
Franklin High Income Trust

Franklin Income Fund
Franklin Income Securities Fund
Franklin Institutional Global High Yield
Franklin Mutual Advisers LLC
Fraser Sullivan Investment Management
FS Investment Corp.
Future Directions Credit Opportunities Fund
Future Fund Board of Guardians (Ares)
Future Fund Board of Guardians (Oak Hill)
General Board of Pension & Health Benefits
of The United Methodist Church
General Electric Pension Trust
General Motors Canadian Hourly Rate
Employees Pension Plan, The
General Motors Hourly Rate Employes
Pension Trust, The
GIC Private Ltd.
GK Debt Opportunity Fund Ltd.
Global Credit Advisers
GM Canada Foreign Trust, The
GMO
GMO Credit Opportunities Fund LP
GMO Mean Reversion Fund (Onshore)
Golden Knight II CLO Ltd.
Golden Tree
Goldman Sachs Credit
Goldman Sachs Lending Partners LLC
Goldman Sachs Trust II Goldman Sachs
Multi Manager Alternatives Fund
Golub Capital
Good Hill
Goodwin Capital Advisers
Government of Singapore Investment Corp.
Pte Ltd.
Grand Horn CLO Ltd.
Grant Grove CLO Ltd.
Grayston CLO 2001-1
Gruss Asset Management
Gruss Global Investors Master Fund
(Enhanced) Ltd.
Gruss Global Investors Master Fund Ltd.
GSC Partners
GSC Partners CDO Fund VII Ltd.
GSC Partners CDO Fund VIII Ltd.
GSO/Blackstone Debt Funds Management
LLC

Guardian Loan Opportunities Ltd.
Gulf Stream-Rashinban CLO 2006-1 Lt
Halcyon Loan Investors CLO I Ltd.
Halcyon Loan Investors CLO II Ltd.
Halcyon Restructuring
Halcyon SAM CLO 2008-II BV
Halcyon SAM European CLO 2007-1 BV
Halcyon SAM LS/SU 2007-1 Ltd.
Halcyon SAM LS/SU 2007-2 Ltd.
Halcyon SAM LS/SU CLO II Ltd.
Hampton Funding LLC
Harbourview CLO 2006-I
Harch Capital Management
Hartford Floating Rate Fund, The
Hartford High Yield Fund, The
Hartford High Yield HLS Fund, The
Hartford Strategic Income Fund, The
Hayman Capital
Hayman Capital Master Fund LP
HBK Investments LP
HBK Master Fund LP
HFR RVA Advent Global Opportunity
Master Trust
HIG Whitehorse Capital LLC
High Income Opportunities Portfolio
High Income Portfolio
Highbridge Capital
Highbridge International LLC
Highbridge Principal Strategies Credit
Opportunities Master Fund LP
Highfields Capital Management
Highland Capital Management FM
Highland Capital Management LP
Highland Credit Opportunities CDO Ltd.
Highland Floating Rate Opportunities Fund
Highland Loan Master Fund LP
Highland Special Situations Fund
Highlander Euro CDO II BV
HighVista Strategies
Hillmark Capital
Honeywell Common Investment
HSBC Wealth Management
Hugheson Ltd.
Hyperion Brookfield Asset Management
IBM Personal Pension Plan Trust (ING)
IBM Personal Pension Plan Trust (Oaktree)

IDS Life Insurance Co.
Ignis Asset Management
Income Fund of America, The
Industriens Pension Portfolio FMBA High Yield Obligationer 1
Industriens Pension Portfolio FMBA High Yield Obligationer III
ING (L) Flex-Senior Loans
ING Capital LLC
ING International (II) - Senior Loans
ING Investment Management CLO II Ltd.
ING Investments Management Co.
Innocap Fund SICAV PLC In Respect of Mason Sub Fund
Innocap Fund SICAV PLC In Respect of Russell Sub Fund
International Paper Co. Commingled Investment Group Trust (Wellington)
Interpolis Pensioenen Global High Yield Pool
Invesco Funds III-Invesco US Senior
Invesco Kampen Senior Loan Fund
Invesco Senior Secured Management Inc.
Invesco Van Kampen Dynamic Credit Opportunities Fund
Invesco Van Kampen Senior Income
Iowa Public Employees' Retirement System - IPERS (Oaktree)
Ivy Funds VIP High Income
Ivy High Income Fund
Janus Capital Funds PLC
Janus Capital Group
Janus US High Yield Fund
Jeffries High Yield
Jersey Street CLO Ltd.
JHF II Multi Sector Bond Fund
JHF II Short Duration Credit Opportunities Fund
JHYF 1 Loan Funding LLC
JMP Credit Advisors
John Hancock
John Hancock Hedged Equity & Income Fund
JP Morgan
JP Morgan Investment Management
JPM Chase

JPM Whitefriars Inc.
JPMBI RE Blackrock Bank Loan Fund
JPMC Retirement Plan Brigade Bank Loan
JPMorgan Asset Management
JPMorgan Asset Management-Cincinnati
JPMorgan Chase
JPMorgan Core Plus Bond Fund
JPMorgan Floating Rate Income Fund
JPMorgan High Yield Fund
JPMorgan Income Builder Fund
JPMorgan Strategic Income Opportunities Fund
Julius Baer Global High Group Trust Fund
Julius Baer Global High Income Fund
Kaiser Foundation Hospitals
Kaiser Permanente Group Trust
Katonah Debt Advisors LLC
Katonah IX CLO Ltd.
KDP Asset Management
Kil Loan Funding LLC
Kildonan Castle
Kilimanjaro Advisors LLC
King Street Acquisition Co. LLC
King Street Capital Management LP
Kingsland Capital Management LLC
Kingsland I Ltd.
Kingsland II Ltd.
Kingsland III Ltd.
Kingsland IV Ltd.
Kingsland V Ltd.
KKR Asset Management LLC
KKR Debt Investors II (2006) (Ireland) LP
KKR Financial CLO 2005 2 Ltd.
KKR Financial CLO 2005-1 Ltd.
KKR Financial CLO 2006-1 Ltd.
KKR Financial CLO 2007-1 Ltd.
KKR Financial CLO 2007-A Ltd.
KKR Financial Holdings LLC
Kloiber Investments LLC
Knight Capital Group
Knight Libertas LLC
KS Management
KTRS Credit Fund LP
L-3 Communications Corp. Master Trust
LaSalle Bank NA
Latitude CLO I

Latitude CLO II Ltd.
Leveragesource III LP
Leveragesource III SARL
Leveragesource V SARL
LGT Multi Manager Bond High Yield USD
Liberty Mutual Employees Thrift Incentive
Plan
Liberty View Capital Managemant
Libertyview Capital
Lincoln National Life Insurance Co.
Separate Account 12, The
Lincoln National Life Insurance Co.
Separate Account 20, The
Linden Advisors LLC
Linden Capital LP
Litespeed Management LLC
Litespeed Master Fund Ltd.
Littlejohn Opportunities Master Fund LP
LLT Ltd.
Loan Strategies Funding LLC
Loeb Capital Management
Lonestar Capital Management
Longhorn Capital DT LP
Longhorn Capital LP
Loomis Sayles
Loomis Sayles Absolute Strategies Trust
Lord Abbett
Lord Abbett Investment Trust - Floating
Rate Fund
Lord Abbett Investment Trust-High Yield
Fund
Louisiana State Employees' Retirement
System (JP Morgan)
Louisiana State Employees' Retirement
System (Nomura)
LSR Loan Funding LLC
Lufkin Advisors LLC
Luminous Capital Global Credit
Opportunities Fund A LP
Luminus Energy Partners Master Fund
Luminus Management
Luminus Partners
Lumx Beach Point Total Return Fund Ltd.
Lutetium Capital
Lyles Investments
MAC Capital Ltd.

Macquarie Bank Ltd.
Macquarie Bank Ltd.-Sydney Head Office
Madison Park Funding I Ltd.
Madison Park Funding II Ltd
Managed Accounts Master Fund Services
Map 13
Managers High Yield Fund
Manulife Asset Management LLC
Manulife Floating Rate Income Fund
Manzanita Investments LP
Map 139 Segregated Portfolio of LMA SPC
Marathon Centre Street Partnership
Marathon Special Opportunity Master Fund
Ltd.
Mariner LDC
Marlborough Street CLO Ltd.
Marret Asset Management
Mason Capital Management LLC
Mason Capital Master Fund LP
Massachusetts Financial
Massachusetts Mutual Life Insurance Co.
Master Foods Investments LLC
Master SIF SICAV SIF
MatlinPatterson
Matlinpatterson Distressed Opportunities
Master Account LP
Maxim Putnam High Yield Bond Portfolio
of Maxim Series Fund Inc.
McDermott Master Trust
McDonnell Loan Opportunity II Ltd.
Mercer Park / Sandelman
Meritage Fund LLC
Metropolitan West Asset Management
Metropolitan West High Yield Bond Fund
Metropolitan West Low Duration Bond
Fund
Metropolitan West Total Return Bond Fund
Midtown Acquisitions LP
Mizuho Asset Management
MJX Asset Management LLC
Moab Capital Partners
Moab Partners LP
Monument Park CDO Ltd.
Moore Capital
Morgan Stanley Senior Funding Inc.
Mountain View Funding CLO 2006-1

MP Senior Credit Partners
MSD Credit Opportunity Master Fund LP
MSD Investments
Multimix Wholesale Diversified Fixed
Interest Trust
Murphy & Durieu
Napier Park Global Capital LLC
Nash Point CLO
National Life Insurance Co.
NCRAM Loan Trust
Neuberger Berman
Neuberger Berman Alternative Funds:
Neuberger Berman Absolute Return Multi
Manager Fund
Neuberger Berman Fixed Income LLC
New Fleet Asset Management LLC
New York City Employees Retirement
System
New York City Police Pension Fund
New York Life
Newfleet * Hartford
Newfleet * SA
Newfleet Asset Management
NGM Insurance Co.
Nicholas Applegate
Nomura Corporate Funding Americas LLC
Nomura Corporate Research
Nomura Global Financial Products Inc.
Nomura International PLC
Nordkap Bank AG
North Dakota State Investment Board
Oak Hill Credit Alpha Master Fund LP
Oak Hill Credit Opportunities Financing
Ltd.
Oak Hill Credit Partners
Oaktree FF Investment Fund LP
Oaktree Loan Fund 2X (Cayman) LP
Oaktree Opps IX Holdco Ltd.
Oaktree Opps IX Parallel 2 Holdco Ltd.
Oaktree Value Opportunities Fund Holdings
LP
OCA Brigade Credit Fund II LLC
Ocean Trails CLO I
Ocean Trails CLO II
Ohio Police & Fire Pension Fund
Oklahoma Teachers Retirement System

Omega Overseas Partners Ltd.
Onex Debt Opportunity Fund Ltd.
Oppenheimer Funds
Oregon Public Employees Retirement Fund
(KKR)
Oregon Public Employees Retirement Fund
(Oak Hill)
Otlet Capital Management
Owl Creek Asset
Oz Management LLC
OZF Credit Opportunities Master Fund II
P River Birch Ltd.
Pacholder High Yield Fund
Pacific Life Insurance
Pacific Select Fund - Floating Rate Loan
Portfolio
Pacific Select Fund - High Yield Bo
Portfolio
Palmetto Investors Master Fund LLC
Panning Capital Management
Panning Master Fund LP
Par Four Investment
PCI Fund LLC
Peak6 Investments
PECM Strategic Funding LP
Perella Weinberg Partners
Perella Weinberg Partners Capital
Management LP
Permal Contrarian Fund I Ltd.
Permal LGC Ltd.
Perry Capital
PG&E Corp. Retirement Master Trust
Phillips 66 Co.
Phoenix Edge Series Fund: Phoenix Multi
Sector Fixed Income Series
Phoenix Edge Series Fund: Phoenix
Strategic Allocation Series
Phoenix Investment Partners
Phoenix Multi-Sector Fixed Income Fund
Phoenix Multi-Sector Short Term Bond
Fund
Phoenix Senior Floating Rate Fund
Phoneix Edge Series Fund: Phoenix Multi
Sector Fixed Income Series
Pictet Funds (Lux)
PIMCO

Pimco Cayman Global Credit Libor Plus Fund
Pimco Foreign Bond Fund (US Dollar-Hedged)
Pimco High Income Fund
Pinebridge Investments LLC
Pioneer Diversified High Income Trust
Pioneer High Income Trust
Pioneer Investment
Point State Capital LP
Pointstate Capital LP
Post Advisory Group
Post Advisory Investment LLC
Post Leveraged Loan Master Fund LP
Post Strategic Master Fund LP
Post Total Return Master Fund LP
Primerica Life Insurance Co.
Princeton Advisory
Principal Financial Group
Principal Funds Inc.- Bond & Mortgage Securities Fund
Principal Funds Inc. High Yield Fund
Principal Investors Fund Inc.- Bond & Mortgage Securities Fund
Principal Life Insurance Co.
Principal Life Insurance Co. - Bond & Mortgage Separate Account
Principal Variable Contracts Fund Inc. Bond & Mortgage Securiities Account
Prospect Harbor Credit Partners LP
Protective Life Insurance Co.
Providence Equity
Prudential Insurance
Prudential Series Fund: High Yield Bond Portfolio, The
Public Employees Retirement System of Ohio (Wellington)
Putnam Asset Allocation Funds Conservative Portfolio
Putnam Asset Allocation Funds: Balanced Portfolio
Putnam Diversified Income Trust (CA Master Fund)
Putnam Dynamic Asset Allocation Growth Fund
Putnam Floating Rate Income Fund G Rate

Income Fund
Putnam Global Funds - Putnam World Wide Income Fund
Putnam Global Income Trust
Putnam High Yield Trust
Putnam Investments
Putnam Master Intermediate Income Trust
Putnam Retirement Advantage GAA Balanced Portfolio
Putnam Retirement Advantage GAA Growth Portfolio
Putnam Total Return Trust
Putnam Variable Trust-Private Diversified Income Fund
Putnam Variable Trust-Private High Yield Fund
Putnam VT: Global Asset Allocation Fund
Pyramis Floating Rate High Income Commingled Pool Fund
Pyxis Capital LP
Pyxis Credit Strategies Fund
Pyxis Iboxx Senior Loan ETF
Qantas Superannuation Plan
Qualcomm Global Trading Inc.
Race Point III CLO Ltd.
Race Point IV CLO Ltd.
RBC Dexia Investor Services Trust
RBS Greenwich Capital
Reef Road Capital
Reef Road Master Fund Ltd.
Regatta Funding Ltd.
Regents of The University of California (Stone Harbor)
Regents of The University of California, The - EB6J (Nomura)
Regiment Capital Ltd.
Relative Value A Series of Underlying Funds Trust
River Birch Capital LLC
River Birch Master Fund LP
Riversource Life Insurance Co.
Royal Bank of Canada
Royal Bank of Scotland Group PLC, The
Royal Mail Pension Plan
Russell Investment Co. Russell Multi Strategy Alternative Fund

Ryan Labs
Saba Capital Management LP
Safety Insurance Co.
Safety National Casualty Corp.
Salomon Brothers Holding Co. Inc.
Sandell Asset Management
Sankaty Advisors LLC
Sankaty Beacon Investment Partners LP
Sankaty Credit Opportunities (Offshore
Master) IV LP
Sankaty Credit Opportunities III LP
Sankaty Credit Opportunities IV LP
Sankaty Credit Opportunities V A LP
Sankaty Credit Opportunities V A2 Master
LP
Sankaty Credit Opportunities V B LP
Sankaty Drawbridge Opportunities LP
Sankaty High Income Partnership LP
Sankaty Managed Account (PSERS) LP
Sankaty Managed Account (UCAL) LP
Sankaty Managed Account TCCC LP
Sankaty Senior Loan Fund LP
Sankaty Senior Loan Fund PLC
SC Credit Opportunities Mandate LLC
Scoggin Capital Management
Scoggin Capital Management LP II
Scotiabank
Seasons Series Trust-Asset Allocation:
Diversified Growth Portfolio
SEI Global Master Fund PLD -The Sei High
Yield Fixed Income
SEI Institutional Investment Trust Enhanced
LIBOR Opportunities Fund
SEI Institutional Managed Trust Enhanced
Income Fund
SEI Institutional Managed Trust High Yield
Bond Fund
Seix Advisors
Seix Investment Advisors LLC
Senator Global Opportunity Master Fund LP
Senator Investment Group LP
Seneca Capital
Senior Debt Portfolio
Sentinel Asset Management
Sentinel Asset Management Pty Ltd.
SG Distressed Fund LP Private

Shasta CLO I Ltd.
Sheffield Asset
Sheffield Asset Management LLC
Sheffield International Partners Master Ltd.
Sheffield Partners LP
Shenkman Capital Management Inc.
Shinnecock CLO 2006+1 Ltd.
Shinnecock CLO 2006-1 Ltd.
Silver Point Capital
Silverado CLO 2006-I Ltd.
Silvermine Capital
Silvermine Capital Management LLC
Smith Management LLC
Solus Alternative Asset Management
Solus Core Opportunities Master Fund Ltd.
Sound Harbor Partners
Sound Point Capital Management
Southern Ute Indian Tribe
Southpaw Asset
Southpaw Credit Opportunity Master Fund
LP
SPCP Group LLC
Stanfield Azure CLO Ltd.
Stanfield Bristol CLO Ltd.
Stanfield Daytona CLO Ltd.
Stanfield McLaren CLO Ltd.
Stanfield Veyron CLO Ltd.
Starwood
Starwood Energy Fixed
State of Connecticut Retirement Plans &
Trust Funds
State of Wisconsin Investment Board
State Street Bank & Trust Co.
Stedman Cbna Loan Funding LLC
Stedman Loan Fund II Subsidiary Holding
Co. II LLC
Stellar Performer Globalseries W Global
Credit
Stone Creek Partners LLC
Stone Harbor Investment Partners LP
Stone Harbor Leveraged Loan Fund LLC
Stone Harbor Leveraged Loan Portfolio
Stone Lion Capital Partners LP
Stone Lion Portfolio LP
Stone Tower Capital
Stone Tower Credit Funding I Ltd.

StoneCreek Partners LLC
Sunamerica Senior Floating Rate Fund Inc.
Sunrise Partners LP
Sunrise Partners Ltd.
SunTrust
Sup FCO MA UB Securities LLC
Super FCO MA LP
Susquehanna Advisors Group
Symphony Asset Management
Symphony CLO VI Ltd.
T. Rowe Price
T. Rowe Price Insitutional High Yield Fund
T. Rowe Price Institutional Floating Rate
Fund
T. Rowe Price Institutional High Yield Fund
Taconic Capital Advisors
Taconic Master Fund 1.5 LP
Taconic Opportunity Master Fund LP
Talek Investments
Tall Tree Investment
Target Asset Allocation Funds
Target Asset Management
Target Conservative Allocation Fund
Target Moderate Allocation Fund
Tasman Fund LP
TCW Absolute Return Credit Fund LP
TCW Asset Management
TCW Funds Metwest High Yield Bond
Fund
TCW Senior Secured Floating Rate Loan
Fund LP
TCW Senior Secured Loan Fund LP
Teachers Insurance & Annuity Association
of America
Teachers' Retirement System of Oklahoma
Teachers Retirement System of The City of
New York
Teak Hill Master Fund LP
Texas Absolute Credit Opportunities
Strategy LP
THL Credit Senior Loan
Thornburg Investment
Thornburg Investment Income Builder Fund
TIAA-CREF
Titan Investment Holdings LP
Titan Investment Holdings SL LP

Triboro Funding Ltd.
Trilogy Capital
Trilogy Portfolio Co. LLC
Trustees of Dartmouth College
Turnpike Ltd.
UBS GAM US - State of Connecticut
Retirement Plans & Trust Funds
UBS Securities
UBS Stamford Branch TRS
UFCW Consolidated Pension Fund
Ult Loan Funding 1 LLC
UMC Benefit Board Inc.
UMC Benefit Board Inc. (Oaktree)
UMC Benefit Board Inc. (Wellington)
Unilever United States Inc. and Its
Subsidiaries and Affiliates, Master Trust
Agreement Under Various Employee
Benefit Plans of
Unipension Invest FMBA High Yield
Obligationer II
Ursamine
Ursamine Credit Advisors
US High Yield Bond Fund (JPMorgan)
US Underwriters Insurance Co.
USAA Cornerstone Moderately Aggressive
Fund
USAA Cornerstone Moderately
Conservative Fund
USAA Investment Management Co.
USAA Mutual Fund
USAA Mutual Funds Trust - USAA
Flexible Income Fund
USAA Mutual Funds Trust USAA High
Yield Opportunities Fund
Valholl Ltd.
Vanguard High Yield Corporate Fund
Varde Investment Partners LP
Varde Partners Inc.
Vector Capital
Venor Capital
Venor Capital Master Fund Ltd.
Venture VII CDO Ltd.
Venture VIII CDO Ltd.
Victoria Court CBNA Loan Funding LLC
Virtus Multi Sector Fixed Income Fund
Virtus Multi-Sector Short Term Bond Fund

Virtus Partners LLC
Vulcan
VVIT: Virtus Startegic Allocation Series
VVIT: Virtus Strategic Allocation Series
W&R Target Funds Inc. - High Income
Portfolio
Waddell & Reed
Waddell & Reed Advisors High Income
Fund Inc.
Waddell & Reed Services
Watershed Asset
Watershed Capital Institutional Partners III
LP
Wellington Management Co. LLP
Wellington Management Portfolios Dublin
PLC Global High Yield Bond Portfolio
Wellpoint Inc.
Wells Capital Management - 12222133
Wells Capital Management - 13702900
Wells Capital Management - 13823100
Wells Capital Management - 13923601
Wells Capital Management - 16463700
Wells Capital Management - 16959701
Wells Capital Management - 18866500
Wells Capital Management - 22952000

Wells Capital Management - 25464400
Wells Fargo Advantage High Income Fund
Wells Fargo Advantage High Yield Bond
Fund
Wells Fargo Advantage Strategic Income
Fund
Wells Fargo Floating Rate Loan Fund
West Bend Mutual Insurance Co.
West Gate Horizons
Westchester CLO Ltd.
Western Asset Management
WG Horizons CLO I
Whitehorse Capital
Whitestone Funding Ltd.
Wilmington Trust Investment Management
LLC
Wilshire Institutional Master Fund II SPC -
Wilshire Alden Global Event Driven
Opportunities SP
Wingspan Investment Management LP
Wingspan Master Fund LP
Worden II TX LLC
Worden TX LLC
WRH Global Securities Pooled Trust
Zell Credit Opportunities Side Fund LP

## Schedule 1(i)

## DIP Parties

Bank of Tokyo-Mitsubishi UFJ Ltd., The
Loop Capital Markets LLC
Mitsubishi UFJ Financial Group Inc.
RBC Capital Markets
Union Bank NA
Williams Capital Group LLC

## Schedule 1(j)

## Indenture Trustees

American Stock Transfer & Trust Co.
Arizona Bank
Bank of New Mellon, The
Barclays Bank
BOKF NA
BOKF, N.A. dba Bank of Arizona
Christiana Trust
Computershare Trust Co. of Canada
J.Aron/Goldman Sachs
Merrill Lynch/Bank of America
UMB, N.A.

**Schedule 1(k)**

**Insurers**

ACE
AIG
Argo Re (Bermuda)
Associated Electric & Gas Insurance Services (AEGIS)
Axis
Beazley
Chubb
Chubb Atlantic Indemnity Ltd. (Bermuda)
Endurance
Energy Insurance Mutual (EIM)
European Mutual Association for Nuclear Insurance (EMANI)
Federal Insurance Co.
FM Global (FM)
HCC
Liberty Mutual
Liberty Mutual/Safeco
Monitor
Navigators
Nuclear Electric Insurance Ltd. (NEIL)
Nuclear Energy Liability Insurance Association (NELIA)
Oil Casualty Insurance Ltd. (OCIL)
RSUI (CRC)
Starr
Starr Aviation
Starr Cos.
Starr Surplus Lines Insurance Co.
Torus
XL Insurance (Bermuda) Ltd.

## Schedule 1(l)

## Investment Banks

Bank of America Merrill Lynch
BofA Merrill Lynch
Goldman Sachs
KKR Capital Markets
Lehman
Williams Capital Group

## Schedule 1(m)

### Landlords

6555 Sierra
Advantus Capital Management Inc.
AIG Rail Services
AIG Rail Services Inc.
Alford, Landon
American Public Insurance Co.
Bank of New York Mellon Trust Co., The
Better Business Bureau of Central East
Texas
Blue Cross and Blue Shield of Florida Inc.
CALSTRS
CALSTRS Lincoln Plaza
Capgemini US LLC
Caterpillar Financial Services Corp.
Catholic Aid Association
CBRE
Christian, Larry
Clark, Jack
Clearview
Comerica Bank
Connell Equipment Leasing Co.
CP Fort Worth LP
Daffan, Ron
EFH Corporate Services
Farm Bureau Life Insurance Co. of
Michigan
First on 6th LP
First Union
First Union Rail Corp, a Wells Fargo Co.
Flagship Rail Services Inc.
Flagship Rail Services LLC
GATX Corp.
GE Capital Rail Services
Great Western Insurance Co.
Greensport/Ship Channel Partners LP
Guaranty Title Co. of Robertson County Inc.
Hamilton Fidelity LP
Hamilton, Barry
Hill, Bobby

Jack Clark First on 6th LP
Jackson National Life Insurance Co.
Jaggi, Robbye Oram
John Hancock Life Insurance Co.
John Hancock Variable Life Insurance Co.
Key Equipment
Key Equipment Finance Inc.
Kokel-Oberrender-Wood Appraisal Ltd.
Kozad Properties Ltd.
Lafayette Life Insurance Co., The
Lawler, Harry
Lexington Acquiport Colinas LP
Lionstone CFO Two LP
Manufacturers Life Insurance Co.
Manulife Insurance Co.
Microsoft Corp.
MTL Insurance Co.
Nichimen America Capital Corp.
Northern Trust Co. of New York
Philip Morris
Saldana, Thomas
Sanderson, Charles
Saul Subsidiary II LP
SMBC Rail Services LLC
Sojitz American Capital Corp.
Sojitz Corp. of America
SP5 2603 Augusta LP
State Farm Life Insurance Co.
Texas Life Insurance
Texas Life Insurance Co.
Thorne, Elizabeth Oram
TX Life Insurance Co.
TXU 2007-1 Leasing LLC
Tyler Junior College
US Bank Global Trust Services
US Bank NA
Wells Fargo Bank Northwest NA
Western United Life Assurance Co.
Wilmington Trust Co.

## Schedule 1(n)

## Letters of Credit

Citibank

**Schedule 1(o)**

**Lienholders**

Bank of New York Mellon Trust Co. NA, The
Bank of New York Mellon, The
Bank of New York Trust Co. NA, The
Civitas Capital Management LLC
CSC Trust Co. of Delaware
First Union Commercial Corp.
Phillip Morris Credit Corp.
Mastercraft Printed Products & Services Inc.
TXU 2007-1 Railcar Leasing LLC
TXU Railcar Trust 2005-A
US West Financial Services Inc.
Wachovia Bank NA

**Schedule 1(p)**

**Litigants**

Abdul-Hakim, Aminah
Able Supply Co.
ACP Master
Adlestein, Mark
Adventure Tours USA
Air Alliance Houston
Air Canada
Air New Zealand Ltd.
Airgas Mid-South Inc.
Airgas Safety Inc.
Akin, Clifton
Akpom, Okey
Alcorn, Steve L.
Allen, Bradley D.
Alticor Inc.
American Academy of Pediatrics
American Coal Co.
American Coalition of Clean Air Electricity
American College of Chest Physicians
American College of Occupational &
Environmental Medicine
American College of Preventive Medicine
American Energy Corp.
American Honda Finance
American Lung Association
American Nurses Association
American Public Health Association
American Thoracic Society
American Wind Energy Association
Amresco Inc.
Amway Corp.
Appalachian Power Co.
APTPCY Ltd.
Arellanos, Tristan
ARIPPA
Arrellanos, Tistan
Atlantic Retail Ventures Inc.
Atmos Energy
Aurelius Capital Fund Management LP
Autotronic Systems Inc.
Baltimore Mayor and City Council (MD)
Baltimore, City Council of the City of (MD)
Baltimore, City of (MD)
Baltimore, City of (TX)

Baltimore, Mayor of the City of (MD)
Bank of America
Bank of America Corp.
Bank of America NA/GWIM Trust
Operations
Barnett, Bryan A.
Barton, Thomas L.
Batey, Robert M.
Behnken, Diane
Bennett, Milton A.
Bestway Limousine Inc.
Big Diamond LLC
Big Diamond Number 1 LLC
Black, Jennifer
Blackmon, Donald
Blair, David
Blakeney, Jim
Blankumsee, Kennith E.
Blarney Castle Oil Co.
Blue Nile LLC
Blue Sky Tours Inc.
Boakye, Randy
Bodiford, Cody R.
Bradley, Buster L
Branscom, David A.
Brantley, Glenn
Bridgeport, City of (CT)
Brinson, John F.
Brown,  Walter R.
Brown, Patrick L.
Buchanan, Charles A.
Buffalo Gap Wind Farm 2 LLC
Buffalo Gap Wind Farm 3 LLC
Buffalo Gap Wind Farm LLC
Buzbee, William W.
California, State of
Callaway Golf Co.
Callaway Golf Interactive Inc.
Callaway Golf Sales Co.
Calpine Corp.
Caraballo, Miguel
Carter, Anthony
Casino Holiday
CCSH Atlanta LLC

Centerpoint Energy Field Services LP
Centerpoint Energy Properties Inc.
Centerpoint Energy Service Co. LLC
Centerpoint Resources Corp.
Century Theaters Inc.
Chamber of Commerce of the United States
of America
Champion, Maurice
Chao, Schucherry
Chase Bank USA NA
Chase Power Development LLC
CheapCarribbean.com Inc.
Chesapeake Bay Foundation Inc.
Chexsystems Inc.
Chicago, City of (IL)
Chyba, Pamela
Cinemark Partners II Ltd.
Cinemark USA Inc.
Cinergy Corp.
Citicards CBNA
Citigroup Inc.
Citimortgage
Citizens for Environmental Justice
Citizens for Pennsylvania's Future
Clean Air Council
Clipper Windpower Inc
ClubCorp USA Inc.
CNMK Texas Properties LLC
Coe, James D.
Colborn, Michelle
Coleman, Vincent
Collette, Joe
Collins, Danny L.
Collins, Roy L.
Columbia, District of
Columbus Southern Power Co.
Comerica Bank & Trust NA
Community In-Power and Development
Association
Connecticut, State of
Conner, Robert H.
Conservation Law Foundation
Consolidated Edison Co. of New York Inc.
Cook, Danny L.
Cooperatieve Centrale Raiffeisen
Boerenleenbank BA

Cotton, Bradley
CPI USA North Carolina LLC
Crawford, Billy M.
Credit Suisse Group AG
Crowson, Thomas
CSC Credit Services Inc.
CST Arkansas Stations LLC
CST Brands Inc.
CST California Stations Inc.
CST Diamond LP
CST Marketing & Supply Co.
CST Metro LLC
CST Security Services Inc.
CST Services LLC
CST USA Inc.
D.W. Vorwerk
Dairyland Power Cooperative
Daugherty, Roxanne
Davis, Charles E.
Davis, Clifford R.
Decker, Roger
Delta Air Lines Inc.
Delta Private Jets Inc.
Diamond Foods LLC
Diamond Shamrock Arizona Inc.
Diamond Shamrock Stations Inc.
Diaz, Maria
Dimensions
Discover Financial Services
Dosier, David L
Doss, Bill, Jr.
Double Black Diamond Offshore Ltd.
Double Black Diamond/Offshore LDC
Drew, Stephen S.
DTE Stoneman LLC
Duke Energy Business Services LLC
Duke Energy Corp.
Duke Energy Florida Inc.
Duke Energy Indiana Inc.
Duke Energy Kentucky Inc.
Duke Energy Ohio Inc.
Duke Energy Progress Inc.
East Kentucky Power Cooperative Inc.
Eco Power Solutions (USA) Corp.
EEOC
El Al Israel Airlines Ltd.

EME Homer City Generation LP
Emerald Foods Inc.
Emerald Marketing Inc.
Empire Disposal Ltd.
EMS USA Inc.
Entergy Corp.
Environment of America
Environment Texas Citizen Lobby Inc.
Environmental Committee of the Florida
Electric Power Coordinating Group Inc.
Environmental Defense Fund
Environmental Energy Alliance of New
York LLC
Environmental Integrity Project
Equifax Information Services
Equifax Information Services LLC
Erie County (NY)
Etihad Airways
EVA Airways Corp.
Everything Energy LLC
eVgo
Exelon Corp.
Exeter Finance Corp.
Fastrac Markets LLC
Ferrell, Brian F.
Fidelity Management Trust Co.
Firman, Chris E.
First Premier Bank
Fling, Gregory A.
Flores, Jamie
Fort Worth, City of (TX)
FPL Energy LLC
FPL Energy Pecos Wind I LP
FPL Energy Pecos Wind II LP
Franklin Bank SSB
Freeman, Jody
French, Richard D.
Friedmand, Peter Gad
Frost National Bank
Garcia, Adriana
Gatson, Walter R
GenOn Energy Inc.
Georgia Power Co.
Gerber, William F.
GHC Specialty Brands LLC
Gladden, Garry D.

Global Booking Solutions (G2
Switchworks)
Goltz, Frederick M.
Goodrich, Robert D.
Gray, Elizabeth
Greeley Ltd.
Griffin, Daniel
Griffin, James A.
Group 1 Automotive Inc.
Guillen, Reynold
Gulf Coast Lignite Coalition
Gulf Power Co.
Gusman, James
Haar, Gregory A.
Haggerty, Kenneth B.
Hankis,Tim
Harpole, Carole
Harris County (TX)
Harris County Health System
Harris, Paul
Harrison, Debra
Harrison, Debra· Spears
Harrison, Glenn E.
Harrison, Glenn Edward
Harsco Corp., as fiduciary of The Harsco
Group Insurance Plan
HBOS PLC
Henriche, Charles
Hidden Glen at Bentdale Farms
Hopkins, Teddy G.
Horizon Wind Energy LLC
Hornbuckle, Billy R.
Host Hotels & Resorts LP
Houck, Oliver A.
Houston County Ready- Mix Concrete Co.
Inc.
Houston County Ready-Mix Concrete Co.
Houston, City of (TX)
HSBC Bank PLC
HSBC Card Services Inc.
HSBC Holdings PLC
HST Grand Central LLC
HST Kierland LLC
HST Lessee Boston LLC
HST Lessee Cincinnati LLC
HST Lessee CMBS LLC

HST Lessee Denver LLC
HST Lessee Indianapolis LLC
HST Lessee Keystone LLC
HST Lessee LAX LP
HST Lessee Mission Hills LP
HST Lessee Needham LLC
HST Lessee S Coast LP
HST Lessee San Diego LP
HST Lessee SLT LLC
HST Lessee SNYT LLC
HST Lessee SR Houston LP
HST Lessee Tucson LLC
HST Lessee Waltham LLC
HST Lessee WNY LLC
HST Union Square LLC
HST W Seattle LLC
HST WRN LLC
Illinois, State of
Imperial Supplies LLC
INB (Pillsbury)
Independence Energy
Indian Mesa Wind Farm LP
Indiana Michigan Power Co.
Industrial Energy Consumers of America
Indústrias Nucleares Do Brasil (INB)
ING (Pillsbury)
Innovis Data Solutions
Institute for Liberty
Institute of Policy Integrity of New York
University School of Law
International Brotherhood of Electric
Workers, AFL-CIO
Invenergy Wind LLC
Iowa, State of
ITC Service Inc.
Ivory Tree Arlington Ltd.
Izaak Walton League of America
J Hilburn Inc.
Jack Griffith's Gas-Up Inc.
Jack Griffith's Gas-Up LLC
Jackson, Lisa P., in her official capacity as
Administrator of the USEPA
Jefferson, Maurice
Jenkins, Richard I.
Jetstar Airways Ltd.
Johnson, Cynthia

Johnson, Glinda
Johnson, Marla
Johnson, Marla
Jones, Stacy
JP Morgan Chase & Co.
JP Morgan Chase Bank
JP Morgan Chase Bank NA
Justice, Ryan
JW Harris Co. Inc.
K Partners Hospitality Group LP
Kansas City Board of Public Utilities
Kansas City, Kansas
Kansas Gas and Electric Co.
Karl Klement Properties Inc.
Keglevic, Paul
KEL Inc.
Kenamerican Resources Inc.
Kentucky Power Co.
Kiosk Operations Inc.
Klement Properties Inc.
Klement, Karl
Koepp, Dwight J.
Kuykendall, Roger A.
La Quinta Inns Inc.
Lafayette Utilities System
Lamacchia Enterprises Inc.
Lambert, Edward E.
Laredo Theater Ltd.
Lawhorn, James C.
Lazarus, Richard J.
Leal, Gilbert
Lignite Energy Council
Lilly, James
Lilly, Loretta
Littleton, Eric
Lloyds Banking Group PLC
Lone Star Gas Co.
Louisiana Chemical Association
Louisiana Department of Environmental
Quality
LQ Management LLC
LVNV Funding LLC
Lyxor/Black Diamond Arbitrage Fund Ltd.
MacDougall, Michael
Maine, State of
MAPCO Express Inc.

Mark International
Mark Travel Corp., The
Maryland, State of
Massachusetts, Commonwealth of
Massachusetts, State of
MasterCard Inc.
MasterCard International Inc.
Mcbride, John P.
Men's Wearhouse Inc., The
Merritt, Charles D.
Mesquite Wind LLC
MGM Mirage Resorts Vacations
MGM Resorts Vacations LLC
Midland Funding LLC
Midwest Food Processors Association
Midwest Ozone Group
Miller, David
Minnesota, State of
Mississippi Power Co.
Mitchell, Felonice
Mizell Construction
Mizell Construction & General Contracting
Mizell, Cody
MLT Inc.
Monroe, Marvin L.
Morgan, Audrey M.
Morris, Chris
Mosby, Walt
Municipal Electric Authority of Georgia
Murphy Oil USA Inc.
Murray Energy Corp.
Mustang Rental Services
Mustang Rental Services of Texas Ltd.
Nadaf, Mustafa S.
National Association for the Advancement
of Colored People
National Association for the Medical
Direction of Respiratory Care
National Black Chamber of Commerce
National Convenience Stores Inc.
National Grid Generation LLC
National Mining Association
National Parks Conservation Association
National Rural Electric Cooperative
Association
Natural Resources Council of Maine

Natural Resources Defense Council
Nava, Arthur
Nava, Jennifer
Nebhnani, Neeraj Gope
Neiro, Robert
Neptune Society Inc., The
Nevada Coaches LLC
New Britain Firefighters' and Police Benefit
Fund, City of  (CT)
New Hampshire, State of
New Mexico, State of
New York, City of (NY)
NextEra Energy Resources LLC
Noel, Michael
Noel, Sandy
Nolley, Desi A.
North Carolina, State of
Northern States Power Co. – Minnesota
Norwood, Timothy
NRG Energy Inc.
NRG EV Services LLC
Ocwen Loan Servicing LLC
Ohio American Energy Inc.
Ohio Environmental Council
Ohio Power Co.
Ohio Valley Coal Co.
Ojirika, Nnochirionye
Oncor Electric Delivery Co.
Oncor Electric Delivery Co. Inc.
OnCue Marketing LLC
Orbitz LLC (Orbitz.com)
Orbitz Worldwide LLC
Oregon, State of
Our Land, Our Lives
Ozgercin, Alev
Parker, Rhonda
Patteson, Catherine
PCY APT LLC
Peabody Energy Corp.
Pennie, Richard
Pennington, Lynda
Pennywise Power
Pension Financial Services Centurion
Pension Financial Services Crawford
Pension Financial Services Inc.
Pension Financial Services Inc./Ridge

Pension Financial Services Mushin TRA
Pension Financial Services Opus BBX
Pension Financial Services Spectrum T
Pension Financial Servicessano Inves
Pension Financial Servicestrack Data
Perciasepe, Bob, in his capacity as Acting
Administrator, USEPA
Percival, Robert V.
Perez, Gerardo
Perry, Tracy D.
Petroleum Geo-Services Inc.
Pharis, Harvey E.
Philadelphia, City of (PA)
Phoenix Recovery Group
Physicians for Social Responsibility
Pierce, Steven E.
Pierce, Timothy A.
Pitts, Jimmie C.
PlainsCapital Corp.
Plater, Zygmunt J.B.
Post Oak Wind LLC
Progress Energy Inc.
Progress Energy Services Co. LLC
Public Service Co. of Oklahoma
Public Service Enterprise Group Inc.
Putnam County (GA)
Pyers, Ricky D.
Qantas Airways Ltd.
Qualls, Joshua D.
Rackspace Hosting Inc.
RadioShack Corp.
Randolph, Ovie
Rattenni, Michael
REC Stakeholders
Red Roof Franchising LLC
Red Roof Inns Inc.
Red Wing Brands of America Inc.
Red Wing Shoe Co. Inc.
Reilly, John Gregory
Reliant Energy
Reliant Energy Retail Services LLC
Reliant NRG
RentDebt Automated Collection
Reyes, Joe R.
Rhea, Dan J.
Rhode Island, State of

Richardson, Ben, Jr.
Richardson, Jamie
Ricker Oil Co. Inc.
Rife, Michael D.
Rives, Johnny C.
Roberson, Gabriel
Rogers, Mark S.
Rolling Oaks Apartments Inc.
Rollins, Regina
Rotatable Technologies LLC
RRI Reservations LLC
R-Roof Assets LLC
R-Roof Business Trust I
R-Roof Business Trust IV
R-Roof Business Trust VI
R-Roof Funds LLC
R-Roof Holdings I LLC
R-Roof Holdings II LLC
R-Roof I LLC
R-Roof II LLC
R-Roof III LLC
R-Roof IV LLC
R-Roof Mezz I LLC
R-Roof Mezz II LLC
R-Roof Mezz III LLC
R-Roof Mezz IV LLC
R-Roof Mezz V LLC
R-Roof Mezz VI A LLC
R-Roof Mezz VI B LLC
R-Roof Mezz VI LLC
R-Roof V LLC
R-Roof VI LLC
RSP Permian LLC
Ruelas, Biance Cne
Ruelas, Christopher
Ruelas, Elysia Payton
Ruelas, Joe Rey
Ruelas, Remington Steele
Ruelas, Virginia
Salazar, Micale G.
San Miguel Electric Cooperative
Santos, Jefferson
SC Kiosks Inc.
Schlumberger Technology Corp.
Schrade, Linda
Schrade, Paul

Schultea, Stacey
SCI Funeral & Cemetery Purchasing
Cooperative Inc.
SCK Inc.
Sears Vacation
Self, Hose E.
Service Corp. International
Shankle, Learon R.
Shaw's Gulf Inc.
Shaw's Gulf LLC
Shell Pensioenfonds, Stichting
Showtime Tours
Sierra Club
Sigmor Beverage Inc.
Sigmor Co. LLC
Sigmor Number 103 Inc.
Sigmor Number 105 Inc.
Sigmor Number 119 Inc.
Sigmor Number 178 Inc.
Sigmor Number 196 Inc.
Sigmor Number 238 Inc.
Sigmor Number 259 Inc.
Sigmor Number 422 Inc.
Sigmor Number 43 Inc.
Sigmor Number 5 Inc.
Sigmor Number 79 Inc.
Sigmor Number 80 Inc.
Silvers, Mark A.
Simpson, Willard
Singapore Airlines Ltd.
Skipper Beverage Co. LLC
Smidt, Jonathan D.
Smith County (TX)
Smith County Emergency Services District
# 02 (TX)
Smith, Donny R.
Smith, Jimmy B.
Societe Air France
Societe Generale SA
South Mississippi Electric Power
Association
Southeastern Legal Foundation Inc.
Southern Co. Services Inc.
Southern Power Co.
Southwestern Electric Power Co.
Southwestern Public Service Co.

Spence, Gary D.
Spent Nuclear Fuel
Spohn, David W
Stoker, Willie C.
Strelsky, Billy
Strelsky, D. (minor)
Strelsky, Jennifer
Suarez, Elas
Suarez, Elsa
Suit Mart Inc.
Sunbury Generation LP
Sunflower Electric Power Corp.
Sunshine Beverage Co.
Sweet Melissa's Liquidation Warehouse Inc.
Sweetwater Wind 2 LLC
Sweetwater Wind 3 LLC
Sweetwater Wind 4 LLC
Sweetwater Wind 5 LLC
Swinson, Barney
Tarrant County (TX)
Tarrant County Regional Water District
(TX)
TE Electronics LP
Teacher Retirement System of Texas
Tercero, Michelle
Texas Arlington Oaks Apartments Ltd.
Texas Arlington Oaks Management LLC
Texas Association of Business
Texas Association of Manufacturers
Texas Chemical Council
Texas Environmental Justice Advocacy
Services
Texas Oil & Gas Association
Texas, State of
Thomas, Jarest D.
Thornton, Marianna
Tigue, James
Timberline Forest Apartments
TOC-DS Co.
Tolteca Enterprises Inc.
Trans Global Tours LLC
Trans Union LLC
Traterra
Travelocity.com LP
Trinity Rail Group LLC
Trinity Rail Inc.

Trinity Tank Car Inc.
Trip Network Inc. (Cheaptickets.com)
Trisept Solutions
Tucker, Roy H.
Turner, John B.
Union Electric Co.
United Mine Workers of America
United Revenue Corp.
United States Environmental Protection
Agency
United States of America
United Supermarkets LLC
United Vacations Hawaii
uPlay Inc.
US Environmental Protection Agency
US Retailers LLC
Utah American Energy Inc.
Utility Air Regulatory Group
Vacation Together Inc.
Vacations Together Inc.
Valero Marketing & Supply Co.
Valley Shamrock Inc.
Vargas, Maria
Vargas, Natalie
Vaughn, Jimmy N.
VAX Vacation Access
Vega-Ruelas, Beth
Vermont, State of
Visa Inc.
Visa International Service Association
Visa USA Inc.
Vorwerk, D.W.
VRG Diamond Holdings LLC
Wade, Donald
Waggoner, Avery D.

Wallace, James
Washington, James
Waterkeeper Alliance
Wells Fargo Credit Inc.
Werner, Brenda
Wesco Inc.
West Texas Oil Field Trucking Inc.
Westar Energy Inc.
WestDeutsche ImmobilienBank AG
Western Farmers Electric Cooperative
WESTLB AG
Whipple, Jackie L.
White Stallion Energy Center LLC
Williams, Danny R.
Williams, Donald R.
Williams, James L.
Wilson, Amber
Windsor Permian LLC
Winkenweder, Barry A
Wisconsin Cast Metals Association
Wisconsin Electric Power Co.
Wisconsin Manufacturers & Commerce
(WMC)
Wisconsin Paper Council Inc.
Wisconsin Public Service Corp.
Woodforest National Bank
Worldwide Transactions Ltd.
WW Grainger Inc.
Wyandotte County, Unified Government of
Young, John
Young, Richard
Youngblood, Dawn
Youngblood, Edwin
Zafar, Kay-Khosro
Zoro Tools Inc.

## Schedule 1(q)

## Litigants (Asbestos)

4520 Corp.
84 Lumber Co.
A.O. Smith Corp.
A.W. Chesterton Co.
AAF-McQuay Inc.
AAMCO Transmissions inc.
ABB Lummus Crest Inc.
Abbott Laboratories
Abitibi Bowater Inc.
Able Supply Co.
AC&R Insulation Co. Inc.
AC&S Inc.
Accelerated Memory Production Inc.
ACDELCO, a Brand of GM Service and
Parts Operations, A Division of General
Motors
Ace Hardware Corp.
ACH Food Cos. Inc.
ACME Brick Co.
Adams, Robert Dan, Jr.
Adams, Robert Dan, Sr.
Addison, John
Addison, Linda
Advance Auto Parts Inc.
Advance Stores Co. Inc.
Advance Stores Inc.
Aecom USA Inc.
AEP Texas North Co.
AERCO International Inc.
AES Corp.
AFC-Holcroft LLC
Aftermarket Auto Parts Alliance Inc.
Afton Pumps Inc.
AGCO Corp.
AGCO Farm Equipment Inc.
Ahlfeld, William
Ahrend, Paula Simpson
Air & Liquid Systems Corp.
Air Conduit LLC
Air Liquid Systems Corp.
Air Products & Chemicals Inc.
Airco Inc.
Ajax Magnethermic Corp.
AKZO Nobel Paints LLC
Alabama Power Co.

Albany Felts
Albany International Corp.
Alberino, Anthony M.
Alberino, Thomas
Alcatel-Lucent USA Inc.
ALCO Division of Nitram Energy Inc.
ALCOA Inc.
Alfa Laval Inc.
Alliance Laundry Holdings LLC
Alliance Machine Co., The
Alliant Techsystems Inc.
Allied Crane Inc.
Allied Insulation Supply Co. Inc.
Allied Manufacturing Corp.
Allied Manufacturing Inc.
Allied Minerals Inc
Allied Packing & Supply Inc.
AlliedSignal Inc.
Allien Manufacturing Inc.
Allison, Patricia
Allison, Robert
Alvarez, Sheena
Amchem Products Inc.
AMEC Construction Management Inc.
Ameren Corp.
Ameren Illinois Co.
American Biltrite Inc.
American Boiler Tank & Welding Co. Inc.
American Bridge Co.
American Honda Motor Co. Inc.
American Optical Corp.
American Petroleum Institute Inc.
American Standard Inc.
Ameron International Corp.
Ametek Inc.
AMF Inc.
Anchor Packing Co. Inc.
ANCO Insulations Inc.
Anderson, Patricia
Andrews, David R.
Andrews, Susan F.
Anheuser Busch Brewery
AO Smith Corp.
Appleton Wire Works Inc.
Aqua-Chem Inc.

Archer-Daniels-Midland Co.
Arco Corp.
Arens, Randall
Arens, Sheryl
Argo International Corp.
Armstrong International Inc.
Armstrong Pumps Inc.
Asbeka Industries of New York Inc.
Asbestos Corp. Ltd.
Associated Engineering & Equipment
Asten Johnson Inc.
Austin Co.
Austin Energy
Austin Industrial Inc.
Autozone Inc.
Avery, Jimmie
Avondale Industries Inc.
AW Chesterton Co.
Ayers, Tommy
Azko Nobel Paints
Azrock Industries Inc.
B&B Engineering & Supply Co.
B&B Engineering & Supply Co. Inc.
Babcock Borsig Inc.
Babcock Borsig Power Inc.
Ballard, Christopher
Banach, Gordon
Banach, Helen M.
Barber, James D.
Bargeron, Diane
Barnum, Samuella
Baroid Industrial Drilling Products
Bascob, Shona Jean
BASF Catalysts LLC
Bates, Dorothy
Bates, Willie R.
Baxter, Anna
Baxter, Charles
Beazer East Inc.
Bechtel Construction Co.
Bechtel Construction Operations Inc.
Bechtel Corp.
Bechtel Energy Corp.
Bechtel Enterprise Holding Inc.
Bechtel Environmental Inc.
Bechtel Equipment Operations Inc.

Bechtel Group Inc.
Bechtel Infrastructure Corp.
Bechtel National Inc.
Bechtel Personnel & Operational Services Inc.
Bechtel Power Corp.
Belcher, Margaret
Beljan, Mary
Bell & Gossett Co.
Bella Co.
Bellco Industrial Engineering Co.
Bellco Industrial Piping Co.
Beniot, Melissa Schexnayder
Benjamin F Shaw Co.
Bergstrom, Geoffrey
BF Goodrich Co.
Bird Inc.
Bledsoe, Roger
Bledsoe, Yolanda
Blocker, Donald Keith
Blocker, Donald Ray (Deceased)
Blocker, Linda
Boise Cascade Corp.
Bondex International Inc.
Bondstand
Borden Chemical Inc.
Boubouis, Anthony
Boubouis, Morphia
Braden, Douglas
Braden, Regina
Bradford, Bobbie E.
Brasher, Connie
Brooks, Richard
Brooks-Woodson, Regina
Brown & Root Holdings Inc.
Brown & Root Inc.
Brown, Choyce Alton (Estate)
Brown, Geraldine
Brown, Martha
Brown, Martha Jacqueline
Browning, Dawn
Bryan Steam Corp.
Bryan Steam LLC
Bryant, Doyle
Bryant, Joyce
Buffalo Pumps Inc.

Burnham Corp.
Burns International Services
Burns International Services Corp.
Burton, Clarence
Burton, Debra
Butscher, Alisa
BW/IP Inc.
BW/IP International Inc.
Byerly, Susan
Byron Jackson Pumps
C.F. Braun & Co. Inc.
C.F. Braun Engineering Corp.
Cabell, Linda
Calcutt, Billy A.
Calcutt, Ruth H.
Caldwell, Judith
Caldwell, Richard J.
Calvert, Everett
Calvert, Gwendolyn
Campbell, Gerald
Canfield, Judy
Canfield, Matthew
Capco Inc.
Capek, Brenda
Capek, Richard
Carborundum Co. (The)
Carlisle Co. Inc.
Carpenter, Patrick E.
Carr, Cecillia
Carr, Stephen
Carrier Corp.
Case, Mary
Case, Richard
Catalytic Industrial Maintenance Co. Inc.
CBS Corp.
Celanese Ltd.
Cerone, Carmine
CF Braun & Co. Inc.
CF Braun Engineering Corp.
Chamlee, Betty
Champagne, Nancy Marie
Champion, Jackie D.
Champlain Cable Corp.
Charter Oil Co.
Cherry, Delmon
Cherry, Jean

Chevron USA Inc.
Chicago Pump
Chicago Pump Businesses
Chisholm, Sharon
Chrisman, Joseph
Christensen, Cedric
Christensen, Patricia
Citgo Petroleum Corp.
Cleaver-Brooks Co. Inc.
Cleaver-Brooks Inc.
Clubb, John H.
Coen Co. Inc.
Coleman, Clarence
Coleman, Donnie
Coleman, Julia
Collins, Jane
Collins, John E.
Coltec Industries Inc.
Conoco Phillips Co.
Continental Tire North America Inc.
Conway, Bob
Conway, Kate
Conwed Corp.
Cooper Industries Inc.
Coots, David A.
Copes-Vulcan Inc.
Corbett Fabricating Co. Inc.
Cottrell, Jane
Crane Co.
Cronin, William
Crown Central LLC
Crown Cork & Seal Co. Inc.
Cus O Fab Tank Services LLC
Cust O Fab Tank Services LLC
Custer, Deborah
Cyprus Industrial
D.B. Riley Inc.
Dana Corp.
Danna, Barry
Danz, Karen
DAP Products Inc.
Darr, Sue
Daughhetee, Dorothy
Daughhetee, Eldon
Davidson Judge
Davidson, Mark, Judge

Davis, Marvin G.
Davy Mckee Corp.
DB Riley Inc.
De Laval Turbine Inc.
Degregorio, Joan
Degregorio, Richard
DeLaval
Dempsey, Henry M.
Denton, Robert Frazior
Dereuisseaux, Lois
Dereuisseaux, Wallace
Deytens, Beverly
Deytens, William
Diamond Shamrock Refining & Marketing Inc.
Diamond Shamrock Refining Co.
Dickerson, John
Dickerson, Martha
Dickman, Susan
Dickman, Wesley
Disantis, Dioro
Discount Auto Parts Inc.
Dobson, Dennis
Dobson, Jean
Dobson, Lester
Dodge, William F.
Dodson, Dowell
Domco Products Texas LP
Domino, Susan
Dover Corp.
Drake, Elizabeth
Drake, Joe C., Jr.
Dresser Industries Inc.
Driver, Aaron
Driver, Adria
Driver, Christopher
Driver, Stacy
Dryfka, Candace
Dunn, Elsie Faye
Dunn, Emmett L.
DuPriest, Barbara
DuPriest, Ronald
Durbin, Raymond
Durbin, Sylvia
Dutkowski-Dobson, Maria
Easter, Marjorie

Eastman Chemical Co.
Eaton Corp.
Edwards, Andrew
Edwards, Billie R.
Edwards, Martha
Ehret, Ana
Ehret, Edward
Eldridge, Elizabeth
Elle, Linda
Elliott Turbomachinery Co. Inc.
Englehardt, Dieter
Erie City Iron Works
Estate of Alexander J. Hecker, Deceased
Estate of Allen J. Hall
Estate of Anthony Garzillo
Estate of Ardis Graham, Deceased
Estate of Avner Cockroft, Jr., Deceased
Estate of Barbara J. McGaha
Estate of Billy Belcher, Deceased
Estate of Bob Conway, Deceased
Estate of Bruce L. Eubanks, Deceased
Estate of Burney B. Mullens, Deceased
Estate of Carl Scivicque, Deceased
Estate of Cecil Chisholm, Jr., Deceased
Estate of Cecil Wayne Skinner, Deceased
Estate of Choyce Alton Brown, Deceased
Estate of Clyde Ahlfeld, Deceased
Estate of Clyde Kiddoo, Deceased
Estate of Cooper Tilghman, Deceased
Estate of Craig E. Capp, Deceased
Estate of Darrell Driver
Estate of David Eldridge, Deceased
Estate of David Saldana Sanchez Sr., Deceased
Estate of Dawna Snyder, Deceased
Estate of Donald Hooks, Deceased
Estate of Dorothy Ricci, Deceased
Estate of Ephrem Bargeron, Deceased
Estate of Ernest K. Wall, Deceased
Estate of Eugene M. Sinisi, Deceased
Estate of Floyd L. Bergstrom, Sr., Deceased
Estate of Francis E. Leider, Deceased
Estate of Frederick Stein
Estate of Freeman E. Allison, Deceased
Estate of Galen F. Wagner II, Deceased
Estate of George H Fenicle, Deceased

Estate of Gerald Gann, Deceased
Estate of Gerald Webster, Deceased
Estate of Gladys Rothe, Deceased
Estate of Gregory Hill, Deceased
Estate of Harold Custer, Deceased
Estate of Harry Easter, Deceased
Estate of Hazel Coleman, Deceased
Estate of Helen McKenna, Deceased
Estate of Henry Boettcher, Deceased
Estate of Hollis H. Holmes, Deceased
Estate of Jack Champion, Deceased
Estate of Jack N. Holman, Deceased
Estate of Jack Rankin, Deceased
Estate of Jackie Dean Simmons, Deceased
Estate of James D. Chamlee, Deceased
Estate of James Fawcett, Deceased
Estate of James Frazee, Deceased
Estate of James G. Havens, Sr., Deceased
Estate of James H. Vercher, Deceased
Estate of James Kuhn, Deceased
Estate of James R. Hiltz, Deceased
Estate of James Wolfgang, Sr., Deceased
Estate of James Yarbrough, Deceased
Estate of Jerry A. West, Sr., Deceased
Estate of Jerry McClendon, Deceased
Estate of Jesse Stovall, Jr., Deceased
Estate of Jimmie Barber, Deceased
Estate of John E. Dryfka, Deceased
Estate of John E. Simpson, Deceased
Estate of John G. Meyers, Deceased
Estate of John J. O'Gorman, Jr., Deceased
Estate of John Mays, Deceased
Estate of John Zywicki, Deceased
Estate of Juanita C. Collins, Deceased
Estate of Keith R. Myers, Deceased
Estate of Kenneth L. Drake, Sr., Deceased
Estate of Kenneth L. Shreve, Deceased
Estate of Lamar Houston
Estate of Lawrence Johnson, Deceased
Estate of Lee E. Lucas, Deceased
Estate of Leo Raymond Oquist, Decedent
Estate of Leon Henager, Deceased
Estate of Lester L. Coots, Deceased
Estate of Linda Cato, Deceased
Estate of Lloyd Hackler, Deceased
Estate of Loyd Don Wofford

Estate of Luke Thomas, Deceased
Estate of Mack W. Brasher
Estate of Margaret Cerone, Deceased
Estate of Margaret Gade, Deceased
Estate of Marianne Clancy, Deceased
Estate of Mario Karlich
Estate of Martin Proffitt
Estate of Mary Pridmore, Deceased
Estate of Melvin E. Turner, Jr.
Estate of Merle Kiser, Deceased
Estate of Michael Powell, Deceased
Estate of Nancy B. Soiferman, Deceased
Estate of Norman F. Iehle
Estate of Orval Reed
Estate of Otis H. Norris, Deceased
Estate of Patrick Anderson, Deceased
Estate of Patrick K. Stewart
Estate of Paul Collins
Estate of Percy Marshall, Deceased
Estate of Quincy James, Deceased
Estate of Ralph Laubecher, Deceased
Estate of Ralph Liebau, Deceased
Estate of Raphael Planert, Deceased
Estate of Raymond McGhee, Deceased
Estate of Rebecca D. Carpenter, Deceased
Estate of Richard A. Smith, Deceased
Estate of Richard J. Sterling, Deceased
Estate of Richard Pike, Deceased
Estate of Ricky Kraatz
Estate of Robert Alberino
Estate of Robert Butscher, Deceased
Estate of Robert C. Wyatt, Sr., Deceased
Estate of Robert Danz, Deceased
Estate of Robert Elle, Deceased
Estate of Robert L. Greene, Deceased
Estate of Robert M. Byerly, Sr., Deceased
Estate of Robert R. Robinson, Deceased
Estate of Robert W. McNely, Deceased
Estate of Roger Huck, Deceased
Estate of Ronald Augusta McColley,
Deceased
Estate of Roy Hutslar, Deceased
Estate of Ruby Nell Adams, Deceased
Estate of Salomon Shuman, Deceased
Estate of Samuel Lee Barnum, Deceased
Estate of Samuel McCain, Deceased

Estate of Shelton Spain
Estate of Stephen Nosko, Deceased
Estate of Steven C. League, Sr., Deceased
Estate of Tami Ballard, Deceased
Estate of Thelma J. Miller, Deceased
Estate of Therese Bluhm
Estate of Townsend Elmo Ree, Deceased
Estate of Townsend Elmo Reed, Deceased
Estate of Tyll Vanzler, Deceased
Estate of Velma C. Johnson, Deceased
Estate of Vira Perry
Estate of Virgil Jewell, Deceased
Estate of Wallace Rabenburg
Estate of Walter Hill, Deceased
Estate of Walter Jacques, Deceased
Estate of Wayne Lee Stewart, Deceased
Estate of Wendell R. Jackson
Estate of William Darr, Deceased
Estate of William F. Pfingsten, Deceased
Estate of William Furlong, Deceased
Estate of William Peppers, Deceased
Estate of William Thomas Merrit, Deceased
Estate of Willie Williams
Etchason, Edward
Eubanks, Candis
Fairbanks Morse Pump Co.
Fawcett, Rosenda
FBCO Inc.
Featherlite
Feinberg, Phyllis
Feinberg, Stephen B.
Fenicle, Mark
Fenicle, Shirley
Ferrell, Edward
Ferrow Engineering
Fitch, Glenda
Fitch, William
Flake-Mays, Neda
Flannery, Patrick
Flores, Robin
Flowserve (US) Inc.
Flowserve Corp.
Fluor Corp.
Fluor Daniels Maintenance Services Inc.
Fluor Daniels Services Corp.
Fluor Daniels Williams Brothers

Fluor Holding Co. LLC
Fluor Texas Inc.
Flynn, Chiemi
Flynn, David Neal
FMC Corp.
Ford Motor Co.
Foseco Inc.
Foster Wheeler Constructors Inc.
Foster Wheeler Energy Corp.
Foster, Jordan
Foust, Jolene Joy
Fraley, Shirley
Fraley, Theodore
Franco, Elsa
Freeman, Allison
Furlong, Virginia
Gade, Stanley
Galetti, Edward J.
Galle, Kim
Gann, Cheryl
Garlock Inc.
Garlock Sealing Technologies Inc.
Garlock Sealing Technologies LLC
Garzillo, Theresa
Gencorp Inc.
General Electric Co.
General Motors Corp.
General Refractories Co.
George Staton Co. Inc.
George, Charlene
George, Roger W.
Georgia Pacific Corp.
Georgia Talc Co.
Georgia-Pacific Corp.
Georgia-Pacific LLC
Gerenstein, Barry
Gili, Maryglen
Glen Alden Corp.
Gonzalez, Gilbert
Gonzalez, Patricia
Good, Roger
Goodrich Corp.
Goulds Pumps Inc.
Gow, George
Gow, Vivian
Grady, Deanna

Grady, Mark
Grady, Marlena
Grady, Walter P.
Grady, Walter R., Deceased
Graham, Linda
Green, Bobby W.
Greene Tweed & Co. Inc.
Greene, Gracie J.
Griffey, Joyce
Griffey, Roger K.
Griffiths, Charles R.
Griffiths, Diana
Grove, George
Grove, Yvonne
Guard Line Inc.
Guillot, Sheri Schexnayder
Guirguis, Samy
Gulbrandsen, Fred
Gunerman, Karen
H.B. Zachry Co.
Hack, William K.
Hackler, Arnold
Hackney, Harold
Hackney, Linda
Hagan, Janet
Hagan, Kenneth
Hall, Leonore
Hall, Vicki
Halliburton Co.
Harman, Harold
Harman, Karen
Harris, Lulu
Harris, Terry L.
Hart, Irene A.
Hart, Marvin W.
Haveg Industries Inc.
Haveg Pipe Co.
Havens, Jeanette
Haycook, Carolyn
Haycook, Harvey L.
Hayes, Edward
Hayes, Iva
Hayhurst, Emily
HB Zachry Co.
Head, Ione
Head, Keith

Hecht, Bernis
Hecht, Edmund
Hecker, Gary
Hedgpeth, Brenda
Henley/MWK Holding Inc.
Henry Vogt Machine Co.
Henson, Larry, Deceased
Herndon, Robert
Herring, Gerald W.
Herring, Nona Lee
Hicks, Patti
Hill, Arletha
Hill, Gloria
Hill, Linda
Hiltz, James T.
Hindman, John W.
Hobbs, Arlon J.
Hoffman, Beatrice
Hoffman, Eugene
Holman, Bryan V.
Holman, Joe D.
Holman, Wade N.
Holmes, Lotherine
Honeywell Inc.
Hooks, Steven
Hooks, Tommie H.
Hope, Robert
Hoskins, James Michael
Hoskins, James Preston, Deceased
Houston, Wilma
Huber, William
Huck, Sandra
Hughes, Elizabeth
Hughes, John
Humphreys, Margaret
Humphreys, William
Huntington Ingalls Inc.
Iehle, Dorothy
IMO Delaval Inc.
IMO Industries Inc.
Industrial Holdings Corp.
Ingersoll Rand Corp.
Irvine, Betty Lou Young
ITT Corp.
ITT Industries Inc.
Jackson, Dan

Jackson, David W.
Jackson, Scott
Jackson, Wendell R. (Estate)
Jacques, George
James, Dorothy
Jasper, Diane
Jasper, Joseph
Jeansen, Barbee
Jeffrey, Joel, Deceased
Jeffrey, John Michael
Jeffrey, Myrna
Jeffrey, Ricky Marcel
Jenkins, Alva
Jenkins, Doris
Jenkins, Walter
Jennings, Jean
Jennings, Kenneth
Jestes, Herman Ralph
Jestes, Opel
Jewell, Margaret
Jewell, Virgil (Estate)
J-M Manufacturing Co. Inc.
John Crane Inc.
Johnson, David
Johnson, Debra
Johnson, Jeanette
Johnson, Perry L.
Jones, John Henry, Jr.
Jones, Tammy Thaxton
Jones, Teresa Lynn
Jourdain, Robert
Jourdain, Sharon
Justice, Barbara
Justice, William
Kaiser Cement Corp.
Kaiser, Charles, Sr.
Kapp, Susan
Karlich, Marilyn
Kay, James F.
Kay, Marianne
KCG Inc.
Kell Holding Corp.
Kelly Moore Paint Co. Inc.
Kelly Springfield Tire Co.
Kelly-Moore Paint Co. Inc.
Kemper, Harvey

Kemper, Kathleen
Kennedy, Herman
Kewanee Boiler Corp.
Kiddoo, Dorothy
King, David
King, Fredrick
King, Margaret
King, Patricia
Kinsley, Christina
Kirk, James
Kiser, Kathryn
Kliafis, Joellen Lugene
Kraatz, Ricky (Estate)
Kraatz, Terry
LaGloria Oil & Gas Co.
LaMartina, Peggy
LaMartina, Richard
Lamons Gasket Co. Inc.
Lamons Metal Gasket Co. Inc.
Langevin, Albert D., Jr.
Langevin, Paulette, Deceased
Laningham, Donald
Laningham, Ruth
Lansdale, Robert A.
LaPointe, Herbert
Latuda, Louis
Laubecher, Sylvia
Laurens, Herman
Laurens, Rosa
Lavender, Jala
League, Delberta
Leamons, Dorothy
Leamons, Herman
Leider, Frank J.
Lennox Industries Inc
Levitt, Dale
Levitt, Gloria
LGS Technologies LP
Liberda, August
Liebau, Shirley
Litchfield, Charlie
Littleman, Kee
Lone Star Steel Co.
Loughlin, William
Lucas, Donald
Lucas, Sherry Mace

Lucent Technologies Inc.
Lust, Josephine
Lust, Leonard M.
M.L.T.C. Co.
M.W. Kellogg Co. The
Mahaffey, Gordana
Mahaffey, Harold
Manchester, Sandra
Manchester, Wallace H., Jr., Deceased
Marie, Pauline
Maroldo, Anthony
Marquez, Lewis
Marsh, Gene
Marsh, Karla
Marshall, Bertha
Marshall, Caroly
Marshall, Earl
Marshall, Florence
Marshall, Robert
Martin, Iona James
Martin, Paul Ledale
Martinez, Sergio
Massey Energy Corp.
Massey-Ferguson
Mavronicles, Charles
Mavronicles, Gus, Jr.
Mavronicles, Jeanette
Mavronicles, Linda
Maynard, Diane
Mazenko, Darla
Mazenko, Robert
McCain, Cynthia
McClendon, Debra K.
McClinton, Gwendolyn
McClinton, Sidney
McColley, Ronald Andrew
McGhee, Melanie
McKenna, John
McNeil & NRM Inc.
McNeil Ohio Corp. Inc.
McNely, Betty
McQuay International, a Daikin Industries
Co.
Meister, Horst K.
Meister, Norma
Mendoza, Alvaro

Mendoza, Isabel
Merrit, Carolyn J.
Metropolitan Life Insurance Co.
Meyers, Linda R.
Mid-Valley Inc.
Miller, Betty
Miller, Calvin
Miller, Melvin C.
Miller, Roger W.
Milwhite Inc.
Mine Safety & Appliances Co.
Minneapolis Moline
Minnesota Mining & Manufacturing Co.
Miss, Giusto
Miss, Massimiliana
Mitchell, Joe M.
Mitchell, Kefa
MLTC Co.
Mongan, Peter C.
Mongan, Sarah
Montgomery, Laura
Mooney, Dorothy
Morbitzer, Nancy
Morbitzer, Paul
Moskowitz, Allen M.
Mott, Glenn
Mueggenborg, Norbert Paul
Mullens, Joyce
Mullens, Joyce A.
Mundy Construction Co.
Mundy Industrial Maintenance Inc.
Murco Wall Products Inc.
Musgrove, Barbara
Musgrove, Frank
MW Kellogg Co., The
Myers, Nancy E.
National Oilwell Varco Inc.
Natkin & Co.
Natkin Service Co. of Houston
Natkin Service Co. of Kansas
Nechodomu, Gerald
Nechodomu, Terry
Neill, Delmar
Nielsen, Elizabeth
Nielsen, Robert
Noble, Barbara

Noble, James
Noonan, Helen
Noonan, Michael G.
Norris, Deanna K.
Norris, Debra
Norris, Otis N.
Northrop Grumman Ship Systems Inc.
Norton Co. Safety Products Division - USA
Norton Co.
Norton Co., Safety Products Division
Nosko, Mark
Nyarady, James
Oakfabco Inc.
O'Brien, David
O'Brien, Karen
O'Donnell, Troy J.
Oglebay Norton Co.
O'Gorman, Jacqueline
Oquist, Gail
Otto, Doris
Otto, Theodore
Owens Illinois Inc.
Owings, Bobby J.
Paizza, Ethna
Palagalla, Eryla
Palmer, Carol
Palmer, Harold
Panaro, George
Paratore, Martin
Parke, Elizabeth
Parke, Walter, Deceased
Parker Hannifin Corp.
Parker, Dorothy
Parker, John B.
Parsons Chemical Engineering Inc.
Parsons Energy & Chemicals Group Inc.
Parsons Infrastructure & Technology Group
Inc.
Pastore, Erminio L.
Payne, Allen, Deceased
Payne, Debra
Payne, Derek
Payne, Erik
Payne, Jana James
Payne, Kevin
Pecora Corp.

Peerless Industries Inc.
Peerless Pump
Peppers, Jo Ann
Perry, Troy
Petkovsek, Bonnie Lee
Petkovsek, David
Pfingsten, William E.
Pharmacia LLC
Philips Electronics North America Corp.
Phillips Chemical Holdings Co.
Phillips Electronics North America Corp.
Phillips Petroleum Co.
Pichler, Kim
Pichler, Margie, Deceased
Pinto, Janice
Pinto, John A.
Pizzillo, Dawn
Porter, William
Powell, John R.
Presley, Stephen
Priddy, Anna
Priddy, Creston P.
Pridmore, David
Pridmore, George
Proffitt, Joyce
Pugh, Teresa
Puleo, Joseph L.
Pullman Inc.
Purvis, Veva
Quaker Oats Co.
Qualls, Angela L. Norris
Quigley Co. Inc.
Rabenburg, Frank
Rankin, Rosie Mae Solze
Rapid-American Corp.
Rapley, Batty
Rapley, David R., Deceased
Rapley, Frank, II
Raytheon Engineers & Constructors
Red Seal Electric Co.
Reed, Elmo (Estate)
Reed, Townsend Elmo
Reed, Wilma J.
Ref Chem LP
Regan, John
Renteria, Suzanne H.

Rentmeester, Clayton
Resco Holding Inc.
Resco Holdings Inc.
Rhodes, Bettie Ruth
Rhone-Poulenc AG Co. Inc.
Rhone-Poulenc Inc.
Ricci, Junior
Richards, Gail
Richards, Roy J.
Riley Power Inc.
Riley Stoker Corp.
Ritter, Carol
Ritter, Coy
Roberson, Judith
Roberson, Millard David
Roberts, John T.
Robinson, John H.
Robinson, Robert R. (Estate)
Rodriguez, Alicia
Rohletter, Bobby J.
Rohletter, Millie
Ross Laboratories
Rostankoyski, Joy
Routhier, George
Routhier, Veronica
RPM Inc.
Russell, Florence
Russell, Thomas
Saenz, Francisca
Saenz, Juan
Saint Gobain Abrasives Inc.
Salazar, Rosa
San Jacinto Maintenance Inc.
Sanchez, Elogia
Santa Fe Braun Inc.
Scanlon, Sharon
Schexnayder, Janelle Rodrigue
Schexnayder, Ryan
Scivicque, Ruth
Scroggins, Billie
Scroggins, Wendell, Sr.
Sellgren, Karen
Sellgren, Paul E., Deceased
SEPCO
Sepco Corp.
Serviss, Candace J.

Serviss, Carson L.
Shaw Group Inc., The
Shockley, Dora
Shockley, Perry
Shores, Rose
Shreve, Claudia Gail
Shuman, Roberta
Sibley, Eric
Siemens Energy & Automation Inc.
Siemens Industry Inc.
Silva, Sofia
Simmons, Phoebe
Simpson, Benthal G.
Simpson, John E. (Estate)
Simpson, John K.
Sinisi, Nuala
Sinisi, Stuart
Skinner, Joyce
Skinner, Joyce
Slaughter, Brenda
Slutz, Kimberly
Smith, David D.
Smith, Edward
Smith, Luther P., Jr.
Smith, Ruth M.
Smith, S. D.
Smith, Sammie L.
Soiferman, Harvey
Solomons, Helen
Sorrell, Robert
Spears, Connie
Stager, Charlotte
Stager, Douglas
Stalik, Edward E.
Stalik, Edward E.
Standco Industries Inc.
Stanley, Christine
Stanley, Peter
Stark, Albert
Stark, Frances
Staton Lumber Yard
Stearns-Rogers Corp.
Stein, Margaret
Sterling, Linda J.
Steuck, Amy
Stewart, Edward

Stewart, Marguerite
Stewart, Terry
Stickrod, Brian Kelly
Stinson, Margaret
Stinson, Roger
Stokeley Van Camp Inc.
Stokley Van Camp Inc.
Straka, Catherine
Straka, John
Strenger, Virginia M.
Striffler, Hugh
Sturm, Herman, Jr.
Sturm, Pauline
Sud-Chemie Inc.
Sue, Jeffrey
Sue, Kristin
Sullivan, Constance
Sullivan, Joseph
Sun Oil Co.
Sun Oil Co. Inc.
Sunoco Inc. (R&M)
Superior Boiler Works Inc.
Sylvester, Kenneth
Sylvester, Sharon
T.H. Agriculture & Nutrition LLC
Tate, William M.
Taylor-Seidenbach Inc.
Temperino, Michele
Temperino, Rosalia
Terrill, Gary
Terrill, Sandy
Texaco Inc.
Texas Industries Inc.
Texas Utilities Co.
TH Agriculture & Nutrition LLC
Than Inc.
Thomas Hayward Chemical Co.
Thomas, Carilion E.
Thomas, Gardenia
Thomas, Henry Lee
Thomas, John E.
Thomas, Joyce
Tie, John H.
Tie, Marylin
Tilghman, Betty Jane
Todd, Gerald

Toscano, James
Toscano, Jeanette
Total Petrochemicals USA Inc.
Trane Co.
Trane US Inc.
Triangle Maintenance
Trinity Construction Co. Inc.
Triplex Inc.
Tripp, Ellen
Turner, Joann
Turner, Pamela
Twentieth Century Glove Co.
TXI
Tyler, Brenda
Tyson, Pamela
Tyson, Sylvester
U.S. Rubber Co.
Ultramar Diamond Shamrock Corp.
Union Carbide Chemicals & Plastic Co.
Union Carbide Corp.
Uniroyal Holding Inc.
Uniroyal Inc.
United States Steel Corp.
URS Energy & Construction
US Rubber Co.
USA Norton Co.
Valero Energy Corp.
Vanzler, Mary Ellen
Varricchio, Lawrence
Verrengia, Florence
Verrengia, John
Viacom Inc.
Victor-Littleman, Irene
Vinson, Henry
Vinson, Iva J.
Voight, Connie
Voight, Joseph F.
Wagner, Michelle
Walker, Mary
Wall, Ernest K. (Estate)
Wall, Lillian L.
Wallace, Madonna
Walsh, Francis J.
Walters, Myrna
Walters, Robert Lee
Ward, Mary

Ward, Travis
Wardle, Karen
Wardle, Neil
Warren Pumps LLC
Washington Group International Inc.
Weaver, Louis K.
Webster, Harold
Weddell, Eleanor
Weddell, Trovillo
Weiland, Chester
Weiland, Judy
West, Valerie
Westinghouse Electric Corp.
Wheelabrator Chicago Inc.
White Motor Co.
White, Earl, Jr.
White, Norma Lee
White-New Idea Co.
Whitt, Anthony
Whitt, J.D., Deceased
Whitt, Shirlene
Whitt, Stoney
Whittaker Clark & Daniels Inc.
Wilder, Donald H.
Wilder, Elosia R.
William Powell Co., The
Williams, Ann
Williams, Chandra

Williams, Mary
Willis, Percy James, Jr., Deceased
Winder, Elda
Winder, Harvey
Wofford, Ada
Wolfgang, Judith
Woodson, Melvin
Woodward, Anna Matlock
Woodward, Don O'Neil
Xcel Energy Services Inc.
Yarbrough, Kaycee
Yaros, Robert
Yarway Corp.
Yazzie, Duane
York International Corp.
Young, Patricia
Young, Scott Douglas
Young, Willard Young, Deceased
Young, Willard, Deceased
Zahra, Joseph
Zamata, Charles
Zapata, Etelvero
Zapata, Maria
Zbigniewicz, Catherine
Zbigniewicz, Leon
Ziebarth, Philip L.
Zurn Industries Inc.
Zywicki, Joanne

### Schedule 1(r)

### Potentially Responsible Parties

American Barrel Co.
Amoco Chemical Corp.
Arco Chemical Co.
Atlantic Richfield Co.
Baker Petrolite Corp.
BASF Corp.
Bio-Ecology Systems Inc.
BP America Production Co.
BP Amoco Chemical Co.
BP Products North America Inc.
Champion Technologies Inc.
Chemtron Corp.
Chemtura Corp.
Clean Harbors Environmental Services Inc.
Copperopolis Asbestos
Crystal Chemical Co.
Diamond Shamrock
DSI Facility
Eltex Chemical & Supply Co.
Environmental Enterprises Inc.
Exxon Chemical Co. USA
Exxon Mobil Corp.
Federal Mogul
General Dynamics Corp.
Giant Resource Recovery - Attalla Inc. (Fka M&M Chemical)
Goodyear Tire & Rubber Co.
Groendke Transport Inc.
Groendyke Transport Inc.
Hydrite Chemical Co.
Lion Oil Co.
Lyondell Chemical Co.
M&M Chemical
Malone Services
Malone Service Co.

Marathon Ashland Pipe Line LLC
Marathon Oil Co.
Marathon Petroleum Co.
Marine Shale Processors
Matlack Systems Inc.
Mission Petroleum Carriers Inc.
Monsanto Co.
Nalco Chemical Co.
Nl Treating Chemicals
North Main Metals Recycling
Occidental Chemical Corp.
Ondeo Nalco Co.
Perma-Fix Environmental Services Inc.
Pharmacia Corp.
Pollution Control Industries Inc.
Rohm & Haas Co.
Romic Environmental Technologies Corp.
Roy O. Martin Lumber Co. LLC
RSR Corp.
Sea Lion Chemical
Sea Lion Technology Inc.
Sheridan Disposal Services
Solvents & Petroleum Service Inc.
Solvents Recovery Service of New Jersey Inc., The
Sonics International Inc.
Southeast Texas Environmental LLC
Southwest Specialty Chemicals Inc.
Trelleborg Coated Systems US Inc.
Utah Power & Light
Voda Petroleum Inc.
Welchem Inc.
Younger Brothers Inc.

## Schedule 1(s)

## Professionals

Akin Gump
Akin Gump Strauss Hauer & Feld LLP
Alvarez & Marsal
Apollo Management Holdings LP
Arrowgrass Capital Partners (US) LP
Blackstone Advisory Group
Brown Rudnick
Brown Rudnick LLP
Cadwalader Wickersham & Taft LLP
Capstone Advisory Group LLC
Centerview Partners
Centerview Partners LLC
Claren Road Credit Master Fund Ltd.
Claren Road Credit Opportunities Master
Fund Ltd.
Concentric Energy Advisors
Davis Polk
Davis Polk & Wardwell LLP
DO S1 Ltd.
Epiq
Epiq Bankruptcy Solutions
Ernst & Young
Evercore
Evercore Group
Fairway Fund Ltd.
Filsinger Energy Partners
Fore ERISA
Fore Multi Strategy Fund Ltd.
Franklin Advisors Inc.
Fried Frank Harris Shriver & Jacobson LLP
Furr, Robert
Gibson Dunn
GSO Capital Partners
Houlihan Lokey
Houlihan Lokey Capital Inc.
Hunton & Williams
ICF
ICF Resources LLC
Jackson Sjoberg
Jackson Sjoberg McCarthy & Townsend
LLP
Jones Day
Kekst & Co.
KPMG

Kramer Levin Naftalis & Frankel LLP
LMA SPC
Loop Capital
MAP 89 Segregated Portfolio
Mason Capital
McDermott Will & Emery
Miller Buckfire & Co LLC
Millstein
Millstein & Co.
Moelis & Co.
Moelis & Co. LLC
Morgan Lewis & Bockius
Navigant
O'Melveney & Myers
O'Melveny & Myers LLP
Paul Weiss
Paul Weiss Rifkind Wharton & Garrison
LLP
Peter J. Solomon Co.
Pine River Credit Relative Value Master
Fund Ltd.
Pine River Fixed Income Master Fund Ltd.
Pine River Master Fund Ltd.
Pine River Opportunistic Credit Master
Fund LP
PwC
Ropes & Gray LLP
Rothschild Inc.
Scheef & Strone LLP
Schulte Roth & Zabel LLP
Shearman & Sterling LLP
Sidley
Stratus Energy Group
Towers Watson
Wachtell Lipton
White & Case
White & Case LLP
Wilkie Farr & Gallagher LLP
Williams Capital Group LP, The
Williams Group
Winstead PC
York Capital Management
Zolfo
Zolfo Cooper LLC

**Schedule 1(t)**

**Shareholders**

Abu Dhabi Investment Authority
ACA Family LP (Acosta Trust)
Acosta, Arcilia C.
AlpInvest Partners Co-Investments 2007 CV Alvaro
AP TXU Holdings LLC
ASF Park Sub 2 LP
AXA Capital America LP
AXA CDP Co-Investment Fund FCPR
AXA Co-Investment Fund II FCPR
Baker, Thomas
Bank of Nova Scotia, The
bcIMC (WCBAF) Private Placement (2006) Investment Corp.
bcIMC Private Placement (2006) Investment Corp.
Bird, Robert D., Jr.
Black Canyon Direct Investment Fund LP
Bosecker, Brian Timothy
Burton Hills Limited LP
Burton Hills Ltd. LP (Youngblood is LP member)
California Public Employees' Retirement System
Canyon Balanced Equity Master Fund Ltd.
Canyon TXU LP
Canyon Value Realization Fund LP
Centaurus Capital LLC
Centaurus TEF LP
Citigroup
Citigroup Alternative Investments Corp.
Citigroup Alternative Investments LLC
Co-Investment Capital Partners LP
Co-Investment Partners (NY) LP (Lexington Partners)
Co-Investment Partners 2005 LP (Lexington Partners)
CPP Investment Board (USRE II) Inc.
Cumbria LP
Davis, Douglas L.
Degeyter, Brock M.
Dick, Ralph L.
Diermann, Scott L.
Ecofin Co-Investment LP
Ecofin TXU LP

ECP I (NE Energy IP) LP
Ellis, Stephen L.
Energy Capital Partners I LP
Energy Capital Partners I-A LP
Evans, Donald L.
Federwisch, Richard R.
FinVest Capital Ltd.
Frier, Harry Leonard, Jr.
Geary, John William
Gooch, Cecily Small
Goodwin, Ricky Bob
Grace, Tommy Glen, Jr.
Greene, M.S.
Griffin, Mark John
GS Capital Partners
GS Capital Partners VI Fund LP
GS Capital Partners VI Parallel LP
GS Global Infrastructure Partners I LP
GS Infrastructure Offshore TXU Holdings LP
GS Institutional Infrastructure Partners I LP
GSCP VI Germany TXU Holdings LP
GSCP VI Offshore TXU Holdings LP
Guillory, Angela Yvonne Williams
Hamilton Lane Co-Investment Fund LP
Harris, Wayne L.
Higdon, Charles A.
Higginbotham, Theron Dale, Jr. "Dale"
Hogan, Timothy Ross "Tim"
HRJ Growth Capital II (NQ) LP
HRJ Growth Capital II LP
HVB Capital Partners AG
Institutional Benchmark (Master Feeder) Ltd.
Institutional Benchmarks Series (Master Feeder) in respect of the
Jarrell, Freeman, Jr.
Jeanes, Ricky L.
KKR 2006 Fund LP
KKR Associates Reserve LLC
KKR Partners III LP
KKR PEI Investments LP
Kohlberg Kravis Roberts & Co. LP
Koonce, Kimmy Sue
Kopenitz, Stephen John

Kross, David Christopher
Kuwait Investment Authority
Lehman Brothers
LGT Capital Invest Ltd.
Lightle, Curtis L.
MacVest 1 Ltd.
Madden, Fred Webster, Jr.
Mason Capital SPV I LLC
Mason Capital SPV I LP
McBay, Michael Raymond
McCabe, Del Andrew
Meserve, Richard A., Dr.
Meyers, Anthony Michael
Moor, Gary Lee
Moore, Stephanie Zapata
Moore, William A.
Morgan Stanley
Morley Investments Ltd.
NB Co-Investment Group LP
NB Co-Investment Partners LP
NB Fund of Funds XVIII – Co-Investment
Holding LP
NB PEP Investments I LP (Inc.)
NB Secondary Opportunities Pooling LP
NB Tangible Assets Fund LP
New York Life Capital Partners III LP
New York Life Capital Partners III-A LP
Norinchukin Bank, The
Northwestern Mutual Life Insurance Co.,
The
OPERF Co-Investment LLC
OPTrust Private Equity Direct NA I Inc.
Pearson, Gerry Lee
PI Co-Invest LLC
Quintana Energy Fund-FI LP

Quintana Energy Fund-TE LP
Quintana Energy Partners LP
Quiram, David
Reilly, William K.
Rose, Thomas Wayne
Rosemont Solebury Co-Investment Fund
(Offshore) LP
Sageview Capital LP
Savina, James J.
Skidd, Stephen N.
Smith, Donald B.
Smith, Russell Alan
Smith, Stephen L.
Speedy Investment Pte Ltd.
State Street
Stockwell Fund LP
Stonger, D. Frank
Strategic Co-Investment Partners LP
Texas Energy Future Capital Holdings LLC
Texas Energy Future Co-Invest LP
Texas Energy Future Holdings LP
Thompson, Molly M.
Thompson, Von Wade
TPG FOF V-A LP
TPG FOF V-B LP
TPG Management LP
TPG Partners IV LP
TPG Partners V LP
Tulloh, Brian T.
Whipple, John Christopher
Wilks, Douglas Greg
Williams (now Guillory), Angela Yvonne
Williamson, Billie Ida
Young, John F.

## Schedule 1(u)

## Significant Customers

BP Energy
DB Energy Trading
DEF Trading North America LLC
ERCOT (Electric Reliability Counsel of Texas)
Federal Deposit Insurance Corp. (FDIC)
NextEra Energy Power Marketing
Shell Energy
Valero Texas Power Market

**Schedule 1(v)**

**Significant Vendors**

3B Dozer Service
3E Energy Inc.
4-L Engineering Co. Inc.
4-Star Hose & Supply Inc.
5DT Inc.
6 Stones
A&E Machine Shop Inc.
A&K Railroad Materials Inc.
A.B. Erwin Welding
A.L. Helmcamp Inc.
A+ Fabrication
AAF International
Aaxion
Aaxion Inc.
AB Erwin Welding
Abasco LLC
ABC Auto
ABL Services Inc.
Able Communications
Able Communications Inc.
Abovenet Communications Inc.
Abresist Corp.
Absolute Consulting Inc.
Academy of Medicine Engineering &
Science of Texas
ACAP Health
ACAP Health Consulting
Accenture LLP
Access Industrial Maintenance Inc.
Accretive Solutions-Dallas LP
Ace Welding & Fabrication
ACFM Inc.
ACM Global High Yield Offshore
Acosta, Arcilia
ACT Independent Turbo Services Inc.
Act Pipe & Supply Inc.
Action Cleaning Systems
Action Cleaning Systems Inc.
Action Stainless & Alloys Inc.
Acuity Specialty Products Inc.
Acuren Inspection Inc.
Ad Gifts Co. Inc.
ADA - ES Inc.
Ada Carbon Solutions (Red River)
Ada Carbon Solutions LLC

Ada Environmental Solutions
Ada ES Inc.
ADP Inc.
Advanced Analytical Laboratories
Advanced Industries Inc.
Advanced Technologies Consultants
AEC Powerflow
AEC Powerflow LLC
Aecom Technical Services Inc.
Aecom Technical Services Inc., An
AECOM Co.
Aegis Communications Group
Aegis Communications Group Inc.
Aegis Insurance Services
Aeon PEC
AEP Southwestern Electric Power Co.
Aequity Holdings LLC
Aerometric Inc.
Aerovironment Inc.
Aerzen USA
Aerzen USA Corp.
Aetna
Aetna Hartford
Aetna Inc.
Agency/Medium Term Finance
Aggrecko LLC
Aggreko Inc.
Aggreko LLC
Agilent Technologies
AGT Services
AGT Services Inc.
Air Hygiene International Inc.
Air Liquide America Specialty Gases LLC
Air Mac Inc.
Air Power Sales & Service
Airgas
Airgas Safety
Airgas Southwest Inc.
Airgas Specialty Products
Airgas Specialty Products Inc.
Akron Consulting LLC
AL Helmcamp Inc.
Alden Research Laboratory Inc.
Alecom Metal Works Inc.
Alin Machining Co. Inc.

All Pro Automotive
All State Industries Inc.
Allen Machine & Equipment
Allen Machine & Equipment Co.
Allen Sherman Hoff
Allen Systems Group Inc.
Allen's Electric Motor Service
Allen's Electric Motor Service Inc.
Allen's Electric Motors
Alliance Power Group
Alliant Energy Corporate
Alliant Energy Corporate Services Inc.
Allied Waste Services
Allied Waste Services #058
Allied Waste Services #070
Alloys & Components Southwest
All-State Belting LLC
Allstate Groundwater Control
Alltex Pipe & Supply
All-Tex Pipe & Supply Inc.
Allums, Ramona
Alman Electric Inc.
Alman Electrical Contractors
Alpha Erosion Products
Alpha Natural Resources
Alpha Services
Alpha Services Corp.
Alpha Services Dba Jani-King
Alstom Grid Inc.
Alstom Power
Alstom Power Inc., Boiler Retrofit-Windsor
Alstom Power Inc., TSB Windsor
Altran
Aluminum Co. of America (Alcoa)
Aluminum Co. of American (Alcoa)
Alvarez & Marsal LLC
Amber L. York Trust
Ameco
Ameco Inc.
Ameralloy Steel Corp
Amercable
Amercable Inc.
Ameren Energy Generating Co.
Amerex Brokers LLC-Emissions
Amerex Brokers LLC-Gas
Amerex Brokers LLC-Power

Amerex Brokers LLC-Retail
American Air Filter
American Airlines Center
American Coalition for Clean Coal
Electricity
American Corporate Partners Inc.
American Crane & Equipment Corp.
American Efficiency Services LLC
American Electric Power Inc.
American Elevator Technologies
American Energy Products Inc.
American Gear & Pump
American Hydraulics
American International Group
American Legislative Exchange Council
American List Counsel
American Nuclear Insurers
American Power Services
American Power Services Inc.
American Red Cross
American Red Cross, Dallas Area Chapter
American Trainco Inc.
Ameritek
Ameritek Plant Services LLC
Ametek Solidstate Controls
Ametek Solidstate Controls Inc.
Amplifinity Inc.
AMS Corp.
Amsted Rail
Amsted Rail Inc.
Amtek
Anadarko E&P Onshore LLC
Analysis & Measurement Services Corp.
Analytic Partners
Analytic Partners Inc.
Ancira Ford
Ancira Winton Chevrolet Inc.
Anderson County Tax Collector (TX)
Anderson Fertilizer
Anderson Fertilizer & Milling Co.
Anderson Greenwood Crosby Valves
Andrews Transport Inc.
Anixter Inc.
Anixter-Dallas
Ann Mcgee Cooper & Associates Inc.
Anthony Mechanical

Anthony Mechanical Services Inc.
Aon (Bermuda) Ltd.
Aon eSolutions Inc.
Aon Risk Services Cos. Inc.
Aon Risk Services Southwest Inc.
AP Services LLC
Apex Geoscience Inc.
APG Consulting Inc.
API Systems Group Inc.
Applegate Commodities LLC
Applied Energy Co. LLC
Apptio Inc.
Apptricity
Apptricity Corp.
APS America LLC
APS American LLC
Arbill
Arbill Industries Inc.
Arborgen LLC Livingston
Archon Resources LLC
Areva Inc.
Areva NP Inc.
Argo Power Services Ltd.
Argo Turboserve Corp.
Ariba Inc.
Arinc Inc.
Arkansas Industrial Machinery Inc.
Arkansas Oklahoma Railroad Co. Inc.
Arlington Urban Ministries
Arnold & Porter LLP
Arrow Geomatics Inc.
Arrowhead Contractor Supply Inc.
Arthur Temple College of Forestry
Asbestos Removal Inc.
Ascend Performance Materials
Ascend Performance Materials LLC
ASGCO Manufacturing Inc.
Asher Media Inc.
Assistance Center of Collin County (TX)
Association of Electric Companies of Texas
Association of Electric Cos. of Texas
AT&T
AT&T Corp.
AT&T Inc.
AT&T Internet Services Inc.
AT&T Opus

ATC Nuclear
Atkins
Atkins North America Inc.
Atlas Commodities LLC
Atlas Copco
Atlas Copco Compressors LLC
Atlas Manufacturing Co. Inc.
ATR Inc.
ATS Logistics
Atwood, Sarah
Audio Fidelity Communications Corp.
Aumund Corp.
Austin White Lime Co.
Automation Service
Automation Technology Inc.
Autonomy Inc.
Avenue Omnibus Account LLC
AWC Inc.
Axon Solutions Inc.
Ayco Co. LP
Azima DLI
Azima Inc.
B&D Industrial & Mining Services Inc.
B&G Machine Inc.
B&K Services
B&W Power Generation Group Inc.
B.E. Consulting Inc.
B3 Systems Inc.
Babcock & Wilcox Power Generation
Group Inc.
Bait Barn Fisheries, The
Baker Botts LLP
Baker Hughes Inc.
Baker, James A., III
Baker, Thomas L.
Balch & Bingham
Balch & Bingham LLP
Baldwin Metals Co. Inc.
Bamert Seed
Bamert Seed Co.
Bank of New York Corporate Trust
Administration Support, The
Bank of New York Mellon Corporate Trust
Municipal, The
Bank of New York Mellon Corporate Trust,
The

Bank of New York Mellon Financial
Control Billing, The
Bank of New York Trustee, The
Bank One Purchasing Card
Barco Inc.
Barco Pump
Barlett Nuclear Inc.
Baro Cos.
Baro Holdings Inc.
Barr Engineering Co.
Barry Sibul Co.
Barsco
Bartlett Nuclear Inc.
Bartley, Jimmy
Bartley, Virginia
Basis Technologies Inc.
Bass Engineering Co. Inc.
Bastrop County Tax Office (TX)
Bay Area General Crane Service
Bayless Auto Supply
BazaarVoice Inc.
BCS Stop & Go Potties
BE Consulting Inc.
Beach Street Consulting Inc.
Beacon Aviation Inc.
Beacon Training Services Inc.
Becht Engineering Co. Inc.
Becksville Independent School District Tax
Collector (TX)
Bellomy Research
Bellomy Research Inc.
Benchmark Industrial Services
Bending & Coiling Co. Inc.
Bentley Systems Inc.
Bently Nevada Corp.
Beshear Group Inc.
Best Mechanical Inc.
Best Pump Works
Bete Fog Nozzle Inc.
Beveridge & Diamond PC
BFI Pumps Inc.
BFI Waste Systems of North America LLA
BG Construction
BHP Billiton Olympic Dam Corp. Pty Ltd.
Bi Inform
BI Inform Global

Bibb, Kyle
Big Dumpster, The
Bipartisan Policy Center
Bi-State Rubber Inc.
BJ Glass Co.
Black & Veatch Corp.
Blackstone Advisory Partners LP
Bland Construction Co.
Bloomberg Finance LP
Bloomberg LP
Blue & Silver Energy
Blue Cross Blue Shield Health Care
Services Corp.
Blue Flame
Bluewater Strategies LLC
BMT WBM Inc.
BNL Industries Inc.
BNY Mellon
Bob Lilly Professional Marketing
Bob Lilly Professional Promotions
Bolin Construction Inc.
Bolt Tech
Bolttech Mannings
Boomi Inc.
Bop Inspection Est
Border States Electric Supply
Boron Products LLC
BOSC Mutual Fund
Bosc Mutual Fund Account
Boston Consulting Group Inc., The
Boston Mutual Life
Boston Mutual Life Whole Life Insurance
Bowdens Guaranteed Hydromulch
Box Inc.
Bracewell & Giuliani
Bracewell & Giuliani LLP
Brahmtex Inc.
Brake Supply Co.
Brake Supply Co. Inc.
Brake Supply-Southwest Inc.
Brazos Mag LLC
Brazos River Authority (TX)
Brazos Valley Parts Co.
Brazos Valley Recycling
Breaktime Solutions
Brenntag Southwest Inc.

Brian Kelly Glass & Mirror Co. Inc.
Bridgeline Digital
Bridgeline Digital Inc.
Bridgestone Americas Tire Operations
Brighter Tomorrows Inc.
Britjon Co. LLC
Broadspire Services Inc.
Brooks, Johnny Earl
Brooks, Mark Edward
Brown McCarroll LLP
Bryan & Bryan Asphalt Road Oil
Bryan & Bryan Asphalt Road Oil Co.
Bryan Cave LLP
Bryan Hose & Gasket - Rockdale
Bryan Hose & Gasket Inc.
BSG TPV LLC
BTU Brokers Inc.
Buckman Laboratories Inc.
Bucyrus Field Services Inc.
Build Computer Products
Build Rehab Industries
Burns & McDonnell
Business Imaging Systems Inc.
Business Interiors
Business Wire
Butler & Land Inc.
Butler Materials
BWF America Inc.
BWM Services
Byron P York Jr Trust
C&E Air Conditioning Service Inc.
C&E Air Conditioning Services
C.L. Smith Industrial Co.
CA Inc.
Cactus Environmental Services
CAFCO
Calder Testers Inc.
Call Center Concepts Inc.
Call Communications Inc.
CALSTERS
Camcorp Inc.
Cameco Corp.
Camelot Communications Ltd.
Camelot Strategic Marketing & Media
Cameron Compression Systems
Cameron Construction & Equipment

Cameron Measurement Systems Division
Cameron Technologies
Camp Central Appraisal District (TX)
Camp County Appraisal District Tax
Collector (TX)
Camp County Land & Title Co.
Campbell, David
Cantu Foods & Marketing Corp.
Cantu Foods & Supply
Capax Discovery LLC
Capco Contractors Inc.
Capco Fabricators Inc.
Capco Supply
Capco Supply Inc.
Capcorp
Capcorp Inc.
Capital City Janitorial Inc.
Capitol City Janitorial Inc.
Capps True Value Hardware & AG Center
Carcon Industries
Caremark
Cargill Salt
Carl S Richie Jr Attorney-at-Law PLLC
Carl White Chevrolet
Carl White's Autoplex
Carlson Software
Carnegie Institute of Washington
Carrollton Farmers Branch Independent
School District (TX)
Carry The Load
Carter Chambers LLC
Carthage Machine & Welding Inc.
Carver PA Corp.
Case M&I LLC
Cassidy Turley
Cassidy Turley Midwest Inc.
Castell Interlocks Inc.
Castro Roofing of Texas
Cat Financial Capital Solutions
Cat Global
Caterpillar Financial Corp.
Caterpillar Financial Services Inc.
Caterpillar Global Mining Field Services
LLC
Caterpillar Global Mining LLC
Catholic Charities

Catholic Charities Diocese of Fort Worth
Cattron Group International
Cattron Theimeg Inc.
Cavazos, Eddie
Cayuga Independent School District Tax Collector (TX)
CBP Engineering Corp.
CBRE Investors AAF Strategic Partners US Value 5
CBREI ITF CALSTRS-Dallas Tower
CBS Roofing Services
CCC Group Inc.
CDF Services Inc.
Ceco Sales Corp.
CED Consolidated Electrical Distributors Inc.
Ced Fort Worth Credit
CED/Interstate Electric Co.
Cedar Hill Food Pantry
Celanese
Celanese Chemicals
Cellular One
Cellxion LLC
Celtex Industries
Celtex Industries Inc.
Cems Professional Services LLC
CEMSPRO
Center Operating Co. LP
Centerpoint Energy
Centerpoint Energy Gas Receivables LLC
Centerpoint Energy Houston Electric LLC
Central Marketing
Central Marketing Inc.
Central Texas Security & Fire
Centrifugal Tech
Century Geophysical Corp.
Century Weatherproofing Inc.
Centurylink
Certrec Corp.
Cervantes Delgado Inc.
CFC Cleaning & Security Service
CFJ Manufacturing
CGS Brokerage LLC
CH2M Hill Inc.
Chapman Construction Co. LP
Checkpoint Consulting LLC

Chemical Lime Co. of Texas
Chemical Lime Inc.
Chemical Weed Control Inc.
Chemsearch
Chemtex
Chemtex Industrial Inc.
Cherokee Central Appraisal District (TX)
Cherokee County Appraisal District Tax Collector (TX)
Cherokee County Tax Collector (TX)
Choice Energy Services Retail LP
Choice Natural Gas LP
Choose Energy LLC
Christian Information & Services Center
Chubb & Son
Chuck Ward & Associates Inc.
Chumley, Brenda Joyce
Ci Actuation
Cindy Marie Eubanks Trust
CIO Executive Council
Circuit Breaker Sales & Repair
Circuit Breaker Sales & Repair Inc.
Cistera Networks
Cistera Networks Inc.
Cit Group/Equipment Financing Inc.
Citibank NA Corporate Asset
Citibank NA, CitiPrepaid
Citibank New York
Citigroup Global Markets Prime Brokerage Inc.
Citrix Systems Inc.
CL Actuation
CL Smith Industrial Co.
Cladtec (Texas)
Clark Welding Services
Clary E&I Services LLC
Clay Cooley Nissan
Click2learn.com Inc.
Cloud Peak Energy LLC
Clowers Co.
Clyde Union Inc.
Coal Combustion Inc.
Coalfire Systems Inc.
Coastal Chemical LLC
Coffield, H.H., Estate of, Deceased
Cohesive Solutions

Collin County Tax Collector (TX)
Colloid Environmental Tech LLC
Commiato's Machine & Repair
Commiato's Machine & Repair Service Inc.
Communications Direct Inc.
Community National Bank & Trust
Community Services Inc.
Commvault Systems Inc.
Como-Pickton Independent School District
Tax Collector (TX)
Compass Professional Health
Compass Professional Health Services
Compass Royalty Management LLC
Compete
Competitive Cleaning
Competitive Cleaning Services
Compression Systems Cameron
Compressor Controls Corp.
Computer Associates
Computer Associates International Inc.
Computershare
Comverge Inc.
Concentra Health Services Inc.
Concentra Med Compliance Administration
Conco Services Corp.
Conco Systems Inc.
Condit Co. Inc.
Conference Board
Congress Holding Group Inc.
Consolidated Communications
Consolidated Mine Service Inc.
Constellation Energy
Construction Industry Solutions Corp.
Container Products Corp.
Contech Construction
Contech Construction Products
Contech Construction Products Inc.
Continental Field Systems
Continuant
Continuant Inc.
Contractor's Supplies Inc.
Control Components Inc.
Control System & Instrumentation
Consultants Ltd.
Control Systems Co.
Controlled Fluids Inc.

Convergent Outsourcing Inc.
Conveying Solutions LLC
Cooling Tower Maintenance & Repair
Cooper Clinic PA
Cooper Instruments & Systems Inc.
Cooper TurboCompressor Inc.
Coppell Tax Collector, City of (TX)
Coppell, City of - Coppell Independent
School District (TX)
Coquest Energy Services Inc.
Core Visual Inspection Services
Corporate Executive Board
Corporate Green Inc.
Corporate Sales Inc.
Corporate Trust Agency
Corporate Trust Clearing
Corptax LLC
Corrosion Control Services
Corrosion Eliminator Inc.
Corrpro Cos. Inc.
Cosa Instrument Corp.
Cosa Xentaur Corp.
Courtney Construction Inc.
Cover-Tek Inc.
Covington & Burling
Coyote Designs
Crane Environmental
Crane Nuclear Inc.
Crawford & Co.
Crawford Electric Supply
CRC Group Inc.
Credit Suisse Securities USA LLC
Credit Systems International Inc.
Crimson Engineered Solutions LLC
Crisp Industries Inc.
Critical Assets
Critical Power Exchange LLC
Crocker Reclamation
Croft, Warner B.
Cross Cleaning Solutions
Cross Cleaning Solutions LLC
Cross Country Home Services Inc.
Crowe Horwath LLP
Crown Products Inc.
CSC Communications Supply Corp.
CSC Engineering & Environmental

Consultants Inc.
CSC Engineering & Environmental
Consulting
CSI
CSI Global Deposition Services
CSS Direct
CSS Direct Inc.
CSW Superior Corp.
CT Corp. System
CTI
Cummins Southern Plains Inc.
Cummins Southern Plains LLC
Cummins Southern Plains Ltd.
Curtis-McKinley Roofing & Sheet Metal
Inc.
Curtiss-Wright Flow Control Corp., Target
Rock Division
Custom Hose
Custom Hose & Supply
Cutsforth Inc.
Cutsforth Products Inc.
CVMS Waco Data Partners LLC
Cyara Solutions Corp.
D&B
D&B - Dun & Bradstreet
D&C Cleaning Inc.
Dakota Distributing LP
Dallas Aerial Surveys Inc.
Dallas Arboretum
Dallas Arboretum & Botanical Society Inc.
Dallas Area Rapid Transit (DART),
Revenue Department
Dallas Convention Center Hotel
Development Corp.
Dallas County Health & Human Services
(TX)
Dallas County Tax Collector (TX)
Dallas County Tax Office (TX)
Dallas Equipment & Building Services, City
of (TX)
Dallas Film Society Inc., The
Dallas Real Estate Division, City of (TX)
Dallas Regional Chamber
Dallas Stars
Dallas USCM Event Host Committee
Dallas Water Utilities (TX)

Damper Co. of America
Darchem Engineering Ltd.
Darr Equipment Co.
Darr Equipment LP
Darr Lift
DART Revenue Department
Dashiell Corp.
Dashiell LLC
Dauplaise, Catherine E.
David Round Co., The
Davis Motor Crane Service
Davis Motor Crane Service Inc.
DCI Group LLC
Deatech Consulting Co.
Debault Welding
Deepdive Networking Inc.
DeFrance, Kenneth
Defrance, Ronald Joseph
Dell Computer Corp.
Dell Inc.
Delta Fabrication & Machine
Delta Fabrication & Machine Inc.
Delta Rigging & Tools Inc.
Denbury Resources Inc.
Dennis Cameron Construction & Equipment
LLC
Depend-A-Can Co.
Depository Trust Co.
Derek Scott's Auto Park
Design Assistance Corp.
Destiny Management Co. LLC
Detroit Edison Co.
Devonway
Devonway Inc.
Dezurik Inc.
DFW Communications
DFW Communications Inc.
DFW Minority Supplier Development
Council
DHL Analytical
Diamond Power
Diamond Power International Inc.
Diamond Power Specialty
Diamond Systems
Dick & Sons Diving Service
Didrikson Associates Inc.

Diesel Power Supply Co.
Dieste
Dieste Inc.
Dillard, Robert W,. Trustee
Dionex Corp.
Directory Concepts
Dirgin Water Supply Corp.
Diversified Drilling Services
Diversified Drilling Services Inc.
Dixie Equipment LLC
DMC Carter Chambers Inc.
Dodson Trucking Inc.
Don Drive Interiors Inc.
Don Evans Group
Doyenne Constructors LLC
DPC Industries Inc.
Drake Controls
Dresser Direct
Dresser Inc.
Dresser Inc. - Masoneilan
Dresser-Rand Co.
Dresser-Rand/Leading Edge
DSM
DSS Fire Inc.
DST Mailing Services Inc.
DST Output
DST Output LLC
Duff & Phelps LLC
Duggins Wren Mann & Romero LLP
Duncanville Outreach Ministry
Duratek Inc.
DV Studios
DXP Enterprises Inc.
DXP/Sepco
Dynamic Equipment & Systems Inc.
Dynamo Suite LLC
E Source Cos. LLC
E Source Holdings LLC
E.On Climate & Renewables Forest Creek
E.On Climate & Renewables Roscoe
EADS Co.
Eads Co., The
Eagle Burgmann Industries LP
Eagleburgmann Industries LP
Earth Technology Pty Ltd.
Eas Residential Services LLC

East Baton Rouge Parish (LA)
East Baton Rouge Tax Collector (LA)
East Texas Seed Co.
East Texas Wildlife Damage Control
Eastern Instruments
Eastern Technologies Inc.
Eastex Telephone
Eastex Telephone Coop Inc.
Ece Consulting Group Inc.
Ecochem Analytics
Ecova Inc.
ECT
Edge Energy LLC
EDH Electric Inc.
Edison Electric Institute
Edko LLC
Effective Environmental Inc.
Efficient Attic Systems LP
Effox Inc.
Effox-Flextor
EFH Active Retirement Plan Trust
EFH Corp.
EIS
Eis Inc.
Ekato Corp.
El Campo Spraying
El Campo Spraying Inc.
Electrical Builders Inc.
Electrical Controller Products
Electrico Inc.
Electromark Co.
Electro-Motive Diesel Inc.
Elk Engineering Associates Inc.
Elliott Electric Supply
Elliott Electric Supply Inc.
Emani
Emerson
Emerson Network Power
Emerson Network Power Liebert Services
Inc.
Emerson Process Management Power &
Water Solutions Inc.
Empirix Inc.
Employment Learning Innovations Inc.
Empower Software Solutions
Enercon Services Inc.

Enerflex
Enerflex Energy Systems Inc.
Energy & Process Corp.
Energy & Process Corp., a Ferguson subsidiary
Energy Edge Consulting LLC
Energy Federation Inc.
Energy Insurance Mutual Ltd.
Energy Laboratories
Energy Laboratories Inc.
Energy Link LLC, The
Energy Northwest
Energy PAC
Energy Portfolio Associates LLC
Energy Services Group
Energy Services Group Inc.
Energy Solutions
Energy Steel & Supply Co.
Energy Systems Products
Enertech
Enertech Unit of Curtiss-Wright Flow Control Co.
Enertechnix
Enertechnix Inc.
Engine Systems Inc.
Engineered Casting Repair
Engineered Casting Repair Service Inc.
Engineering Consultants Group Inc.
Engineering Resources LLC
Enkitec LP
Enoch Kever
Enrich Consulting, Inc.
Enserco Energy Inc.
Ensuren Corp.
Entech Sales & Service Inc.
Entergy Operation Inc.
Enviance
Enviance Inc.
Environment One Corp.
Environment/One Corp.
Environmental & Production Solutions EPS LLC
Environmental Systems Corp.
Enze, Charles Ray
EOAC
E-On Climate & Renewables

EOP Group, The
Eox Holdings LLC
Epiq Bankruptcy Solutions LLC
Episcopal Foundation of Texas
EPM Power & Water Solutions Inc.
EPS LLC
Equipment Depot
Equipment Imaging & Solutions
Equipment Imaging & Solutions Inc.
Equivalent Data
E-Rewards
Esco Corp.
Esco Supply
EscoSupply
EscoSupply, a Division of ESCO Corp.
E-Source Cos. LLC
E-Source Holdings LLC
ESP - Energy Systems Products Inc.
Est Group Inc.
Estes Okon Thorne & Carr Pllc
Etherios
Etherios Inc.
Ettl Engineers & Consultants Inc.
Eubanks Auto Electric Inc.
Eubanks, Cindy Marie
Eubanks, Herbert E., Jr.
Evercore Group LLC
Everest Dallas Channels Inc.
Evolution Markets Inc.
Evolve Research
Excel Carbon & Alloy Corp.
Excel Foundry & Machine Inc.
Exec Security Services Co.
Exelon Corp., Investment Recovery
Exelon Generation Co.
Experian
Experian Business Information Solutions Inc.
Experian Information Solutions Inc.
Explosive Professionals Inc.
Exponent Inc.
Expro Specialized Services Inc.
Extend Health Inc.
Ezell Construction
F.E. Hill Co Ranch Ltd.
F.E. Moran Inc.

Factory Mutual Insurance Co.
Falkenberg Construction
Falkenberg Construction Co. Inc.
Family Resource Center
Fannin Central Appraisal District (TX)
Fannin County Appraisal District Tax
Collector (TX)
Fastenal Co.
FBE Construction Ltd.
FCC Environmental LLC
FCX Performance Inc.
FE Moran Inc.
Federal Emergency Management Agency
(FEMA)
Federal Signal Corp.
Federal Warning Systems
Feedback Plus Inc.
Ferguson Enterprises
Ferguson Enterprises Inc.
Ferguson Waterworks
Ferguson Waterworks #1105
Ferguson Waterworks Municipal Pipe #1105
FFG Enterprises Inc.
Fidelity Employer Services Co. LLC
Fidelity Investments Institutional Operations
Co. Inc.
Fidelity Investments Treasury Fund
Fidelity National Title Insurance Co.
Fina, Michael C.
Financial Engineering Associates
Financial Objects Inc.
Firehost Inc.
Firetrol Protection Systems Inc.
First Acquisition Republic Group
Fiserv Inc.
Fish & Richardson PC
Fisher Controls / IVS
Fisher Controls International
Fisher IT Inc.
Fisher Scientific
Fitch Inc.
FL Smidth Airtech Inc.
Flanders Electric Ltd.
Flexco
Flir Commercial Systems Inc.
Flores, Rafael

Floresville Ford Mercury Ltd.
Flow Solutions Inc.
Flowmatics Inc.
Flowserve - Raleigh
Flowserve Corp.- Lynchburg
Flowserve Pump Division
Flowserve US Inc.
Flowserve USA
FLSmidth Airtech
FLSmidth Airtech AFT Division
FLSmidth Inc.
FLSmidth Krebs Inc.
Fluid Engineering
Fluid Engineering & Co.
Foresee Results Inc.
Forrester Research Inc.
Forsythe Solutions Group Inc.
Fort Worth Gasket & Supply
Forward Energy Group LLC
Foster Wheeler North America
Foster Wheeler North America Corp.
Four States Petroleum Transport Inc.
Fox Scientific Inc.
Fox Scientific Supplies & Equipment
Foxworth Galbraith
Foxworth-Galbraith Lumber Co.
Franklin Auto Supply
Franklin Covey Co.
Franklin Independent School District (TX)
Franklin Independent School District Tax
Collector (TX)
Freese & Nichols Inc.
Freestone County Tax Collector (TX)
Freestone County Title Co.
Frham Safety Products Inc.
Frisco Stadium LLC
Fronek Power Systems LLC
Frontier Associates LLC
Frontier Surveying
Frontier Trading Co. Inc.
Frost Crushed Stone
Fuel Exchange LLC
Fuel Tech Inc.
Fulbright & Jaworski LLP
Furmanite America
Furmanite America Inc.

Furmanite Inc.
Future Com Corp.
Future Com Ltd.
G&K Services
G&L Mechanical Contractor LP
G2 Electrical Testing & Consulting LLC
Gajeske Inc.
Galaxytech
Gamble, Phil, Attorney at Law
Gardner Denver Nash
Gardner Denver Nash LLC
Garland Independent School District Tax
Collector (TX)
Gartner Group
Gartner Group Inc.
GBT Steel Group
GC Services LP
GCP Americas LLC
GCR Tire Centers
GE Analytical Instruments
GE Analytical Instruments Inc.
GE Capital
GE Consumer & Industrial
GE Control Solutions
GE Energy
GE Energy Control Solutions Inc.
GE Energy Motors
GE Energy Parts
GE Energy Services
GE Inspection Technologies LP
GE Intelligent Platforms Inc.
GE International Inc.
GE Mobile Water Inc.
GE Motors
GE Technology Finance
GE Transportation Finance
Gel Laboratories LLC
Gem-Trim LLC
General Atomics
General Atomics Electronic Systems Inc.
General Datatech
General Datatech LP
General Electric International Inc.
General Insulation
General Insulation Co. Inc.
General Physics Corp.

Generator & Motor Services of PA LLC
Genesis Systems Inc.
Genilogix LLC
Genscape Inc.
Georgetown Railroad Co.
Georgia Western
Georgia Western Inc.
Geo-Solutions Inc.
Gexpro
GFI
GFS Texas
Gibson Dunn & Crutcher LLP
Gimmal Group Inc.
Gimmal LLC
GK Techstar LLC
Glacken, Pamela Shawn
Gleason Reel
Gleason Reel Corp.
Glen Rose Independent School District (TX)
Glen Rose Medical
Glen Rose Medical Center
Glen Rose Medical Clinic
Glen Rose Medical Foundation
GLM DFW Inc.
GLM Inc.
Global Bondholder Services Corp.
Global Consulting Partners
Global Energy Decisions Inc.
Global Ice Blasting Inc.
Glowpoint Inc.
Goddard Enterprises
Godwin Pumps of America
Goh Medical PA
Golder Associates Inc.
Goldman Sachs Fund Group
Good Samaritan Ministries
Good Shepherd Medical Center
Goodall Rubber Co.
Google Inc.
Gorrondona & Associates Inc.
Gosdin's Dozer Service
Gosdin's Dozer Service Inc.
GP Strategies Corp.
Grace - Grapevine Relief and Community
Exchange
Graebel

Graebel Cos.
Grand Prairie United Charities
Grapevine Relief & Community Exchange
(GRACE)
Graphic Products
Grasslander
Graver Technologies
Graver Technologies Inc.
Graybar Electric Co.
Great Place To Work Institute
Great Southwestern Fire & Safety
Greater East Texas Community Action
Program
Greater Houston Community Foundation
Greenberg Grant & Richards Inc.
Greenbrier Rail Services
Green's Custom Services
Gregg County Tax Collector (TX)
Gregg Industrial Insulators Inc.
Greg's Overhead Door Services Inc.
Griffin Restoration Inc.
Groppe Long & Littell
GTTSI - Global Technical Training Services
Inc.
Guaranty Title Co.
Gulf Coast Bank & Trust Co.
Gulf States Toyota Inc.
Gurrola, Juan
Guy Brown Medical
Guy Brown Products
GXS
GXS Inc.
H&E Equipment Services
H&E Equipment Services Inc.
H&E Equipment Services LLC
H&W Retread & Repair LLC
H.E. Spann Co. Inc.
H.H. Howard & Sons Inc.
H5 Farms LLC
Hach Co.
Hagemeyer North America
Hagemeyer North America Inc.
Haggin Marketing
Haldor Topsoe Inc.
Hamon Custodis Inc.
Hanes Geo Co.

Hanes Geo Components
Hanning, Pamela D.
Hanning, Rickey L.
Hannon Hydraulics
Hanson Aggregate
Harlow Filter Supply Inc.
Harold Beck & Sons Inc.
Harper Construction Services
Harris County Community Services (TX)
Harris Industries Inc.
Harrison County Glass Co.
Hatfield & Co.
Hatfield & Co. Inc.
Hawk Installation & Construction Inc.
Hawkins Parnell Thackston & Young LLP
Haynes & Boone LLP
Hayward Tyler Inc.
HCL America Inc.
HD Supply Construction Ltd.
HD Supply Construction Supply Ltd.
HD Supply Utilities Ltd.
HDR Engineering Inc.
HE Spann Co. Inc.
Health Testing Solutions LP
Heidelberg Cement Group
Helmick Corp.
Helmsbriscoe Performance Group LLC
HelmsBriscoe Resource One
HELP Center Community
HELP Center of Temple
Helwig Carbon Products Inc.
Henderson County Tax Collector (TX)
Henry Pratt Co.
Henson Motor Co.
Heritage Title & Abstract
Heritage Title & Abstract-Escrow
Hertz Equipment Rental
Hertz Equipment Rental Corp.
Hesse & Associates Inc.
Hesse Equipment Co.
Hewitt Associates LLC
Hewlett Packard Co.
Hewlett Packard Financial Services Co.
Hewlett-Packard
HF & Associates Inc.
HH Howard & Sons Inc.

High Temperature Technologies
High Temperature Technologies Inc.
High Voltage Inc.
Highway Machine Co. Inc.
Hildreth, John
Hill + Knowlton Strategies
Hillhouse Power Solutions Inc.
HireRight Inc.
Hitachi Data Systems
Hitachi Data Systems Credit Corp.
Hitachi Power Systems America
Hitachi Power Systems America Ltd.
Hi-Tech Testing Service Inc.
Hoist & Crane Service Group
Holliday Fenoglio Fowler LP
Holman Boiler Works Inc.
Holmes Murphy & Associates Inc.
Holt Cat
Holt Cat Rental
Holtec International
Honeywell
Honeywell Industry Solutions
Hood Central Appraisal District (TX)
Hood County Appraisal District Tax
Collector (TX)
Hooper, Christine P.
Hopkins County Tax Office (TX)
Hopson Services Co. Inc.
Horiba Instruments Inc.
Horst Equipment Repair Inc.
Hotsy Carlson Equipment Co.
Houston Zoo
Houston Zoo Inc.
Howden Buffalo Inc.
Howden North America
Howden North America Inc.
Howser, Virginia P.
HRchitect Inc.
HRsmart
HRWK Inc.
HTS Ameritek LLC
Hubbell Power Systems
Humphrey & Associates Inc.
Hunter Office Furniture
Hunton & Williams LLP
Husch Blackwell Sanders LLP

Hydradyne Hydraulics
Hydradyne Hydraulics LLC
Hydroaire Service Inc.
Hydrotex Dynamics Inc.
Hydrovac Services Inc.
Hyperspring LLC
I&O Communications
IBEW Local Union #2078
IBEW Local Union #2078 Dues
IBEW Local Union #220
IBEW Local Union #2337
IBEW Local Union #2337 Dues
Icap Energy LLC
Icap United Inc.
ICE US OTC Commodity LLC
ICL IP America Inc.
Ideal Direct Marketing Execution
Ideal Direct Marketing Execution
Consultants Inc.
I-Deal LLC
IEX Corp.
IHS Global Inc.
Ikard Wynne LLP
ILRT Inc.
ImageMaker Post Inc.
Imagination Branding
IMG College LLC
Imperium Public Affairs
Independent Air Brake Service
Industrial Action Services Inc.
Industrial Electric Motor Co
Industrial Electronic Supply Inc.
Industrial Lubricant Co.
Industrial Refractory Services
Industrial Refractory Services Inc.
Industrial Silosource Inc.
Industrial Supply Solutions
Industrial Supply Solutions Inc.
Industry Services Group Inc.
Inficon Inc.
Infogroup
Infogroup Enterprise Solutions
Information Alliance
Information Alliance Inc.
Ingersoll Rand Industrial Technologies Co.
Ingersoll-Rand Air Center

Ingram Enterprises Inc.
Inmotion Scales
Innis Co., The
Innovative Control Solutions
Innovative Millwork Systems Inc.
Inolect LLC
Instine, Jacquelyn Louise
Instine, Russell Doyle
Institute of Nuclear Power Operations
Instrument & Valve Services Co.
Intec Communications LLC
Intech
Intech Inc.
Integrated Global Services Inc.
Integrated Power Services LLC
Integrity Integration Resources
Integrity Integration Resources, a Cates
Control Systems Co.
Intella Sales
Intella Sales LLC
Interactions Corp.
Interactive Data
Intercontinental Exchange Inc.
Interface Flooring Systems
Interface Flooring Systems Inc.
Intermountain Electronics Inc.
Internal Data Resources Inc.
Internal Revenue Service
International Business Machines Corp.
International Exterminator
International Quality Consultants Inc.
Intertek AIM
Intralinks Inc.
Invensys
Invensys Systems Inc.
Invesco Aim Investment Services
IPC Systems Inc.
Ipsos ASI
Ipsos-ASI Inc.
Ireland Carroll & Kelley PC
Iris Power Engineering Inc.
Iris Power LP
Irving Cares
Irving Independent School District Tax
Collector (TX)
Irving Independent School District Tax

Office (TX)
ISC Constructors LLC
Isco Industries Inc.
Isco Industries LLC
Itasca Landfill
ITC Nuclear Fuel Services (Cayman) Ltd.
Itron Inc.
ITT Engineered Valves
IVG Energy Ltd.
J Conly & Associates Inc.
J Givoo Consultants Inc.
J Sugar Co. Inc.
Jack Central Appraisal District (TX)
Jack County Appraisal District Tax
Collector (TX)
Jack County Tax Collector (TX)
Jack W Gullahorn PC
Jackson Kelly PLLC
Jackson Pipe & Steel
Jackson Sjoberg McCarthy & Wilson LLP
Jackson Sjoberg McCarthy & Wilson LP
Jackson Walker LLP
James A. Baker Production Fund
Jani-King DFW
Jani-King Inc.
Jani-King, National Accounts Division
Jaster-Quintanilla Dallas LLP
Jay Martin Co. Inc.
JD's Babbitt
JD's Babbitt Bearings LLC
Jellyvision Lab Inc.
Jenfitch LLC
Jernigan, Travis Eugene
Jerry Lang Combustion Consulting
Jerry's Sport Center Inc.
JF Services Inc.
Jigsaw Technologies Inc.
Jimmie Deal Inc.
Jim's Rental Services
JJA Inc.
JK-CO LLC
JLCC Inc.
JLCC Inc. (Jerry Lang Combustion
Consulting)
JLP Credit Opportunity Master Fund Ltd.
JM Stewart Corp

JMEG LP
Joel Wink Equipment Services LLC
Johnson & Pace Inc.
Johnson Controls Inc.
Johnson Controls/York
Johnson Matthey Catalysts LLC
Johnson Matthey Inc.
Johnson Matthey Stationary Emissions
Control LLC
Johnson Oil Co.
Jordan & Hall
Joy Global Surface Mining
Joyce Crane
Joyce Steel Erection Ltd.
JP Morgan Chase Co.
JP Morgan Chase NA
JPMorgan Securities Inc.
JSC Law Enforcement Sales
Judy Newton Land Services LLC
K Fernandez & Associates
K Street Partners Inc.
K&L Gates LLP
K. Fernandez & Associates
K.D. Timmons Inc.
Kalenborn Abresist Corp.
Kalsi Engineering Inc.
Kansas City Southern Railway
Kansas Gas & Electric
Kasowitz Benson Torres & Friedman LLP
Kastner, Leonard R
Kastner, Leonard R.
Kastner, Marina Ann
KD Timmons Inc.
Kekst & Co. Inc.
Kelly, Mike
Kelm Engineering
Kennametal Inc.
Kennametal Tricon Metals & Services
Kennametal Tricon Metals & Services Inc.
Kennedy Wire Rope & Sling Co.
Kestrel Engineering
Kestrel Power Engineering LLC
KForce Inc.
KHA Geologics LLC
KHA Geologics LLC
Kiewit Finance Group Inc.

Klein Products Inc.
Klein Products of Texas Inc.
Knighthawk Engineering Inc.
Koetter Fire Protection
Koetter Fire Protection of Abilene LLC
Koetter Fire Protection of Austin LLC
Koetter Fire Protection of Longview
Koetter Fire Protection of Longview LLC
Konecranes Inc.
Konecranes Nuclear Equipment & Services
Koso America Inc.
Koso America/Rexa
Kownurko, William A.
KPMG LLP
Kria Systems Inc.
KRJA Systems Inc.
KSB Inc.
Kusin, Gary
L&H Industrial
L&H Industrial Inc.
Lacy Surveying Inc.
Lambert Oil
Lambert Oil Co. Inc.
Lancaster Outreach Center
Landauer Inc.
Landon Alford
Lanier Parking Solutions
Larrett Inc.
Lauck Group, The
Lauren Engineers & Constructors Inc.
Laurie Fenstemaker Pair
Layne Christensen Co.
Lay's Manufacturing Inc.
Lay's Mining Service
Lay's Mining Service Inc.
Lazard Freres & Co. LLC
LCG Consulting
LCM Technology LC
Leadership Resource Center
Leadership Resource Center LLC
Leak Detection Services
Leclairryan PC
Leco Corp.
Lectrodryer LLC
Lee County Tax Collector (TX)
Lee County Tax Office (TX)

Lee Hecht Harrison LLC
Leeco Energy Services
Lehigh Hanson
Leica Geosystems Inc.
Leica Inc.
Level 3 Communications LLC
Levi Ray & Shoup Inc.
Lewis, Gibson D.
Lewis-Goetz & Co. Inc.
Lexair Inc.
Lhoist North America
Lhoist North America of Texas
Lhoist North America of Texas Ltd.
Liberty County Tax Collector (TX)
Liberty Mutual Group
Liberty Power
Life Account LLC
Lillard Wise Szygenda PLLC
Limestone County Tax Collector (TX)
Lin R Rogers Electrical Contractors Inc.
Lindig Construction & Trucking
Lindig Construction Inc.
Lionstone CFO Two Ltd.
Liquid Process Technologies
Liquid Process Technologies Inc.
Littler Mendelson
Littler Mendelson PC
Live Energy Inc.
Liveperson
LivePerson Inc.
Lochridge-Priest
Lochridge-Priest Inc.
Locke Lord Bissell & Liddell
Lockton Cos. LLC
Locomotive Service Inc.
Lone Star Air & Hydraulics LLC
Lone Star Air Hydraulics LLC
Lone Star Chevrolet
Lone Star Railroad
Lone Star Railroad Contractors Inc.
Lonestar Actuation
Lonestar Group Consulting Services LLC, The
Lonestar Group LLC, The
Long Industries
Longview Bridge & Road Inc.
Longview Fab & Machine Inc.
Lormar Reclamation Service
Louisiana Enrichment Services
Love Title & Abstract
LP Amina LLC
LPB Energy Consulting
LPI Consulting Inc.
LRS-RDC Inc.
LS Bond Fund
LS Strategic Income Fund
Lubbock Electric Co. Inc.
Lubrication Services LLC
Lufkin Armature Works Inc.
Lufkin Electric Co. Inc.
Lufkin France
Lufkin Industries Inc.
Lufkin Rubber & Gasket
Lufkin Rubber & Gasket Co
Luminant Energy
Lyle Oil Co.
M&C Products Analysis Technology Inc.
M&S Technologies Inc.
M.T. Casey & Associates
M.W. Smith Equipment Inc.
Mackson Inc.
Macquarie Futures
Madison Group LLC
Magellan Behavior Health Inc.
Magellan Behavioral Health
Magnetic Instrumentation Inc.
Magnetrol International Inc.
Magnum Engineering
Magnum Engineering & Controls
Magnum Engineering & Controls Inc.
Magnum Technical Services
Mainline Information Systems Inc.
Maintenance Engineering Corp.
Mammoet USA Inc.
Management Associated Results Co.
Management Resources Group Inc.
Mannings USA
Maptek
Marco
Marco Inspection Services LLC
Marco Specialty Steel Inc.
Mario Sinacola & Sons Excavating Inc.

Marketing Arm Inc., The
MarketNet Inc.
Markit Group Ltd.
Marriott International Inc.
Martin Engineering
Martin Luther King Community Center
Martin Marietta Materials
Martin Marietta Materials Inc.
Martzell & Bickford
Mason-Mercer
Mass Technologies
Mass Technologies Inc.
Mastec North America Inc.
Mastercraft Printed Products & Services
Master-Lee Engineered Products
Master-Lee Industrial Services
Masterplan
Matheson Tri-Gas
Matheson Tri-Gas Inc.
Mathilde E Taube Living Trust A
Mathilde E Taube Living Trust B
Mathworks Inc., The
Maxs34
Mayhan Fabricators Inc.
MC2 Energy LLC
McAdams Road Advisory
McAdams Road Advisory LLC
McAulay Firm, The
McCollum Electronics Inc.
McCombs School of Business
McConnell & Jones LLP
McConway & Torley Group
McConway & Torley Group B02097
McConway & Torley LLC
McCullough & Associates
McDonald Public Relations Inc.
McDonald, Margie
McDonough Construction
McDonough Construction Rentals Inc.
McGivney & Kluger PC
McGivney & Kluger PC Trust
McGlinchey Stafford PLLC
McGuirewoods Consulting LLC
McGuirewoods LLP
McJunkin Red Man Corp.
McLennan County Tax Collector (TX)

McMaster-Carr Supply Co.
McNichols Co.
Mechanical & Ceramic Solutions Inc.
Mechanical Dynamics
Mechanical Dynamics & Analysis
Mechanical Dynamics & Analysis Inc.
Mechtech Inc.
MECO Inc.
Media Management
Medium Term Finance
Medsafe
Mega Energy LP
Megger
Megnetic Instrumentation Inc.
Mehlman Vogel Castagnetti Inc.
Mellon Bank
Mellon Trust of New England NA
Menardi
Menardi LLC
Menardi Mikropul LLC
Mercer
Mercer Human Resource Consulting
Mercer Rubber Co.
Meridium
Meridium Inc.
Merrick Industries
Merrick Industries Inc.
Merrill Lynch Capital Services
Merrill Lynch Capital Services Inc., New York
Merrill Lynch Commodities
Merritt, Dorothy
Mesquite Social Services (TX)
Metabank
Metco Environmental
Metlife
Metro Coffee Grouppe Inc.
Metrocrest Service Center
Metso Minerals Industries Inc.
Mexican American Legislative Policy Council
Mfg Industrial Corp
Mgroup Strategies
MHC Xploration Corp.
Michael C Fina Corporate Sales Inc.
Michelin North America

Michelin North America Inc.
Michelin Tire Co.
Michelin Tire Corp.
Microsoft Services
Midco Sling & Cable Co.
Midco Sling of East Texas
Midlothian Cement TXI Operations
Midlothian Cement TXI Operations LP
Midwesco Filter Resources Inc.
Midwest Energy Emissions Corp.
Midwestern State University
Mignon McGarry
Milam County Tax Collector (TX)
Milbank Tweed Hadley & McCloy LLP
Millco Advisors LP
Miller & Chevalier
Miller & Chevalier Chartered
Miller Chevalier
Miller Electric Co.
Miller Electric Co. - Dallas
Miller Electric Co. - Orlando
Miller-Starnes Chevrolet Buick Inc.
Mimeo.com Inc.
Mincom Inc.
Mine Service Inc.
Minority Alliance Capital
Mirion Technologies
Mirion Technologies (MGPI) Inc.
Mission Arlington
Missouri & Northern Arkansas Railroad Co.
Inc.
Missouri Department of Revenue, State of
Mistras Group Inc.
Mitchell County Tax Collector (TX)
Mitsubishi Electric Power Products Inc.
Mobile Enterprises Inc.
Model Metrics
Model Metrics Inc.
ModSpace
Modular Space Corp.
Moltz Morton O'Toole LLP
Moody's Analytics Inc.
Moody's Investors Service
More Tech Inc.
Morgan Lewis & Bockius LLP
Morgan Stanley & Co. Inc.

Morgan Stanley Capital Services
Morgan Stanley Capital Services Inc.
Morgan Stanley Institutional Liquidity
Funds
Morgan Stanley Treasury Portfolio Funds
Morris Material Handling Inc.
Mosby Mechanical
Mosby Mechanical Co. Inc.
Motion Industries
MP Husky LLC
Mphusky LLC
MPR Associates Inc.
MPW Industrial Water Services
MPW Industrial Water Services Inc.
MRC Rail Services LLC
MRDB Holdings Inc.
MRO Software
MS Greene
MT Casey & Associates
MTI Industrial Sensors
Music Mountain Water
Music Mountain Water Co.
MW Smith Equipment Inc.
N.C. Motors & Controls Inc.
Naes Corp.
NAES Corp., Turbine Services Division
NAES Turbine Services
Napa Auto Parts
Napa Tire & Auto Supply Inc.
NASDAQ OMX Commodities
Nassif Chbani Inc.
Natco, corporate partner of Contitech
National Association of Manufacturers
National Chemsearch
National Field Services
National Filter Media
National Filter Media Corp. (NFM)
National Pump & Compressor (LA)
National Pump & Compressor (TX)
National Switchgear Systems Inc.
National Union Fire
Navasota Valley Electric Cooperative
Navigant Consulting
Navigant Consulting Inc.
NC Motors & Controls Inc.
NCI

NCO Financial Systems Inc.
Nebraska Property Tax Division, State of
NEED - National Energy Education
Development
NERA - National Economic Research
Association
Netco
Netco Inc.
Network & Security Technologies
Network of Community Ministries Food
Bank
Neu Consulting Group LLC
Neuanalytics
Neuco Inc.
Neundorfer Inc.
New Pig Corp.
New Prospect Water Supply Corp.
Newark Corp.
Newark Inone
NewEdge USA LLC
Newport Group Inc., The
Newport News Industrial Corp.
NFM
Nice Systems Inc.
Nix Electric Co Inc.
Nix Electric Co.
Noble Technical Consultants Inc.
Noblett Electric Motor Service
Nolan Power
Nolan Power Group LLC
North American Energy Services
North American Substation Services
North Antelope Rochelle Mine
North Carolina Motors
North Central Ford
North Highland Co., The
North Houston Valve & Fitting Inc.
North Louisiana Land Grading Inc.
North Plains Systems
Northbridge Group
Northeast Emergency District - Euless
Northeast Texas Machine Welding &
Hardfacing Corp.
Northeast Texas Power Ltd.
Northeast TX Machine Welding &
Hardfacing Corp.

Northeastern Pavers Inc.
NorthgateArinso Inc.
Nov Wilson LP
Nova Machine Products
Nova Machine Products Corp.
Novinium Inc.
Novo
Novo 1
NTCI Noble Technical Consultants Inc.
Nuclear Electric Insurance
Nuclear Energy Institute
Nuclear Logistics Inc.
Nucon International Inc.
Nueces County Community Action Agency
NuEnergy Inc.
Nukem Inc.
Nunn Electric Supply
NWP Indian Mesa Wind Farm LP
NWS Technologies
NWS Technologies LLC
Oakridge Bellows
Oberti Sullivan LLP
Occupational Health Centers of the
Southwest
Odessa Pumps & Equipment Inc.
Oeaat Inc.
Office of Surface Mining
Ogletree Deakins Nash Smoak & Stewart
PC
Okonite Co., The
Oliver Goldsmith Co. Inc.
Olson, Lyndon
Olson, Lyndon L., Jr.
Olympus NDT Inc.
O'Melveny & Myers LLP
Omnibound Technologies Inc.
Oms Strategic Advisors LLC
Oncor Electric Delivery
Oncor Electric Delivery Holdings
O'Neal Flat Rolled Metals
O'Neal Flat Rolled Metals LLC
O'neill Athy & Casey PC
OneMain Financial
OneSource Virtual HR Inc.
Online Resources Corp.
Open Text Corp.

Open Text Inc.
Operator Training & Inspection Services LLC
Opnet Technologies
Opnet Technologies Inc.
Oracle America Inc.
Oracle Credit Corp.
Orbital Tool Technologies Corp.
Orion Instruments
OSIsoft Inc.
Overhead Door Co. of Tyler
Overhead Door Co. of Tyler-Longview
Oxea Corp.
P&E Mechanical Contractors LLC
P&H Minepro Services
P&H Mining Equipment Inc.
Pair, Laurie Fenstemaker
Pala Interstate LLC
Pala-Interstate LLC
Palco Engineering & Construction
Palco Engineering & Construction Services
Pall Advanced Separations Systems
Pall Corp.
Pall Trinity Micro
Pall Trinity Micro, a Division of Pall Corp.
Palmetto Mining Inc.
Palos Enterprises Inc.
Panola County Tax Collector (TX)
Pape Enterprises Inc.
Parago Inc.
Parago Promotional Services Inc.
Pariveda Solutions
Pariveda Solutions Inc.
Park Place Technologies
Parker Auto Supply
Parker, John Cody
Parker, John W.
Parkey Consulting
Particulate Control Technologies
Pasco Inc.
Pastor Behling & Wheeler LLC
Patara Oil & Gas LLC
PATH - People Attempting To Help
Pattern Recognition Technologies
Paul Broussard & Associates Inc.
Paul Weiss Rifkind Wharton & Garrison

PCI / Promatec
PCO DIV II Inc.
PCPC Direct Ltd.
PCPC Inc.
Peabody Powder River Mining LLC
Peico
PEICo / Southern Electric International Inc.
Pennsylvania Crusher Corp.
People Attempting to Help (PATH)
Perella Weinberg Partners LP
Perry & Perry Builders Inc.
Perry Street Communications LLC
Peters Autoplex
Peter's Chevrolet
Peterson, Amos J.
Peterson, Jimmy Leo
Pharos Capital Group LLC
Philadelphia Gear - a brand of Timken Gears & Services Inc.
Philadelphia Gear Corp.
Philip Morris Capital Corp.
Philips & Meachum Public Affairs
Phoenix Industrial Services LP
Phoenix Services
Pierce Construction Inc.
Pierce Pump
Pierce Pump Co. LLP
Pilgrim International
Pilgrim International Ltd.
Pillsbury Winthrop Shaw Pittman
Pinehill Landfill
Pinnacle Industries Ltd.
Pinnacle Investigations
Pinnacle Investigations Corp.
Pioneer Enterprises
Pioneer Well Services
Pioneer Well Services LLC
Pira Energy Group
Pitney Bowes Purchase Power
Pitney Bowes Software Inc.
PKMJ Technical Services Inc.
Plains Pipeline LP
Plant Equipment & Services Inc.
Plastocor Inc.
Platinum Intelligent Data Solutions
Platts, a division of McGraw Hill Cos.

Point 2 Point Global Security Inc.
Polan Culley Advocacy Group
Polygon
Port A Jon
Port-A-Jon Inc.
Powell Delta /Unibus Division
Powell Electrical Systems Inc.
Power & Industrial Services Corp.
Power Advocate Inc.
Power Brokers LLC
Power Distribution Products Inc.
Power Engineers Inc.
Power Pac
Power Partners Inc.
Power Plant Outage Services LLC
Power Plant Services
Power Support Inc.
Power System Services Ltd.
PowerAdvocate
Powerrail Distribution Inc.
Powmat Ltd.
Practicing Perfection Institute
Practicing Perfection Institute Inc.
PRC Environmental Inc.
Precision Interior Constructors
Precision Landscape Management
Predict Inc.
Preferred Pump
Preferred Pump & Equipment Inc.
Premier Concrete Products
Premier Concrete Products Inc.
Premier Technical Services Inc.
Price International Inc.
PricewaterhouseCoopers LLP
Priefert Manufacturing Co. Inc.
Priefert Ranch Equipment
Prime Controls LP
Prime Energy Services LLC
Princess Three Operating
Princeton Payment Solutions LLC
Print Synergies Inc.
Process Control Outlet Div II
Process Solutions Inc.
Process Solutions Integration
Producers Cooperative
Producers Cooperative Association

Professional Training Technologies Inc.
Progress Rail Inc.
Progress Rail Services
Progressive Water Treatment
Pro-Line Water Screen Services
Pro-Line Water Screen Services Inc.
Property Cost Systems
Protect Controls Inc.
Pro-Tem
Pro-Tem Inc.
Protiviti
Protiviti Inc.
Provisional Safety Management
Provisional Safety Management &
Consultants LLC
Prowell, Anna
PRT Inc.
PS Energy Group Inc.
PSAM Worldarb Master Fund Ltd.
PSW Inc.
Public Strategies Inc.
PublicRelay Inc.
Puente Brothers Investments
Puffer Sweiven LP
Pureworks Inc.
Pvo Energy LP
Pyramid Security Advisors
Quality Consultants
Quality Fuel Trailer & Tank
Qualtech NP
Qualtech NP, a division of Curtiss Wright
Flow Control
Qualys Inc.
Quantum Spatial Inc.
Quest Software
R&R Heat Exchangers
R.J. Corman Railroad
R.W. Harden & Associates Inc.
RAB Inc.
RAB of LA Inc.
Rab of Louisiana Inc.
RAD Trucking Ltd.
Rail Freight/Lime Freight
Railroad Commission of Texas, Surface
Mining & Reclamation Division
Railroad Friction Products Corp

Railworks Track Systems Texas
Railworks Track Systems Texas Inc.
Railworks Track Systems Texas LP
Ran Davis Software
Ran Davis Software LLC
Rand Worldwide Subsidiary Inc.
Randy Turner Services LLC
Ranger Excavating LP
Rawson Inc.
Rawson LP
Ray W Davis Consulting Engineers
RC Facility Services LLC
Reagan Transportation
Reagan, Alta Rae
Red Ball Oxygen Co. Inc.
Red Dot Corp.
Red Man Pipe & Supply Co.
Red River Environmental Products LLC
Regional Steel Inc.
Regional Steel Products Inc.
Regulus Group LLC
Relay Security Group
Reliance Insurance
Reliance Insurance in Liquidation
Remote Ocean Systems
Renewal Parts Maintenance Inc.
Republic Services National
Republic Services National Accounts
Republican Governors Association
Res Energy Solutions
Rescar
Rescar Inc.
Research Now Inc.
Reuters America Inc.
Revenew International LLC
Rexa Koso America Inc.
Rexel
Rexel Summers
Reynolds Co., The
Reynolds Industrial Contractors
Reynolds Industrial Contractors Inc.
Riata Ford
Rice University
Richard Parker Family Trust
Richards Group
Richards Layton & Finger PA

Richwood Industries Inc.
Rickey Bradley Feed & Fertilizer
Rickey N. Bradley Feed & Fertilizer
Ricochet Fuel Distributors
Ricochet Fuel Distributors Inc.
Rightnow Technologies Inc.
Rimpull Corp.
River City Valve Service Inc.
Robert E. Lamb Inc.
Robert J. Jenkins & Co.
Roberts & Spencer Instrument Co.
Roberts Coffee & Vending
Robert's Coffee & Vending Service
Roberts, Jack
Robertson County Tax Collector (TX)
Robinson Fans Inc.
Rockbestos Surprenant Cable Corp.
Rocket Software Inc.
Rolling Plains Management Corp.
Romco Equipment Co.
Romero's Concrete Construction
Ronan Engineering Co.
Rosemount Analytical
Rosemount Inc.
Rosemount Nuclear Instruments
Rosemount Nuclear Instruments Inc.
Ross, Alicia Bee
Ross, John Michael
Rotaserv LP
Rotating Equipment Repair Inc.
Round Rock Area Serving Center
Roussel & Clement
RPM Services Inc.
RR Donnelley Receivables Inc.
RSC Equipment Rental
RSCC Wire & Cable LLC
Rud Chain Inc.
Ruhrpumpen Inc.
Runge Inc.
RungePincockMinarco
Rusk County Electric
Rusk County Electric Co-Op Inc.
Rusk County Electric Cooperative
Rusk County Electric Cooperative Inc.
Rusk County Rural Rail
Rusk County Rural Rail District

Rusk County Tax Collector (TX)
Rusk County Well Service Co. Inc.
Russell & Sons Construction Co. Inc.
Russell Reynolds Associates Inc.
Rutherford Equipment
Rutherford Equipment Services
RW Harden & Associates Inc.
Ryan Inc.
Ryan Mackinnon Vasapoli & Berzok
Ryan MacKinnon Vasapoli & Berzok LLP
Ryan Partnership (Formerly Solutionset)
S&C Electric Co.
S&S Machining & Fabrication
S&S Machining & Fabrication Inc.
Sabia Inc.
Sabine River Authority of Texas
Sabre Alloys LP
Sadler, Charles D.
Safariland LLC
Saferack
Safety Services Co
Safway Services Inc.
SAG Enterprises
SAIC
SAIC Energy Environment & Infrastructure LLC
Sales Marketing & Real Technologies
Salesforce.com Inc.
Salesmanship Club Charitable Golf of Dallas Inc.
Salvation Army Corps Midland
Salvation Army, The
Samson Lone Star LLC
Sandlin Motors Inc.
SAP America Inc.
SAP Industries Inc.
SAP Public Services
SAP Public Services Inc.
Sargent & Lundy
Sargent & Lundy LLC
SAS Global Corp.
SAS Institute Inc.
Saulsbury Industries
Save on Energy Ltd.
SBCC Inc.
Schindler Elevator Corp.

Schlueter Group, The
Schlueter, Stan
Schmidt Medical Clinic PA
Schmidt, Paul A., MD
Schneider Electric
Schneider Electric USA Inc.
Schulz Electric Co.
Schweitzer Engineering
Schweitzer Engineering Laboratories
Schweitzer Engineering Laboratories Inc.
Scientech
Scientech - Division of Curtiss Wright Flow Control Service Corp.
Scope Management
Scope Management Ltd.
Scope Management Solutions Ltd.
Score Atlanta Inc.
Scott & White
Scotwood Industries Inc.
Seamans Inc.
Secureworks Inc.
Securitas Security Services USA Inc.
Select Energy
Select Energy Services
Select Energy Services LLC
Select Oilfield Construction
Selectica Inc.
Sendero Business Services LP
Seneca Group LLC, The
Senior Flexonics Inc.
Senior Flexonics Inc., Pathway Division of
Senior Operations LLC
Senior Operations LLC
Senior Operations Pathway Division
Senior Source, The
Sentry Equipment Corp.
Serena International
Serena Software Inc.
Serengeti Law
Set Environmental Inc.
Setpoint Integrated Solutions
SGS
SGS North America Inc.
Sharing Life Community Outreach
Shaver's Crawfish & Catering
Shaw Environmental Inc.

Shaw Maintenance, a division of The Shaw Group
Sheldon, Richard
Shell Energy North America US LP
Shell Lubricants
Sheltering Arms Senior Services
Shermco Industries Inc.
Sherwin Williams
SHI International Corp.
SHL US Inc.
Sidley Austin LLP
Siemens Demag Delaval TurboMachinery Inc.
Siemens Water Technologies Corp.
Siemens Water Technologies Inc.
Siemens Westinghouse Power Corp.
Sierra Property Tax
Silverpop Systems Inc.
Silverscript Insurance Co.
Simgenics
SimGenics LLC
Simon Greenstone Panatier Bartlett
Simon Peragine Smith & Redfearn
SimplexGrinnell LP
Simpson Thacher & Bartlett LLP
Sitech Tejas
Sitecore USA Inc.
Sitel LLC
Six Flags Over Texas
Ska Consulting LP
SKF USA Inc.
Skillsoft Corp.
Skycom Inc.
Skyhawk Chemicals Inc.
Slover & Loftus
Smart International Inc.
Smartsignal Corp.
Smith County Tax Office (TX)
Smith Equipment USA
Smith Hanley Associates LLC
Sochem Solutions Inc.
Societa Chimica Larderello SP
Societa Chimica Larderello SpA
Software House International
Solutionset Inc.
Solvents & Metals Inc.

Solvents & Metals LLC
Somervell County General Fund (TX)
Somervell County Water District (TX)
Somervell Floors
Sopus Products
Sound Technologies
Southern Co. Services
Southern Crane & Elevator
Southern Crane & Elevator Service Inc.
Southern States Inc.
Southern Tire Mart #49
Southwell Industries
Southwest Airgas
Southwest Airlines
Southwest Business Corp.
Southwest Research Institute
Southwestern Bell Telephone
Southwestern Corp.
Spa Victoria LP
Spacenet Inc.
Spar Inc.
Spectera Inc.
Spectro Analytical Instruments
Spectro Inc.
Spencer Stuart
Spencer-Harris of Arkansas Inc.
Spencerstuart
Spiramid LLC
SPM Flow Control Inc.
Spot Coolers
Spot Coolers Inc.
Sprint
SPX Flow Control
SPX Flow Technology
SPX Heat Transfer Inc.
SPX Heat Transfer LLC
SPX Transformer Solutions Inc.
SPX Valves & Controls
ST2 LLC
Stafford Juneau Holdings Inc.
Standard & Poor's
Standard Laboratories Inc.
Standard Parking Corp.
Stanley Consultants Inc.
Star Electricity LLC
Star International Inc.

Star Tex Power
STARS Alliance
State Industrial Products
Statement Systems Inc.
Steag Energy Services LLC
Steam Specialties Inc.
Steam Turbine Alternative Resources
Steddum, Michael
Stein Industries Inc.
Stella Jones Corp.
Stella-Jones
Stephen F Austin University, Arthur Temple
College of Forestry
Stephen F. Austin University
Stewart - America's Premier Sign Co.
Stewart & Stevenson Power Products
Stock Equipment Co. Inc.
Stone & Webster Inc.
Storm Technologies Inc.
Story-Wright Inc.
Stovall, Steve
Straight Edge Energy Consultants
Structural Integrity Associates
Structural Integrity Associates Inc.
Structure Works Inc.
Stryke Inc.
Stuart C Irby Co.
Studio 206
Successfactors Inc.
Successfactors.com
Sulphur Springs Independent School District
Tax Collector (TX)
Sulphur Springs Water Department, City of
(TX)
Sulzer Pumps US Inc.
Summit Controls Inc.
Summit Electric
Summit Energy Services Inc.
Sumtotal Systems Inc.
Sun Coast Resources Inc.
Sun Technical Services Inc.
Sunbelt Supply Co.
Sungard Consulting Services LLC
Superior Belt Filter
Superior Belt Filter LLC
Survey Sampling International

Susman Godfrey LLP
Sutherland Asbill & Brennan LLP
Swenson, Kurt R.
Swesco
Swesco Inc.
SWI
Swigor Marketing Group LLC
SWS Environmental Services
Sybase - an SAP Co.
Sybase Inc.
Syniverse Technologies Inc.
Syniverse Technologies LLC
System Energy Resources Inc.
T&T Lighting
TA Instruments Waters LLC
Taber Estes Thorne & Carr PLLC
Taleo Corp.
Talley & Associates
Target Rock Corp.
Tarrant County Department of Human
Services (TX)
Tarrant County Tax Collector (TX)
Tarver, James D., Jr.
Taxware LLC
Taylor Armature Works LLC
Taylor Brothers Welding Service Inc.
Taylor Telcomm Inc.
TCEHC
TD Industries
TDC Filter Manufacturing Inc.
TDS Excavation Services
Tealeaf Technology Inc.
Team Excavating
Team Industrial Services Inc.
Team Industrial Services Inc.
Team Oil Tools
Tec Well Service Inc.
Tech Plan Inc.
Techline Inc.
Technetics Group Columbia
Technologent
Techserv Consulting & Training
Techstar Inc.
Teksystems Inc.
Telecom Electric Supply Co.
Teledyne

Teledyne Brown Engineering Services
Teledyne Monitor Labs Inc.
Teledyne Technologies Co.
Teledyne Test Services
Telvent USA  LLC
Telwares
Telwares Inc.
Temenos
Templeton Air Conditioning &
Refrigeration
Tennessee Valley Authority
Tennessee Valley Authority Treasurer
Terix Computer Service
Terix Computer Service Inc.
TerraSource Global
TES Energy Services LP
TES Inc.
Test Dynamics Inc.
Testex Inc.
Tex Blast Sandblasting
Tex La Electric Cooperative
Texas Air Hydraulic Services & Supply
Texas Air Hydraulics
Texas Air Systems Inc.
Texas Alloys & Tool Co.
Texas Big Spring
Texas Commission on Environmental
Quality, Financial Assurance
Texas Competitive Power Advocates Inc.
Texas Comptroller of Public Accounts
Texas Crushed Stone Co.
Texas Department of State Health Services
Texas Department of State Health Services,
Radiation Safety
Texas Department of Transportation Trust
Fund
Texas Diesel
Texas Diesel Maintenance
Texas Diesel Maintenance Inc.
Texas Disposal Systems
Texas Disposal Systems Inc.
Texas Energy Aggregation LLC
Texas Energy Research Associates Inc.
Texas Engineering Experiment
Texas Engineering Experiment Station
Texas Flags Ltd.

Texas Heritage Title LLC
Texas Meter & Device Co.
Texas Midstream Gas Service
Texas Mining & Reclamation Association
Texas New Mexico Power Co.
Texas Power & Light Co.
Texas Process Equipment Co.
Texas State Comptroller of Public Accounts
Texas State History Museum Foundation
Texas State Treasury
Texas Trees Foundation
Texas Valve & Fitting Co.
Texas Weather Instruments Inc.
Texas, Public Utility Commission of
Texas, Railroad Commission of
Texasadmin.com Inc.
Tex-La Electric Cooperative
TFS Energy Futures LLC
TFS Energy LLC
Thermal Engineering International
Thermal Engineering International Inc.
Thermo Electron NA LLC
Thermo Environmental Instruments Inc.
Thermo Fisher Scientific
Thermo Gamma Metrics LLC
Thermo Orion Inc.
Thermo Process Instruments LP
Thibado Inc.
Thomas, Gerald E.
Thomas, Janice
Thomasson Co.
Thompson & Knight LLP
Thompson, Jake
Thompson, Sally
Thomson Reuters (Markets) LLC
Thomson Reuters (Property Tax Services)
Inc.
Thomson Reuters (Tax & Accounting) Inc.
Thomson Reuters West
Thurman Transportation Inc.
Thyssenkrupp Elevator Corp.
ThyssenKrupp Safway Inc.
Tibco Software Inc.
Time Warner Cable
Timken Gears & Services Inc.
Timsco International Inc.

Timsco Texas Industrial Maintenance Supply Co.
Titan Engineering Inc.
Titus Central Appraisal District (TX)
Titus County Appraisal District Tax Collector (TX)
Titus County Fresh Water Supply District No. 1 (TX)
Titus County Tax Collector (TX)
TLT-Babcock Inc.
TNT Crane & Rigging
TNT Crane & Rigging Inc.
Todd's A/C Inc.
Toledo Automotive
Toledo Automotive Supply of Carthage Inc.
Tomecek Electric
Top Hat Services
Toshiba International Corp.
Total Alchemy LLC
Towers Watson Pennsylvania Inc.
Towhaul Corp.
Townley Engineering & Manufacturing Co. Inc.
Townley Foundry & Machine Co. Inc.
Townley Manufacturing Co.
TPG Capital LP
TPG Capital Management LP
Trac-Work Inc.
Trane
Trans Union Corp.
Transactel Inc.
Transcat
Transcat Inc.
Trans-Rental Inc.
TransUnion LLC
TRC
TRC Cos. Inc.
Trend Gathering & Treating LP
Tri J's A/C & Industrual Supply
Tri J's Supply Inc.
Trico Corp.
Trimble, Barry D.
Trimble, Roxanna M.
Trinity River Water Authority
Triple 5 Industries
Triple J SA Construction Inc.

Triple J SA Inc.
Triple M Machine Inc.
Tripwire Inc.
TRT Development Co. West
TRT Development Co. West Houston
True North Consulting LLC
TSI Holdings LLC
TSTC Waco
Tullett Prebon Americas Corp.
Tullett Prebon Financial Service LLC
Turbine Repair Services
Turbine Repair Services LLC
Turbo Components & Engineering
Turbocare
Turn Key Operations
Turner Bros Crane & Rigging
Turner Seed Co.
Turnkey Security Inc.
Twin State Trucks
Twin State Trucks Inc.
TXU Energy
TXU Energy Receivables Co.
TXU Energy Retail Co.
TXU Energy Services
Ty Flot
Ty Flot Inc.
Tyco Valves & Controls LP
Tyler Junior College Foundation
Tyler Junior College, Coordinator/Financial Services
Tyndale Co. Inc.
Tyson Building Corp.
UBM Enterprise Inc.
UCC Dry Sorbent Injection LLC
UG USA Inc.
UniFirst
Unifirst Holdings Inc.
Union Pacific
United Building Maintenance Inc.
United Conveyor Corp.
United Conveyor Supply Corp.
United Equipment Rentals Gulf LP
United Recyclers LP
United Rentals
United Rentals North America Inc.
United Sciences Testing Inc.

United States Chamber of Commerce
United States Department of Energy
United States Department of Energy,
Nuclear Waste Fund
United States Department of the Treasury,
Internal Revenue Service
United States Gypsum Co.
United States Mine Safety & Health
Administration
United States Naval Academy
United States Naval Academy Alumni
Association & Foundation
United States Naval Academy Foundation
United States Nuclear Regulatory
Commission (NRC)
United States Office of Surface Mining
(OSM), Reclamation & Enforcement
United States Postal Service (USPS), CAPS
Service Center
United States Treasury Single Taxpayors
(IRS)
United Training Specialists LLC
United Way of Metropolitan Dallas
Univar USA Inc.
Universal Corrosion Specialist
University of North Texas
University of North Texas Office of
Research Services
University of Texas at Arlington
University of Texas at Austin
University of Texas at Austin, Sponsored
Projects Award
University of Texas at Dallas
Uranium One Inc.
Urban League of Greater Dallas
Urs Corp.
US Bank Corporate Trust
US Bank Trust NA
US Chamber of Commerce
US Enrichment Corp.
US Environmental Products Inc.
US Nuclear Regulatory Commission
USP&E Global LLC
USPS
U-Tegration Inc.
Utilities Service Alliance Inc.

Utility Integration Solutions
Utility Marketing Services Inc.
Utility Systems Inc.
Valcor Engineering
Valcor Engineering Corp.
Vannoy & Assoc Inc.
Vaughan Equipment Sales & Rental
Vaughan Equipment Sales & Rentals Inc.
Vault Energy Solutions LLC
Vector Controls LLC
Velan Valve Corp.
Velocity Industrial LLC
Venture Research Inc.
Ventyx Inc.
Veolia ES Industrial Services
Verifications Inc.
Veritox Inc.
Verizon
Verizon Business
Verizon Southwest
Verizon Wireless
Vinson & Elkins
Vinson & Elkins LLP
Vinson Process Controls Co.
Vishay Transducers
Vista Training Inc.
Vitality Group, The
Vitrue Inc.
VMWare Inc.
VoiceLog
Voith Transmissions Inc.
Voith Turbo Inc.
Vose Software BVBA
Voxai Solutions Inc.
VR Steel LLC
VXI Global Solutions Inc.
W Joe Shaw Ltd.
Wabtec Global Services
Wachtell Lipton Rosen & Katz
Waco Auto Glass Center
Waco Foundation
WageWorks Inc.
WahlcoMetroflex
Wakefield Associates
Wakesha Electric
Walker Sewell LLP

Ward County Tax Collector (TX)
Ward Sign Co.
Warfab Inc. & Erection Corp.
Warfab Power Inc.
Warren Fabricating Corp.
Washington Speakers Bureau
Waste Management DFW Landfill
Waste Management of Texas Inc.
Watco Mechanical Services
Water Texas PAC
Watercut Services Inc.
Waukesha Electric
Waukesha-Pearce Industries Inc.
Wave Technology Solutions Group
Weatherproofing Services LLC
Weber Shandwick
WebFilings LLC
Webster, Frances M.
Weg Electric Corp.
Weir Minerals
Weir Slurry Group Inc.
Weir SPM
Weir Valves & Controls USA Inc.
Wells Fargo Bank
Wells Fargo Bank Northwest NA, Corporate
Trust Services
Wells Fargo Home Mortgage
Wesco
Wesco Distribution Inc.
West Dallas Multipurpose Center
West Publishing Corp.
West Texas Opportunities Inc.
Westech Engineering Inc.
Western Data Systems
Western Filter Co. Inc.
Western States Fire Protection
Western Technology Inc.
Westfire Inc.
Westin Engineering Inc.
Westinghouse Electric Co.
Westinghouse-Nuclear
Weyco Manufacturing
Weyerhaeuser
Weyerhaeuser NR Co.
White Cap Construction
White Fence

White Fence Inc.
White Oak Radiator Service
White Technologies Inc.
WhiteFence
Whitehead Construction Inc.
Whitson & Co.
Whitson & Co., a subsidiary of Rawson
Wholesale Pump & Supply
Wholesale Pump & Supply Inc.
Wholesale Supply Inc.
Wick Phillips LLP
Wildcat Cranes
Wildcat Cranes Inc.
Willbros T&D Services
William E. Groves Construction
Williams Patent Crusher
Williams Patent Crusher & Pulverizer Co.
Willis of Texas Inc.
Wilson Co.
Wilson Culverts
Wilson Culverts Inc.
Wilson Industries
Wilson Mohr Inc.
Wilson Supply
Wilson Supply Co.
Wilsonart International Holdings
Wilsonart International Holdings LLC
Wilson-Mohr Inc.
Windstream
Winston & Strawn LLP
Wire Rope Industries
Wire Rope Industries Ltd.
Wirerope Works Inc.
Withlock Group, The
WM Renewable Energy
Woi Petroleum
Wolf Creek Nuclear Operating Corp.
Womble Drilling Co.
Womble Drilling Co. Inc.
Women's Business Enterprise National
Counsil
Wood, Patricia
Woodson Lumber
Woodson Lumber & Hardware
Woodwright Co. Inc.
Workday Inc.

Workplace Resource of Dallas
Worksoft
World Energy Solutions Inc.
World Marketing Dallas
WPP Group USA Inc.
WRG LLC
W-S Industrial Services Inc.
W-S Specialty Services LLC
WSI Corp.
Wyoming Department of Revenue
Wyoming Department of Revenue AV Tax
Xenon Marketing
Xenon Marketing LLC
XOJet Inc.
XTO Energy Inc.
Xylem Dewatering Solutions Inc.
Yanaway, Diane
Yates Buick Pontiac Gmc
Yates Buick/GMC
Yokogawa Corp. of America
York Capital Management LP
York Credit Opportunities Fund

York Credit Opportunities Fund LP
York Credit Opportunities Master Fund LP
York Multi Strategy Master Fund
York Multi Strategy Master Fund LP
York Pump & Equipment
York Risk Services Group Inc.
York, a Johnson Controls Co.
York, Amber Lemerle
York, Amber Lemerle
York, Byron P., Jr.
Young Central Appraisal District (TX)
Young County Appraisal District Tax
Collector (TX)
Youngblood Oil Co.
Youngblood, Kneeland
Zayo Fiber Solutions
Zeefax Inc.
Zep Sales & Service
Zepco
Zephyr Environmental Corp.
Zivelo
Zivelo LLC

**Schedule 1(w)**

**Surety Bonds**

Railroad Commissioners of Texas
Texas Department of Transportation
Texas State Highway & Public Transportation Commission
Texas Transportation Commission
US Army Corp of Engineers - Fort Worth
Liberty Mutual Insurance Co.
Reliance Insurance Co.
RLI
Safeco Insurance Co. of America
Texas Department of Transportation, State of  (Paris District)
Texas Department of Transportation, State of  (Tyler District)
United States Army Corp of Engineers, Fort Worth

**Schedule 1(x)**

**Taxing Authorities**

Alabama Department of Revenue
Arizona Department of Revenue
California Franchise Tax Board
Canada Revenue Agency
Delaware Division of Revenue
District of Columbia, Government of the
Georgia Department of Revenue
Illinois Department of Revenue
Internal Revenue Service, United States
Kentucky Department of Revenue
Louisiana Department of Revenue
Maine Revenue Services
Maryland Comptroller, Revenue
Administration Division
Mississippi Department of Revenue
New York State Department of Taxation &
Finance
Oregon Department of Revenue
Pennsylvania Department of Revenue
South Carolina Department of Revenue
Texas Comptroller's Office, State of
Virginia Department of Taxation
Abbott Independent School District (TX)
Abbott, City of (TX)
Abernathy, City of (TX)
Abilene Independent School District (TX)
Abilene, City of (TX)
Academy Independent School District (TX)
Ackerly, City of (TX)
Addison, Town of (TX)
Agua Dulce, City of (TX)
Airline Improvement District (TX)
Alamo Heights, City of (TX)
Alamo, City of (TX)
Albany Independent School District (TX)
Albany, City of (TX)
Aldine Community Improvement District
(TX)
Aledo Independent School District (TX)
Aledo, City of (TX)
Alice, City of (TX)
Allen Independent School District (TX)
Allen, City of (TX)
Alma, Town of (TX)
Alpine, City of (TX)

Alto Independent School District (TX)
Alto, Town of (TX)
Alton, City of (TX)
Alvarado Independent School District (TX)
Alvarado, City of (TX)
Alvin, City of (TX)
Alvord Independent School District (TX)
Alvord, Town of (TX)
Amarillo, City of (TX)
Anahuac Municipal Development District
(TX)
Anahuac, City of (TX)
Anderson County (TX)
Andrews County (TX)
Andrews County Hospital District (TX)
Andrews Independent School District (TX)
Andrews, City of (TX)
Angelina County (TX)
Angelina County FWD (TX)
Angelina County Jr. College (TX)
Angleton, City of (TX)
Angus, City of (TX)
Anna Independent School District (TX)
Anna, City of (TX)
Annetta North, Town of (TX)
Annetta South, Town of (TX)
Annetta, Town of (TX)
Annona, Town of (TX)
Anson Independent School District (TX)
Anson, City of (TX)
Apple Springs Independent School District
(TX)
Aquilla Independent School District (TX)
Aransas County (TX)
Aransas County Health Services (TX)
Aransas Pass Crime Control District (TX)
Aransas Pass Develop District (TX)
Aransas Pass, City of (TX)
Archer City Independent School District
(TX)
Archer City, City of (TX)
Archer County (TX)
Arcola, City of (TX)
Argyle Crime Control District (TX)
Argyle Independent School District (TX)

Argyle, City of (TX)
Arlington Independent School District (TX)
Arlington, City of (TX)
Arp Independent School District (TX)
Arp, City of (TX)
Asherton, City of (TX)
Aspermont, Town of (TX)
Atascosa County (TX)
Athens Independent School District (TX)
Athens Municipal Water Authority (TX)
Athens, City of (TX)
Aubrey Independent School District (TX)
Aubrey, City of (TX)
Aurora, City of (TX)
Austin Community College - Bastrop (TX)
Austin Community College - Lee (TX)
Austin Community College - Travis County (TX)
Austin Community College (TX)
Austin County (TX)
Austin Independent School District (TX)
Austin Metropolitan Transit Authority (TX)
Austin, City of (TX)
Austwell, City of (TX)
Avalon Independent School District (TX)
Avery Independent School District (TX)
Axtell Independent School District (TX)
Azle Crime Control District (TX)
Azle Independent School District (TX)
Azle, City of (TX)
Bailey County (TX)
Bailey, City of (TX)
Bailey's Prairie, Village of (TX)
Baird, City of (TX)
Balch Springs, City of (TX)
Ballinger Independent School District (TX)
Ballinger Memorial Hospital District (TX)
Ballinger, City of (TX)
Balmorhea, City of (TX)
Bandera County (TX)
Bangs Independent School District (TX)
Bangs Municipal Development District (TX)
Bangs, City of (TX)
Bardwell, City of (TX)
Barry, City of (TX)
Bartlett Independent School District (TX)

Bartlett, City of (TX)
Bartonville, Town of (TX)
Bastrop County (TX)
Bastrop Independent School District (TX)
Bastrop, City of (TX)
Bastrop-Travis ESD #1 (TX)
Bay City, City of (TX)
Baylor County (TX)
Baylor County Hospital District (TX)
Baylor Hospital District (TX)
Bayou Vista, City of (TX)
Bayside, Town of (TX)
Baytown Crime Control (TX)
Baytown Fire EMS (TX)
Baytown Municipal Development District (TX)
Baytown, City of (TX)
Bayview, Town of (TX)
Beasley, City of (TX)
Beaumont, City of (TX)
Beckville Independent School District (TX)
Bedford, City of (TX)
Bee County (TX)
Bee County Road (TX)
Bellaire, City of (TX)
Bellevue Independent School District (TX)
Bellevue, City of (TX)
Bellmead, City of (TX)
Bells Independent School District (TX)
Bells, Town of (TX)
Bellville, City of (TX)
Belton Independent School District (TX)
Belton, City of (TX)
Benavides, City of (TX)
Benbrook Library District (TX)
Benbrook, City of (TX)
Benjamin, City of (TX)
Berryville, Town of (TX)
Beverly Hills, City of (TX)
Big Lake, City of (TX)
Big Spring Independent School District (TX)
Big Spring, City of (TX)
Big Wells, City of (TX)

Birdville Independent School District (TX)
Bishop, City of (TX)
Blackwell Independent School District (TX)
Blackwell, City of (TX)
Blanco County (TX)
Blanco County North Library District (TX)
Bland Independent School District (TX)
Blanket Independent School District (TX)
Blanket, Town of (TX)
Blooming Grove Independent School District (TX)
Blooming Grove, Town of (TX)
Blossom, City of (TX)
Blue Mound Crime Control (TX)
Blue Mound, City of (TX)
Blue Ridge Independent School District (TX)
Blue Ridge, City of (TX)
Bluff Dale Independent School District (TX)
Blum Independent School District (TX)
Blum, Town of (TX)
Bogata Crime Control (TX)
Bogata, City of (TX)
Boles Home Independent School District (TX)
Bonham Independent School District (TX)
Bonham, City of (TX)
Borden County (TX)
Borden Independent School District (TX)
Bosque County (TX)
Bosqueville Independent School District (TX)
Bowie County (TX)
Bowie Independent School District (TX)
Bowie, City of (TX)
Boyd Independent School District (TX)
Boyd, Town of (TX)
Brackettville, City of (TX)
Brady, City of (TX)
Brazoria County (TX)
Brazoria, City of (TX)
Brazos Country, City of (TX)
Brazos County (TX)
Brazos County ESD #1 (TX)
Breckenridge Independent School District (TX)

Breckenridge, City of (TX)
Bremond Independent School District (TX)
Brenham, City of (TX)
Brewster County (TX)
Brewster County ESD No. 1 (TX)
Bridge City, City of (TX)
Bridgeport Independent School District (TX)
Bridgeport, City of (TX)
Brock Independent School District (TX)
Bronte, Town of (TX)
Brookesmith Independent School District (TX)
Brooks County Health Services (TX)
Brookshire - Katy Drainage District (TX)
Brookshire, City of (TX)
Brookside Village, City of (TX)
Brown County (TX)
Brownfield, City of (TX)
Brownsboro, City of (TX)
Brownsville, City of (TX)
Brownwood Independent School District (TX)
Brownwood, City of (TX)
Bruceville-Eddy Independent School District (TX)
Bruceville-Eddy, City of (TX)
Brush Creek MUD (TX)
Bryan Independent School District (TX)
Bryan, City of (TX)
Bryson Independent School District (TX)
Bryson, City of (TX)
Buckholts Independent School District (TX)
Buckholts, Town of (TX)
Buda, City of (TX)
Buena Vista Independent School District (TX)
Buffalo Gap, Town of (TX)
Buffalo Independent School District (TX)
Buffalo, City of (TX)
Bullard Independent School District (TX)
Bullard, Town of (TX)
Bulverde Area Rural Library (TX)
Bunker Hill Village, City of (TX)
Burkburnett Independent School District (TX)

Burkburnett, City of (TX)
Burke, City of (TX)
Burleson County (TX)
Burleson Independent School District (TX)
Burleson, City of (TX)
Burnet CIndependent School District (TX)
Burnet County (TX)
Byers, City of (TX)
Bynum Independent School District (TX)
Bynum, Town of (TX)
Caddo Mills Independent School District
(TX)
Caddo Mills, City of (TX)
Caldwell County (TX)
Caldwell, City of (TX)
Calhoun County (TX)
Callahan County (TX)
Callisburg Independent School District (TX)
Calvert Independent School District (TX)
Cameron Independent School District (TX)
Cameron, City of (TX)
Camp County (TX)
Camp Wood, City of (TX)
Campbell Independent School District (TX)
Campbell, City of (TX)
Caney City, Town of (TX)
Caney, Town of (TX)
Canton Independent School District (TX)
Canton, City of (TX)
Canyon Lake Community Library (TX)
Canyon, City of (TX)
Carbon, Town of (TX)
Carlisle Independent School District (TX)
Carrizo Springs, City of (TX)
Carroll Independent School District (TX)
Carrollton, City of (TX)
Carthage Independent School District (TX)
Carthage, City of (TX)
Castle Hills Crime Control & Prevention
(TX)
Castle Hills, City of (TX)
Castleberry Independent School District
(TX)
Castleman Creek Watershed (TX)
Castro County (TX)
Castroville, City of (TX)

Cayuga Independent School District (TX)
Cedar Hill Independent School District (TX)
Cedar Hill, City of (TX)
Cedar Park, City of (TX)
Celeste Independent School District (TX)
Celeste, City of (TX)
Celina Independent School District (TX)
Celina, Town of (TX)
Center, City of (TX)
Centerville Independent School District
(TX)
Centerville, City of (TX)
Central Heights Independent School District
(TX)
Central Independent School District (TX)
Central Texas College (TX)
Central Texas College District (TX)
Chambers County Health Services (TX)
Chambers-Liberty Counties Navigation
(TX)
Chapel Hill Independent School District
(TX)
Chapell Hill, Town of (TX)
Charlotte, City of (TX)
Cherokee County (TX)
Cherokee County Development District 1
(TX)
Chico Independent School District (TX)
Chico, City of (TX)
Childress County (TX)
Childress County Hospital District (TX)
Childress Independent School District (TX)
Childress, City of (TX)
Chillicothe, City of (TX)
Chilton Independent School District (TX)
China Springs Independent School District
(TX)
Chireno Independent School District (TX)
Chireno, City of (TX)
Chisum Independent School District (TX)
Choctaw Watershed District (TX)
Cibolo Canyons Special Improvement
District (TX)
Cibolo, City of (TX)
Cisco Independent School District (TX)
Cisco Jr. College District (TX)

Cisco, City of (TX)
City View Independent School District (TX)
Clarendon Maintenance (TX)
Clarksville Independent School District (TX)
Clarksville, City of (TX)
Clay County (TX)
Clay County FD #1 - Deandale (TX)
Clay County FD #2 - Arrowhead (TX)
Clear Creek Watershed (TX)
Clear Fork GWCD (TX)
Clear Lake Shores, City of (TX)
Clearwater UWCD (TX)
Cleburne Independent School District (TX)
Cleburne, City of (TX)
Clifton Independent School District (TX)
Clifton, City of (TX)
Clute, City of (TX)
Clyde Independent School District (TX)
Clyde, City of (TX)
Coahoma Independent School District (TX)
Coahoma, Town of (TX)
Cockrell Hill, City of (TX)
Coffee City, Town of (TX)
Coke County (TX)
Coke County UWCD (TX)
Coldspring, City of (TX)
Coleman County (TX)
Coleman Hospital District (TX)
Coleman, City of (TX)
College Station Independent School District (TX)
College Station, City of (TX)
Colleyville Crime Control (TX)
Colleyville, City of (TX)
Collin County (TX)
Collin County Jr. College District (TX)
Collinsville Independent School District (TX)
Collinsville, Town of (TX)
Colmesneil, City of (TX)
Colony, City of, The (TX)
Colorado City, City of (TX)
Colorado County (TX)
Colorado Independent School District (TX)
Columbus, City of (TX)

Comal County (TX)
Comal County Emergency Services District 3 (TX)
Comal County Emergency Services District 6 (TX)
Comanche County (TX)
Comanche County Hospital (TX)
Comanche Independent School District (TX)
Comanche, City of (TX)
Combes, Town of (TX)
Combine, City of (TX)
Commerce Independent School District (TX)
Commerce, City of (TX)
Community Independent School District (TX)
Como, Town of (TX)
Como-Pickton Independent School District (TX)
Concho County (TX)
Connally Independent School District (TX)
Conroe, City of (TX)
Converse, City of (TX)
Cooke County (TX)
Cool, City of (TX)
Coolidge Independent School District (TX)
Coolidge, Town of (TX)
Cooper Independent School District (TX)
Cooper, City of (TX)
Coppell Crime Control District (TX)
Coppell Independent School District (TX)
Coppell, City of (TX)
Copper Canyon, Town of (TX)
Copperas Cove Independent School District (TX)
Copperas Cove, City of (TX)
Corinth Crime Control District (TX)
Corinth, City of (TX)
Corpus Christi Crime Control District (TX)
Corpus Christi Independent School District (TX)
Corpus Christi Metropolitan Transit Authority (TX)
Corpus Christi, City of (TX)
Corrigan, Town of (TX)
Corsicana Independent School District (TX)

Corsicana, City of (TX)
Coryell County (TX)
Cotulla, City of (TX)
County Wide Equalization (TX)
Coupland Independent School District (TX)
Cove, City of (TX)
Covington Independent School District (TX)
Covington, City of (TX)
Crandall Independent School District (TX)
Crandall, City of (TX)
Crane County (TX)
Crane Hospital District (TX)
Crane Independent School District (TX)
Crane, City of (TX)
Crawford Independent School District (TX)
Crawford, Town of (TX)
Cresson, City of (TX)
Crockett Independent School District (TX)
Crockett, City of (TX)
Cross Plains, Town of (TX)
Cross Roads, Town of (TX)
Crossroads Independent School District (TX)
Crowell, City of (TX)
Crowley Crime Control (TX)
Crowley Independent School District (TX)
Crowley, City of (TX)
Crystal City, City of (TX)
Cuero, City of (TX)
Culberson County (TX)
Culberson County GWCD (TX)
Culberson County Hospital District (TX)
Culberson-Allamore Independent School District (TX)
Cumby Independent School District (TX)
Cumby, City of (TX)
Cushing Independent School District (TX)
Cushing, City of (TX)
Daingerfield, City of (TX)
Daingerfield-Lone Star Independent School District (TX)
Dalhart, City of (TX)
Dallas County (TX)
Dallas County Community College District (TX)
Dallas County FCD #1 (TX)

Dallas County Hospital District (TX)
Dallas County U&R District (TX)
Dallas Independent School District (TX)
Dallas Metropolitan Transit Authority (TX)
Dalworthington Gardens Crime Control (TX)
Dalworthington Gardens, City of (TX)
Danbury, City of (TX)
Dawson County (TX)
Dawson County Hospital District (TX)
Dawson Independent School District (TX)
Dawson, Town of (TX)
Dayton, City of (TX)
De Kalb, City of (TX)
De Leon, City of (TX)
Deaf Smith County (TX)
Dean, City of (TX)
Decatur Independent School District (TX)
Decatur, City of (TX)
Deep Ellum Standard PID (TX)
Deer Park Crime Control District (TX)
Deer Park Fire Control Prevention & EMS District (TX)
Deer Park, City of (TX)
Del Mar College (TX)
Del Rio, City of (TX)
Deleon Independent School District (TX)
Delta County  Emergency Services District (TX)
Delta County (TX)
Delta County MUD (TX)
Delta EMD #1 (TX)
Denison Independent School District (TX)
Denison, City of (TX)
Denton County (TX)
Denton County Development District No 4 (TX)
Denton County ESD #1 (TX)
Denton County FWSD #1B (TX)
Denton County LID #1 (TX)
Denton County RUD #1 (TX)
Denton County Transportation Authority (TX)
Denton Independent School District (TX)
Denton, City of (TX)
Denver City, Town of (TX)

Deport, City of (TX)
Desoto Independent School District (TX)
DeSoto, City of (TX)
Detroit Independent School District (TX)
Detroit, Town of (TX)
Devine, City of (TX)
Dew Independent School District (TX)
DFW Shared Area (Grapevine City) (TX)
Diboll Independent School District (TX)
Diboll, City of (TX)
Dickens County (TX)
Dickens, City of (TX)
Dickinson Management District (TX)
Dickinson, City of (TX)
Dilley, City of (TX)
Dimmit County (TX)
Dimmitt, City of (TX)
Dish, Town of (TX)
Dodd City Independent School District (TX)
Dodd City, Town of (TX)
Donahoe Creek WCID (TX)
Donna, City of (TX)
Dorchester, Town of (TX)
Double Oak, Town of (TX)
Douglass Independent School District (TX)
Downtown PID - Premium (TX)
Downtown PID - Standard (TX)
Dripping Springs Community Library (TX)
Driscoll, City of (TX)
Dublin Independent School District (TX)
Dublin, City of (TX)
Dumas, City of (TX)
Duncanville Independent School District (TX)
Duncanville, City of (TX)
Duval County Emergency Services District No. 1 (TX)
Eagle Lake, City of (TX)
Eagle Mountain-Saginaw Independent School District (TX)
Eagle Pass, City of (TX)
Early Independent School District (TX)
Early, City of (TX)
East Bernard, City of (TX)
East Coke County Hospital District (TX)
East Memorial Hospital District (TX)

East Montgomery County Improvement District (TX)
East Montgomery County Improvement District A (TX)
East Tawakoni, City of (TX)
East Travis Gateway Library District (TX)
Eastland County (TX)
Eastland Independent School District (TX)
Eastland Memorial Hospital District (TX)
Eastland, City of (TX)
Ector County (TX)
Ector County Hospital District (TX)
Ector County Independent School District (TX)
Ector Independent School District (TX)
Ector Utility District (TX)
Ector, City of (TX)
Edcouch, City of (TX)
Eden, City of (TX)
Edgecliff Village, Town of (TX)
Edgewood Independent School District (TX)
Edgewood, Town of (TX)
Edinburg, City of (TX)
Edna, City of (TX)
Edom, City of (TX)
El Cenizo, City of (TX)
El Lago, City of (TX)
El Paso City Transit Department (TX)
El Paso County (TX)
El Paso County Emergency Services 2 (TX)
El Paso, City of (TX)
Eldorado, City of (TX)
Electra Hospital District (TX)
Electra Independent School District (TX)
Electra, City of (TX)
Elgin Independent School District (TX)
Elgin, City of (TX)
Elkhart Independent School District (TX)
Elkhart, Town of (TX)
Ellis County (TX)
Elm Creek Watershed - Bell (TX)
Elm Creek Watershed (TX)
Elsa, City of (TX)
Emerald Bay MUD (TX)
Emergency Service District #1 (TX)
Emhouse, Town of (TX)

Emory, City of (TX)
Enchanted Oaks, Town of (TX)
Encinal, City of (TX)
Ennis Independent School District (TX)
Ennis, City of (TX)
Era Independent School District (TX)
Erath County (TX)
Erath County Development District No. 1
(TX)
Escobares, City of (TX)
ESD #1 - Maypearl (TX)
ESD #2 - Midlothian (TX)
ESD #3 - Italy (TX)
ESD #4 - Red Oak (TX)
ESD #5 - Ferris (TX)
ESD #6 - Waxahachie (TX)
ESD #7 - Bristol (TX)
ESD #8 - Avalon (TX)
ESD #9 - Palmer (TX)
Etoile Independent School District (TX)
Eula Independent School District (TX)
Euless Crime Control District (TX)
Euless, City of (TX)
Eureka, City of (TX)
Eustace Independent School District (TX)
Eustace, City of (TX)
Evant, Town of (TX)
Everman Crime Control (TX)
Everman Independent School District (TX)
Everman, City of (TX)
EWC Higher Ed Center (TX)
Fair Oaks Ranch, City of (TX)
Fairfield Hospital District (TX)
Fairfield Independent School District (TX)
Fairview, Town of (TX)
Faith Community Hospital District (TX)
Falfurrias, City of (TX)
Falls County (TX)
Falls County RFD #1 (TX)
Falls County RFD #2 (TX)
Falls County RFD #3 (TX)
Falls County WCID #1 (TX)
Fannin County (TX)
Fannindel Independent School District (TX)
Farmers Branch, City of (TX)
Farmersville Independent School District

(TX)
Farmersville, City of (TX)
Fate, City of (TX)
Fayette County (TX)
Fern Bluff MUD (TX)
Ferris Independent School District (TX)
Ferris, City of (TX)
Fisher County (TX)
Fisher County Hospital District (TX)
Florence Independent School District (TX)
Florence, City of (TX)
Flower Mound Crime Control District (TX)
Flower Mound Fire Control District (TX)
Flower Mound, Town of (TX)
Floydada, City of (TX)
Forest Hill Library District (TX)
Forest Hill, City of (TX)
Forney Independent School District (TX)
Forney, City of (TX)
Forsan Independent School District (TX)
Forsan, Town of (TX)
Fort Bend County Assistance District No. 1
(TX)
Fort Bend County Assistance District No. 4
(TX)
Fort Bend County Assistance District No. 5
(TX)
Fort Stockton Independent School District
(TX)
Fort Stockton, City of (TX)
Fort Worth Crime Control (TX)
Fort Worth Independent School District
(TX)
Fort Worth Metropolitan Transit Authority
(TX)
Franklin County (TX)
Franklin County WD (TX)
Franklin, City of (TX)
Frankston Independent School District (TX)
Frankston, Town of (TX)
Fredericksburg, City of (TX)
Freeport, City of (TX)
Freer, City of (TX)
Freestone County (TX)
Friendswood, City of (TX)
Frio County (TX)

Frisco Independent School District (TX)
Frisco, City of (TX)
Frost Independent School District (TX)
Frost, City of (TX)
Fruitvale Independent School District (TX)
Ft Worth PID #01 (Downtown) (TX)
Ft Worth PID #14 (Trinity Bluff) (TX)
Fulshear, City of (TX)
Fulton, Town of (TX)
Gaines County (TX)
Gainesville Hospital District (TX)
Gainesville Independent School District
(TX)
Gainesville, City of (TX)
Galena Park Independent School District
(TX)
Galena Park, City of (TX)
Galveston, City of (TX)
Ganado, City of (TX)
Garden Ridge, City of (TX)
Garland Independent School District (TX)
Garner Independent School District (TX)
Garrett, Town of (TX)
Garrison Independent School District (TX)
Gatesville Independent School District (TX)
Gatesville, City of (TX)
George West, City of (TX)
Georgetown Independent School District
(TX)
Georgetown, City of (TX)
Gholson Independent School District (TX)
Gholson, City of (TX)
Giddings, City of (TX)
Gillespie County (TX)
Gilmer Independent School District (TX)
Gilmer, City of (TX)
Glasscock County (TX)
Glasscock County Independent School
District (TX)
Glasscock County UWD (TX)
Glen Rose, City of (TX)
Glenn Heights, City of (TX)
Godley Independent School District (TX)
Godley, City of (TX)
Gold-Burg Independent School District
(TX)

Goldthwaite Independent School District
(TX)
Goliad Municipal Development District
(TX)
Goliad, City of (TX)
Golinda, City of (TX)
Gonzales County (TX)
Goodlow, City of (TX)
Gordon Independent School District (TX)
Gordon, City of (TX)
Goree, City of (TX)
Gorman Independent School District (TX)
Gorman, City of (TX)
Grady Independent School District (TX)
Graford Independent School District (TX)
Graford, City of (TX)
Graham Independent School District (TX)
Granbury Independent School District (TX)
Granbury, City of (TX)
Grand Falls-Royalty Independent School
District (TX)
Grand Prairie Crime Con (TX)
Grand Prairie, City of (TX)
Grand Saline Independent School District
(TX)
Grand Saline, City of (TX)
Grandfalls, Town of (TX)
Grandview Independent School District
(TX)
Granger Independent School District (TX)
Granger, City of (TX)
Granite Shoals, City of (TX)
Granjeno, City of (TX)
Grapeland Hospital District (TX)
Grapeland Independent School District (TX)
Grapeland, City of (TX)
Grapevine Crime Control (TX)
Grapevine, City of (TX)
Grapevine-Colleyville Independent School
District (TX)
Grayson County (TX)
Grayson County Jr. College District (TX)
Greenville Independent School District (TX)
Greenville, City of (TX)
Greenwood Independent School District
(TX)

Gregg County (TX)
Gregory, City of (TX)
Grimes County (TX)
Groesbeck Independent School District (TX)
Groesbeck, City of (TX)
Groves, City of (TX)
Guadalupe County (TX)
Gun Barrel City, Town of (TX)
Gunter Independent School District (TX)
Gunter, City of (TX)
Gustine Independent School District (TX)
Gustine, Town of (TX)
Hale County (TX)
Hallettsville, City of (TX)
Hallsburg Independent School District (TX)
Hallsburg, City of (TX)
Hallsville, City of (TX)
Haltom City Crime Control (TX)
Haltom City, City of (TX)
Hamilton County (TX)
Hamilton, City of (TX)
Hamlin Hospital District (TX)
Hamlin Independent School District (TX)
Hamlin, City of (TX)
Hardeman County (TX)
Harker Heights, City of (TX)
Harlingen, City of (TX)
Harmony Independent School District (TX)
Harris County ESD # 12 (TX)
Harris County ESD # 6 (TX)
Harris County ESD 10 (TX)
Harris County ESD 14 (TX)
Harris County ESD 2 (TX)
Harris County ESD 21 (TX)
Harris County ESD 28 (TX)
Harris County ESD 4 (TX)
Harris County ESD 46 (TX)
Harris County ESD 5 (TX)
Harris County ESD 50 (TX)
Harris County ESD 6 (TX)
Harris County ESD 60 (TX)
Harris County ESD 7 (TX)
Harris County ESD 80 (TX)
Harris County Flood Control District (TX)
Harris County Hospital District (TX)
Harris-Ft. Bend ESD 100 (TX)

Harrold Independent School District (TX)
Harts Bluff Independent School District (TX)
Haskell - Knox - Baylor - UGWCD (TX)
Haskell - Knox - Baylor UWCD (TX)
Haskell County (TX)
Haskell County Hospital District (TX)
Haskell Independent School District (TX)
Haskell, City of (TX)
Haslet, City of (TX)
Hawley Independent School District (TX)
Hawley, City of (TX)
Hays County (TX)
Hays County ESD 3 (TX)
Hays County ESD 8 (TX)
Hearne Independent School District (TX)
Hearne, City of (TX)
Hebron, Town of (TX)
Hedwig Village, City of (TX)
Helotes, City of (TX)
Hempstead, City of (TX)
Henderson County (TX)
Henderson County ESD #1 (TX)
Henderson County ESD #2 (TX)
Henderson County ESD #3 (TX)
Henderson County ESD #4 (TX)
Henderson County ESD #5 (TX)
Henderson County LID #3 (TX)
Henderson Independent School District (TX)
Henderson, City of (TX)
Henrietta Independent School District (TX)
Henrietta, City of (TX)
Hereford, City of (TX)
Hermleigh Independent School District (TX)
Hewitt, City of (TX)
Hickory Creek, Town of (TX)
Hico, City of (TX)
Hidalgo, City of (TX)
High Plains UWCD #1 (TX)
Highland Independent School District (TX)
Highland Park Independent School District (TX)
Highland Park, Town of (TX)
Highland Village, City of (TX)
Hill College - Alvarado (TX)

Hill College - Cleburne (TX)
Hill College - Godley (TX)
Hill College - Grandview (TX)
Hill College - Joshua (TX)
Hill College - Keene (TX)
Hill College - Rio Vista (TX)
Hill College - Venus (TX)
Hill County (TX)
Hill County ESD #1 (TX)
Hill County ESD #2 (TX)
Hill Jr. College District (TX)
Hillsboro Independent School District (TX)
Hillsboro, City of (TX)
Hilshire Village, City of (TX)
Hitchcock, City of (TX)
Holiday Lakes, City of (TX)
Holland Independent School District (TX)
Holland, City of (TX)
Holliday Independent School District (TX)
Holliday, City of (TX)
Hollywood Park, Town of (TX)
Honey Grove Independent School District (TX)
Honey Grove, City of (TX)
Hood County (TX)
Hood County Development District No. 1 (TX)
Hood County Library District (TX)
Hopkins County (TX)
Hopkins County Hospital District (TX)
Horseshoe Bay, City of (TX)
Hospital District #1 (TX)
Houston Community College District (TX)
Houston County (TX)
Houston County ESD 1 (TX)
Houston County ESD 2 (TX)
Houston County Hospital District (TX)
Houston Independent School District (TX)
Houston Metropolitan Transit Authority (TX)
Howard County (TX)
Howard Jr. College (TX)
Howe Independent School District (TX)
Howe, Town of (TX)
Hubbard Independent School District (TX)
Hubbard, City of (TX)

Hudson Independent School District (TX)
Hudson Oaks, City of (TX)
Hudson, City of (TX)
Hughes Springs, City of (TX)
Humble, City of (TX)
Hunt County (TX)
Hunt Memorial Hospital District (TX)
Hunters Creek Village, City of (TX)
Huntington Independent School District (TX)
Huntington, City of (TX)
Huntsville, City of (TX)
Hurst Crime Control District (TX)
Hurst, City of (TX)
Hurst-Euless-Bedford Independent School District (TX)
Hutchins, City of (TX)
Hutto Independent School District (TX)
Hutto, City of (TX)
Impact, Town of (TX)
Ingleside on the Bay, City of (TX)
Ingleside, City of (TX)
Iowa Colony Crime Control District (TX)
Iowa Colony, Village of (TX)
Iowa Park Independent School District (TX)
Ira Independent School District (TX)
Iraan, City of (TX)
Iredell Independent School District (TX)
Iredell, City of (TX)
Irving FCD #1 (TX)
Irving FCD #3 (TX)
Irving Independent School District (TX)
Italy Independent School District (TX)
Italy, Town of (TX)
Itasca Independent School District (TX)
Itasca, City of (TX)
Jack County (TX)
Jack WCID #1 (TX)
Jacksboro Independent School District (TX)
Jackson County (TX)
Jacksonville Independent School District (TX)
Jamaica Beach, City of (TX)
Jarrell Independent School District (TX)
Jarrell, City of (TX)
Jasper, City of (TX)

Jayton, City of (TX)
Jayton-Girard Independent School District (TX)
Jeff Davis County (TX)
Jeff Davis County ESD 1 (TX)
Jeff Davis County Health Serv (TX)
Jefferson County (TX)
Jefferson, City of (TX)
Jersey Village Crime Control District (TX)
Jersey Village, City of (TX)
Jewett, City of (TX)
Jim Hogg County (TX)
Jim Hogg County Assistance District (TX)
Jim Hogg County Health Services (TX)
Jim Ned Consolidated Independent School District (TX)
Jim Wells County (TX)
Johnson County (TX)
Johnson County ESD #1 (TX)
Johnson County FWD (TX)
Jolly, City of (TX)
Jones County (TX)
Jones Creek, Village of (TX)
Jonestown, City of (TX)
Josephine, City of (TX)
Joshua Independent School District (TX)
Joshua, City of (TX)
Jourdanton, City of (TX)
Junction, City of (TX)
Justin, City of (TX)
Karnes City, City of (TX)
Karnes County (TX)
Katy Independent School District (TX)
Katy, City of (TX)
Kaufman County (TX)
Kaufman County Develop District (TX)
Kaufman Independent School District (TX)
Kaufman RFD #1 - Kaufman (TX)
Kaufman RFD #2 - Mabank (TX)
Kaufman RFD #3 - Terrell (TX)
Kaufman RFD #4 - Kemp (TX)
Kaufman RFD #5 - Scurry (TX)
Kaufman RFD #6 - Forney (TX)
Kaufman, City of (TX)
Keechi Water District #1 (TX)
Keene Independent School District (TX)

Keene, City of (TX)
Keller Crime Control District (TX)
Keller Independent School District (TX)
Keller, City of (TX)
Kemah, City of (TX)
Kemp Independent School District (TX)
Kemp Municipal Development District (TX)
Kemp, Town of (TX)
Kempner, City of (TX)
Kendall County (TX)
Kendleton, City of (TX)
Kenedy, City of (TX)
Kennard Independent School District (TX)
Kennard, City of (TX)
Kennedale Independent School District (TX)
Kennedale, City of (TX)
Kent County (TX)
Kerens Independent School District (TX)
Kerens, City of (TX)
Kermit Independent School District (TX)
Kermit, City of (TX)
Kerr County (TX)
Kerrville, City of (TX)
Kilgore College District (TX)
Kilgore Independent School District (TX)
Kilgore, City of (TX)
Killeen Independent School District (TX)
Killeen, City of (TX)
Kimble County Emergency Services District (TX)
Kingsville, City of (TX)
Kinney County (TX)
Kinney County Health Services (TX)
Kleberg County (TX)
Klondike Independent School District (TX)
Knollwood, Village of (TX)
Knox City, Town of (TX)
Knox County (TX)
Knox County Hospital District (TX)
Kopperl Independent School District (TX)
Kosse, Town of (TX)
Krugerville, City of (TX)
Krum Independent School District (TX)
Krum, City of (TX)
Kyle, City of (TX)
La Feria, City of (TX)

La Grange, City of (TX)
La Joya, City of (TX)
La Marque, City of (TX)
La Porte Fire Control Prevention & EMS
District (TX)
La Porte, City of (TX)
La Poynor Independent School District (TX)
La Vega Independent School District (TX)
La Villa, City of (TX)
Lacy Lakeview, City of (TX)
Ladonia, Town of (TX)
Lago Vista, City of (TX)
Laguna Vista, Town of (TX)
Lake Bridgeport, City of (TX)
Lake Dallas, City of (TX)
Lake Highlands PID (TX)
Lake Jackson, City of (TX)
Lake Travis Community Library (TX)
Lake Worth Crime Control (TX)
Lake Worth Independent School District
(TX)
Lake Worth, City of (TX)
Lakeside City, Town of (TX)
Lakeside WCID #1 (TX)
Lakeside, Town of (TX)
Lakeway, City of (TX)
Lakewood Village Municipal Development
District (TX)
Lamar County (TX)
Lamesa Independent School District (TX)
Lamesa, City of (TX)
Lampasas County (TX)
Lampasas, City of (TX)
Lancaster Independent School District (TX)
Lancaster, City of (TX)
Laneville Independent School District (TX)
Langford Creek WCD (TX)
Laredo City Transit Department (TX)
Laredo, City of (TX)
Latexo Independent School District (TX)
Latexo, City of (TX)
Lavon, Town of (TX)
Lawn, Town of (TX)
League City, City of (TX)
Leander, City of (TX)
Lee County (TX)

Leon County (TX)
Leon Independent School District (TX)
Leon Valley, City of (TX)
Leona, City of (TX)
Leonard, City of (TX)
Leroy, City of (TX)
Levelland, City of (TX)
Lewisville Crime Control District (TX)
Lewisville Fire Control District (TX)
Lewisville Independent School District (TX)
Lewisville, City of (TX)
Lexington Independent School District (TX)
Lexington, Town of (TX)
Liberty County (TX)
Liberty Independent School District (TX)
Liberty, City of (TX)
Limestone County (TX)
Limestone County ESD #1 (TX)
Limestone County ESD #2 (TX)
Lincoln Park, Town of (TX)
Lindale Independent School District (TX)
Lindale, Town of (TX)
Linden, City of (TX)
Lindsay Independent School District (TX)
Lindsay, Town of (TX)
Lingleville Independent School District
(TX)
Lipan - Kickapoo Water (TX)
Lipan - Kickapoo Water District (TX)
Lipan Independent School District (TX)
Lipan, City of (TX)
Little Elm Independent School District (TX)
Little Elm, Town of (TX)
Little River-Academy, City of (TX)
Live Oak County (TX)
Live Oak, City of (TX)
Liverpool, City of (TX)
Livingston, Town of (TX)
Lockhart, City of (TX)
Log Cabin, City of (TX)
Lometa Independent School District (TX)
Lone Oak Independent School District (TX)
Lone Oak, City of (TX)
Lone Star Meadows PID (TX)
Lone Wolf Water District (TX)
Longview Independent School District (TX)

Longview, City of (TX)
Loraine Independent School District (TX)
Loraine, Town of (TX)
Lorena Independent School District (TX)
Lorena, City of (TX)
Los Fresnos, City of (TX)
Los Indios, Town of (TX)
Los Ybanez, City of (TX)
Lott, City of (TX)
Lovejoy Independent School District (TX)
Lovelady Independent School District (TX)
Lovelady, City of (TX)
Loving County (TX)
Loving County WID #1 (TX)
Lowry Crossing, City of (TX)
Lubbock County (TX)
Lubbock, City of (TX)
Lucas, City of (TX)
Lueders, City of (TX)
Lufkin Independent School District (TX)
Lufkin, City of (TX)
Luling, City of (TX)
Lumberton, City of (TX)
Lyford, City of (TX)
Lynn County (TX)
Lynn County Hospital District (TX)
Lytle, City of (TX)
Mabank Independent School District (TX)
Mabank, Town of (TX)
Madison County (TX)
Magnolia, City of (TX)
Malakoff Crime Control and Prev District (TX)
Malakoff Independent School District (TX)
Malakoff, City of (TX)
Malone Independent School District (TX)
Malone, Town of (TX)
Manor Independent School District (TX)
Manor, City of (TX)
Mansfield Independent School District (TX)
Mansfield, City of (TX)
Manvel, City of (TX)
Marble Falls, City of (TX)
Marfa, City of (TX)
Marion County (TX)
Marion, City of (TX)

Marlin Independent School District (TX)
Marlin, City of (TX)
Marquez, City of (TX)
Marshall, City of (TX)
Mart Independent School District (TX)
Mart, City of (TX)
Martin County (TX)
Martin County Hospital District (TX)
Martin County Water District #1 (TX)
Martins Mill Independent School District (TX)
Martinsville Independent School District (TX)
Matador, Town of (TX)
Mathis, City of (TX)
Maverick County LFW & CDC (TX)
May Independent School District (TX)
Maypearl Independent School District (TX)
Maypearl, City of (TX)
McAllen, City of (TX)
McCamey Hospital District (TX)
McCamey Independent School District (TX)
McCamey, City of (TX)
McCulloch County (TX)
McCulloch County Hospital District (TX)
McDade Independent School District (TX)
McGregor Independent School District (TX)
McGregor, City of (TX)
McKinney Independent School District (TX)
McLendon-Chisholm, City of (TX)
McLennan Community College (TX)
McLennan County (TX)
Meadows of Chandler Creek MUD (TX)
Meadows Place, City of (TX)
Medina County (TX)
Megargel, Town of (TX)
Melissa Independent School District (TX)
Melissa, City of (TX)
Melvin, Town of (TX)
Menard County (TX)
Menard, City of (TX)
Mercedes, City of (TX)
Meridian Independent School District (TX)
Meridian, City of (TX)
Merkel Independent School District (TX)
Merkel, Town of (TX)

Mertens, Town of (TX)
Mertzon, City of (TX)
Mesa UWD (TX)
Mesquite Independent School District (TX)
Mesquite, City of (TX)
Mexia Independent School District (TX)
Mexia, City of (TX)
Middle Pecos GCD (TX)
Middle Trinity Water District (TX)
Midland County (TX)
Midland County Junior College District (TX)
Midland Independent School District (TX)
Midland Memorial Hospital District (TX)
Midland, City of (TX)
Midlothian Independent School District (TX)
Midlothian, City of (TX)
Midway Independent School District (TX)
Milam County (TX)
Milano Independent School District (TX)
Milano, City of (TX)
Mildred Independent School District (TX)
Mildred, Town of (TX)
Miles, City of (TX)
Milford Independent School District (TX)
Milford, Town of (TX)
Miller Grove Independent School District (TX)
Mills County (TX)
Millsap Independent School District (TX)
Millsap, Town of (TX)
Mineola, City of (TX)
Mineral Wells Independent School District (TX)
Mineral Wells, City of (TX)
Mingus, City of (TX)
Mission, City of (TX)
Missouri City, City of (TX)
Mitchell County (TX)
Mitchell Hospital District (TX)
Mobile City, City of (TX)
Monahans, City of (TX)
Monahans-Wickett-Pyote Independent School District (TX)
Mont Belvieu, City of (TX)

Montague County (TX)
Montgomery County ESD 1 (TX)
Montgomery County ESD 12-A (TX)
Montgomery County ESD 3 (TX)
Montgomery County ESD 5 (TX)
Montgomery County ESD 6 (TX)
Montgomery County ESD 7 (TX)
Montgomery County ESD 8 (TX)
Montgomery County ESD 9 (TX)
Montgomery, City of (TX)
Moody Independent School District (TX)
Moody, City of (TX)
Moran, City of (TX)
Morgan Independent School District (TX)
Morgan, City of (TX)
Morgan's Point Municipal Development District (TX)
Morgan's Point Resort, City of (TX)
Morgan's Point, City of (TX)
Morris County (TX)
Mount Calm, City of (TX)
Mount Enterprise, City of (TX)
Mount Pleasant, City of (TX)
Mount Vernon, Town of (TX)
Mt. Calm Independent School District (TX)
Mt. Enterprise Independent School District (TX)
Mt. Pleasant Independent School District (TX)
Mt. Vernon Independent School District (TX)
Muenster Hospital District (TX)
Muenster Independent School District (TX)
Muenster Water District (TX)
Muenster, Town of (TX)
Mullins Independent School District (TX)
Munday CIndependent School District (TX)
Munday, City of (TX)
Murchison Independent School District (TX)
Murchison, City of (TX)
Murphy Municipal Development District (TX)
Murphy, City of (TX)
Mustang Ridge, City of (TX)
Mustang, Town of (TX)

Nacogdoches County (TX)
Nacogdoches County Hospital District (TX)
Nacogdoches ESD #1 (TX)
Nacogdoches ESD #2 (TX)
Nacogdoches ESD #3 (TX)
Nacogdoches ESD #4 (TX)
Nacogdoches Independent School District (TX)
Nacogdoches, City of (TX)
NASA Management District (TX)
Nash, City of (TX)
Nassau Bay, City of (TX)
Natalia, City of (TX)
Navarro College District (TX)
Navarro County (TX)
Navarro ESD #1 (TX)
Navarro, Town of (TX)
Navasota, City of (TX)
NCT College (TX)
Neches Independent School District (TX)
Nederland, City of (TX)
Needville, City of (TX)
Nevada, City of (TX)
New Braunfels, City of (TX)
New Castle Independent School District (TX)
New Chapel Hill, City of (TX)
New Fairview, City of (TX)
New Hope, Town of (TX)
New London, City of (TX)
New Summerfield Independent School District (TX)
New Summerfield, City of (TX)
Newark, City of (TX)
Newcastle, City of (TX)
Neylandville, Town of (TX)
Nixon, City of (TX)
Nocona, City of (TX)
Nolan County (TX)
Nolan County Hospital District (TX)
Nolanville, City of (TX)
Noonday, City of (TX)
Nordheim, City of (TX)
Normangee Independent School District (TX)
Normangee, Town of (TX)

North Central Texas College (TX)
North Hopkins Independent School District (TX)
North Lamar Independent School District (TX)
North Richland Hills Crime Control District (TX)
North Richland Hills, City of (TX)
North Runnels Hospital District (TX)
Northeast Leon County ESD #4 (TX)
Northeast Texas Community College (TX)
Northeast Texas Community Jr. College (TX)
Northlake, Town of (TX)
Northwest Dallas County FCD (TX)
Northwest Independent School District (TX)
Northwest Leon County ESD #3 (TX)
Nueces County (TX)
Nueces Hospital District (TX)
Oak Leaf, Town of (TX)
Oak Point Municipal Development District (TX)
Oak Point, City of (TX)
Oak Ridge North, City of (TX)
Oak Ridge, Town of (TX)
Oak Valley, Town of (TX)
Oakwood Independent School District (TX)
Oakwood, Town of (TX)
O'Brien, City of (TX)
Odem, City of (TX)
Odessa Jr. College District (TX)
Odessa, City of (TX)
O'Donnell Independent School District (TX)
O'Donnell, Town of (TX)
Oglesby Independent School District (TX)
Oglesby, City of (TX)
Old River-Winfree, City of (TX)
Old Town Spring Improvement District (TX)
Olmos Park, City of (TX)
Olney Hospital District (TX)
Olney Independent School District (TX)
Olney, City of (TX)
Onalaska, City of (TX)
Orange County (TX)
Orange Grove, City of (TX)

Orange, City of (TX)
Orchard, City of (TX)
Overton Independent School District (TX)
Overton Municipal Development District
(TX)
Overton, City of (TX)
Ovilla Municipal Development District (TX)
Ovilla, City of (TX)
Oyster Creek, City of (TX)
Paducah, Town of (TX)
Paint Creek Independent School District
(TX)
Paint Rock, Town of (TX)
Palacios, City of (TX)
Palestine Independent School District (TX)
Palestine, City of (TX)
Palm Valley, City of (TX)
Palmer Independent School District (TX)
Palmer, Town of (TX)
Palmhurst Crime Control District (TX)
Palmhurst, City of (TX)
Palmview Crime Control District (TX)
Palmview, City of (TX)
Palo Pinto County (TX)
Palo Pinto County Emergency District (TX)
Palo Pinto Hospital District (TX)
Palo Pinto Independent School District (TX)
Pampa, City of (TX)
Panola CGWCD (TX)
Panola County (TX)
Panola County Junior College District (TX)
Panola ESD #1 (TX)
Pantego, Town of (TX)
Panther Creek CIndependent School District
(TX)
Paradise Independent School District (TX)
Paradise, City of (TX)
Paris Independent School District (TX)
Paris Jr. College (TX)
Paris, City of (TX)
Parker County (TX)
Parker County ESD #1 (TX)
Parker County ESD #3 (TX)
Parker County ESD #6 (TX)
Parker County ESD #7 (TX)
Parker County Hospital District (TX)

Parker, City of (TX)
Pasadena Crime Control District (TX)
Pasadena, City of (TX)
Pattison, City of (TX)
Payne Springs, Town of (TX)
Pearland, City of (TX)
Pearsall, City of (TX)
Peaster Independent School District (TX)
Pecan Gap, City of (TX)
Pecan Hill, City of (TX)
Pecos County (TX)
Pecos, City of (TX)
Pecos-Barstow-Toyah Independent School
District (TX)
Pelican Bay, City of (TX)
Penelope Independent School District (TX)
Penelope, Town of (TX)
Penitas Crime Control District (TX)
Penitas, City of (TX)
Permian Basin UWCD (TX)
Perrin-Whitt Independent School District
(TX)
Perryton, City of (TX)
Petrolia Independent School District (TX)
Petrolia, City of (TX)
Petronila, City of (TX)
Pflugerville Independent School District
(TX)
Pflugerville, City of (TX)
Pharr, City of (TX)
Pilot Point Independent School District (TX)
Pilot Point, City of (TX)
Pinehurst, City of (TX)
Piney Point Village, City of (TX)
Pittsburg Independent School District (TX)
Pittsburg, City of (TX)
Plainview, City of (TX)
Plano Independent School District (TX)
Plano, City of (TX)
Pleak, Village of (TX)
Pleasant Valley, Town of (TX)
Pleasanton, City of (TX)
Point Comfort, City of (TX)
Point, City of (TX)
Polk County (TX)
Ponder Independent School District (TX)

Ponder, Town of (TX)
Poolville Independent School District (TX)
Port Aransas, City of (TX)
Port Arthur, City of (TX)
Port Lavaca, City of (TX)
Port Neches, City of (TX)
Port of Houston Authority (TX)
Portland, City of (TX)
Post Oak Bend City, Town of (TX)
Post, City of (TX)
Poteet, City of (TX)
Pottsboro Independent School District (TX)
Pottsboro, Town of (TX)
Poynor, Town of (TX)
Prairie View Crime Control & Prevention
District (TX)
Prairie View, City of (TX)
Prairiland Independent School District (TX)
Premont, City of (TX)
Presidio, City of (TX)
Primera, Town of (TX)
Princeton Independent School District (TX)
Princeton, City of (TX)
Progreso Lakes, City of (TX)
Progreso, City of (TX)
Prosper Independent School District (TX)
Prosper, Town of (TX)
Putnam, Town of (TX)
Pyote, Town of (TX)
Quanah, City of (TX)
Quinlan Independent School District (TX)
Quinlan, City of (TX)
Quintana, Town of (TX)
Quitaque, City of (TX)
Quitman, City of (TX)
Rains County (TX)
Rains County Fire District (TX)
Rains Independent School District (TX)
Rancho Viejo, Town of (TX)
Ranger Independent School District (TX)
Ranger Jr. College District (TX)
Ranger, City of (TX)
Rankin Hospital District (TX)
Rankin Independent School District (TX)
Rankin, City of (TX)
Ravenna, City of (TX)

Raymondville, City of (TX)
Reagan County (TX)
Reagan County Hospital District (TX)
Reagan Independent School District (TX)
Real County (TX)
Red Oak Independent School District (TX)
Red Oak, City of (TX)
Red River County (TX)
Reeves County (TX)
Reeves County Hospital District (TX)
Reeves County WID #2 (TX)
Refugio, Town of (TX)
Regan County WSD (TX)
Reklaw, City of (TX)
Reno Crime Control District (TX)
Reno, City of (TX) (Lamar Country)
Reno, City of (TX) (Parker County)
Reno, City of (TX) (Tarrant County)
Rhome, City of (TX)
Rice Hospital District (TX)
Rice Independent School District (TX)
Rice, City of (TX)
Richardson Independent School District
(TX)
Richardson, City of (TX)
Richland Hills Crime Control District (TX)
Richland Hills, City of (TX)
Richland, Town of (TX)
Richmond, City of (TX)
Richwood Crime Control & Prevention
District (TX)
Richwood, City of (TX)
Riesel Independent School District (TX)
Riesel, City of (TX)
Rio Bravo, City of (TX)
Rio Grande City, City of (TX)
Rio Hondo Municipal Development District
(TX)
Rio Hondo, City of (TX)
Rio Vista Independent School District (TX)
Rio Vista, City of (TX)
Rising Star Independent School District
(TX)
Rising Star, Town of (TX)
River Oaks Crime Control District (TX)
Rivercrest Independent School District (TX)

Roanoke, City of (TX)
Roaring Springs, Town of (TX)
Robert Lee, City of (TX)
Robertson County (TX)
Robertson County RFD (TX)
Robinson Independent School District (TX)
Robinson, City of (TX)
Robstown, City of (TX)
Roby Independent School District (TX)
Roby, City of (TX)
Rochester, Town of (TX)
Rockdale Independent School District (TX)
Rockdale Municipal Development District (TX)
Rockdale, City of (TX)
Rockport, City of (TX)
Rocksprings, Town of (TX)
Rockwall County (TX)
Rockwall County Asst District (TX)
Rockwall Independent School District (TX)
Rockwall, City of (TX)
Rogers Independent School District (TX)
Rogers, Town of (TX)
Rolling Plains WD (TX)
Rollingwood, City of (TX)
Roma, City of (TX)
Roscoe Independent School District (TX)
Roscoe, City of (TX)
Rosebud, City of (TX)
Rosebud-Lott Independent School District (TX)
Rosenberg, City of (TX)
Rosser, Village of (TX)
Rotan, City of (TX)
Round Rock Independent School District (TX)
Round Rock, City of (TX)
Rowlett, City of (TX)
Roxton Independent School District (TX)
Roxton, City of (TX)
Royse City Independent School District (TX)
Royse City, City of (TX)
Rule, Town of (TX)
Runaway Bay, City of (TX)
Runge, Town of (TX)

Runnels County (TX)
Rural Fire District #01 (TX)
Rusk County (TX)
Rusk County ESD #1 (TX)
Rusk County GWC District (TX)
Rusk Independent School District (TX)
Rusk, City of (TX)
Sabinal, City of (TX)
Sabine County (TX)
Sachse, City of (TX)
Sadler, City of (TX)
Saginaw Crime Control (TX)
Saginaw, City of (TX)
Saint Jo, City of (TX)
Saint Paul, Town of (TX)
Salado Independent School District (TX)
Salado Library District (TX)
Salado, Village of (TX)
Salder-Southmayd Independent School District (TX)
Saltillo Independent School District (TX)
Sam Rayburn Independent School District (TX)
San Angelo Independent School District (TX)
San Angelo, City of (TX)
San Antonio Advanced Transportation District (TX)
San Antonio Metropolitan Transit Authority (TX)
San Antonio, City of (TX)
San Benito, City of (TX)
San Diego Municipal Development District (TX)
San Diego, City of (TX)
San Felipe, City of (TX)
San Jacinto County (TX)
San Jacinto Jr. College (TX)
San Juan, City of (TX)
San Marcos, City of (TX)
San Saba County (TX)
San Saba, Town of (TX)
Sanctuary, Town of (TX)
Sands Independent School District (TX)
Sanger Independent School District (TX)
Sanger, City of (TX)

Sansom Park Crime Control District (TX)
Santa Anna Independent School District (TX)
Santa Anna, Town of (TX)
Santa Clara, City of (TX)
Santa Fe, City of (TX)
Santa Rita UWCD (TX)
Santa Rosa, Town of (TX)
Santo Independent School District (TX)
Savoy Independent School District (TX)
Savoy, City of (TX)
Schertz, City of (TX)
Schleicher County (TX)
Schleicher County Health Services (TX)
School Equalization (TX)
Scurry County (TX)
Scurry County Hospital District (TX)
Scurry, Town of (TX)
Scurry-Rosser Independent School District (TX)
Seabrook Crime Control (TX)
Seabrook, City of (TX)
Seadrift, City of (TX)
Sealy, City of (TX)
Seguin, City of (TX)
Seis Lagos MUD (TX)
Selma Municipal Development (TX)
Selma, City of (TX)
Seminole Independent School District (TX)
Seminole Memorial Hospital District (TX)
Seminole, City of (TX)
Seven Points, City of (TX)
Seymour Independent School District (TX)
Seymour, City of (TX)
Shackelford County (TX)
Shackelford County Hospital District (TX)
Shady Shores, Town of (TX)
Shavano Park Crime Control (TX)
Shavano Park, City of (TX)
Sherman Independent School District (TX)
Sherman, City of (TX)
Shoreacres, City of (TX)
Simonton, City of (TX)
Sinton, City of (TX)
Sivells Bend Independent School District (TX)

Slidell Independent School District (TX)
Slocum Independent School District (TX)
Smiley, City of (TX)
Smith County ESD #1 (TX)
Smith County ESD #2 (TX)
Smith County MUD #1 (TX)
Smithville, City of (TX)
Snyder Independent School District (TX)
Snyder, City of (TX)
Somervell County (TX)
Sonora, City of (TX)
South Houston Crime Control District (TX)
South Houston, City of (TX)
South Limestone Hospital District (TX)
South Padre Island, Town of (TX)
South Plains Water District (TX)
Southeast Leon County ESD #1 (TX)
Southlake Crime Control (TX)
Southmayd, City of (TX)
Southside Place, City of (TX)
Southwest Leon County ESD #2 (TX)
Spectrum Management District (TX)
Spring Valley Village, City of (TX)
Springtown Independent School District (TX)
Springtown, City of (TX)
Spur, City of (TX)
Stafford, City of (TX)
Stagecoach, Town of (TX)
Stamford Hospital District (TX)
Stamford Independent School District (TX)
Stamford, City of (TX)
Stanton Independent School District (TX)
Stanton, City of (TX)
Starr Independent School District (TX)
Stephens County (TX)
Stephenville Independent School District (TX)
Stephenville, City of (TX)
Sterling City Independent School District (TX)
Sterling City, City of (TX)
Sterling County (TX)
Sterling UWCD (TX)
Strawn Independent School District (TX)
Strawn, City of (TX)

Streetman, Town of (TX)
Sugar Land, City of (TX)
Sullivan City Crime Control District (TX)
Sullivan City, City of (TX)
Sulphur Bluff Independent School District (TX)
Sulphur Springs Independent School District (TX)
Sulphur Springs, City of (TX)
Sunnyvale Independent School District (TX)
Sunnyvale, Town of (TX)
Sunset, City of (TX)
Surfside Beach, City of (TX)
Sweeny, City of (TX)
Sweetwater Independent School District (TX)
Sweetwater, City of (TX)
Swisher County (TX)
Taft, City of (TX)
Tahoka, City of (TX)
Talco, City of (TX)
Tarrant County Hospital District (TX)
Tarrant County Jr. College (TX)
Tarrant County Regional Water District #1 (TX)
Tatum Independent School District (TX)
Tatum, City of (TX)
Taylor County (TX)
Taylor Independent School District (TX)
Taylor Lake Village, City of (TX)
Taylor, City of (TX)
Teague Hospital District (TX)
Teague Independent School District (TX)
Teague, City of (TX)
Tehuacana WCID #1 (TX)
Tehuacana, Town of (TX)
Temple Health & Bioscience EDD (TX)
Temple Independent School District (TX)
Temple Junior College District (TX)
Temple, City of (TX)
Terrell County (TX)
Terrell Hills, City of (TX)
Terrell Independent School District (TX)
Terrell, City of (TX)
Terry County (TX)
Terry Hospital District (TX)

Texarkana, City of (TX)
Texas City, City of (TX)
Thompsons, Town of (TX)
Thorndale Independent School District (TX)
Thorndale, City of (TX)
Thornton, Town of (TX)
Thorntonville, Town of (TX)
Thrall Independent School District (TX)
Thrall, City of (TX)
Three Rivers, City of (TX)
Three Way Independent School District (TX)
Throckmorton County (TX)
Throckmorton Independent School District (TX)
Throckmorton, Town of (TX)
Tiki Island, Village of (TX)
Timpson Public Library (TX)
Tioga, Town of (TX)
Titus County (TX)
Toco, City of (TX)
Tolar Independent School District (TX)
Tolar, City of (TX)
Tom Bean Independent School District (TX)
Tom Bean, City of (TX)
Tom County (TX)
Tom Green County (TX)
Tomball, City of (TX)
Tool, City of (TX)
Toyah, Town of (TX)
Travis County (TX)
Travis County ESD #12 (TX)
Travis County ESD 11 (TX)
Travis County ESD 2 (TX)
Travis County ESD 3 (TX)
Travis County ESD 4 (TX)
Travis County ESD 5 (TX)
Travis County ESD 8 (TX)
Travis County Hospital District (TX)
Trent Independent School District (TX)
Trent, Town of (TX)
Trenton Independent School District (TX)
Trenton, City of (TX)
Tri-County Groundwater Conservation District (TX)
Trinidad Independent School District (TX)

Trinidad, City of (TX)
Trinity County (TX)
Trinity Valley Community College - Frankston (TX)
Trinity Valley Community College - Henderson (TX)
Trinity Valley Community College - Kaufman (TX)
Trinity Valley Community College - La Poynor (TX)
Trinity Valley Community College - Palestine (TX)
Trinity Valley Community College (TX)
Trophy Club ESD (TX)
Trophy Club MUD #1 (TX)
Trophy Club, Town of (TX)
Troup Independent School District (TX)
Troy Independent School District (TX)
Troy, City of (TX)
Tulia, City of (TX)
Turkey, City of (TX)
Tuscola, City of (TX)
Tye, City of (TX)
Tyler County (TX)
Tyler Independent School District (TX)
Tyler Jr. College District (TX)
Tyler, City of (TX)
Union Valley, City of (TX)
Universal City, City of (TX)
University Park, City of (TX)
Upper Brushy Creek WCID #1A (TX)
Upshur County (TX)
Upton County (TX)
Upton County FD #1 - Rankin (TX)
Upton County FD #2 - McCamey (TX)
Upton County Water District (TX)
Uptown Standard PID (TX)
Uvalde County (TX)
Uvalde County Health Services (TX)
Uvalde, City of (TX)
Val Verde County (TX)
Valley Creek WCD (TX)
Valley Mills, City of (TX)
Valley View Independent School District (TX)
Valley View, Town of (TX)

Valwood Improvement Authority (TX)
Van Alstyne Independent School District (TX)
Van Alstyne, City of (TX)
Van Horn, Town of (TX)
Van Independent School District (TX)
Van Zandt County (TX)
Van, City of (TX)
Venus Independent School District (TX)
Venus, Town of (TX)
Vernon Independent School District (TX)
Vernon Regional Jr. College District (TX)
Vernon, City of (TX)
Vickery Meadows Standard PID (TX)
Victoria County (TX)
Victoria, City of (TX)
Vidor, City of (TX)
VZC ESD #1 (Mabank) (TX)
VZC ESD #2 (Grand Saline) (TX)
Waco Independent School District (TX)
Walker County (TX)
Wall Independent School District (TX)
Waller County (TX)
Waller, City of (TX)
Waller-Harris ESD #200 (TX)
Wallis, City of (TX)
Walnut Springs Independent School District (TX)
Walnut Springs, City of (TX)
Ward County (TX)
Ward County WD #2 (TX)
Washington County (TX)
Waskom, City of (TX)
Waste Disposal District (TX)
Watauga Crime Control District (TX)
Watauga, City of (TX)
Water Valley Independent School District (TX)
Waxahachie Independent School District (TX)
Waxahachie, City of (TX)
Weatherford Independent School District (TX)
Weatherford Jr. College District (TX)
Weatherford, City of (TX)
Webb County (TX)

Webster, City of (TX)
Weinert, City of (TX)
Weir, City of (TX)
Wellington, City of (TX)
Wells Branch Library District (TX)
Wells Independent School District (TX)
Wells, Town of (TX)
Wes Tex Groundwater (TX)
Weslaco, City of (TX)
West Columbia, City of (TX)
West Independent School District (TX)
West Lake Hills, City of (TX)
West PID (TX)
West Rusk Independent School District (TX)
West Tawakoni, City of (TX)
West University Place, City of (TX)
West, City of (TX)
Westbank Library District (TX)
Westbrook Independent School District (TX)
Westbrook, City of (TX)
Western Texas College District (TX)
Westlake, Town of (TX)
Westover Hills, Town of (TX)
Westwood Independent School District (TX)
Westwood Magnolia Parkway Improvement District (TX)
Westworth Village Crime Control District (TX)
Westworth Village, City of (TX)
Wharton County (TX)
Wharton, City of (TX)
White Oak, City of (TX)
White Settlement Crime Control District (TX)
White Settlement Independent School District (TX)
White Settlement, City of (TX)
Whitehouse Independent School District (TX)
Whitehouse, City of (TX)
Whitesboro Independent School District (TX)
Whitesboro, City of (TX)

Whitewright Independent School District (TX)
Whitewright, Town of (TX)
Whitney Independent School District (TX)
Whitney, Town of (TX)
Wichita County (TX)
Wichita County WID #2 (TX)
Wichita Falls Independent School District (TX)
Wichita Falls, City of (TX)
Wickett, Town of (TX)
Wilbarger County (TX)
Wilbarger General Hospital District (TX)
Williamson County ESD #10 (TX)
Williamson County ESD #3 (TX)
Williamson County ESD #5 (TX)
Williamson County ESD #7 (TX)
Williamson County ESD #8 (TX)
Williamson County ESD #9 (TX)
Williamson County MUD #10 (TX)
Williamson County MUD #11 (TX)
Willow Park, City of (TX)
Wills Point Independent School District (TX)
Wilmer, City of (TX)
Wimberley Village Library (TX)
Windcrest Crime Control & Prevention District (TX)
Windcrest, City of (TX)
Windom, Town of (TX)
Windthorst Independent School District (TX)
Winfield Independent School District (TX)
Winfield, City of (TX)
Wink, City of (TX)
Winkler County (TX)
Winkler County Health Services (TX)
Wink-Loving Independent School District (TX)
Winnie Stowell Hospital District (TX)
Winona Independent School District (TX)
Winters Independent School District (TX)
Winters, City of (TX)
Wise County (TX)
Wise County ESD #1 (TX)
Wise County WCID #1 (TX)

Wise County WSD #2 (TX)
Wolfe City Independent School District
(TX)
Wolfe City, City of (TX)
Wood County (TX)
Woodcreek, City of (TX)
Wooden Independent School District (TX)
Woodlands Township EDZ, The (TX)
Woodlands Township, The (TX)
Woodsboro, Town of (TX)
Woodson Independent School District (TX)
Woodson, Town of (TX)
Woodville, Town of (TX)
Woodway, City of (TX)
Wortham Independent School District (TX)
Wortham, Town of (TX)
Wylie Independent School District (TX)
Wylie, City of (TX)
Yantis Independent School District (TX)
Yantis, Town of (TX)
Yoakum, City of (TX)
Yorktown, City of (TX)
Young County (TX)
Zavalla Independent School District (TX)
Zavalla, City of (TX)
Zephyr Independent School District (TX)
Adams County (CO)
Arapahoe County (CO)
Baca County (CO)
Bent County (CO)
Boulder County (CO)

Broomfield County (CO)
Broomfield, City of (CO)
Denver County (CO)
Douglas County (CO)
El Paso County (CO)
Huerfano County (CO)
Indiana, State of
Jefferson County (CO)
Larimer County (CO)
Las Animas County (CO)
Logan County (CO)
Missouri, State of
Morgan County (CO)
Nebraska, State of
Otero County (CO)
Prowers County (CO)
Pueblo County (CO)
Washington County (CO)
Weld County (CO)
Wyoming, State of
Yuma County (CO)
Arkansas, State of
Chambers-Liberty County (TX)
Graham Hospital District (TX)
Grapevine Area Tax Office (TX)
Harris County Department of Education
(TX)
Iowa Park CISD (TX)
Mesquite Tax Fund (TX)
NE TX Community Jr. College (TX)

**Schedule 1(y)**

**Top 50 Unsecured Creditors**

Accenture
AEP Energy Services, Inc.
AEP North
AEP-North (WTUT)
Alcoa
Alstom
Capgemini North America Inc.
Centerpoint Energy Services Inc.
Customer Incentives
Data Systems & Solutions
Deloitte & Touche
Devon Gas Services LP
Energy Transfer
EPRI (Energy Power Research Institute)
Flanders Electric Inc.
FLSmidth Airtech Inc.
Frisco Construction Services
Grainger
Headwaters
Kansas City Southern (KCS) Railway
Law Debenture Trust Company of New York
Natural Gas Exchange Inc.
NF Urenco Enrichmt
Pension Benefit Guaranty Corp.
Red River Environmental Products
Shaw Maintenance (CB&I)
Siemens Power Generation Inc.
Texas-New Mexico Power Co.
Total Gas & Power North America Inc.
TPUSA
Venture Aggregates LLC
Warfab
Waste Control Specialists LLC (WCS)
American Stock Transfer & Trust Co. LC
Generator & Motors Services Inc.
UMB Bank NA

**Schedule 1(z)**

**Unions**

International Brotherhood of Electrical Workers (IBEW)
International Brotherhood Of Electrical Workers Local No. 2078
International Brotherhood Of Electrical Workers Local No. 220
International Brotherhood Of Electrical Workers Local No. 2337

## Schedule 1(aa)

## United States Trustee and Court Personnel
## for the District of Delaware

Attix, Lauren
Bello, Rachel
Bird, David D.
Buchbinder, David
Capp, Laurie
Carey, Kevin J.
DeAngelis, Roberta A.
Dortch, Shakima L.
Farrell, Catherine
Fox, Timothy J., Jr.
Gadson, Danielle
Giordano, Diane
Green, Christine
Gross, Kevin
Grottini, Donna
Hackman, Benjamin
Haney, Laura
Heck, Jeffrey
Hunt, Nancy
Johnson, Lora
Kenney, Mark
Leamy, Jane
Marvel, Ivone
Murray, Tony
O'Malley, James R.
Panacio, Michael
Patton, Tiiara
Sarkessian, Juliet
Scaruzzi, Sherry
Schepacarter, Richard
Shannon, Brendan L.
Sontchi, Christopher S.
Szymanski, Cheryl
Tinker, T. Patrick
Vinson, Ramona
Walker, Jill
Walrath, Mary F.
Walsh, Peter J.
Werkheiser, Rachel
West, Michael
Wynn, Dion

**Schedule 1(bb)**

**Utilities**

1stel Inc.
Abilene Regional Landfill
AEP Texas Central Co.
Allied Waste Services #069
Allied Waste Services #794
American Messaging
Aqua Water Supply Corp.
AT&T Mobility
AT&T Mobility LLC
AT&T Opus Billing Department
BCS Stop & Go
Bi-County Water Supply Corp.
Bi-County Water Supply Inc.
Bluebonnet Electric Coop Inc.
Bowie-Cass Electric Cooperative
Bullard
Bullard Inc.
Centerpoint Energy Houston
Centerpoint Energy Inc.
Clean Harbors
Colorado River Municipal Water
Colorado River Municipal Water District
Commercial Metals Co.
Crims Chapel Water Supply Corp.
Direct Energy Business
Dish Network
Duncan Disposal
Duncan Disposal #688
Eastex
Effective Environmental
EOL Water Supply Corp.
Eola Water Supply Corp.
Fairplay Water Supply Corp.
Fort Worth Water Department (TX)
Glen Rose Water Department, City of (TX)
Graham Water Department, City of (TX)
Granbury Municipal Utilities, City of (TX)
Granbury Municipal, City of (TX)
H&H Water Supply Corp.
Inter-County Communications Inc.
Lower Colorado River Authority
Mexia Landfill
Mid East Texas Groundwater Conservation
Midstate Environmental
Midstate Environmental Services

Midstate Environmental United
Mitchell County Utility (TX)
Mitchell County Utility Co.
Navarro County Electric Coop Inc.
Navasota Valley Electric
Nueces Electric Cooperative
Pleasant Oaks Landfill TX LP
Port-A-Jon
Progress Energy
Progress Energy Carolinas Inc.
Progressive Waste Solutions
Progressive Waste Solutions of Texas
Republic Services
Robertson County Water (TX)
Robertson County Water Supply
Robertson County Water Supply Corp.
Rock Hill Water Supply Corp.
SET Environmental
Sharyland Utilities LP
Sheryland
Southwest Fannin County (TX)
Southwest Fannin County Water Supply Corp.
Southwestern Electric Power
Starboard Environmental Audit
Starboard Environmental Audit Services Inc.
Stryker Lake WSC
Suddenlink
Sweetwater Water Department, City of (TX)
Texas Disposal Services
Time Warner
Tri Special Utility District
Tri-County Electric Cooperative Inc.
Trinidad Water Department, City of (TX)
United Recycler Services Inc.
United Recyclers Services of Texas LP
Universal Recycling Technologies
Universal Vacuum Services
Upshur Rural Electric Co-Op
Waste Management
Waste Management Lewisville Hauling
Windstream Communications
Wood County Electric
Wood County Electric Cooperative Inc.

**Schedule 1(cc)**

**TCEH First Lien Credit Agreement Parties**

0934594 BC Unlimited Liability Co.
2367 Western Asset Management High Income Portfolio Inc.
3023 - VRS Bank Loan Portfolio (Western Asset Management)
Abclo 2007-1 Ltd. (Alliance Bernstein)
Aberdeen Loan Funding Ltd. (Highland Capital)
Absolute Strategies Fund Total Return
ACA CLO 2005-1 Ltd.
ACA CLO 2006-1 Ltd.
ACA Management LLC
ACP Master Ltd. (Aurelius Capital Management LP)
Advanced Series Trust AST Franklin Templeton Founding Funds Allocation Portfolio
Advanced Series Trust AST High Yield Portfolio (JP Morgan Asset Management-Cincinnati)
Advanced Series Trust AST JP Morgan Global Thematic Portfolio
Advanced Series Trust AST JP Morgan Strategic Opportunities Portfolio (JPMorgan Asset Management)
Advstrahy - Fidelity Advisor Series II: Strategic Income Fund (Fidelity)
Aegon Custody BV RE MM High Yield Fund (Wellington Management Co. LLP)
AFR - Fidelity Advisor Series I: Fidelity Advisor Floating Rate High Income Fund (Fidelity)
AG Diversified Credit Strategies Master LP (Angelo Gordon)
AG Global Debt Strategy Partners LP (Angelo Gordon)
AG Super Fund International Partners LP (Angelo Gordon)
Ahab Capital
Ahab Opportunities LP
Aimco CLO Series 2005-A (Allstate Life Insurance Co.)
ALC - Fidelity Advisor Series I Fidelity Advisor Leveraged Co. Stock Fund
Alcentra NY LLC

Allianz Global US
Allstate Life Insurance
Alzette European CLO SA (Invesco Senior Secured Mgmt Inc.)
American Bar Assoc Members/Statestr Collective Trust
American Funds Insurance Series - A Allocation Fund
American Funds Insurance Series - G Bond Fund
American International Group Inc (Pinebridge Investments LLC)
American Money Management
Ammc CLO V Ltd. (American Money Management)
Ammc CLO VI Ltd.
Ammc VII Ltd.
Amundi Funds Bonds US Opportunistic Core Plus
Andromeda Global Credit Fund Ltd.
APG Fixed Income
Apidos CDO II
Apidos CDO III
Apidos Quattro CDO (Fka Apidos Quattro CDO)
Apollo Credit Funding I Ltd. (Fka Stone Tower Credit Funding I Ltd.)
Apollo Credit Liquidity Fund LP
Apollo Global Management
Apollo SK Strategic Investments LP
Apollo Special Opportunities Managed Account LP (Apollo Capital)
Arch Coal Inc. Retirement Account Plan
Arch Reinsurance Ltd. (Oaktree Capital Management LP)
Arch Street Funding LLC
Ares Institutional Loan Fund BV
Ares Strategic Investment Partners III LP (Ares Management)
Ares Strategic Investment Partners Ltd. (Ares Strategic Investment Mgmt LLC)
Ares XII CLO Ltd.
Ares XXII CLO Ltd. (Fka Clydesdale CLO 2007 Ltd.)
Arizona State Retirement System (Credit

Suisse Alternative Capital Inc.)
Arrowood Indemnity Co. (Invesco Senior Secured Management Inc.)
Arrowood Indemnity Co. as Administrator for the Pension Plan of Arrowood Indemnity Co. (Invesco)
Artio Global High Income Fund LLC (Fka Julius Baer Institutional Global High Income Fund) (Artio Global Management LLC)
Artio Global High Income Group Trust Fund (Fka Julius Baer Global High Group Trust Fund) (Artio Global Management LLC)
Artio Global Management
AST Advanced Strategies Portfolio (US Fixed Income)
Atrium IV (Credit Suisse Asset Manager)
Aucara Heights Inc.
Aurelius Capital
Aurelius Capital Master Ltd. (Aurelius Capital Management LP)
Aurelius Opportunities Fund II LLC (Aurelius Capital Management LP)
Avenue CLO Fund Ltd. (Avenue)
Avenue CLO II Ltd. (Avenue)
Avenue CLO III Ltd. (Avenue)
Avenue Credit Strategies Fund
BA/CScredit 1 LLC (Credit Suisse Alternative Capital Inc.)
Babson Capital Floating Rate Income Master Fund LP (Babson Capital)
Babson Capital Loan Strategies Master Fund LP Dba Loan Strategies Funding LLC (Babson Capital)
Babson CLO Ltd. 2005-I (Babson Capital)
Babson CLO Ltd. 2005-II (Babson Capital)
Babson CLO Ltd. 2005-III (Babon Capital)
Babson CLO Ltd. 2006-I (Babson Capital)
Babson CLO Ltd. 2007-I (Babson Capital)
Bakery & Confectionery Union & Industrial Int'l
Balc - Ballyrock CLO II Ltd. (Fidelity)
Ballantyne Funding LLC (Bank of America)
Bally 3 - Ballyrock CLO III Ltd. (Fidelity)
Ballyrock CLO 2006-2 Ltd.

Baptist Health South Florida Inc.
Barclays
Battalion CLO 2007-I Ltd. (Brigade Capital Management LLC)
Battery Park High Yield Opportunity Master Fund Ltd.
BBT Capital Management
BBT Fund LP (Talek)
BBT Master Fund LP (Fka Cap Fund LP)
Beach Point Loan Master Fund LP Fka Post Leveraged Loan Master Fund LP (Beach Point Capital)
Beach Point Strategic Master Fund LP (Fka Post Strategic Master Fund LP)
Beach Point Total Return Master Fund LP (Fka Post Total Return Master Fund LP) (Beach Point Capital)
Belhurst CLO Ltd. (Fka Avalon Capital Ltd.) (Invesco Senior Secured Mgmt Inc)
Bell Atlantic Master Trust (Crescent Capital Group LP)
Bennett Management
Bentham Wholesale Global Income Fund (Fka Credit Suisse Global Hybrid Income Fund)
Bentham Wholesale Syndicated Loan Fund (Fka Credit Suisse Syndicated Loan Fund) (Credit Suisse Alternative Capital Inc.)
Big River Group Fund SPC Ltd. (Brigade Capital Management LLC)
Black Diamond Capital
Black Diamond CLO 2005-1 Ltd. (Black Diamond Capital Mgmt)
Black Diamond CLO 2005-2 Ltd. (Fka 383 Madison Funding) (Black Diamond Capital Mgmt)
Black Diamond CLO 2006-1 (Cayman) L (Black Diamond Capital Mgmt)
Blackrock Financial
Blackstone/GSO Long-Short Credit Income Fund (Blackstone Debt Advisors (GSO Capital Partners))
BLT 36 LLC Credit Suisse Capital LLC
Blue Cross of Idaho Health Service Inc.
Bluemountain Capital
Bluemountain CLO III Ltd.

Boston Harbor CLO 2004-1 (Putnam)
Brentwood CLO Ltd. (Highland Capital Management)
BRF Senior Income LP (Bennet Management Corp.)
Bridgeport CLO II Ltd. (CIFC Deerfield)
Bridgeport CLO Ltd. (CIFC Deerfield)
Brigade Capital
Brigade Credit Fund I Ltd. Brigade Capital Mgmt)
Brigade Credit Fund II Ltd. (Brigade Capital Mgmt)
Brigade Distressed Value Master Fund Ltd. (Brigade Capital Management LLC)
Brigade Leveraged Capital Structures Fund Ltd. (Brigade Capital Management LLC)
Broad Street Funding LLC (GSO/Blackstone Debt Funds Management LLC)
Brookfield Investment
CAI Distressed Debt Opportunity Master Fund Ltd.(Citigroup Alternative Investments LLC)
California State Automobile Association Inter-Insurance Bureau (Oak Tree Capital Mgmt LP)
California State Teachers' Retirement System (Artio Global)
Callidus Debt Partners CLO Fund III (GSO/Black Stone Debt Funds Management LLC)
Callidus Debt Partners CLO Fund IV Ltd. (GSO/Blackstone Debt Funds Management LLC)
Callidus Debt Partners CLO Fund VII Ltd. (GSO/Black Stone Debt Funds Management LLC)
Callidus Debt Prtnrs CLO Fund V Ltd. (GSO/Blackstone Debt Funds Management LLC)
Callidus Debt Prtnrs CLO Fund VI Lt (GSO/Black Stone Debt Funds Management LLC)
Cannington Funding Ltd. (Silvermine Capital)
Canyon Capital CLO 2006-1 Ltd. (Canyon Capital)
Canyon Capital CLO 2007-1 Ltd. (Canyon Capital)
Canyon Partners
Capital Guardian US High-Yield Fixed-Income Master Fund (Capital Research & Mgmt Co.)
Capital World Bond Fund
Carl Marks Strategic Investments LP (Carl Marks)
Carlyle Arnage CLO Ltd. (Fka Stanfield Arnage CLO Ltd.) (Carlyle Investment Management LLC)
Carlyle Azure CLO Ltd. (Fka Stanfield Azure CLO Ltd.) (Carlyle Investment Management LLC)
Carlyle Bristol CLO Ltd. (Fka Stanfield Bristol CLO Ltd.) (Carlyle Investment Management LLC)
Carlyle Daytona CLO Ltd. (Fka Stanfield Daytona CLO Ltd.) (Carlyle Investment Management LLC)
Carlyle High Yield Partners IX Ltd. (Carlye Partners)
Carlyle High Yield Partners VII Ltd. (Carlyle)
Carlyle High Yield Partners X Ltd.
Carlyle Investment
Carlyle McLaren CLO Ltd. (Fka Stanfield Mclaren CLO Ltd.) (Carlyle Investment Management LLC)
Carlyle Veyron CLO Ltd. (Fka Stanfield Veyron CLO Ltd.) (Carlyle Investment Management LLC)
Castle Garden Funding (Credit Suisse Asset Manager)
Castle Hill Fixed Income Opportunity Fund Sarl (Fka Ignis Fixed Income Opportunities SARL)
Castlerigg Master Investment Ltd. C/O Sandell Asset Mgmt Corp.
Caterpillar Financial
Caywood Scholl Capital
Cent CDO 14 Ltd.
Centerbridge Special Credit Partners LP (Centerbridge Credit Advisors LLC)

Central Park CLO Ltd.
Central States Southeast & Southwest Areas
Health & Welfare Fund (Stone Harbor)
Central States Southeast & Southwest Areas
Pension Fund (Oaktree) (Oaktree Capital
Management LP)
CFIM Hybrid Tri-Asset Fund (JPMorgan
Asset Management-Cincinnati)
Chatham Light II CLO Ltd.
Childrens Healthcare of Atlanta Inc (Invesco
Senior Secured Management Inc.)
Chimney Rock Investments
Chimney Rock Value Fund LP
Chrysler LLC Master Retirement Trust
(Oaktree) (Oaktree Capital Management LP)
CIFC Funding 2006-1 Ltd. (CIFC Deerfield)
CIFC Funding 2006-1B Ltd. (CIFC
Deerfield)
CIFC Funding 2006-II Ltd. (CIFC
Deerfield)
CIFC Funding 2007-1 Ltd.
CIFC Funding 2007-II Fka CIFC Funding
2006-III Ltd. (CIFC Deerfield)
CIFC Funding 2007-III Ltd. (CIFC
Deerfield)
Citadel Securities Trading LLC (Citadel
Securities)
Citigroup Financial Products Inc (Fka
Salomon Brothers Holding Co. Inc.)
Citigroup Global Markets
Clarenville CDO SA (Pimco)
Club Pension Plan (Fka Automobile ClUB
of Southern California Pension Plan)
(Oaktree Capital Management LP)
Clydesdale CLO 2003 Ltd. (Nomura)
CNI Charter Funds - Fixed Income
Opportunities Fund (Fka Rochdale Fixed
Income Opportunities Portfolio)
Coa Caerus CLO Ltd. Fka Apidos CDO VI
(Fraser Sullivan)
Cobbs Creek LLC
Cole Brook CBNA Loan Funding LLC
Columbia Funds Series Trust II Columbia
Floating Rate Fund (Columbia Management
Investment Advisors LLC)
Columbia Funds Variable Series Trust II

Variable Portfolio Eaton Vance Floating
Rate Income Fund
Columbus Park CDO Ltd.
Commingled Pension Trust Fund (High
Yield) of JPMorgan Chase Bank NA (Fka
Commingled Pension Trust Fund (High
Yield Bond) of JPMC Bank NA)
Commonwealth International Fixed Interest
Fund 5
Comstock Funding Ltd. (Silvermine Capital)
Confluent 4 Ltd. (Loomis Sayles)
Connecticut Retirement Plans & Trust
Funds, State of (Fka State of Connecticut)
ConocoPhillips Master Trust (Stone Harbor)
Cornerstone CLO Ltd.
Corporate Debt Opportunities Fund LP
(Marathon Asset Management LP)
Credit Capital
Credit Suisse Alternative
Credit Suisse CI Branch
Credit Suisse Floating Rate High Income
Fund (Fka Credit Suisse High Income Fund)
(Credit Suisse Asset Management LLC
(CSAM))
Credit Suisse International Fka Credit
Suisse/First Boston
Crescent 1 LP
Crescent Alternative Credit Partners LP
(Fka TCW Absolute Return Credit Fund LP)
Crescent Senior Secured Floating Rate Loan
Fund LLC (Fka TCW Senior Secured
Floating Rate Loan Fund LP)
CSAM Funding II
CVF Lux Securities Trading Sarl (Carval
Investors LLC)
CVI GVF CLO 1 Ltd. (Carval Investors
LLC)
CWD OC 522 Master Fund Ltd.
Cyrus Capital Partners
Cyrus Opportunities Master Fund II Fka
OZF Credit Opp. Master Fund II
Cyrus Select Opportunities Master Fund
Ltd. (Cyrus Capital Partners LP)
Cyrus Special Strategies Master Fund LP
Dartmouth College, Trustees of (Wellington
Management Co. LLP)

DBSO Ltd. CDO Corp.
Del Mar CLO I Ltd.
Delaware Group Foundation Funds
Delaware Conservative Allocation Portfolio
Delaware Group Foundation Funds
Delaware Moderate Allocation Portfolio
(Delaware Investments)
Delaware Group Income Funds - Delaware
Diversified Floating Rate Fund (Delaware
Investments)
Delaware VIP Trust - Delaware VIP Ltd.-
Term Diversified Income Series (Delaware
Investments)
Deutsche Bank AG London Branch
(Deutsche)
Deutsche Bank AG New York Branch
Deutsche Bank AG, Cayman Islands Branch
(Deutsche)
Diversified Credit Portfolio Ltd. (Invesco
Senior Secured Mgmt Inc.)
DK Acquisition Partners
Double Haul Trading LLC (Apollo Global
Management LLC)
Dow Retirement Group Trust (Fka Dow
Employees Pension Plan)
Drawbridge Special Opportunities Fund Ltd.
(Fortress Investment)
D-Star Ltd. (Citigroup Alternative
Investments)
Duane Street CLO 1 Ltd. (Dimaop Ahmad)
DWS Enhanced Commodity Strategy Fund
(Deutsche Asset Management Inc.)
DWS Floating Rate Fund (Fka DWS
Floating Rate Plus Fund)
Eaton Vance CDO IX Ltd. (Eaton Vance)
Eaton Vance CDO VII plc
Eaton Vance CDO VIII Ltd. (Eaton Vance)
Eaton Vance CDO X plc
Eaton Vance Collective Investment Trust for
EBP Plans-High Yield Fund (Eaton Vance)
Eaton Vance Institutional Senior Lo Fund
(Eaton Vance)
Eaton Vance International (Cayman Islands)
Floating-Rate Income Portfolio (Fka Eaton
Vance Medallion Floating-Rate Income
Portfolio)

Eaton Vance International (Ireland) US
High Yield Bond Fund (Fka Eaton Vance
Emerald US High Yield Bond Fund)
Eaton Vance Ltd. Duration Income Fund
(Eaton Vance)
Eaton Vance Senior Floating-Rate Trust
(Eaton Vance)
Eaton Vance Senior Income Trust (Eaton
Vance)
Eaton Vance Short Duration Diversified
Income Fund (Eaton Vance)
Eaton Vance VT Floating-Rate Income
Fund (Eaton Vance)
Eaton Vance-Floating Rate Income Trust
(Eaton Vance)
ECP CLO 2008-1 Ltd. (Silvermine Capital)
Elliott Associates LP (Elliott International
Capital Advisors Inc.)
Elliott International LP (Elliott International
Capital Advisors Inc.)
Emerson Place CLO Ltd.
Employees' Retirement Fund of The City of
Dallas (Oaktree Capital Management LP)
Energy Future Holdings Corp (Fka TXU
Corp.) (Energy Future Holdings Corp.)
Ensign Peak Advisors Inc.
Essex Park CDO Ltd.
FCAHY - Fidelity Canadian Asset
Allocation Fund
FCBHY - Fidelity Canadian Balanced Fund
(Fidelity Investments Canada Ltd.)
FCEMB - Fidelity American High Yield
Fund Fidelity Investments Canada Ltd.
FCO MA II UB Securities LLC
(Drawbridge Special Opportunities Fund)
FCO MA III UB Securities LLC FCO MA
III LP
FCO MA LSS LP (Drawbridge Special
Opportunities Fund)
FCO MA Maple Leaf LP (Fortress
Investment Group LLC)
FCO MA ML Corp. (Fortress Investment
Group)
FCOF II UB Investments LLC (Fortress
Investment Group LLC)
FCOF II UB Securities LLC (Drawbridge

Special Opportunities Fund)
FCOF II UST LLC (Fortress Investment
Group)
FCOF UB Investments LLC (Fortress
Investment Group LLC)
FCOF UST LLC (Drawbridge Special
Opportunities Fund)
Fenwick Recovery Master Fund Inc.
(Shenkman Capital Management Inc)
Ferry Street I LLC
FGOY Securities Ltd. (Fortress Investment
Group LLC)
Fidelity - Fidelity Summer Street Trust -
Fidelity Cap & Income Fund
Fidelity Central Investment Portfolios LLC
Fidelity Floating Rate Central Fund
(Fidelity)
Fidelity Funds Sicav/Fidelity Funds -US
High Yield (Fidelity Investments)
Fidelity Summer Street Trust: Fidelity
Global High Income Fund (Fidelity
Investments)
Fidelity Summer Street Trust: Fidelity
Series Floating Rate High Income Fund
Fidelity Summer Street Trust: Fidelity
Series High Income Fund (Fidelity Service
Co.)
Fire & Police Employees' Retirement
System of The City of Baltimore (Mackay
Shields LLC)
First Trust Senior Floating Rate Income
Fund II (Fka First Trust/Four Corners Senior
Floating Rate Income Fund II) (First Trust
Advisors LP)
Flagship CLO IV (Deutsche Asset Mgmt)
Flagship CLO VI (Deutsche Asset Mgmt)
FM Leveraged Capital Fund I
Fonds Voor Gemene Rekening
Beroepsvervoer (Stichting
Bedrijfstakpensioenfonds Voor Het
Beroepsvervoer Over De Weg) (Oaktree)
Fore CLO Ltd. 2007-I
Fore Erisa Multi Strategy Fund Ltd.
Fore Multi Strategy Master Fund Ltd.
Fortress Credit Opportunities I LP (Fortress)
Fortress Investment

Forum Funds-Absolute Strategies Fund
Founders Grove CLO Ltd.
Franklin Custodian Funds Inc. Franklin
Income Fund
Franklin High Income Trust Franklin High
Income Fund
Franklin Mutual Advisers
Franklin Templeton Variable Insurance
Products Trust Franklin High Income
Securities Fund (Franklin)
Franklin Templeton Variable Insurance
Products Trust Franklin Income Securities
Fund
Franklin Universal Trust (Franklin Advisers
Inc.)
Fraser Sullivan CLO I Ltd.
Fraser Sullivan CLO II Ltd.
Fraser Sullivan CLO V Ltd. (Fka Coa CLO
2010-2 SUB CBNA LLC) (Fraser Sullivan
Investment Management)
Fraser Sullivan CLO VI Ltd. (Fraser
Sullivan Investment Management)
FSEP Term Funding LLC
FTS SIP Corp (Drawbridge Special
Opportunities Fund)
FTS SIP LP (Drawbridge Special
Opportunities Fund)
Galaxy CLO 2003-1 Ltd. (Pinebridge
Investments LLC)
Galaxy IV CLO Ltd. (Pinebridge
Investments LLC)
Galaxy IX CLO Ltd. (Pinebridge
Investments LLC)
Galaxy V CLO Ltd. (Pinebrige Investments
LLC)
Galaxy VI CLO Ltd.
Galaxy VII CLO Ltd. (Pinebridge
Investments LLC)
Galaxy VIII CLO Ltd. (Pinebridge
Investments LLC)
Galaxy X CLO Ltd. (Fka Galaxy XI CLO
Ltd.)
Gale Force 1 CLO Ltd.
Gale Force 2 CLO Ltd.
Gale Force 3 CLO Ltd.
Gale Force 4 CLO Ltd.

Gallatin CLO II 2005-1 Ltd. (Fka Grayston CLO 2001-1) (Ursamine)
Gateway CLO Ltd. (Fka Duane Street CLO V Ltd.)
General Motors Canadian Retirement Program For Salaried Employees, The
General Retirement System of The City of Detroit (Artio Global Management LLC)
GFCID Deleted - JPMorgan Core Plus Bond Fund
Gleneagles CLO Ltd. (Highland)
GM Canada Foreign Trust, The (Fka RBC Dexia Investor Services Trust)
Gold Coast Capital Subsidiary III Ltd.
Goldentree Loan Opportunities III Ltd. (Goldentree)
Goldentree Loan Opportunities IV Ltd. (Goldentree)
Goldentree Loan Opportunities V Ltd. (Goldentree)
Granite Bay Long/Short Credit Master Fund LP (Highland Capital Management LP)
Grant Grove CLO Ltd.
Grayson & Co (Fka Eaton Va - Grayson & Co. Fund)
Grayson CLO Ltd.
Great American Insurance Co. (American Money Management)
Great American Life Insurance Co. (American Money Management)
Great West Putnam High Yield Bond Fund (Fka Maxim Putnam High Yield Bond Portfolio of Maxim Series Fund Inc.)
Green Island CBNA Loan Funding LLC(Canaras Capital Management)
Greenbriar CLO Ltd. (Highland Capital Management)
Greens Creek Funding Ltd. (Silvermine Capital)
Greyrock CDO Ltd. (Sound Harbor Partners)
GSC Capital Corp Loan Funding 2005 1
GSC Group CDO Fund VIII Ltd. (Fka GSC Partners CDO Fund VIII Ltd.)
GSC Investment Corp CLO 2007 Ltd.
GSC Partners CDO Fund IV Ltd. (GSC Partners)
GSC Partners CDO Fund V Ltd. (Black Diamond Capital Management LLC)
GSC Partners CDO Fund VI Ltd.
Guggenheim Portfolio Co. X LLC (Mason Capital Management LLC)
Gulf Stream - Sextant CLO 2006-I Ltd. (Apollo Global Management LLC)
Gulf Stream Compass CLO 2005-II Ltd. (Apollo Global Management LLC)
Gulf Stream Compass Clo-2005-1 Ltd. (Apollo Global Management LLC)
Gulf Stream Sextant CLO 2007 1 Ltd.
Gulf Stream-Compass CLO 2007 Ltd. (Apollo Global Management LLC)
Gulf Stream-Rashinban CLO 2006-1 Ltd.
Halcyon Loan Investors CLO I Ltd. Estors CLO I Ltd.
Halcyon Loan Investors CLO II Ltd. An Invest CLO II Ltd.
Halcyon SAM. CLO 2008-II BV
Halcyon SAM. CLO I
Halcyon SAM. European CLO 2007-1 BV
Halcyon SAM. LS/SU 2007-1 Ltd. Fka
Halcyon SAM. LS/SU CLO II Ltd.
Halcyon SAM. LS/SU 2007-2 Ltd.
Harbourmaster Capital
Harbourmaster CLO 11 BV (Harbourmaster)
Harbourmaster CLO 7 BV (Harbourmaster )
Harch
Harch CLO II Ltd. (Harch Capital Mgmt)
Hartford Balanced Income Fund, The (Wellington Management Co.)
Hartford Floating Rate High Income Fund, The
Hartford Unconstrained Bond Fund, The
Harvard Management
Harvest CLO V plc (3i Debt Management Investments Ltd.)
Helios Advantage Income Fund Inc (Brookfield Investment Management Inc.)
Helios High Income Fund Inc. (Brookfield Investment Management Inc.)
Helios High Yield Fund (Fka 40/86 Strategic Income Fund)

Helios Multi Sector High Income Fund Inc.
(Brookfield Investment Management)
Helios Strategic Income Fund Inc.
(Brookfield Investment Management Inc.)
Hewett's Island CLO II Ltd.
Hewett's Island CLO III Ltd. (Cypresstree)
Hewett's Island CLO I-R Ltd. (Highland
Capital Management LP)
Hewetts Island CLO V Ltd. (CIFC
Deerfield)
Hewetts Island CLO VI Ltd. (CIFC
Deerfield)
Hewitt Ennisknupp Inc. (Fka Aon
Investment Consulting Inc.) (JPMorgan
Chase)
HICF2 - Fidelity Central Investment
Portfolios LLC: Fidelity High Income
Central Fund 2
High Income Opportunities Portfolio Fka
High Income Portfolio
Highland Capital
Highland Credit Opportunities CDO
Highland Iboxx Senior Loan ETF (Fka
Pyxis Iboxx Senior Loan ETF)
Highlander Euro CDO BV
Hillmark Funding Ltd.
Hudson Canyon Funding II Ltd. (Invesco
Senior Secured Mgmt Inc.)
Hudson Canyon Funding II Subsidiary
Holding Co. II LLC (Fka Hudson Canyon
CBNA Loan Funding LLC)
Hugheson Ltd. (Stone Harbor)
IBM Personal Pension Plan Trust (Ing
Investments Management Co)
IBM Personal Pension Plan Trust (Oaktree
Capital Management LP)
IBM Savings Plan Trust (Pimco)
IG Putnam US High Yield Income Fund
(Putnam Investments)
IGCHYS - Ig Fi Canadian Allocation Fund
(Fidelity)
Illinois State Board of Investment (Crescent
Capital Group LP)
IMRF- Illinois Municipal Retirement Fund
(Fidelity Service Co.)
Ing (L) Flex-Senior Loans (Fka Ing

International (II) - Senior Loans)
Ing Investment Management CLO I Ltd.
(Ing Investments)
Ing Investment Management CLO III Ltd.
(Ing Investments)
Ing Investment Management CLO IV Ltd.
(Ing Investments)
Ing Investment Management CLO V Ltd.
(Ing Investments)
Ing Investment Trust Co. Plan For
Employee Benefit Investment Funds- Senior
Loan Fund (Ing Investments)
Ing Investments
Ing Prime Rate Trust (Ing Investments)
Ing Senior Income Fund (Ing Investments)
International Monetary Fund Retired Staff
Benfits Investment Account (WR Huff
Asset Management Co. LLC)
International Monetary Fund Staff
Retirement Plan (WR Huff Asset
Management Co. LLC)
International Paper Co. Commingled
Investment Group Trust (Oaktree) (Oaktree
Capital Management LP)
International Paper Co. Commingled
Investment Group Trust (Wellington
Management Co. LLP)
Invesco Dynamic Credit Opportunities (Fka
Invesco Van Kampen Dynamic Credit
Opportunities Fund)
Invesco Floating Rate Fund (Fka Aim
Floating Rate Fund)
Invesco Senior Income Trust (Fka Invesco
Van Kampen Senior Income
Invesco Senior Loan Fund (Fka Invesco
Kampen Senior Loan Fund
Invesco Senior Secured
Invesco Zodiac Funds-Invesco US Senior
Loan Fund (Fka Invesco Funds III-Invesco
US Senior)
Investors Canadian High Yield Income Fund
(Putnam Investments)
Inwood Park CDO Ltd.
Iowa Public Employees Retirement System
(IPERS) (Oaktree Capital Management LP)
ISL Loan Trust (Ing Investments

Management)
ISL Loan Trust II
Ivy Funds Inc. - High Income Fund
Ivy Funds VIP High Income Fka W&R
Target Funds Inc-High Income Portfolio
(Waddell)
J. Caird Investors (Bermuda) LP
(Wellington Mgmt Comp)
J. Caird Partners LP (Wellington Mgmt
Comp)
Janus Capital Funds plc Janus US High
Yield Fund
Jasper CLO Ltd. (Highland Capital
Management)
Jaws Capital LP (Starwood)
Jefferies & Co. Inc.
Jefferies Capital
Jefferies Finance LLC
Jefferies Leveraged Credit Products LLC
Dba Jefferies High Yield Holdings LLC
JFIN CLO 2007 Ltd. (Babson Capital)
JHF II-Global High Yield Fund (Stone
Harbor Investment Partners LP)
JHF II-Multi Sector Bond Fund (Stone
Harbor Investment Partners LP)
JHYF 1 Loan Funding LLC Citibank NA
Dba (Jeffries High Yield)
JLP Stressed Credit Fund LP
John Hancock Fund II - Floating Rate
Income Fund (Western Asset Management)
JP Morgan Leveraged Loans Master Fund
LP (JP Morgan Asset Mgmt)
JP Morgan Whitefriars Inc
JPMorgan Chase Bank NA (JPM Chase)
JPMorgan Chase Bank NA as Trustee of
The JPMorgan Chase Retirement Plan
(JPMorgan Asset Management-Cincinnati)
JPMorgan Chase Bank NA as Trustee of
The JPMorgan Chase Retirement Plan
(JPMorgan Asset Mgmt)
JPMorgan Chase Retirement Plan
JPMorgan Tax Aware High Income Fund
Katonah VII CLO Ltd. (Katonah Debt
Advisors LLC)
Katonah VIII Ltd.
Katonah X CLO Ltd.

Kil Loan Funding LLC (Kilimanjaro
Advisors LLC)
Kilimanjaro Fund 1 LP (Kilimanjaro
Advisors LLC)
King Street Acquisition Co., Ll (King Street
Capital Management LP)
King Street Capital
Kingsland Capital
Kingsland I Ltd. (Kingsland Capital
Management)
KKR Financial CLO 2005 2 Ltd. (KKR
Financial Holdings LLC)
KKR Financial CLO 2005-1 Ltd.. (KKR
Financial Holding LLC)
KKR Financial CLO 2006-1 Ltd. (KKR
Financial Holding LLC)
KKR Financial CLO 2007-1 Ltd.
KKR Financial CLO 2007-A Ltd. (Kkr)
Kloiber Investments LLC (JPMorgan Asset
Management)
Knight Loans LLC (Knight Libertas LLC)
Kroger Co. Master Retirement Trust
KS Capital Partners LP
KS International Master Ltd.
Laborers' District Council & Contractors'
Pension
Laguna Funding LLC (Bank of America)
Landmark IV CDO Ltd. (Sound Harbor
Partners)
Landmark IX CDO Ltd. (Sound Harbor
Partners)
Landmark V CDO Ltd. (Sound Harbor
Partners)
Landmark VI CDO Ltd. (Sound Harbor
Partners)
Landmark VII CDO Ltd. (Sound Harbor
Partners)
Landmark VIII CLO Ltd. (Sound Harbor
Partners)
LaSalle Bank
Latitude CLO III Ltd.
LCS-Fidelity Securities Fund Fidelity
Leveraged Co. Stock Fund
Lehigh River LLC
Leveragesource III Sarl Leveragesource III
LP, The Sole Owner (Apollo Capital)

Liberty CLO (Highland)
Libertyview Loan Fund LLC (Liberty View Capital Managemant)
Libra Global Ltd. (Stone Harbor)
Life Insurance of The Southwest (Sentinel Asset Management)
Lightpoint CLO V Ltd. (Neuberger Berman)
Lightpoint CLO VII Ltd. (Neuberger Berman)
Lightpoint CLO VIII Ltd. (Neuberger Berman)
Limerock CLO I (Invesco Senior Secured Mgmt Inc.)
Lincoln National Life Insurance Co., Separate Account 20, The
Lincoln Variable Insurance Products Trust - LVIP Delaware Foundation Moderate Allocation (Delaware Investments)
Lincoln Variable Insurance Products Trust- The LVIP Delaware Foundation Conservative Allocation (Delaware Investments)
Loan Funding III (Delaware) LLC (Pimco) Fka Loan Funding III LLC
Loan Funding IV LLC (Highland)
Loan Funding VII LLC (Highland)
Lockheed Martin Corp. Master Retirement Trust (Blackrock)
Locust Street Funding LLC (Blackstone Debt Advisors (GSO Capital Partners))
Longhorn Credit Funding LLC (Highland Capital)
Loomis Sayles Bond Fund (Loomis Sayles)
Loomis Sayles CLO I Ltd. (Loomis Sayles)
Loomis Sayles Strategic Alpha Trust (Fka Loomis Sayles Absolute Strategies Trust)
Loomis Sayles Strategic Income Fund (Loomis Sayles)
Lord Abbett Bond Debenture Fund Inc.
Los Angeles County Employees Retirement Association (Brigade Capital Management LLC)
Louisiana State Employees' Retirement System (JP Morgan Asset)
Lucent Technologies Inc. Master Pension Trust (Oaktree) (Oaktree Capital

Management LP)
Lutetium Capital LP
Lutetium Portfolio Co. Ltd.
LVIP-JP Morgan High Yield Fund (JP Morgan Asset Management-Cincinatti)
Mac Capital Ltd.
Mackay Shields
Mackay Shields Defensive Bond Arbitrage Fund Ltd.(Mackay Shields LLC)
Macquerie Investment Management (Wellington)
Macys Inc. Defined Benefit Plans Master Trust (Wellington Management Co. LLP)
Madison Park Funding III Ltd.
Madison Park Funding IV Ltd. (Credit Suisse Asset Manager)
Madison Park Funding V Ltd.
Madison Park Funding VI Ltd.
Mainstay 130/30 High Yield Fund
Mainstay Floating Rate Fund A Series of Mainstay Funds Trust
Mainstay VP Floating Rate Portfolio A Series of Mainstay VP Funds Trust
Managed Accounts Master
Managed Accounts Master Fund Services Map 5
Maps CLO Fund II Ltd. (GSO/Black Stone Debt Funds Management LLC)
Marathon Asset Management
Marathon Blue Active Fund Ltd. (Marathon Asset Management)
Marathon CLO II Ltd. (Marathon Asset Management)
Marathon Credit Dislocation Fund LP (Marathon Asset Management LP)
Marathon Credit Opportunity Master Fund Ltd. (Marathon Asset Management LP)
Marathon Liquid Credit Long Short Fund (Marathon Asset Management)
Marksbury Investments LLC (JPMorgan Asset Management)
Marquette Park CLO Ltd. (CIFC Deerfield)
Mason Capital LP (Mason Capital Management)
Mason Capital Management
Master Trust Agreement Under Various

Employee Benefit Plans of Unilever United States Inc & Its Subsidiaries & Affiliates
Master Trust Bank of Japan Ltd. Re Fidelity US High Yield, The
MatlinPatterson Fund IV (Hedge) Master Account LP (Fka MatlinPatterson Distressed Opportunities Master Account LP)
Mayport CLO Ltd. (Pimco)
Mellon Bank NA Employee Benefit Fund Plan
Mercer Global High Yield Bond Fund
Mercer Park LP
Met Investors Series Trust -Met/Eaton Vance Floating Rate Portfolio (Eaton Vance Management)
Met Investors Series Trust-Pioneer Fund Portfolio
Metropolitan West Asset
Metropolitan West Strategic Income (Metropolitan West Asset Mgmt)
Metropolitan West Total Return Bond Fund (Metropolitan West Asset Mgmt)
Microsoft Global Finance Ltd. (Oaktree)
Midtown Acquisitions LP (Fka DK Acquisitions Partners LP)
Missouri Education Pension Trust (Fka The Public School Retirement System of Missouri)
MJX Asset Management
Momentum Capital Fund Ltd.. (Crescent Capital Group LP)
Montgomery County Employees Retirement System (Nomura Corporate Reaserch & Asset Management)
Monument Park CDO Ltd.
Moore Cap
Morgan Stanley Investment Management Croto (Invesco Senior Secured Management Inc.)
Morgan Stanley Senior
Moselle CLO SA (Invesco Senior Secured Mgmt Inc.)
Mountain View CLO II Ltd.
Mountain View CLO III Ltd.
MSD Value Investments LP (MSD Investments)

MSIM Peconic Bay Ltd. (Invesco Senior Secured Management)
Mt Wilson CLO II Ltd. (Western Asset Management)
Mt Wilson CLO Ltd. (Western Asset Management)
Muir Grove CLO Ltd.
Municipal Employees Retirement System of Michigan (Stone Harbor)
Musashi II Ltd. (WR Huff)
MV Credit Opportunity Fund LP (Marathon Asset Management)
NACM CLO I
Napier - Distressed
National Elevator Industry Pension Plan (Stone Harbor)
National Investment Services High Yield Fund LLC (Stone Harbor)
National Railroad Retirement Investment Trust - High Yield (JP Morgan Asset Mgmt)
Nautique Funding Ltd. (Invesco Senior Secured Mgmt Inc.)
NB Distressed Debt Investment Fund Ltd. (Neuberger Berman Fixed Income LLC)
NB Distressed Debt Master Fund LP (Neuberger Berman Fixed Income LLC)
Neptune Finance CCS Ltd. (Apollo Global Management LLC)
Neuberger Berman Fixed Income
Neuberger Berman High Income Bond Fund(Neuberger Berman Fixed Income)
Neuberger Berman High Income Fund LLC (Neuberger Berman Fixed Incomellc)
Neuberger Berman High Yield Bond Fund (Neuberger Berman Fixed Income LLC)
New York Group Trust, City of (Fka Wells Capital Management 25464400)
New York Life Insurance Co. (Guaranteed Products) (Mackay Shields)
New York Times Co. Pension Trust (Stone Harbor)
Nexpoint Credit Strategies Fund (Fka Pyxis Credit Strategies Fund)
NGM Insurance Co. (Wellington Management Co. LLP)
Nob Hill CLO Ltd.

Nomura Bond & Loan Fund (Nomura Corporate Research & Asset Management Inc.)
Nomura Corporate Funding Americas
Nomura Corporate Research & Asset Management Inc. (Nomura Corporate Research & Asset Management)
Nomura Partners Funds Inc. High Yield Fund
Nomura US Attractive Yield Corporate Bond Fund Mother Fund
Northrop Grumman Pension Master Trust
Nuveen Diversified Dividend & Inc Fund (Symphony Asset Mgmt)
Nuveen Floating Rate Income Fund Ncome Fund
Nuveen Floating Rate Income Opp Fun (Symphony Asset Mgmt)
Nuveen Senior Income Fund (Symphony Asset Mgmt)
Nuveen Tax Advantage Total Return Strategy Fund (Symphony Asset Mgmt)
Oak Hill Credit Partners II Ltd. (Oak Hill)
Oaktree Capital
Oaktree High Yield Fund II LP (Oaktree Capital Management LP)
Oaktree High Yield Fund LP (Oaktree Capital Management LP)
Oaktree High Yield Plus Fund LP (Oaktree Capital Management LP)
Oaktree Huntington Investment Fund LP(Oaktree Capital Management LP)
Oaktree Opportunities Fund IX Delaware LP
Oaktree Opportunities Fund IX Parallel 2 LP
Oaktree Opportunities Fund VIII (Parallel 2) LP (Oaktree Capital Management LLC)
Oaktree Opportunities Fund VIII Delaware LP (Oaktree Capital Management LP)
Oaktree Opportunities Fund VIIIB Delaware LP (Oaktree Capital Management LP)
Oaktree Senior Loan Fund LP (Oaktree Capital Management LP)
OCM High Yield Trust (Oaktree Capital Management LP)
OCM Opportunities Fund VII Delaware LP

(Oaktree Capital Management LP)
OCM Opportunities Fund VIIB Delaware LP (Oaktree Capital Management LP)
OCP Investment Trust (Onex Credit Partners LLC)
OHSF II Financing Ltd. (Oak Hill)
Omega Capital Investors LP
Omega Capital Partners LP
One Wall Street CLO II Ltd. Fka Ows II Ltd. (Alcentra Ltd.)
Onex Debt Opportunity Fund Ltd. Fka GK Debt Opportunity Fund Ltd. (Onex Credit Partners LLC)
Onex Senior Credit Fund LP (Onex Credit Partners LLC)
Oppenheimer Master Loan Fund LLC
Oppenheimer Senior Floating Rate Fund (Oppenheimer Funds)
Optimum Trust-Optimum Fixed Income Fund (Delaware Investments)
Oregon Public Employees Retirement Fund (Wellington)
Owl Creek Investments I LLC (Owl Creek)
OWS CLO I Ltd. Alcentra Ltd.
Oz Special Master Fund Ltd. (Oz Management LLC)
P Schoenfeld Asset
Pacific Gas & Electric Co. Post Retirement Medical Plan Trust - Non-Management Employees & Retirees (Oaktree)
Pacific Life Funds - PL Floating Rate Loan Fund (Eaton Vance Management)
Pacific Life Funds-PL Floating Rate Income Fund (Pacific Life Insurance Co.)
Pacific Life Insurance Co.
Pacifica CDO II Ltd. (Alcentra Ltd.)
Pacifica CDO V Ltd. (Alcentra Ltd.)
Pain - Fidelity Advisor Series I Fidelity Advisor High Income Advantage Fund
Pennsylvania State Employees Retirement System, Commonwealth of (Stone Harbor)
Pennsylvania Treasury Department, Commonwealth of (Credit Suisse Alternative Capital Inc.)
Penteli Master Fund Ltd. (Marathon Asset Management)

Perella Weinberg Partners Xerion Master
Fund Ltd. (Perella Weinberg Partners
Capital Mgmt LP)
Permal Stone Lion Fund Ltd. (Stone Lion
Capital Partners LP)
Perry Principals LLC (Perry Capital)
Petrusse European CLO SA (Invesco Senior
Secured Mgmt Inc.)
Phoenix CLO I Ltd. (Fka Avenue CLO IV
Ltd.)
Phoenix CLO II Ltd. (Fka Avenue CLO V
Ltd.)
Phoenix CLO III Ltd.(Fka)Avenue CLO VI
Ltd.
Phoenix Investment Adviser
Phoenix Life Insurance Co. (Phoenix
Investment Partners)
Pictet US High Yield (Fka Pictet Funds
(Lux))
Pimco Cayman Global Credit Alpha Fund
(Fka Pimco Cayman Global Credit Libor
Plus Fund) (Pimco)
Pimco Diversified Income Fund
Pimco Floating Income Fund (Pimco)
Pimco Funds Pimco Income Fund
Pimco Global High Yield Strategy Fund
(Pimco)
Pimco Global Stocksplus & Income Fund
Pimco High Yield Fund (Pimco)
Pimco High Yield Spectrum Fund (Pimco)
Pimco Income Opportunity Fund
Pimco Long-Term Credit Fund (Pimco)
Pimco Strategic Global Government Fund
Inc. (Pimco)
Pinebridge Investments
Pioneer Floating Rate Fund
Pioneer Floating Rate Trust
Pioneer Global High Yield Fund
Pioneer High Yield Fund
Pioneer High Yield VCT Portfolio
Pioneer Institutional Solutions - Credit
Opportunities (Pioneer Investments)
Pioneer Strategic Income Fund Me Fund
Pioneer Strategic Income VCT Portfo
Pointstate Fund LP (Point State Capital LP)
Portola CLO Ltd.

Powershares Senior Loan Portfolio (Invesco
Senior Secured Management Inc)
President & Fellows of Harvard College
Primus CLO I Ltd. (CIFC Deerfield)
Primus CLO II Ltd. (CIFC Deerfield)
Principal Funds Inc. - High Yield Fund I (JP
Morgan)
Principal Funds Inc.-Bond & Mortgage
Securities Fund (Fka Principal Investors
Fund Inc.-Bond & Mortgage Securities
Fund) (Principal)
Principal Global Investors Trust - High
Yield Fixed Income Fund (Principal Global
Investors)
Principal Life Insurance Co. (Principal
Financial Group)
Principal Life Insurance Co. On Behalf of
One Or More Separate Accounts (Principal
Life Insurance Co. - Dba Bond & Mortgage
Separate Account)
Principal Variable Contracts Fund Inc Bond
& Mortgage Securities Account
Prospect Park CDO Ltd.
Prospero CLO I BV (Alcentra Ltd.)
Prospero CLO II BV (Alcentra Ltd.)
Prudential Insurance Co. of America, The
(Prudential Investment Mnanagement Inc.)
Prudential Retirement Insurance & Annuity
Co. (Prudential)
Public Employees Retirement System of
Ohio (Wellington Management Co. LLP)
PURHI - Fidelity Puritan Trust: Fidelity
Puritan Fund (Fidelity Service Co.)
Putnam Absolute Return 500 Fund (Putnam
Investments)
Putnam Absolute Return 700 Fund (Putnam
Investments)
Putnam Diversified Income Trust (Putnam
Investments)
Putnam High Yield Advantage Fund
(Putnam Investments)
Putnam Master Intermediate Income T
(Putnam Investments)
Putnam Premier Income Trust (Putnam
Investments)
Putnam Retirement Advantage Gaa

Conservative Portfolio (Putnam Investments)

Putnam Retirement Advantage Gaa Income Strategies Portfolio (Putnam Investments)

Putnam Total Return Fund LLC (Putnam Investments)

Putnam Variable Trust-Pvt Diversifi Income Fund (Putnam Investments)

Putnam Variable Trust-Pvt High Yield Fund (Putnam Investments)

Pvit High Yield Portfolio (Pimco)

Pyramis - Ballyrock CLO 2006-1 Ltd.

Pyxis Floating Rate Opportunities Fund (Pyxis Capital LP)

Pyxis Special Situations Fund (Pyxis Capital LP)

Qualcomm Global Trading Pte Ltd. (Fka Qualcomm Global Trading Inc.)

Race Street Funding LLC

Rampart CLO 2007 Ltd.

Red River CLO Ltd.

Regents of The University of California, The (Eaton Vance)

Relative Value A Series of Underlying Funds Trust Fka Deep Value Hedged Income

Renaissance Reinsurance Ltd. (Stone Harbor)

RGA Reinsurance Co.

Ridgeworth Funds Seix Floating Rate High Income Fund Fka Sti Classic - Seix Floating Rate High Income Fund

Riverside Park CLO Ltd.

Riversource Life Insurance Co. IDS Life Insurance Co.

Rockwall CDO II Ltd.

Rockwall CDO Ltd. (Highland)

Russell Strategic Bond Fund (Logan Circle)

Saba Capital Management

Saba Capital Master Fund II Ltd. (Saba Capital Management LP)

Sagamore CLO Ltd. (Invesco Senior Secured Mgmt Inc.)

San Francisco City & Country Employees' Retirement System (Stone Harbor)

San Gabriel CLO I Ltd.

San Joaquin County Employees' Retirement Association (Stone Harbor)

Sandelman Finance 2006-2 Ltd. (Mercer Park LP)

Sanford C. Bernstein Fund. Inc. II Intermediate Duration Portfolio (AllianceBernstein)

Sapphire Valley CDO I Ltd. (Babson Capital)

Saratoga CLO I Ltd. (Invesco Senior Secured Mgmt Inc.)

Saratoga Partners

Sargas CLO II Ltd. (Fka De Meer Middle Market CLO 2006-1 Ltd.)

Saturn CLO Ltd. (Pinebridge Investments LLC)

Scoggin Capital

Scoggin Capital Management II LLC (Fka Scoggin Capital Management LP II) (Scoggin Capital Management)

Scoggin International Fund Ltd. (Scoggin Capital Management)

Scoggin Worldwide Fund Ltd. (Scoggin Capital Management )

Sears Holdings Pension Trust (Oaktree Capital Management LP)

Sei Global Master Fund plc - The Sei High Yield Fixed Income Fund (Brigade Capital Management LLC)

Sei Global Master Fund plc -The Sei High Yield Fixed Income (JPM Asset)

Sei Institutional Investment Trust Opportunistic Income Fund (Fka Sei Institutional Investment Trust Enhanced Libor Opportunities Fund)

Sei Institutional Investments Trust High Yeild Bond Fund (Brigade Capital Management LLC)

Sei Institutional Managed Trust - High Yield Bond Fund (Brigade Capital Management LLC)

Seix Multi Sector Absolute Return Fund LP (Fka Seix Credit Dislocation Fund LP)

Senior Debt Portfolio Formally Eaton Vance Prime Fund Inc. (Eaton Vance)

Shasta CLO I Ltd.

Sheffield Institutional Partners LP
Shenkman Capital
Sierra CLO II Ltd. (Apidos Capital Management LLC)
Silver Crest CBNA Loan Funding LLC (Silvermine Capital)
Silver Oak Capital LLC (Angelo Gordon)
Silverado CLO 2006-I Ltd.
Sol Loan Funding LLC (Solus Alternative Asset Mgmt)
Solus Alternative
Sound Point Capital
Sound Point Credit Opportunities Master Fund LP (Sound Point Capital Management )
Southfork CLO Ltd. (Highland Capital)
Southport CLO Ltd. (Pimco)
Sphighin - Fidelity Summer Street Trust: Fidelity High Income Fund (Fidelity Service Co.)
St James Park CDO BV
Stanfield Carrera CLO Ltd.
State Street Bank & Trust Co. as Trustee For The General Motors Hourly Rate Employes Pension Trust (Neuberger Berman Fixed Income LLC)
State Teachers Retirement System of Ohio (Oaktree Capital Management LP)
State Teachers Retirement System of Ohio (Pimco)
Stedman Loan Fund II Subsidiary Holding Co. II LLC Fka Stedman CBNA Loan Funding LLC (Lasalle Bank NA)
Steelmill Master Fund LP (Point State Capital LP)
Steelworkers Pension Trust
Stellar Performer Global Series Fun D
Stichting Bedrijfstakpensioenfonds Voor Het Beroepsvervoer Over De Weg (Eaton Vance Management)
Stichting Bewaarder Syntrus Achmea Global High Yield Pool (Fka Interpolis Pensioenen Global High Yield Pool)
Stichting Depositary Apg Fixed Income Credits Pool
Stichting Pensioenfonds Hoogovens

(Nomura)
Stichting Pensioenfonds Medische Specialisten
Stichting Pensioenfonds Voor Fysiotherapeuten (Putnam Investment)
Stichting Pensioenfonds Voor Huisartsen (Pioneer Investment Management Inc)
Stone Creek Partners LP (Stone Creek Partners LLC)
Stone Harbor Global Funds plc - Stone Harbor Leveraged Loan Portfolio (Fka Stone Harbor Leveraged Loan Portfolio) (Stone Harbor)
Stone Harbor High Yield Bond Fund (Stone Harbor)
Stone Harbor Invest Funds plc - Stone Harbor High Yield Bond Fund (Stone Harbor)
Stone Harbor Investment
Stone Lion Capital
Stone Tower CDO II Ltd. (Stone Tower)
Stone Tower CDO Ltd. (Stone Tower)
Stone Tower CLO IV Ltd. (Stone Tower)
Stone Tower CLO V Ltd.
Stone Tower CLO VI Ltd.
Stone Tower CLO VII Ltd.
Stoney Lane Funding I Ltd.
Strainchy-Fidelity School Street Trust: Fidelity Strategic Income Fund (Fidelity)
Stratford CLO Ltd.
Summer Hill Fixed Income AG LLC (Angelo Gordon & Co)
SunAmerica Income Funds - SunAmerica High Yield Bond Fund (Wellington Management Co.)
SunAmerica Senior Floating Rate Fund Inc (Wellington Mgmt Co. LLP)
SunTrust Bank
Sup FCO MA UB Securities LLC Super FCO MA LP
Supervalu Inc. Master Investment Trust (Metropolitan West Asset Mgmt)
Symphony CLO II Ltd. (Symphony Asset Mgmt)
Symphony CLO VI Ltd. (Symphony Asset Mgmt)

T Rowe Price

T Rowe Price Inst. High Yield Fund (T Rowe)

T Rowe Price Institutional Floating Rate Fund (T Rowe)

Target Asset Allocation Funds Target Conservative Allocation Fund (Fka Target Conservative Allocation Fund)

Target Total Return Bond Portfolio (Prudential)

TCW Capital Trust (Crescent Capital Group LP)

TCW High Yield Bond Fund

TCW Leveraged Loan Fund LP (TCW Asset Management Co. II)

TCW Strategic Income Fund Inc

Teak Hill Master Fund LP (Credit Capital Investments LLC)

Texas County & District Retirement System (Oaktree Capital Management LP)

Third Avenue Management

Third Avenue Trust, on Behalf of Third Avenue Focused Credit Fund

THL Credit Bank Loan Select Master Fund A Class of The THL Credit Bank Loan Select Series Trust I

Thornburg Investment Income Builder Fund (Thornburg)

Thracia LLC (P Schoenfeld Asset Management)

TMCT II LLC (Oaktree) (Oaktree Capital Management LP)

TMCT LLC (Oaktree Capital Management LP)

Tralee CDO I Ltd.

Transamerica Partners High Yield Bond Portfolio

Transamerica Pimco Total Return VP (Pimco)

Tribeca Park CLO Ltd.

Trimaran Advisors, Katona

UBS AG-Stamford-Stamford-Ct Branch (UBS)

UFCW Northern California Employers Joint Pension Trust Fund (Post Advisory Investment LLC)

Ultra Master Ltd. (Solus Alternative Asset Management LP)

UMC Benefit Board Inc. (Oaktree Capital Management LP)

UMC Benefit Board, Inc Fka General Board of Pension & Health Benefits of The United Methodist Church (Wellington)

Unisys Master Trust (Stone Harbor Investment Partners LP)

USAA Global Opportunities Fund (USAA Investment Management Co./USAA Mutual Fund)

USAA Investment

USAA Mutual Fund Inc USAA Intermediate Term Bond

USAA Mutual Funds Trust USAA Cornerstone Aggressive Fund

USAA Mutual Funds Trust USAA Cornerstone Moderate Fund

USAA Mutual Funds Trust-USAA High Income Fund (Fka-USAA Mutual Funds Trust USAA High Yield Opportunities Fund)

USHigh Yield Bond Fund (JP Morgan Investment Management)

Valic Co. II-High Yield Bond Fund (Wellington Management Co. LLP)

Van Kampen/Morgan Stanley

Vanguard High Yield Corporate Fund (Wellington)

Venture II CDO 2002 Ltd.. (Mjx Asset Management)

Venture IX CDO Ltd.

Venture V CDO Ltd.

Veritas CLO II Ltd. (Alcentra Ltd.)

Victoria Court CBNA Loan Funding

Victoria Falls CLO Ltd.

Vipstrhy - Variable Insurance Products Fund V Strategic Income Portfolio (Fidelity)

Virtus Multi Sector Intermediate Bond Fund (Fka Virtus Multi Sector Fixed Income Fund) (Fka Phoenix Mutli-Sector Fixed Income Fund)

Virtus Multi-Sect Shrt Term Bnd Fd (Fka Phnx Multi-Sect Shrt Term Bnd Fd) (Newfleet Asset Management)

Virtus Senior Floating Rate Fund (Fka Phoenix Senior Floating Rate Fund)

Virtus Total Return Fund (New Fleet Asset Management LLC)

Vista Leveraged Income Fund (Mjx Asset Management LLC)

Vitesse CLO Ltd. (Crescent Capital Group LP)

Vvit: Virtus Multi Sector Fixed Income Series(Fka Phoneix Edge Series Fund: Phoenix Multi Sector Fixed Income Series (Newfleet Asset Management)

Vvit: Virtus Startegic Allocation Series ( Fka Phoenix Edge Series Fund: Phoenix Strategic Allocation Series) (Newfleet Asset Management)

Wallace H Coulter Foundation, The (Stone Harbor)

Wasatch CLO Ltd. (Invesco Senior Secured Mgmt Inc.)

Watershed Capital Partners (Offshore) Master Fund II LP (Watershed Asset Mgmt)

Watershed Capital Partners (Offshore) Master Fund LP (Watershed Asset Mgmt)

Wellington Management

Wellington Management Portfolios (Dublin) plc-US$ Core High Yield Bond Portfolio (Wellington Mgmt Co. LLP)

Wellington Trust Co. NA Multiple Collective Investment Fund Trust II Core High Yield Bond Portfolio (Wellington Management Co. LLP)

Wellington Trust Co. NA Multiple Common Trust Funds Trust-Opportunistic Fixed Income Allocation Portfolio (Wellington)

Wells Capital Management - 18325402 (Wells Capital Management)

Wells Capital Management - 23928601 (Wells Capital Management)

Wells Capital Management - 23960800 (Wells Capital Management)

Wells Fargo & Co. Master Pension Trust (Stone Harbor)

Wells Fargo Advantage High Income Fund Fka Wells Capital Management - 13823100 (Wells Cap Mgt)

Wells Fargo Advantage Income Opportunities Fund (Wells Capital Management)

Wells Fargo Advantage Multi-Sector Income Fund (Wells Capital Management)

Wells Fargo Advantage Utilities & High Income Fund (Wells Capital Management)

Wells Fargo Bank NA

Wells Fargo Lux Worldwide Fund US High Yield Bond Fund

West Bend Mutual Insurance Co. (Crescent Capital Group LP)

Westbrook CLO Ltd. (Shenkman)

Westchester CLO Ltd. Fka Amherst CLO Ltd.

Western Asset Floating Rate High In Fund LLC( Western Asset Management)

Westwood CDO I Ltd. (Alcentra Ltd.)

Westwood CDO II Ltd. (Alcentra Ltd.)

Whitehorse II Ltd. (Whitehorse Capital)

Whitehorse III Ltd. (Whitehorse Capital)

Whitehorse IV Ltd. (Whitehorse Capital)

Whitney CLO I Ltd.

Wisconsin Investment Board, State of

Wm Pool - High Yield Fixed Interest Trust (Oaktree Capital Management LP)

Worden Fund Corp (Fortress Investment Group LLC)

Worden Fund II Corp (Fortress Investment Group LLC)

Worden Master Fund II LP (Fortress Investment Group LLC)

Worden Master Fund LP (Drawbridge Special Opportunities Fund)

WR Huff Asset

XL Re Ltd. (Regiment Capital)

Zell Credit Opportunities Master Fund LP (Equity Group Investments)

## Schedule 1(dd)

## EFCH & TCEH Trustees

Goldman Sachs Credit Partners LP
J Aton & Co.
JP Morgan Securities Inc.
Lehman Brothers Inc.
Lehman Commercial Paper Inc.
North American Coal Royalty Co.
Wilmington Savings Fund Society FSB

**Schedule 1(ee)**

**Other Bondholders**

Centerbridge Partners
KKR & Co. LP
Och-Ziff Capital Management
TPG
P Schoenfeld Asset Management LP

## Schedule 2

**List of "Connections" with Interested Parties**

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| 3M Co. | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| 7-Eleven Inc. | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| A.O. Smith Corp. | Litigants - Asbestos | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| ABB Lummus Crest Inc. | Litigants - Asbestos | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Abbott Laboratories | Litigants - Asbestos | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Aberdeen Asset Management | Debtholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Able Supply Co. | Litigants – Asbestos | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Abu Dhabi Investment Authority | Shareholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Accenture | Top 50 Unsecured Creditors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| ACE | Insurers | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Ace Hardware Corp. | Litigants – Asbestos | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| ACH Food Cos. Inc. | Litigants – Asbestos | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| ADP Inc. | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Advanced Neuromodulation Systems Inc. | Contract Counterparties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Aegis | Contract Counterparties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Aegis Insurance Services | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| AEGON USA Investment Management LLC | Unsecured Bondholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| AES Corp. | Litigants - Asbestos | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Aetna | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Aetna Hartford | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| AGCO Corp. | Litigants – Asbestos | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Agilent Technologies | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| AIG | Insurers | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| AIM Floating Rate Fund | Debtholders | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Air Canada | Litigation Parties (16 Oct 2013) | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Air Express International USA Inc. | Contract Counterparties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Air Liquide America Specialty Gases LLC | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Air New Zealand Ltd. | Litigation Parties (16 Oct 2013) | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Air Products & Chemicals Inc. | Litigants – Asbestos | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Airco Inc. | Litigants – Asebestos | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Airgas | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Akin Gump | Professionals | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Akin Gump Strauss Hauer & Feld LLP | Professionals | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| AKZO Nobel Paints LLC | Litigants - Asbestos | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Alabama Department of Revenue | Taxing Authorities | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Alabama Power Co. | Litigants - Asbestos | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Albemarle Corp. | Contract Counterparties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Albemarle Corp., a Virginia Corp. | Contract Counterparties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Alcatel-Lucent USA Inc. | Litigants - Asbestos | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Alcoa | Top 50 Unsecured Creditors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| ALCOA Inc. | Litigants -<br>Asbestos | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Aluminum Co. of America (Alcoa) | Significant<br>Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Aluminum Co. of American (Alcoa) | Significant<br>Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Alcon Laboratories Inc. | Contract<br>Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Alcon Research Ltd. | Significant<br>Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Alliance Capital | Debtholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Alliant Techsystems Inc. | Litigants - Asbestos | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Allianz Global US | TCEH First Lien Credit Agreements | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Allison, Robert | Litigants - Asbestos | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Allstate Life Insurance | TCEH First Lien Credit Agreements | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Allstate Life Insurance Co. | Debtholders | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Alpha Natural Resources | | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Alpha Services | | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Alstom | Top 50 Unsecured Creditors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Alticor Inc. | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Alvarez & Marsal | Professionals | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Alvarez & Marsal LLC | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| AMEC Construction Management Inc. | Litigants - Asbestos | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Ameren Corp. | Litigants - Asbestos | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| American Airlines Inc. | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| American Biltrite Inc. | TCEH First Lien Credit Agreements | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| American Coalition for Clean Coal Electricity | Litigation Parties (16 Oct 2013) | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| American Crane & Equipment Corp. | Litigation Parties (16 Oct 2013) | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| American Electric Power Inc. | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| American Equipment Co. Inc. (AMECO) | Contract Counterparties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| American General Life Insurance Co. | Contract Counterparties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| American Honda Motor Co. | Litigants | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| American International Group | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| American International Group Inc | TCEH First Lien Credit Agreements | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| American Nurses Association | Litigation Parties (16 Oct 2013) | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| American Petroleum Institute Inc. | Litigants - Asbestos | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| American Red Cross | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| American Residential | Contract Counterparties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| American Residential Services LLC | Contract Counterparties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| American Standard Inc. | Litigants - Asbestos | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| American Stock Transfer & Trust Co. | Indenture Trustees | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Ameriprise Financial Inc. | Debtholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Ameron International Corp. | Litigants - Asbestos | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Ametek Inc. | Litigants – Asbestos | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Amoco Chemical Corp. | Potentially Responsible Parties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Amway Corp. | Litigation Parties (16 Oct 2013) | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| AO Smith Corp. | Litigation Parties - Asbestos (16 Oct 2013) | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Apache Corp. | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Apollo Global Management | TCEH First Lien Credit Agreements | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Apollo Global Management LLC | Debtholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Appalachian Power Co. | Litigation Parties - (16 Oct 2013) | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Applied Industrial Technologies | Contract Counterparties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Applied Industrial Technologies Inc. | Contract Counterparties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Aqua-Chem Inc. | Litigants – Asbestos | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Archer-Daniels-Midland Co. | Litigants - Asbestos | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Arco Chemical Co. | Potentially Responsible Parties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Ares Management LLC | Debtholders | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Areva Inc. | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Areva NC Inc. | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Ariba Inc. | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/ Name Provided by Client | Category of Party in Interest | Comments and Status |
|---|---|---|
| Arinc Inc. | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Arizona Bank | Indenture Trustees | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Arizona Department of Revenue | Taxing Authorities | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Arkansas, State of | Taxing Authorities – State & Misc. | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Arnold & Porter LLP | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Arrowood Indemnity Co. (Invesco Senior Secured Management Inc.) | TCEH First Lien Credit Agreements | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Ascend Performance Materials | Significant Vendors` | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Ascension Health | Debtholders | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Asset Allocation & Management Co. | Debtholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| AT&T | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| AT&T Inc. | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| AT&T Mobility | Utilities | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| AT&T Mobility LLC | Utilities | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Atlantic Richfield Co. | Potentially Responsible Parties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Atlas Copco | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Atlas Copco Compressors LLC | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Atrium IV (Credit Suisse Asset Manager) | TCEH First Lien Credit Agreements | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Atrium V | Debtholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Aurelius Capital Master Ltd. (Aurelius Capital Management LP) | TCEH First Lien Credit Agreements | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Austin Energy | Litigants - Asbestos | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Austin Industrial Inc. | Litigants - Asbestos | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Austin, City of (TX) | Taxing Authorities - Texas | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Autozone Inc. | Litigants - Asbestos | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Babcock & Wilcox | Contract Counterparties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Babcock Borsig Power Inc. | Litigants - Asbestos | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Baker Botts LLP | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Baker Hughes Inc. | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Baker Hughes Oilfield Operations Inc. | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Baker Petrolite Corp. | Potentially Responsible Parties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Balch & Bingham | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Balch & Bingham LLP | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Bandag | Contract Counterparties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Bank of America | Litigants | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Bank of America Corp. | Litigants | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Bank of America Merrill Lynch | Investment Banks | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Bank of America NA | Debtholders | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Bank of New York Mellon Trust Co. NA, The | Lienholders | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Bank of New York Mellon Trust Co., The | Landlords | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Bank of New York Mellon, The | Lienholders | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Bank of New York, The | Contract Counterparties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Bank of Nova Scotia, The | Shareholders | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Bank of Oklahoma | Secured Bondholders | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Bank of Texas | Banks | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Barclays | TCEH First Lien Swaps | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Barclays Bank | Indenture Trustees | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Barclays Bank PLC | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Barclays Capital Inc. | Secured Bondholders | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Barclays Capital Securities Ltd. | TCEH Bondholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| BASF Catalysts LLC | Litigants - Asbestos | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| BASF Corp. | Potentially Responsible Parties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Baycare Health System | Debtholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| BazaarVoice Inc. | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Beazer East Inc. | Litigants - Asbestos | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Bechtel Corp. | Litigants - Asbestos | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Bechtel Enterprise Holding Inc. | Litigants - Asbestos | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Bechtel Group Inc. | Litigants - Asbestos | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Bell Helicopter Textron Inc. | Contract Counterparties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Bellco Industrial Engineering Co. | Litigants - Asbestos | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Bennet Management Corp. | Debtholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Bennett Management | TCEH First Lien Credit Agreements | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Berkshire Hathaway Inc. | Unsecured Bondholders | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Beveridge & Diamond PC | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| BF Goodrich Co. | Litigants - Asbestos | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| BFI Waste Systems of North America LLA | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| BHP Billiton | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Bill & Melinda Gates Foundation Trust | Debtholders | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Bimbo Bakeries USA Inc. | Contract Counterparties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Black Diamond Capital Management LLC | Debtholders | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Blackrock Financial Management | Debtholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Blair, David | Litigants | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Bloomberg LP | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Blue Cross & Blue Shield | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Blue Cross and Blue Shield of Florida Inc. | Landlords | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Blue Cross of Idaho Health Service Inc. | TCEH First Lien Credit Agreements | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Bluebay Asset Management | Debtholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| BNP Paribas Energy Trading GP | Contract Counterparties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Boeing Co., The | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Boise Cascade Corp. | Litigants - Asbestos | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| BOKF NA | Indenture Trustees | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Borden Chemical Inc. | Litigants - Asbestos | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/ Name Provided by Client | Category of Party in Interest | Comments and Status |
|---|---|---|
| Boston Income Portfolio | Debtholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| BP America Production Co. | Potentially Responsible Parties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| BP Amoco Chemical Co. | Potentially Responsible Parties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| BP Energy | Significant Customers | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| BP Energy Co. | Contract Counterparties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| BP Products North America Inc. | Potentially Responsible Parties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Bracewell & Giuliani | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Bracewell & Giuliani LLP | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Brazoria County (TX) | Taxing Authorities - Texas | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Brazos Electric Power Cooperative | Contract Counterparties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Brazos Electric Power Cooperative Inc. | Contract Counterparties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Brazos River Authority (TX) | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Brigade Capital Management LLC | Secured Bondholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Brown McCarroll LLP | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Brown Rudnick | Professionals | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/ Name Provided by Client | Category of Party in Interest | Comments and Status |
|---|---|---|
| Brown Rudnick LLP | Professionals | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Bryan Cave LLP | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Building Materials Corp. of America | Contract Counterparties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Bunge Oils Inc. | Contract Counterparties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Burns & McDonnell | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Burns International Services | Litigation Parties - Asbestos (16 Oct 2013) | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Burns International Services Corp. | Litigants - Asbestos | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| CA Inc. | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Cadwalader Wickersham & Taft LLP | Professionals | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| California Franchise Tax Board | Taxing Authorities | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| California Public Employees' Retirement System | Shareholders | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| California, State of | Litigation Parties (16 Oct 2013) | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Callaway Golf Co. | Litigation Parties (16 Oct 2013) | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Calpine Corp. | Litigation Parties (16 Oct 2013) | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Calpine Corp. | Litigation Parties (16 Oct 2013) | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Cameco Corp. | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Cameron International Corp. | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Canada Revenue Agency | Taxing Authorities | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Capital One | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Capital One NA | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

43

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Capital Research | Debtholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Capstone Advisory Group LLC | Professionals | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Caremark | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Cargill Inc. | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Carpenter Co. | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/ Name Provided by Client | Category of Party in Interest | Comments and Status |
|---|---|---|
| Castle Garden Funding (Credit Suisse Asset Manager) | TCEH First Lien Credit Agreements | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| CBRE | Landlords & Leases | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| CBS Corp. | Litigants - Asbestos | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Celanese | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Celanese Chemicals | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/ Name Provided by Client | Category of Party in Interest | Comments and Status |
|---|---|---|
| Celanese Ltd. | Litigants - Asbestos | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Celeste, City of (TX) | Taxing Authorities - Texas | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Cellular One | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Centerbridge Partners | Bondholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Centerpoint Energy Houston Electric LLC | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Centerpoint Energy | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Centerpoint Energy Inc. | Utilities | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Central States Southeast & Southwest Areas Pension Fund (Oaktree) (Oaktree Capital Management LP) | TCEH First Lien Credit Agreements | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| CertainTeed Corp. | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Chamber of Commerce of the United States of America | Litigation Parties (16 Oct 2013) | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Chase Bank USA NA | Litigants | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Chemtura Corp. | Potentially Responsible Parties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Chesapeake Energy Corp. | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Chevron USA Inc. | Litigants - Asbestos | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Chicago, City of (IL) | Litigation Parties (16 Oct 2013) | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Chubb | Insurers | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Chubb & Son | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Cinemark USA Inc. | Litigation Parties (16 Oct 2013) | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Cinergy Corp. | Litigation Parties (16 Oct 2013) | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Cintas Corp. | Contract Counterparties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Citadel Investment Group | Debtholders | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Citgo Petroleum Corp. | Litigants - Asbestos | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Citibank | Letters of Credit | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Citibank NA | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Citigroup | Shareholders | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/ Name Provided by Client | Category of Party in Interest | Comments and Status |
|---|---|---|
| Citigroup Inc. | Litigants | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Citigroup Financial Products Inc (Fka Salomon Brothers Holding Co. Inc.) | TCEH First Lien Credit Agreements | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Citigroup Global Markets Inc. | Debtholders | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Citimortgage | Litigants | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Citrix Systems Inc. | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Clean Air Council | Litigation Parties<br>(16 Oct 2013) | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Clean Harbors | Utilities | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Coca Cola Enterprises | Contract Counterparties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Coca-Cola Co., The | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Coltec Industries Inc. | Litigants - Asbestos | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/ Name Provided by Client | Category of Party in Interest | Comments and Status |
|---|---|---|
| Columbia, District of | Litigation Parties (16 Oct 2013) | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Comerica Bank | Landlords | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Comerica Bank & Trust NA | Litigation Parties (16 Oct 2013) | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Commercial Metals Co. | Utilities | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Commerz Markets LLC | Unsecured Bondholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Commvault Systems Inc. | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Computer Associates | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Computer Associates International Inc. | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Computer Sciences Corp. | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Computershare | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Comverge Inc. | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Connecticut Retirement Plans & Trust Funds, State of (Fka State of Connecticut) | TCEH First Lien Credit Agreements | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Connecticut, State of | Litigation Parties (16 Oct 2013) | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Consolidated Edison Co. of New York Inc. | Litigation Parties (16 Oct 2013) | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Constellation Energy | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Constellation Energy Commodities Group | Contract Counterparties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Constellation Energy Commodities Group Inc. | Contract Counterparties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Continental Tire North America Inc. | Litigants - Asbestos | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Contrarian Funds LLC | Debtholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Control Components Inc. | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Converdyn | Contract Counterparties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Convergys Corp. | Contract Counterparties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Cooperatieve Centrale Raiffeisen Boerenleenbank BA | Litigants | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Coral Energy Resources LP | Contract Counterparties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Covington & Burling | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Crane Co. | Litigants - Asbestos | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Crawford & Co. | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Credit Suisse | Debtholders | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Credit Suisse International Fka Credit Suisse/First Boston | TCEH First Lien Credit Agreements | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Credit Suisse Group AG | Litigants | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Credit Suisse Securities USA LLC | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Credit Suisse Syndicated Loan Fund | Debtholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Credit Suisse, Cayman Islands Branch | Debtholders | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Crowe Horwath LLP | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Crown Cork & Seal Co. Inc. | Litigants - Asbestos | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Cryovac Inc. | Contract Counterparties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| CSAM Funding II | TCEH First Lien Credit Agreements | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| CT Corp. System | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Cytec Engineered Materials Inc. | Contract Counterparties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| D&B | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| D&B - Dun & Bradstreet | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Dairyland Power Cooperative | Litigation Parties (16 Oct 2013) | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Dallas Area Rapid Transit (DART), Revenue Department | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Dallas County (TX) | Taxing Authorities - Texas | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Dallas Stars | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/ Name Provided by Client | Category of Party in Interest | Comments and Status |
|---|---|---|
| Dallas, City of (TX) | Contract Counterparties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Dana Corp. | Litigants - Asbestos | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Darling International Inc. | Contract Counterparties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Dartmouth College, Trustees of (Wellington Management Co. LLP) | TCEH First Lien Credit Agreements | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Davis Polk | Professionals | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Davis Polk & Wardwell LLP | Professionals | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| DB Riley Inc. | Litigation Parties - Asbestos (16 Oct 2013) | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| DCF Capital LLC | Debtholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Delaware VIP Trust - DE VIP High Yield Series | Debtholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Delaware, State of | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Dell Computer Corp. | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Dell Inc. | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Dell Marketing LP | Contract Counterparties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Dell USA LP | Contract Counterparties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Deloitte & Touche | Top 50 Unsecured Creditors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Delta Air Lines Inc. | Litigation Parties (16 Oct 2013) | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Denbury Resources Inc. | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Denton County (TX) | Taxing Authorities - Texas | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Denver County (CO) | Taxing Authorities-State | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Detroit Edison Co. | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Deutsche Bank | Debtholders | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Deutsche Bank AG | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Deutsche Bank Securities Inc. | Secured Bondholders | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Deutsche Bank Trust Co. Americas | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Diamond Shamrock | Potentially Responsible Parties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Diamond Shamrock Stations Inc. | Litigation Parties<br>(16 Oct 2013) | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Dionex Corp. | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Discover Financial Services | Litigants | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Dish Network | Utilities | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| District of Columbia, Government of the | Taxing Authorities | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Dover Corp. | Litigants -<br>Asbestos | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Dresser Inc. | Significant<br>Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Duke Energy Business Services LLC | Litigation Parties<br>(16 Oct 2013) | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Duke Energy Carolinas LLC | Contract<br>Counterparties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Duke Energy Corp. | Litigation Parties<br>(16 Oct 2013) | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Duke Energy Indiana Inc. | Litigation Parties<br>(16 Oct 2013) | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Duke Energy Kentucky Inc. | Litigation Parties<br>(16 Oct 2013) | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Duke Energy Ohio Inc. | Litigation Parties<br>(16 Oct 2013) | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| EADS Co. | Significant<br>Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| East Kentucky Power Cooperative Inc. | Litigation Parties<br>(16 Oct 2013) | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Eastex Telephone Coop Inc. | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Eastman Chemical Co. | Litigants - Asbestos | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Eaton Vance Institutional Senior Lo Fund (Eaton Vance) | TCEH First Lien Credit Agreements | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Eaton Vance Institutional Senior Loan Fund | Debtholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Eaton Vance Management | Debtholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Eaton Vance Senior Income Trust (Eaton Vance) | TCEH First Lien Credit Agreements | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Ecolab Inc. | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Edison Electric Institute | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| EEOC | Litigation Parties (16 Oct 2013) | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Eis Inc. | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| El Paso Natural Gas Co. | Contract Counterparties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Electric Reliability Council of Texas (ERCOT) | Contract Counterparties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Electric Reliability Council of Texas Inc. (ERCOT) | Contract Counterparties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Elliott Associates LP (Elliott International Capital Advisors Inc.) | TCEH First Lien Credit Agreements | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Elliott Electric Supply | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Elliott Electric Supply Inc. | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Elliott International LP | Debtholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Elliott International LP (Elliott International Capital Advisors Inc.) | TCEH First Lien Credit Agreements | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| EMC Corp. | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Emerson Process Management Power & Water Solutions Inc. | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| EMS USA Inc. | Litigants | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Encore Wire Corp. | Contract Counterparties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Energy America LLC | Contract Counterparties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Energy Future Intermediate Holdings | Unsecured Bondholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Energy Transfer | Top 50 Unsecured Creditors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Energy Transfer Fuel LP | Contract Counterparties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Entergy Corp. | Litigation Parties (16 Oct 2013) | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Enterprise Texas Pipeline LLC | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Environmental Enterprises Inc. | Potentially Responsible Parties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Equifax Information Services | Litigants | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Equifax Information Services LLC | Litigation Parties<br>(16 Oct 2013) | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Equity Group Investments | Debtholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| ERCOT (Electric Reliability Counsel of Texas) | Significant Customers | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Ernst & Young | Professionals | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Ernst & Young LLP | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Ethicon Inc., a Johnson & Johnson Co. | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Euroclear Bank | Secured Bondholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| EVA Airways Corp. | Litigation Parties (16 Oct 2013) | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Exelon Corp. | Litigation Parties (16 Oct 2013) | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Exelon Generation Co. | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Exelon Generation Co. LLC | Contract Counterparties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Exeter Finance Corp. | Litigation Parties (16 Oct 2013) | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Experian | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Experian Information Solutions Inc. | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Extended Stay | Contract Counterparties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Exxon Mobil Corp. | Potentially Responsible Parties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Factory Mutual Insurance Co. | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Fastenal Co. | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Federal Deposit Insurance Corp. (FDIC) | Significant Customers | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Federal Emergency Management Agency (FEMA) | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Federal Home Loan Bank | Contract Counterparties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Federal Insurance Co. | Insurers | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Federal Signal Corp. | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Ferguson Enterprises | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Ferguson Enterprises Inc. | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Ferrell, Edward | Litigants - Asbestos | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Fidelity Investments | Debtholders | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Fidelity Investments Institutional Operations Co. Inc. | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Fidelity Management & Research Company | Bondholders | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Fidelity National Title Insurance Co. | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| First Tennessee Bank NA | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| First Tennessee Bank National | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| First Union | Landlords & Leases | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Fischer, Michael | Former O&D - non-filing entities | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Fiserv Inc. | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/ Name Provided by Client | Category of Party in Interest | Comments and Status |
|---|---|---|
| Fish & Richardson PC | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Fisher Scientific | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Flexco | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Flexible Foam Products Inc. | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Flexible Foam Products Inc., a Division of Ohio Products Inc. | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Flint Hills Resources LP | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Florida Power & Light Co. | Contract Counterparties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Flowserve Corp. | Litigants - Asbestos | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Fluor Corp. | Litigants - Asbestos | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| FM Global (FM) | Insurers | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| FMC Corp. | Litigants -<br>Asbestos | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Ford Motor Co. | Litigants -<br>Asbestos | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Fort Worth, City of (TX) | Litigation Parties<br>(16 Oct 2013) | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Fortress Investment | TCEH First Lien<br>Credit<br>Agreements | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Fortress Investment Group LLC | Debtholders | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Four Corners Capital Management | Debtholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| FPG-DMT Harwood LP | Contract Counterparties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Franklin Advisers Inc. | Secured Bondholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Franklin Advisors Inc. | Professionals | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Franklin Floating Rate | Debtholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Fried Frank Harris Shriver & Jacobson LLP | Professionals | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Frost National Bank | Litigation Parties (16 Oct 2013) | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Fulbright & Jaworski LLP | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Furr, Robert | Professionals | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| G&K Services | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/ Name Provided by Client | Category of Party in Interest | Comments and Status |
|---|---|---|
| G&K Services Inc. | Contract Counterparties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Galderma Laboratories LP | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Garland, City of (TX) | Contract Counterparties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Garlock Sealing Technologies LLC | Litigants - Asbestos | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| GATX Corp. | Landlords | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/ Name Provided by Client | Category of Party in Interest | Comments and Status |
|---|---|---|
| GE Capital | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| GE Energy | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Gencorp Inc. | Litigants - Asbestos | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| General Atomics | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| General Dynamics Corp. | Potentially Responsible Parties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| General Electric Co. | Litigants - Asbestos | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| General Electric International Inc. | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| General Motors LLC | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Genesys Telecommunications Laboratories Inc. | Contract Counterparties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| GenOn Energy Inc. | Litigation Parties (16 Oct 2013) | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Georgia Department of Revenue | Taxing Authorities | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Georgia Pacific Corp. | Litigation Parties - Asbestos (16 Oct 2013) | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Georgia Power Co. | Litigation Parties (16 Oct 2013) | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Georgia-Pacific Corp. | Litigants - Asbestos | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Georgia-Pacific LLC | Litigants - Asbestos | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/ Name Provided by Client | Category of Party in Interest | Comments and Status |
|---|---|---|
| Gerdau Ameristeel | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Gibson Dunn | Professionals | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Gibson Dunn & Crutcher LLP | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| GM Canada Foreign Trust, The | Debtholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Goldman Sachs | Investment Banks | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/ Name Provided by Client | Category of Party in Interest | Comments and Status |
|---|---|---|
| Goldman Sachs & Co. | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Goldman Sachs Credit Partners LP | EFCH & TCEH Trustees | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Goodrich Corp. | Litigants - Asbestos | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Goodyear Tire & Rubber Co. | Potentially Responsible Parties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Google Inc. | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Government of Singapore Investment Corp. | Debtors, Debtor Affiliates, and Certain Related Entities | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Government of Singapore Investment Corp. Pte Ltd. | Debtholders | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Great American Insurance Co. (American Money Management) | TCEH First Lien Credit Agreements | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Greif Inc. | Contract Counterparties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Gruma Corp. | Contract Counterparties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| GS Capital Partners | Shareholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| GSC Partners | Debtholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| GSO Capital Partners | Professionals | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| GSO Capital Partners LP | Secured Bondholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| GXS | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| GXS Inc. | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| H.B. Fuller Co. | Contract Counterparties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Hach Co. | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Halliburton Co. | Litigants - Asbestos | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Hawk Installation | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/ Name Provided by Client | Category of Party in Interest | Comments and Status |
|---|---|---|
| Hawk Installation & Construction Inc. | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Haynes & Boone LLP | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| HBOS PLC | Litigants | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| HCL America Inc. | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| HDR Engineering Inc. | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Headwaters | Top 50 Unsecured Creditors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| HEB Grocery Co. LP | Contract Counterparties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Henry Co. | Contract Counterparties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Hertz Equipment Rental | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Hertz Equipment Rental Corp. | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/ Name Provided by Client | Category of Party in Interest | Comments and Status |
|---|---|---|
| Hewlett Packard | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Hewlett Packard Co. | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Hewlett-Packard | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Highbridge Capital | Debtholders | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Highfields Capital Management | Debtholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Highland Capital Management LP | Debtholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Holt Cat | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Honeywell | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Honeywell Inc. | Litigants - Asbestos | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Horizon Wind Energy LLC | Litigation Parties (16 Oct 2013) | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Houlihan Lokey | Professionals | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Houlihan Lokey Capital Inc. | Professionals | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Houston, City of (TX) | Litigation Parties (16 Oct 2013) | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| HSBC Bank PLC | Litigants | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| HSBC Holdings PLC | Litigants | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Hubbell Power Systems | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Hughes, John | Litigants - Asbestos | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Hunton & Williams | Professionals | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Hunton & Williams LLP | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Iberdrola Renewables Inc. | Contract Counterparties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| IBM Corp. | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| ICF | Professionals | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| IEX Corp. | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Illinois, State of | Litigation Parties (16 Oct 2013) | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| IMO Industries Inc. | Litigants - Asbestos | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Indiana, State of | Taxing Authorities-State | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Industrial Holdings Corp. | Litigants - Asbestos | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Ing Prime Rate Trust (Ing Investments) | TCEH First Lien Credit Agreements | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Institutional Benchmark (Master Feeder) Ltd. | Shareholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Interface Flooring Systems | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Interface Flooring Systems Inc. | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Internal Revenue Service, United States | Taxing Authorities | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| International Brotherhood of Electrical Workers (IBEW) | Union | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| International Business Machines Corp. | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| International Monetary Fund Staff Retirement Plan (WR Huff Asset Management Co. LLC) | TCEH First Lien Credit Agreements | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| International Paper Co. | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Iowa, State of | Litigation Parties (16 Oct 2013) | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Ireland Carroll & Kelley PC | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Itochu Corp. | Contract Counterparties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Itron Inc. | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| ITT Corp. | Litigants - Asbestos | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| ITT Industries Inc. | Litigants - Asbestos | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Izaak Walton League of America | Litigation Parties (16 Oct 2013) | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| J. Aron & Co. | Contract Counterparties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| J.Aron/Goldman Sachs | Indenture Trustees | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| J.P. Morgan Securities LLC | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Jackson Kelly PLLC | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Jackson National Life Insurance Co. | Landlords | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Jackson Walker LLP | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Jefferies & Co. Inc. | TCEH First Lien Credit Agreements | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Jennings, Kenneth | Litigants - Asbestos | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| JJA Inc. | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| John Hancock Life Insurance Co. | Landlords | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| John Hancock Variable Life Insurance Co. | Landlords | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Johnson Controls Inc. | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Johnson Matthey Inc. | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Jones Day | Professionals | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Jones-Blair Co. | Contract Counterparties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| JP Morgan | Debtholders | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| JP Morgan Chase & Co. | Litigants | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| JP Morgan Chase Bank | Litigation Parties (16 Oct 2013) | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| JP Morgan Chase Bank NA | Litigation Parties (16 Oct 2013) | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| JP Morgan Chase Co. | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| JP Morgan Chase NA | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| JP Morgan Investment Management | Debtholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| JP Morgan Investment Management Inc. | Secured Bondholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| JP Morgan Securities LLC (Broker) | TCEH Bondholders | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| JPMorgan Chase Bank NA (NY) | Banks | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Jpmorgan Ventures Energy Corp. | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| JW Harris Co. Inc. | Litigation Parties (16 Oct 2013) | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| K&L Gates LLP | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Kaiser Foundation Hospitals | Debtholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Kasowitz Benson Torres & Friedman LLP | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| KCG Inc. | Litigants - Asbestos | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| KKR & Co. LP | Bondholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/ Name Provided by Client | Category of Party in Interest | Comments and Status |
|---|---|---|
| Kelly, Daniel | Current O&D - non-filing entities | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Kelly-Moore Paint Co. Inc. | Litigation Parties - Asbestos (16 Oct 2013) | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Kennametal Inc. | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Kimberly-Clark Corp. | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Kinder Morgan Inc. | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| King Street Capital | TCEH First Lien Credit Agreements | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| King Street Capital Management LP | Debtholders | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Knight Capital Group | Debtholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Kohlberg Kravis Roberts & Co. LP | Shareholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Kone Inc. | Contract Counterparties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| KPMG | Professionals | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| KPMG LLP | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Kramer Levin Naftalis & Frankel LLP | Professionals | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Kroger Co. | Contract Counterparties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Kusin, Gary | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Kwikset Corp. | Contract Counterparties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| L-3 Communications | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| L-3 Communications Corp. | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Laboratory Corp. of America | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| LaSalle Bank | TCEH First Lien Credit Agreements | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| LaSalle Bank NA | Debtholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| LaSalle National Leasing Corp. | Contract Counterparties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Law Debenture Trust Company of New York | Top 50 Unsecured Creditors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Layne Christensen Co. | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Lazard Freres & Co. LLC | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Leggett & Platt Inc. | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Lehman | Investment Banks | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Lehman Brothers | Shareholders | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Lehman Brothers Inc. | EFCH & TCEH Trustees | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Level 3 Communications LLC | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Liberty Mutual | Insurers | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Liberty Mutual Insurance Co. | Surety Bonds | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Lignite Energy Council | Litigation Parties (16 Oct 2013) | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Littler Mendelson | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Littler Mendelson PC | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/ Name Provided by Client | Category of Party in Interest | Comments and Status |
|---|---|---|
| Lloyds Banking Group PLC | Litigants | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Locke Lord Bissell & Liddell | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Lockheed Martin Corp. | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Los Angeles County Employees Retirement Association (Brigade Capital Management LLC) | TCEH First Lien Credit Agreements | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Louisiana Department of Environmental Quality | Litigation Parties (16 Oct 2013) | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Lower Colorado River Authority | Utilities | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Lucent Technologies Inc. | Litigants - Asbestos | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Luminant Generation Co. LLC | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Lyondell Chemical Co. | Potentially Responsible Parties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Maine, State of | Litigation Parties (16 Oct 2013) | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/ Name Provided by Client | Category of Party in Interest | Comments and Status |
|---|---|---|
| Manulife Insurance Co. | Landlords | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Marathon Oil Co. | Potentially Responsible Parties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Marathon Petroleum Co. | Potentially Responsible Parties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Marriott International Inc. | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Martin Engineering | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/ Name Provided by Client | Category of Party in Interest | Comments and Status |
|---|---|---|
| Martin Marietta Materials | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Martin Marietta Materials Inc. | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Mary Kay Inc. | Contract Counterparties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Maryland Comptroller, Revenue Administration Division | Taxing Authorities | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Maryland, State of | Litigation Parties (16 Oct 2013) | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/ Name Provided by Client | Category of Party in Interest | Comments and Status |
|---|---|---|
| Mason Capital | Professionals | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Mason Capital LP (Mason Capital Management) | TCEH First Lien Credit Agreements | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Massachusetts Mutual Life Insurance Co. | Debtholders | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Massachusetts, Commonwealth of | Litigation Parties (16 Oct 2013) | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Massachusetts, State of | Litigation Parties (16 Oct 2013) | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/ Name Provided by Client | Category of Party in Interest | Comments and Status |
|---|---|---|
| MasterCard Inc. | Litigants | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| MasterCard International Inc. | Litigants | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Mathworks Inc., The | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Mattel Inc. | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| McDermott Master Trust | Debtholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| McDermott Will & Emery | Professionals | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| McGlinchey Stafford PLLC | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| McGuirewoods LLP | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| McKinney, City of (TX) | Contract Counterparties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Mellon Bank | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Men's Wearhouse Inc., The | Litigation Parties<br>(16 Oct 2013) | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Mercer | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Merrill Lynch Capital Services | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Merrill Lynch Capital Services Inc. | Contract Counterparties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Merrill Lynch Pierce Fenner & Smith | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Merrill Lynch Pierce Fenner & Smith Inc. (Broker) | Secured Bondholders | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Merrill Lynch/Bank of America | Indenture Trustees | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Metlife | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Metropolitan Life Insurance Co. | Litigants - Asbestos | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Metropolitan West Asset | TCEH First Lien Credit Agreements | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Metropolitan West Asset Management | Debtholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| MFS Investment Management | Secured Bondholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Microsoft Corp. | Landlords & Leases | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Midwest Ozone Group | Litigation Parties (16 Oct 2013) | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Milbank Tweed Hadley & McCloy LLP | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Miller & Chevalier | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Miller & Chevalier Chartered | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Miller, David | Litigation Parties (16 Oct 2013) | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Minnesota, State of | Litigation Parties (16 Oct 2013) | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Mississippi Power Co. | Litigation Parties (16 Oct 2013) | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Missouri, State of | Taxing Authorities-State | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Monsanto Co. | Potentially Responsible Parties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Montgomery County Employees Retirement System (Nomura Corporate Reaersch & Asset Management) | TCEH First Lien Credit Agreements | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Moore Capital | Debtholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Morgan Lewis & Bockius | Professionals | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/ Name Provided by Client | Category of Party in Interest | Comments and Status |
|---|---|---|
| Morgan Lewis & Bockius LLP | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Morgan Stanley | Shareholders | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Morgan Stanley & Co. Inc. | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Morgan Stanley Capital Group Inc. | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Morgan Stanley Senior | TCEH First Lien Credit Agreements | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Morgan Stanley Senior Funding Inc. | Debtholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Morgan Stanley Smith Barney LLC (Broker) | TCEH Bondholders | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Motiva Enterprises LLC | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Mount Kellett Capital Management LP | Secured Bondholders | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| MTL Insurance Co. | Landlords | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Municipal Electric Authority of Georgia | Litigation Parties (16 Oct 2013) | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Murphy Oil USA Inc. | Litigation Parties (16 Oct 2013) | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Murray Energy Corp. | Litigation Parties (16 Oct 2013) | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Nalco Co. | Contract Counterparties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| National Association for the Advancement of Colored People | Litigation Parties (16 Oct 2013) | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| National Association of Manufacturers | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| National Gypsum Co. | Contract Counterparties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| National Mining Association | Litigation Parties (16 Oct 2013) | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| National Oilwell Varco Inc. | Litigants - Asbestos | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| National Rural Electric Cooperative Association | Litigation Parties (16 Oct 2013) | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Natural Resources Defense Council | Litigation Parties (16 Oct 2013) | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Navigant | Professionals | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Navigant Consulting | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Navigant Consulting Inc. | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Nebraska Public Power District | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Nestle USA Inc. | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| New Hampshire, State of | Litigation Parties (16 Oct 2013) | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| New Mexico, State of | Litigation Parties (16 Oct 2013) | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| New NGC Inc. | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| New York City Employees Retirement System | Debtholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| New York City Police Pension Fund | Debtholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| New York Life Insurance Co. (Guaranteed Products) (Mackay Shields) | TCEH First Lien Credit Agreements | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| New York Mercantile Exchange | Contract Counterparties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| New York, City of (NY) | Litigation Parties (16 Oct 2013) | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| New York, State of | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| NextEra Energy Resources LLC | Litigants | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| NextEra Energy Resources LLC | Litigants | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Nice Systems Inc. | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Nissan Motor Acceptance Corp. | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Nomura International PLC | Debtholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/ Name Provided by Client | Category of Party in Interest | Comments and Status |
|---|---|---|
| Nomura Securities International Inc. | Secured Bondholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Norinchukin Bank, The | Shareholders | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| North Carolina, State of | Litigation Parties (16 Oct 2013) | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Northbridge Group | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Northwestern Mutual Life Insurance Co., The | Shareholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| NRG Energy Inc. | Litigation Parties (16 Oct 2013) | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| NRG Energy Inc. | Litigation Parties (16 Oct 2013) | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| NRG Power Marketing Inc. | Contract Counterparties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Nuclear Electric Insurance | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Nuclear Electric Insurance Ltd. (NEIL) | Insurers | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Nuclear Energy Institute | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Nucor Steel, a Division of Nucor Corp. | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Nukem Inc. | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Oaktree Capital | TCEH First Lien Credit Agreements | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Oaktree Capital Management LP | Secured Bondholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| O'Brien, David | Litigants -<br>Asbestos | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Occidental Chemical Corp. | Potentially Responsible Parties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Och-Ziff Capital Management | Bondholders | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Ogletree Deakins Nash Smoak & Stewart PC | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Ohio Environmental Council | Litigation Parties (16 Oct 2013) | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Ohio Police & Fire Pension Fund | Debtholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Ohio Power Co. | Litigation Parties (16 Oct 2013) | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Ohio Valley Coal Co. | Litigation Parties (16 Oct 2013) | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Okonite Co., The | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Omega Advisors Inc. | Secured Bondholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| O'Melveny & Myers LLP | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Ondeo Nalco Co. | Potentially Responsible Parties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Oneok Energy Services Co. LP | Contract Counterparties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Open Text Corp. | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Optimum Trust-Optimum Fixed Income Fund (Delaware Investments) | TCEH First Lien Credit Agreements | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Oracle America Inc. | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Oracle Corp. | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Oregon Department of Revenue | Taxing Authorities | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Otis Elevator Co. | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| OZ Management LP | Secured Bondholders | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/ Name Provided by Client | Category of Party in Interest | Comments and Status |
|---|---|---|
| Oz Special Master Fund Ltd. (Oz Management LLC) | TCEH First Lien Credit Agreements | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Pacific Life Insurance | Debtholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Pacific Life Insurance Co. | TCEH First Lien Credit Agreements | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Packaging Corp. of America | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Pactiv LLC | Contract Counterparties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Pall Corp. | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Parker Hannifin Corp. | Litigants - Asbestos | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Paul Weiss | Professionals | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Paul Weiss Rifkind Wharton & Garrison | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Paul Weiss Rifkind Wharton & Garrison LLP | Professionals | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Paulson & Co. Inc. | TCEH Bondholders | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Peabody Energy Corp. | Litigation Parties (16 Oct 2013) | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Penn Mutual Life Insurance Co. (Asset Management) | Unsecured Bondholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Pension Benefit Guaranty Corp. | Top 50 Unsecured Creditors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Pension Financial Services Inc. | Litigation Parties (16 Oct 2013) | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Pepsico Inc. | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Perella Weinberg Partners | Debtholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Perry Capital | Debtholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Peter J. Solomon Co. | Professionals | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Pharmacia Corp. | Potentially Responsible Parties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/ Name Provided by Client | Category of Party in Interest | Comments and Status |
|---|---|---|
| Pharr, City of (TX) | Taxing Authorities - Texas | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Philadelphia, City of (PA) | Litigation Parties (16 Oct 2013) | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Philip Morris | Landlords & Leases | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Philips Electronics North America Corp. | Litigants - Asbestos | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Phillips 66 Co. | Debtholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Phillips Petroleum Co. | Litigants - Asbestos | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Pilgrim's Pride Corp. | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Pillsbury Winthrop Shaw Pittman | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| PIMCO | Debtholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| PIMCO - Pacific Investment Management Co. | Secured Bondholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Platts, a division of McGraw Hill Cos. | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Point State Capital LP | Debtholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Pointstate Capital LP | Debtholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Poly-America LP | Contract Counterparties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Port of Houston Authority (TX) | Taxing Authorities - Texas | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| PPL Energy Plus LLC | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| PPM Energy Inc. | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| PricewaterhouseCoopers LLP | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Principal Life Insurance Co. | Debtholders | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Progress Energy | Utilities | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/ Name Provided by Client | Category of Party in Interest | Comments and Status |
|---|---|---|
| Progress Energy Inc. | Litigation Parties (16 Oct 2013) | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Progress Rail Services | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Providence Equity | Debtholders | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Prudential Insurance Co. of America, The (Prudential Investment Mnanagement Inc.) | TCEH First Lien Credit Agreements | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Prudential Investment Management Inc. | Secured Bondholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Public Service Co. of Oklahoma | Litigation Parties<br>(16 Oct 2013) | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Public Service Enterprise Group Inc. | Litigation Parties<br>(16 Oct 2013) | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Public Strategies Inc. | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Public Utility Commission of Texas | Contract Counterparties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Putnam Investments | Debtholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/ Name Provided by Client | Category of Party in Interest | Comments and Status |
|---|---|---|
| PwC | Professionals | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Quaker Oats Co. | Litigants - Asbestos | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Quest Software | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| R.R. Donnelley & Sons Co. | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Rackspace Hosting Inc. | Litigation Parties (16 Oct 2013) | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/ Name Provided by Client | Category of Party in Interest | Comments and Status |
|---|---|---|
| RadioShack Corp. | Litigation Parties (16 Oct 2013) | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| RBC Capital Markets | DIP Associated Parties - TCEH | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| RBS Securities Inc. (Broker) | EFIH Bondholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Reliant Energy | Litigants | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| RHE Hatco Inc. | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/ Name Provided by Client | Category of Party in Interest | Comments and Status |
|---|---|---|
| Rhode Island, State of | Litigation Parties (16 Oct 2013) | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Rhone-Poulenc Inc. | Litigants - Asbestos | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Richards Layton & Finger PA | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Riley Stoker Corp. | Litigants - Asbestos | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Rinker Materials | Contract Counterparties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Rohm & Haas Co. | Potentially Responsible Parties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Ropes & Gray LLP | Professionals | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Rothschild Inc. | Professionals | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Royal Bank of Canada | Debtholders | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Royal Bank of Scotland Group PLC, The | Debtholders | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| RR Donnelley & Sons Co. | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| RSR Corp. | Potentially Responsible Parties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Ruhrpumpen Inc. | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| S&C Electric Co. | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Safeco Insurance Co. of America | Surety Bonds | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| SAIC | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Salesforce.com | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Salesforce.com Inc. | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Samsung Austin Semiconductor LP | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| San Antonio, City of (TX) | Taxing Authorities - Texas | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Santander Consumer USA Inc. | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| SAP America Inc. | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| SAS Institute Inc. | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Sawyer, Hugh E. | Officers and Directors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Schindler Elevator Corp. | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/ Name Provided by Client | Category of Party in Interest | Comments and Status |
|---|---|---|
| Schlumberger Technology Corp. | Litigation Parties (16 Oct 2013) | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Schneider Electric | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Schneider Electric USA Inc. | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Schulte Roth & Zabel LLP | Professionals | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| SCK Inc. | Litigation Parties (16 Oct 2013) | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Scoggin Capital Management | Debtholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Scotiabank | Debtholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Sei Institutional Investments Trust High Yeild Bond Fund (Brigade Capital Management LLC) | TCEH First Lien Credit Agreements | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Sei Institutional Managed Trust - High Yield Bond Fund (Brigade Capital Management LLC) | TCEH First Lien Credit Agreements | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Seneca Capital | Debtholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Senior Debt Portfolio | Debtholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Service Corp. International | Litigation Parties (16 Oct 2013) | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| SG Americas Securities LLC | Unsecured Bondholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| SGS North America Inc. | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Shaw Environmental Inc. | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Shaw Group Inc., The | Litigants - Asbestos | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Shearman & Sterling LLP | Professionals | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Shell Energy North America US LP | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Sherwin Williams | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Sherwin-Williams Co., The | Contract Counterparties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Sidley | Professionals | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Sidley Austin LLP | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Siemens Energy & Automation Inc. | Litigants - Asbestos | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Siemens Water Technologies Corp. | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Siemens Westinghouse Power Corp. | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Sierra Club | Litigants | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Silver Point Capital | Debtholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| SimplexGrinnell LP | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Simpson Thacher & Bartlett LLP | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| SKF USA Inc. | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Slover & Loftus | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Smith, Ken | Current O&D - filing entities | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Societe Air France | Litigation Parties (16 Oct 2013) | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Societe Generale SA | Litigants | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Sojitz Corp. of America | Landlords & Leases | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Solar Turbines Inc. | Contract Counterparties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Sonoco Products Co. | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| South Mississippi Electric Power Association | Litigation Parties (16 Oct 2013) | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Southeastern Freight Lines Inc. | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Southern California Gas Co. | Contract Counterparties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Southern Co. Services | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Southern Co. Services Inc. | Litigation Parties (16 Oct 2013) | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Southwest Airlines | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Southwest Airlines Co. | Contract Counterparties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Southwestern Bell Telephone | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Southwestern Public Service Co. | Litigation Parties (16 Oct 2013) | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| SPCP Group LLC | Debtholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Spectera Inc. | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Sprint | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| St. Joseph Regional Health Center | Contract Counterparties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| St. Joseph's Regional Health Center Inc. | Contract Counterparties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Standard & Poor's | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Standard Parking Corp. | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Stanley Black & Decker Inc. | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| State Street | Shareholders | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| State Street Bank & Trust Co. | Debtholders | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| STMicroelectronics Inc. | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Stone & Webster Inc. | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Sud-Chemie Inc. | Litigants - Asbestos | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Sullivan, Joseph | Litigants - Asbestos | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/ Name Provided by Client | Category of Party in Interest | Comments and Status |
|---|---|---|
| Sun Oil Co. | Litigation Parties - Asbestos (16 Oct 2013) | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| SunAmerica Income Funds - SunAmerica High Yield Bond Fund (Wellington Management Co.) | TCEH First Lien Credit Agreements | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Sunflower Electric Power Corp. | Litigation Parties (16 Oct 2013) | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Sunoco Inc. (R&M) | Litigants - Asbestos | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| SunTrust | Debtholders | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| SunTrust Bank | TCEH First Lien Credit Agreements | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Susman Godfrey LLP | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Sutherland Asbill & Brennan LLP | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Sybase - an SAP Co. | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Sybase Inc. | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| System Energy Resources Inc. | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| T Rowe Price | TCEH First Lien Credit Agreements | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| T. Rowe Price | Debtholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Tarrant County (TX) | Litigation Parties (16 Oct 2013) | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Tarrant County Tax Collector (TX) | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| TCW Asset Management | Debtholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Teledyne Technologies Co. | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Tenet Healthcare Corp. | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Tennessee Valley Authority | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Texaco Inc. | Litigants - Asbestos | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Texas Department of Transportation | Surety + LC Beneficiaries | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Texas Industries Inc. | Litigants - Asbestos | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Texas Instruments Inc. | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Texas New Mexico Power Co. | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Texas, Public Utility Commission of | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Texas, State of | Litigation Parties<br>(16 Oct 2013) | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Thermo Fisher Scientific | Significant<br>Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Third Avenue Trust | Bondholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Thomas, Joyce | Litigants -<br>Asbestos | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Thompson & Knight LLP | Significant<br>Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Thyssenkrupp Elevator Corp. | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| TIAA-CREF | Debtholders | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Tibco Software Inc. | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Time Warner | Utilities | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Time Warner Cable | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/ Name Provided by Client | Category of Party in Interest | Comments and Status |
|---|---|---|
| Time Warner Entertainment Co. LP | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Total Petrochemicals USA Inc. | Litigants - Asbestos | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Towers Watson | Professionals | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Towers Watson Pennsylvania Inc. | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| TPG | Bondholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| TPG Capital LP | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| TPG Partners V LP | Shareholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| TPUSA | Top 50 Unsecured Creditors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| TPUSA Inc. | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Trane | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Trane Co. | Litigants - Asbestos | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Trans Union LLC | Litigation Parties (16 Oct 2013) | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Travelocity.com LP | Litigation Parties (16 Oct 2013) | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Travis County (TX) | Taxing Authorities - Texas | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Trico Corp. | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Trinity Construction Co. Inc. | Litigants - Asbestos | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Trinity Industries Inc. | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Triplex Inc. | Litigants - Asbestos | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Trustees of Dartmouth College | Debtholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Tyler Pipe Co., a Division of McWane Inc. | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| UBS AG | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| UBS Securities | Debtholders | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| UBS Securities LLC | Secured Bondholders | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Ultramar Diamond Shamrock Corp. | Litigants - Asbestos | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| UniFirst | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Union Bank NA | DIP Associated Parties - EFIH, TCEH | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Union Carbide Chemicals & Plastic Co. | Litigants - Asbestos | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Union Carbide Corp. | Litigants - Asbestos | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Union Electric Co. | Litigation Parties (16 Oct 2013) | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Union Pacific | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| United Air Lines Inc. | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| United States Chamber of Commerce | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| United States Department of Energy | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| United States Department of the Treasury, Internal Revenue Service | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| United States Enrichment Corp. (USEC) | Contract Counterparties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| United States Environmental Protection Agency | Litigation Parties (16 Oct 2013) | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| United States Gypsum Co. | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| United States Nuclear Regulatory Commission (NRC) | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| United States of America | Litigants | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| United States Steel Corp. | Litigants - Asbestos | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| United Supermarkets LLC | Litigation Parties (16 Oct 2013) | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| URS Corp. | Contract Counterparties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| US Bank NA | Landlords | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| US Chamber of Commerce | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| US Enrichment Corp. | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/ Name Provided by Client | Category of Party in Interest | Comments and Status |
|---|---|---|
| US Environmental Protection Agency | Litigants | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| US Nuclear Regulatory Commission | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| USPS | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Utility Air Regulatory Group | Litigation Parties (16 Oct 2013) | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Utility Integration Solutions | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Valero Energy Corp. | Litigants - Asbestos | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Valero Marketing & Supply Co. | Litigation Parties (16 Oct 2013) | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Vanguard Group Inc., The | Secured Bondholders | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Verizon | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Verizon Wireless | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Vermont, State of | Litigation Parties (16 Oct 2013) | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Vertis Inc. | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Viacom Inc. | Litigants - Asbestos | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Vinson & Elkins | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Vinson & Elkins LLP | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Visa Inc. | Litigants | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Visa International Service Association | Litigants | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Visa USA Inc. | Litigants | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| W.R. Huff Asset Management Co. LLC | Unsecured Bondholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Wabtec Global Services | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Wachovia Bank NA | Lienholders | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Wachtell Lipton | Professionals | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Wachtell Lipton Rosen & Katz | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Wallace, James | Litigants | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Washington Group International Inc. | Litigants - Asbestos | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Waste Control Specialists LLC (WCS) | Top 50 Unsecured Creditors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Waste Management | Utilities | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Waukesha-Pearce Industries Inc. | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Weatherford International Inc. | Contract Counterparties | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Weber Shandwick | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/ Name Provided by Client | Category of Party in Interest | Comments and Status |
|---|---|---|
| Wellpoint Inc. | Debtholders | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Wells Fargo Bank | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Wells Fargo Bank NA | TCEH First Lien Credit Agreements | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Wells Fargo Home Mortgage | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Wesco Distribution Inc. | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| West Publishing Corp. | Significant Vendors | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| West, Michael | US Trustee & Court Personnel | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Westar Energy Inc. | Litigation Parties (16 Oct 2013) | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Western Farmers Electric Cooperative | Litigation Parties (16 Oct 2013) | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Western United Life Assurance Co. | Landlords | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| WESTLB AG | Litigants | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Weyerhaeuser | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| White & Case | Professionals | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| White & Case LLP | Professionals | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Whitebox Advisors LLC | Unsecured Bondholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Wick Phillips LLP | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Williams, Ann | Litigants - Asbestos | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Willis of Texas Inc. | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Wilmington Trust Co. | Landlords | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Wilsonart International Inc. | Contract Counterparties | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| Winstead PC | Professionals | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Winston & Strawn LLP | Significant Vendors | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Wisconsin Electric Power Co. | Litigation Parties (16 Oct 2013) | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Woodforest National Bank | Litigants | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| WR Huff Asset | TCEH First Lien Credit Agreements | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

| Name Searched/<br>Name Provided by Client | Category of<br>Party in Interest | Comments and Status |
|---|---|---|
| WR Huff Asset Management Co. LLC | TCEH Bondholders | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| WW Grainger Inc. | Litigation Parties (16 Oct 2013) | CRA HAS IN THE PAST REPRESENTED THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| York Capital Management Global Advisors LLC | Secured Bondholders | CRA CURRENTLY REPRESENTS THIS ENTITY AND/OR CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY INVOLVED IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |