**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) | (Jointly Administered)<br>**Re: Docket No. 2683** |

**SUPPLEMENT TO FIRST INTERIM FEE APPLICATION OF
KIRKLAND & ELLIS LLP AND KIRKLAND & ELLIS INTERNATIONAL LLP,
ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR THE
PERIOD FROM APRIL 29, 2014 THROUGH AND INCLUDING AUGUST 31, 2014**

Kirkland & Ellis LLP and Kirkland & Ellis International LLP (collectively, "K&E"), counsel to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") hereby supplements its *First Interim Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Period from April 29, 2014 Through and Including August 31, 2014* filed on October 31, 2014 [D.I. 2683] (the "First Interim Fee Application") as requested by the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee").

In response to the U.S. Trustee's requests for additional information, attached are the following exhibits:

- **Exhibit A** is K&E's budget and staffing plan for the period between April 29, 2014 and August 31, 2014 (the "Fee Period"), which has been approved by the Debtors.

- **Exhibit B** is a comparison of hours and fees budgeted for each matter category to which K&E professionals and paraprofessionals billed time during the Fee Period

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 11199248v.1

against the hours and fees for which K&E seeks compensation in the First Interim Fee Application.

[*Remainder of page intentionally left blank.*]

Dated: November 26, 2014
    Wilmington, Delaware

/s/ *Edward O. Sassower, P.C.*
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   edward.sassower@kirkland.com
   stephen.hessler@kirkland.com
   brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted pro hac vice)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
   marc.kieselstein@kirkland.com
   chad.husnick@kirkland.com
   steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*