# EXHIBIT A

## Budget and Staffing Plan

# Budget and Staffing Plan

### (For Matter Categories for the Period Beginning on April 29, 2014 and Ending on August 31, 2014)

## Budget

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted |
|---|---|---|---|
| Applicable to All Debtors | | | |
| 2 | [ALL] Chapter 11 Filing | 270 - 300 | $160,000 - $180,000 |
| 3 | [ALL] Automatic Stay | 270 - 300 | $143,000 - $160,000 |
| 4 | [ALL] Bond Issues | 490 - 540 | $383,000 - $429,000 |
| 5 | [ALL] Business Operations | 430 - 470 | $285,000 - $319,000 |
| 6 | [ALL] Case Administration | 2,130 - 2,350 | $1,515,000 - $1,697,000 |
| 7 | [ALL] Cash Management | 110 - 120 | $71,000 - $80,000 |
| 8 | [ALL] Claims Administration and Objections | 360 - 400 | $223,000 - $250,000 |
| 9 | [ALL] Contested Matters and Adversary Proceedings | 10,700 - 11,780 | $6,332,000 - $6,965,000 |
| 10 | [ALL] Corporate Governance and Securities Issues | 400 - 440 | $379,000 - $425,000 |
| 12 | [ALL] Hearings | 1,910 - 2,100 | $1,125,000 - $1,260,000 |
| 13 | [ALL] Insurance | 10 - 20 | $6,000 - $12,000 |
| 14 | [ALL] K&E Retention and Fee Applications | 630 - 690 | $380,000 - $425,000 |
| 16 | [ALL] Non-Debtor Affiliates | 120 - 130 | $77,000 - $86,000 |
| 17 | [ALL] Non-K&E Retentions and Fee Applications | 370 - 410 | $238,000 - $267,000 |
| 18 | [ALL] Non-Working Travel | 730 - 800 | $557,000 - $624,000 |
| 19 | [ALL] Official Committee Issues and Meetings | 140 - 150 | $98,000 - $110,000 |
| 20 | [ALL] Oncor | 10 - 20 | $6,000 - $7,000 |
| 21 | [ALL] Plan and Disclosure Statement | 1,720 - 1,890 | $1,113,000 - $1,265,000 |
| 22 | [ALL] Private Letter Ruling/IRS Matters | 200 - 220 | $227,000 - $255,000 |
| 23 | [ALL] Regulatory Issues | 80 - 90 | $53,000 - $60,000 |
| 24 | [ALL] Restructuring Support Agreement/Global Settlement Issues | 900 - 990 | $548,000 - $613,000 |
| 26 | [ALL] Retiree and Employee Issues/OPEB | 680 - 750 | $505,000 - $565,000 |
| 27 | [ALL] Schedules, SoFAs | 270 - 300 | $185,000 - $207,000 |
| 28 | [ALL] Shared Services | 10 - 20 | $6,000 - $12,000 |
| 29 | [ALL] Tax Issues | 610 - 670 | $586,000 - $656,000 |
| 30 | [ALL] U.S. Trustee Issues | 110 - 120 | $82,000 - $92,000 |
| 31 | [ALL] Utilities | 10 - 20 | $6,000 - $12,000 |
| 32 | [ALL] Valuation | 230 - 250 | $136,000 - $152,000 |
| 33 | [ALL] Vendor and Other Creditor Issues | 300 - 330 | $95,000 - $106,000 |
| 106 | [ALL] Venue | 250 - 280 | $195,000 - $218,000 |
| 107 | [ALL] Invoice Review | 410 - 450 | $231,000 - $259,000 |

RLF1 11199248v.1

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted |
|---|---|---|---|
| Applicable to TCEH Debtors | | | |
| 34 | [TCEH] Asset Disposition | 260 - 290 | $164,000 - $183,000 |
| 35 | [TCEH] Automatic Stay | 40 - 50 | $30,000 - $34,000 |
| 36 | [TCEH] Bond Issues | 60 - 70 | $38,000 - $43,000 |
| 37 | [TCEH] Business Operations | 170 - 190 | $105,000 - $118,000 |
| 38 | [TCEH] Cash Collateral and DIP Financing | 800 - 880 | $608,000 - $680,000 |
| 39 | [TCEH] Claims Administration and Objections | 230 - 250 | $158,000 - $177,000 |
| 40 | [TCEH] Contested Matters and Adversary Proceedings | 880 - 970 | $615,000 - $689,000 |
| 41 | [TCEH] Corporate Governance and Securities Law Issues | 20 - 30 | $14,000 - $16,000 |
| 42 | [TCEH] Environmental Issues | 10 - 20 | $6,000 - $12,000 |
| 43 | [TCEH] Hearings | 120 - 130 | $100,000 - $112,000 |
| 45 | [TCEH] Letter of Credit Issues | 10 - 20 | $6,000 - $12,000 |
| 46 | [TCEH] Non-Debtor Affiliates | 70 - 80 | $46,000 - $52,000 |
| 48 | [TCEH] Non-Working Travel | 70 - 80 | $62,000 - $70,000 |
| 49 | [TCEH] Official Committee Issues and Meetings | 70 - 80 | $74,000 - $83,000 |
| 50 | [TCEH] Oncor | 10 - 20 | $7,000 -$14,000 |
| 51 | [TCEH] Plan / Disclosure Statement | 30 - 40 | $33,000 - $37,000 |
| 52 | [TCEH] Private Letter Ruling/IRS Issues | 10 - 20 | $6,000 - $12,000 |
| 53 | [TCEH] Restructuring Support Agreement / Global Settlement Issues | 90 - 100 | $84,000 - $94,000 |
| 54 | [TCEH] Retiree and Employee Issues/OPEB | 50 - 60 | $42,000 - $47,000 |
| 55 | [TCEH] Schedules, SoFAs | 20 - 30 | $19,000 - $21,000 |
| 56 | [TCEH] Shared Services | 10 - 20 | $7,000 - $14,000 |
| 57 | [TCEH] Trading and Hedging Contracts | 120 - 130 | $79,000 - $88,000 |
| 58 | [TCEH] Transition Services | 20 - 30 | $9,000 - $17,000 |
| 59 | [TCEH] U.S. Trustee Issues | 20 -30 | $13,000 - $15,000 |
| 60 | [TCEH] Utilities | 10 - 20 | $8,000 - $16,000 |
| 61 | [TCEH] Valuation | 10 - 20 | $10,000 - $18,000 |
| 62 | [TCEH] Vendor and Other Creditor Issues | 490 - 540 | $317,000 - $355,000 |
| 108 | [TCEH] Exec. Contracts & Unexpired Leases | 560 - 620 | $327,000 - 366,000 |

