# EXHIBIT B

**Summary of Compensation Requested by Project Category**

| Matter Number | Project Category Description | Hours | | Total Compensation | |
|---|---|---|---|---|---|
| | | Budgeted | Billed | Budgeted | Billed |
| 0002 | Chapter 11 Bankruptcy Filing | 270 - 300 | 1,193.30 | $160,000 - $180,000 | $744,671.00 |
| 0003 | [ALL] Automatic Stay | 270 - 300 | 168.40 | $143,000 - $160,000 | $98,380.00 |
| 0004 | [ALL] Bond Issues | 490 - 540 | 14.60 | $383,000 - $429,000 | $6,685.00 |
| 0005 | [ALL] Business Operations | 430 - 470 | 89.10 | $285,000 - $319,000 | $76,924.50 |
| 0006 | [ALL] Case Administration | 2,130 - 2,350 | 696.50 | $1,515,000 - $1,697,000 | $343,492.00 |
| 0007 | [ALL] Cash Management | 110 - 120 | 152.30 | $71,000 - $80,000 | $81,943.00 |
| 0008 | [ALL] Claims Administration & Objections | 360 - 400 | 635.90 | $223,000 - $250,000 | $400,124.50 |
| 0009 | [ALL] Contested Matters & Adv. Proceed. | 10,700 - 11,780 | 6,524.10 | $6,332,000 - $6,965,000 | $3,676,482.00 |
| 0010 | [ALL] Corp. Governance and Sec. Issues | 400 - 440 | 987.00 | $379,000 - $425,000 | $760,088.00 |
| 0011 | [ALL] Exec. Contracts & Unexpired Leases | 0.00 | 154.90 | $0.00 | $83,393.50 |
| 0012 | [ALL] Hearings | 1,910 - 2,100 | 1,000.00 | $1,125,000 - $1,260,000 | $703,939.00 |
| 0013 | [ALL] Insurance | 10 - 20 | 38.20 | $6,000 - $12,000 | $18,299.00 |
| 0014 | [ALL] K&E Retention and Fee Applications | 630 - 690 | 2,236.90 | $380,000 - $425,000 | $1,278,663.00 |
| 0016 | [ALL] Non-Debtor Affiliates | 120 - 130 | 81.30 | $77,000 - $86,000 | $40,838.50 |
| 0017 | [ALL] Non-K&E Retentions & Fee Apps | 370 - 410 | 618.10 | $238,000 - $267,000 | $367,922.50 |
| 0018 | [ALL] Non-Working Travel | 730 - 800 | 448.60 | $557,000 - $624,000 | $345,096.00 |
| 0019 | [ALL] Official Committee Issues & Meet. | 140 - 150 | 180.00 | $98,000 - $110,000 | $138,872.50 |
| 0020 | [ALL] Oncor | 10 - 20 | 0.00 | $6,000 - $7,000 | $0.00 |
| 0021 | [ALL] Plan and Disclosure Statements | 1,720 - 1,890 | 3,163.80 | $1,113,000 - $1,265,000 | $2,333,491.00 |
| 0022 | [ALL] Private Letter Ruling/IRS Matters | 200 - 220 | 125.00 | $227,000 - $255,000 | $148,539.50 |
| 0023 | [ALL] Regulatory Issues | 80 - 90 | 119.50 | $53,000 - $60,000 | $67,801.50 |
| 0024 | [ALL] Rest. Support Agrmt./Global Settle | 900 - 990 | 1,467.60 | $548,000 - $613,000 | $1,014,782.00 |
| 0026 | [ALL] Retiree and Employee Issues/OPEB | 680 - 750 | 1,535.70 | $505,000 - $565,000 | $1,188,204.50 |
| 0027 | [ALL] Schedules, SoFAs | 270 - 300 | 300.00 | $185,000 - $207,000 | $195,385.00 |
| 0028 | [ALL] Shared Services | 10 - 20 | 6.00 | $6,000 - $12,000 | $3,750.00 |
| 0029 | [ALL] Tax Issues | 610 - 670 | 759.70 | $586,000 - $656,000 | $796,663.50 |
| 0030 | [ALL] U.S. Trustee Issues | 110 - 120 | 58.80 | $82,000 - $92,000 | $44,302.50 |
| 0031 | [ALL] Utilities | 10 - 20 | 0.00 | $6,000 - $12,000 | $0.00 |
