**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: Docket No. 2689** |

**CERTIFICATION OF NO OBJECTION REGARDING THE "FIRST MONTHLY
FEE APPLICATION OF SIDLEY AUSTIN LLP FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR
THE PERIOD FROM APRIL 29, 2014 THROUGH MAY 31, 2014"**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading with respect to the first monthly fee application of for compensation and reimbursement of expenses (the "Monthly Fee Application") of **Sidley Austin LLP** (the "Applicant") listed on Exhibit A attached hereto.  The Monthly Fee Statement was filed with the United States Bankruptcy Court for the District of Delaware (the "Court") on October 31, 2014.  The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Monthly Fee Statement appears thereon.  Pursuant to the **Notice of Fee Statement** filed with the Monthly Fee Application, objections to the Monthly Fee Application were to be filed and served no later than 4:00 p.m. (Eastern Standard Time) on November 21, 2014.  The Monthly Fee Statement was filed and served in accordance with the **Stipulation and Order Appointing a Fee Committee,** dated August 21, 2014 [D.I. 1896] and the **Order Establishing Procedures for Interim**

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

**Compensation and Reimbursement of Expenses for Professionals**, dated September 16, 2014

[D.I. 2066] (the "Administrative Order").

Consequently, pursuant to the Administrative Order, the above-captioned debtors

and debtors in possession in the above-captioned cases, are authorized to pay the Applicant

eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in

the Monthly Fee Application upon the filing of this certification without the need for further

order of the Court.  A summary of the fees and expenses sought by the Applicant is annexed

hereto as Exhibit A.

[*Remainder of page intentionally left blank.*]

ACTIVE 204596152v.1
RLF1 11198632v.1

Dated:   November 26, 2014        */s/ William A. Romanowicz*
      Wilmington, Delaware        **RICHARDS, LAYTON & FINGER, P.A.**
                      Mark D. Collins (No. 2981)
                      Daniel J. DeFranceschi (No. 2732)
                      Jason M. Madron (No. 4431)
                      William A. Romanowicz (No. 5794)
                      920 North King Street
                      Wilmington, Delaware 19801
                      Telephone:        (302) 651-7700
                      Facsimile:        (302) 651-7701
                      Email:        collins@rlf.com
                                      defranceschi@rlf.com
                                      madron@rlf.com
                                      romanowicz@rlf.com

                      -and-

                      **KIRKLAND & ELLIS LLP**
                      **KIRKLAND & ELLIS INTERNATIONAL LLP**
                      Edward O. Sassower, P.C. (*pro hac vice* pending)
                      Stephen E. Hessler (*pro hac vice* pending)
                      Brian E. Schartz (*pro hac vice* pending)
                      601 Lexington Avenue
                      New York, New York 10022-4611
                      Telephone:        (212) 446-4800
                      Facsimile:        (212) 446-4900
                      Email:        edward.sassower@kirkland.com
                                      stephen.hessler@kirkland.com
                                      brian.schartz@kirkland.com

                      -and-

                      James H.M. Sprayregen, P.C. (*pro hac vice* pending)
                      Chad J. Husnick (*pro hac vice* pending)
                      Steven N. Serajeddini (*pro hac vice* pending)
                      300 North LaSalle
                      Chicago, Illinois 60654
                      Telephone:        (312) 862-2000
                      Facsimile:        (312) 862-2200
                      Email:        james.sprayregen@kirkland.com
                                      chad.husnick@kirkland.com
                                      steven.serajeddini@kirkland.com

                      Co-Counsel to the Debtors and Debtors in Possession

ACTIVE 204596152v.1
RLF1 11198632v.1

## EXHIBIT A

Professional Fees and Expenses
Monthly Fee Statement

| Applicant | Fee Statement Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees authorized to be paid @ 80% | Amount of Expenses authorized to be paid @ 100% | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| Sidley Austin LLP, One South Dearborn, Chicago, IL 60603<br><br>(Special Counsel to the Debtors for certain corporate and litigation matters) | First Monthly Fee Application<br><br>April 29, 2014 through May 31, 2014<br><br>Filed 10/31/14<br><br>[D.I. 2689] | $732,304.70 | $6,887.93 | 11/21/14 | $585,843.76 | $6,887.93 | $146,460.94 |

ACTIVE 204596152v.1
RLF1 11198632v.1