**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.,* [1] | ) |
| | ) Case No. 14-10979 (CSS) |
| Debtors. | ) |
| | ) Jointly Administered |

**NOTICE OF CHANGE TO CONTACT INFORMATION**

Please be advised that Jeffrey S. Sabin, Julia Frost-Davies, Patrick Strawbridge

and Christopher L. Carter, counsel of record for Pacific Investment Management

Company, LLC in the above-captioned matter, make the following updates to the contact

information on file with this court and respectfully request that that the docket be updated

accordingly:

> Julia Frost-Davies
> Patrick Strawbridge
> Christopher L. Carter
> MORGAN, LEWIS & BOCKIUS LLP
> One Federal Street
> Boston, MA 02119
> Phone: 617-951-8000
> julia.frost-davies@morganlewis.com
> patrick.strawbridge@morganlewis.com
> christopher.carter@morganlewis.com

---

[1]  The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

1

Jeffrey S. Sabin
VENABLE LLP
1270 Avenue of the Americas
New York, NY 10020
Phone: 212-503-0672
jssabin@venable.com

Dated: November 28, 2014
       Wilmington, Delaware

/s/ Jamie L. Edmonson
VENABLE LLP
Jamie L. Edmonson (No. 4247)
1201 North Market Street
Wilmington, DE  19801
Telephone:  (302) 298-3535
Facsimile:   (302) 298-3550
Email:  jledmonson@venable.com

-and-

VENABLE LLP
Jeffrey S. Sabin (admitted *pro hac vice*)
1270 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 503-0672
Facsimile:   (212) 307-5598

-and-

MORGAN, LEWIS & BOCKIUS LLP
Julia Frost-Davies (admitted *pro hac vice*)
Patrick Strawbridge (admitted *pro hac vice*)
Christopher L. Carter (admitted *pro hac vice*)
One Federal Street
Boston, MA 02110
Telephone:  (617)-951-8000
Facsimile:   (617)-951-8736

*Counsel for Pacific Investment Management
Company, LLC*

A/76551785.1