# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, Jamie L. Edmonson, a member of the bar of this Court, hereby moves for the admission *pro hac vice* of Richard Levin of Cravath, Swaine & Moore LLP, Worldwide Plaza, 825 Eighth Avenue, New York, NY 10019-7475, as special counsel to Energy Future Intermediate Holding Company LLC in connection with the "Independent Matters," as defined in the *Stipulation and Agreed Order Regarding a Protocol for Certain Case Matters* (Docket No. 2051), entered September 16, 2014, in the above-captioned bankruptcy cases and any related proceedings.

Dated: November 19, 2014            **VENABLE LLP**

*/s/ Jamie L. Edmonson, Esq.*
Jamie L. Edmonson, (No. 4247)
Daniel A. O'Brien (No. 4897)
1201 North Market Street, Suite 1400
Wilmington, DE 19801
(302) 298-3535 (Telephone)
(302) 298-3550 (Facsimile)
daobrien@venable.com.

*Special Counsel to EFIH*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 7... btors in these chapter 11 cases, for which joint administration has been grante... of the debtors and the last four digits of their federal tax identification numb... te list of such information may be obtained on the websit... g agent at http://www.efhcaseinfo.com.

Dated: December 2nd, 2014

**CHRISTOPHER S. SONTCHI**
**UNITED STATES BANKRUPTCY**

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bars of the State of California, the State of New York, the Commonwealth of Massachusetts, and the District of Columbia and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 7/23/09.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated:  November 19, 2014           **CRAVATH, SWAINE & MOORE LLP**

 /s/   Richard Levin, Esq.
Richard Levin, Esq.
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Phone: (212) 474-1000
Fax:    (212) 474-3700

*Special Counsel to EFIH*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: November____, 2014

_____
HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE