# Don Franke Enterprises

**Composite Coatings Specialist**

**ARCOR®**

## Epoxy Technologies™

P.O. Box 101
Fulshear, Texas 77441-0101
Office & Fax (281) 533-9462
Mobil: (281) 798-5803
donfranketx@att.net

To:
Claims Agent
Epiq Bankruptcy Solutions

Regarding: Withdrawal of Claim #2744

Dear Sirs,

A claim was made in error issued again Energy Future Holdings Corp. under case number 14-10979. The claim was received by Epiq Bankruptcy Solutions on 06/30/2014 and Claim # 2744 was assigned.

Please with draw Claim # 2744 from the Claim Registry.

A correct claim against case number 14-11032 was made and received by Epiq Bankruptcy Solutions on 09/02/2014. Claim # 3980 was issued for $12,560.00 owed.

Sorry for our initial claim made in error and the extra work it has caused.

Best Regards

Don Franke

Don Franke Enterprises
P.O. Box 101
Fulshear, TX 77441-0101

FILED / RECEIVED

DEC 01 2014

EPIQ SYSTEMS

NORTH HOUSTON TX 773

24 NOV 2014 PM 4 L

**Energy Futures Holdings**
**Claims Processing Center**
**c/o Epiq Bankruptcy Solutions, LLC**
**Grand Central Station, P.O. Box 4613**
**New York, NY  10163-4613**

10163461313