## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Ref. Docket No. 2144, 2452** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 16, 2014, I caused to be served the "Notice of Defective Transfer," a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfer, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B". I also caused to be served copies of the personalized Transfer, enclosed securely in a separate pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

---

1   The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

3. All envelopes utilized in the service of the foregoing contained the following legend:
   "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
   ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Lauren Rodriguez

Sworn to before me this
22nd day of October, 2014

Notary Public

DIANE M. STREANY
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 20___

-2-

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., et al. | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

---

### NOTICE OF DEFECTIVE TRANSFER

Transferor:    UNITED CONVEYOR SUPPLY CORP
               23858 NETWORK PLACE
               CHICAGO IL 60673-1238

Transferee:    TANNOR PARTNERS CREDIT FUND, LP
               150 GRAND STREET, STE 401
               WHITE PLAINS NY 10601

**Your transfer   of schedule # 503239050     is defective for the reason(s) checked below:**

Other                              Amt is Scheduled as Unsecured, not Administrative

Docket Number 2144                Date 09/26/14

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  October 16, 2014.

**EXHIBIT B**

TIME: 14:57:09
DATE: 10/16/14

TXU ENERGY
CREDITOR LISTING

PAGE:    1

| Name | Address |
| --- | --- |
| NORTH AMERICAN TIE & TIMBER LLC | PO BOX 960016 OKLAHOMA CITY OK 73193-0016 |
| TANNOR PARTNERS CREDIT FUND, LP | 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601 |
| UNITED CONVEYOR SUPPLY CORP | 23858 NETWORK PLACE CHICAGO IL 60673-1238 |

Total Number of Records Printed      3

EPIQ BANKRUPTCY SOLUTIONS, LLC

**EXHIBIT C**

*EFH_NTC OF TRANSFER_10-16-14*

RICHARDS, LAYTON & FINGER, P.A.
ATTN: BARBARA WITTERS, PARALEGAL
ONE RODNEY SQUARE
920 NORTH KING STREET
WILINGTON, DE 19801