# EXHIBIT A

## Statement of Fees and Expenses By Subject Matter

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 180326A | [ALL] Case Administration | 73.8 | $26,119.50 |
| 180326B | [ALL] Creditor Inquiries | 52.7 | $17,244.50 |
| 180326C | [ALL] Meetings | 19.4 | $11,221.50 |
| 180326D | [ALL] Executory Contracts/Unexpired Leases | 21.9 | $8,315.50 |
| 180326E | [ALL] Automatic Stay/Adequate Protection | 1.1 | $449.00 |
| 180326F | [ALL] Plan of Reorganization/Disclosure Statement | 0.5 | $235.00 |
| 180326G | [ALL] Use, Sale of Assets | 26.1 | $12,691.50 |
| 180326H | [ALL] Cash Collateral/DIP Financing | 14.4 | $5,588.00 |
| 180326I | [ALL] Claims Administration | 4.8 | $2,061.00 |
| 180326J | [ALL] Court Hearings | 526.3 | $208,491.50 |
| 180326K | [ALL] General Corporate/Real Estate | 0.0 | $0.00 |
| 180326L | [ALL] Schedules/SOFA/U.S. Trustee Reports | 73.6 | $35,570.00 |
| 180326M | [ALL] Employee Issues | 7.4 | $3,049.00 |
| 180326N | [ALL] Environmental | 0.0 | $0.00 |
| 180326O | [ALL] Tax Issues | 2.0 | $846.50 |
| 180326P | [ALL] Litigation/Adversary Proceedings | 56.8 | $31,386.00 |
| 180326Q-1 | [ALL] RLF Retention | 36.0 | $14,385.00 |
| 180326Q-2 | [ALL] Retention of Others | 44.2 | $18,994.50 |
| 180326R-1 | [ALL] RLF Fee Applications | 0.0 | $0.00 |
| 180326R-2 | [ALL] Fee Applications of Others | 7.5 | $4,667.50 |
| 180326S | [ALL] Vendors/Suppliers | 15.1 | $5,671.50 |
| 180326T | [ALL] Non-Working Travel | 0.0 | $0.00 |
| 180326U | [ALL] Utilities | 3.8 | $1,661.50 |
| 180326V | [ALL] Insurance | 0.0 | $0.00 |
| 180326A | [TECH] Case Administration | 0.0 | $0.00 |
| 180326B | [TECH] Creditor Inquiries | 0.0 | $0.00 |
| 180326C | [TECH] Meetings | 0.0 | $0.00 |
| 180326D | [TECH] Executory Contracts/Unexpired Leases | 0.0 | $0.00 |
| 180326E | [TECH] Automatic Stay/Adequate Protection | 0.0 | $0.00 |
| 180326F | [TECH] Plan of Reorganization/Disclosure Statement | 0.0 | $0.00 |
| 180326G | [TECH] Use, Sale of Assets | 0.0 | $0.00 |
| 180326H | [TECH] Cash Collateral/DIP Financing | 7.5 | $3,211.00 |
| 180326I | [TECH] Claims Administration | 0.0 | $0.00 |
| 180326J | [TECH] Court Hearings | 0.0 | $0.00 |
| 180326K | [TECH] General Corporate/Real Estate | 0.0 | $0.00 |
| 180326L | [TECH] Schedules/SOFA/U.S. Trustee Reports | 0.0 | $0.00 |
| 180326M | [TECH] Employee Issues | 0.0 | $0.00 |
| 180326N | [TECH] Environmental | 0.0 | $0.00 |
| 180326O | [TECH] Tax Issues | 0.0 | $0.00 |
| 180326P | [TECH] Litigation/Adversary Proceedings | 1.6 | $831.00 |

