# EXHIBIT B

## Attorneys and Paraprofessionals' Information

The RL&F attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Mark D. Collins | Director | 1991 | Bankruptcy | $800.00 | 63.4 | $50,720.00 |
| Daniel J. DeFranceschi | Director | 1989 | Bankruptcy | $725.00 | 130.3 | $94,467.50 |
| Michael J. Merchant | Director | 1999 | Bankruptcy | $625.00 | 0.5 | $312.50 |
| Marcos A. Ramos | Director | 2003 | Bankruptcy | $560.00 | 3.6 | $2,016.00 |
| Stanford L. Stevenson III | Director | 1995 | Business | $575.00 | 0.2 | $115.00 |
| Jason M. Madron | Counsel | 2003 | Bankruptcy | $490.00 | 202.5 | $99,225.00 |
| Shawna C. Bray | Associate | 2014 | Bankruptcy | $250.00 | 79.4 | $19,850.00 |
| L. Katherine Good | Associate | 2008 | Bankruptcy | $465.00 | 0.2 | $93.00 |
| Cory D. Kandestin | Associate | 2007 | Bankruptcy | $465.00 | 2.8 | $1,302.00 |
| Lee E. Kaufman | Associate | 2006 | Business | $465.00 | 0.1 | $46.50 |
| Robert C. Maddox | Associate | 2009 | Bankruptcy | $415.00 | 0.2 | $83.00 |
| Nicholas A. Roberge | Summer Associate | | Bankruptcy | $200.00 | 1.3 | $260.00 |
| William A. Romanowicz | Associate | 2012 | Bankruptcy | $340.00 | 139.6 | $47,464.00 |
| Christopher M. Samis | Associate | 2006 | Bankruptcy | $465.00 | 0.7 | $325.50 |
| Tyler D. Semmelman | Associate | 2009 | Bankruptcy | $415.00 | 113.3 | $47,019.50 |
| Zachary I. Shapiro | Associate | 2008 | Bankruptcy | $465.00 | 5.7 | $2,650.50 |
| Amanda R. Steele | Associate | 2010 | Bankruptcy | $390.00 | 7.8 | $3,042.00 |
| Marisa A. Terranova | Associate | 2009 | Bankruptcy | $440.00 | 24.7 | $10,868.00 |
| **Total** | | | | | **776.3** | **$379,860.00** |

The paraprofessionals of RL&F who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Barbara J. Witters | Paralegal | 14 | Bankruptcy | $225.00 | 26.5 | $5,962.50 |
| Barbara J. Witters | Paralegal | 14 | Bankruptcy | $235.00 | 98.2 | $23,077.00 |
| Ann Jerominski | Paralegal | 14 | Bankruptcy | $225.00 | 11.8 | $2,655.00 |
| Ann Jerominski | Paralegal | 14 | Bankruptcy | $235.00 | 25.9 | $6,086.50 |
| Lindsey A. Edinger | Paralegal | 1 | Bankruptcy | $225.00 | 5.1 | $1,147.50 |
| Lindsey A. Edinger | Paralegal | 1 | Bankruptcy | $235.00 | 31.7 | $7,449.50 |
| Rebecca V. Speaker | Paralegal | 13 | Bankruptcy | $225.00 | 6.4 | $1,440.00 |
| Rebecca V. Speaker | Paralegal | 13 | Bankruptcy | $235.00 | 25.5 | $5,992.50 |
| Benjamin J. Cohen | Tech. Support | 2 | Litigation | $210.00 | 15.5 | $3,255.00 |
| Michael L. Collins | Tech. Support | 5 | Litigation | $235.00 | 6.1 | $1,433.50 |
| Christopher Koran | Tech. Support | 2 | MIS | $195.00 | 4.3 | $838.50 |
| William S. Stephens | Tech. Support | 15 | MIS | $195.00 | 22.6 | $4,407.00 |
| Daniel D. White | Tech. Support | 11 | Lit MIS | $235.00 | 25.2 | $5,922.00 |

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Mark Kozlowski | MIS | 7 | MIS | $195.00 | 1 | $195.00 |
| **Total** | | | | | 305.8 | $69,861.50 |

| | |
|---|---|
| **Total Fees** | **$449,721.50** |