## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

## ALL - Expense Summary

| Service Description | Amount |
|---|---:|
| Binding | $72.80 |
| Business Meals | $7,293.78 |
| Conference Calling | $232.89 |
| Data Hosting | $477.75 |
| Document Retrieval | $938.76 |
| Electronic Legal Research | $521.93 |
| Equipment Rental | $412.41 |
| Long distance telephone charges | $533.78 |
| Messenger and delivery service | $2,029.76 |
| Overtime | $3,755.51 |
| Photocopying/Printing - outside vendor | $42,354.47 |
| Photocopying/Printing | $16,966.22 |
| Room Rental | $1,099.10 |
| Office Supplies | $155.32 |
| Travel Expense | $393.07 |
| **Total:** | **$77,237.55** |

## TCEH - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.80 |
| Business Meals | $80.15 |
| Conference Calling | $2.56 |
| Data Hosting | $5.25 |
| Document Retrieval | $10.32 |
| Electronic Legal Research | $5.74 |
| Equipment Rental | $4.53 |
| Long distance telephone charges | $5.87 |
| Messenger and delivery service | $22.31 |
| Overtime | $41.27 |
| Photocopying/Printing - outside vendor | $465.43 |
| Photocopying/Printing | $186.44 |
| Room Rental | $12.08 |
| Office Supplies | $1.70 |
| Travel Expense | $4.30 |
| **Total:** | **$848.75** |

## EFIH - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $6.40 |
| Business Meals | $641.21 |
| Conference Calling | $20.47 |
| Data Hosting | $42.00 |
| Document Retrieval | $82.53 |
| Electronic Legal Research | $45.88 |
| Equipment Rental | $36.26 |
| Long distance telephone charges | $46.93 |
| Messenger and delivery service | $178.44 |
| Overtime | $330.15 |
| Photocopying/Printing - outside vendor | $3,723.47 |
| Photocopying/Printing | $1,491.54 |
| Room Rental | $96.62 |
| Office Supplies | $13.65 |
| Travel Expense | $34.56 |
| **Total:** | **$6,790.11** |

### EFH - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.00 |
| Business Meals | $0.00 |
| Conference Calling | $0.00 |
| Data Hosting | $0.00 |
| Document Retrieval | $0.00 |
| Electronic Legal Research | $0.00 |
| Equipment Rental | $0.00 |
| Long distance telephone charges | $0.00 |
| Messenger and delivery service | $0.00 |
| Overtime | $0.00 |
| Photocopying/Printing - outside vendor | $0.00 |
| Photocopying/Printing | $0.00 |
| Room Rental | $0.00 |
| Office Supplies | $0.00 |
| Travel Expense | $0.00 |
| **Total:** | **$0.00** |