# EXHIBIT E

**Detailed Description of Meal Expenses**

| Date | Restaurant/ Provider | Meal | Number of People | Description | Average Amount Per Person | Amount |
|---|---|---|---|---|---|---|
| 4/29/2014 | Manhattan Bagel | Breakfast | 10 | Working meal for RL&F team in connection with filing of various first-day motions and applications | $15.00 | $150.00 |
| 4/29/2014 | Café Verdi | Dinner | 1 | After-hours e-filing of twelve *pro hac vice* motions in contemplation of first-day hearing | $46.40 | $46.40 |
| 4/29/2014 | Rodney Grille | Drinks | 5 | Beverages for working RL&F team in connection with filing of various first-day motions and applications | $3.02 | $15.09 |
| 4/29/2015 | Rodney Grille | Lunch | 1 | Working meal for RL&F team member in connection with filing of various first-day motions and applications | $6.99 | $6.99 |
| 4/30/2014 | Rodney Grille | Snacks | 30 | Snacks for visiting co-counsel, client representatives and estate professionals preparing for first day hearing | $3.52 | $105.72 |
| 4/30/2014 | Rodney Grille | Drinks | 30 | Beverages for visiting co-counsel, client representatives and estate professionals preparing for first day hearing | $6.80 | $204.09 |
| 4/30/2014 | Columbus Inn | Dinner | 5 | Working meal for visiting co-counsel, client representatives and estate professionals preparing for first day hearing | $30.67 | $153.35 |
| 4/30/2014 | Eclipse Bistro | Dinner | 5 | Working meal for visiting co-counsel, client representatives and estate professionals preparing for first day hearing | $20.09 | $110.45 |
| 4/30/2014 | Washington Street Ale House | Dinner | 3 | Working meal for RL&F team members preparing for first day hearing | $30.17 | $90.50 |
| 4/30/2014 | Pizza by Elizabeths | Dinner | 1 | Working meal for RL&F team member preparing for first day hearing | $50.62 | $50.62 |
| 4/30/2014 | Deep Blue | Dinner | 2 | Working meal for RL&F team members preparing for first day hearing | $24.70 | $49.40 |
| 4/30/2014 | Rodney Grille | Lunch | 1 | Working meal for RL&F team member preparing for first day hearing | $6.49 | $6.49 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 4/30/2014 | Deep Blue | Dinner | 1 | Working meal for RL&F team member preparing for first day hearing | $56.46 | $56.46[1] |
| 5/1/2014 | Rodney Grille | Breakfast | 30 | Working meal for visiting co-counsel, client representatives and estate professionals preparing for first day hearing | $15.42 | $462.52 |
| 5/1/2014 | Rodney Grille | Snacks | 30 | Working meal for visiting co-counsel, client representatives and estate professionals preparing for first day hearing | $3.69 | $110.56 |
| 5/1/2014 | Rodney Grille | Snacks | 8 | Snacks for visiting co-counsel, client representatives and estate professionals preparing for first day hearing | $0.99 | $7.92 |
| 5/1/2014 | Cavanaugh's | Lunch | 30 | Working meal for visiting co-counsel, client representatives and estate professionals preparing for first day hearing | $20.42 | $612.50 |
| 5/1/2014 | Pochi | Dinner | 1 | Working meal for RL&F team member preparing for first day hearing | $48.35 | $48.35 |
| 5/1/2014 | Eclipse Bistro | Dinner | 6 | Working meal for visiting co-counsel, client representatives and estate professionals preparing for first day hearing | $44.31 | $265.85 |
| 5/1/2014 | Columbus Inn | Dinner | 5 | Working meal for visiting co-counsel, client representatives and estate professionals preparing for first day hearing | $27.94 | $139.70 |
| 5/1/2014 | Mikimotos | Dinner | 1 | Working meal for RL&F team member preparing for first day hearing | $68.45 | $68.45[2] |
| 5/1/2014 | Grotto's | Dinner | 1 | Working meal for RL&F team member preparing for first day hearing | $9.54 | $9.54 |
| 5/2/2014 | Manhattan Bagel | Breakfast | 30 | Working meal for visiting co-counsel, client representatives and estate professionals preparing for first day hearing | $17.50 | $525.00 |
| 5/2/2014 | Rodney Grille | Snacks | 30 | Snacks for visiting co-counsel, client representatives and estate professionals preparing for first day hearing | $6.39 | $191.83 |
| 5/2/2014 | Kid Shelleens | Dinner | 2 | Working meal for RL&F team members handling after-hours e-filings | $29.48 | $58.95 |

[1] RL&F consents to a voluntary reduction of $1.46 in connection with this meal charge.

