# KOETTER FIRE PROTECTION
## OF AUSTIN, L.L.C.
### ALL YOU NEED TO KNOW ABOUT FIRE PROTECTION

16069 Central Commerce Drive
Pflugerville, Texas 78660
(512) 251-7888
(512) 251-7848 fax

December 4, 2014

United States bankruptcy Court for the District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware  19801

Re: Claim No: 3118
Debtor: Energy Future Holdings Corp. – Luminant Mining Company
Case No. 14-10979 (CSS)

To Whom It May Concern:

I am writing in response to the Debtors' First Omnibus Objection to Claims, received in our office on December 1, 2014. We are listed on Exhibit 3 to Exhibit A (the "Insufficient Documentation Claims"). I would like to dispute this request to disallow our claim. I am presenting ample documentation to support our claim. Any consideration of our information will be greatly appreciated.

Sincerely,

Sherri Douglas
Sherri Douglas
Office Manager

**Cc:**
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, Delaware 19801

Kirkland & Ellis LLP / Kirkland & Ellis International LLP
601 Lexington Avenue
New York, New York 10022-4611

James H. M. Sprayregen, P.C., Mark Kielstein, P.C., Chad J. Husnick, Steven N. Serejeddini
300 North LaSalle
Chicago, Illinois  60654

Energy Future Holding Corp. Claims Processing Center
c/o Equip Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, New York 10017
Case No: 14-11042

---

Fire Alarm Systems  ·  Fire Extinguishers  ·  Hood Systems  ·  Fire Suppression Systems  ·  Service  ·  Inspections



# KOETTER FIRE PROTECTION
### OF AUSTIN, L.L.C.
**ALL YOU NEED TO KNOW ABOUT FIRE PROTECTION**

16069 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005
(512) 251-7888   FAX (512) 251-7848
ENGINEERED SYSTEMS • FIRE SUPPRESSION SYSTEMS
ALARM SYSTEMS • FIRE EXTINGUISHERS

AFFILIATED IN

DALLAS ★ HOUSTON ★ LONGVIEW ★ SAN ANTONIO
ABILENE ★ LUBBOCK ★ CORPUS CHRISTI

## Invoice

| DATE | INVOICE # |
|------|-----------|
| 12/24/12 | 235713 |

**BILL TO:**
Luminant Generation Company, L.L.C.
Attn: Accounts Payable
P.O. Box 20
Dallas, TX 75221-0020

**REMIT TO:**
KOETTER FIRE PROTECTION OF AUSTIN, L.L.C.
16069 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005

*Thank You!  We Appreciate Your Business*

| P.O. NUMBER | TERMS | OUR ORDER NO. |
|-------------|-------|---------------|
| 144243 | Due on Receipt | AE49237 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| | Job Location: | | |
| | Luminant Sandow 4 | | |
| | 3986 Charles Martin Hall Rd | | |
| | Rockdale, Texas 76567-0467 | | |
| | 144243 | | |
| | December Monthly Fire Extinguisher Inspection | | |
| 16.5 | Hourly Rate | 65.00 | 1072.50 |
| 2 | Extinguisher Trip Charge | 65.00 | 130.00 |
| | Invoice subtotal | | 1202.50 |
| | Sales tax | | 0.00 |

VISIT OUR WEB SITE AT WWW.KOETTERFIRE.COM

| TOTAL | 1202.50 |
|-------|---------|

THIS INVOICE PAYABLE IN UNITED STATES CURRENCY.
RETURN WITH PAYMENT



**KOETTER FIRE PROTECTION OF AUSTIN, L.L.C.**

ALSO SERVING
DALLAS • HOUSTON
LONGVIEW • ABILENE
SAN ANTONIO
LUBBOCK
CORPUS CHRISTI

16069 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005

(512) 251-7886
FAX (512) 251-7848

**DELIVERY TICKET**
AE 49237

POS

LOCATION: NAME: _Luminant Sandow 4_
1  _86 Charles Martin Hall Rd_
_Rockdale TX 76567-0467_

BILL TO: _Luminant_
_PO Box 20_
_Dallas TX 75221-0020_

TERMS: NET 30 DAYS

A 1½% SERVICE CHARGE PER MONTH (18% PER YEAR) WILL BE ADDED TO ALL OVERDUE ACCOUNTS.

| DATE | CUSTOMER P.O. NO. | SALESMAN | CONTACT NAME | CONTACT PHONE | BILL | CASH | CHECK |
|------|-------------------|----------|--------------|---------------|------|------|-------|
| 12-18-12 | 144243 | C. Lyman | Jesse Smith | 512-760-6833 | ☒ | ☐ | ☐ |

| QTY. | MODEL NO. | DESCRIPTION | UNIT PRICE | AMOUNT | QTY. | STOCK NO. | DESCRIPTION | UNIT PRICE | AMOUNT |
|------|-----------|-------------|------------|--------|------|-----------|-------------|------------|--------|
| | | FIRE EXTINGUISHERS | | | | | SERVICES | | |
| | | 2.5 LB. | | | MIN | | MINIMUM BILLING | | |
| | | 5 LB. | | | IN | | INSPECT FIRE HOOD ALARM | | |
| | | 10 LB. | | | | | RECHARGES | | |
| | | 20 LB. | | | C5 | | CO₂ - 5 LB. | | |
| | | 10 LB. (SHORT) | | | C10 | | CO₂ - 10 LB. | | |
| | | 5 LB. CO₂ | | | C15 | | CO₂ - 15 LB. | | |
| | | 10 LB. CO₂ | | | C20 | | CO₂ - 20 LB. | | |
| | | 15 LB. CO₂ | | | C50 | | CO₂ - 50 LB. | | |
| | | 20 LB. CO₂ | | | | | REGULAR DRY CHARGE | | |
| | | PRESSURED WATER | | | D2.5 | | 2.5 LB. BC | | |
| | | 2.5 LB. | | | D5 | | 5 LB. BC | | |
| | | | | | D10 | | 10 LB. BC | | |
| | | | | | D20 | | 20 LB. BC | | |
| | | MISCELLANEOUS | | | CO20 | | CART. OPR. EXT. 20LB. | | |
| | | | | | CO30 | | CART. OPR. EXT. 30LB. | | |
| | | | | | | | ABC DRY CHARGE | | |
| | | | | | ABC2.5 | | 2.5 LB. ABC | | |
| | | | | | ABC5 | | 5 LB. ABC | | |
| | | | | | ABC10 | | 10 LB. ABC | | |
| | | | | | ABC20 | | 20 LB. ABC | | |
| | | | | | | | HYDRO TESTS | | |
| | | | | | HL | | LOW PRESSURE | | |
| | | | | | HH | | HIGH PRESSURE | | |

MISCELLANEOUS

| 291 | | December Monthly Fire Extinguisher Inspections | | N/C |
| 16.50 HRS | | Hourly Rate | 65⁰⁰ | 1072⁸⁸ |
| 2 | | Trip Charge | 65⁰⁰ | 130⁰⁰ |

ENTERED ON 12/26/12
BY: CS   235713

PAYMENT TERMS ON REVERSE SIDE
Due to the nature of the materials used in fire extinguishers utilizing non-metallic handle assemblies, service performed on these units are not subject to warranty and or liability by or of Koetter Fire Protection of Austin, L.L.C.

TAXABLE  ☐
YES  ☐  NO

TAX EXEMPT NO.

X _Jesse Smith Not Available to Sign_    12-24-12
SIGNATURE                                    DATE

OFFICE COPY

| SUB TOTAL | 1202⁵⁰ |
| SALES TAX | EXEMPT |
| **TOTAL AMOUNT** | 1202⁵⁰ |





# KOETTER FIRE PROTECTION
### OF AUSTIN, L.L.C.

**Invoice**

ALL YOU NEED TO KNOW ABOUT FIRE PROTECTION

16069 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005
(512) 251-7800    FAX (512) 251-7840
*ENGINEERED SYSTEMS • FIRE SUPPRESSION SYSTEMS*
*ALARM SYSTEMS • FIRE EXTINGUISHERS*

AFFILIATES IN

DALLAS ★ HOUSTON ★ LONGVIEW ★ SAN ANTONIO
ABILENE ★ LUBBOCK ★ CORPUS CHRISTI

| DATE | INVOICE # |
|------|-----------|
| 01/25/13 | 236149 |

**BILL TO:**

Luminant Generation Company, L.L.C.
Attn: Accounts Payable
P. O. Box 20
Dallas, TX 75221-0020

**REMIT TO:**

KOETTER FIRE PROTECTION OF AUSTIN, L.L.C.
16069 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005

*Thank You! We Appreciate Your Business*

| P.O. NUMBER | TERMS | YOUR ORDER NO. |
|-------------|-------|----------------|
| 39027 | Due on Receipt | EAU16321 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| | Job Location: Sandow Rockdale, Texas 39027 | | |
| 1 | Victaulic Fire Lock Style 744 6" | 143.50 | 143.50 |
| | Invoice subtotal | | 143.50 |
| | Sales tax | | 0.00 |

**VISIT OUR WEB SITE AT WWW.KOETTERFIRE.COM**

| TOTAL | 143.50 |
|-------|--------|

THIS INVOICE PAYABLE IN UNITED STATES CURRENCY.
RETURN WITH PAYMENT



## Koetter Fire Protection
### of Austin, LLC
16069 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2036
(512) 251-7888    FAX (512) 251-7848

# SERVICE TICKET EAU 16321

Affiliates in
DALLAS
ABILENE   SAN ANTONIO   LONGVIEW   PO NO. 63957
HOUSTON   CORPUS CHRISTI   LUBBOCK

| SITE INFORMATION | | | BILLING INFORMATION | | |
|---|---|---|---|---|---|
| PROPERTY NAME | Sandow | | CUSTOMER | same | |
| PROPERTY ADDRESS | 0 | | PHONE | 0 | FAX | 0 |
| CITY, STATE, ZIP | Rockdale   TX   0 | | ADDRESS | 0 | |
| SITE CONTACT | Jeff Jones   PHONE   0 | | CITY, STATE, ZIP | 0   TX   0 | |
| SALESPERSON | Joey Martinez | | | | |

## SYSTEM INFORMATION

☐ AL  ☐ BFP  ☐ COMM  ☐ E-LIGHT  ☐ EXT  ☐ HOOD  ☑ SPR  ☐ SUPP  ☐ WARR  ☑ EQUIP

| SYSTEM STATUS | ACCEPTABLE   YELLOW   RED | WORK ORDER TYPE | SCHEDULED |
|---|---|---|---|
| DATE REQUIRED | 1/25/2013 | TYPE OF PRICE | FIXED |
| SCOPE OF WORK (PRICED) | equipment only | | |

0

| AUTHORIZATION TO COMMENCE WORK | Signature: | | Printed Name: |
|---|---|---|---|

## EQUIPMENT

| LIFT REQUIRED | N/A | Quantity | 0 | |
|---|---|---|---|---|
| LADDER REQUIRED | N/A | Quantity | 0 | |
| SPECIAL EQUIPMENT DESCRIPTION | 0 | | | |

0

| QUANTITY | MATERIAL DESCRIPTION | UNIT | AMOUNT |
|---|---|---|---|
| 0 | 0 | | $ |
| 1 | Victaulic Fire Lock style 744 6" | 185.50 | $ 185.50 |
| 0 | 0 | | $ |
| 0 | 0 | | $ |
| 0 | 0 | | $ |
| | | | $ |

| DATE | WORK PERFORMED | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | ENTERED on 1-08-13 | | |
| | by CB 236149 | | |

| Technician Signature and License #: | | | | | Print Name: | | |
|---|---|---|---|---|---|---|---|

| TECH | ST/HRS | OT/HRS | ST/Rate | OT/Rate | SCH/DATE | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

| TOTAL LABOR: $ | TOTAL MATERIAL: $ 185.50 | $ 185.50 |
|---|---|---|
| P.O. NO. 39027 | TAX @   0.0825 | $ |
| TERMS: NET DUE   ADDITIONAL TERMS BELOW | TOTAL AMOUNT DUE AND PAYABLE | $ 193.50 |

CUSTOMER SIGNATURE  X *Billy Galbreath*
PRINT NAME:  X *Billy Galbreath*

DATE 1-25-13

1.   Net Due
2.   "To the owner: As required by Article 5453 of the Vernon's Annotated Civil Statutes of Texas, as amended by the 57th Legislature, you are hereby notified as owner of property being improved if this bill remains unpaid, you may become personally liable and your property subject to a lien unless you withhold payments from the contractor for payment of this statement or unless the bill is otherwise paid or satisfied."



THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW. DO NOT CASH IF NOT PRESENT.

EFH Corporate Services Company, As Agent

JP Morgan
Chase Bank N.A.
Dallas, Texas 78301

00-00/1110

CHECK NO. 1002659304
DATE: 04/23/13
VOID AFTER 90 DAYS

* * * * * * $692.50 *

SIX HUNDRED NINETY TWO DOLLARS AND 50/100 CENTS

Pay to the order of    KOETTER FIRE PROTECTION OF
AUSTIN LLC
16069 CENTRAL COMMERCE DR
PFLUGERVILLE, TX 78660-2005

$692.50

EFH Corporate Services Company, As Agent

VOID IF OVER    $692.50

1002575374

⑈⑈1002659304⑈⑈  ⑈111300080⑈  63000167⑈⑈

| | | LMAX 002620450 | DATE 04/23/13 | CHECK NO. 1002659304 |

EFH Corporate Services Company, As Agent

| DAY | INVOICE/CREDIT MEMO | DESCRIPTION | GROSS | DISCOUNT | NET |
|---|---|---|---|---|---|
| 01/20/13 | 233188CM | 12323 | -2,180.00 | 0.00 | -2,180.00 |
| 01/18/13 | 236462 AE49457 | | 600.00 | 0.00 | 600.00 |
| 01/22/13 | 236056 | | 1,066.25 | 0.00 | 1,066.25 |
| 01/22/13 | 236055 | | 1,206.25 | 0.00 | 1,206.25 |
| | | TOTAL | 692.50 | 0.00 | 692.50 |





**KOETTER FIRE PROTECTION**
*OF AUSTIN, L.L.C.*
ALL YOU NEED TO KNOW ABOUT FIRE PROTECTION
16069 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005
(512) 251-7888    FAX (512) 251-7848
*ENGINEERED SYSTEMS • FIRE SUPPRESSION SYSTEMS*
*ALARM SYSTEMS • FIRE EXTINGUISHERS*

AFFILIATES IN
DALLAS ★ HOUSTON ★ LONGVIEW ★ SAN ANTONIO
ABILENE ★ LUBBOCK ★ CORPUS CHRISTI

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 01/22/13 | 236055 |

**BILL TO:**
Luminant Generation Company, L.L.C.
Attn: Accounts Payable
P. O. Box 20
Dallas, TX  75221-0020

**REMIT TO:**
KOETTER FIRE PROTECTION OF AUSTIN, L.L.C.
16069 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005

*Thank You!  We Appreciate Your Business*

| P.O. NUMBER | TERMS | OUR ORDER NO. |
|-------------|-------|---------------|
| 144243 | Due on Receipt | AE49246 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| | Job Location: | | |
| | Luminant Sandow 4 | | |
| | 3986 Charles Martin Hall Rd | | |
| | Rockdale, Texas 76567-0467 | | |
| | 144243 | | |
| | January Fire Extinguisher Inspections | | |
| 13.25 | Hourly Rate | 65.00 | 861.25 |
| 3 | Extinguisher Trip Charge | 65.00 | 195.00 |
| 150 | Metal Monthly Inspection Tag | 1.00 | 150.00 |
| | Invoice subtotal | | 1206.25 |
| | Sales tax | | 0.00 |

VISIT OUR WEB SITE AT WWW.KOETTERFIRE.COM

| TOTAL | 1206.25 |
|-------|---------|

THIS INVOICE PAYABLE IN UNITED STATES CURRENCY.
OFFICE COPY



**KOETTER FIRE PROTECTION OF AUSTIN, L.L.C.**
AFFILIATES IN:
DALLAS • HOUSTON
LONGVIEW • ABILENE
SAN ANTONIO
LUBBOCK
CORPUS CHRISTI

16069 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005
(512) 251-7888
FAX (512) 251-7848

**DELIVERY TICKET**
✓ AE 49246
PO'S 63900

LOCATION: NAME _Luminant Sandow 4_
_786 Charles Martin Hall Rd._
_Rockdale TX 76667-0467_

BILL TO: _Luminant_
_PO Box 20_
_Dallas, TX 75221-0020_

A 1½% SERVICE CHARGE PER MONTH (18% PER YEAR) WILL BE ADDED TO ALL OVERDUE ACCOUNTS.

TERMS: NET 30 DAYS

| DATE | CUSTOMER P.O. NO. | SALESMAN | CONTACT NAME | CONTACT PHONE | BILL CASH CHECK |
|------|-------------------|----------|--------------|---------------|-----------------|
| 1-18-13 | 144243 | C. Lyman | J. Smith | 512-760-6833 | ☒ ☐ ☐ |

| QTY. | MODEL NO. | DESCRIPTION | UNIT PRICE | AMOUNT | QTY. | STOCK NO. | DESCRIPTION | UNIT PRICE | AMOUNT |
|------|-----------|-------------|------------|--------|------|-----------|-------------|------------|--------|
| | | FIRE EXTINGUISHERS | | | | | SERVICES | | |
| | | 2.5 LB. | | | | MIN | MINIMUM BILLING | | |
| | | 5 LB. | | | | IN | INSPECT FIRE HOOD ALARM | | |
| | | 10 LB. | | | | | RECHARGES | | |
| | | 20 LB. | | | | C5 | CO₂ - 5 LB. | | |
| | | 10 LB. (SHORT) | | | | C10 | CO₂ - 10 LB. | | |
| | | 5 LB. CO₂ | | | | C15 | CO₂ - 15 LB. | | |
| | | 10 LB. CO₂ | | | | C20 | CO₂ - 20 LB. | | |
| | | 15 LB. CO₂ | | | | C50 | CO₂ - 50 LB. | | |
| | | 20 LB. CO₂ | | | | | REGULAR DRY CHARGE | | |
| | | PRESSURED WATER | | | | D2.5 | 2.5 LB. BC | | |
| | | 2.5 LB. | | | | D5 | 5 LB. BC | | |
| | | | | | | D10 | 10 LB. BC | | |
| | | | | | | D20 | 20 LB. BC | | |
| | | | | | | CO20 | CART. OPR. EXT. 20LB. | | |
| | | MISCELLANEOUS | | | | CO30 | CART. OPR. EXT. 30LB. | | |
| | | | | | | | ABC DRY CHARGE | | |
| | | | | | | ABC2.5 | 2.5 LB. ABC | | |
| | | | | | | ABC5 | 5 LB. ABC | | |
| | | | | | | ABC10 | 10 LB. ABC | | |
| | | | | | | ABC20 | 20 LB. ABC | | |
| | | | | | | | HYDRO TESTS | | |
| | | | | | | HL | LOW PRESSURE | | |
| | | | | | | HH | HIGH PRESSURE | | |
| | | MISCELLANEOUS | | | | | | | |
| 263 | | JANUARY FIRE EXTINGUISHER INSPECTIONS | | | | | | | |
| 13.25 HRS | | HOURLY RATE | | | | | | 65⁰⁰ | 861²⁵ |
| 3 | | TRIP CHARGE | | | | | | 65⁰⁰ | 195⁰⁰ |
| 150 TAG | | METAL MONTHLY INSPECTION TAG | | | | | | 1⁰⁰ | 150⁰⁰ |

ENTERED ON 1-22-13
BY ___ 236055

| | |
|---|---|
| SUB TOTAL | 1206²⁵ |
| SALES TAX | EXEMPT |
| **TOTAL AMOUNT** | 1206²⁵ |

SEE PAYMENT TERMS ON REVERSE SIDE
Due to the nature of the materials used in fire extinguishers utilizing non-metallic handle assemblies, service performed on these units are not subject to warranty and/or liability by or of Koetter Fire Protection of Austin, L.L.C.

