# EXHIBIT A

## Statement of Fees by Subject Matter

| Task Code # | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| B110 | Case Administration | 1.20 | $ 618.00 |
| B160 | Fee/Employment Applications | 94.00 | $ 41,965.50 |
| B270 | Energy Trading | 100.20 | $ 68,822.00 |
|  | **TOTAL** | **195.40** | **$111,405.50** |