## EXHIBIT B

### Professionals' Information

The McDermott Will & Emery LLP professionals who rendered professional services in this case during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Iskender H. Catto | Partner | $850 | 54.40 | $ 46,240.00 |
| Ryan A. Wagner | Associate | $515 | 109.30 | $ 56,289.50 |
| Andrea Duncliffe | Paralegal Manager | $280 | 31.70 | $ 8,876.00 |
| **Total Fees Requested:** | | | 195.40 | **$111,405.50** |