## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

**TCEH – Expense Summary**

| Service Description | Service Provider | Amount |
|---|---|---|
| Airfare | United | $2,188.40 |
| Lodging | Marriott | $2,227.96 |
| Transportation: | | |
| (a) Car Rental | Budget Rental | $362.43 |
| Parking | Newark Airport; Marriott; Lanier Parking | $458.42 |
| Miscellaneous | Shell Gas | $16.91 |
| **TOTAL** | | $5,254.12 |