# <u>EXHIBIT D</u>

**Detailed Description of Expenses and Disbursements**

### Expense Detail by Category

### October 1, 2014 through October 31, 2014

### *AIRFARE*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | October 9, 2014 | $1,092.20 | Airfare Round Trip Coach Newark/Dallas |
| Iskender H. Catto | October 27, 2014 | $1,096.20 | Airfare Round Trip Coach Newark/Dallas |

**Expense Category Total:**                    **$2,188.40**

### *LODGING*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | October 1, 2014 | $344.63 | Hotel in Dallas |
| Iskender H. Catto | October 2, 2014 | $344.63 | Hotel in Dallas |
| Iskender H. Catto | October 13, 2014 | $298.52 | Hotel in Dallas |
| Iskender H. Catto | October 14, 2014 | $298.52 | Hotel in Dallas |
| Iskender H. Catto | October 15, 2014 | $298.52 | Hotel in Dallas |
| Iskender H. Catto | October 27, 2014 | $321.57 | Hotel in Dallas |
| Iskender H. Catto | October 28, 2014 | $321.57 | Hotel in Dallas |

**Expense Category Total:**                    **$2,227.96**

### *MEALS*

**Expense Category Total:**                    **$-0-**

### *TRANSPORTATION*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | October 13, 2014 | $200.59 | Budget Car Rental |
| Iskender H. Catto | October 29, 2014 | $161.84 | Budget Car Rental |

**Expense Category Total:**                    **$362.43**

### *PARKING*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | October 1, 2014 | $ 27.06 | Parking at Marriott |
| Iskender H. Catto | October 2, 2014 | $ 27.06 | Parking at Marriott |
| Iskender H. Catto | October 3, 2014 | $ 10.00 | Parking at Lanier Parking |
| Iskender H. Catto | October 13, 2014 | $132.00 | Parking at Newark Airport |
| Iskender H. Catto | October 13, 2014 | $ 27.06 | Parking at Marriott |
| Iskender H. Catto | October 13, 2014 | $ 10.00 | Parking at Lanier Parking |
| Iskender H. Catto | October 14, 2014 | $ 27.06 | Parking at Marriott |
| Iskender H. Catto | October 15, 2014 | $ 27.06 | Parking at Marriott |

DM_US 56914700-2.093681.0012
RLF1 11229667v.1

| Iskender H. Catto | October 27, 2014 | $   8.00 | Parking at Lanier Parking |
| Iskender H. Catto | October 27, 2014 | $ 27.06 | Parking at Marriot |
| Iskender H. Catto | October 27, 2014 | $ 99.00 | Parking at Newark Airport |
| Iskender H. Catto | October 28, 2014 | $ 27.06 | Parking at Marriott |
| Iskender H. Catto | October 29, 2014 | $ 10.00 | Parking at Lanier |

**Expense Category Total:**          **$458.42**

## *MISCELLANEOUS*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | October 3, 2014 | $  5.93 | Gas |
| Iskender H. Catto | October 29, 2014 | $10.98 | Gas |

**Expense Category Total:**          **$16.91**

3