B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

District of Delaware

In re Energy Future Holdings Corp., et al.        ,        Case No. 14-10979(CSS)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Citigroup Financial Products Inc. | Citibank, N.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
1815 Brett Road Ops III
New Castle, DE 19720
Attn: Brian Blessings/Brian Broyles

Court Claim # (if known): 4112
Amount of Claim: $8,246,500.00
Date Claim Filed: 09/03/2014

Phone: (302)324-6660/(302)894-6175
Last Four Digits of Acct #: _____

Phone: (302)324-6660/(302)894-6175
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Brian S. Broyles        Date: 02/02/2014
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## ANNEX A

### EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, District of Delaware

AND TO: Debtor

CITIBANK, N.A. ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to:

CITIGROUP FINANCIAL PRODUCTS INC.
1615 Brett Road Ops III
New Castle, DE 19720
Attn: Brian Blessing/Brian Broyles

its successors and assigns ("Buyer"), all right, title and interest in and to the claims of Seller against the Debtor, docketed as Claim No. 4112 (collectively the "Claim") in the United States Bankruptcy Court for the District of Delaware in the case In re Energy Future Holdings Corp., et al., No. 14-10979 (CSS) (Jointly Administered) (the "Debtor").

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing the assignment evidenced by this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Transfer of Claim as of the 12th day of September, 2014.

CITIBANK, N.A.

By: _____
Name:
Title:    Michael Eliason
          Attorney-In-Fact

CITIGROUP FINANCIAL PRODUCTS INC.

By: _____
Name:
Title:    Brian S. Broyles
          Authorized Signatory