IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) Re: Docket No. 1213 |

**SUPPLEMENTAL DECLARATION OF TIMOTHY P. MATTHEWS OF
MORGAN, LEWIS & BOCKIUS LLP PURSUANT TO THE ORDER AUTHORIZING
THE RETENTION AND COMPENSATION OF CERTAIN PROFESSIONALS
UTILIZED IN THE ORDINARY COURSE OF BUSINESS**

I, Timothy P. Matthews, declare under penalty of perjury:

1. I am a Partner of Morgan, Lewis & Bockius LLP, which has an office located at 1111 Pennsylvania Avenue, NW, Washington DC 20004 (the "Firm" or "Morgan Lewis").

2. I hereby submit this Declaration (the "Supplemental Declaration") to supplement the *Declaration of Disinterestedness of Morgan, Lewis & Bockius LLP Pursuant to the Order Authorizing the Retention and Compensation of Certain Professionals Utilized in the Ordinary Course of Business*, filed with this Court in the above-captioned cases on June 27, 2014 [Dkt. No. 1213] (the "Ordinary Course Declaration"). Unless otherwise stated in this Supplemental Declaration, I have personal knowledge of the facts set forth herein.

3. As set forth in the Ordinary Course Declaration, Morgan Lewis advises Energy Future Holdings Corporation and certain of its affiliates on nuclear regulatory matters, spent

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

nuclear fuel claims, union-related labor relations and Federal Energy and Regulatory Commission approvals, as well as certain energy-related litigation and transactional matters.[2]

4. On April 29, 2014, pursuant to a Notice of Appearance and Request for Notices and Papers [Dkt. No. 67], Bingham McCutchen LLP ("Bingham") and Connolly Gallagher LLP ("Connolly") appeared in these chapter 11 cases on behalf of Pacific Investment Management Company LLC ("PIMCO").

5. Effective November 24, 2014, Morgan Lewis and Bingham completed a transaction (the "Transaction"), pursuant to which a number of attorneys that were formerly partners of Bingham became partners of Morgan Lewis. In addition, a number of associates formerly with Bingham have joined Morgan Lewis.

6. As a result of the Transaction, former Bingham partners Julia Frost-Davies, Patrick Strawbridge and Amy Kyle, and associate Christopher L. Carter, each of whom represents PIMCO, have joined Morgan Lewis. I understand that they, along with former Bingham partner Jeffrey S. Sabin, who has joined Venable LLP ("Venable") and Jamie L. Edmonson of Venable will continue to represent PIMCO in these chapter 11 cases.[3]

7. Specifically, upon information and belief, Morgan Lewis will appear on PIMCO's behalf and advise PIMCO in connection with its role as holder or investment manager for holders of: (i) EFIH First Lien Notes, including as a Settling EFIH First Lien Note Holder, as

---

[2] Specifically, Morgan Lewis provides such services to: Energy Future Holdings Corp., Big Brown Power Company LLC, DeCordova Power Company LLC, DeCordova II Power Company LLC, Luminant Generation Company LLC, Luminant Holding Company LLC, Oak Grove Management Company LLC, Sandow Power Company LLC, Texas Competitive Electric Holdings Company LLC and Valley NG Power Company LLC.

[3] Upon information and belief, the Debtors have to date paid the reasonable legal fees and expenses of PIMCO's lead counsel and Delaware counsel pursuant to the EFIH First Lien DIP Order (Docket No. 859). I understand that, in connection with the ongoing PIMCO Representation, the Debtors will continue to pay Morgan Lewis's and Venable's reasonable legal fees and expenses but, because Venable will also serve as Delaware counsel, will no longer pay the fees and expenses of Connolly.

defined in the order of this Court, dated June 6, 2014 (the "EFIH First Lien Settlement Order"), approving the EFIH First Lien Settlement [Dkt. No. 858] and the appeal thereof; (ii) a participant in (and the largest holder in) the EFIH First Lien DIP Facility; and (iii) its participation in these chapter 11 cases (all of the foregoing, collectively, the "PIMCO Representation").[4]

8. In connection with the PIMCO Representation, on November 28, 2014, Venable filed a Notice of Change to Contact Information [Dkt. No. 2908].

9. The Debtors are aware of the Transaction and have consented to the PIMCO Representation and waived any potential conflict in connection therewith. PIMCO is also aware of the Transaction and the Firm's prior and continuing representation of the Debtors, and has waived any potential conflict in connection therewith.

10. In addition, consistent with its internal policies, the Firm has implemented a "wall" between those attorneys who are providing services to the Debtors and those who are engaged on the PIMCO Representation.

11. The Firm believes, and I believe, that the PIMCO Representation does not represent or hold any interest adverse to the Debtors or to their estates with respect to the matters on which the Firm has been employed by the Debtors.

12. As noted in the Ordinary Course Declaration, as part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of

---

[4] Capitalized terms used herein without definition shall have the meanings assigned thereto in the *Motion of Energy Future Holdings Corp., et al. for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment* [Dkt. No. 472], filed on May 15, 2014. By notice dated June 11, 2014 [Adv. Pro. Dkt. No. 16], PIMCO, in its capacity as investment manager for certain of the EFIH First Lien Note Holders, intervened in that certain adversary proceeding, captioned *CSC Trust Company of Delaware, as Indenture Trustee v. Energy Future Intermediate Holding Company LLC and EFH Finance Inc.*, Adversary Proceeding No. 14-50363 (CSS). By stipulation dated and so ordered on August 25, 2014 [Dist. Ct. Dkt. No. 30], PIMCO, in its capacity as investment manager for certain of the EFIH First Lien Note Holders, was authorized to intervene in the appeal of the EFIH First Lien Settlement Order, which is currently pending before the District Court for the District of Delaware (B.A.P. No. 14-024; C.A. No. 14-723).

whom may represent or be employed by the Debtors, claimants, and parties in interest in these chapter 11 cases. The Firm may have performed services in the past, may currently perform services and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases.

13.   The Firm does not perform services for any party in interest in connection with these chapter 11 cases, and does not have any relationship with any such person, their attorneys, or accountants, that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is proposed to be employed.

14.   If, at any time during the period of its employment, the Firm should discover any facts bearing on the matters described herein or in the Ordinary Course Declaration, the Firm will further supplement its disclosures to this Court.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: December 5th, 2014

_____
Timothy P. Matthews