**EXHIBIT A**
**Statement of Fees by Subject Matter**

| Task Code | Project Category Description | Hours | Total Fees (Prior to Holdback) | 80% of Total Fees |
|---|---|---|---|---|
| B110 | Case Administration | 6.8 | $3,586.00 | $2,868.80 |
| B160 | Fee/Employment Applications | 92.7 | $44,918.00 | $35,934.40 |
| B161 | Budget/Staffing Plan | 0.6 | $435.00 | $348.00 |
| B170 | Fee/Employment Objections | 14.2 | $10,110.50 | $8,088.40 |
| B210 | Business Operations | 25.4 | $9,013.00 | $7,210.40 |
| B240 | Tax Issues | 107.1 | $60,755.00 | $48,604.00 |
| | **Totals** | **246.8** | **$128,817.50** | **$103,054.00** |