# EXHIBIT B
## Attorneys and Paraprofessionals' Information

The T&K attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional | Position | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Fees (prior to holdback) |
|---|---|---|---|---|---|---|
| Bennett, David | Partner | TX – 1986 | Bankruptcy and Restructuring | $805 | 1.1 | $885.50 |
| Clark, Katie | Partner | TX – 2004 | Bankruptcy and Restructuring | $515 | 52 | $26,780.00 |
| Fountain, Sharon | Partner | TX - 1982 | Tax | $745 | 5.9 | $4,395.50 |
| Liggins, Demetra | Partner | TX – 2000<br>NY – 2008 | Bankruptcy and Restructuring | $560 | 6.1 | $3,416.00 |
| McNulty, Mary | Partner | TX – 1989 | Tax | $725 | 48.6 | $35,235.00 |
| Parker, Emily | Partner | TX – 1973 | Tax | $930 | 1.3 | $1,209.00 |
| Wheat, David | Partner | TX – 1988<br>LA – 1988 | Tax | $805 | 16 | $12,880.00 |
| Bloom, Brandon | Associate | TX – 2006 | Tax | $515 | 9.1 | $4,686.50 |
| Chase, Thaddeus | Associate | TX – 2013 | Corporate and Securities | $315 | 16.6 | $5,229.00 |
| Meyercord, Leonora | Associate | TX – 2010 | Tax | $430 | 54.9 | $23,607.00 |
| Morrison, Jessica | Associate | TX – 2009 | Tax | $460 | 1.7 | $782.00 |
| Nylin, Meghan | Associate | TX – 2009 | Trial | $430 | 8.8 | $3,784.00 |
| | | | | **Total:** | **222.1** | **$122,889.50** |

The paraprofessionals of T&K who rendered professionals services in these cases during the Fee Period are:

| Name of Paraprofessional | Position | Number of Years in Position | Department | Hourly Billing Rate | Total Billed Hours | Total Fees (prior to holdback) |
|---|---|---|---|---|---|---|
| LeMire, Caroline | Paralegal | 16 years | Bankruptcy and Restructuring | $240 | 24.7 | $5,928.00 |
| | | | | **Total:** | **24.7** | **$5,928.00** |