## **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

| Expense | Vendor (if any) | Amount |
|---|---|---|
| Standard Copies or Prints ($0.10/page) | In-House | $15.30 |
| Overnight Delivery | FedEx | $10.57 |
| Appearance Fees | CourtCall | $144.00 |
| Meals | Various | $7.78 |
| | **Total:** | **$177.65** |