## EXHIBIT A
### Statement of Fees by Subject Matter

| Task Code | Project Category Description | Hours | Total Fees (Prior to Holdback) | 80% of Total Fees |
|---|---|---|---|---|
| B110 | Case Administration | 8 | $3,940.00 | $3,152.00 |
| B160 | Fee/Employment Applications | 39.5 | $21,049.50 | $16,839.60 |
| B161 | Budget/Staffing Plan | 9.9 | $6,520.50 | $5,216.40 |
| B195 | Non-Working Travel | 4 | $1,610.00 | $1,288.00 |
| B210 | Business Operations | 25.5 | $10,160.00 | $8,128.00 |
| B240 | Tax Issues | 308.3 | $168,564.00 | $134,851.20 |
| | **Totals** | **395.2** | **$211,844.00** | **$169,475.20** |