# EXHIBIT B
## Attorneys and Paraprofessionals' Information

The T&K attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional | Position | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Fees (prior to holdback) |
|---|---|---|---|---|---|---|
| Clark, Katie | Partner | TX – 2004 | Bankruptcy and Restructuring | $515 | 10.2 | $5,253.00 |
| Cowdrey, Ann Marie | Partner | TX – 1992 | Corporate and Securities | $700 | 0.9 | $630.00 |
| Fountain, Sharon | Partner | TX - 1982 | Tax | $745 | 3.1 | $2,309.50 |
| Liggins, Demetra | Partner | TX – 2000 NY – 2008 | Bankruptcy and Restructuring | $560 | 12.4 | $6,944.00 |
| McNulty, Mary | Partner | TX – 1989 | Tax | $725 | 53.2 | $38,570.00 |
| Parker, Emily | Partner | TX – 1973 | Tax | $930 | 3.4 | $3,162.00 |
| Wheat, David | Partner | TX – 1988 LA – 1988 | Tax | $805 | 60.4 | $47,012.00 |
| Bloom, Brandon | Associate | TX – 2006 | Tax | $515 | 87.5 | $45,062.50 |
| Chase, Thaddeus | Associate | TX – 2013 | Corporate and Securities | $315 | 1.5 | $472.50 |
| Clemons, Catherine | Associate | TX – 2013 | Trial | $315 | 5.5 | $1,732.50 |
| James, Megan | Associate | TX – 2014 | Tax | $280 | 30.3 | $8,484.00 |
| Meyercord, Leonora | Associate | TX – 2010 | Tax | $430 | 82.5 | $35,475.00 |
| Morrison, Jessica | Associate | TX – 2009 | Tax | $460 | 0.2 | $92.00 |
| Nylin, Meghan | Associate | TX – 2009 | Trial | $430 | 18.5 | $7,955.00 |
| Wootton, Andrew | Associate | TX – 2010 | Tax | $430 | 13.4 | $5,762.00 |
| | | | | **Total:** | **383** | **$208,916.00** |

The paraprofessionals of T&K who rendered professionals services in these cases during the Fee Period are:

| Name of Paraprofessional | Position | Number of Years in Position | Department | Hourly Billing Rate | Total Billed Hours | Total Fees (prior to holdback) |
|---|---|---|---|---|---|---|
| LeMire, Caroline | Paralegal | 16 years | Bankruptcy and Restructuring | $240 | 12.2 | $2,928.00 |
| | | | | **Total:** | **12.2** | **$2,928.00** |