## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

| Expense | Vendor (if any) | Amount |
|---|---|---|
| Airfare | Lawyers Travel/American Airlines | $725.45 |
| | **Total:** | **$725.45** |