# EXHIBIT D

## Detailed Description of Expenses and Disbursements

**AIRFARE**

| Professional | Travel Date(s) | Expense | Description |
|---|---|---|---|
| David Wheat | 10/15/2014-10/17/2014 | $725.45 | American Airlines economy roundtrip flight between Dallas and Philadelphia |
| | **TOTAL:** | **$725.45** | |



TRAVELER NOTICE - Many airlines charge fees for baggage and other services. Amounts vary by airline and are subject to change. Travelers are responsible for verifying all fees charged by individual carriers.
**Please visit the operating carrier's website for applicable fees.**

| Travel Summary | Agency Record Locator: BXTHAP | | | | |
|---|---|---|---|---|---|
| **Traveler** | | | | | |
| WHEAT/REGINALD DAVID JR | | | | | |
| **Reference number by traveler:** 508551.000027.02012 | | | | | |
| Date | From/To | Flight/Vendor | Depart/Arrive | Class/Type | Status |
| 10/15/2014 | **DFW-PHL** | AA 370 | 01:25 PM/05:40 PM | Economy | Confirmed |
| 10/17/2014 | **PHL-DFW** | AA 1542 | 04:35 PM/07:25 PM | Economy | Confirmed |

| **AIR - Wednesday, October 15 2014 (Flown)** | |
|---|---|
| **American Airlines  Flight AA370  Economy Class** | |
| Depart: | Dallas/Ft Worth Intl |
| | Dallas/Fort Worth, Texas, United States |
| | 01:25 PM Wednesday, October 15 2014 |
| Arrive: | Philadelphia International Airport |
| | Philadelphia, Pennsylvania, United States |
| | 05:40 PM Wednesday, October 15 2014 |
| Duration: | 3 hour(s) and 15 minute(s) Non-stop |
| Status: | Confirmed - American Airlines Booking Reference: **BXTHAP** |
| Seat: | Assigned at Check-in |
| FF Number: | AAX5N2494 - WHEAT/REGINALD DAVID JR |
| | **For additional information and check in, 24 hours in advance, click on the airline link below.** http://www.aa.com/ |

| **AIR - Friday, October 17 2014 (Flown)** | |
|---|---|
| **American Airlines  Flight AA1542  Economy Class** | |
| Depart: | Philadelphia International Airport |
| | Philadelphia, Pennsylvania, United States |
| | 04:35 PM Friday, October 17 2014 |
| Arrive: | Dallas/Ft Worth Intl |
| | Dallas/Fort Worth, Texas, United States |
| | 07:25 PM Friday, October 17 2014 |
| Duration: | 3 hour(s) and 50 minute(s) Non-stop |
| Status: | Confirmed - American Airlines Booking Reference: **BXTHAP** |
| Seat: | Assigned at Check-in |
| FF Number: | AAX5N2494 - WHEAT/REGINALD DAVID JR |
| | **For additional information and check in, 24 hours in advance, click on the airline link below.** http://www.aa.com/ |

| **Remarks** |
|---|
| OFFICE HOURS ARE 830A-5P CST M-F |
| FOR ASSISTANCE OUTSIDE OF NORMAL HOURS 800-876-4922 |
| YOUR TRAVEL HELPLINE ID IS ***9S6A*** |
| . |
| THANK YOU FOR USING LAWYERS TRAVEL |

**Invoice / Ticket Receipt**
**Total Invoiced Amount: $725.45 USD**

**Transaction Date: October 09, 2014**
### Ticket Information
**Ticket Number:** 0017486697155
**Amount:** $688.20 USD

**This ticket information applies to the following travel segment(s):**
American Airlines Flight 370 from Dallas/Fort Worth to Philadelphia on October 15
American Airlines Flight 1542 from Philadelphia to Dallas/Fort Worth on October 17

**Transaction Date: October 09, 2014**
### Service Fee Information
**Service Fee Number:** 8900626174393
**Service Fee Amount:** $37.25 USD
**Form of Payment:** AX***********1008

This invoice was generated Friday, November 21, 2014 8:30 PM UTC. Agency Record Locator: BXTHAP