## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.,*[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 2849** |

### CERTIFICATION OF NO OBJECTION REGARDING "MOTION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.,* FOR ENTRY OF AN ORDER (A) WAIVING CERTAIN REQUIREMENTS OF BANKRUPTCY RULE 3007 AND LOCAL BANKRUPTCY RULES 3007-1 AND 3007-2 AND (B) APPROVING THE DEBTORS' FORM OF CUSTOM NOTICE" [D.I. 2849]

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or any other responsive pleading to the **Motion of Energy Future Holdings Corp., *et al.,* for Entry of an Order (A) Waiving Certain Requirements of Bankruptcy Rule 3007 and Local Bankruptcy Rules 3007-1 and 3007-2 and (B) Approving the Debtors' Form of Custom Notice** [D.I. 2849] (the "Motion") filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors") with the United States Bankruptcy Court for the District of Delaware (the "Court") on November 21, 2014.

The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the **Notice of "Motion of Energy Future Holdings Corp., *et al.,* for Entry of an Order (A) Waiving Certain Requirements of Bankruptcy Rule 3007 and Local Bankruptcy**

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

**Rules 3007-1 and 3007-2 and (B) Approving the Debtors' Form of Custom Notice" and Hearing Thereon** filed contemporaneously with the Motion, responses to the Motion were to be filed and served no later than 4:00 p.m. (Eastern Standard Time) on December 5, 2014.   The Debtors therefore respectfully request that the proposed form of order attached hereto as **Exhibit A**, which is materially in the same form filed with the Motion, be entered at the earliest convenience of the Court.

*[Remainder of page intentionally left blank.]*

Dated: December 9, 2014
      Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:       collins@rlf.com
              defranceschi@rlf.com
              madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:       edward.sassower@kirkland.com
              stephen.hessler@kirkland.com
              brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:       james.sprayregen@kirkland.com
              marc.kieselstein@kirkland.com
              chad.husnick@kirkland.com
              steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession

RLF1 11242102v.1

# EXHIBIT A

## Proposed Order

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
|  | **Re: D.I. 2849** |

### ORDER (A) WAIVING CERTAIN REQUIREMENTS OF BANKRUPTCY RULE 3007 AND LOCAL BANKRUPTCY RULES 3007-1 AND 3007-2 AND (B) APPROVING THE DEBTORS' FORM OF CUSTOM NOTICE

Upon the motion [D.I. 2849] (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order") granting a waiver of certain requirements of Bankruptcy Rule 3007 and Local Bankruptcy Rules 3007-1 and 3007-2, all as set forth in the Motion and the Kotarba Declaration; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this case and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having found that the Debtors provided appropriate notice of the Motion and the opportunity for a hearing on the Motion under the circumstances; and the Court having reviewed the Motion, the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

Kotarba Declaration, and having heard the statements in support of the relief requested therein at a hearing, if any, before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.     The Motion is granted as set forth herein.

2.     Pursuant to Bankruptcy Rules 1001 and 3007 and Local Bankruptcy Rules 1001-1, 3007-1 and 3007-2, and notwithstanding anything in the Bankruptcy Rules and the Local Bankruptcy Rules to the contrary, the Debtors are authorized to serve each Claimant with only a copy of the Objection (without its exhibits) and the Custom Notice and are excused from serving each Claimant with all of the exhibits to that Objection.

3.     The form of Custom Notice attached hereto as **Exhibit 1** is hereby approved.

4.     The Custom Notice shall be mailed to each Claimant at least 30 days prior to the relevant hearing.

5.     The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

6.     Notice of the Motion as provided therein shall be deemed good and sufficient and the requirements of the Local Bankruptcy Rules are satisfied by such notice.

7.     The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: December _____, 2014
         Wilmington, Delaware

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

2

RLF1 11242102v.1

**EXHIBIT 1**

**Form of Custom Notice**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### NOTICE OF DEBTORS' [ORDINAL]
### OMNIBUS ([SUBSTANTIVE/NON-SUBSTANTIVE])
### OBJECTION TO CLAIMS ([OBJECTION TYPE(S)]) PURSUANT
### TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES
### 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

| | | | |
|---|---|---|---|
| TO: | [NAME]<br>[STREET ADDRESS]<br>[CITY], [STATE] [ZIP]<br>[COUNTRY] | **Basis for Objection:** | [BASIS] |
| | | **Claim Number** | **Claim Amount** |
| | | **Claim(s) to be Expunged:** [####] | [####] |

On [date] the above-captioned debtors and debtors in possession (the "Debtors") filed the **Debtors' [Ordinal] Omnibus ([Substantive/Non-Substantive]) Objection to Claims ([Objection Type(s)]) Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1** (the "Objection")[2] a copy of which is attached hereto.

By the Objection, the Debtors seek to disallow the claim(s) listed as "Claim(s) to be Expunged" for the reason stated above and as further described in the Objection. Once disallowed, the "Claims to be Expunged" will be removed from the Claims Register.

Responses to the Objection, if any, must be in writing and filed on or before **[Date] at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of any such response upon the undersigned counsel to the Debtors listed so that the response is **actually received** on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **[DATE] AT [TIME] (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Objection.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

If you have questions about the Objection, please call 877-580-9765, free of charge.

Dated:  Dated:  [Date], [Year]
        Wilmington, Delaware

                                    _____

                                    **RICHARDS, LAYTON & FINGER, P.A.**
                                    Mark D. Collins (No. 2981)
                                    Daniel J. DeFranceschi (No. 2732)
                                    Jason M. Madron (No. 4431)
                                    920 North King Street
                                    Wilmington, Delaware 19801
                                    Telephone:    (302) 651-7700
                                    Facsimile:    (302) 651-7701
                                    Email:          collins@rlf.com
                                                  defranceschi@rlf.com
                                                  madron@rlf.com
                                    -and-

                                    **KIRKLAND & ELLIS LLP**
                                    **KIRKLAND & ELLIS INTERNATIONAL LLP**
                                    Edward O. Sassower, P.C. (admitted *pro hac vice*)
                                    Stephen E. Hessler (admitted *pro hac vice*)
                                    Brian E. Schartz (admitted *pro hac vice*)
                                    601 Lexington Avenue
                                    New York, New York 10022-4611
                                    Telephone:    (212) 446-4800
                                    Facsimile:    (212) 446-4900
                                    Email:          edward.sassower@kirkland.com
                                                    stephen.hessler@kirkland.com
                                                    brian.schartz@kirkland.com
                                    -and-

                                    James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
                                    Marc Kieselstein, P.C. (admitted *pro hac vice*)
                                    Chad J. Husnick (admitted *pro hac vice*)
                                    Steven N. Serajeddini (admitted *pro hac vice*)
                                    300 North LaSalle
                                    Chicago, Illinois 60654
                                    Telephone:    (312) 862-2000
                                    Facsimile:    (312) 862-2200
                                    Email:          james.sprayregen@kirkland.com
                                                    marc.kieselstein@kirkland.com
                                                    chad.husnick@kirkland.com
                                                    steven.serajeddini@kirkland.com

                                    Co-Counsel to the Debtors and Debtors in Possession

2