## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: D.I. 2849** |

## ORDER (A) WAIVING CERTAIN REQUIREMENTS OF BANKRUPTCY RULE 3007 AND LOCAL BANKRUPTCY RULES 3007-1 AND 3007-2 AND (B) APPROVING THE DEBTORS' FORM OF CUSTOM NOTICE

Upon the motion [D.I. 2849] (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order") granting a waiver of certain requirements of Bankruptcy Rule 3007 and Local Bankruptcy Rules 3007-1 and 3007-2, all as set forth in the Motion and the Kotarba Declaration; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this case and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having found that the Debtors provided appropriate notice of the Motion and the opportunity for a hearing on the Motion under the circumstances; and the Court having reviewed the Motion, the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

Kotarba Declaration, and having heard the statements in support of the relief requested therein at a hearing, if any, before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.    The Motion is granted as set forth herein.

2.    Pursuant to Bankruptcy Rules 1001 and 3007 and Local Bankruptcy Rules 1001-1, 3007-1 and 3007-2, and notwithstanding anything in the Bankruptcy Rules and the Local Bankruptcy Rules to the contrary, the Debtors are authorized to serve each Claimant with only a copy of the Objection (without its exhibits) and the Custom Notice and are excused from serving each Claimant with all of the exhibits to that Objection.

3.    The form of Custom Notice attached hereto as **Exhibit 1** is hereby approved.

4.    The Custom Notice shall be mailed to each Claimant at least 30 days prior to the relevant hearing.

5.    The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

6.    Notice of the Motion as provided therein shall be deemed good and sufficient and the requirements of the Local Bankruptcy Rules are satisfied by such notice.

7.    The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: December __10__, 2014
       Wilmington, Delaware

                                                  THE HONORABLE CHRISTOPHER S. SONTCHI
                                                  UNITED STATES BANKRUPTCY JUDGE

RLF1 11242102v.1