

RMS (an IQOR Company)
307 International Circle
Suite 270
Hunt Valley, MD 21030
Direct: 410 773 4089

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

**Phyllis A. Hayes**
**Paralegal – Bankruptcy Services**
**Email: Phyllis.Hayes@iqor.com**

FILED
2014 DEC 10 AM 10:45
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

December 9, 2014

Clerk
U.S. Bankruptcy Court
District of Delaware
One Bowling Green
New York, NY 10004

Response to Debtors' First Omnibus (Non-Substantive) Objection to Claims
In re: Energy Future Holdings Corp, *et al.* ("Debtors")
Case No. 14-10979 (CSS) (Chapter 11) (Jointly Administered)
Claimant – Allied Electronics, Inc., Claim Nos. 3312 & 3313 @ $2,006.55

Dear Clerk:

As agent for the creditor, Allied Electronics, Inc. ("Allied"), we would like to supply support documentation (attached) for the claims referenced above as shown on Exhibit 3 to Exhibit A of the claim objection. Further, it appears a delivery under claim #3313 in the amount of $59.03 was delivered post-petition and should be afforded a priority classification under §502(a)(2) of the bankruptcy code. Allied would be willing to stipulate to the change in the claim amount under claim #3313 as $692.80 general unsecured non-priority and $59.03 general unsecured priority.

In that regard, we ask that claims no. 3312 and 3313 be evaluated on their merits and allowed as general unsecured non-priority claims in the total amount of $1,947.52 and a general unsecured priority claim in the amount of $59.03.

Sincerely,

Phyllis A. Hayes
Receivable Management Services
Agent for Allied Electronics, Inc.

Enclosures

cc: via email

RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins, Esq: collins@rlf.com
Daniel J. DeFranceschi, Esq. defranceschi@rlf.com
Jason M. Madron, Esq. madron@rlf.com
Tyler D. Semmelman, Esq. semmelman@rlf.com

KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
Edward O. Sassower, P.C edward.sassower@kirkland.com
Stephen E. Hessler, Esq. stephen.hessler@kirkland.com
Brian E. Schartz, Esq. brian.schartz@kirkland.com
James H.M. Sprayregen, P.C. james.sprayregen@kirkland.com
Marc Kieselstein, P.C. marc.kieselstein@kirkland.com
Chad J. Husnick, Esq. chad.husnick@kirkland.com
Steven N. Serjeddini, Esq. steven.serajeddini@kirkland.com

12/9/2014

**ALLIED ELECTRONICS, INC.**
**STATEMENT OF ACCOUNT**
**FOR**
**EFH**
**Claim #3312**

| [Bill-To-Party] | [Ship-To-Party] | [Customer No.] | [Invoice No.] | [Order Date] | [Purchase Order No.] | Invoice Total | AMOUNT OWED | [Invoice Date] | Delivery Carrier | Delivery Tracking No. | Date of Receipt | Pre-Petition Balance Due | Post-Petition Balance Due [507(a)(2)] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EFH<br>1601 Bryan St.<br>Dallas, TX 75201-3430 | Luminant Generation Co.<br>Commanche Peak<br>6322 North RM 56<br>Glen Rose, TX 76043 | 10007425 | 9002682504 | 02/04/14 | S07987666S4 | $ 116.15 | $ 116.15 | 02/04/14 | FedEx | 076136173168810 | 02/05/14 | $ 116.15 | $ - |
| EFH<br>1601 Bryan St.<br>Dallas, TX 75201-3430 | Luminant Generation Co.<br>Commanche Peak<br>6322 North RM 56<br>Glen Rose, TX 76043 | 10007425 | 9002739512 | 02/19/14 | S07987666S4 | $ 116.15 | $ 116.15 | 02/19/14 | FedEx | 076136173236243 | 02/20/14 | $ 116.15 | $ - |
| EFH<br>1601 Bryan St.<br>Dallas, TX 75201-3430 | Luminant Generation Co.<br>Commanche Peak<br>6322 North RM 56<br>Glen Rose, TX 76043 | 10007425 | 9002395871 | 03/31/14 | S08009356S6 | $ 633.20 | $ 633.20 | 04/08/14 | FedEx | 573296636281 | 04/09/14 | $ 633.20 | $ - |
| EFH<br>1601 Bryan St.<br>Dallas, TX 75201-3430 | Luminant Generation Co.<br>Commanche Peak<br>6322 North RM 56<br>Glen Rose, TX 76043 | 10007425 | 9002946765 | 04/10/14 | S08013986S6 | $ 337.26 | $ 337.26 | 04/10/14 | FedEx | 07636173477394 | 04/11/14 | $ 337.26 | $ - |
| EFH<br>1601 Bryan St.<br>Dallas, TX 75201-3430 | Luminant Generation Co.<br>Commanche Peak<br>6322 North RM 56<br>Glen Rose, TX 76043 | 10007425 | 9002993666 | 04/23/14 | S08018856S6 | $ 1.68 | $ 1.68 | 04/23/14 | FedEx | 076136173533304 | 04/24/14 | $ 1.68 | |
| EFH<br>1601 Bryan St.<br>Dallas, TX 75201-3430 | Luminant Generation Co.<br>Commanche Peak<br>6322 North RM 56<br>Glen Rose, TX 76043 | 10007425 | 9003003148 | 04/23/14 | S08018856S6 | $ 50.28 | $ 50.28 | 04/25/14 | FedEx | 076136173547110 | 04/28/14 | $ 50.28 | |
| | | | | | TOTAL | $ 1,254.72 | $ 1,254.72 | | | | | $ 1,254.72 | $ - |

PREPARED BY RMS



Allied Electronics Inc.
7151 Jack Newell Blvd S
Fort Worth, TX 76118
Tel 817.595.3500
Fax 817.595.6464
www.alliedelec.com

# Invoice

**Bill-To-Party** 31002192
EFH
1601 BRYAN ST
DALLAS TX 75201-3430

**Ship-To-Party** 20042563
LUMINANT GENERATION CO
COMANCHE PEAK
6322 NORTH FM 56
GLEN ROSE TX 76043

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 9002682504 | Customer No. | 10007425 |
| Invoice Date | 02/04/2014 | Customer Contact | CARTER JONES |
| Delivery No. | 8002499342 | Accounting Clerk Name | Kari Underwood |
| Ref Sales Order No. | 2001288485 | Accounting Clerk Number | (817) 595-6425 |
| Ordered Date | 02/04/2014 | Shipped Via (Date) | FedEx Ground (02/04/2014) |
| Customer PO No. | S07987666S4 | Term of Payment | Net due in 30 days |

| ITEM | MFR. PART # | UNIT | QTY ORDERED | QTY SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 10 | HWS50-48/A | EA | 2 | 1 | 116.15 | 116.15 |

Material #: 70177057 Manufacturer: TDK LAMBDA
Description: PowerSupply;AC-DC;48V@1.1A;85-265V In;Enclosed;PanelMnt;PFC;HWS Series

**Remit-To**
Allied Electronics Inc.
Accts Receivable Dept.
P.O.Box 2325
Fort Worth, TX 76113-2325
Fax 817.595.6464
Fed ID# 75-2110357
DUNS# 61-473-3525
GSA# GS-06F-0029T
Invoice# 9002682504

| | |
|---|---|
| Products: | 116.15 |
| Sub-Total: | 116.15 |
| Tax: | 0.00 |
| Amount Due(USD) | 116.15 |

US

Terms and conditions may be found at www.alliedelec.com.

