# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) | (Jointly Administered) |
|  | ) | **Re: D.I. 665, 2042** |

### SECOND SUPPLEMENTAL DECLARATION OF
### PAUL S. CARUSO IN FURTHER SUPPORT OF THE
### APPLICATION OF THE DEBTORS FOR AN ORDER
### AUTHORIZING THE DEBTORS TO RETAIN AND EMPLOY
### SIDLEY AUSTIN LLP AS SPECIAL COUNSEL FOR CERTAIN CORPORATE AND
### LITIGATION MATTERS, EFFECTIVE *NUNC PRO TUNC* TO THE PETITION DATE

I, Paul S. Caruso, being duly sworn, state the following under penalty of perjury:

1. I am a partner in the law firm of Sidley Austin LLP ("Sidley") and am a resident at its offices located at One South Dearborn Street in Chicago, Illinois 60603.

2. I submit this second supplemental declaration (the "Second Supplemental Declaration") in support of the employment and retention of Sidley by the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") as special counsel to the Debtors, *nunc pro tunc* to the Petition Date.[2] Except as otherwise noted, I have personal knowledge of the matters set forth herein.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application or the Initial Declaration, as applicable.

3.     This Second Supplemental Declaration augments the disclosures to the Court concerning Sidley's engagement by the Debtors in (i) my original declaration submitted in support of Sidley's retention on May 29, 2014 [D.I. 665] (the "Initial Declaration"), and (ii) my supplemental declaration in further support of Sidley's retention, submitted on September 16, 2014 [D.I. 2042] (the "First Supplemental Declaration").  This Second Supplemental Declaration is made to further address additional information concerning creditors and parties-in-interest in these chapter 11 cases.

### Sidley's Disinterestedness

4.     As set forth in my Initial Declaration, Sidley conducted a series of searches in its conflicts databases to identify representations with creditors and other parties-in-interest (or potential parties-in-interest) in these chapter 11 cases.  Since the filing of the Initial Declaration, Sidley received information from the Debtors regarding additional creditors and other parties-in-interest (or potential parties-in-interest) in these chapter 11 cases.  On information and belief, these additional parties include certain lenders and bondholders of the Debtors (the "New Lender and Bondholder Parties") and additional creditors identified on the Debtors' Schedules and Statement of Financial Affairs (the "Schedule Parties") that were filed on June 30, 2014 [D.I. 1237-1307, 1319-1329, 1331-1389, 1391, 1446].[3]  As a result, Sidley has conducted a series of searches of its conflicts databases to identify representations of these newly-identified parties during the last five (5) years (unless otherwise indicated), all as detailed on **Schedule 1** hereto.

5.     **Schedule 1** is a list of the names of the New Lender and Bondholder Parties and Schedule Parties provided by the Debtors to Sidley, which parties and entities were reviewed by Sidley for potential connections with Sidley.  The chart set forth in **Schedule 2** hereto

---

[3] Certain Debtors subsequently filed Amended Schedules and Statements of Financial Affairs were filed on September 26, 2014.  [D.I. 2146-2231].

summarizes the results of the foregoing searches; specifically, the chart attached as **Schedule 2** identifies all current and former representations by Sidley of the New Lender and Bondholder Parties and Schedule Parties identified on **Schedule 1**.  To my knowledge, based upon reasonable inquiry, as set forth in greater detail in **Schedule 2**, and subject to any explanations and/or exceptions contained therein, Sidley does not hold or represent any interest adverse to the Debtors' estates with respect to matters upon which Sidley it is to be retained in these chapter 11 cases.

6. This Second Supplemental Declaration is made without prejudice to Sidley's right to further supplement its disclosures in the Debtors' chapter 11 cases.

[*Remainder of page intentionally left blank.*]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  December 10, 2014                        Respectfully submitted,

                                                 */s/ Paul S. Caruso*
                                                    Paul S. Caruso
                                                    Sidley Austin LLP