**SCHEDULE 2**

## CONFLICTS SEARCH SUMMARY[1]

(i)   Representations by Sidley of the Debtors'[2] lenders:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| Aberdeen Asset Management Inc. | |

(ii)   Representations by Sidley of the Debtors' bondholders:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| Apollo Capital Management | Amundi Japan Ltd. |
| ARM Manager, LLC Apollo Residential Mortgage, Inc. | Battle Creek Investment Growth Corp. |
| Fallon Capital Management LLC | GSC Capital Corp. |
| Hartford Investment Management Company, LLC | GSC Facility Agents and Banks |
| Manikay Partners LLC | Loeb Partners Realty, LLC |
| Paulson & Co. Inc. | Trust Company of the West |
| Sciens Group Fund Services Ltd | |
| Sciens International Investments and Holdings SA | |
| Starwood Capital Group, LLC | |
| Starwood Energy Group Global, LLC | |
| Starwood Property Trust Inc. | |
| Starwood Real Estate Securities LLC | |

(iii)   Representations by Sidley of the Debtors' debtholders:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| Luxor Capital Group LP | |

(iv)   Representations by Sidley of the Debtors' DIP Lenders:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| Anchorage Advisors, LLC | Empyrean Capital Partners, LP |
| Apollo European Real Estate Fund III L.P. | Empyrean Investments, L.P. |
| Apollo Housing Capital, LLC | Regions Bank |
| Apollo Residential Mortgage, Inc. | Thomas H. Lee Company |
| AQR Capital Management LLP | |
| ARM Manager, LLC | |
| Black Diamond Capital Management LLC | |
| Black Diamond Partners | |
| Canyon Capital Realty Advisors LLC | |
| Canyon Partners LLC | |
| Fifth Street Finance Corp. | |
| Fountain Capital | |
| Glendon Capital Management LP | |
| Greywolf Capital Management LP | |
| Guggenheim Securities LLC | |
| Ice Canyon LLC | |
| ING Bank N.V. | |
| ING Canada | |

---

[1]   Unless otherwise specified herein, the information included in this Exhibit reflects Sidley's active and former engagements during the last five (5) years.

[2]   Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the *Application of Energy Future Holdings Corp., et al., for an Order Authorizing the Debtors to Retain and Employ Sidley Austin LLP as Special Counsel for Certain Corporate and Litigation Matters, Effective* Nunc Pro Tunc *to the Petition Date* [Docket No. 665] (the "Application").

1

| Active Unrelated Representations (cont.) | Former Unrelated Representations (cont.) |
|---|---|
| Loews Companies, Inc. | |
| Nationwide Mutual Insurance Company | |
| Newcastle Investment Corp. | |
| Octagon Credit Investors | |
| Pentwater Capital Management | |
| Providence Capital, LLC | |
| Prudential Capital Plc | |
| Prudential Financial, Inc. | |
| Prudential International Management Services Ltd | |
| Prudential Investments LLC | |
| Prudential Retirement Insurance and Annuity Co. | |
| Prudential Securities | |
| Putnam Structured Product Funding 2003-1 Ltd. | |
| Soros Fund Management LLC | |

(v)     Representations by Sidley of the Debtors' professionals:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| Mesirow Advanced Strategies, Inc. | |

(vi)    Representations by Sidley of parties having requested notice pursuant to Bankruptcy Rule 2002:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| ArcelorMittal USA | Bingham McCutchen |
| Dentons US LLP Salans FMC SNR Denton Group (a Swiss Verein) | Cozen O'Connor |
| Devon Energy Corporation | Nelson, Mullins, Riley & Scarborough |
| Devon Energy | |
| Rolls Royce PLC | |
| Union Pacific Corporation | |
| Union Pacific Railroad Company | |

(vii)   Representations by Sidley of other interested parties:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| Devon Energy | Southern Company |
| Devon Energy Corporation | |

