IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Energy Future Holdings Corp.[1] | : | Case No. 14-10979 (CSS) |
| | : | |
| | : | Joint Administered Requested |
| | : | Objection Deadline: December 11, 2014 at 4:00 P.M. |
| | : | Hearing Date: December 18, 2014 at 9:30 A.M. |
| | : | RE: D.I. 2808 |
| Debtors. | : | |

## EMERSON NETWORK POWER LIEBERT SERVICES' RESPONSE TO DEBTORS' OMNIBUS OBJECTION TO PROOF OF CLAIM #3297

Emerson Network Power Liebert Services ("Liebert"), by and through its undersigned counsel, hereby responds to Debtors' Objection to Proof of Claim #3297. On November 18, 2014, Debtors filed their omnibus claims objection, which included an objection to Proof of Claim #3297 ("POC #3297") in the stated amount of $86,963.40, on the grounds that POC #3297 contains "insufficient supporting document".

Liebert has not filed a proof of claim in the amount of $86,963.40. It filed a single proof of claim in the amount of $28,987.80 on July 23, 2014, with the Debtors' Claims Agent, Epiq Bankruptcy Solutions. Liebert has checked the Claims Agent's claims registry and the proof of claim identified as POC #3297 is the proof of claim filed by Liebert in the amount of $28,987.80, a copy of which is attached hereto as Exhibit A.

Liebert's proof of claim is for unpaid maintenance services provided by Liebert on March 15, 2014, and billed in a single invoice on April 10, 2014, a copy of which is attached hereto as

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com

Exhibit B.

Liebert believes this information provides adequate documentation of POC #3297 and requests the court to deny Debtor's claim objection to POC #3297

Respectfully Submitted,

Dated: December 11, 2014       GELLERT SCALI BUSENKELL & BROWN LLC
      Wilmington, DE

By: /s/ *Charles J. Brown, III*
Charles J. Brown, III (#3368)
913 North Market Street, Suite 1001
Wilmington, DE 19801
Tel: 302-425-5813
Fax: 302-425-5814
Email: cbrown@gsbblaw.com

*Attorneys for Emerson Network Power Liebert Services*