# EXHIBIT A

# PROOF OF CLAIM

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**
Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
Grand Central Station, P.O. Box 4613
New York, NY 10163-4613

**Name of Debtor:** Energy Future Holding Corp
**Case Number:** 14-10979

**COURT USE ONLY**
Filed: USBC - District of Delaware
Energy Future Holdings Corp., et al., Et Al.
14-10979 (CSS)    0000003297

NOTE: Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C.§ 503.

**Name and address where notices should be sent:**
EMERSON NETWORK POWER LIEBERT SERVICES
610 EXECUTIVE CAMPUS DRIVE
WESTERVILLE, OH 43082

**Telephone number:** 614/807-3453
**Email:** Joanna.Rojo@Emerson.com

☐ Check this box if this claim amends a previously filed claim.
**Court Claim Number:** (if known) _____
**Filed on:** _____

**FILED / RECEIVED**
JUL 23 2014
Epiq Bankruptcy Solutions, LLC

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**Name and address where payment should be sent (if different from above):**
PO BOX 70474
CHICAGO IL 60673
**Telephone number:** 614/807-3453
**Email:** Joanna.Rojo@Emerson.com

COURT USE ONLY

5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $12,475), earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507(a)(4).

1. **Amount of Claim as of Date Case Filed:** $ 28,987.80
   If all or part of the claim is secured, complete item 4.
   If all or part of the claim is entitled to priority, complete item 5.
   If all or part of the claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete item 6.
   ☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest charges.

2. **Basis for Claim:** PAST DUE INVOICE FOR PREVENTATIVE MAINTENANCE SERVICE
   (See instruction #2)

3. **Last four digits of any number by which creditor identifies debtor:** _____
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a)

4. **Secured Claim (See instruction #4)**
   Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.
   **Nature of property or right of setoff:**
   ☐ Real Estate    ☐ Motor Vehicle    ☑ Other
   **Describe:** MAINTENANCE CONTRACT
   **Value of Property:** $ 28,987.80
   **Annual Interest Rate:** __% ☐ Fixed or ☐ Variable (when case was filed)

   **Amount of arrearage and other charges, as of time case was filed, included in secured claim, if any:**
   $ 28,987.80
   **Basis for perfection:** _____
   **Amount of Secured Claim:** $ 28,987.80
   **Amount Unsecured:** $ 0

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

☐ Up to $2,775 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).

☑ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(__).
– MAINTENANCE CONTRACT
**Amount entitled to priority:**
$ 28,987.80

6. **Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):** $ 28,987.80 (See instruction #6)
7. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)
8. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. (See instruction #8 and definition of "redacted")
**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
If the documents are not available, please explain:

9. **Signature:** (See instruction #9) Check the appropriate box:
☐ I am the creditor.   ☑ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)
(Attached a copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

**Print Name:** Lisa Hunt
**Title:** International Finance Mgr
**Company:** Emerson Network Power Liebert Services
(Signature) _____ (Date) 7/22/14

**Address, telephone number, and email (if different from notice address above):**
**Telephone number:** _____
**Email:** lisa.hunt@emerson.com

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.



EXHIBIT A