# EXHIBIT B



**EMERSON.**
Network Power
Emerson Network Power
Liebert Services, Inc.
610 Executive Campus Drive
Westerville, OH 43082



| | |
|---|---|
| Customer # | C201298 |
| Invoice # | MI4194448 |
| Invoice Date | 04/01/2014 |
| P.O. Number | C0643264C |
| Terms | 45 DAYS O/A |
| Due Date | 05/16/2014 |
| Page | 1 of 2 |

. Forwarding Service Requested

ENERGY FUTURE HOLDINGS
ATTN: SCOTT KINCZKOWSKI
STE 4-020
1601 BRYAN ST
DALLAS, TX 75201

T:0
Seq#: 000001

 

You can also pay with:



by calling Accounts Receivable at:
1-800-882-6474

Please Remit Payment To:
Emerson Network Power
Liebert Services
PO Box 70474
CHICAGO, IL 60673-0001

DUNS: 02-204-1318 / FED ID TIN: 43-1798453

```
INVOICE FOR PREVENTATIVE MAINTENANCE                                         CURRENCY
                                                                             USD

  SITE ID NUMBER
    126449         MESQUITE DATA CENTER 2947 EXECUTIVE BLVD  MESQUITE TX  75149
    PART NO        SERIAL NO      INVOICE PERIOD OF COVERAGE    TAG NO             PRICE
    UPS #1         09-7E4157100084                              1512829            1,859.51
         SERVICE MAN         15-MAR-2014 TO  14-JUN-2014        TAX AMOUNT           153.41
    UPS #2         09-7E4156200011                              1512831            1,859.51
         SERVICE MAN         15-MAR-2014 TO  14-JUN-2014        TAX AMOUNT           153.41
    UPS #3         09-7E4157100082                              1512832            1,859.51
         SERVICE MAN         15-MAR-2014 TO  14-JUN-2014        TAX AMOUNT           153.41
    BATT CAB#1     1512833                                      1512833              422.96
         BATTERY (SP         15-MAR-2014 TO  14-JUN-2014        TAX AMOUNT            34.90
    BATT CAB#2     1512834                                      1512834              422.96
         BATTERY (SP         15-MAR-2014 TO  14-JUN-2014        TAX AMOUNT            34.90
    BATT CAB#3     1512835                                      1512835              422.96
         BATTERY (SP         15-MAR-2014 TO  14-JUN-2014        TAX AMOUNT            34.90
    BATT CAB#4     1512836                                      1512836              422.96
         BATTERY (SP         15-MAR-2014 TO  14-JUN-2014        TAX AMOUNT            34.90
    BATT CAB#5     1512837                                      1512837              422.96
         BATTERY (SP         15-MAR-2014 TO  14-JUN-2014        TAX AMOUNT            34.90
    BATT CAB#6     1512838                                      1512838              422.96
         BATTERY (SP         15-MAR-2014 TO  14-JUN-2014        TAX AMOUNT            34.90
    BATT CAB#7     1512839                                      1512839              422.96
         BATTERY (SP         15-MAR-2014 TO  14-JUN-2014        TAX AMOUNT            34.90
    BATT CAB#8     1512840                                      1512840              422.96
         BATTERY (SP         15-MAR-2014 TO  14-JUN-2014        TAX AMOUNT            34.90
    BATT CAB#9     1512841                                      1512841              422.96
         BATTERY (SP         15-MAR-2014 TO  14-JUN-2014        TAX AMOUNT            34.90
    BATT CAB#10    1512842                                      1512842              422.96
         BATTERY (SP         15-MAR-2014 TO  14-JUN-2014        TAX AMOUNT            34.90
    BATT CAB#11    1512843                                      1512843              422.96
         BATTERY (SP         15-MAR-2014 TO  14-JUN-2014        TAX AMOUNT            34.90
    BATT CAB#12    1512844                                      1512844              422.96
         BATTERY (SP         15-MAR-2014 TO  14-JUN-2014        TAX AMOUNT            34.90
    ATS            889414                                       1512845              209.57
         SERVICE MAN         15-MAR-2014 TO  14-JUN-2014        TAX AMOUNT            17.29
    GENERATOR #1   G6A00469                                     1512846            1,979.33
         SERVICE MAN         15-MAR-2014 TO  14-JUN-2014        TAX AMOUNT           163.30
```

**See Reverse Side for Complete Terms**
The seller represents it has fully complied with the provisions of the Fair Labor Standards Act of 1938 as amended, in the manufacture of goods covered by this invoice.





EXHIBIT B

00
**CONTINUED**



**EMERSON.**
Network Power
Emerson Network Power
Liebert Services, Inc.
610 Executive Campus Drive
Westerville, OH 43082

| | |
|---|---|
| Customer #: | C201298 |
| Invoice #: | MI4194448 |
| Invoice Date: | 04/01/2014 |
| P.O. Number: | C0643264C |
| Terms: | 45 DAYS O/A |
| Due Date: | 05/16/2014 |
| Page: | 2 of 2 |

Forwarding Service Requested

ENERGY FUTURE HOLDINGS    T:0
ATTN: SCOTT KINCZKOWSKI
STE 4-020
1601 BRYAN ST
DALLAS, TX 75201

You can also pay with:



by calling Accounts Receivable at:
**1-800-882-6474**

Please Remit Payment To:
Emerson Network Power
Liebert Services
PO Box 70474
CHICAGO, IL 60673-0001

DUNS: 02-204-1318 / FED ID TIN: 43-1798453

```
INVOICE FOR PREVENTATIVE MAINTENANCE                                       CURRENCY
                                                                              USD

   GENERATOR#2    G6A00487                         1512847              1,979.33
         SERVICE MAN       15-MAR-2014 TO 14-JUN-2014    TAX AMOUNT       163.30
   ATS             603474 RE                       1512853                209.57
         SERVICE MAN       15-MAR-2014 TO 14-JUN-2014    TAX AMOUNT        17.29
   SERVICE         1516152                         1516152              4,441.97
         SERVICE MAN       15-MAR-2014 TO 14-JUN-2014    TAX AMOUNT          .00
   SERVICE         1516153                         1516153              1,624.09
         SERVICE MAN       15-MAR-2014 TO 14-JUN-2014    TAX AMOUNT          .00
   SITE ID NUMBER
     126449        MESQUITE DATA CENTER 2947 EXECUTIVE BLVD  MESQUITE TX  75149
   PART NO         SERIAL NO   INVOICE PERIOD OF COVERAGE    TAG NO       PRICE
   PAIR2DAY2TECHH2 1516154                        1516154              4,434.39
         SERVICE MAN       15-MAR-2014 TO 14-JUN-2014    TAX AMOUNT          .00
   ATS             580113 RE                      1517224                209.57
         SERVICE MAN       15-MAR-2014 TO 14-JUN-2014    TAX AMOUNT        17.29
   LBT             1533723                        1533723              1,988.43
         SERVICE MAN       15-MAR-2014 TO 14-JUN-2014    TAX AMOUNT          .00
```

| | |
|---|---:|
| SUBTOTAL: | $27,730.30 |
| TAX AMOUNT: | $1,257.50 |
| **TOTAL AMOUNT:** | **$28,987.80** |

**See Reverse Side for Complete Terms**
The seller represents it has fully complied with the provisions of the Fair Labor Standards Act of 1938 as amended, in the manufacture of goods covered by this invoice.



00