## CERTIFICATE OF SERVICE

The undersigned certifies that on December 11, 2014, a copy of the foregoing *Emerson Network Power Liebert Services' Response to Debtors' Omnibus Objection to Proof of Claim # 3297* was electronically filed using the Court's CM/ECF system and served via First Class Mail, postage pre-paid according to the parties listed below:

*Via First Class Mail*
Mark D. Collins
Daniel J. DeFranceschi
Jason M. Madron
Tyler D. Semmelman
Richards Layton & Finger, P.A.
920 North King Street
Wilmington, DE 19801

*Via First Class Mail*
Edward O. Sassower
Stephen E. Hessler
Brian E. Schwartz
Kirkland & Ellis, LLP
601 Lexington Avenue
New York, NY 10022-4611

*Via First Class Mail*
James H.M. Sprayregen
Marc Kieselstein
Chad J. Husnick
Steven N. Serajeddini
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

This 11th day of December, 2014      GELLERT SCALI BUSENKELL & BROWN, LLC

By:    /s/ Charles J. Brown, III
       Charles J. Brown, III (No. 3368)