**<u>EXHIBIT A</u>**

**Statement of Fees and Expenses By Subject Matter**

**COMPENSATION BY PROJECT CATEGORY**
**FOR THE PERIOD FROM SEPTEMBER 1, 2014 THROUGH SEPTEMBER 30, 2014**

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| Professional Retention (30070) | 398.50 | $245,019.50 |
| Fee Applications (30090) | 157.10 | $78,530.30 |
| Case Administration (30100) | 35.80 | $32,394.50 |
| Litigated Matters (30120) | 5.50 | $5,087.50 |
| Inter-Company Issues (30240) | 4.20 | $4,154.50 |
| Travel Time (30250) (includes 50% reduction) | 12.00 | $5,550.00 |
| Clean Air Transport Rule (10040) | .10 | $87.80 |
| EPA July NOV (5th Circuit) (40060) | 8.70 | $7,776.60 |
| Counseling on Regulations for Existing Generating Units (40080) | 12.30 | $10,261.20 |
| **TOTALS:** | **634.20** | **$388,861.90** |