# EXHIBIT B

**Attorneys and Paraprofessionals' Information**

RLF1 11250642v.1

The Sidley attorneys who rendered professional services in these cases during the Fee Period of September 1, 2014 to September 30, 2014 are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| C. Frederick Beckner | Partner | 1997 | Litigation | $878 | 11.80 | $10,360.40 |
| Paul S. Caruso | Partner | 1996 | Bankruptcy | $925 | 64.80 | $57,165.00 |
| Matthew A. Clemente | Partner | 1998 | Bankruptcy | $925 | 64.10 | $56,517.50 |
| James F. Conlan | Partner | 1988 | Bankruptcy | $1,150 | 17.00 | $19,550.00 |
| Peter D. Keisler | Partner | 1989 | Litigation | $970 | 1.50 | $1,455.00 |
| Kevin T. Lantry | Partner | 1991 | Bankruptcy | $1,100 | 2.90 | $3,190.00 |
| Brian J. Lohan | Partner | 2004 | Bankruptcy | $800 | 13.00 | $10,400.00 |
| Roger R. Martella | Partner | 1997 | Environmental | $809 | 7.80 | $6,310.20 |
| Kerriann S. Mills | Partner | 2005 | Bankruptcy | $775 | 32.60 | $25,265.00 |
| Larry J. Nyhan | Partner | 1980 | Bankruptcy | $1,150 | 5.10 | $5,865.00 |
| | | | | | | |
| Niccolo F. Barber | Associate | 2013 | Bankruptcy | $445 | 12.10 | $5,384.50 |
| Benjamin Beaton | Associate | 2010 | Appellate | $537 | 9.90 | $5,316.30 |
| Christina M. Craige | Associate | 2007 | Bankruptcy | $745 | 1.10 | $819.50 |
| Michael T. Gustafson | Associate | 2010 | Bankruptcy | $615 | 5.70 | $3,505.50 |
| Catherine Jun | Associate | 2014 | Bankruptcy | $445 | 18.80 | $8,366.00 |
| Geoffrey M. King | Associate | 2009 | Bankruptcy | $665 | 51.20 | $34,048.00 |
| Clifford M. Laney | Associate | 2014 | Bankruptcy | $445 | 51.90 | $23,095.50 |
| Jillian K. Ludwig | Associate | 2007 | Bankruptcy | $725 | .20 | $145.00 |
| Danielle E. Perlman | Associate | 2013 | Bankruptcy | $495 | 46.00 | $22,770.00 |
| Helena G. Tseregounis | Associate | 2012 | Bankruptcy | $495 | 49.70 | $24,601.50 |
| John Patrick White | Associate | 2011 | Bankruptcy | $445 | 75.90 | $33,775.50 |
| | | | | **Attorney Totals** | **543.10** | **$357,905.40** |

The paraprofessionals of Sidley who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| David J. Lutes | Paralegal | 29 years | Bankruptcy | $345 | 88.90 | $30,670.50 |
| Diliana Stamatova | Project Asst. | 10 years | Litigation | $130 | 2.20 | $286.00 |
| | | | | **Paraprofessional Totals** | **91.10** | **$30,956.50** |

|  |  | **Total Fees Requested** | **634.20** | **$388,861.90** |
|---|---|---|---|---|

RLF1 11250642v.1