# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

## ALL - Expense Summary for September 1, 2014 to September 30, 2014

| Service Description | Service Providers[1] | Amount |
|---|---|---|
| Air Transportation | | $6,757.40 |
| Duplicating Charges | | $57.40 |
| Document Delivery Services | | $13.05 |
| Ground Transportation | | $1,522.58 |
| Legal Support Services | | $137.50 |
| Meals Out of Town (Travel Meals) | | $95.10 |
| Overtime Services | | $247.75 |
| Telephone Tolls | | $167.03 |
| Travel/Lodging | | $3,187.65 |
| **Total:** | | **$12,185.46** |

---

[1] Sidley may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

## TCEH - Expense Summary for September 1, 2014 to September 30, 2014

| Service Description | Service Providers[1] | Amount |
|---|---|---|
| Air Transportation | | $2,482.06 |
| Ground Transportation | | $699.32 |
| Meals - Out of Town (Travel Meals) | | $67.10 |
| Telephone Tolls | | $11.27 |
| Travel/Lodging | | $534.14 |
| **Total:** | | **$3,793.89** |

---

[1] Sidley may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

## EFH - Expense Summary for September 1, 2014 to September 30, 2014

| Service Description | Service Providers[1] | Amount |
|---|---|---|
| Air Transportation | | $4,275.34 |
| Duplicating Charges | | $57.40 |
| Document Delivery Services | | $13.05 |
| Ground Transportation | | $823.26 |
| Legal Support Services | | $137.50 |
| Meals – Out of Town (Travel Meals) | | $28.00 |
| Overtime Services | | $247.75 |
| Telephone Tolls | | $155.76 |
| Travel/Lodging | | $2,653.51 |
| **Total:** | | **$8,391.57** |

---

[1] Sidley may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

RLF1 11250642v.1