# **EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

**SIDLEY AUSTIN** LLP

Invoice Number:  ******
Energy Future Holdings Corp.

RE: Case Administration

E X P E N S E   D E T A I L

| Date | Type | Description | Amount |
|---|---|---|---|
| 09/03/14 | CPY | 09/02/14-Duplicating charges Time: 10:34:00 | $.30 |
| 09/03/14 | CPY | 09/02/14-Duplicating charges Time: 15:20:00 | 1.10 |
| 09/06/14 | CPY | 09/05/14-Duplicating Charges (Color) Time: 10:46:00 | 1.00 |
| 09/09/14 | LIT | 08/28/14-Professional Services Consulting .50 Hour @  $275.00 | 137.50 |
| 09/10/14 | TEL | 08/18/14-Telephone Charges Conference Call | 3.52 |
| 09/10/14 | TEL | 08/13/14-Telephone Charges Conference Call | 22.24 |
| 09/10/14 | CPY | 09/09/14-Duplicating charges Time: 11:38:00 | .20 |
| 09/10/14 | CPY | 09/09/14-Duplicating charges Time: 11:43:00 | .40 |
| 09/10/14 | CPY | 09/09/14-Duplicating charges Time: 11:25:00 | .40 |
| 09/11/14 | TEL | Jul 17, 2014 - Geoffrey M. King - Telephone - Court Conference Calls 7/17-7/23/14 | 37.00 |
| 09/11/14 | TEL | Jul 23, 2014 - Geoffrey M. King - Telephone - Court Conference Calls 7/17-7/23/14 | 93.00 |
| 09/12/14 | CPY | 09/11/14-Duplicating Charges (Color) Time: 10:49:00 | 12.00 |
| 09/12/14 | CPY | 09/11/14-Duplicating Charges (Color) Time: 10:53:00 | 12.00 |
| 09/13/14 | CPY | 09/12/14-Duplicating Charges (Color) Time: 19:16:00 | 5.00 |
| 09/16/14 | DLV | 08/28/14- Federal Express Corporation- TR #594598673620 JESSICAOBRIEN ADVANCEDDISCOVERY 14815WEST95THSTREET LENEXA, KS  66215 | 13.05 |
| 09/16/14 | CPY | 09/15/14-Duplicating Charges (Color) Time:  8:42:00 | 8.50 |
| 09/16/14 | CPY | 09/15/14-Duplicating Charges (Color) Time:  8:43:00 | 4.00 |
| 09/16/14 | OVT | Aug 24, 2014 -  Lunch for one attendee on 8/24 in connection with overtime work on EFH. | 20.00 |
| 09/16/14 | GND | 09/04/14- Taxi/Car service from NY office to home on 9/4 in connection with late night work on document review. | 46.78 |
| 09/18/14 | CPY | 09/17/14-Duplicating charges Time: 11:14:00 | 1.00 |
| 09/18/14 | CPY | 09/17/14-Duplicating Charges (Color) Time: 11:14:00 | 11.50 |
| 09/19/14 | AIR | 09/03/14-09/04/14 Chicago to New York - Aug 27, 2014 - Paul S. Caruso - Roundtrip coach airfare between Chicago and NY (with complimentary upgrade) in connection with travel to NY on 9/3 for meetings | 676.20 |
| 09/19/14 | AIR | 09/03/14-09/04/14 Chicago to New York - Aug 27, 2014 - Paul S. Caruso - Agent Fee in connection with travel to NY on 9/3 for meetings | 34.00 |

**SIDLEY AUSTIN** LLP

Invoice Number:  ******
Energy Future Holdings Corp.

