**EXHIBIT A**

**Statement of Fees and Expenses By Subject Matter**

RLF1 11250648v.1

**COMPENSATION BY PROJECT CATEGORY**
**FOR THE PERIOD FROM OCTOBER 1, 2014 THROUGH OCTOBER 31, 2014**

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| Professional Retention (30070) | 39.60 | $24,572.00 |
| Fee Applications (30090) | 221.90 | $122,256.10 |
| Case Administration (30100) | 110.80 | $100,663.00 |
| Inter-company Issues (30240) | 6.00 | $5,550.00 |
| Clean Air Transport Rule (10040) | 30.80 | $23,397.20 |
| Regional Haze Program (10050) | .20 | $175.60 |
| EPA July NOV (5th Circuit) (40060) | 9.00 | $8,187.20 |
| Counseling on Regulations for Existing Generating Units (40080) | 25.40 | $19,786.50 |
| **TOTALS:** | **443.70** | **$304,587.60** |