## **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The Sidley attorneys who rendered professional services in these cases during the Fee Period of October 1, 2014 to October 31, 2014 are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| C. Frederick Beckner | Partner | 1997 | Litigation | $878 | 21.00 | $18,438.00 |
| Paul S. Caruso | Partner | 1996 | Bankruptcy | $925 | 67.10 | $62,067.50 |
| Matthew A. Clemente | Partner | 1998 | Bankruptcy | $925 | 28.10 | $25,992.50 |
| James F. Conlan | Partner | 1988 | Bankruptcy | $1,150 | 5.50 | $6,325.00 |
| Peter D. Keisler | Partner | 1989 | Litigation | $970 | 11.20 | $10,864.00 |
| Brian J. Lohan | Partner | 2004 | Bankruptcy | $800 | 12.50 | $10,000.00 |
| Roger R. Martella | Partner | 1997 | Environmental | $809 | 19.30 | $15,613.70 |
| Eric D. McArthur | Partner | 2007 | Appellate | $624 | 11.70 | $7,300.80 |
| Kerriann S. Mills | Partner | 2005 | Bankruptcy | $775 | 52.80 | $40,920.00 |
| Larry J. Nyhan | Partner | 1980 | Bankruptcy | $1,150 | 11.30 | $12,995.00 |
|  |  |  |  |  |  |  |
| Benjamin Beaton | Associate | 2010 | Appellate | $537 | 21.30 | $11,438.10 |
| Michael T. Gustafson | Associate | 2010 | Bankruptcy | $615 | 22.30 | $13,714.50 |
| Geoffrey M. King | Associate | 2009 | Bankruptcy | $665 | 39.70 | $26,400.50 |
| Joel F. Visser | Associate | 2009 | Environmental | $540 | 3.50 | $1,890.00 |
| John Patrick White | Associate | 2011 | Bankruptcy | $445 | 10.00 | $4,450.00 |
|  |  |  | **Attorney Totals** |  | **337.30** | **$268,409.60** |

The paraprofessionals of Sidley who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| David J. Lutes | Paralegal | 29 years | Bankruptcy | $345 | 95.80 | $33,051.00 |
| Karen A. Nelms | Paralegal | 19 years | Litigation | $295 | 10.60 | $3,127.00 |
|  |  |  | **Paraprofessional Totals** |  | **106.40** | **$36,178.00** |

|  |  |  |
|---|---|---|
| **Total Fees Requested** | **443.70** | **$304,587.60** |