## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

**ALL - Expense Summary for October 1, 2014 to October 31, 2014**

| Service Description | Service Providers[1] | Amount |
|---|---|---|
| Duplicating Charges | | $54.68 |
| Other | | $85.81 |
| Telephone Tolls | | $121.66 |
| **Total:** | | **$262.15** |

---

[1] Sidley may use one or more service providers.  The service providers identified herein below are the primary service providers for the categories described.

**TCEH – Expense Summary for October 1, 2014 to October 31, 2014**

| Service Description | Service Providers[1] | Amount |
|---|---|---|
| Duplicating Charges | | $19.88 |
| **Total:** | | **$19.88** |

---

[1] Sidley may use one or more service providers.  The service providers identified herein below are the primary service providers for the categories described.

**EFH - Expense Summary for October 1, 2014 to October 31, 2014**

| Service Description | Service Providers[1] | Amount |
|---|---|---|
| Duplicating Charges | | $34.80 |
| Other | | $85.81 |
| Telephone Tolls | | $121.66 |
| **Total:** | | **$242.27** |

---

[1] Sidley may use one or more service providers.  The service providers identified herein below are the primary service providers for the categories described.