# **EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

**SIDLEY AUSTIN LLP**

Invoice Number: ******
Energy Future Holdings Corp.

RE: Case Administration

## EXPENSE DETAIL

| Date | Type | Description | Amount |
|---|---|---|---|
| 10/01/14 | TEL | Aug 13, 2014 - Geoffrey M. King - Telephone - Court Conference call on 8/13/14 | $107.00 |
| 10/07/14 | TEL | 09/16/14-Telephone Charges Conference Call | 10.74 |
| 10/07/14 | TEL | 09/04/14-Telephone Charges Conference Call | 1.97 |
| 10/09/14 | CPY | 10/08/14-Duplicating charges Time: 12:29:00 | 2.00 |
| 10/10/14 | CPY | 10/09/14-Duplicating charges Time: 17:21:00 | .10 |
| 10/10/14 | CPY | 10/09/14-Duplicating charges Time: 15:50:00 | .10 |
| 10/10/14 | CPY | 10/09/14-Duplicating charges Time: 16:05:00 | .10 |
| 10/10/14 | CPY | 10/09/14-Duplicating charges Time: 10:20:00 | .10 |
| 10/16/14 | CPY | 10/14/14-Duplicating charges Time: 18:08:00 | .20 |
| 10/17/14 | CPY | 10/16/14-Duplicating charges Time: 11:29:00 | .40 |
| 10/21/14 | OTR | 10/09/14 - REED ELSEVIER INC - EA603405MS - Searches | 85.81 |
| 10/21/14 | CPY | 10/20/14-Duplicating charges Time: 12:51:00 | 5.80 |
| 10/21/14 | CPY | 10/20/14-Duplicating charges Time: 12:19:00 | 2.30 |
| 10/21/14 | CPY | 10/20/14-Duplicating charges Time: 12:02:00 | 1.00 |
| 10/21/14 | CPY | 10/20/14-Duplicating charges Time: 12:06:00 | .20 |
| 10/30/14 | TEL | 10/29/14-Telephone Call (Non-Local) To: 12148127182 Dallas, TX | 1.95 |
| 10/30/14 | CPY | 10/29/14-Duplicating Charges (Color) Time: 10:38:00 | .50 |
| 10/30/14 | CPY | 10/29/14-Duplicating Charges (Color) Time: 16:00:00 | 22.00 |

**Total Expenses** **$242.27**

**SIDLEY AUSTIN** LLP

Invoice Number: ******
Luminant Energy Company LLC

Clean Air Transport Rule

## EXPENSE DETAIL

| Date | Narrative | Amount |
|---|---|---|
| 10/07/14 | 10/06/14-Duplicating Charges (Color) Time: 10:44:00 | $.50 |
| 10/31/14 | 10/31/14-Duplicating Charges (Color) Time: 14:38:00 | 19.38 |
| | **Total Expenses** | **$19.88** |