## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 2547** |

### CERTIFICATION OF COUNSEL CONCERNING
### AGREED ORDER GRANTING MOTION OF MIGUEL OLIVERAS
### CARABALLO FOR RELIEF FROM THE AUTOMATIC STAY

The undersigned hereby certifies as follows:

1.        On October 24, 2014, Miguel Oliveras Caraballo (the "Movant") filed the *Motion for Relief from Automatic Stay Under 11 U.S.C. §362 filed by Miguel Oliveras Caraballo* [D.I. 2547] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). Pursuant to the Motion, the Movant was seeking entry of an order granting him relief from the automatic stay in connection with the State Court Litigation (as such term is defined in the Motion), all as set forth in greater detail in the Motion.

2.        Pursuant to the *Notice of Hearing* filed and served along with the Motion, objections or responses to the Motion were to be filed and served no later than 4:00 p.m. (Eastern Standard Time) on November 13, 2014 (the "Objection Deadline").[2] A hearing to consider the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The Objection Deadline was extended through December 11, 2014 at 4:00 p.m. (Eastern Standard Time) for the above-captioned debtors and debtors in possession (collectively, the "Debtors").

relief requested in the Motion is currently scheduled to take place before the Bankruptcy Court on December 18, 2014 starting at 9:30 a.m. (Eastern Standard Time).

3.    Prior to the Objection Deadline (as extended), counsel to the Debtors provided informal comments to counsel to the Movant in connection with the Motion (the "Informal Response").  Other than the Informal Response, as of the date hereof, the Debtors are unaware of any other responses or objections in connection with the Motion, and no objections thereto appear on the Bankruptcy Court's docket in the Debtors' chapter 11 cases.

4.    Based on various communications by and between the Debtors and the Movant (together, the "Parties"), the Parties have prepared a revised form of order (the "Revised Order") in connection with the Motion, which fully resolves the Informal Response.  A copy of the Revised Order is attached hereto as Exhibit A.  The Revised Order has been circulated to, and is acceptable to, (i) the Debtors, (ii) the Movant, (iii) counsel to the Official Committee of Unsecured Creditors of Energy Future Competitive Holdings Company LLC ("EFCH"), EFCH's direct subsidiary, Texas Competitive Electric Holdings Company LLC and their direct and indirect subsidiaries, and EFH Corporate Services Company, and (iv) proposed counsel to the Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc..

5.    The Debtors therefore respectfully request that the Bankruptcy Court enter the Revised Order, substantially in the form attached hereto as Exhibit A, at its earliest convenience.

Dated: December 11, 2014
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:      (302) 651-7700
Facsimile:      (302) 651-7701
Email:          collins@rlf.com
                defranceschi@rlf.com
                madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900
Email:          edward.sassower@kirkland.com
                stephen.hessler@kirkland.com
                brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:      (312) 862-2200
Email:          james.sprayregen@kirkland.com
                marc.kieselstein@kirkland.com
                chad.husnick@kirkland.com
                steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession