IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) | Case No. 14-10979 (CSS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

PLEASE TAKE NOTICE that on April 29, 2014, Connolly Gallagher LLP ("CG") filed a Notice of Appearance (Docket No. 67) (the "Notice") on behalf of Pacific Investment Management Company LLC ("PIMCO"), as PIMCO's Delaware counsel in the above-captioned cases. Bingham McCutchen LLP ("Bingham") and certain of its attorneys were also listed on the Notice as counsel to PIMCO in the above-captioned cases.

PLEASE TAKE FURTHER NOTICE that as disclosed in previous filings with this Court, on November 24, 2014, certain Bingham attorneys representing PIMCO in this matter joined Morgan, Lewis, & Bockius LLP ("Morgan Lewis") and Venable LLP ("Venable").

PLEASE TAKE FURTHER NOTICE that because Venable will now serve as Delaware counsel to PIMCO, CG hereby withdraws its appearance as Delaware counsel for PIMCO, and hereby requests that the following person be removed from any and all service lists in these bankruptcy cases and any related adversary proceedings:

Karen C. Bifferato (#3279)
Connolly Gallagher LLP
1000 N. West Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 888-6221
Facsimile: (302) 757-7280
Email: kbifferato@connollygallagher.com

{05140107.DOCX.}

TAKE FURTHER NOTICE that service of any and all notices, papers, and pleadings filed in these cases or in any related adversary proceedings should continue to be made upon PIMCO in accordance with the Notice of Change to Contact Information filed by Morgan Lewis and Venable on November 28, 2014 (Docket No. 2908).

Dated: December 11, 2014

CONNOLLY GALLAGHER LLP

/s/ Karen C. Bifferato

Karen C. Bifferato (#3279)
1000 N. West Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 888-6221
Facsimile: (302) 757-7280
Email: kbifferato@connollygallagher.com