Metropolitan Life Insurance Company
1095 Avenue of the Americas, New York, NY 10036
212 578-2211

**Gregg P. Hirsch**
Associate General Counsel
Legal Department
Tel 212 578-8718    Fax 212 251-1575

**MetLife®**

December 9, 2014

Energy Future Holdings Corp.
 Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Fl.
New York, NY 10017

Re:  **ENERGY FUTURE HOLDINGS**         Case No. 14-10979(CSS)
     **CORP., et al**                    (Jointly Administered)

           Debtor                         Chapter 11

Dear Sir or Madam:

MetLife hereby requests withdrawal of its Proof of Claim. Kindly acknowledge receipt of the attached by date stamping one copy and returning it to us in the enclosed self-addressed stamped envelope. Thank you for your attention to this matter.

Very truly yours,

*Gregg P. Hirsch*
Gregg P. Hirsch
Associate General Counsel

GPH:dp
Attachs.

FILED / RECEIVED
DEC 11 2014
EPIQ BANKRUPTCY SOLUTIONS, LLC

