IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |

**CERTIFICATION OF COUNSEL CONCERNING ORDER APPROVING ENTRY INTO AND PERFORMANCE UNDER THE STIPULATION OF FPL ENERGY, LLC, FPL ENERGY PECOS WIND I, LP, FPL ENERGY PECOS WIND II, LP, INDIAN MESA WIND FARM, LP AND TXU PORTFOLIO MANAGEMENT COMPANY, LP N/K/A LUMINANT ENERGY COMPANY LLC**

The undersigned hereby certifies as follows:

1. On April 29, 2014 (the "Petition Date"), each of the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed a voluntary petition with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") under title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"). The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The Bankruptcy Court has entered a final order for joint administration of these chapter 11 cases [D.I. 849]. The Bankruptcy Court has not appointed a trustee. The Office of the United States Trustee for the District of Delaware formed an official committee of unsecured creditors of Energy Future Competitive Holdings Company LLC ("EFCH"), Texas Competitive Electric Holdings Company LLC ("TCEH"), the direct and

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 11252149v.1

indirect Debtor subsidiaries of EFCH and TCEH, and EFH Corporate Services Company (the "TCEH Creditors' Committee") on May 13, 2014 [D.I. 420] and an official committee of unsecured creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. (the "EFH Creditors' Committee") on October 27, 2014 [D.I. 2570].

2. TXU Portfolio Management Company, LP n/k/a Luminant Energy Company LLC ("Luminant Energy") and FPL Energy, LLC, FPL Energy Pecos Wind I, LP, FPL Energy Pecos Wind II, LP, and Indian Mesa Wind Farm, LP (collectively, "NextEra," and together with Luminant Energy, the "Parties") are parties to a lawsuit that was filed in 2004 (the "Texas Litigation/Appeal"), the appeal of which is now pending before the Court of Appeals for the Fifth Judicial District of Texas at Dallas ("Dallas Court of Appeals") following a remand order from the Supreme Court of Texas. The Supreme Court of Texas held that Luminant Energy owed no contractual duty to provide transmission capacity to NextEra under the Parties' agreements and that the agreements' liquidated damages provisions are unenforceable as a penalty. As a result, the Supreme Court of Texas remanded the case to the Dallas Court of Appeals to determine damages consistent with its opinion.

3. Following the Petition Date, the Texas Litigation/Appeal was stayed pursuant to section 362 of the Bankruptcy Code. However, in order to allow the Texas Litigation/Appeal to proceed, and the respective claims and interests of the Parties that remain following the Supreme Court of Texas's ruling to be liquidated in amount by the Courts of the State of Texas, the Parties have conferred and agreed that it is in their best interests for the automatic stay to be modified solely to the extent necessary to permit the Parties to continue to prosecute the Texas Litigation/Appeal until their claims or interests are fully adjudicated and liquidated; provided,

however, that except as expressly provided herein, the automatic stay remains in full force and effect, and neither NextEra nor any of its affiliates agents, attorneys or representatives, shall take any action to enforce, collect, assess, or recover all or any portion of any judgment from the Debtors, their estates or properties, other than with respect to certain letters of credit.

4. In that regard, the Parties have, subject to Bankruptcy Court approval, entered into that certain *Stipulation of FPL Energy, LLC, FPL Energy Pecos Wind I, LP, FPL Energy Pecos Wind II, LP, Indian Mesa Wind Farm, LP, and TXU Portfolio Management Company, LP n/k/a Luminant Energy Company LLC Granting Relief from Automatic Stay*, dated December 11, 2014 (the "Stipulation"). A copy of the Stipulation is attached hereto as **Exhibit A**. The Parties have also prepared a proposed form of order (the "Proposed Order") approving the Stipulation. A copy of the Proposed Order is attached hereto as **Exhibit B**. The Stipulation and Proposed Order have been circulated to, and are acceptable to, (i) Luminant Energy, (ii) NextEra, (iii) counsel to the TCEH Creditors' Committee, and (iv) proposed counsel to the EFH Creditors' Committee.

5. Luminant Energy therefore respectfully request that the Bankruptcy Court enter the Proposed Order approving the Stipulation, substantially in the form attached hereto as **Exhibit B**, at its earliest convenience.

*[Remainder of page intentionally left blank.]*

Dated: December 11, 2014
Wilmington, Delaware

*/s/ [signature]*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Facsimile:     (302) 651-7701
Email:         collins@rlf.com
               defranceschi@rlf.com
               madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900
Email:         edward.sassower@kirkland.com
               stephen.hessler@kirkland.com
               brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email:         james.sprayregen@kirkland.com
               marc.kieselstein@kirkland.com
               chad.husnick@kirkland.com
               steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession