IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) Objection Deadline: December 26, 2014 at 4:00 p.m. |

## NOTICE OF ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND RELATED RELIEF THERETO

**PLEASE TAKE NOTICE** that, on April 29, 2014, Energy Future Holdings Corp. and certain of its subsidiaries (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "Court"). These chapter 11 cases are being jointly administered pursuant to the *Final Order Directing Joint Administration of the Debtors' Chapter 11 Cases* [D.I. 849].

**PLEASE TAKE FURTHER NOTICE** that, on September 15, 2014, the Court entered an order [D.I. 2015] (the "Procedures Order"), authorizing the Debtors to reject, assume, or assume and assign executory contracts and unexpired leases and seek related relief thereto pursuant to the procedures set forth in the Procedures Order (the "Assumption Procedures").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Assumption Procedures, the Debtors hereby provide notice of their intent to assume and/or assign the executory contracts and

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

unexpired leases as identified on the attached **Exhibit A** (collectively, the "Contracts and Leases").

**PLEASE TAKE FURTHER NOTICE** that a proposed cure amount is listed for each of the Contracts and Leases.

**PLEASE TAKE FURTHER NOTICE** that any objection to the Debtors' assumption and/or assignment of any of the Contracts and Leases or any proposed cure amounts must be filed in writing with the Court, no later than **4:00 p.m. (Eastern Standard Time) on December 26, 2014**, as required by the Assumption Procedures (the "Assumption Objection Deadline"). Failure to file a timely objection shall constitute the deemed consent to the proposed cure amount and assumption and/or assignment.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Assumption Procedures, if no objection to the assumption and/or assignment of the Contracts and Leases or to any related cure amounts is filed in accordance with the Assumption Procedures, the Debtors will file with the Court a proposed form of order under a certificate of counsel, substantially in the form attached hereto as **Exhibit B** (the "Assumption Order"), and an Amended Assumption Schedule, including such Contracts and Leases and related cure amounts.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Assumption Procedures, if an objection is properly filed, the Debtors may schedule a hearing to consider that objection in accordance with the Assumption Procedures.

**PLEASE TAKE FURTHER NOTICE** that the proposed assumption and/or assignment of any Contract or Lease shall not constitute an admission by the Debtors that: (1) any such Contract or Lease is in fact an executory contract or unexpired lease under section 365 of title 11 of the United States Code or (2) that the Debtors shall have any liability under any such Contract

or Lease. The Debtors also reserve the right to supplement, amend, or otherwise modify the schedule of Contracts and Leases and the amount of any proposed cure amount.

**PLEASE TAKE FURTHER NOTICE** that each Contract or Lease shall include all modifications, amendments, supplements, restatements, or other agreements that in any manner affect such Contract or Lease, and all Contracts and Leases related thereto, if any, including all easements, licenses, permits, rights, privileges, immunities, options, rights of first refusal, and any other interests, unless any of the foregoing agreements have been previously rejected or terminated.

*[Remainder of page intentionally left blank.]*

Dated:  December 11, 2014
        Wilmington, Delaware

_/s/ Jason M. Madron_

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
              defranceschi@rlf.com
              madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:        edward.sassower@kirkland.com
              stephen.hessler@kirkland.com
              brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:        james.sprayregen@kirkland.com
              marc.kieselstein@kirkland.com
              chad.husnick@kirkland.com
              steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession