## Exhibit B

**Proposed Assumption Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |

### ORDER APPROVING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Pursuant to the order approving expedited procedures for the rejection, assumption, or assumption and assignment of the Debtors' executory contracts and unexpired leases and granting related relief (the "Procedures Order")[2] [D.I. 2015]; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Debtors having properly served an Individual Assumption Notice on each applicable party as set forth in the Amended Assumption Schedule, attached hereto as **Exhibit A**, in accordance with the terms of the Procedures Order; and no timely objections have been filed to the assumption and/or assignment of such Contracts or Leases; and due and proper notice of the Individual Assumption Notice

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Procedures Order.

1

RLF1 11253286v.1

having been provided to each applicable counterparty as set forth in the Amended Assumption Schedule, and it appearing that no other notice need be provided; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The assumption of the Contracts and Leases as set forth in the Amended Assumption Schedule is hereby approved.

2. The Debtors are authorized to assign the Contracts and Leases as set forth in the Amended Assumption Schedule to their respective Assignee, where applicable, free and clear of all liens and claims and interests of any kind or nature; *provided, however*, that nothing herein shall release Assignee of any obligation to reimburse Assignor for any fees or other payments paid by Assignor on behalf of Assignee in respect of the assigned Contracts or Leases.

3. The cure amount under section 365(b) of the Bankruptcy Code in connection with the assumption and/or assignment of the Contracts and Leases is hereby final as set forth in the Amended Assumption Schedule and any claims against the Debtors arising under the Contracts and Leases prior to the entry of this Order are forever barred and enjoined.

4. To the extent that any counterparty failed to timely object to the cure amount or the assumption and assignment of its Contract or Lease, such counterparty is deemed to have consented to the cure amount and the assumption and assignment of its respective Contract or Lease to the Assignee.

5. The Debtors are authorized to take any action necessary to implement the terms of this Order without further order from this Court.

6. Assumption and/or assignment of the Contracts and Leases and payment of any associated cure amounts do not constitute: (a) an admission by the Debtors that the Contract or Lease is in fact an executory contract or unexpired lease under section 365 of title 11 of the

United States Code or that the Debtors shall have any liability under the Contract or Lease, or (b) a waiver by the Debtors of any rights, claims, or defenses in connection with or arising under any Contract or Lease.

7.  Notwithstanding the potential applicability of Bankruptcy Rule 6006(d), 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

