**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Energy Future Holdings Corp., et al., | ) | Case No. 14-10979 (CSS) Joint |
| | ) | |
| Debtors. | ) | Administration Requested |
| | ) | |

**AMENDED NOTICE OF APPEARANCE AND
DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rules 2002, 9007, and 9010(b),

Tex-La Electric Cooperative of Texas, Inc. ("Tex-La"), by and through its counsel Dykema

Gossett PLLC and Holland & Knight LLP hereby respectfully submits this Amended Notice of

Appearance and Demand for Service of Papers in the above-captioned case that updates and

amends certain appearance information from that certain Notice of Appearance [Doc. No. 162]

and requests that all notices and all papers served or required to be served in this case by the

Court, the above-referenced Debtors, and/or any other parties-in-interest, be given to and served

upon the following amended addresses:

Jeffrey R. Fine
Dykema Gossett PLLC
1717 Main Street, Suite 4200
Dallas, Texas  75201
(214) 462-6455
(855) 230-2518 (Facsimile)
jfine@dykema.com

AND

Christine C. Ryan
Holland & Knight LLP
800 17th Street N.W.
Suite 1100
Washington, District of Columbia  20006
(202) 469-5101
*christine.ryan@hklaw.com*

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, notices and papers referred to in Bankruptcy Rule 2002 and also includes, without limitation, any plans of reorganization and disclosure statements and objections thereto, notices, orders, pleadings, motions, applications, complaints, schedules of assets and liabilities, operating reports, answering or reply papers, memoranda and briefs in support of any of the foregoing, pleadings, hearing dates, requests, demand, replies and any other documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, courier service, delivery service, telephone, telegraph, or otherwise.

This appearance and request for notice is without prejudice to the rights, remedies and claims of Tex-La against other entities or any objection by Tex-La that may be made to the subject matter jurisdiction of the Court or the propriety of venue herein and shall not be deemed or construed to submit Tex-La to the jurisdiction of the Court.

Dates:  December 11, 2014                    Respectfully submitted,

DYKEMA GOSSETT PLLC

By:    */s/ Jeffrey R. Fine*
        Jeffrey R. Fine
        Texas Bar No. 07008410

1717 Main Street, Suite 4200
Dallas, Texas 75201
(214) 462-6455
(855) 230-2518 (Facsimile)

**ATTORNEYS FOR TEX-LA ELECTRIC
COOPERATIVE OF TEXAS, INC.**

## CERTIFICATE OF SERVICE

I, Paula Elliott, certify that I am not less than 18 years of age, and that on December 11, 2014, a copy of the foregoing was electronically filed by CM/ECF and I caused a copy to be served upon the parties below by U.S. First Class Mail:

Mark D. Collins
Jason M. Madron
Daniel J. DeFranceschi
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

Richard L. Schepacarter
Office of the United States
Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: December 11, 2014                    /s/ *Paula Elliott*
                                            Paula Elliott