# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) Jointly Administered |

## ORDER APPROVING ENTRY INTO AND PERFORMANCE UNDER THE STIPULATION OF FPL ENERGY, LLC, FPL ENERGY PECOS WIND I, LP, FPL ENERGY PECOS WIND II, LP, INDIAN MESA WIND FARM, LP AND TXU PORTFOLIO MANAGEMENT COMPANY, LP N/K/A LUMINANT ENERGY COMPANY LLC

Upon the *Stipulation of FPL Energy, LLC, FPL Energy Pecos Wind I, LP, FPL Energy Pecos Wind II, LP, Indian Mesa Wind Farm, LP, and TXU Portfolio Management Company, LP n/k/a Luminant Energy Company LLC Granting Relief from Automatic Stay*, dated December 11, 2014 (the "Stipulation")[2], a copy of which is attached hereto as **Exhibit 1**, and upon the record of these chapter 11 cases and due deliberation thereon, and good and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Stipulation is approved.

2. The Parties are authorized to enter into, perform, execute, and deliver all documents, and take all actions, necessary to immediately continue and fully implement the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed as in the Stipulation.

RLF1 11252146v.1

Stipulation in accordance with the terms, conditions, agreements, and releases set forth therein, all of which are hereby approved.

3. The provisions of the Stipulation and this Order constitute an order of the United States Bankruptcy Court for the District of Delaware (the "Court") and violations of the provisions of the Stipulation and Order are subject to enforcement and the imposition of legal sanctions by the Court in the same manner as any other court.

4. The automatic stay imposed by 11 U.S.C. § 362(a) is hereby modified to the extent set forth in the Stipulation and solely to the extent necessary for the Parties to effectuate the Stipulation and the transactions contemplated therein, and shall not be modified except as expressly set forth herein and in the Stipulation.

5. Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014, or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

7. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

8. The Court retains exclusive jurisdiction to the extent set forth in the Stipulation, with respect to all matters arising from or related to the implementation of this Order.

Dated: December 12, 2014
Wilmington, Delaware

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE