**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| *In re*: | : | Chapter 11 |
| | : | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | : | Case No. 14-10979 (CSS) |
| | : | |
| | : | Jointly Administered |
| | : | |
| Debtors. | : | **Hearing Date: December 18, 2014, at 9:30 a.m.** |

**REQUEST FOR ADDITIONAL TIME TO OBJECT OR OTHERWISE
RESPOND TO MOTION OF ENERGY FUTURE HOLDINGS CORP.
ET AL., FOR ENTRY OF AN ORDER APPROVING THE 2015
COMPENSATION PROGRAMS (D.I. 2852)**

In support of her Request for Additional Time to Respond or Object to the Motion of Energy Future Holdings Corp., *et al*., for Entry of an Order Approving the 2015 Compensation Programs (D.I. 2852)[1] Roberta A. DeAngelis, the United States Trustee for Region 3, by counsel, respectfully states as follows:

**I. JURISDICTION AND PROCEDURAL HISTORY**

1.      The Court has jurisdiction to consider this Reservation of Rights.

2.      Pursuant to section 586 of title 28, U.S. Code, the U.S. Trustee is charged with overseeing the administration of Chapter 11 cases filed in this District. 11 U.S.C. § 586. Under section 586 and section 307 of the Bankruptcy Code, Congress charged the U.S. Trustee with broad responsibilities in Chapter 11 cases and the standing to rise and be heard on any issue in any case or proceeding. 11 U.S.C. § 307; *see also United States Trustee v. Columbia Gas Sys., Inc. (In re Columbia Gas Sys., Inc.),* 33 F.3d 294, 295-96 (3d Cir. 1994) (the U.S. Trustee has "public interest standing" under 11 U.S.C. § 307, which goes beyond mere pecuniary interest).

---

[1] Unless otherwise defined herein, capitalized terms shall have the same meaning and context as those capitalized terms included in the Motion.

3.      Pursuant to 11 U.S.C. § 307, the U. S. Trustee has standing to be heard with regard to the above-referenced matter.

## II. FACTS

*A.     Background.*

4.      On April 29, 2014, the Debtors commenced these Chapter 11 cases.

5.      On November 22, 2014, the Debtors filed the Motion seeking approval of the Debtors' various compensation programs for 2015. The Motion contains new incentive targets and also seeks certain relief that was not a part of the prior compensation motion, namely, the Debtors' Motion for Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of the Insider Compensation Programs and (B) Continue the Insider Compensation Programs (D.I. 1792).

6.      The deadline to object or otherwise respond to the Motion was December 11, 2014. For the reasons set forth below in paragraphs 7-10, the Debtors extended the deadline for the U.S. Trustee through December 12, 2014.

7.      Since filing the Motion, the U.S. Trustee has requested, and the Debtors have, in part, provided the U.S. Trustee with additional information and documents concerning the Motion.

8.      On December 2, 2014, at the U.S. Trustee's request, representatives of the Debtors, the Debtors' experts and counsel participated with the U.S. Trustee's counsel and analysts in an all-hands meeting to discuss issues concerning the Motion in an effort to achieve a consensual resolution of the U.S. Trustee's concerns.

9.      Toward that end, the Debtors have been preparing declarations to supplement the information contained in the Motion. As of the date hereof, the declarations have not been

completed.

10. Notwithstanding that the Debtors have not finalized the supplemental declarations, the Debtors have declined to further extend the time unconditionally for the U.S. Trustee to object or otherwise respond to the Motion.

11. Although the U.S. Trustee intends to continue to engage in discussions with the Debtors to resolve outstanding issues, the U.S. Trustee should not be prejudiced by the passing of a deadline to be heard should the matters remain unresolved. Accordingly, the U.S. Trustee requests authority and leave from this Court to file an objection or otherwise respond to the Motion through 4:00 p.m. Wednesday, December 17, 2014.

WHEREFORE, the U.S. Trustee respectfully requests the right to file an objection or otherwise respond to the Motion on or before December 17, 2014 by 4:00 p.m., entry of the accompanying order and for such other relief as is just.

Dated: Wilmington, Delaware
       December 12, 2014

Respectfully submitted,

**ROBERTA A. DeANGELIS**
**UNITED STATES TRUSTEE**

By: */s/Richard L. Schepacarter*
    Richard L. Schepacarter
    Andrea B. Schwartz
    Trial Attorneys
    U.S. Department of Justice
    Office of the United States Trustee
    J. Caleb Boggs Federal Building
    844 N. King Street, Suite 2207, Lockbox 35
    Wilmington, DE 19801
    (302) 573-6491 (Telephone)
    (302) 573-6497 (Fax)