IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re*: | : | Chapter 11 |
| | : | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | : | Case No. 14-10979 (CSS) |
| | : | |
| | : | Jointly Administered |
| | : | |
| Debtors. | : | Related to Docket No. 2986. |

**ORDER GRANTING U.S. TRUSTEE'S REQUEST FOR ADDITIONAL TIME TO RESPOND OR OBJECT TO THE MOTION OF ENERGY FUTURE HOLDINGS CORP., ET AL, FOR ENTRY OF AN ORDER APPROVING THE 2015 COMPENSATION PROGRAMS (D.I. 2852)**

This matter having come before the Court by way of the United States Trustee's Request for Additional Time to Respond or Object to the Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Approving the 2015 Compensation Programs (the "Motion") (D.I. 2852), and the Court finding that cause exists for entry of this Order and for extending the time for the U.S. Trustee to object or otherwise respond to the Motion, it is hereby,

ORDERED, ADJUDGED and DECREED as follows:

1. The U.S. Trustee's Request is hereby GRANTED;

2. The U.S. Trustee shall have until ~~4:00 p.m. Wednesday, December 17, 2014~~ 10:00 a.m. Tuesday, December 16, 2014 to object or otherwise respond to the Motion; and,

3. This Court shall retain jurisdiction over the terms and conditions of this Order.

                                                               **Honorable Christopher S. Sontchi**
                                                               **United States Bankruptcy Judge**

Dated: 12/12/14