## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**Energy Future Holdings, Inc**., *et al.*,<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2014, the Order Granting U.S. Trustee's Request for Additional Time to Respond or Object to the Motion of Energy Future Holdings Corp., *et al*, for Entry of an Order Approving the 2015 Compensation Programs (D.I. 2987) was caused to be served upon the following persons *via* email, and/or regular mail upon the parties listed below:

Edward O. Sassower, P.C.
Stephen E. Hessler, Esquire
Brian E. Schartz, Esquire
Chad J. Husnick, Esquire
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022-4611
Email: esassower@kirkland.com
Email: shessler@kirkland.com
Email: chusnick@kirkland.com
Email: bschartz@kirkland.com

Daniel J. DeFranceschi, Esquire
Mark A. Collins, Esquire
Jason M. Madron, Esquire
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
Email: defranceschi@rlf.com
Email: madron@rlf.com
Email: collins@rlf.com

Christopher A. Ward, Esquire
Justin K. Edelson, Esquire
Shanti M. Katona, Esquire
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, De 19801
Email: cward@polsinelli.com
Email: jedelson@polsinelli.com
Email: skatona@polsinelli.com

James M. Peck, Esquire
Brett H. Miller, Esquire
Lorenzo Marinuzzi, Esquire
Morrison & Foerster
250 W. 55th Street
New York, NY 10019
Email: jpeck@mofo.com
Email: bmiller@mofo.com
Email: lmarinuzzi@mofo.com

Andrew Dietderich, Esquire  
Mark U. Schneiderman, Esquire  
Michael H. Torkin, Esquire  
Sullivan & Cromwell LLP  
125 Broad Street  
New York, NY 10004  
Email: dietdericha@sullcrom.com  
Email: schneidermanm@sullcrom.com  
Email: torkinm@sullcrom.com  

Natalie D. Ramsey, Esquire  
Mark Andrew Fink, Esquire  
Montgomery, McCracken, Walker & Rhoads  
1105 N. Market Street  
Suite 1500  
Wilmington, DE 19081  
Email: nramsey@mmwr.com  
Email: mfink@mmwr.com  

/s/Richard L. Schepacarter  
Richard L. Schepacarter  
Trial Attorney