IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

**DECLARATION OF NANCY BRAUN
IN SUPPORT OF THE MOTION OF ENERGY
FUTURE HOLDINGS CORP. ET AL., FOR ENTRY
OF AN ORDER AUTHORIZING THE KPMG DEBTORS AND
KPMG DEBTORS IN POSSESSION TO EXPAND THE RETENTION
AND EMPLOYMENT OF KPMG LLP AS BANKRUPTCY ACCOUNTING
AND TAX ADVISORS EFFECTIVE NUNC PRO TUNC TO AUGUST 1, 2014**

I, Nancy Braun, being duly sworn, state the following under penalty of perjury:

1. I am the president of Thavron Solutions, LLC ("Thavron"), which has a place of business at 700 E. Firmin Street, Kokomo, IN 46902.

2. I submit this declaration (this "Additional Services Thavron Declaration"), pursuant to Bankruptcy Rules 2014(a) and 2016(b), on behalf of Thavron in support of the *Motion of Energy Future Holdings Corp. et al., for Entry of an Order Authorizing the KPMG Debtors and KPMG Debtors in Possession to Expand the Retention and Employment of KMPG LLP as Bankruptcy Accounting and Tax Advisors* Nunc Pro Tunc *to August 1, 2014* [D.I. 2892]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

(the "Additional Service Motion").[2]   Except as otherwise noted herein, I have personal knowledge of the matters set forth herein.

## Background

3. In August 2014, KPMG LLP ("KPMG") hired Thavron to provide technical assistance related to cost modeling in connection with the Apptio services provided to the KPMG Debtors in the KPMG statement of work executed as of August 11, 2014.

4. On September 5, 2014, I submitted the *Declaration of Nancy Braun for Entry of an Order Authorizing the Debtors to Retain and Employ as Bankruptcy Accounting Advisor Effective* Nunc Pro Tunc *to June 17, 2014* [D.I. 1971] (the "Thavron Declaration").

5. Thavron will continue to provide technical assistance to KPMG related to cost modeling in connection with the Apptio services as part of the Additional Services set forth in the Additional Services Motion.

## Thavron's Disinterestedness

6. To the best of my knowledge, and after an ongoing review of Thavron's clients, Thavron continues to be a "disinterested person" within the meaning of Bankruptcy Code section 101(14) as required by Bankruptcy Code section 327(a). Thavron holds no interest adverse to the KPMG Debtors or their estates for matters for which Thavron is to be employed. Thavron has no connection to the KPMG Debtors, their creditors, or their related parties herein except as otherwise disclosed in the Thavron Declaration.

7. Thavron has not provided, and will continue to not provide, any professional services to any of the creditors, other parties-in-interest, or their respective attorneys and accountants with regard to any matter related to these chapter 11 cases.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Additional Services Motion.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on
Dated:   [ 12/12 ], 2014          /s/  *Nancy Braun*
                                  Nancy Braun
                                  President, Thavron Solutions LLC