# EXHIBIT A

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**ORDER SUSTAINING DEBTORS' SECOND OMNIBUS
(NON-SUBSTANTIVE) OBJECTION TO (AMENDED AND
SUPERSEDED, EXACT DUPLICATE, NO SUPPORTING
DOCUMENTATION, AND INSUFFICIENT DOCUMENTATION) CLAIMS
PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1**

Upon the objection (the "Objection")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for entry of an order (this "Order"), disallowing and expunging the Disputed Claims set forth on **Exhibit 1**, **Exhibit 2**, **Exhibit 3**, and **Exhibit 4** attached hereto, all as set forth in the Objection and the Kotarba Declaration; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this case and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Objection is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having found that the Debtors provided appropriate notice of the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

Objection and the opportunity for a hearing on the Objection (the "Hearing") under the circumstances; and the Court having reviewed the Objection and having heard the statements in support of the relief requested therein at the Hearing, if any; and the Court having determined that the legal and factual bases set forth in the Objection and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Objection is sustained as set forth herein.

2.      The Amended Claims set forth on the attached **Exhibit 1** are hereby disallowed in their entirety.

3.      The Exact Duplicate Claims set forth on the attached **Exhibit 2** are hereby disallowed in their entirety.

4.      The No Supporting Documentation Claims set forth on the attached **Exhibit 3** are hereby disallowed in their entirety.

5.      The Insufficient Documentation Claims set forth on the attached **Exhibit 4** are hereby disallowed in their entirety.

6.      The Claims Agent is authorized to modify the Claims Register to comport with the entry of this Order.

7.      Nothing set forth herein shall affect the parties' rights with respect to those claims identified as "Remaining Claims" on **Exhibit 1** or **Exhibit 2**, each attached hereto, and the parties' rights with respect to such "Remaining Claims" are reserved, including, for the avoidance of doubt, the Debtors' right to object on any grounds permitted by bankruptcy or nonbankruptcy law.

RLF1 11258152v.1

8.      Each of the claims identified as "Remaining Claims" on **Exhibit 1** and **Exhibit 2** attached hereto are deemed timely filed to the extent that such claim relates back to a claim which was filed on or before the applicable bar date.

9.      Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed:  (a) an admission as to the validity of any particular claim (including the Proofs of Claim) against a Debtor entity; (b) a waiver of the Debtors' rights to dispute any particular claim (including the Proofs of Claim) on any grounds; (c) a promise or requirement to pay any particular claim (including the Proofs of Claim); (d) an implication or admission that any particular claim is of a type specified or defined in this Objection (except as set forth herein); (e) an admission by the Debtors that any contract or lease is executory or unexpired, as applicable; (f) a waiver or limitation of the Debtors' rights under the Bankruptcy Code or any other applicable law; (g) a request or authorization to assume or reject any agreements under section 365 of the Bankruptcy Code; (h) a waiver of any party's rights to assert that any other party is in breach or default of any agreement; or (i) an admission that any contract or lease is integrated with any other contract or lease.

10.     Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

11.     The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

12.     This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Dated: _____     _____
         Wilmington, Delaware          THE HONORABLE CHRISTOPHER S. SONTCHI
                                       UNITED STATES BANKRUPTCY JUDGE

4

**EXHIBIT 1** to **EXHIBIT A**

**Amended Claims**

# ENERGY FUTURE HOLDINGS CORP., et al.

## SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 to EXHIBIT A – Amended Claims

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 1 | AMERICOM TELECOM (ATI) 3544 ETC JESTER HOUSTON, TX 77018 | 05/27/2014 | 14-10979 (CSS) | 576 | $10,668.52 | AMERICOM TELECOMMUNICATIONS INC 3544 E T C JESTER BLVD HOUSTON, TX 77018-6023 | 10/06/2014 | 14-11032 (CSS) | 4907 | $10,668.52 | Amended Claim |
| 2 | APEX COMPANIES LLC 15850 CRABBS BRANCH WAY SUITE 200 ROCKVILLE, MD 20855 | 08/29/2014 | 14-10979 (CSS) | 3972 | $21,520.27 | APEX TITAN, INC. C/O APEX COMPANIES LLC ATTN: BERNICE JARBOE 15850 CRABBS BRANCH WAY, SUITE 200 ROCKVILLE, MD 20855 | 10/22/2014 | 14-11042 (CSS) | 5906 | $11,933.07 | Amended Claim |
| 3 | AVNET INC. 5400 PRAIRIE STONE PKWY HOFFMAN ESTATES, IL 60192 | 08/29/2014 | 14-10996 (CSS) | 3952 | $166,995.71 | AVNET, INC. 5400 PRAIRIE STONE PKWY HOFFMAN ESTATES, IL 60192 | 10/23/2014 | 14-10996 (CSS) | 6175 | $53,987.65 | Amended Claim |
| 4 | BURFORD & RYBURN LLP ATTN: JEB LOVELESS 500 N AKARD STE 3100 DALLAS, TX 75201 | 09/10/2014 | 14-11032 (CSS) | 4288 | $224.90 | BURFORD & RYBURN, LLP ATTN: JEB LOVELESS 500 N. AKARD STE 3100 DALLAS, TX 75201 | 10/22/2014 | 14-11032 (CSS) | 5982 | $2,450.90 | Amended Claim |

