## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### DECLARATION OF STEVEN R. KOTARBA, MANAGING DIRECTOR WITH ALVAREZ & MARSAL NORTH AMERICA, LLC, IN SUPPORT OF THE DEBTORS' SECOND OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO (AMENDED AND SUPERSEDED, EXACT DUPLICATE, NO SUPPORTING DOCUMENTATION, AND INSUFFICIENT DOCUMENTATION) CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1

Pursuant to 28 U.S.C. § 1746, I, Steven R. Kotarba, declare as follows:

1.     I am a Managing Director with Alvarez & Marsal North America, LLC ("A&M"). A&M serves as an advisor to the Debtors in preparation for and during these chapter 11 proceedings by assisting the Debtors with financial analyses, claims management, and various notice requirements.  In preparing this declaration, I generally relied on court pleadings and other compilations on which I typically rely in performing my job, and which are generally relied on by the public or persons in my occupation.  I am over the age of 18 and duly authorized to execute this declaration (the "Declaration") on behalf of the Debtors in support of, the *Debtors' Second Omnibus (Non-Substantive) Objection to (Amended and Superseded, Exact Duplicate, No Supporting Documentation, and Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy*

---

[1]     The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

*Rule 3007-1* (the "<u>Objection</u>"),[2] filed contemporaneously herewith.

2.      The facts in this Declaration are based on my personal knowledge and review of information and my experience with the Debtors' operations and these chapter 11 cases.  If called to testify, I would testify to the facts set forth herein.

3.      To date, approximately 10,000 Proofs of Claim have been filed in these chapter 11 cases.  Considerable time and resources have been expended to review and reconcile the Proofs of Claim filed against the Debtors in these chapter 11 cases.  Upon review of the Proofs of Claim filed in these chapter 11 cases and supporting documentation attached thereto, the Debtors have determined that the Disputed Claims listed on **<u>Exhibit 1</u>** to **<u>Exhibit A</u>**, **<u>Exhibit 2</u>** to **<u>Exhibit A</u>**, **<u>Exhibit 3</u>** to **<u>Exhibit A</u>**, and **<u>Exhibit 4</u>** to **<u>Exhibit A</u>**, to the Objection are not properly asserted pursuant to section 502(b) of the Bankruptcy Code, rules 3001, 3003, and 3007 of the Federal Rules of Bankruptcy Procedure, Local Rule 3007-1, and applicable orders of the Bankruptcy Court.

**I.**      Amended Proofs of Claim.

4.      Upon review of the Proofs of Claim filed against the Debtors in these chapter 11 cases, the Debtors have identified 23 Amended Claims listed on **<u>Exhibit 1</u>** to **<u>Exhibit A</u>**, in the aggregate claimed amount of $437,287,935.22.  To the best of my knowledge, information, and belief, and insofar as I have been able to ascertain after reasonable inquiry, the Amended Claims have each been amended and superseded by a subsequently filed Proof of Claim by the same claimant, and on account of the same liability as reflected in the column labeled "Remaining Claims" on **<u>Exhibit 1</u>** to **<u>Exhibit A</u>**.

---

[2]      Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Objection.

## II.     Exact Duplicate Proofs of Claim.

5.      Upon review of the Proofs of Claim filed against the Debtors in these chapter 11 cases, the Debtors have identified 25 Exact Duplicate Claims listed on **Exhibit 2** to **Exhibit A**, in the aggregate claimed amount of $862,661.19.  To the best of my knowledge, information, and belief, and insofar as I have been able to ascertain after reasonable inquiry, the Exact Duplicate Claims are exact duplicates of other Proofs of Claim filed by or on behalf of the same claimant in respect of the same liabilities against the same Debtor as the claims identified as "Remaining Claims" on **Exhibit 2** to **Exhibit A**.

## III.    No Supporting Documentation Proofs of Claim.

6.      Upon review of the Proofs of Claim filed against the Debtors in these chapter 11 cases, the Debtors have identified 19 No Supporting Documentation Claims listed on **Exhibit 3** to **Exhibit A**, in an undetermined aggregate claimed amount.  To the best of my knowledge, information, and belief, and insofar as I have been able to ascertain after reasonable inquiry— including the Debtors', their financial advisors' and my (i) review of the No Supporting Documentation Claims and (ii) reasonable efforts to research the same on the Debtors' books and records and schedules of liabilities—the No Supporting Documentation Claims reflect Proofs of Claim that were each filed without any supporting documentation to substantiate the Proof of Claim asserted therein as required by Bankruptcy Rule 3001.

## IV.     Insufficient Documentation Proofs of Claim.

7.      Upon review of the Proofs of Claim filed against the Debtors in these chapter 11 cases, the Debtors have identified 16 Insufficient Documentation Claims listed on **Exhibit 4** to **Exhibit A**, in the aggregate claimed amount of $175,636,867.72.  To the best of my knowledge, information, and belief, and insofar as I have been able to ascertain after reasonable inquiry—

including the Debtors', their financial advisors' and my (i) review of the Insufficient Documentation Claims and all supporting information and documentation provided therewith and (ii) reasonable efforts to research the same on the Debtors' books and records and schedules of liabilities—the Insufficient Documentation Claims reflect Proofs of Claim that were each filed without sufficient documentation to substantiate the Proof of Claim asserted therein as required by Bankruptcy Rule 3001.

*[Remainder of page intentionally left blank.]*

4

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: December 12, 2014
          Wilmington, Delaware

/s/ Steven R. Kotarba
Steven R. Kotarba
Managing Director
Alvarez & Marsal North America, LLC