## **EXHIBIT A**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**ORDER SUSTAINING DEBTORS' FOURTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CERTAIN SUBSTANTIVE DUPLICATE AND NO LIABILITY CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1**

Upon the objection (the "Objection")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for entry of an order (this "Order"), disallowing and expunging the Disputed Claims set forth on **Exhibit 1**, **Exhibit 2**, **Exhibit 3**, and **Exhibit 4** attached hereto, all as set forth in the Objection and the Kotarba Declaration; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this case and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Objection is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having found that the Debtors provided appropriate notice of the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

Objection and the opportunity for a hearing on the Objection (the "Hearing") under the circumstances; and the Court having reviewed the Objection and having heard the statements in support of the relief requested therein at the Hearing, if any; and the Court having determined that the legal and factual bases set forth in the Objection and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Objection is sustained as set forth herein.

2.      The Substantive Duplicate Claims set forth on the attached **Exhibit 1** are hereby disallowed in their entirety.

3.      The Bondholder Duplicate Claims set forth on the attached **Exhibit 2** are hereby disallowed in their entirety.

4.      The Non-EFH Claims set forth on the attached **Exhibit 3** are hereby disallowed in their entirety.

5.      The Dismissed Litigation Claims set forth on the attached **Exhibit 4** are hereby disallowed in their entirety.

6.      The Claims Agent is authorized to modify the Claims Register to comport with the entry of this Order.

7.      Nothing set forth herein shall affect the parties' rights with respect to those claims identified as "Remaining Claims" on **Exhibit 1** or **Exhibit 2**, each attached hereto, and the parties' rights with respect to such "Remaining Claims" are reserved, including, for the avoidance of doubt, the Debtors' right to object on any grounds permitted by bankruptcy or nonbankruptcy law.

8.      Each of the claims identified as "Remaining Claims" on **Exhibit 1** and **Exhibit 2** attached hereto are deemed timely filed to the extent that it relates back to a claim which was filed on or before the applicable Bar Date.

9.      Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (a) an admission as to the validity of any particular claim (including the Proofs of Claim) against a Debtor entity; (b) a waiver of the Debtors' rights to dispute any particular claim (including the Proofs of Claim) on any grounds; (c) a promise or requirement to pay any particular claim (including the Proofs of Claim); (d) an implication or admission that any particular claim is of a type specified or defined in this Objection (except as set forth herein); (e) an admission by the Debtors that any contract or lease is executory or unexpired, as applicable; (f) a waiver or limitation of the Debtors' rights under the Bankruptcy Code or any other applicable law; (g) a request or authorization to assume or reject any agreements under section 365 of the Bankruptcy Code; (h) a waiver of any party's rights to assert that any other party is in breach or default of any agreement; or (i) an admission that any contract or lease is integrated with any other contract or lease.

10.     Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

11.     The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

12.     This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Dated: _____     _____
      Wilmington, Delaware     THE HONORABLE CHRISTOPHER S. SONTCHI
                               UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT 1** to **EXHIBIT A**

**Substantive Duplicate Claims**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 to EXHIBIT A – Substantive Duplicate Claims**

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 1 | 4IMPRINT 101 COMMERCE STREET OSHKOSH, WI 54901 | 05/23/2014 | 14-10979 (CSS) | 170 | $166.96 | 4IMPRINT INC 101 COMMERCE ST OSHKOSH, WI 54901 | 10/23/2014 | 14-10979 (CSS) | 6160 | $166.96 | Claimed invoice in remaining claim is contained in claim to be disallowed. |
| 2 | AIRFLOW SCIENCES CORPORATION 12190 HUBBARD ST LIVONIA, MI 48150-1737 | 09/08/2014 | 14-10979 (CSS) | 4183 | $6,600.00 | AIRFLOW SCIENCES CORPORATION 12190 HUBBARD ST LIVONIA, MI 48150-1737 | 10/08/2014 | 14-11022 (CSS) | 5010 | $6,600.00 | Identical to remaining claim, except Debtor asserted on remaining claim. |
| 3 | AMERICOM TELECOMMUNICATIONS INC 3544 ETC JESTER HOUSTON, TX 77018 | 09/02/2014 | 14-11032 (CSS) | 4009 | $10,668.52 | AMERICOM TELECOMMUNICATIONS INC 3544 E T C JESTER BLVD HOUSTON, TX 77018-6023 | 10/06/2014 | 14-11032 (CSS) | 4907 | $10,668.52 | Identical to remaining claim, except priority classification asserted on remaining claim. |
| 4 | BABECO FABRICATION & MACHINING 1101 CARLOS PARKER BLVD NW TAYLOR, TX 76574 | 09/02/2014 | 14-11042 (CSS) | 4020 | $2,649.64 | BABECO 1101 CARLOS PARKER BLVD NW TAYLOR, TX 76574 | 10/27/2014 | 14-11042 (CSS) | 8097 | $2,649.64 | Identical to remaining claim, except priority classification asserted on remaining claim. |

