**UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF SUBSTITUTION OF COUNSEL
AND REQUEST FOR SERVICE OF NOTICE AND PAPERS
FOR THE (BELOW DEFINED) PI LAW FIRMS**

**PLEASE TAKE NOTICE** that, pursuant to Rule 9010-2(a) of the Local Rules of Bankruptcy Practice and Procedures of the United States Bankruptcy Court for the District of Delaware, Natalie D. Ramsey, Esq. and Davis Lee Wright, Esq., Montgomery, McCracken, Walker & Rhoads, LLP ("Former Counsel") hereby withdraw their appearances and Joseph Frank, Esq., Frances Gecker, Esq., and Reed Heiligman, Esq., FrankGecker, LLP, and Daniel K. Hogan, The Hogan Firm, hereby enter their appearance in the above captioned cases as counsel to the following personal injury law firms: (i) Gori Julian & Associates, P.C.; (ii) Simmons Hanley Conroy; (iii) Paul Reich & Meyers, P.C.; (iv) Kazan, McClain, Satterley & Greenwood, a Professional Law Corporation, and (v) Early, Lucarelli, Sweeney & Meisenkothen (collectively, the "PI Law Firms"). Former Counsel further request that the Clerk of the United States Bankruptcy Court for the District of Delaware remove them from the electronic and paper

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

3807774v1

noticing matrix in the above-captioned cases only as it applies to their former representation of the PI Law Firms.[2]

**PLEASE TAKE FURTHER NOTICE** that the PI Law Firms hereby request, pursuant to Bankruptcy Rule 2002, that copies of all notices and pleadings given or required to be given in these cases, and all papers served or required to be served in these cases, be served upon the following:

Joseph D. Frank
Frances Gecker
Reed Heiligman
FRANKGECKER LLP
325 North LaSalle Street
Suite 625
Chicago, Illinois 60654
Telephone: (312) 276-1400
Facsimile: (312) 276-0035
Email:  jfrank@fgllp.com
            fgecker@fgllp.com
            rheiligman.com

- and -

Daniel K. Hogan
THE HOGAN FIRM
1311 Delaware Avenue
Wilmington, DE 19806
Telephone: (302) 656-7540
Facsimile:  (302) 656-7599
Email:  dkhogan@dkhogan.com

---

[2] On November 5, 2014, the Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. (the "EFH Committee") retained Montgomery, McCracken, Walker &Rhoads LLP as Delaware bankruptcy counsel and conflicts counsel.  The November 6, 2014 Notice of Appearance entered by counsel on behalf of the EFH Committee remains in effect.

3807774v1

Dated: Wilmington, Delaware
December 13, 2014

| | |
|---|---|
| **MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP** | **FRANKGECKER LLP** |
| */s/ Natalie D. Ramsey* | */s/ Joseph Frank, Sr.* |
| Natalie D. Ramsey (DE Bar No. 5378) | Joseph Frank, Sr. |
| 1105 North Market Street, 15th Floor | 325 North LaSalle Street, Suite 625 |
| Wilmington, DE 19801 | Chicago, Illinois 60654 |
| Telephone: (302) 504-7800 | Telephone: (312) 276-1400 |
| Facsimile: (302) 504 -7820 | Facsimile: (312) 276-0035 |
| **MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP** | **THE HOGAN FIRM** |
| */s/ Davis Lee Wright* | */s/ Daniel K. Hogan* |
| Davis Lee Wright (DE Bar No. 4324) | Daniel K. Hogan (DE Bar No. 2814) |
| 1105 North Market Street, 15th Floor | 1311 Delaware Avenue |
| Wilmington, DE 19801 | Wilmington, DE 19806 |
| Telephone: (302) 504-7800 | Telephone: (302) 656-7540 |
| Facsimile: (302) 504 -7820 | Facsimile: (302) 656-7599 |
| *Former Counsel for Gori Julian & Associates, P.C.; Simmons Hanley Conroy; Paul Reich & Meyers, P.C.; Kazan, McClain, Satterley & Greenwood, a Professional Law Corporation, and Early, Lucarelli, Sweeney & Meisenkothen* | *Counsel for Gori Julian & Associates, P.C.; Simmons Hanley Conroy; Paul Reich & Meyers, P.C.; Kazan, McClain, Satterley & Greenwood, a Professional Law Corporation, and Early, Lucarelli, Sweeney & Meisenkothen* |