IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | |
| | ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | |
| | ) | |

NOTICE OF APPEARANCE AND
CERTIFICATION OF GOVERNMENT ATTORNEY AND
SUBSTITUTION OF COUNSEL

The undersigned attorney, Ward W. Benson, appears as counsel for the United States in this matter and files this certification of a government attorney pursuant to Local Rule 9010-1(e)(i).

1. Mr. Benson is admitted to the bars of the State of New York and to the United States District Court for the Southern District of New York.

2. Mr. Benson is in good standing in all jurisdictions in which he has been admitted.

3. Mr. Benson will be bound by the Local Rules of the United States Bankruptcy Court for the District of Delaware, and he submits to the jurisdiction of this Court for disciplinary purposes.

4. Mr. Benson is appearing in substitution for Mr. W. Bradley Russell.

\\

\\

DATED: December 14, 2014.

Respectfully submitted,

TAMARA W. ASHFORD
Acting Assistant Attorney General

/s/ Ward W. Benson
WARD W. BENSON
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, D.C. 20044
Telephone: 202-514-9642

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing document was served this 14th day of December, 2014, by filing the same with the Clerk of the Court using the ECF filing system which shall send notification to attorneys registered to receive notice, including the following:

Richard M. Cieri, Esquire
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022-4611

/s/ Ward W. Benson
WARD W. BENSON
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, D.C. 20044
Telephone: 202-514-9642