**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered |
| | : |

## CERTIFICATE OF SERVICE

I, Davis Lee Wright, certify that on December 13, 2014, I caused a copy of the following *Notice of Substitution of Counsel and Request for Service of Notice and Papers for the (Below Defined) PI Law Firms* (the "Notice") to be electronically filed through the Court's Case Management/Electronic Case File ("CM/ECF") system and served on all parties who have electronically entered a notice of appearance through the notice of filing generated by the Court's CM/ECF System.

I further certify that on December 15, 2014, I caused a copy of the Notice to be served via U.S. first class mail, postage prepaid, on the parties identified on the list attached hereto as <u>Exhibit A</u>

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, TX 75201. Due to the large number of debtors in these Chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

-2-

Dated: December 15, 2014
Wilmington, Delaware

MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP

By  */s/ Davis Lee Wright*
Davis Lee Wright (DE Bar No. 4324)
1105 North Market Street, 15th Floor
Wilmington, DE 19801
Telephone: (302) 504-7800
Facsimile: (302) 504- 7820
dwright@mmwr.com

*Former Counsel for Gori Julian & Associates, P.C.; Simmons Hanley Conroy; Paul Reich & Meyers, P.C.; Kazan, McClain, Satterley & Greenwood, a Professional Law Corporation, and Early, Lucarelli, Sweeney & Meisenkothen*

**EXHIBIT A**

| | |
|---|---|
| Kirkland & Ellis, LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>Phone: (212) 446-4800<br>Fax: (212) 446-4900<br>Attn: Edward O. Sassower, P.C.<br>Stephen E. Hessler<br>Brian E. Schartz | Christopher A. Ward<br>Polsinelli PC<br>222 Delaware Avenue, Suite 1101<br>Wilmington, DE 19801<br>302-252-0920<br>302-252-0921 (fax)<br>cward@polsinelli.com |
| Richard L. Schepacarter<br>Office of the United States Trustee<br>U. S. Department of Justice<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801 | Andrew Dietderich<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>3835<br>New York, NY 10004<br>212-558-3830<br>212-558-3588 (fax)<br>dietdericha@sullcrom.com |
| Richards Layton & Finger<br>920 North King Street<br>Wilmington, DE 19801<br>Phone: (302) 651-7700<br>Fax: (302) 651-7701<br>Attn: Mark D. Collins<br>Daniel J. DeFranceschi<br>Jason M. Madron | James M. Peck<br>MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, New York 10019<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br>jpeck@mofo.com |