## **CERTIFICATE OF SERVICE**

I, CELESTE A. HARTMAN, Senior Paralegal, do hereby certify that I am over the age of 18, and that on December 15, 2014, I caused a copy of the *Motion for Admission Pro Hac Vice of Eric J. Wilson of Godfrey & Kahn, S.C.* to be served upon those persons appearing on the attached list, via U.S. First Class Mail.

Under penalty of perjury I certify the foregoing to be true and correct.

                                             */s/ Celeste A. Hartman*
                                             CELESTE A. HARTMAN