## EXHIBIT A

Energy Future Holdings et. al
De Minimis Asset Sales Motion Reporting
For the Period November 1, 2014 to November 30, 2014

*De Minimis Asset sales with a sales price less than $250,000*

| | |
|---|---|
| None recorded during the period November 1, 2014 to November 30, 2014 | |

*De Minimis Asset sales / transfers with a sales price greater than $250,000*

| | | |
|---|---|---|
| Sweetwater Plant Salvage | PRC Environmental, Inc. 1149 Ellsworth Dr., Suite 135, Pasadena, TX 77506 | $140,008.35* $15,883.83 |

*De Minimis Asset Abandonments with an estimated book value less than $250,000*

| | |
|---|---|
| None recorded during the period November 1, 2014 to November 30, 2014 | |

*De Minimis Asset Abandonments with an estimated book value greater than $250,000*

| | |
|---|---|
| None recorded during the period November 1, 2014 to November 30, 2014 | |

*The salvage of the Sweetwater Generation Plant is estimated to produce more than $600,000 net cash to the company via sales occuring through December 31, 2014. Amounts reported are cumulative to date. For further information, see Notice of Sale [D.I. 2468] filed on 10/15/2014.