# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 14-10979 (CSS)<br>)<br>) (Jointly Administered)<br>)<br>) **Re: D.I. 2361** |

**JOINDER OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ENERGY FUTURE HOLDINGS CORPORATION, ENERGY FUTURE INTERMEDIATE HOLDING COMPANY, LLC, EFIH FINANCE, INC., AND EECI, INC. TO THE MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER REGARDING CREDITOR ACCESS TO INFORMATION AND SETTING AND FIXING CREDITOR INFORMATION SHARING PROCEDURES AND PROTOCOLS**
<u>**UNDER 11 U.S.C. §§ 105(a), 107(b), and 1102(b)(3)(A)**</u>

The official committee of unsecured creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. (the "**EFH Committee**") hereby submits this joinder (the "**Joinder**") to the *Motion of the Official Committee of Unsecured Creditors for an Order Regarding Creditor Access to Information and Setting and Fixing Creditor Information Sharing Procedures and Protocols Under 11 U.S.C. §§ 105(a), 107(b), and 1102(b)(3)(A)* (the "**Motion**") [D.I. 2361], and the revised proposed order to be filed by the TCEH Committee (as defined below) (the "**Revised Proposed Order**"). In support of this Joinder, the EFH Committee respectfully represents as follows:

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

## JOINDER

1.      On October 9, 2014, the official committee of unsecured creditors of Energy Future Competitive Holdings Company LLC ("**EFCH**"), EFCH's direct subsidiary Texas Competitive Electric Holdings Company LLC and their direct and indirect subsidiaries, and EFH Corporate Services Company (the "**TCEH Committee**") filed the Motion, seeking the entry of an order providing that the TCEH Committee is not authorized or required, pursuant to section 1102(b)(3)(A) of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.*, to provide the creditors it represents with access to (i) the above-captioned debtors' (the "**Debtors**") confidential and other non-public proprietary information, (ii) the TCEH Committee's confidential information, or (iii) any privileged information, and setting and fixing creditor information sharing procedures and protocols.

2.      On October 27, 2014, the Office of the United States Trustee for the District of Delaware appointed the EFH Committee.

3.      The EFH Committee seeks substantially the same relief as requested by the TCEH Committee in the Motion, for all of the same reasons. Specifically, the protocol proposed in the Revised Proposed Order will facilitate balancing creditors' need for information and the requirement to maintain the confidentiality of confidential and privileged information. Absent entry of the Revised Proposed Order, the EFH Committee will be prevented from fully participating in these chapter 11 cases because the Debtors will be reticent to share confidential information with the EFH Committee.

4.      In an effort to avoid duplication and save judicial resources, the EFH Committee consulted with the TCEH Committee, and the two Committees jointly developed the Revised Proposed Order.

5. The EFH Committee hereby joins the Motion and submits that the Court should grant the relief sought in the Motion for all of the reasons set forth in the Motion. The EFH Committee respectfully requests that the Court enter the Revised Proposed Order.

## CONCLUSION

WHEREFORE, the EFH Committee respectfully requests that the Court (i) grant the Motion, (ii) enter an order substantially in the form of the Revised Order, and (iii) grant such other and further relief as it deems just and proper.

Dated: Wilmington, Delaware
December 15, 2014

**MONTGOMERY McCRACKEN WALKER & RHOADS, LLP**

 */s/ Davis Lee Wright*
Natalie D. Ramsey, Esquire (DE Bar No. 5378)
Davis Lee Wright, Esquire (DE Bar No. 4324)
Mark A. Fink, Esquire (DE Bar No. 3946)
1105 North Market Street, 15th Floor
Wilmington, DE 19801
Telephone: (302) 504-7800
Facsimile: (302) 504 -7820
E-mail:   nramsey@mmwr.com
          dwright@mmwr.com
          mfink@mmwr.com

– and –

**SULLIVAN & CROMWELL LLP**

Andrew G. Dietderich (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Michael H. Torkin (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, New York 10004
Telephone:   (212) 558-4000
Facsimile:   (212) 558-3588

*Proposed Counsel for The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc.*