**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Re: D.I. 3011** |

**DECLARATION OF ROBERT FRENZEL IN SUPPORT OF**
**THE MOTION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, FOR**
**ENTRY OF AN ORDER AUTHORIZING THE DEBTORS TO REJECT A CERTAIN**
**EXECUTORY CONTRACT, EFFECTIVE *NUNC PRO TUNC* TO DECEMBER 15, 2014**

Pursuant to 28 U.S.C. § 1746, I, Robert Frenzel, hereby declare as follows under penalty of perjury:

1. I am Senior Vice President and Chief Financial Officer of Luminant Generation Company LLC ("Luminant Generation"). Luminant Generation is an indirect subsidiary of Energy Future Holdings Corp. ("EFH Corp." and, together with its direct and indirect debtor subsidiaries, including Luminant Generation, the "Debtors").

2. I have worked for EFH Corp. since 2009 and Luminant Generation since 2012. I am generally familiar with the Debtors' businesses, day-to-day operations, financial matters, results of operations, cash flows, and underlying books and records. All facts set forth in this declaration are based upon my personal knowledge of the Debtors' businesses, operations, and related financial information gathered from my review of their books and records, relevant

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

documents, and information supplied to me by members of the Debtors' management team and advisors.  I am over the age of 18 and duly authorized to execute this Declaration on behalf of the Debtors in support of the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing the Debtors to Reject a Certain Executory Contract, Effective* Nunc Pro Tunc *to December 15, 2014* [D.I. 3011] (the "Motion").  Except as otherwise noted, I have personal knowledge of the matters set forth herein.

3. The Debtors have been evaluating the current and expected use of their executory contracts, the ongoing cost of such contracts, and the effect on the Debtors' business of rejecting the same.  As part of this process, the Debtors have determined that the Contract[2] is unnecessary and burdensome to the Debtors' estates, cannot be amicably modified, and should be rejected as of the date hereof.

4. Luminant Generation, as buyer, and Itochu Corporation, as seller, entered into the Contract.  I understand that the Debtors have determined that (a) the prices under the Contract are substantially above current market prices, (b) the Debtors can source natural uranium concentrate on better economic terms pursuant to other contracts or from other potential uranium vendors, and (c) rejection of the Contract would result in significant savings to their estates.  Furthermore, negotiations with Itochu are unlikely to be productive at this time.

[*Remainder of page intentionally left blank.*]

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information and belief.

Dated: December 15, 2014

                                                  */s/ Robert Frenzel*
                                                  Robert Frenzel
                                                  Senior Vice President and Chief Financial Officer
                                                  Luminant Generation Company LLC