IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | ) | |
|---|---|---|
| | ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS | ) | |
| CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of attorney Eric J. Wilson of Godfrey & Kahn, S.C. to represent Fee Committee in this action.

Date:   December  15  , 2014.

PHILLIPS, GOLDMAN & SPENCE, P.A.

/s/ *Stephen W. Spence*
Stephen W. Spence, Esquire (#2033)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210
sws@pgslaw.com

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these Chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Wisconsin and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 7/23/2009. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Date:  December 15, 2014.

_____
Eric J. Wilson
GODFREY & KAHN, S.C.
1 E. Main St, Ste 500
Madison, WI 53703
ewilson@gklaw.com
608-284-2603


## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: 12-15-14

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
United States Bankruptcy Judge

12697729.1