IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: § <br> § <br> ENERGY FUTURE HOLDINGS CORP., § <br> *et al.*,[1] § <br> § <br> Debtor. § <br> § | Chapter 11 <br><br> Case No. 14-10979 (CSS) <br><br> Jointly Administered <br> **Objection Deadline:1/6/2015** <br> **Hearing Date:  1/13/2015 @ 9:00 a.m.** |

## APPLICATION FOR ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF PHILLIPS, GOLDMAN & SPENCE, P.A. AS DELAWARE COUNSEL TO THE FEE COMMITTEE NUNC PRO TUNCTO NOVEMBER 21, 2014

The Fee Committee, appointed by Order of this Court, in the Energy Future Holdings Corp. jointly administered bankruptcy cases ("EFH" or the "Debtors") on August 21, 2014, (the "Fee Committee" or "Applicant"), hereby moves for entry of an order pursuant to 11 U.S.C. §§ 327(a) and 328 and Fed. R. Bankr. P. 2014 authorizing the employment of Phillips, Goldman & Spence, P.A. as Delaware counsel to the Fee Committee. In support of this application, the Fee Committee respectfully represents as follows:

### JURISDICTION

1.  The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these Chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

1

**EFH'S BUSINESSES**

2. EFH's businesses, through various business units, include the largest generator, distributor, and certified retail provider of electricity in Texas.

3. A more detailed description of the Debtors' businesses, capital structures, and the circumstances leading to these chapter 11 cases appears in the *Declaration of Paul Keglevic, Executive Vice President, Chief Financial Officer, and Co-Chief Restructuring Officer of Energy Future Holdings Corp., et al., in Support of First Day Motions*, filed on April 29, 2014 [Docket No. 98].

**BACKGROUND**

4. On April 29, 2014 (the "Petition Date"), the Debtors commenced these bankruptcy cases by filing their respective voluntary petitions for relief under Chapter 11 of the Bankruptcy Code, 11 U.S.C. §§ 101-1330 (the "Bankruptcy Code").

5. These cases are being jointly administered pursuant to the interim and final orders of this Court.

6. The Debtors are continuing in possession of their property as a debtors-in-possession, pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

7. An Official Committee of Unsecured Creditors (the "Committee") was appointed on May 23, 2014. The Committee has retained counsel.

8. On May 29, 2014, the Debtors filed the *Motion of Energy Future Holdings Corp., et al. for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 658].

9. On July 9, and August 4, 2014, this Court entered an *Order Extending Time to Comply* [Docket No. 1512] and *Second Order Further Extending Debtors' Time to Comply* [Docket No. 1744] with the Fee Examiner Standing Order.

10. Pursuant to the *Stipulation and Order Appointing a Fee Committee* [Docket No. 1896] (the "Fee Committee Order"), the Court appointed a Fee Committee in these cases to carry out the duties set forth in the Fee Committee Order, and any other applicable orders, as they may be amended from time to time. These duties include, among other things, monitoring the fees and expenses incurred by professionals retained in these chapter 11 cases (the "Retained Professionals"). Pursuant to the joint recommendation of the parties, the Court appointed Richard Gitlin, individually, and as Chairman of Gitlin & Company, LLC, as the independent member and chairperson of the Fee Committee (the "Independent Member"). On September 16, 2014, this Court entered an Order approving the retention of Godfrey & Kahn, S.C. ("Godfrey & Kahn") of 1 E. Main Street, Suite 500, Madison, Wisconsin 53703, as counsel to the Fee Committee.

## RELIEF REQUESTED

11. By this Application, the Fee Committee seeks entry of an order authorizing the employment of Phillips, Goldman & Spence, P.A. ("PG&S") to act as local Delaware counsel to the Fee Committee in these cases, effective as of the date the Fee Committee approved its retention, November 17, 2014, to assist the Fee Committee in fulfilling the duties detailed in all orders governing the Fee Committee and its responsibilities in these cases. The scope and costs of the engagement of PG&S are outlined in this Application.

## PG&S

12. The Fee Committee seeks to retain the firm of PG&S as its Delaware counsel because of the firm's extensive experience in the Bankruptcy Court for the District of Delaware.

