## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | § | Case No. 14-10979 (CSS) |
| | § | |
| | § | Jointly Administered |
| Debtor. | § | **Objection Deadline:1/6/2015** |
| | § | **Hearing Date:   1/13/2015 @ 9:00 a.m.** |

### NOTICE OF APPLICATION TO AUTHORIZE DELAWARE COUNSEL,

PLEASE TAKE NOTICE that the Fee Committee, appointed by Order of this Court, in the Energy Future Holdings Corp. jointly administered bankruptcy cases, has filed the *Application for Order Authorizing the Employment and Retention of Phillips, Goldman & Spence, P.A. as Delaware Counsel for the Fee Committee, Nunc Pro Tunc to November 21, 2014.*

PLEASE TAKE FURTHER NOTICE that objections, if any to the Application, are to be served and filed as to be received by the Court and the Debtor's counsel on or before January 6, 2015:

| | |
|---|---|
| Stephen W. Spence, Esquire | Katherine, Stadler, Esquire |
| Phillips, Goldman & Spence, P.A. | Godfrey & Kahn, S.C. |
| 1200 North Broom Street | One East Main Street |
| Wilmington, DE 19806 | Madison, WI 53703 |

A HEARING ON THE APPLICATION WILL BE HELD BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, COURTROOM 6, U.S. BANKRUPTCY COURT, 5TH FLOOR, 824 NORTH MARKET STREET, WILMINGTON, DE ON JANUARY 13, 2015 AT 9:30 A.M.

IF NO OBJECTIONS ARE FILED AND RECEIVED BY THE OBJECTION DEADLINE, THE COURT MAY APPROVE THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these Chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Date:  December 16, 2014 PHILLIPS, GOLDMAN & SPENCE, P.A.

<u>        */s/ Stephen W. Spence*        </u>
1200 North Broom Street
Wilmington, DE 19806
Telephone (302) 655-4200
Facsimile (302) 655-4200
sws@pgslaw.com

-and-

GODFREY & KAHN, S.C.
Katherine, Stadler
One East Main Street
Madison, WI 53703
Telephone: (608) 257-3911
Facsimile: (608) 257-0609
KStadler@gklaw.com

12692147.1