EXHIBIT "A"

## PHILLIPS, GOLDMAN & SPENCE, P. A.

ATTORNEYS AT LAW
PENNSYLVANIA AVE. AND BROOM ST.
1200 N. BROOM STREET
WILMINGTON, DELAWARE 19806

(302) 655-4200
(302) 655-4210 (F)
www.pgslaw.com

JOHN C. PHILLIPS, JR.
STEPHEN W. SPENCE*
ROBERT S. GOLDMAN*††**
LISA C. McLAUGHLIN†
JAMES P. HALL
DAVID A. BILSON***
MEGAN C. HANEY
STEPHEN A. SPENCE
AARON C. BAKER

ALSO MEMBER OF
*PENNSYLVANIA BAR
**NEW JERSEY BAR
†MARYLAND BAR
†FLORIDA BAR

October 8, 2014

*Via Email: Candres@GKLaw.com*
Carla Andres, Esquire
Godfrey & Kahn, S.C.
200 South Washington Street, Suite 100
Green Bay, Wisconsin 54301-4298

      Re:   *In re Energy Future Holdings, Corp. et al.*
              **Chapter 11, Jointly Administered**
              **Case No. 14-10979 (CSS)**
              **Our File: EFH-FEE**

Dear Carla:

      We are pleased that you have asked us to act as Delaware counsel to the Fee Committee in connection with Energy Future Holdings Corp., *et. al.* ("Energy Future") bankruptcy case. Subject to a determination that we have no conflicts which would prevent our engagement, this letter memorializes the terms of our agreement concerning this representation. As required, we will assist with the drafting and filing of an application for our retention pursuant to 11 U.S.C. §327(a) and the Stipulation and Order Appointing the Fee Committee.

      You have asked us, and we have agreed, to represent the interests of and provide advice to the Fee Committee in connection with the proper procedures for filing of pleadings in the U.S. Bankruptcy Court for the District of Delaware in the Energy Future cases. In connection with this representation, when requested, we will:

- read and and file, on behalf of the Fee Committee, all applications, motions, responses, objections and other pleadings in the Chapter 11 Case as may be necessary and as you authorize;

- appear on behalf of and represent the Fee Committee in the Chapter 11 Case at hearings, meetings and proceedings, as appropriate;

12307430.1

Carla Andres, Esquire
October 8, 2014
Page 2

- appear on behalf of the Fee Committee with respect to any proceedings in which it may become a party; and

- perform all other necessary services which you authorize as may be appropriate in connection with the Chapter 11 Case.

Our services will be billed at hourly rates for the legal personnel performing the services. Our current hourly rates are as follows: Senior Partner are $450 per hour, Junior Partners are $390 per hour, Associates are $330 to $270 per hour and our rates for paralegals are $150 per hour. We reserve the right to adjust our hourly rates prospectively based upon advancements within the firm, seniority and other factors. Subject to the approval of the Fee Committee and the Bankruptcy Court, in addition to our fees, the Debtor will be responsible for those expenses which we incur on your behalf, including, but not limited to, photocopying charges, travel expenses, expenses for "working meals", computerized research, transcription costs.

Payment of the professional fees and expenses incurred by PG&S are subject to the requirements of the Bankruptcy Code and approval of the U. S. Bankruptcy Court. While we will provide monthly statements to you of the fees and expenses incurred on your behalf, we understand that our fees and expenses may only be paid as authorized by the Bankruptcy Court.

The Fee Committee has the right to terminate our representation at any time. If the Fee Committee does so, PG&S will request payment of its fees and costs incurred in connection with our representation up to the date of termination, including the costs to transfer the work to new counsel. We may also terminate our representation for any reason consistent with the applicable Rules of Professional Conduct, including failure to receive payment of amounts due to us.

If you have any questions about this letter or about our services, fees or statements to be rendered, please call me so that we can discuss them directly.

Please execute the enclosed copy of this letter and return it to me to confirm your agreement to engage us upon the terms set forth in this letter.

12307430.1

Carla Andres, Esquire
October 8, 2014
Page 3

Thank you for allowing us to be of assistance to you in this matter.

Very truly yours,

*[signature]*

STEPHEN W. SPENCE


AGREED:
Energy Future Holdings, Corp., *et. al.*
FEE COMMITTEE

*[signature: Katherin Stadler]*
_____
BY: Authorized Representative

Dated: 11-21-14

12307430.1