IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: D.I. 2808** |
| | ) | |

**CERTIFICATION OF COUNSEL REGARDING "DEBTORS' FIRST OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO (AMENDED AND SUPERSEDED, EXACT DUPLICATE, AND INSUFFICIENT DOCUMENTATION) CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1" [D.I. 2808]**
_____

The undersigned hereby certifies as follows:

1.  On November 18, 2014 the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed with the United States Bankruptcy Court for the District of Delaware (the "Court") the *Debtors' First Omnibus (Non-Substantive) Objection to (Amended and Superseded, Exact Duplicate, Insufficient Documentation, and No Supporting Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1* [D.I. 2808] (the "Objection").[2]

2.  Responses to the Objection were to be filed on or before 4:00 p.m. (Eastern Standard Time) on December 11, 2014.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

3. The Debtors have agreed to continue the hearing with respect to certain of the Proofs of Claim as set forth below (collectively, the "Adjourned Claims"):

| Proof of Claim Number | Claimant |
|---|---|
| POC No. 86 | McMaster-Carr Supply Co. |
| POC No. 3118 | Koetter Fire Protection of Austin, LLC |
| POC Nos. 3312 and 3313 | Allied Electronics, Inc. |
| POC No. 3297 | Emersen Network Power Liebert Services |
| POC No. 4319 | David Silva |

4. During the continuance on the Adjourned Claims, the Debtors reserve all rights to reassert any objection contained in the Objection or to raise further objections with respect to the Adjourned Claims.

5. The Debtors also received certain general informal inquiries from claimants holding Disputed Claims. The Debtors have fully addressed and resolved these inquiries.

6. On November 20, 2014, Securitas Security Services USA, Inc. withdrew their Proof of Claim, number 2652 [D.I. 2823] (the "Withdrawn Claim").

7. The Debtors have not received any other responses or objections to the Objection, and no responses or objections appear on the Court's docket in these cases.

8. The Debtors have revised the exhibits to the proposed form of order (the "Proposed Order") to remove the Adjourned Claims and the Withdrawn Claim. A copy of the Proposed Order is attached hereto as **Exhibit A** and a redline of the exhibits as compared to the draft of the Proposed Order filed on November 18, 2014 is attached hereto as **Exhibit B**.

[*Remainder of page intentionally left blank.*]

WHEREFORE, the Reorganized Debtors respectfully request that the Court enter the Proposed Order, substantially in the form attached hereto as **Exhibit A** at the convenience of the Court.

Dated: December 16, 2014
Wilmington, Delaware

*/s/ Jason M. Madron*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:	(302) 651-7700
Facsimile:	(302) 651-7701
Email:	collins@rlf.com
	defranceschi@rlf.com
	madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:	(212) 446-4800
Facsimile:	(212) 446-4900
Email:	edward.sassower@kirkland.com
	stephen.hessler@kirkland.com
	brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:	(312) 862-2000
Facsimile:	(312) 862-2200
Email:	james.sprayregen@kirkland.com
	marc.kieselstein@kirkland.com
	chad.husnick@kirkland.com
	steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*