**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re:  D.I. 2852** |

**NOTICE OF FILING OF AMENDED PROPOSED
ORDER APPROVING THE 2015 COMPENSATION PROGRAMS**

PLEASE TAKE NOTICE that, on November 22, 2014, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the Debtors' *Motion of Energy Future Holdings Corp., et al., for Entry of an Order Approving the 2015 Compensation Programs* [D.I. 2852] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). Pursuant to the Motion, the Debtors are seeking entry of an order pursuant to sections 105(a), 363, and 503(c) of title 11 of the United States Code, rule 6004 of the Federal Rules of Bankruptcy Procedure, and rule 9013-1(f) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, authorizing and approving the Debtors to make payments under the 2015 Compensation Programs (as such term is defined in the Motion).

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 11274185v.1

PLEASE TAKE FURTHER NOTICE that, as Exhibit A in support of the Motion, the Debtors filed a proposed *Order Approving the 2015 Compensation Programs* (the **"Original Order"**) [D.I. 2854].

PLEASE TAKE FURTHER NOTICE that the Debtors hereby file an amended version of the *Order Approving the 2015 Compensation Programs*, a copy of which is attached hereto as **Exhibit A** (the "**Amended Order**"), which reflects discussions among the Debtors, the Office of the United States Trustee for the District of Delaware, counsel to the EFH/EFIH creditors' committee, counsel to the TCEH creditors' committee, and counsel to the ad hoc group of TCEH first lien lenders. The Debtors intend to present to the Bankruptcy Court at the Hearing. For the convenience of the Bankruptcy Court and other parties in interest, a comparison version showing the changes between the Original Order and Amended Order is attached hereto as **Exhibit B**.

PLEASE TAKE FURTHER NOTICE that a hearing with respect to the Motion (and any objections thereto) will be held before The Honorable Christopher S. Sontchi at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on December 18, 2014 starting at 9:30 a.m. (Eastern Standard Time).

Dated: December 16, 2014
     Wilmington, Delaware

*/s/ Jason M. Madron*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
William A. Romanowicz (No. 5794)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
     defranceschi@rlf.com
     madron@rlf.com
     romanowicz@rfl.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   edward.sassower@kirkland.com
     stephen.hessler@kirkland.com
     brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Mark Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
     marc.kieselstein@kirkland.com
     chad.husnick@kirkland.com
     steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession