IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: D.I. 2852, 2853, 2854, 2855** |

**NOTICE OF FILING OF AMENDED PROPOSED ORDER AUTHORIZING THE DEBTORS TO FILE UNDER SEAL THE CERTAIN PORTIONS OF COMMERCIALLY SENSITIVE INFORMATION SET FORTH IN THE DEBTORS' MOTION FOR ENTRY OF AN ORDER APPROVING THE 2015 COMPENSATION PROGRAMS**

PLEASE TAKE NOTICE that, on November 22, 2014, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing the Debtors to File Under Seal the Certain Portions of Commercially Sensitive Information Set Forth in the Debtors' Motion for Entry of an Order Approving the 2015 Compensation Programs* [D.I. 2855] (the "Sealing Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). Pursuant to the Sealing Motion, the Debtors are seeking entry of an order pursuant to sections 105(a) and 107(b) of title 11 of the United States Code, rule 9018 of the Federal Rules of Bankruptcy Procedure, and rule 9018-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, authorizing the Debtors to file under seal commercially sensitive

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

information related to the Debtors 2015 Compensation Programs Motion (as such term is defined in the Sealing Motion), including information set forth in the supporting declarations therein.

PLEASE TAKE FURTHER NOTICE that, as Exhibit A to the Sealing Motion, the Debtors filed a proposed *Order Authorizing the Debtors to File Under Seal the Certain Portions of Commercially Sensitive Information Set Forth in the Debtors' Motion for Entry of an Order Approving the 2015 Compensation Programs* [D.I. 2854].

PLEASE TAKE FURTHER NOTICE that the Debtors hereby file the attached *Amended Order Authorizing the Debtors to File Under Seal the Certain Portions of Commercially Sensitive Information Set Forth in the Debtors' Motion for Entry of an Order Approving the 2015 Compensation Programs* as **Exhibit A**, which reflects discussions among the Debtors and the Office of the United States Trustee for the District of Delaware, in further connection with, and in support of, the Sealing Motion.

PLEASE TAKE FURTHER NOTICE that, in connection with the Sealing Motion, the Debtors filed a redacted version of the *Motion of Energy Future Holdings Corp.,* et al., *for Entry of an Order Approving the 2015 Compensation Programs* [D.I. 2852].

PLEASE TAKE FURTHER NOTICE that the Debtors hereby file a version of the *Motion of Energy Future Holdings Corp.,* et al., *for Entry of an Order Approving the 2015 Compensation Programs* with amended redactions as **Exhibit B** in further connection with, and in support of, the Sealing Motion.

PLEASE TAKE FURTHER NOTICE that, in connection with the Sealing Motion, the Debtors filed a redacted version of the *Declaration of Douglas Friske in Support of the Motion of Energy Future Holdings Corp.,* et al., *for Entry of an Order Approving the 2015 Compensation Programs* [D.I. 2854].

PLEASE TAKE FURTHER NOTICE that the Debtors hereby file a version of the *Declaration of Douglas Friske in Support of the Motion of Energy Future Holdings Corp., et al., for Entry of an Order Approving the 2015 Compensation Programs* with amended redactions as **Exhibit C** in further connection with, and in support of, the Sealing Motion.

PLEASE TAKE FURTHER NOTICE that a hearing with respect to the Sealing Motion (and any objections thereto) will be held before The Honorable Christopher S. Sontchi at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on December 18, 2014 starting at 9:30 a.m. (Eastern Standard Time).

| | |
|---|---|
| Dated: December 16, 2014<br>Wilmington, Delaware | */s/ Jason M. Madron* |

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
    defranceschi@rlf.com
    madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
    stephen.hessler@kirkland.com
    brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Mark Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
    marc.kieselstein@kirkland.com
    chad.husnick@kirkland.com
    steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession