## **CERTIFICATE OF SERVICE**

      I, CELESTE A. HARTMAN, Senior Paralegal, do hereby certify that I am over the age of 18, and that on December 16, 2014, I caused a copy of the *Motion for Admission Pro Hac Vice of Mark W. Hancock of Godfrey & Kahn, S.C.* to be served upon those persons appearing on the attached list, via U.S. First Class Mail.

      Under penalty of perjury I certify the foregoing to be true and correct.


                                            */s/ Celeste A. Hartman*
                                            CELESTE A. HARTMAN