## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
### HEARING ON DECEMBER 18, 2014 STARTING AT 9:30 A.M. (EST)[2]

## I.    CONTINUED/WITHDRAWN/RESOLVED MATTERS:

1.    Declaration of Disinterestedness of PricewaterhouseCoopers LLP Pursuant to the Order Authorizing the Retention and Compensation of Certain Professionals Utilized in the Ordinary Course of Business [D.I. 2478; filed October 16, 2014]

Response/Objection Deadline:          October 30, 2014 at 4:00 p.m. (EST)

Reply Deadline:          December 3, 2014 at 4:00 p.m. (EST)

Responses/Objections Received:

A.    United States Trustee's Objection to the Debtors' Retention of PricewaterhouseCoopers LLP as an Ordinary Course Professional Pursuant to the Order Authorizing the Retention and Compensation of

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The December 18, 2014 (the "December 18th Hearing") hearing will be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 beginning at 9:30 a.m. (EST). Any person who wishes to appear telephonically at the December 18th Hearing must contact COURTCALL, LLC at 866-582-6878 prior to **12:00 p.m. (noon) (EST) on Wednesday, December 17, 2014** to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009*. The status conference in connection with the professional fee process in these cases (see Agenda Item 16) will commence at 1:00 p.m. (EST) on December 18, 2014. To the extent that the December 18th Hearing has otherwise concluded prior to 1:00 p.m. (EST) on December 18, 2014, the Court will reconvene at 1:00 p.m. (EST) solely to hear the professional fee process status conference.

Certain Professionals Utilized in the Ordinary Course of Business [D.I. 2767; filed November 14, 2014]

Related Documents:

i.      Notice of Withdrawal with Respect to Retention of PricewaterhouseCoopers LLP as Ordinary Course Professional [Docket No. 2955; filed December 5, 2014]

Status: On December 5, 2014, the Debtors withdrew this matter without prejudice (see D.I. 2955). Consequently, no hearing with respect to this matter is required.

2.    Motion for Relief from Automatic Stay Under 11 U.S.C. §362 filed by Miguel Oliveras Caraballo [D.I. 2547; filed October 24, 2014]

Response/Objection Deadline:          November 13, 2014 at 4:00 p.m. (EST); extended to December 11, 2014 at 4:00 p.m. (EST)

Responses/Objections Received:       None.

Related Documents:

i.      Certification of Counsel Concerning Agreed Order Granting Motion of Miguel Oliveras Caraballo for Relief from the Automatic Stay [D.I. 2974; filed December 11, 2014]

ii.     Agreed Order Granting Motion of Miguel Oliveras Caraballo for Relief from the Automatic Stay [D.I. 2985; filed December 12, 2014]

Status: On December 12, 2014, the Court entered an agreed order resolving this matter. Consequently, no hearing with respect to this matter is required.

3.    Motion to File Claim after Claims Bar Date filed by DeAnna Edwards [D.I. 2571; filed October 27, 2014]

Response/Objection Deadline:          November 13, 2014 at 4:00 p.m. (EST); extended to December 11, 2014 at 4:00 p.m. (EST)

Responses/Objections Received:       None at this time.

Status: The Debtors believe that they have resolved this matter and, consequently, no hearing with respect to this matter is required at this time.

2

4.     Motion of Pallas Realty Advisors, Inc. for Entry of an Order Extending the Deadline to File Proof of Claim, or Alternatively Allowing Late-Filed Proof of Claim [D.I. 2602; filed October 28, 2014]

        Response/Objection Deadline:        N/A

        Responses/Objections Received:        None at this time.

        Status: The hearing on this matter has been continued to the omnibus hearing scheduled for January 13, 2015 at 9:30 a.m. (EST).

5.     Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing Luminant Generation Company LLC to Reject a Water Contract with Tarrant Regional Water District, Effective *Nunc Pro Tunc* to the Petition Date [D.I. 2662; filed October 30, 2014]

        Response/Objection Deadline:        November 13, 2014 at 4:00 p.m. (EST)

        Responses/Objections Received:

        A.     Tarrant Regional Water District's Objection to Motion of Energy Future Holding Corp., *et al.*, for Entry of an Order Authorizing Luminant Generation Company, LLC to Reject a Water Contract with Tarrant Regional Water District, Effective *Nunc Pro Tunc* to the Petition Date [D.I. 2771; filed November 14, 2014]

