**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | x | |
| In re | : | **Chapter 11** |
| | : | |
| ENERGY FUTURE HOLDINGS CORP. *et al.,* | : | **Case No. 14-10979 (CSS)** |
| | : | |
| Debtor-in-Possession. | : | **(Jointly Administered)** |
| | | **(D.I. 1888)** |
| | X | |

**Objection deadline:  N/A**
**Status conference date: December 18 at 1:00 p.m.**
**(Prevailing Eastern Time)**

**FEE COMMITTEE'S STATUS REPORT ON REVIEW PROCESS AND**
**FIRST INTERIM FEE APPLICATIONS PROPOSED FOR**
**HEARING ON DECEMBER 29, 2014**

TO:   THE HONORABLE CHRISTOPHER S. SONTCHI,
      UNITED STATES BANKRUPTCY JUDGE:

The Court has scheduled a status conference on December 18, 2014 at 1:00 p.m., as part

of the previously-scheduled omnibus hearing, on the Fee Committee's review and activities with

respect to the first interim fee applications.  The Fee Committee respectfully submits this report:

### SUMMARY

The Fee Committee Chair, Richard Gitlin, noted in his remarks to the Court on

September 16, 2014, that by stipulation and order, the Court had appointed the Fee Committee

and counsel to provide analysis and recommendations throughout these proceedings.  At the

time, 15 estate professionals had been retained, a number that has increased in light of

subsequent developments.  At the September 16 hearing, the Court also approved interim

compensation procedures, which have allowed professionals to be paid, on a monthly basis,

80 percent of fees reported and 100 percent of expenses.

Six Retained Professional firms have asked for expedited treatment, in light of their fiscal year's end, that differs from the schedule established in the Fee Committee Order: Thompson & Knight LLP, Filsinger Energy Partners, and Gibson, Dunn & Crutcher LLP (special counsel and consultants to the Debtor), and Lazard Frères & Co., LLC, FTI Consulting, Inc., and Morrison & Foerster LLP (respectively, investment banker, financial advisor, and counsel to the Official Committee of Unsecured Creditors). Together, these six professionals have requested interim approval for approximately $17.8 million in fees and expenses for the first interim fee period (April-August, 2014).

The Fee Committee has asked the Court to schedule a hearing for December 29, 2014, to consider the approval of these six applications before year's end. The Fee Committee will file a report on each application, expected to be consensual through negotiation, by December 28, 2014.

### FEE COMMITTEE PROCESS

After the Court entered the Fee Committee Order [D.I. 1896] on August 21 (the "Fee Committee Order"), the Court approved a procedure and schedule for processing and considering interim and final fee applications. The Fee Committee Order directed the Fee Committee to report to each professional on its first interim fee application by December 30, 2014, followed by a 30-day negotiation period, then notice, and, finally, a hearing on the first interim fee applications in February. With the earlier end of some firms' fiscal year, however, some professionals requested a faster schedule.

The Fee Committee, pursuant to the Fee Committee Order, has four members. Richard Gitlin individually, and as Chairman of Gitlin & Co., as the Independent Member and Chair; Cecily Gooch as the Debtors' representative; Peter Kravitz as the unsecured creditors'

representative; and, Richard L. Schepacarter as the representative of the United States Trustee for Region 3.

At its first meeting, on October 3, 2014, the Fee Committee approved an introductory memorandum—addressing expense guidelines—that was distributed to all Retained Professionals. The Fee Committee met a second time, by phone, on October 6 to approve a second memorandum—addressing fee guidelines. That memorandum was distributed to all Retained Professionals on October 7. On October 20 and 22, the Fee Committee conducted two open conference calls, one for the UCC's professionals and the other for the Debtors' professionals, to provide an opportunity for introductions and questions from the Retained Professionals to the Fee Committee counsel and Chair. The Fee Committee also retained local counsel, and its application is scheduled for hearing on January 13, 2015.[1]

On October 30, 2014, Retained Professionals began filing first interim fee applications—fifteen in all—for the period from April 29 through August 31. The applications total more than $66 million and encompass the work of more than 650 timekeepers:[2]

