# CERTIFICATE OF SERVICE

I, CELESTE A. HARTMAN, Senior Paralegal, do hereby certify that I am over the age of 18, and that on December 16, 2014, I caused a copy of the *Fee Committee's Status Report On Review Process and First Interim Fee Applications Proposed for Hearing on December 29, 2014* to be served upon those persons appearing on the attached list, via U.S. First Class Mail.

Under penalty of perjury I certify the foregoing to be true and correct.


                                                          */s/ Celeste A. Hartman*
                                                        CELESTE A. HARTMAN