**Exhibit B**

[Cremens Declaration]

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**DECLARATION OF CHARLES H. CREMENS IN SUPPORT OF APPLICATION FOR ORDER APPROVING THE EMPLOYMENT OF CRAVATH, SWAINE & MOORE LLP AS COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC UNDER SECTIONS 327(a) AND 1107(b) OF THE BANKRUPTCY CODE, EFFECTIVE NUNC PRO TUNC TO NOVEMBER 16, 2014**

I, Charles H. Cremens, declare under penalty of perjury as follows:

1.  I am the Disinterested Manager of Energy Future Intermediate Holding Company LLC ("**EFIH**"), located at 1601 Bryan Street, Dallas, TX 75201.

2.  I submit this Declaration in support of EFIH's Application for Order Approving Employment of Cravath, Swaine & Moore LLP as Counsel to Energy Future Intermediate Holding Company LLC Under Sections 327(a) and 1107(b) of the Bankruptcy Code, Effective Nunc Pro Tunc to November 16, 2014 (the "**Application**").[2] Except as otherwise noted, I have personal knowledge of the matters set forth in this Declaration.

**Disinterested Manager's Selection of Counsel**

3.  Based on this Court's finding of an actual conflict in connection with the motion to approve bid procedures for a sale of an economic interest in EFIH's subsidiary Oncor Electric

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined in this Declaration have the meanings set forth in the Application.

1

Delivery Company LLC and in accordance with the Stipulation and Agreed Order Regarding a Protocol for Certain Case Matters, entered September 16, 2014 [ECF 2051], which authorized me, as the EFIH disinterested manager, to choose independent counsel if I determined it became necessary or prudent to do so with respect to a plan or inter-debtor issues, I determined that is was necessary to employ independent counsel and other advisers. Upon making that determination, I consulted with stakeholders to obtain a list of law firms who were not already involved in these cases that have the requisite experience and expertise to provide representation and advice in a case as complex and contentious as these cases. From that list, I interviewed lawyers at three firms, including Cravath.

4. I selected Cravath Swaine & Moore LLP ("**Cravath**") because of its deep experience and expertise in restructuring and bankruptcy, mergers & acquisitions, corporate governance, tax, and litigation and based on discussions with other parties in interest in the case. I believe that Cravath is both well qualified and able to represent EFIH in an efficient and timely manner in connection with the "Independent Matters" as defined in the *Stipulation and Agreed Order Regarding a Protocol for Certain Case Matters*, entered on September 16, 2014 [ECF 2051], including with respect to matters identified in the *Notice* filed on November 7, 2014 [ECF 2718], and in connection with the Conflict Matters and the determination of whether a matter constitutes a Conflict Matter, as defined in the resolutions of the EFIH Board of Managers attached to the Application as **Exhibit C** and **Exhibit D**.

5. Since November 16, 2014, Cravath has worked closely with me and EFIH to learn about EFIH's business operations, financial challenges, divergent creditor constituencies and the numerous legal issues that have arisen and may arise in the context of EFIH's chapter 11 case. It has become actively involved in the negotiations over the bid procedures and over the intercompany issues in connection with a chapter 11 reorganization plan.

**Compensation**

6. Cravath has informed EFIH that the rates it charges for this engagement are comparable to the rates it charges for non-bankruptcy engagements. Based on my general familiarity with the rates that major law firms such as Cravath charge, I am comfortable that Cravath's rates are comparable to the rates and terms of other comparably skilled counsel.

**Fee and Cost Supervision**

7. EFIH and Cravath expect to develop a prospective budget and staffing plan to comply with the U.S. Trustee's Fee Guidelines and the Fee Committee's procedures, recognizing that in the course of this complex chapter 11 case, there are likely to be unforeseeable events and demands that EFIH and Cravath will need to address. EFIH further recognizes that it is its responsibility to monitor closely the billing practices of counsel to ensure the fees and expenses paid by the estate remain consistent with EFIH's expectations and the exigencies of EFIH's chapter 11 case. EFIH will review the invoices that Cravath submits, and, together with Cravath, amend the budget and staffing plans periodically, as the case develops.

I declare under penalty of perjury as provided in 28 U.S.C. § 1746 that the foregoing is true and correct according to the best of my knowledge, information and belief.

December 16, 2014

By: _/s/ Charles H. Cremens_
Charles H. Cremens
Disinterested Manager, Board of
Managers, Energy Future Intermediate
Holding Company LLC