## **CERTIFICATE OF SERVICE**

Joseph H. Huston, Jr., hereby certifies that on December 16, 2014, he caused true and correct copies of the foregoing *Application for an Order Approving the Employment of Cravath, Swaine & Moore LLP as Counsel to Energy Future Intermediate Holding Company LLC Under Sections 327(e) and 1107(b) of the Bankruptcy Code, Effective Nunc Pro Tunc to November 16, 2014* to be served electronically through the Court's CM/ECF system, and also through the Debtors' claims and noticing agent upon all parties requesting or otherwise entitled to notice.

    */s/ Joseph H. Huston, Jr.*
    Joseph H. Huston, Jr.