# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND DEMAND FOR**
**SERVICE OF NOTICES AND PLEADINGS**

Stevens & Lee, P.C. appears as special counsel to Energy Future Intermediate Holding Company LLC ("EFIH"), along with Cravath, Swaine and Moore, LLP having already appeared, in connection with the "Independent Matters," as defined in the *Stipulation* and *Agreed Order Regarding a Protocol for Certain Case Matters* (Docket No. 2051), entered September 16, 2014, in the above-captioned bankruptcy cases and any related proceedings pursuant to Sections 342(a) and 1109(b) of Chapter 11, Title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), demands that all notices and papers served in these cases be given to and served upon the following:

Joseph H. Huston, Jr.
STEVENS & LEE, P.C.
1105 North Market Street, Suite 700
Wilmington, DE 19801
Telephone: (302) 425-3310
Fax: (610) 371-7972
Email: jhh@stevenslee.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code, but also includes, without limitation, all orders and notices of any hearing settings, applications, motions, petitions, pleadings, requests, complaints, or demands, statements of affairs, operating reports, schedules of assets and

liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, email, courier service, hand delivery, telephone, facsimile transmission or otherwise that (1) affects or seeks to affect in any way any rights or interests of any creditor or party in interest in this case, including EFIH, with respect to any of the (a) the debtors, (b) property of the debtors' estates, or proceeds thereof in which the debtors may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that any of the debtors may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by EFIH.

Dated: December 16, 2014   STEVENS & LEE, P.C.

    /s/ Joseph H. Huston, Jr.
Joseph H. Huston, Jr. (No. 4035)
1105 North Market Street, Suite 700
Wilmington, DE 19801
Telephone: (302) 425-3310
Fax: (610) 371-7972
Email: jhh@stevenslee.com

    and

Richard Levin
Cravath, Swaine and Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Tel: (212) 474-1978
Fax: (212) 474-3700
Email: rlevin@cravath.com

*Attorneys for Debtor Energy Future Intermediate Holding Company LLC*