## **CERTIFICATE OF SERVICE**

Joseph H. Huston, Jr., certifies that on December 16, 2014, he caused a true and correct copy of the foregoing *Notice of Appearance and Demand for Service of Notices and Pleadings* to be served electronically through the Court's CM/ECF system, and also through the Debtors' claims and noticing agent upon all parties requesting or otherwise entitled to notice.

*/s/ Joseph H. Huston, Jr.*
Joseph H. Huston, Jr.