**Exhibit 2** (to Levin Declaration)

[List of Parties in Interest Who Are, or Whose Affiliates Are, Current and Former Cravath Clients]

| Name | Role / Category | Client | Former Client | Affiliate of Client | Affiliate of Former Client |
|---|---|---|---|---|---|
| ADVANCED SERIES TRUST  - AST FI PYRAMIS QUANTITATIVE | DIP Lender | | | X | |
| ADVANCED SERIES TRUST - AST ACADEMIC STRATEGIES ASSET ALLOCATION PORTFOLIO. | DIP Lender | | | X | X |
| Advanced Series Trust - AST High Yield Portfolio. | DIP Lender | | | X | |
| ADVANCED SERIES TRUST - AST J.P. MORGAN GLOBAL THEMATIC PORTFOLIO F/K/A: ADVANCED SERIES TRUST-AST HORIZON GROWTH ASSET ALLOCATION PORTFOLIO | DIP Lender | | | X | |
| Advanced Series Trust - AST PIMCO Total Return Bond Portfolio | DIP Lender | | | | X |
| Advanced Series Trust- AST Western Asset Core Plus Bond Portfolio | DIP Lender | | | X | |
| Advanced Series Trust: AST J.P. Morgan Strategic Opportunities | DIP Lender | | | X | X |
| Advanced Series Trust: AST J.P. Morgan Strategic Opportunities | DIP Lender | | | X | X |
| AIG | Insurer | | X | | X |
| ALLEGHENY TECHNOLOGIES INCORPORATED MASTER PENSION | DIP Lender | | | X | |
| Alliance Bernstein High Income Fund Inc. | DIP Lender | | | X | |
| AllianceBernstein | Secured debtholder | | | X | |
| AllianceBernstein | Unsecured debtholder | | | X | |
| ALLIANCEBERNSTEIN BOND FUND INC-ALLIANCEBERNSTEIN HIGH YIELD PORTFOLIO | DIP Lender | | | X | |
| AllianceBernstein Global High Income Fund Inc. | DIP Lender | | | X | |
| Alliancebernstein limited duration high income portfolio | DIP Lender | | | X | |
| ALLIANCEBERNSTEIN POOLING PORTFOLIOS - HIGH YIELD | DIP Lender | | | X | |
| ALLIANCEBERNSTEIN US HIGH YIELD COLLECTIVE TRUST | DIP Lender | | | X | |
| Allianz Global Investors | Secured debtholder | | | | X |
| American Century Investment Management | Secured debtholder | | | X | |
| American Century Investment Management | Unsecured debtholder | | | X | |
| AMERICAN EXPRESS RETIREMENT PLAN | DIP Lender | | | X | |
| Angelo Gordon | Secured debtholder | | X | | |
| Avenue Capital Group | Secured debtholder | X | | | |
| Avenue Capital Group | Unsecured debtholder | X | | | |
| Aviva Investors North America | Secured debtholder | | | | X |
| AXA Offshore Multimanager Funds Trust-AXA Offshore Moderate | DIP Lender | | | X | |
| Axis | Insurer | X | Skip to vague | | |
| Babson Capital | Secured debtholder | | | | X |
| BAKER STREET CLO II LTD. | DIP Lender | | | | X |
| BAKER STREET FUNDING CLO 2005-1 LTD. | DIP Lender | | | | X |
| Bank of America Merrill Lynch | Secured debtholder | X | | | X |
| Bank of America Merrill Lynch | Unsecured debtholder | X | | | X |
| BANK OF AMERICA, N.A. | DIP Lender | X | | | |
| Barclays | Secured debtholder | X | | | |
| BARCLAYS BANK PLC* | DIP Lender | X | | | |
| Bayer Corporation Defined Benefit Master Trust | DIP Lender | | | X | |
| BELL ATLANTIC MASTER TRUST.. | DIP Lender | | | X | X |
| BENEFIT STREET PARTNERS CLO IV LTD | DIP Lender | | | | X |
| Benefit Street Partners, LLC | Secured debtholder | | | | X |
| Bentham Wholesale Syndicated Loan Fund | DIP Lender | | | X | |
| BlackRock | Secured debtholder | | X | | |
| BlackRock | Unsecured debtholder | | X | | |
| Blackstone / GSO | Unsecured debtholder | X | | X | X |
| BLUE CROSS OF CALIFORNIA. | DIP Lender | | | X | |
| BMO Asset Management Inc. | Secured debtholder | | | X | |
