IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 2852** |

## CERTIFICATION OF COUNSEL CONCERNING ORDER APPROVING THE 2015 COMPENSATION PROGRAMS

The undersigned hereby certifies as follows:

1. On November 22, 2014, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order Approving the 2015 Compensation Programs* [D.I. 2852] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). Pursuant to the Motion, the Debtors are seeking entry of an order pursuant to sections 105(a), 363, and 503(c) of title 11 of the United States Code, rule 6004 of the Federal Rules of Bankruptcy Procedure, and rule 9013-1(f) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, authorizing and approving the Debtors to make payments under the 2015 Compensation Programs (as such term is defined in the Motion).[2]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The Debtors have also filed a number of declarations in support of the relief requested in the Motion. See D.I. 2853, 2854, 3019.

2.  Pursuant to the *Notice of "Motion of Energy Future Holdings Corp., et al., for Entry of an Order Approving the 2015 Compensation Programs" and Hearing Thereon* filed contemporaneously with the Motion, objections or responses to the Motion were to be filed and served no later than 4:00 p.m. (Eastern Standard Time) on December 11, 2014 at 4:00 p.m. (the "Objection Deadline").[3]  A hearing to consider the relief requested in the Motion is currently scheduled to take place before the Bankruptcy Court on December 18, 2014 starting at 9:30 a.m. (Eastern Standard Time).

3.  Prior to the Objection Deadline, the Official Committee of Unsecured Creditors of Energy Future Competitive Holdings Company LLC ("EFCH"), EFCH's direct subsidiary, Texas Competitive Electric Holdings Company LLC and their direct and indirect subsidiaries, and EFH Corporate Services Company (the "TCEH Creditors' Committee"), the Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. (the "EFIH Creditors' Committee"), the ad hoc group of TCEH unsecured noteholders, the TCEH First Lien Ad Hoc Committee, and the U.S. Trustee provided informal comments to the Motion (collectively, the "Informal Responses").

4.  Other than the Informal Responses, as of the date hereof, the Debtors have received no other responses or objections in connection with the Motion nor do any other objections thereto appear on the Bankruptcy Court's docket in the Debtors' chapter 11 cases. Based on various communications by and between the Debtors, the TCEH Creditors' Committee,

---

[3] Pursuant to the *Order Granting U.S. Trustee's Request for Additional Time to Object or Otherwise Respond to Motion of Energy Future Holdings Corp., et al., for Entry of an Order Approving the 2015 Compensation Programs (D.I. 2852)* [D.I. 2987], dated December 12, 2014, the Objection Deadline for the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") only was extended to December 16, 2014 at 10:00 a.m. (Eastern Standard Time). The U.S. Trustee did not file an objection to the Motion by the Objection Deadline, as extended.

EFIH Creditors' Committee, the ad hoc group of TCEH unsecured noteholders, the TCEH First Lien Ad Hoc Committee, and U.S. Trustee, the Debtors have prepared a revised form of order (the "Revised Order") in connection with the Motion, which fully resolves the Informal Responses. A copy of the Revised Order is attached hereto as Exhibit A.[4] A blackline, comparing the Revised Order against the form of order originally filed along with the Motion is attached hereto as Exhibit B. The Revised Order has been circulated to, and is acceptable to, the Debtors, the TCEH Creditors' Committee, EFIH Creditors' Committee, the ad hoc group of TCEH unsecured noteholders, the TCEH First Lien Ad Hoc Committee, and the U.S. Trustee.

5.  The Debtors therefore respectfully request that the Bankruptcy Court enter the Revised Order, substantially in the form attached hereto as Exhibit A, at its earliest convenience.

*[Remainder of page left intentionally blank.]*

---

[4] The Revised Order is in the same form as previously filed with the Bankruptcy Court on December 16, 2014. See D.I. 3020.

Dated: December 16, 2014
Wilmington, Delaware

/s/ [signature]

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Facsimile:     (302) 651-7701
Email:         collins@rlf.com
               defranceschi@rlf.com
               madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900
Email:         edward.sassower@kirkland.com
               stephen.hessler@kirkland.com
               brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email:         james.sprayregen@kirkland.com
               chad.husnick@kirkland.com
               steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession