# **EXHIBIT A**

**Statement of Fees and Expenses By Subject Matter**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 3 | [ALL] Automatic Stay | 10.20 | $6,691.00 |
| 6 | [ALL] Case Administration | 82.60 | $43,119.50 |
| 7 | [ALL] Cash Management | 10.90 | $6,695.50 |
| 8 | [ALL] Claims Administration & Objections | 124.30 | $74,466.00 |
| 9 | [ALL] Contested Matters & Adv. Proceed. | 1,915.50 | $972,740.00 |
| 10 | [ALL] Corp. Governance and Sec. Issues | 846.40 | $640,832.50 |
| 11 | [ALL] Exec. Contracts & Unexpired Leases | 238.40 | $143,043.00 |
| 12 | [ALL] Hearings | 633.00 | $458,840.00 |
| 13 | [ALL] Insurance | 2.00 | $1,369.50 |
| 14 | [ALL] K&E Retention and Fee Applications | 659.30 | $329,903.00 |
| 17 | [ALL] Non-K&E Retentions & Fee Apps | 220.70 | $130,201.00 |
| 18 | [ALL] Non-Working Travel | 283.20 | $223,292.00 |
| 19 | [ALL] Official Committee Issues & Meet. | 27.40 | $21,346.50 |
| 21 | [ALL] Plan and Disclosure Statements | 2,335.70 | $1,741,879.50 |
| 22 | [ALL] Private Letter Ruling/IRS Matters | 62.90 | $68,046.50 |
| 26 | [ALL] Retiree and Employee Issues/OPEB | 955.60 | $675,829.00 |
| 27 | [ALL] Schedules, SoFAs | 1.70 | $1,371.50 |
| 29 | [ALL] Tax Issues | 273.00 | $228,612.00 |
| 32 | [ALL] Valuation | 869.60 | $512,868.50 |
| 34 | [TCEH] Asset Dispositions and Purchases | 43.60 | $27,431.50 |
| 35 | [TCEH] Automatic Stay | 15.90 | $8,728.00 |
| 37 | [TCEH] Business Operations | 11.00 | $6,200.00 |
| 38 | [TCEH] Cash Collateral and DIP Financing | 12.90 | $10,008.50 |
| 39 | [TCEH] Claims Administration & Objection | 75.50 | $50,471.00 |
| 40 | [TCEH] Contested Matters & Advers. Proc. | 127.70 | $83,097.50 |
| 41 | [TCEH] Corp. Governance and Sec. Issues | 3.50 | $2,905.50 |
| 42 | [TCEH] Environmental Issues | 35.00 | $16,030.50 |
| 46 | [TCEH] Non-Debtor Affiliates | 42.50 | $21,418.50 |
| 49 | [TCEH] Official Committee Issues & Meet. | 4.50 | $3,944.50 |
| 57 | [TCEH] Trading and Hedging Contracts | 20.10 | $14,810.50 |
| 58 | [TCEH] Transition Services | 3.50 | $2,630.00 |
| 62 | [TCEH] Vendor and Other Creditor Issues | 75.90 | $46,320.50 |
| 66 | [EFIH] Cash Collat./DIP Finan./Makewhole | 4.40 | $4,183.50 |
| 68 | [EFIH] Contested Matters & Advers. Pro. | 378.80 | $256,114.50 |
| 86 | [EFH] Contested Matters & Advers. Proc. | 1.50 | $1,867.50 |
| 89 | [EFH] EFH Properties | 76.70 | $45,308.50 |
| 96 | [EFH] Official Committee Issues & Meet. | 46.00 | $26,815.00 |
| 108 | [TCEH] Exec. Contracts & Unexpired Lease | 180.10 | $112,544.00 |
| **Totals:** | | **10,711.50** | **$7,021,976.00** |

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $6,247.24 |
| Standard Copies or Prints | $4,722.70 |
| Binding | $2.80 |
| Color Copies or Prints | $7,858.80 |
| Production Blowbacks | $3,666.50 |
| Overnight Delivery | $1,567.13 |
| Overnight Delivery - Refund | -$56.89 |
| Outside Messenger Services | $631.77 |
| Local Transportation | $2,624.76 |
| Travel Expense | $41,597.28 |
| Airfare | $66,693.89 |
| Transportation to/from airport | $12,690.84 |
| Travel Meals | $2,653.73 |
| Other Travel Expenses | $572.07 |
| Court Reporter Fee/Deposition | $29,782.23 |
| Other Court Costs and Fees | $114.00 |
| Professional Fees | $11.58 |
| Outside Computer Services | $1.41 |
| Outside Paralegal Assistance | $188,453.00 |
| Outside Printing Services | $1,994.60 |
| Outside Copy/Binding Services | $7,755.40 |
| Catering Expenses | $15,669.88 |
| Outside Retrieval Service | $195,042.00 |
| Computer Database Research | $27,101.01 |
| Overtime Transportation | $4,395.35 |
| Overtime Meals - Non-Attorney | $160.00 |
| Overtime Meals - Attorney | $2,598.45 |
| Rental Expenses | $2,002.16 |
| Cash Credits | -$37.00 |
| **Total:** | **$626,516.69** |