# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The K&E attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Jack N Bernstein | Partner | 1995 | Employee Benefits | 965.00 | 38.40 | $37,056.00 |
| Andrew Calder, P.C. | Partner | 2003 | Corporate - M&A/Private Equity | 1,195.00 | 63.00 | $75,285.00 |
| Jeanne T Cohn-Connor | Partner | 1985 | Environment - Transactional | 895.00 | 31.90 | $28,550.50 |
| Cormac T Connor | Partner | 2002 | Litigation - Gov/Reg/Internal Investgn | 775.00 | 126.00 | $97,650.00 |
| David R Dempsey | Partner | 2006 | Litigation - General | 825.00 | 266.00 | $219,450.00 |
| Stephen Fraidin | Partner | 1965 | Corporate - M&A Private Equity | 1,245.00 | 1.50 | $1,867.50 |
| Gregory W Gallagher, P.C. | Partner | 1997 | Taxation | 1,195.00 | 82.70 | $98,826.50 |
| Jonathan F Ganter | Partner | 2010 | Litigation - General | 775.00 | 176.80 | $137,020.00 |
| Jeffrey Gettleman | Partner | 1974 | Restructuring | 895.00 | 1.00 | $895.00 |
| Jeffrey M Gould | Partner | 2006 | Litigation - General | 795.00 | 162.40 | $129,108.00 |
| William Guerrieri | Partner | 2008 | Restructuring | 840.00 | 103.70 | $87,108.00 |
| Erik Hepler | Partner | 1990 | Corporate - Debt Finance | 995.00 | 1.60 | $1,592.00 |
| Stephen E Hessler | Partner | 2001 | Restructuring | 995.00 | 196.40 | $195,418.00 |
| Vicki V Hood | Partner | 1977 | Employee Benefits | 1,075.00 | 2.90 | $3,117.50 |
| Richard U S Howell | Partner | 2006 | Litigation - General | 795.00 | 34.60 | $27,507.00 |
| Chad J Husnick | Partner | 2004 | Restructuring | 915.00 | 171.30 | $156,739.50 |
| Ellen M Jakovic | Partner | 1985 | Litigation - Antitrust/Competition | 975.00 | 1.30 | $1,267.50 |
| Marc Kieselstein, P.C. | Partner | 1988 | Restructuring | 1,125.00 | 67.10 | $75,487.50 |
| Michelle Kilkenney | Partner | 2002 | Corporate - Debt Finance | 995.00 | 3.90 | $3,880.50 |
| Gregg G Kirchhoefer, P.C. | Partner | 1982 | IP - Transactional | 1,075.00 | 4.20 | $4,515.00 |
| Daniel Lewis | Partner | 1988 | IP - Transactional | 840.00 | 1.50 | $1,260.00 |
| Todd F Maynes, P.C. | Partner | 1988 | Taxation | 1,295.00 | 67.70 | $87,671.50 |
| Andrew R McGaan, P.C. | Partner | 1986 | Litigation - General | 1,025.00 | 190.70 | $195,467.50 |
| Mark E McKane | Partner | 1997 | Litigation - General | 925.00 | 259.90 | $240,407.50 |
| Amber J Meek | Partner | 2009 | Corporate - M&A/Private Equity | 840.00 | 70.10 | $58,884.00 |
| Andres C Mena | Partner | 2001 | Corporate - Debt Finance | 995.00 | 4.50 | $4,477.50 |
| Linda K Myers, P.C. | Partner | 1990 | Corporate - Debt Finance | 1,245.00 | 2.10 | $2,614.50 |
| Joanne Nagjee | Partner | 2007 | Taxation | 895.00 | 7.00 | $6,265.00 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Bridget K O'Connor | Partner | 2003 | Litigation - General | 840.00 | 245.00 | $205,800.00 |
| Adam C Paul | Partner | 1997 | Restructuring | 965.00 | 0.30 | $289.50 |
| Michael A Petrino | Partner | 2008 | Litigation - General | 775.00 | 192.60 | $149,265.00 |
| Scott D Price | Partner | 1990 | Executive Compensation | 1,175.00 | 12.60 | $14,805.00 |
| William T Pruitt | Partner | 2004 | Litigation - General | 840.00 | 80.70 | $67,788.00 |
| Brenton A Rogers | Partner | 2007 | Litigation - General | 825.00 | 0.20 | $165.00 |
| Joshua Samis | Partner | 2005 | Corporate - Debt Finance | 840.00 | 3.80 | $3,192.00 |
| Edward O Sassower, P.C. | Partner | 2000 | Restructuring | 1,125.00 | 232.70 | $261,787.50 |
