# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

## ALL - Expense Summary

| Service Description | Amount |
|---|---|
| Third Party Telephone Charges | $6,232.77 |
| Standard Copies or Prints | $4,066.50 |
| Color Copies or Prints | $7,262.70 |
| Production Blowbacks | $3,367.70 |
| Overnight Delivery | $1,567.13 |
| Overnight Delivery - Refund | -$56.89 |
| Outside Messenger Services | $631.77 |
| Local Transportation | $2,624.76 |
| Travel Expense | $41,597.28 |
| Airfare | $66,693.89 |
| Transportation to/from airport | $12,690.84 |
| Travel Meals | $2,653.73 |
| Other Travel Expenses | $572.07 |
| Court Reporter Fee/Deposition | $29,782.23 |
| Other Court Costs and Fees | $114.00 |
| Professional Fees | $11.58 |
| Outside Computer Services | $1.41 |
| Outside Paralegal Assistance | $188,453.00 |
| Outside Printing Services | $1,994.60 |
| Outside Copy/Binding Services | $7,755.40 |
| Catering Expenses | $15,669.88 |
| Outside Retrieval Service | $195,042.00 |
| Computer Database Research | $27,101.01 |
| Overtime Transportation | $4,395.35 |
| Overtime Meals - Non-Attorney | $160.00 |
| Overtime Meals - Attorney | $2,598.45 |
| Rental Expenses | $2,002.16 |
| Cash Credits | -$37.00 |
| **Total:** | **$624,948.32** |

## **TCEH - Expense Summary**

| Service Description | Amount |
|---|---|
| Standard Copies or Prints | $249.90 |
| Color Copies or Prints | $363.30 |
| Production Blowbacks | $71.00 |
| **Total:** | **$684.20** |

**EFIH - Expense Summary**

| Service Description | Amount |
|---|---:|
| Standard Copies or Prints | $147.70 |
| Binding | $2.10 |
| Color Copies or Prints | $75.00 |
| **Total:** | **$224.80** |

RLF1 11276344v.1

## **EFH - Expense Summary**

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $14.47 |
| Standard Copies or Prints | $258.60 |
| Binding | $0.70 |
| Color Copies or Prints | $157.80 |
| Production Blowbacks | $227.80 |
| **Total:** | **$659.37** |