## EXHIBIT A

### Statement of Fees and Expenses By Subject Matter

| Matter Number | Matter Description | Total Hours Billed | Total Fees Requested |
|---|---|---|---|
| 1 | Voucher Analysis Services [1] | - | $ - |
| 2 | 2014 Property Tax Consulting | 56.6 | $ 9,905.00 |
| 3 | Sales and Use Tax Examination Consulting Services | 5.3 | $ 1,277.30 |
| 4 | Fee Statement and Fee Application Preparation | 40.2 | $ 9,277.60 |
| 5 | Retention Services | 30.3 | $ 8,714.40 |
| 6 | SOX Phase 0 | - | $ - |
| 7 | SOX Phase I | 119.9 | $ 13,961.20 |
| 8 | 2013 Tax Return Review | 21.2 | $ 10,177.00 |
| 9 | Loan Staff Services | 147.3 | $ 25,777.50 |
| 10 | IT Asset Management Services | 132.5 | $ 27,132.50 |
| 11 | Service Costing Assessment Services | 349.9 | $ 74,713.50 |
| 12 | SOX Phase II [2] | - | $ - |
| 13 | CAO Services [3] | - | $ - |
| | **Total** | **903.2** | **$ 180,936.00** |

| Service Description | Service Provider | Amount |
|---|---|---|
| Airfare | N/A | $ 6,983.20 |
| Lodging | N/A | $ 6,233.82 |
| Travel Meals | N/A | $ 1,580.15 |
| Ground Transportation | N/A | $ 2,456.12 |
| Miscellaneous | N/A | $ - |
| **Total** | | **$ 17,253.29** |

---

[1] Fees for Voucher Analysis Services totaling $65,153.90 were deferred pending approval of the supplemental retention documents.

[2] Fees for SOX Phase II services totaling $218,813.00 were deferred pending approval of the supplemental retention documents.

[3] Fees for CAO Services totaling $24,640.00 in fees were deferred pending approval of the supplemental retention documents.