# EXHIBIT B

## Professionals' Information

The KPMG professionals who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position & Department | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Crockett, Clifford M | Partner - Tax | 2.9 | $ 575 | $ 1,667.50 |
| Berry, Denis | Principal - Advisory | 2.0 | $ 350 | $ 700.00 |
| Garcia, Susan | Managing Director - Advisory | 4.0 | $ 325 | $ 1,300.00 |
| Kane, John P | Senior Manager - Tax | 18.3 | $ 465 | $ 8,509.50 |
| Potter, Maria | Director - Advisory | 59.0 | $ 340 | $ 20,060.00 |
| McLaughlin, Troy | Director - Advisory | 13.5 | $ 295 | $ 3,982.50 |
| Epelbaum, Leonard | Manager - Advisory | 96.3 | $ 300 | $ 28,890.00 |
| Plangman, Monica | Manager - Bankruptcy | 27.4 | $ 298 | $ 8,165.20 |
| Seeman, Nick | Manager - Advisory | 1.5 | $ 250 | $ 375.00 |
| Campbell, Celeste | Senior Associate - Bankruptcy | 43.1 | $ 228 | $ 9,826.80 |
| Dami, Orland | Senior Associate - Advisory | 115.0 | $ 190 | $ 21,850.00 |
| Karcasinas, Theodore J | Associate - Tax | 5.3 | $ 241 | $ 1,277.30 |
| Alves, Matthew | Associate - Tax | 39.1 | $ 175 | $ 6,842.50 |
| Morton, David | Associate - Tax | 137.1 | $ 175 | $ 23,992.50 |
| Nguyen, Vy | Associate - Tax | 27.7 | $ 175 | $ 4,847.50 |
| Nebel, Bob | Associate - Advisory | 29.1 | $ 125 | $ 3,637.50 |
| Rangwala, Hussain | Associate - Advisory | 31.5 | $ 125 | $ 3,937.50 |
| Braun, Nancy | Contractor - Apptio SME[1] | 51.7 | $ 185 | $ 9,564.50 |
| Hayes, Chris | Contractor - Data SME[1] | 140.9 | $ 110 | $ 15,499.00 |
| Adedeji, Peju | Contractor [1] | 57.8 | $ 104 | $ 6,011.20 |
| **Total Hours and Fees** | | **903.2** | | **$ 180,936.00[2]** |

---

[1]  Contractors passed through at cost to KPMG.

[2]  KPMG bills for services at discounted billing rates as specified in the Retention Application dated May 29, 2014. During the Fee Period, KPMG's standard rates for services rendered totaled $334,348.50. KPMG's services at the agreed upon discounted rates result in a voluntary discount of fees in the amount of $184,487.20 thus benefitting the Chapter 11 estate by same amount.