# EXHIBIT C

## Summary of Actual and Necessary Expenses for the Fee Period

### ALL - Expense Summary

| Service Description | Service Provider | Amount |
|---|---|---|
| Airfare | N/A | $ 6,983.20 |
| Lodging | N/A | $ 6,233.82 |
| Travel Meals | N/A | $ 1,580.15 |
| Ground Transportation | N/A | $ 2,456.12 |
| Miscellaneous | N/A | $ - |
| **Total** | | **$ 17,253.29** |

### EFH - Expense Summary

| Service Description | Service Provider | Amount |
|---|---|---|
| Airfare | N/A | $ 6,983.20 |
| Lodging | N/A | $ 6,233.82 |
| Travel Meals | N/A | $ 1,580.15 |
| Ground Transportation | N/A | $ 2,456.12 |
| Miscellaneous | N/A | $ - |
| **Total** | | **$ 17,253.29** |