**EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

**KPMG LLP**
**EFH Expense Detail**
**September 1, 2014 through September 30, 2014**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 09273087 | SOX Phase I | 20140828 | Zanini, Joseph | air | | | $ 838.87 | Roundtrip coach class airfare from Boston, MA to Dallas, TX. Departure Date:8/17/14 Return Date: 8/28/14. Business Purpose: EFH |
| 09273087 | Service Costing | 20140902 | Hayes, Chris | air | | | $ 25.00 | Airline checked bag fee for flight from IND to DFW |
| 09273087 | IT Asset Management Services | 20140904 | Dami, Orland | air | | | $ 631.20 | Flight from Chicago MDW to Dallas DAL on 9/2 - 9/4 |
| 09273087 | Service Costing | 20140905 | Hayes, Chris | air | | | $ 520.20 | Round trip coach airfare from IND to DFW for on site project work. Departure 09/02/14 return 09/05/14 |
| 09273087 | Service Costing | 20140905 | Hayes, Chris | air | | | $ 25.00 | American Airline checked bag fee for flight from DFW to IND. |
| 09273087 | Service Costing | 20140905 | Epelbaum, Leonard | air | | | $ 542.20 | Roundtrip coach class airfare from Chicago, IL to Dallas, TX. Departure Date: 09/03/14 Return Date: 09/05/14. Business Purpose: EFH Service Costing Project |
| 09273087 | Service Costing | 20140905 | Potter, Maria | air | | | $ 886.65 | Round trip coach airfare from Bradley airport to DFW for on site project work departure 9/03 return date 9/05 |
| 09273087 | SOX Phase I | 20140905 | Isakulov, Shokhrukh | air | | | $ 573.40 | Roundtrip coach class airfare from Chicago, IL to Dallas, TX. Departure Date: 08/31/14 Return Date:09/05/14. Business Purpose: Worked at EFH client on SAP Security Audit Project |
| 09273087 | Service Costing | 20140908 | Hayes, Chris | air | | | $ 25.00 | Airline checked bag fee for flight from IND to DFW |
| 09273087 | Service Costing | 20140911 | Hayes, Chris | air | | | $ 380.10 | Round trip coach airfare from IND to DFW for on site project work. Departure 09/08/14 return 09/11/14 |
| 09273087 | Service Costing | 20140911 | Hayes, Chris | air | | | $ 25.00 | American Airline checked bag fee for flight from DFW to IND. |
| 09273087 | Service Costing | 20140912 | Epelbaum, Leonard | air | | | $ 635.70 | Roundtrip coach class airfare from Chicago, IL to Dallas, TX. Departure Date: 09/08/14 Return Date: 09/12/14. Business Purpose: EFH Service Costing Project |
| 09273087 | Service Costing | 20140912 | Potter, Maria | air | | | $ 593.78 | Round trip coach airfare from LaGuardia airport to DFW for on site project work departure 9/09 return date 9/12 |
| 09273087 | Service Costing | 20140918 | Epelbaum, Leonard | air | | | $ 631.20 | Roundtrip coach class airfare from Chicago, IL to Dallas, TX. Departure Date: 09/15/14 Return Date: 09/18/14. Business Purpose: EFH Service Costing Project |
| 09273087 | IT Asset Managem | 20140918 | Dami, Orland | air | | | $ 631.20 | Flight from Chicago MDW to Dallas DFW (9/15 to 9/18) |
| 09273087 | IT Asset Management Services | 20140925 | Dami, Orland | air | | | $ 18.70 | Flight Change Charge - Due to client need |
| | | | **Total Air** | | | | **$ 6,983.20** | |

**KPMG LLP**
**EFH Expense Detail**
**September 1, 2014 through September 30, 2014**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 09273087 | IT Asset Management Services | 20140904 | Dami, Orland | lodging | | | $ 375.76 | Hotel stay from 9/2 - 9/4 while working at EFH client site |
| 09273087 | IT Asset Management Services | 20140904 | McLaughlin, Troy | lodging | | | $ 185.57 | One Night lodging in Dallas while attending EFH meetings |
| 09273087 | Service Costing | 20140905 | Hayes, Chris | lodging | | | $ 560.16 | Lodging - 3 nights incurred in Dallas, TX for 3 nights (09/02-09/05) while performing work for Energy Future Holdings Service Costing Assessment. |
| 09273087 | Service Costing | 20140905 | Epelbaum, Leonard | lodging | | | $ 458.74 | Hotel fees incurred in Dallas, TX for 2 nights (09/03-09/05) while performing work client EFH Service Costing Assessment Project |
