**<u>Exhibit C</u>**

[Marwil Declaration]

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**DECLARATION OF JEFF J. MARWIL IN SUPPORT OF DEBTOR ENERGY FUTURE HOLDINGS CORP.'S APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF PROSKAUER ROSE LLP AS COUNSEL FOR DEBTOR AND DEBTOR IN POSSESSION ENERGY FUTUREHOLDINGS CORP. EFFECTIVE *NUNC PRO TUNC* TO NOVEMBER 19, 2014**

I, Jeff J. Marwil, being duly sworn, state the following under penalty of perjury:

1.      I am a partner in the firm of Proskauer Rose LLP ("Proskauer"), which maintains an office for the practice of law at 70 West Madison Street, Suite 3800, Chicago, Illinois 60602. I am an attorney duly licensed in, and am a member in good standing of, the Bar for the State of Illinois and am admitted to practice in the United States District Court for the Northern District of Illinois.

2.      I submit this declaration (the "Declaration") in support of *Debtor Energy Future Holdings Corp.'s Application for Entry of an Order Authorizing the Retention and Employment of Proskauer Rose LLP as Counsel for Debtor and Debtor in Possession Energy Future Holdings Corp. Effective* Nunc Pro Tunc *to November 19, 2014* (the "Application").[2] Except as otherwise noted, I have personal knowledge of the matters set forth herein.

---

[1]  The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]  Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

3.    EFH Corp. seeks to retain Proskauer because of Proskauer's recognized expertise and extensive experience and knowledge in the field of debtors' protections, creditors' rights and business reorganizations under chapter 11 of the Bankruptcy Code.

4.    Proskauer has been actively involved in major chapter 11 cases and has represented debtors in many cases, including, among others: The Budd Company, Inc.; IPC International Corporation; Rotech Healthcare Inc.; Powerwave Technologies, Inc.; Ocala Funding, LLC; HMX Acquisition Corp.; NewPage Corporation; Gas City, Ltd.; TLC Vision (USA) Corp.; USI Senior Holdings, Inc.; Alternative Distribution Systems, Inc.; Philadelphia Newspapers, LLC; G.I. Joe's, Inc.; and Ziff Davis Media, Inc.

5.    In preparing for its representation of EFH Corp. in this chapter 11 case, Proskauer has become familiar with EFH Corp.'s businesses and many of the legal issues that have arisen and that may arise in the context of this chapter 11 case. EFH Corp. believes that Proskauer is both well-qualified and able to represent it in this chapter 11 case in an efficient and timely manner.

### Services to Be Provided

6.    Subject to further order of the Court and that certain engagement letter effective November 19, 2014 (the "Engagement Letter"), a copy of which is attached as Exhibit 1 to Exhibit A to the Application, EFH Corp. retained Proskauer to render professional services to EFH Corp.'s disinterested directors, Donald L. Evans and Billie I. Williamson, in connection with "Conflict Matters" as defined in and pursuant to the authority delegated to the disinterested directors pursuant to resolutions of the EFH Corp. Board of Directors attached to the Application as Exhibit B (the "Resolutions"), including the determination by EFH Corp.'s disinterested directors regarding whether any matter constitutes a Conflict Matter.

2

**Professional Compensation**

7.    Proskauer intends to apply for compensation for professional services rendered on an hourly basis and reimbursement of expenses incurred in connection with EFH Corp.'s chapter 11 case, subject to the Court's approval and in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules and any other applicable procedures and orders of the Court, including the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 2066].

8.    **UST Question:** Did Proskauer agree to any variations from, or alternatives to, Proskauer's standard billing arrangements for this engagement?

**Proskauer Response:** No. Proskauer and EFH Corp. have not agreed to any variations from, or alternatives to, Proskauer's standard billing arrangements for this engagement.

9.    **UST Question:**  Do any of the professionals in this engagement vary their rate based on the geographic location of the debtors' chapter 11 cases?

**Proskauer Response:** No. The hourly rates used by Proskauer in representing EFH Corp. are consistent with the rates that Proskauer charges other comparable chapter 11 clients, regardless of the location of the chapter 11 case.

10.    **UST Question:** If Proskauer has represented EFH Corp. in the 12 months prepetition, disclose Proskauer's billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition. If Proskauer's billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference.

**Proskauer Response:** Proskauer did not represent EFH Corp. prior to the Petition Date.

11.    **UST Question:** Has EFH Corp. approved Proskauer's budget and staffing plan, and, if so, for what budget period?

**Proskauer Response:** Yes, for the period November 19, 2014, to March 31, 2015.

12.    Proskauer operates in a national marketplace for legal services in which rates are driven by multiple factors relating to the individual lawyer, his or her area of specialization, the firm's expertise, performance, and reputation, the nature of the work involved and other factors. These rates and the rate structure reflect that such restructuring and other complex matters typically are national in scope and involve great complexity, high stakes and severe time pressures.

13.    Proskauer's current hourly rates for matters related to this chapter 11 case range as follows:[3]

| Billing Category | U.S. Range |
|---|---|
| Partners | $650 - $1,400 |
| Senior Counsel | $500 - $1,325 |
| Associates | $225 - $900 |
| Paraprofessionals | $125 - $375 |

14.    Proskauer's hourly rates are set at a level designed to compensate Proskauer fairly for the work of its attorneys and paraprofessionals and to cover fixed and routine expenses. Hourly rates vary with the experience and seniority of the individuals assigned. These hourly rates are subject to periodic adjustments to reflect economic and other conditions.[4]

---

[3]    These ranges reflect Proskauer's billing rates that took effect on November 1, 2014. For professionals and paraprofessionals residing outside of the U.S., hourly rates are billed in the applicable currency. When billing a U.S. entity, such foreign rates are converted into U.S. dollars at the then applicable conversion rate. After converting these foreign rates into U.S. dollars, it is possible that certain rates may exceed the billing rates listed in the chart herein.

[4]    For example, like many of its peer law firms, Proskauer typically increases the hourly billing rates of attorneys and paraprofessionals twice a year in the form of: (a) step increases historically awarded in the ordinary course on the basis of advancing seniority and promotion and (b) periodic increases within each attorney's and paraprofessional's current level of seniority. The step increases do not constitute "rate increases" (as the term is used in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013*). As set forth in the Order, Proskauer will provide ten business days' notice to the Debtors, the U.S. Trustee, and the Committees before implementing any periodic increases, and shall file such notice with the Court.

4

15.     Proskauer will not use contract attorneys for this engagement.

16.     It is Proskauer's policy to charge its clients in all areas of practice for identifiable, non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client. It is also Proskauer's policy to charge its clients only the amount actually incurred by Proskauer in connection with such items. Examples of such expenses include postage, overnight mail, courier delivery, transportation, overtime expenses, computer-assisted legal research, photocopying, airfare, meals and lodging. Notwithstanding anything to the contrary in the Application or the Engagement Letter, Proskauer will not seek reimbursement of expenses for office supplies.

17.     Consistent with the Local Bankruptcy Rules, Proskauer will charge no more than $0.10 per page for standard duplication services in EFH Corp.'s chapter 11 case. Proskauer does not charge its clients for incoming facsimile transmissions. Proskauer has negotiated a discounted rate for Westlaw computer-assisted legal research. Computer-assisted legal research is used whenever the researcher determines that using Westlaw is more cost effective than using traditional (non-computer assisted legal research) techniques.

18.     Proskauer will cooperate with the fee committee appointed pursuant to the *Stipulation and Order Appointing a Fee Committee* [D.I. 1896] (the "Fee Committee Order") in the discharge of the fee committee's duties. Proskauer agrees to be bound by the terms of the terms of the Fee Committee Order.

**Compensation Received by Proskauer from EFH Corp.**

19.     Prior to the date hereof, Proskauer has not received any compensation from EFH Corp.

20.    Pursuant to Bankruptcy Rule 2016(b), Proskauer has not agreed to share (a) any compensation it may receive with another party or person, other than with the partners and associates associated with Proskauer, or (b) any compensation another person or party may receive.

**Proskauer's Disclosure Policies and Disinterestedness**

21.    No agreement or understanding exists between Proskauer and any other person, other than as permitted by section 504 of the Bankruptcy Code, to share compensation received for services rendered in connection with EFH's chapter 11 case, nor shall Proskauer share or agree to share compensation received for services rendered in connection with EFH's chapter 11 case with any other person other than as permitted by section 504 of the Bankruptcy Code.

22.    In preparing this Declaration, I caused Proskauer attorneys and staff to use a set of procedures developed by Proskauer to ensure compliance with the requirements of the Bankruptcy Code, the Bankruptcy Rules and the Local Bankruptcy Rules regarding the retention of professionals by a debtor under the Bankruptcy Code (the "Firm Disclosure Procedures"). Pursuant to the Firm Disclosure Procedures, I caused the following actions to be performed in order to identify the parties relevant to this Declaration and to ascertain Proskauer's connection to such parties:

    a.    Proskauer consulted the list of interested parties provided by EFH Corp. (the "Potential Parties in Interest").[5] The Potential Parties in Interest list is annexed hereto as **Schedule 1**.

    b.    Proskauer compared each of the Potential Parties in Interest to the names that Proskauer has compiled into a master client database from its conflicts clearance and billing records, comprised of the names of the entities for which any attorney time charges have been billed since the database was first created (the "Client Database"). The Client Database includes the name of each current or

---

[5]  Proskauer's inclusion of parties in the schedules is solely to illustrate Proskauer's conflict search process and is not an admission that any party has a valid claim against EFH Corp. or that any party properly belongs in the schedules or has a claim or legal relationship to EFH Corp. of the nature described in the schedules.

former client, and the names of the Proskauer personnel who are or were responsible for current or former matters for such client.

c.      Any matches between the Client Database and the list of Potential Parties in Interest were identified (the "Client Match List"), together with the names of the respective Proskauer personnel responsible for current or former matters for the entities on the Client Match List.

d.      The Client Match List was then reviewed and obvious name coincidences, client affiliates and individuals or entities that were adverse to Proskauer's clients either in this matter or another matter but were not otherwise on the Client Match List, were deleted. The remaining individuals and entities for which Proskauer had performed services were compiled for purposes of this declaration (the "Final Client Match List"). The Final Client Match List is annexed hereto as **Schedule 2**.

23.      In reviewing the Final Client Match List, the names of individuals and entities for which Proskauer had performed services were investigated. With respect to parties listed on the Final Client Match List, Proskauer has not in the past, does not now, and will not in the future, represent any such parties in connection with EFH Corp.'s chapter 11 case.

24.      Based on my review of the Final Client Match List, and to the best of my knowledge, to date, Proskauer: (a) does not have any connection with EFH Corp., its affiliates, its creditors or any other parties in interest, or its respective attorneys or accountants, except as set forth below or otherwise disclosed herein; and (b) does not hold or represent any interest adverse to EFH Corp. or its estate with respect to the matters as to which Proskauer is to be employed. On the basis of the above, I believe the firm of Proskauer to be a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code.

25.      Other than as set forth herein, through diligent inquiry, we have ascertained no connection, as such term is utilized in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) and Bankruptcy Rule 2014(a), between Proskauer and: (a) the United States Trustee or any person employed by the Office of the United States Trustee; (b) any attorneys,

7

accountants, financial consultants, investment bankers or other professionals; or (c) other parties in interest in EFH Corp.'s chapter 11 case. I am not, nor is Proskauer, an insider of EFH Corp.

26.     As part of its practice, Proskauer appears in cases, proceedings and transactions involving many different attorneys, accountants, financial consultants and investment bankers, some of which now or may in the future represent claimants and other parties in interest in EFH Corp.'s chapter 11 case. Proskauer has not represented and will not represent any such parties in relation to EFH Corp. or its chapter 11 case.

### Specific Disclosures

27.     As specifically set forth below and in the attached schedules, Proskauer represents or has represented certain of EFH Corp.'s creditors, its equity security holders, professionals or other Potential Parties in Interest in matters unrelated to EFH Corp. and its chapter 11 case. None of the representations described herein is adverse to the interests of EFH Corp.'s estate. Moreover, pursuant to section 327(c) of the Bankruptcy Code, Proskauer is not disqualified from acting as EFH Corp.'s counsel merely because it represents or has represented EFH Corp.'s creditors, its equity security holders, professionals or other Potential Parties in Interest in matters unrelated to EFH Corp. and this chapter 11 case.   I do not believe that Proskauer's current and prior representations described herein preclude Proskauer from being a disinterested person under the Bankruptcy Code.

28.     With the exception of its representation of Bank of America, N.A., Proskauer's representation of each of the entities set forth on **Schedule 2** represents less than 0.5% of Proskauer's revenues in any of the past five (5) years.

29.     Bank of America, N.A. is one of EFH Corp.'s relationship banks. Proskauer has in the past and currently serves as outside employment counsel and outside corporate counsel on

8

discrete transactional and other matters for Bank of America, N.A. and certain of its affiliates and subsidiaries. Proskauer's representations of Bank of America, N.A. are wholly unrelated to EFH Corp. in its chapter 11 case.

