## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Hearing Date:  January 13, 2015 at 9:30 a.m.** |
| | ) | **Objection Deadline: Dec. 30, 2014 at 4:00 p.m.** |

### NOTICE OF DEBTOR ENERGY FUTURE HOLDINGS CORP.'S APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF PROSKAUER ROSE LLP AS CO-COUNSEL FOR DEBTOR AND DEBTOR IN POSSESSION ENERGY FUTURE HOLDINGS CORP. EFFECTIVE *NUNC PRO TUNC* TO NOVEMBER 19, 2014 AND HEARING THEREON

PLEASE TAKE NOTICE that, on December 16, 2014, debtor Energy Future Holdings Corp. ("EFH Corp.") filed the attached **Application for Entry of an Order Authorizing the Retention and Employment of Proskauer Rose LLP as Co-Counsel for Debtor and Debtor in Possession Energy Future Holdings Corp. Effective *Nunc Pro Tunc* to November 19, 2014** (the "Application") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Application must be in writing, filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned proposed co-counsel for EFH Corp. on or before **December 30, 2014, at 4:00 p.m. (Eastern Daylight Time).**

PLEASE TAKE FURTHER NOTICE that if an objection is timely filed, served and received and such objection is not otherwise timely resolved, a hearing to consider such objection and the Application will be held before The Honorable Christopher S. Sontchi at the Bankruptcy Court, 824

---

[1]  The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **January 13, 2015, at**

**9:30 a.m. (Eastern Daylight Time).**

   IF NO OBJECTIONS TO THE APPLICATION ARE TIMELY FILED, SERVED AND

RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY

GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE

OR HEARING.

         **O'KELLY ERNST & BIELLI, LLC**

Date:  December 16, 2014      */s/ David M. Klauder*
         David M. Klauder (No. 5769)
         Shannon J. Dougherty (No. 5740)
         901 N. Market Street, Suite 1000
         Wilmington, DE  19801
         Phone: (302) 778-4000
         Fax: (302) 295-2873
         dklauder@oeblegal.com
         sdougherty@oeblegal.com

         and

         **PROSKAUER ROSE LLP**

         Jeff J. Marwil (*pro hac vice* admission pending)
         Mark K. Thomas (*pro hac vice* admission pending)
         Peter J. Young (*pro hac vice* admission pending)
         Three First National Plaza
         70 W. Madison Street, Suite 3800
         Chicago, IL 60602
         Phone:  (312) 962-3550
         Fax:  (312) 962-3551
         jmarwil@proskauer.com
         mthomas@proskauer.com
         pyoung@proskauer.com

         *Proposed Co-Counsel to the Debtor*
         *Energy Future Holdings Corp.*