**<u>Exhibit D</u>**

[Evans Declaration]

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**DECLARATION OF DONALD I. EVANS IN SUPPORT OF DEBTOR ENERGY
FUTURE HOLDINGS CORP.'S APPLICATION FOR ENTRY OF AN ORDER
AUTHORIZING THE RETENTION AND EMPLOYMENT OF O'KELLY ERNST &
BIELLI, LLC AS CO-COUNSEL FOR DEBTOR AND DEBTOR IN POSSESSION
ENERGY FUTUREHOLDINGS CORP. EFFECTIVE
*NUNC PRO TUNC* TO NOVEMBER 19, 2014**

I, Donald I. Evans, being duly sworn, state the following under penalty of perjury:

1.      I am the Executive Chairman of the Board of Directors of EFH Corp., located at 1601 Bryan Street, Dallas, TX 75201.

2.      I submit this declaration (the "Declaration") in support of *Debtor Energy Future Holdings Corp. Application for Entry of an Order Authorizing the Retention and Employment of O'Kelly Ernst & Bielli, LLC as Co-Counsel for Debtors and Debtor in Possession Energy Future Holdings Corp. Effective* Nunc Pro Tunc *to November 19, 2014* (the "Application").[2] Except as otherwise noted, I have personal knowledge of the matters set forth herein.

**Disinterested Directors' Selection of Counsel**

3.      Billie I. Williamson, EFH Corp.'s other disinterested director, and I selected O'Kelly Ernst & Bielli, LLC ("OEB") as EFH Corp.'s co-counsel reporting to EFH Corp.'s

---

[1]  The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]  Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

disinterested directors. We recognize that a comprehensive review process is necessary when selecting and managing chapter 11 counsel to ensure that bankruptcy professionals are subject to the same client-driven market forces, scrutiny, and accountability as professionals in non-bankruptcy engagements.

4.     To that end, Ms. Williamson and I assessed potential counsel based on Proskauer's recommendation and ultimately retained OEB based upon Proskauer's guidance that OEB has substantial experience in bankruptcy, insolvency, corporate reorganization and debtor/creditor law.

5.     Based upon Proskauer's recommendation, I believe that OEB is well qualified and able to render professional serves to EFH Corp.'s disinterested directors in connection with "Conflict Matters" as defined in and pursuant to the authority delegated to the disinterested directors pursuant to <u>resolutions</u> of the EFH Corp. Board of Directors attached to the Application as <u>Exhibit B</u> (the "Resolution"), including the determination by EFH Corp.'s disinterested directors regarding whether any matter constitutes a Conflict Matter, in an efficient and timely manner.

<strong><u>Rate Structure</u></strong>

6.     OEB has informed EFH Corp. that its rates for bankruptcy representations are comparable to the rates OEB charges for non-bankruptcy representations.

<strong><u>Cost Supervision</u></strong>

7.     EFH Corp. and OEB developed a prospective budget and staffing plan to comply with the U.S. Trustee's requests for information and additional disclosures, and any other orders of the Court, for the period from November 19, 2014, to March 31, 2015, recognizing that in the course of this massive chapter 11 case, there may be unforeseeable fees and expenses that will

2

need to be addressed by EFH Corp. and OEB. EFH Corp. further recognizes that it is its responsibility to monitor closely the billing practices of counsel to ensure the fees and expenses paid by the estate remain consistent with EFH Corp.'s expectations and the exigencies of EFH Corp.'s chapter 11 case. EFH Corp. will review the invoices that OEB submits, and, together with OEB, amend the budget and staffing plans periodically, as the case develops.

8.    As with its other professionals, EFH Corp. will bring discipline, predictability, client involvement and accountability to the counsel fees and expenses reimbursement process. While every chapter 11 case is unique, these budgets will provide guidance on the periods of time involved, the level of the attorneys and professionals that will work on various matters, and projections of average hourly rates for the attorneys and professionals for various matters.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

December 16, 2014                    By: _/s/ Donald I. Evans_

Name:  Donald I. Evans
Title:    Executive Chairman, Board of
           Directors, Energy Future Holdings
           Corp.