# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 14-10979 (CSS)<br>)<br>) (Jointly Administered)<br>)<br>) **Hearing Date: January 13, 2015 at 9:30 a.m.**<br>) **Objection Deadline: December 30, 2014 at 4:00 p.m.** |

**NOTICE OF "DEBTORS ENERGY FUTURE COMPETITIVE
HOLDINGS COMPANY LLC AND TEXAS COMPETITIVE ELECTRIC
HOLDINGS COMPANY LLC'S APPLICATION FOR ENTRY OF AN ORDER
AUTHORIZING THE RETENTION AND EMPLOYMENT OF MUNGER TOLLES &
OLSON LLP AS COUNSEL TO DEBTORS AND DEBTORS IN POSSESSION
ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY LLC AND TEXAS
COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC EFFECTIVE
*NUNC PRO TUNC* TO NOVEMBER 16, 2014" AND HEARING THEREON**

PLEASE TAKE NOTICE that, on December 16, 2014, Energy Future Competitive Holdings Company LLC ("EFCH") and Texas Competitive Electric Holdings Company LLC ("TCEH" and together with EFCH and their debtor subsidiaries, the "TCEH Debtors"), certain of the above-captioned debtors and debtors in possession, filed the attached **Debtors Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC's Application For Entry of an Order Authorizing the Retention and Employment of Munger Tolles & Olson LLP As Counsel to Debtors and Debtors in Possession Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC Effective *Nunc Pro Tunc* to November 16, 2014** (the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

"Application") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Application must be in writing, filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned proposed counsel for the TCEH Debtors on or before **December 30, 2014 at 4:00 p.m. (Eastern Standard Time).**

PLEASE TAKE FURTHER NOTICE that if an objection is timely filed, served and received and such objection is not otherwise timely resolved, a hearing to consider such objection and the Application will be held before The Honorable Christopher S. Sontchi at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **January 13, 2015 at 9:30 a.m. (Eastern Standard Time).**

IF NO OBJECTIONS TO THE APPLICATION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

[*Remainder of page intentionally left blank.*]

3

Dated: December 16, 2014        */s/ Todd J. Rosen*
       Wilmington, Delaware        **MUNGER, TOLLES & OLSON LLP**
Todd J. Rosen
355 South Grand Avenue, 35th Floor
Los Angeles, CA  90071
Telephone:    (213) 683-9100
Facsimile:    (213) 683-4022
Email:        Todd.Rosen@mto.com

Proposed Counsel to the TCEH Debtors