# SIGN-IN SHEET

**CASE NAME:** Regeneration Finance
**CASE NO:** 12-12835

**COURTROOM LOCATION:** 6
**DATE:** 12/17/14 at 10:15 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Arun Kurichety *telephonic | Akin Gump Strauss Hauer & Feld | |
| [signature] | | |
| | [signature] Klehr Harrison | Akin Gump Strauss Hauer & Feld |
| | | Alfred Guliano, Trustee |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**