IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |
|  | ) **Re: D.I. 2892** |

**ORDER GRANTING THE MOTION OF ENERGY
FUTURE HOLDINGS CORP., *ET AL.*, FOR ENTRY
OF AN ORDER AUTHORIZING THE KPMG DEBTORS AND
KPMG DEBTORS IN POSSESSION TO EXPAND THE RETENTION
AND EMPLOYMENT OF KPMG LLP AS BANKRUPTCY ACCOUNTING
AND TAX ADVISORS EFFECTIVE *NUNC PRO TUNC* TO AUGUST 1, 2014**

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for entry of an order (this "Order"), authorizing Energy Future Competitive Holdings Company LLC ("EFCH"), Texas Competitive Electric Holdings Company LLC ("TCEH"), the direct and indirect Debtor-subsidiaries of EFCH and TCEH, and EFH Corporate Services Company ("EFH Corporate Services" and together with EFCH, TCEH, and their direct and indirect Debtor-subsidiaries, the "KPMG Debtors") to (a) expand the scope of employment and retention of KPMG and (b) arrange additional compensation terms that corresponds to the additional services, all as more fully set forth in the Motion, the Application,

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Original Order, the Motion, the Application, the Application Supplement, the Bibby Declaration, the Supplemental Bibby Declaration, the Second Supplemental Bibby Declaration, and the Additional Services Bibby Declaration.

RLF1 11264227v.1

the Application Supplement, the Bibby Declaration, the Supplemental Bibby Declaration, the Second Supplemental Bibby Declaration, the Additional Services Bibby Declaration, and the *Declaration of Thomas D. Bibby in Support of the Motion of Energy Future Holdings Corp.*, et al., *for Entry of an Order Authorizing the KPMG Debtors and KPMG Debtors in Possession to Expand the Retention and Employment of KPMG LLP as Bankruptcy Accounting and Tax Advisors Effective* Nunc Pro Tunc *to the August 1, 2014* (the "Additional Services Bibby Declaration"); and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having found that the Debtors provided appropriate notice of the Motion and the opportunity for a hearing on the Motion under the circumstances; and the Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing, if any, before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted to the extent provided herein.

2. To the extent the Original Order, the Motion, the Application, the Application Supplement, the Bibby Declaration, the Supplemental Bibby Declaration, the Second

RLF1 11264227v.1

Supplemental Bibby Declaration, or the Additional Services Bibby Declaration are inconsistent with this Order, the terms of the of Order shall govern.

3. The KPMG Debtors are authorized pursuant to sections 327(a), 328(a), and 330 of the Bankruptcy Code to expand the scope of KPMG's employment and retention in these chapter 11 cases in accordance with the terms and conditions set forth in the Agreements attached hereto as **Exhibit 1**, **Exhibit 2**, **Exhibit 3**, **Exhibit 4**, **Exhibit 5**, **Exhibit 6**, **Exhibit 7**, **Exhibit 8**, and **Exhibit 9**, in each case subject to the terms of this Order and the Original Order.

4. KPMG shall use its reasonable efforts to avoid any duplication of services provided by any of the KPMG Debtors' other retained professionals in these chapter 11 cases.

5. Notwithstanding anything in the Original Order or the Agreements to the contrary, for the avoidance of doubt, the Bankruptcy Court will have jurisdiction over any and all matters arising under or in connection with KPMG's engagement by the KPMG Debtors or on behalf of the KPMG Debtors, in connection with the Agreements and the Original Order, including the indemnification provisions in the Original Order.

6. KPMG will file fee applications for interim and final allowance of compensation for these Additional Services and reimbursement of expenses pursuant to the procedures set forth in sections 330 and 331 of the Bankruptcy Code; *provided, however*, that KPMG shall be compensated in accordance with the terms of the Agreements and the Original Order.

7. Pursuant to the terms of the Original Order and the Agreements, KPMG is entitled to reimbursement by the KPMG Debtors for reasonable expenses incurred in connection with the performance of the Additional Services under the Original Order and the Agreements, including, without limitation, the reasonable fees, disbursements and other charges of KPMG's counsel (which counsel shall not be required to be retained pursuant to section 327 of the Bankruptcy

3

Code or otherwise), in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, any applicable orders of this Court and (to the extent applicable) the Fee Guidelines promulgated by the Office of the United States Trustee; provided however, that KPMG shall not seek reimbursement for any services provided by KPMG's counsel to the Debtor; provided further, that KPMG may only seek reimbursement for services performed by KPMG's counsel in connection with retention and fee application preparation, except as otherwise provided herein with respect to claims for indemnification; provided further, that KPMG shall submit the invoices of KPMG's counsel together with any application seeking allowance of reimbursement for the fees, disbursements, and other charges of its counsel.

8. Notwithstanding any provision to the contrary in the Original Order and the Agreements, any dispute relating to the Additional Services provided by KPMG shall be referred to arbitration consistent with the terms of the Original Order or the Agreements only to the extent that this Court does not have, retain or exercise jurisdiction over the dispute, and 28 U.S.C. § 1334(e)(2) shall govern the forum for resolving fee disputes.

9. Notwithstanding anything to the contrary in this Order, nothing in this Order shall affect the rights, duties, or obligations of any of any Debtor other than the KPMG Debtors.

10. The KPMG Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

11. The terms and conditions of this Order will be immediately effective and enforceable upon its entry.

12. Notwithstanding any provision to the contrary in the Original Order, the Motion, the Application, the Application Supplement, the Bibby Declaration, the Supplemental Bibby

Declaration, the Second Supplemental Bibby Declaration, and the Additional Services Bibby Declaration the Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order and the Original Order.

Dated: December 17, 2014
Wilmington, Delaware

THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE