# EXHIBIT 1

**SOX Compliance SOW - Phase 2 Bridge**

C 0631124 C
S0804825
CW1957458

## SCHEDULE A-19

Following the Parties' execution of this Schedule A-19 ("SOW"), CONTRACTOR (also referred as "KPMG LLP" or "KPMG") is authorized to perform the services ("Services") as defined below on behalf of COMPANY (also referred as "EFH Corporate Services Company") pursuant to the terms and conditions contained in the Master Services Agreement which is also referred to as the Master Consulting Agreement, C0631124C dated November 1, 2009 and Amendment Number 13A to the Master Consulting Agreement dated December 16, 2013 (collectively referred to as the "Agreement").

This SOW shall be effective as of August 15, 2014 (the "Effective Date") and shall remain in full force and effect until it is either (a) superseded by a change order ("CO") or Schedule A-X, or (b) until terminated in accordance with the Agreement or this SOW, or (c) October 31, 2014, whichever occurs first (the "Expiration Date"). Notwithstanding anything to the contrary in the Agreement, COMPANY, in its sole discretion may terminate this SOW for convenience upon the delivery of a written 15 day notice ("Notice") to CONTRACTOR. In the event COMPANY elects to terminate for convenience, the SOW shall end by operation of law at the close of business on the 15th day after receipt of notice by CONTRACTOR.

### SCOPE OF WORK AND DELIVERABLES

The Services will be performed in accordance with the specifications and instructions incorporated herein and if any, specifications and instructions identified in the attachments hereto.

### SCOPE OF WORK AND APPROACH

CONTRACTOR will assist COMPANY personnel in supporting key implementation activities related to COMPANY's Sarbanes-Oxley "SOX" IT compliance efforts. In this phase "Phase 2," CONTRACTOR will assist COMPANY's IT Risk & Compliance team with respect to the TXU Energy (TXUE), Luminant, and EFH Corporate Services control environments.

This SOW serves as a bridge agreement ("Bridge") during whose term ("Term") the tasks described herein will be initiated but not completed; prior to the expiration of the Term, the parties expect to execute a Change Order ("CO") which may extend the Term and related fees and/or amend the deliverables ("Deliverables") described herein.

This Bridge will focus on the following key activity areas:

I.   **System Implementation ("System Development Life Cycle" or "SDLC") Controls** – with respect to these application implementation projects:

| Category A projects (Post-Implementation) |
| --- |
| PeopleSoft AP |
| Enterprise Content Management |
| Maximo Interface |
| **Category B projects (Pre-Implementation)** |
| Maximo Procure to Pay ("P2P") |
| PS Expense (P-Cards & T-Cards) |
| MyWorkday - Benefit Enrollment |
| MyWorkday - Payroll, T&L, IT Helpdesk |

C 0631124 C
S0804825
CW1957458

The following key activities will be performed with regard to Category A projects listed above:

- Assess the IT General Controls ("ITGC"s) implemented as part of these projects to identify potential conflicts with newly revised control framework. The four ITGC focus areas are program change control ("Program Change Control"), access to programs and data ("Access to Programs and Data"), program development ("Program Development"), and computer operations ("Computer Operations").
- Assist project team with control remediation efforts called for based on gaps noted by internal or external audit in their relevant reviews.

The following key activities will be performed with regard to Category B projects listed above:

- Assist with the implementation of revised SOX primary ITGCs associated with Program Development
- Assist with the application and integration of revised SOX primary ITGCs associated with Program Change Control, Access to Programs and Data, and Computer Operations
- Assist with the identification and design of controls to address key business process and data management risks which could impact SOX compliance efforts
- Assist with communication and training activities related to SOX compliance
- Assist with communication between COMPANY project teams and internal and external audit teams

## II. Identity and Access Management ("IAM") Controls

- Assist the EFH IT Risk & Compliance ("R&C") team with implementation and integration of the ITGCs as documented in the Close Management Tool ("CMT"). Assistance includes the definition and documentation of processes, testing, evidence and training associated with COMPANY's implementation of the Computer Associates ("CA") Identity Suite.
- Identify ITGC specific tasks for inclusion in the CA Identity Suite implementation project plan and status reports
- Coordinate with the R&C team regarding ongoing efforts to remediate identified deficiencies
- Participate in IAM implementation working sessions and provide guidance on controls implementation requirements and activities
- Collaborate with internal and external audit teams to seek input on the CA Identity Suite implementation of ITGC including SOX controls
- Facilitate communication between the R&C implementation team and the application and business SOX control owners related to the deployment, testing, documentation and training of the CA solution - GovernanceMinder™.

## III. Ongoing IT Compliance ("ITC") Support

- Support IT's ongoing control implementation and remediation activities identified during the engagement Term by performing the activities below:
  - IT control owner training
  - Monitoring IT owner control performance
  - Consultation and advice regarding specific activities as needed by various control owners

C 0631124 C
S0804825
CW1957458

- Assist with the Archer eGRC ("e Governance, Risk and Compliance") implementation project by contributing to key project activities to support the integration of eGRC into the future state SOX compliance program such as:
  - design requirements considerations
  - configuration analysis
  - team discussions
  - user training
- Assist with ITC support in defining and establishing overall governance and design considerations, organizational structure, and areas of ongoing focus as COMPANY seeks to improve ITC function, performance and sustainability
- Develop meeting and status communication materials for the project team, management and executives, as requested
- Support ITC in meetings with external and internal audit teams as requested to discuss control concepts, plans, and progress

IV. **ITC Special Projects** – COMPANY anticipates an additional need for resource assistance throughout the course of this Phase 2 effort. Needs may include but not be limited to, resources for:
- Targeted implementation or configuration efforts associated with specific remediation recommendations which may require specific technical skill sets to perform activities beyond the assistance noted above
- Periodic specific ITC tasks that may include but not be limited to, non-SOX related compliance testing, subject matter guidance to ITC requirements, or participation in other non-SOX related system change efforts

Due to the anticipated nature of these efforts which will likely be of relatively short duration and upon immediate need, COMPANY and CONTRACTOR will document and agree to the addition of these resources through specific COs to this SOW. These written COs will define the Services and work product to be provided by CONTRACTOR, budget estimates, timelines, and such other details as the parties deem appropriate applicable to specific projects. Notwithstanding anything herein to the contrary, the Services shall not include i) the provision of expert testimony on behalf of COMPANY ii) any service that would require CONTRACTOR to maintain independence in accordance with the then current applicable law, rule, or regulation of any governmental entity of professional organization. COs will be coordinated, managed, and agreed to on behalf of COMPANY through its established approval process.

