**EXHIBIT 6**

**Model Reconciliation Services**

2

## SCHEDULE A-23

Following the Parties' execution of this Schedule A-23, KPMG LLP ("CONTRACTOR") is authorized to perform the Work as identified below on behalf of EFH Corporate Services Company (the "COMPANY") pursuant to the terms and conditions contained in the Master Services Agreement C0631124C (the "Agreement") dated November 1, 2009, as amended. This Schedule A-23 documents the authorized Work which follows the initial Statement of Work for the "Service Costing" process assessment, dated August 11, 2014.

### SCOPE OF WORK AND DELIVERABLES

The Work will be performed in accordance with the specifications and instructions herein, and if any, attached hereto and identified in the List of Attachments. The Work will be scheduled at the direction of COMPANY 'S Contract Coordinator as identified herein. The work will be performed over a 4-week duration of time

### SCOPE OF WORK AND APPROACH

CONTRACTOR will work closely with COMPANY to support the continuing work on the model reconciliation and remediation (the "Model Remediation") and assist with developing the Phase 2 Plan. Phase 2 will only include the Foundational Recommendations of the Road Map for people, process, system, data and governance.

The scope of work will include the following activities:

| Work Stream | Key Tasks | Deliverables |
|---|---|---|
| Continuing Model Remediation | **Validate Existing and Define New IT Towers and Sub-Towers:**<br>• Leverage current documentation as a starting point<br>• Align the solution design with Apptio standard taxonomy<br>• Consolidate common services (e.g., Data & Network)<br>• Update documentation to capture new IT Towers and sub-towers, allocation methodologies, and cost mapping guidelines<br><br>**Determine and Validate Cost Mapping to Sub-Towers:**<br>• Update current documentation<br>• Validate legacy project cost mapping aligns with sub-tower definitions and intent<br><br>**Validate/determine appropriate allocation methodologies for each service:**<br>• Leverage and update current documentation<br>• Confirm allocations are appropriately implemented in the Apptio model<br>• Update any revised allocation methods in the documentation and in the Apptio model<br>• Confirm and document how costs flow in and out of Application Services<br><br>**Confirm business processes:**<br>• Confirm business processes will support the new cost and service structure and will be sustained/supported by IT Operations, IT Finance, Supply Chain, and Accounts Payable | • Updated Solution Requirements Document<br>• Updated Apptio Cost Model |

| Work Stream | Key Tasks | Deliverables |
|---|---|---|
| | • Engage peripheral support teams to define change management and end state sustainability/support requirements<br><br>**Implement updates in Apptio models:**<br>• Update model configuration and validate changes through testing | |
| Phase 2 Planning | • Develop implementation strategy<br>• Build Project Organization, Steering Committee with roles and responsibilities and RACI matrix<br>• Create Project Governance<br>• Determine implementation approach including tasks, Deliverables, risks, phase exit criteria and resource requirements<br>• Build project plan including phases, tasks, task dependencies, resources, milestones, Deliverables, and timeline | • Phase 2 Implementation Strategy<br>• Phase 2 Project Plan |

**COMPANY Key Stakeholder Roles:**

| Role | Responsibility |
|---|---|
| Service Costing Manager | • Participate in the Phase 2 Project Planning Process<br>• Review and approve project Deliverables<br>• Determine cross functional/department participation needed<br>• Identify and schedule all needed resources to complete model and allocation strategy changes<br>• Review and approve model and allocation test results<br>• Participate in requirements gathering/validation sessions |
| Service Costing SME | • Participate in requirements gathering/validation sessions<br>• Validate model changes needed to meet model reconciliation requirements leveraging OOB reports<br>• Identify additional report requirements, if applicable<br>• Assist with model testing and validation<br>• Assist with Service Costing documentation updates |
| TBMA | • Participate in requirements gathering/validation sessions<br>• Assist with the Apptio model configuration changes<br>• Assist with Apptio model documentation updates<br>• Assist with model testing and validation |

**CONTRACTOR Project Roles:**

| Role | Responsibility | Resources |
|---|---|---|
| Engagement Lead | • Provides Project Oversight, Leadership, and Quality Assurance<br>• Is the escalation project escalation point for COMPANY<br>• CONTRACTOR Resource Management and Project Coordination | Denis Berry |
| Engagement Manager | • Overall project management teaming with client Project Manager<br>• Provide project status and timely identification of risks, issues and mitigation steps<br>• Manage quality assurance process for Deliverables | Maria Potter |
| Service Costing SME | • Develop new service structure, allocation methodologies, and cost mapping requirements<br>• Provide leading service costing practices<br>• Develop model reconciliation improvement recommendations<br>• Develop functional requirements<br>• Update Apptio model documentation as needed | Len Epelbaum |

| Role | Responsibility | Resources |
|------|----------------|-----------|
| Apptio SME | • Assist EFH with development of test scripts<br>• Drive model testing and validation<br>• Review Apptio Model Technical design changes<br>• Review Apptio configuration updates and validate against functional requirements<br>• Provide Apptio design leading practices<br>• Participate in requirements gathering/validation sessions, as needed<br>• Assist with the Apptio Upgrade Process | Nancy Braun |
| Apptio Configuration SME | • Participate in requirements gathering sessions, as needed<br>• Convert functional requirements into Apptio Model technical design changes<br>• Implement Apptio configuration changes<br>• Update Solution Requirements Document<br>• Unit test configuration changes<br>• Support EFH Testing | Chris Hayes |

## DELIVERABLES

The following is a description of key Deliverables to be produced by CONTRACTOR through the delivery of the services described in this statement of work.

| # | Deliverable Title | Deliverable Description |
|---|-------------------|------------------------|
| 1 | Updated Solution Requirements Document | Updated Apptio model configuration changes and Service Costing definition and allocation methods |
| 2 | Updated Apptio Service Costing model | Update of EFH Cost Model within the Service Costing Project in Apptio as agreed by both parties within the budget presented in this SOW. |
| 3 | Phase 2 Implementation Strategy | Phase 2 implementation strategy, approach, project organization, roles and responsibilities, and project governance. |
| 4 | Phase 2 Implementation Plan | Detailed Microsoft Project Plan including phases, tasks, resources, task dependencies, milestones, Deliverables and timeline. |

The Deliverables presented as part of this engagement are for the internal use of COMPANY management, the Audit Committee and Board of Directors CONTRACTOR disclaims any intention or obligation to update or revise the observations whether as a result of new information, future events or otherwise Should additional documentation or other information become available which impacts upon the observations reached in the Deliverables CONTRACTOR reserves the right to amend the observations and summary documents accordingly.

The draft Deliverables will be provided to the Project Sponsor for review, comment and approval prior to final delivery.

Contract Coordinator and Project Sponsor: Kolt Sarver        Phone Number: (214) 812-2018

Deliverables will not be prepared on CONTRACTOR letterhead or contain the CONTRACTOR logo or other references to CONTRACTOR. These Deliverables may be prepared on COMPANY letterhead or contain the COMPANY logo, if instructed by the Project Sponsor.

CONTRACTOR may attach a transmittal communication to each Deliverable, or provide a periodic transmittal communications referring to the Deliverables that have been provided previously Neither this CONTRACTOR transmittal communication, nor a copy thereof, should accompany any reports or Deliverables shared outside COMPANY. Should COMPANY attach its own transmittal letter when reports or Deliverables are shared externally, such transmittal letter may not indicate that the report or Deliverable was prepared by CONTRACTOR or that the findings were based on input or test work provided by CONTRACTOR. Further, CONTRACTOR's role in supporting COMPANY internal audit function or other projects may not be publicly disclosed (other than to COMPANY's external auditor) without CONTRACTOR's written consent.

## COMPANY PARTICIPATION AND RESPONSIBILITIES

During the development of this Schedule A-23 CONTRACTOR has been guided by certain assumptions about the project scope, and level of COMPANY's involvement and support

COMPANY's management is responsible for establishing and maintaining an effective internal control structure. CONTRACTOR's assistance is intended to help management in fulfilling these responsibilities.

COMPANY's Audit Committee will review and approve the internal audit plan and provide final oversight for all testing activities.

COMPANY's management will designate a Project Sponsor, a senior member of management who has the requisite skills and competencies for overseeing the services being provided. The Project Sponsor is responsible for establishing the objectives and scope and determining the nature, timing, and extent of testing procedures; for approving, in conjunction with the Audit Committee, the service delivery plan; and for maintaining appropriate day-to-day oversight of the CONTRACTOR team. In addition, the Project Sponsor will have responsibility for reviewing and approving engagement Deliverables prepared during the engagement that document the results; for coordinating with management to determine whether control matters of concern noted constitute deficiencies, significant deficiencies or material weaknesses; for reporting the results within COMPANY's reporting structure, including the Audit Committee; for evaluating the observations and recommendations that arise from the services; and for monitoring corrective action taken.

