**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**ENTRY OF APPEARANCE AND REQUEST FOR**
**NOTICES AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE that O'Kelly Ernst & Bielli, LLC and Proskauer Rose LLP hereby enter their appearance pursuant to Bankruptcy Rules 2002 and 9007 and 11 U.S.C. § 102(1) and all other applicable laws as counsel of record for Energy Future Holdings Corp. in the above referenced case; and hereby request that copies of all notices and pleading given or filed in this case be given and served upon the following:

| | |
|---|---|
| David M. Klauder, Esquire<br>Shannon J. Dougherty, Esquire<br>**O'KELLY ERNST & BIELLI, LLC**<br>901 N. Market Street, Suite 1000<br>Wilmington, DE 19801<br>Phone: (302) 778-4000<br>Fax: (302) 295-2873<br>dklauder@oeblegal.com<br>sdougherty@oeblegal.com | Jeff J. Marwil, Esquire<br>Mark K. Thomas, Esquire<br>Peter J. Young, Esquire<br>**PROSKAUER ROSE LLP**<br>Three First National Plaza<br>70 W. Madison Street, Suite 3800<br>Chicago, IL 60602<br>Phone: (312) 962-3550<br>Fax: (312) 962-3551<br>jmarwil@proskauer.com<br>mthomas@proskauer.com<br>pyoung@proskauer.com |

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

by mail, delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the above referenced case and all proceedings therein.

**O'KELLY ERNST & BIELLI, LLC**

Date:  December 17, 2014         */s/ David M. Klauder*
David M. Klauder (No. 5769)
Shannon J. Dougherty (No. 5740)
901 N. Market Street, Suite 1000
Wilmington, DE  19801
Phone: (302) 778-4000
Fax: (302) 295-2873
dklauder@oeblegal.com
sdougherty@oeblegal.com

and

**PROSKAUER ROSE LLP**

Jeff J. Marwil (*pro hac vice* admission pending)
Mark K. Thomas (*pro hac vice* admission pending)
Peter J. Young (*pro hac vice* admission pending)
Three First National Plaza
70 W. Madison Street, Suite 3800
Chicago, IL 60602
Phone:  (312) 962-3550
Fax:  (312) 962-3551
jmarwil@proskauer.com
mthomas@proskauer.com
pyoung@proskauer.com

*Proposed Co-Counsel to the Debtor
Energy Future Holdings Corp.*