**UNITED STATES BANKRUPTCYCOURT**
**FOR THE DISTRICT OF DELAWARE**

In Re:                                Chapter __11__

                                         Case No. __14__-__10979__ (__CSS__)

Debtor: __Energy Future Holdings Corp., et al.__

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of __Mark K. Thomas__

to represent __the Debtor, Energy Future Holdings Corp.,__ in this action.

                                      s/ Shannon J. Dougherty

                                      Firm Name: O'Kelly Ernst & Bielli, LLC
                                      Address: 901 N. Market St., Ste. 1000
                                      Wilmington, DE 19801
                                      Phone: (302) 778-4000

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

        Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of __the State of Illinois__ and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

                                      s/ Mark K. Thomas

                                      Proskauer Rose LLP
                                    Firm Name: Three First National Plaza
                                    Address: 70 W. Madison, Ste. 3800
                                    Phone: Chicago, IL 60602-4342
                                        (312) 962-3550

**ORDER GRANTING MOTION**

        IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.