UNITED STATES BANKRUPTCYCOURT
FOR THE DISTRICT OF DELAWARE

In Re:                               Chapter  11

                                         Case No. 14 - 10979 (CSS)

Debtor: Energy Future Holdings Corp., et al.

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Peter J. Young

to represent the Debtor, Energy Future Holdings Corp.,

in this action.

                                             s/ Shannon J. Dougherty

                                     Firm Name: O'Kelly Ernst & Bielli, LLC
                                     Address: 901 N. Market St., Ste. 1000
                                              Wilmington, DE  19801
                                     Phone: (302) 778-4000

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

      Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

                                         s/ Peter J. Young

                                     Proskauer Rose LLP
                                   Firm Name: Three First National Plaza
                                   Address: 70 W. Madison, Ste. 3800
                                   Phone: Chicago, IL  60602-4342
                                       (312) 962-3550

**ORDER GRANTING MOTION**

      IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.