# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Energy Future Holdings Corp., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST TO REMOVED FROM SERVICE LIST

PLEASE TAKE NOTICE that Cohen & Grigsby, P.C. hereby withdraws its appearance filed in the above-captioned cases on behalf of NOVA Chemicals Inc. [Docket No. 548], and requests that the attorney listed below be removed from all notice and service lists in these cases on behalf of NOVA Chemicals Inc.

> Thomas D. Maxson
> COHEN & GRIGSBY, P.C.
> 625 Liberty Avenue
> Pittsburgh, Pennsylvania 15222-3152
> Phone:  412-297-4706
> Fax:  412-209-1837
> Email:  tmaxson@cohenlaw.com

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://efhcaseinfo.com.

Respectfully submitted,

COHEN & GRIGSBY, P.C.


By: /s/ Thomas D. Maxson
Thomas D. Maxson
Pa I.D. 63207
625 Liberty Avenue
Pittsburgh, PA 15222-3152
Phone:  412-297-4706
Fax:  412-209-1837
Email:  tmaxson@cohenlaw.com

*Attorneys for NOVA Chemicals Inc.*

Dated: December 17, 2014
2030244.v1

**CERTIFICATE OF SERVICE**

   I hereby certify that on this 17th day of December 2014, I caused a true and correct copy of foregoing *Notice of Withdrawal of Appearance and Request to be Removed from Service List* to be served upon all parties currently registered to receive electronic notices via this Court's ECF system and upon the following via U.S. First Class Mail:

| | |
|---|---|
| Kirkland & Ellis, LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>Attn:  Richard M. Cieri<br>   Edward O. Sassower, P.C.<br>   Stephen E. Hessler<br>   Brian E. Schartz | Kirkland & Ellis, LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>Attn:  James H.M. Sprayregen, P.C.<br>   Chad J. Husnick<br>   Steven N. Serajeddini |
| Richards Layton & Finger<br>920 North King Street<br>Wilmington, DE 19801<br>Attn:  Mark D. Collins<br>   Daniel J. DeFranceschi<br>   Jason M. Madron | Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207 - Lockbox #35<br>Wilmington, DE 19801<br>Attn:  Richard L. Schepacarter |

          /s/ Thomas D. Maxson
          Thomas D. Maxson