# EXHIBIT A

**Correspondence Between the Claimant and Kirkland & Ellis LLP**

RLF1 11279977v.1

**Lii, Teresa**

**From:** Lii, Teresa
**Sent:** Monday, December 15, 2014 6:10 PM
**To:** 'DeAnna Edwards'
**Cc:** Schartz, Brian; Yenamandra, Aparna
**Subject:** RE: Energy Future Holdings bankruptcy

DeAnna,

We have forwarded your documents to Epiq, which is the claims and noticing agent in the company's chapter 11 cases. In case you have any more amendments to your claims in the future, please send your documents and a completed proof of claim form to Epiq at one of the following addresses:

If by First-Class Mail:
Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
Grand Central Station, P.O. Box 4613
New York, NY 10163-4613

If by Hand Delivery or Overnight Mail:
Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017

You can obtain a proof of claim form from the company's bankruptcy website, at: http://dm.epiq11.com/EFH/Project. You may also check the box on the first page of the proof of claim form noting that the new proof of claim form amends your previously filed proof of claim.

Please note that you should not consider anything in this message to be a waiver or limitation of the company's rights or remedies under the Bankruptcy Code.  You also should not consider anything in this message to be an admission that your proofs of claim (including any amendments) are valid or allowed, or to be a promise or requirement that the company will pay any amount on account of your proofs of claim (including any amendments).

If you have any further questions, please seek the advice of legal counsel. If we do not hear from you by tomorrow, Tuesday, December 16, 2014, at 4:00 P.M. Eastern Time, we will treat your motion as fully and finally resolved.  This means that at the hearing in the bankruptcy court on December 18, 2014 (at 9:30 AM Eastern Time), we will inform the court that we are moving forward with the proposal we previously described.

**Teresa Lii**

Kirkland & Ellis LLP
601 Lexington Avenue | New York, NY 10022
Tel +1-212-909-3209  (x 46-3209) | Fax +1-212-446-6460
teresa.lii@kirkland.com

**From:** DeAnna Edwards [mailto:deanna.edwards@gmail.com]
**Sent:** Monday, December 15, 2014 9:12 AM
**To:** Lii, Teresa
**Subject:** Re: Energy Future Holdings bankruptcy

Teresa,

I had really wanted to speak to you about the claim.  The claim shows Gerald Edwards is listed as the creditor only on the claim.   I was hoping you might can shed some light on this for me?  Thanks,
DeAnna


**From:** DeAnna Edwards [mailto:deanna.edwards@gmail.com]
**Sent:** Monday, December 15, 2014 9:00 AM
**To:** Lii, Teresa
**Subject:** Re: Energy Future Holdings bankruptcy

Teresa, I tried to log on to add the attached documents and amend the claim and kept getting the following message copied below.  I left you a telephone message.  Please add the attached to amend the claim.  Thanks,
DeAnna

Claim Question? Call: 646 282 2400 Technical Support Question? Call: 800 794 4430

- Sign In


debtorMatrix

# Sign In

- Your user account has been disabled. Please contact your Project Administrator to enable your account.


User name
[        ]
Password
[        ]
[ ] Remember me?


[Log On]

URL: [        ]



- About Epiq »
- Epiq Difference »
- Offices »

2

- Leadership »

- Solutions »
- eDiscovery + Document Review »
- Bankruptcy »
- Class Action »

- Who We Serve »
- Law Firms »
- Corporations »
- Advisory Firms »
- Government Agencies »
- Trustees & Fiduciaries »

- Subscribe »
- Forms »

- Follow »
- Like »
- Connect »
- RSS Feeds »



- Sitemap|
- Disclaimer|
- Terms of Use|
- Privacy Statement|
- Safe Harbor
- © 2013 Epiq Systems, Inc. All Rights Reserved.

On Tue, Dec 9, 2014 at 5:57 PM, Lii, Teresa <teresa.lii@kirkland.com> wrote:

DeAnna,

We have reviewed the documents you filed with the bankruptcy court on October 27, 2014, in the chapter 11 bankruptcy cases of *In re Energy Future Holdings Corp., et al.*  Your documents are currently being treated as a motion to file a late claim and are attached again for your reference.

You filed a proof of claim form on behalf of your father, and attached 81 pages of legal documentation to the form.

**The Company's Proposal.**  We propose to treat the proof of claim form and the attached legal documentation as timely-filed proofs of claim on behalf of both you and your father, Gerald D. Edwards.   This means that you will be considered to have filed two proofs of claim on time in these chapter 11 cases (one on behalf of your father, and one on behalf of yourself), and the company will not object to your proofs of claim on the grounds that they weren't filed on time.

**What This Proposal Means**.  All of your rights regarding your two proofs of claim are reserved.  This means that, among other things, you will have the right to amend your proofs of claim.  The company will also reserve all of its rights with respect to your proofs of claim.  This means that the company may, among other things, object to your proofs of claim (including any amendment) on grounds other than whether they were filed on time.

**What This Proposal Does Not Mean**.  Please note that, except as written above, you should not consider anything in this message to be a waiver or limitation of the company's rights or remedies under the Bankruptcy Code.  You also should not consider anything in this message to be an admission that your proofs of claim are valid or allowed, or to be a promise or requirement that the company will pay any amount on account of your proofs of claim.

If you have any questions about our proposal, please seek the advice of legal counsel.  If we do not hear from you by **Monday, December 15, 2014, at 12:00 P.M. (noon) Eastern Time**, we will treat your motion as fully and finally resolved.  This means that at the hearing in the bankruptcy court on December 18, 2014 (at 9:30 AM Eastern Time), we will inform the court that we are moving forward with the proposal we described above.

**Teresa Lii**

Kirkland & Ellis LLP
601 Lexington Avenue | New York, NY 10022
Tel +1-212-909-3209  (x 46-3209) | Fax +1-212-446-6460
teresa.lii@kirkland.com

************************************************************
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
************************************************************