**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |
|  | ) **Re: D.I. 665, 2042, 2965** |

**THIRD SUPPLEMENTAL DECLARATION OF
PAUL S. CARUSO IN FURTHER SUPPORT OF THE
APPLICATION OF THE DEBTORS FOR AN ORDER
AUTHORIZING THE DEBTORS TO RETAIN AND EMPLOY
SIDLEY AUSTIN LLP AS SPECIAL COUNSEL FOR CERTAIN CORPORATE AND
LITIGATION MATTERS, EFFECTIVE *NUNC PRO TUNC* TO THE PETITION DATE**

I, Paul S. Caruso, being duly sworn, state the following under penalty of perjury:

1. I am a partner in the law firm of Sidley Austin LLP ("Sidley") and am a resident at its offices located at One South Dearborn Street in Chicago, Illinois 60603.

2. I submit this third supplemental declaration (the "Third Supplemental Declaration") in further support of the employment and retention of Sidley by the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") as special counsel to the Debtors, *nunc pro tunc* to the Petition Date.[2]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the *Application of the Debtors for an Order Authorizing to Retain and Employ Sidley Austin LLP as Special Counsel for Certain Corporate and Litigation Matters, Effective* Nunc Pro Tunc *to the Petition Date* [D.I. 665], the Initial Declaration (as defined herein), or the *Order Authorizing the Debtors to Retain and Employ Sidley Austin LLP as Special Counsel For Certain Corporate and Litigation Matters, Effective Nunc Pro Tunc to the Petition Date* [D.I. 2060] (the "Retention Order") as applicable.

RLF1 11280376v.1

3. This Third Supplemental Declaration augments the disclosures to the Court concerning Sidley's engagement by the Debtors in (i) my original declaration submitted in support of Sidley's retention on May 29, 2014 [D.I. 665] (the "Initial Declaration"), (ii) my supplemental declaration in further support of Sidley's retention, submitted on September 16, 2014 [D.I. 2042]; and (iii) my second supplemental declaration in further support of Sidley's retention, submitted on December 10, 2014 [D.I. 2965].

4. In the Initial Declaration, I disclosed Sidley's billing rates in effect at the time for those professionals who may work on the matters related to these chapter 11 cases. I also disclosed that the billing rates are subject to period adjustments to reflect economic and other conditions. I further stated that, as set forth in the Retention Order, Sidley would provide notice of any periodic increases to its billing rates during these chapter 11 cases.

5. In accordance with Sidley's established billing practices and procedures, Sidley's standard billing rates will be adjusted on January 1, 2015. Sidley's standard billing rates that will take effect on January 1, 2015 for lawyers who are expected to work on matters related to these chapter 11 cases range as follows:

| Billing Category | Range |
| --- | --- |
| Partners | $775-$1,250 |
| Of Counsel | $575-$1,150 |
| Associates | $425-$760 |
| Paraprofessionals | $95-$390 |

  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  December 17, 2014         Respectfully submitted,

                */s/ Paul S. Caruso*
                 Paul S. Caruso
                 Sidley Austin LLP