## Exhibit A

**Assumption Schedule**

## Amended Second Rejection Schedule

| | Details of Contracts to be Rejected | | Rejection Counterparty Information | | Other Rejection Information | |
|---|---|---|---|---|---|---|
| Ref. # | Debtor | Contract description | Contract Counterparty | Address | Rejection Date | Details of Personal Property to be abandoned (if any) |
| 1 | Luminant Generation Company LLC | Carbon Supply Agreement dated September 3, 2008 | ADA Carbon Solutions (Red River), LLC | ADA - ES, Inc. 8100 SouthPark Way, Unit B Littleton, Colorado 80120-4525 Attention: Jean Bustard, COO | December 18, 2014 | N/A |