IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket No. 2738, 2858, 2859, 2860 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 4, 2014, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is annexed hereto as Exhibit "A," by causing true and correct copies of the Personalized Transfer, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B." I also caused to be served copies of the personalized Transfer, enclosed securely in a separate pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C."

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

T:\Clients\TXUENERG\Affidavits\Transfers 2738, 2858, 2859, 2860_AFF_12-4-14.docx

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*Lauren Rodriguez*

Sworn to before me this
9th day of December, 2014

*Cassandra Murray*
Notary Public

Cassandra Murray
NOTARY PUBLIC STATE OF NEW YORK
No 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 20 18

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., et al. | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  LEXAIR INC.
         2025 MERCER RD
         LEXINGTON, KY 40511-1018

Please note that your claim # 7787-01 in the above referenced case and in the amount of $776.00 has been transferred **(unless previously expunged by court order)** to:

    CLAIMS RECOVERY GROUP LLC
    TRANSFEROR: LEXAIR INC.
    92 UNION AVENUE
    CRESSKILL, NJ 07626

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

    UNITED STATES BANKRUPTCY COURT
    DISTRICT OF DELAWARE
    824 NORTH MARKET STREET, 3RD FLOOR
    WILMINGTON, DE 19801

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 2738    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/04/2014                    David D. Bird, Clerk of Court

                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on December 4, 2014.

# EXHIBIT B

```
TIME: 15:22:16                                    TXU ENERGY                                              PAGE:   1
DATE: 12/04/14                                 CREDITOR LISTING

Name                                   Address
CLAIMS RECOVERY GROUP LLC              TRANSFEROR: LEXAIR INC. 92 UNION AVENUE CRESSKILL NJ 07626
LEXAIR INC.                            2025 MERCER RD LEXINGTON KY 40511-1018
PLANT EQUIPMENT AND SERVICES INC       5401 W HWY 21 BRYAN TX 77803
TRC MASTER FUND LLC                    TRANSFEROR: PLANT EQUIPMENT & SERVICES, INC. - ATTN: TERREL ROSS PO BOX 633 WOODMERE, NY 11598


Total Number of Records Printed      4
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

# EXHIBIT C

*EFH_NTC OF TRANSFER_12-04-14*

RICHARDS, LAYTON & FINGER, P.A.
ATTN: BARBARA WITTERS, PARALEGAL
ONE RODNEY SQUARE
920 NORTH KING STREET
WILINGTON, DE 19801