IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Ref. Docket No. 1894** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On September 2, 2014, I caused to be served the "Notice of Defective Transfer," a sample of which is annexed hereto as Exhibit "A", by causing true and correct copies of the Personalized Transfer, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the parties listed on the annexed Exhibit "B".  I also caused to be served copies of the personalized Transfer, enclosed securely in a separate pre-paid envelope, to be delivered by first class mail to the party listed on the annexed Exhibit "C".

---

[1]   The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Lauren Rodriguez

Sworn to before me this
5th day of September, 2014

_____
Notary Public

CAROL IRIS ZHANG
Notary Public, State of New York
No. 012H6284996
Qualified in Kings County
Commission Expires July 01, 2017

-2-

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:                                              Chapter 11

ENERGY FUTURE HOLDINGS CORP., et al.                Case No. 14-10979 (CSS)

                          Debtors.                  (Jointly Administered)

NOTICE OF DEFECTIVE TRANSFER

Transferor:   WOI PETROLEUM
              PO BOX 686
              HIGHWAY 259 NORTH
              DAINGERFIELD TX 75638

Transferee:   ASM CAPITAL IV, L.P.
              7600 JERICHO TURNPIKE, SUITE 302
              WOODBURY NY 11797

Your transfer   of schedule #  503241510    is defective for the reason(s) checked below:

Other                                  Amt is Scheduled as UNSECURED, not Administrative

Docket Number 1894                Date 08/21/14

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  September 2, 2014.

# EXHIBIT B

```
TIME: 19:29:29                                              PAGE:    1
DATE: 09/02/14

                              TXU ENERGY
                           CREDITOR LISTING

Name                        Address
ASM CAPITAL IV, L.P.        7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797
WOI PETROLEUM               PO BOX 686 HIGHWAY 259 NORTH DAINGERFIELD TX 75638


Total Number of Records Printed       2
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

**EXHIBIT C**

*EFH_NTC OF TRANSFER_9-2-14*

RICHARDS, LAYTON & FINGER, P.A.
ATTN: BARBARA WITTERS, PARALEGAL
ONE RODNEY SQUARE
920 NORTH KING STREET
WILINGTON, DE 19801