RLF1 11199248v.1

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted |
|---|---|---|---|
| Applicable to EFIH Debtors | | | |
| 63 | [EFIH] Asset Disposition | 20 - 30 | $20,000 - $25,000 |
| 65 | [EFIH] Bond Issues | 40 -50 | $25,000 - $28,000 |
| 66 | [EFIH] Cash Collateral/DIP Financing/Makewhole Issues | 4,150 - 4,570 | $3,500,000 - $3,920,000 |
| 68 | [EFIH] Contested Matters and Adversary Proceedings | 4,210 - 4,630 | $3,070,000 - $3,377,000 |
| 69 | [EFIH] Corporate Governance and Securities Law Issues | 10 - 20 | $10,000 - $18,000 |
| 70 | [EFIH] Hearings | 160 - 180 | $135,000 - $151,000 |
| 73 | [EFIH] Non-Working Travel | 200 - 220 | $175,000 - $196,000 |
| 75 | [EFIH] Oncor | 10 - 20 | $10,000 -$18,000 |
| 76 | [EFIH] Plan/Disclosure Statement | 220 - 240 | $120,000 - $135,000 |
| 77 | [EFIH] Private Letter Ruling / IRS Issues | 20 - 30 | $22,000 - $25,000 |
| 78 | [EFIH] Restructuring Support Agreement/Global Settlement Issues | 220 - 240 | $140,000 - $157,000 |
| Applicable to EFH Debtors | | | |
| 82 | [EFH] Asset Disposition | 40 - 50 | $28,000 - $32,000 |
| 85 | [EFH] Claims Administration and Objections | 40 - 50 | $30,000 - $34,000 |
| 86 | [EFH] Contested Matters and Adversary Proceedings | 440 - 480 | $432,000 - $484,000 |
| 87 | [EFH] Corporate Governance and Securities Law Issues | 60 - 70 | $66,000 - $74,000 |
| 88 | [EFH] EFH Corporate Services | 10 - 20 | $7,000 - $14,000 |
| 89 | [EFH] EFH Properties | 130 - 140 | $83,000 - $93,000 |
| 92 | [EFH] Non-Core Subsidiaries / Discontinued Operations | 40 -50 | $32,000 - $36,000 |
| 95 | [EFH] Non-Working Travel | 50 - 60 | $47,000 - $53,000 |
| 96 | [EFH] Official Committee Issues and Meetings | 10 - 20 | $9,000 - $17,000 |
| 98 | [EFH] Plan / Disclosure Statement | 40 - 50 | $39,000 - $44,000 |
| 99 | [EFH] Private Letter Ruling / IRS Issues | 10 - 20 | $8,000 - $16,000 |
| 100 | [EFH] Restructuring Support Agreement / Global Settlement Issues | 20 - 30 | $14,000 - $20,000 |
| 101 | [EFH] Retiree and Empoloyee Issues/OPEB | 70 - 80 | $67,000 - $75,000 |
| 102 | [EFH] Schedules, SoFAs | 10 - 20 | $8,000 - $16,000 |
| **Total** | | **39,350 - 43,590** | **$27,030,000 - $30,221,000** |

**Staffing Plan**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate[2] |
|---|---|---|
| Partner | 22 | $955 |
| Associate (4+ years since first admission) | 25 | $756 |
| Jr. Associate (1-3 years since first admission) | 54 | $578 |
| Legal Assistant | 19 | $303 |
| Case Assistant | 8 | 189 |
| Project Assistants (and other support staff) | 30 | 282 |
| **Total Attorney** | **120** | **$756** |
| **Total Non-Attorney** | **57** | **$284** |
| **Total** | **177** | **$692** |

---

[2] The Average Hourly Rate is a weighted average based on the individual hourly rate of, and projected number of hours worked by, each timekeeper over the course of the chapter 11 cases.