| 0032 | [ALL] Valuation | 230 - 250 | 2,249.80 | $136,000 - $152,000 | $1,349,864.00 |
| 0033 | [ALL] Vendor and Other Creditor Issues | 300 - 330 | 381.60 | $95,000 - $106,000 | $96,287.50 |
| 0034 | [TCEH] Asset Dispositions and Purchases | 260 - 290 | 306.20 | $164,000 - $183,000 | 167,581.00 |
| 0035 | [TCEH] Automatic Stay | 40 - 50 | 111.70 | $30,000 - $34,000 | $66,355.00 |
| 0036 | [TCEH] Bond Issues | 60 - 70 | 45.20 | $38,000 - $43,000 | $23,845.00 |

| Matter Number | Project Category Description | Hours | | Total Compensation | |
|---|---|---|---|---|---|
| | | Budgeted | Billed | Budgeted | Billed |
| 0037 | [TCEH] Business Operations | 170 - 190 | 107.80 | $105,000 - $118,000 | $53,467.50 |
| 0038 | [TCEH] Cash Collateral and DIP Financing | 800 - 880 | 651.00 | $608,000 - $680,000 | $451,545.00 |
| 0039 | [TCEH] Claims Administration & Objection | 230 - 250 | 162.00 | $158,000 - $177,000 | $99,463.50 |
| 0040 | [TCEH] Contested Matters & Advers. Proc. | 880 - 970 | 1,731.70 | $615,000 - $689,000 | $1,209,150.50 |
| 0041 | [TCEH] Corporate Governance and Securities Law Issues | 20 - 30 | 0.00 | $14,000 - $16,000 | $0.00 |
| 0042 | [TCEH] Environmental Issues | 10 - 20 | 4.10 | $6,000 - $12,000 | $2,637.00 |
| 0043 | [TCEH] Hearings | 120 - 130 | 21.10 | $100,000 - $112,000 | $19,423.50 |
| 0045 | [TCEH] Letter of Credit Issues | 10 - 20 | 0.00 | $6,000 - $12,000 | $0.00 |
| 0046 | [TCEH] Non-Debtor Affiliates | 70 - 80 | 99.50 | $46,000 - $52,000 | $57,666.50 |
| 0047 | [TCEH] Non-K&E Retention & Fee Apps | 0.00 | 1.50 | $0.00 | $1,260.00 |
| 0048 | [TCEH] Non-Working Travel | 70 - 80 | 23.70 | $62,000 - $70,000 | $21,717.50 |
| 0049 | [TCEH] Official Committee Issues & Meet. | 70 - 80 | 24.70 | $74,000 - $83,000 | $24,890.50 |
| 0050 | [TCEH] Oncor | 10 - 20 | 0.00 | $7,000 -$14,000 | $0.00 |
| 0051 | [TCEH] Plan / Disclosure Statement | 30 - 40 | 0.00 | $33,000 - $37,000 | $0.00 |
| 0052 | [TCEH] Private Letter Ruling/IRS Issues | 10 - 20 | 9.50 | $6,000 - $12,000 | $6,037.00 |
| 0053 | [TCEH] Restructuring Support Agreement / Global Settlement Issues | 90 - 100 | 0.00 | $84,000 - $94,000 | $0.00 |
| 0054 | [TCEH] Retiree and Employee Issues/OPEB | 50 - 60 | 0.00 | $42,000 - $47,000 | $0.00 |
| 0055 | [TCEH] Schedules, SoFAs | 20 - 30 | 0.00 | $19,000 - $21,000 | $0.00 |
| 0056 | [TCEH] Shared Services | 10 - 20 | 0.00 | $7,000 - $14,000 | $0.00 |
| 0057 | [TCEH] Trading and Hedging Contracts | 120 - 130 | 168.90 | $79,000 - $88,000 | $105,945.00 |
| 0058 | [TCEH] Transition Services | 20 - 30 | 7.00 | $9,000 - $17,000 | $4,354.00 |
| 0059 | [TCEH] U.S. Trustee Issues | 20 -30 | 4.80 | $13,000 - $15,000 | $3,856.50 |
| 0060 | [TCEH] Utilities | 10 - 20 | 8.80 | $8,000 - $16,000 | $3,875.00 |
| 0061 | [TCEH] Valuation | 10 - 20 | 0.00 | $10,000 - $18,000 | $0.00 |
| 0062 | [TCEH] Vendor and Other Creditor Issues | 490 - 540 | 508.30 | $317,000 - $355,000 | $311,344.00 |