| 180326Q-1 | [TECH] RLF Retention | 0.0 | $0.00 |
|---|---|---|---|
| 180326Q-2 | [TECH] Retention of Others | 0.0 | $0.00 |
| 180326R-1 | [TECH] RLF Fee Applications | 0.0 | $0.00 |
| 180326R-2 | [TECH] Fee Applications of Others | 0.0 | $0.00 |
| 180326S | [TECH] Vendors/Suppliers | 0.0 | $0.00 |
| 180326T | [TECH] Non-Working Travel | 0.0 | $0.00 |
| 180326U | [TECH] Utilities | 0.0 | $0.00 |
| 180326V | [TECH] Insurance | 0.0 | $0.00 |
| 180326A | [EFIH] Case Administration | 0.0 | $0.00 |
| 180326B | [EFIH] Creditor Inquiries | 0.0 | $0.00 |
| 180326C | [EFIH] Meetings | 0.0 | $0.00 |
| 180326D | [EFIH] Executory Contracts/Unexpired Leases | 0.0 | $0.00 |
| 180326E | [EFIH] Automatic Stay/Adequate Protection | 0.0 | $0.00 |
| 180326F | [EFIH] Plan of Reorganization/Disclosure Statement | 0.0 | $0.00 |
| 180326G | [EFIH] Use, Sale of Assets | 11.9 | $5,006.00 |
| 180326H | [EFIH] Cash Collateral/DIP Financing | 68.7 | $29,860.00 |
| 180326I | [EFIH] Claims Administration | 0.0 | $0.00 |
| 180326J | [EFIH] Court Hearings | 2.2 | $913.00 |
| 180326K | [EFIH] General Corporate/Real Estate | 0.0 | $0.00 |
| 180326L | [EFIH] Schedules/SOFA/U.S. Trustee Reports | 0.0 | $0.00 |
| 180326M | [EFIH] Employee Issues | 0.0 | $0.00 |
| 180326N | [EFIH] Environmental | 0.0 | $0.00 |
| 180326O | [EFIH] Tax Issues | 0.0 | $0.00 |
| 180326P | [EFIH] Litigation/Adversary Proceedings | 2.8 | $1,252.00 |
| 180326Q-1 | [EFIH] RLF Retention | 0.0 | $0.00 |
| 180326Q-2 | [EFIH] Retention of Others | 0.0 | $0.00 |
| 180326R-1 | [EFIH] RLF Fee Applications | 0.0 | $0.00 |
| 180326R-2 | [EFIH] Fee Applications of Others | 0.0 | $0.00 |
| 180326S | [EFIH] Vendors/Suppliers | 0.0 | $0.00 |
| 180326T | [EFIH] Non-Working Travel | 0.0 | $0.00 |
| 180326U | [EFIH] Utilities | 0.0 | $0.00 |
| 180326V | [EFIH] Insurance | 0.0 | $0.00 |
| 180326A | [EFH] Case Administration | 0.0 | $0.00 |
| 180326B | [EFH] Creditor Inquiries | 0.0 | $0.00 |
| 180326C | [EFH] Meetings | 0.0 | $0.00 |
| 180326D | [EFH] Executory Contracts/Unexpired Leases | 0.0 | $0.00 |
| 180326E | [EFH] Automatic Stay/Adequate Protection | 0.0 | $0.00 |
| 180326F | [EFH] Plan of Reorganization/Disclosure Statement | 0.0 | $0.00 |
| 180326G | [EFH] Use, Sale of Assets | 0.0 | $0.00 |
| 180326H | [EFH] Cash Collateral/DIP Financing | 0.0 | $0.00 |
| 180326I | [EFH] Claims Administration | 0.0 | $0.00 |
| 180326J | [EFH] Court Hearings | 0.0 | $0.00 |
| 180326K | [EFH] General Corporate/Real Estate | 0.0 | $0.00 |
| 180326L | [EFH] Schedules/SOFA/U.S. Trustee Reports | 0.0 | $0.00 |
| 180326M | [EFH] Employee Issues | 0.0 | $0.00 |
| 180326N | [EFH] Environmental | 0.0 | $0.00 |
| 180326O | [EFH] Tax Issues | 0.0 | $0.00 |
| 180326P | [EFH] Litigation/Adversary Proceedings | 0.0 | $0.00 |

| 180326Q-1 | [EFH] RLF Retention | 0.0 | $0.00 |
|---|---|---|---|
| 180326Q-2 | [EFH] Retention of Others | 0.0 | $0.00 |
| 180326R-1 | [EFH] RLF Fee Applications | 0.0 | $0.00 |
| 180326R-2 | [EFH] Fee Applications of Others | 0.0 | $0.00 |
| 180326S | [EFH] Vendors/Suppliers | 0.0 | $0.00 |
| 180326T | [EFH] Non-Working Travel | 0.0 | $0.00 |
| 180326U | [EFH] Utilities | 0.0 | $0.00 |
| 180326V | [EFH] Insurance | 0.0 | $0.00 |
| **Totals:** | | 1082.1 | $449,721.50 |

| Service Description | Amount |
|---|---:|
| Binding | $80.00 |
| Business Meals[1] | $8,015.14 |
| Conference Calling | $255.92 |
| Data Hosting | $525.00 |
| Document Retrieval | $1,031.60 |
| Electronic Legal Research | $573.55 |
| Equipment Rental | $453.20 |
| Long distance telephone charges | $586.57 |
| Messenger and delivery service | $2,230.50 |
| Overtime[2] | $4,126.93 |
| Photocopying/Printing - outside vendor | $46,543.37 |
| Photocopying/Printing | $18,644.20 |
| Room Rental | $1,207.80 |
| Office Supplies | $170.68[3] |
| Travel Expense | $431.95 |
| **Total:** | $84,876.41 |

---

[1] See "Exhibit E" to the Monthly Fee Statement for additional detail.

[2] Represents RL&F's actual out of pocket overtime expense for employees rendering services to the Debtors and their estates who do not otherwise bill at an hourly rate (*i.e.,* the Debtors are not bearing the cost of RL&F's out of pocket overtime expense plus an hourly rate on account of this amount).

[3] Pursuant to paragraph 13 of the Retention Order, RL&F consents to a voluntary reduction of $170.68 on account of these expenses.

RLF1 11110986v.1