[2] RL&F consents to a voluntary reduction of $13.45 in connection with this meal charge.

| | | | | | | |
|---|---|---|---|---|---|---|
| 5/2/2014 | Rodney Grille | Snacks | 5 | Snacks for visiting co-counsel, client representatives and estate professionals preparing for first day hearing | $2.86 | $14.28 |
| 5/2/2014 | Cavanaugh's | Lunch | 30 | Working meal for visiting co-counsel, client representatives and estate professionals preparing for first day hearing | $26.25 | $787.50 |
| 5/5/2014 | Pizza by Elizabeths | Dinner | 1 | Working meal for RL&F team member handling after-hours e-filings | $50.62 | $50.62 |
| 5/5/2014 | Deep Blue | Dinner | 1 | Working meal for RL&F team member handling after-hours e-filings | $34.41 | $34.41 |
| 5/6/2014 | Harry's Seafood Grill | Dinner | 1 | Working meal for RL&F team member handling after-hours e-filings | $31.04 | $31.04 |
| 5/7/2014 | Sullivan's Steakhouse | Dinner | 2 | Working meal for RL&F team members assisting with after-hours preparation of Initial Debtor Interview materials for submission to U.S. Trustee | $68.67 | $137.33[3] |
| 5/8/2014 | Brio | Dinner | 1 | Working meal for RL&F team member handling after-hours e-filings | $70.78 | $70.78[4] |
| 5/8/2014 | Kid Shelleens | Dinner | 1 | Working meal for RL&F team member handling after-hours e-filings | $37.79 | $37.79 |
| 5/9/2014 | Deep Blue | Dinner | 1 | Working meal for RL&F team member handling after-hours e-filings | $34.84 | $34.84 |
| 5/12/2014 | Rodney Grille | Breakfast | 8 | Working meal for visiting co-counsel, client representatives and estate professionals visiting RL&F to attend the Initial Debtor Interview and Formation Meeting | $14.97 | $119.79 |
| 5/12/2014 | Rodney Grille | Lunch | 10 | Working meal for visiting co-counsel, client representatives and estate professionals visiting RL&F to attend the Initial Debtor Interview and Formation Meeting | $28.36 | $283.55 |

---

[3] RL&F consents to a voluntary reduction of $27.34 in connection with this meal charge.

[4] RL&F consents to a voluntary reduction of $15.78 in connection with this meal charge.

| | | | | | | |
|---|---|---|---|---|---|---|
| 5/12/2014 | Deep Blue | Dinner | 1 | Working meal for RL&F team member handling after-hours e-filings | $65.15 | $65.15[5] |
| 5/12/2014 | Pizza by Elizabeths | Dinner | 1 | Working meal for RL&F team member handling after-hours e-filings | $50.62 | $50.62 |
| 5/12/2014 | Mikimotos | Dinner | 1 | Working meal for RL&F team member working of RL&F retention application | $49.40 | $49.40 |
| 5/14/2015 | Washington Street Ale House | Dinner | 1 | Working meal for RL&F team member handling after-hours e-filing | $45.72 | $45.72 |
| 5/15/2014 | Kid Shelleens | Dinner | 1 | Working meal for RL&F team member handling after-hours e-filings | $43.36 | $43.36 |
| 5/15/2014 | Grotto's | Dinner | 1 | Working meal for RL&F team member handling after-hours e-filings | $20.10 | $20.10 |
| 5/15/2014 | Grotto's | Dinner | 1 | Working meal for RL&F team member handling after-hours e-filings | $31.60 | $31.60 |
| 5/16/2014 | Rodney Grille | Drinks | 3 | Beverages for working RL&F team in connection with preparations for 5/22/14 hearing | $1.17 | $3.50 |
| 5/16/2014 | TGI Friday's | Lunch | 1 | Working meal for RL&F team member working on 5/22/14 hearing agenda and related 5/22/14 hearing preparations | $53.90 | $53.90[6] |
| 5/16/2014 | Grotto's | Dinner | 1 | Working meal for RL&F team member handling after-hours e-filings | $13.78 | $13.78 |
| 5/19/2014 | Brio | Dinner | 1 | Working meal for RL&F team member preparing after-hours for 5/22/14 hearing | $71.83 | $71.83[7] |
| 5/20/2014 | Southeast Kitchen | Dinner | 1 | Working meal for RL&F team member handling after-hours e-filings | $32.60 | $32.60 |
| 5/20/2014 | Pizza by Elizabeths | Dinner | 1 | Working meal for RL&F team member handling after-hours e-filings | $50.62 | $50.62 |

---

[5] RL&F consents to a voluntary reduction of $10.15 in connection with this meal charge.