TAXABLE  TAX EXEMPT NO.
☐ YES  ☒ NO

X _____
SIGNATURE

_1-22-13_
DATE
OFFICE COPY

_Thank You!_

COPY

# KOETTER FIRE PROTECTION
### OF AUSTIN, L.L.C.
**ALL YOU NEED TO KNOW ABOUT FIRE PROTECTION**
16069 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005
(512) 251-7888    FAX (512) 251-7848
*ENGINEERED SYSTEMS • FIRE SUPPRESSION SYSTEMS*
*ALARM SYSTEMS • FIRE EXTINGUISHERS*

AFFILIATES IN

DALLAS ☆ HOUSTON ☆ LONGVIEW ☆ SAN ANTONIO
ABILENE ☆ LUBBOCK ☆ CORPUS CHRISTI

## Invoice

| DATE | INVOICE # |
|------|-----------|
| 01/22/13 | 236056 |

**BILL TO:**
Luminant Generation Company, L.L.C.
Attn: Accounts Payable
P. O. Box 20
Dallas, TX  75221-0020

**REMIT TO:**
KOETTER FIRE PROTECTION OF AUSTIN, L.L.C.
16069 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005

*Thank You!  We Appreciate Your Business*

| P.O. NUMBER | TERMS | OUR ORDER NO. |
|-------------|-------|---------------|
| 144246 | Due on Receipt | AE49244 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| | Job Location: | | |
| | Luminant Sandow 5 | | |
| | 3708 Charles Martin Hall Rd | | |
| | Rockdale, Texas 76567-0467 | | |
| | 144246 | | |
| | January Fire Extinguisher Inspections | | |
| 13.25 | Hourly Rate | 65.00 | 861.25 |
| 2 | Extinguisher Trip Charge | 65.00 | 130.00 |
| 75 | Metal Monthly Inspection Tags | 1.00 | 75.00 |
| | | Invoice subtotal | 1066.25 |
| | | Sales tax | 0.00 |

**VISIT OUR WEB SITE AT WWW.KOETTERFIRE.COM**

| TOTAL | 1066.25 |
|-------|---------|

THIS INVOICE PAYABLE IN UNITED STATES CURRENCY.
RETURN WITH PAYMENT


COPY

**KOETTER FIRE PROTECTION OF AUSTIN, L.L.C.**
16069 CENTRAL COMMERCE DRIVE   (512) 251-7888
PFLUGERVILLE, TEXAS 78660-2005   FAX (512) 251-7848

AFFILIATES IN
DALLAS • HOUSTON
LONGVIEW • ABILENE
SAN ANTONIO
LUBBOCK
CORPUS CHRISTI

DELIVERY TICKET
✓ AE 49244
POS _63901_

LOCATION: NAME _LUMINANT SANDOW 5_   BILL TO: _LUMINANT_
_708 CHARLES MARTIN HALL RD_   _PO BOX 20_
_ROCKDALE TX 76567-0467_   _DALLAS TX 75221-0020_

A 1½% SERVICE CHARGE PER MONTH (18% PER YEAR) WILL BE ADDED TO ALL OVERDUE ACCOUNTS.   TERMS: NET 30 DAYS

| DATE | CUSTOMER P.O. NO. | SALESMAN | CONTACT NAME | CONTACT PHONE | BILL CASH CHECK |
|------|-------------------|----------|--------------|---------------|-----------------|
| 1-15-13 | 144246 | C LYMAN | J.SMITH | 512-760-6833 | ☒ ☐ ☐ |

| QTY. | MODEL NO. | DESCRIPTION | UNIT PRICE | AMOUNT | QTY. | STOCK NO. | DESCRIPTION | UNIT PRICE | AMOUNT |
|------|-----------|-------------|------------|--------|------|-----------|-------------|------------|--------|
| | | **FIRE EXTINGUISHERS** | | | | | **SERVICES** | | |
| | | 2.5 LB. | | | MIN | MINIMUM BILLING | | | |
| | | 5 LB. | | | IN | INSPECT FIRE HOOD ALARM | | | |
| | | 10 LB. | | | | | **RECHARGES** | | |
| | | 20 LB. | | | C5 | $CO_2$ - 5 LB. | | | |
| | | 10 LB. (SHORT) | | | C10 | $CO_2$ - 10 LB. | | | |
| | | 5 LB. $CO_2$ | | | C15 | $CO_2$ - 15 LB. | | | |
| | | 10 LB. $CO_2$ | | | C20 | $CO_2$ - 20 LB. | | | |
| | | 15 LB. $CO_2$ | | | C50 | $CO_2$ - 50 LB. | | | |
| | | 20 LB. $CO_2$ | | | | | **REGULAR DRY CHARGE** | | |
| | | **PRESSURED WATER** | | | D2.5 | 2.5 LB. BC | | | |
| | | 2.5 LB. | | | D5 | 5 LB. BC | | | |
| | | | | | D10 | 10 LB. BC | | | |
| | | | | | D20 | 20 LB. BC | | | |
| | | **MISCELLANEOUS** | | | CO20 | CART. OPR. EXT. 20LB. | | | |
| | | | | | CO30 | CART. OPR. EXT. 30LB. | | | |
| | | | | | | | **ABC DRY CHARGE** | | |
| | | | | | ABC2⁵ | 2.5 LB. ABC | | | |
| | | | | | ABC5 | 5 LB. ABC | | | |
| | | | | | ABC10 | 10 LB. ABC | | | |
| | | | | | ABC20 | 20 LB. ABC | | | |
| | | | | | | | **HYDRO TESTS** | | |
| | | | | | HL | LOW PRESSURE | | | |
| | | | | | HH | HIGH PRESSURE | | | |
| | | **MISCELLANEOUS** | | | | | | | |
| 303 | | JANUARY FIRE EXTINGUISHER INSPECTIONS | | | | | | | |
| 13.28 HRS | | HOURLY RATE | | | | | | 65⁰⁰ | 863⁵⁰ |
| 2 | | TRIP CHARGE | | | | | | 65⁰⁰ | 130⁰⁰ |
| 75 | | METAL MONTHLY INSPECTION TAGS | | | | | | 1⁰⁰ | 75⁰⁰ |
| | | | | | | | | | |
| | | ENTERED ON 1-2013 | | | | | | | |
| | | BY PB 236056 | | | | | | | |
| | | | | | | | | | |
| | | COMPLETE 1-22-13 | | | | | | | |

SEE PAYMENT TERMS ON REVERSE SIDE

Due to the nature of the materials used in fire extinguishers utilizing
non-metallic handle assemblies, service performed on these units are not
subject to warranty or liability by or of Koetter Fire Protection of
Austin, L.L.C.

X _JESSE NOT AVAILABLE TO SIGN_
SIGNATURE

TAXABLE ☐ YES ☒ NO   TAX EXEMPT NO. _____

1-22-13
DATE
OFFICE COPY

_Thank You!_

| | |
|---|---|
| SUB TOTAL | 1066³³ |
| SALES TAX | EXEMPT |
| **TOTAL AMOUNT** | 1066³³ |


COPY

# KOETTER FIRE PROTECTION
### OF AUSTIN, L.L.C.

**ALL YOU NEED TO KNOW ABOUT FIRE PROTECTION**

16069 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005
(512) 251-7888   FAX (512) 251-7848
*ENGINEERED SYSTEMS • FIRE SUPPRESSION SYSTEMS*
*ALARM SYSTEMS • FIRE EXTINGUISHERS*

AFFILIATES IN

DALLAS ☆ HOUSTON ☆ LONGVIEW ☆ SAN ANTONIO
ABILENE ☆ LUBBOCK ☆ CORPUS CHRISTI

## Invoice

| DATE | INVOICE # |
|------|-----------|
| 02/18/13 | 236462 |

**BILL TO:**
Luminant Generation Company, L.L.C.
Attn: Accounts Payable
P. O. Box 20
Dallas, TX 75221-0020

**REMIT TO:**
KOETTER FIRE PROTECTION OF AUSTIN, L.L.C.
16069 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005

*Thank You! We Appreciate Your Business*

| P.O. NUMBER | TERMS | OUR ORDER NO. |
|-------------|-------|---------------|
| 144243 | Due on Receipt | AE49451 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| | Job Location:<br>Luminant Sandow 4<br>Rockdale, Texas 76567 | | |
| 50 | 10# ABC Fire Extinguisher Rental for 3 Months | 12.00 | 600.00 |
| | Invoice subtotal | | 600.00 |
| | Sales tax | | 0.00 |

**VISIT OUR WEB SITE AT WWW.KOETTERFIRE.COM**

| TOTAL | 600.00 |
|-------|--------|

THIS INVOICE PAYABLE IN UNITED STATES CURRENCY.
ORIGINAL INVOICE



**KOETTER FIRE PROTECTION OF AUSTIN, L.L.C.**

AFFILIATES IN
DALLAS • HOUSTON
LONGVIEW • ABILENE
SAN ANTONIO
LUBBOCK
CORPUS CHRISTI

16069 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005
(512) 251-7888
FAX (512) 251-7848

DELIVERY TICKET

PO's
✓ AE 49451

LOCATION: _LUMINANT SANDOW 4_

_3798 CHARLES MARTIN HALL RD_

_ROCKDALE TX 76567_

BILL TO: _LUMINANT ACCTS PAYABLE_

_PO BOX 20_

_DALLAS TX 75221-0020_

A 1½% SERVICE CHARGE PER MONTH (18% PER YEAR) WILL BE ADDED TO ALL OVERDUE ACCOUNTS.

TERMS: NET 30 DAYS

| DATE | CUSTOMER P.O. NO. | SALESMAN | CONTACT NAME | CONTACT PHONE | BILL CASH CHECK |
|------|-------------------|----------|--------------|---------------|-----------------|
| 2-11-13 | 144213 | C. RYAN | MIKE MORGAN | 512-314-66 | ☑ ☐ ☐ |

| QTY. | MODEL NO. | DESCRIPTION | UNIT PRICE | AMOUNT | QTY. | STOCK NO. | DESCRIPTION | UNIT PRICE | AMOUNT |
|------|-----------|-------------|------------|--------|------|-----------|-------------|------------|--------|
| | | **FIRE EXTINGUISHERS** | | | | | **SERVICES** | | |
| | | 2.5 LB. | | | MIN | | MINIMUM BILLING | | |
| | | 5 LB. | | | IN | | INSPECT FIRE HOOD ALARM | | |
| | | 10 LB. | | | | | **RECHARGES** | | |
| | | 20 LB. | | | C5 | | CO₂ - 5 LB. | | |
| | | 10 LB. (SHORT) | | | C10 | | CO₂ - 10 LB. | | |
| | | 5 LB. CO₂ | | | C15 | | CO₂ - 15 LB. | | |
| | | 10 LB. CO₂ | | | C20 | | CO₂ - 20 LB. | | |
| | | 15 LB. CO₂ | | | C50 | | CO₂ - 50 LB. | | |
| | | 20 LB. CO₂ | | | | | **REGULAR DRY CHARGE** | | |
| | | **PRESSURED WATER** | | | D2.5 | | 2.5 LB. BC | | |
| | | 2.5 LB. | | | D5 | | 5 LB. BC | | |
| | | | | | D10 | | 10 LB. BC | | |
| | | | | | D20 | | 20 LB. BC | | |
| | | | | | CO20 | | CART. OPR. EXT. 20 LB. | | |
| | | **MISCELLANEOUS** | | | CO30 | | CART. OPR. EXT. 30 LB. | | |
| | | | | | | | **ABC DRY CHARGE** | | |
| | | | | | ABC205 | | 2.5 LB. ABC | | |
| | | | | | ABC5 | | 5 LB. ABC | | |
| | | | | | ABC10 | | 10 LB. ABC | | |
| | | | | | ABC20 | | 20 LB. ABC | | |
| | | | | | | | **HYDRO TESTS** | | |
| | | | | | HL | | LOW PRESSURE | | |
| | | **MISCELLANEOUS** | | | HH | | HIGH PRESSURE | | |
| 50 | | 10 LB ABC FIRE EXT RENTAL FOR 3 MONTHS | | | | | | | 60.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | ENTERED 2-2013 | | | | | | | |
| | | BY CB 236462 | | | | | | | |

SEE PAYMENT TERMS ON REVERSE SIDE

Due to the nature of the materials used in fire extinguishers utilizing non-metallic handle assemblies, service performed on these units are not subject to warranty and or liability by or of Koetter Fire Protection of Austin, L.L.C.

TAXABLE
☐ ☑
YES NO   TAX EXEMPT NO.

X _R Barnes_
SIGNATURE

_2-18-13_
DATE

OFFICE COPY

_Thank You!_

| | |
|---|---|
| SUB TOTAL | |
| SALES TAX | EXEMPT |
| **TOTAL AMOUNT** | **60.00** |

COPY

# KOETTER FIRE PROTECTION
### OF AUSTIN, L.L.C.

**ALL YOU NEED TO KNOW ABOUT FIRE PROTECTION**

16069 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005
(512) 251-7888   FAX (512) 251-7848

*ENGINEERED SYSTEMS • FIRE SUPPRESSION SYSTEMS*
*ALARM SYSTEMS • FIRE EXTINGUISHERS*

AFFILIATES IN
**DALLAS ★ HOUSTON ★ LONGVIEW ★ SAN ANTONIO**
**ABILENE ★ LUBBOCK ★ CORPUS CHRISTI**

## Invoice

| DATE | INVOICE # |
|------|-----------|
| 06/17/13 | 239805 |

**BILL TO:**

Luminant Generation Company, L.L.C.
Attn: Accounts Payable
P. O. Box 20
Dallas, TX 75221-0020

**REMIT TO:**
KOETTER FIRE PROTECTION OF AUSTIN, L.L.C.
16069 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005

*Thank You!* *We Appreciate Your Business*

| P.O. NUMBER | TERMS | OUR ORDER NO. |
|-------------|-------|---------------|
| 54064 | Due on Receipt | AU72332 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| | Job Location:<br>Sandow 4 & 5<br>Rockdale, Texas 76567<br>54064<br>Troubleshot ground fault on Unit 4 and troubleshot open circuit on unit 5. | | |
| 8 | Labor | 85.00 | 680.00 |
| 8 | Labor | 65.00 | 520.00 |
| | Invoice subtotal | | 1200.00 |
| | Sales tax | | 0.00 |

**E-MAILED**
10-7-13-93

**VISIT OUR WEB SITE AT WWW.KOETTERFIRE.COM**

## TOTAL

1200.00

THIS INVOICE PAYABLE IN UNITED STATES CURRENCY.
**OFFICE COPY**



# KOETTER FIRE PROTECTION
## OF AUSTIN, L.L.C.

**SERVICE TICKET** / AU 72332

16069 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005
(512) 251-7888    FAX (512) 251-7848

Affiliates in

ABILENE    SAN ANTONIO    DALLAS    LONGVIEW
HOUSTON    CORPUS CHRISTI    LUBBOCK

**PO NO.**

| | |
|---|---|
| JOB LOCATION  SAN DOW 4+5 | PHONE | FAX |
| ADDRESS | BILL TO  Luminant |
| CITY, STATE, ZIP  Rockdale  TX 76567 | ADDRESS |
| BLDG. CONTACT / MGR | CITY, STATE, ZIP    TX |
| SALESPERSON  J Martinez | SYSTEM (AL) SP BFP KH EXT SUP WARR EQ |

**SCOPE**  Trouble shoot Ground fault on Unit 4 + Trouble shoot open ct on Unit 5.

**AUTHORIZATION TO COMMENCE WORK**  Signature:          Printed Name:

**WORK PERFORMED**  Trouble shot Ground fault - Repaired ground is clear. - Trouble shot Ground on Unit 5 mod 048 found Bad Resistor - Attempted to trouble shoot Horn/strobe ct H19 - Was not Allowed to Flash ct, to locate all Devices on string of Devices. - No Prints Available.

Tag Status  (ACCEPTABLE)  YELLOW  RED

JOB STATUS: (COMPLETE) RETURN TRIP REQUIRED?

## PARTS

| QUANTITY | DESCRIPTION | UNIT | AMOUNT |
|---|---|---|---|
| | | | $    - |
| | | | $    - |
| | | | $    - |
| | | | $    - |
| | | | $    - |
| | | | $    - |
| | | | $    - |
| | | | $    - |

## LABOR

| TECH. | S/T HRS | O/T HRS | S/T Rate | O/T Rate | DATE | AMOUNT |
|---|---|---|---|---|---|---|
| Eric C. | 8 S/T | | 85 | | 6/17/13 | $ 680 — |
| Doan A. | 8 S/T | | 65 | | 6/17/13 | $ 520 — |
| 7:30 - 3:30 | | | | | | $ |
| | | | ENTERED ON 10/21/13 | | | $ |
| | | | BY: EB | | | $ |
| | | | 239805 | | | $ |

| | | | |
|---|---|---|---|
| **TOTAL LABOR:** 1200 — | **TOTAL PARTS:** $    — | | $ 1200 — |
| **P.O. NO.** 540604 | | **TAX @** | $ |
| **TERMS: NET DUE**  ADDITIONAL TERMS BELOW | **TOTAL AMOUNT DUE AND PAYABLE** ➡ | | $ 1200 |

**CUSTOMER SIGNATURE** X _____    **DATE** 6/17/13

**PRINT NAME** X  JEFF JONES

1. Net Due
2. "To the owner: As required by Article 5453 of the Vernon's Annotate Civil Statutes of Texas, as amended by the 57th Legislature, you are hereby notified as owner of property being improved if this bill remains unpaid, you may become personally liable and your property subject to a lien unless you withhold payments from the contractor for payment of this statement or unless the bill is otherwise paid or settled."

OFFICE COPY

COPY

# KOETTER FIRE PROTECTION
### OF AUSTIN, L.L.C.

## invoice

**ALL YOU NEED TO KNOW ABOUT FIRE PROTECTION**

16069 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005
(512) 251-7888   FAX (512) 251-7848

*ENGINEERED SYSTEMS • FIRE SUPPRESSION SYSTEMS*
*ALARM SYSTEMS • FIRE EXTINGUISHERS*

AFFILIATES IN

**DALLAS ★ HOUSTON ★ LONGVIEW ★ SAN ANTONIO**
**ABILENE ★ LUBBOCK ★ CORPUS CHRISTI**

| DATE | INVOICE # |
|------|-----------|
| 07/14/13 | 239804 |

**BILL TO:**

Luminant Generation Company, L.L.C.
Attn:  Accounts Payable
P. O. Box 20
Dallas, TX  75221-0020

**REMIT TO:**
KOETTER FIRE PROTECTION OF AUSTIN, L.L.C.
16069 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005

*Thank You!  We Appreciate Your Business*

| P.O. NUMBER | TERMS | OUR ORDER NO. |
|-------------|-------|---------------|
| 54064 | Due on Receipt | AU72383 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| | Job Location:<br>Sandow Unit 5 Node 5<br>Rockdale, Texas<br>54064<br><br>Troubleshoot unit 5 node 5. | | |
| 7 | Labor | 127.50 | 892.50 |
| 5.5 | Labor | 97.50 | 536.25 |
| 1 | XP6R Relay Card | 396.00 | 396.00 |
| | | Invoice subtotal | 1824.75 |
| | | Sales tax | 0.00 |

E-MAILED
10-7-13

**VISIT OUR WEB SITE AT WWW.KOETTERFIRE.COM**

**TOTAL**            1824.75

THIS INVOICE PAYABLE IN UNITED STATES CURRENCY.

RETURN WITH PAYMENT



# KOETTER FIRE PROTECTION OF AUSTIN, L.L.C.

**SERVICE TICKET** ✓ **AU 72383**

16069 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005
(512) 251-7888    FAX (512) 251-7848

Affiliates in

ABILENE    SAN ANTONIO    DALLAS
HOUSTON    CORPUS CHRISTI    LONGVIEW    LUBBOCK

**PO NO.** 65967

| JOB LOCATION | Sandow Unit 5 Node 5 | PHONE | | FAX | |
|---|---|---|---|---|---|
| ADDRESS | | BILL TO | | | |
| CITY, STATE, ZIP | Rockdale    TX | ADDRESS | | | |
| BLDG. CONTACT / MGR | Jeff Jones | CITY, STATE, ZIP | | | TX |
| SALESPERSON | J Martinez | SYSTEM | (AL) SP  BFP  KH  EXT  SUP  WARR  EQ | | |

**SCOPE**

**AUTHORIZATION TO COMMENCE WORK** | Signature: | Printed Name:

**WORK PERFORMED**

Node 5 loop 2 has a bad LEM GF passed with field wiring removed. 1st flr electrical equipment center fr box 5BPFE1811 has a bad XPGR card has voltage but addresses are invalid. Replaced card and cleared troubles L2.104-109 point #4 on ACPSG10PCA address 75 H19 NAC node got clear and was reinabled.

| Tag Status | ACCEPTABLE    YELLOW    RED |
|---|---|

JOB STATUS: COMPLETE / RETURN TRIP REQUIRED?

## PARTS

| QUANTITY | DESCRIPTION | UNIT | AMOUNT |
|---|---|---|---|
| 1 | XPGR Relay Card | 396 | $ 396 - |
| | | | $ - |
| | ENTERED ON 10/2/13 | | $ - |
| | BY: E.B | | $ - |
| | 239804 | | $ - |
| | | | $ - |
| | | | $ - |

## LABOR

| TECH. | S/T HRS | O/T HRS | S/T Rate | O/T Rate | DATE | AMOUNT |
|---|---|---|---|---|---|---|
| CG | | 7 | | 127.50 | 7-14-13 | $ 692.50 |
| NB | | 5.5 | | 97.50 | 7.14.13 | $ 536.25 |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

| TOTAL LABOR: | 1408 -75 | TOTAL PARTS: | $ 396 -0 | | $ 1824.75 |
|---|---|---|---|---|---|
| P.O. NO. | 54064 | | TAX @ | | $ - |
| TERMS: NET DUE | ADDITIONAL TERMS BELOW | **TOTAL AMOUNT DUE AND PAYABLE** ▶ | | | $ 1824.75 |

CUSTOMER SIGNATURE    X _____    DATE 7-14-13

PRINT NAME:    X _____

1.    Net Due
2.    "To the owner: As required by Article 5453 of the Vernon's Annotate Civil Statutes of Texas, as amended by the 57th Legislature, you are hereby notified as owner of property being improved if this bill remains unpaid, you may become personally liable and your property subject to a lien unless you withhold payments from the contractor for payment of this statement or unless the bill is otherwise paid or settled.

**OFFICE COPY**

# KOETTER FIRE PROTECTION
### OF AUSTIN, L.L.C.

**Invoice**

**ALL YOU NEED TO KNOW ABOUT FIRE PROTECTION**

16069 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005
(512) 251-7888   FAX (512) 251-7848
*ENGINEERED SYSTEMS • FIRE SUPPRESSION SYSTEMS*
*ALARM SYSTEMS • FIRE EXTINGUISHERS*

AFFILIATES IN

**DALLAS ★ HOUSTON ★ LONGVIEW ★ SAN ANTONIO**
**ABILENE ★ LUBBOCK ★ CORPUS CHRISTI**

| DATE | INVOICE # |
|---|---|
| 08/21/13 | 240938 |

BILL TO:

Luminant Generation Company, L.L.C.
Attn: Accounts Payable
P. O. Box 20
Dallas, TX 75221-0020

**REMIT TO:**
**KOETTER FIRE PROTECTION OF AUSTIN, L.L.C.**
16069 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005

*Thank You!* *We Appreciate Your Business*

| P.O. NUMBER | TERMS | OUR ORDER NO. |
|---|---|---|
| 61670 | Due on Receipt | AU72322 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
|  | Job Location:<br>Luminant Sandow<br>Rockdale, Texas<br>61670<br><br>Troubleshot Fire Alarm and Sprinkler |  |  |
| 8 | Labor | 85.00 | 680.00 |
| 1 | Labor | 127.50 | 127.50 |
| 8 | Labor | 85.00 | 680.00 |
| 1 | Labor | 127.50 | 127.50 |
| 11.5 | Labor | 85.00 | 977.50 |
| 11.5 | Labor | 85.00 | 977.50 |
| 8 | Labor | 85.00 | 680.00 |
| 8 | Labor | 65.00 | 520.00 |
| 5 | Labor | 85.00 | 425.00 |
| 5 | Labor | 65.00 | 325.00 |
| 8 | Labor | 85.00 | 680.00 |

*emailed 12-24-13*

**VISIT OUR WEB SITE AT WWW.KOETTERFIRE.COM**

**TOTAL** 9153.00

THIS INVOICE PAYABLE IN UNITED STATES CURRENCY.
OFFICE COPY

COPY

# KOETTER FIRE PROTECTION
### OF AUSTIN, L.L.C.

**Invoice**

**ALL YOU NEED TO KNOW ABOUT FIRE PROTECTION**

16069 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005
(512) 251-7888   FAX (512) 251-7848

*ENGINEERED SYSTEMS • FIRE SUPPRESSION SYSTEMS*
*ALARM SYSTEMS • FIRE EXTINGUISHERS*

AFFILIATES IN

**DALLAS ★ HOUSTON ★ LONGVIEW ★ SAN ANTONIO**
**ABILENE ★ LUBBOCK ★ CORPUS CHRISTI**

| DATE | INVOICE # |
|---|---|
| 08/21/13 | 240938 |

**BILL TO:**

Luminant Generation Company, L.L.C.
Attn:  Accounts Payable
P. O. Box 20
Dallas, TX  75221-0020

**REMIT TO:**
KOETTER FIRE PROTECTION OF AUSTIN, L.L.C.
16069 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005

*Thank You!*  *We Appreciate Your Business*

| P.O. NUMBER | TERMS | OUR ORDER NO. |
|---|---|---|
| 61670 | Due on Receipt | AU72322 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 1 | Labor | 127.50 | 127.50 |
| 8 | Labor | 85.00 | 680.00 |
| 1 | Labor | 127.50 | 127.50 |
| 1 | Fire Control Module | 72.00 | 72.00 |
| 3 | Water Motor Gong | 465.00 | 1395.00 |
| 2 | Batteries | 18.00 | 36.00 |
| 1 | Matrix Printer | 515.00 | 515.00 |
| | | Invoice subtotal | 9153.00 |
| | | Sales tax | 0.00 |

**VISIT OUR WEB SITE AT WWW.KOETTERFIRE.COM**

**TOTAL** | 9153.00



THIS INVOICE PAYABLE IN UNITED STATES CURRENCY.
RETURN WITH PAYMENT



16069 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005
(512) 251-7888    FAX (512) 251-7848

Affiliates in

| ABILENE | SAN ANTONIO | DALLAS LONGVIEW |
| HOUSTON | CORPUS CHRISTI | LUBBOCK |

PO NO. 65595
65663

| JOB LOCATION | Luminant Sandow | PHONE | | FAX | 65636 |
| ADDRESS | | BILL TO | | | 65838 |
| CITY, STATE, ZIP | Rockdale   TX | ADDRESS | | | 66097 |
| BLDG. CONTACT / MGR | Jeff Jones | CITY, STATE, ZIP | 8-2-13  8:00am   TX | | |
| SALESPERSON | Joey | SYSTEM | (AL) (SP) BFP  KH  EXT  SUP  WARR  EQ | | |
| SCOPE | Troubleshoot Fire Alarm | | | | |

| **AUTHORIZATION TO COMMENCE WORK** | Signature: | Printed Name: JEFF JONES |

**WORK PERFORMED**   Troubleshoot Fire Alarm See Attach.
Replaced and Re-routed piping for WMG and replaced. WMG on 12,13
Replaced WMG on System 26
Cleaned out WMG on System 25

Tag Status    ACCEPTABLE   YELLOW   RED
JOB STATUS: COMPLETE  RETURN TRIP REQUIRED?