Partial payments are required when shipments are made against your purchase order.
PRIOR AUTHORIZATION IS REQUIRED BEFORE RETURNING MERCHANDISE.
TAXES ARE COMPUTED, WHERE APPLICABLE, ACCORDING TO FEDERAL, STATE AND LOCAL LAWS.

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6.7, and 12 of the Fair Labor Stds. Act as amended and of regulations and orders of the U.S. Dept. of Labor issued under Section 14 thereof. Allied is only acting as a distributor of products manufactured by other companies. Thus, Allied expressly limits its guarantees and warranties for products sold hereunder to those extended and allowed by the manufacturing company to be passed through to Allied's customers. There are no express or implied warranties which extend beyond the description on the face hereof. Allied disclaims and excludes from any sale of products herein, any implied warranties or merchantability, or of fitness or suitability for any particular purpose or use. All goods sold by Allied are purchased by the buyer "AS IS." Since Allied cannot control the manner or use of its products after their sale, Allied will not be responsible for any direct, consequential or indirect damages to the purchaser or any third party or ultimate user of the products. Allied will, at its option, either replace the goods sold or refund the purchase price should a product defect be

Track your package or shipment with FedEx Tracking

Detailed Results

076136173168810

Ship (P/U) date :
Tues 2/04/2014
Fort Worth, TX
US

Delivered
Signed for by: LSCHRODER
Actual delivery :
Wed 2/05/2014 1:21 pm
GLEN ROSE, TX
US

## Delivery Options

This shipment's delivery has been customized by the recipient. Login or Signup for delivery options to edit or cancel the settings.This shipment's delivery has been customized by the recipient. Signup for delivery options to edit or cancel the settings.This shipment's delivery has been customized by the recipient. Add this address to My Profile to edit or cancel the settings.Renew your enrollment to view details or edit this delivery option.
Let us tell you when your shipment arrives. Sign up for delivery notificationsTravel History

| Date/Time | Activity | Location |
|---|---|---|
| - | | |
| 2/05/2014 - Wednesday | | |
| 1:21 pm | Delivered | Glen Rose, TX |
| 5:15 am | On FedEx vehicle for delivery | FORT WORTH, TX |
| 5:11 am | At local FedEx facility | FORT WORTH, TX |
| 1:14 am | Arrived at FedEx location | FORT WORTH, TX |
| - | | |
| 2/04/2014 - Tuesday | | |
| 10:43 pm | Picked up | FORT WORTH, TX |
| 4:28 pm | Shipment information sent to FedEx | |

Local Scan Time Select

Shipment Facts

| | |
|---|---|
| Tracking number | 076136173168810 |
| Reference | 8002499342 |
| Dimensions | 10x10x5 in. |
| Purchase order number | S07987666S4 |
| Shipment ID | 076136173168810 |
| Service | FedEx Ground |
| Weight | 1.7 lbs |
| Total pieces | 1 |
| Invoice number | 133217479 |
| Packaging | Package |



Allied Electronics Inc.
7151 Jack Newell Blvd S
Fort Worth, TX 76118
Tel 817.595.3500
Fax 817.595.6464
www.alliedelec.com

# Invoice

**Bill-To-Party** 31002192
EFH
1601 BRYAN ST
DALLAS TX 75201-3430

**Ship-To-Party** 20042563
LUMINANT GENERATION CO
COMANCHE PEAK
6322 NORTH FM 56
GLEN ROSE TX 76043

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 9002739512 | Customer No. | 10007425 |
| Invoice Date | 02/19/2014 | Customer Contact | CARTER JONES |
| Delivery No. | 8002550989 | Accounting Clerk Name | Karl Underwood |
| Ref Sales Order No. | 2001288485 | Accounting Clerk Number | (817) 595-6425 |
| Ordered Date | 02/04/2014 | Shipped Via (Date) | FedEx Ground (02/19/2014) |
| Customer PO No. | S07987666S4 | Term of Payment | Net due in 30 days |

| ITEM | MFR. PART # | UNIT | QTY ORDERED | QTY SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 10 | HWS50-48/A | EA | 2 | 1 | 116.15 | 116.15 |

Material #: 70177057 Manufacturer: TDK LAMBDA
Description: PowerSupply;AC-DC;48V@1.1A;85-265V In;Enclosed;PanelMnt;PFC;HWS Series

**Remit-To**
Allied Electronics Inc.
Accts Receivable Dept.
P.O.Box 2325
Fort Worth, TX 76113-2325
Fax 817.595.6464
Fed ID# 75-2110357
DUNS# 61-473-3525
GSA# GS-06F-0029T
Invoice# 9002739512

| | |
|---|---|
| Products: | 116.15 |
| Sub-Total: | 116.15 |
| Tax: | 0.00 |
| Amount Due(USD) | 116.15 |

US

Terms and conditions may be found at www.alliedelec.com.

Partial payments are required when shipments are made against your purchase order.
PRIOR AUTHORIZATION IS REQUIRED BEFORE RETURNING MERCHANDISE.
TAXES ARE COMPUTED, WHERE APPLICABLE, ACCORDING TO FEDERAL, STATE AND LOCAL LAWS.

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6.7, and 12 of the Fair Labor Stds. Act as amended and of regulations and orders of the U.S. Dept. of Labor issued under Section 14 thereof. Allied is only acting as a distributor of products manufactured by other companies. Thus, Allied expressly limits its guarantees and warranties for products sold hereunder to those extended and allowed by the manufacturing company to be passed through to Allied's customers. There are no express or implied warranties which extend beyond the description on the face hereof. Allied disclaims and excludes from any sale of products herein, any implied warranties or merchantability, or of fitness or suitability for any particular purpose or use. All goods sold by Allied are purchased by the buyer "AS IS." Since Allied cannot control the manner or use of its products after their sale, Allied will not be responsible for any direct, consequential or indirect damages to the purchaser or any third party or ultimate user of the products. Allied will, at its option, either replace the goods sold or refund the purchase price should a product defect be

**Detailed Results**

076136173236243

Ship (P/U) date :
Wed 2/19/2014
Fort Worth, TX
US

Delivered
Signed for by: JSHIPMAN
Actual delivery :
Thur 2/20/2014 11:50 am
GLEN ROSE, TX
US

## Delivery Options

This shipment's delivery has been customized by the recipient. Login or Signup for delivery options to edit or cancel the settings.This shipment's delivery has been customized by the recipient. Signup for delivery options to edit or cancel the settings.This shipment's delivery has been customized by the recipient. Add this address to My Profile to edit or cancel the settings.Renew your enrollment to view details or edit this delivery option.
Let us tell you when your shipment arrives. Sign up for delivery notificationsTravel History

| Date/Time | Activity | Location |
|---|---|---|
| - | | |
| 2/20/2014 - Thursday | | |
| 11:50 am | Delivered | Tolar, TX |
| 7:16 am | On FedEx vehicle for delivery | FORT WORTH, TX |
| 7:12 am | At local FedEx facility | FORT WORTH, TX |
| 1:23 am | Arrived at FedEx location | FORT WORTH, TX |
| - | | |
| 2/19/2014 - Wednesday | | |
| 10:34 pm | Picked up | FORT WORTH, TX |
| 4:37 pm | Shipment information sent to FedEx | |