(i)     Representations by Sidley of individuals or entities on the Debtors' schedules:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| 4Change Energy Co. | Akzo Nobel Asia Co., Ltd. |
| 4Change Energy Holdings LLC | American Cancer Society Inc. |
| AAG Holdings, LLC | American Crane |
| ABN AMRO Clearing Bank N.V. | American Institute of Certified Public Accountants |
| ABN AMRO Clearing Chicago LLC | American Mortgage Acceptance Company |
| AGR Partners | Amsted Industries, Inc |
| Allied Chemical Corporation | Ashland Chemical Hispania, S.L. |
| Altegrity | Ashland Inc. |
| Amerenue | ASTM International |
| American Cyanamid Company | Automatic Data Processing Inc. |
| American Motorists Insurance Company | Bayer MaterialScience |
| **Active Unrelated Representations (cont.)** | **Former Unrelated Representations (cont.)** |
| American Residential Services Group LLC | Beacon Hill Staffing Group, LLC |

2

| | |
|---|---|
| AMG Intermediate LLC | BP Canada Energy Marketing Corp. |
| AMS America, Inc. | CAN |
| AMS National, Inc. | Cisco Systems Inc. |
| Anderson Greenwood | Crum & Forster Holdings Corp. |
| ANP | Cytec Industries Inc. |
| AOL Time Warner Inc. | David Lynch Foundation |
| Apple Inc. | DelMonte Foods Company |
| Aramark Corporation | Delta Industrial Services, LLC |
| Armco Steel Company, L.P. | Delta Tubular Processing |
| Arrington, David | Domtar Paper Company, LLC |
| Arrow Electronics | Donaldson Company Inc. |
| AstraZeneca Pharmaceuticals LP | E.I. du Pont de Nemours & Co. |
| ATP Fund | El Paso Electric Co. |
| Azul Insurance Company Ltd. | Electric Power Research Institute Inc. |
| B1 PTI Services, Inc. | Emerson Electric Co. |
| Baltimore Gas & Electric Co. | Enterprise Rent A Car |
| Barclays | Ethyl Corp. |
| Bayer AG | Four Seasons |
| Bayer Healthcare LLC | FritoLay, Inc. |
| Bayer USA | Garcia, Jose Martin |
| Best Buy | GFI Group Inc. |
| Best Funds Investment Ltd. | Graybar Financial Services, LLC |
| Best Investment Corporation | Great River Technologies |
| BFI | Gregg Industries, Inc. |
| BGC Partners | Grimes, Linda |
| BGMCO PA, Inc. | GTE Corporation |
| BH Asset Management, LLC | Harris, Charles R. |
| BJS Capital Partners | Harris, James |
| Black, Charlie | Harris, Robert |
| Bloomberg BNA | Helena Chemical Co. |
| BMW of North America, LLC | Heroes For Children |
| BNY Mellon Corporate Trustee Services Limited | Holmes, Thomas |
| Borden Chemicals & Plastics L.P. | Houston, Robert |
| Borden Inc. | Howard, Linda |
| BorgWarner Inc. | Hunter, Samuel |
| Bowman, James E. | Husky Marketing and Supply Company |
| Bridgestone Americas Inc. | Hyundai Heavy Industries Co., Ltd. |
| Brown, David | IBM |
| BrowningFerris | InfoUSA |
| Bryan, James | International Flavors and Fragrances |
| Cain, Richard | Invensys Building Systems |
| Cain, Richard D. | Invensys Rail Systems |
| Calpine Corporation | J.C. Penney Company Inc. |
| Calyon | J.M. Huber |
| Calyon Credit Agricole CIB | Koppers Industries, Inc., |
| Campbell, Helen | Lockheed Martin Vought Systems Corporation |
| Canadian Imperial Bank of Commerce | Lumbermen's Mutual Casualty Company |
| Carnation | Lycus, LLC |
| Carpenter, Jane | Lyondell |
| Castleton Commodities International LLC | Martin, Robert |
| Caterpillar Inc. | Mettler-Toledo Inc. |
| CB Richard Ellis Loan Servicing Limited | Miller Brewing Co. |
| CCI Field Services, Inc. | Minitab |
| CCI Funding I, LLC | Motorola, Inc. |
| CCI Services Corp. | MPM Sillicones LLC |
| **Active Unrelated Representations (cont.)** | **Former Unrelated Representations (cont.)** |
| Centex | Murphy Oil Corp. |
| Central Power & Light Company | National Starch & Chemical Company |