RE: Case Administration

| Date | Type | Description | Amount |
|---|---|---|---:|
| 09/19/14 | AIR | 09/03/14-09/04/14 Chicago to New York - Sep 03, 2014 - Paul S. Caruso - Change Ticket Fee for changed return flight reservations in connection with travel to NY on 9/3 for meetings | 200.00 |
| 09/19/14 | AIR | 09/03/14-09/04/14 Chicago to New York - Sep 03, 2014 - Paul S. Caruso - Agent Fee in connection with travel to NY on 9/3 for meetings - Changed return flight reservations - new amount for service fee | 41.00 |
| 09/19/14 | TRV | 09/03/14-09/04/14 Chicago to New York - Sep 04, 2014 - Paul S. Caruso - Lodging for one night in NYC (includes $489 room rate, $43.40 State tax, $28.73 City tax, $2.00 Occupancy tax and $1.50 Javits tax) in connection with travel to NY on 9/3 for meetings | 564.63 |
| 09/19/14 | GND | 09/03/14-09/04/14 Chicago to New York - Sep 03, 2014 - Paul S. Caruso - Taxi/Car Service from LaGuardia airport to hotel on 9/3 in connection with travel to NY on 9/3 for meetings | 50.70 |
| 09/19/14 | GND | 09/03/14-09/04/14 Chicago to New York - Sep 04, 2014 - Paul S. Caruso - Taxi/Car Service from hotel to LaGuardia airport on 9/4 in connection with travel to NY on 9/3 for meetings | 48.90 |
| 09/19/14 | GND | 09/03/14-09/04/14 Chicago to New York - Sep 04, 2014 - Paul S. Caruso - Parking at O'Hare airport in connection with travel to NY on 9/3 for meetings | 115.00 |
| 09/20/14 | OVT | Sep 04, 2014 - Taxi/Car Service from NY office to home on 9/4 in connection with late night work on document review | 30.50 |
| 09/20/14 | OVT | Sep 04, 2014 - Dinner for one attendee on 9/4 in connection with late night work on document review. | 20.00 |
| 09/20/14 | OVT | Sep 09, 2014 - Taxi/Car Service from NY office to home on 9/9 in connection with late night work on document review | 16.70 |
| 09/20/14 | OVT | Sep 02, 2014 - Taxi/Car Service from NY office to home on 9/2 in connection with late night work on document review | 16.70 |
| 09/20/14 | OVT | Sep 05, 2014 - Taxi/Car Service from NY office to home on 9/5 in connection with late night work on document review | 20.90 |
| 09/20/14 | OVT | Sep 02, 2014 - Dinner for one attendee on 9/2 in connection with late night work on document review | 20.00 |
| 09/20/14 | OVT | Sep 09, 2014 - Dinner for one attendee on 9/9 in connection with late night work on document review | 20.00 |
| 09/20/14 | OVT | Sep 05, 2014 - Dinner for one attendee on 9/5 in connection with late night work on document review | 20.00 |
| 09/20/14 | OVT | Sep 03, 2014 - Taxi/Car Service from NY office to home on 9/3 in connection with late night work on document review | 23.75 |
| 09/20/14 | OVT | Sep 08, 2014 -  Taxi/Car Service from NY office to home on 9/8 in connection with late night work on document review | 19.20 |

**SIDLEY AUSTIN** LLP

Invoice Number: ******
Energy Future Holdings Corp.