8.  This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Dated: _____, 2014
       Wilmington, Delaware

                                      THE HONORABLE CHRISTOPHER S. SONTCHI
                                      UNITED STATES BANKRUPTCY JUDGE

# Exhibit A

**Fifth Assumption Schedule**

| | Details of Contract(s) to be Assumed | | Assumption Counterparty Information | | | | |
|---|---|---|---|---|---|---|---|
| Ref. # | Debtor(s) / Assignor | Description of Contract/Lease * | Contract Counterparty | Address | Assignee | Cure Amount | Effective Date |
| 1 | EFH Corporate Services Company | No. of Licenses: 4200  Product Name: EntCAL ALNG SA MVL DvcCAL wSrvcs  Part Number: 76A-00031 | Microsoft Licensing, GP | Dept 551, Volume Licensing 6100 Neil Road, Suite 210 Reno, NV 89511 | Oncor Electric Delivery Company LLC | $0.00 | Upon entry of the Assumption Order |
| 2 | EFH Corporate Services Company | No. of Licenses: 92  Product Name: MapPoint Win32 ALNG LicSAPk MVL  Part Number: B21-00326 | Microsoft Licensing, GP | Dept 551, Volume Licensing 6100 Neil Road, Suite 210 Reno, NV 89511 | Oncor Electric Delivery Company LLC | $0.00 | Upon entry of the Assumption Order |
| 3 | EFH Corporate Services Company | No. of Licenses: 0  Product Name: OfficeStd ALNG SA MVL  Part Number: 021-05464 | Microsoft Licensing, GP | Dept 551, Volume Licensing 6100 Neil Road, Suite 210 Reno, NV 89511 | Oncor Electric Delivery Company LLC | $0.00 | Upon entry of the Assumption Order |
| 4 | EFH Corporate Services Company | No. of Licenses: 3979  Product Name: OfficeProPlus ALNG SA MVL  Part Number: 269-05704 | Microsoft Licensing, GP | Dept 551, Volume Licensing 6100 Neil Road, Suite 210 Reno, NV 89511 | Oncor Electric Delivery Company LLC | $0.00 | Upon entry of the Assumption Order |
| 5 | EFH Corporate Services Company | No. of Licenses: 545  Product Name: Prjct ALNG SA MVL  Part Number: 076-01912 | Microsoft Licensing, GP | Dept 551, Volume Licensing 6100 Neil Road, Suite 210 Reno, NV 89511 | Oncor Electric Delivery Company LLC | $0.00 | Upon entry of the Assumption Order |
| 6 | EFH Corporate Services Company | No. of Licenses: 29  Product Name: PrjctPro ALNG SA MVL w1PrjctSvrCAL  Part Number: H30-00238 | Microsoft Licensing, GP | Dept 551, Volume Licensing 6100 Neil Road, Suite 210 Reno, NV 89511 | Oncor Electric Delivery Company LLC | $0.00 | Upon entry of the Assumption Order |
| 7 | EFH Corporate Services Company | No. of Licenses: 244  Product Name: VisioStd ALNG SA MVL  Part Number: D86-01253 | Microsoft Licensing, GP | Dept 551, Volume Licensing 6100 Neil Road, Suite 210 Reno, NV 89511 | Oncor Electric Delivery Company LLC | $0.00 | Upon entry of the Assumption Order |
| 8 | EFH Corporate Services Company | No. of Licenses: 169  Product Name: VisioPro ALNG SA MVL  Part Number: D87-01159 | Microsoft Licensing, GP | Dept 551, Volume Licensing 6100 Neil Road, Suite 210 Reno, NV 89511 | Oncor Electric Delivery Company LLC | $0.00 | Upon entry of the Assumption Order |
| 9 | EFH Corporate Services Company | No. of Licenses: 49  Product Name: VSProwMSDNPrem ALNG SA MVL  Part Number: F1P-00100 | Microsoft Licensing, GP | Dept 551, Volume Licensing 6100 Neil Road, Suite 210 Reno, NV 89511 | Oncor Electric Delivery Company LLC | $0.00 | Upon entry of the Assumption Order |
| 10 | EFH Corporate Services Company | No. of Licenses: 40  Product Name: VSProwMSDN ALNG LicSAPk MVL  Part Number: 77D-00110 | Microsoft Licensing, GP | Dept 551, Volume Licensing 6100 Neil Road, Suite 210 Reno, NV 89511 | Oncor Electric Delivery Company LLC | $0.00 | Upon entry of the Assumption Order |
| 11 | EFH Corporate Services Company | No. of Licenses: 4  Product Name: VSTstProwMSDN ALNG LicSAPk MVL  Part Number: L5D-00161 | Microsoft Licensing, GP | Dept 551, Volume Licensing 6100 Neil Road, Suite 210 Reno, NV 89511 | Oncor Electric Delivery Company LLC | $0.00 | Upon entry of the Assumption Order |