## ENERGY FUTURE HOLDINGS CORP., et al.

### SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 to EXHIBIT A – Amended Claims

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 5 | CEMSPRO C/O CEMS PROFESSIONAL SERVICES LLC 518 WILD FIRE DRIVE WALDRON, AR 72958 | 08/15/2014 | 14-11022 (CSS) | 3695 | $46,233.68 | CEMSPRO C/O CEMS PROFESSIONAL SERVICES LLC 518 WILD FIRE DRIVE WALDRON, AR 72958 | 10/21/2014 | 14-11022 (CSS) | 5792 | $79,459.63 | Amended Claim |
| 6 | CEMSPRO C/O CEMS PROFESSIONAL SERVICES LLC 518 WILD FIRE DRIVE WALDRON, AR 72958 | 08/15/2014 | 14-11042 (CSS) | 3696 | $1,583.50 | CEMSPRO C/O CEMS PROFESSIONAL SERVICES LLC 518 WILD FIRE DRIVE WALDRON, AR 72958 | 10/21/2014 | 14-11042 (CSS) | 5795 | $1,764.00 | Amended Claim |
| 7 | CEMSPRO C/O CEMS PROFESSIONAL SERVICES LLC 518 WILD FIRE DRIVE WALDRON, AR 72958 | 08/15/2014 | 14-11033 (CSS) | 3697 | $2,363.65 | CEMSPRO C/O CEMS PROFESSIONAL SERVICES LLC 518 WILD FIRE DRIVE WALDRON, AR 72958 | 10/21/2014 | 14-11033 (CSS) | 5793 | $9,541.15 | Amended Claim |
| 8 | CEMSPRO C/O CEMS PROFESSIONAL SERVICES LLC 518 WILD FIRE DRIVE WALDRON, AR 72958 | 08/15/2014 | 14-11032 (CSS) | 3698 | $7,769.13 | CEMSPRO C/O CEMS PROFESSIONAL SERVICES LLC 518 WILD FIRE DRIVE WALDRON, AR 72958 | 10/21/2014 | 14-11032 (CSS) | 5794 | $34,932.01 | Amended Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

## ENERGY FUTURE HOLDINGS CORP., et al.

### SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 to EXHIBIT A – Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 9 CRANE NUCLEAR, INC ATTN: JASON LOCKE 2825 COBB INTERNATIONAL BLVD KENNESAW, GA 30152 | 05/23/2014 | 14-10996 (CSS) | 176 | $2,775,840.04 | CRANE NUCLEAR, INC. ATTN: JASON LOCKE 2825 COBB INTERNATIONAL BLVD. KENNESAW, GA 30152 | 10/24/2014 | 14-10996 (CSS) | 7536 | $2,775,840.04 | Amended Claim |
| 10 DELAWARE TRUST COMPANY, TRUSTEE ATTN: SANDRA E. HORWITZ 2711 CENTERVILLE ROAD WILMINGTON, DE 19808 | 10/15/2014 | 14-11008 (CSS) | 5299 | $1,055,932.19* | DELAWARE TRUST COMPANY, TRUSTEE ATTN: SANDRA E. HORWITZ 2711 CENTERVILLE ROAD WILMINGTON, DE 19808 | 10/27/2014 | 14-11008 (CSS) | 8029 | $1,055,932.19* | Amended Claim |
| 11 DELAWARE TRUST COMPANY, TRUSTEE ATTN: SANDRA E. HORWITZ 2711 CENTERVILLE ROAD WILMINGTON, DE 19808 | 10/15/2014 | 14-11008 (CSS) | 5300 | Undetermined* | DELAWARE TRUST COMPANY, TRUSTEE ATTN: SANDRA E. HORWITZ 2711 CENTERVILLE ROAD WILMINGTON, DE 19808 | 10/27/2014 | 14-11008 (CSS) | 8032 | Undetermined* | Amended Claim |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 to EXHIBIT A – Amended Claims**