## ENERGY FUTURE HOLDINGS CORP., et al.

### FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 to EXHIBIT A – Substantive Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 5 | CO-AX VALVES INC. 1518 GRUNDY'S LN BRISTOL, PA 19007 | 05/30/2014 | 14-10979 (CSS) | 749 | $10,967.00 | CO AX VALVES INC 1518 GRUNDYS LN BRISTOL, PA 19007-1521 | 08/27/2014 | 14-11032 (CSS) | 3918 | $10,967.00 | Claimed liability in remaining claim is contained in claim to be disallowed. |
| 6 | ITS A PIECE OF CAKE - CUSTOM CAKES 1209 BERKLEY DR. GRAPEVINE, TX 76051 | 09/15/2014 | | 4426 | $200.00 | ITS A PIECE OF CAKE - CUSTOM CAKES 1209 BERKLEY DR. GRAPEVINE, TX 76051 | 06/02/2014 | 14-10989 (CSS) | 918 | $200.00 | Claimed invoice in remaining claim is contained in claim to be disallowed. |
| 7 | SHAVERS CATERING 270 OCKLEY DR SHREVEPORT, LA 71105 | 06/09/2014 | | 1522 | $8,962.15 | SHAVER'S CRAWFISH & CATERING 270 OCKLEY DR SHREVEPORT, LA 71105-3025 | 09/02/2014 | 14-11032 (CSS) | 3976 | $8,962.15 | Claimed invoice in remaining claim is contained in claim to be disallowed. |
| 8 | STAR S. INDUSTRIES ATTN: D.W. SAXON 1820 CR 410 PITTSBURG, TX 75686 | 09/02/2014 | 14-11023 (CSS) | 4045 | $1,162.02 | SAXON, D.W. ADDRESS ON FILE | 09/12/2014 | | 4332 | $761.83 | Claimed invoices in remaining claim are contained in claim to be disallowed. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 to EXHIBIT A – Substantive Duplicate Claims**

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 9 | TOP HAT SERVICES PO BOX 546 ROCKDALE, TX 76567 | 06/12/2014 | 14-10979 (CSS) | 1873 | $72,691.50 | TOP HAT SERVICES PO BOX 546 ROCKDALE, TX 76567 | 07/17/2014 | 14-10979 (CSS) | 3156 | $85,439.37 | Claimed invoices in claim to be disallowed appear to be included in remaining claim. |
| | | | | TOTAL | $114,067.79 | | | | | | |

**EXHIBIT 2** to **EXHIBIT A**

**Bondholder Duplicate Claims**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 to EXHIBIT A – Bondholder Duplicate Claims**

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **REASON FOR DISALLOWANCE** |
| 1 | BELCHER, R N ADDRESS ON FILE | 07/14/2014 | | 3061 | $61,875.00 | BANK OF NEW YORK MELLON, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N. MARKET STREET, SUITE 1500 WILMINGTON, DE 19801 | 10/23/2014 | 14-10978 (CSS) | 6289 | $14,510,272.37* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |
| 2 | BERNDT, W E ADDRESS ON FILE | 10/27/2014 | | 8105 | $50,010.25 | BANK OF NEW YORK MELLON, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N. MARKET STREET, SUITE 1500 WILMINGTON, DE 19801 | 10/23/2014 | 14-10978 (CSS) | 6283 | $52,353,494.17* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 to EXHIBIT A – Bondholder Duplicate Claims**

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 3 | BEWLEY, STEWART ADDRESS ON FILE | 09/16/2014 | 14-11008 (CSS) | 4460 | $2,073.67 | BANK OF NEW YORK MELLON, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N. MARKET STREET, SUITE 1500 WILMINGTON, DE 19801 | 10/23/2014 | 14-10978 (CSS) | 6281 | $31,782,275.44* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |
| | | | | | | UMB BANK, N.A., AS INDENTURE TRUSTEE FOR THE 9.75% SENIOR NOTES DUE 2019 ATTN: MARK B. FLANNAGAN 1010 GRAND BLVD. KANSAS CITY, MO 64106 | 10/23/2014 | 14-11008 (CSS) | 6348 | $2,121,384.71* | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

## FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 to EXHIBIT A – Bondholder Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | BRIGHAM, MICHELE ADDRESS ON FILE | 06/23/2014 | 14-10979 (CSS) | 2479 | $9,854.04 | AMERICAN STOCK TRANSFER & TRUST CO, LLC INDENTURE TTEE FOR 9.75% NOTES DUE 2019 6201 15TH AVE BROOKLYN, NY 11219 | 10/24/2014 | 14-10979 (CSS) | 7482 | $2,588,478.83* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |
| | | | | | | UMB BANK, N.A., AS INDENTURE TRUSTEE FOR THE 9.75% SENIOR NOTES DUE 2019 ATTN: MARK B. FLANNAGAN 1010 GRAND BLVD. KANSAS CITY, MO 64106 | 10/23/2014 | 14-11008 (CSS) | 6348 | $2,121,384.71* | |
| 5 | CANTWELL, DOUGLAS C. ADDRESS ON FILE | 10/06/2014 | | 4945 | Undetermined* | BANK OF NEW YORK MELLON, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N. MARKET STREET, SUITE 1500 WILMINGTON, DE 19801 | 10/23/2014 | 14-10978 (CSS) | 6283 | $52,353,494.17* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 to EXHIBIT A – Bondholder Duplicate Claims**

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 6 | CECIL, JACK P ADDRESS ON FILE | 10/03/2014 | 14-10997 (CSS) | 4869 | $546,695.00 | BANK OF NEW YORK MELLON, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N. MARKET STREET, SUITE 1500 WILMINGTON, DE 19801 | 10/23/2014 | 14-10978 (CSS) | 6281 | $31,782,275.44* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |
| 7 | CECIL, ROBERT V ADDRESS ON FILE | 10/24/2014 | 14-10997 (CSS) | 7568 | $103,150.00 | BANK OF NEW YORK MELLON, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N. MARKET STREET, SUITE 1500 WILMINGTON, DE 19801 | 10/23/2014 | 14-10978 (CSS) | 6281 | $31,782,275.44* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |
| 8 | CHAPMAN, JERRY L ADDRESS ON FILE | 08/01/2014 | 14-10979 (CSS) | 3432 | $100,100.00 | BANK OF NEW YORK MELLON, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N. MARKET STREET, SUITE 1500 WILMINGTON, DE 19801 | 10/23/2014 | 14-10978 (CSS) | 6269 | $115,465,504.27* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 to EXHIBIT A – Bondholder Duplicate Claims**

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 9 | COKE, STEPHEN A ADDRESS ON FILE | 08/15/2014 | 14-10979 (CSS) | 3684 | $61,877.42 | BANK OF NEW YORK MELLON, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N. MARKET STREET, SUITE 1500 WILMINGTON, DE 19801 | 10/23/2014 | 14-10978 (CSS) | 6266 | $79,929,269.35* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |
| 10 | DIETER, ELMER ADDRESS ON FILE | 10/14/2014 | 14-10978 (CSS) | 5238 | $16,242.00 | LAW DEBENTURE TRUST COMPANY OF NEW YORK C/O PATTERSON BELKNAP WEBB & TYLER LLP ATTN: DANIEL A. LOWENTHAL, ESQ. 1133 AVENUE OF THE AMERICAS NEW YORK, NY 10036-6710 | 10/23/2014 | | 6210 | $5,506,667,210.00* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |
| 11 | DON AND NANCY HARRELL FAMILY TRUST ADDRESS ON FILE | 10/20/2014 | | 5733 | Undetermined* | BANK OF NEW YORK MELLON, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N. MARKET STREET, SUITE 1500 WILMINGTON, DE 19801 | 10/23/2014 | 14-10978 (CSS) | 6283 | $52,353,494.17* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 to EXHIBIT A – Bondholder Duplicate Claims**

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 12 | GALIANO, FRANCIS R. AND ALICE J. ADDRESS ON FILE | 10/20/2014 | 14-10978 (CSS) | 5680 | $15,000.00 | BANK OF NEW YORK MELLON, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N. MARKET STREET, SUITE 1500 WILMINGTON, DE 19801 | 10/23/2014 | 14-10978 (CSS) | 6269 | $115,465,504.27* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |
| 13 | HAUSMAN, HERBERT ADDRESS ON FILE | 10/20/2014 | | 5625 | Undetermined* | BANK OF NEW YORK MELLON, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N. MARKET STREET, SUITE 1500 WILMINGTON, DE 19801 | 10/23/2014 | 14-10978 (CSS) | 6288 | $46,201,320.60* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

## FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 to EXHIBIT A – Bondholder Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 14 | LMA SPC FOR AND ON BEHALF OF MAP 89 SEGREGATED PORTFOLIO C/O PINE RIVER CAPITAL MANAGEMENT L.P. 601 CARLSON PARKWAY, SUITE 330 MINNETONKA, MN 55305 | 10/27/2014 | 14-10979 (CSS) | 7883 | $12,727,944.00 | LAW DEBENTURE TRUST COMPANY OF NEW YORK C/O PATTERSON BELKNAP WEBB & TYLER LLP ATTN: DANIEL A. LOWENTHAL, ESQ. 1133 AVENUE OF THE AMERICAS NEW YORK, NY 10036-6710 | 10/23/2014 | | 6210 | $5,506,667,210.00* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |
| 15 | MANNING, SUZANNE ADDRESS ON FILE | 06/23/2014 | 14-10979 (CSS) | 2480 | $9,854.04 | AMERICAN STOCK TRANSFER & TRUST CO, LLC INDENTURE TTEE FOR 9.75% NOTES DUE 2019 6201 15TH AVE BROOKLYN, NY 11219 | 10/24/2014 | 14-10979 (CSS) | 7482 | $2,588,478.83* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |
| | | | | | | UMB BANK, N.A., AS INDENTURE TRUSTEE FOR THE 9.75% SENIOR NOTES DUE 2019 ATTN: MARK B. FLANNAGAN 1010 GRAND BLVD. KANSAS CITY, MO 64106 | 10/23/2014 | 14-11008 (CSS) | 6348 | $2,121,384.71* | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 to EXHIBIT A – Bondholder Duplicate Claims**

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 16 | MATHEWS, GAYLA ADDRESS ON FILE | 06/23/2014 | | 2478 | $19,708.08 | AMERICAN STOCK TRANSFER & TRUST CO, LLC INDENTURE TTEE FOR 5.55% NOTES DUE 2014 6201 15TH AVENUE BROOKLYN, NY 11219 | 10/24/2014 | 14-10979 (CSS) | 7477 | $952,184,346.75* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |
| | | | | | | UMB BANK, N.A., AS INDENTURE TRUSTEE FOR THE 9.75% SENIOR NOTES DUE 2019 ATTN: MARK B. FLANNAGAN 1010 GRAND BLVD. KANSAS CITY, MO 64106 | 10/23/2014 | 14-11008 (CSS) | 6348 | $2,121,384.71* | |
| 17 | MAYBERRY, FREDDY WARREN ADDRESS ON FILE | 07/16/2014 | 14-10979 (CSS) | 3133 | $25,000.00 | BANK OF NEW YORK MELLON, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N. MARKET STREET, SUITE 1500 WILMINGTON, DE 19801 | 10/23/2014 | 14-10978 (CSS) | 6289 | $14,510,272.37* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

### FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 to EXHIBIT A – Bondholder Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **REASON FOR DISALLOWANCE** |
| 18 | MESSER, J R ADDRESS ON FILE | 09/15/2014 | | 4386 | $10,210.00 | BANK OF NEW YORK MELLON, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N. MARKET STREET, SUITE 1500 WILMINGTON, DE 19801 | 10/23/2014 | 14-10978 (CSS) | 6279 | $39,831,741.77* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |
| 19 | MILLER, BARBARA L. ADDRESS ON FILE | 10/20/2014 | 14-10978 (CSS) | 5647 | $4,082.00 | LAW DEBENTURE TRUST COMPANY OF NEW YORK C/O PATTERSON BELKNAP WEBB & TYLER LLP ATTN: DANIEL A. LOWENTHAL, ESQ. 1133 AVENUE OF THE AMERICAS NEW YORK, NY 10036-6710 | 10/23/2014 | | 6210 | $5,506,667,210.00* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |
| 20 | MUSIC, STEPHEN O ADDRESS ON FILE | 10/21/2014 | 14-10979 (CSS) | 5745 | $25,000.00 | BANK OF NEW YORK MELLON, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N. MARKET STREET, SUITE 1500 WILMINGTON, DE 19801 | 10/23/2014 | 14-10978 (CSS) | 6287 | $12,625,825.64* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 to EXHIBIT A – Bondholder Duplicate Claims**