13. The Fee Committee wishes PG&S to perform, among other things, the following services in connection with this case: (i) read and file all applications, motions, responses, objections and other pleadings in the Chapter 11 cases as may be necessary and as authorized by the Fee Committee; (ii) appear on behalf of and represent the Fee Committee in the Chapter 11 cases at hearings, meetings and proceedings, as appropriate; (iii) appear on behalf of the Fee Committee with respect to any proceedings in which it may have an interest; and (iv) perform all other necessary services which the Fee Committee authorizes as appropriate in connection with these Chapter 11 cases. PG&S has stated its willingness to serve and render the necessary professional services as counsel for the Fee Committee, beginning November 21, 2014, pursuant to the retention letter, a copy of which is attached hereto as Exhibit "A".

14. In support of its Application, Stephen W. Spence, a director and shareholder of PG&S, has executed the *Affidavit in Support of the Application for Order Authorizing the Employment and Retention of Phillips, Goldman & Spence, P.A. as Delaware Counsel for the Fee Committee, Nunc Pro Tunc to November 21, 2014* (the "Spence Affidavit"), attached hereto as Exhibit "B."

15. As disclosed in the Spence Affidavit, PG&S received a list titled *Categories of Interested Parties, as provided by the Debtors*, a list titled *Debtors and Debtor Affiliates* from Godfrey Kahn, and the list of persons affiliated with the United States Trustee, the Bankruptcy Court and the United States District Court for Delaware. After a careful review of the names on

the respective lists, Stephen Spence asserts PG&S has no conflict and represents no interest that will adversely affect or prevent its representation of the Fee Committee in these matters.

16. To the best of the Fee Committee's knowledge, PG&S (i) does not hold or represent any interest adverse to the estates, or the Fee Committee or its professionals, (ii) PG&S is a "disinterested person" as that phrase is defined in section 101(14) of the Bankruptcy Code (as modified by section 1107(b)), (iii) except as otherwise disclosed in the Spence Affidavit, neither PG&S nor its professionals have any connection with the Debtors, its creditors or any other party in interest, and (iv) PG&S's employment is necessary and in the best interests of the Debtors' estates. PG&S will not duplicate the work performed by Godfrey & Kahn or members of the Fee Committee.

17. PG&S intends to apply for compensation for professional services rendered in connection with this case, subject to the approval of this Court and in compliance with applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and any orders entered in these cases respecting professional compensation. PG&S, shall seek compensation for fees on an hourly basis, and will seek reimbursement of its actual, necessary expenses and other charges incurred by PG&S in connection with its services to the Fee Committee. The positions of staff designated to represent the Fee Committee and their current standard hourly rates are as follows:

| | | |
|---|---|---|
| a) | Senior Directors, Stephen W. Spence | $450 per hour |
| b) | Directors, Lisa C. McLaughlin | $390 per hour |
| c) | Associates, Stephen A. Spence, Aaron C. Baker | $270 per hour |
| d) | Senior Paralegal, Celeste A. Hartman | $150 per hour |

18.  The hourly rates set forth above are at or below the firm's hourly rates for work of this nature, which the Fee Committee submits are reasonable and should be approved by the Court, subject to a determination of the amounts to be paid to PG&S upon applications for allowance. These rates are set at a level designed to compensate the firm fairly for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses. The hourly rates set forth above are subject to adjustment from time to time as PG&S deems appropriate as to its clients generally.

19.  It is the firm's policy to charge its clients in all areas of practice for all reasonable, necessary out-of-pocket expense incurred in connection with the engagement. The expenses charged to clients include, among other things, express mail charges, special or hand delivery charges for deliveries to the Court, photocopying charges at $.10 per page, travel expenses, expenses for computerized research, and transcription costs. PG&S will seek reimbursement for these expenses in a manner and at rates consistent with charges made generally to the Firm's other clients and as requested by the Fee Committee in its instructions to Retained Professionals. PG&S believes that it is more generally equitable to charge these expenses to the clients incurring them than to increase the hourly rates and spread the expenses among all clients.

20.  Notice of this Application has been given to the United States Trustee for the District of Delaware, counsel to the Debtors, counsel for any appointed committees and all persons requesting service pursuant to Rule 2002. The Fee Committee submits that no further notice need be given.

21.  No previous application for the relief sought herein has been made to this or any other Court.

WHEREFORE, the Fee Committee respectfully requests entry of an order authorizing the employment of Phillips, Goldman & Spence, P.A. as its Delaware counsel, *nunc pro tunc* to November 21, 2014, and granting such other and further relief as the Court may deem just and proper.

Date:   December 15, 2014

GODFREY & KAHN, S.C.

/s/ Katherine Stadler
Katherine, Stadler, Esquire
One East Main Street
Madison, WI 53703
608.257.3911
608.257.0609
KStadler@gklaw.com

12709239.1