        B.     Debtors' Reply to Tarrant Regional Water District's Objection to Motion of Energy Future Holding Corp., *et al.*, for Entry of an Order Authorizing Luminant Generation Company, LLC to Reject a Water Contract with Tarrant Regional Water District, Effective *Nunc Pro Tunc* to the Petition Date [D.I. 2798; filed November 18, 2014]

        Related Documents:

        i.     Declaration of Michael Carter, Senior Vice President, Corporate Planning, and Assistant Treasurer of EFH Corporate Services Company, in Support of Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing Luminant Generation Company LLC to Reject a Water Contract with Tarrant Regional Water District, Effective *Nunc Pro Tunc* to the Petition Date [D.I. 2663; filed October 30, 2014]

        ii.     Declaration of Dan Buhman in Support of Tarrant Regional Water District's Objection to Motion of Energy Future Holding Corp., *et al.*, for Entry of an Order Authorizing Luminant Generation Company LLC to Reject a Water Contract with Tarrant Regional Water District, Effective *Nunc Pro Tunc* to the Petition Date [D.I. 2772; filed November 14, 2014]

iii.   Motion for Leave to File and Serve a Late Reply in Connection with "Tarrant Regional Water District's Objection to Motion of Energy Future Holding [sic] Corp., *et al.*, for Entry of an Order Authorizing Luminant Generation Company LLC to Reject a Water Contract with Tarrant Regional Water District, Effective *Nunc Pro Tunc* to the Petition Date [D.I. 2781] [D.I. 2781; filed November 17, 2014]

iv.   Order Granting Leave to File and Serve a Late Reply in Connection with "Tarrant Regional Water District's Objection to Motion of Energy Future Holding [sic] Corp., *et al.*, for Entry of an Order Authorizing Luminant Generation Company LLC to Reject a Water Contract with Tarrant Regional Water District, Effective *Nunc Pro Tunc* to the Petition Date [D.I. 2771] [D.I. 2796; filed November 18, 2014]

v.   Declaration of Michael Carter, Senior Vice President, Corporate Planning, and Assistant Treasurer of EFH Corporate Services Company, in Support of the Reply to Tarrant Regional Water District's Objection to Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing Luminant Generation Company LLC to Reject a Water Contract with Tarrant Regional Water District, Effective *Nunc Pro Tunc* to the Petition Date [D.I. 2803; filed November 18, 2014]

Status: By agreement of the parties, the hearing on this matter has been continued to the omnibus hearing scheduled for January 13, 2015 at 9:30 a.m. (EST).

6.   Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order (A) Waiving Certain Requirements of Bankruptcy Rule 3007 and Local Bankruptcy Rules 3007-1 and 3007-2 and (B) Approving the Debtors' Form of Custom Notice [D.I. 2849; filed November 21, 2014]

Response/Objection Deadline:        December 5, 2014 at 4:00 p.m. (EST)

Responses/Objections Received:      None.

Related Documents:

i.   Notice of "Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order (A) Waiving Certain Requirements of Bankruptcy Rule 3007 and Local Bankruptcy Rules 3007-1 and 3007-2 and (B) Approving the Debtors' Form of Custom Notice" and Hearing Thereon [D.I. 2849] [D.I. 2850; filed November 21, 2014]

ii.   Declaration of Steve R. Kotarba, Managing Director with Alvarez & Marsal North America, LLC, in Support of the Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order (A) Waiving Certain Requirements of Bankruptcy Rule 3007 and Local Bankruptcy Rules

4

3007-1 and 3007-2 and (B) Approving the Debtors' Form of Custom Notice [D.I. 2851; filed November 21, 2014]

iii.  Certification of No Objection Regarding "Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order (A) Waiving Certain Requirements of Bankruptcy Rule 3007 and Local Bankruptcy Rules 3007-1 and 3007-2 and (B) Approving the Debtors' Form of Custom Notice" [D.I. 2849] [D.I. 2962; filed December 9, 2014]

iv.  Order (A) Waiving Certain Requirements of Bankruptcy Rule 3007 and Local Bankruptcy Rules 3007-1 and 3007-2 and (B) Approving the Debtors' Form of Custom Notice [D.I. 2963; filed December 10, 2014]

Status: On December 10, 2014, the Court entered an order granting the Debtors the relief requested in connection with this matter. Consequently, no hearing with respect to this matter is required.