| Retained Professional | Client & Role | Total Requested | Timekeepers |
|---|---|---|---|
| FTI Consulting, Inc. | T-Committee-Financial Advisor | $3,443,332.00 | 49 |
| Lazard Frères & Co. LLC | T-Committee-Investment Banker | $949,598.88 | 11 |
| Morrison & Foerster LLP | T-Committee-Bankruptcy Counsel | $8,082,391.51 | 89 |
| Polsinelli PC | T-Committee-DE Bankruptcy Counsel | $533,622.54 | 13 |
| Kirkland & Ellis LLP | Debtors-Bankruptcy Counsel | $26,848,839.53 | 186 |
| Richards, Layton & Finger, P.A. | Debtors-DE Bankruptcy Counsel | Not yet on file | |
| Alvarez & Marsal North | Debtors- Restructuring Advisor | $6,656,132.78 | 25 |
| Deloitte & Touche LLP | Debtors-Independent Auditor | $2,072,499.50 | 93 |
| Evercore Group L.L.C. | Debtors-Financial Advisor & Investment Banker | $7,968,611.55 | 18 |
| KPMG LLP | Debtors-Bankruptcy Accounting & Tax Advisor | $1,339,973.60 | 45 |
| Filsinger Energy Partners | Debtors-Energy Consultant | $3,991,425.61 | 15 |
| Gibson, Dunn & Crutcher LLP | Debtors-Special Counsel-Corporate and Litigation | $788,760.07 | 34 |
| McDermott Will & Emery LLP | Debtors-Special Counsel-Energy-Related Transactions | $546,200.68 | 7 |

[1] The Fee Committee has retained Phillips, Goldman & Spence, P.A. The Fee Committee approved local counsel's retention papers at the December 15 meeting, and they were filed on December 16. *See* D.I. 3017.

[2] A more detailed matrix is attached to this Report as Attachment A and will be updated prior to the December 29 hearing.

| Sidley Austin LLP | Debtors-Special Counsel Corporate and Litigation | $2,351,245.17 | 49 |
|---|---|---|---|
| Thompson & Knight LLP | Debtors-Special Counsel-Tax-Related Matters | $584,259.25 | 17 |
| | | $66,156,892.67 | 651 |

The Fee Committee next met on November 17, 2014 for a regularly-scheduled in-person meeting and held preliminary discussions about the proposal for expedited treatment of some first interim fee applications outlined in this memorandum.  Fee Committee counsel began its line-by-line review and analysis of the fee applications and, ultimately, drafted six reports for Fee Committee discussion and approval at its December meeting.

Yesterday, December 15, 2014, the Fee Committee met to review the reports for each of those six professionals requesting processing before year-end, outlining detailed findings with respect to each professional's first interim fee application and suggesting a series of voluntary reductions.  The Fee Committee has asked for a response to these letter reports no later than December 24, 2014.  The Fee Committee expects to spend several days negotiating resolutions with the six professionals, and—no later than December 28, 2014—the Fee Committee will submit a summary report outlining the negotiated and consensual resolutions in broad terms.

That report, if the Court accepts it, will be accompanied by an updated chart listing the six (or fewer, if negotiations are unsuccessful) uncontested interim fee applications, the amounts of their original requests, and the agreed amount of uncontested fees and expenses for each professional.  *See* Attachment A to this Report.  The report—again, if the Court accepts it—will also be accompanied by a stipulated order, with schedules in the Court's approved format, for the award of first interim fees.

On December 29, 2014, the Fee Committee—by its counsel and Chair—expects to appear in person, with the professionals seeking payment approval, to present the proposed

resolutions for the Court's approval.  If the Court sees fit, it may enter the proposed order approving interim compensation.

Though it has not asked for a hearing before year-end, Kirkland & Ellis also has asked to deviate from the schedule set forth in the Fee Committee Order.  Kirkland has a January 31, 2014 fiscal year end, and asks for consideration of its first interim fees before that date.  The Fee Committee has committed to completing Kirkland's negotiation and resolution process to allow for a hearing on Kirkland's first interim fee request on January 26, 2015.[3]

The third group of first interim fee applicants, which includes eight firms, will proceed according to the schedule approved in the Fee Committee Order.  The deadline for the Fee Committee to file any objections is no later than February 13, 2015 with a final fee hearing to be held thereafter.

The review of interim fee applications described above will apply only to the first interim fee period.  Subsequent fee periods will revert to the schedule set forth in the Fee Committee Order.  The Fee Committee asks, as an accommodation to the Retained Professionals, that the Court consider the designated first interim fee applications as described above.

## CONCLUSION

The Fee Committee Chair and counsel will appear at the 1:00 p.m. status conference on December 18, 2014 (the Fee Committee Chair by phone) and at the hearing at 10:00 a.m. on December 29, 2014 (the Fee Committee Chair in person), to seek formal approval of up to six first interim fee applications, and to answer any questions the Court may have about the applications or the process leading to their consensual resolution.

---

[3] The Fee Committee understands that Kirkland had made separate arrangements with the Court for a hearing on that date.

Dated:    December 16, 2014.

PHILLIPS, GOLDMAN & SPENCE, P.A.

By:    */s/ Stephen W. Spence*
Stephen W. Spence
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 N. Broom Street
Wilmington, DE 19806
Phone: (302) 655-4200
Fax:  (302) 655-4210
E-mail: sws@pgslaw.com

Katherine Stadler
GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, Wisconsin 53703
phone: (608) 257-3911
fax: (608) 257-0609
E-mail: kstadler@gklaw.com

*Attorneys for the Fee Committee*

12704287.2