| BMO GLOBAL STRATEGIC BOND FUND | DIP Lender | | | X | |
| BMW (UK) Operations Pension Scheme | DIP Lender | | | X | |
| BofA Merrill Lynch | Investment Bank | X | | | X |
| Borealis Infrastructure Management Inc. | Joint venture partners | | | | X |
| Carlyle Global Market Strategies CLO 2011-1 Ltd | DIP Lender | | | X | X |
| Carlyle Global Market Strategies CLO 2012-1 Ltd | DIP Lender | | | X | X |
| CARLYLE GLOBAL MARKET STRATEGIES CLO 2014-2 LTD | DIP Lender | | | X | X |
| CARLYLE GLOBAL MARKET STRATEGIES CLO 2014-2 LTD | DIP Lender | | | X | X |
| Carlyle High Yield Partners IX, Ltd. | DIP Lender | | | X | X |

| Name | Role / Category | Client | Former Client | Affiliate of Client | Affiliate of Former Client |
|---|---|---|---|---|---|
| Carlyle High Yield Partners VIII, Ltd | DIP Lender | | | X | X |
| Carlyle High Yield Partners X, Ltd. | DIP Lender | | | X | X |
| CARLYLE VEYRON CLO, LTD. | DIP Lender | | | X | X |
| Centerview Partner LLC | Vendor | X | | | |
| CENTERVIEW PARTNERS LLC | Contract counterparty | X | | | |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | DIP Lender | | | X | |
| CitiBank | Letter of Credit issuer | X | | | X |
| CITIBANK, N.A. | DIP Lender | X | | | |
| Citigroup | Investment Bank | X | | | |
| Citigroup | Secured debtholder | X | | | |
| COMMINGLED PENSION TRUST FUND (FLOATING RATE INCOME) OF JPMORGAN CHASE BANK NA | DIP Lender | | | X | |
| COMMINGLED PENSION TRUST FUND (HIGH YIELD) OF JPMORGAN CHASE BANK, N.A. | DIP Lender | | | X | |
| COMMONFUND CREDIT OPPORTUNITIES COMPANY. | DIP Lender | | | X | |
| COMMUNITY INSURANCE COMPANY. | DIP Lender | | | | X |
| Continental Airlines, Inc. Pension Master Trust | DIP Lender | | | | X |
| Credit Suisse | Investment Bank | X | | | |
| Credit Suisse | Secured debtholder | X | | X | |
| Credit Suisse | Secured debtholder | X | | X | |
| CURIAN/PIMCO INCOME FUND | DIP Lender | | | | X |
| Curian-Pimco Credit Income Fund | DIP Lender | | | | X |
| DELOITTE AND TOUCHE, LLP | Contract counterparty | X | | | |
| Deutsche Bank | Administrative Agent | X | | | |
| Deutsche Bank | Bank | X | | | |
| Deutsche Bank | Secured debtholder | X | | | |
| Deutsche Bank | Unsecured debtholder | X | | | |
| DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LP dba FORTRESS CREDIT OPPORTUNITIES III CLO LP | DIP Lender | | | X | X |
| DTE ENERGY COMPANY AFFILIATES EMPLOYEE BENEFIT PLANS | DIP Lender | | | X | |
| EASTSPRING INVESTMENTS US BANK LOAN SPECIAL ASSET MOTHER INVESTMENT TRUST (LOAN CLAIM) | DIP Lender | | | | X |
| EFH CORPORATE SERVICES COMPANY | Contract counterparty | | | X | |
| Euroclear Bank | Secured debtholder | | X | | |
| Evercore Group | Investment Bank | X | | | |
| EXELON CORPORATION PENSION MASTER RETIREMENT TRUST.. | DIP Lender | | | | X |
| Ferguson, Thomas H. | Current or former Director or Officer | | X | | |
| FIDELITY ADVISOR SERIES 1:FIDELITY ADVISOR HIGH INCOME | DIP Lender | | | | X |
| Franklin | Secured debtholder | | X | | |
| FRIED FRANK HARRIS SHRIVER & | Vendor | | X | | |
| GIBSON DUNN & CRUTCHER LLP | Vendor | | X | | |
| Goldman Sachs | Investment Bank | X | | | X |
| HCC Global Financial Services | Insurer | | X | ? | |
| HIMCO | Secured debtholder | | | | X |
| HSBC SECURITIES USA INC | DIP Lender | X | | | X |
| ING CAPITAL LLC | DIP Lender | | | | X |
| ING Investments | Secured debtholder | | X | | |