| Brian E Schartz | Partner | 2008 | Restructuring | 840.00 | 199.60 | $167,664.00 |
| Michael B Slade | Partner | 1999 | Litigation - General | 905.00 | 25.50 | $23,077.50 |
| James H M Sprayregen, P.C. | Partner | 1985 | Restructuring | 1,245.00 | 93.70 | $116,656.50 |
| Bryan M Stephany | Partner | 2007 | Litigation - General | 795.00 | 234.30 | $186,268.50 |
| Sara B Zablotney | Partner | 2003 | Taxation | 1,095.00 | 38.80 | $42,486.00 |
| Julia Allen | Associate | 2012 | Litigation - General | 595.00 | 140.50 | $83,597.50 |
| James Barolo | Associate | Pending | Litigation - General | 450.00 | 31.90 | $14,355.00 |
| Andrew Barton | Associate | 2010 | Executive Compensation | 795.00 | 2.20 | $1,749.00 |
| Rebecca Blake Chaikin | Associate | Pending | Restructuring | 450.00 | 66.10 | $29,745.00 |
| Katherine Bolanowski | Associate | 2009 | Corporate - Debt Finance | 795.00 | 0.50 | $397.50 |
| Peter Bryce | Associate | 2014 | Litigation - General | 520.00 | 5.30 | $2,756.00 |
| Diana Chang | Associate | 2012 | Litigation - General | 595.00 | 25.00 | $14,875.00 |
| Kevin Chang | Associate | Pending | Litigation - General | 450.00 | 52.90 | $23,805.00 |
| Elizabeth S Dalmut | Associate | 2013 | Litigation - General | 520.00 | 131.20 | $68,224.00 |
| Alexander Davis | Associate | 2012 | Litigation - General | 595.00 | 200.70 | $119,416.50 |
| Kristen L Derhaag | Associate | 2012 | Corporate - Debt Finance | 685.00 | 1.20 | $822.00 |
| Jennifer Elliott | Associate | 2012 | Employee Benefits | 625.00 | 13.70 | $8,562.50 |
| Michael Esser | Associate | 2009 | Litigation - General | 750.00 | 242.50 | $181,875.00 |
| Michael Gawley | Associate | 2013 | Litigation - General | 520.00 | 69.00 | $35,880.00 |
| Emily Geier | Associate | 2012 | Restructuring | 685.00 | 263.70 | $180,634.50 |
| Andrew W Grindrod | Associate | 2012 | Litigation - General | 595.00 | 10.30 | $6,128.50 |
| Ryan Guerrero | Associate | 2013 | Corporate - General | 535.00 | 5.60 | $2,996.00 |
| Haris Hadzimuratovic | Associate | 2008 | Litigation - General | 710.00 | 69.40 | $49,274.00 |
| Sean F Hilson | Associate | 2013 | Restructuring | 535.00 | 72.70 | $38,894.50 |
| Sam Hong | Associate | 2008 | IP - Transactional | 685.00 | 2.50 | $1,712.50 |
| Natasha Hwangpo | Associate | 2014 | Restructuring | 535.00 | 233.30 | $124,815.50 |
| Ashley G James | Associate | 2010 | Labor & Employment | 710.00 | 3.80 | $2,698.00 |
| Vinu Joseph | Associate | 2013 | Litigation - General | 520.00 | 59.60 | $30,992.00 |
| Lina Kaisey | Associate | Pending | Restructuring | 450.00 | 86.20 | $38,790.00 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Howard Kaplan | Associate | 2011 | Litigation - General | 665.00 | 2.10 | $1,396.50 |
| Austin Klar | Associate | 2013 | Litigation - General | 520.00 | 38.00 | $19,760.00 |
| Lucas J Kline | Associate | 2009 | Litigation - General | 750.00 | 144.80 | $108,600.00 |
| Max Klupchak | Associate | 2011 | Corporate - M&A/Private Equity | 755.00 | 51.20 | $38,656.00 |
| Nick Laird | Associate | 2013 | Litigation - General | 520.00 | 53.30 | $27,716.00 |
| Teresa Lii | Associate | 2014 | Restructuring | 535.00 | 170.10 | $91,003.50 |
| Ashley Littlefield | Associate | 2011 | Litigation - General | 665.00 | 3.40 | $2,261.00 |
| Melanie MacKay | Associate | 2010 | Litigation - General | 710.00 | 55.30 | $39,263.00 |
| Christopher J Maner | Associate | 2012 | Litigation - General | 595.00 | 8.10 | $4,819.50 |
| Eric Merin | Associate | 2014 | Litigation - General | 520.00 | 52.50 | $27,300.00 |