| 09273087 | Service Costing | 20140905 | Potter, Maria | lodging | | | $ 375.76 | Lodging - 2 nights incurred in Dallas, TX for 2 nights (9/03-9/05) while performing work for Energy Future Holdings Service Costing Assessment. |
| 09273087 | SOX Phase I | 20140905 | Isakulov, Shokhrukh | lodging | | | $ 1,183.05 | Hotel fees incurred in Dallas, TX for 5 nights (08/31-09/05) while performing work client EFH project start |
| 09273087 | Service Costing | 20140910 | Epelbaum, Leonard | lodging | | | $ 537.12 | Hotel fees incurred in Dallas, TX for 2 nights (09/08/14-09/10/14) while performing work client EFH Service Costing Assessment Project |
| 09273087 | Service Costing | 20140911 | Hayes, Chris | lodging | | | $ 511.77 | Lodging - 3 nights incurred in Dallas, TX for 3 nights (09/08-09/11) while performing work for Energy Future Holdings Service Costing Assessment. |
| 09273087 | Service Costing | 20140912 | Potter, Maria | lodging | | | $ 556.71 | Lodging - 3 nights incurred in Dallas, TX for 3 nights (9/09-9/12) while performing work for Energy Future Holdings Service Costing Assessment. |
| 09273087 | Service Costing | 20140912 | Epelbaum, Leonard | lodging | | | $ 375.76 | Hotel fees incurred in Dallas, TX for 2 nights (09/10/14-09/12/14) while performing work client EFH Service Costing Assessment Project |
| 09273087 | Service Costing | 20140918 | Epelbaum, Leonard | lodging | | | $ 556.71 | Hotel fees incurred in Dallas, TX for 2 nights(09/15/14-09/18/14) while performing work client EFH Service Costing Assessment Project |
| 09273087 | IT Asset Managem | 20140918 | Dami, Orland | lodging | | | $ 556.71 | Hotel stay from 9/15 to 9/18 while working at EFH client site |
| | **Total Lodging** | | | | | | **$ 6,233.82** | |

**KPMG LLP**
**EFH Expense Detail**
**September 1, 2014 through September 30, 2014**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 09273087 | SOX Phase I | 20140831 | Isakulov, Shokhrukh | travel meals | | | $ 40.00 | Out of town Dinner at Kirby's Prime Steakhouse. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 09273087 | SOX Phase I | 20140901 | Isakulov, Shokhrukh | travel meals | | | $ 19.00 | Out of town Breakfast at La Madeleine in Irving, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 09273087 | SOX Phase I | 20140901 | Isakulov, Shokhrukh | travel meals | | | $ 40.00 | Out of town Dinner at Cheesecake Factory in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 09273087 | Service Costing | 20140902 | Hayes, Chris | travel meals | | | $ 9.47 | Out of town lunch at Mad Hatter Cafe in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 09273087 | Service Costing | 20140902 | Hayes, Chris | travel meals | | | $ 37.90 | Out of town dinner at The Fairmont in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 09273087 | IT Asset Management Services | 20140902 | Dami, Orland | travel meals | | | $ 11.66 | Out of town Lunch meal while working at client site |
| 09273087 | IT Asset Management Services | 20140902 | Dami, Orland | travel meals | | | $ 5.91 | Out of town Breakfast meal while working at client site |
| 09273087 | IT Asset Management Services | 20140902 | Dami, Orland | travel meals | | | $ 40.00 | Out of Town Dinner while working on EFH matter |
| 09273087 | SOX Phase I | 20140902 | Isakulov, Shokhrukh | travel meals | | | $ 23.80 | Out of town lunch at Rodizio Grill in Irving, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 09273087 | Service Costing | 20140903 | Hayes, Chris | travel meals | | | $ 8.34 | Out of town breakfast at Starbucks/The Fairmont in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 09273087 | Service Costing | 20140903 | Hayes, Chris | travel meals | | | $ 8.66 | Out of town lunch at Mad Hatter Café in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 09273087 | Service Costing | 20140903 | Hayes, Chris | travel meals | | | $ 40.00 | Out of town dinner at Dakota's in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 09273087 | Service Costing | 20140903 | Epelbaum, Leonard | travel meals | | | $ 2.54 | Out of town Breakfast at Coffee@The Corner. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 09273087 | Service Costing | 20140903 | Epelbaum, Leonard | travel meals | | | $ 8.39 | Out of town lunch at Mad Hatter Cafe. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 09273087 | Service Costing | 20140903 | Epelbaum, Leonard | travel meals | | | $ 40.00 | Out of town dinner at Dakota's. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 09273087 | Service Costing | 20140903 | Potter, Maria | travel meals | | | $ 11.97 | Out of town breakfast in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 09273087 | Service Costing | 20140903 | Potter, Maria | travel meals | | | $ 7.58 | Out of town lunch in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 09273087 | Service Costing | 20140903 | Potter, Maria | travel meals | | | $ 40.00 | Out of town dinner at The Fairmont in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 09273087 | IT Asset Management Services | 20140903 | Dami, Orland | travel meals | | | $ 12.47 | Out of town Lunch meal while working at client site |
| 09273087 | IT Asset Management Services | 20140903 | Dami, Orland | travel meals | | | $ 4.79 | Out of town Breakfast meal while working at client site |
| 09273087 | Service Costing | 20140904 | Hayes, Chris | travel meals | | | $ 9.69 | Out of town breakfast at Starbucks/The Fairmount in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |

**KPMG LLP**
**EFH Expense Detail**
**September 1, 2014 through September 30, 2014**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 09273087 | Service Costing | 20140904 | Hayes, Chris | travel meals | | | $ 10.99 | Out of town lunch at Taco Borraccho in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 09273087 | Service Costing | 20140904 | Hayes, Chris | travel meals | | | $ 28.57 | Out of town dinner at The Fairmont in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 09273087 | Service Costing | 20140904 | Epelbaum, Leonard | travel meals | | | $ 6.00 | Out of town Breakfast at La Fiesta Fruits. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 09273087 | Service Costing | 20140904 | Epelbaum, Leonard | travel meals | | | $ 8.50 | Out of town lunch at Taco Borracho. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 09273087 | Service Costing | 20140904 | Epelbaum, Leonard | travel meals | | | $ 40.00 | Out of town dinner at Fairmont Hotel. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 09273087 | Service Costing | 20140904 | Potter, Maria | travel meals | | | $ 11.97 | Out of town breakfast in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 09273087 | Service Costing | 20140904 | Potter, Maria | travel meals | | | $ 8.77 | Out of town lunch in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 09273087 | Service Costing | 20140904 | Potter, Maria | travel meals | | | $ 36.19 | Out of town dinner at The Fairmont in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 09273087 | IT Asset Management Services | 20140904 | Dami, Orland | travel meals | | | $ 10.88 | Out of town Lunch meal while working at client site |
| 09273087 | SOX Phase I | 20140904 | Isakulov, Shokhrukh | travel meals | | | $ 40.00 | Out of town dinner at Chili's in Irving, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 09273087 | Service Costing | 20140905 | Hayes, Chris | travel meals | | | $ 12.54 | Out of town lunch at Pho Colonial in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 09273087 | Service Costing | 20140905 | Hayes, Chris | travel meals | | | $ 24.57 | Out of town dinner at DFW in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 09273087 | Service Costing | 20140905 | Epelbaum, Leonard | travel meals | | | $ 9.70 | Out of town lunch at Pho Colonial. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 09273087 | Service Costing | 20140905 | Epelbaum, Leonard | travel meals | | | $ 25.00 | Out of town dinner at Cowtown Bar. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 09273087 | Service Costing | 20140905 | Potter, Maria | travel meals | | | $ 3.79 | Out of town breakfast in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 09273087 | Service Costing | 20140905 | Potter, Maria | travel meals | | | $ 11.88 | Out of town lunch in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 09273087 | Service Costing | 20140905 | Potter, Maria | travel meals | | | $ 11.14 | Out of town dinner at The Fairmont in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 09273087 | SOX Phase I | 20140905 | Isakulov, Shokhrukh | travel meals | | | $ 25.93 | Out of town Lunch at On the Border Mexican Restaurant in Irving, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 09273087 | Service Costing | 20140908 | Hayes, Chris | travel meals | | | $ 14.92 | Out of town lunch at Sonny Bryan's Smokehouse in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 09273087 | Service Costing | 20140908 | Hayes, Chris | travel meals | | | $ 36.81 | Out of town dinner at Magnolia in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 09273087 | Service Costing | 20140908 | Epelbaum, Leonard | travel meals | | | $ 2.35 | Out of town Breakfast at Dunkin Donuts. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 09273087 | Service Costing | 20140908 | Epelbaum, Leonard | travel meals | | | $ 14.92 | Out of town lunch at Sonny Bryan's Smokehouse. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |

**KPMG LLP**
**EFH Expense Detail**
**September 1, 2014 through September 30, 2014**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 09273087 | Service Costing | 20140908 | Epelbaum, Leonard | travel meals | | | $ 20.51 | Out of town dinner at Pho Colonial. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 09273087 | Service Costing | 20140909 | Hayes, Chris | travel meals | | | $ 6.33 | Out of town lunch at Coffee & Pastries @the Corner in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 09273087 | Service Costing | 20140909 | Hayes, Chris | travel meals | | | $ 31.98 | Out of town dinner at Magnolia Hotel in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 09273087 | Service Costing | 20140909 | Epelbaum, Leonard | travel meals | | | $ 3.29 | Out of town Breakfast at Coffee@The Corner. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 09273087 | Service Costing | 20140909 | Epelbaum, Leonard | travel meals | | | $ 16.00 | Out of town lunch at Zenna. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 09273087 | Service Costing | 20140909 | Epelbaum, Leonard | travel meals | | | $ 10.54 | Out of town dinner at Pho Colonial. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 09273087 | Service Costing | 20140909 | Potter, Maria | travel meals | | | $ 3.24 | Travel meal expense incurred while providing services to EFH. |
| 09273087 | Service Costing | 20140909 | Potter, Maria | travel meals | | | $ 25.22 | Out of town lunch in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 09273087 | Service Costing | 20140909 | Potter, Maria | travel meals | | | $ 16.19 | Out of town dinner at The Fairmont in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 09273087 | Service Costing | 20140910 | Hayes, Chris | travel meals | | | $ 19.76 | Out of town lunch at Press Box Grill in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 09273087 | Service Costing | 20140910 | Hayes, Chris | travel meals | | | $ 36.82 | Out of town dinner at Magnolia Hotel in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 09273087 | Service Costing | 20140910 | Epelbaum, Leonard | travel meals | | | $ 2.22 | Out of town Breakfast at Starbucks. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 09273087 | Service Costing | 20140910 | Epelbaum, Leonard | travel meals | | | $ 11.46 | Out of town lunch at Toasty Pita. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 09273087 | Service Costing | 20140910 | Epelbaum, Leonard | travel meals | | | $ 40.00 | Out of town dinner at Stampede 66. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 09273087 | Service Costing | 20140910 | Potter, Maria | travel meals | | | $ 6.77 | Out of town breakfast in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 09273087 | Service Costing | 20140910 | Potter, Maria | travel meals | | | $ 16.71 | Out of town lunch in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 09273087 | Service Costing | 20140910 | Potter, Maria | travel meals | | | $ 29.88 | Out of town dinner at The Fairmont in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 09273087 | Service Costing | 20140911 | Hayes, Chris | travel meals | | | $ 8.00 | Out of town lunch at Salata Pacific in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 09273087 | Service Costing | 20140911 | Hayes, Chris | travel meals | | | $ 23.75 | Out of town dinner at DFW in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 09273087 | Service Costing | 20140911 | Epelbaum, Leonard | travel meals | | | $ 13.00 | Out of town lunch at Salata. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 09273087 | Service Costing | 20140911 | Epelbaum, Leonard | travel meals | | | $ 11.00 | Out of town dinner at Nammi. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 09273087 | Service Costing | 20140911 | Potter, Maria | travel meals | | | $ 6.22 | Out of town breakfast in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |

**KPMG LLP**
**EFH Expense Detail**
**September 1, 2014 through September 30, 2014**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 09273087 | Service Costing | 20140911 | Potter, Maria | travel meals | | | $ 13.69 | Out of town lunch in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 09273087 | Service Costing | 20140911 | Potter, Maria | travel meals | | | $ 36.37 | Out of town dinner at The Fairmont in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 09273087 | Service Costing | 20140912 | Epelbaum, Leonard | travel meals | | | $ 14.00 | Out of town lunch at Kuai. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 09273087 | Service Costing | 20140912 | Epelbaum, Leonard | travel meals | | | $ 40.00 | Out of town dinner at Cool River. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 09273087 | Service Costing | 20140912 | Potter, Maria | travel meals | | | $ 6.77 | Out of town breakfast in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 09273087 | Service Costing | 20140912 | Potter, Maria | travel meals | | | $ 8.75 | Out of town lunch in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 09273087 | Service Costing | 20140912 | Potter, Maria | travel meals | | | $ 8.67 | Out of town dinner at The Fairmont in Dallas, TX. Business Purpose: Meal expense incurred while out of town conducting client related business. |
| 09273087 | Service Costing | 20140915 | Epelbaum, Leonard | travel meals | | | $ 7.58 | Out of town lunch at Noodle Nexus. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 09273087 | Service Costing | 20140915 | Epelbaum, Leonard | travel meals | | | $ 33.56 | Out of town dinner at Wild Salsa. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 09273087 | IT Asset Managem | 20140915 | Dami, Orland | travel meals | | | $ 40.00 | Out of Town Dinner while working on EFH matter |
| 09273087 | IT Asset Managem | 20140915 | Dami, Orland | travel meals | | | $ 6.96 | Out of town Breakfast while working on EFH matter |
| 09273087 | Service Costing | 20140916 | Epelbaum, Leonard | travel meals | | | $ 16.21 | Out of town dinner at Pho Colonial. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 09273087 | IT Asset Managem | 20140916 | Dami, Orland | travel meals | | | $ 16.78 | Out of town Lunch while working on EFH matter |
| 09273087 | Service Costing | 20140917 | Epelbaum, Leonard | travel meals | | | $ 14.25 | Out of town lunch at Kuai. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 09273087 | Service Costing | 20140917 | Epelbaum, Leonard | travel meals | | | $ 40.00 | Out of town dinner at Dallas Marriot. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 09273087 | IT Asset Managem | 20140917 | Dami, Orland | travel meals | | | $ 7.00 | Out of town Breakfast while working on EFH matter |