30.     Proskauer is regular outside counsel for The Depository Trust & Clearing Corporation and its operating subsidiaries ("DTCC"), which, among other services to the securities industry, clears and settles virtually all broker-to-broker equity, listed corporate and municipal bond and unit investment trust transactions in the U.S. equities markets.  After the Petition Date, on June 20, 2014, CSC Trust Company of Delaware ("CSC Trust"), as (a) indenture trustee (the "First Lien Indenture Trustee") for the 10% notes ("First Lien Notes") issued by Energy Future Intermediate Holding Company, LLC ("EFHI") under the Indenture dated as of August 17, 2010 (together with all supplements, amendments, and exhibits, the "First Lien Indenture") between EFHI, EFIH Finance Inc. ("EFIH Finance," and together with EFIH, the "EFIH Debtors"), and the First Lien Indenture Trustee and (b) as Collateral Trustee under the Collateral Trust Agreement dated as of November 16, 2009, initiated an adversary proceeding (Case No. 14-10979 (CSS)) in the Debtors' cases (the "Adversary Proceeding") and named as a defendant DTCC's subsidiary, The Depository Trust Company ("DTC") and its nominee, Cede & Co., as a holder of notes ("Second Lien Notes") issued under the Indenture dated as of April 25, 2011 and an agent for holders of beneficial interests in the Second Lien Notes ("Second Lien Holders").  The complaint sought to enforce an intercreditor agreement to prevent proceeds of the First Lien Notes collateral from being used to make payments to holders of subordinated Second Lien Notes prior to payment in full in cash of all obligations under the First Lien Indenture related to the First Lien Notes. Proskauer agreed to accept service of the summons and complaint on behalf of DTC. Proskauer did not file an appearance on behalf of DTC and, on July 30, 2014, CSC Trust filed a notice of

& Co., as a holder of notes ("Second Lien Notes") issued under the Indenture dated as of April 25, 2011 and an agent for holders of beneficial interests in the Second Lien Notes ("Second Lien Holders").  The complaint sought to enforce an intercreditor agreement to prevent proceeds of the First Lien Notes collateral from being used to make payments to holders of subordinated Second Lien Notes prior to payment in full in cash of all obligations under the First Lien Indenture related to the First Lien Notes.  Proskauer agreed to accept service of the summons and complaint on behalf of DTC. Proskauer did not file an appearance on behalf of DTC and, on July 30, 2014, CSC Trust filed a notice of dismissal dismissing DTC from the Adversary Proceeding. Proskauer has had no subsequent involvement in the Adversary Proceeding.

31.    Proskauer may have represented in the past and/or may currently represent or in the future represent entities (other than parties in the attached schedules or disclosed above) not currently known to Proskauer in matters wholly unrelated to EFH Corp.'s chapter 11 case who may be parties in interest in this chapter 11 case and in other affiliated-Debtors' cases. To the extent that Proskauer discovers any such information or needs to update the information disclosed herein, Proskauer will disclose such information by filing a supplemental declaration.

32.    The foregoing constitutes the statement of Proskauer pursuant to sections 327, 329, 504 and 1107 of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016(b) and Local Rule 2016-1.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: December 16, 2014               */s/ Jeff J. Marwil*
_____

                              Name:  Jeff J. Marwil
                              Title:    Partner, Proskauer Rose LLP

**Schedule 1**

(to Marwil Declaration)

[Potential Parties in Interest]

The following lists contain the names of reviewed entities as described more fully in the *Declaration of Jeff J. Marwil in Support of the Debtors Energy Future Holdings Corp.'s Application for the Entry of an Order Authorizing the Retention and Employment of Proskauer Rose LLP as Counsel for Debtor and Debtor in Possession Energy Future Holdings Corp. Effective* Nunc Pro Tunc *to November 19, 2014* (the "Marwil Declaration").[1] Where the names of the entities reviewed are incomplete or ambiguous, the scope of the search was intentionally broad and inclusive, and Proskauer reviewed each entity in its records, as more fully described in the Marwil Declaration, matching the incomplete or ambiguous name.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Marwil Declaration.

**CLIENT**
1.    ENERGY FUTURE HOLDINGS CORP.

**DEBTOR AFFILIATES**
1.  4CHANGE ENERGY COMPANY
2.  4CHANGE ENERGY HOLDINGS LLC
3.  BIG BROWN 3 POWER COMPANY LLC
4.  BIG BROWN LIGNITE COMPANY LLC
5.  BIG BROWN POWER COMPANY LLC
6.  BRIGHTEN ENERGY LLC
7.  BRIGHTEN HOLDINGS LLC
8.  COLLIN POWER COMPANY LLC
9.  DALLAS POWER & LIGHT COMPANY, INC.
10. DECORDOVA II POWER COMPANY LLC
11. DECORDOVA POWER COMPANY LLC
12. EAGLE MOUNTAIN POWER COMPANY LLC
13. EBASCO SERVICES OF CANADA
14. LIMITED
15. EEC HOLDINGS, INC .
16. EECI, INC .
17. EFH AUSTRALIA (NO. 2) HOLDINGS COMPANY
18. EFH CG HOLDINGS COMPANY LP
19. EFH CO MANAGEMENT COMPANY LLC
20. EFH CORPORATE SERVICES COMPANY
21. EFH FINANCE (NO. 2) HOLDINGS COMPANY
22. EFH FS HOLDINGS COMPANY
23. EFH RENEWABLES COMPANY LLC
24. EFIH FINANCE INC .
25. ENERGY FUTURE COMPETITIVE HOLDINGS
26. COMPANY LLC
27. ENERGY FUTURE INTERMEDIATE HOLDING
28. COMPANY LLC
29. GENERATION DEVELOPMENT COMPANY LLC
30. GENERATION MT COMPANY LLC
31. GENERATION SVC COMPANY
32. LAKE CREEK 3 POWER COMPANY LLC
33. LONE STAR ENERGY COMPANY, INC.
34. LONE STAR PIPELINE COMPANY, INC.
35. LSGT GAS COMPANY LLC
36. LSGT SACROC, INC.
37. LUMINANT BIG BROWN MINING
38. COMPANY LLC
39. LUMINANT ENERGY COMPANY LLC
40. LUMINANT ENERGY TRADING CALIFORNIA
41. COMPANY
42. LUMINANT ET SERVICES COMPANY
43. LUMINANT GENERATION COMPANY LLC
44. LUMINANT HOLDING COMPANY LLC
45. LUMINANT MINERAL DEVELOPMENT
46. COMPANYLLC
47. LUMINANT MINING COMPANY LLC
48. LUMINANT RENEWABLES COMPANY LLC
49. MARTIN LAKE 4 POWER COMPANY LLC
50. MONTICELLO 4 POWER COMPANY LLC
51. MORGAN CREEK 7 POWER COMPANY LLC
52. NCA DEVELOPMENT COMPANY LLC
53. NCA RESOURCES DEVELOPMENT
54. COMPANY LLC
55. OAK GROVE MANAGEMENT COMPANY LLC
56. OAK GROVE MINING COMPANY LLC

57. OAK GROVE POWER COMPANY LLC
58. SANDOW POWER COMPANY LLC
59. SOUTHWESTERN ELECTRIC SERVICE
60. COMPANY, INC.
61. TCEH FINANCE, INC.
62. TEXAS COMPETITIVE ELECTRIC HOLDINGS
63. COMPANY LLC
64. TEXAS ELECTRIC SERVICE COMPANY, INC .
65. TEXAS ENERGY INDUSTRIES COMPANY, INC .
66. TEXAS POWER & LIGHT COMPANY, INC.
67. TEXAS UTILITIES COMPANY, INC.
68. TEXAS UTILITIES ELECTRIC COMPANY, INC.
69. TRADINGHOUSE 3 & 4 POWER COMPANY LLC
70. TRADINGHOUSE POWER COMPANY LLC
71. TXU ELECTRIC COMPANY, INC.
72. TXU ENERGY RECEIVABLES COMPANY LLC
73. TXU ENERGY RETAIL COMPANY LLC
74. TXU ENERGY SOLUTIONS COMPANY LLC
75. TXU RECEIVABLES COMPANY
76. TXU RETAIL SERVICES COMPANY
77. TXU SEM COMPANY
78. VALLEY NG POWER COMPANY LLC
79. VALLEY POWER COMPANY LLC

**BANKS**
1. BANK OF AMERICA, N.A.
2. GOLDMAN SACHS FINANCIAL SQUARE TREASURY FUND
3. JPMORGAN CHASE BANK, N.A. (NY)
4. MORGAN STANLEY TREASURY FUND

**INSURANCE COMPANIES**
1. NUCLEAR ENERGY LIABILITY INSURANCE ASS.
2. EUROPEAN MUTUAL ASSOCIATION FOR NUCLEAR
3. NUCLEAR INSURANCE INSURANCE LIMITED
4. ASSOCIATED ELECTRIC AND GAS INSURANCE
5. FM GLOBAL
6. HCC
7. LIBERTY MUTUAL/SAFECO
8. STARR INDEMNITY AND LIABILITY COMPANY
9. STARR INDEMNITY AND LIABILITY COMPANY
10. FEDERAL
11. ACE
12. AIG
13. ASSOCIATED ELECTRIC AND GAS INSURANCE
14. AXIS
15. BEAZLEY
16. ENDURANCE
17. ENERGY INSURANCE MUTUAL (ElM)
18. HCC
19. MONITOR
20. NAVIGATORS
21. RLI
22. RSUI (CRC)
23. STARR
24. TORUS
25. XL SPECIALTY INSURANCE COMPANY
26. FEDERAL
27. ARGO RE (BERMUDA)
28. ASSOCIATED ELECTRIC AND GAS INSURANCE
29. CHUBB ATLANTIC INDEMNITY LTD.
30. (BERMUDA)
31. ENERGY INSURANCE MUTUAL (ElM)
32. OIL CASUALTY INSURANCE, LTD. (OCIL)

46097232v12

33. XL INSURANCE (BERMUDA) LTD.
34. ASSOCIATED ELECTRIC AND GAS INSURANCE
35. AXIS
36. ENERGY INSURANCE MUTUAL (ELM)
37. XL SPECIALTY INSURANCE COMPANY
38. STARR SURPLUS LINES INS CO.
39. STARR AVIATION ON BEHALF
40. FEDERAL INSURANCE COMPANY
41. AMERICAN INTERNATIONAL GROUP, INC.
42. ALLSTATE INSURANCE COMPANY
43. AMERICAN EMPIRE SURPLUS LINES INSURANCE COMPANY
44. THE HARTFORD
45. FIRST STATE INSURANCE COMPANY
46. NEW ENGLAND REINSURANCE COMPANY
47. THE INSURANCE COMPANY OF NORTH AMERICA
48. CNA INSURANCE COMPANIES
49. LIBERTY MUTUAL INSURANCE COMPANY
50. ROYAL INDEMNITY COMPANY
51. TRAVELERS INSURANCE COMPANY
52. SENTRY INSURANCE A MUTUAL COMPANY
53. SILVERCRIPT INSURANCE COMPANY
54. UNICARE LIFE & HEALTH INSURANCE COMPANY

**UNSECURED CREDITORS**[1]
1. AGGREKO,INC.
2. ARIZONA DEPARTMENT OF REVENUE
3. CALIFORNIA FRANCHISE TAX BOARD
4. CARROLLTON, CITY

5. COMPTROLLER OF MARYLAND, REVENUE
6. CHARLES W. WEAVER MANUFACTURING CO., INC.
7. DALLAS CO. COMM. COLLEGE DIST.
8. DALLAS CO. HOSPITAL DIST. PARKLAND HEALTH & HOSPITAL SYSTEM
9. DALLAS COUNTY
10. DALLAS COUNTY SCHOOLS
11. DALLAS ISD
12. DALLAS, CITY
13. DELAWARE DIVISION OF REVENUE
14. DESOTO ISD
15. DESOTO, CITY
16. DOWNTOWN DALLAS IMPROVEMENT DISTRICT
17. DUNCANVILLE ISD
18. FARMERS BRANCH, CITY
19. FMC CORPORATION
20. GARLAND ISD
21. GARLAND, CITY
22. GRAND PRAIRIE ISD
23. GRAND PRAIRIE, CITY
24. ILLINOIS DEPARTMENT OF REVENUE
25. IRVING, CITY
26. KENTUCKY DEPARTMENT OF REVENUE
27. LANCASTER ISD
28. LANCASTER, CITY
29. MAINE REVENUE SERVICES
30. OREGON DEPARTMENT OF REVENUE
31. RICHARDSON, CITY
32. SCHOOL EQUALIZATION
33. STATE OF TEXAS, COMPTROLLER'S OFFICE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
34. SUNNYVALE ISD
35. TOWN SUNNYVALE

---

[1] As set forth in EFH Corp.'s Schedules of Assets and Liabilities [D.I. 1237, as amended by D.I. 2146].