COMPANY may request changes that affect the scope or duration of the Services and CONTRACTOR may notify COMPANY that it has encountered issues or circumstances related to the Services that are beyond the scope documented above. If COMPANY requests such a change or if CONTRACTOR notifies COMPANY of issues or circumstances beyond the applicable scope of Services, the CONTRACTOR shall promptly notify COMPANY if CONTRACTOR believes that an adjustment in the scope of Services, fees to be paid to CONTRACTOR with respect to the applicable CO or applicable deadlines is required and the parties shall negotiate in good faith a reasonable and equitable adjustment in the applicable scope, fees, or deadlines. Unless COMPANY directs CONTRACTOR to stop work pending acceptance of such change, CONTRACTOR shall continue work pursuant to the existing CO and shall not be bound by any change requested by COMPANY until CONTRACTOR has accepted such change in writing.

It is understood and agreed that CONTRACTOR's Services may include advice and recommendations; but all decisions in connection with the implementation of such advice and recommendations shall be the responsibility of, and made by, COMPANY. CONTRACTOR will not perform management functions or make management decisions for COMPANY.

C 0631124 C
S0804825
CW1957458

## DELIVERABLES

The intended deliverables associated with this phase of the project include:

* Documented observations related to identified internal control improvement recommendations
* Written defined activity plans to support the implementation of control remediation
* Training materials and supporting reference materials intended for control owners
* Summary log of personnel trained through various training sessions
* Documented recommendations related to ongoing change communication strategies
* Process and policy documentation updates
* Documented recommendations related to improved sustainability capabilities for ongoing IT compliance efforts
* Status reports and communication materials

As noted above, some of these deliverables may not be completed prior to the Expiration Date of this Bridge.

Deliverables will neither be prepared on KPMG letterhead nor contain the KPMG logo or other references to KPMG. These deliverables, however, may be prepared on COMPANY letterhead or contain the COMPANY logo if instructed to do so by the Project Sponsor.

## CLIENT PARTICIPATION AND RESPONSIBILITIES

During the development of this Agreement, we have been guided by certain assumptions about the project scope, and level of COMPANY's involvement and support.

COMPANY's management is responsible for establishing and maintaining an effective internal control process.

COMPANY will designate a project sponsor ("Project Sponsor" - a senior member of management who has the requisite skills and competencies to oversee the services being provided). The Project Sponsor is responsible for establishing the objectives & scope, and determining the nature, timing, and extent of procedures; for approving the service delivery plan; and for maintaining appropriate day-to-day oversight of the KPMG team. In addition, the Project Sponsor will have responsibility for reviewing, approving, and taking full responsibility for engagement deliverables prepared during the engagement that document the results; for coordinating with management to determine whether control matters of concern noted constitute deficiencies, significant deficiencies or material weaknesses; for reporting the results within COMPANY's reporting structure, including the Audit Committee; for evaluating the observations and recommendations that arise from the services; and for monitoring corrective action taken.

Notwithstanding the foregoing, CONTRACTOR shall not be obligated to fulfill any particular obligation to provide Services to the extent (and only to the extent) that CONTRACTOR is unable to fulfill such obligation, as a direct result of any of the following dependencies not being completed in all material respects:

* Appropriate access to the number and type of resources agreed upon by the parties and/or relevant documentation
* Material changes in the identified deficiencies and internal controls which require unanticipated incremental remediation
* Timely management review and approval of recommendations

C 0631124 C
S0804825
CW1557458

## OTHER MATTERS

KPMG will provide Services in accordance with the terms and conditions of this SOW. The Services as outlined in this SOW constitute an Advisory Engagement conducted under the American Institute of Certified Public Accountants ("AICPA") Standards for Consulting Services. Such Services are not intended to be an audit, examination, attestation, special report or agreed-upon procedures engagement as those services are defined in AICPA literature applicable to such engagements conducted by independent auditors. Accordingly, these services will not result in the issuance of a written communication to third parties by KPMG directly reporting on financial data or internal control or expressing a conclusion or any other form of assurance.

Contractor uses third party service providers within and without the United States to provide at Contractor's direction, administrative and clerical services to Contractor. Accordingly, COMPANY consents to Contractor's disclosure to such third party service providers of data and information received from or at the request or direction of Client for the foregoing purposes; however, such COMPANY authorization does not relieve CONTRACTOR of its confidentiality obligations hereunder and CONTRACTOR shall remain responsible and liable for breaches of confidentiality committed by any such third party provider.

### Sarbanes-Oxley Act of 2002

The following paragraph supersedes Article 43(a) of the Agreement:

In accepting this engagement, the COMPANY acknowledges that completion of this engagement or acceptance of deliverables resulting from this engagement will not constitute the sole basis for its assessment or evaluation of internal control over financial reporting or the primary basis for its compliance with its principal officer certification requirements under Section 302 of the Sarbanes-Oxley Act of 2002 (the Act). This engagement shall not be construed to be the sole basis to support the COMPANY'S responsibilities under Section 404 of the Act requiring each annual report filed under Section 13(a) or 15(d) of the Securities Exchange Act of 1934 to contain an internal control report from management. It is the responsibility of COMPANY management to establish and maintain an adequate internal control structure and procedures for financial reporting and to assess, as of the end of the most recent fiscal year of the COMPANY, the effectiveness of the internal control structure and procedures of the COMPANY for financial reporting.