Notwithstanding the foregoing, CONTRACTOR shall not be obligated to fulfill any particular obligation to provide Work as specified above, to the extent (and solely to the extent) that CONTRACTOR is unable to fulfill such obligation, as a direct result of any of the following dependencies not being completed in all material respects:

- Appropriate access to Apptio and relevant documentation and resources regarding the Apptio environment
- Appropriate access to relevant documentation and resources regarding the IT environment and processes in scope
- COMPANY project staff accessible to CONTRACTOR project team in a timely manner. Timely access to COMPANY personnel and stakeholders for workshops and meetings. These resources will be identified early in the project based on the activities in scope.

- Responsiveness - COMPANY will respond to CONTRACTOR's requests for information, documentation, clarification, or assistance in a timely and adequate manner.
- COMPANY to provide a point of contact with access to COMPANY resource calendars to help CONTRACTOR with scheduling of meetings and workshops.
- COMPANY will ensure that all reviews and approvals of work products are conducted within a reasonable timeframe allowing for timely completion of work products. Any delays impacting the ability to review and approve work products on time will result in change orders.
- Any activities or work products outside the listed scope will require assessment and written approval by both COMPANY and CONTRACTOR.

## OTHER MATTERS

CONTRACTOR will provide their services in accordance with the terms and conditions of this Schedule A-2 3 and the Agreement. CONTRACTOR services as outlined in this letter constitute an Advisory Engagement conducted under the American Institute of Certified Public Accountants ("AICPA") Standards for Consulting Services. Such services are not intended to be an audit, examination, attestation, special report or agreed-upon procedures engagement as those services are defined in AICPA literature applicable to such engagements conducted by independent auditors. Accordingly, these services will not result in the issuance of a written communication to third parties by CONTRACTOR directly reporting on financial data or internal control or expressing a conclusion or any other form of assurance.

## WORK SITE

The Work Site will be the following location(s): CONTRACTOR &/or COMPANY offices located in the Dallas, TX area. Apptio product work will be performed remotely from Kokomo, Indiana. It is estimated that the project team will be on-site 50 to 75% over the 4-week duration.

## TIMING

The engagement will commence on or around October 6, 2014 and conclude by October 31, 2014. The project will run approximately four (4) weeks.

## COMPENSATION, INVOICES AND PAYMENT

As full compensation for the satisfactory performance by CONTRACTOR of the Work authorized pursuant to this Schedule A-23, COMPANY will compensate CONTRACTOR as follows.

PROFESSIONAL AND SUPPORT STAFF FEES SCHEDULE

| Role | Estimated Hours | Rate |
|------|-----------------|------|
| Managing Director | 9 | $350/hr |
| Director | 96 | $340/hr |
| Service Costing SME | 160 | $300/hr |
| Apptio SME | 32 | $185/hr |
| Apptio Configurator | 80 | $150/hr |

The estimated fees for this effort are $101,710 and this project is not authorized to exceed $101,710 The expected blended rate is $270/hr, and CONTRACTOR will bill only for hours spent performing substantive Work for COMPANY. Any extension or increase in spend will require a Change Order, amendment or an additional Statement of Work

The project team will be on site for the 4 weeks of the project. Normal and reasonable travel expenses will be reimbursed in accordance with Article 5 and Attachment 5 of the Agreement (Reimbursable Expense Policy). Only actual expenses will be billed

The rates specified in this Schedule A-23 will remain in effect, with respect to and until completion of the Work authorized pursuant to this Schedule A-23.

All invoices shall be sent to

EFHITAP@EnergyFutureHoldings.com
EFH Corporate Services Company
1601 Bryan St
Dallas, TX 75201

## RESERVATION OF RIGHTS

Notwithstanding anything herein to the contrary, COMPANY will compensate CONTRACTOR for the Work (a) only after CONTRACTOR's engagement by COMPANY has been approved by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court) pursuant to section 327(a) of the Bankruptcy Code and (b) in accordance with any order entered by the Bankruptcy Court governing the compensation or reimbursement of fees of parties employed pursuant to section 327(a) of the Bankruptcy Code.

## KEY PERSONNEL

Personnel furnished by CONTRACTOR to COMPANY for performing efforts under this Schedule A-23 will have adequate qualifications to perform the work described herein. In the event any of CONTRACTOR's personnel gives reasonable indications that they are not able to perform in accordance with this Schedule A-23, COMPANY shall notify CONTRACTOR of such fact, and such CONTRACTOR personnel shall be removed. CONTRACTOR agrees to use its best efforts to ensure the continuity of the assignment of CONTRACTOR's employees assigned under this Schedule A-23 and CONTRACTOR will promptly provide substitute(s) for any of its employees who may be removed or reassigned.

The following personnel furnished by CONTRACTOR have been identified as Key Personnel and critical to the success of the completion of this Schedule A-23:

| | |
|---|---|
| **Principal:** | Denis Berry |
| **Director:** | Maria Potter |

For any personnel identified as a Key Personnel, CONTRACTOR will not replace such Key Personnel unless COMPANY so agrees, which agreement shall not be unreasonably withheld, except in the event the applicable Key Personnel resigns, is disabled or his/her employment is terminated by CONTRACTOR. If a Key Personnel is to be replaced whether at CONTRACTOR or COMPANY's request, CONTRACTOR will strive to achieve a smooth transition. CONTRACTOR will not charge COMPANY any additional fees or charges for the replacement such Key Personnel. The replacement Key Personnel provided by CONTRACTOR will become a Key Personnel as defined herein and shall have substantially similar skills and experience as the Key Personnel being replaced. The parties' objective is to minimize any adverse impact to the services being provided to COMPANY hereunder.

CONTRACTOR PEPSONNEL AUTHORIZED TO ATTEND MEETINGS WITH COMPANY PERSONNEL PERTAINING TO THE WORK

**Denis Berry**
**Maria Potter**
**Susan Garcia**

PRIVILEGES CLAIMED BY COMPANY, WITH RESPECT TO DELIVERABLES OR OTHER DOCUMENTS HEREAFTER DESIGNATED BY COMPANY

ATTORNEY-CLIENT COMMUNICATION

ATTORNEY WORK PRODUCT

TAX ADVISOR

OTHER:_____

## LIST OF ATTACHMENTS

COMPANY and CONTRACTOR agree that the following described attachments, if any, are incorporated herein in their entirety as fully as completely rewritten herein.

None

Work not specified above may be authorized only through a separate Schedule A-X or through an amendment or supplement to this Schedule A-23.

[Signature Page Follows]

**KPMG LLP**

By _____

      Signature

Name:  Denis Berry

Title    Principal

Date    October ——— 2014


**EFH CORPORATE SERVICES COMPANY**

By: _____

      Signature

Name  Kolten K Sarver

Title: VP of IT Governance and Strategy

Date: October 31 2014

## EXHIBIT 7

**HW Contract Advisor Services SOW**

C 0631124 C

## SCHEDULE A-24

Following the Parties' execution of this Schedule A-24 ("SOW"), CONTRACTOR (also referred to as "KPMG") is authorized to perform the work ("Work") as identified below on behalf of COMPANY "also referred to as EFH Corporate Services Company" pursuant to the terms and conditions contained in the Master Services Agreement C0631124C ("the Agreement") dated November 1, 2009.

### SCOPE OF WORK AND DELIVERABLES

The Work will be performed in accordance with the specifications and instructions, if any, attached hereto and identified in the List of Attachments. The Work will be scheduled at the direction of COMPANY's Contract Coordinator as identified herein.

### SCOPE OF WORK AND APPROACH

CONTRACTOR will assist COMPANY personnel in further building out COMPANY's IT asset management ("ITAM") capabilities. There will be two primary tasks completed under this SOW; for both tasks, an additional senior associate ("Senior Associate") will be placed with COMPANY to perform progress oversight and to serve as the subject matter expert.

### TASK (1):

CONTRACTOR will assist with the compilation and analysis of hardware contract information received from vendors and resellers as well as from COMPANY records. CONTRACTOR will create a report which identifies all discovered hardware assets and details regarding support and other relevant contract terms and conditions.