| 0063 | [EFIH] Asset Disposition | 20 - 30 | 0.00 | $20,000 - $25,000 | $0.00 |
| 0065 | [EFIH] Bond Issues | 40 - 50 | 8.60 | $25,000 - $28,000 | $8,469.00 |
| 0066 | [EFIH] Cash Collat./DIP Finan./Makewhole | 4,150 - 4,570 | 3,039.50 | $3,500,000 - $3,920,000 | $2,454,843.50 |
| 0068 | [EFIH] Contested Matters & Advers. Pro. | 4,210 - 4,630 | 4,333.30 | $3,070,000 - $3,377,000 | $3,071,160.00 |
| 0069 | [EFIH] Corporate Governance and Securities Law Issues | 10 - 20 | 0.00 | $10,000 - $18,000 | $0.00 |
| 0070 | [EFIH] Hearings | 160 - 180 | 37.50 | $135,000 - $151,000 | $28,110.00 |
| 0073 | [EFIH] Non-Working Travel | 200 - 220 | 68.20 | $175,000 - $196,000 | $55,265.00 |

| Matter Number | Project Category Description | Hours | | Total Compensation | |
|---|---|---|---|---|---|
| | | Budgeted | Billed | Budgeted | Billed |
| 0075 | [EFIH] Oncor | 10 - 20 | 0.00 | $10,000 -$18,000 | $0.00 |
| 0076 | [EFIH] Plan/Disclosure Statement | 220 - 240 | 0.00 | $120,000 - $135,000 | $0.00 |
| 0077 | [EFIH] Private Letter Ruling/IRS Issues | 20 - 30 | 3.10 | $22,000 - $25,000 | $3,653.50 |
| 0078 | [EFIH] Rest. Support Agrmt./Global Sett. | 220 - 240 | 82.30 | $140,000 - $157,000 | $45,943.50 |
| 0082 | [EFH] Asset Disposition | 40 - 50 | 0.00 | $28,000 - $32,000 | $0.00 |
| 0085 | [EFH] Claims Administration and Objections | 40 - 50 | 0.00 | $30,000 - $34,000 | $0.00 |
| 0086 | [EFH] Contested Matters & Advers. Proc. | 440 - 480 | 70.70 | $432,000 - $484,000 | $57,320.50 |
| 0087 | [EFH] Corp. Governance and Sec. Issues | 60 - 70 | 13.40 | $66,000 - $74,000 | $14,790.00 |
| 0088 | [EFH] EFH Corporate Services | 10 - 20 | 0.00 | $7,000 - $14,000 | $0.00 |
| 0089 | [EFH] EFH Properties | 130 - 140 | 64.50 | $83,000 - $93,000 | $40,332.50 |
| 0092 | [EFH] Non-Core Subs/Discontinued Op. | 40 -50 | 0.50 | $32,000 - $36,000 | $388.50 |
| 0095 | [EFH] Non-Working Travel | 50 - 60 | 4.80 | $47,000 - $53,000 | $4,200.00 |
| 0096 | [EFH] Official Committee Issues & Meet. | 10 - 20 | 92.10 | $9,000 - $17,000 | $57,723.00 |
| 0098 | [EFH] Plan / Disclosure Statement | 40 - 50 | 0.00 | $39,000 - $44,000 | $0.00 |
| 0099 | [EFH] Private Letter Ruling / IRS Issues | 10 - 20 | 0.00 | $8,000 - $16,000 | $0.00 |
| 0100 | [EFH] Restructuring Support Agreement / Global Settlement Issues | 20 - 30 | 0.00 | $14,000 - $20,000 | $0.00 |
| 0101 | [EFH] Retiree and Employee Issues/OPEB | 70 - 80 | 29.80 | $67,000 - $75,000 | $26,282.50 |
| 0102 | [EFH] Schedules, SoFAs | 10 - 20 | 0.00 | $8,000 - $16,000 | $0.00 |
| 0106 | [ALL] Venue | 250 - 280 | 526.10 | $195,000 - $218,000 | $369,123.00 |
| 0107 | [ALL] Invoice Review | 410 - 450 | 274.00 | $231,000 - $259,000 | $139,628.00 |
| 0108 | [TCEH] Exec. Contracts & Unexpired Lease | 560 - 620 | 328.70 | $327,000 - $366,000 | $184,259.00 |
| **Totals** | | 39,350 - 43,590 | 38,361.30 | $27,030,000 - 30,221,000 | $25,600,790.50 |