[6] RL&F consents to a voluntary reduction of $18.90 in connection with this meal charge.

[7] RL&F consents to a voluntary reduction of $16.83 in connection with this meal charge.

| | | | | | | |
|---|---|---|---|---|---|---|
| 5/20/2014 | Grotto's | Dinner | 1 | Working meal for RL&F team member handling after-hours preparation of supplemental Initial Debtor Interview materials | $17.23 | $17.23 |
| 5/20/2014 | Deep Blue | Dinner | 3 | Working meal for RL&F team members preparing after-hours for 5/22/14 hearing | $40.27 | $120.80 |
| 5/21/2014 | Cavanaugh's | Lunch | 3 | Working meal for RL&F team members preparing for 5/22/14 hearing | $51.33 | $154.00[8] |
| 5/21/2014 | Mikimotos | Dinner | 3 | Working meal for RL&F team members preparing after-hours for 5/22/14 hearing | $22.82 | $68.45 |
| 5/21/2014 | Mikimotos | Dinner | 3 | Working meal for visiting co-counsel, client representatives and estate professionals visiting RL&F preparing for 5/22/14 hearing | $17.22 | $51.65 |
| 5/21/2014 | Krazy Kats | Dinner | 5 | Working meal for visiting co-counsel, client representatives and estate professionals visiting RL&F preparing for 5/22/14 hearing | $26.80 | $134.00 |
| 5/21/2014 | Rodney Grille | Lunch | 1 | Working meal for RL&F team member preparing for 5/22/14 hearing | $8.38 | $8.38 |
| 5/21/2014 | Mikimotos | Dinner | 1 | Working meal for RL&F team member preparing after-hours for 5/22/14 hearing | $47.82 | $47.82 |
| 5/21/2014 | Grotto's | Dinner | 2 | Working meal for RL&F team members preparing after-hours for 5/22/14 hearing | $25.68 | $51.35 |
| 5/21/2014 | WAR | Dinner | 1 | Working meal for RL&F team member preparing after-hours for 5/22/14 hearing | $17.39 | $17.39 |
| 5/22/2014 | Manhattan Bagel | Breakfast | 30 | Working meal for visiting co-counsel, client representatives and estate professionals preparing for 5/22/14 hearing | $16.67 | $500.00 |
| 5/22/2014 | Rodney Grille | Drinks | 30 | Beverages for visiting co-counsel, client representatives and estate professionals preparing for 5/22/14 hearing | $7.83 | $234.76 |

---

[8] RL&F consents to a voluntary reduction of $48.99 in connection with this meal charge.

| | | | | | | |
|---|---|---|---|---|---|---|
| 5/22/2014 | Rodney Grille | Drinks | 10 | Beverages for visiting co-counsel, client representatives and estate professionals preparing for 5/22/14 hearing | $5.08 | $50.83 |
| 5/22/2014 | Café Gelato | Lunch | 30 | Working meal for visiting co-counsel, client representatives and estate professionals preparing for 5/22/14 hearing | $19.90 | $597.00 |
| 5/22/2014 | Mikimotos | Dinner | 1 | Working meal for RL&F team member handling after-hours e-filings | $45.87 | $45.87 |
| 5/22/2014 | Grotto's | Dinner | 1 | Working meal for RL&F team member handling after-hours e-filings | $21.77 | $21.77 |
| 5/27/2014 | Kid Shelleens | Lunch | 1 | Working meal for RL&F team member handling after-hours preparation of 6/5/14 hearing agenda | $28.22 | $28.22 |
| 5/29/2014 | Sullivan's Steakhouse | Dinner | 3 | Working meal for RL&F team members assisting with after-hours e-filings of 15 retention applications | $40.43 | $121.30 |
| 5/29/2014 | Mikimotos | Dinner | 1 | Working meal for RL&F team member assisting with after-hours e-filings of 15 retention applications | $33.17 | $33.17 |
| 5/29/2014 | Pizza by Elizabeths | Dinner | 1 | Working meal for RL&F team members assisting with after-hours e-filings of 15 retention applications | $17.38 | $17.38 |
| 5/30/2014 | India Palace | Dinner | 1 | Working meal for RL&F team member handling after-hours e-filings | $12.93 | $12.93 |

**TOTAL**                                                                                          **$8,015.14[9]**

---

[9] Total prior to application of $152.90 voluntary reduction for business meals during the Fee Period.