**PARTS**

| QUANTITY | DESCRIPTION | UNIT | AMOUNT | |
| --- | --- | --- | --- | --- |
| | CM-1  Fire Control Module | 72 | $72 - | A |
| | Notifier | | $ | |
| | | | $ | |
| 3 | Water Meter Gong | 465 - | $1395 - | B |
| 2 | Lithium Batteries | 18 | $36 - | A |
| 1 | Dot Matrix Printer | 515 - | $515 - | A |

ENTERED ON 12/24/13 BY: CB 240938

**LABOR**

| TECH. | S/T HRS | O/T HRS | S/T Rate | O/T Rate | DATE | AMOUNT | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Eric Crumley | 8 | 1 | 85 | 127.50 | 6/7/13 | $807.50 | |
| Michael Bridwell | 8 | 1 | 85 | 127.50 | 6/7/13 | $807.50 | |
| | | | | | | $ | |
| Eric C. | 11.5 | | 85 | | 7/5/13 | $977.50 | A |
| Michael Bridwell | 11.5 | | 85 | | 7/5/13 | $977.50 | A |
| Eric C. 7:30-9:00 | 8 | | 85 | | 7/23/13 | $600 - | A |
| Paul h. 7:30-4:00 | 8 | | 65 | | 7/22/13 | $520 - | A |
| Eric H. 7:00-11:30 | (5.5×2) | | 85/65 | | 7/23/13 | $475/325 | A |

| TOTAL LABOR: | | TOTAL PARTS: | $ | | |
| P.O. NO. | | 61670 | TAX @ | | $ - |
| TERMS: NET DUE | ADDITIONAL TERMS BELOW | **TOTAL AMOUNT DUE AND PAYABLE** ▶ | $ - |

CUSTOMER SIGNATURE   X _____ (JJJ)    DATE  7/5/13
PRINT NAME   X    JEFF JONES

Pg. 1 of 2

1.   Net Due
2.   "To the owner: As required by Article 5453 of the Vernon's Annotate Civil Statutes of Texas, as amended by the 57th Legislature, you are hereby notified as owner of property being improved if this bill remains unpaid, you may become personally liable and your property subject to a lien unless you withhold payments from the contractor for payment of this statement or unless the bill is otherwise paid or settled."

OFFICE COPY

COPY

# KOETTER FIRE PROTECTION
## OF AUSTIN, L.L.C.

16069 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005
(512) 251-7888     FAX (512) 251-7848

**SERVICE TICKET     AU-72304**

PO NO. 72322

Affiliates in

ABILENE     SAN ANTONIO     DALLAS     LONGVIEW
HOUSTON     CORPUS CHRISTI     LUBBOCK

| JOB LOCATION Luminant Sandow | PHONE | FAX |
|---|---|---|
| ADDRESS | BILL TO | |
| CITY, STATE, ZIP Rockdale     TX | ADDRESS | |
| BLDG. CONTACT / MGR Jeff Jones | CITY, STATE, ZIP     TX | |
| SALESPERSON Joey | SYSTEM AL (SP) BFP KH EXT SUP WARR EQ | |
| SCOPE Trouble shoot F/A + Sprinkler | | |

| AUTHORIZATION TO COMMENCE WORK | Signature: | | Printed Name: JEFF JONES |
|---|---|---|---|

**WORK PERFORMED** Trouble shot + Repaired Systems in
Unit 4 + 5, Installed Printer in unit 4

Tag Status   (ACCEPTABLE)  YELLOW   RED
JOB STATUS:  COMPLETE / RETURN TRIP REQUIRED?

## PARTS

| QUANTITY | DESCRIPTION | UNIT | AMOUNT |
|---|---|---|---|
| 8/21/13 | - Installed Printer Unit 4 | | $ - |
| 8/21/13 | - Tested Admin Panel for Communication | | $ - |
| | to Control RM all good. | | $ - |
| | | | $ - |
| 8/21/13 | Investigated Dry Gate Valve | | $ - |
| | | | $ - |
| 8/21/13 | Installed New Smoke Dets N3LID10 | | $ - |
| | + N3LID08 | | $ - |

## LABOR

| TECH. | S/T HRS | O/T HRS | S/T Rate | O/T Rate | DATE | AMOUNT | |
|---|---|---|---|---|---|---|---|
| Eric C | 8 3/4 | 1 O/T | 85 | 127.50 | 8/21/13 | $ 807 50 | A |
| M. Bridwell | 8 3/4 | 1 O/T | 85 | 127.50 | 8/21/13 | $ 807 50 | S |
| | | | | | | $ - | |
| | | | | | | $ - | |
| | | | | | | $ - | |
| | | | | | | $ - | |
| | | | | | | $ - | |

| TOTAL LABOR: 1135 | TOTAL PARTS: $ 2018 | $ 9153. |
|---|---|---|
| P.O. NO. | | $ |
| TERMS: NET DUE     ADDITIONAL TERMS BELOW | TAX @ | $ |
| | **TOTAL AMOUNT DUE AND PAYABLE** ➡ | $ 9153. |

CUSTOMER SIGNATURE  X
PRINT NAME:  X   JEFF JONES

DATE 8/21/13

Pg. 2 of 2

1.   Net Due
2.   "To the owner: As required by Article 5453 of the Vernon's Annotate Civil Statutes of Texas, as amended by the 57th Legislature, you are hereby notified as owner of property being improved if this bill remains unpaid, you may become personally liable and your property subject to a lien unless you withhold payments from the contractor for payment of this statement or unless the bill is otherwise paid or settled."

COPY

# KOETTER FIRE PROTECTION
### OF AUSTIN, L.L.C.

## Invoice

**ALL YOU NEED TO KNOW ABOUT FIRE PROTECTION**

16069 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005
(512) 251-7888    FAX (512) 251-7848

*ENGINEERED SYSTEMS • FIRE SUPPRESSION SYSTEMS*
*ALARM SYSTEMS • FIRE EXTINGUISHERS*

AFFILIATES IN
**DALLAS ★ HOUSTON ★ LONGVIEW ★ SAN ANTONIO**
**ABILENE ★ LUBBOCK ★ CORPUS CHRISTI**

| DATE | INVOICE # |
|---|---|
| 11/22/13 | 240644 |

BILL TO:

**Luminant Generation Company, L.L.C.**
Attn:  Accounts Payable
P. O. Box 20
Dallas, TX  75221-0020

**REMIT TO:**
**KOETTER FIRE PROTECTION OF AUSTIN, L.L.C.**
16069 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005

*Thank You!  We Appreciate Your Business*

| P.O. NUMBER | TERMS | OUR ORDER NO. |
|---|---|---|
| 46138 | Due on Receipt | AE49917 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Job Location:<br>Luminant Sandow 4<br>3986 Charles Martin Hall Rd<br>Rockdale, Texas 76567<br>46138 | | |
| | November Fire Extinguisher Inspections | | |
| 14.75 | Hourly Rate | 65.00 | 958.75 |
| 2 | Extinguisher Trip Charge | 65.00 | 130.00 |
| 4 | 5# B402 New Fire Extinguisher | 55.00 | 220.00 |
| 2 | 10# CO2 Fire Extinguisher Recharge | 24.00 | 48.00 |
| 2 | High Pressure Hydro Test | 18.00 | 36.00 |
| 4 | Exit Sign | 5.00 | 20.00 |
| | Invoice subtotal | | 1412.75 |
| | Sales tax | | 0.00 |

## VISIT OUR WEB SITE AT WWW.KOETTERFIRE.COM

## TOTAL          1412.75

THIS INVOICE PAYABLE IN UNITED STATES CURRENCY.
ORIGINAL INVOICE



# KOETTER FIRE PROTECTION OF AUSTIN, L.L.C.

AFFILIATES IN
DALLAS ★ HOUSTON
LONGVIEW ★ ABILENE
SAN ANTONIO
LUBBOCK
CORPUS CHRISTI

16009 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005

(512) 251-7888
FAX (512) 251-7848

**DELIVERY TICKET**

AE 49917

PO'S 67713

LOCATION: NAME _LUMINANT SANDOW 4_

_'86 CHARLES MARTIN HALL RD_

_ROCKDALE, TX. 76567_

BILL TO: _LUMINANT ACCOUNTS PAYABLE_

_PO BOX 20_

_DALLAS, TX. 75221-0020_

A 1½% SERVICE CHARGE PER MONTH (18% PER YEAR) WILL BE ADDED TO ALL OVERDUE ACCOUNTS.

TERMS: NET 30 DAYS

| DATE | CUSTOMER P.O. NO. | SALESMAN | CONTACT NAME | CONTACT PHONE | BILL CASH CHECK # |
|------|-------------------|----------|--------------|---------------|-------------------|
| 11-18-13 | 46138 | C. LYMAN | JESSE SMITH | 512-760-6833 | ☑ ☐ ☐ |

| QTY. | MODEL NO. | DESCRIPTION | UNIT PRICE | AMOUNT | QTY. | STOCK NO. | DESCRIPTION | UNIT PRICE | AMOUNT |
|------|-----------|-------------|------------|--------|------|-----------|-------------|------------|--------|
| | | **FIRE EXTINGUISHERS** | | | | | **SERVICES** | | |
| | | 2.5 LB. | | | | MIN | MINIMUM BILLING | | |
| 4 | B402 | 5 LB. | 55 00 | 220 00 | | IN | INSPECT FIRE HOOD ALARM | | |
| | | 10 LB. | | | | | **RECHARGES** | | |
| | | 20 LB. | | | | C5 | $CO_2$ - 5 LB. | | |
| | | 10 LB. (SHORT) | | | 2 | C10 | $CO_2$ - 10 LB. | 24 00 | 48 00 |
| | | 5 LB. $CO_2$ | | | | C15 | $CO_2$ - 15 LB. | | |
| | | 10 LB. $CO_2$ | | | | C20 | $CO_2$ - 20 LB. | | |
| | | 15 LB. $CO_2$ | | | | C50 | $CO_2$ - 50 LB. | | |
| | | 20 LB. $CO_2$ | | | | | **REGULAR DRY CHARGE** | | |
| | | **PRESSURED WATER** | | | | D2.5 | 2.5 LB. BC | | |
| | | 2.5 LB. | | | | D5 | 5 LB. BC | | |
| | | | | | | D10 | 10 LB. BC | | |
| | | | | | | D20 | 20 LB. BC | | |
| | | | | | | CO20 | CART. OPR. EXT. 20LB. | | |
| 4 | A-112 | **MISCELLANEOUS** EXT SIGN | 5 00 | 20 00 | | CO30 | CART. OPR. EXT. 30LB. | | |
| | | | | | | | **ABC DRY CHARGE** | | |
| | | | | | | ABC205 | 2.5 LB. ABC | | |
| | | | | | | ABC5 | 5 LB. ABC | | |
| | | | | | | ABC10 | 10 LB. ABC | | |
| | | | | | | ABC20 | 20 LB. ABC | | |
| | | | | | | | **HYDRO TESTS** | | |
| | | | | | | HL | LOW PRESSURE | | |
| | | | | | 2 | HH | HIGH PRESSURE | 18 00 | 36 00 |
| | | **MISCELLANEOUS** | | | | | | | |
| 267 | | NOVEMBER FIRE EXTINGUISHER INSPECTIONS | | | | | | | |
| 14.75 | HOURS | HOURLY RATE | | | | | | 65 00 | 958 75 |
| 2 | | TRIP CHARGES | | | | | | 65 00 | 130 00 |

ENTERED ON 12/2/13
BY EB 240644

COMPLETE

SE ~MENT TERMS ON REVERSE SIDE

Due to the nature of the materials used in fire extinguishers utilizing non-metallic handle assemblies, service performed on these units are not subject to warranty and or liability by or of Koetter Fire Protection of Austin, L.L.C.

TAXABLE ☐ YES ☑ NO    TAX EXEMPT NO.

X _JESSE SMITH NOT AVAILABLE TO SIGN_
SIGNATURE

11-22-13
DATE

OFFICE COPY

| SUB TOTAL | 1412 75 |
|-----------|---------|
| SALES TAX | EXEMPT |
| **TOTAL AMOUNT** | 1412 75 |

# KOETTER FIRE PROTECTION
## OF AUSTIN, L.L.C.

**ALL YOU NEED TO KNOW ABOUT FIRE PROTECTION**

16069 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005
(512) 251-7888   FAX (512) 251-7848

*ENGINEERED SYSTEMS • FIRE SUPPRESSION SYSTEMS*
*ALARM SYSTEMS • FIRE EXTINGUISHERS*

AFFILIATES IN

**DALLAS ★ HOUSTON ★ LONGVIEW ★ SAN ANTONIO**
**ABILENE ★ LUBBOCK ★ CORPUS CHRISTI**

## Invoice

| DATE | INVOICE # |
|---|---|
| 12/24/13 | 240977 |

**BILL TO:**

Luminant Generation Company, L.L.C.
Attn:  Accounts Payable
P. O. Box 20
Dallas, TX  75221-0020

**REMIT TO:**

KOETTER FIRE PROTECTION OF AUSTIN, L.L.C.
16069 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005

*Thank You!  We Appreciate Your Business*

| P.O. NUMBER | TERMS | OUR ORDER NO. |
|---|---|---|
| 46138 | Due on Receipt | AE49922 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Job Location: | | |
| | Luminant Sandow 4 | | |
| | 3986 Charles Martin Hall Rd | | |
| | Rockdale, Texas76567 | | |
| | 46138 | | |
| 1 | 300# ABC Wheel Unit Fire Extinguisher Recharge | 600.00 | 600.00 |
| 2 | Extinguisher Trip Charge | 65.00 | 130.00 |
| 3.5 | Labor | 65.00 | 227.50 |
| | Invoice subtotal | | 957.50 |
| | Sales tax | | 0.00 |

**VISIT OUR WEB SITE AT WWW.KOETTERFIRE.COM**

**TOTAL** 957.50

THIS INVOICE PAYABLE IN UNITED STATES CURRENCY.
OFFICE CCPY

# KOETTER FIRE PROTECTION OF AUSTIN, L.L.C.

DALLAS • HOUSTON
LONGVIEW • ABILENE
SAN ANTONIO
LUBBOCK
CORPUS CHRISTI

1608 SENT FRANDA COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005

(512) 251-7888
FAX (512) 251-7848

**DELIVERY TICKET**

AE 49922
6790

LOCATION: NAME _LUMINANT SANDOW 4_
_986 CHARLES MARTIN HALL RD_
_ROCKDALE, TX 76567_

BILL TO: _LUMINANT ACCOUNTS PAYABLE_
_PO BOX 20_
_DALLAS, TX 75221-0020_

PO'S

_12-24-13  7:00am_

A 1½% SERVICE CHARGE PER MONTH (18% PER YEAR) WILL BE ADDED TO ALL OVERDUE ACCOUNTS.

TERMS: NET 30 DAYS

| DATE | CUSTOMER P.O. NO. | SALESMAN | CONTACT NAME | CONTACT PHONE | BILL | CASH | CHECK |
|------|-------------------|----------|--------------|---------------|------|------|-------|
| 12-13-13 | 4/6138 | C. LYMAN | JESSE SMITH | 512-760-6833 | ✓ | | # |

| QTY. | MODEL NO. | DESCRIPTION | UNIT PRICE | AMOUNT | QTY. | STOCK NO. | DESCRIPTION | UNIT PRICE | AMOUNT |
|------|-----------|-------------|-----------|--------|------|-----------|-------------|-----------|--------|
| | | **FIRE EXTINGUISHERS** | | | | | **SERVICES** | | |
| | | 2.5 LB. | | | | MIN | MINIMUM BILLING | | |
| | | 5 LB. | | | | IN | INSPECT FIRE HOOD ALARM | | |
| | | 10 LB. | | | | | **RECHARGES** | | |
| | | 20 LB. | | | | C5 | $CO_2$ - 5 LB. | | |
| | | 10 LB. (SHORT) | | | | C10 | $CO_2$ - 10 LB. | | |
| | | 5 LB. $CO_2$ | | | | C15 | $CO_2$ - 15 LB. | | |
| | | 10 LB. $CO_2$ | | | | C20 | $CO_2$ - 20 LB. | | |
| | | 15 LB. $CO_2$ | | | | C50 | $CO_2$ - 50 LB. | | |
| | | 20 LB. $CO_2$ | | | | | **REGULAR DRY CHARGE** | | |
| | | **PRESSURED WATER** | | | | D2.5 | 2.5 LB. BC | | |
| | | 2.5 LB. | | | | D5 | 5 LB. BC | | |
| | | | | | | D10 | 10 LB. BC | | |
| | | | | | | D20 | 20 LB. BC | | |
| | | **MISCELLANEOUS** | | | | CO20 | CART. OPR. EXT. 20LB. | | |
| | | | | | | CO30 | CART. OPR. EXT. 30LB. | | |
| | | | | | | | **ABC DRY CHARGE** | | |
| | | | | | | ABC205 | 2.5 LB. ABC | | |
| | | | | | | ABC5 | 5 LB. ABC | | |
| | | | | | | ABC10 | 10 LB. ABC | | |
| | | | | | | ABC20 | 20 LB. ABC | | |
| | | | | | | | **HYDRO TESTS** | | |
| | | | | | | HL | LOW PRESSURE | | |
| | | | | | | HH | HIGH PRESSURE | | |
| | | **MISCELLANEOUS** | | | | | | | |
| 1 | | 300# ABC WHEEL UNIT FIRE EXT. RECHARGE | | | | | | | 600 00 |
| 2 | | TRIP CHARGE | | | | | | 65 00 | 130 00 |
| 3.50 | HRS | HOURLY RATE | | | | | | 65 00 | 227 50 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | CM 12/36 13 | | | | | | |
| | | | BY EB | | | | | | |
| | | | 240977 | | | | | | |
| | | | | | | | | | |
| | | COMPLETE CLB | | | | | | | |

SE _/MENT TERMS ON REVERSE SIDE_

Due to the nature of the materials used in fire extinguishers utilizing non-metallic handle assemblies, service performed on these units are not subject to warranty and or liability by or of Koetter Fire Protection of Austin, L.L.C.

TAXABLE  YES ☐  NO ☒

TAX EXEMPT NO.

| | |
|---|---|
| SUB TOTAL | 957 50 |
| SALES TAX | EXEMPT |
| **TOTAL AMOUNT** | 957 50 |

X _JESSE SMITH ON VACATION - UNABLE TO SIGN_    _12-24-13_
SIGNATURE                                        DATE

OFFICE COPY

COPY

# KOETTER FIRE PROTECTION
## OF AUSTIN, L.L.C.

**ALL YOU NEED TO KNOW ABOUT FIRE PROTECTION**

16069 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005
(512) 251-7888   FAX (512) 251-7848

*ENGINEERED SYSTEMS • FIRE SUPPRESSION SYSTEMS*
*ALARM SYSTEMS • FIRE EXTINGUISHERS*

AFFILIATES IN

**DALLAS ★ HOUSTON ★ LONGVIEW ★ SAN ANTONIO
ABILENE ★ LUBBOCK ★ CORPUS CHRISTI**

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 01/24/14 | 241295 |

**BILL TO:**

**Luminant Generation Company, L.L.C.**
Attn:  Accounts Payable
P. O. Box 20
Dallas, TX  75221-0020

**REMIT TO:**
KOETTER FIRE PROTECTION OF AUSTIN, L.L.C.
16069 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005

*Thank You!* *We Appreciate Your Business*

| P.O. NUMBER | TERMS | OUR ORDER NO. |
|-------------|-------|---------------|
| 46138 | Due on Receipt | AE50231 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| | Job Location:<br>Luminant Sandow 4<br>3986  Charles Martin Hall Rd<br>Rockdale, Texas 76567<br>46138 | | |
| | January Fire Extingusiher Inspections | | |
| 16 | Hourly Rate | 65.00 | 1040.00 |
| 3 | Extinguisher Trip Charge | 65.00 | 195.00 |
| 2 | 20# ABC Fire Extinguisher Recharge | 30.00 | 60.00 |
| | Invoice subtotal | | 1295.00 |
| | Sales tax | | 0.00 |

*emailed 1-31-14*

**VISIT OUR WEB SITE AT WWW.KOETTERFIRE.COM**

**TOTAL**  1295.00

THIS INVOICE PAYABLE IN UNITED STATES CURRENCY.