Local Scan Time Select

Shipment Facts

| | |
|---|---|
| Tracking number | 076136173236243 |
| Reference | 8002550989 |
| Dimensions | 10x10x5 in. |
| Purchase order number | S07987666S4 |
| Shipment ID | 076136173236243 |
| Service | FedEx Ground |
| Weight | 1.7 lbs |
| Total pieces | 1 |
| Invoice number | 133452540 |
| Packaging | Package |



Allied Electronics Inc.
7151 Jack Newell Blvd S
Fort Worth, TX 76118
Tel 817.595.3500
Fax 817.595.6464
www.alliedelec.com

# Invoice

**Bill-To-Party 31002192**
EFH
1601 BRYAN ST
DALLAS TX 75201-3430

**Ship-To-Party 20042563**
LUMINANT GENERATION CO
COMANCHE PEAK
6322 NORTH FM 56
GLEN ROSE TX 76043

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 9002935871 | Customer No. | 10007425 |
| Invoice Date | 04/08/2014 | Customer Contact | CARTER JONES |
| Delivery No. | 8002724913 | Accounting Clerk Name | Kari Underwood |
| Ref Sales Order No. | 2001385102 | Accounting Clerk Number | (817) 595-6425 |
| Ordered Date | 03/31/2014 | Shipped Via (Date) | FedEx Std Overn (04/08/2014) |
| Customer PO No. | S08009356S6 | Term of Payment | Net due in 30 days |

| ITEM | MFR. PART # | UNIT | QTY ORDERED | QTY SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 10 | 8501XTE1 | EA | 2 | 2 | 316.60 | 633.20 |

Material #: 70060140 Manufacturer: SQUARE D
Description: Relay, Pneumatic Timer Attachment, On Delay, 1-Phase, Type: X

**Remit-To**
Allied Electronics Inc.
Accts Receivable Dept.
P.O.Box 2325
Fort Worth, TX 76113-2325
Fax 817.595.6464
Fed ID# 75-2110357
DUNS# 61-473-3525
GSA# GS-06F-0029T
Invoice# 9002935871

| | |
|---|---|
| Products: | 633.20 |
| Sub-Total: | 633.20 |
| Tax: | 0.00 |
| Amount Due(USD) | 633.20 |

US

Terms and conditions may be found at www.alliedelec.com.

Partial payments are required when shipments are made against your purchase order.
PRIOR AUTHORIZATION IS REQUIRED BEFORE RETURNING MERCHANDISE.
TAXES ARE COMPUTED, WHERE APPLICABLE, ACCORDING TO FEDERAL, STATE AND LOCAL LAWS.

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6.7, and 12 of the Fair Labor Stds. Act as amended and of regulations and orders of the U.S. Dept. of Labor issued under Section 14 thereof. Allied is only acting as a distributor of products manufactured by other companies. Thus, Allied expressly limits its guarantees and warranties for products sold hereunder to those extended and allowed by the manufacturing company to be passed through to Allied's customers. There are no express or implied warranties which extend beyond the description on the face hereof. Allied disclaims and excludes from any sale of products herein, any implied warranties or merchantability, or of fitness or suitability for any particular purpose or use. All goods sold by Allied are purchased by the buyer "AS IS." Since Allied cannot control the manner or use of its products after their sale, Allied will not be responsible for any direct, consequential or indirect damages to the purchaser or any third party or ultimate user of the products. Allied will, at its option, either replace the goods sold or refund the purchase price should a product defect be

Track your package or shipment with FedEx Tracking

573296636281

Save tracking results

**Track a Shipment**

Help

Enter up to 30 FedEx tracking, door tag or FedEx Office order numbers(one per line).

Track

**My Shipments**

0
0
0

Track and save tracking results for your next visit to fedex.com

Ship (P/U) date :
Tues 4/08/2014 5:53 pm
Fort Worth, TX
US

Delivered
Signed for by: M.MCPHEARSON
Actual delivery :
Wed 4/09/2014 11:44 am
GLEN ROSE, TX
US

## Delivery Options

This shipment's delivery has been customized by the recipient. Login or Signup for delivery options to edit or cancel the settings.This shipment's delivery has been customized by the recipient. Signup for delivery options to edit or cancel the settings.This shipment's delivery has been customized by the recipient. Add this address to My Profile to edit or cancel the settings.Renew your enrollment to view details or edit this delivery option.

Travel History

| Date/Time | Activity | Location |
|---|---|---|
| - | | |
| 4/09/2014 - Wednesday | | |
| 11:44 am | Delivered | GLEN ROSE, TX |
| 8:06 am | On FedEx vehicle for delivery | FORT WORTH, TX |
| 6:49 am | At local FedEx facility | FORT WORTH, TX |
| 4:24 am | Departed FedEx location | FORT WORTH, TX |
| - | | |
| 4/08/2014 - Tuesday | | |
| 9:31 pm | Arrived at FedEx location | FORT WORTH, TX |
| 9:12 pm | Left FedEx origin facility | FORT WORTH, TX |
| 5:53 pm | Picked up | FORT WORTH, TX |
| 4:26 pm | Shipment information sent to FedEx | |

Local Scan Time Select

Shipment Facts

| | |
|---|---|
| Tracking number | 573296636281 |
| Weight | 3 lbs |
| Delivered To | Shipping/Receiving |
| Total shipment weight | 3 lbs / 1.36 kgs |
| Invoice number | 134222286 |
| Packaging | Your Packaging |
| Service | FedEx Standard Overnight |
| Dimensions | 11x11x6 in. |
| Total pieces | 1 |
| Purchase order number | S08009356S6 |
| Shipper reference | 8002724913 |
| Special handling section | Deliver Weekday |



ALLIED ELECTRONICS

Allied Electronics Inc.
7151 Jack Newell Blvd S
Fort Worth, TX 76118
Tel 817.595.3500
Fax 817.595.6464
www.alliedelec.com

Page 1 of 1

# Invoice

**Bill-To-Party** 31002192
EFH
1601 BRYAN ST
DALLAS TX 75201-3430

**Ship-To-Party** 20042563
LUMINANT GENERATION CO
COMANCHE PEAK
6322 NORTH FM 56
GLEN ROSE TX 76043

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 9002946765 | Customer No. | 10007425 |
| Invoice Date | 04/10/2014 | Customer Contact | MICHAL STRZELCZYK |
| Delivery No. | 8002734076 | Accounting Clerk Name | Kari Underwood |
| Ref Sales Order No. | 2001405101 | Accounting Clerk Number | (817) 595-6425 |
| Ordered Date | 04/10/2014 | Shipped Via (Date) | FedEx Ground (04/10/2014) |
| Customer PO No. | S08013986S6 | Term of Payment | Net due in 30 days |

| ITEM | MFR. PART # | UNIT | QTY ORDERED | QTY SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 10 | B-72-0 | EA | 66 | 66 | 5.11 | 337.26 |

Material #: 70198082 Manufacturer: POMONA FLUKE ELECTRONICS
Description: Patch Cord, Stack-Up Banana Plug Each End, 72 Inch, Black

**Remit-To**
Allied Electronics Inc.
Accts Receivable Dept.
P.O.Box 2325
Fort Worth, TX 76113-2325
Fax 817.595.6464
Fed ID# 75-2110357
DUNS# 61-473-3525
GSA# GS-06F-0029T
Invoice# 9002946765

| | |
|---|---|
| Products: | 337.26 |
| Sub-Total: | 337.26 |
| Tax: | 0.00 |
| Amount Due(USD) | 337.26 |

US

Terms and conditions may be found at www.alliedelec.com.