| | |
|---|---|
| CheckFree Corp. | Natural Gas Odorizing Inc. |
| Chem Tech, Inc. | Norit Americas Inc. |
| Chemetron Railway Products, Inc. | Northern States Power Co. |
| Chevron Corporation | OfficeMax Inc. |
| Chicago Mercantile Exchange Inc. | Pacificorp |
| CIGNA Corporation | Phillips, Barbara |
| Citizens Bank & Trust Company | Powell, Jane |
| Claudius Peters, Inc. | PPG Industries Inc. |
| CNA Insurance Company Limited | Praxair Distribution Inc. |
| Combustion Engineering | Praxair, Inc. |
| Concord Energy Holdings LLC | Radioshack Corp. |
| Concord Energy LLC | Regions Bank |
| Consumers Energy Company | Reliance National Insurance Company |
| Converters Ink. | Riviera Finance |
| Crane Reinsurance Limited | Robinson, Jerry |
| CSX Transportation | Rockwell Automation Inc. |
| Dallas Power & Light Company, Inc. | SABMiller |
| DCP Midstream, LLC | Safeway Inc. |
| Dean Foods Company | SaintGobain Ceramics & Plastics, Inc. |
| Dallas Power & Light Company, Inc. | Sanders, William |
| DCP Midstream, LLC | SAP |
| Dean Foods Company | Sears Roebuck & Co., Inc. |
| Devon Energy Corporation | Siemens |
| Dixon, Janice | Sparkletts & Sierra Springs |
| Dover Resources International de Mexico S. de R.L. | Sunoco Logistics, Inland Corporation |
| Dow Jones | Sybase |
| Duke Energy Corporation | Teledyne Technologies Incorporated |
| Dynegy Holdings, LLC | Tenaska Capital Management, LLC |
| E D & F Man Capital Markets Inc. | Tennessee Gas Pipeline Co. |
| E.I. Du Pont de Nemours & Co. | Texas Department of Transportation |
| Eban Incorporated | Thompson, Tommy G. |
| Eban Village I, Ltd. | ThyssenKrupp Metallurgie AG |
| Eban Village II, Ltd. | Transcontinental Inc. |
| Ebasco Services of Canada Inc. | Union Tank Car Co. |
| EBF & Associates | United Parcel Service Inc. |
| Edward D. Jones & Co., L.P. | United States Postal Service |
| Ellis, Craig | US Department of Transportation |
| Encana | Velsicol Chemical Corp. |
| EnLink Midstream | Veolia Environmental |
| Entergy Corp. | Westinghouse Digital Electronics LLC |
| Epsilon Data Management LLC | Williams, Elizabeth |
| Ethicon EndoSurgery, Inc. | Williams, John B. |
| Ethicon, Inc. | Williams, John C. |
| Exelon Corp. | Williams, John L. |
| Explorer Pipeline Co. | Wolfram Research, Inc. |
| Exxon Corp. | Wonderware |
| Fimat | |
| Fintech Global Inc. | |
| Firestone | |
| FirstEnergy Corp. | |
| FirstEnergy Nuclear Operating Company | |
| Flow Master Fund Management, Inc. | |
| Ford, James | |
| Formosa Plastics Corp. | |
| Four Seasons Nursing Homes | |
| **Active Unrelated Representations (cont.)** | **Former Unrelated Representations (cont.)** |
| FreightCar America, Inc. | |
| Fusion UV Systems, Inc. | |