RE: Case Administration

| Date | Type | Description | Amount |
|---|---|---|---|
| 09/22/14 | AIR | 08/18/14-08/20/14 Chicago to New York - Aug 12, 2014 - Matthew A. Clemente - Roundtrip economy airfare between Chicago and NY for trip to meet with Energy Future Holdings re: Professional Retention (airfare cost reduced by half and split with another client matter). | 554.54 |
| 09/22/14 | AIR | 08/18/14-08/20/14 Chicago to New York - Aug 12, 2014 - Matthew A. Clemente - Agent Fee in connection with trip to meet with Energy Future Holdings re: Professional Retention (fee reduced by half and split with another client matter). | 17.00 |
| 09/22/14 | TRV | 08/18/14-08/20/14 Chicago to New York - Aug 20, 2014 - Matthew A. Clemente - Lodging for one night in NYC (includes $375 room rate, $16.41 State tax, $16.88 City tax, $22.03 hotel occupancy tax, $3.50 Unit fee and NYC occupancy tax) for trip to meet with Energy Future Holdings re: Professional Retention (hotel stay was for two nights and split with another client matter). | 433.82 |
| 09/23/14 | AIR | 09/15/14-09/16/14 Chicago to Wilmington - Sep 12, 2014 - Paul S. Caruso - Roundtrip economy airfare between Chicago and Philadelphia in connection with travel to Delaware for retention hearing | 1,048.20 |
| 09/23/14 | AIR | 09/15/14-09/16/14 Chicago to Wilmington - Sep 12, 2014 - Paul S. Caruso - Agent Fee in connection with travel on 9/15 to Philadelphia / Delaware for retention hearing | 41.00 |
| 09/23/14 | TRV | 09/15/14-09/16/14 Chicago to Wilmington - Sep 16, 2014 - Paul S. Caruso - Lodging for one night in Wilimington, DE in connection with travel on 9/15 to Philadelphia / Delaware for retention hearing | 262.90 |
| 09/23/14 | GND | 09/15/14-09/16/14 Chicago to Wilmington - Sep 16, 2014 - Paul S. Caruso - Hotel parking for rental car in connection with travel on 9/15 to Philadelphia / Delaware for retention hearing | 12.00 |
| 09/23/14 | GND | 09/15/14-09/16/14 Chicago to Wilmington - Sep 16, 2014 - Paul S. Caruso - Car Rental/Fuel on 9/15 in connection with travel from Philadelphia to Delaware for retention hearing | 202.80 |
| 09/23/14 | GND | 09/15/14-09/16/14 Chicago to Wilmington - Sep 16, 2014 - Paul S. Caruso - Parking at O'Hare airport in connection with travel to Philadelphia / Delaware for retention hearing | 106.00 |
| 09/23/14 | OVT | 09/04/14- Dinner for one attendee on 9/4 in connection with late night work on document review | 20.00 |
| 09/24/14 | AIR | 09/15/14-09/16/14 Chicago to Philadelphia - Sep 11, 2014 - Matthew A. Clemente - Roundtrip economy airfare between Chicago and Philadelphia (with complimentary upgrade) in connection with travel for Energy Future Holdings meeting | 912.20 |
| 09/24/14 | AIR | 09/15/14-09/16/14 Chicago to Philadelphia - Sep 11, 2014 - Matthew A. Clemente - Agent Fee in connection with trip for Energy Future Holdings meeting | 41.00 |

**SIDLEY AUSTIN** LLP

Invoice Number: ******
Energy Future Holdings Corp.

RE: Case Administration

| **Date** | **Type** | **Description** | **Amount** |
|---|---|---|---|
| 09/24/14 | MLO | 09/15/14-09/16/14 Chicago to Philadelphia - Sep 16, 2014 - Matthew A. Clemente - Hotel - Lunch for one attendee in Delaware on 9/16 in connection with travel for Energy Future Holdings meeting | 28.00 |
| 09/24/14 | TRV | 09/15/14-09/16/14 Chicago to Philadelphia - Sep 16, 2014 - Matthew A. Clemente - Lodging for one night in Delaware includes $239 room rate, $4.78 County tax, and $19.12 Occupancy/Tourism tax in connection with trip for Energy Future Holdings meeting | 262.90 |
| 09/24/14 | GND | 09/15/14-09/16/14 Chicago to Philadelphia - Sep 15, 2014 - Matthew A. Clemente - Taxi/Car Service from Philadelphia airport to Wilmington, DE hotel on 9/15 in connection with travel for Energy Future Holdings meeting | 60.00 |
| 09/27/14 | AIR | 09/08/14-09/10/14 Chicago to New York - Aug 27, 2014 - Paul S. Caruso - Roundtrip coach airfare between Chicago and NYC (with complimentary upgrade) in connection with travel to NY on 9/8 for meetings. | 676.20 |
| 09/27/14 | AIR | 09/08/14-09/10/14 Chicago to New York - Aug 27, 2014 - Paul S. Caruso - Agent Fee in connection with travel to NY on 9/8 for meetings. | 34.00 |
| 09/27/14 | GND | 09/08/14-09/10/14 Chicago to New York - Sep 08, 2014 - Paul S. Caruso - Taxi/Car Service from LaGuardia airport to hotel on 9/8 in connection with travel to NY on 9/8 for meetings | 49.58 |
| 09/27/14 | GND | 09/08/14-09/10/14 Chicago to New York - Sep 10, 2014 - Paul S. Caruso - Taxi/Car Service from hotel to LaGuardia airport on 9/10 in connection with travel to NY on 9/8 for meetings | 49.50 |
| 09/27/14 | TRV | 09/08/14-09/10/14 Chicago to New York - Sep 10, 2014 - Paul S. Caruso - Lodging for two nights in NYC (includes $489 room rate, $43.40 State tax, $28.73 City tax, $2.00 Occupancy tax, and $1.50 Javits tax per night) in connection with travel to NY on 9/8 for meetings | 1,129.26 |
| 09/27/14 | GND | 09/08/14-09/10/14 Chicago to New York - Sep 10, 2014 - Paul S. Caruso - Parking at O'Hare airport in connection with travel to NY on 9/8 for meetings | 82.00 |
| | | **Total Expenses** | **$8,391.57** |