| 12 | EFH Corporate Services Company | No. of Licenses: 16  Product Name: VSProwMSDN ALNG LicSAPk MVL  Part Number: 77D-00110 | Microsoft Licensing, GP | Dept 551, Volume Licensing 6100 Neil Road, Suite 210 Reno, NV 89511 | Oncor Electric Delivery Company LLC | $0.00 | Upon entry of the Assumption Order |
| 13 | EFH Corporate Services Company | No. of Licenses: 2  Product Name: BztlkSvrEnt SNGL LicSAPk MVL 1Proc  Part Number: F52-00382 | Microsoft Licensing, GP | Dept 551, Volume Licensing 6100 Neil Road, Suite 210 Reno, NV 89511 | Oncor Electric Delivery Company LLC | $0.00 | Upon entry of the Assumption Order |
| 14 | EFH Corporate Services Company | No. of Licenses: 17  Product Name: ExchgSvrStd ALNG SA MVL  Part Number: 312-02257 | Microsoft Licensing, GP | Dept 551, Volume Licensing 6100 Neil Road, Suite 210 Reno, NV 89511 | Oncor Electric Delivery Company LLC | $0.00 | Upon entry of the Assumption Order |
| 15 | EFH Corporate Services Company | No. of Licenses: 356  Product Name: EA Only (Exchange Server Standard - Device CAL) Part Number: N/A | Microsoft Licensing, GP | Dept 551, Volume Licensing 6100 Neil Road, Suite 210 Reno, NV 89511 | Oncor Electric Delivery Company LLC | $0.00 | Upon entry of the Assumption Order |
| 16 | EFH Corporate Services Company | No. of Licenses: 368  Product Name: EA Only (Lync Server Standard - Device CAL)  Part Number: N/A | Microsoft Licensing, GP | Dept 551, Volume Licensing 6100 Neil Road, Suite 210 Reno, NV 89511 | Oncor Electric Delivery Company LLC | $0.00 | Upon entry of the Assumption Order |
| 17 | EFH Corporate Services Company | No. of Licenses: 44  Product Name: SharePointSvr ALNG SA MVL  Part Number: H04-00268 | Microsoft Licensing, GP | Dept 551, Volume Licensing 6100 Neil Road, Suite 210 Reno, NV 89511 | Oncor Electric Delivery Company LLC | $0.00 | Upon entry of the Assumption Order |
| 18 | EFH Corporate Services Company | No. of Licenses: 699  Product Name: EA Only (SharePoint Server Standard - Device CAL) Part Number: N/A | Microsoft Licensing, GP | Dept 551, Volume Licensing 6100 Neil Road, Suite 210 Reno, NV 89511 | Oncor Electric Delivery Company LLC | $0.00 | Upon entry of the Assumption Order |
| 19 | EFH Corporate Services Company | No. of Licenses: 23  Product Name: SharePointStdCAL 2013 SNGL OLP NL UsrCAL  Part Number: 76M-01518 | Microsoft Licensing, GP | Dept 551, Volume Licensing 6100 Neil Road, Suite 210 Reno, NV 89511 | Oncor Electric Delivery Company LLC | $0.00 | Upon entry of the Assumption Order |
| 20 | EFH Corporate Services Company | No. of Licenses: 23  Product Name: SharePointEntCAL 2013 SNGL OLP NL UsrCAL  Part Number: 76N-03701 | Microsoft Licensing, GP | Dept 551, Volume Licensing 6100 Neil Road, Suite 210 Reno, NV 89511 | Oncor Electric Delivery Company LLC | $0.00 | Upon entry of the Assumption Order |
| 21 | EFH Corporate Services Company | No. of Licenses: 224  Product Name: SysCtrMgmtSteStd ALNG SA MVL  Part Number: MUY-00212 | Microsoft Licensing, GP | Dept 551, Volume Licensing 6100 Neil Road, Suite 210 Reno, NV 89511 | Oncor Electric Delivery Company LLC | $0.00 | Upon entry of the Assumption Order |
| 22 | EFH Corporate Services Company | No. of Licenses: 6  Product Name: SQLSvrStd ALNG LicSAPk MVL 1Proc  Part Number: 228-03159 | Microsoft Licensing, GP | Dept 551, Volume Licensing 6100 Neil Road, Suite 210 Reno, NV 89511 | Oncor Electric Delivery Company LLC | $0.00 | Upon entry of the Assumption Order |
| 23 | EFH Corporate Services Company | No. of Licenses: 30  Product Name: SQLSvrEnt ALNG LicSAPk MVL 1Proc  Part Number: 810-03312 | Microsoft Licensing, GP | Dept 551, Volume Licensing 6100 Neil Road, Suite 210 Reno, NV 89511 | Oncor Electric Delivery Company LLC | $0.00 | Upon entry of the Assumption Order |