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 12 | DELAWARE TRUST COMPANY, TRUSTEE ATTN: SANDRA E. HORWITZ 2711 CENTERVILLE ROAD WILMINGTON, DE 19808 | 10/15/2014 | 14-11008 (CSS) | 5301 | Undetermined* | DELAWARE TRUST COMPANY, TRUSTEE ATTN: SANDRA E. HORWITZ 2711 CENTERVILLE ROAD WILMINGTON, DE 19808 | 10/27/2014 | 14-11008 (CSS) | 8031 | Undetermined* | Amended Claim |
| 13 | DELAWARE TRUST COMPANY, TRUSTEE ATTN: SANDRA E. HORWITZ 2711 CENTERVILLE ROAD WILMINGTON, DE 19808 | 10/15/2014 | 14-11008 (CSS) | 5302 | $432,447,569.26* | DELAWARE TRUST COMPANY, TRUSTEE ATTN: SANDRA E. HORWITZ 2711 CENTERVILLE ROAD WILMINGTON, DE 19808 | 10/27/2014 | 14-11008 (CSS) | 8030 | $432,447,569.26* | Amended Claim |
| 14 | DELAWARE TRUST COMPANY, TRUSTEE ATTN: SANDRA E. HORWITZ 2711 CENTERVILLE ROAD WILMINGTON, DE 19808 | 10/15/2014 | 14-11008 (CSS) | 5303 | Undetermined* | DELAWARE TRUST COMPANY, TRUSTEE ATTN: SANDRA E. HORWITZ 2711 CENTERVILLE ROAD WILMINGTON, DE 19808 | 10/27/2014 | 14-11008 (CSS) | 8033 | Undetermined* | Amended Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 to EXHIBIT A – Amended Claims**

| | | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 15 | DELAWARE TRUST COMPANY, TRUSTEE ATTN: SANDRA E. HORWITZ 2711 CENTERVILLE ROAD WILMINGTON, DE 19808 | 10/17/2014 | 14-11001 (CSS) | 5543 | Undetermined* | DELAWARE TRUST COMPANY, TRUSTEE ATTN: SANDRA E. HORWITZ 2711 CENTERVILLE ROAD WILMINGTON, DE 19808 | 10/27/2014 | 14-11001 (CSS) | 8028 | Undetermined* | Amended Claim |
| 16 | DELAWARE TRUST COMPANY, TRUSTEE ATTN: SANDRA E. HORWITZ 2711 CENTERVILLE ROAD WILMINGTON, DE 19808 | 10/17/2014 | 14-11001 (CSS) | 5544 | Undetermined* | DELAWARE TRUST COMPANY, TRUSTEE ATTN: SANDRA E. HORWITZ 2711 CENTERVILLE ROAD WILMINGTON, DE 19808 | 10/27/2014 | 14-11001 (CSS) | 8026 | Undetermined* | Amended Claim |
| 17 | DELAWARE TRUST COMPANY, TRUSTEE ATTN: SANDRA E. HORWITZ 2711 CENTERVILLE ROAD WILMINGTON, DE 19808 | 10/17/2014 | 14-11001 (CSS) | 5545 | Undetermined* | DELAWARE TRUST COMPANY, TRUSTEE ATTN: SANDRA E. HORWITZ 2711 CENTERVILLE ROAD WILMINGTON, DE 19808 | 10/27/2014 | 14-11001 (CSS) | 8024 | $1,055,932.19* | Amended Claim |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 to EXHIBIT A – Amended Claims**