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 21 | NELSON, RICHARD R. JR. ADDRESS ON FILE | 10/06/2014 | | 4894 | $20,000.00 | BANK OF NEW YORK MELLON, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N. MARKET STREET, SUITE 1500 WILMINGTON, DE 19801 | 10/23/2014 | 14-10978 (CSS) | 6281 | $31,782,275.44* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |
| 22 | PAUL F. FRYMARK LIVING TRUST ADDRESS ON FILE | 10/23/2014 | | 6308 | $62,537.50* | BANK OF NEW YORK MELLON, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N. MARKET STREET, SUITE 1500 WILMINGTON, DE 19801 | 10/23/2014 | 14-10978 (CSS) | 6269 | $115,465,504.27* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |

**FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 to EXHIBIT A – Bondholder Duplicate Claims**

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **REASON FOR DISALLOWANCE** |
| 23  PINE RIVER CREDIT RELATIVE VALUE MASTER FUNE LTD., C/O PINE RIVER CAPITAL MANAGEME NT L.P., ATTN: LEGAL 601 CARLSON PARKWAY, SUITE 330 MINNETONK A, MN 55305 | 10/27/2014 | 14-10979 (CSS) | 7885 | $6,363,972.00 | LAW DEBENTURE TRUST COMPANY OF NEW YORK C/O PATTERSON BELKNAP WEBB & TYLER LLP ATTN: DANIEL A. LOWENTHAL, ESQ. 1133 AVENUE OF THE AMERICAS NEW YORK, NY 10036-6710 | 10/23/2014 | | 6210 | $5,506,667,210.00* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |
| 24  PINE RIVER MASTER FUND LTD. C/O PINE RIVER CAPITAL MANAGEME NT L.P. ATTN: LEGAL 601 CARLSON PARKWAY, SUITE 330 MINNETONK A, MN 55305 | 10/27/2014 | 14-10979 (CSS) | 7884 | $12,727,944.00 | LAW DEBENTURE TRUST COMPANY OF NEW YORK C/O PATTERSON BELKNAP WEBB & TYLER LLP ATTN: DANIEL A. LOWENTHAL, ESQ. 1133 AVENUE OF THE AMERICAS NEW YORK, NY 10036-6710 | 10/23/2014 | | 6210 | $5,506,667,210.00* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 to EXHIBIT A – Bondholder Duplicate Claims**

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **REASON FOR DISALLOWANCE** |
| 25 | RATTERMAN , ANNEMARIE ADDRESS ON FILE | 10/22/2014 | 14-10978 (CSS) | 5833 | $4,082.00 | LAW DEBENTURE TRUST COMPANY OF NEW YORK C/O PATTERSON BELKNAP WEBB & TYLER LLP ATTN: DANIEL A. LOWENTHAL, ESQ. 1133 AVENUE OF THE AMERICAS NEW YORK, NY 10036-6710 | 10/23/2014 | | 6210 | $5,506,667,210.00* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 to EXHIBIT A – Bondholder Duplicate Claims**

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 26 | REAM, FRED D ADDRESS ON FILE | 06/16/2014 | | 2236 | $95,827.27 | BANK OF NEW YORK MELLON, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N. MARKET STREET, SUITE 1500 WILMINGTON, DE 19801 | 10/23/2014 | 14-10978 (CSS) | 6286 | $71,801,348.21* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |
| | | | | | | BANK OF NEW YORK MELLON, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N. MARKET STREET, SUITE 1500 WILMINGTON, DE 19801 | 10/23/2014 | 14-10978 (CSS) | 6283 | $52,353,494.17* | |
| | | | | | | BANK OF NEW YORK MELLON, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N. MARKET STREET, SUITE 1500 WILMINGTON, DE 19801 | 10/23/2014 | 14-10978 (CSS) | 6288 | $46,201,320.60* | |

**FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 to EXHIBIT A – Bondholder Duplicate Claims**

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **REASON FOR DISALLOWANCE** |
| | | | | | BANK OF NEW YORK MELLON, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N. MARKET STREET, SUITE 1500 WILMINGTON, DE 19801 | 10/23/2014 | 14-10978 (CSS) | 6287 | $12,625,825.64* | |
| 27 | ROBERT & UNA BELCHER LIVING TRUST ADDRESS ON FILE | 09/29/2014 | | 4758 | Undetermined* | BANK OF NEW YORK MELLON, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N. MARKET STREET, SUITE 1500 WILMINGTON, DE 19801 | 10/23/2014 | 14-10978 (CSS) | 6289 | $14,510,272.37* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |
| 28 | SIMPSON, CLAIR ADDRESS ON FILE | 10/17/2014 | 14-10978 (CSS) | 5464 | $16,291.00 | LAW DEBENTURE TRUST COMPANY OF NEW YORK C/O PATTERSON BELKNAP WEBB & TYLER LLP ATTN: DANIEL A. LOWENTHAL, ESQ. 1133 AVENUE OF THE AMERICAS NEW YORK, NY 10036-6710 | 10/23/2014 | | 6210 | $5,506,667,210.00* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 to EXHIBIT A – Bondholder Duplicate Claims**