7.  Motion of Allen Shrode for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [D.I. 2896; filed November 26, 2014]

Response/Objection Deadline:        December 11, 2014 at 4:00 p.m. (EST); extended to January 6, 2015 at 4:00 p.m. (EST)

Responses/Objections Received:        None at this time.

Status: The hearing on this matter has been continued to the omnibus hearing scheduled for January 13, 2015 at 9:30 a.m. (EST).

## II.  UNCONTESTED MATTERS WITH CERTIFICATION OF NO OBJECTION/CERTIFICATION OF COUNSEL:

8.  Motion of the Official Committee of Unsecured Creditors for an Order Regarding Creditor Access to Information and Setting and Fixing Creditor Information Sharing Procedures and Protocols Under 11 U.S.C. §§ 105(a), 107(b), and 1102(b)(3)(a) [D.I. 2361; filed October 9, 2014]

Response/Objection Deadline:        October 21, 2014 at 4:00 p.m. (EDT)

Responses/Objections Received:

A.  Informal comments from the Ad Hoc Committee of TCEH First Lien Creditors

B.  Informal comments from the Ad Hoc Committee of EFIH Unsecured Noteholders

C.    Informal comments from the Office of the United States Trustee for the District of Delaware

Related Documents:

i.    Joinder of the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holdings Company, LLC, EFIH Finance, Inc., and EECI, Inc. to the Motion of the Official Committee of Unsecured Creditors for an Order Regarding Creditor Access to Information and Setting and Fixing Creditor Information Sharing Procedures and Protocols Under 11 U.S.C. §§ 105(a), 107(b), and 1102(b)(3)(A) [D.I. 3005; filed December 15, 2014]

ii.    Certification of Counsel Regarding Order Granting Motion of the Official Committee of Unsecured Creditors for an Order Regarding Creditor Access to Information and Setting and Fixing Creditor Information Sharing Procedures and Protocols Under 11 U.S.C. §§ 105(a), 107(b), and 1102(b)(3)(A) [D.I. 3008; filed December 15, 2014]

Status: On December 15, 2014, the Official Committee of TCEH Unsecured Creditors filed a certification of counsel attaching a revised form of agreed order in connection with this matter. Consequently, a hearing with respect to this matter is only required to the extent that the Court has any questions or concerns.

9.    Debtors' First Omnibus (Non-Substantive) Objection to (Amended and Superseded, Exact Duplicate, and Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 2808; filed November 18, 2014]

Response/Objection Deadline:        December 11, 2014 at 4:00 p.m. (EST)

Responses/Objections Received:

A.    Response to Debtors' First Omnibus (Non-Substantive) Objection to (Amended and Superseded, Exact Duplicate, and Insufficient Documentation) Claims Pursuant to Sections 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 Filed by Koetter First Protection [D.I. 2950; filed December 5, 2014]

B.    Response to Debtors' First Omnibus (Non-Substantive) Objection to (Amended and Superseded, Exact Duplicate, and Insufficient Documentation) Claims Pursuant to Sections 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 Filed by Allied Electronics, Inc. [D.I. 2964; filed December 10, 2014]

C.    Emerson Network Power Liebert Services' Response to Debtors' Omnibus Objection to Proof of Claim #3297 [D.I. 2970; filed December 11, 2014]

Related Documents:

i.    Declaration of Steve R. Kotarba, Managing Director with Alvarez & Marsal North America, LLC, in Support of the Debtors' First Omnibus (Non-Substantive) Objection to (Amended and Superseded, Exact Duplicate and Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 2809; filed November 18, 2014]

ii.    Notice of Submission of Copies of Proofs of Claim Relating to "Debtors' First Omnibus (Non-Substantive) Objection to (Amended and Superseded, Exact Duplicate, and Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 2948; filed December 4, 2014]

iii.    Certification of Counsel Regarding "Debtors' First Omnibus (Non-Substantive) Objection to (Amended and Superseded, Exact Duplicate, and Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1" [D.I. 2808] [D.I. 3018; filed December 16, 2014]

Status: On December 16, 2014, the Debtors filed a certification of counsel attaching a revised form of unopposed order in connection with this matter.  Consequently, a hearing with respect to this matter is only required to the extent that the Court has any questions or concerns.

10.    Motion of Energy Future Holdings Corp., et al., for an Order (A) Authorizing Entry into and Performance Under the Settlement Agreement Between Certain of the Debtors and Sierra Club Pursuant to Section 363(b) of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedures and (B) Modifying the Automatic Stay [D.I. 2865; filed November 24, 2014]

Response/Objection Deadline:        December 11, 2014 at 4:00 p.m. (EST)

Responses/Objections Received:      None.