| Invesco | Secured debtholder | | | | X |
| JMP CREDIT CORPORATION dba JMP CREDIT ADVISORS CLO I | DIP Lender | | | X | |
| JP Morgan | Investment Bank | X | | X | |
| JP Morgan | Investment Bank | X | | X | |
| JP Morgan | Secured debtholder | X | | | X |
| JP MORGAN WHITEFRIARS INC. | DIP Lender | | | X | |
| JPMORGAN CHASE | Bank | X | | | |
| JPMORGAN CHASE | Contract counterparty | X | | | |
| JPMORGAN CHASE BANK NA | Vendor | X | | | |
| KIRKLAND & ELLIS LLP | Vendor | | X | | |
| KKR Capital Markets | Investment Bank | | | | X |

| Name | Role / Category | Client | Former Client | Affiliate of Client | Affiliate of Former Client |
|---|---|---|---|---|---|
| KS Management | Secured debtholder | | | ? | |
| Lazard | UCC member or advisor | X | | | X |
| Lehman | Investment Bank | X | | | |
| Liberty Mutual/Safeco | Insurer | | | | X |
| Logan Circle | Secured debtholder | | | X | |
| LVIP-J.P. MORGAN HIGH YIELD FUND | DIP Lender | | | X | |
| Mackay Shields | Secured debtholder | | | X | |
| METROPOLITAN LIFE INSURANCE COMPANY | DIP Lender | X | | | X |
| MFS Investment Management | Secured debtholder | | | | X |
| MOODY'S INVESTORS SERVICE | Vendor | X | | | |
| Morgan Stanley | Investment Bank | X | | | |
| Morgan Stanley | Secured debtholder | X | | | |
| Navigators | Insurer | | | ? | |
| NB Global Floating Rate Income Fund Limited | DIP Lender | | | | X |
| Nestle in the USA Pension Trust | DIP Lender | | | | X |
| Nomura | Secured debtholder | X | | | |
| Nomura | Unsecured debtholder | X | | | |
| Nuveen Asset Management, LLC | Secured debtholder | | | X | |
| Nuveen Asset Management, LLC | Unsecured debtholder | | | | X |
| Oil Casualty Insurance Ltd. (OCIL) | Insurer | | | X | X |
| Omega Advisors | Secured debtholder | | X | | |
| Onex Credit Partners | Secured debtholder | | | | X |
| Oppenheimer | Secured debtholder | | X | | X |
| Perella Weinberg Partners LP | Investment Bank | | X | | |
| Phoenix | Secured debtholder | | X | | |
| PIMCO | Secured debtholder | | | | X |
| PPM America | Secured debtholder | | X | | |
| PRAMERICA LOAN OPPORTUNITIES LIMITED | DIP Lender | | | | X |
| PRIVATE ACCOUNT PORTFOLIO SERIES: HIGH YIELD PORTFOLIO. | DIP Lender | | | | X |
| Prudential | Secured debtholder | X | | | |
| Prudential | Unsecured debtholder | | X | | |
| Prudential Bank Loan Fund of the Prudential Trust Company Collective | DIP Lender | | | | X |
| Pyramis Floating Rate High Income Commingled Pool | DIP Lender | | | | X |
| PYRAMIS LEVERAGED LOAN LP | DIP Lender | | | | X |
| QPB HOLDINGS LTD | DIP Lender | | | | X |
| QUALCOMM GLOBAL TRADING PTE. LTD | DIP Lender | | | X | |
| RICHARDS LAYTON & FINGER PA | Contract counterparty | | X | | |
| Royal Bank of Canada | Secured debtholder | X | | X | |
| Royal Bank of Scotland | Secured debtholder | X | | X | X |
| RSUI (CRC) | Insurer | | | X | |
| SAFETY NATIONAL CASUALTY CORPORATION | DIP Lender | | | X | |
| SCOR GLOBAL LIFE AMERICAS REINSURANCE COMPANY | DIP Lender | | | | X |
| Scor Reinsurance Company | DIP Lender | | X | | |
| SCOTIA CAPITAL | DIP Lender | | X | | X |
| Scottish Widows Investment Partnership, LTD | Secured debtholder | | | X | |
| Seix Advisors | Secured debtholder | | | | X |
| SENIOR SECURED LOAN FUND A SERIES TRUST OF JPMORGAN | DIP Lender | | | X | |
| SHEARMAN & STERLING | Vendor | | X | | |