| Timothy Mohan | Associate | 2014 | Restructuring | 535.00 | 160.70 | $85,974.50 |
| Roxana Mondragon-Motta | Associate | 2011 | Litigation - General | 665.00 | 25.90 | $17,223.50 |
| John S Moran | Associate | 2012 | Litigation - General | 730.00 | 27.30 | $19,929.00 |
| Jaran R Moten | Associate | 2013 | Litigation - General | 520.00 | 2.30 | $1,196.00 |
| Michael Muna | Associate | 2013 | Corporate - General | 450.00 | 12.80 | $5,760.00 |
| Brett Murray | Associate | 2013 | Restructuring | 625.00 | 186.70 | $116,687.50 |
| Veronica Nunn | Associate | 2010 | Corporate - General | 685.00 | 112.20 | $76,857.00 |
| Jessica Peet | Associate | 2014 | Restructuring | 625.00 | 8.40 | $5,250.00 |
| Samara L Penn | Associate | 2010 | Litigation - General | 710.00 | 159.80 | $113,458.00 |
| Jonah Peppiatt | Associate | Pending | Restructuring | 535.00 | 94.90 | $50,771.50 |
| Vivek Ratnam | Associate | Pending | Taxation | 475.00 | 4.00 | $1,900.00 |
| Carleigh T Rodriguez | Associate | 2013 | Environment - Transactional | 535.00 | 24.70 | $13,214.50 |
| Bradford B Rossi | Associate | 2011 | Energy | 685.00 | 33.90 | $23,221.50 |
| Max Schlan | Associate | 2012 | Restructuring | 625.00 | 235.70 | $147,312.50 |
| Mark F Schottinger | Associate | 2012 | Litigation - General | 595.00 | 130.10 | $77,409.50 |
| Steven Serajeddini | Associate | 2010 | Restructuring | 795.00 | 199.20 | $158,364.00 |
| Anthony Sexton | Associate | 2011 | Taxation | 645.00 | 48.20 | $31,089.00 |
| Stephanie Shropshire | Associate | 2014 | Litigation - General | 520.00 | 82.20 | $42,744.00 |
| Aaron Slavutin | Associate | 2011 | Restructuring | 625.00 | 157.00 | $98,125.00 |
| Justin Sowa | Associate | 2013 | Litigation - General | 595.00 | 99.90 | $59,440.50 |
| Sarah Stock | Associate | 2013 | Litigation - General | 520.00 | 58.80 | $30,576.00 |
| Pierson Stoecklein | Associate | 2011 | Corporate - General | 625.00 | 19.60 | $12,250.00 |
| Jessica Subler | Associate | 2014 | Corporate - General | 535.00 | 1.90 | $1,016.50 |
| Adam Teitcher | Associate | 2013 | Litigation - General | 595.00 | 110.40 | $65,688.00 |
| Stephanie S Thibault | Associate | 2009 | Litigation - General | 750.00 | 82.10 | $61,575.00 |
| David Thompson | Associate | 2013 | Corporate - General | 450.00 | 23.70 | $10,665.00 |
| Steven Torrez | Associate | 2014 | Restructuring | 450.00 | 100.80 | $45,360.00 |
| Holly R Trogdon | Associate | 2014 | Litigation - General | 450.00 | 234.20 | $105,390.00 |
| Andrew J Welz | Associate | 2011 | Litigation - General | 710.00 | 205.10 | $145,621.00 |
| Jason Whiteley | Associate | 2010 | Energy | 795.00 | 9.10 | $7,234.50 |
| Spencer A Winters | Associate | 2013 | Restructuring | 535.00 | 229.10 | $122,568.50 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Aparna Yenamandra | Associate | 2013 | Restructuring | 625.00 | 234.30 | $146,437.50 |
| **Grand Total** | | | | | **8,983.60** | **$6,542,713.50** |

The paraprofessionals of K&E who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Stephanie Ding | Case Assistant | 1 year | Litigation - General | 195.00 | 188.40 | $36,738.00 |
| Jason Douangsanith | Case Assistant | 2 months | Litigation - General | 195.00 | 61.70 | $12,031.50 |
| John Nedeau | Case Assistant | 1 year | Restructuring | 170.00 | 32.70 | $5,559.00 |
| Maria Negron | Case Assistant | 12 years | Litigation - General | 195.00 | 7.00 | $1,365.00 |
| Lorena Salazar | Case Assistant | 1 year | IP - Transactional | 195.00 | 3.40 | $663.00 |