| 09273087 | IT Asset Managem | 20140917 | Dami, Orland | travel meals | | | $ 40.00 | Out of town Dinner while working on EFH matter |
| 09273087 | Service Costing | 20140918 | Epelbaum, Leonard | travel meals | | | $ 15.00 | Out of town lunch at Sushiyaa. Business Purpose: Meal expense incurred while out of town conducting EFH related business. |
| 09273087 | IT Asset Managem | 20140918 | Dami, Orland | travel meals | | | $ 14.61 | Out of town Lunch while working on EFH matter |
| 09273087 | IT Asset Managem | 20140918 | Dami, Orland | travel meals | | | $ 18.34 | Out of Town Dinner while working on EFH matter |
| 09273087 | IT Asset Managem | 20140918 | Dami, Orland | travel meals | | | $ 5.13 | Out of town Breakfast while working on EFH matter |
| | | | **Total Travel meals** | | | | **$ 1,580.15** | |

**KPMG LLP**
**EFH Expense Detail**
**September 1, 2014 through September 30, 2014**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 09273087 | Service Costing | 20140814 | Potter, Maria | ground | | | $ 73.00 | One way cab fare to client site to DFW airport on 8/14 for Chris Hayes, Len Epelbaum and Maria Potter |
| 09273087 | Service Costing | 20140820 | Berry, Dennis | ground | | | $ 56.35 | Description:Taxi, Business Purpose:Meetings at EFH, Location:Dallas, TX, Country:USA |
| 09273087 | Service Costing | 20140820 | Berry, Dennis | ground | | | $ 54.00 | Description:Taxi, Business Purpose:Meetings at EFH, Location:Dallas, TX, Country:USA |
| 09273087 | SOX Phase I | 20140831 | Isakulov, Shokhrukh | ground | | | $ 95.00 | Taxi from Hickory Hills, IL to Chicago O'Hare (ORD) airport. Business purpose: Worked at EFH client on SAP Security Audit Project |
| 09273087 | Service Costing | 20140902 | Hayes, Chris | ground | | | $ 56.25 | One way cab fare to client site from DFW airport on 09/02/14 |
| 09273087 | IT Asset Management Services | 20140902 | Dami, Orland | ground | | | $ 28.35 | Taxi from Airport (DAL) to EFH Office Location |
| 09273087 | IT Asset Management Services | 20140902 | Dami, Orland | ground | | | $ 43.86 | Taxi from Home to Airport (MDW) |
| 09273087 | Service Costing | 20140903 | Epelbaum, Leonard | ground | | | $ 54.00 | Cab fare from home - Naperville, IL to Chicago O'Hare airport. Business purpose: Client EFH Service Costing Project |
| 09273087 | Service Costing | 20140903 | Potter, Maria | ground | | | $ 55.50 | One way cab fare to client site from DFW airport on 9/03 for Len Epelbaum and Maria Potter |
| 09273087 | SOX Phase I | 20140903 | Isakulov, Shokhrukh | ground | | | $ 48.52 | Car Rental Gasoline Fuel Expenses. Dates 08/31-09/03. Business Purpose: Worked at EFH client on SAP Security Audit Project |
| 09273087 | IT Asset Management Services | 20140903 | McLaughlin, Troy | ground | | | $ 56.00 | Taxi from DFW to Marriott for work at EFH client site |
| 09273087 | IT Asset Management Services | 20140904 | Dami, Orland | ground | | | $ 45.90 | Taxi from MDW Airport to Home |
| 09273087 | IT Asset Management Services | 20140904 | Dami, Orland | ground | | | $ 25.00 | Taxi from EFH Office Location to Airport (DAL) on 9/4 |
| 09273087 | IT Asset Management Services | 20140904 | McLaughlin, Troy | ground | | | $ 54.00 | Taxi from EFH building to DFW to return home from EFH trip |
| 09273087 | Service Costing | 20140905 | Hayes, Chris | ground | | | $ 36.00 | Parking for IND for personal car parked from 09/02/14 to 09/05/14 |
| 09273087 | Service Costing | 20140905 | Hayes, Chris | ground | | | $ 39.20 | Personal car mileage (35 miles x 2 - round trip) incurred traveling from Fishers, IN (home) to IND airport left 09/02 returned 9/05. |
| 09273087 | Service Costing | 20140905 | Epelbaum, Leonard | ground | | | $ 57.00 | Cab fare from Chicago O'Hare airport to home - Naperville, IL. Business purpose: Client EFH Service Costing Project |
| 09273087 | Service Costing | 20140905 | Potter, Maria | ground | | | $ 34.00 | Parking at Bradley airport for personal car parked from 9/03 to 9/05. |