36. AMERICAN STOCK TRANSFER & TRUST CO, LLC
37. TEX-LA ELECTRIC COOP. OF TEXAS, INC
38. THE BANK OF NEW YORK MELLON TRUST CO
39. 3M COMPANY
40. A GOODMAN
41. AAA BLAST-COTE INC.
42. AB CHANCE CO.
43. AER MANUFACTURING II, INC.
44. AER MANUFACTURING,INC.
45. AGGREKO, LLC
46. AIR LIQUIDE AMERICA CORPORATION
47. AIR PRODUCTS AND CHEMICALS, INC.
48. AK STEEL CORPORATION
49. AKZO NOBEL CHEMICALS,INC.
50. ALAMO MANUFACTURING CO.
51. ALBAUGH, INC.
52. ALCOA INC.
53. ALCOLAC,INC.
54. ALLEN CASEY
55. ALLEN'S TRUCK & TRAILER
56. ALLSTATE VACUUM AND TANKS INC.
57. ALTON CHAMBERS
58. ALTURA COGEN, LLC
59. MINDANI, HINKLE & COLE, LLP
60. AMARCO PETROLEUM,INC.
61. AMERI-LIQUID TRANSPORT, INC.
62. AMERICAN CYANAMID CO.
63. AMERICAN DRILLING & SAWING, INC.
64. AMERICAN HOECHST CORP.
65. AMERICAN LITHO TEXAS INC.
66. AMERICAN MOTORISTS INSURANCE COMPANY
67. CHARLSTON, REVICH & WOLLITZ LLP
68. AMERIGAS CORP.
69. AMETEK INC.
70. AMOCO CHEMICAL CORP.
71. ANADARKO PETROLEUM CORPORATION
72. ANALYSTS SERVICES, INC.
73. ANDERSON GREENWOOD & CO.
74. ANDREA L WOOD
75. ANDREW UNVERZAGT
76. ANDREW WRIGHT
77. ANDREW, LLC
78. ANDREWS TRANSPORT,INC.
79. ANERICAN CYANAMID
80. ANGELA YVONNE GUILLORY
81. ANN GARRARD
82. ANNA C AYME
83. ANNELL ROGERS
84. ANNITA M RIDDICK
85. ANTHONY HORTON
86. ARKEMA INC.
87. ARMCO STEEL CO.
88. ARROW INDUSTRIES INC.
89. ASHLAND CHEMICAL COMPANY
90. ASHLAND INC
91. AT&T
92. ATLANTIC RICHFIELD COMPANY
93. ATMOS PIPELINE - TEXAS
94. AUSAF HUSAIN
95. AUSTIN CIRCUITS INC.
96. AUSTRON,INC.
97. AZTEC INDUSTRIES
98. B THOMPSON
99. BABCOCK & WILCOX
100. BAKER HUGHES
101. BAKER HUGHES OILFIELD OPERATIONS, INC.
102. BAKER PETROLITE CORPORATION
103. BARBARA A RAXTER
104. BARBARA CURRY
105. BARBARA GRIFFIN
106. BARBARA J WEATHERSBEE
107. BARRY CARPENTER
108. BARRY PHILLIPS
109. BASF CORPORATION
110. BASIC RESOURCES INC.

4

111. BAYAOU VISTA DEVELOPMENT CO
112. BAYER MATERIALSCIENCE, LLC
113. BAYOU PETROLEUM
114. BAYPORT CHEMICAL SERVICE, INC.
115. BAYTANK (HOUSTON) INC.
116. BEAZER EAST INC.
117. BEAZER EAST, INC. LEGAL DEPARTMENT
118. BEN HOGAN CO.
119. BENJAMIN MOORE & COMPANY
120. BERRIDGE MANUFACTURING
121. BERWIND RAILWAY SERVICE CO.
122. BEST SERVICE TANK WASH, INC.
123. BETSY ROSS FLAG GIRLS INC
124. BETTIS CORPORATION
125. BEWIND RAILWAY SERVICE CO.
126. BIG THREE INDUSTRIES,INC.
127. BILLY RANTON
128. BJ PROCESS AND PIPELINE SERVICES CO.
129. BLENTECH CORP
130. BLENTECH CORPORATION
131. BNSF RAILWAY CO.
132. BOB CONWAY
133. BOBBY LANCASTER
134. BODYCOTE THERMAL PROCESSING, INC.
135. BONNEY FORGE CORP.
136. BONNIE WILBER
137. BORDEN CHEMICAL, INC.
138. BP AMERICA PRODUCTION CO.
139. BP AMERICA, INC.
140. BP AMOCO CHEMICAL COMPANY
141. BP PRODUCTS NORTH AMERICA,INC.
142. BRETT WIGGS
143. BRIAN DICKIE
144. BRIAN MCFARLIN
145. BRIAN TULLOH
146. BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE LLC
147. BROWN-HUGHES
148. BROWNING-FERRIS INDUSTRIES, INC.
149. BROYHILL FURNITURE INDUSTRIES,INC.
150. BURDIN MEDIATIONS
151. C CHURCHILL
152. C RAWLEY
153. C WILDER
154. C-L RESINS,INC
155. CALGON CARBON CORP.
156. CALGON CARBON CORPORATION
157. CAMERON IRON WORKS
158. CAREY HARRIS
159. CARGILL INC
160. CARL CONGER
161. CAROL C RAMOS
162. CAROL S CARR
163. CAROTEX, INC.
164. CARPENTER CO.
165. CARRIE KIRBY
166. CATHERINE MCALOON
167. CATHRYN C. HULEN
168. CATHY MACKENZIE
169. CBI NA-CON INC.
170. CBS CORPORATION
171. CDI-CHEMICAL DISTRIBUTORS,INC.
172. CECIL P. ORADAT
173. CECILY GOOCH
174. CHAMPION BUILDING PRODUCTS
175. CHAMPION TECHNOLOGIES,INC.
176. CHAPARRAL STEEL CO.
177. CHARDONOLCORP.
178. CHARLES BRECHT
179. CHARLES CLARK
180. CHARLES COTTON
181. CHARLES ENZE
182. CHARLES J KITOWSKI
183. CHARLES M WILLIAMSON

46097232v12

184. CHARLES TERRY
185. CHARLES W. WEAVER
186. CHARLES WOLLITZ
187. CHARLIE THOMAS FORD, LTD.
188. CHARTER INTERNATIONAL OIL CO.
189. CHARTER INTERNATIONAL OIL COMPANY
190. CHATLEFF CONTROLS INC.
191. CHEM TECH INC.
192. CHEMICAL CLEANING INC.
193. CHEMICAL CONSERVATION OF GEORGIA
194. CHEMICAL EXCHANGE CO.
195. CHEMICAL RECLAMATION SERVICES, INC.
196. CHEMICAL TRANSPORT INC.
197. CHEMQUEST, INC.
198. CHEMTRON CORPORATION
199. CHEMTURA CORP.
200. CHEMTURA CORPORATION
201. CHEVRON CORPORATION
202. CHEVRON/TEXACO
203. CHIEF SUPPLY CORPORATION
204. CHILDERS PRODUCTS CO.
205. CHRISTOPHER A HEMSCHOT
206. CHROMALLOY GAS TURNBINE CORP.
207. CHTP HOLDINGS CORP
208. CINTAS CORP
209. CINTAS DOCUMENT MANAGEMENT
210. CITIBANK NA
211. CITY INDUSTRIES, INC.
212. CITY OF AUSTIN
213. CITY OF GALVESTON
214. CITY OF GALVESTON TX
215. CITY OF GARLAND
216. CITY OF HOUSTON
217. CITY OF TEXAS CITY
218. CITY OF WEBSTER
219. CLARENCE COLE
220. CLEAN HARBORS ENVIRONMENTAL SERVICES, INC.
221. CLEON IVY
222. CNA HOLDINGS
223. COASTAL RECYCLING
224. COASTAL STATES CRUDE GATHERING CO.
225. COASTAL TANK LINES
226. COASTAL TRANSPORT CO., INC.
227. CONAGRA FOODS PACKAGED FOODS, LLC
228. CONOCOPHILIPS COMPANY
229. CONTINENAL AG
230. CONTINENTAL PRODUCTS OF TEXAS
231. COOKS COMPOSITES AND POLYMERS CO
232. COOPER CAMERON CORPORATION
233. CORINNE HULSEY
234. COUNTY OF GALVESTON
235. CREDIT SUISSE INTERNATIONAL
236. CROWN CENTRAL PETROLEUM CORPORATION
237. CROWN ZELLERBACH CORP.
238. CRYSTAL CHEMICAL CO.
239. CRYSTAL GAS STORAGE, INC.
240. CUPLEX,INC.
241. CURTIS LIGHTLE
242. CURTIS SEIDLITS
243. CYCLE CHEM
244. CYNCO SPECIALTY INC.
245. DALE E GRAY
246. DALLAS J FRANDSEN
247. DALLAS MORNING NEWS
248. DALLAS POWER& LIGHT
249. DALWORTH INDUSTRIES, INC.
250. DANIEL RADIATOR CORP.
251. DANIEL TURNER
252. DANNY COLLARD
253. DARLENE F WILLIAMS
254. DAVID ANDREWS
255. DAVID BIEGLER
256. DAVID CAMPBELL
257. DAVID H ANDERSON
258. DAVID HENNEKES
259. DAVID J.S. MADGETT

6

260. DAVID KENDRICK
261. DAVID KROSS
262. DAVID MCAFEE
263. DAVID R MOORE
264. DAVID REEDY
265. DAVID SIGLER
266. DEAN FOODS CO.
267. DEBORAH L DENNIS
268. DELTA DISTRIBUTORS, INC.
269. DELTA TUBULAR PROCESSORS
270. DEMINIMIS OFFERS
271. DENNIS JORDAN
272. DESOTO,INC.
273. DESTEC (AT LYONDELL-ARCO)
274. DEVOE & REYNOLDS CO., INC.
275. DEVON ENERGY CORPORATION
276. DIAMOND SHAMROCK CORPORATION
277. DIAMOND-KUHN PAINT CO.
278. DIANE J KUBIN
279. DIPANKAR BANDYOPADHYAY
280. DIS-TRAN PRODUCTS,INC.
281. DIXIE CHEMICAL COMPANY
282. DMS REFINING, INC.
283. DON HOOD
284. DONALD BUCHANAN
285. DONALD MCFADDEN
286. DONALD RAY PEARSON JR
287. DONALD WOODALL
288. DONETTA TURNER
289. DOW CHEMICAL COMPANY
290. DRESSER RAND AND INGERSOLL-RAND COMPANY
291. DRESSER RAND CO.
292. DRILTECH MISSION LLC
293. DUNN EQUIPMENT COMPANY
294. DUNN HEAT EXCHANGERS, INC.
295. DUPONT POWDER COATINGS
296. DUVAL CORP.
297. DWIGHT ROYALL
298. DYNAMIC DETAILS TEXAS, LLC
299. DYNEGY POWER CORPORATION
300. ECTOR DRUM CO.
301. EDWARD L WATSON
302. EFH AUSTRALIA (NO. 2) HOLDINGS COMPANY
303. EFH CORPORATE SERVICES COMPANY
304. EFH FINANCE (NO. 2) HOLDINGS COMPANY
305. EFH FS HOLDINGS COMPANY
306. EFH PROPERTIES COMPANY
307. EFH VERMONT INSURANCE COMPANY
308. EILEEN REDICAN
309. EL PASO CORPORATION FOR LONGVIEW REFINING
310. ELAINE HAMM
311. ELECTRO-CHEM ETCHING CO.,INC.
312. ELECTRO-COATINGS, INC.
313. ELEMENTIS CHEMICALS INC.
314. ELIZABETH LAVALLEY
315. ELLEN T WEAVER
316. ELTEX CHEMICAL & SUPPLY CO.
317. ELTON FLOYD
318. EMERSON ELECTRIC CO.
319. ENCLEAN ACQUISITION INC.
320. ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY LLC
321. ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC
322. ENGINE COMPONENTS,INC.
323. ENGINE COMPS., INC/ELECTRO-COATINGS, AEROMOTIVE ENG. CORP.
324. ENOCH KEVER
325. ENPRO INDUSTRIES, INC.
326. ENVIRONMENTAL ENTERPRISES, INC.
327. ERGON, INC. FKA MAGNOLIA MARINE TRANSPORT
328. ETHICON, INC.
329. ETHYL CORP.
330. EULA DEMPSEY

7

331. EURECAT U.S. INCORPORATED
332. EUTECTIC METALS CO.,INC.
333. EVERGREEN HELICOPTERS INC.
334. EXPLORER PIPELINE COMPANY
335. EXXON CORPORATION
336. EXXON MOBIL CORPORATION
337. FAROUK SYSTEMS, INC.
338. FAULKNER CONTRACTORS, INC
339. FEDERAL MOGUL
340. FIN-TECH INC.
341. FLINT INK CORP.
342. FMC CORPORATION
343. FORMOSA PLASTICS CORPORATION, TEXAS
344. FRANK DELANO DONOVAN
345. FRANK MEYERS
346. FREEMAN JARRELL
347. FRESH DEL MONTE PRODUCE CO.
348. FRESNO CHEMICALS CO.
349. FURON METALLIC GASKETS
350. FUSION, INC.
351. GARRISON INDUSTRIES, INC.
352. GARY HAYES
353. GAS EQUIPMENT COMPANY, INC.
354. GATES CORPORATION
355. GATX CORPORATION
356. GAVLON INDUSTRIES INC.
357. GAYLENE MCMAHON
358. GENERAL DYNAMICS CORP.
359. GENERAL DYNAMICS CORPORATION
360. GENERAL ELECTRIC COMPANY
361. GENERAL TIRE & RUBBER
362. GEORGIA GULF CORP.
363. GEORGIA PACIFIC CORP.
364. GEORGIA-PACIFIC CHEMICALS INC.
365. GERALD GOTCHER
366. GERALD JOHNSON
367. GERHARDTS INC
368. GEROGE ENGELLAND
369. GERRY PEARSON
370. GIANT RESOURCE RECOVERY-ATTALLA, INC. (F/K/A M&M CHEMICAL)
371. GIBRALTER FENCE CO.
372. GINA THOMAS
373. GIPSON INDUSTRIAL COATINGS, INC.
374. GLOWPOINT INC
375. GOODMAN COMPANY LP
376. GOODMAN MANUFACTURING COMPANY
377. GOODPASTURE, INC.
378. GOODYEAR TIRE & RUBBER CO.
379. GRACE MANUFACTURING INC.
380. GRAHAM MAGNETICS BY CARLISLE COMPANIES INC.
381. GREAT LAKES CHEMICAL CORP.
382. GREGORY KELLY
383. GREIF BROS. CORPORATION
384. GRIEF, INC.
385. GROENDYKE TRANSPORT, INC.
386. GRUMMAN HOUSTON CORP.
387. GULF PRECISION INDUSTRIES
388. GULF STATES TUBE CORP.
389. H. MUEHLSTEIN & CO., INC.
390. H.B. FULLER CO.
391. HALBERT HUGHES
392. HALLIBURTON
393. HAROLD ELKINS
394. HARRIETTE MARSHALL
395. HARRIS CORP.
396. HARRY FRIER
397. HARVEY BRAU
398. HB FULLER CO.
399. HEARNE STEEL COMPANY, INC.
400. HEARTLAND CEMENT COMPANY
401. HEAT ENERGY ADVANCED TECHNOLOGY,INC
402. HELEN BURT
403. HERBERT ZUREICH
404. HERCULES,INC.