### Other Parties

KPMG has performed a limited internal search for relationships based on the parties identified by COMPANY. Based on that internal search, KPMG and member firms of the KPMG network of independent firms and firms and entities controlled by, or under common control with, one or more such member firms (collectively, "Member Firms") has provided services to the following organizations identified by COMPANY:

- KPMG LLP in the US provides tax and advisory services to PricewaterhouseCoopers.
- KPMG LLP in the US and one or more other member Firms of KPMG Intl provide audit, tax and advisory services to Capgemini America, Inc and or affiliates.
- KPMG LLP in the US provides tax and advisory services and one or more other member Firms of KPMG Intl provide audit, tax and advisory services to HCL TECHNOLOGIES, LTD and or affiliates.

By signing this SOW, COMPANY agrees that these relationships do not (i) constitute a limitation on the Services requested; (ii) create a basis for disqualification of KPMG or its professionals; or (iii) constitute a conflict of interest for purposes of KPMG's engagement to perform the services under this Schedule A-19 for COMPANY. COMPANY expressly waives its right to assert any such conflict against KPMG.

C 0631124 C
S0804825
CW1957458

KPMG's process for conducting searches of potential conflicts takes place at the time the organizations are identified for review by COMPANY. However, if KPMG becomes aware of any potential conflicts after the start of the engagement, KPMG will promptly inform COMPANY. In addition, during the course of this engagement, COMPANY agrees that it will inform KPMG of additional organizations or name changes for the organizations previously provided by COMPANY. At such time, KPMG will perform an additional limited internal search for relationships on those organizations. If identified, KPMG will advise COMPANY of the general nature of any services provided to those organizations (i.e. audit, tax and/or advisory).

If COMPANY fails to promptly notify KPMG of its objection to the identified relationship(s), COMPANY agrees that KPMG's professional relationship with an organization does not impact KPMG's engagement to perform the Services under this Schedule A-19 for COMPANY.

KPMG reserves the right to resign from this engagement at any time if a conflict, as contemplated by the professional standards of the AICPA, law or regulation, arises or becomes known to KPMG that prohibits KPMG from conducting this engagement, or in KPMG's judgment, would impair KPMG's ability to perform objectively. If KPMG serves as independent auditors of an organization, KPMG may require consent from the organization, which will be determined on a case-by-case basis.

KPMG will take all reasonable steps to prevent the disclosure of confidential information between the KPMG team serving COMPANY and the KPMG teams serving the identified organizations. COMPANY hereby also acknowledges and agrees that KPMG may be in possession of confidential information concerning these organizations that may be relevant to COMPANY'S procedures and that such information will not be disclosed to COMPANY unless the organization provides written consent to such disclosure in advance.

Where KPMG provides audit services to an organization, our professional responsibilities may require that we inform the KPMG team serving that organization about information coming to our attention that affects KPMG's engagement to audit COMPANY'S consolidated financial statements. By your signature below you acknowledge that such communication, if deemed necessary in our sole judgment, will require no approval or communication with you on this matter.

## WORK SITE

The work site will be the following location(s): CONTRACTOR &/or COMPANY offices located in or near Dallas, TX.

## COMPENSATION, INVOICES AND PAYMENT

The following rates will apply as full compensation for the satisfactory performance of authorized Services:

## PROFESSIONAL AND SUPPORT STAFF FEES SCHEDULE

| Role | Rate |
|---|---|
| Partner / Managing Director | $325 |
| Director / Senior Manager | $290 |
| Manager | $250 |
| Senior Associate | $190 |
| Associate | $125 |

C 0631124 C
S0804825
CW1957458

The table below summarizes the anticipated fees associated with each of the focus areas:

| | Timing | Hours | Fees |
|---|---|---|---|
| SDLC Controls | 8/11/14 – 10/31/14 | 1,070-1,240 | $203,200-$235,300 |
| IAM Controls | 8/11/14 – 10/31/14 | 920-1,070 | $189,800-$219,700 |
| ITC Support | 8/18/14 – 10/31/14 | 1,530-1,780 | $241,400-279,500 |
| Special Projects | 9/15/14 – 10/31/14 | 210-240 | $47,200-$54,600 |
| Total | | 3,730-4,330 | $681,600-$789,100 |

The fees associated with the various Services to be performed during the term of this Bridge shall not exceed $800,000. CONTRACTOR will bill only for hours spent performing substantive Services for COMPANY; substantive Services do not include any administrative expenses of whatsoever kind. Any extension or increase in spend will require a CO signed by an authorized agent of each party. If travel is required, normal and reasonable travel expenses will be reimbursed in accordance with Article 5 and Attachment 5 of the Agreement (Reimbursable Expense Policy). These expenses will not exceed 15% of total fees incurred during the travel period; additional expenses require a CO signed by an authorized agent of each party.

The rates specified in this Schedule A-19 will remain in effect, with respect to and until completion of the Work authorized pursuant to this Schedule A-19.

All invoices shall be submitted to the United States Bankruptcy Court for the District of Delaware and electronically to:

EFHITAP@EnergyFutureHoldings.com

With an electronic copy to:

Brian.Moore@EnergyFutureHoldings.com

The COMPANY mailing address is as follows:

EFH Corporate Services Company
1601 Bryan St
Dallas, TX 75201

Notwithstanding anything herein to the contrary, COMPANY will compensate CONTRACTOR for the Services (a) only after CONTRACTOR's engagement by COMPANY has been approved by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court) pursuant to section 327(a) of the Bankruptcy Code and (b) in accordance with any order entered by the Bankruptcy Court governing the compensation or reimbursement of fees of parties employed pursuant to section 327(a) of the Bankruptcy Code.