The following data sources will be reviewed under the scope of this Work:

- Review vendor data feeds - hardware contract data from Dell, HP, GDT, etc
- Review Ariba data feeds – the COMPANY contract system of record for all COMPANY hardware, software and IT service contracts
- Review Remedy CMDB data feeds – COMPANY records of physical hardware assets

The scope of Work will include the following activities:

- Review vendor data feeds to ensure vendors are populating key fields for hardware contracts; CONTRACTOR will generate a report for key fields that are missing data
- Review Ariba data to ensure key fields are populated for hardware contracts; CONTRACTOR will generate a report for key fields that are missing data
- Review Remedy data to ensure key fields are populated for hardware assets; CONTRACTOR will generate a report for key fields that are missing data
- Review CMDB data to ensure key fields are populated for hardware assets; CONTRACTOR will generate a report for key fields that are missing data
- Generate a repeatable report for the hardware assets and the hardware contract details that tie back to those hardware assets
- Two additional reports will also be created for the hardware assets which could not be tied to the contract details; the first report will identify the hardware assets and the second will, as much as possible, identify the contract details for each asset

C 0631124 C

## TASK (2):

CONTRACTOR will use COMPANY purchase orders ("POs") to identify hardware assets based on the information found within the POs. COMPANY and CONTRACTOR expect the Senior Associate to identify approximately 100 hardware assets from review of 25 to 30 POs each week.  *The actual number of hardware assets identified may be more or less than the estimated number based on the accuracy of data within the POs.* Hardware assets may include, but are not limited to, servers, workstations, network appliances, storage devices, and so on. CONTRACTOR will participate in the project on a part-time basis for this task, typically working three (3) days per week.

The following data sources will be reviewed in scope of this Work:

* Review Viper data feeds – POs for hardware assets

The scope of Work will include the following activities:

* Verification and as necessary, data entry of asset information into the Remedy CMDB Viper data feeds and POs reviewed

## EXECEPTIONS TO TASK (1) and TASK (2)
* Review of all POs in Viper may not be possible; this task is limited by the project timeline
* Data feeds from core IT service management ("ITSM") processes and tools (with the exception of ITAM), such as incident, problem, change, knowledge, configuration management, etc. will not be reviewed
* Data related to IT service strategy, design, and deployment ( IT Service Portfolio Management) will not be reviewed or analyzed
* Uploading data into a third party tool other than Remedy CMDB will not be performed
* No effort will be dedicated to designing an ongoing method of analyzing hardware contract data
* Ensuring 100% accuracy and match of all hardware assets and hardware contracts.  Company will be responsible for the review and approval of all deliverables ("Deliverables")

*[REMAINDER OF PAGE LEFT BLANK]*

C 0631124 C

The tasks will be executed in four (4) phases in order to complete the tasks and produce the Deliverables.

| | Phase | Activity | Outcome |
|---|---|---|---|
| 1 | MOBILIZATION & KICK OFF | Meet with key project stakeholders to confirm project goals and objectives<br>Provide a clear picture of the current inputs/outputs, stakeholders, roles, approach and timeline<br>Confirm scope and identify/address any known issues, constraints or challenges<br>Identify key client roles for interviews and information contribution | • Understanding of project goals and objectives<br>• Confirm and communicate scope<br>• Confirm and communicate approach<br>• schedule sessions & meet with those individuals who have access to required data |
| 2 | REVIEW DATA SOURCES | • Review hardware asset data, and hardware contract data as it becomes available<br>• Identify the authoritative data sources, unique identifiers, and data collection mechanism<br>• Identify the key data fields required by COMPANY in managing its hardware assets | • Report with data points for hardware and contracts with potential and/or known issues<br>• Consolidated report of hardware assets and hardware contract data from various data sources |
| 3 | COMBINE DATA INTO HARDWARE CONTRACT REPORT | • Merge the physical hardware data and the hardware contract data into a single report<br>• Identify issues in data sources<br>• This report should list all discoverable hardware assets, the related contracts for Maintenance, Start/End Dates, contract support provider, and any other available data fields available from the original data sources | • Hardware Asset and Contract Details Report for all available hardware assets and hardware contracts received from the vendors as well as existing COMPANY data (from Remedy and Ariba)<br>• Hardware Asset Report for Assets not found to have an associated Contracts<br>• Contract Report for Contracts not found to have an associated Hardware Asset |
| 4 | CREATE HARDWARE ASSETS FROM PURCHASE ORDERS | • Review Viper POs and identify hardware assets, upload hardware asset and contact details into Remedy CMDB if the assets or details are not found in the Tool | • Report of hardware assets identified and input to the Remedy CMDB tool |

[REMAINDER OF PAGE LEFT BLANK]

C 0631124 C

## DELIVERABLES

The following is a description of key Deliverables to be produced by CONTRACTOR through the delivery of the Work described in this SOW.

| # | Deliverable Title | Deliverable Description |
|---|---|---|
| 1 | Hardware Assets and Covered Hardware Contract Details Reports | Report of hardware assets and the contract detail tied to those assets |
| 2 | Unmatched Hardware Assets | List of hardware assets that were not matched to any contract details and as much as is possible, a report of the reasons why these assets were unknot matched |
| 3 | Unmatched Hardware Contracts | Hardware contracts that were not matched to any hardware assets and, as much as is possible, the reasons these contracts were unknot matched |
| 4 | Identify and remediate missing assets and details in Remedy CMDB related to the review of POs from Viper | Data entry/validation of "approved/ordered" asset records in the Remedy CMDB as well as configuration and contract details |
| 5 | Hardware Assets | List of hardware assets identified from the review of Viper POs which were input to Remedy CMDB by the Senior Associate |

A draft of the Deliverables will be provided to the project sponsors ("Project Sponsors") for review, comment and approval prior to final delivery.

Delana Nading:            Phone Number: (214) 812-4190
Kolt Sarver:              Phone Number: (214) 812-2018

—  Deliverables will not be prepared on CONTRACTOR letterhead or contain the CONTRACTORS's logo or other references to CONTRACTOR. These Deliverables may be prepared on COMPANY letterhead or contain the COMPANY logo, if instructed by the Project Sponsor.

—  CONTRACTOR may attach a transmittal communication to each Deliverable, or provide a periodic transmittal communications referring to the Deliverables that have been provided previously. Neither this CONTRACTOR transmittal communication, nor a copy thereof, should accompany any reports or Deliverables shared outside COMPANY.  Should COMPANY attach its own transmittal letter when reports or Deliverables are shared externally, such transmittal letter may not indicate that the report or Deliverable was prepared by CONTRACTOR or that the findings were based on input or test work provided by CONTRACTOR.  Further CONTRACTOR's role in supporting COMPANY internal audit function or other projects may not be publicly disclosed (other than to COMPANY's external auditor) without CONTRACTOR's written consent.

## CLIENT PARTICIPATION AND RESPONSIBILITIES

During the development of this engagement letter, CONTRACTOR was guided by certain assumptions about the project scope, and level of COMPANY's involvement and support.

COMPANY's management will designate a Project Sponsor, a senior member of management who has the requisite skills and competencies for overseeing the services being provided.  The Project Sponsor is responsible for establishing the objectives and scope and determining the nature, timing, and extent of testing procedures; for approving the service delivery plan; and for maintaining appropriate day-to-day oversight of the CONTRACTOR team.  In addition, the Project Sponsor will have responsibility for reviewing and approving engagement Deliverables prepared during the engagement that document the

C 0631124 C

results; for coordinating with management to determine whether control matters of concern which are noted, constitute deficiencies, significant deficiencies or material weaknesses; for reporting the results within COMPANY's reporting structure, for evaluating the observations and recommendations that arise from the services; and for monitoring corrective action taken.

Notwithstanding the foregoing, CONTRACTOR shall not be obligated to fulfill any particular obligation to provide Work as specified above, to the extent (and solely to the extent) that CONTRACTOR is unable to fulfill such obligation, as a direct result of any of the following dependencies not being completed in all material respects:

- Appropriate access to relevant documentation and resources regarding the IT environment and processes in scope
- COMPANY project staff accessible to CONTRACTOR project team in a timely manner. Timely access to COMPANY personnel and stakeholders for workshops and meetings. These resources will be identified early in the project based on the activities in scope.
- Timeliness and adequacy of COMPANY's responsiveness to CONTRACTOR's requests for information, documentation, clarification, or assistance
- COMPANY to provide a point of contact who has access to COMPANY resource's calendars to help CONTRACTOR with scheduling of meetings and workshops.
- COMPANY will ensure that all reviews and approvals of Work products are conducted within a reasonable timeframe allowing for timely completion of Work products. Any delays impacting the ability to review and approve Work products on time may result in change orders
- Any activities or Work products outside the listed scope will require assessment and approval by both COMPANY and CONTRACTOR

## OTHER MATTERS

CONTRACTOR will provide services in accordance with the terms and conditions of this SOW. Services set forth herein constitute an Advisory Engagement conducted under the American Institute of Certified Public Accountants ("AICPA") Standards for Consulting Services. Such services are not intended to be an audit, examination, attestation, special report or agreed-upon procedures engagement as those services are defined in AICPA literature applicable to such engagements conducted by independent auditors. Accordingly, these services will not result in the issuance of a written communication to third parties by CONTRACTOR directly reporting on financial data or internal control or expressing a conclusion or any other form of assurance.