OFFICE COPY



# KOETTER FIRE PROTECTION OF AUSTIN, L.L.C.
1600 COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005
(512) 251-7888
FAX (512) 251-7848

DALLAS • HOUSTON
LONGVIEW • • ABILENE
SAN ANTONIO
LUBBOCK
CORPUS CHRISTI

**DELIVERY TICKET**

✓ AE 50231

LOCATION: NAME _LUMINANT SANDOW 4_
_3986 CHARLES MARTIN HALL RD_
_ROCKDALE TX  76567_

PO'S

BILL TO: _LUMINANT ACCOUNTS PAYABLE_
_PO BOX 20_
_DALLAS TX  75221-0020_

A 1½% SERVICE CHARGE PER MONTH (18% PER YEAR) WILL BE ADDED TO ALL OVERDUE ACCOUNTS.

TERMS: NET 30 DAYS

| DATE | CUSTOMER P.O. NO. | SALESMAN | CONTACT NAME | CONTACT PHONE | BILL | CASH | CHECK |
|------|-------------------|----------|--------------|---------------|------|------|-------|
| 1-23-14 | 46138 | C. LYMAN | J. SMITH | 512-760-6833 | ☒ | ☐ | ☐  # |

| QTY. | MODEL NO. | DESCRIPTION | UNIT PRICE | AMOUNT | QTY. | STOCK NO. | DESCRIPTION | UNIT PRICE | AMOUNT |
|------|-----------|-------------|------------|--------|------|-----------|-------------|------------|--------|
| | | **FIRE EXTINGUISHERS** | | | | | **SERVICES** | | |
| | | 2.5 LB. | | | | MIN | MINIMUM BILLING | | |
| | | 5 LB. | | | | IN | INSPECT FIRE HOOD ALARM | | |
| | | 10 LB. | | | | | **RECHARGES** | | |
| | | 20 LB. | | | | C5 | $CO_2$ - 5 LB. | | |
| | | 10 LB. (SHORT) | | | | C10 | $CO_2$ - 10 LB. | | |
| | | 5 LB. $CO_2$ | | | | C15 | $CO_2$ - 15 LB. | | |
| | | 10 LB. $CO_2$ | | | | C20 | $CO_2$ - 20 LB. | | |
| | | 15 LB. $CO_2$ | | | | C50 | $CO_2$ - 50 LB. | | |
| | | 20 LB. $CO_2$ | | | | | **REGULAR DRY CHARGE** | | |
| | | **PRESSURED WATER** | | | | D2.5 | 2.5 LB. BC | | |
| | | 2.5 LB. | | | | D5 | 5 LB. BC | | |
| | | | | | | D10 | 10 LB. BC | | |
| | | | | | | D20 | 20 LB. BC | | |
| | | **MISCELLANEOUS** | | | | CO20 | CART. OPR. EXT. 20LB. | | |
| | | | | | | CO30 | CART. OPR. EXT. 30LB. | | |
| | | | | | | | **ABC DRY CHARGE** | | |
| | | | | | | ABC205 | 2.5 LB. ABC | | |
| | | | | | | ABC5 | 5 LB. ABC | | |
| | | | | | | ABC10 | 10 LB. ABC | | |
| | | | | | 2 | ABC20 | 20 LB. ABC | 30 00 | 60 00 |
| | | | | | | | **HYDRO TESTS** | | |
| | | | | | | HL | LOW PRESSURE | | |
| | | | | | | HH | HIGH PRESSURE | | |
| | | **MISCELLANEOUS** | | | | | | | |
| 264 | | JANUARY FIRE EXTINGUISHER INSPECTIONS | | | | | | | |
| 16 | HRS | HOURLY RATE | | | | | | 65 00 | 1040 00 |
| | 3 | TRIP CHARGE | | | | | | 65 00 | 195 00 |
| | | _COMPLETE_ | | | | | | | |

RECEIVED ON 1-27-14
ENTERED
BY CLS 241295

SEE PAYMENT TERMS ON REVERSE SIDE

Due to the nature of the materials used in fire extinguishers utilizing non-metallic handle assemblies, service performed on these units are not subject to warranty or liability by or of Koetter Fire Protection of Austin, L.L.C.

TAXABLE
YES ☐   NO ☒

TAX EXEMPT NO.

X _JESSE S. NOT AVAILABLE TO SIGN_   1-24-15
SIGNATURE                              DATE

OFFICE COPY

| | |
|---|---|
| SUB TOTAL | 1295 00 |
| SALES TAX | EXEMPT |
| **TOTAL AMOUNT** | 1295 00 |

# KOETTER FIRE PROTECTION
## OF AUSTIN, L.L.C.

**INVOICE**

**ALL YOU NEED TO KNOW ABOUT FIRE PROTECTION**

16069 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005
(512) 251-7888   FAX (512) 251-7848

*ENGINEERED SYSTEMS • FIRE SUPPRESSION SYSTEMS*
*ALARM SYSTEMS • FIRE EXTINGUISHERS*

AFFILIATES IN

**DALLAS ★ HOUSTON ★ LONGVIEW ★ SAN ANTONIO**
**ABILENE ★ LUBBOCK ★ CORPUS CHRISTI**

| DATE | INVOICE # |
|------|-----------|
| 03/20/14 | 242089 |

**BILL TO:**

Luminant Generation Company, L.L.C.
Attn:  Accounts Payable
P. O. Box 20
Dallas, TX  75221-0020

**REMIT TO:**

KOETTER FIRE PROTECTION OF AUSTIN, L.L.C.
16069 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005

*Thank You!*  *We Appreciate Your Business*

| P.O. NUMBER | TERMS | OUR ORDER NO. |
|-------------|-------|---------------|
| 109355 | Due on Receipt | AE50236 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
|  | Job Location: | | |
|  | Luminant Sandow 4 | | |
|  | 3986 Charles Martin Hall Rd | | |
|  | Rockdale, Texas 76567 | | |
|  | 109355 | | |
|  | | | |
|  | March Fire Extinguisher Inspections | | |
| 13.5 | Hourly Rate | 65.00 | 877.50 |
| 2 | Extinguisher Trip Charge | 65.00 | 130.00 |
| 2 | 5# B402 New Fire Extinguisher | 55.00 | 110.00 |
| 1 | 20# ABC Fire Extinguisher Recharge | 30.00 | 30.00 |
| 2 | Exit Sign | 5.00 | 10.00 |
|  | Invoice subtotal | | 1157.50 |
|  | | | |
|  | Sales tax | | 0.00 |

*emailed 3-26-14 GB*

**VISIT OUR WEB SITE AT WWW.KOETTERFIRE.COM**

**TOTAL**   1157.50

THIS INVOICE PAYABLE IN UNITED STATES CURRENCY.
**OFFICE COPY**

# KOETTER FIRE PROTECTION OF AUSTIN, L.L.C.

DALLAS • HOUSTON
LONGVIEW • ABILENE
SAN ANTONIO
LUBBOCK
CORPUS CHRISTI

1600 EAST COMMERCE DR. #2950
PFLUGERVILLE, TEXAS 78660-2005

(512) 251-7888
FAX (512) 251-7848

**DELIVERY TICKET**

AE 50208

PO'S 69139

LOCATION: NAME _LUMINANT SANDOW 4_

_16 CHARLES MARTIN HALL RD._

_ROCKDALE, TX 76567_

BILL TO: _LUMINANT-ACCOUNTS PAYABLE_

_PO BOX 20_

_DALLAS, TX 75221-0020_

A 1½% SERVICE CHARGE PER MONTH (18% PER YEAR) WILL BE ADDED TO ALL OVERDUE ACCOUNTS.

TERMS: NET 30 DAYS

| DATE | CUSTOMER P.O. NO. | SALESMAN | CONTACT NAME | CONTACT PHONE | BILL | CASH | CHECK |
|------|-------------------|----------|--------------|---------------|------|------|-------|
| 3-17-14 | 109355 | C. LYMAN | JESSE SMITH | 512-720-6833 | ✓ | | # |

| QTY. | MODEL NO. | DESCRIPTION | UNIT PRICE | AMOUNT | QTY. | STOCK NO. | DESCRIPTION | UNIT PRICE | AMOUNT |
|------|-----------|-------------|------------|--------|------|-----------|-------------|------------|--------|
| | | **FIRE EXTINGUISHERS** | | | | | **SERVICES** | | |
| | | 2.5 LB. | | | | MIN | MINIMUM BILLING | | |
| 2 | B402 | 5 LB. | 55 00 | 110 00 | | IN | INSPECT FIRE HOOD ALARM | | |
| | | 10 LB. | | | | | **RECHARGES** | | |
| | | 20 LB. | | | | C5 | $CO_2$ - 5 LB. | | |
| | | 10 LB. (SHORT) | | | | C10 | $CO_2$ - 10 LB. | | |
| | | 5 LB. $CO_2$ | | | | C15 | $CO_2$ - 15 LB. | | |
| | | 10 LB. $CO_2$ | | | | C20 | $CO_2$ - 20 LB. | | |
| | | 15 LB. $CO_2$ | | | | C50 | $CO_2$ - 50 LB. | | |
| | | 20 LB. $CO_2$ | | | | | **REGULAR DRY CHARGE** | | |
| | | **PRESSURED WATER** | | | | D2.5 | 2.5 LB. BC | | |
| | | 2.5 LB. | | | | D5 | 5 LB. BC | | |
| | | | | | | D10 | 10 LB. BC | | |
| | | | | | | D20 | 20 LB. BC | | |
| | | **MISCELLANEOUS** | | | | CO20 | CART. OPR. EXT. 20LB. | | |
| 2 | A-112 | EXIT SIGN | 5 00 | 10 00 | | CO30 | CART. OPR. EXT. 30LB. | | |
| | | | | | | | **ABC DRY CHARGE** | | |
| | | | | | | ABC205 | 2.5 LB. ABC | | |
| | | | | | | ABC5 | 5 LB. ABC | | |
| | | | | | | ABC10 | 10 LB. ABC | | |
| | | | | | 1 | ABC20 | 20 LB. ABC | 30 00 | 30 00 |
| | | | | | | | **HYDRO TESTS** | | |
| | | | | | | HL | LOW PRESSURE | | |
| | | | | | | HH | HIGH PRESSURE | | |
| | | **MISCELLANEOUS** | | | | | | | |
| | | _MARCH FIRE EXTINGUISHER INSPECTIONS_ | | | | | | | |
| 13.50 | HRS | _HOURLY RATE_ | | | | | | 65 00 | 877 50 |
| 2 | | _TRIP CHARGE_ | | | | | | 65 00 | 130 00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | ENTERED ON 3/25/14 | | | | | | | |
| | | BY: EB | | | | | | | |
| | | 242089 | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | _COMPLETE_ | | | | | | | |

SE /MENT TERMS ON REVERSE SIDE

Due to the nature of the materials used in fire extinguishers utilizing non-metallic handle assemblies, service performed on these units are not subject to warranty or liability by or of Koetter Fire Protection of Austin, L.L.C.

TAXABLE
YES ☐ NO ☒

TAX EXEMPT NO.

X _JESSE SMITH NOT AVAILABLE TO SIGN_
SIGNATURE

3-20-14
DATE

OFFICE COPY

| | |
|---|---|
| SUB TOTAL | 1157 50 |
| SALES TAX | EXEMPT |
| **TOTAL AMOUNT** | 1157 50 |

# KOETTER FIRE PROTECTION
### OF AUSTIN, L.L.C.

**ALL YOU NEED TO KNOW ABOUT FIRE PROTECTION**

16069 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005
(512) 251-7888   FAX (512) 251-7848

*ENGINEERED SYSTEMS • FIRE SUPPRESSION SYSTEMS*
*ALARM SYSTEMS • FIRE EXTINGUISHERS*

AFFILIATES IN
**DALLAS ★ HOUSTON ★ LONGVIEW ★ SAN ANTONIO**
**ABILENE ★ LUBBOCK ★ CORPUS CHRISTI**

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 03/21/14 | 242091 |

**BILL TO:**

Luminant Generation Company, L.L.C.
Attn:  Accounts Payable
P. O. Box 20
Dallas, TX  75221-0020

**REMIT TO:**
KOETTER FIRE PROTECTION OF AUSTIN, L.L.C.
16069 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005

*Thank You!*   *We Appreciate Your Business*

| P.O. NUMBER | TERMS | OUR ORDER NO. |
|-------------|-------|---------------|
| 109344 | Due on Receipt | AE50237 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| | Job Location:<br>Luminant Sandow 5<br>3986 Charles Martin Hall Rd<br>Rockdale, Texas 76567<br>109344 | | |
| | March Fire Extinguisher Inspections | | |
| 13 | Hourly Rate | 65.00 | 845.00 |
| 2 | Extinguisher Trip Charge | 65.00 | 130.00 |
| 1 | 5# ABC Fire Extinguisher Recharge | 14.00 | 14.00 |
| 3 | 20# ABC Fire Extinguisher Recharge | 30.00 | 90.00 |
| | Invoice subtotal | | 1079.00 |
| | Sales tax | | 0.00 |

emailed 3-26-14-EB

**VISIT OUR WEB SITE AT WWW.KOETTERFIRE.COM**

**TOTAL**   1079.00

THIS INVOICE PAYABLE IN UNITED STATES CURRENCY.

ORIGINAL INVOICE



# KOETTER FIRE PROTECTION OF AUSTIN, L.L.C.

DALLAS • HOUSTON
LONGVIEW • ABILENE
SAN ANTONIO
LUBBOCK
CORPUS CHRISTI

16100 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005

(512) 251-7888
FAX (512) 251-7848

**DELIVERY TICKET**

AE 50237

LOCATION: NAME **LUMINANT SANDOW 5**

**986 CHARLES MARTIN HALL RD**

**ROCKDALE TX 76567**

PO'S

BILL TO: **LUMINANT-ACCOUNTS PAYABLE**

**PO BOX 20**

**DALLAS, TX 75221-0020**

A 1½% SERVICE CHARGE PER MONTH (18% PER YEAR) WILL BE ADDED TO ALL OVERDUE ACCOUNTS.

TERMS: NET 30 DAYS

| DATE | CUSTOMER P.O. NO. | SALESMAN | CONTACT NAME | CONTACT PHONE | BILL | CASH | CHECK # |
|------|-------------------|----------|--------------|---------------|------|------|---------|
| 3-21-14 | 109344 | L. LYMAN | JESSE SMITH | 512-760-6833 | ☑ | ☐ | ☐ |

| QTY. | MODEL NO. | DESCRIPTION | UNIT PRICE | AMOUNT | QTY. | STOCK NO. | DESCRIPTION | UNIT PRICE | AMOUNT |
|------|-----------|-------------|------------|--------|------|-----------|-------------|------------|--------|
| | | **FIRE EXTINGUISHERS** | | | | | **SERVICES** | | |
| | | 2.5 LB. | | | | MIN | MINIMUM BILLING | | |
| | | 5 LB. | | | | IN | INSPECT FIRE HOOD ALARM | | |
| | | 10 LB. | | | | | **RECHARGES** | | |
| | | 20 LB. | | | | C5 | CO₂ - 5 LB. | | |
| | | 10 LB. (SHORT) | | | | C10 | CO₂ - 10 LB. | | |
| | | 5 LB. CO₂ | | | | C15 | CO₂ - 15 LB. | | |
| | | 10 LB. CO₂ | | | | C20 | CO₂ - 20 LB. | | |
| | | 15 LB. CO₂ | | | | C50 | CO₂ - 50 LB. | | |
| | | 20 LB. CO₂ | | | | | **REGULAR DRY CHARGE** | | |
| | | **PRESSURED WATER** | | | | D2.5 | 2.5 LB. BC | | |
| | | 2.5 LB. | | | | D5 | 5 LB. BC | | |
| | | | | | | D10 | 10 LB. BC | | |
| | | | | | | D20 | 20 LB. BC | | |
| | | **MISCELLANEOUS** | | | | CO20 | CART. OPR. EXT. 20LB. | | |
| | | | | | | CO30 | CART. OPR. EXT. 30LB. | | |
| | | | | | | | **ABC DRY CHARGE** | | |
| | | | | | | ABC205 | 2.5 LB. ABC | | |
| | | | | | 1 | ABC5 | 5 LB. ABC | 14⁰⁰ | 14⁰⁰ |
| | | | | | | ABC10 | 10 LB. ABC | | |
| | | | | | 3 | ABC20 | 20 LB. ABC | 30⁰⁰ | 90⁰⁰ |
| | | | | | | | **HYDRO TESTS** | | |
| | | | | | | HL | LOW PRESSURE | | |
| | | | | | | HH | HIGH PRESSURE | | |
| | | **MISCELLANEOUS** | | | | | | | |
| | | MARCH FIRE EXTINGUISHER INSPECTIONS | | | | | | | |
| 13 | HRS | HOURLY RATE | | | | | | 65⁰⁰ | 845⁰⁰ |
| 2 | | TRIP CHARGE | | | | | | 65⁰⁰ | 130⁰⁰ |

ENTERED ON 3/25/14
BY EB    242091

SE    YMENT TERMS ON REVERSE SIDE

Due to the nature of the materials used in fire extinguishers utilizing non-metallic handle assemblies, service performed on these units are not subject to warranty and or liability by or of Koetter Fire Protection of Austin, L.L.C.

TAXABLE ☐ YES ☑ NO

TAX EXEMPT NO.

| | |
|---|---|
| SUB TOTAL | 1079⁰⁰ |
| SALES TAX | EXEMPT |
| **TOTAL AMOUNT** | 1079⁰⁰ |

X _____
SIGNATURE

3-24-14
DATE

OFFICE COPY

# Koetter Fire Protection of Austin, LLC
## Accounts Receivable Open Invoice Report
Customer IDs LUMINANT to LUMINANT, Sorted by Customer name

| Inv # | Date | Description | Due Date | Original Amount | Activity to Date | Current Balance | |
|---|---|---|---|---|---|---|---|
| **LUMINANT** | | Luminant Generation Company, L.L.C. | | | | | |
| 233185 | 05/25/12 | AU70361/12323 | 06/24/12 | 2100.80 | 0.00 | 2100.80 | |
| 233190 | 05/25/12 | AU70025/12323 | 06/24/12 | 600.00 | 0.00 | 600.00 | |
| 233156 | 06/22/12 | AU70901/11524 | 07/22/12 | 542.40 | 0.00 | 542.40 | |
| 233957 | 08/24/12 | AE49766/144246 | 09/23/12 | 1319.75 | 0.00 | 1319.75 | |
| 235665 | 11/09/12 | AU71496/27054 | 12/09/12 | 1794.76 | 0.00 | 1794.76 | |
| 235664 | 11/24/12 | AU71701/27054 | 12/24/12 | 2741.50 | 0.00 | 2741.50 | |
| 235712 | 12/24/12 | AE49238/144246 | 01/23/13 | 1411.25 | 0.00 | 1411.25 | |
| 235713 | 12/24/12 | AE49237/144243 | 01/23/13 | 1202.50 | 0.00 | 1202.50 | |
| 236055 | 01/22/13 | AE49246/144243 | 02/21/13 | 1206.25 | 0.00 | 1206.25 | |
| 236056 | 01/22/13 | AE49244/144246 | 02/21/13 | 1066.25 | 0.00 | 1066.25 | |
| 236149 | 01/25/13 | EAU16321/39027 | 02/24/13 | 143.50 | 0.00 | 143.50 | |
| 236462 | 02/18/13 | AE49451/144243 | 03/20/13 | 600.00 | 0.00 | 600.00 | |
| 239805 | 06/17/13 | AU72332/54064 | 07/17/13 | 1200.00 | 0.00 | 1200.00 | |
| 239804 | 07/14/13 | AU72383/54064 | 08/13/13 | 1824.75 | 0.00 | 1824.75 | |
| 240938 | 08/21/13 | AU72322/61670 | 09/20/13 | 9153.00 | 0.00 | 9153.00 | |
| 240644 | 11/22/13 | AE49917/46138 | 12/22/13 | 1412.75 | 0.00 | 1412.75 | |
| 240977 | 12/24/13 | AE49922/46138 | 01/23/14 | 957.50 | 0.00 | 957.50 | |
| 241295 | 01/24/14 | AE50231/46138 | 02/23/14 | 1295.00 | 0.00 | 1295.00 | |
| 242089 | 03/20/14 | AE50236/109355 | 04/19/14 | 1157.50 | 0.00 | 1157.50 | |
| 242091 | 03/21/14 | AE50237/109344 | 04/20/14 | 1079.00 | 0.00 | 1079.00 | |
| 242688 | 04/30/14 | AE50243/109335 | 05/30/14 | 1250.00 | 0.00 | 1250.00 | |
| 242689 | 04/30/14 | AE50244/109344 | 05/30/14 | 1230.00 | 0.00 | 1230.00 | |



*not in bankruptcy*

|  |  |  |  | Original Amount | Activity to Date | Current Balance |
|---|---|---|---|---|---|---|
| | | Customer Total | | 35288.46 | 0.00 | 35288.46 |
| | | Less Open Credits | | | | -692.50 |
| | | Net Balance Due | | | | 34595.96 |
| | | Report Total | | 35288.46 | 0.00 | 35288.46 |
| | | Less Open Credits | | | | -692.50 |
| | | Net Balance Due | | | | 34595.96 |

−2480
$32,115 96


COPY

| From: | Theresa Justis |
|---|---|
| Sent: | Friday, February 21, 2014 9:18 AM |
| To: | 'Bryan, Jennifer'; 'Dixon, Kisha' |
| Cc: | Anitra Young; Sherri Douglas; Elaine Briseno |
| Subject: | Delinquent invoices Sandow 4 and 5 |
| Attachments: | Deliquent invoicew Sandow 4 and 5.pdf |

Importance:     High

Tracking:

| Recipient | Delivery | Read |
|---|---|---|
| 'Bryan, Jennifer' | | |
| 'Dixon, Kisha' | | |
| Anitra Young | Delivered: 2/21/2014 9:20 AM | Read: 2/21/2014 9:21 AM |
| Sherri Douglas | Delivered: 2/21/2014 9:20 AM | Read: 2/21/2014 9:39 AM |
| Elaine Briseno | Delivered: 2/21/2014 9:20 AM | |

Good morning Jennifer,

Attached is the most current listing of the open invoices for Sandow 4 and 5. The delinquent invoices will have supporting documentation per the detail following. Please have the buyer for these invoices contact Anitra Young at this office 512-251-7888 for any issues regarding the hourly rate or other charges not included with the purchase order on ARIBA Network or for those invoices that do not have a purchase order entered into ARIBA Network.