Partial payments are required when shipments are made against your purchase order.
PRIOR AUTHORIZATION IS REQUIRED BEFORE RETURNING MERCHANDISE.
TAXES ARE COMPUTED, WHERE APPLICABLE, ACCORDING TO FEDERAL, STATE AND LOCAL LAWS.

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6.7, and 12 of the Fair Labor Stds. Act as amended and of regulations and orders of the U.S. Dept. of Labor issued under Section 14 thereof. Allied is only acting as a distributor of products manufactured by other companies. Thus, Allied expressly limits its guarantees and warranties for products sold hereunder to those extended and allowed by the manufacturing company to be passed through to Allied's customers. There are no express or implied warranties which extend beyond the description on the face hereof. Allied disclaims and excludes from any sale of products herein, any implied warranties or merchantability, or of fitness or suitability for any particular purpose or use. All goods sold by Allied are purchased by the buyer "AS IS." Since Allied cannot control the manner or use of its products after their sale, Allied will not be responsible for any direct, consequential or indirect damages to the purchaser or any third party or ultimate user of the products. Allied will, at its option, either replace the goods sold or refund the purchase price should a product defect be

# Track your package or shipment with FedEx Tracking

076136173477394

Save tracking results

### Track a Shipment

Help

Enter up to 30 FedEx tracking, door tag or FedEx Office order numbers(one per line).

Track

**My Shipments**
0
0
0
Track and save tracking results for your next visit to fedex.com

Ship (P/U) date :
Thur 4/10/2014
Fort Worth, TX
US

Delivered
Signed for by: VFOLEY
Actual delivery :
Fri 4/11/2014 12:05 pm
GLEN ROSE, TX
US

### Delivery Options

This shipment's delivery has been customized by the recipient. Login or Signup for delivery options to edit or cancel the settings.This shipment's delivery has been customized by the recipient. Signup for delivery options to edit or cancel the settings.This shipment's delivery has been customized by the recipient. Add this address to My Profile to edit or cancel the settings.Renew your enrollment to view details or edit this delivery option.

Travel History

| Date/Time | Activity | Location |
|---|---|---|
| - | | |
| 4/11/2014 - Friday | | |
| 12:05 pm | Delivered | Tolar, TX |
| 5:26 am | On FedEx vehicle for delivery | FORT WORTH, TX |
| 5:23 am | At local FedEx facility | FORT WORTH, TX |
| 12:13 am | Arrived at FedEx location | FORT WORTH, TX |
| - | | |
| 4/10/2014 - Thursday | | |
| 10:29 pm | Picked up | FORT WORTH, TX |
| 6:44 pm | Shipment information sent to FedEx | |

Local Scan Time Select

Shipment Facts

| | |
|---|---|
| Tracking number | 076136173477394 |
| Reference | 8002734076 |
| Dimensions | 15x14x8 in. |
| Purchase order number | S08013986S6 |
| Shipment ID | 076136173477394 |
| Service | FedEx Ground |
| Weight | 9 lbs |
| Total pieces | 1 |
| Invoice number | 134270249 |
| Packaging | Package |


ALLIED ELECTRONICS

Allied Electronics Inc.
7151 Jack Newell Blvd S
Fort Worth, TX 76118
Tel 817.595.3500
Fax 817.595.6464
www.alliedelec.com

Page 1 of 1

# Invoice

**Bill-To-Party** 31002192
EFH
1601 BRYAN ST
DALLAS TX 75201-3430

**Ship-To-Party** 20042563
LUMINANT GENERATION CO
COMANCHE PEAK
6322 NORTH FM 56
GLEN ROSE TX 76043

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 9002992666 | Customer No. | 10007425 |
| Invoice Date | 04/23/2014 | Customer Contact | CARTER JONES |
| Delivery No. | 8002776942 | Accounting Clerk Name | Kari Underwood |
| Ref Sales Order No. | 2001426194 | Accounting Clerk Number | (817) 595-6425 |
| Ordered Date | 04/23/2014 | Shipped Via (Date) | FedEx Ground (04/23/2014) |
| Customer PO No. | S08018856S6 | Term of Payment | Net due in 30 days |

| ITEM | MFR. PART # | UNIT | QTY ORDERED | QTY SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 40 | 0287001.PXCN | EA | 12 | 12 | 0.14 | 1.68 |

Material #: 70241921 Manufacturer: LITTELFUSE
Description: Fuse, Fast Acting, 1 A, 32V

**Remit-To**
Allied Electronics Inc.
Accts Receivable Dept.
P.O.Box 2325
Fort Worth, TX 76113-2325
Fax 817.595.6464
Fed ID# 75-2110357
DUNS# 61-473-3525
GSA# GS-06F-0029T
Invoice# 9002992666

| | |
|---|---|
| Products: | 1.68 |
| Sub-Total: | 1.68 |
| Tax: | 0.00 |
| Amount Due(USD) | 1.68 |

US

Terms and conditions may be found at www.alliedelec.com.

Partial payments are required when shipments are made against your purchase order.
PRIOR AUTHORIZATION IS REQUIRED BEFORE RETURNING MERCHANDISE.
TAXES ARE COMPUTED, WHERE APPLICABLE, ACCORDING TO FEDERAL, STATE AND LOCAL LAWS.

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6,7, and 12 of the Fair Labor Stds. Act as amended and of regulations and orders of the U.S. Dept. of Labor issued under Section 14 thereof. Allied is only acting as a distributor of products manufactured by other companies. Thus, Allied expressly limits its guarantees and warranties for products sold hereunder to those extended and allowed by the manufacturing company to be passed through to Allied's customers. There are no express or implied warranties which extend beyond the description on the face hereof. Allied disclaims and excludes from any sale of products herein, any implied warranties or merchantability, or of fitness or suitability for any particular purpose or use. All goods sold by Allied are purchased by the buyer "AS IS." Since Allied cannot control the manner or use of its products after their sale, Allied will not be responsible for any direct, consequential or indirect damages to the purchaser or any third party or ultimate user of the products. Allied will, at its option, either replace the goods sold or refund the purchase price should a product defect be

Track your package or shipment with FedEx Tracking

076136173533304

☐ Save tracking results

**Track a Shipment**

Help

Enter up to 30 FedEx tracking, door tag or FedEx Office order numbers(one per line).