| | |
|---|---|
| G4S Secure Solutions | |
| GE Betz | |
| GE Energy Financial Services | |
| GE Water & Process Technologies | |
| Genesis Financial Solutions | |
| Genesys Conferencing | |
| Genesys Conferencing NA | |
| GeorgiaPacific Corporation | |
| Glenn Springs Holdings, Inc. | |
| Goodman Company, LP | |
| Goodman Manufacturing Co., LP | |
| Goodman, Allen D. | |
| Goodrich Corporation | |
| Goodwin, David E. | |
| Grant, John | |
| GTE Corporation | |
| GTE Operations Supports, Inc. | |
| GTE Products of Connecticut, Inc. | |
| Halliburton | |
| Harris Corporation | |
| Heartland Cement Co. | |
| Hercules Inc. | |
| Hertz Corporation | |
| Hertz Global Holding, Inc. | |
| Highland Forest Resources Inc. | |
| Hines, Mary | |
| Ho, Joseph | |
| Hoechstroussel Pharmaceuticals Inc. | |
| Hooker Chemical Corporation | |
| Hooker Chemical Far East Corporation | |
| Hooker Chemicals and Plastics Corporation | |
| Houston Wire & Cable | |
| Hunt Oil Co. | |
| Hussman | |
| Hyundai | |
| IAG Asset Management Limited | |
| IngersollRand Company | |
| Interactive Data Canada, Inc. | |
| Interactive Data Corporation | |
| InterGen Denmark | |
| InterGen Denmark Finance APS | |
| InterGen Mexico | |
| International Swaps & Derivatives Association Inc. | |
| IPS Holdings Inc. | |
| IPS Inc. | |
| Iron Mountain Inc. | |
| Iroquois Gas Transmission System | |
| ITT Sheraton | |
| Jacobs, John | |
| Johnson Controls, Inc. | |
| Johnson, Donald | |
| Johnson, John H. | |
| Johnson, Robert A., Jr. | |
| Johnson, Robert A., Jr. | |
| Johnson, Samuel | |
| **Active Unrelated Representations (cont.)** | **Former Unrelated Representations (cont.)** |
| Jones, Robert I. | |
| Kenny, John | |

| | |
|---|---|
| Keystone Valve (China) Ltd. | |
| Keystone Valve (Korea) Ltd. | |
| Keystone Valve (U.K.) Ltd. | |
| Konica Minolta Holdings Inc. | |
| Kraft Foods Group, Inc. | |
| LBC Limited | |
| Lehman Brothers | |
| Lewis, Charles | |
| LexisNexis | |
| Littelfuse, Inc. | |
| Lonza America, Inc. | |
| Lonza, Ltd. | |
| Lopez, Jennifer | |
| LRT LLC | |
| Macy's Inc. | |
| Martin, Daniel | |
| Martin, Laura | |
| Mazda Motor Corporation | |
| McAfee, Inc. | |
| McFarland, Thomas | |
| McKinsey & Company, Inc. | |
| Mercer Investment Consulting Inc. | |
| Mitsubishi Heavy Industries Ltd. | |
| Mobay Corporation | |
| Montevideo International Terminal Company, S.A. | |
| Moore, John C. | |
| Mosaic Phosphate | |
| National Car Rental Licensing Inc. | |
| Nationsbank | |
| Nationwide Mutual Insurance Company | |
| Natural Gas Pipeline Company of America | |
| Natural Resources Defense Council | |
| NCR Corp. | |
| Nestle | |
| NorthStar Realty Capital Corporation | |
| NorthStar Realty Finance Corp. | |
| Norwest | |
| NRG Energy Inc. | |
| NSSC | |
| Occidental Energy Marketing Inc. | |
| Occidental Petroleum Corporation | |
| Office Tiger | |
| Optim Energy | |
| Oracle | |
| Orkin Exterminating Company, Inc. | |
| Ortho Diagnostic System, Inc. | |
| Owens Corning | |
| Panda Fund Development Co. | |
| Paragon BioTeck, Inc. | |
| Parity Systems, Ltd. | |
| Parker, Steve, M.D. | |
| PECO Energy Company | |
| Phillips, Richard Arthur | |
| Pizza Hut, Inc. | |
| PMG | |
| **Active Unrelated Representations (cont.)** | **Former Unrelated Representations (cont.)** |
| Power Merchants Group LLC | |
| PPL | |