**SIDLEY AUSTIN** LLP

Invoice Number: ******
Luminant Generation Company LLC

Counseling on Regulations for Existing Generating Units

EXPENSE DETAIL

| Date | Narrative | Amount |
|---|---|---:|
| 09/11/14 | 09/02/14-09/04/14 Washington D.C. to Austin - Aug 29, 2014 - Roger R. Martella, Jr. - One-way economy from DC to Austin Airfare in connection with travel for Meeting with client re: counseling on greenhouse gas regulatory issues | $555.10 |
| 09/11/14 | 09/02/14-09/04/14 Washington D.C. to Austin - Sep 04, 2014 - Roger R. Martella, Jr. - Agent Fee in connection with travel for meeting with client re: counseling on greenhouse gas regulatory issues | 41.00 |
| 09/11/14 | 09/02/14-09/04/14 Washington D.C. to Austin - Sep 02, 2014 - Roger R. Martella, Jr. - Taxi/Car Service from Austin airport to hotel in connection with travel for meeting with client re: counseling on greenhouse gas regulatory issues | 27.00 |
| 09/11/14 | 09/02/14-09/04/14 Washington D.C. to Austin - Sep 02, 2014 - Roger R. Martella, Jr. - Dinner for one attendee on 9/2 in connection with travel for meeting with client re: counseling on greenhouse gas regulatory issues | 13.65 |
| 09/11/14 | 09/02/14-09/04/14 Washington D.C. to Austin - Sep 03, 2014 - Roger R. Martella, Jr. - Dinner for one attendee on 9/3 in connection with travel for meeting with client re: counseling on greenhouse gas regulatory issues | 8.65 |
| 09/11/14 | 09/02/14-09/04/14 Washington D.C. to Austin - Sep 03, 2014 - Roger R. Martella, Jr. - Lunch for one attendee on 9/3 in connection with travel for meeting with client re: counseling on greenhouse gas regulatory issues | 11.34 |
| 09/11/14 | 09/02/14-09/04/14 Washington D.C. to Austin - Sep 04, 2014 - Roger R. Martella, Jr. - Lodging for one night in Austin includes room rate $255, City tax $22.95, and State tax $15.30, in connection with travel for meeting with client re: counseling on greenhouse gas regulatory issues | 293.25 |
| 09/23/14 | 08/13/14 - Car service for use from Austin airport to meeting in Austin, TX and back to airport on 8/13/14 in connection with travel for meeting with client regarding greenhouse gas regulatory issues | 480.60 |
| | **Total Expenses** | **$1,430.59** |

**SIDLEY AUSTIN LLP**

Invoice Number: ******
Luminant Generation Company LLC

EPA July 2012 NOV (5th Circuit)

## EXPENSE DETAIL

| Date | Narrative | Amount |
|---|---|---|
| 09/06/14 | 09/05/14-Telephone Call (Non-Local) To: 12052268735 Birmingham, AL | $4.50 |
| | **Total Expenses** | **$4.50** |