| 24 | EFH Corporate Services Company | No. of Licenses: 9  Product Name: SQLSvrStd ALNG LicSAPk MVL  Part Number: 228-04437 | Microsoft Licensing, GP | Dept 551, Volume Licensing 6100 Neil Road, Suite 210 Reno, NV 89511 | Oncor Electric Delivery Company LLC | $0.00 | Upon entry of the Assumption Order |
| 25 | EFH Corporate Services Company | No. of Licenses: 15  Product Name: SQLSvrEnt ALNG LicSAPk MVL  Part Number: 810-04764 | Microsoft Licensing, GP | Dept 551, Volume Licensing 6100 Neil Road, Suite 210 Reno, NV 89511 | Oncor Electric Delivery Company LLC | $0.00 | Upon entry of the Assumption Order |
| 26 | EFH Corporate Services Company | No. of Licenses: 300  Product Name: SQLCAL ALNG LicSAPk MVL DvcCAL  Part Number: 359-00765 | Microsoft Licensing, GP | Dept 551, Volume Licensing 6100 Neil Road, Suite 210 Reno, NV 89511 | Oncor Electric Delivery Company LLC | $0.00 | Upon entry of the Assumption Order |
| 27 | EFH Corporate Services Company | No. of Licenses: 137  Product Name: SQLCAL 2008 SNGL MVL UsrCAL SQLCAL 2008R2 SNGL OLP NL UsrCAL  Part Number: 359-05101 359-05356 | Microsoft Licensing, GP | Dept 551, Volume Licensing 6100 Neil Road, Suite 210 Reno, NV 89511 | Oncor Electric Delivery Company LLC | $0.00 | Upon entry of the Assumption Order |
| 28 | EFH Corporate Services Company | No. of Licenses: 356  Product Name: EA Only (Windows Server - Device CAL)  Part Number: N/A | Microsoft Licensing, GP | Dept 551, Volume Licensing 6100 Neil Road, Suite 210 Reno, NV 89511 | Oncor Electric Delivery Company LLC | $0.00 | Upon entry of the Assumption Order |
| 29 | EFH Corporate Services Company | No. of Licenses: 275  Product Name: WinSvrStd ALNG LicSAPk MVL  Part Number: P73-00203 | Microsoft Licensing, GP | Dept 551, Volume Licensing 6100 Neil Road, Suite 210 Reno, NV 89511 | Oncor Electric Delivery Company LLC | $0.00 | Upon entry of the Assumption Order |
| 30 | EFH Corporate Services Company | No. of Licenses: 5  Product Name: WinSvrEnt ALNG LicSAPk MVL  Part Number: P72-00165 | Microsoft Licensing, GP | Dept 551, Volume Licensing 6100 Neil Road, Suite 210 Reno, NV 89511 | Oncor Electric Delivery Company LLC | $0.00 | Upon entry of the Assumption Order |
| 31 | EFH Corporate Services Company | No. of Licenses: 72  Product Name: WinSvrDataCtr ALNG LicSAPk MVL 1Proc  Part Number: P71-01031 | Microsoft Licensing, GP | Dept 551, Volume Licensing 6100 Neil Road, Suite 210 Reno, NV 89511 | Oncor Electric Delivery Company LLC | $0.00 | Upon entry of the Assumption Order |
| 32 | EFH Corporate Services Company | No. of Licenses: 35 Product Name: System Center Data Center | Microsoft Licensing, GP | Dept 551, Volume Licensing 6100 Neil Road, Suite 210 Reno, NV 89511 | Oncor Electric Delivery Company LLC | $0.00 | Upon entry of the Assumption Order |
| 33 | EFH Corporate Services Company | No. of Licenses: 6 Product Name: Lync | Microsoft Licensing, GP | Dept 551, Volume Licensing 6100 Neil Road, Suite 210 Reno, NV 89511 | Oncor Electric Delivery Company LLC | $0.00 | Upon entry of the Assumption Order |

**Fifth Assumption Schedule**

| | Details of Contract(s) to be Assumed | | Assumption Counterparty Information | | | | |
|---|---|---|---|---|---|---|---|
| Ref. # | Debtor(s) / Assignor | Description of Contract/Lease * | Contract Counterparty | Address | Assignee | Cure Amount | Effective Date |
| 34 | EFH Corporate Services Company | No. of Licenses: 20 Product Name: Excel | Microsoft Licensing, GP | Dept 551, Volume Licensing 6100 Neil Road, Suite 210 Reno, NV 89511 | Oncor Electric Delivery Company LLC | $0.00 | Upon entry of the Assumption Order |
| 35 | EFH Corporate Services Company | No. of Licenses: 1185 Product Name: Access | Microsoft Licensing, GP | Dept 551, Volume Licensing 6100 Neil Road, Suite 210 Reno, NV 89511 | Oncor Electric Delivery Company LLC | $0.00 | Upon entry of the Assumption Order |

*For the avoidance of doubt, EFH Corporate Services Company is only seeking to assume and assign those licenses used by Oncor Electric Delivery Company LLC.