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 18 | DELAWARE TRUST COMPANY, TRUSTEE ATTN: SANDRA E. HORWITZ 2711 CENTERVILLE ROAD WILMINGTON, DE 19808 | 10/17/2014 | 14-11001 (CSS) | 5546 | Undetermined* | DELAWARE TRUST COMPANY, TRUSTEE ATTN: SANDRA E. HORWITZ 2711 CENTERVILLE ROAD WILMINGTON, DE 19808 | 10/27/2014 | 14-11001 (CSS) | 8025 | Undetermined* | Amended Claim |
| 19 | DELAWARE TRUST COMPANY, TRUSTEE ATTN: SANDRA E. HORWITZ 2711 CENTERVILLE ROAD WILMINGTON, DE 19808 | 10/17/2014 | 14-11001 (CSS) | 5547 | Undetermined* | DELAWARE TRUST COMPANY, TRUSTEE ATTN: SANDRA E. HORWITZ 2711 CENTERVILLE ROAD WILMINGTON, DE 19808 | 10/27/2014 | 14-11001 (CSS) | 8027 | $432,447,569.26* | Amended Claim |
| 20 | JAMES, LANA J ADDRESS ON FILE | 06/16/2014 | 14-10979 (CSS) | 2076 | $1,500.00 | JAMES, LANA J. ADDRESS ON FILE | 07/07/2014 | 14-10979 (CSS) | 2914 | $1,500.00 | Amended Claim |
| 21 | NAPA TIRE & AUTO SUPPLY INC PO BOX 1257 ROCKDALE, TX 76567 | 09/08/2014 | 14-11042 (CSS) | 4199 | $40,321.79 | NAPA TIRE & AUTO SUPPLY INC PO BOX 1257 ROCKDALE, TX 76567 | 09/15/2014 | 14-11042 (CSS) | 4433 | $48,172.69 | Amended Claim |

## ENERGY FUTURE HOLDINGS CORP., et al.

### SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 to EXHIBIT A – Amended Claims

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 22 | NORTH LOUISIANA LAND GRADING INC PO BOX 33 GILLIAM, LA 71029 | 10/10/2014 | 14-11032 (CSS) | 5130 | $709,412.58 | NORTH LOUISIANA LAND GRADING INC PO BOX 33 GILLIAM, LA 71029 | 10/24/2014 | 14-11032 (CSS) | 7660 | $709,412.58 | Amended Claim |
| 23 | REESE, DORNELL ADDRESS ON FILE | 05/30/2014 | 14-10979 (CSS) | 746 | Undetermined* | REESE, DORNELL ADDRESS ON FILE | 09/02/2014 | 14-10979 (CSS) | 4090 | Undetermined* | Amended Claim |

TOTAL  $437,287,935.22*

**EXHIBIT 2** to **EXHIBIT A**

**Exact Duplicate Claims**

## ENERGY FUTURE HOLDINGS CORP., et al.

### SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 to EXHIBIT A – Exact Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 1 | ADVANCED ANALYTICAL LABORATORIES LLC PO BOX 760 WHITEHOUSE, TX 75791 | 09/18/2014 | 14-11022 (CSS) | 4486 | Undetermined* | ADVANCED ANALYTICAL LABORATORIES, LLC P.O. BOX 760 WHITEHOUSE, TX 75791 | 10/21/2014 | 14-11022 (CSS) | 5782 | Undetermined* | Exact Duplicate |
| 2 | ADVANCED ANALYTICAL LABORATORIES LLC PO BOX 760 WHITEHOUSE, TX 75791 | 09/18/2014 | 14-11042 (CSS) | 4487 | Undetermined* | ADVANCED ANALYTICAL LABORATORIES, LLC P.O. BOX 760 WHITEHOUSE, TX 75791 | 10/21/2014 | 14-11042 (CSS) | 5781 | Undetermined* | Exact Duplicate |
| 3 | ADVANCED ANALYTICAL LABORATORIES LLC PO BOX 760 WHITEHOUSE, TX 75791 | 09/18/2014 | 14-11033 (CSS) | 4488 | Undetermined* | ADVANCED ANALYTICAL LABORATORIES, LLC P.O. BOX 760 WHITEHOUSE, TX 75791 | 10/21/2014 | 14-11033 (CSS) | 5780 | Undetermined* | Exact Duplicate |
| 4 | ADVANCED ANALYTICAL LABORATORIES LLC PO BOX 760 WHITEHOUSE, TX 75791 | 09/18/2014 | 14-11032 (CSS) | 4489 | Undetermined* | ADVANCED ANALYTICAL LABORATORIES, LLC P.O. BOX 760 WHITEHOUSE, TX 75791 | 10/21/2014 | 14-11032 (CSS) | 5779 | Undetermined* | Exact Duplicate |