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **REASON FOR DISALLOWANCE** |
| 29 | WARWICK, NORMAN J. AND LORRAINE M. ADDRESS ON FILE | 09/26/2014 | | 4768 | Undetermined* | BANK OF NEW YORK MELLON, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N. MARKET STREET, SUITE 1500 WILMINGTON, DE 19801 | 10/23/2014 | 14-10978 (CSS) | 6269 | $115,465,504.27* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |
| 30 | WHITSON, JAMES N ADDRESS ON FILE | 07/11/2014 | | 3035 | $5,000.00 | BANK OF NEW YORK MELLON, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N. MARKET STREET, SUITE 1500 WILMINGTON, DE 19801 | 10/23/2014 | 14-10978 (CSS) | 6283 | $52,353,494.17* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |
| 31 | WOLCO 4300 KINSEY DR TYLER, TX 75703-1001 | 06/02/2014 | | 836 | $70,000.00* | DELAWARE TRUST COMPANY, TRUSTEE ATTN: JOSEPH MCFADDEN, VP 2711 CENTERVILLE ROAD, STE 400 WILMINGTON, DE 19808 | 10/24/2014 | 14-10978 (CSS) | 7666 | $1,815,965,277.78* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |
| | | | | **TOTAL** | **$33,154,329.27*** | | | | | | |

**EXHIBIT 3** to **EXHIBIT A**

**Non-EFH Claims**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 3 to EXHIBIT A – Non-EFH Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ALLEN, CARI<br>ADDRESS ON FILE | | No Debtor Asserted | 06/05/2014 | 1158 | $27,600.88 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 2 | BAIYERI, MARY<br>ADDRESS ON FILE | | No Debtor Asserted | 06/30/2014 | 2740 | $320.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 3 | BLAND, KATRINA<br>ADDRESS ON FILE | | No Debtor Asserted | 06/06/2014 | 1245 | $24,000.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 4 | BLAND, KATRINA<br>ADDRESS ON FILE | | No Debtor Asserted | 09/03/2014 | 4106 | $20,000.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 5 | BRINKLEY, ANNIE<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/20/2014 | 2345 | $5,063.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 6 | BROWN, BRENDA<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/02/2014 | 930 | $6,052.55 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 7 | CALVERY, MARTHA<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 08/08/2014 | 3553 | $298.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 8 | CANNON, DEBBIE<br>ADDRESS ON FILE | | No Debtor Asserted | 06/09/2014 | 1463 | $365.20 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 9 | CANTWELL, BILLY T<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/09/2014 | 1362 | Undetermined* | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |

## ENERGY FUTURE HOLDINGS CORP., et al.

### FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 3 to EXHIBIT A – Non-EFH Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 10 | CARTER, NAT D ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/22/2014 | 5979 | $4,429.26 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 11 | CARTER, STEPHANIE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/17/2014 | 4470 | $939.91 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 12 | CHEAKAS, TOMMY ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/20/2014 | 2316 | $1,006.99 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 13 | CHENG, XIA & DONG, WENMING ADDRESS ON FILE | | No Debtor Asserted | 08/07/2014 | 3544 | $27,377.90 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 14 | COY, DONNA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/06/2014 | 1252 | $29.90 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 15 | DAVIS, DARRELL ADDRESS ON FILE | | No Debtor Asserted | 07/11/2014 | 3046 | $1,898.56 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 16 | DRUGA, NICHOLAS J ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/16/2014 | 2016 | $7,500.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 17 | ELQUTUB, MAHA ADDRESS ON FILE | | No Debtor Asserted | 06/09/2014 | 1383 | $8,550.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 3 to EXHIBIT A – Non-EFH Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 18 | ESPINOZA, ROBERTO ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 07/21/2014 | 3254 | $1,680.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 19 | FARMER, DONALD ADDRESS ON FILE | | No Debtor Asserted | 07/17/2014 | 3134 | $247.67 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 20 | FLEETWOOD, MIKE ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 562 | $971.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 21 | FORSTEN, ALFRED H. ADDRESS ON FILE | | No Debtor Asserted | 05/30/2014 | 764 | $11,932.42 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 22 | GALLGOS, ELMA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 07/07/2014 | 2909 | $194.80 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 23 | GARRETT, LINDA ADDRESS ON FILE | | No Debtor Asserted | 09/09/2014 | 4240 | $10,000.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 24 | GOODRICH, FORRESTER L ADDRESS ON FILE | | No Debtor Asserted | 07/28/2014 | 3396 | $250.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 25 | GREMILLION, PETE ADDRESS ON FILE | | No Debtor Asserted | 07/10/2014 | 3008 | $30,000.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 26 | GUDERMUTH, JAMES ADDRESS ON FILE | | No Debtor Asserted | 07/25/2014 | 3337 | $1,226.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 3 to EXHIBIT A – Non-EFH Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 27 | GUTHRIE, VERA<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/20/2014 | 2315 | $1,006.99 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 28 | HARRIS, JAMES RAY<br>ADDRESS ON FILE | | No Debtor Asserted | 09/18/2014 | 4510 | Undetermined* | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 29 | HARRIS, JAMES RAY<br>ADDRESS ON FILE | | No Debtor Asserted | 09/23/2014 | 4635 | $912.83 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 30 | HARRIS, SIMONA<br>ADDRESS ON FILE | | No Debtor Asserted | 09/18/2014 | 4509 | Undetermined* | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 31 | HARRIS, SIMONA<br>ADDRESS ON FILE | | No Debtor Asserted | 09/23/2014 | 4636 | Undetermined* | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 32 | HEARNE, HERMAN<br>ADDRESS ON FILE | | No Debtor Asserted | 10/27/2014 | 7848 | $20,778.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 33 | HFS CONSULTING LLC<br>11607 SPRING CYPRESS RD<br>STE D<br>TOMBALL, TX 77377-8916 | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/10/2014 | 1697 | $49,600.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 34 | HIGHBERGER, KL<br>ADDRESS ON FILE | | No Debtor Asserted | 09/18/2014 | 4494 | Undetermined* | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |

## ENERGY FUTURE HOLDINGS CORP., et al.

### FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 3 to EXHIBIT A – Non-EFH Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 35 | HODGE, DEBRA<br>ADDRESS ON FILE | | No Debtor Asserted | 06/27/2014 | 2626 | $275,000.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 36 | INGRAM, CHERI S<br>ADDRESS ON FILE | | No Debtor Asserted | 06/20/2014 | 2347 | $69,903.61 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 37 | JANIS, WILLIAM<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/28/2014 | 619 | $32,974.43 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim against any of the known Debtors. |
| 38 | JOHNSON, BURRELL, JR.<br>ADDRESS ON FILE | | No Debtor Asserted | 10/27/2014 | 8121 | Undetermined* | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 39 | LOVE, WILLIE R<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/17/2014 | 2156 | $20,000.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 40 | MARRS, WILL<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/23/2014 | 2437 | $224.08 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 41 | MAXEY, LASABRE L<br>ADDRESS ON FILE | | No Debtor Asserted | 09/02/2014 | 3995 | $15,000.00 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim against any of the known Debtors. |
| 42 | MCCLURE, SUE CONAWAY<br>ADDRESS ON FILE | | No Debtor Asserted | 06/02/2014 | 912 | $143.91 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 43 | MCNAB, URSULA<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/12/2014 | 1818 | $398.50 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 3 to EXHIBIT A – Non-EFH Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 44 | MERRITT, MONICA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/16/2014 | 4466 | $112,000.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 45 | MICHALSKY, THOMAS ADDRESS ON FILE | | No Debtor Asserted | 06/13/2014 | 2235 | $585.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 46 | MOLYNEUX, JOHN ADDRESS ON FILE | | No Debtor Asserted | 08/01/2014 | 3452 | Undetermined* | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 47 | NIX, CAROLYN O ADDRESS ON FILE | | No Debtor Asserted | 10/21/2014 | 5822 | $766.59 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 48 | O BRIEN, JOAN ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/24/2014 | 7635 | $5,000.00* | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 49 | PAGE, CONNIE ADDRESS ON FILE | | No Debtor Asserted | 10/27/2014 | 7849 | $20,778.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 50 | PAWLIK, MICHAEL C ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/16/2014 | 2142 | $3,845.03 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 51 | PREWITT, RAYMOND ADDRESS ON FILE | | No Debtor Asserted | 06/06/2014 | 1249 | $300.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 52 | RAMSEY, RUSSELL ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/23/2014 | 4627 | $14,029.78 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 3 to EXHIBIT A – Non-EFH Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|------|-------------|-------------|------------|---------|--------------|-------------------------|
| 53 | RIDGE, DAVID<br>ADDRESS ON FILE | | No Debtor Asserted | 10/14/2014 | 5237 | $24,309.21 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 54 | RODRIGUEZ, CELSO C<br>ADDRESS ON FILE | | No Debtor Asserted | 08/11/2014 | 3588 | Undetermined* | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 55 | ROSENBERG, THELMA<br>ADDRESS ON FILE | | No Debtor Asserted | 10/01/2014 | 4800 | $508.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 56 | ROSOFF, NINA<br>ADDRESS ON FILE | | No Debtor Asserted | 07/14/2014 | 3105 | Undetermined* | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 57 | SCHILLACE, JOSEPH<br>ADDRESS ON FILE | | No Debtor Asserted | 05/30/2014 | 662 | $400.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 58 | SCHMITT, LEE J<br>ADDRESS ON FILE | | No Debtor Asserted | 06/09/2014 | 2231 | $1,000,000.00 | No liability owed to claimant per Debtors' books and records. Claimant indicated he has no valid claim on claim form. |
| 59 | SHERRILL, RONNIE K<br>ADDRESS ON FILE | | No Debtor Asserted | 10/20/2014 | 5737 | Undetermined* | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 60 | SHERROD, JENNIFER<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/12/2014 | 4340 | $1,513.19 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 61 | SLOUHA, DONNA<br>ADDRESS ON FILE | | No Debtor Asserted | 06/17/2014 | 2237 | $5,000.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |

# ENERGY FUTURE HOLDINGS CORP., et al.

## FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 3 to EXHIBIT A – Non-EFH Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 62 | SPOON, DAVID P<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/24/2014 | 7601 | $30,000.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 63 | STERKX, AL<br>ADDRESS ON FILE | | No Debtor Asserted | 06/10/2014 | 1668 | $25,600.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 64 | STIMAC, LAWRENCE S<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/21/2014 | 5755 | $925.86 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 65 | TEXAS PUBLIC POWER ASSOCIATION<br>701 BRAZOS STE 1005<br>AUSTIN, TX 78701-2595 | | No Debtor Asserted | 09/29/2014 | 4732 | $500.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 66 | TIMPSON, JOANNE<br>ADDRESS ON FILE | | No Debtor Asserted | 06/02/2014 | 954 | $19,163.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 67 | TRAHAN, CHERRI<br>ADDRESS ON FILE | | No Debtor Asserted | 07/03/2014 | 2839 | $23,150.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 68 | TRASK, JILL A<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 08/11/2014 | 3586 | $1,000.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 69 | VANDEVER, WILLIAM<br>ADDRESS ON FILE | | No Debtor Asserted | 10/09/2014 | 5017 | $50,000.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |

## ENERGY FUTURE HOLDINGS CORP., et al.

### FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 3 to EXHIBIT A – Non-EFH Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 70 | WALLIS DERMATOLOGY ASSOCIATES PLLC 6 DOCTOR CIR LONGVIEW, TX 75605-5050 | | No Debtor Asserted | 10/06/2014 | 4903 | $307.92 | No liability owed to claimant per Debtors' books and records.  Claimed liability due to claimant from third party, not Debtor. |
| 71 | WARE, JOE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/03/2014 | 1180 | $153,300.00 | No liability owed to claimant per Debtors' books and records.  Claimed liability due to claimant from third party, not Debtor. |
| 72 | WATKINS, MARY B ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/12/2014 | 4329 | $160.00 | No liability owed to claimant per Debtors' books and records.  Claimed liability due to claimant from third party, not Debtor. |
| | | | | TOTAL | | $2,171,017.97* | |

**EXHIBIT 4** to **EXHIBIT A**

**Dismissed Litigation Claims**

## ENERGY FUTURE HOLDINGS CORP., et al.

### FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 4 to EXHIBIT A – Dismissed Litigation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | CHAO, SCHUCHERRY ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 06/20/2014 | 2338 | $4,000,000.00 | No Liability - Judgment for Debtors on April 10, 2013 [Case No. JS-1201137P] and October 24, 2012 [Case No. JS-00057A] |
| 2 | CHAO, SCHUCHERRY ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/18/2014 | 4490 | $4,000,000.00 | No Liability - Judgment for Debtors on April 10, 2013 [Case No. JS-1201137P] and October 24, 2012 [Case No. JS-00057A] |
| | | | | | TOTAL | $8,000,000.00 | |