Related Documents:

i.    Declaration of Robert Frenzel in Support of the Motion of Energy Future Holdings Corp., et al., for an Order (A) Authorizing Entry into and Performance Under the Settlement Agreement Between Certain of the Debtors and Sierra Club Pursuant to Section 363(b) of the Bankruptcy

7

Code and Rule 9019 of the Federal Rules of Bankruptcy Procedures, and (B) Modifying the Automatic Stay [D.I. 2866; filed November 24, 2014]

ii.  Certification of No Objection Regarding "Motion of Energy Future Holdings Corp., *et al.*, for an Order (A) Authorizing Entry into and Performance Under the Settlement Agreement Between Certain of the Debtors and Sierra Club Pursuant to Section 363(b) of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedures, and (B) Modifying the Automatic Stay" [D.I. 2865] [D.I. 3007; filed December 15, 2014]

Status: On December 15, 2014, the Debtors filed a certification of no objection in connection with this matter. Consequently, a hearing with respect to this matter is required only to the extent that the Court has any questions or concerns.

11.  Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the KPMG Debtors and KPMG Debtors in Possession to Expand the Retention and Employment of KPMG LLP as Bankruptcy Accounting and Tax Advisors Effective *Nunc Pro Tunc* to August 1, 2014 [D.I. 2892; filed November 25, 2014]

Response/Objection Deadline:          December 11, 2014 at 4:00 p.m. (EST)

Responses/Objections Received:     None.

Related Documents:

i.  Declaration of Thomas D. Bibby in Support of the Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the KPMG Debtors and KPMG Debtors in Possession to Expand the Retention and Employment of KPMG LLP as Bankruptcy Accounting and Tax Advisors Effective *Nunc Pro Tunc* to August 1, 2014 [D.I. 2893; filed November 25, 2014]

ii.  Declaration of Nancy Braun in Support of the Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the KPMG Debtors and KPMG Debtors in Possession to Expand the Retention and Employment of KPMG LLP as Bankruptcy Accounting and Tax Advisors Effective *Nunc Pro Tunc* to August 1, 2014 [D.I. 2989; filed December 12, 2014]

iii.  Certification of No Objection Regarding "Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the KPMG Debtors and KPMG Debtors in Possession to Expand the Retention and Employment of KPMG LLP as Bankruptcy Accounting and Tax Advisors Effective *Nunc Pro Tunc* to August 1, 2014" [D.I. 2982] [D.I. 3009; filed December 15, 2014]

8

Status: On December 15, 2014, the Debtors filed a certification of no objection in connection with this matter. Consequently, a hearing with respect to this matter is required only to the extent that the Court has any questions or concerns.

12. Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to Settle and Pay Prepetition Property Taxes [D.I. 2894; filed November 25, 2014]

Response/Objection Deadline:          December 11, 2014 at 4:00 p.m. (EST)

Responses/Objections Received:       None.

Related Documents:

i.     Declaration of Carla Howard, Senior Vice President and General Tax Counsel, in Support of the Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to Settle and Pay Prepetition Property Taxes [D.I. 2895; filed November 25, 2014]

ii.    Certification of Counsel Concerning Order Authorizing the Debtors to Pay Prepetition Property Taxes [D.I. 3010; filed December 15, 2014]

Status: On December 15, 2014, the Debtors filed a certification of counsel attaching a revised form of agreed order in connection with this matter. Consequently, a hearing with respect to this matter is only required to the extent that the Court has any questions or concerns.

13. Application of the Official Committee of TCEH Unsecured Creditors for Entry of an Order Authorizing the Employment and Retention of Charles River Associates Effective as of August 4, 2014 [D.I. 2900; filed November 26, 2014]

Response/Objection Deadline:          December 11, 2014 at 4:00 p.m. (EST)

Responses/Objections Received:       None.

Related Documents:

i.     Certification of No Objection Regarding Application of the Official Committee of TCEH Unsecured Creditors for Entry of an Order Authorizing the Employment and Retention of Charles River Associates Effective as of August 4, 2014 [D.I. 3006; filed December 15, 2014]

ii.    Proposed Form of Order

Status: On December 15, 2014, the Official Committee of TCEH Unsecured Creditors filed a certification of no objection in connection with this

9

matter. Consequently, a hearing with respect to this matter is required only to the extent that the Court has any questions or concerns.