| SHELL PENSION TRUST dba SHELL OIL COMPANY | DIP Lender | X | | X | |
| SPCP GROUP III LLC dba GROUP III OPPORTUNITIES LLC | DIP Lender | | | X | |
| Standard Life Investments | Secured debtholder | | X | | X |
| State Street Global Advisors | Secured debtholder | | | | X |
| SUNTRUST BANK dba BRONCO TRADING LLC | DIP Lender | | X | | X |
| TEXAS ENERGY FUTURE HOLDINGS LP | Contract counterparty | | | X | |
| The Bank of New York Mellon | UCC member or advisor | X | | X | |
| The Bank of New York Mellon | Vendor | X | | X | |
| THE BARCLAYS BANK UK RETIREMENT FUND. | DIP Lender | | | X | |
| THE COCA-COLA COMPANY dba THE COCA-COLA COMPANY MASTER RETIREMENT TRUST. | DIP Lender | | | | X |

| Name | Role / Category | Client | Former Client | Affiliate of Client | Affiliate of Former Client |
|---|---|---|---|---|---|
| THE HILLSHIRE BRANDS COMPANY MASTER INVESTMENT TRUST FOR DEFINED BENEFIT PLANS | DIP Lender | | | | X |
| UBS | Secured debtholder | X | | X | |
| UBS | Unsecured debtholder | X | | X | |
| UBS Securities LLC | DIP Lender | X | | X | |
| UBS Securities LLC | DIP Lender | X | | X | |
| UNDERWRITERS AT LLOYD'S, LONDON dba CATLIN | DIP Lender | | X | X | |
| Vanguard | Secured debtholder | | X | | |
| Wells Capital Management | Secured debtholder | | | X | X |
| | | | | | |
| 4Change Energy Company | Debtor affiliate | | | X | |
| 4Change Energy Holdings LLC | Debtor affiliate | | | X | |
| Big Brown 3 Power Company LLC | Debtor affiliate | | | X | |
| Big Brown Lignite Company LLC | Debtor affiliate | | | X | |
| Big Brown Power Company LLC | Debtor affiliate | | | X | |
| Brighten Energy LLC | Debtor affiliate | | | X | |
| Brighten Holdings LLC | Debtor affiliate | | | X | |
| Collin Power Company LLC | Debtor affiliate | | | X | |
| Dallas Power & Light Company | Debtor affiliate | | | X | |
| DeCordova II Power Company LLC | Debtor affiliate | | | X | |
| DeCordova Power Company LLC | Debtor affiliate | | | X | |
| Eagle Mountain Power Company LLC | Debtor affiliate | | | X | |
| Ebasco Services of Canada Limited | Debtor affiliate | | | X | |
| EEC Holdings, Inc. | Debtor affiliate | | | X | |
| EECI, Inc. | Debtor affiliate | | | X | |
| EFH Australia (No. 2) Holdings Company | Debtor affiliate | | | X | |
| EFH CG Holdings Company LP | Debtor affiliate | | | X | |
| EFH CG Management LLC | Debtor affiliate | | | X | |
| EFH Corporate Services Company | Debtor affiliate | | | X | |
| EFH Finance (No. 2) Holdings Company | Debtor affiliate | | | X | |
| EFH FS Holdings Company | Debtor affiliate | | | X | |
| EFH Properties Company | Debtor affiliate | | | X | |
| EFH Renewables Company LLC | Debtor affiliate | | | X | |
| EFH Vermont Insurance Company | Debtor affiliate | | | X | |
| EFIH Finance Inc. | Debtor affiliate | | | X | |
| Energy Future Competitive Holdings Company LLC | Debtor affiliate | | | X | |
| Oak Grove Mining Company LLC | Debtor affiliate | | | X | |
| Oncor Communications Holdings Company LLC | Debtor affiliate | | | X | |
| Texas Competitive Electric Holdings Company LLC | Debtor affiliate | | | X | |
| TXU Electric Company, Inc. | Debtor affiliate | | | X | |
| TXU Electric Delivery Company | Debtor affiliate | | | X | |
| TXU Energy Receivables Company | Debtor affiliate | | | X | |
| TXU Energy Retail Company LLC | Debtor affiliate | | | X | |
| TXU Energy Solutions Company LLC | Debtor affiliate | | | X | |