| Jim Castro | Legal Assistant | 4 months | Corporate - General | 265.00 | 0.30 | $79.50 |
| Michael S Fellner | Legal Assistant | 9.5 years | Litigation - General | 250.00 | 6.50 | $1,625.00 |
| Beth Friedman | Legal Assistant | 10 years | Restructuring | 355.00 | 43.20 | $15,336.00 |
| Jacob Goldfinger | Legal Assistant | 10 years | Restructuring | 320.00 | 58.80 | $18,816.00 |
| Shavone Green | Legal Assistant | 1.5 years | Restructuring | 265.00 | 21.90 | $5,803.50 |
| Lisa A Horton | Legal Assistant | 13 years | Litigation - General | 330.00 | 64.60 | $21,318.00 |
| Adrienne Levin | Legal Assistant | 7.5 years | Litigation - General | 310.00 | 123.20 | $38,192.00 |
| Maureen McCarthy | Legal Assistant | 12 years | Restructuring | 330.00 | 35.30 | $11,649.00 |
| Lauren Mitchell-Dawson | Legal Assistant | 17 years | Environment - Transactional | 325.00 | 10.60 | $3,445.00 |
| Carrie Oppenheim | Legal Assistant | 6 years | Restructuring | 290.00 | 0.30 | $87.00 |
| Robert Orren | Legal Assistant | 4 years | Restructuring | 290.00 | 118.20 | $34,278.00 |
| Sharon G Pace | Legal Assistant | 2 years | Litigation - General | 250.00 | 110.00 | $27,500.00 |
| Meghan Rishel | Legal Assistant | 9 months | Litigation - General | 250.00 | 81.00 | $20,250.00 |
| Laura Saal | Legal Assistant | 2 years | Restructuring | 300.00 | 12.10 | $3,630.00 |
| Kenneth J Sturek | Legal Assistant | 15 years | Litigation - General | 330.00 | 166.60 | $54,978.00 |
| Colleen C Caamano | Litigation | 2.5 years | Litigation - | 290.00 | 18.10 | $5,249.00 |

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| | Suppt Cons | | Litigation - General | | | |
| Jason Goodman | Litigation Suppt Cons | 9 years | Litigation - General | 290.00 | 23.40 | $6,786.00 |
| Thomas Mangne | Litigation Suppt Cons | 9 years | Litigation - General | 295.00 | 1.10 | $324.50 |
| William G Marx | Litigation Suppt Cons | 4.5 years | Litigation - General | 295.00 | 54.00 | $15,930.00 |
| Chad M Papenfuss | Litigation Suppt Cons | 1.5 years | Litigation - General | 295.00 | 179.60 | $52,982.00 |
| Jonathan Rousseau | Litigation Suppt Cons | 6 years | Litigation - General | 290.00 | 0.50 | $145.00 |
| Katelyn Ye | Litigation Suppt Cons | 11.5 years | Litigation - General | 290.00 | 46.80 | $13,572.00 |
| Paige Barnum | Litigation Suppt Cons | 3 years | Litigation - General | 235.00 | 1.00 | $235.00 |
| Mark Cuevas | Litigation Suppt Spec | 2 years | Litigation - General | 290.00 | 88.30 | $25,607.00 |
| Kate Marino | Litigation Suppt Spec | 3 years | Litigation - General | 235.00 | 0.50 | $117.50 |
| Linda M Chuk | Other | 2 years | Admin Services | 225.00 | 1.50 | $337.50 |
| Laurie K Dombrowski | Other | 6 years | Admin Services | 295.00 | 0.20 | $59.00 |
| Allison Graybill | Other | 1.5 years | Admin Services | 225.00 | 53.90 | $12,127.50 |
| Michael Lim | Other | 7 years | Admin Services | 295.00 | 0.50 | $147.50 |
| Linda A Scussel | Other | 10 years | Admin Services | 310.00 | 39.10 | $12,121.00 |
| Michele Cohan | Project Assistant | 3 months | Restructuring | 195.00 | 17.80 | $3,471.00 |
| Will E Thomas | Trial Tech Consultant | 10.5 years | Litigation - General | 300.00 | 54.50 | $16,350.00 |
| Joshua L Urban | Trial Tech Specialist | 1.5 years | Litigation - General | 275.00 | 1.30 | $357.50 |
| **Grand Total** | | | | | **1,727.90** | **$479,262.50** |

| | | |
|---|---|---|
| | **Total Fees Requested** | **$7,021,976.00** |