| 09273087 | Service Costing | 20140905 | Potter, Maria | ground | | | $ 67.20 | Personal car mileage (120 miles) incurred traveling from Shelton, CT (home) to Bradley airport left 9/03 returned 9/05. |
| 09273087 | SOX Phase I | 20140905 | Isakulov, Shokhrukh | ground | | | 281.31 | Car Rental in Dallas, TX. Dates used from 8/31 to 09/05. Business Purpose: Worked at EFH client on SAP Security Audit Project |
| 09273087 | SOX Phase I | 20140905 | Isakulov, Shokhrukh | ground | | | $ 37.78 | Car Rental Gasoline Fuel Expenses. Dates 08/31-09/05. Business Purpose: Worked at EFH client on SAP Security Audit Project |
| 09273087 | SOX Phase I | 20140905 | Isakulov, Shokhrukh | ground | | | $ 96.00 | Cab from Chicago O'Hare airport to Hickory Hills, IL. Business purpose: Client EFH project Start |
| 09273087 | Service Costing | 20140908 | Hayes, Chris | ground | | | $ 57.60 | One way cab fare to client site from DFW airport on 09/08/14 |
| 09273087 | Service Costing | 20140908 | Epelbaum, Leonard | ground | | | $ 52.00 | Cab fare from home - Naperville, IL to Chicago O'Hare airport. Business purpose: Client EFH Service Costing Project |
| 09273087 | Service Costing | 20140908 | Epelbaum, Leonard | ground | | | $ 26.00 | Cab fare from Love airport to EFH offices. Business purpose: Client EFH Service Costing Project |
| 09273087 | Service Costing | 20140909 | Potter, Maria | ground | | | $ 165.00 | Ground transportation to the airport from Shelton, CT to LaGuardia airport to work in Dallas. |
| 09273087 | Service Costing | 20140909 | Potter, Maria | ground | | | $ 57.66 | One way cab fare to client site from DFW airport on 9/03 for Len Epelbaum and Maria Potter |
| 09273087 | SOX Phase I | 20140909 | Amadei, Michael D | ground | | | $ 56.80 | Airport parking at IAD for EFH from 9/7 to 9/9 |

**KPMG LLP**
**EFH Expense Detail**
**September 1, 2014 through September 30, 2014**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 09273087 | Service Costing | 20140911 | Hayes, Chris | ground | | | $ 55.50 | One way cab fare from client site to DFW airport on 09/11/14 |
| 09273087 | Service Costing | 20140911 | Hayes, Chris | ground | | | $ 36.00 | Parking for IND for personal car parked from 09/08/14 to 09/11/14 |
| 09273087 | Service Costing | 20140911 | Hayes, Chris | ground | | | $ 39.20 | Personal car mileage (70 miles) incurred traveling from Fishers, IN (home) to IND airport left 09/08 returned 9/11. |
| 09273087 | Service Costing | 20140912 | Epelbaum, Leonard | ground | | | $ 26.00 | Cab fare from EFH offices to airport (Love). Business purpose: Client EFH Service Costing Project |
| 09273087 | Service Costing | 20140912 | Epelbaum, Leonard | ground | | | $ 54.00 | Cab fare from Chicago O'Hare airport to home - Naperville, IL. Business purpose: Client EFH Service Costing Project |
| 09273087 | Service Costing | 20140912 | Potter, Maria | ground | | | $ 50.00 | One way cab fare to client site to DFW airport on 9/12 for Maria Potter |
| 09273087 | Service Costing | 20140915 | Epelbaum, Leonard | ground | | | $ 52.00 | Cab fare from home - Naperville, IL to Chicago MDW airport. Business purpose: Client EFH Service Costing Project |
| 09273087 | Service Costing | 20140915 | Epelbaum, Leonard | ground | | | $ 24.69 | Cab fare from airport (Love) to EFH offices. Business purpose: Client EFH Service Costing Project |
| 09273087 | IT Asset Managem | 20140915 | Dami, Orland | ground | | | $ 44.15 | Taxi from Home to Chicago MDW for trip for EFH matter |
| 09273087 | Service Costing | 20140918 | Epelbaum, Leonard | ground | | | $ 58.00 | Cab fare from Chicago MDW airport to home - Naperville, IL. Business purpose: Client EFH Service Costing Project |
| 09273087 | IT Asset Managem | 20140918 | Dami, Orland | ground | | | $ 47.30 | Taxi from MDW Airport to Home following work at client site. |
| 09273087 | Service Costing | 20140930 | Nancy Braun | ground | | | $ 80.00 | Taxi to Marriott from DFW Airport |
| 09273087 | Service Costing | 20140930 | Nancy Braun | ground | | | $ 80.00 | Taxi to Marriott from DFW Airport |
| | | | **Total Ground** | | | | **$ 2,456.12** | |