405. HEXCEL CORP.
406. HEXION SPECIALTY CHEMCIALS
407. HITCHCOCK INDUSTRIES, INC.
408. HOBAS PIPE USA
409. HOLCOMB, INC.
410. HOMER GIBBS
411. HOMRICH & BERG INC
412. HONEYWELL OPTOELECTRONICS DIVISION
413. HORACE RILEY
414. HOUSTON BELT & TERMINAL RAILWAY CO.
415. HOUSTON ETCHING CO.
416. HOUSTON MARINE SERVICES
417. HOUSTON OIL AND MINERAL CORP.
418. HOUSTON PLATING CO.
419. HOUSTON SCRAP
420. HOUSTON SHIP REPAIR, INC.
421. HOUSTON SOLVENTS AND CHEMICALS CO.
422. HOUSTON SRE INC.
423. HUBBELL POWER SYSTEMS
424. HUBBELL POWER SYSTEMS, INC.
425. HUNTON & WILLIAMS LLP
426. HUSSMAN CORPORATION
427. HYDRIL COMPANY
428. HYDRITE CHEMICAL CO.
429. HYDRITE CHEMICAL COMPANY
430. IMPERIAL SUGAR COMPANY
431. INSPECTORATE AMERICA CORPORATION
432. INSTRUMENTATION PRODUCTS,INC.
433. INTEGRAL PETROLEUM CORP. - INTEGRAL RESOURCES INC.
434. INTEGRAL RESOURCES INC.
435. INTERCONTINENTAL MFG CO.
436. INTERGULF FUELS HYDROSEP, INC.
437. INTERGULF, INC.
438. INTERNATIONAL FLAVORS & FRAGRANCES, INC.
439. INTERNATIONAL PAPER COMPANY
440. INTERNATIONAL TERMINAL CORP.
441. IQ PRODUCTS
442. IRON MOUNTAIN INFORMATION MANAGEMENT INC.
443. ITEQ INC.
444. J BRYAN
445. J LEMMON
446. J. M. HUBER CORP.
447. J.S. FARRINGTON
448. JACKSON NATIONAL LIFE INSURANCE
449. JAMES A. BURKE
450. JAMES BARRETT
451. JAMES D. KINGSLEY
452. JAMES DIXON
453. JAMES DOWDEN
454. JAMES FITZGERALD
455. JAMES FRAZIER
456. JAMES HESS
457. JAMES KELLEY
458. JAMES LAWSON
459. JAMES JUSTIN MANCHEE
460. JAMES O. MORGAN
461. MANCHEE & MANCHEE LLP
462. GOLDSMITH & ASSOCIATES, LLC
463. SYLVIA A. GOLDSMITH
464. JAMES RIVER CORP./DIXIE PRODUCTS GROUP
465. JAMES RIVERDIXIE/NORTHERN INC.
466. JAMES SCOTT
467. JAMES WELLS
468. JASON T OAKES
469. JC PENNEY CORP. INC.
470. JEFFREY D LERNER
471. JEFFREY M WEISER
472. JEFFREY S AGEE
473. JENNIFER MARIE LEE-SETHI
474. JENNINE R LUNCEFORD
475. JERRY BURT
476. JERRY GREEN

9

477. JERRY PINKERTON
478. JIMMIE C. PITTS
479. JIMMIE PAPE
480. JIMMY BARKER
481. JIMMY ESTES
482. JOAN HUNTER
483. JODI L STABLEIN
484. JOE HOLMES
485. JOE MCCLENDON
486. JOHANN HALTERMANN LTD.
487. JOHN B. LANGE III, CHAPTER 11 TRUSTEE OF WESTBURY COMMUNITY HOSPITAL, LLC
488. JOHN CARLSON
489. JOHN D LIGHTBOURN
490. JOHN FINNERAN
491. JOHN HARDGRAVE
492. JOHN KNIERIM
493. JOHN KRECHTING
494. JOHN M CASEY
495. JOHN MERRITT
496. JOHN MEYER
497. JOHN O'BRIEN
498. JOHN YOUNG
499. JON BLACK
500. JONATHAN A SIEGLER
501. JONES 7-11-7 INC. OF BAYTOWN TEXAS
502. JONES-BLAIR CO.
503. JOSEPH MITCHELL
504. JPMORGAN CHASE BANK
505. JR SIMPLOT CO.
506. JUSTUS B RHODES
507. JW LIGHTING INC.
508. KAMAL JOSHI
509. KANEKA TEXAS CORP.
510. KATE CONWAY
511. KATHLEEN ELLIOTT
512. KATHRYN GRIFFITH
513. KDM CO.
514. KEITH A THOMAS
515. KEITH R WILLIAMS
516. KEN W KAROUZOS
517. KENNETH C GUCKIAN
518. KENNETH D COCHRAN
519. KENNETH PRICE
520. KENNETH WHITE
521. KERMIT STOSBERG
522. KEVEN RICHARDSON
523. KEVIN M KERNAN
524. KEYSTONE VALVE CORP.
525. KIMMY S RUCKER
526. KING AEROSPACE, INC.
527. KIRK A. KING
528. KIRK R OLIVER
529. KNIGHT SERVICES INC.
530. KOCH PIPELINE COMPANY, L.P.
531. KOENIG, INC. OF DELAWARE
532. KOKOSING CONSTRUCTION CO., INC.
533. KOPPERS COMPANY INC. NKA BEAZER EAST, INC.
534. KRIS HILLSTRAND
535. KRISTOPHER E MCCLURE
536. KYLE RODNEY DAVIS
537. L B FOSTER CO.
538. LA GLORIA OIL & GAS COMPANY
539. LANDRETH METAL FORMING, INC.
540. LARRY VON GARDNER
541. LAWRENCE POWELL
542. LAYNE CHRISTENSENT CO.
543. LBC HOUSTON, L.P.
544. LINDA HOGAN
545. LINDA PRICE
546. LINDIAN REYNOLDS
547. LION OIL COMPANY
548. LISA R ALCALA
549. LISA WINSTON
550. LITTON DATA SYSTEMS
551. LIUBA BABAN-LOUTSENKO
552. LLOYD WHITT
553. LOCKE LORD BISSELL & LIDDELL
554. LOCKHEED MARTIN CORP
555. LOMITA GASOLINE COMPANY
556. LONNIE SMITH
557. LONZA CO., INC.
558. LOUISIANA PACIFIC CORP.
559. LOVELL HARP
560. LOWER COLORADO RIVER

561. LOYD ALLEN
562. LSGT GAS COMPANY LLC
563. LUBRIZOL CORPORATION – THE LEGAL DEPARTMENT
564. LUMBERMEN'S MUTUAL CASUALTY COMPANY INSURANCE COMPANY
565. LUMINANT
566. LUMINANT ENERGY COMPANY LLC
567. LUMINANT GENERATION COMPANY LLC
568. LUMINANT HOLDING COMPANY LLC
569. LUMINANT MINING COMPANY LLC
570. LYONDELL CHEMICAL CO.
571. M CHAND
572. M S GREENE
573. MANU ASTHANA
574. MARATHON ASHLAND PIPE LINE LLC
575. MARATHON OIL CO.
576. MARATHON OIL COMPANY
577. MARATHON PETROLEUM COMPANY
578. MARINE PROFESSIONAL SERVICES INC.
579. MARK E KANAVOS
580. MARK E. TANNER
581. MARK LINIADO
582. MARK MCFARLAND
583. MARK PAVELKA
584. MARK TERRY
585. MARK WELCH
586. MARTHA BRITTAIN
587. MARY BRECKENRIDGE
588. MARY HINES
589. MATHESON DIV.(SEARLE MEDICAL PROD.)
590. MATLACK SYSTEMS INC.
591. MATTHEW D POND
592. MATTHEW W SUNSERI
593. MAX B. UNDERWOOD
594. MAZDA MOTORS OF AMERICA,INC.
595. MCKENZIE EQUIPMENT CO.
596. MCP GROUP & MALONE DE MINIMIS PARTIES
597. MCWHORTER RECHNOLOGIES, INC.
598. MEADWESTVACO CORP.
599. MELVIN WALTHER
600. MERICHEM COMPANY
601. MERRILL LYNCH CAPITAL SERVICES
602. METALLIC DEVELOPMENT CORPORATION
603. MICHAEL BLEVINS
604. MICHAEL GREENE
605. MICHAEL JARBOE
606. MICHAEL MCCALL
607. MICHAEL MCNALLY
608. MICHAEL P CHILDERS
609. MICHAEL R REED
610. MICHAEL TEJADA
611. MIGUEL CAREBALLO
612. MILLER BREWING CO.
613. MIRROR INDUSTRIES
614. MISSION PETROLEUM CARRIERS, INC.
615. MITCHELL LUCAS
616. MOBAY CHEMICAL
617. MOLLY THOMPSON
618. MONSANTO COMPANY
619. MORGAN STANLEY CAPITAL GROUP INC
620. MOSTEK
621. MOTOROLA SEMICONDUCTOR PRODUCTS
622. MURIEL REICHLE
623. MURPHY OIL CORP.
624. NACCO INDUSTRIES, INC.
625. NALCO CHEMICAL CO.
626. NALCO COMPANY
627. NATHALIE BAIER
628. NATIONAL FLAME & FORCE, INC.
629. NATURAL GAS ODORIZING, INC.
630. NCA DEVELOPMENT COMPANY LLC

631. NCH CORP.
632. NCH CORP./MOHAWK LABS
633. NICK HERNDON
634. NL INDUSTRIES
635. NL INDUSTRIES, INC
636. NL TREATING CHEMICALS
637. NORTH AMERICAN GALVANIZING & COATINGS, INC.
638. NORTHGATE ARINSO HAROLD BABBIT
639. NUCLEAR SOURCES & SERVICES, INC NSSI RECOVERY SERVICES INC.
640. NUCLEAR SOURCES & SERVICES, INC.
641. OAK GROVE MANAGEMENT COMPANY LLC
642. OAKITE PRODUCTS, INC.
643. OAKLEY SERVICE CO.
644. OCCIDENTAL CHEMICAL
645. OCCIDENTAL CHEMICAL CORP, GLENN SPRINGS HOLDINGS, INC.
646. OCCIDENTAL CHEMICAL CORPORATION
647. ODFJELL TERMINALS (HOUSTON) LP
648. OILGEAR CO.
649. OLSHAN DEMOLITION
650. OME CORP.
651. ONCOR ELECTRIC DELIVERY COMPANY LLC
652. ONDEO NALCO COMPANY
653. ORTHO DIAGNOSTICS, INC.
654. OSCO,INC.
655. OVI INDUSTRIES, LLC
656. OWEN-ILLINOIS
657. OWENS-BROCKWAY GLASS CONTAINER INC.
658. OWENS-ILLINOIS, INC.
659. OXID INCORPORATED
660. PA, INC.
661. PACIFIC INTERMOUNTAIN EXPRESS (PIE)
662. PACIFIC RESOURCE RECOVERY
663. PAKTANK GULF COAST, INC.
664. PALATIAL PRODUCTIONS LLC
665. PARKEM INDUSTRIAL SERVICES,INC.
666. PATRICIA ALLISON & FREEMAN ALLISON
667. PATRICK A DAILEY
668. PAUL B COX
669. PAUL KEGLEVIC
670. PAUL O'MALLEY
671. PAUL SHAMBLIN
672. PAUL SMITH
673. PAUL ZWEIACKER
674. PEARL BREWING LLC
675. PENSION BENEFIT GUARANTY CORPORATION
676. PERMA-FIX ENVIRONMENTAL SERVICES, INC.
677. PETER TINKHAM
678. PETRO UNITED TERMINALS, INC.
679. PETRO-CANADA
680. PETRO-TEX CHEMICAL CORP.
681. PETROMAX REFINING CO LLC
682. PGI INTERNATIONAL LTD
683. PHARMACIA CORPORATION BY SOLUTIA,INC.
684. PHILIP ROACH
685. PHILLIP CRUZ
686. PHILLIP R. SPRINKLE
687. PHOENIX OIL, INC.
688. PILOT INDUSTRIES OF TEXAS INC.
689. PITNEY BOWES, INC.
690. PITT PITTMAN
691. PLACID REFINING COMPANY
692. PLEXMAR RESINS,INC.
693. PLICOFLEX,INC.
694. PM METALLURGICAL LABS INC.
695. POLLUTION CONTROL INDUSTRIES, INC.
696. PPG INDUSTRIES INC.
697. PRAXAIR INC FOR FUSION INC & FORMER LINDE DIVUNION CARBIDE