## KEY PERSONNEL

Personnel furnished by CONTRACTOR to COMPANY for performing Services under this Schedule A-19 will have adequate qualifications to perform the Services described herein. In the event any of CONTRACTOR's personnel gives reasonable indications that they are not able to perform in accordance with this Schedule A-19, COMPANY shall notify CONTRACTOR of such fact, and such CONTRACTOR personnel shall be removed immediately or in accordance with the directions of COMPANY. CONTRACTOR agrees to use its best efforts to ensure the continuity of the assignment of

C 0631124 C
S0804825
CW1957458

CONTRACTOR's employees assigned under this Schedule A-19 and CONTRACTOR will promptly provide substitute(s) for any of its employees who may be removed or reassigned.

The following personnel furnished by CONTRACTOR have been identified as critical to the success of the completion of this Schedule A-19.  Additional personnel, including project management team members, will be identified in specific CO, as needed:

> **David Cargile:** Managing Director
> **Nick Seeman:** Manager
> **Wayne Weaver:** Director
> **Mike Amadei:** Director

CONTRACTOR will not replace personnel identified as a Key Personnel unless COMPANY so agrees, which agreement shall not be unreasonably withheld, except in the event the applicable Key Personnel resigns, is disabled or his/her employment is terminated by CONTRACTOR.  If a Key Personnel is to be replaced whether at CONTRACTOR or COMPANY's request, CONTRACTOR will strive to achieve a smooth transition. CONTRACTOR will not charge COMPANY any additional fees or charges for the replacement such Key Personnel or for training hours required to bring the replacement Key Personnel up to date on the status of Services. The replacement Key Personnel provided by CONTRACTOR will become a Key Personnel as defined herein and shall have substantially similar skills and experience as the Key Personnel being replaced.


CONTRACTOR PERSONNEL AUTHORIZED TO ATTEND COMPANY MEETINGS AND RECEIVE CONFIDENTIAL INFORMATION RELATING TO THE SERVICES:

> **Matt Smith:** Partner
> **Susan Garcia:** Managing Director

C 0631124 C
S0604625
CW1957458

PRIVILEGES CLAIMED BY COMPANY, WITH RESPECT TO DELIVERABLES OR OTHER DOCUMENTS HEREAFTER DESIGNATED BY COMPANY

_____   ATTORNEY-CLIENT COMMUNICATION

_____   ATTORNEY WORK PRODUCT

_____   TAX ADVISOR

___X__ OTHER: _____ COMPANY-owned intellectual property and or COMPANY-owned trade secrets, business know-how or the like.

## LIST OF ATTACHMENTS

COMPANY and CONTRACTOR agree that the following described attachments, if any, are incorporated herein in their entirety as fully as completely rewritten herein.

  None noted

Services not specified above may be authorized only through a separate Schedule A-X, or through a CO signed by a duly authorized agent of each party.

**KPMG LLP**                                    **EFH CORPORATE SERVICES COMPANY**

By: _____        X  By: _____
     Signature                                         Signature

Name:  David Cargile                            Name:  Kolt Sarver

Title:   Managing Director                      Title:   VP, IT-Governance & Strategy

Date:   September 7, 2014                      Date:   September 6, 2014

## **EXHIBIT 2**

**Phase 2 SOX IT Efforts - CO 1**

## PROJECT CHANGE ORDER NUMBER 1

This project change order number 1 ("CO"), dated October 28, 2014 modifies Schedule A-19, dated September 9, 2014 by and between CONTRACTOR (also referred to as "KPMG LLP" or "KPMG") and COMPANY (also referred to as "EFH Corporate Services Company") pursuant to the terms and conditions contained in the Master Services Agreement which is also referred to as the Master Consulting Agreement, C0631124C dated November 1, 2009 and Amendment Number 13A to the Master Consulting Agreement dated December 16, 2013 (collectively referred to as the "Agreement"). All terms not expressly modified in this CO will remain in full force and effect.

### CO OVERVIEW

As part of COMPANY'S Phase 2 IT SOX efforts, COMPANY has requested that CONTRACTOR assist with documentation of key SOX controls related to the implementation of MyWorkday Benefits Enrollment and MyWorkday Payroll, T&L, and Helpdesk software modules.

### SCOPE OF WORK AND APPROACH

Pursuant to this CO, CONTRACTOR will assist COMPANY's IT Compliance Group for TXUE, Luminant and EFH Corporate Services Company with the following key activities:

- Meet with COMPANY Human Resources ("HR") and project personnel and review available documentation to understand current and planned business processes impacted by the MyWorkday software implementation project
- Assist COMPANY's HR team in the identification and documentation of key business processes and related controls impacted by the MyWorkday software implementation
- Assist COMPANY's HR team in the analysis of third-party attestations (e.g., SOC 1, 2 letters), third-party system and data access, and overall third-party control governance structures related to the MyWorkday application
- Assist COMPANY's HR department in reviewing user access roles and permissions for the MyWorkday application, with special attention afforded to the segregation of duties

### DELIVERABLES

The Deliverables associated with this CO include:
1. Documentation of the business process flow for core MyWorkday functionalities
2. Observations and recommendations related to COMPANY's analysis of third-party roles and responsibilities related to COMPANY's financial controls
3. Risk and control matrix which includes COMPANY's HR SOX considerations affected by the implementation of the MyWorkday application

CONTRACTOR may attach a transmittal letter to each deliverable, or provide a periodic transmittal letter referring to the Deliverables that were completed and delivered previously. Neither this CONTRACTOR transmittal letter, nor a copy thereof, should accompany any reports or Deliverables shared outside COMPANY. Should COMPANY attach its own transmittal letter when reports or Deliverables are shared externally, such transmittal letter may not indicate that the report or Deliverable was prepared by CONTRACTOR or that the letter contents were based on the input, test Work or Deliverables completed by CONTRACTOR.