Sarbanes-Oxley Act of 2002

The following paragraph supersedes Article 43(a) of the Agreement.

In accepting this engagement, the COMPANY acknowledges that completion of this engagement or acceptance of Deliverables resulting from this engagement will not constitute the sole basis for its assessment or evaluation of internal control over financial reporting or the primary basis for its compliance with its principal officer certification requirements under Section 302 of the Sarbanes-Oxley Act of 2002 (the Act). This engagement shall not be construed to be the sole basis to support the COMPANY'S responsibilities under Section 404 of the Act requiring each annual report filed under Section 13(a) or 15(d) of the Securities Exchange Act of 1934 to contain an internal control report from management. It is the responsibility of COMPANY management to establish and maintain an adequate internal control structure and procedures for financial reporting and to assess, as of the end of the most recent fiscal year of the COMPANY, the effectiveness of the internal control structure and procedures of the COMPANY for financial reporting.

## WORK SITE

C 0631124 C

The Work Site will be the following location(s): CONTRACTOR &/or COMPANY offices located in the Dallas, TX area.

## TIMING

The engagement will commence on or around November 10th, 2014 (the "Effective Date") and conclude by January 23th, 2015.

### Proposed Timeline

CONTRACTOR proposes to execute on the desired services over a period of 8 weeks.

| Phase | Weeks | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| Mobilization & Kick off | | | | | | | | |
| Review Data for Contract Information | | | | | | | | |
| Combine Data for Contract Information | | | | | | | | |
| Create Hardware Assets based on PO | | | | | | | | |

## COMPENSATION, INVOICES AND PAYMENT

As full compensation for the satisfactory performance by CONTRACTOR of the Work authorized pursuant to this Schedule A-24, COMPANY will compensate CONTRACTOR as follows.

### PROFESSIONAL AND SUPPORT STAFF FEES SCHEDULE

| Role | Estimated Hours | Rate |
|---|---|---|
| Partner / Managing Director | 40 | $325/hr |
| Director | 20 | $295/hr |
| Sr. Associate | 64 | $190/hr |
| Sr. Associate 2 (HW Contracts) | 320 | $190/hr |
| Sr. Associate (HW Assets) | 192 | $190/hr |

The total estimated time based service charges for this effort are $128,340 and this project is not authorized to exceed $147,500 in fees, based on the estimated amount of reimbursable expenses of approximately 15% of the total fees. The expected blended rate is $201/hr and CONTRACTOR will bill only for hours spent performing substantive Work for COMPANY. Any extension or increase in spend will require amendment to this Schedule A-24. If travel is required, normal and reasonable travel expenses will be reimbursed in accordance with Article 5 and Attachment 5 of the Agreement (Reimbursable Expense Policy).

The rates specified in this Schedule A-24 will remain in effect, with respect to and until completion of the Work authorized pursuant to this Schedule A-24.

All invoices shall be sent via email with all supporting documentation to:

**EFH IT Accounts Payable**
1601 Bryan Street
Dallas, Texas 75201

C 0631124 C

Invoices should be emailed along with all supporting documentation to
EFHITAP@energyfutureholdings.com

## RESERVATION OF RIGHTS

Notwithstanding anything herein to the contrary, COMPANY will compensate CONTRACTOR for the Work (a) only after CONTRACTOR's engagement by COMPANY has been approved by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court) pursuant to section 327(a) of the Bankruptcy Code and (b) in accordance with any order entered by the Bankruptcy Court governing the compensation or reimbursement of fees of parties employed pursuant to section 327(a) of the Bankruptcy Code.

## KEY PERSONNEL

Personnel furnished by CONTRACTOR to COMPANY for performing efforts under this Schedule A-24 will have adequate qualifications to perform the Work described herein. In the event any of CONTRACTOR's personnel gives reasonable indications that they are not able to perform in accordance with this Schedule A-24, COMPANY shall notify CONTRACTOR of such fact, and such CONTRACTOR personnel shall be removed. CONTRACTOR agrees to use its best efforts to ensure the continuity of the assignment of CONTRACTOR's employees assigned under this Schedule A-24 and CONTRACTOR will promptly provide substitute(s) for any of its employees who may be removed or reassigned.

The following personnel furnished by CONTRACTOR have been identified as critical to the success of the completion of this Schedule A-24:

**Susan Garcia:** Managing Director

For any personnel identified as a Key Personnel, CONTRACTOR will not replace such Key Personnel unless COMPANY so agrees, which agreement shall not be unreasonably withheld, except in the event the applicable Key Personnel resigns, is disabled or his/her employment is terminated by CONTRACTOR. If a Key Personnel is to be replaced whether at CONTRACTOR or COMPANY's request, CONTRACTOR will strive to achieve a smooth transition. CONTRACTOR will not charge COMPANY any additional fees or charges for the replacement such Key Personnel. The replacement Key Personnel provided by CONTRACTOR will become a Key Personnel as defined herein and shall have substantially similar skills and experience as the Key Personnel being replaced. The parties' objective is to minimize any adverse impact to the services being provided to COMPANY hereunder.

CONTRACTOR PERSONNEL AUTHORIZED TO ATTEND MEETINGS WITH COMPANY PERSONNEL PERTAINING TO THE WORK

**Tate Anderson:** Partner
**Matt Smith:** Partner
**Susan Garcia:** Managing Director
**Ross Rexer:** Managing Director

PRIVILEGES CLAIMED BY COMPANY, WITH RESPECT TO DELIVERABLES OR OTHER DOCUMENTS HEREAFTER DESIGNATED BY COMPANY

_____  ATTORNEY-CLIENT COMMUNICATION

_____  ATTORNEY WORK PRODUCT

_____  TAX ADVISOR

_____  OTHER:_____

C 0631124 C

## LIST OF ATTACHMENTS

COMPANY and CONTRACTOR agree that the following described attachments, if any, are incorporated herein in their entirety as fully as completely rewritten herein.

None noted

Work not specified above may be authorized only through a separate Schedule A-X, or through an amendment or supplement to this Schedule A-24.

**KPMG LLP**                                    **EFH CORPORATE SERVICES COMPANY**

By: _____        By: _____
      Signature                                     Signature

Name:  Susan Garcia                          Name:  Kolten K Sarver

Title:    Managing Director                    Title:    VP, IT Governance & Strategy

Date:   November 6, 2014                     Date:    November XX, 2014

## **EXHIBIT 8**

**EA Strategy Foundation**

EFH - Enterprise Architecture Strategy – Foundation Phase

## SCHEDULE A-25

Following the parties' execution of this Schedule A-25, CONTRACTOR, (also referred to as "KPMG" is authorized to perform the Work as identified below on behalf of COMPANY, also referred to as "EFH Corporate Services Company", pursuant to the terms and conditions contained in the Master Services Agreement C0631124C ("the Agreement") dated November 1, 2009.

## SCOPE OF WORK AND DELIVERABLES

The Work will be performed in accordance with the specifications and instructions, if any, attached hereto and identified in the List of Attachments. The Work will be scheduled at the direction of COMPANY's Contract Coordinator as identified herein.

## BACKGROUND

COMPANY's IT Governance and Strategy ("ITG&S") organization recognizes the need to clearly understand the key desired outcomes from its customer base, clearly define its organizational function, and transform its operating model and services to support and enable partner expectations.

As part of the ITG&S organization, the Enterprise Architecture & Innovation team ("EA&I") will be responsible for aligning corporate and business unit strategic objectives, priorities, and initiatives with the technical direction and delivery methodology of COMPANY's IT services across the infrastructure, applications, and security/compliance towers. AE&I will focus on three major areas:

- Enterprise Architecture,
- Process Excellence, and
- Technology Innovation & Strategy.

EA&I seeks to (1) understand its current-state gaps, (2) develop a target-state vision, and (3) create an actionable roadmap to support both the near term tactical and the long term strategic needs of the business enterprise as it specifically relates to the Enterprise Architecture ("EA") aspect of the EA&I charter.

Work performed during the first or "Foundation Phase" of this engagement will establish the key foundational components of EA&I and a baseline which supports the longer term strategic needs and the target-state vision for an EA governance model applicable to all future technology-based solutions of COMPANY.

## PROJECT OBJECTIVES

The ITG&S business unit has asked CONTRACTOR to assist with the development of the target-state functional and operational design models for EA&I.