There are other past due/delinquent over 60 days not included that Elaine Briseno will need to be contacted for payment status.

Were you able to find out about the check in which my entry error created the short pay (line item 8 below)?

We appreciate your assistance in getting these issues resolved.

1. Koetter's invoices 231185 dated 5/25/12 in the amount of $2,100.80 and 233190 dated 5/25/12 in the amount of $600.00 PO 12323 was entered in the ARIBA NETWORK under the invoice number 233185. This invoice was acknowledged and sent, but no approval for payment has been issued to date.

2. Koetter's invoice 233156 dated 6/22/12 in the amount of $542.40 PO 11524 has not been entered in the ARIBA NETWORK due to the fact the PO dollar amount is less than the actual charges. An email has been sent to the buyer for resolution to either contact Koetter's representative and/or revise the purchase order to reflect the difference. No response has been received to date.

3. Koetter's invoice 233957 dated 8/24/12 in the amount of $1,319.75 ATR 144246 Agreement S0394291C is under the blanket agreement through 12/31/12. There has been no issue that this office is aware. Please process for payment at your earliest opportunity.

4. Koetter's invoices 235664 dated 11/24/12 in the amount of $2,741.50 and 235665 dated 11/9/12 in the amount of $1,794.76 PO 27054 has not been entered in the ARIBA NETWORK due to the fact the PO dollar amount is less than the actual charges. An email has been sent to the buyer for resolution to either contact Koetter's representative and/or revise the purchase order to reflect the difference. No response has been received to date.

5. Koetter's invoice 235712 dated 12/24/12 in the amount of $1,411.25 ATR 144246 Agreement S0394291C is under the blanket agreement through 12/31/12. There has been no issue that this office is aware. Please process for payment at your earliest opportunity.

6. Koetter's invoice 235713 dated 12/24/12 in the amount of $1,202.50 ATR 144243 Agreement S0394291C is under the blanket agreement through 12/31/12. There has been no issue that this office is aware. Please process for payment at your earliest opportunity.



1

7.   Koetter's invoice 236149 dated 3/25/13 in the amount of $1,454.50 has not been entered in the ARIBA NETWORK as this purchase order has not shown up to date.  An email from Joey Martinez to Jeff Jones regarding this issue is attached.

8.   Koetter received check 1002659384 dated 4/23/13 in the amount of $692.50 (thank you).  This check included a credit memo 233188CM in the amount of $2,180.00 as well as invoices 236462 $600.00, 236056 $1,066.25 and 236055 $1,206.25.  This credit memo was actually entered into the ARIBA NETWORK against purchase order 12323 ($4,880.80) in order to reduce the balance in the amount of $2,180.00 as purchase order 36107 was set up for that service and was remitted accordingly.  There was no actual credit to be used on the account.  Please resolve this issue at your earliest convenience and remit the $2,180.00.

Theresa Justis
Reimbursement Coordinator
Koetter Fire Protection of Austin, L.L.C.
16069 Central  Commerce Drive
Pflugerville, Texas 78660-2005
(512) 251-7888 voice
(512) 251-7848 fax



| From: | Theresa Justis |
|---|---|
| Sent: | Monday, December 30, 2013 8:55 AM |
| To: | 'Bryan, Jennifer'; 'Dixon, Kisha' |
| Cc: | Anitra Young; Sherri Douglas; Elaine Briseno |
| Subject: | Delinquent invoices Sandow 4 and 5 |
| Attachments: | Deliquent invoicew Sandow 4 and 5.pdf |

Importance:    High

Tracking:

| Recipient | Delivery | Read |
|---|---|---|
| 'Bryan, Jennifer' | | |
| 'Dixon, Kisha' | | |
| Anitra Young | | |
| Sherri Douglas | Delivered: 12/30/2013 8:57 AM | Read: 12/30/2013 9:11 AM |
| Elaine Briseno | Delivered: 12/30/2013 8:57 AM | Read: 12/30/2013 9:56 AM |
| | Delivered: 12/30/2013 8:57 AM | |

Good morning Jennifer,

Attached is the most current listing of the open invoices for Sandow 4 and 5.  The delinquent invoices will have supporting documentation per the detail following.  Please have the buyer for these invoices contact Anitra Young at this office 512-251-7888 for any issues regarding the hourly rate or other charges not included with the purchase order on ARIBA Network or for those invoices that do not have a purchase order entered into ARIBA Network.

There are other past due/delinquent over 60 days not included that Elaine Briseno will need to be contacted for payment status.

Were you able to find out about the check in which my entry error created the short pay (line item 8 below)?

We appreciate your assistance in getting these issues resolved.

1.  Koetter's invoices 231185 dated 5/25/12 in the amount of $2,100.80 and 233190 dated 5/25/12 in the amount of $600.00 PO 12323 was entered in the ARIBA NETWORK under the invoice number 233185. This invoice was acknowledged and sent, but no approval for payment has been issued to date.

2.  Koetter's invoice 233156 dated 6/22/12 in the amount of $542.40 PO 11524 has not been entered in the ARIBA NETWORK due to the fact the PO dollar amount is less than the actual charges.  An email has been sent to the buyer for resolution to either contact Koetter's representative and/or revise the purchase order to reflect the difference.  No response has been received to date.

3.  Koetter's invoice 233957 dated 8/24/12 in the amount of $1,319.75 ATR 144246 Agreement S0394291C is under the blanket agreement through 12/31/12.  There has been no issue that this office is aware.  Please process for payment at your earliest opportunity.

4.  Koetter's invoices 235664 dated 11/24/12 in the amount of $2,741.50 and 235665 dated 11/9/12 in the amount of $1,794.76 PO 27054 has not been entered in the ARIBA NETWORK due to the fact the PO dollar amount is less than the actual charges.  An email has been sent to the buyer for resolution to either contact Koetter's representative and/or revise the purchase order to reflect the difference.  No response has been received to date.

5.  Koetter's invoice 235712 dated 12/24/12 in the amount of $1,411.25 ATR 144246 Agreement S0394291C is under the blanket agreement through 12/31/12. There has been no issue that this office is aware.  Please process for payment at your earliest opportunity.

6.  Koetter's invoice 235713 dated 12/24/12 in the amount of $1,202.50 ATR 144243 Agreement S0394291C is under the blanket agreement through 12/31/12. There has been no issue that this office is aware.  Please process for payment at your earliest opportunity.



7. Koetter's invoice 236149 dated 3/25/13 in the amount of $1,144.50 has not been entered in the ARIBA NETWORK as this purchase order has not shown up to date. An email from Joey Martinez to Jeff Jones regarding this issue is attached.

8. Koetter received check 1002659384 dated 4/23/13 in the amount of $692.50 (thank you). This check included a credit memo 233188CM in the amount of $2,180.00 as well as invoices 236462 $600.00, 236056 $1,066.25 and 236055 $1,206.25. This credit memo was actually entered into the ARIBA NETWORK against purchase order 12323 ($4,880.80) in order to reduce the balance in the amount of $2,180.00 as purchase order 36107 was set up for that service and was remitted accordingly. There was no actual credit to be used on the account. Please resolve this issue at your earliest convenience and remit the $2,180.00.

Theresa Justis
Reimbursement Coordinator
Koetter Fire Protection of Austin, L.L.C.
16069 Central  Commerce Drive
Pflugerville, Texas 78660-2005
(512) 251-7888 voice
(512) 251-7848 fax



# Koetter Fire Protection of Austin, LLC
## Accounts Receivable Open Invoice Report
Customer IDs LUMINANT to LUMINANT, Sorted by Customer name

| Inv # | Date | Description | Due Date | Original Amount | Activity to Date | Current Balance |
|---|---|---|---|---|---|---|
| LUMINANT | | Luminant Generation Company, L.L.C. | | | | |
| 233185 | 05/25/12 | AU70361/12323 | 06/24/12 | 2100.80 | 0.00 | 2100.80 |
| 233190 | 05/25/12 | AU70025/12323 | 06/24/12 | 600.00 | 0.00 | 600.00 |
| 233156 | 06/22/12 | AU70901/11524 | 07/22/12 | 542.40 | 0.00 | 542.40 |
| 233957 | 08/24/12 | AE49766/144246 | 09/23/12 | 1319.75 | 0.00 | 1319.75 |
| 235665 | 11/09/12 | AU71496/27054 | 12/09/12 | 1794.76 | 0.00 | 1794.76 |
| 235664 | 11/24/12 | AU71701/27054 | 12/24/12 | 2741.50 | 0.00 | 2741.50 |
| 235712 | 12/24/12 | AE49238/144246 | 01/23/13 | 1411.25 | 0.00 | 1411.25 |
| 235713 | 12/24/12 | AE49237/144243 | 01/23/13 | 1202.50 | 0.00 | 1202.50 |
| 236055 | 01/22/13 | AE49246/144243 | 02/21/13 | 1206.25 | 0.00 | 1206.25 |
| 236056 | 01/22/13 | AE49244/144246 | 02/21/13 | 1066.25 | 0.00 | 1066.25 |
| 236149 | 01/25/13 | EAU16321/39027 | 02/24/13 | 143.50 | 0.00 | 143.50 |
| 236462 | 02/18/13 | AE49451/144243 | 03/20/13 | 600.00 | 0.00 | 600.00 |
| 239805 | 06/17/13 | AU72332/54064 | 07/17/13 | 1200.00 | 0.00 | 1200.00 |
| 239804 | 07/14/13 | AU72383/54064 | 08/13/13 | 1824.75 | 0.00 | 1824.75 |
| 239803 | 07/20/13 | AU72390/61670 | 08/19/13 | 4141.00 | 0.00 | 4141.00 |
| 240938 | 08/21/13 | AU72322/61670 | 09/20/13 | 9153.00 | 0.00 | 9153.00 |
| 240214 | 10/28/13 | AE49914/46140 | 11/27/13 | 1214.50 | 0.00 | 1214.50 |
| 240215 | 10/28/13 | AE49913/46138 | 11/27/13 | 1493.50 | 0.00 | 1493.50 |
| 240645 | 11/02/13 | AE49919/46140 | 12/02/13 | 1224.75 | 0.00 | 1224.75 |
| 240644 | 11/22/13 | AE49917/46138 | 12/22/13 | 1412.75 | 0.00 | 1412.75 |
| 240977 | 12/24/13 | AE49922/46138 | 01/23/14 | 957.50 | 0.00 | 957.50 |

|  | | Customer Total | | 37350.71 | 0.00 | 37350.71 |
|  | | Less Open Credits | | | | -692.50 |
|  | | Net Balance Due | | | | 36658.21 |

|  | | Report Total | | 37350.71 | 0.00 | 37350.71 |
|  | | Less Open Credits | | | | -692.50 |
|  | | Net Balance Due | | | | 36658.21 |



# KOETTER FIRE PROTECTION
### OF AUSTIN, L.L.C.
**ALL YOU NEED TO KNOW ABOUT FIRE PROTECTION**
16069 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005
(512) 251-7888   FAX (512) 251-7848
*ENGINEERED SYSTEMS ★ FIRE SUPPRESSION SYSTEMS*
*ALARM SYSTEMS ★ FIRE EXTINGUISHERS*

AFFILIATED IN
DALLAS ★ HOUSTON ★ LONGVIEW ★ SAN ANTONIO
ABILENE ★ LUBBOCK ★ CORPUS CHRISTI

## Invoice

| DATE | INVOICE # |
|------|-----------|
| 05/25/12 | 233185 |

**BILL TO:**
Luminant Generation Company, L.L.C.
Attn: Accounts Payable
P. O. Box 20
Dallas, TX 76221-0020

**REMIT TO:**
KOETTER FIRE PROTECTION OF AUSTIN, L.L.C.
16069 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005

*Thank You!  We Appreciate Your Business*

| P.O. NUMBER | TERMS | OUR ORDER NO. |
|-------------|-------|---------------|
| 12323 | Due on Receipt | AU70361 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| | Job Location: Sandow 4 Rockdale, Texas Jesse Smith 12323 | | |
| | N4L2 INOP Replaced LEM in Node 4.  Replaced FMM LZM58 in #6 VH and LZM64 in 7&8 VH.  System is restored. | | |
| 7 | Labor | 135.00 | 945.00 |
| 2 | Labor | 90.00 | 180.00 |
| 1 | LEM-320 | 879.20 | 879.20 |
| 2 | FMM-1 | 48.30 | 96.60 |
| | Invoice subtotal | | 2100.80 |
| | Sales tax | | 0.00 |

VISIT OUR WEB SITE AT WWW.KOETTERFIRE.COM

| TOTAL | | | 2100.80 |

THIS INVOICE PAYABLE IN UNITED STATES CURRENCY.
ORIGINAL INVOICE


COPY

**KOETTER FIRE PROTECTION** **OF AUSTIN, LLC**

## SERVICE TICKET ✓ AU 10361

18069 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2006
(512) 251-7888    FAX (512) 251-7848

Affiliated in
ABILENE    SAN ANTONIO    DALLAS    LONGVIEW
HOUSTON    CORPUS CHRISTI    LUBBOCK    PO NO. 61129

| JOB LOCATION Sandan 2 | PHONE | FAX |
|---|---|---|
| ADDRESS | BILL TO | |
| CITY, STATE, ZIP Rockdale TX | ADDRESS | |
| BLDG. CONTACT / MGR Jesse Smith | CITY, STATE, ZIP               TX | |
| SALESPERSON J Martinez | SYSTEM (AL) SP BFP KH EXT SUP WARR EQ | |

SCOPE: N4L2 T.NOP.

AUTHORIZATION TO COMMENCE WORK  Signature: _____  Printed Name: _____

WORK PERFORMED: Replaced LEM in Nodes 4. Replace
FMM LZM5g in #6 VH and LZM64 in 738 VH. System
is restored

Tag Status   (ACCEPTABLE)   YELLOW   RED
JOB STATUS: (COMPLETE)  RETURN TRIP REQUIRED?

### PARTS

| QUANTITY | DESCRIPTION | UNIT | AMOUNT |
|---|---|---|---|
| 1 | LEM-320 | 879.20 | $ 879.20 |
| 2 | FMM-1 | 48.30 | $ 96.60 |
| | | | $    - |
| | | | $    - |
| | | | $    - |
| | | | $    - |
| | | | $    - |

### LABOR

| TECH | ST. HRS. | OT. HRS. | ST. Rate | OT. Rate | DATE | AMOUNT |
|---|---|---|---|---|---|---|
| B Veasa | 2 | 2 | 90 | 135 | 5-25-12 | $ 945- |
| | | | | | | $ 180- |
| | | | | | | $    - |
| | | | ENTERED ON 2/31/12 | | | $    - |
| | | | ON EB    233/85 | | | $    - |
| | | | | | | $    - |
| | | | | | | $    - |

| TOTAL LABOR: 1125- | TOTAL PARTS: $ 975.80 | | $ 2100.80 |
|---|---|---|---|
| P.O. NO. 62323 | | TAX @ | |
| TERMS: NET DUE | ADDITIONAL TERMS BELOW | TOTAL AMOUNT DUE AND PAYABLE ► | $ 2100.80 |

CUSTOMER SIGNATURE  X Paxton Hendrix
PRINT NAME:  X Paxton Hendrix

DATE 5/25/2012

1. Net Due
2. "To the owner: As required by Article 5463 of the Vernon's Annotated Civil Statutes of Texas, as amended by the 57th Legislature, you are hereby notified as owner of property being improved if this bill remains unpaid, you may become personally liable and your property subject to a lien unless you withhold payments from the contractor for payment of this statement or unless the bill is otherwise paid or settled."

OFFICE COPY





**KOETTER FIRE PROTECTION**
OF AUSTIN, L.L.C.
ALL YOU NEED TO KNOW ABOUT FIRE PROTECTION
16068 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005
(512) 251-7888    FAX (512) 251-7848
ENGINEERED SYSTEMS • FIRE SUPPRESSION SYSTEMS
ALARM SYSTEMS • FIRE EXTINGUISHERS

AFFILIATES IN

DALLAS ★ HOUSTON ★ LONGVIEW ★ SAN ANTONIO
ABILENE ★ LUBBOCK ★ CORPUS CHRISTI

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 05/25/12 | 233190 |

**BILL TO:**
Luminant Generation Company, L.L.C.
Attn: Accounts Payable
P. O. Box 20
Dallas, TX  75221-0020

**REMIT TO:**
KOETTER FIRE PROTECTION OF AUSTIN, L.L.C.
16069 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005

*Thank You!  We Appreciate Your Business*

| P.O. NUMBER | TERMS | YOUR ORDER NO. |
|-------------|-------|----------------|
| 12323 | Due on Receipt | AU70025 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|----------|-------------|-------|--------|
| | Job Location:<br>Luminant Sandow 5<br>3986 Charles Martin Rd<br>Rockdale, Texas 76567<br>Jeff Jones<br>12323<br><br>Rebuilt 2 QOD's with customer parts and set up dry systems. | | |
| 4 | Labor | 85.00 | 340.00 |
| 4 | Labor | 65.00 | 260.00 |
| | | Invoice subtotal | 600.00 |
| | | Sales tax | 0.00 |

VISIT OUR WEB SITE AT WWW.KOETTERFIRE.COM

| TOTAL | 600.00 |
|-------|--------|

THIS INVOICE PAYABLE IN UNITED STATES CURRENCY.
RETURN WITH PAYMENT


COPY

# SERVICE TICKET AU 70025

Koehler Fire Protection
16069 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005
(512) 261-7606     FAX (512) 261-7048

Offices in:
ABILENE    SAN ANTONIO    DALLAS    LONGVIEW    LUBBOCK
HOUSTON    CORPUS CHRISTI

**PO NO.**

**JOB LOCATION** Luminant Sandow 5    **PHONE** 512 760 0178    **FAX**
**ADDRESS** 3986 Charles Martin Rd    **BILL TO**
**CITY, STATE, ZIP** Rockdale TX 76567    **ADDRESS**
**BLDG. CONTACT / MGR** Jeff Jones    **CITY, STATE, ZIP**    TX
**SALESPERSON** J. Morganwen

**SYSTEM**  AL  (SP)  BFP  KH  EXT  SUP  WARR  EQ

**SCOPE** SET UP QOD ON DRY SYSTEM

**AUTHORIZATION TO COMMENCE WORK**    Signature:    Printed Name:

**WORK PERFORMED**
REBUILT 2 QOD'S W/ CUSTOMER PARTS AND SET
UP DRY SYSTEMS. HAD TO REBUILD AND TAKE
APART SEVERAL TIMES WHILE TROUBLE SHOOTING, BOTH
QOD'S SET UP.

**Tag Status**  ACCEPTABLE  YELLOW  RED
**JOB STATUS:** COMPLETE / RETURN TRIP REQUIRED?

## PARTS

| QUANTITY | DESCRIPTION | UNIT | AMOUNT |
|---|---|---|---|
| 2 | CUSTOMER SUPPLIED REBUILD KITS | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |

## LABOR

| TECH | ST HRS | OT HRS | ST Rate | OT Rate | DATE | AMOUNT |
|---|---|---|---|---|---|---|
| Bridwell | 4.0 | | 85 | | 5-25-12 | $ 340 |
| Carter | 4.0 | | 65 | | | $ 260 |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | ENTERED No 2 13 13 | | | | $ |
| | | OK BM    233190 | | | | $ |

**TOTAL LABOR:** 600    **TOTAL PARTS:** $    $ 600

**P.O. NO.** 12323

**TERMS: NET DUE**    **TAX @**
**ADDITIONAL TERMS BELOW**    **TOTAL AMOUNT DUE AND PAYABLE** $ 600

CUSTOMER SIGNATURE  X _____
PRINT NAME:  X  JEFF JONES    DATE 5-25-12

1.  Net Due
2.  "To the owner: As required by Article 5463 of the Vernon's Annotate Civil Statutes of Texas, as amended by the 67th Legislature, you are hereby notified an owner of property being improved if this bill remains unpaid, you may become personally liable and your property subject to a lien unless you withhold payments from the contractor for payment of this statement or unless the bill is otherwise paid or settled."