Track

**My Shipments**
0
0
0
Track and save tracking results for your next visit to fedex.com

Ship (P/U) date :
Wed 4/23/2014
Fort Worth, TX
US

Delivered
Signed for by: MMCPHERSON
Actual delivery :
Thur 4/24/2014 12:34 pm
GLEN ROSE, TX
US

## Delivery Options

This shipment's delivery has been customized by the recipient. Login or Signup for delivery options to edit or cancel the settings.This shipment's delivery has been customized by the recipient. Signup for delivery options to edit or cancel the settings.This shipment's delivery has been customized by the recipient. Add this address to My Profile to edit or cancel the settings.Renew your enrollment to view details or edit this delivery option.

Travel History

| Date/Time | Activity | Location |
|---|---|---|
| - | | |
| 4/24/2014 - Thursday | | |
| 12:34 pm | Delivered | Glen Rose, TX |
| 7:45 am | On FedEx vehicle for delivery | FORT WORTH, TX |
| 7:38 am | At local FedEx facility | FORT WORTH, TX |
| 2:45 am | Arrived at FedEx location | FORT WORTH, TX |
| - | | |
| 4/23/2014 - Wednesday | | |
| 10:36 pm | Picked up | FORT WORTH, TX |
| 2:14 pm | Shipment information sent to FedEx | |

Local Scan Time | Select

Shipment Facts

| | |
|---|---|
| Tracking number | 076136173533304 |
| Reference | 8002776942 |
| Total pieces | 1 |
| Invoice number | 134456417 |
| Packaging | Package |
| Service | FedEx Ground |
| Weight | 0.3 lbs |
| Purchase order number | S08018856S6 |
| Shipment ID | 076136173533304 |



ALLIED ELECTRONICS

Allied Electronics Inc.
7151 Jack Newell Blvd S
Fort Worth, TX 76118
Tel 817.595.3500
Fax 817.595.6464
www.alliedelec.com

# Invoice

**Bill-To-Party** 31002192
EFH
1601 BRYAN ST
DALLAS TX 75201-3430

**Ship-To-Party** 20042563
LUMINANT GENERATION CO
COMANCHE PEAK
6322 NORTH FM 56
GLEN ROSE TX 76043

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 9003003148 | Customer No. | 10007425 |
| Invoice Date | 04/25/2014 | Customer Contact | CARTER JONES |
| Delivery No. | 8002788125 | Accounting Clerk Name | Kari Underwood |
| Ref Sales Order No. | 2001426194 | Accounting Clerk Number | (817) 595-6425 |
| Ordered Date | 04/23/2014 | Shipped Via (Date) | FedEx Ground (04/25/2014) |
| Customer PO No. | S08018856S6 | Term of Payment | Net due in 30 days |

| ITEM | MFR. PART # | UNIT | QTY ORDERED | QTY SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| ~~20~~ | ~~0477008.MXP~~ | ~~EA~~ | ~~12~~ | ~~12~~ | ~~2.25~~ | ~~27.00~~ |
| | Material #: G1004920 | | Manufacturer: LITTELFUSE | | | |
| | Description: 0477008.MXP | | | | | |
| 30 | 0477005.MXP.. | EA | 12 | 12 | 1.94 | 23.28 |
| | Material #: G1004920 | | Manufacturer: LITTELFUSE | | | |
| | Description: 0477005.MXP.. | | | | | |

**Remit-To**
Allied Electronics Inc.
Accts Receivable Dept.
P.O.Box 2325
Fort Worth, TX 76113-2325
Fax 817.595.6464
Fed ID# 75-2110357
DUNS# 61-473-3525
GSA# GS-06F-0029T
Invoice# 9003003148

| | |
|---|---|
| Products: | 50.28 |
| Sub-Total: | 50.28 |
| Tax: | 0.00 |
| Amount Due(USD) | 50.28 |

US

Terms and conditions may be found at www.alliedelec.com.

Partial payments are required when shipments are made against your purchase order.
PRIOR AUTHORIZATION IS REQUIRED BEFORE RETURNING MERCHANDISE.
TAXES ARE COMPUTED, WHERE APPLICABLE, ACCORDING TO FEDERAL, STATE AND LOCAL LAWS.

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6.7, and 12 of the Fair Labor Stds. Act as amended and of regulations and orders of the U.S. Dept. of Labor issued under Section 14 thereof. Allied is only acting as a distributor of products manufactured by other companies. Thus, Allied expressly limits its guarantees and warranties for products sold hereunder to those extended and allowed by the manufacturing company to be passed through to Allied's customers. There are no express or implied warranties which extend beyond the description on the face hereof. Allied disclaims and excludes from any sale of products herein, any implied warranties or merchantability, or of fitness or suitability for any particular purpose or use. All goods sold by Allied are purchased by the buyer "AS IS." Since Allied cannot control the manner or use of its products after their sale, Allied will not be responsible for any direct, consequential or indirect damages to the purchaser or any third party or ultimate user of the products. Allied will, at its option, either replace the goods sold or refund the purchase price should a product defect be

076136173547110

Save tracking results

**Track a Shipment**

Help

Enter up to 30 FedEx tracking, door tag or FedEx Office order numbers(one per line).

Track

**My Shipments**
0
0
0
Track and save tracking results for your next visit to fedex.com

Ship (P/U) date :
Fri 4/25/2014
Fort Worth, TX
US

Delivered
Signed for by: CMICHEALS
Actual delivery :
Mon 4/28/2014 11:02 am
GLEN ROSE, TX
US

**Delivery Options**

This shipment's delivery has been customized by the recipient. Login or Signup for delivery options to edit or cancel the settings.This shipment's delivery has been customized by the recipient. Signup for delivery options to edit or cancel the settings.This shipment's delivery has been customized by the recipient. Add this address to My Profile to edit or cancel the settings.Renew your enrollment to view details or edit this delivery option.

Travel History

| Date/Time | Activity | Location |
|---|---|---|
| - | | |
| 4/28/2014 - Monday | | |
| 11:02 am | Delivered | Tolar, TX |
| - | | |
| 4/26/2014 - Saturday | | |
| 5:15 am | On FedEx vehicle for delivery | FORT WORTH, TX |
| 4:34 am | At local FedEx facility | FORT WORTH, TX |
| - | | |
| 4/25/2014 - Friday | | |
| 9:45 pm | Arrived at FedEx location | FORT WORTH, TX |
| 7:06 pm | Picked up | FORT WORTH, TX |
| 5:29 pm | Shipment information sent to FedEx | |

Local Scan Time Select

Shipment Facts

| | |
|---|---|
| Tracking number | 076136173547110 |
| Reference | 8002788125 |
| Total pieces | 1 |
| Invoice number | 134504644 |
| Packaging | Package |
| Service | FedEx Ground |
| Weight | 0.3 lbs |
| Purchase order number | S08018856S6 |
| Shipment ID | 076136173547110 |