| | |
|---|---|
| Primrose | |
| PSEG | |
| Quest Diagnostics Inc. | |
| Rhodia | |
| Rockwell International Corporation | |
| Rollins Truck Leasing Corporation | |
| Rolls Royce | |
| Safeco | |
| Sandvik International | |
| Sargent Aerospace Canada, Inc. | |
| SBC Master Pension Trust | |
| Schlumberger Limited | |
| Shaw, Charlie | |
| Shell Oil Company | |
| Skyhigh Corporation | |
| Smith, Bradley | |
| Smith, Kimberly | |
| Smith, Michael | |
| Spectra Energy Corp. | |
| Stansell, James | |
| Summit Midstream Partners, LLC | |
| Sundown | |
| Syngenta Biotechnology, Inc. | |
| Syngenta Foundation for Sustainable Agriculture | |
| System Energy Resources Inc. | |
| T.H. Agriculture & Nutrition Co. Inc. | |
| TEC Holdings, Inc. | |
| Terminix International S.A. | |
| Terminix International, Inc. | |
| Texaco Petroleum | |
| Texas Gas Transmission LLC | |
| Texas Life Insurance Company (TX) | |
| Texas Utilities Company | |
| Texas Utilities Electric Company, Inc. | |
| The Gates Corporation | |
| The National Cash Register Company | |
| The ServiceMaster Company | |
| The Terminix International Company Limited Partnership | |
| The Western Union Company | |
| Time Warner, Inc. | |
| Toronto-Dominion Bank | |
| TransCanada Energy Ltd. | |
| Turner, Richard | |
| U.S. Bank National Association | |
| Union Electric Company D/B/A Ameren Missouri | |
| Upjohn Company | |
| W.R. Grace & Co. | |
| Wachovia Bank, National Association | |
| Walker, James | |
| Walmart Stores Inc. | |
| Warren, Mary | |
| Waste Management | |
| Weatherford International | |
| Wells Fargo Bank N. A. | |
| Western Electric Company | |
| **Active Unrelated Representations (cont.)** | **Former Unrelated Representations (cont.)** |
| Westvaco Corporation | |
| Williams, Thomas N. | |

| | |
|---|---|
| WorleyParsons | |
| Wright, Ernie | |
| WSI Satellite, Inc. | |
| XH LLC | |
| Zimmer Inc. | |

(ii) Representations by Sidley of individuals or entities on the Debtors' statements of financial affairs:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| ACA | Bell Nunnally & Martin LLP |
| ACA Holdings LLC | DMI |
| Adobe Systems Inc. | Double J Partners |
| Aegis Capital Corp | Energy Solutions International, Inc. |
| Aegis LLC | Fitch Ratings Ltd. |
| AES Solar Power, LLC | GE Infrastructure Aviation |
| American Texas North Company | Goodmans LLP |
| Anvil International Inc. | Lowry, William |
| Automotive Rentals, Inc. | MTI |
| Bloomberg BNA | New York Stock Exchange |
| BNY Mellon Corporate Trustee Services Limited | Siemens |
| Camelot Venture Group | Teledyne Technologies Incorporated |
| Caterpillar Inc. | |
| CDW LLC | |
| CM Custom Product Co., Ltd. | |
| Danaher Corporation | |
| DCP Midstream, LLC | |
| Delta Airlines | |
| Duke Energy Corporation | |
| Honeywell | |
| Horizon Technology Funding Company II LLC | |
| Intercall, Inc. | |
| Johnson Matthew Inc | |
| Marsh | |
| Marsh Inc. | |
| Marsh USA Inc. | |
| Morrison Supply | |
| New Age | |
| NRG Energy Inc. | |
| Open System Technology Co., Ltd. | |
| Pace Analytical Services Inc. | |
| Palisade Capital Management, LLC | |
| Precise Software Solutions, Inc. | |
| Sabre Engines Limited | |
| SPS Transaction Services, Inc. | |
| The Salvation Army Chicago | |
| Thermon Group Holdings, Inc. | |
| Thermon Heat Tracers Pvt Ltd. | |
| Trident Services (I.O.M.) Limited | |
| TSI Staffing Inc. | |