**SIDLEY AUSTIN LLP**

Invoice Number: \*\*\*\*\*\*
Luminant Energy Company LLC

Clean Air Transport Rule

## EXPENSE DETAIL

| Date | Narrative | Amount |
|---|---|---|
| 09/02/14 | 07/15/14-07/15/14 Washington D.C. to Austin - Jul 10, 2014 - C. Frederick Beckner, III - One-way economy Airfare from Austin to Dallas in connection with travel for TCEQ Meeting | $229.00 |
| 09/02/14 | 07/15/14-07/15/14 Washington D.C. to Austin - Jul 10, 2014 - C. Frederick Beckner, III - Agent Fee in connection with travel for meeting with co-counsel regarding greenhouse gas regulatory issues | 34.00 |
| 09/02/14 | 07/15/14-07/15/14 Washington D.C. to Austin - Jul 10, 2014 - C. Frederick Beckner, III round trip economy Airfare between Washington, D.C., Austin and Dallas in connection with travel for meeting with co-counsel regarding greenhouse gas regulatory issues | 1,570.96 |
| 09/02/14 | 07/15/14-07/15/14 Washington D.C. to Austin - Jul 21, 2014 - C. Frederick Beckner, III Applies to Economy Airfare from Washington, D.C. to Austin on 7/15 and Dallas to Washington, D.C. on 7/16 in connection with travel for meeting with co-counsel regarding greenhouse gas regulatory issues | 52.00 |
| 09/02/14 | 07/15/14-07/15/14 Washington D.C. to Austin - Jul 15, 2014 - C. Frederick Beckner, III - Taxi/Car Service for home to Dulles airport in connection with travel for meeting with co-counsel regarding greenhouse gas regulatory issues | 60.00 |
| 09/02/14 | 07/15/14-07/15/14 Washington D.C. to Austin - Jul 16, 2014 - C. Frederick Beckner, III - Taxi/Car Service from Dulles airport to home on 7/16 in connection with travel for meeting with co-counsel regarding greenhouse gas regulatory issues | 61.72 |
| 09/02/14 | 07/15/14-07/15/14 Washington D.C. to Austin - Jul 16, 2014 - C. Frederick Beckner, III - Taxi/Car Service from hotel Dallas airport in connection with travel for meeting with co-counsel regarding greenhouse gas regulatory issues | 70.00 |
| 09/02/14 | 07/15/14-07/15/14 Washington D.C. to Austin - Jul 16, 2014 - C. Frederick Beckner, III - Lunch for one attendee on 7/16 in connection with travel for meeting with co-counsel regarding greenhouse gas regulatory issues | 10.26 |
| 09/02/14 | 07/15/14-07/15/14 Washington D.C. to Austin - Jul 16, 2014 - C. Frederick Beckner, III - Breakfast for one attendee on 7/16 in connection with travel for meeting with co-counsel regarding greenhouse gas regulatory issues | 4.54 |
| 09/02/14 | 07/15/14-07/15/14 Washington D.C. to Austin - Jul 15, 2014 - C. Frederick Beckner, III - Lunch for one attendee on 7/15 in connection with travel for meeting with co-counsel regarding greenhouse gas regulatory issues | 13.66 |
| 09/02/14 | 07/15/14-07/15/14 Washington D.C. to Austin - Jul 15, 2014 - C. Frederick Beckner, III - Breakfast for one attendee on 7/15 in connection with travel for meeting with co-counsel regarding greenhouse gas regulatory issues | 5.00 |

**SIDLEY AUSTIN LLP**

Invoice Number: \*\*\*\*\*\*
Luminant Energy Company LLC

Clean Air Transport Rule

| Date | Narrative | Amount |
|---|---|---|
| 09/02/14 | 07/15/14-07/15/14 Washington D.C. to Austin - Jul 16, 2014 - C. Frederick Beckner, III - Lodging for one night near Dallas on 7/15 includes room rate $209, tourism fee $4.18, City tax $14.92, and State tax $12.79 in connection with travel for meeting with co-counsel regarding greenhouse gas regulatory issues | 240.89 |
| 09/03/14 | 09/02/14-Telephone Call (Non-Local) To: Birmingham, AL | 3.75 |
| 09/30/14 | 08/04/14-Telephone Charges Conference Call Customer: PBB5468 BENJAMIN BEATON | 3.02 |
| | **Total Expenses** | **$2,358.80** |