## ENERGY FUTURE HOLDINGS CORP., et al.

### SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 to EXHIBIT A – Exact Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 5 | ALDINE INDEPENDENT SCHOOL DISTRICT C/O TAX OFFICE 14909 ALDINE WESTFIELD ROAD HOUSTON, TX 77032 | 06/12/2014 | 14-10979 (CSS) | 2233 | $417.18 | ALDINE INDEPENDENT SCHOOL DISTRICT C/O TAX OFFICE 14909 ALDINE WESTFIELD ROAD HOUSTON, TX 77032 | 06/11/2014 | 14-10979 (CSS) | 1773 | $417.18 | Exact Duplicate |
| 6 | BI-INFORM, INC. C/O LEECH TISHMAN FUSCALDO & LAMPL LLC ATTN: PATRICK W. CAROTHERS, ESQ. 525 WILLIAM PENN PLACE, 28TH FL. PITTSBURGH, PA 15219 | 10/27/2014 | 14-10996 (CSS) | 7930 | $27,000.00 | BI-INFORM, INC. C/O LEECH TISHMAN FUSCALDO & LAMPL LLC ATTN: PATRICK W. CAROTHERS, ESQ. 525 WILLIAM PENN PLACE, 28TH FL. PITTSBURGH, PA 15219 | 10/27/2014 | 14-10996 (CSS) | 7929 | $27,000.00 | Exact Duplicate |
| 7 | BLOODWORTH, JAMES ADDRESS ON FILE | 08/13/2014 | 14-10979 (CSS) | 3652 | $11,061.46 | BLOODWORTH, JAMES D ADDRESS ON FILE | 08/13/2014 | 14-10979 (CSS) | 3651 | $11,061.46 | Exact Duplicate |

## ENERGY FUTURE HOLDINGS CORP., et al.

### SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 to EXHIBIT A – Exact Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 8 | BLOODWORTH, JAMES ADDRESS ON FILE | 08/13/2014 | 14-10979 (CSS) | 3654 | $3,984.80 | BLOODWORTH, JAMES D ADDRESS ON FILE | 08/13/2014 | 14-10979 (CSS) | 3653 | $3,984.80 | Exact Duplicate |
| 9 | BLOODWORTH, JAMES ADDRESS ON FILE | 08/13/2014 | 14-10979 (CSS) | 3656 | $2,896.80 | BLOODWORTH, JAMES D ADDRESS ON FILE | 08/13/2014 | 14-10979 (CSS) | 3655 | $2,896.80 | Exact Duplicate |
| 10 | BLOODWORTH, JAMES ADDRESS ON FILE | 08/13/2014 | 14-10979 (CSS) | 3658 | $2,426.00 | BLOODWORTH, JAMES D ADDRESS ON FILE | 08/13/2014 | 14-10979 (CSS) | 3657 | $2,426.00 | Exact Duplicate |
| 11 | BLOODWORTH, JAMES ADDRESS ON FILE | 08/13/2014 | 14-10979 (CSS) | 3660 | $681.00 | BLOODWORTH, JAMES D ADDRESS ON FILE | 08/13/2014 | 14-10979 (CSS) | 3659 | $681.00 | Exact Duplicate |
| 12 | BLOODWORTH, JAMES ADDRESS ON FILE | 08/13/2014 | 14-10979 (CSS) | 3662 | $2,341.00 | BLOODWORTH, JAMES D ADDRESS ON FILE | 08/13/2014 | 14-10979 (CSS) | 3661 | $2,341.00 | Exact Duplicate |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 to EXHIBIT A – Exact Duplicate Claims**

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | BLOODWORTH, JAMES ADDRESS ON FILE | 08/13/2014 | 14-10979 (CSS) | 3664 | $989.40 | BLOODWORTH, JAMES D ADDRESS ON FILE | 08/13/2014 | 14-10979 (CSS) | 3663 | $989.40 | Exact Duplicate |
| 14 | CALIFORNIA FRANCHISE TAX BOARD ATTN: BANKRUPTCY SECTION MS A340 PO BOX 2952 SACRAMENTO, CA 95812-2952 | 06/11/2014 | 14-11026 (CSS) | 1772 | $1,694.90 | CALIFORNIA FRANCHISE TAX BOARD ATTN: BANKRUPTCY SECTION MS A340 PO BOX 2952 SACRAMENTO, CA 95812-2952 | 06/09/2014 | 14-11026 (CSS) | 1545 | $1,694.90 | Exact Duplicate |
| 15 | CITY OF FORT WORTH ATTN: CHRIS MOSLEY 1000 THROCKMORTON FORT WORTH, TX 76102 | 06/24/2014 | 14-10979 (CSS) | 2529 | $75.00 | CITY OF FORT WORTH ATTN: CHRIS MOSLEY 1000 THROCKMORTON FORT WORTH, TX 76102 | 06/10/2014 | 14-10979 (CSS) | 1778 | $75.00 | Exact Duplicate |