## III.   UNCONTESTED MATTERS GOING FORWARD:

14.   Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Approving the 2015 Compensation Programs [D.I. 2852; filed November 22, 2014]

| | |
|---|---|
| Response/Objection Deadline: | December 11, 2014 at 4:00 p.m. (EST); extended to December 16, 2014 at 10:00 a.m. (EST) for the Office of the United States Trustee only by D.I. 2987 |
| Responses/Objections Received: | Informal comments from the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee"). |

Related Documents:

i.   Declaration of Todd W. Filsinger in Support of Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Approving the 2015 Compensation Programs Motion [D.I. 2853; filed November 22, 2014]

ii.   Declaration of Douglas Friske in Support of Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Approving the 2015 Compensation Programs [D.I. 2854; filed November 22, 2014]

iii.   Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to File Under Seal the Certain Portions of Commercially Sensitive Information Set Forth in the Debtors' Motion for Entry of an Order Approving the 2015 Compensation Programs [D.I. 2855; filed November 22, 2014]

iv.   Request for Additional Time to Object or Otherwise Respond to Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Approving the 2015 Compensation Programs (D.I. 2852) [D.I. 2986; filed December 12, 2014]

v.   Order Granting U.S. Trustee's Request for Additional Time to Object or Otherwise Respond to Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Approving the 2015 Compensation Programs (D.I. 2852) [D.I. 2987; filed December 12, 2014]

vi.   Notice of Filing Supplemental Declaration of Douglas Friske and Declaration of Carrie Kirby in Support of Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Approving the 2015 Compensation Programs [D.I. 3019; filed December 16, 2014]

vii.    Notice of Filing of Amended Proposed Order Approving the 2015 Compensation Programs [D.I. 3020; filed December 16, 2014]

Status: The Debtors have resolved the U.S. Trustee's informal comments in connection with this matter. The hearing on this matter will go forward on an uncontested basis.

15.    Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to File Under Seal the Certain Portions of Commercially Sensitive Information Set Forth in the Debtors' Motion for Entry of an Order Approving the 2015 Compensation Programs [D.I. 2855; filed November 22, 2014]

Response/Objection Deadline:          December 11, 2014 at 4:00 p.m. (EST)

Responses/Objections Received:       Informal comments from the U.S. Trustee.

Related Documents:

i.    Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Approving the 2015 Compensation Programs [D.I. 2852; filed November 22, 2014]

ii.    Declaration of Todd W. Filsinger in Support of Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Approving the 2015 Compensation Programs Motion [D.I. 2853; filed November 22, 2014]

iii.    Declaration of Douglas Friske in Support of Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Approving the 2015 Compensation Programs [D.I. 2854; filed November 22, 2014]

iv.    Notice of Filing Supplemental Declaration of Douglas Friske and Declaration of Carrie Kirby in Support of Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Approving the 2015 Compensation Programs [D.I. 3019; filed December 16, 2014]

v.    Notice of Filing of Amended Proposed Order Approving the 2015 Compensation Programs [D.I. 3020; filed December 16, 2014]

vi.    Notice of Filing of Amended Proposed Order Authorizing he Debtors to File Under Seal the Certain Portions of Commercially Sensitive Information Set Forth in the Debtors' Motion for Entry of an Order Approving the 2015 Compensation Programs [D.I. 3021; filed December 16, 2014]

Status: The Debtors have resolved the U.S. Trustee's informal comments in connection with this matter. The hearing on this matter will go forward on an uncontested basis.

RLF1 11273152v.1

IV.    **STATUS CONFERENCE:**

16.    Stipulation and Order Appointing a Fee Committee [D.I. 1896; filed August 21, 2014]

Status: At the direction of the Court, a status conference to discuss process and scheduling issues in connection with professional compensation in these cases will go forward starting at 1:00 p.m. (EST).

*[Remainder of page intentionally left blank.]*

12

Dated: December 16, 2014
       Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Facsimile:      (302) 651-7701
Email:           collins@rlf.com
                 defranceschi@rlf.com
                 madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900
Email:           edward.sassower@kirkland.com
                 stephen.hessler@kirkland.com
                 brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email:           james.sprayregen@kirkland.com
                 marc.kieselstein@kirkland.com
                 chad.husnick@kirkland.com
                 steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

13