12

698. PRECISION INTERIOR CONSTRUCTORS
699. PRINTPACK, INC.
700. PRITCHETT ENGINEERING & MACHINE, INC.
701. PROCESSOR & CHEMICAL SERVICES INC.
702. PURE CHEM
703. PUREX INDUSTRIESTURCO PRODUCTS DIV.
704. PVI INDUSTRIES, LLC
705. QUALITY CARRIERS
706. QUANEX CORP.
707. QUANEX CORP. (GULF STATES TUBE DIV)
708. R SOAPE
709. RADIOSHACK CORP.
710. RAFAEL FLORES
711. RALPH JONES
712. RALPH L. DICK
713. RAMON MENDEZ
714. RANDALL T MUELLER
715. RANDY JENKINS
716. RANDY M TIPTON
717. RANDY W GOODE
718. RC FACILITY SERVICES LLC
719. REAGENT CHEMICAL & RESEARCH, INC.
720. REDLAND PRISMO
721. REDLAND PRISMO CO.
722. REED ROCKBIT CO.
723. REED TUBULAR
724. REGINALD A SAUNDERS
725. REICHHOLD INC.
726. REICHOLD CHEMICAL
727. RETZLOFF INDUSTRIES INC.
728. RHODIA, INC.
729. RICHARD BOWEN
730. RICHARD F ALBOSTA
731. RICHARD FEDERWISCH
732. RICHARD HOWARD
733. RICHARD JONES
734. RICHARD K PARKER
735. RICHARD KOBYLAR
736. RICHARD S GRAHAM
737. RICHARD WHITE
738. RICHARD WISTRAND
739. RICHARDS GROUP
740. RICKY GOODWIN
741. RICKY JEANES
742. RIDGEWAYS,INC.
743. RIDGWAY'S LTD
744. RINCHEM RESOURCE RECOVERY
745. ROBERT ALMOND
746. ROBERT BIRD
747. ROBERT L TURPIN
748. ROBERT LOGUE
749. ROBERT RODGERS
750. ROBERT SUMNER SHAPARD
751. ROBINSON NUGENT INC.
752. ROCKWELL COLLINS, INC.
753. ROGER WALKER
754. ROGERS GALVANIZING CO.
755. ROHM & HAAS COMPANY
756. ROHM AND HAAS COMPANY
757. ROMIC ENVIRONMENTAL TECHNOLOGIES CORP.
758. RON COKER
759. RONALD KEENEY
760. RONALD SEIDEL
761. ROY O. MARTIN LUMBER COMPANY, L.L.C.
762. RUBY FINCH
763. RUDOLPH PERRY
764. RUSSELL SMITH
765. RUTH WATKINS
766. RYAN FLASHNICK
767. S HOLCOMB ENTERPRISE, INC.
768. S. I. WAREHOUSING CO, INC.
769. SAB MILLER
770. SAFETY-KLEEN SYSTEMS, INC.
771. SAILESH LAKDAWALA
772. SAINT-GOBAIN PERFORMANCE PLASTICS CORP
773. SAMUEL T CRENSHAW
774. SANDVIK ROCK TOOLS,INC.
775. SANTA FE RAILROAD
776. SCHENECTADY CHEMICAL CO.
777. SCHLUMBERGER LIMITED
778. SCHLUMBERGER TECHNOLOGY CORP.

13

779. SCHUMACHER CO., INC.
780. SCOTT DIERMANN
781. SCOTT LEONARD
782. SCOTT POWELL
783. SEA LION CHEMICAL
784. SEA LION TECHNOLOGY, INC.
785. SERVICE LINES,INC.
786. SGI LIQUIDATING CO.
787. SHELL OIL COMPANY
788. SHERRI R MILTON
789. SHERWIN WILLIAMS CO.
790. SHINTECH INDUSTRIES
791. SHIRLEY THOMAS
792. SIDNEY WATSON
793. SIERRA CLUB EARTH JUSTICE
794. SIERRA CLUB ENVIRONMENTAL INTEGRITY PROJECT
795. SIERRA CLUB SMITH WEBER LLP
796. SILVER REFINERS OF AMERICA
797. SIMON J NEICHERIL
798. SMITH INTERNATIONAL
799. SOLVENTS & CHEMICALS, INC.
800. SOLVENTS AND PETROLEUM SERVICE, INC.
801. SOLVENTS AND PETROLEUM SERVICE, ME.
802. SOUTHEAST TEXAS ENVIRONMENTAL LLC
803. SOUTHERN GRAPHIC SYSTEMS, INC.
804. SOUTHLAND CO.
805. SOUTHWEST GALVANIZING
806. SOUTHWEST SPECIALTY CHEMICALS,INC.
807. SOUTHWESTERN BARGE & FLEET SERVICE
808. SOUTHWESTERN BELL TELEPHONE
809. SOUTHWESTERN PLATING CO., INC. (THE)
810. SPACENET INC
811. STACEY DORE
812. STAN TRANS, INC.
813. STANLEY PROTO INDUSTRIAL TOOLS
814. STANLEY R SOUTHERS
815. STANLEY RAND
816. STANTRANS,INC.
817. STATE OF TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
818. STATE OF TEXAS DEPARTMENT OF AGING AND DISABILITY SERVICES
819. STEELDIP GALVANIZING COMPANY, INC.
820. STEPHEN BRUCE MANNS
821. STEPHEN ELLIS
822. STEPHEN KOPENITZ
823. STEPHEN MUSCATO
824. STEPHEN SMITH
825. STEVE K YOHN
826. STEVE WILLIAMS
827. STEVEN BREWTON
828. STEVEN M PHILLEY
829. STEWART & STEVENSON
830. SUE DAVIS
831. SUN EXPLORATION & PRODUCTION CO.
832. SUNOCO, INC.
833. SUSAN ATTERIDGE
834. SUSAN CRANE,INC.
835. SUSAN E WASILEWSKI
836. SUTTLES TRUCK LEASING, INC.
837. SYMMETRICOM
838. SYNGENTA CROP PROTECTION
839. SYNTEC CHEMICALS
840. SYNTECH CHEMICALS INC.
841. TAEH, INC.
842. TECCOR ELECTRONICS INC.
843. TECO-WESTINGHOUSE MOTOR COMPANY
844. TENNECO CHEMICAL CO.
845. TENNECO OIL CO.
846. TENNECO POLYMERS, INC.
847. TERRENCE L EMBURY
848. TERRY GARDENHIRE
849. TESORO CORP
850. TEX TIN CORP.
851. TEX-LA ELECTRIC COOP. OF

14

TEXAS, INC
852. TEXAS A & M UNIVERSITY SYSTEM (THE)
853. TEXAS ALKYLS, INC.
854. TEXAS CITY REFINING
855. TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC
856. TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
857. TEXAS DEPARTMENT OF CRIMINAL JUSTICE
858. TEXAS DEPARTMENT OF PUBLIC SAFETY
859. TEXAS DEPT. OF TRANSPORTATION
860. TEXAS INSTRUMENTS INC
861. TEXAS INSTRUMENTS INCORPORATED
862. TEXAS INSTRUMENTS, INC.
863. TEXAS NAMEPLATE CO.,INC.
864. TEXAS NATURAL RESOURCE CONSERVATION
865. TEXAS NEW MEXICO POWER CO.
866. TEXAS STEEL & WIRE CORP.
867. THE GOODYEAR TIRE & RUBBER COMPANY
868. THE LAUCKGROUP
869. THE SOLVENTS RECOVERY SERVICE OF NEW JERSEY, INC.
870. THE STANLEY WORKS
871. THE UNITED STATES OF AMERICA
872. THERON HIGGINBOTHAM
873. THOMAS AMBROSE
874. THOMAS BAKER
875. THOMAS JACOBSEN
876. THOMAS WILLIAMS
877. THOMPSON-HAYWARD CHEMICAL CO.
878. TIMOTHY HOGAN
879. TODD J KERSCHBAUM
880. TODD SHIPYARD CORP.
881. TOLLY FRY
882. TOM NARUM CONSTRUCTION
883. TOMMY DUBBERLY
884. TOMMY GRACE
885. TOSHIBA INTERNATIONAL CORP.
886. TOSHIBA INTERNTIONAL CORPORATION
887. TOTAL PETROCHEMICALS USA, INC.
888. TOTAL PETROLEUM
889. TRACY A RATHER
890. TRACY SWINGLE
891. TRAILMASTER TANKS, INC.
892. TRANSBAS, INC.
893. TRANSWESTERN
894. TRELLEBORG COATED SYSTEMS US, INC.
895. TRIANGLE WIRE & CABLE, INC.
896. TRIMAC BULK TRANSPORTATION, INC.
897. TRIMAC TRANSPORTATION
898. TRINITY INDUSTRIES
899. TRINITY INDUSTRIES, INC.
900. TRUCK HARBOR INC.
901. TRUNKLINE GAS COMPANY
902. TRW MISSION MANUFACTURING CO.
903. TXU ENERGY RETAIL COMPANY LLC
904. TXU RETAIL SERVICES COMPANY
905. TYCO VALVES & CONTROLS
906. UNION CARBIDE CORPORATION LEGAL DEPARTMENT
907. UNION PACIFIC RAILROAD COMPANY
908. UNION TANK CAR COMPANY
909. UNITANK TERMINAL SERVICES
910. UNITED EXPRESS
911. UNITED GALVANIZING, INC.
912. UNITED STATES STEEL CORPORATION
913. UNITED TEXAS TRANSMISSION CO.
914. UNITED WAY OF METROPOLITAN DALLAS

15

915. UNITEK ENVIRONMENTAL SERVICES,INC.
916. UNIVAR
917. UNIVAR USA INC.
918. UNIVERSAL BLUEPRINT PAPER CO.
919. UNIVERSITY OF TEXAS - SYSTEMS
920. UPJOHN COMPANY
921. US BRASS
922. US INDUSTRIAL CHEMICAL CO.
923. UTEX INDUSTRIES, INC.
924. V CARUTHERS
925. VAL CAP MARINE SERVICES
926. VALLEY SOLVENT CO.
927. VAN DER HORST CORP. OF AMERICA
928. VARCO
929. VARO SEMICONDUCTOR INC.
930. VERIZON SOUTHWEST
931. VERIZON WIRELESS
932. VERLIE THROCKMORTON
933. VICTOR EQUIPMENT COMPANY
934. VICTOR ZEMANEK
935. VICTORIA SCHMULEN
936. VICTORIA TAYLOR
937. VON THOMPSON
938. VOPAK NORTH AMERICA INC.
939. W. STEWART
940. W.R. GRACE & CO.
941. WADE FREEMAN
942. WALTER D. FENOGLLIO
943. WALTER RENZ
944. WAYNE HARRIS
945. WEATHERFORD U.S., L.P.
946. WEATHERFORD US, INC.
947. WELCHEM,INC
948. WENDELL BARNETT
949. WENDELL CRAIG CRAVEY
950. WESLEY TAYLOR
951. WESTERN GEOPHYSICAL CO.
952. WESTERN SPECIALTY COATINGS CO.
953. WESTINGHOUSE ELECTRIC CORPORATION
954. WESTINGHOUSE MOTOR CO.
955. WHITE CHEMICAL INTERNATIONAL
956. WIL-RON MANUFACTURING CORP.
957. WILEY SANDERS TANK LINES INC
958. WILLIAM BALLARD
959. WILLIAM GRIFFIN
960. WILLIAM H BAILEY
961. WILLIAM KLOTZ
962. WILLIAM MOORE
963. WILLIAM PLATT
964. WILLIAM R. STACHA
965. WILLIAM VOGELSANG
966. WINONICS INC.
967. WITCO CHEMICAL CO.
968. WOMBLE COMPANY, INC.
969. WRIGHT CHEMICAL CORP.
970. XEROX CORP.
971. YOUNGER BROTHERS INCORPORATED
972. YRC INC.
973. ZIMMER INC.
974. ZIMMITE CORP.
975. ZURNPEX, INC.

## CONTRACTUAL COUNTERPARTIES[2]

1. AAA COOPER TRANSPORTATION
2. ACA FAMILY LP (ACOSTA TRUST)
3. ACAP HEALTH CONSULTING, LLC
4. ACE
5. ADVANCED ANALYTICAL LABORATORIES, LLC
6. AEC POWERFLOW LLC
7. AEGIS
8. AETNA INC
9. AIG
10. AIRROSTI REHAB CENTERS

---

[2]  As set forth in EFH Corp.'s Schedules of Assets and Liabilities [D.I. 1237, as amended by D.I. 2146].