## CLIENT PARTICIPATION AND RESPONSIBILITIES

COMPANY will ensure CONTRACTOR has timely access to key COMPANY HR and MyWorkday implementation teams to discuss the (i) core business processes impacted by MyWorkday, (ii) configuration of key modules in MyWorkday, and (iii) third-party roles and responsibilities.

## TIMING

The engagement will commence on or around October 1, 2014 and conclude by December 31, 2014.

## COMPENSATION, INVOICES AND PAYMENT

| Role | Estimated Hours | Rate |
|------|-----------------|------|
| Partner / Managing Director | 30-50 | $325/hr |
| Director / Senior Manager | | $290/hr |
| Manager | 140-180 | $250/hr |
| Senior Associate | 600-700 | $190/hr |
| Associate | | $125/hr |

The estimated fees for this effort are $165,000-$185,000 and this project is not authorized to exceed $200,000. Any extension or increase in spend requires an additional CO. The reimbursement of out-of-pocket expenses will be governed by the terms and conditions of the Agreement, including the Reimbursable Expense Policy. In the event that out-of-pocket expenses reach 25% of the fees, COMPANY must authorize such additional expenses in advance. An e-mail approval is acceptable.

Except as expressly amended by this CO, all terms and conditions of the Statement of Work shall remain in full force and effect.

**KPMG LLP**                                    **EFH CORPORATE SERVICES COMPANY**

By: _____                    By: _____
     Signature                                      Signature

Name:  David Cargile                            Name:  Kolten K Sarver

Title:   Managing Director                      Title:   VP, IT Governance & Strategy

Date:   October 28, 2014                        Date:   October 28, 2014

2

**EXHIBIT 3**

**Phase 2 SOX IT Efforts - CO2**

## PROJECT CHANGE ORDER NUMBER 2

This project change order number 2 ("CO" or "CO 2"), dated October 31, 2014 amends Schedule A-19, dated September 9, 2014 as amended by CO Number 1 ("CO 1") dated October 28, 2014, by and between CONTRACTOR (also referred as "KPMG LLP" or "KPMG") and COMPANY (also referred as "EFH Corporate Services Company") pursuant to the terms and conditions contained in the Master Services Agreement which is also referred to as the Master Consulting Agreement, C0631124C dated November 1, 2009 and Amendment Number 13A to the Master Consulting Agreement dated December 16, 2013 (collectively referred to as the "Agreement"). All terms not expressly modified in this CO will remain in full force and effect.

### ADDENDUM OVERVIEW

As part of COMPANY'S Phase 2 IT SOX efforts, COMPANY has requested that CONRACTOR continue current planned assistance for an extended period defined below.

### SCOPE OF WORK AND APPROACH

This CO extends the timeline for activities included in the Schedule A-19.

In addition, the following activity is added to the Schedule A-19 key activities area § *II – Identity and Access Management ("IAM") Controls*:

- Facilitate IAM implementation working sessions with EFH Internal Audit, IT compliance, and business application personnel to identify compliance and risk aspects which could impact the IT security team's development of an IAM implementation roadmap for 2015

### DELIVERABLES

The intended deliverables associated with this CO include those identified in Schedule A-19 and are amended to include:

- Documented recommendations regarding risk and control elements which could impact IAM tool project implementation plan elements such as duration, sequence and timing

### TIMING

The CO extends the length of Schedule A-19 from a current end date of October 31, 2014 to January 15, 2015.

### COMPENSATION, INVOICES AND PAYMENT

| Role | Rate |
|------|------|
| Partner / Managing Director | $325/hr |
| Director / Senior Manager | $290/hr |
| Manager | $250/hr |
| Senior Associate | $190/hr |
| Associate | $125/hr |

KPMG's team will continue to include Peju Adedeji as a sub-contractor to deliver certain elements of the scope of work.

1

**DRAFT – SUBJECT TO DISCUSSION AND ENGAGEMENT ACCEPTANCE PROCEDURES**

The table below summarizes the anticipated fees associated with this CO 2.

| | Timing | Hours | Fees |
|---|---|---|---|
| SDLC Controls | 11/1/14 – 1/15/15 | 950-1,200 | $175,000-$230,000 |
| IAM Controls | 11/1/14 – 1/15/15 | 800-950 | $165,000-$190,000 |
| ITC Support | 11/1/14 – 1/15/15 | 2,100-2,500 | $310,000-$375,000 |
| Special Projects | 11/1/14 – 1/15/15 | 200-250 | $45,000-$55,000 |
| Total | | 4,450-5,450 | $695,000-$850,000 |

The estimated total CONTRACTOR fees for the Phase 2 effort are revised and increased to $1,540,000 – $1,825,000, inclusive of the activities performed under the Schedule A-19, CO 1 related to the MyWorkday implementation, and this CO. Any further extension or increase in spend will require an additional change order. The reimbursement of out-of-pocket expenses will be governed by the terms and conditions of the Agreement, including the Reimbursable Expense Policy. In the event that out-of-pocket expenses reach 15% of the fees, COMPANY must authorize such additional expenses in advance. An e-mail approval is acceptable.

Except as expressly amended by this CO, all terms and conditions of the Schedule A-19 as amended, shall remain in full force and effect.

| **KPMG LLP** | **EFH CORPORATE SERVICES COMPANY** |
|---|---|
| By: _____ <br> Signature | By: _____ <br> Signature |
| Name:  David Cargile | Name:  Kolten K Sarver |
| Title:  Managing Director | Title:  VP, IT Governance & Strategy |
| Date:  November 12, 2014 | Date:  November 12, 2014 |

2

**EXHIBIT 4**

**Accounts Payable Consulting Amendment**

AMENDMENT NO. 14-2

DATED OCTOBER 3, 2014

TO

MASTER SERVICES AGREEMENT

C0631124C

BY AND BETWEEN

KPMG LLP

AND

EFH CORPORATE SERVICES COMPANY

DATED NOVEMBER 1, 2009

Contract No.  C0631124C

The parties have signed this Amendment acknowledging their agreement to its provisions as of the Effective Date.