The key objectives of the Foundation Phase are:

EFH - Enterprise Architecture Strategy – Foundation Phase

- Define the EA&I functions
- Develop the target-state EA&I functional and operational models – comprised of the vision, engagement model, core service offerings, delivery and organizational structure
- Create the roadmap for adopting and transitioning to the target-state EA&I functional and operational models

## DESCRIPTION OF SERVICES TO BE PERFORMED

CONTRACTOR will support the planning, analysis and design of the EA&I target-state for the functional and operating models, as well as the creation of the roadmap and transition to the new models.

1. **Develop the Target-State Operating Model**

   The targeted operating model will define EA&I vision, the customer engagement model, core service offerings, and the delivery & service fulfillment layer.  CONTRACTOR will support the development of the target-state operating model through the following key activities:

   Assessment of the Current State
   - Capture and align within the current state, the inbound needs and requests (the business unit request); key challenges with delivery, resource skills, and operations; desired outcomes; and areas of improvement (pain points)
   - Develop strategic requirements which align with key inputs and leading/best practices

   Development of the Target-State Operating Model
   - Define the customer and engagement model
   - Define high-level core service offerings (service catalog) and structure
   - Define core governance, delivery, and organizational structure
   - Review the current Architecture Review Board structure & effectiveness

2. **Define the EA&I Functional Organization**

   The EA&I functional design will define the target-state value drivers, roles and responsibilities, and organizational structure.  CONTRACTOR will support the development of the EA&I functional design including the following key activities:

   - Define the key value drivers and targeted outcomes of the EA&I function
   - Validate value drivers and targeted outcomes with customer stakeholders
   - Develop and define the EA&I function, roles, responsibilities and RACI matrix
   - Develop EA&I job description(s)

3. **Define the Transition Plan and Roadmap**

   The EA&I target-state roadmap will outline the key long term activities and near term tactics to transition to the target state.  CONTRACTOR will provide support in the development of the EA&I target-state roadmap including the following key activities:

2

EFH - Enterprise Architecture Strategy – Foundation Phase

- Develop a near term plan to initiate and transition to the target operating state
- Develop a high-level 3-5 year strategic roadmap

## DELIVERABLES

| Stream | Deliverables | Description |
|---|---|---|
| Target-State Operating Model | 1. EA&I Vision Summary | ▪ Clear, concise definition of the target-state vision and key strategic requirements for EA&I (a summary that will be incorporated into the target operating model document) |
| | 2. Target Operating Model | ▪ Target state operating model framework and description of customer engagement, core offerings, and delivery model for EA&I |
| EA&I Functional Design | 3. Key Value Drivers | ▪ Document which describes core value drivers and targeted outcomes for EA&I |
| | 4. Functional Definition | ▪ Functional descriptions of key activities, skills assessments, RACI matrix, roles, and job descriptions |
| Roadmap and Transition Plan | 5. High Level Strategic Roadmap | ▪ Near, mid, and long term elements of the roadmap outlining key activities for achieving the target-state vision |

## SCHEDULE, RESOURCES, AND PROFESSIONAL SERVICES FEES

The duration of the engagement for the EA&I Foundation Phase is estimated at approximately 6-8 weeks, commencing the week of November 10, 2014 (the "Effective Date") and completing December 19, 2014.

The anticipated schedule of activities is outlined below:

EFH - Enterprise Architecture Strategy – Foundation Phase



TOM –          Targeted Operating Model
JD -           Job Descriptions

Team Structure:



| Role | Resource | Rate/Hour | Hours/Wk. | Weeks | Est. Hours | Est. Fees |
|------|----------|-----------|-----------|-------|------------|-----------|

4

EFH - Enterprise Architecture Strategy – Foundation Phase

| SME Guidance / Time (IT Target Operating Model, Service Design)* | Susan Garcia, Augustus Oakes, Paul Fritz | $325 | 6 | 8 | 48 | $15,600 |
|---|---|---|---|---|---|---|
| Director, Engagement Lead and IT Service Strategy / Design | TBD | $295 | 35 | 8 | 280 | $82,600 |
| Manager, IT Service Management | TBD | $245 | 40 | 8 | 320 | $78,400 |
| Sr. Enterprise Architect | TBD | TBD | TBD | | | |
| Enterprise Architect | TBD | TBD | TBD | | | |
| | | | | | 648 | |
| | | | | | Total Est. | $176,600 |
| | | | | | | |

*SME Time as needed

The estimated fees for this effort are $176,600 and this project is not authorized to exceed $176,600 for labor plus up to 15% of actual fees for travel expenses. The expected blended rate is $272/hr, and CONTRACTOR will bill only for hours spent performing substantive Work for COMPANY. Any extension or increase in spend will require amendment to this Schedule A-25. The project team will be on site for 3-4 days per week for the duration of the project. Normal and reasonable travel expenses will be reimbursed in accordance with Article 5 and Attachment 5 of the Agreement (Reimbursable Expense Policy). Only actual expenses will be billed.

The rates specified in this Schedule A-25 will remain in effect, with respect to and until completion of the Work authorized pursuant to this Schedule A-25.

All invoices shall be sent to:

> Accounts Payable
> EFH Corporate Services Company
> 1601 Bryan St
> Dallas, TX 75201
>
> With an electronic copy to:
>
> EFHITAP@EnergyFutureHoldings.com

## CLIENT PARTICIPATION AND RESPONSIBILITIES

During the development of this engagement, CONTRACTOR has been guided by certain assumptions about the project scope, and level of COMPANY's involvement and support.

CONTRACTOR requires the support of COMPANY's personnel in order to achieve timely completion of the project. Support includes, but is not limited to:

- Assisting with activities set forth in this document
- Providing timely collection and provision of all documents reasonably requested by the project team (and other documents that are relevant to project Deliverables)

5

- Making available key COMPANY personnel to participate in project activities as reasonably requested by the project team
- Providing access to CONTRACTOR or COMPANY data sources as needed to complete Deliverables
- Reviewing and providing feedback on Deliverables as requested
- Helping with the scheduling and coordination of interviews and meetings with Exelon and third party personnel as needed (e.g. telecommunication providers)

## OTHER MATTERS

CONTRACTOR will provide services in accordance with the terms and conditions of this SOW. CONTRACTOR services as outlined herein constitute an Advisory Engagement conducted under the American Institute of Certified Public Accountants ("AICPA") Standards for Consulting Services. Such services are not intended to be an audit, examination, attestation, special report or agreed-upon procedures engagement as those services are defined in AICPA literature applicable to such engagements conducted by independent auditors. Accordingly, these services will not result in the issuance of a written communication to third parties by CONTRACTOR directly reporting on financial data or internal control or expressing a conclusion or any other form of assurance.

**Sarbanes-Oxley Act of 2002**

The following paragraph supersedes Article 43(a) of the Agreement

In accepting this engagement, the COMPANY acknowledges that completion of this engagement or acceptance of Deliverables resulting from this engagement will not constitute the sole basis for its assessment or evaluation of internal control over financial reporting or the primary basis for its compliance with its principal officer certification requirements under Section 302 of the Sarbanes-Oxley Act of 2002 (the Act). This engagement shall not be construed to be the sole basis to support the COMPANY'S responsibilities under Section 404 of the Act requiring each annual report filed under Section 13(a) or 15(d) of the Securities Exchange Act of 1934 to contain an internal control report from management. It is the responsibility of COMPANY management to establish and maintain an adequate internal control structure and procedures for financial reporting and to assess, as of the end of the most recent fiscal year of the COMPANY, the effectiveness of the internal control structure and procedures of the COMPANY for financial reporting.

## RESERVATION OF RIGHTS

Notwithstanding anything herein to the contrary, COMPANY will compensate CONTRACTOR for the Work (a) only after CONTRACTOR's engagement by COMPANY has been approved by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") pursuant to section 327(a) of the Bankruptcy Code and (b) in accordance with any order entered by the Bankruptcy Court governing the compensation or reimbursement of fees of parties employed pursuant to section 327(a) of the Bankruptcy Code.

**IN WITNESS WHEREOF**, the parties hereto have caused this Statement of Work to be executed by their duly authorized representatives as of the date first written above.

**KPMG LLP**

**EFH CORPORATE SERVICES COMPANY**

By: _Susan B. Garcia_ _____
      Signature

By: _____
      Signature

Name: Susan Garcia

Name: Kolten K Sarver

Title: Partner

Title: VP of IT Governance and Strategy

Date: November 6, 2014

Date: November 7, 2014

"This proposal is made by KPMG LLP, a U.S. limited liability partnership and a member firm of the KPMG network of independent member firms affiliated with KPMG International, a Swiss cooperative, and is in all respects subject to our client and engagement acceptance procedures as well as the negotiation, agreement, and signing of a specific engagement letter or cont. KPMG International provides no client services. No member firm has any authority to obligate or bind KPMG International or any other member firm vis-à-vis third parties, nor does KPMG International have any such authority to obligate or bind any member firm."