OFFICE COPY

**COPY**

# KOETTER FIRE PROTECTION
### OF AUSTIN, L.L.C.

**Invoice**

ALL YOU NEED TO KNOW ABOUT FIRE PROTECTION
16069 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005
(512) 251-7888    FAX (512) 251-7848
ENGINEERED SYSTEMS • FIRE SUPPRESSION SYSTEMS
ALARM SYSTEMS • FIRE EXTINGUISHERS

AFFILIATES IN
DALLAS ★ HOUSTON ★ LONGVIEW ★ SAN ANTONIO
ABILENE ★ LUBBOCK ★ CORPUS CHRISTI

| DATE | INVOICE # |
|------|-----------|
| 06/22/12 | 233156 |

**BILL TO:**
Luminant Generation Company, L.L.C.
Attn: Accounts Payable
P. O. Box 20
Dallas, TX 75221-0020

**REMIT TO:**
KOETTER FIRE PROTECTION OF AUSTIN, L.L.C.
16069 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005

*Thank You!  We Appreciate Your Business*

| P.O. NUMBER | TERMS | OUR ORDER NO. |
|-------------|-------|---------------|
| 11524 | Due on Receipt | AU70901 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| | Job Location: | | |
| | Luminant Sandow 5 | | |
| | 3708 Charles Martin Hall Rd | | |
| | Rockdale, Texas | | |
| | Jeff Jones | | |
| | 11524 | | |
| | Found batteries bad.  Replaced batteries tested charger and re-enable point. | | |
| 5 | Labor | 90.00 | 450.00 |
| 2 | 12volt 18AH Batteries | 46.20 | 92.40 |
| | Invoice subtotal | | 542.40 |
| | | | |
| | Sales tax | | 0.00 |

VISIT OUR WEB SITE AT WWW.KOETTERFIRE.COM

**TOTAL**    542.40

THIS INVOICE PAYABLE IN UNITED STATES CURRENCY.
ORIGINAL INVOICE



COPY

**KOHLER FIRE PROTECTION**
OF AUSTIN, LLC
16069 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005
(512) 251-7800    FAX (512) 251-7848

**SERVICE TICKET / AU 70901**

Affiliated in
ABILENE    SAN ANTONIO    DALLAS    LONGVIEW
HOUSTON    CORPUS CHRISTI    LUBBOCK

PO NO. 614262

| JOB LOCATION Luminant Sandow 5 | PHONE | FAX |
|---|---|---|
| ADDRESS 3308 Charles Martin Hall Rd | BILL TO Luminant Sandow | |
| CITY, STATE, ZIP Rockdale    TX | ADDRESS | |
| BLDG. CONTACT / MGR Jeff Jones | CITY, STATE, ZIP Rockdale    TX | |
| SALESPERSON J. Martinez | SYSTEM (AL)  SP  BFP  KH  EXT  SUP  WARR  EQ | |

SCOPE: Trouble on Power Supply at Boiler 5A Tripper

AUTHORIZATION TO COMMENCE WORK  Signature: _____  Printed Name: _____

WORK PERFORMED: Found Batteries Bad.
Replaced Batteries tested Charger, Kerr enable Points

| Tag Status | ACCEPTABLE  YELLOW  RED | NFS 640 - Network |
| JOB STATUS | COMPLETE / RETURN TRIP REQUIRED? | |

### PARTS

| QUANTITY | DESCRIPTION | UNIT | AMOUNT |
|---|---|---|---|
| 2 | 12 volt  1.8 AH  Batteries | 46.20 | $ 92.40 |
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |

### LABOR

| TECH | ST HRS | OT HRS | ST RATE | OT RATE | DATE | AMOUNT |
|---|---|---|---|---|---|---|
| J Ventress | 5 | | 90 | | 6-22-12 | $ 450 |
| | | | | | | $ |
| | | ENTERED ON 6-22-12 | | | | $ |
| | | 233156 | | | | $ |
| | | | | | | $ |

| TOTAL LABOR: 450 | TOTAL PARTS: $ 92.40 | | $ 542.40 |
| P.O. NO. 11524 | | TAX @ | |
| TERMS: NET DUE | TOTAL AMOUNT DUE AND PAYABLE | | $ 542.40 |

ADDITIONAL TERMS BELOW

CUSTOMER SIGNATURE  X _____    DATE 6-22-12
PRINT NAME:  X  Jim Casselman

1.  Net Due
2.  "To the owner: As required by Article 5463 of the Vernon's Annotate Civil Statutes of Texas, as amended by the 67th Legislature, you are hereby notified as owner of property being improved if this bill remain unpaid, you may become personally liable and your property subject to a lien unless you withhold payments from the contractor for payment of this statement or unless the bill is otherwise paid or settled."

OFFICE COPY



COPY

# KOETTER FIRE PROTECTION
### OF AUSTIN, L.L.C.

**ALL YOU NEED TO KNOW ABOUT FIRE PROTECTION**

16069 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005
(512) 251-7800   FAX (512) 251-7848
*ENGINEERED SYSTEMS • FIRE SUPPRESSION SYSTEMS*
*ALARM SYSTEMS • FIRE EXTINGUISHERS*

AFFILIATED IN
DALLAS ★ HOUSTON ★ LONGVIEW ★ SAN ANTONIO
ABILENE ★ LUBBOCK ★ CORPUS CHRISTI

## Invoice

| DATE | INVOICE # |
|------|-----------|
| 08/24/12 | 233957 |

**BILL TO:**
Luminant Generation Company, L.L.C.
Attn: Accounts Payable
P. O. Box 20
Dallas, TX 75221-0020

**REMIT TO:**
KOETTER FIRE PROTECTION OF AUSTIN, L.L.C.
16069 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005

*Thank You! We Appreciate Your Business*

| P.O. NUMBER | TERMS | OUR ORDER NO. |
|-------------|-------|---------------|
| 144246 | Due on Receipt | AE49766 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| | Job Location: | | |
| | Luminant Sandow 5 | | |
| | 3708 Charles Martin Hall Rd | | |
| | Rockdale, Texas 76567-0467 | | |
| | 144246 | | |
| | (307) August Monthly Fire Extinguisher Inspection | | |
| 16.75 | Hourly Fee | 65.00 | 1088.75 |
| 2 | Extinguisher Trip Charge | 65.00 | 130.00 |
| 3 | Condemned Fire Extinguisher Inspections | 15.00 | 45.00 |
| 2 | 2.5# ABC Fire Extinguisher Recharge | 12.00 | 24.00 |
| 1 | 5# ABC Fire Extinguisher Recharge | 14.00 | 14.00 |
| 1 | 10# ABC Fire Extinguisher Recharge | 18.00 | 18.00 |
| | | Invoice subtotal | 1319.75 |
| | | Sales tax | 0.00 |

E-MAILED
8-28-12

**VISIT OUR WEB SITE AT WWW.KOETTERFIRE.COM**

| TOTAL | 1319.75 |
|-------|---------|

THIS INVOICE PAYABLE IN UNITED STATES CURRENCY.
OFFICE COPY



**KOETTER FIRE PROTECTION OF AUSTIN, L.L.C.**
AFFILIATED IN
DALLAS • HOUSTON
LONGVIEW • ABILENE
SAN ANTONIO
LUBBOCK
CORPUS CHRISTI
16069 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005
(512) 251-7888
FAX (512) 251-7848

DELIVERY TICKET
✓ AE 49766
PO'S

LOCATION: NAME _LUMINANT SANDOW 5_    BILL TO: _LUMINANT_
_238 CHARLES MARTIN HALL RD_    _PO BOX 20_
_ROCKDALE TX 76567-0167_    _DALLAS TX 75221-0020_

A 1½% SERVICE CHARGE PER MONTH (18% PER YEAR) WILL BE ADDED TO ALL OVERDUE ACCOUNTS.    TERMS: NET 30 DAYS

| DATE 8-24-12 | CUSTOMER P.O. NO. 144246 | | SALESMAN GLYNN | | CONTACT NAME JESSE SMITH | CONTACT PHONE 512-760-6833 | | BILL CASH CHECK [X] ☐ ☐ ☐ |
|---|---|---|---|---|---|---|---|---|
| QTY. | MODEL NO. | DESCRIPTION | UNIT PRICE | AMOUNT | QTY. | STOCK NO. | DESCRIPTION | UNIT PRICE | AMOUNT |
| | | FIRE EXTINGUISHERS | | | | | SERVICES | | |
| | | 2.5 LB. | | | | MIN | MINIMUM BILLING | | |
| | | 5 LB. | | | | IN | INSPECT FIRE HOOD ALARM | | |
| | | 10 LB. | | | | | RECHARGES | | |
| | | 20 LB. | | | | C5 | CO₂ - 5 LB. | | |
| | | 10 LB. (SHORT) | | | | C10 | CO₂ - 10 LB. | | |
| | | 5 LB. CO₂ | | | | C15 | CO₂ - 15 LB. | | |
| | | 10 LB. CO₂ | | | | C20 | CO₂ - 20 LB. | | |
| | | 15 LB. CO₂ | | | | C50 | CO₂ - 50 LB. | | |
| | | 20 LB. CO₂ | | | | | REGULAR DRY CHARGE | | |
| | | PRESSURED WATER | | | | D2.5 | 2.5 LB. BC | | |
| | | 2.5 LB. | | | | D5 | 5 LB. BC | | |
| | | | | | | D10 | 10 LB. BC | | |
| | | | | | | D20 | 20 LB. BC | | |
| | | MISCELLANEOUS | | | | CO20 | CART. OPR. EXT. 20LB. | | |
| | | | | | | CO30 | CART. OPR. EXT. 30LB. | | |
| | | | | | | | ABC DRY CHARGE | | |
| | | | | | 2 | ABC2D5 | 2.5 LB. ABC | 17⁰⁰ | 34⁰⁰ |
| | | | | | 1 | ABC5 | 5 LB. ABC | 17⁰⁰ | 17⁰⁰ |
| | | | | | 1 | ABC10 | 10 LB. ABC | 19⁰⁰ | 19⁰⁰ |
| | | | | | | ABC20 | 20 LB. ABC | | |
| | | | | | | | HYDRO TESTS | | |
| | | | | | | HL | LOW PRESSURE | | |
| | | | | | | HH | HIGH PRESSURE | | |
| | | MISCELLANEOUS | | | | | | | |
| 307 | | AUGUST MONTHLY FIRE EXTINGUISHER INSPECTIONS | | | | | | | |
| 16.75 | HRS | HOURLY FEE | | | | | | 65⁰⁰ | 1088⁷⁵ |
| 2 | | TRIP CHARGE | | | | | | 65⁰⁰ | 130⁰⁰ |
| 3 | | CONDEMNED FIRE EXTINGUISHER DISPOSAL FEE | | | | | | 15⁰⁰ | 45⁰⁰ |
| | | | | | | | | | |
| | | ENTERED ON 8-28-12 | | | | | | | |
| | | ON EB 233951 | | | | | | | |

SEE TREATMENT TERMS ON REVERSE SIDE
Due to the nature of the materials used in fire extinguishers utilizing non-metallic handle assemblies, service performed on these units are not subject to warranty and or liability by or of Koetter Fire Protection of Austin, L.L.C.

TAXABLE ☐ YES ☐ NO    TAX EXEMPT NO.

X _____
SIGNATURE

8-24-12    _Thank You_
DATE
OFFICE COPY

| SUB TOTAL | 1319²⁵ |
|---|---|
| SALES TAX | EXEMPT |
| **TOTAL AMOUNT** | 1319²⁵ |

**COPY**

# KOETTER FIRE PROTECTION
### OF AUSTIN, L.L.C.
**ALL YOU NEED TO KNOW ABOUT FIRE PROTECTION**
16069 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005
(512) 251-7888    FAX (512) 251-7848
*ENGINEERED SYSTEMS • FIRE SUPPRESSION SYSTEMS*
*ALARM SYSTEMS • FIRE EXTINGUISHERS*
*OFFICES IN*
DALLAS ★ HOUSTON ★ LONGVIEW ★ SAN ANTONIO
ABILENE ★ LUBBOCK ★ CORPUS CHRISTI

## Invoice

| DATE | INVOICE # |
|------|-----------|
| 11/24/12 | 235664 |

**BILL TO:**
Luminant Generation Company, L.L.C.
Attn: Accounts Payable
P. O. Box 20
Dallas, TX 75221-0020

**REMIT TO:**
KOETTER FIRE PROTECTION OF AUSTIN, L.L.C.
16069 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005

*Thank You!  We Appreciate Your Business*

| P.O. NUMBER | TERMS | OUR ORDER NO. |
|-------------|-------|---------------|
| 27054 | Due on Receipt | AU71701 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| | Job Location: | | |
| | Sandow 4 | | |
| | Rockdale, Texas | | |
| | 27054 | | |
| | Finished repairs and addressed any new problems. | | |
| 8 | Labor | 85.00 | 680.00 |
| 1 | Labor | 127.50 | 127.50 |
| 8 | Labor | 85.00 | 680.00 |
| 1 | Labor | 127.50 | 127.50 |
| 8 | Labor | 85.00 | 680.00 |
| 1 | Labor | 127.50 | 127.50 |
| 1 | Heat Detector | 98.00 | 98.00 |
| 2 | Smoke Detector | 98.00 | 196.00 |
| 1 | FPLP -16/2 | 25.00 | 25.00 |
| | Invoice subtotal | | 2741.50 |

**VISIT OUR WEB SITE AT WWW.KOETTERFIRE.COM**

| TOTAL | 2741.50 |
|-------|---------|

THIS INVOICE PAYABLE IN UNITED STATES CURRENCY.
OFFICE COPY





## KOETTER FIRE PROTECTION
### OF AUSTIN, L.L.C.
**ALL YOU NEED TO KNOW ABOUT FIRE PROTECTION**
16069 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005
(512) 251-7888   FAX (512) 251-7848
ENGINEERED SYSTEMS • FIRE SUPPRESSION SYSTEMS
ALARM SYSTEMS • FIRE EXTINGUISHERS

AFFILIATES IN
DALLAS ★ HOUSTON ★ LONGVIEW ★ SAN ANTONIO
ABILENE ★ LUBBOCK ★ CORPUS CHRISTI

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 11/24/12 | 235664 |

**BILL TO:**
Luminant Generation Company, L.L.C.
Attn: Accounts Payable
P. O. Box 20
Dallas, TX 75221-0020

**REMIT TO:**
KOETTER FIRE PROTECTION OF AUSTIN, L.L.C.
16069 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005

*Thank You!* *We Appreciate Your Business*

| P.O. NUMBER | TERMS | OUR ORDER NO. |
|-------------|-------|---------------|
| 27054 | Due on Receipt | AU71701 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| | Sales tax | | 0.00 |

VISIT OUR WEB SITE AT WWW.KOETTERFIRE.COM

**TOTAL**  2741.50

THIS INVOICE PAYABLE IN UNITED STATES CURRENCY.
OFFICE COPY



**KOEHLER FIRE PROTECTION**
**OF AUSTIN, LLC**
16009 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005
(512) 251-7000     FAX (512) 251-7040

**SERVICE TICKET** ✓ AU 71701

Affiliate in
ABILENE   SAN ANTONIO   DALLAS   PO NO. 63563
HOUSTON   CORPUS CHRISTI   LONGVIEW   LUBBOCK

| | |
|---|---|
| JOB LOCATION Sandow | PHONE        FAX |
| ADDRESS | BILL TO |
| CITY, STATE, ZIP Rockdale   TX | ADDRESS |
| BLDG. CONTACT / MGR Jeff Jones | CITY, STATE, ZIP 11-29-12  8m TX |
| SALESPERSON S Martinez | SYSTEM (AL) SP  BFP  KH  EXT  SUP  WARR  EQ |

SCOPE Finish Repairs and Address Any New
Problems.

AUTHORIZATION TO COMMENCE WORK  Signature: Glenn Talley    Printed Name: Glenn Talley

WORK PERFORMED  Connecting wrong issue between maintrance
panel Sandow 4 Central Room, Replaced Air maintrance Device
at Warehouse A. Warehouse B Has Flooded Deluge Sprinkler
Requires Air Compressor Replacement. Acknowledged
FAULT Found on Slope Model 4 Loop - could not
Locate Fault Requires more Time To Troubleshoot

Tag Status | ACCEPTABLE | YELLOW | (RED)

JOB STATUS: COMPLETE (RETURN TRIP REQUIRED)

### PARTS

| QUANTITY | DESCRIPTION | UNIT | AMOUNT |
|---|---|---|---|
| 1 | FHD-851 Heat Det NotLive | 98 | $ 98 |
| 2 | ESP-851 Smoke Det NotLive | 98 | $ 196 |
| 1 | FPLP-16/2 Red | 25 | $ 25 |
| | Red TAColed For Smoke in | | $ |
| | Bottom acy Control Rm. Disable | | $ |
| | | | $ |
| | | | $ |

### LABOR

| TECH. | S/T HRS | O/T HRS | S/T Rate | O/T Rate | DATE | AMOUNT |
|---|---|---|---|---|---|---|
| L Bundry | 8 | | 85 | 127.50 | | $ 807.50 |
| Bryan P | 8 | 1 | 85 | 127.50 | | $ 807.50 |
| Eric Crenley | 8 | 1 | 85 | 127.50 | 11/29/2012 | $ 807.50 |
| | | | | | | $ |
| | | ENTERED ON 12/11/12 | | | | $ |
| | | BY: EJS  235664 | | | | $ |
| | | | | | | $ |

| TOTAL LABOR: 2422 50 | TOTAL PARTS: $319 | | $ 2741 50 |
|---|---|---|---|
| P.O. NO. 27054 | | TAX @ | $ |
| TERMS: NET DUE  ADDITIONAL TERMS BELOW | | TOTAL AMOUNT DUE AND PAYABLE ➤ | $ 2741 50 |

CUSTOMER SIGNATURE X Glenn Talley          DATE 11-29-12
PRINT NAME: X Glenn Talley

Best not on site Holiday

1.  Net Due
2.  "To the owner: As required by Article 5453 of the Vernon's Annotate Civil Statutes of Texas, as amended by the 57th Legislature, you are hereby notified as owner of property being improved if this bill remains unpaid, you may become personally liable and your property subject to a lien unless you withhold payments from the contractor for payment of this statement or unless the bill is otherwise paid or settled."

OFFICE COPY

COPY

# KOETTER FIRE PROTECTION
## OF AUSTIN, L.L.C.
### ★ ALL YOU NEED TO KNOW ABOUT FIRE PROTECTION ★
16069 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005
(512) 251-7888   FAX (512) 251-7848
*ENGINEERED SYSTEMS • FIRE SUPPRESSION SYSTEMS*
*ALARM SYSTEMS • FIRE EXTINGUISHERS*

AFFILIATES IN
DALLAS ★ HOUSTON ★ LONGVIEW ★ SAN ANTONIO
ABILENE ★ LUBBOCK ★ CORPUS CHRISTI

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 11/09/12 | 235665 |

**BILL TO:**

Luminant Generation Company, L.L.C.
Attn: Accounts Payable
P. O. Box 20
Dallas, TX 75221-0020

**REMIT TO:**

KOETTER FIRE PROTECTION OF AUSTIN, L.L.C.
16069 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005

*Thank You! We Appreciate Your Business*

| P.O. NUMBER | TERMS | OUR ORDER NO. |
|-------------|-------|---------------|
| 27054 | Due on Receipt | AU71496 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| | Job Location: | | |
| | Sandow 4 & 5 | | |
| | Rockdale, Texas | | |
| | 27054 | | |
| | Troubleshot trouble on system. | | |
| 10.5 | Labor | 85.00 | 892.50 |
| 9.5 | Labor | 85.00 | 807.50 |
| 1 | weather proof back box | 16.78 | 16.78 |
| 1 | Horn strobe | 77.98 | 77.98 |
| | Invoice subtotal | | 1794.76 |
| | | | |
| | Sales tax | | 0.00 |

**VISIT OUR WEB SITE AT WWW.KOETTERFIRE.COM**

| TOTAL | 1794.76 |
|-------|---------|

THIS INVOICE PAYABLE IN UNITED STATES CURRENCY.
ORIGINAL INVOICE



**KOHLER FIRE PROTECTION OF AUSTIN LLC**
16069 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005
(512) 251-7088    FAX (512) 251-7048

**SERVICE TICKET** AU 71496

Affiliate in
ABILENE    SAN ANTONIO    DALLAS
HOUSTON    CORPUS CHRISTI    LUBBOCK    LONGVIEW

PO NO. 63208 / 63209

JOB LOCATION: Sandow 4+5

ADDRESS:

CITY, STATE, ZIP: Rockdale,  TX

BLDG. CONTACT / MGR: Jeff Jones

SALESPERSON: J Martinez

SCOPE: Trouble on System

PHONE 512-760-0178    FAX 63324

BILL TO: Luminant

ADDRESS:

CITY, STATE, ZIP: 11-29-12  9am  TX

SYSTEM (AL)  SP  BFP  KH  EXT  SUP  WARR  EQ

AUTHORIZATION TO COMMENCE WORK: Signature:                    Printed Name:

WORK PERFORMED: Traced trouble on maintenance Building to
warehouse phone link, module 13 — Bad News Replaced.
UN&5" 2nd Floor Hornstrobe by elevator needed to be Replaced

Tag Status: ACCEPTABLE (YELLOW) RED    will schedule Return trip to
JOB STATUS: COMPLETE / RETURN TRIP REQUIRED    finish minor Repairs

### PARTS

| QUANTITY | DESCRIPTION | UNIT | AMOUNT |
|---|---|---|---|
| 1 | WPBB — Weather Proof BACKBOX | 16.78 | $ 16.78 |
| 1 | ACWP-2475 W-FR Hornstrobe | 77.98 | $ 77.98 |
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |

### LABOR

| TECH. | ST. HRS | O/T HRS | S/T Rate | O/T Rate | DATE | AMOUNT |
|---|---|---|---|---|---|---|
| B Blockner | 10.5 |  | 85 |  | 11-9-12 | $ 892.50 |
| M Prudwell | 9.5 |  | 85 |  | 11-9-12 | $ 807.50 |
|  |  |  |  |  |  | $ |
|  |  |  |  |  |  | $ |
|  |  |  |  |  |  | $ |
|  |  |  |  |  |  | $ |

ENTERED ON 12/11/12
BY FB 235665

TOTAL LABOR: 1699.50    TOTAL PARTS: $ 94.76    $ 1794.76

P.O. NO. 27054    TAX @

TERMS: NET DUE    ADDITIONAL TERMS BELOW    TOTAL AMOUNT DUE AND PAYABLE  $ 1794.76

CUSTOMER SIGNATURE  X                    DATE 11-9-12
PRINT NAME  X    JEFF JONES

1. Net Due
2. "To the owner: As required by Article 5453 of the Vernon's Annotated Civil Statutes of Texas, as amended by the 57th Legislature, you are hereby notified as owner of property being improved if this bill remains unpaid, you may become personally liable and your property subject to a lien unless you withhold payments from the contractor for payment of this statement or unless the bill is otherwise paid or settled."

OFFICE COPY

COPY



**KOETTER FIRE PROTECTION**
OF AUSTIN, L.L.C.
*ALL YOU NEED TO KNOW ABOUT FIRE PROTECTION*
16069 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005
(512) 251-7868    FAX (512) 251-7848
*ENGINEERED SYSTEMS ★ FIRE SUPPRESSION SYSTEMS*
*ALARM SYSTEMS ★ FIRE EXTINGUISHERS*
*AFFILIATES IN*
DALLAS ★ HOUSTON ★ LONGVIEW ★ SAN ANTONIO
ABILENE ★ LUBBOCK ★ CORPUS CHRISTI

**Invoice**

| DATE | INVOICE # |
|------|-----------|
| 12/24/12 | 235712 |

**BILL TO**
Luminant Generation Company, L.L.C.
Attn: Accounts Payable
P. O. Box 20
Dallas, TX 75221-0020

**REMIT TO:**
KOETTER FIRE PROTECTION OF AUSTIN, L.L.C.
16069 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005

*"Thank You!" We Appreciate Your Business*

| P.O. NUMBER | TERMS | OUR ORDER NO. |
|-------------|-------|---------------|
| 144246 | Due on Receipt | AE49238 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| | Job Location: | | |
| | Luminant Sandow 5 | | |
| | 3708 Charles Martin Hall Rd | | |
| | Rockdale, Texas 76567-0467 | | |
| | 144246 | | |
| | December Monthly Fire Extinguisher Inspection | | |
| 13.25 | Hourly Rate | 65.00 | 861.25 |
| 2 | Extinguisher Trip Charge | 65.00 | 130.00 |
| 10 | 2 5# New Fire Extinguisher | 30.00 | 300.00 |
| 2 | 5# New Fire Extinguisher | 60.00 | 120.00 |
| | Invoice subtotal | | 1411.25 |
| | Sales tax | | 0.00 |

VISIT OUR WEB SITE AT WWW.KOETTERFIRE.COM

| TOTAL | 1411.25 |
|-------|---------|

THIS INVOICE PAYABLE IN UNITED STATES CURRENCY.