12/9/2014

**ALLIED ELECTRONICS, INC.**
**STATEMENT OF ACCOUNT**
**FOR**
**EFH CORPORATE SERVICES COMPANY**
**Claim #3313**

| [Bill-To-Party] | [Ship-To-Party] | [Customer No.] | [Invoice No.] | [Order Date] | [Purchase Order No.] | Invoice Total | AMOUNT OWED | [Invoice Date] | Delivery Carrier | Delivery Tracking No. | Date of Receipt | Pre-Petition Balance Due | Post-Petition Balance Due [507(a)(2)] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EFH Corporate Services<br>Luminant Mining Co. - LGI<br>POB 20<br>Dallas, TX 75221 | MonticelloPlant<br>9 Miles SW<br>1572 Monticello Pl Rd<br>Mount Pleasant, TX 75455 | 10093416 | 9002831266 | 02/26/14 | 14824 | $ 544.77 | $ 544.77 | 02/26/14 | UPS | 1Z7539010301672920<br>1Z7539010301672939 | 03/17/14 | $ 544.77 | |
| EFH Corporate Services<br>Accts Payable<br>POB 20<br>Dallas, TX 75221 | Luminant<br>3177 Hwy 163 South<br>Morgan Creek Plant<br>Colorado City, TX 79512 | 10065058 | 9002841597 | 03/17/14 | 108823 | $ 31.93 | $ 31.93 | 03/17/14 | UPS | 1Z7539010301742792 | 03/18/14 | $ 31.93 | $ - |
| EFH Corporate Services<br>Accts Payable<br>POB 20<br>Dallas, TX 75221 | Luminant Generation Co.<br>Martin Lake Plant<br>8850 FM 2658 N<br>Tatum, TX 75691 | 10065058 | 9002863075 | 03/21/14 | 111244 | $ 116.10 | $ 116.10 | 03/21/14 | FedEx | 573296616511 | 03/24/14 | $ 116.10 | |
| EFH Corporate Services<br>Luminant Mining Co. - LGI<br>POB 20<br>Dallas, TX 75221 | Luminant Generation Co.<br>Martin Lake Plant<br>8850 FM 2658 N<br>Tatum, TX 75691 | 10093416 | 9003017067 | 04/29/14 | 120654 | $ 59.03 | $ 59.03 | 04/29/14 | UPS | 1Z7539010302994947 | 04/30/14 | | $ 59.03 |
| | | | | | TOTAL | $ 751.83 | $ 751.83 | | | | | $ 692.80 | $ 59.03 |

PREPARED BY RMS


ALLIED ELECTRONICS®

Allied Electronics Inc.
7151 Jack Newell Blvd S
Fort Worth, TX 76118
Tel 817.595.3500
Fax 817.595.6464
www.alliedelec.com

# Invoice

**Bill-To-Party 10093416**
EFH CORPORATE SERVICES
LUMINANT MINING CO - ELGI
P O BOX 20
DALLAS TX 75221

**Ship-To-Party 10093416**
Monticello Plant
9 Miles SW, 1572 Monticello Pl Rd.
Mount Pleasant TX 75455

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 9002831266 | Customer No. | 10093416 |
| Invoice Date | 03/13/2014 | Customer Contact | Adam Kuczko |
| Delivery No. | 8002632144 | Accounting Clerk Name | Kari Underwood |
| Ref Sales Order No. | 2001329262 | Accounting Clerk Number | (817) 595-6425 |
| Ordered Date | 02/26/2014 | Shipped Via (Date) | UPS Ground (03/13/2014) |
| Customer PO No. | 14824 | Term of Payment | Net due in 30 days |

| ITEM | MFR. PART # | UNIT | QTY ORDERED | QTY SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 10 | NP12-12 | EA | 10 | 10 | 50.21 | 502.10 |

Material #: 70111504 Manufacturer: ENERSYS
Description: Battery; Lead-Acid; 12; 12 V; 151 mm L x 98 mm W x 97.5 mm H; 4.05

**Remit-To**
Allied Electronics Inc.
Accts Receivable Dept.
P.O.Box 2325
Fort Worth, TX 76113-2325
Fax 817.595.6464
Fed ID# 75-2110357
DUNS# 61-473-3525
GSA# GS-06F-0029T
Invoice# 9002831266

| | |
|---|---|
| Products: | 502.10 |
| Freight: | 42.67 |
| Sub-Total: | 544.77 |
| Tax: | 0.00 |
| Amount Due(USD) | 544.77 |

US

Terms and conditions may be found at www.alliedelec.com.

Partial payments are required when shipments are made against your purchase order.
PRIOR AUTHORIZATION IS REQUIRED BEFORE RETURNING MERCHANDISE.
TAXES ARE COMPUTED, WHERE APPLICABLE, ACCORDING TO FEDERAL, STATE AND LOCAL LAWS.

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6.7, and 12 of the Fair Labor Stds. Act as amended and of regulations and orders of the U.S. Dept. of Labor issued under Section 14 thereof. Allied is only acting as a distributor of products manufactured by other companies. Thus, Allied expressly limits its guarantees and warranties for products sold hereunder to those extended and allowed by the manufacturing company to be passed through to Allied's customers. There are no express or implied warranties which extend beyond the description on the face hereof. Allied disclaims and excludes from any sale of products herein, any implied warranties or merchantability, or of fitness or suitability for any particular purpose or use. All goods sold by Allied are purchased by the buyer "AS IS." Since Allied cannot control the manner or use of its products after their sale, Allied will not be responsible for any direct, consequential or indirect damages to the purchaser or any third party or ultimate user of the products. Allied will, at its option, either replace the goods sold or refund the purchase price should a product defect be

United States

New User | Log-In | Contact UPS | The UPS Store Search Sub

My UPS Shipping Tracking Freight Locations Support UPS Solutions

Tracking Number Track Log-In for additional tracking details. Other Tracking Options

## Tracking

Print Help

### Tracking Summary

Select a tracking number to see the full tracking detail.

1Z7539010301672920

Multiple Packages: 2 Show All INVOICE 9002831266

**Delivered**

**Delivered On:**
Monday, 03/17/2014 at 10:42 A.M.

Request Status Updates »

**Left At:**
Front Desk

**Signed By:**
ESTRADA

Proof of Delivery

**Shipping Information**

**To:**
MOUNT PLEASANT, TX, US

**Shipped By**

UPS Ground

1Z7539010301672939

Multiple Packages: 2 Show All INVOICE 9002831266

**Delivered**

**Delivered On:**
Monday, 03/17/2014 at 10:42 A.M.

Request Status Updates »

**Left At:**
Front Desk

**Signed By:**
ESTRADA

Proof of Delivery

**Shipping Information**

**To:**
MOUNT PLEASANT, TX, US

**Shipped By**

UPS Ground

1Z7539010302994947

**Delivered**

**Delivered On:**
Wednesday, 04/30/2014 at 10:01 A.M.

Request Status Updates »

**Left At:**
Office

**Signed By:**
SANDERS

Proof of Delivery

**Shipping Information**

**To:**
TATUM, TX, US

**Shipped By**

UPS Ground

Tracking results provided by UPS: 05/30/2014 11:35 A.M. Eastern Time



Allied Electronics Inc.
7151 Jack Newell Blvd S
Fort Worth, TX 76118
Tel 817.595.3500
Fax 817.595.6464
www.alliedelec.com

# Invoice

| Bill-To-Party 31013929 |
|---|
| EFH CORPORATE SERVICES |
| ACCOUNTS PAYABLE |
| PO BOX 20 |
| DALLAS TX 75221-0020 |

| Ship-To-Party 10065058 |
|---|
| Luminant |
| 3177 Hwy 163 South |
| Morgan Creek Plant |
| Colorado City TX 79512 |