# ENERGY FUTURE HOLDINGS CORP., et al.

## SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 to EXHIBIT A – Exact Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 16 | DELL MARKETING, L.P. ATTN: NANCY MIMS ONE DELL WAY, RR1, MS 52 ROUND ROCK, TX 78682 | 06/11/2014 | 14-10996 (CSS) | 1774 | $39,182.58 | DELL MARKETING, L.P. ATTN: NANCY MIMS ONE DELL WAY, RR1, MS 52 ROUND ROCK, TX 78682 | 06/09/2014 | 14-10996 (CSS) | 1546 | $39,182.58 | Exact Duplicate |
| 17 | FALKENBERG CONSTRUCTION CO., INC. 4850 SAMUELL BLVD. MESQUITE, TX 75149 | 06/10/2014 | 14-10979 (CSS) | 1707 | $65,660.00 | FALKENBERG CONSTRUCTION 4850 SAMUELL BLVD MESQUITE, TX 75149-1025 | 06/09/2014 | 14-10979 (CSS) | 1505 | $65,660.00 | Exact Duplicate |
| 18 | INTEGRATED POWER SERVICES LLC C/O LEECH TISHMAN FUSCALDO & LAMPL LLC ATTN: PATRICK W. CAROTHERS, ESQ. 525 WILLIAM PENN PLACE, 28TH FL. PITTSBURGH, PA 15219 | 10/27/2014 | 14-11033 (CSS) | 7925 | $54,036.05 | INTEGRATED POWER SERVICES LLC C/O LEECH TISHMAN FUSCALDO & LAMPL LLC ATTN: PATRICK W. CAROTHERS, ESQ. 525 WILLIAM PENN PLACE, 28TH FL. PITTSBURGH, PA 15219 | 10/27/2014 | 14-11033 (CSS) | 7921 | $54,036.05 | Exact Duplicate |

* - Indicates claim contains unliquidated and/or undetermined amounts

## ENERGY FUTURE HOLDINGS CORP., et al.

### SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 to EXHIBIT A – Exact Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 19 | INTEGRATED POWER SERVICES LLC C/O LEECH TISHMAN FUSCALDO & LAMPL LLC ATTN: PATRICK W. CAROTHERS, ESQ. 525 WILLIAM PENN PLACE, 28TH FL. PITTSBURGH, PA 15219 | 10/27/2014 | 14-11042 (CSS) | 7926 | $32,409.97 | INTEGRATED POWER SERVICES LLC C/O LEECH TISHMAN FUSCALDO & LAMPL LLC ATTN: PATRICK W. CAROTHERS, ESQ. 525 WILLIAM PENN PLACE, 28TH FL. PITTSBURGH, PA 15219 | 10/27/2014 | 14-11042 (CSS) | 7923 | $32,409.97 | Exact Duplicate |
| 20 | INTEGRATED POWER SERVICES LLC C/O LEECH TISHMAN FUSCALDO & LAMPL LLC ATTN: PATRICK W. CAROTHERS, ESQ. 525 WILLIAM PENN PLACE, 28TH FL. PITTSBURGH, PA 15219 | 10/27/2014 | 14-11032 (CSS) | 7927 | $585,147.38 | INTEGRATED POWER SERVICES LLC C/O LEECH TISHMAN FUSCALDO & LAMPL LLC ATTN: PATRICK W. CAROTHERS, ESQ. 525 WILLIAM PENN PLACE, 28TH FL. PITTSBURGH, PA 15219 | 10/27/2014 | 14-11032 (CSS) | 7922 | $585,147.38 | Exact Duplicate |