LLC
11.  ALAN GARDENHIRE
12.  ALERE WELLBEING, INC.
13.  ALLAN KOENIG
14.  ALLISON MCCOMBE SMALL
15.  AMS CONSULTING
16.  ALONTI
17.  AMERICAN STOCK TRANSFER & TRUST CO, LLC
18.  ANDREW CAMERON
19.  ANDREW WRIGHT
20.  ANGELA YVONNE GUILLORY
21.  ANTHONY HORTON
22.  ANTHONY MEYERS
23.  AON RISK SERVICES SOUTHWEST, INC.
24.  ARCILIA ACOSTA
25.  AREVA SOLAR, INC.
26.  ARGO RE (BERMUDA)
27.  ARNOLD & PORTER LLP
28.  ASSOCIATED ELECTRIC AND GAS INSURANCE SERVICES
29.  ATMOS PIPELINE - TEXAS
30.  ATS LOGISTICS SERVICES, INC.
31.  AVEPOINT, INC.
32.  AXIS
33.  BALCH & BINGHAM LLP
34.  BANK OF AMERICA
35.  BARRY BOSWELL
36.  BARRY SHIPMAN
37.  BEAZLEY
38.  BENJAMIN ELLIOTT
39.  BETTY FLESHMAN
40.  BILLIE WILLIAMSON
41.  BLACKSTONE ADVISORY PARTNERS L P
42.  BLUE CROSS AND BLUE SHIELD OF TEXAS
43.  BLUEWATER STRATEGIES LLC
44.  BOARD VANTAGE INC
45.  BOX, INC
46.  BRAD BARKSDALE
47.  BRADLEY SNYDER
48.  BRADLEY WATSON
49.  BRETT AMHEISER
50.  BRIAN BOSECKER

51.  BRIAN PATRICK
52.  BRIAN TULLOH
53.  BRIAN WENNING
54.  BRIDGELINE DIGITAL FKA MARKETNET, INC
55.  BRIGHTMAN ENERGY, LLC
56.  BROCK DEGEYTER
57.  BRUCE WHITE
58.  BRYCE SCHNEIDER
59.  BURTON HILLS LIMITED, LP (YOUNGBLOOD
60.  BUSINESS IMAGING SYSTEMS, INC
61.  CAPITAL IQ, INC.
62.  CAREMARKPCS HEALTH, L.L.C.
63.  CARL S RICHIE JR ATTORNEY AT LAW
64.  CARLA HOWARD
65.  CARRIE KIRBY
66.  CECILY GOOCH
67.  CELEBRATION
68.  CELLCO PARTNERSHIP
69.  CHARLES HIGDON
70.  CHARLES KOUDELKA
71.  CHAT YORK
72.  CHERYL STEVENS
73.  CHRIS WHITE
74.  CHUBB ATLANTIC INDEMNITY LTD. (BERMUDA)
75.  CITIBANK, N.A
76.  CLAUDIA MORROW
77.  CLIFFORD WATSON
78.  CLINTON CARTER
79.  COLIN CARRELL
80.  COMANCHE PEAK NUCLEAR POWER COMPANY LLC
81.  COMTEK GROUP
82.  CONTINUANT INC
83.  CRAIG INGERTO
84.  CREDIT SUISSE INTERNATIONAL
85.  CULINAIRE INTERNATIONAL BELO
86.  CURTIS LIGHTLE
87.  CYNTHIA EWERT
88.  D FRANK STONGER

17

| | |
|---|---|
| 89. | DALE WALLING |
| 90. | DALLAS SERIES OF LOCKTON COMPANIES, LLC |
| 91. | DANIEL BRYANT |
| 92. | DANIEL KELLY |
| 93. | DAVID FARANETTA |
| 94. | DAVID GARRETT |
| 95. | DAVID GOODWIN |
| 96. | DAVID KROSS |
| 97. | DAVID LYNCH |
| 98. | DAVID MORRIS |
| 99. | DAVID QUIRAM |
| 100. | DAVID SISK |
| 101. | DCI GROUP, LLC |
| 102. | DEL MCCABE |
| 103. | DELOITTE AND TOUCHE, LLP |
| 104. | DIGABIT INC |
| 105. | DONALD EVANS |
| 106. | DONALD JOHNSON |
| 107. | DONALD SMITH |
| 108. | DONAN MZYK |
| 109. | DOUGLAS DAVIS |
| 110. | DOUGLAS WILKS |
| 111. | DOW JONES LEGAL DEPARTMENT |
| 112. | DR RICHARD A MESERVE |
| 113. | DUFF & PHELPS LLC |
| 114. | DUN AND BRADSTREET, INC |
| 115. | EDDIE CAVAZOS |
| 116. | EDWARD WILLIAMS |
| 117. | ENDURANCE |
| 118. | ENERGY INSURANCE MUTUAL (EIM) |
| 119. | EPIQ BANKRUPTCY SOLUTIONS LLC |
| 120. | EPSILON POWER FUNDING, LLC |
| 121. | EQUATERRA, INC. |
| 122. | EVERCORE GROUP LLC |
| 123. | EXTEND HEALTH INC |
| 124. | FEDERAL |
| 125. | FLOYD NICKERSON |
| 126. | FM GLOBAL |
| 127. | FORSYTHE SOLUTIONS GROUP, INC. |
| 128. | FRANKLIN ADVISORS, INC. |
| 129. | FRED MADDEN |
| 130. | FREEMAN JARRELL |
| 131. | FRIED FRANK HARRIS SHRIVER & JACOBSON |
| 132. | FULBRIGHT & JAWORSKI LLP |
| 133. | FUTURECOM |
| 134. | GABRIEL CASTRO |
| 135. | GABRIEL VAZQUEZ |
| 136. | GARRY WAGGONER |
| 137. | GARY KUSIN |
| 138. | GARY MOORE |
| 139. | GE INFRASTRUCTURE; WATER AND PROCESS TECHNOLOGIES |
| 140. | GEORGE BOUDREAU |
| 141. | GERRY PEARSON |
| 142. | GIBSON DUNN & CRUTCHER LLP |
| 143. | GIMMAL GROUP, INC. |
| 144. | GLENN WILLIAMS |
| 145. | GREGORY POWER PARTNERS, LP |
| 146. | GREGORY SANTOS |
| 147. | HARRY FRIER |
| 148. | HCC |
| 149. | HEWITT ENNISKNUPP, INC |
| 150. | HIS CERA INC. |
| 151. | HMWK LLC |
| 152. | HOWARD SMITH |
| 153. | IMPERIUM PUBLIC AFFAIRS |
| 154. | INFORMATION TECHNOLOGY SERVICES, DELOITTE TECHNICAL LIBRARY, DELOITTE SERVICES LP |
| 155. | INSTITUTE FOR CORPORATE PRODUCTIVITY |
| 156. | INTERGEN US HOLDINGS LLC |
| 157. | INTRALINKS, INC. |
| 158. | JACK ROBERTS |
| 159. | JACK W GULLAHORN PC |
| 160. | JACKSON SJOBERG MCCARTHY & TOWNSEND LLP |
| 161. | JAMES A. BURKE |
| 162. | JAMES GRAVES |
| 163. | JAMES SAVINA |
| 164. | JAMES WILLIAMS |
| 165. | JAVELIN ENERGY, LLC |
| 166. | JAY BYS |

18

167. JEFFERY WESTERHEIDE
168. JEFFREY CAMP
169. JEFFREY MASON
170. JEFFREY NOBLE
171. JEFFREY WALKER
172. JENNIFER JARRELL
173. JERRY POLAND
174. JOHN BARNETT
175. JOHN DUESSEL
176. JOHN GEARY
177. JOHN HANCOCK LIFE INSURANCE CO (USA)
178. JOHN HANCOCK PARTNERSHIP HOLDINGS I, L.P.
179. JOHN HANCOCK PARTNERSHIP HOLDINGS II, L.P.
180. JOHN HILDRETH
181. JOHN MUNN
182. JOHN O'BRIEN
183. JOHN WHIPPLE
184. JOHN YOUNG
185. JOSE A. NAVARRO
186. JOSEPH HO
187. JOSEPH MITCHELL
188. JPMORGAN CHASE
189. JPMORGAN CHASE BANK, N.A.
190. JPMORGAN CHASE VIA METLIFE
191. K&L GATES
192. KEITH JOHNSON
193. KELLI ROD
194. KENNETH PETERS
195. KIMBERLY MIRELES
196. KIMMY KOONCE
197. KIRK WHITE
198. KNEELAND YOUNGBLOOD
199. KRISTOPHER MOLDOVAN
200. LAURIE FENSTEMAKER PAIR
201. LAZARD FRERES & CO., LLC
202. LEVEL 3 COMMUNICATIONS
203. LIBERTY MUTUAL/SAFECO
204. LIFE ACCOUNT, LLC D/B/A COMPASS PROFESSIONAL HEALTH SERVICES
205. LINKEDIN
206. LISA A GARCIA
207. LISA BLOCKER
208. LOVELACE, D. BOYD
209. LPI CONSULTING INC
210. LUMINANT GENERATION COMPANY LLC
211. M. S. GREENE
212. MADISON GROUP LLC
213. MAGELLAN BEHAVIORAL HEALTH, INC.
214. MALICK, AARON RAVI
215. MAMAS DAUGHTER DINER
216. MARK GRIFFIN
217. MARK MCFARLAND
218. MARKIT GROUP LIMITED
219. MARSH USA INC
220. MARY RUSSELL
221. MATTHEW GOERING
222. MCGUIREWOODS LLP
223. MCKINLEY MARKETING PARTNERS, INC.
224. MEHLMAN VOGEL CASTAGNETTI INC
225. MELLON BANK MELLON GLOBAL SECURITIES SERVICES
226. MERCER
227. MERCER INVESTMENT CONSULTING, INC.
228. MERRILL LYNCH CAPITAL SERVICES, INC.
229. METROPOLITAN LIFE INSURANCE COMPANY
230. MGROUP STRATEGIES
231. MHI NUCLEAR NORTH AMERICA, INC.
232. MICHAEL BLEVINS
233. MICHAEL BRIDGMAN
234. MICHAEL CARTER
235. MICHAEL GRASSO
236. MICHAEL GREENE
237. MICHAEL MCBAY
238. MICHAEL MORRISS
239. MICHAEL SMITH
240. MIGNON MCGARRY
241. MIKE KELLY
242. MILLER & CHEVALIER CHARTERED

19

243. MITSUBISHI HEAVY INDUSTRIES, LTD.
244. MITSUBISHI NUCLEAR ENERGY SYSTEMS, INC.
245. MOLLY THOMPSON
246. MONITOR
247. MORGAN STANLEY CAPITAL SERVICES LLC
248. NANCY PERRY
249. NANCY SHAIKH
250. NATHANIEL HUCKABAY
251. NAVIGATORS
252. NORTEX MIDSTEAM PARTNERS, LLC
253. NRG ENERGY, INC.
254. NUCLEAR ENERGY FUTURE HOLDINGS II LLC
255. NUCLEAR ENERGY FUTURE HOLDINGS LLC
256. NUCLEAR ENERGY LIABILITY INSURANCE ASS DBA AMERICAN NUCLEAR INSURERS
257. NUCLEAR INSURANCE INSURANCE LIMITED
258. O'NEILL, ATHY & CASEY PC
259. OIL CASUALTY INSURANCE, LTD. (OCIL)
260. PATRICK CHASE
261. PATRICK DRAKE
262. PATRICK MCINROE
263. PATRICK WILLIAMS
264. PAUL KEGLEVIC
265. PAY GOVERNANCE LLC
266. PERELLA WEINBERG PARTNERS LP
267. PHIL GAMBLE
268. PHILIPPE SEIDLER
269. PHILIPS & MEACHUM PUBLIC AFFAIRS
270. PIRA ENERGY GROUP
271. PIZZA HUT
272. PLANT EQUIPMENT & SERVICES, INC.
273. PLANT RECOVERY COMPANY
274. POLAN CULLEY ADVOCACY GROUP
275. POLITICO
276. PORTIA DI ROMA
277. PRICEWATERHOUSECOOPERS LLP
278. PUBLIC STRATEGIES INC
279. QWEST COMMUNICATIONS CO LLC
280. R AND L CARRIERS, INC.
281. RAFAEL FLORES
282. RALPH L. DICK
283. RC DELTA HOLDINGS, LLC
284. RICHARD FEDERWISCH
285. RICHARD W BORCHARDT
286. RICHARDS LAYTON & FINGER PA
287. RICKY GOODWIN
288. RICKY JEANES
289. RISSING STRATEGIC LLC
290. RLI
291. ROBERT BAKER
292. ROBERT BIRD
293. ROBERT FRENZEL
294. ROBERT HALF FINANCE & ACCOUNTING
295. ROBERT HALF INTERNATIONAL INC.
296. ROBERT LANE
297. ROBERT MOUSSAID
298. ROCK ENGLISH
299. ROGER REUTER
300. RSUI (CRC)
301. RUBEN GARCIA
302. RUSSELL MAYS
303. RUSSELL SMITH
304. RYAN LLC
305. RYAN MACKINNON VASAPOLI & BERZOK LLP
306. SAIC ENERGY, ENVIRONMENT & INFRASTRUCTURE, LLC
307. SAMUDRA SEN
308. SAS INSTITUTE, INC.
309. SCOTT AND WHITE HEALTH PLAN
310. SCOTT DIERMANN
311. SCOTT HUDSON

312. SHANNON CARAWAY
313. SIDLEY AUSTIN LLP
314. SMARTPROS LTD.
315. SPONSOR GROUP/CO-INVESTORS
316. SPONSOR GROUP/LEHMAN BROTHERS INC.
317. STACEY DORE
318. STACY HOY
319. STAN SCHLUETER
320. STANDARD & POOR'S FINANCIAL SERVICES LLC
321. STANLEY SZLAUDERBACH
322. STARR
323. STARR AVIATION ON BEHALF FEDERAL INSURANCE CO.
324. STARR COMPANIES
325. STEPHANIE MOORE
326. STEPHEN ELLIS
327. STEPHEN HORN
328. STEPHEN KOPENITZ
329. STEPHEN MUSCATO
330. STEPHEN SKIDD
331. STEPHEN SMITH
332. STEPHEN STUCKEY
333. STEPHENS LITTLE INC.
334. STEVE PARKER
335. STEVEN SEWELL
336. SYBASE, INC
337. TALLEY & ASSOCIATES
338. TELVENT DTN, LLC
339. TERRY EATON
340. TERRY NUTT
341. TEX-LA ELECTRIC COOP. OF TEXAS, INC
342. TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC
343. TEXAS ENERGY FUTURE HOLDINGS LIMITED PARTNERSHIP
344. TEXAS ENERGY FUTURE HOLDINGS LP
345. THE BANK OF NEW YORK MELLON
346. THE BANK OF NEW YORK MELLON TRUST CO
347. THE EOP GROUP
348. THE INSTITUTE FOR APPLIED NETWORK SECURITY, LLC
349. THE LAW OFFICES OF JOHN CHARLES SHERWOOD
350. THERON HIGGINBOTHAM
351. THOMAS BAKER
352. THOMAS MCCOOL
353. THOMAS ONEY
354. THOMAS ROSE
355. THOMAS SUTTON
356. THOMPSON REUTER
357. TIFFANY SILVEY
358. TIME WARNER CABLE BUSINESS CLASS
359. TIMOTHY HOGAN
360. TLO
361. TOMMY GRACE
362. TORUS
363. TOWERS WATSON PENNSYLVANIA INC
364. TRANSNEXUS, INC.
365. TRAVIS EUGENE JERNIGAN
366. VICKI OSWALT
367. VINSON & ELKINS L.L.P.
368. VON THOMPSON
369. VOX MOBILE LLC
370. WACHTELL LIPTON ROSEN & KATZ
371. WAGEWORKS, INC.
372. WAYNE HARRIS
373. WELLS FARGO BANK NORTHWEST NA
374. WEST, A THOMSON REUTERS BUSINESS
375. WILLIAM MOORE
376. WILLIAM REILLY
377. WILLIAM REPPA
378. WILSON, BRETT
379. WINDSTREAM COMMUNICATIONS
380. WINDSTREAM COMMUNICATIONS, INC.
381. WOLFRAM RESEARCH
382. XL INSURANCE (BERMUDA)