**KPMG LLP**

By: _Francis K. Yogi_
   Signature

Name: _Francis Yogi_

Title: _Managing Director_

Date: _October 7, 2014_

**EFH CORPORATE SERVICES COMPANY**

By: _Tamar Willis_
   Signature

Name: _Tamar Willis_

Title: _Procurement Specialist_

Date: _October 7, 2014_

Contract No.  C0631124C

## AMENDMENT NO. 14-2

**EFFECTIVE DATE**

The Effective Date of this Amendment is August 1, 2014.

**PURPOSE**

This Amendment 14-2 amends Schedule A14 dated March 4, 2014 and Schedule A14-1, dated June 16, 2014, both between EFH Corporate Services Company ("COMPANY") and KPMG LLP ("CONTRACTOR"). The Parties agree that, except as otherwise amended by this Amendment 14-2, the terms of Schedule A14 and provisions of the Master Services Agreement dated November 1, 2009 ("Agreement") shall apply to the services being provided hereunder. Any terms used in this Amendment 14-2 and not otherwise defined will have the same meaning as in the Agreement and/or Schedules A14 and A14-1.

**MODIFICATIONS**

The Agreement is modified as follows:

> **TIMING**
>
> The engagement is hereby extended to December 31, 2014.
>
> **KEY PERSONNEL**
>
> The Manager role, at a rate of $250 per hour, is hereby removed.
>
> The Associate role, at a rate of $125 per hour, is hereby reduced from six (6) to three (3).
>
> CONTRACTOR agrees that the individuals listed below will be assigned to perform the Work authorized by this Schedule 14-2.
>
> > **Aaron Milner: Associate**
> > **Amy Douthey, Associate**
> > **Colleen Mohnkern, Associate**
>
> **COMPENSATION**
>
> The estimated fees for Work authorized by this Schedule 14-2 shall not exceed $312,000.

Notwithstanding anything herein to the contrary, COMPANY will compensate CONTRACTOR for the Work (a) only after CONTRACTOR's engagement by COMPANY has been approved by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court) pursuant to section 327(a) of the Bankruptcy Code and (b) in accordance with any order entered by the Bankruptcy Court governing the compensation or reimbursement of fees of parties employed pursuant to section 327(a) of the Bankruptcy Code.

## **EXHIBIT 5**

**CAO Financial Reporting Support SOW**

C 0631124 C

## SCHEDULE A

Following the Parties' execution of this Schedule A, CONTRACTOR "also referred as KPMG" is authorized to perform the Work as identified below on behalf of COMPANY pursuant to the terms and conditions contained in the Master Services Agreement C0631124C ("the Agreement") dated November 11, 2009.

### SCOPE OF WORK AND DELIVERABLES

The Work will be performed in accordance with the specifications and instructions, if any, attached hereto and identified in the List of Attachments. The Work will be scheduled at the direction of COMPANY'S "also referred as EFH Corporate Services Company" Contract Coordinator as identified herein.

**SCOPE OF WORK:**

CONTRACTOR will assist COMPANY personnel in supporting key accounting activities related to COMPANY's restructuring. Services will be requested and directed by COMPANY's Controller Group and may include:

    Management Reporting and Analysis
    Technical Accounting Analysis and Research
    Bankruptcy-Related Reporting Assistance
    Period Close Assistance
    Month-End Restructuring Cost Analysis
    General Ledger Account Reconciliations
    Cash Fow Reporting Review and Analysis

**DELIVERABLES:**

Deliverables will be in the format requested by COMPANY depending on the specific services that are requested (i.e., oral, e-mail, memorandum, letter, Excel spreadsheet, etc.).

Contract Coordinator:  Christy Dobry                    Phone Number: (214) 812-4854

### WORK SITE

The Work Site will be the following location(s): COMPANY offices located in the Dallas, Texas area.

### TIMING

Commencement of services will be as requested beginning on or around September 15, 2014 and conclude by December 31, 2014.

### RIGHT TO TERMINATE

COMPANY or CONTRACTOR has the right to terminate this Schedule A, in whole or in part, at any time with ten (10) days advance written notice.

C 0631124 C

## EMPLOYMENT CLAIMS

For purposes of this Schedule A, CONTRACTOR shall indemnify, defend, and hold harmless COMPANY and its successors, officers, directors, employees, and agents (collectively, the "Indemnitees") from and against any and all actions, claims, losses, damages, liabilities, judgments, and awards, including reasonable attorneys' fees (collectively, "Claims") that arise from or relate to any employment-related laws (including but not limited to discrimination, harassment, wage, benefit, and/or contractual claims under federal, state, or local statute or common law including but not limited to Title VII of the Civil Rights Act of 1964, as amended, the Americans with Disabilities Act, the Equal Pay Act of 1963, the Age Discrimination in Employment Act of 1967, the Civil Rights Act of 1866, the Older Workers Benefit Protection Act, the Family and Medical Leave Act, the Texas Labor Code, the Fair Labor Standards Act, and ERISA) based on an allegation that Company is an employer or joint employer of any KPMG staff.  In addition, CONTRACTOR agrees to maintain workers' compensation and other commercial insurance coverage and assumes all responsibility for and will indemnify the COMPANY Indemnitees from any Claims relating to the injury or death of any KPMG staff.  This indemnification provision excludes claims that are attributable to intentional or willful misconduct, or that are attributable to the negligence of COMPANY and/or to working conditions that are beyond CONTRACTOR's control.  CONTRACTOR further agrees that it is solely responsible for providing any reasonable accommodation required by any KPMG staff for a qualifying disability under the Americans with Disabilities Act or any state or local disabilities law; provided, however, that COMPANY will reimburse CONTRACTOR for any direct expenditures required for CONTRACTOR to fulfill such obligation, but only to the extent any such accommodation would require tangible modifications to the work environment provided by COMPANY and is deemed by COMPANY based on applicable law to be a reasonable accommodation that does not cause undue hardship for COMPANY.  CONTRACTOR is responsible for verifying identification and eligibility to work in the U.S. in accordance with the Immigration Reform Control Act of 1986 of any KPMG staff prior to such KPMG staff being assigned to COMPANY, and CONTRACTOR shall indemnify, defend, and hold harmless COMPANY Indemnitees from and against any Claims arising from any failure, in whole or in part, by CONTRACTOR to comply with all statutory requirements regarding verification of employment eligibility; provided, however, that CONTRACTOR shall be released from this requirement for all KPMG staff whose services to COMPANY began prior to the effective date of this agreement. To the extent necessary to permit COMPANY to enforce any term, clause, or condition of this agreement, CONTRACTOR agrees that with respect to any CLAIMS brought against COMPANY, CONTRACTOR will and does hereby waive as to Company any defense it may have by virtue of the workers' compensation laws of any state.