7

**EXHIBIT 9**

**Phase II IT Costing Apptio Service Catalog**

C 0631124 C

## SCHEDULE A-26
## PHASE II IMPLEMENTATION

Following the parties' execution of this Schedule A-26, KPMG LLP ("CONTRACTOR") is authorized to perform the work ("Work") as identified below on behalf of EFH Corporate Services Company (the "COMPANY") pursuant to the terms and conditions contained in the Master Services Agreement C0631124C ("the Agreement") dated November 1, 2009, as amended.

### SCOPE OF WORK AND DELIVERABLES

The Work will be performed in accordance with the specifications and instructions, if any, attached hereto and identified in the List of Attachments.  The Work will be scheduled at the direction of COMPANY's Contract Coordinator as identified herein.

### SCOPE OF WORK AND APPROACH

CONTRACTOR will assist with the implementation of the Foundational Phase recommendations detailed in the approved requirements (see Exhibit A and B) which includes:

- Redesigned service catalog ("Service Catalog"), cost and budget models ("Cost and Budget Models")
- Initial total cost of ownership ("TCO") design
- Redesigned data architecture to support the new models
- Out of the box ("OOB") reports and security access

The scope does not include:

- Service billing
- New data sources
- IT operations users
- Business unit users
- End user training
- Organizational change management ("Change Management")
- Process adoption

.The engagement will include the following activities and deliverables ("Deliverables") for those requirements ("Requirements") that are set forth in the completed Requirements Traceability Matrix ("RTM") in Exhibit A.

| Phase | Key Tasks | Deliverables |
|---|---|---|
| *Technical Design* | **Service Costing Solution:**<br>• Develop the technical design document ("Technical Design Document")<br>• Validate Technical Design Document with core team ("Core Team")<br>• Build use cases ("Use Cases")<br>• Validate Use Cases with Core Team, IT Finance and IT Operations<br>**Data Architecture:**<br>• Develop Technical Design Document<br>• Validate Technical Design with Core Team<br>• Build Use Cases | • Technical Design Document<br>• Data Architecture Design<br>• Master Data Management (MDM ) Process and Governance<br>• Data Transformation Rules<br>• Prioritized Data Quality Plan |

C 0631124 C

| Phase | Key Tasks | Deliverables |
|---|---|---|
| | • Validate Use Cases with Core Team<br>• Develop MDM Process and Governance | • Use Cases |
| *Configuration* | **Service Costing Solution:**<br>• Update configuration for the Cost and Budget Models and unit test<br>• Enable OOB reports and unit test<br>• Conduct a comparative analysis of custom and OOB reports and determine which OOB reports to implemented<br>• Develop custom reports ("Custom Reports")<br>• Validate configuration with Core Team<br>**Data Architecture:**<br>• Update Data Transformation Rules<br>• Implement MDM Process and Governance Data Link configuration, unit testing and documentation will be performed by Apptio<br>**Testing Preparation:**<br>• Development of a test plan ("Test Plan")<br>• Support development of a support plan ("Support Plan") | • Service Catalog Configured<br>• Cost & Budget Model Configured<br>• Data Transformation Rules setup Test Plan |
| *Validation* | • Supports execution of Test Plan<br>• Supports resolution of issues/bugs<br>• Performs root cause analysis ("RCA") of issues/bugs<br>• Validates fixes with Technology Business Management Administrator ("TBMA")<br>• Manages list of outstanding issues/bugs | • End User Testing Support<br>• Bug/Fix Support<br>• Updated Solution Requirements Document and Run Book |
| *Operationalization* | • Walks through the project milestones and overall engagement<br>• Reviews the risk & issues log<br>• Validates project documentation<br>• Validates process and governance<br>• Reviews post configuration handoff documents and presentations<br>• Reviews post configuration handoff document and presentation<br>• Reviews the Service Costing  Assessment roadmap | • Production Support<br>• Impact Assessment for IT Finance/IT Operations<br>• Adoption Roadmap and Remediation |
| *Model Reconciliation* | • Finalizes model reconciliation between the new Apptio model and the manual Excel model<br>• | • Final Model Reconciliation |

**COMPANY Key Stakeholder Roles:**

| Role | Responsibility |
|---|---|
| Project Manager | • Engages as the overall Project Manager ("PM") for COMPANY<br>• Assists the CONTRACTOR Project Manager with the development and management of the project plan and governance<br>• Manage the COMPANY resources, schedule and deliverables<br>• Coordinates and manages as cross-functional support resource as needed<br>• Provides project status and timely identification of risks, issues and mitigation steps |

C 0631124 C

| Role | Responsibility |
|---|---|
| | • Manages the User Acceptance Testing Process |
| IT Finance SME | • Liaison to the IT Finance Team<br>• Participates in the development of Use Cases and Test Scripts<br>• Participates in End User Testing and documents testing results<br>• Reviews the Process Flows and Governance document<br>• Provides input for updates to training content<br>• Participates in the delivery of end user training |
| IT Operations SME | • Liaison to IT Operations<br>• Participates in the development of Use Cases and Test Scripts<br>• Participates in End User Testing and document testing results<br>• Reviews the Process Flows and Governance document<br>• Provides input for updates to training content<br>• Participates in the delivery of end user training |
| Service Costing SME | • Validates that Solution Design will meet approved Requirements<br>• Performs as Solution owner<br>• Assists with model reconciliation process and governance documentation<br>• Determines impact the new solution will have on current business processes and governance<br>• Reviews and approves Deliverables |
| Data Architect | • Participates in walk-through of Solution Design<br>• Coordinates with Data Management SMEs, Representatives, ETL and Testers on business process integration and validation<br>• Confirms future information architecture, metadata, data model and business semantics layers<br>• Reviews CONTRACTOR's proposed data model and roadmap to meet current and future needs in the data design and content<br>• Provides input on data acquisition strategy as needed |
| Source Data Owners | • Reviews business requirements including data flows and interfaces to/from CMDB and other sources for in-scope data sources<br>• Provided sample data extracts, validated data maturity, assists with development of data quality plan ("Data Quality Plan")<br>• Assists with data analysis and mapping data and business requirements to Apptio<br>• Assists with testing |
| TBMAs | • Participates in design/validation sessions, as needed<br>• Builds Process Flows and documentation<br>• Develops User Acceptance Test Scripts<br>• Assists with configuring model(s) within Apptio<br>• Validates financial, metric and operational data inputs<br>• Debugs and troubleshoots model<br>• Validates model results<br>• Assists with build of Custom Reports<br>• Serves as resident data expert (rules, transformations, data relationships) as configured in the tool |

C 0631124 C

**CONTRACTOR Project Roles:**

| Role | Responsibility | Resources |
|---|---|---|
| Engagement Lead | • Provides Technology Business Management (TBM) Vision<br>• Provides project oversight, leadership, and quality assurance ("Quality Assurance")<br>• Serves as escalation point for all CONTRACTOR project resources, Deliverable and budget issues<br>• Serves as Contractor Resource Management and Project Coordinator | Susan Garcia |
| Engagement Manager | • Collaborates with COMPANY's overall PM<br>• Assists the COMPANY PM with the development and management of the project plan and governance<br>• Manages the CONTRACTOR resources, schedule and Deliverables<br>• Provides project status and timely identification of risks, issues and mitigation steps<br>• Manages the Quality Assurance process for Deliverables<br>• Develops a Test Plan | Maria Potter |
| Service Costing SME | • Validates that Solution Design will meet approved requirements<br>• Creates Use Cases<br>• Trains COMPANY on the development of Use Cases, Process Flows and Test Scripts<br>• Supports model testing and validation process<br>• Manages model reconciliation design & documentation | Len Epelbaum |
| Service Costing Support MGT | • Support model remediation process ("Model Remediation Process")<br>• Documents & supports Model Remediation Process<br>• Assist with the development of Use Cases | Harish Bharadwaj |
| Apptio Architect | • Reviews Apptio model technical design changes<br>• Reviews Apptio configuration updates and validates against functional requirements<br>• Provides Apptio design leading practices<br>• Participates in requirements gathering/validation sessions, as needed | Nancy Braun |
| Tech Lead & Data Architect | • Coordinates with Apptio SME and Apptio configurator to assure correct data alignments and Apptio designs<br>• Works with Service Costing Manager, TBMA(s) and Data Owners to implement Data Management best practices<br>• Participates in requirements validation sessions<br>• Reviews technical Solution Design<br>• Manages Apptio technical model changes<br>• Provides oversight and QA for all Apptio Data Link and Custom Report development Work | Brian Marr |
| Apptio Configurator | • Participates in technical design sessions<br>• Converts functional requirements into Apptio model technical design changes<br>• Implements Apptio configuration changes<br>• Updates Solution Requirements Document<br>• Unit tests configuration changes<br>• Supports COMPANY User Acceptance Testing<br>• Provides bug/fix support during User Acceptance Testing | Chris Hayes |