OFFICE COPY



**KOETTER FIRE PROTECTION OF AUSTIN, L.L.C.**
AFFILIATED IN:
DALLAS · HOUSTON
LONGVIEW · ABILENE
SAN ANTONIO
LUBBOCK
CORPUS CHRISTI
16069 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005
(512) 251-7880
FAX (512) 251-7848

DELIVERY TICKET
✓ AE 49238

PO's 63004

LOCATION: NAME _Luminant Sandow 5_    BILL TO: _Luminant_
_3728 Charles Martin Hall Rd_    _PO Box 20_
_Rockdale TX 76567-0467_    _Dallas TX 75221-0020_

A 1½% SERVICE CHARGE PER MONTH (18% PER YEAR) WILL BE ADDED TO ALL OVERDUE ACCOUNTS.    TERMS: NET 30 DAYS

| DATE | CUSTOMER P.O. NO. | SALESMAN | CONTACT NAME | CONTACT PHONE | BILL | CASH | CHECK |
|------|-------------------|----------|--------------|---------------|------|------|-------|
| 12.20.12 | 144246 | E Lyman | Jesse Smith | 512-760-6833 | ☑ | ☐ | ☐ |

| QTY. | MODEL NO. | DESCRIPTION | UNIT PRICE | AMOUNT | QTY. | STOCK NO. | DESCRIPTION | UNIT PRICE | AMOUNT |
|------|-----------|-------------|------------|--------|------|-----------|-------------|------------|--------|
| | | **FIRE EXTINGUISHERS** | | | | | **SERVICES** | | |
| 10 | | 2.5 I.B. | 30.00 | 300.00 | | MIN | MINIMUM BILLING | | |
| 2 | | 5 LB. | 72.00 | 72.00 | | IN | INSPECT FIRE HOOD ALARM | | |
| | | 10 I.B. | | | | | **RECHARGES** | | |
| | | 20 LB. | | | | C5 | $CO_2$ - 5 LB. | | |
| | | 10 LB. (SHORT) | | | | C10 | $CO_2$ - 10 LB. | | |
| | | 5 LB. $CO_2$ | | | | C15 | $CO_2$ - 15 I.B. | | |
| | | 10 LB. $CO_2$ | | | | C20 | $CO_2$ - 20 I.B. | | |
| | | 15 LB. $CO_2$ | | | | C50 | $CO_2$ - 50 LB. | | |
| | | 20 LB. $CO_2$ | | | | | **REGULAR DRY CHARGE** | | |
| | | **PRESSURED WATER** | | | | D2.5 | 2.5 LB. BC | | |
| | | 2.5 LB. | | | | D5 | 5 LB. BC | | |
| | | | | | | D10 | 10 LB. BC | | |
| | | | | | | D20 | 20 LB. BC | | |
| | | **MISCELLANEOUS** | | | | CO20 | CART. OPR. EXT. 20LB. | | |
| | | | | | | CO30 | CART. OPR. EXT. 30LB. | | |
| | | | | | | | **ABC DRY CHARGE** | | |
| | | | | | | ABC205 | 2.5 LB. ABC | | |
| | | | | | | ABC5 | 5 LB. ABC | | |
| | | | | | | ABC10 | 10 LB. ABC | | |
| | | | | | | ABC20 | 20 LB. ABC | | |
| | | | | | | | **HYDRO TESTS** | | |
| | | | | | | HL | LOW PRESSURE | | |
| | | | | | | HH | HIGH PRESSURE | | |

| | | **MISCELLANEOUS** | | |
|------|------|-------------|---------|--------|
| 307 | | December Monthly Fire Extinguisher Inspections | | NC |
| 13.25 | HRS | Hourly Rate | 65.00 | 861.25 |
| 2 | | Trip Charges | 65.00 | 130.00 |

ENTERED ON 12/31/12
BY CB 235712

S[E]E [PA]YMENT TERMS ON REVERSE SIDE
Due to the nature of the materials used in fire extinguishers utilizing non-metallic handle assemblies, service performed on these units are not subject to warranty and/or liability by or of Koetter Fire Protection of Austin, L.L.C.

TAXABLE  YES  NO    TAX EXEMPT NO.

| | |
|---|---|
| SUB TOTAL | 1411.25 |
| SALES TAX | EXEMPT |
| **TOTAL AMOUNT** | 1411.25 |

X _Jesse Smith not available to sign_    _12.24.12_
SIGNATURE    DATE
OFFICE COPY



COPY

# Koetter Fire Protection of Austin, LLC
## Accounts Receivable Open Invoice Report
Customer IDs LUMINANTMINE to LUMINANTMINE, Sorted by Customer name

| Inv # | Date | Description | Due Date | Original Amount | Activity to Date | Current Balance |
|-------|------|-------------|----------|-----------------|------------------|-----------------|
| LUMINANTMINE | | TXU - Three Oaks Mine | | | | |
| 240701 | 12/02/13 | AU73117/81954 | 01/01/14 | 828.75 | 0.00 | 828.75 |
| 240869 | 12/13/13 | AE49918/78237 | 01/12/14 | 1571.25 | 0.00 | 1571.25 |
| 241403 | 01/29/14 | AE50230/93289 | 02/28/14 | 1102.50 | 0.00 | 1102.50 |
| 242207 | 03/26/14 | AE50235/93289 | 04/25/14 | 2341.25 | 0.00 | 2341.25 |
| 242691 | 04/30/14 | AE50241/93289 | 05/30/14 | 3582.25 | 0.00 | 3582.25 |
| | | Customer Total | | 9426.00 | 0.00 | 9426.00 |
| | | Report Total | | 9426.00 | 0.00 | 9426.00 |

*not in bankruptcy* (handwritten)

-3582.25 (handwritten)

$5843.75 (handwritten)



# KOETTER FIRE PROTECTION
### OF AUSTIN, L.L.C.

**ALL YOU NEED TO KNOW ABOUT FIRE PROTECTION**

16069 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005
(512) 251-7888    FAX (512) 251-7848
*ENGINEERED SYSTEMS • FIRE SUPPRESSION SYSTEMS*
*ALARM SYSTEMS • FIRE EXTINGUISHERS*

AFFILIATES IN
**DALLAS ★ HOUSTON ★ LONGVIEW ★ SAN ANTONIO**
**ABILENE ★ LUBBOCK ★ CORPUS CHRISTI**

## Invoice

| DATE | INVOICE # |
|---|---|
| 12/02/13 | 240701 |

**BILL TO:**

TXU - Three Oaks Mine
Attn: Accounts Payable
P. O. Box 20
Dallas, TX  75221-0020

**REMIT TO:**

KOETTER FIRE PROTECTION OF AUSTIN, L.L.C.
16069 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005

*Thank You!* *We Appreciate Your Business*

| P.O. NUMBER | TERMS | OUR ORDER NO. |
|---|---|---|
| 81954 | Due on Receipt | AU73117 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Job Location:<br>3 Oaks<br>7207 W FM 696<br>Elgin, Texas<br>81954<br>Replaced damaged hose on loader 64017. | | |
| 6.5 | Labor | 127.50 | 828.75 |
| | Invoice subtotal | | 828.75 |
| | Sales tax | | 0.00 |

**VISIT OUR WEB SITE AT WWW.KOETTERFIRE.COM**

**TOTAL**  828.75

THIS INVOICE PAYABLE IN UNITED STATES CURRENCY.
RETURN WITH PAYMENT

16069 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005
(512) 251-7888     FAX (512) 251-7848

Affiliates in
ABILENE   SAN ANTONIO   DALLAS
HOUSTON   CORPUS CHRISTI   LONGVIEW   LUBBOCK

**PO NO.**

| | |
|---|---|
| JOB LOCATION 3 Oaks | PHONE 512-760-5091 | FAX |
| ADDRESS 7207 W FM 696 | BILL TO |
| CITY, STATE, ZIP Elgin    TX | ADDRESS |
| BLDG. CONTACT / MGR Kim Leschber | CITY, STATE, ZIP    TX |
| SALESPERSON    A Young | SYSTEM   AL  SP  BFP  KH  EXT  (SUP)  WARR  EQ |

SCOPE  Replace damaged hose on loader 64017

**AUTHORIZATION TO COMMENCE WORK**   Signature:                    Printed Name:

**WORK PERFORMED**   We replaced 3/4 hose line on both sides of loader. Added hose protectors to protect from future ware. System is in service and loader is cleaned from the suppression side.

Tag Status   (ACCEPTABLE)   YELLOW   RED
JOB STATUS: (COMPLETE)  RETURN TRIP REQUIRED?

## PARTS

| QUANTITY | DESCRIPTION | UNIT | AMOUNT |
|---|---|---|---|
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | CM 1215113 | | $ - |
| | EB 240701 | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |

## LABOR

| TECH. | S/T HRS | O/T HRS | S/T Rate | O/T Rate | DATE | AMOUNT |
|---|---|---|---|---|---|---|
| CY | | 6.5 | | 127.50 | 12-2-13 | $ 828.75 |
| | | | | | | $ - |
| | | | | | | $ - |
| | | | | | | $ - |
| | | | | | | $ - |
| | | | | | | $ - |
| | | | | | | $ - |

| TOTAL LABOR: 828 - 75 | TOTAL PARTS: $ - | $ 828 75 |
|---|---|---|
| P.O. NO.   SFR 81054 | TAX @ | $ |
| TERMS: NET DUE   ADDITIONAL TERMS BELOW | **TOTAL AMOUNT DUE AND PAYABLE** ➡ | $ 828 75 |

CUSTOMER SIGNATURE  X                    DATE 12/2/2013

PRINT NAME:  X   James R. Norris

1.   Net Due
2.   "To the owner: As required by Article 5453 of the Vernon's Annotate Civil Statutes of Texas, as amended by the 57th Legislature, you are hereby notified as owner of property being improved if this bill remains unpaid, you may become personally liable and your property subject to a lien unless you withhold payments from the contractor for payment of this statement or unless the bill is otherwise paid or settled."

# KOETTER FIRE PROTECTION
## OF AUSTIN, LLC.
### ALL YOU NEED TO KNOW ABOUT FIRE PROTECTION
16069 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005
(512) 251-7888   FAX (512) 251-7848
*ENGINEERED SYSTEMS • FIRE SUPPRESSION SYSTEMS*
*ALARM SYSTEMS • FIRE EXTINGUISHERS*
AFFILIATES IN
**DALLAS ★ HOUSTON ★ LONGVIEW ★ SAN ANTONIO**
**ABILENE ★ LUBBOCK ★ CORPUS CHRISTI**

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 12/13/13 | 240869 |

**BILL TO:**

TXU - Three Oaks Mine
Attn: Accounts Payable
P. O. Box 20
Dallas, TX  75221-0020

**REMIT TO:**

KOETTER FIRE PROTECTION OF AUSTIN, L.L.C.
16069 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005

*Thank You!* *We Appreciate Your Business*

| P.O. NUMBER | TERMS | OUR ORDER NO. |
|-------------|-------|---------------|
| 78237 | Due on Receipt | AE49918 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| | Job Location:<br>Luminant 3 Oaks<br>FM 696<br>Elgin, Texas<br>78237 | | |
| | Picked up Energen Cylinders for Service | | |
| 5.25 | Labor | 65.00 | 341.25 |
| 2 | Trip Charge | 65.00 | 130.00 |
| 4 | 425 Cubic foot Energin Recharge | 275.00 | 1100.00 |
| | Invoice subtotal | | 1571.25 |
| | Sales tax | | 0.00 |

**VISIT OUR WEB SITE AT WWW.KOETTERFIRE.COM**

| **TOTAL** | 1571.25 |
|-----------|---------|

THIS INVOICE PAYABLE IN UNITED STATES CURRENCY.
OFFICE COPY

# KOETTER FIRE PROTECTION OF AUSTIN L.L.C.

DALLAS • HOUSTON
LONGVIEW • ABILENE
SAN ANTONIO
LUBBOCK
CORPUS CHRISTI

1600 E. 4TH ST. COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005

**DELIVERY TICKET**

(512) 251-7888
FAX (512) 251-7848

№ AE 49918

PO'S 67673

LOCATION: NAME _LUMINANT 3OAKS_

_FM 696_

_ELGIN, TX_

BILL TO: _LUMINANT ACCOUNTS PAYABLE_

_PO BOX 20_

_DALLAS, TX 75221-0020_

A 1½% SERVICE CHARGE PER MONTH (18% PER YEAR) WILL BE ADDED TO ALL OVERDUE ACCOUNTS.

**TERMS: NET 30 DAYS**

| DATE | CUSTOMER P.O. NO. | SALESMAN | CONTACT NAME | CONTACT PHONE | BILL | CASH | CHECK |
|------|-------------------|----------|--------------|---------------|------|------|-------|
| 11-20-13 | 78237 | A. Young | JAMES SANDERS | 512-760-5078 | ☑ | ☐ | ☐ # |

| QTY. | MODEL NO. | DESCRIPTION | UNIT PRICE | AMOUNT | QTY. | STOCK NO. | DESCRIPTION | UNIT PRICE | AMOUNT |
|------|-----------|-------------|------------|--------|------|-----------|-------------|------------|--------|
| | | **FIRE EXTINGUISHERS** | | | | | **SERVICES** | | |
| | | 2.5 LB. | | | | MIN | MINIMUM BILLING | | |
| | | 5 LB. | | | | IN | INSPECT FIRE HOOD ALARM | | |
| | | 10 LB. | | | | | **RECHARGES** | | |
| | | 20 LB. | | | | C5 | $CO_2$ - 5 LB. | | |
| | | 10 LB. (SHORT) | | | | C10 | $CO_2$ - 10 LB. | | |
| | | 5 LB. $CO_2$ | | | | C15 | $CO_2$ - 15 LB. | | |
| | | 10 LB. $CO_2$ | | | | C20 | $CO_2$ - 20 LB. | | |
| | | 15 LB. $CO_2$ | | | | C50 | $CO_2$ - 50 LB. | | |
| | | 20 LB. $CO_2$ | | | | | **REGULAR DRY CHARGE** | | |
| | | **PRESSURED WATER** | | | | D2.5 | 2.5 LB. BC | | |
| | | 2.5 LB. | | | | D5 | 5 LB. BC | | |
| | | | | | | D10 | 10 LB. BC | | |
| | | | | | | D20 | 20 LB. BC | | |
| | | **MISCELLANEOUS** | | | | CO20 | CART. OPR. EXT. 20LB. | | |
| | | | | | | CO30 | CART. OPR. EXT. 30LB. | | |
| | | | | | | | **ABC DRY CHARGE** | | |
| | | | | | | ABC205 | 2.5 LB. ABC | | |
| | | | | | | ABC5 | 5 LB. ABC | | |
| | | | | | | ABC10 | 10 LB. ABC | | |
| | | | | | | ABC20 | 20 LB. ABC | | |
| | | | | | | | **HYDRO TESTS** | | |
| | | | | | | HL | LOW PRESSURE | | |
| | | | | | | HH | HIGH PRESSURE | | |
| | | **MISCELLANEOUS** | | | | | | | |
| | | PICK UP ENERGEN CYLINDERS FOR SERVICE 11-20-13 | | | | | | | |
| 5.25 | HOURS | HOURLY RATE | | | | | | 65- | 341.25 |
| 2 | | TRIP CHARGE | | | | | | 65 | 130- |
| 4 | | 425 CUBIC FOOT ENERGEN RECHARGES | | | | | | 275.00 | 1100.00 |
| | | DELIVER SERVICED ENERGEN CYLINDERS 12-13-13 | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | ENTERED ON 12/19/13 | | | | | | | |
| | | BY EB 240869 | | | | | | | |

SE   /MENT TERMS ON REVERSE SIDE

Due to the nature of the materials used in fire extinguishers utilizing non-metallic handle assemblies, service performed on these units are not subject to warranty and or liability by or of Koetter Fire Protection of Austin, L.L.C.

| TAXABLE | TAX EXEMPT NO. |
|---------|----------------|
| YES  NO | |

| SUB TOTAL | 1571.25 |
|-----------|---------|
| SALES TAX | |
| **TOTAL AMOUNT** | 1571.25 |

X _____
SIGNATURE

_12-13-13_
DATE
OFFICE COPY

COPY

# KOETTER FIRE PROTECTION
OF AUSTIN, L.L.C.

**ALL YOU NEED TO KNOW ABOUT FIRE PROTECTION**

16069 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005
(512) 251-7888   FAX (512) 251-7848

*ENGINEERED SYSTEMS • FIRE SUPPRESSION SYSTEMS*
*ALARM SYSTEMS • FIRE EXTINGUISHERS*

AFFILIATES IN

**DALLAS ★ HOUSTON ★ LONGVIEW ★ SAN ANTONIO**
**ABILENE ★ LUBBOCK ★ CORPUS CHRISTI**

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 01/29/14 | 241403 |

**BILL TO:**

TXU - Three Oaks Mine
Attn: Accounts Payable
P. O. Box 20
Dallas, TX 75221-0020

**REMIT TO:**

KOETTER FIRE PROTECTION OF AUSTIN, L.L.C.
16069 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005

*Thank You!* *We Appreciate Your Business*

| P.O. NUMBER | TERMS | OUR ORDER NO. |
|-------------|-------|---------------|
| 93289 | Due on Receipt | AE50230 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| | Job Location:<br>Luminant 3 Oaks<br>7207 W FM 696<br>Elgin, Texas 78621<br>93289 | | |
| | January Fire Extinguisher Inspection | | |
| 14.5 | Hourly Rate | 65.00 | 942.50 |
| 2 | Extinguisher Trip Charge | 65.00 | 130.00 |
| 2 | Condemned Fire Extinguisher Disposal Fee | 15.00 | 30.00 |
| | | Invoice subtotal | 1102.50 |
| | | Sales tax | 0.00 |

## VISIT OUR WEB SITE AT WWW.KOETTERFIRE.COM

**TOTAL**     1102.50

THIS INVOICE PAYABLE IN UNITED STATES CURRENCY.
OFFICE COPY



**KOETTER FIRE PROTECTION OF AUSTIN, L.L.C.**

AFFILIATES IN
DALLAS • HOUSTON
LONGVIEW • ABILENE
SAN ANTONIO
LUBBOCK
CORPUS CHRISTI

1600 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005

(512) 251-7888
FAX (512) 251-7848

DELIVERY TICKET

✓ AE 50230

LOCATION: NAME _LUMINANT 3 OAKS_

_207 W. FM 696_

_ELGIN TX 78621_

BILL TO: _LUMINANT ACCOUNTS PAYABLE_

_PO BOX 20_

_DALLAS TX 75221-0020_

PO'S

A 1½% SERVICE CHARGE PER MONTH (18% PER YEAR) WILL BE ADDED TO ALL OVERDUE ACCOUNTS.

TERMS: NET 30 DAYS

| DATE | CUSTOMER P.O. NO. | SALESMAN | CONTACT NAME | CONTACT PHONE | BILL | CASH | CHECK | |
|------|-------------------|----------|--------------|---------------|------|------|-------|---|
| 1-22-14 | 93289 | C. LYMAN | KIM L. | 512-760-5091 | ☒ | ☐ | ☐ | # |

| QTY. | MODEL NO. | DESCRIPTION | UNIT PRICE | AMOUNT | QTY. | STOCK NO. | DESCRIPTION | UNIT PRICE | AMOUNT |
|------|-----------|-------------|------------|--------|------|-----------|-------------|------------|--------|
| | | **FIRE EXTINGUISHERS** | | | | | **SERVICES** | | |
| | | 2.5 LB. | | | | MIN | MINIMUM BILLING | | |
| | | 5 LB. | | | | IN | INSPECT FIRE HOOD ALARM | | |
| | | 10 LB. | | | | | **RECHARGES** | | |
| | | 20 LB. | | | | C5 | CO₂- 5 LB. | | |
| | | 10 LB. (SHORT) | | | | C10 | CO₂- 10 LB. | | |
| | | 5 LB. CO₂ | | | | C15 | CO₂- 15 LB. | | |
| | | 10 LB. CO₂ | | | | C20 | CO₂- 20 LB. | | |
| | | 15 LB. CO₂ | | | | C50 | CO₂- 50 LB. | | |
| | | 20 LB. CO₂ | | | | | **REGULAR DRY CHARGE** | | |
| | | **PRESSURED WATER** | | | | D2.5 | 2.5 LB. BC | | |
| | | 2.5 LB. | | | | D5 | 5 LB. BC | | |
| | | | | | | D10 | 10 LB. BC | | |
| | | **MISCELLANEOUS** | | | | D20 | 20 LB. BC | | |
| | | | | | | CO20 | CART. OPR. EXT. 20LB. | | |
| | | | | | | CO30 | CART. OPR. EXT. 30LB. | | |
| | | | | | | | **ABC DRY CHARGE** | | |
| | | | | | | ABC205 | 2.5 LB. ABC | | |
| | | | | | | ABC5 | 5 LB. ABC | | |
| | | | | | | ABC10 | 10 LB. ABC | | |
| | | | | | | ABC20 | 20 LB. ABC | | |
| | | | | | | | **HYDRO TESTS** | | |
| | | | | | | HL | LOW PRESSURE | | |
| | | | | | | HH | HIGH PRESSURE | | |
| | | **MISCELLANEOUS** | | | | | | | |
| | | _JANUARY FIRE EXTINGUISHER INSPECTIONS_ | | | | | | | |
| 14.50 | HRS | _HOURLY RATE_ | | | | | | 65⁰⁰ | 942⁵⁰ |
| 2 | | _TRIP CHARGE_ | | | | | | 65⁰⁰ | 130⁰⁰ |
| 2 | | _CONDEMNED FIRE EXTINGUISHER DISPOSAL FEE_ | | | | | | 15⁰⁰ | 30⁰⁰ |
| | | | | | | | 1/30/14 | | |
| | | | | | | | SB | | |
| | | 241403 | | | | | | | |
| | | _COMPLETE_ | | | | | | | |

SE    YMENT TERMS ON REVERSE SIDE

Due to the nature of the materials used in fire extinguishers utilizing non-metallic handle assemblies, service performed on these units are not subject to warranty and or liability by or of Koetter Fire Protection of Austin, L.L.C.

TAXABLE  ☐ YES  ☒ NO    TAX EXEMPT NO.