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 9002841597 | Customer No. | 10065058 |
| Invoice Date | 03/17/2014 | Customer Contact | KATARZYNA METZGIER |
| Delivery No. | 8002646379 | Accounting Clerk Name | Kari Underwood |
| Ref Sales Order No. | 2001361967 | Accounting Clerk Number | (817) 595-6425 |
| Ordered Date | 03/17/2014 | Shipped Via (Date) | UPS Ground (03/17/2014) |
| Customer PO No. | 108823 | Term of Payment | Net due in 30 days |

| ITEM | MFR. PART # | UNIT | QTY ORDERED | QTY SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 10 | KBPC3510 | EA | 6 | 6 | 3.84 | 23.04 |

Material #: 70016007 Manufacturer: HVCA

Description: Bridge Rectifier; 1000V; 400A; 700V; 35A

**Remit-To**
Allied Electronics Inc.
Accts Receivable Dept.
P.O.Box 2325
Fort Worth, TX 76113-2325
Fax 817.595.6464
Fed ID# 75-2110357
DUNS# 61-473-3525
GSA# GS-06F-0029T
Invoice# 9002841597

| | |
|---|---|
| Products: | 23.04 |
| Freight: | 8.89 |
| Sub-Total: | 31.93 |
| Tax: | 0.00 |
| Amount Due(USD) | 31.93 |

US

Terms and conditions may be found at www.alliedelec.com.

Partial payments are required when shipments are made against your purchase order.
PRIOR AUTHORIZATION IS REQUIRED BEFORE RETURNING MERCHANDISE.
TAXES ARE COMPUTED, WHERE APPLICABLE, ACCORDING TO FEDERAL, STATE AND LOCAL LAWS.

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6.7, and 12 of the Fair Labor Stds. Act as amended and of regulations and orders of the U.S. Dept. of Labor issued under Section 14 thereof. Allied is only acting as a distributor of products manufactured by other companies. Thus, Allied expressly limits its guarantees and warranties for products sold hereunder to those extended and allowed by the manufacturing company to be passed through to Allied's customers. There are no express or implied warranties which extend beyond the description on the face hereof. Allied disclaims and excludes from any sale of products herein, any implied warranties or merchantability, or of fitness or suitability for any particular purpose or use. All goods sold by Allied are purchased by the buyer "AS IS." Since Allied cannot control the manner or use of its products after their sale, Allied will not be responsible for any direct, consequential or indirect damages to the purchaser or any third party or ultimate user of the products. Allied will, at its option, either replace the goods sold or refund the purchase price should a product defect be

United States
New User | Log-In | Contact UPS | The UPS Store | Search
My UPS Shipping Tracking Freight Locations Support UPS Solutions
Tracking Number Track
Log-In for additional tracking details.
Other Tracking Options
Share Print Help
Tracking Detail
Updated: 05/30/2014 10:44 A.M. Eastern Time
1Z7539010301742792
INVOICE 9002841597
Delivered
Delivered On:
Tuesday, 03/18/2014 at 12:08 P.M.
Left At:
Front Door
Proof of Delivery
Request Status Updates »
Shipping Information
To:
COLORADO CITY, TX, US
Shipped By
UPS Ground
What time will your package be delivered to your home? Get FREE approximate Delivery Windows on most UPS packages.
Continue
I am already a UPS My Choice Member
FIND OUT WHEN I'LL BE DELIVERED
Additional Information
Shipped/Billed On: 03/17/2014
Type: Package
Weight: 0.50 lb
Shipment Progress
What's This?

Subscribe to UPS E-mail: Enter e-mail address Sign Up » View Examples

Site Feedback

Contact UPS
Browse Online Support
E-mail UPS
Live Chat
Call Customer Service

Support
Get Started
Register
Open a Shipping Account
Change Your Delivery

Solutions for:
Healthcare
Small Business
High Tech
More...

Other UPS Sites:
Select a website

Follow us:

WE ♡ LOGISTICS

Home About UPS Site Guide Investors Careers Pressroom UPS Global UPS Mobile UPS Blog

Service Terms and Conditions Website Terms of Use Privacy Notice Your California Privacy Rights Protect Against Fraud

Copyright © 1994-2014 United Parcel Service of America, Inc. All rights reserved.



Allied Electronics Inc.
7151 Jack Newell Blvd S
Fort Worth, TX 76118
Tel 817.595.3500
Fax 817.595.6464
www.alliedelec.com

Page 1 of 1

# Invoice

**Bill-To-Party 31013929**
EFH CORPORATE SERVICES
ACCOUNTS PAYABLE
PO BOX 20
DALLAS TX 75221-0020

**Ship-To-Party 20023157**
LUMINANT GENERATION CO
MARTIN LAKE PLANT
8850 FM 2658 N
TATUM TX 75691-3401

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 9002863075 | Customer No. | 10065058 |
| Invoice Date | 03/21/2014 | Customer Contact | ANGIESZKA WADOLOSKA |
| Delivery No. | 8002665811 | Accounting Clerk Name | Kari Underwood |
| Ref Sales Order No. | 2001371883 | Accounting Clerk Number | (817) 595-6425 |
| Ordered Date | 03/21/2014 | Shipped Via (Date) | FedEx Priority (03/21/2014) |
| Customer PO No. | 111244 | Term of Payment | Net due in 30 days |

| ITEM | MFR. PART # | UNIT | QTY ORDERED | QTY SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 10 | KUP-11D15-110 | EA | 10 | 10 | 11.61 | 116.10 |

Material #: 70199229 Manufacturer: TYCO ELECTRONICS/P&B
Description: Relay;E-Mech;Gen Purp;DPDT;Cur-Rtg 10A;Ctrl-V 110DC;Vol-Rtg 240/28AC/DC;9 Pin

**Remit-To**
Allied Electronics Inc.
Accts Receivable Dept.
P.O.Box 2325
Fort Worth, TX 76113-2325
Fax 817.595.6464
Fed ID# 75-2110357
DUNS# 61-473-3525
GSA# GS-06F-0029T
Invoice# 9002863075

| | |
|---|---|
| Products: | 116.10 |
| Sub-Total: | 116.10 |
| Tax: | 0.00 |
| Amount Due(USD) | 116.10 |

US

Terms and conditions may be found at www.alliedelec.com.

Partial payments are required when shipments are made against your purchase order.
PRIOR AUTHORIZATION IS REQUIRED BEFORE RETURNING MERCHANDISE.
TAXES ARE COMPUTED, WHERE APPLICABLE, ACCORDING TO FEDERAL, STATE AND LOCAL LAWS.

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6.7, and 12 of the Fair Labor Stds. Act as amended and of regulations and orders of the U.S. Dept. of Labor issued under Section 14 thereof. Allied is only acting as a distributor of products manufactured by other companies. Thus, Allied expressly limits its guarantees and warranties for products sold hereunder to those extended and allowed by the manufacturing company to be passed through to Allied's customers. There are no express or implied warranties which extend beyond the description on the face hereof. Allied disclaims and excludes from any sale of products herein, any implied warranties or merchantability, or of fitness or suitability for any particular purpose or use. All goods sold by Allied are purchased by the buyer "AS IS." Since Allied cannot control the manner or use of its products after their sale, Allied will not be responsible for any direct, consequential or indirect damages to the purchaser or any third party or ultimate user of the products. Allied will, at its option, either replace the goods sold or refund the purchase price should a product defect be

Track your package or shipment with FedEx Tracking

573296616511

Save tracking results

**Track a Shipment**

Help

Enter up to 30 FedEx tracking, door tag or FedEx Office order numbers(one per line).