## ENERGY FUTURE HOLDINGS CORP., et al.

### SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 to EXHIBIT A – Exact Duplicate Claims

| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **REMAINING CLAIMS** | | | | | |
| 21 | INTEGRATED POWER SERVICES LLC C/O LEECH TISHMAN FUSCALDO & LAMPL LLC ATTN: PATRICK W. CAROTHERS, ESQ. 525 WILLIAM PENN PLACE, 28TH FL. PITTSBURGH, PA 15219 | 10/27/2014 | 14-11022 (CSS) | 7928 | $11,512.50 | INTEGRATED POWER SERVICES LLC C/O LEECH TISHMAN FUSCALDO & LAMPL LLC ATTN: PATRICK W. CAROTHERS, ESQ. 525 WILLIAM PENN PLACE, 28TH FL. PITTSBURGH, PA 15219 | 10/27/2014 | 14-11022 (CSS) | 7924 | $11,512.50 | Exact Duplicate |
| 22 | NAPA AUTO PARTS STORE 1300 FERGUSON RD. MOUNT PLEASANT, TX 75455 | 10/14/2014 | 14-11042 (CSS) | 5271 | $462.90 | NAPA AUTO PARTS 1300 W FERGUSON MOUNT PLEASANT, TX 75455 | 10/14/2014 | 14-11042 (CSS) | 5272 | $462.90 | Exact Duplicate |
| 23 | RATLIFF READY-MIX, LP C/O BELLNUNNALLY ATTN: RANDALL K. LINDLEY 3232 MCKINNEY AVE, STE 1400 DALLAS, TX 75204 | 07/10/2014 | | 2975 | $9,240.00* | RATLIFF READY-MIX, LP C/O BELLNUNNALLY ATTN: RANDALL K. LINDLEY 3232 MCKINNEY AVE, STE 1400 DALLAS, TX 75204 | 07/10/2014 | | 2974 | $9,240.00* | Exact Duplicate |

* - Indicates claim contains unliquidated and/or undetermined amounts

## ENERGY FUTURE HOLDINGS CORP., et al.

### SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 to EXHIBIT A – Exact Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 24 | SOMERVELL COUNTY WATER DISTRICT PO BOX 1386 GLEN ROSE, TX 76043 | 09/02/2014 | 14-11032 (CSS) | 4032 | $2,994.27 | SOMERVELL CO. WATER DIST. 2099 COUNTY ROAD 301 PO BOX 1386 GLEN ROSE, TX 76043 | 09/02/2014 | 14-11032 (CSS) | 4031 | $2,994.27 | Exact Duplicate |
| 25 | TEKSYSTEMS, INC. ATTN: CREDIT MANAGER 7437 RACE RD HANOVER, MD 21076 | 10/09/2014 | 14-10996 (CSS) | 5016 | $8,448.00 | TEKSYSTEMS, INC. ATTN: CREDIT MANAGER 7437 RACE RD. HANOVER, MD 21076 | 10/09/2014 | 14-10996 (CSS) | 5015 | $8,448.00 | Exact Duplicate |
| | | | TOTAL | | $862,661.19* | | | | | | |

**EXHIBIT 3** to **EXHIBIT A**

**No Supporting Documentation Claims**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 to EXHIBIT A - No Supporting Documentation Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|------|-------------|-------------|------------|---------|--------------|-------------------------|
| 1 | CHAMBERS, MARY<br>ADDRESS ON FILE | | No Debtor Asserted | 07/07/2014 | 2924 | Undetermined* | No Supporting Documentation Claim |
| 2 | CLARK, LAVERNE COOPER<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/08/2014 | 4171 | Undetermined* | No Supporting Documentation Claim |
| 3 | CUSACK, PAMELA SUSAN<br>ADDRESS ON FILE | | No Debtor Asserted | 09/29/2014 | 4742 | Undetermined* | No Supporting Documentation Claim |
| 4 | DEUBLER, BILLIE<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/19/2014 | 4520 | Undetermined* | No Supporting Documentation Claim |
| 5 | DEUBLER, WINSTON<br>ADDRESS ON FILE | | No Debtor Asserted | 09/19/2014 | 4519 | Undetermined* | No Supporting Documentation Claim |
| 6 | DORHAM, LEANZA<br>ADDRESS ON FILE | | No Debtor Asserted | 10/06/2014 | 4968 | Undetermined* | No Supporting Documentation Claim |
| 7 | GOUGHLER, CHUN-CHA<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/02/2014 | 4075 | Undetermined* | No Supporting Documentation Claim |
| 8 | KEETON, VIRGIL<br>ADDRESS ON FILE | | No Debtor Asserted | 09/18/2014 | 4485 | Undetermined* | No Supporting Documentation Claim |
| 9 | MACK, CHARLES LEE<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/02/2014 | 4088 | Undetermined* | No Supporting Documentation Claim |
| 10 | MATHEWS, R W<br>ADDRESS ON FILE | | No Debtor Asserted | 09/22/2014 | 4593 | Undetermined* | No Supporting Documentation Claim |
| 11 | PATTERSON, HENRI<br>ADDRESS ON FILE | | No Debtor Asserted | 10/07/2014 | 4995 | Undetermined* | No Supporting Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