21

LTD.
383. XL SPECIALTY INSURANCE COMPANY
384. XOJET ON
385. ZBIGNIEW KANIEWSKI
386. ZOLFO COOPER LLC

**LITIGANTS**
1. A W CHESTERTON CO
2. A O SMITH CORPORATION
3. ABLE SUPPLY CO.
4. AFTON PUMPS INC
5. AMERICAN STANDARD INC
6. AMETEK INC
7. AQUA CHEM INC
8. ASTENJOHNSON INC
9. AUSTIN INDUSTRIAL INC.
10. BECHTEL CONSTRUCTION CO.
11. BECHTEL ENERGY CORP.
12. BECHTEL ENTERPRISE HOLDING INC.
13. BECHTEL ENVIRONMENTAL INC.
14. BECHTEL EQUIPMENT OPERATIONS INC.
15. BECHTEL GROUP INC
16. BECHTEL INFRASTRUCTURE CORP.
17. BECHTEL NATIONAL INC.
18. BECHTEL POWER CORPORATION
19. BECHTEL PERSONNEL & OPERATIONAL SERVICES INC.
20. BONDEX INTERNATIONAL INC
21. BW IP INC
22. CARRIER CORPORATION
23. CERTAINTEED CORPORATION
24. CHAMPLAIN CABLE CORPORATION
25. CLEAVER BROOKS INC
26. COLFAX CORPORATION
27. COPES-VULCAN INC
28. CRANE COMPANY
29. DANA CORPORATION
30. DEPCO CORPORATION
31. DRESSER INDUSTRIES, INC.
32. EECI, INC.
33. ELLIOTT TURBOMACHINERY

COMPANY, INC.
34. ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY LLC
35. EXPERIAN INFORMATION SOLUTIONS INC
36. FAIRBANKS MORSE PUMP COMPANY
37. FLINTKOTE COMPANY
38. FLOWSERVE CORPORATION
39. FLUOR CORPORATION
40. FLUOR DANIELS MAINTENANCE SERVICES INC.
41. FLUOR DANIELS SERVICES CORP.
42. FLUOR DANIELS WILLIAMS BROTHERS
43. FLUOR ENTERPRISES INC
44. FLUOR HOLDING CO. LLC
45. FLUOR TEXAS INC.
46. FMC CORPORATION
47. FOSTER WHEELER ENERGY CORP
48. GARLOCK SEALING TECHNOLOGIES INC
49. GENERAL ELECTRIC CO
50. GENERAL MOTORS CORP
51. GENERAL REFRACTORIES COMPANY
52. GOODYEAR TIRE & RUBBER CO
53. GOULDS PUMPS INC
54. GREENE TWEED & CO INC
55. GUARD LINE INC
56. GEORGIA PACIFIC CORP
57. HENRY VOGT MACHINE CO
58. HONEYWELL INC
59. IMO DELAVAL INC.
60. IMO INDUSTRIES INC
61. INGERSOLL RAND CORP
62. INGERSOLL RAND CO
63. JM MANUFACTORING COMPANY INC
64. KELLOGG, BROWN AND ROOT
65. KELLY MOORE PAINT COMPANY
66. LAMONS METAL GASKET COMPANY
67. LSGT GAS COMPANY LLC
68. LUMINANT ENERGY COMPANY LLC

46097232v12

69. LUMINANT GENERATION COMPANY LLC
70. LUMINANT MINING COMPANY LLC
71. MASSEY ENERGY CORP.
72. MID VALLEY INC
73. NRG ENERGY, INC.
74. OAKFABCO INC
75. OWENS ILLINOIS INC
76. PHILIPS ELECTRONICS NORTH AMERICA CORP.
77. PROKO INDUSTRIES INC
78. QUIGLEY CO INC
79. RILEY POWER INC
80. RILEY STOKER CORPORATION
81. SAINT GOBAIN ABRASIVES INC
82. SEPCO CORPORATION
83. SPX CORPORATION
84. STANDCO INDUSTRIES INC
85. T H AGRICULTURE & NUTRITION LLC
86. TEXAS ENERGY INDUSTRIES COMPANY, INC.
87. TEXAS UTILITIES COMPANY, INC.
88. TRANE COMPANY
89. TXU ENERGY RETAIL COMPANY LLC
90. UNION CARBIDE CORP.
91. UNITED CONVEYOR CORP
92. VIACOM INC
93. YORK INTERNATIONAL CORP
94. ZURN INDUSTRIES INC

**ADDITIONAL PARTIES IN INTEREST**
1. WILMINGTON TRUST, N.A.
2. BOKF, NA (D/B/A BANK OF ARIZONA)
3. ANGELO GORDON & CO., L.P.
4. APOLLO MANAGEMENT HOLDINGS L.P.
5. BROOKFIELD ASSET MANAGEMENT PRIVATE INSTITUTIONAL CAPITAL ADVISER (CANADA), L.P.
6. CENTERBRIDGE PARTNERS, L.P.
7. FORTRESS CREDIT OPPORTUNITIES ADVISERS LLC
8. FRANKLIN ADVISERS, INC.
9. FRANKLIN MUTUAL ADVISERS, LLC
10. KING STREET CAPITAL MANAGEMENT, L.P.
11. MASON CAPITAL LP
12. OAKTREE CAPITAL MANAGEMENT, L.P.
13. OZ MANAGEMENT LP
14. PAULSON & CO., INC.
15. PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
16. YOUNG CONAWAY STARGATT & TAYLOR, LLP
17. WILMINGTON SAVINGS FUND SOCIETY, FSB (A/K/A CHRISTIANA TRUST)
18. APPALOOSA MANAGEMENT, L.P.
19. CI HOLDCO LTD.
20. MOUNT KELLETT CAPITAL MANAGEMENT LP
21. TACONIC CAPITAL ADVISORS L.P.
22. BROWN RUDNICK LLP
23. ASHBY & GEDDES, P.A.
24. TROUTMAN SANDERS LLP
25. LAW DEBENTURE TRUST COMPANY OF NEW YORK
26. ANCHORAGE CAPITAL GROUP, L.L.C.
27. ARROWGRASS CAPITAL PARTNERS (US) LP
28. BLACKROCK FINANCIAL MANAGEMENT, INC.
29. CYRUS CAPITAL PARTNERS, L.P.
30. DEUTSCHE BANK SECURITIES INC.
31. DO S1 LIMITED
32. WHITE & CASE LLP
33. FOX ROTHSCHILD LLPC
34. TEX-LA ELECTRIC COOPERATIVE OF TEXAS, INC.
35. DYKEMA GOSSETT PLLC
36. BRICKFIELD, BURCHETTE, RITTS & STONE, P.C.
37. CSC TRUST COMPANY OF DELAWARE

38. BLUEMOUNTAIN CAPITAL MANAGEMENT LLC
39. CYRUS CAPITAL PARTNERS
40. HALCYON ASSET MANAGEMENT LLC
41. LUXOR CAPITAL GROUP, LP
42. OWL CREEK ASSET MANAGEMENT, L.P.
43. SOUTHPAW CREDIT OPPORTUNITY MASTER FUND LP
44. VR ADVISORY SERVICES LTD.
45. VR GLOBAL PARTNERS, L.P.
46. ROPES & GRAY LLP
47. DRINKER BIDDLE & REATH LLP
48. COLE, SCHOTZ, MEISEL, FORMAN & LEONARD P.A.
49. COMPUTERSHARE TRUST COMPANY, N.A.
50. ANCHORAGE CAPITAL GROUP, LLC
51. ARCHVIEW INVESTMENT GROUP
52. ARCHVIEW FUND LP
53. ARCHVIEW MASTER FUND LTD.
54. CYRUS CAPITAL PARTNERS
55. ELLIS LAKE MASTER FUND, LP
56. FARMSTEAD CAPITAL MANAGEMENT, LLC
57. GRANTHAM, MAYO, VAN OTTERLOO & CO., LLC
58. MACQUARIE BANK LIMITED
59. MAGNETAR FINANCIAL LLC
60. MANIKAY MASTER FUND, L.P.
61. MARATHON ASSET MANAGEMENT LP
62. MORGAN STANLEY & CO. LLC
63. NAPIER PARK GLOBAL CAPITAL
64. OAK HILL ADVISORS, L.P.
65. OMEGA ADVISORS, INC.
66. SKYTOP CAPITAL MANAGEMENT LLC
67. TACONIC CAPITAL ADVISORS LP
68. WHIPPOORWILL ASSOCIATES, INC.
69. KRAMER LEVIN NAFTALIS & FRANKEL LLP
70. PACHULSKI STANG ZIEHL & JONES LL

71. UMB BANK, N.A.
72. AVENUE CAPITAL MANAGEMENT II, LP
73. AVENUE CAPITAL MANAGEMENT II GENPAR, LLC
74. GSO CAPITAL PARTNERS LP
75. P. SCHOENFELD ASSET MANAGEMENT LP
76. THIRD AVENUE MANAGEMENT LLC
77. YORK CAPITAL MANAGEMENT GLOBAL ADVISORS, LLC
78. AKIN GUMP STRAUSS HAUER & FELD LLP
79. COUSINS CHIPMAN & BROWN, LLP

## SHAREHOLDERS

1. ABU DHABI INVESTMENT AUTHORITY
2. ACA FAMILY LP (ACOSTA TRUST)
3. ACOSTA, ARCILIA C.
4. ALPINVEST PARTNERS CO-INVESTMENTS 2007 CV
5. ALVARO
6. AP TXU HOLDINGS LLC
7. ASF PARK SUB 2 LP
8. AXA CAPITAL AMERICA LP
9. AXA CDP CO-INVESTMENT FUND FCPR
10. AXA CO-INVESTMENT FUND II FCPR
11. BAKER, THOMAS
12. BANK OF NOVA SCOTIA, THE
13. BCIMC (WCBAF) PRIVATE PLACEMENT (2006) INVESTMENT CORP.
14. BCIMC PRIVATE PLACEMENT (2006) INVESTMENT CORP.
15. BIRD, ROBERT D., JR.
16. BLACK CANYON DIRECT INVESTMENT FUND LP
17. BLEVINS, MICHAEL R.
18. BOSECKER, BRIAN TIMOTHY
19. BURTON HILLS LIMITED LP
20. CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM

46097232v12

21. CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM
22. CANYON BALANCED EQUITY MASTER FUND LTD.
23. CANYON TXU LP
24. CANYON VALUE REALIZATION FUND LP
25. CENTAURUS CAPITAL LLC
26. CENTAURUS TEF LP
27. CITIGROUP
28. CITIGROUP ALTERNATIVE INVESTMENTS CORP.
29. CITIGROUP ALTERNATIVE INVESTMENTS LLC
30. CO-INVESTMENT CAPITAL PARTNERS LP
31. CO-INVESTMENT PARTNERS (NY) LP (LEXINGTON PARTNERS)
32. CO-INVESTMENT PARTNERS 2005 LP (LEXINGTON PARTNERS)
33. CPP INVESTMENT BOARD (USRE II) INC.
34. CUMBRIA LP
35. DAVIS, DOUGLAS L.
36. DEGEYTER, BROCK M.
37. DICK, RALPH L.
38. DIERMANN, SCOTT L.
39. ECOFIN CO-INVESTMENT LP
40. ECOFIN TXU LP
41. ECP I (NE ENERGY IP) LP
42. ELLIOTT ASSOCIATES LP
43. ELLIOTT INTERNATIONAL LP
44. ELLIS, STEPHEN L.
45. ENERGY CAPITAL PARTNERS I LP
46. ENERGY CAPITAL PARTNERS I-A LP
47. EVANS, DONALD L.
48. FEDERWISCH, RICHARD R.
49. FINVEST CAPITAL LTD.
50. FRIER, HARRY LEONARD, JR.
51. GEARY, JOHN WILLIAM
52. GOLDMAN SACHS & CO.
53. GOOCH, CECILY SMALL
54. GOODWIN, RICKY BOB
55. GRACE, TOMMY GLEN, JR.
56. GREENE, M.S.
57. GRIFFIN, MARK JOHN
58. GS CAPITAL PARTNERS
59. GS CAPITAL PARTNERS VI FUND LP
60. GS CAPITAL PARTNERS VI PARALLEL LP
61. GS GLOBAL INFRASTRUCTURE PARTNERS I LP
62. GS INFRASTRUCTURE OFFSHORE TXU HOLDINGS LP
63. GS INSTITUTIONAL INFRASTRUCTURE PARTNERS I LP
64. GSCP VI GERMANY TXU HOLDINGS LP
65. GSCP VI OFFSHORE TXU HOLDINGS LP
66. GUILLORY, ANGELA YVONNE WILLIAMS
67. HAMILTON LANE CO-INVESTMENT FUND LP
68. HARRIS, WAYNE L.
69. HIGDON, CHARLES A.
70. HIGGINBOTHAM, THERON DALE, JR. "DALE"
71. HOGAN, TIMOTHY ROSS "TIM"
72. HRJ GROWTH CAPITAL II (NQ) LP
73. HRJ GROWTH CAPITAL II LP
74. HVB CAPITAL PARTNERS AG
75. INSTITUTIONAL BENCHMARK (MASTER FEEDER) LTD.
76. INSTITUTIONAL BENCHMARKS SERIES (MASTER FEEDER) IN RESPECT OF THE
77. JARRELL, FREEMAN, JR.
78. JEANES, RICKY L.
79. KKR 2006 FUND LP
80. KKR ASSOCIATES RESERVE LLC
81. KKR PARTNERS III LP
82. KKR PEI INVESTMENTS LP
83. KOHLBERG KRAVIS ROBERTS & CO. LP
84. KOONCE, KIMMY SUE
85. KOPENITZ, STEPHEN JOHN
86. KROSS, DAVID CHRISTOPHER
87. KUWAIT INVESTMENT AUTHORITY