## COMPENSATION, INVOICES AND PAYMENT

As full compensation for the satisfactory performance by CONTRACTOR of the Work authorized pursuant to this Schedule A, COMPANY will compensate CONTRACTOR as follows.

CONTRACTOR will provide two resources at COMPANY's offices, as defined in this Schedule A. PROFESSIONAL agrees to work and invoice for a maximum of forty (40) hours per work week, per resource, unless any additional work time is approved in writing by the Director of Corporate Accounting (Christy Dobry).  A copy of the approved work time request must be attached to the invoice as proof of the authorization.

Estimated fees for this effort are $264,000, and this project is not authorized to exceed $344,000. CONTRACTOR will bill only for hours spent performing substantive Work for COMPANY.  Any extension or increase in spend will require amendment to this Schedule A.  This estimate assumes there will be no travel to the participant's site(s).  If travel is required, normal and reasonable travel expenses will be reimbursed in accordance with Article 5 and Attachment 5 of the Agreement (Reimbursable Expense Policy).

2

C 0631124 C

**Professional and Support Staff Fees Schedule**

| Role | Name | Rate |
|------|------|------|
| Senior Associate | Jolandi de Lange | $220/hr |
| Senior Associate | Anish Mehta | $220/hr |

The rates specified in the Schedule A will remain in effect, with respect to and until completion of the Work authorized pursuant to this Schedule A.

All invoices shall be sent to:

> Ms. Christy Dobry
> Director of Corporate Accounting
> Energy Future Holdings Corp.
> 1601 Bryan St, 3rd floor
> Dallas, TX 75201

## KEY PERSONNEL

CONTRACTOR agrees that the individuals listed below will be assigned to perform the Work authorized by this Schedule A. CONTRACTOR will employ all reasonable efforts to ensure that such individuals remain so assigned until such Work is accepted by COMPANY; provided, however, that in the event that any such individuals are reassigned by CONTRACTOR or otherwise become unavailable to perform such Work, CONTRACTOR will provide, by way of replacement, individuals with reasonably equivalent experience and expertise. In the event that a resource is replaced, no transition costs associated with the replacement of such replacement with another member of the CONTRACTOR's team will be charged to Company.

**Christy Dobry**: Director, Corporate Accounting

**KPMG Professionals:** as requested by COMPANY

## CONTRACTOR OBLIGATIONS

During the provision of Services under the Agreement and this Schedule A, CONTRACTOR shall:

(a) Assume sole and complete responsibility for hiring, firing, discipline, evaluation and direct supervision of Services and Key Personnel conduct.

(b) Conduct, or cause its suppliers to conduct, background investigations and drug screenings ("Investigations") for Key Personnel assigned to perform Services for COMPANY, in accordance with the terms and conditions set forth in Exhibit 1.

(c) Require Key Personnel to sign the Key Personnel Acknowledgment form attached to this Schedule A as Exhibit 2 prior to performing any Services for COMPANY. Key Personnel must execute a set of employment terms with his/her employer of record that specifically acknowledges his/her understanding that he/she is employee of such entity, that he/she is not employee of COMPANY or any of its Affiliates, that his/her employer of record provides workers' compensation insurance, employment benefits, and the like, and that he/she is to look only to his/her employer of record, and not to COMPANY or its Affiliates, for such insurances and benefits.

(d) Assume sole and complete responsibility and liability for all work-related compensation, benefits, and legal requirements relating to the employment of Key Personnel, including but not limited to

3

C 0631124 C

compensation, vacation pay, holiday pay, bonuses, overtime pay, pension rights, sick and disability pay, severance pay, pension or retirement benefits, health care benefits, workers' compensation benefits, unemployment benefits, social security and federal and state income tax withholding and payments, and any and all other work-related benefits or obligations which an employer is required to pay or perform relating to the employment of employees.   COMPANY shall not be liable to CONTRACTOR or to Key Personnel for CONTRACTOR'S failure to perform its obligations under this paragraph.

(e) Assume sole control and responsibility for wage and hour administration and regulations, COBRA compliance when applicable, handling of all unemployment claims, protests, and appeal hearings, and compliance with requirements under Executive Order 11246.

(f)  Comply with all applicable reporting and recordkeeping rules and regulations, including but not limited to those of the U.S. Department of Labor Wage and Hour Division, Equal Employment Opportunity Commission, Office of Federal Contract Compliance Programs, Occupational Safety and Health Administration, Texas Commission on Human Rights and Texas Workforce Commission, and with all applicable employment laws, including but not limited to Title VII of the Civil Rights Act of 1964, as amended, the Americans with Disabilities Act, the Equal Pay Act of 1963, the Age Discrimination in Employment Act of 1967, as amended, the Employee Retirement Income Security Act of 1974, as amended, the Civil Rights Act of 1866, the Older Workers' Benefit Protection Act, the Family and Medical Leave Act, the Fair Labor Standards Act and the Texas Labor Code, as well as any and all other applicable executive orders, federal or state laws, precedents, statutes or regulations.