C 0631124 C

## DELIVERABLES

The following is a description of key Deliverables to be produced by CONTRACTOR through the delivery of the Work described in this SOW.

| # | Deliverable Title | Deliverable Description |
|---|---|---|
| 1 | Technical Design | Technical design of the requirements and functional design captured in the approved Requirements Traceability Matrix (RTM). This will be an update of the COMPANY current Solution Requirements Document (SRD). |
| 2 | Use Cases | Use Cases - Description of COMPANY business scenarios that describe a specific requirement identified in the RTM. |
| 3 | User Acceptance Testing Plan | A plan that documents the tasks, Deliverables and resources needed to complete the end user testing cycle validating the COMPANY Apptio Service Costing Solution Design. |
| 4 | Data Architecture Design | A schema and supporting documentation that shows data sources, which Apptio input tables they feed into, and what sort of information will be extrapolated from these data sources. |
| 5 | Updated Cost Model(s) | Actual configuration of the Apptio Cost and Budget models that currently exist in the COMPANY Apptio environment within. Descriptions of objects, their sources, allocation methods, and potential uses to be included. |
| 6 | Data Transformation Rules | A document that shows how various data sources and their respective elements will be transformed from source to master data elements. |
| 7 | Prioritized Data Quality Plan | A plan that documents the tasks, Deliverables and resources to mature the data needed to support and enhance the COMPANY Apptio Service Costing Solution Design. Plan will also give an agreed to, estimated, time to implement the changes for each set of task, Deliverable, and resource. |
| 8 | Monthly Data Load & Validation Process & Governance | Process Flow - Graphic depiction of the steps, artifacts, timing, and responsible resources involved in loading and validating data files with supporting descriptions. Governance – Document of the COMPANY required standards, approvals and documentation to upload and validate the data files. |
| 9 | Solution Requirements Document & Run Book | Develop a Solution Requirements Document & Run Bookdocumenting the the service definitions, service catalog, model configuration, data transformation rules. Custom reports will be documented by Apptio. |

C 0631124 C

| # | Deliverable Title | Deliverable Description |
|---|---|---|
| 10 | Master Data Management Process and Governance | Process Flow - Graphic depiction of the steps, artifacts, and resources involved in creating, validating, and managing master data with supporting descriptions.  Governance – Document of the COMPANY required standards, approvals and documentation to manage master data within Apptio and associated systems providing data to the Apptio tool. |
| 11 | Model Reconciliation | Assistance to complete the reconciliation between the manual Excel spreadsheet and the new Apptio Cost model once it is updated and tested.  Differences may continue to exist. |

The Deliverables presented as part of this engagement are for the internal use of COMPANY management, the Audit Committee and Board of Directors. CONTRACTOR disclaims any intention or obligation to update or revise the observations whether as a result of new information, future events or otherwise. Should additional documentation or other information become available which impacts the observations reached in the producing the Deliverables, CONTRACTOR reserves the right to amend its observations and summary documents accordingly.

The primary Deliverable for this phase will be a documented set of planned activities and related resource estimates for consideration in the Phase 1 remediation effort.

The draft Deliverables will be provided to the Project Sponsor for review, comment and approval prior to delivering the final version of the Deliverables.

Contract Coordinator:  Kolt Sarver                     Phone Number: (214) 812-2018

- Deliverables will not be prepared on CONTRACTOR letterhead or contain the CONTRACTOR logo or other references to CONTRACTOR. These deliverables may be prepared on COMPANY letterhead or contain the COMPANY logo, if instructed by the Project Sponsor.
- CONTRACTOR may attach a transmittal communication to each deliverable, or provide a periodic transmittal communications referring to the deliverables that have been provided previously. Neither this CONTRACTOR transmittal communication, nor a copy thereof, should accompany any reports or deliverables shared outside COMPANY.  Should COMPANY attach its own transmittal letter when reports or deliverables are shared externally, such transmittal letter may not indicate that the report or deliverable was prepared by CONTRACTOR or that the findings were based on input or test work provided by CONTRACTOR.  Further CONTRACTOR's role in supporting COMPANY internal audit function or other projects may not be publicly disclosed (other than to COMPANY's external auditor) without CONTRACTOR's written consent.

## COMPANY PARTICIPATION AND RESPONSIBILITIES

During the development of this Schedule A-26, CONTRACTOR has been guided by certain assumptions about the project scope, and level of COMPANY's involvement and support.

COMPANY's management is responsible for establishing and maintaining an effective internal control structure. CONTRACTOR's assistance is intended to help management in fulfilling these responsibilities.

COMPANY's management will designate a Project Sponsor, a senior member of management who has the requisite skills and competencies for overseeing the services being provided.  The Project Sponsor is

C 0631124 C

responsible for establishing the objectives and scope and determining the nature, timing, and extent of testing procedures; for approving, the service delivery plan; and for maintaining appropriate day-to-day oversight of the CONTRACTOR team. In addition, the Project Sponsor will have responsibility for reviewing and approving Deliverables prepared during the engagement that document the results; for coordinating with management to determine whether control matters of concern noted constitute deficiencies, significant deficiencies or material weaknesses; for reporting the results within COMPANY's reporting structurefor evaluating the observations and recommendations that arise from the services; and for monitoring corrective action taken.

Notwithstanding the foregoing, CONTRACTOR shall not be obligated to fulfill any particular obligation to provide Work as specified above, to the extent (and solely to the extent) that CONTRACTOR is unable to fulfill such obligation, as a direct result of any of the following dependencies not being completed in all material respects:

- COMPANY project staff accessible to CONTRACTOR project team in a timely manner. Timely access to COMPANY personnel and stakeholders for workshops and meetings. These resources will be identified early in the project based on the activities in scope.
- Responsiveness - COMPANY will respond to CONTRACTOR's requests for information, documentation, clarification, or assistance in a timely and adequate manner.
- COMPANY to provide a point of contact with access to COMPANY resource calendars to help CONTRACTOR with scheduling of meetings and workshops.
- COMPANY will ensure that all reviews and approvals of work products are conducted within a reasonable timeframe allowing for timely completion of work products. Any delays impacting the ability to review and approve work products on time will result in change orders
- Any activities or work products outside the listed scope will require assessment and written approval by both COMPANY and CONTRACTOR
- BUYER will contract Apptio Consulting Services to configure and unit test Data Link and the custom reports listed in Exhibit B.

## OTHER MATTERS

CONTRACTOR will provide their services in accordance with the terms and conditions of this Schedule A-26 and the Agreement. CONTRACTOR services as outlined in this letter constitute an Advisory Engagement conducted under the American Institute of Certified Public Accountants ("AICPA") Standards for Consulting Services. Such services are not intended to be an audit, examination, attestation, special report or agreed-upon procedures engagement as those services are defined in AICPA literature applicable to such engagements conducted by independent auditors. Accordingly, these services will not result in the issuance of a written communication to third parties by CONTRACTOR directly reporting on financial data or internal control or expressing a conclusion or any other form of assurance.

## WORK SITE

The Work Site will be the following location(s): CONTRACTOR &/or COMPANY offices located in the Dallas, TX area. It is estimated that the project team will be on-site 75% over the 5 month duration.

## TIMING

The engagement will commence on or around November 10, 2014 (the "Effective Date") and conclude by March 31, 2015. The project will run approximately five (5) months.

## COMPENSATION, INVOICES AND PAYMENT

C 0631124 C

As full compensation for the satisfactory performance by CONTRACTOR of the Work authorized pursuant to this Schedule A-26, COMPANY will compensate CONTRACTOR as follows.

### PROFESSIONAL AND SUPPORT STAFF FEES SCHEDULE

| Role | Estimated Hours | Rate |
|------|-----------------|------|
| Engagement Lead | 54 | $350/hr |
| Engagement Manager | 356 | $340/hr |
| Service Costing SME | 528 | $300/hr |
| Service Costing Support SME | 232 | $225/hr |
| Apptio Architect | 25 | $185/hr |
| Tech Lead & Data Architect | 480 | $150/hr |
| Apptio Configurator | 480 | $110/hr |

The estimated fees for this effort are $ 480,000 and this project is not authorized to exceed $480,000. The expected blended rate is $223/hr, and CONTRACTOR will bill only for hours spent performing substantive Work for COMPANY. Any extension or increase in spend will require an amendment to this Schedule A-26. Only normal and reasonable travel expenses will be reimbursed in accordance with Article 5 and Attachment 5 of the Agreement (Reimbursable Expense Policy). Only actual expenses will be billed.