SUB TOTAL    1102⁵⁰

SALES TAX    EXEMPT

**TOTAL AMOUNT    1102⁵⁰**

X _KIM L. NOT AVAILABLE TO SIGN_ WF    1-29-14

SIGNATURE    DATE

OFFICE COPY

COPY

# KOETTER FIRE PROTECTION
## OF AUSTIN, L.L.C.
### ALL YOU NEED TO KNOW ABOUT FIRE PROTECTION

16069 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005
(512) 251-7888    FAX (512) 251-7848
ENGINEERED SYSTEMS • FIRE SUPPRESSION SYSTEMS
ALARM SYSTEMS • FIRE EXTINGUISHERS

AFFILIATES IN
DALLAS ★ HOUSTON ★ LONGVIEW ★ SAN ANTONIO
ABILENE ★ LUBBOCK ★ CORPUS CHRISTI

## Invoice

| DATE | INVOICE # |
|------|-----------|
| 03/26/14 | 242207 |

**BILL TO:**

TXU - Three Oaks Mine
Attn:  Accounts Payable
P. O. Box 20
Dallas, TX  75221-0020

**REMIT TO:**
KOETTER FIRE PROTECTION OF AUSTIN, L.L.C.
16069 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005

*Thank You!  We Appreciate Your Business*

| P.O. NUMBER | TERMS | OUR ORDER NO. |
|-------------|-------|---------------|
| 93289 | Due on Receipt | AE50235 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| | Job Location: | | |
| | Luminant 3 Oaks | | |
| | 7207 W. FM 696 | | |
| | Elgin, Texas 78621 | | |
| | 93289 | | |
| | March Fire Extinguisher Inspections | | |
| 29.25 | Hourly Rate | | |
| 4 | Extinguisher Trip Charge | 65.00 | 1901.25 |
| 10 | Condemned Fire Extinguisher Disposal Fee | 65.00 | 260.00 |
| 1 | 20# ABC Fire Extinguisher Recharge | 15.00 | 150.00 |
| | | 30.00 | 30.00 |
| | Invoice subtotal | | 2341.25 |
| | Sales tax | | 0.00 |

*emailed 4-3-14 -90*

**VISIT OUR WEB SITE AT WWW.KOETTERFIRE.COM**

## TOTAL

2341.25

THIS INVOICE PAYABLE IN UNITED STATES CURRENCY.

COPY

# KOETTER FIRE PROTECTION OF AUSTIN, L.L.C.

AFFILIATES IN
DALLAS • HOUSTON
LONGVIEW • ABILENE
SAN ANTONIO
LUBBOCK
CORPUS CHRISTI

16089 CENTRAL COMMERCE DRIVE
PFLUGERVILLE, TEXAS 78660-2005

(512) 251-7888
FAX (512) 251-7848

**DELIVERY TICKET**

/AE

LOCATION: NAME **LUMINANT 3-OAKS**

**7207 W. FM 696**

**ELGIN, TX. 78621**

BILL TO: **LUMINANT ACCOUNTS PAYABLE**

PO'S

**PO BOX 20**

**DALLAS TX 75221-0020**

A 1½% SERVICE CHARGE PER MONTH (18% PER YEAR) WILL BE ADDED TO ALL OVERDUE ACCOUNTS.

TERMS: NET 30 DAYS

| DATE | CUSTOMER P.O. NO. | SALESMAN | CONTACT NAME | CONTACT PHONE | BILL CASH CHECK |
|------|-------------------|----------|--------------|---------------|-----------------|
| 3-5-14 | 93289 | C. LYMAN | KIM LESCHBER | 512-760-5091 | ☒ ☐ ☐ # |

| QTY. | MODEL NO. | DESCRIPTION | UNIT PRICE | AMOUNT | QTY. | STOCK NO. | DESCRIPTION | UNIT PRICE | AMOUNT |
|------|-----------|-------------|------------|--------|------|-----------|-------------|------------|--------|
| | | **FIRE EXTINGUISHERS** | | | | | **SERVICES** | | |
| | | 2.5 LB. | | | | MIN | MINIMUM BILLING | | |
| | | 5 LB. | | | | IN | INSPECT FIRE HOOD ALARM | | |
| | | 10 LB. | | | | | **RECHARGES** | | |
| | | 20 LB. | | | | C5 | CO₂ - 5 LB. | | |
| | | 10 LB. (SHORT) | | | | C10 | CO₂ - 10 LB. | | |
| | | 5 LB. CO₂ | | | | C15 | CO₂ - 15 LB. | | |
| | | 10 LB. CO₂ | | | | C20 | CO₂ - 20 LB. | | |
| | | 15 LB. CO₂ | | | | C50 | CO₂ - 50 LB. | | |
| | | 20 LB. CO₂ | | | | | **REGULAR DRY CHARGE** | | |
| | | **PRESSURED WATER** | | | | D2.5 | 2.5 LB. BC | | |
| | | 2.5 LB. | | | | D5 | 5 LB. BC | | |
| | | | | | | D10 | 10 LB. BC | | |
| | | | | | | D20 | 20 LB. BC | | |
| | | **MISCELLANEOUS** | | | | CO20 | CART. OPR. EXT. 20LB. | | |
| | | | | | | CO30 | CART. OPR. EXT. 30LB. | | |
| | | | | | | | **ABC DRY CHARGE** | | |
| | | | | | | ABC205 | 2.5 LB. ABC | | |
| | | | | | | ABC5 | 5 LB. ABC | | |
| | | | | | | ABC10 | 10 LB. ABC | | |
| | | | | | 1 | ABC20 | 20 LB. ABC | 30⁰⁰ | 30⁰⁰ |
| | | | | | | | **HYDRO TESTS** | | |
| | | | | | | HL | LOW PRESSURE | | |
| | | | | | | HH | HIGH PRESSURE | | |
| | | **MISCELLANEOUS** | | | | | | | |
| 310 | | MARCH FIRE EXTINGUISHER INSPECTIONS | | | | | | | |
| 29.25 | HRS | HOURLY RATE | | | | | | 65⁰⁰ | 1901²⁵ |
| 4 | | TRIP CHARGE | | | | | | 65⁰⁰ | 260⁰⁰ |
| 10 | | CONDEMNED FIRE EXTINGUISHER DISPOSAL FEE | | | | | | 15⁰⁰ | 150⁰⁰ |

3-31-14

EB 242207

COMPLETE

SE     YMENT TERMS ON REVERSE SIDE

Due to the nature of the materials used in fire extinguishers utilizing non-metallic handle assemblies, service performed on these units are not subject to warranty and or liability by or of Koetter Fire Protection of Austin, L.L.C.

TAXABLE    TAX EXEMPT NO.
YES ☐   NO ☒

| SUB TOTAL | 2341²⁵ |
|-----------|--------|
| SALES TAX | EXEMPT |
| **TOTAL AMOUNT** | 2341²⁵ |

X KIM L. NOT AVAILABLE TO SIGN    AE 3-26-14

SIGNATURE

DATE
OFFICE COPY

# Contractors Vehicle/Equipment Inspection

Contractor Company Name: _____  Vehicle/Tag #: _____

Contractor Employee Name: _____

✓ **Place Checkmark on Items that are Satisfactory.  Mark *N/A* if not Applicable**
Numbers in parenthesis ( ) are references to back page rules and regulations

***COMMENTS:***

☐ **Discussed Pre-Op Requirement (12, 13, 21)**

☐ **General Condition of truck (4)** _____
*Steps/seat/bed- No Obvious defects that Affect Safety!*
☐ **Seatbelts (4)** *SHALL BE WORN* _____
*No Cuts/Frays, Check to see that it buckles*
☐ **Gauges/Warning Lights (4)** _____
*Fuel Gauge must work*
☐ **Front Horn (11)** _____
*If equipped with two, both need to work*
☐ **Back-up Alarm on ALL Equipment (5, 22)** _____
*Vehicles - if rear view has obstruction or towing trailer; no toggle switches*
☐ **Head /Tail /Marker /Brake/Turn Lights (4, 11)** _____
*All installed lights must work including high/low beam*

☐ **Brakes/Parking Brake (4, 12, 23)** _____
*All Service Brakes must be operable*
☐ **Fire Extinguisher (8,9,24) (Two for fueling trucks)** _____
*Annual Insp. and Metal tag Required*
☐ **Windshield wipers/Glass/washer fluid/Mirrors (10)** _____
*All cab glass/mirrors shall be kept clean and in good condition*
*Cab glass –no significant cracks or spider webs*
☐ **Extraneous Materials (14, 25)** _____
*No loose trash, tools, etc. allowed in cab; all items must be secured*
☐ **Oil Accumulations (7)** _____
*No oil, grease or other combustible are allowed to accumulate*

☐ **All loads must be properly secured in the cargo area (16, 17, 18)** _____
☐ **Air System, where equipped (4)**
*Braking System must not leak air with brakes applied*
*Supply lines to truck and trailer must not leak air*
*Low air warning light and buzzer must sound at 60 PSI*
*Tractor Protection valve must "Pop" between 30 and 50 PSI*
☐ **Wheel Chocks (15)** *are required on all parked equipment/vehicles*
☐ **PPE**    *Hard Hat*     *Safety Toed Footwear* _____
       *Reflective Vest*    *Specialized PPE*
       *Safety Glasses w/Side shields*
☐ **Driver MUST declare HAZCOM Items to be inspected** _____
*MSHA Part 47 (See MSHA web site)*
*Ensure proper storage of Gasoline/flammables, safety cans*
*Proper chemical labeling, Material Safety Data Sheets*
☐ **Driver MUST declare Electrical items (3, 6)** _____
*No trigger locks on hand tools/Guards in place*
*Monthly electrical checks on electrical item by qualified electrician*
☐ **Cutting and Welding Equipment maintained (2)** _____
*Compressed gas cylinders stored properly*
☐ **Slings, chokers, chains, rigging and come-alongs maintained (1)** _____

☐ **Required Training MSHA Part 48 Subpart B** *(See MSHA web site)* _____
*Pick up & Delivery BLUE CARD (Hazard Training)*
*Site Specific Training (Short term and exempted A-1 Miners*
*Comprehensive training and Site Specific for non-exempted A-1 Miners*
☐ **Contractor Register on file**

# INSPECTED BY: _____  DATE _____

☐ No significant defects were noted above; this inspection is valid for 7 days*

**Luminant will not be responsible for any defects that may be omitted during this inspection.  This is an informal inspection only.  The safe operation and inspection of any vehicle is the sole responsibility of the vehicle owner/operator.**

***NOTE: EQUIPMENT IS SUBJECT TO RE-INSPECTION AT ANY TIME***



# Contractors Vehicle/Equipment Inspection

Contractor Company Name: _____ Vehicle/Tag #: _____

Contractor Employee Name: _____

✓ **Place Checkmark on Items that are Satisfactory.  Mark *N/A* if not Applicable**
Numbers in parenthesis ( ) are references to back page rules and regulations

*COMMENTS:*

☐  **Discussed Pre-Op Requirement (12, 13, 21)**

☐  **General Condition of truck (4)**
*Steps/seat/bed- No Obvious defects that Affect Safety!*  _____
☐  **Seatbelts (4) *SHALL BE WORN***  _____
*No Cuts/Frays, Check to see that it buckles*  _____
☐  **Gauges/Warning Lights (4)**  _____
*Fuel Gauge must work*  _____
☐  **Front Horn (11)**  _____
*If equipped with two, both need to work*  _____
☐  **Back-up Alarm on ALL Equipment (5, 22)**  _____
*Vehicles - if rear view has obstruction or towing trailer; no toggle switches*  _____
☐  **Head /Tail /Marker /Brake/Turn Lights (4, 11)**
*All installed lights must work including high/low beam*

☐  **Brakes/Parking Brake (4, 12, 23)**
*All Service Brakes must be operable*  _____
☐  **Fire Extinguisher (8,9,24) (Two for fueling trucks)**  _____
*Annual Insp. and Metal tag Required*  _____
☐  **Windshield wipers/Glass/washer fluid/Mirrors (10)**  _____
*All cab glass/mirrors shall be kept clean and in good condition*  _____
*Cab glass –no significant cracks or spider webs*  _____
☐  **Extraneous Materials (14, 25)**
*No loose trash, tools. etc. allowed in cab; all items must be secured*  _____
☐  **Oil Accumulations (7)**
*No oil, grease or other combustible are allowed to accumulate*  _____

☐  **All loads must be properly secured in the cargo area (16, 17, 18)**  _____
☐  **Air System, where equipped (4)**
*Braking System must not leak air with brakes applied*
*Supply lines to truck and trailer must not leak air*
*Low air warning light and buzzer must sound at 60 PSI*
*Tractor Protection valve must "Pop" between 30 and 50 PSI*
☐  **Wheel Chocks (15)** *are required on all parked equipment/vehicles*  _____
☐  **PPE**    *Hard Hat*      *Safety Toed Footwear*  _____
        *Reflective Vest*     *Specialized PPE*  _____
        *Safety Glasses w/Side shields*
☐  **Driver MUST declare HAZCOM Items to be inspected**  _____
*MSHA Part 47 (See MSHA web site)*
*Ensure proper storage of Gasoline/flammables, safety cans*
*Proper chemical labeling, Material Safety Data Sheets*  _____
☐  **Driver MUST declare Electrical items (3, 6)**  _____
*No trigger locks on hand tools/Guards in place*
*Monthly electrical checks on electrical item by qualified electrician*
☐  **Cutting and Welding Equipment maintained (2)**
*Compressed gas cylinders stored properly*
☐  **Slings, chokers, chains, rigging and come-alongs maintained (1)**

☐  **Required Training MSHA Part 48 Subpart B** *(See MSHA web site)*  _____
*Pick up & Delivery BLUE CARD (Hazard Training)*
*Site Specific Training (Short term and exempted A-1 Miners)*
*Comprehensive training and Site Specific for non-exempted A-1 Miners*
☐  **Contractor Register on file**

## INSPECTED BY: _____ DATE _____

☐  **No significant defects were noted above; this inspection is valid for 7 days\***

**Luminant will not be responsible for any defects that may be omitted during this inspection.  This is an informal inspection only.  The safe operation and inspection of any vehicle is the sole responsibility of the vehicle owner/operator.**

***\*NOTE: EQUIPMENT IS SUBJECT TO RE-INSPECTION AT ANY TIME***



495805 Rev. 10/12

# Contractors Vehicle/Equipment Inspection

Contractor Company Name: _____ Vehicle/Tag #: _____

Contractor Employee Name: _____

✓ **Place Checkmark on Items that are Satisfactory.  Mark *N/A* if not Applicable**
Numbers in parenthesis ( ) are references to back page rules and regulations

***COMMENTS:***

| | | |
|---|---|---|
| ☑ | **Discussed Pre-Op Requirement** (12, 13, 21) | |
| ☑ | **General Condition of truck** (4) | _____ |
| | *Steps/seat/bed- No Obvious defects that Affect Safety!* | |
| ☐ | **Seatbelts** (4) *SHALL BE WORN* | _____ |
| | *No Cuts/Frays, Check to see that it buckles* | |
| ☑ | **Gauges/Warning Lights** (4) | _____ |
| | *Fuel Gauge must work* | |
| ☑ | **Front Horn** (11) | _____ |
| | *If equipped with two, both need to work* | |
| ☑ | **Back-up Alarm on ALL Equipment** (5, 22) | _____ |
| | *Vehicles - if rear view has obstruction or towing trailer; no toggle switches* | |
| ☑ | **Head /Tail /Marker /Brake/Turn Lights** (4, 11) | _____ |
| | *All installed lights must work including high/low beam* | |
| ☑ | **Brakes/Parking Brake** (4, 12, 23) | _____ |
| | *All Service Brakes must be operable* | |
| ☑ | **Fire Extinguisher** (8,9,24) (Two for fueling trucks) | _____ |
| | *Annual Insp. and Metal tag Required* | |
| ☑ | **Windshield wipers/Glass/washer fluid/Mirrors** (10) | _____ |
| | *All cab glass/mirrors shall be kept clean and in good condition* | |
| | *Cab glass –no significant cracks or spider webs* | |
| ☑ | **Extraneous Materials** (14, 25) | _____ |
| | *No loose trash, tools, etc. allowed in cab; all items must be secured* | |
| ☑ | **Oil Accumulations** (7) | _____ |
| | *No oil, grease or other combustible are allowed to accumulate* | |
| ☐ | **All loads must be properly secured in the cargo area** (16, 17, 18) | |
| ☑ | **Air System, where equipped** (4) | _____ |
| | *Braking System must not leak air with brakes applied* | |
| | *Supply lines to truck and trailer must not leak air* | |
| | *Low air warning light and buzzer must sound at 60 PSI* | |
| | *Tractor Protection valve must "Pop" between 30 and 50 PSI* | |
| ☑ | **Wheel Chocks** (15) *are required on all parked equipment/vehicles* | |
| ☑ | **PPE**   Hard Hat        Safety Toed Footwear | |
| | Reflective Vest     Specialized PPE | |
| | Safety Glasses w/Side shields | |
| ☐ | **Driver MUST declare HAZCOM Items to be inspected** | _____ |
| | *MSHA Part 47 (See MSHA web site)* | |
| | *Ensure proper storage of Gasoline/flammables, safety cans* | |
| | *Proper chemical labeling, Material Safety Data Sheets* | |
| ☐ | **Driver MUST declare Electrical items** (3, 6) | _____ |
| | *No trigger locks on hand tools/Guards in place* | |
| | *Monthly electrical checks on electrical item by qualified electrician* | |
| ☐ | **Cutting and Welding Equipment maintained** (2) | _____ |
| | *Compressed gas cylinders stored properly* | |
| ☑ | **Slings, chokers, chains, rigging and come-alongs maintained** (1) | _____ |
| ☑ | **Required Training MSHA Part 48 Subpart B** (*See MSHA web site*) | _____ |
| | *Pick up & Delivery BLUE CARD (Hazard Training)* | |
| | *Site Specific Training (Short term and exempted A-1 Miners)* | |
| | *Comprehensive training and Site Specific for non-exempted A-1 Miners* | |
| ☑ | **Contractor Register on file** | |

**INSPECTED BY:** _____   **DATE** _____

☑ No significant defects were noted above; this inspection is valid for 7 days*

**Luminant will not be responsible for any defects that may be omitted during this inspection. This is an informal inspection only. The safe operation and inspection of any vehicle is the sole responsibility of the vehicle owner/operator.**

***\*NOTE: EQUIPMENT IS SUBJECT TO RE-INSPECTION AT ANY TIME***



# Contractors Vehicle/Equipment Inspection

Contractor Company Name: _____  Vehicle/Tag #: _____

Contractor Employee Name: _____

✓ **Place Checkmark on Items that are Satisfactory.  Mark _N/A_ if not Applicable**
Numbers in parenthesis ( ) are references to back page rules and regulations

*COMMENTS:*

- [ ] **Discussed Pre-Op Requirement** (12, 13, 21)
- [ ] **General Condition of truck** (4)
  *Steps/seat/bed- No Obvious defects that Affect Safety!*  _____
- [ ] **Seatbelts** (4) *SHALL BE WORN*
  *No Cuts/Frays, Check to see that it buckles*  _____
- [ ] **Gauges/Warning Lights** (4)
  *Fuel Gauge must work*  _____
- [ ] **Front Horn** (11)
  *If equipped with two, both need to work*  _____
- [ ] **Back-up Alarm on ALL Equipment** (5, 22)
  *Vehicles - if rear view has obstruction or towing trailer; no toggle switches*  _____
- [ ] **Head /Tail /Marker /Brake/Turn Lights** (4, 11)
  *All installed lights must work including high/low beam*  _____

- [ ] **Brakes/Parking Brake** (4, 12, 23)
  *All Service Brakes must be operable*  _____
- [ ] **Fire Extinguisher** (8,9,24) (Two for fueling trucks)
  *Annual Insp. and Metal tag Required*  _____
- [ ] **Windshield wipers/Glass/washer fluid/Mirrors** (10)
  *All cab glass/mirrors shall be kept clean and in good condition*
  *Cab glass –no significant cracks or spider webs*  _____
- [ ] **Extraneous Materials** (14, 25)
  *No loose trash, tools, etc. allowed in cab; all items must be secured*  _____
- [ ] **Oil Accumulations** (7)
  *No oil, grease or other combustible are allowed to accumulate*  _____

- [ ] **All loads must be properly secured in the cargo area** (16, 17, 18)
- [ ] **Air System, where equipped** (4)
  *Braking System must not leak air with brakes applied*
  · *Supply lines to truck and trailer must not leak air*
  *Low air warning light and buzzer must sound at 60 PSI*
  *Tractor Protection valve must "Pop" between 30 and 50 PSI*  _____
- [ ] **Wheel Chocks** (15) *are required on all parked equipment/vehicles*
- [ ] **PPE**      *Hard Hat          Safety Toed Footwear*
  *Reflective Vest       Specialized PPE*
  *Safety Glasses w/Side shields*
- [ ] **Driver MUST declare HAZCOM Items to be inspected**
  *MSHA Part 47 (See MSHA web site)*
  *Ensure proper storage of Gasoline/flammables, safety cans*
  *Proper chemical labeling, Material Safety Data Sheets*
- [ ] **Driver MUST declare Electrical items** (3, 6)
  *No trigger locks on hand tools/Guards in place*
  *Monthly electrical checks on electrical item by qualified electrician*
- [ ] **Cutting and Welding Equipment maintained** (2)
  *Compressed gas cylinders stored properly*
- [ ] **Slings, chokers, chains, rigging and come-alongs maintained** (1)

- [ ] **Required Training MSHA Part 48 Subpart B** (*See MSHA web site*)
  *Pick up & Delivery BLUE CARD (Hazard Training)*
  *Site Specific Training (Short term and exempted A-1 Miners)*
  *Comprehensive training and Site Specific for non-exempted A-1 Miners*
- [ ] **Contractor Register on file**

INSPECTED BY: _____     DATE _____

- [ ] No significant defects were noted above; this inspection is valid for 7 days*

**Luminant will not be responsible for any defects that may be omitted during this inspection.  This is an informal inspection only.  The safe operation and inspection of any vehicle is the sole responsibility of the vehicle owner/operator.**

*NOTE: EQUIPMENT IS SUBJECT TO RE-INSPECTION AT ANY TIME*

495805 Rev. 10/12



# Koetter Fire Protection of Austin, LLC
## Accounts Receivable Open Invoice Report
Customer IDs KOSSEMINE to KOSSEMINE, Sorted by Customer name

| Inv # | Date | Description | Due Date | Original Amount | Activity to Date | Current Balance |
|-------|------|-------------|----------|-----------------|------------------|-----------------|
|       |      |             |          |                 |                  |                 |