Track

**My Shipments**
0
0
0
Track and save tracking results for your next visit to fedex.com

Ship (P/U) date :
Fri 3/21/2014 5:41 pm
Fort Worth, TX
US

Delivered
Signed for by: J.LELONG
Actual delivery :
Mon 3/24/2014 9:10 am
TATUM, TX
US

INVOICE 9002863075

## Delivery Options

This shipment's delivery has been customized by the recipient. Login or Signup for delivery options to edit or cancel the settings.This shipment's delivery has been customized by the recipient. Signup for delivery options to edit or cancel the settings.This shipment's delivery has been customized by the recipient. Add this address to My Profile to edit or cancel the settings.Renew your enrollment to view details or edit this delivery option.

Travel History

| Date/Time | Activity | Location |
|---|---|---|
| 3/24/2014 - Monday | | |
| 9:10 am | Delivered | TATUM, TX |
| 8:01 am | On FedEx vehicle for delivery | LONGVIEW, TX |
| 3/22/2014 - Saturday | | |
| 2:45 pm | Departed FedEx location | FORT WORTH, TX |
| 3/21/2014 - Friday | | |
| 10:08 pm | Arrived at FedEx location | FORT WORTH, TX |
| 9:48 pm | Left FedEx origin facility | FORT WORTH, TX |
| 5:41 pm | Picked up | FORT WORTH, TX |
| 5:29 pm | Shipment information sent to FedEx | |

Local Scan Time Select

Shipment Facts

| | |
|---|---|
| Tracking number | 573296616511 |
| Weight | 3 lbs |
| Delivered To | Shipping/Receiving |
| Total shipment weight | 3 lbs / 1.36 kgs |
| Invoice number | 133950907 |
| Packaging | Your Packaging |
| Service | FedEx Priority Overnight |
| Dimensions | 9x9x6 in. |
| Total pieces | 1 |
| Purchase order number | 111244 |
| Shipper reference | 8002665811 |
| Special handling section | Deliver Weekday |



ALLIED ELECTRONICS

Allied Electronics Inc.
7151 Jack Newell Blvd S
Fort Worth, TX 76118
Tel 817.595.3500
Fax 817.595.6464
www.alliedelec.com

# Invoice

| Bill-To-Party 10093416 | Ship-To-Party 10093416 |
|---|---|
| EFH CORPORATE SERVICES | MARTIN LAKE PLANT |
| LUMINANT MINING CO - ELGI | 8850 FM 2658 N |
| P O BOX 20 | TATUM TX 75691 |
| DALLAS TX 75221 | |

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 9003017067 | Customer No. | 10093416 |
| Invoice Date | 04/29/2014 | Customer Contact | ANDRZEJ WIERZBICKI |
| Delivery No. | 8002799222 | Accounting Clerk Name | Karl Underwood |
| Ref Sales Order No. | 2001437372 | Accounting Clerk Number | (817) 595-6425 |
| Ordered Date | 04/29/2014 | Shipped Via (Date) | UPS Ground (04/29/2014) |
| Customer PO No. | 120654 | Term of Payment | Net due in 30 days |

| ITEM | MFR. PART # | UNIT | QTY ORDERED | QTY SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 10 | 202100 | EA | 25 | 25 | 1.98 | 49.50 |

Material #: 70031735 Manufacturer: AMPHENOL CONNEX
Description: Coaxial/RF;Cap-w/Chain;BNC;Protective;Male;Brass;forJacksandRecep;Straight

**Remit-To**
Allied Electronics Inc.
Accts Receivable Dept.
P.O.Box 2325
Fort Worth, TX 76113-2325
Fax 817.595.6464
Fed ID# 75-2110357
DUNS# 61-473-3525
GSA# GS-06F-0029T
Invoice# 9003017067

| | |
|---|---|
| Products: | 49.50 |
| Freight: | 9.53 |
| Sub-Total: | 59.03 |
| Tax: | 0.00 |
| Amount Due(USD) | 59.03 |

US

Terms and conditions may be found at www.alliedelec.com.

Partial payments are required when shipments are made against your purchase order.
PRIOR AUTHORIZATION IS REQUIRED BEFORE RETURNING MERCHANDISE.
TAXES ARE COMPUTED, WHERE APPLICABLE, ACCORDING TO FEDERAL, STATE AND LOCAL LAWS.

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6.7, and 12 of the Fair Labor Stds. Act as amended and of regulations and orders of the U.S. Dept. of Labor issued under Section 14 thereof. Allied is only acting as a distributor of products manufactured by other companies. Thus, Allied expressly limits its guarantees and warranties for products sold hereunder to those extended and allowed by the manufacturing company to be passed through to Allied's customers. There are no express or implied warranties which extend beyond the description on the face hereof. Allied disclaims and excludes from any sale of products herein, any implied warranties or merchantability, or of fitness or suitability for any particular purpose or use. All goods sold by Allied are purchased by the buyer "AS IS." Since Allied cannot control the manner or use of its products after their sale, Allied will not be responsible for any direct, consequential or indirect damages to the purchaser or any third party or ultimate user of the products. Allied will, at its option, either replace the goods sold or refund the purchase price should a product defect be

United States

New User | Log-In | Contact UPS | The UPS Store Search Sut

My UPS Shipping Tracking Freight Locations Support UPS Solutions

Tracking Number Track Log-In for additional tracking details. Other Tracking Options

## Tracking

Print Help

### Tracking Summary

Select a tracking number to see the full tracking detail.

1Z7539010301672920

**Multiple Packages:** 2 Show All

**Delivered**

**Delivered On:**
Monday, 03/17/2014 at 10:42 A.M.

**Left At:**
Front Desk

**Signed By:**
ESTRADA

Proof of Delivery

Request Status Updates »

**Shipping Information**

**To:**
**MOUNT PLEASANT, TX, US**

**Shipped By**

UPS Ground

1Z7539010301672939

**Multiple Packages:** 2 Show All

**Delivered**

**Delivered On:**
Monday, 03/17/2014 at 10:42 A.M.

**Left At:**
Front Desk

**Signed By:**
ESTRADA

Proof of Delivery

Request Status Updates »

**Shipping Information**

**To:**
**MOUNT PLEASANT, TX, US**

**Shipped By**

UPS Ground

1Z7539010302994947 INVOICE 900301706?

**Delivered**

**Delivered On:**
Wednesday, 04/30/2014 at 10:01 A.M.

**Left At:**
Office

**Signed By:**
SANDERS

Proof of Delivery

Request Status Updates »

**Shipping Information**

**To:**
**TATUM, TX, US**

**Shipped By**

UPS Ground

Tracking results provided by UPS: 05/30/2014 11:35 A.M. Eastern Time