## ENERGY FUTURE HOLDINGS CORP., et al.

### SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 to EXHIBIT A - No Supporting Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 12 | REESE, J.P.<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/12/2014 | 4336 | Undetermined* | No Supporting Documentation Claim |
| 13 | SELLERS, BARBARA<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 07/22/2014 | 3282 | Undetermined* | No Supporting Documentation Claim |
| 14 | TAYLOR, JOYCE<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/27/2014 | 7752 | Undetermined* | No Supporting Documentation Claim |
| 15 | WALLACE, SHIRLEY A.<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 08/25/2014 | 3804 | Undetermined* | No Supporting Documentation Claim |
| 16 | WEGLARZ, JERRY<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/22/2014 | 4617 | Undetermined* | No Supporting Documentation Claim |
| 17 | WEGLARZ, JERRY<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/22/2014 | 4618 | Undetermined* | No Supporting Documentation Claim |
| 18 | WEGLARZ, JERRY<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/22/2014 | 4619 | Undetermined* | No Supporting Documentation Claim |
| 19 | WEGLARZ, JERRY<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/22/2014 | 4620 | Undetermined* | No Supporting Documentation Claim |
| | | | | | TOTAL | Undetermined* | |

**EXHIBIT 4** to **EXHIBIT A**

**Insufficient Documentation Claims**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 4 to EXHIBIT A – Insufficient Documentation Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ATWATER, THERESA<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/18/2014 | 4483 | $125,000,000.00 | Insufficient Documentation Claim |
| 2 | BISSELL, RAY C., JR.<br>ADDRESS ON FILE | | No Debtor Asserted | 06/30/2014 | 2745 | Undetermined* | Insufficient Documentation Claim |
| 3 | BUTLER, GEORGE, JR.<br>ADDRESS ON FILE | | No Debtor Asserted | 07/21/2014 | 3252 | $12,475.00 | Insufficient Documentation Claim |
| 4 | CLARK, JUDITH KATHRYN<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/08/2014 | 4157 | Undetermined* | Insufficient Documentation Claim |
| 5 | CUMMINS SOUTHERN PLAINS<br>620 NORTH WATSON ROAD<br>PO BOX 90027<br>ARLINGTON, TX 76011 | 14-10996 (CSS) | EFH Corporate Services Company | 10/24/2014 | 7673 | $1,250.00 | Insufficient Documentation Claim |
| 6 | CUMMINS SOUTHERN PLAINS LLC<br>600 NORTH WATSON RD<br>ARLINGTON, TX 76011 | 14-11032 (CSS) | Luminant Generation Company LLC | 10/24/2014 | 7674 | $8,121.08 | Insufficient Documentation Claim |
| 7 | DENKINS, KIM<br>ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 06/10/2014 | 1587 | Undetermined* | Insufficient Documentation Claim |
| 8 | ESCALONA, PATRICIO TREVINO<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/09/2014 | 5022 | $49,701,000.00 | Insufficient Documentation Claim |
| 9 | HOLMES, SAM E.<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/27/2014 | 841 | Undetermined* | Insufficient Documentation Claim |
| 10 | HUNT, HENNESSEY<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/19/2014 | 4534 | $2,522.94 | Insufficient Documentation Claim |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 4 to EXHIBIT A – Insufficient Documentation Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 11 | JAMES, AMBER<br>ADDRESS ON FILE | | No Debtor Asserted | 10/09/2014 | 5077 | $15,000.00 | Insufficient Documentation Claim |
| 12 | JEFFERSON, THELMA<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/27/2014 | 7730 | Undetermined* | Insufficient Documentation Claim |
| 13 | MARIO SINACOLA & SONS EXCAVATING, INC.<br>10950 RESEARCH ROAD<br>FRISCO, TX 75034 | 14-11042 (CSS) | Luminant Mining Company LLC | 09/22/2014 | 4608 | $727,563.25 | Insufficient Documentation Claim |
| 14 | MOORE, MARVIE<br>ADDRESS ON FILE | | No Debtor Asserted | 09/22/2014 | 4621 | $150,000.00 | Insufficient Documentation Claim |
| 15 | POWELL, MARCUS<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 07/14/2014 | 3075 | $18,935.45 | Insufficient Documentation Claim |
| 16 | WILLIAMS, TOMMY JOE<br>ADDRESS ON FILE | | No Debtor Asserted | 10/07/2014 | 4994 | Undetermined* | Insufficient Documentation Claim |
| | | | | | **TOTAL** | **$175,636,867.72*** | |