25

88. LEHMAN BROTHERS
89. LGT CAPITAL INVEST LTD.
90. LIGHTLE, CURTIS L.
91. MACVEST 1 LTD.
92. MADDEN, FRED WEBSTER, JR.
93. MASON CAPITAL SPV I LLC
94. MASON CAPITAL SPV I LP
95. MCBAY, MICHAEL RAYMOND
96. MCCABE, DEL ANDREW
97. MESERVE, RICHARD A., DR.
98. MEYERS, ANTHONY MICHAEL
99. MOOR, GARY LEE
100. MOORE, STEPHANIE ZAPATA
101. MOORE, WILLIAM A.
102. MORGAN STANLEY
103. MORGAN STANLEY & CO. INC.
104. MORLEY INVESTMENTS LTD.
105. NB CO-INVESTMENT GROUP LP
106. NB CO-INVESTMENT PARTNERS LP
107. NB FUND OF FUNDS XVIII – CO-INVESTMENT HOLDING LP
108. NB PEP INVESTMENTS I LP (INC.)
109. NB SECONDARY OPPORTUNITIES POOLING LP
110. NB TANGIBLE ASSETS FUND LP
111. NEUBERGER BERMAN
112. NEW YORK LIFE CAPITAL PARTNERS III LP
113. NEW YORK LIFE CAPITAL PARTNERS III-A LP
114. NORINCHUKIN BANK, THE
115. NORTHWESTERN MUTUAL LIFE INSURANCE CO., THE
116. OPERF CO-INVESTMENT LLC
117. OPTRUST PRIVATE EQUITY DIRECT NA I INC.
118. PEARSON, GERRY LEE
119. PI CO-INVEST LLC
120. QUINTANA ENERGY FUND-FI LP
121. QUINTANA ENERGY FUND-TE LP
122. QUINTANA ENERGY PARTNERS LP
123. QUIRAM, DAVID
124. REILLY, WILLIAM K.
125. ROSE, THOMAS WAYNE

126. ROSEMONT SOLEBURY CO-INVESTMENT FUND (OFFSHORE) LP
127. ROSEMONT SOLEBURY CO-INVESTMENT FUND LP
128. SAGEVIEW CAPITAL LP
129. SAVINA, JAMES J.
130. SKIDD, STEPHEN N.
131. SMITH, DONALD B.
132. SMITH, RUSSELL ALAN
133. SMITH, STEPHEN L.
134. SPEEDY INVESTMENT PTE LTD.
135. STATE STREET
136. STOCKWELL FUND LP
137. STONGER, D. FRANK
138. STRATEGIC CO-INVESTMENT PARTNERS LP
139. TEACHERS INSURANCE & ANNUITY ASSOCIATION OF AMERICA
140. TEXAS ENERGY FUTURE CAPITAL HOLDINGS LLC
141. TEXAS ENERGY FUTURE CO-INVEST LP
142. TEXAS ENERGY FUTURE HOLDINGS LP
143. TEXAS ENERGY INDUSTRIES COMPANY, INC.
144. THOMPSON, MOLLY M.
145. THOMPSON, VON WADE
146. TPG FOF V-A LP
147. TPG FOF V-B LP
148. TPG MANAGEMENT LP
149. TPG PARTNERS IV LP
150. TPG PARTNERS V LP
151. TPG PARTNERS V LP
152. TULLOH, BRIAN T.
153. WHIPPLE, JOHN CHRISTOPHER
154. WILKS, DOUGLAS GREG
155. WILLIAMSON, BILLIE IDA
156. YOUNG, JOHN F.
157. YOUNGBLOOD, KNEELAND

**UNITED STATES TRUSTEE, JUDGES AND COURT CONTACTS FOR THE**

## DISTRICT OF DELAWARE (AND KEY STAFF MEMBERS)

1. ATTIX, LAUREN
2. BELLO, RACHEL
3. BIRD, DAVID D.
4. BUCHBINDER, DAVID
5. CAPP, LAURIE
6. CAREY, KEVIN J.
7. DEANGELIS, ROBERTA A.
8. DORTCH, SHAKIMA L.
9. FARRELL, CATHERINE
10. FOX, TIMOTHY J., JR.
11. GADSON, DANIELLE
12. GIORDANO, DIANE
13. GREEN, CHRISTINE
14. GROSS, KEVIN
15. GROTTINI, DONNA
16. HACKMAN, BENJAMIN
17. HANEY, LAURA
18. HECK, JEFFREY
19. HUNT, NANCY
20. JOHNSON, LORA
21. KENNEY, MARK
22. LEAMY, JANE
23. MARVEL, IVONE
24. MURRAY, TONY
25. O'MALLEY, JAMES R.
26. PANACIO, MICHAEL
27. PATTON, TIIARA
28. SARKESSIAN, JULIET
29. SCARUZZI, SHERRY
30. SCHEPACARTER, RICHARD
31. SCHWARTZ, ANDREA
32. SHANNON, BRENDAN L.
33. SONTCHI, CHRISTOPHER S.
34. SZYMANSKI, CHERYL
35. TINKER, T. PATRICK
36. VINSON, RAMONA
37. WALKER, JILL
38. WALRATH, MARY F.
39. WALSH, PETER J.
40. WERKHEISER, RACHEL
41. WEST, MICHAEL
42. WYNN, DION

**Schedule 2**

(to Marwil Declaration)

**Current[1] and Former Clients**

| Matched Entity | Category with Respect to Party in Interest[2] | Relationship to Proskauer |
|---|---|---|
| AXIS | Insurance Companies | Current Client |
| Unicare Life & Health Insurance Company | Insurance Companies | Current Client |
| Bank of America, N.A. | Banks | Current Client |
| JPMorgan Chase Bank, N.A. | Banks | Current Client |
| American Standard Inc. | Litigants | Current Client |
| Colfax Corporation | Litigants | Current Client |
| Georgia Pacific Corp. | Litigants and Unsecured Creditors | Current Client |
| Kellogg, Brown and Root | Litigants | Current Client |
| Union Carbide Corp. | Litigants | Current Client |
| Viacom Inc. | Litigants | Current Client |
| American Stock Transfer Trust Co. | Unsecured Creditors | Current Client |
| Alcoa Inc. | Unsecured Creditors | Current Client |
| Arkema Inc. | Unsecured Creditors | Current Client |
| BASF Corporation | Unsecured Creditors | Current Client |
| BNSF Railway Co. | Unsecured Creditors | Current Client |
| Cargill Inc. | Unsecured Creditors | Current Client |
| CBS Corporation | Unsecured Creditors | Current Client |
| Charles Terry | Unsecured Creditors | Current Client |
| Chevron Corporation | Unsecured Creditors | Current Client |
| Cintas Corp. | Unsecured Creditors | Current Client |
| David Campbell | Unsecured Creditors | Current Client |
| Dow Chemical Company | Unsecured Creditors | Current Client |
| Emerson Electric Co. | Unsecured Creditors | Current Client |
| General Dynamics Corp. | Unsecured Creditors | Current Client |
| Georgia Gulf Corp. | Unsecured Creditors | Current Client |
| Halliburton | Unsecured Creditors | Current Client |
| Hercules, Inc. | Unsecured Creditors | Current Client |
| Hexcel Corp. | Unsecured Creditors | Current Client |
| International Flavors & Fragrances, Inc. | Unsecured Creditors | Current Client |
| International Paper Company | Unsecured Creditors | Current Client |
| JC Penney Corp. Inc. | Unsecured Creditors | Current Client |
| John Meyer | Unsecured Creditors | Current Client |
| John O'Brien | Unsecured Creditors | Current Client |

[1] Proskauer does not represent the Current Clients in any matters or interests that are connected to or adverse to EFH Corp.'s estate.

[2] These categories correspond to the categories listed in Schedule 1 and are for purposes of a conflicts check only. They should not be relied upon by any party as a list of creditors or for any other purpose.

| JPMorgan Chase Bank | Unsecured Creditors | Former Client |
|---|---|---|
| Lockheed Martin Corp. | Unsecured Creditors | Former Client |
| Marathon Oil Co. | Unsecured Creditors | Current Client |
| Merrill Lynch Capital Services | Unsecured Creditors | Current Client |
| Paul Smith | Unsecured Creditors | Current Client |
| Pharmacia Corporation | Unsecured Creditors | Former Client |
| Pitney Bowes, Inc. | Unsecured Creditors | Current Client |
| Rhodia, Inc. | Unsecured Creditors | Current Client |
| Richard Howard | Unsecured Creditors | Current Client |
| Richard Jones | Unsecured Creditors | Current Client |
| Scott Powell | Unsecured Creditors | Current Client |
| Todd Shipyard Corp. | Unsecured Creditors | Former Client |
| Union Carbide Corporation | Unsecured Creditors | Current Client |
| United States Steel Corporation | Unsecured Creditors | Current Client |
| W.R. Grace & Co. | Unsecured Creditors | Current Client |
| American Stock Transfer & Trust Co., LLC | Contract Counterparty | Current Client |
| Arnold & Porter LLP | Contract Counterparty | Current Client |
| Bank of America | Contract Counterparty | Current Client |
| Capital IQ, Inc. | Contract Counterparty | Current Client |
| Citibank, N.A. | Contract Counterparty | Current Client |
| David Lynch | Contract Counterparty | Current Client |
| Duff & Phelps LLC | Contract Counterparty | Current Client |
| Fried Frank Harris Shriver & Jacobson | Contract Counterparty | Current Client |
| Intralinks, Inc. | Contract Counterparty | Current Client |
| JPMorgan Chase | Contract Counterparty | Current Client |
| Lazard Freres & Co., LLC | Contract Counterparty | Current Client |
| Level 3 Communications | Contract Counterparty | Current Client |
| Magellan Behavioral Health, Inc. | Contract Counterparty | Current Client |
| Metropolitan Life Insurance Company | Contract Counterparty | Current Client |
| Michael Smith | Contract Counterparty | Current Client |
| Perella Weinberg Partners LP | Contract Counterparty | Current Client |
| Pricewaterhousecoopers LLP | Contract Counterparty | Current Client |
| Wachtell Lipton Rosen & Katz | Contract Counterparty | Current Client |
| Windstream Communications | Contract Counterparty | Current Client |
| Akin Gump Strauss Hauer & Feld LLP | Additional Parties in Interest | Current Client |
| Appaloosa Management, L.P. | Additional Parties in Interest | Current Client |
| Centerbridge Partners, L.P. | Additional Parties in Interest | Current Client |
| GSO Capital Partners LP | Additional Parties in Interest | Current Client |
| King Street Capital Management, L.P. | Additional Parties in Interest | Current Client |
| Napier Park Global Capital | Additional Parties in Interest | Current Client |
| Oak Hill Advisors, L.P. | Additional Parties in Interest | Current Client |
| Oaktree Capital Management, L.P. | Additional Parties in Interest | Current Client |
| P. Schoenfeld Asset management LP | Additional Parties in Interest | Current Client |
| Paul, Weiss, Rifkin, Wharton & Garrison LLP | Additional Parties in Interest | Current Client |
| Paulson & Co., Inc. | Additional Parties in Interest | Current Client |
| Ropes & Gray LLP | Additional Parties in Interest | Current Client |

| SkyTop Capital Management LLC | Additional Parties in Interest | Current Client |
|---|---|---|
| Taconic Capital Advisors L.P. | Additional Parties in Interest | Current Client |
| Third Avenue Management LLC | Additional Parties in Interest | Current Client |
| York Capital Management Global Advisors, LLC | Additional Parties in Interest | Current Client |
| Abu Dhabi Investment Authority | Shareholders | Current Client |
| California Public Employees' Retirement System | Shareholders | Current Client |
| California State Teachers' Retirement System | Shareholders | Current Client |
| Citigroup | Shareholders | Current Client |
| Kohlberg Kravis Roberts & Co. LP | Shareholders | Current Client |
| Morgan Stanley | Shareholders | Current Client |
| Morgan Stanley & Co. Inc. | Shareholders | Current Client |
| Neuberger Berman | Shareholders | Current Client |
| Teachers Insurance & Annuity Association of America | Shareholders | Current Client |