(g) Require Key Personnel providing Services at a COMPANY Location to comply with applicable COMPANY security, safety, and fitness-for-duty regulations and policies and COMPANY's other standard business practices and policies.

(h)  Immediately notify COMPANY of any allegations of discrimination, harassment, retaliation or other work-related complaints made to, or made known to CONTRACTOR allegedly occurring in connection with any Key Personnel's assignment under this Schedule A.   CONTRACTOR shall cooperate with COMPANY in the investigation of any such allegations.

(i)   Maintain all -related records for a period of five (5) years following the termination or expiration of this Agreement.


PRIVILEGES CLAIMED BY COMPANY, WITH RESPECT TO DELIVERABLES OR OTHER DOCUMENTS HEREAFTER DESIGNATED BY COMPANY

_____  ATTORNEY-CLIENT COMMUNICATION

_____  ATTORNEY WORK PRODUCT

_____  TAX ADVISOR

_____  OTHER:_____


Notwithstanding anything herein to the contrary, COMPANY will compensate CONTRACTOR for the Work (a) only after CONTRACTOR's engagement by COMPANY has been approved by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") pursuant to section 327(a) of the Bankruptcy Code and (b) in accordance with any order entered by the Bankruptcy Court governing the compensation or reimbursement of fees of parties employed pursuant to section 327(a) of the Bankruptcy Code.

4

C 0631124 C

Work not specified above may be authorized only through a separate Schedule A, or through an amendment or supplement to this Schedule A.

**KPMG LLP**

By: _Francis K. Yogi_
  Signature

Name: Francis Yogi

Title: Managing Director

Date: 9/12/14

**EFH CORPORATE SERVICES COMPANY**

By: _Molly Holloway_
  Signature

Name: MOLLY HOLLOWAY

Title: Sourcing Manager

Date: 9/17/2014

5

C 0631124 C

## EXHIBIT 1
### DRUG AND BACKGROUND SCREENING

CONTRACTOR shall comply with the following guidelines and procedures that were developed by COMPANY for employment agencies responsible for the recruiting and employment of contract workers for COMPANY.

1.  All persons submitted as prospective Key Personnel must pass an Investigation.   Placement is conditional until the Investigation is satisfactorily completed. Resource must agree and submit to the following:

    a.  A drug screening; and
    b.  A background investigation that includes:
        1.  A nationwide, lifetime (or if not permissible, the past seven (7) years) check for felonies and violent crimes,
        2.  A nationwide public records search for criminal misdemeanors and felony convictions and deferred adjudications within the past ten (10) years, and
        3.  A third-party verification of previous employment and the highest education level completed by the Resource.

    All background investigations shall be conducted in accordance with applicable law.

2.  The maximum cut-off levels for drug tests are as follows:

    | | |
    |---|---|
    | Amphetamines | 500ng/mL |
    | Barbiturates | 150ng/mL |
    | Benzodiazepines | 150ng/mL |
    | Cocaine | 150ng/mL |
    | Cannabinoids (Marijuana) | 15ng/mL |
    | Opiates | 2000ng/mL |
    | Phencyclidine | 25ng/mL |

3.  Key Personnel will be ineligible for assignment to perform work for COMPANY under the Agreement if the background investigation confirms or if CONTRACTOR otherwise is put on notice that Key Personnel has criminal convictions or deferred adjudications for a felony offense, a pattern of misdemeanor offenses, a misdemeanor relating to the job requirements, or a misdemeanor for a crime involving moral turpitude (e.g., theft, indecency with a minor, drug-related offenses).

4.  Background and drug investigations will be paid for by CONTRACTOR or its approved Subcontractors without reimbursement from COMPANY.

5.  CONTRACTOR may utilize drug and background screening providers chosen by CONTRACTOR, subject to COMPANY's approval.   Key Personnel visiting the collection facilities must identify themselves as employees of CONTRACTOR or one of its approved Subcontractors, not of COMPANY.

6.  CONTRACTOR or its approved Subcontractors will keep background investigation and drug test records while Key Personnel is working at COMPANY. Such records will be kept confidential and will only convey to COMPANY that the results were satisfactory or unsatisfactory.

7.  If Key Personnel fails a background investigation or drug test, CONTRACTOR will not assign such individual to work at COMPANY.

6

C 0631124 C

**EXHIBIT 2:**
**KEY PERSONNEL ACKNOWLEDGMENT**

You have accepted a temporary assignment with [insert applicable business unit] ("COMPANY") under an agreement between COMPANY and KPMG ("CONTRACTOR"). You understand, acknowledge, and agree that this assignment does not alter your employment relationship with your current employer of record, which is either CONTRACTOR or a subcontractor of CONTRACTOR, and that you will not in any way be deemed or classified as an employee of COMPANY or its affiliates. You will not be eligible to participate in any benefits offered by COMPANY to its employees, including without limitation medical insurance, 401(k) participation, and stock options.  COMPANY will not provide you with workers' compensation coverage or unemployment coverage.  All employment benefits provided to you will be provided exclusively by your employer of record.  COMPANY will not pay any employer portions of income, Social Security, Medicare, or any other federal or state withholding tax on your behalf. COMPANY is not your employer or joint employer for purposes of any federal, state, or local discrimination statute, wage and hour law, safety regulations, or any other federal, state, or local statute, ordinance, or common law related to employment.

**ACKNOWLEDGED AND AGREED TO BY:**

_____
[Signature]

_____
[Printed Name]

_____
[Date]

_____
[Company Name]

7