The rates specified in this Schedule A-26 will remain in effect, with respect to and until completion of the Work authorized pursuant to this Schedule A-26.

All invoices shall be sent to:

> Accounts Payable
> EFH Corporate Services Company
> 1601 Bryan St
> Dallas, TX 75201
>
> With an electronic copy to:
>
> EFHITAP@EnergyFutureHoldings.com

### RESEVATION OF RIGHTS

Notwithstanding anything herein to the contrary, COMPANY will compensate CONTRACTOR for the Work (a) only after CONTRACTOR's engagement by COMPANY has been approved by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") pursuant to section 327(a) of the Bankruptcy Code and (b) in accordance with any order entered by the Bankruptcy Court governing the compensation or reimbursement of fees of parties employed pursuant to section 327(a) of the Bankruptcy Code.

### KEY PERSONNEL

Personnel furnished by CONTRACTOR to COMPANY for performing efforts under this Schedule A-26 will have adequate qualifications to perform the work described herein. In the event any of CONTRACTOR's personnel gives reasonable indications that they are not able to perform in accordance with this Schedule A-26, COMPANY shall notify CONTRACTOR of such fact, and such CONTRACTOR personnel shall be removed. CONTRACTOR agrees to use its best efforts to ensure the continuity of the assignment of

C 0631124 C

CONTRACTOR's employees assigned under this Schedule A-26 and CONTRACTOR will promptly provide substitute(s) for any of its employees who may be removed or reassigned.

The following personnel furnished by CONTRACTOR have been identified as critical to the success of the completion of this Schedule A-26:

**Managing Director:** Susan Garcia
**Director:** Maria Potter

For any personnel identified as a Key Personnel, CONTRACTOR will not replace such Key Personnel unless COMPANY so agrees, which agreement shall not be unreasonably withheld, except in the event the applicable Key Personnel resigns, is disabled or his/her employment is terminated by CONTRACTOR. If a Key Personnel is to be replaced whether at CONTRACTOR or COMPANY's request, CONTRACTOR will strive to achieve a smooth transition. CONTRACTOR will not charge COMPANY any additional fees or charges for the replacement such Key Personnel. The replacement Key Personnel provided by CONTRACTOR will become a Key Personnel as defined herein and shall have substantially similar skills and experience as the Key Personnel being replaced. The parties' objective is to minimize any adverse impact to the services being provided to COMPANY hereunder.

CONTRACTOR PERSONNEL AUTHORIZED TO ATTEND MEETINGS WITH COMPANY PERSONNEL PERTAINING TO THE WORK

**Susan Garcia**
**Maria Potter**
**Denis Berry**

PRIVILEGES CLAIMED BY COMPANY, WITH RESPECT TO DELIVERABLES OR OTHER DOCUMENTS HEREAFTER DESIGNATED BY COMPANY

_____ ATTORNEY-CLIENT COMMUNICATION

__X__ ATTORNEY WORK PRODUCT

_____ TAX ADVISOR

__X__ OTHER:_Intellectual Property, Trade Secrets

### LIST OF ATTACHMENTS

COMPANY and CONTRACTOR agree that the following described attachments, if any, are incorporated herein in their entirety as fully as completely rewritten herein.

1. Exhibit A – Phase II Requirements Traceability Matrix Spreadsheet
2. Exhibit B – Phase II Scope List

Work not specified above may be authorized only through a separate Schedule A-X, or through an amendment or supplement to this Schedule A-26.

[SIGNATURE PAGE FOLLOWS]

C 0631124 C

**KPMG LLP**

**EFH CORPORATE SERVICES COMPANY**

By: _Susan B. Garcia_
    Signature

By: _[signature]_
    Signature

Name:  Susan Garcia

Name:  Kolten K Sarver

Title:  Managing Director

Title: VP of IT Governance and Strategy

Date:  November  7, 2014

Date: November 7, 2014

C 0631124 C

**EXHIBIT A – REQUIREMENTS TRACEABILITY MATRIX**

*[PLEASE REFER TO THE ATTACHED SPREADSEET]*

C 0631124 C

### EXHIBIT B – SCOPE LIST

**Data Sources & File Extracts:**

| Data Source | Data Owner | Data File | Data Type |
|---|---|---|---|
| ADDM Tool | Adam Klipp | ADDM Server Mapping Luminant RAW | Mapping /CMDB data |
| ADDM Tool | Adam Klipp | ADDM Server Mapping TXU RAW | Mapping /CMDB data |
| CMDB | Adam Klipp | Application List RAW | Mapping /CMDB data |
| HCL email with counts | Anurag Bhanot | Consumption  Email ID Count RAW | Consumption data |
| Security email with counts | Loren Woeber | Consumption  Firewall Count RAW | Consumption data |
| HCL email with counts | Anurag Bhanot | Consumption  IMAC Ticket Count RAW | Consumption data |
| Security email with counts | Eric Kim | Consumption  ITGC | Consumption data |
| ePeople | Christie Giles | Consumption  RACF ID Count RAW | Consumption data |
| Excel file with counts | Amit Pawar | Consumption  VPN Port Count RAW | Consumption data |
| Excel file with counts | Tony Jurica | Consumption  VoIP Count RAW | Consumption data |
| HCL email with counts | Anurag Bhanot | Consumption  Wireless Count RAW | Consumption data |
| Excel file with counts | Tony Jurica | Consumption  Wireline Count RAW | Consumption data |
| Excel file with detailed data | Aishwary Bohra | Consumption Workstation Count RAW | Consumption data |
| CMDB | Adam Klipp | Database Summary RAW | Mapping /CMDB data |
| Excel File | Andres Galvis | Depreciation RAW | Financial/Operational data |
| Excel file/Hyperion | Tisha Harvey | Headcount Actual RAW | Financial/Operational data |
| Hyperion | Tisha Harvey | Headcount Plan RAW 2014 | Financial/Operational data |
| Peoplesoft | Angela Tortorice | OpEx Actual RAW | Financial/Operational data |
| Hyperion | Angela Tortorice | OpEx Forecast RAW | Financial/Operational data |
| CMDB | Adam Klipp | Server Raw | Mapping /CMDB data |
| Excel file (team plans to automate) | Nanette Sales | Storage RAW | Mapping /CMDB data |

C 0631124 C

**Custom Reports:**

| Requirement | OOB Report to Leverage | Priority | Comments |
|---|---|---|---|
| Ability to run reports on a monthly basis for the following : Expense code, cost driver, tower, business unit, total, project code, etc | IT Finance Dashboard | High | |
| Ability to display graphically the monthly variance between Plan/Actual/Forecast for various expense types and or cost drivers (e.g.: Software maintenance, HW, Labor, etc..) | Services | High | |
| Be able to report on the cost driver breakdown by the following: HCL, Cap, Labor & Expenses, Hardware, Software, Telecom, 3rd party contractors, Other etc | N/A | High | |
| Should be able to display headcount charts by the following criteria: Business units, towers, cost driver, EC, etc. | CIO Dashboard | Low | |
| Consolidated IT Spend Reports & Charts | Waterfall Report -IT Finance | High | |
| Annual waterfall view | N/A | Medium | |
| View of overall bill (showback) for each BU that includes Direct and EFH re-allocated spend on one tab | N/A | High | |
| Service Bill EBITDA view | N/A | Medium | |
| Depreciation by Project ID by BU report for Corp Planning | Performance | High | |

C 0631124 C

| Requirement | OOB Report to Leverage | Priority | Comments |
|---|---|---|---|
| This is an application sub report that shows the top 5 most expensive applications in a side bar chart along with the top 5 most expensive applications per user. | Cost Drivers | High | |
| This internal to IT report should give the CIO an indication of where the top 5 costs are coming from. This should also include pie chart that shows how all the towers consume the period's costs. A third chart should show the costs for each of the towers/services on a monthly basis over the course of time (year). | Cost Drivers | High | |
| The "Kolt Report" will show the list of the major applications at each BU, and then all of the Application component costs as the column headings across the top (e.g. labor, lic, server, storage, Db, etc) | Portfolio Owner Tile | High | |
| Service Bill Allocation tab should not show in Portfolio Owner report view | Portfolio Owner Tile | High | |
| Portfolio Owner report bar says IT Finance on orange tab | N/A | Low | |
| App TCO view has two "Back to Bill of IT" buttons | Labor Analysis | Low | |
| IT Cost Dashboard - Labor Analysis pie chart only displays "Other" | Consumption Actuals reports | Medium | |
| When slicing Consumption Actuals | N/A | Medium | |

C 0631124 C

| Requirement | OOB Report to Leverage | Priority | Comments |
|---|---|---|---|
| report, BU pickers reorder themselves | | | |
| No "Bill of IT" button for Kolt when drilling to app portfolio | IT Finance Dashboard | Medium | |