IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) |  |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                     ) ss.:
COUNTY OF NEW YORK )

CHRISTINA SIGUENZA, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 6, 2014, I caused to be served *a letter form TXU Energy to Claimants regarding the claim withdrawal form,* dated August 6, 2014, of which is annexed hereto as Exhibit A, by causing a true and correct copy of the individualized letter to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to the claimant listed on the first page of the individualized notice.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Christina Siguenza

Sworn to before me this
7th day of August, 2014

Notary Public

CAROL IRIS ZHANG
Notary Public, State of New York
No. 01ZH6284996
Qualified in Kings County
Commission Expires July 01, 2017

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

**EXHIBIT A**



August 6, 2014

EFH CUSTWTH 08-06-2014 (MERGE2,TXNUM2) 4000000835 BAR(23) MAIL ID *** 000088221415 ***
ANDERSON, DEBBIE
11913 BROOKVALLEY CIR APT A
BALCH SPRINGS, TX 75180-2869

Re:  *In re Energy Future Holdings Corp., et al., Case No. 14-10979 (CSS)*
*Claim Number:970*

Dear DEBBIE ANDERSON:

Thank you for allowing TXU Energy to serve your retail electricity needs and for speaking with our team regarding your claim. Following our discussion, attached is the claim withdrawal form we referenced. Should you wish to withdraw the claim you filed against TXU Energy or one of its affiliated companies ("the Company"), you may sign and date the form and return it in the enclosed pre-addressed, pre-stamped envelope or fax it to our Claims Agent, Epiq Bankruptcy Solutions, at (646) 282-2501.

If we do not receive the attached claim withdrawal form, the Company will likely be required to object to your claim and request that your claim be removed from the active claims register. Should that occur, you will receive separate written notice of the objection and an opportunity to respond.

Please note that as long as your claim remains "active" i.e., has not been withdrawn or disallowed by an objection as described above, you will continue to receive all applicable mailings from the Company. As we discussed, the claim process does not impact your current electric service.

If you have additional questions regarding the claims process, please visit www.efhcaseinfo.com or call 877-580-9765.

Thank you,

TXU Energy Customer Care

United States Bankruptcy Court for the District of Delaware

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | TXU ENERGY RETAIL COMPANY LLC  14-10997 |
| Creditor Name and Address: | ANDERSON, DEBBIE<br>11913 BROOKVALLEY CIR APT A<br>BALCH SPRINGS, TX 75180-2869 |
| Court Claim Number (if known): | 970 |
| Date Claim Filed: | 6/2/2014 |
| Total Amount of Claim Filed: | $250.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.  I hereby withdraw the above-referenced claim and authorize the duly appointed Claims Agent to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: _____    _____
                                        Signature

                                        Print  Name: _____

                                        Title (if applicable): _____

------------------------------------------------------------------------------------------------------------

## DEFINITIONS

**Debtor**
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

**Creditor**
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

**Proof of Claim**
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

**Court, Name of Debtor and Case Number:**
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

**Information about Creditor:**
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

**Information identifying the Claim that is to be withdrawn:**
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

**Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).**

**This form must sent to the debtors duly appointed Claims Agent at - Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, 3rd Floor, New York, NY 10017 or via email at EFHClaimWithdrawals@epiqsystems.com**



August 6, 2014



EFH CUSTWTH 08-06-2014 (MERGE2,TXNUM2) 4000000969 BAR(23) MAIL ID *** 000088221419 ***
ARRIAGA, MARIA
13902 CHUCKWOOD RD
HOUSTON, TX 77038-1112

Re: *In re Energy Future Holdings Corp., et al., Case No. 14-10979 (CSS)*
*Claim Number:863*

Dear MARIA ARRIAGA:

Thank you for allowing TXU Energy to serve your retail electricity needs and for speaking with our team regarding your claim. Following our discussion, attached is the claim withdrawal form we referenced. Should you wish to withdraw the claim you filed against TXU Energy or one of its affiliated companies ("the Company"), you may sign and date the form and return it in the enclosed pre-addressed, pre-stamped envelope or fax it to our Claims Agent, Epiq Bankruptcy Solutions, at (646) 282-2501.

If we do not receive the attached claim withdrawal form, the Company will likely be required to object to your claim and request that your claim be removed from the active claims register. Should that occur, you will receive separate written notice of the objection and an opportunity to respond.

Please note that as long as your claim remains "active" i.e., has not been withdrawn or disallowed by an objection as described above, you will continue to receive all applicable mailings from the Company. As we discussed, the claim process does not impact your current electric service.

If you have additional questions regarding the claims process, please visit www.efhcaseinfo.com or call 877-580-9765.


Thank you,


TXU Energy Customer Care

United States Bankruptcy Court for the District of Delaware

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ENERGY FUTURE HOLDINGS CORP.  14-10979 |
| Creditor Name and Address: | ARRIAGA, MARIA<br>13902 CHUCKWOOD RD<br>HOUSTON, TX 77038-1112 |
| Court Claim Number (if known): | 863 |
| Date Claim Filed: | 6/2/2014 |
| Total Amount of Claim Filed: | $280.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.  I hereby withdraw the above-referenced claim and authorize the duly appointed Claims Agent to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: _____          _____
                                        Signature

                                        Print  Name: _____

                                        Title (if applicable): _____

-----------------------------------------------------------------------------------------------------------------

## DEFINITIONS

***Debtor***
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

***Creditor***
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

***Proof of Claim***
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

***Court, Name of Debtor and Case Number:***
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

***Information about Creditor:***
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

***Information identifying the Claim that is to be withdrawn:***
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

**Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).**

**This form must sent to the debtors duly appointed Claims Agent at - Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, 3rd Floor, New York, NY 10017 or via email at EFHClaimWithdrawals@epiqsystems.com**



August 6, 2014

EFH CUSTWTH 08-06-2014 (ADDRESS2,ADRKEYID3) 22 BAR(23) MAIL ID *** 000088221405 ***
BENITEZ, MIGUELINA
8930 CONGER ST
HOUSTON, TX 77075

Re: *In re Energy Future Holdings Corp., et al., Case No. 14-10979 (CSS)*
*Claim Number:345*

Dear MIGUELINA BENITEZ:

Thank you for allowing TXU Energy to serve your retail electricity needs and for speaking with our team regarding your claim. Following our discussion, attached is the claim withdrawal form we referenced. Should you wish to withdraw the claim you filed against TXU Energy or one of its affiliated companies ("the Company"), you may sign and date the form and return it in the enclosed pre-addressed, pre-stamped envelope or fax it to our Claims Agent, Epiq Bankruptcy Solutions, at (646) 282-2501.

If we do not receive the attached claim withdrawal form, the Company will likely be required to object to your claim and request that your claim be removed from the active claims register. Should that occur, you will receive separate written notice of the objection and an opportunity to respond.

Please note that as long as your claim remains "active" i.e., has not been withdrawn or disallowed by an objection as described above, you will continue to receive all applicable mailings from the Company. As we discussed, the claim process does not impact your current electric service.

If you have additional questions regarding the claims process, please visit www.efhcaseinfo.com or call 877-580-9765.

Thank you,

TXU Energy Customer Care

United States Bankruptcy Court for the District of Delaware

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | TXU ENERGY RETAIL COMPANY LLC  14-10997 |
| --- | --- |
| Creditor Name and Address: | BENITEZ, MIGUELINA<br>8930 CONGER ST<br>HOUSTON, TX 77075 |
| Court Claim Number (if known): | 345 |
| Date Claim Filed: | 5/27/2014 |
| Total Amount of Claim Filed: | $323.11 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the duly appointed Claims Agent to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: _____        _____
                                                              Signature

                                                              Print Name: _____

                                                              Title (if applicable): _____

-----------------------------------------------------------------------------------------------------------------

## DEFINITIONS

***Debtor***
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

***Creditor***
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

***Proof of Claim***
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

***Court, Name of Debtor and Case Number:***
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

***Information about Creditor:***
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

***Information identifying the Claim that is to be withdrawn:***
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

**Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).**

**This form must sent to the debtors duly appointed Claims Agent at - Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, 3rd Floor, New York, NY 10017 or via email at EFHClaimWithdrawals@epiqsystems.com**



August 6, 2014

EFH CUSTWTH 08-06-2014 (MERGE2,TXNUM2) 4000000392 BAR(23) MAIL ID *** 000088221404 ***
BENITEZ, MIGUELINA
9022 GRANNIS ST
HOUSTON, TX 77075-1602

Re: *In re Energy Future Holdings Corp., et al., Case No. 14-10979 (CSS)*
*Claim Number:345*

Dear MIGUELINA BENITEZ:

Thank you for allowing TXU Energy to serve your retail electricity needs and for speaking with our team regarding your claim. Following our discussion, attached is the claim withdrawal form we referenced. Should you wish to withdraw the claim you filed against TXU Energy or one of its affiliated companies ("the Company"), you may sign and date the form and return it in the enclosed pre-addressed, pre-stamped envelope or fax it to our Claims Agent, Epiq Bankruptcy Solutions, at (646) 282-2501.

If we do not receive the attached claim withdrawal form, the Company will likely be required to object to your claim and request that your claim be removed from the active claims register. Should that occur, you will receive separate written notice of the objection and an opportunity to respond.

Please note that as long as your claim remains "active" i.e., has not been withdrawn or disallowed by an objection as described above, you will continue to receive all applicable mailings from the Company. As we discussed, the claim process does not impact your current electric service.

If you have additional questions regarding the claims process, please visit www.efhcaseinfo.com or call 877-580-9765.


Thank you,


TXU Energy Customer Care

United States Bankruptcy Court for the District of Delaware

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | TXU ENERGY RETAIL COMPANY LLC  14-10997 |
| Creditor Name and Address: | BENITEZ, MIGUELINA<br>9022 GRANNIS ST<br>HOUSTON, TX 77075-1602 |
| Court Claim Number (if known): | 345 |
| Date Claim Filed: | 5/27/2014 |
| Total Amount of Claim Filed: | $323.11 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the duly appointed Claims Agent to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: _____       _____

Signature

Print  Name: _____

Title (if applicable): _____

---

## DEFINITIONS

**Debtor**
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

**Creditor**
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

**Proof of Claim**
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

**Court, Name of Debtor and Case Number:**
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

**Information about Creditor:**
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

**Information identifying the Claim that is to be withdrawn:**
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

**Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).**

**This form must sent to the debtors duly appointed Claims Agent at - Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, 3rd Floor, New York, NY 10017 or via email at EFHClaimWithdrawals@epiqsystems.com**



August 6, 2014

EFH CUSTWTH 08-06-2014 (MERGE2,TXNUM2) 4000001234 BAR(23) MAIL ID *** 000088221426 ***
BENNETT, CHRISTOPHER
103 PEBBLE CREEK DR
MIDLOTHIAN, TX 76065-2058

Re: *In re Energy Future Holdings Corp., et al., Case No. 14-10979 (CSS)*
Claim Number:1257

Dear CHRISTOPHER BENNETT:

Thank you for allowing TXU Energy to serve your retail electricity needs and for speaking with our team regarding your claim. Following our discussion, attached is the claim withdrawal form we referenced. Should you wish to withdraw the claim you filed against TXU Energy or one of its affiliated companies ("the Company"), you may sign and date the form and return it in the enclosed pre-addressed, pre-stamped envelope or fax it to our Claims Agent, Epiq Bankruptcy Solutions, at (646) 282-2501.

If we do not receive the attached claim withdrawal form, the Company will likely be required to object to your claim and request that your claim be removed from the active claims register. Should that occur, you will receive separate written notice of the objection and an opportunity to respond.

Please note that as long as your claim remains "active" i.e., has not been withdrawn or disallowed by an objection as described above, you will continue to receive all applicable mailings from the Company. As we discussed, the claim process does not impact your current electric service.

If you have additional questions regarding the claims process, please visit www.efhcaseinfo.com or call 877-580-9765.

Thank you,

TXU Energy Customer Care

United States Bankruptcy Court for the District of Delaware

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | TXU ENERGY RETAIL COMPANY LLC  14-10997 |
| Creditor Name and Address: | BENNETT, CHRISTOPHER<br>103 PEBBLE CREEK DR<br>MIDLOTHIAN, TX 76065-2058 |
| Court Claim Number (if known): | 1257 |
| Date Claim Filed: | 6/6/2014 |
| Total Amount of Claim Filed: | $290.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.  I hereby withdraw the above-referenced claim and authorize the duly appointed Claims Agent to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: _____     _____
                                                                    Signature

                                                                    Print Name: _____

                                                                    Title (if applicable): _____

-------------------------------------------------------------------------------------------------------------------

## DEFINITIONS

**Debtor**
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

**Creditor**
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

**Proof of Claim**
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

**Court, Name of Debtor and Case Number:**
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

**Information about Creditor:**
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

**Information identifying the Claim that is to be withdrawn:**
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

**Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).**

**This form must sent to the debtors duly appointed Claims Agent at - Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, 3rd Floor, New York, NY 10017 or via email at EFHClaimWithdrawals@epiqsystems.com**



August 6, 2014

EFH CUSTWTH 08-06-2014 (ADDRESS2,ADRKEYID3) 57 BAR(23) MAIL ID *** 000088221430 ***
**BOSQUE PLAZA**
**ATTN: ARTIE G GIOTES, PRES**
**PO BOX 58**
**WACO, TX 76703**

Re: *In re Energy Future Holdings Corp., et al., Case No. 14-10979 (CSS)*
*Claim Number:1566*

Dear BOSQUE PLAZA:

Thank you for allowing TXU Energy to serve your retail electricity needs and for speaking with our team regarding your claim. Following our discussion, attached is the claim withdrawal form we referenced. Should you wish to withdraw the claim you filed against TXU Energy or one of its affiliated companies ("the Company"), you may sign and date the form and return it in the enclosed pre-addressed, pre-stamped envelope or fax it to our Claims Agent, Epiq Bankruptcy Solutions, at (646) 282-2501.

If we do not receive the attached claim withdrawal form, the Company will likely be required to object to your claim and request that your claim be removed from the active claims register. Should that occur, you will receive separate written notice of the objection and an opportunity to respond.

Please note that as long as your claim remains "active" i.e., has not been withdrawn or disallowed by an objection as described above, you will continue to receive all applicable mailings from the Company. As we discussed, the claim process does not impact your current electric service.

If you have additional questions regarding the claims process, please visit www.efhcaseinfo.com or call 877-580-9765.

Thank you,

TXU Energy Customer Care

United States Bankruptcy Court for the District of Delaware

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | TXU ENERGY RETAIL COMPANY LLC  14-10997 |
| Creditor Name and Address: | BOSQUE PLAZA<br>ATTN: ARTIE G GIOTES, PRES<br>PO BOX 58<br>WACO, TX 76703 |
| Court Claim Number (if known): | 1566 |
| Date Claim Filed: | 6/10/2014 |
| Total Amount of Claim Filed: | $250.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the duly appointed Claims Agent to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: _____       _____

Signature

Print Name: _____

Title (if applicable): _____

---

## DEFINITIONS

**Debtor**
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

**Creditor**
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

**Proof of Claim**
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

**Court, Name of Debtor and Case Number:**
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

**Information about Creditor:**
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

**Information identifying the Claim that is to be withdrawn:**
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

**Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).**

**This form must sent to the debtors duly appointed Claims Agent at - Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, 3rd Floor, New York, NY 10017 or via email at EFHClaimWithdrawals@epiqsystems.com**



August 6, 2014

EFH CUSTWTH 08-06-2014 (MERGE2,TXNUM2) 4000001649 BAR(23) MAIL ID *** 000088221429 ***
BOSQUE PLAZA
PO BOX 8050
WACO, TX 76714-8050

Re:  *In re Energy Future Holdings Corp., et al., Case No. 14-10979 (CSS)*
*Claim Number:1566*

Dear BOSQUE PLAZA:

Thank you for allowing TXU Energy to serve your retail electricity needs and for speaking with our team regarding your claim. Following our discussion, attached is the claim withdrawal form we referenced. Should you wish to withdraw the claim you filed against TXU Energy or one of its affiliated companies ("the Company"), you may sign and date the form and return it in the enclosed pre-addressed, pre-stamped envelope or fax it to our Claims Agent, Epiq Bankruptcy Solutions, at (646) 282-2501.

If we do not receive the attached claim withdrawal form, the Company will likely be required to object to your claim and request that your claim be removed from the active claims register. Should that occur, you will receive separate written notice of the objection and an opportunity to respond.

Please note that as long as your claim remains "active" i.e., has not been withdrawn or disallowed by an objection as described above, you will continue to receive all applicable mailings from the Company. As we discussed, the claim process does not impact your current electric service.

If you have additional questions regarding the claims process, please visit www.efhcaseinfo.com or call 877-580-9765.

Thank you,

TXU Energy Customer Care

United States Bankruptcy Court for the District of Delaware

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | TXU ENERGY RETAIL COMPANY LLC  14-10997 |
| Creditor Name and Address: | BOSQUE PLAZA<br>PO BOX 8050<br>WACO, TX 76714-8050 |
| Court Claim Number (if known): | 1566 |
| Date Claim Filed: | 6/10/2014 |
| Total Amount of Claim Filed: | $250.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.  I hereby withdraw the above-referenced claim and authorize the duly appointed Claims Agent to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: _____

_____
Signature

Print  Name:  _____

Title (if applicable):  _____

-------------------------------------------------------------------------------------------------------

## DEFINITIONS

**Debtor**
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

**Creditor**
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

**Proof of Claim**
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

**Court, Name of Debtor and Case Number:**
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

**Information about Creditor:**
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

**Information identifying the Claim that is to be withdrawn:**
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

**Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).**

**This form must sent to the debtors duly appointed Claims Agent at - Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, 3rd Floor, New York, NY 10017 or via email at EFHClaimWithdrawals@epiqsystems.com**



August 6, 2014

EFH CUSTWTH 08-06-2014 (MERGE2,TXNUM2) 4000001164 BAR(23) MAIL ID *** 000088221425 ***

C P I
3634 GRANADA AVE
DALLAS, TX 75205-2014

Re:  *In re Energy Future Holdings Corp., et al., Case No. 14-10979 (CSS)*
*Claim Number:1124*

Dear C P I:

Thank you for allowing TXU Energy to serve your retail electricity needs and for speaking with our team regarding your claim. Following our discussion, attached is the claim withdrawal form we referenced. Should you wish to withdraw the claim you filed against TXU Energy or one of its affiliated companies ("the Company"), you may sign and date the form and return it in the enclosed pre-addressed, pre-stamped envelope or fax it to our Claims Agent, Epiq Bankruptcy Solutions, at (646) 282-2501.

If we do not receive the attached claim withdrawal form, the Company will likely be required to object to your claim and request that your claim be removed from the active claims register. Should that occur, you will receive separate written notice of the objection and an opportunity to respond.

Please note that as long as your claim remains "active" i.e., has not been withdrawn or disallowed by an objection as described above, you will continue to receive all applicable mailings from the Company. As we discussed, the claim process does not impact your current electric service.

If you have additional questions regarding the claims process, please visit www.efhcaseinfo.com or call 877-580-9765.


Thank you,


TXU Energy Customer Care

United States Bankruptcy Court for the District of Delaware

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | TXU ENERGY RETAIL COMPANY LLC  14-10997 |
| Creditor Name and Address: | C P I<br>3634 GRANADA AVE<br>DALLAS, TX 75205-2014 |
| Court Claim Number (if known): | 1124 |
| Date Claim Filed: | 6/5/2014 |
| Total Amount of Claim Filed: | $1,000.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.  I hereby withdraw the above-referenced claim and authorize the duly appointed Claims Agent to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: _____          _____
                                                              Signature

                                                              Print  Name: _____

                                                              Title (if applicable): _____

-------------------------------------------------------------------------------------------------

## DEFINITIONS

**Debtor**
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

**Creditor**
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

**Proof of Claim**
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

**Court, Name of Debtor and Case Number:**
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

**Information about Creditor:**
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

**Information identifying the Claim that is to be withdrawn:**
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

**Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).**

**This form must sent to the debtors duly appointed Claims Agent at - Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, 3rd Floor, New York, NY 10017 or via email at EFHClaimWithdrawals@epiqsystems.com**



August 6, 2014

EFH CUSTWTH 08-06-2014 (MERGE2,TXNUM2) 4000000767 BAR(23) MAIL ID *** 000088221412 ***
CALVIN, ROY
PO BOX 330002
FORT WORTH, TX 76123-1815

Re: *In re Energy Future Holdings Corp., et al., Case No. 14-10979 (CSS)*
*Claim Number: 767*

Dear ROY CALVIN:

Thank you for allowing TXU Energy to serve your retail electricity needs and for speaking with our team regarding your claim. Following our discussion, attached is the claim withdrawal form we referenced. Should you wish to withdraw the claim you filed against TXU Energy or one of its affiliated companies ("the Company"), you may sign and date the form and return it in the enclosed pre-addressed, pre-stamped envelope or fax it to our Claims Agent, Epiq Bankruptcy Solutions, at (646) 282-2501.

If we do not receive the attached claim withdrawal form, the Company will likely be required to object to your claim and request that your claim be removed from the active claims register. Should that occur, you will receive separate written notice of the objection and an opportunity to respond.

Please note that as long as your claim remains "active" i.e., has not been withdrawn or disallowed by an objection as described above, you will continue to receive all applicable mailings from the Company. As we discussed, the claim process does not impact your current electric service.

If you have additional questions regarding the claims process, please visit www.efhcaseinfo.com or call 877-580-9765.

Thank you,

TXU Energy Customer Care

United States Bankruptcy Court for the District of Delaware

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | TXU ENERGY RETAIL COMPANY LLC  14-10997 |
|---|---|
| Creditor Name and Address: | CALVIN, ROY<br>PO BOX 330002<br>FORT WORTH, TX 76123-1815 |
| Court Claim Number (if known): | 767 |
| Date Claim Filed: | 5/27/2014 |
| Total Amount of Claim Filed: | $175.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the duly appointed Claims Agent to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: _____          _____

                                     Signature

                                     Print  Name: _____

                                     Title (if applicable): _____

-------------------------------------------------------------------------------------------------------------------

## DEFINITIONS

***Debtor***
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

***Creditor***
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

***Proof of Claim***
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

***Court, Name of Debtor and Case Number:***
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

***Information about Creditor:***
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

***Information identifying the Claim that is to be withdrawn:***
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

**Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).**

**This form must sent to the debtors duly appointed Claims Agent at - Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, 3rd Floor, New York, NY 10017 or via email at EFHClaimWithdrawals@epiqsystems.com**



August 6, 2014

EFH CUSTWTH 08-06-2014 (MERGE2,TXNUM2) 4000001861 BAR(23) MAIL ID *** 000088221431 ***
CARLO, GINO
1524 GOLDEN GROVE DR
MESQUITE, TX 75149-1857

Re: *In re Energy Future Holdings Corp., et al., Case No. 14-10979 (CSS)*
Claim Number:1784

Dear GINO CARLO:

Thank you for allowing TXU Energy to serve your retail electricity needs and for speaking with our team regarding your claim. Following our discussion, attached is the claim withdrawal form we referenced. Should you wish to withdraw the claim you filed against TXU Energy or one of its affiliated companies ("the Company"), you may sign and date the form and return it in the enclosed pre-addressed, pre-stamped envelope or fax it to our Claims Agent, Epiq Bankruptcy Solutions, at (646) 282-2501.

If we do not receive the attached claim withdrawal form, the Company will likely be required to object to your claim and request that your claim be removed from the active claims register. Should that occur, you will receive separate written notice of the objection and an opportunity to respond.

Please note that as long as your claim remains "active" i.e., has not been withdrawn or disallowed by an objection as described above, you will continue to receive all applicable mailings from the Company. As we discussed, the claim process does not impact your current electric service.

If you have additional questions regarding the claims process, please visit www.efhcaseinfo.com or call 877-580-9765.

Thank you,

TXU Energy Customer Care

United States Bankruptcy Court for the District of Delaware

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | ENERGY FUTURE HOLDINGS CORP.  14-10979 |
|---|---|
| Creditor Name and Address: | CARLO, GINO<br>1524 GOLDEN GROVE DR<br>MESQUITE, TX 75149-1857 |
| Court Claim Number (if known): | 1784 |
| Date Claim Filed: | 6/12/2014 |
| Total Amount of Claim Filed: | $200.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.  I hereby withdraw the above-referenced claim and authorize the duly appointed Claims Agent to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: _____

_____
Signature

Print  Name:  _____

Title (if applicable):  _____

--------------------------------------------------------------------------------

## DEFINITIONS

***Debtor***
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

***Creditor***
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

***Proof of Claim***
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

***Court, Name of Debtor and Case Number:***
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

***Information about Creditor:***
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

***Information identifying the Claim that is to be withdrawn:***
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

**Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).**

**This form must sent to the debtors duly appointed Claims Agent at - Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, 3rd Floor, New York, NY 10017 or via email at EFHClaimWithdrawals@epiqsystems.com**



August 6, 2014

EFH CUSTWTH 08-06-2014 (MERGE2,TXNUM2) 4000000544 BAR(23) MAIL ID *** 000088221407 ***
CHARLES, ANNA
9110 TIDWELL RD APT 1312
HOUSTON, TX 77078-3747

Re: *In re Energy Future Holdings Corp., et al., Case No. 14-10979 (CSS)*
*Claim Number:485*

Dear ANNA CHARLES:

Thank you for allowing TXU Energy to serve your retail electricity needs and for speaking with our team regarding your claim. Following our discussion, attached is the claim withdrawal form we referenced. Should you wish to withdraw the claim you filed against TXU Energy or one of its affiliated companies ("the Company"), you may sign and date the form and return it in the enclosed pre-addressed, pre-stamped envelope or fax it to our Claims Agent, Epiq Bankruptcy Solutions, at (646) 282-2501.

If we do not receive the attached claim withdrawal form, the Company will likely be required to object to your claim and request that your claim be removed from the active claims register. Should that occur, you will receive separate written notice of the objection and an opportunity to respond.

Please note that as long as your claim remains "active" i.e., has not been withdrawn or disallowed by an objection as described above, you will continue to receive all applicable mailings from the Company. As we discussed, the claim process does not impact your current electric service.

If you have additional questions regarding the claims process, please visit www.efhcaseinfo.com or call 877-580-9765.

Thank you,

TXU Energy Customer Care

United States Bankruptcy Court for the District of Delaware

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | TXU ENERGY RETAIL COMPANY LLC  14-10997 |
| Creditor Name and Address: | CHARLES, ANNA<br>9110 TIDWELL RD APT 1312<br>HOUSTON, TX 77078-3747 |
| Court Claim Number (if known): | 485 |
| Date Claim Filed: | 5/27/2014 |
| Total Amount of Claim Filed: | $0.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.  I hereby withdraw the above-referenced claim and authorize the duly appointed Claims Agent to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: _____        _____
                                        Signature

                                        Print  Name: _____

                                        Title (if applicable): _____

--------------------------------------------------------------------------------

## DEFINITIONS

**Debtor**
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

**Creditor**
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

**Proof of Claim**
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

**Court, Name of Debtor and Case Number:**
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

**Information about Creditor:**
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

**Information identifying the Claim that is to be withdrawn:**
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

**Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).**

**This form must sent to the debtors duly appointed Claims Agent at - Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, 3rd Floor, New York, NY 10017 or via email at EFHClaimWithdrawals@epiqsystems.com**



August 6, 2014

EFH CUSTWTH 08-06-2014 (MERGE2,TXNUM2) 4000001058 BAR(23) MAIL ID *** 000088221423 ***
CHAU, JENNIFER
723 MAIN ST STE 1015
HOUSTON, TX 77002-3320

Re: *In re Energy Future Holdings Corp., et al., Case No. 14-10979 (CSS)*
*Claim Number: 994*

Dear JENNIFER CHAU:

Thank you for allowing TXU Energy to serve your retail electricity needs and for speaking with our team regarding your claim. Following our discussion, attached is the claim withdrawal form we referenced. Should you wish to withdraw the claim you filed against TXU Energy or one of its affiliated companies ("the Company"), you may sign and date the form and return it in the enclosed pre-addressed, pre-stamped envelope or fax it to our Claims Agent, Epiq Bankruptcy Solutions, at (646) 282-2501.

If we do not receive the attached claim withdrawal form, the Company will likely be required to object to your claim and request that your claim be removed from the active claims register. Should that occur, you will receive separate written notice of the objection and an opportunity to respond.

Please note that as long as your claim remains "active" i.e., has not been withdrawn or disallowed by an objection as described above, you will continue to receive all applicable mailings from the Company. As we discussed, the claim process does not impact your current electric service.

If you have additional questions regarding the claims process, please visit www.efhcaseinfo.com or call 877-580-9765.

Thank you,

TXU Energy Customer Care

United States Bankruptcy Court for the District of Delaware

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | TXU ENERGY RETAIL COMPANY LLC  14-10997 |
| Creditor Name and Address: | CHAU, JENNIFER<br>723 MAIN ST STE 1015<br>HOUSTON, TX 77002-3320 |
| Court Claim Number (if known): | 994 |
| Date Claim Filed: | 6/2/2014 |
| Total Amount of Claim Filed: | $200.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.  I hereby withdraw the above-referenced claim and authorize the duly appointed Claims Agent to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: _____

_____
Signature

Print  Name:  _____

Title (if applicable): _____

------------------------------------------------------------------------------------------------------------

## DEFINITIONS

**Debtor**
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

**Creditor**
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

**Proof of Claim**
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

**Court, Name of Debtor and Case Number:**
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

**Information about Creditor:**
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

**Information identifying the Claim that is to be withdrawn:**
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

**Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).**

**This form must sent to the debtors duly appointed Claims Agent at - Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, 3rd Floor, New York, NY 10017 or via email at EFHClaimWithdrawals@epiqsystems.com**



August 6, 2014

EFH CUSTWTH 08-06-2014 (MERGE2,TXNUM2) 4000001240 BAR(23) MAIL ID *** 000088221427 ***
CHRISTENSEN, SHIRLEY
413 SURREY PL
MESQUITE, TX 75149-5991

Re: *In re Energy Future Holdings Corp., et al., Case No. 14-10979 (CSS)*
*Claim Number:1287*

Dear SHIRLEY CHRISTENSEN:

Thank you for allowing TXU Energy to serve your retail electricity needs and for speaking with our team regarding your claim. Following our discussion, attached is the claim withdrawal form we referenced. Should you wish to withdraw the claim you filed against TXU Energy or one of its affiliated companies ("the Company"), you may sign and date the form and return it in the enclosed pre-addressed, pre-stamped envelope or fax it to our Claims Agent, Epiq Bankruptcy Solutions, at (646) 282-2501.

If we do not receive the attached claim withdrawal form, the Company will likely be required to object to your claim and request that your claim be removed from the active claims register. Should that occur, you will receive separate written notice of the objection and an opportunity to respond.

Please note that as long as your claim remains "active" i.e., has not been withdrawn or disallowed by an objection as described above, you will continue to receive all applicable mailings from the Company. As we discussed, the claim process does not impact your current electric service.

If you have additional questions regarding the claims process, please visit www.efhcaseinfo.com or call 877-580-9765.

Thank you,

TXU Energy Customer Care

United States Bankruptcy Court for the District of Delaware

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ENERGY FUTURE HOLDINGS CORP.  14-10979 |
| Creditor Name and Address: | CHRISTENSEN, SHIRLEY<br>413 SURREY PL<br>MESQUITE, TX 75149-5991 |
| Court Claim Number (if known): | 1287 |
| Date Claim Filed: | 6/6/2014 |
| Total Amount of Claim Filed: | $360.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.  I hereby withdraw the above-referenced claim and authorize the duly appointed Claims Agent to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: _____          _____
                                                            Signature

                                                            Print Name: _____

                                                            Title (if applicable): _____

---------------------------------------------------------------------------------------------------------

## DEFINITIONS

**Debtor**
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

**Creditor**
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

**Proof of Claim**
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

**Court, Name of Debtor and Case Number:**
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

**Information about Creditor:**
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

**Information identifying the Claim that is to be withdrawn:**
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

**Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).**

**This form must sent to the debtors duly appointed Claims Agent at - Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, 3rd Floor, New York, NY 10017 or via email at EFHClaimWithdrawals@epiqsystems.com**



August 6, 2014

EFH CUSTWTH 08-06-2014 (MERGE2,TXNUM2) 4000000494 BAR(23) MAIL ID *** 000088221406 ***
CLEVENGER, RENA
30510 QUINN RD
TOMBALL, TX 77375-2962

Re: *In re Energy Future Holdings Corp., et al., Case No. 14-10979 (CSS)*
*Claim Number:447*

Dear RENA CLEVENGER:

Thank you for allowing TXU Energy to serve your retail electricity needs and for speaking with our team regarding your claim. Following our discussion, attached is the claim withdrawal form we referenced. Should you wish to withdraw the claim you filed against TXU Energy or one of its affiliated companies ("the Company"), you may sign and date the form and return it in the enclosed pre-addressed, pre-stamped envelope or fax it to our Claims Agent, Epiq Bankruptcy Solutions, at (646) 282-2501.

If we do not receive the attached claim withdrawal form, the Company will likely be required to object to your claim and request that your claim be removed from the active claims register. Should that occur, you will receive separate written notice of the objection and an opportunity to respond.

Please note that as long as your claim remains "active" i.e., has not been withdrawn or disallowed by an objection as described above, you will continue to receive all applicable mailings from the Company. As we discussed, the claim process does not impact your current electric service.

If you have additional questions regarding the claims process, please visit www.efhcaseinfo.com or call 877-580-9765.

Thank you,

TXU Energy Customer Care

United States Bankruptcy Court for the District of Delaware

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ENERGY FUTURE HOLDINGS CORP.  14-10979 |
| Creditor Name and Address: | CLEVENGER, RENA<br>30510 QUINN RD<br>TOMBALL, TX 77375-2962 |
| Court Claim Number (if known): | 447 |
| Date Claim Filed: | 5/27/2014 |
| Total Amount of Claim Filed: | $400.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.  I hereby withdraw the above-referenced claim and authorize the duly appointed Claims Agent to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: _____        _____

Signature

Print  Name:  _____

Title (if applicable): _____

---

## DEFINITIONS

**Debtor**
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

**Creditor**
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

**Proof of Claim**
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

**Court, Name of Debtor and Case Number:**
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

**Information about Creditor:**
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

**Information identifying the Claim that is to be withdrawn:**
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

**Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).**

**This form must sent to the debtors duly appointed Claims Agent at - Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, 3rd Floor, New York, NY 10017 or via email at EFHClaimWithdrawals@epiqsystems.com**



August 6, 2014

EFH CUSTWTH 08-06-2014 (MERGE2,TXNUM2) 4000000891 BAR(23) MAIL ID *** 000088221416 ***
CRAIG, LISA
408 E BROADWAY ST
STEPHENVILLE, TX 76401-4908

Re: *In re Energy Future Holdings Corp., et al., Case No. 14-10979 (CSS)*
*Claim Number:953*

Dear LISA CRAIG:

Thank you for allowing TXU Energy to serve your retail electricity needs and for speaking with our team regarding your claim. Following our discussion, attached is the claim withdrawal form we referenced. Should you wish to withdraw the claim you filed against TXU Energy or one of its affiliated companies ("the Company"), you may sign and date the form and return it in the enclosed pre-addressed, pre-stamped envelope or fax it to our Claims Agent, Epiq Bankruptcy Solutions, at (646) 282-2501.

If we do not receive the attached claim withdrawal form, the Company will likely be required to object to your claim and request that your claim be removed from the active claims register. Should that occur, you will receive separate written notice of the objection and an opportunity to respond.

Please note that as long as your claim remains "active" i.e., has not been withdrawn or disallowed by an objection as described above, you will continue to receive all applicable mailings from the Company. As we discussed, the claim process does not impact your current electric service.

If you have additional questions regarding the claims process, please visit www.efhcaseinfo.com or call 877-580-9765.

Thank you,

TXU Energy Customer Care

United States Bankruptcy Court for the District of Delaware

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | TXU ENERGY RETAIL COMPANY LLC  14-10997 |
| --- | --- |
| Creditor Name and Address: | CRAIG, LISA<br>408 E BROADWAY ST<br>STEPHENVILLE, TX 76401-4908 |
| Court Claim Number (if known): | 953 |
| Date Claim Filed: | 6/2/2014 |
| Total Amount of Claim Filed: | $175.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the duly appointed Claims Agent to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: _____

_____
Signature

Print Name: _____

Title (if applicable): _____

---

## DEFINITIONS

**Debtor**
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

**Creditor**
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

**Proof of Claim**
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

**Court, Name of Debtor and Case Number:**
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

**Information about Creditor:**
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

**Information identifying the Claim that is to be withdrawn:**
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

**Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).**

This form must sent to the debtors duly appointed Claims Agent at - **Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, 3rd Floor, New York, NY 10017 or via email at EFHClaimWithdrawals@epiqsystems.com**



August 6, 2014

EFH CUSTWTH 08-06-2014 (MERGE2,TXNUM2) 4000001881 BAR(23) MAIL ID *** 000088221432 ***
EVERETT, JOSHUA
PO BOX 311
WILLS POINT, TX 75169

Re: *In re Energy Future Holdings Corp., et al., Case No. 14-10979 (CSS)*
*Claim Number:1891*

Dear JOSHUA EVERETT:

Thank you for allowing TXU Energy to serve your retail electricity needs and for speaking with our team regarding your claim. Following our discussion, attached is the claim withdrawal form we referenced. Should you wish to withdraw the claim you filed against TXU Energy or one of its affiliated companies ("the Company"), you may sign and date the form and return it in the enclosed pre-addressed, pre-stamped envelope or fax it to our Claims Agent, Epiq Bankruptcy Solutions, at (646) 282-2501.

If we do not receive the attached claim withdrawal form, the Company will likely be required to object to your claim and request that your claim be removed from the active claims register. Should that occur, you will receive separate written notice of the objection and an opportunity to respond.

Please note that as long as your claim remains "active" i.e., has not been withdrawn or disallowed by an objection as described above, you will continue to receive all applicable mailings from the Company. As we discussed, the claim process does not impact your current electric service.

If you have additional questions regarding the claims process, please visit www.efhcaseinfo.com or call 877-580-9765.

Thank you,

TXU Energy Customer Care

United States Bankruptcy Court for the District of Delaware

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ENERGY FUTURE HOLDINGS CORP. 14-10979 |
| Creditor Name and Address: | EVERETT, JOSHUA<br>PO BOX 311<br>WILLS POINT, TX 75169 |
| Court Claim Number (if known): | 1891 |
| Date Claim Filed: | 6/13/2014 |
| Total Amount of Claim Filed: | $410.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the duly appointed Claims Agent to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: _____

_____
Signature

Print Name: _____

Title (if applicable): _____

--------------------------------------------------------------------------------------------------------------------

## DEFINITIONS

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).

**This form must sent to the debtors duly appointed Claims Agent at - Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, 3rd Floor, New York, NY 10017 or via email at EFHClaimWithdrawals@epiqsystems.com**



August 6, 2014

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

EFH CUSTWTH 08-06-2014 (MERGE2,TXNUM2) 4000000342 BAR(23) MAIL ID *** 000088221403 ***
GERALD, PATRICK N
PO BOX 206
SWEETWATER, TX 79556-0206

Re: *In re Energy Future Holdings Corp., et al., Case No. 14-10979 (CSS)*
*Claim Number:284*

Dear PATRICK N GERALD:

Thank you for allowing TXU Energy to serve your retail electricity needs and for speaking with our team regarding your claim. Following our discussion, attached is the claim withdrawal form we referenced. Should you wish to withdraw the claim you filed against TXU Energy or one of its affiliated companies ("the Company"), you may sign and date the form and return it in the enclosed pre-addressed, pre-stamped envelope or fax it to our Claims Agent, Epiq Bankruptcy Solutions, at (646) 282-2501.

If we do not receive the attached claim withdrawal form, the Company will likely be required to object to your claim and request that your claim be removed from the active claims register. Should that occur, you will receive separate written notice of the objection and an opportunity to respond.

Please note that as long as your claim remains "active" i.e., has not been withdrawn or disallowed by an objection as described above, you will continue to receive all applicable mailings from the Company. As we discussed, the claim process does not impact your current electric service.

If you have additional questions regarding the claims process, please visit www.efhcaseinfo.com or call 877-580-9765.

Thank you,

TXU Energy Customer Care

United States Bankruptcy Court for the District of Delaware

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ENERGY FUTURE HOLDINGS CORP.  14-10979 |
| Creditor Name and Address: | GERALD, PATRICK N<br>PO BOX 206<br>SWEETWATER, TX 79556-0206 |
| Court Claim Number (if known): | 284 |
| Date Claim Filed: | 5/27/2014 |
| Total Amount of Claim Filed: | $0.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.  I hereby withdraw the above-referenced claim and authorize the duly appointed Claims Agent to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: _____    _____

Signature

Print Name: _____

Title (if applicable): _____

------------------------------------------------------------------------------------------------------------

## DEFINITIONS

***Debtor***
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

***Creditor***
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

***Proof of Claim***
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

***Court, Name of Debtor and Case Number:***
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

***Information about Creditor:***
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

***Information identifying the Claim that is to be withdrawn:***
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

**Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).**

**This form must sent to the debtors duly appointed Claims Agent at - Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, 3rd Floor, New York, NY 10017 or via email at EFHClaimWithdrawals@epiqsystems.com**



August 6, 2014

EFH CUSTWTH 08-06-2014 (MERGE2,TXNUM2) 4000000972 BAR(23) MAIL ID *** 000088221420 ***
GONZALEZ, PAUL
4869 N STATE HIGHWAY 208
COLORADO CITY, TX 79512-2401

Re: *In re Energy Future Holdings Corp., et al., Case No. 14-10979 (CSS)*
*Claim Number:981*

Dear PAUL GONZALEZ:

Thank you for allowing TXU Energy to serve your retail electricity needs and for speaking with our team regarding your claim. Following our discussion, attached is the claim withdrawal form we referenced. Should you wish to withdraw the claim you filed against TXU Energy or one of its affiliated companies ("the Company"), you may sign and date the form and return it in the enclosed pre-addressed, pre-stamped envelope or fax it to our Claims Agent, Epiq Bankruptcy Solutions, at (646) 282-2501.

If we do not receive the attached claim withdrawal form, the Company will likely be required to object to your claim and request that your claim be removed from the active claims register. Should that occur, you will receive separate written notice of the objection and an opportunity to respond.

Please note that as long as your claim remains "active" i.e., has not been withdrawn or disallowed by an objection as described above, you will continue to receive all applicable mailings from the Company. As we discussed, the claim process does not impact your current electric service.

If you have additional questions regarding the claims process, please visit www.efhcaseinfo.com or call 877-580-9765.


Thank you,


TXU Energy Customer Care

United States Bankruptcy Court for the District of Delaware

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | TXU ENERGY RETAIL COMPANY LLC  14-10997 |
| Creditor Name and Address: | GONZALEZ, PAUL<br>4869 N STATE HIGHWAY 208<br>COLORADO CITY, TX 79512-2401 |
| Court Claim Number (if known): | 981 |
| Date Claim Filed: | 6/2/2014 |
| Total Amount of Claim Filed: | $150.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.  I hereby withdraw the above-referenced claim and authorize the duly appointed Claims Agent to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: _____

_____
Signature

Print Name: _____

Title (if applicable): _____

--------------------------------------------------------------------------------

## DEFINITIONS

***Debtor***
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

***Creditor***
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

***Proof of Claim***
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

***Court, Name of Debtor and Case Number:***
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

***Information about Creditor:***
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

***Information identifying the Claim that is to be withdrawn:***
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

**Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).**

**This form must sent to the debtors duly appointed Claims Agent at - Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, 3rd Floor, New York, NY 10017 or via email at EFHClaimWithdrawals@epiqsystems.com**



August 6, 2014

EFH CUSTWTH 08-06-2014 (MERGE2,TXNUM2) 4000000732 BAR(23) MAIL ID *** 000068221411 ***
GRAVES, FRANCES
1912 CHEYENNE RD
DALLAS, TX 75217-3117

Re: *In re Energy Future Holdings Corp., et al., Case No. 14-10979 (CSS)*
*Claim Number:729*

Dear FRANCES GRAVES:

Thank you for allowing TXU Energy to serve your retail electricity needs and for speaking with our team regarding your claim. Following our discussion, attached is the claim withdrawal form we referenced. Should you wish to withdraw the claim you filed against TXU Energy or one of its affiliated companies ("the Company"), you may sign and date the form and return it in the enclosed pre-addressed, pre-stamped envelope or fax it to our Claims Agent, Epiq Bankruptcy Solutions, at (646) 282-2501.

If we do not receive the attached claim withdrawal form, the Company will likely be required to object to your claim and request that your claim be removed from the active claims register. Should that occur, you will receive separate written notice of the objection and an opportunity to respond.

Please note that as long as your claim remains "active" i.e., has not been withdrawn or disallowed by an objection as described above, you will continue to receive all applicable mailings from the Company. As we discussed, the claim process does not impact your current electric service.

If you have additional questions regarding the claims process, please visit www.efhcaseinfo.com or call 877-580-9765.

Thank you,

TXU Energy Customer Care

United States Bankruptcy Court for the District of Delaware

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | TXU ENERGY RETAIL COMPANY LLC  14-10997 |
| Creditor Name and Address: | GRAVES, FRANCES<br>1912 CHEYENNE RD<br>DALLAS, TX 75217-3117 |
| Court Claim Number (if known): | 729 |
| Date Claim Filed: | 5/30/2014 |
| Total Amount of Claim Filed: | $150.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.  I hereby withdraw the above-referenced claim and authorize the duly appointed Claims Agent to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: _____

_____
Signature

Print  Name: _____

Title (if applicable): _____

---------------------------------------------------------------------------------------------------------------------

## DEFINITIONS

**Debtor**
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

**Creditor**
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

**Proof of Claim**
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

**Court, Name of Debtor and Case Number:**
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

**Information about Creditor:**
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

**Information identifying the Claim that is to be withdrawn:**
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

**Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).**

**This form must sent to the debtors duly appointed Claims Agent at - Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, 3rd Floor, New York, NY 10017 or via email at EFHClaimWithdrawals@epiqsystems.com**



August 6, 2014

EFH CUSTWTH 08-06-2014 (MERGE2,TXNUM2) 4000000318 BAR(23) MAIL ID *** 000088221401 ***
GUTHRIE, HOWARD
2812 WESTWIND CIR APT 420
FORT WORTH, TX 76116-2950

Re:  *In re Energy Future Holdings Corp., et al., Case No. 14-10979 (CSS)*
*Claim Number:276*

Dear HOWARD GUTHRIE:

Thank you for allowing TXU Energy to serve your retail electricity needs and for speaking with our team regarding your claim. Following our discussion, attached is the claim withdrawal form we referenced. Should you wish to withdraw the claim you filed against TXU Energy or one of its affiliated companies ("the Company"), you may sign and date the form and return it in the enclosed pre-addressed, pre-stamped envelope or fax it to our Claims Agent, Epiq Bankruptcy Solutions, at (646) 282-2501.

If we do not receive the attached claim withdrawal form, the Company will likely be required to object to your claim and request that your claim be removed from the active claims register. Should that occur, you will receive separate written notice of the objection and an opportunity to respond.

Please note that as long as your claim remains "active" i.e., has not been withdrawn or disallowed by an objection as described above, you will continue to receive all applicable mailings from the Company. As we discussed, the claim process does not impact your current electric service.

If you have additional questions regarding the claims process, please visit www.efhcaseinfo.com or call 877-580-9765.

Thank you,

TXU Energy Customer Care

United States Bankruptcy Court for the District of Delaware

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | TXU ENERGY RETAIL COMPANY LLC  14-10997 |
| Creditor Name and Address: | GUTHRIE, HOWARD<br>2812 WESTWIND CIR APT 420<br>FORT WORTH, TX 76116-2950 |
| Court Claim Number (if known): | 276 |
| Date Claim Filed: | 5/27/2014 |
| Total Amount of Claim Filed: | $2,000.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.  I hereby withdraw the above-referenced claim and authorize the duly appointed Claims Agent to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: _____         _____
                                        Signature

                                        Print  Name: _____

                                        Title (if applicable): _____

------------------------------------------------------------------------------------------

## DEFINITIONS

**Debtor**
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

**Creditor**
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

**Proof of Claim**
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

**Court, Name of Debtor and Case Number:**
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

**Information about Creditor:**
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

**Information identifying the Claim that is to be withdrawn:**
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

**Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).**

**This form must sent to the debtors duly appointed Claims Agent at - Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, 3rd Floor, New York, NY 10017 or via email at EFHClaimWithdrawals@epiqsystems.com**



August 6, 2014

EFH CUSTWTH 08-06-2014 (MERGE2,TXNUM2) 4000000939 BAR(23) MAIL ID *** 000088221417 ***
HARLOW, EDIE
10027 SUMMERBERRY LN
TOMBALL, TX 77375-0478

Re:  *In re Energy Future Holdings Corp., et al., Case No. 14-10979 (CSS)*
*Claim Number: 965*

Dear EDIE HARLOW:

Thank you for allowing TXU Energy to serve your retail electricity needs and for speaking with our team regarding your claim. Following our discussion, attached is the claim withdrawal form we referenced. Should you wish to withdraw the claim you filed against TXU Energy or one of its affiliated companies ("the Company"), you may sign and date the form and return it in the enclosed pre-addressed, pre-stamped envelope or fax it to our Claims Agent, Epiq Bankruptcy Solutions, at (646) 282-2501.

If we do not receive the attached claim withdrawal form, the Company will likely be required to object to your claim and request that your claim be removed from the active claims register. Should that occur, you will receive separate written notice of the objection and an opportunity to respond.

Please note that as long as your claim remains "active" i.e., has not been withdrawn or disallowed by an objection as described above, you will continue to receive all applicable mailings from the Company. As we discussed, the claim process does not impact your current electric service.

If you have additional questions regarding the claims process, please visit www.efhcaseinfo.com or call 877-580-9765.

Thank you,

TXU Energy Customer Care

United States Bankruptcy Court for the District of Delaware

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | TXU ENERGY RETAIL COMPANY LLC  14-10997 |
| Creditor Name and Address: | HARLOW, EDIE<br>10027 SUMMERBERRY LN<br>TOMBALL, TX 77375-0478 |
| Court Claim Number (if known): | 965 |
| Date Claim Filed: | 6/2/2014 |
| Total Amount of Claim Filed: | $400.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.  I hereby withdraw the above-referenced claim and authorize the duly appointed Claims Agent to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: _____

_____
Signature

Print  Name:  _____

Title (if applicable):  _____

---

## DEFINITIONS

**Debtor**
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

**Creditor**
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

**Proof of Claim**
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

**Court, Name of Debtor and Case Number:**
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

**Information about Creditor:**
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

**Information identifying the Claim that is to be withdrawn:**
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

**Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).**

**This form must sent to the debtors duly appointed Claims Agent at - Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, 3rd Floor, New York, NY 10017 or via email at EFHClaimWithdrawals@epiqsystems.com**



August 6, 2014

EFH CUSTWTH 08-06-2014 (MERGE2,TXNUM2) 4000000601 BAR(23) MAIL ID *** 000088221409 ***

HILL, PAULA
48 RIDGE RD
POTTSBORO, TX 75076-4759

Re: *In re Energy Future Holdings Corp., et al., Case No. 14-10979 (CSS)*
*Claim Number: 624*

Dear PAULA HILL:

Thank you for allowing TXU Energy to serve your retail electricity needs and for speaking with our team regarding your claim. Following our discussion, attached is the claim withdrawal form we referenced. Should you wish to withdraw the claim you filed against TXU Energy or one of its affiliated companies ("the Company"), you may sign and date the form and return it in the enclosed pre-addressed, pre-stamped envelope or fax it to our Claims Agent, Epiq Bankruptcy Solutions, at (646) 282-2501.

If we do not receive the attached claim withdrawal form, the Company will likely be required to object to your claim and request that your claim be removed from the active claims register. Should that occur, you will receive separate written notice of the objection and an opportunity to respond.

Please note that as long as your claim remains "active" i.e., has not been withdrawn or disallowed by an objection as described above, you will continue to receive all applicable mailings from the Company. As we discussed, the claim process does not impact your current electric service.

If you have additional questions regarding the claims process, please visit www.efhcaseinfo.com or call 877-580-9765.

Thank you,

TXU Energy Customer Care

United States Bankruptcy Court for the District of Delaware

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | TXU ENERGY RETAIL COMPANY LLC  14-10997 |
| Creditor Name and Address: | HILL, PAULA<br>48 RIDGE RD<br>POTTSBORO, TX 75076-4759 |
| Court Claim Number (if known): | 624 |
| Date Claim Filed: | 5/29/2014 |
| Total Amount of Claim Filed: | $400.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.  I hereby withdraw the above-referenced claim and authorize the duly appointed Claims Agent to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: _____

_____
Signature

Print  Name:  _____

Title (if applicable): _____

---

## DEFINITIONS

***Debtor***
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

***Creditor***
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

***Proof of Claim***
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

***Court, Name of Debtor and Case Number:***
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

***Information about Creditor:***
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

***Information identifying the Claim that is to be withdrawn:***
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

**Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).**

**This form must sent to the debtors duly appointed Claims Agent at - Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, 3rd Floor, New York, NY 10017 or via email at EFHClaimWithdrawals@epiqsystems.com**



August 6, 2014

HOFMEISTER, CHARLES
106 RESACA RETREAT DR
LOS FRESNOS, TX 78566-4322

EFH CUSTWTH 08-06-2014 (MERGE2,TXNUM2) 4000001071 BAR(23) MAIL ID *** 000088221424 ***

Re: *In re Energy Future Holdings Corp., et al., Case No. 14-10979 (CSS)*
*Claim Number:1039*

Dear CHARLES HOFMEISTER:

Thank you for allowing TXU Energy to serve your retail electricity needs and for speaking with our team regarding your claim. Following our discussion, attached is the claim withdrawal form we referenced. Should you wish to withdraw the claim you filed against TXU Energy or one of its affiliated companies ("the Company"), you may sign and date the form and return it in the enclosed pre-addressed, pre-stamped envelope or fax it to our Claims Agent, Epiq Bankruptcy Solutions, at (646) 282-2501.

If we do not receive the attached claim withdrawal form, the Company will likely be required to object to your claim and request that your claim be removed from the active claims register. Should that occur, you will receive separate written notice of the objection and an opportunity to respond.

Please note that as long as your claim remains "active" i.e., has not been withdrawn or disallowed by an objection as described above, you will continue to receive all applicable mailings from the Company. As we discussed, the claim process does not impact your current electric service.

If you have additional questions regarding the claims process, please visit www.efhcaseinfo.com or call 877-580-9765.


Thank you,


TXU Energy Customer Care

United States Bankruptcy Court for the District of Delaware

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ENERGY FUTURE HOLDINGS CORP.  14-10979 |
| Creditor Name and Address: | HOFMEISTER, CHARLES<br>106 RESACA RETREAT DR<br>LOS FRESNOS, TX 78566-4322 |
| Court Claim Number (if known): | 1039 |
| Date Claim Filed: | 6/3/2014 |
| Total Amount of Claim Filed: | $141.08 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the duly appointed Claims Agent to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: _____

_____
Signature

Print Name: _____

Title (if applicable): _____

---------------------------------------------------------------------------------------------------------------------

## DEFINITIONS

***Debtor***
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

***Creditor***
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

***Proof of Claim***
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

***Court, Name of Debtor and Case Number:***
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

***Information about Creditor:***
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

***Information identifying the Claim that is to be withdrawn:***
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

**Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).**

**This form must sent to the debtors duly appointed Claims Agent at - Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, 3rd Floor, New York, NY 10017 or via email at EFHClaimWithdrawals@epiqsystems.com**



August 6, 2014

EFH CUSTWTH 08-06-2014 (MERGE2,TXNUM2) 4000000233 BAR(23) MAIL ID *** 000088221399 ***
JACKSON, CARL
3612 RUIDOSA AVE
DALLAS, TX 75228-1720

Re: *In re Energy Future Holdings Corp., et al., Case No. 14-10979 (CSS)*
*Claim Number:234*

Dear CARL JACKSON:

Thank you for allowing TXU Energy to serve your retail electricity needs and for speaking with our team regarding your claim. Following our discussion, attached is the claim withdrawal form we referenced. Should you wish to withdraw the claim you filed against TXU Energy or one of its affiliated companies ("the Company"), you may sign and date the form and return it in the enclosed pre-addressed, pre-stamped envelope or fax it to our Claims Agent, Epiq Bankruptcy Solutions, at (646) 282-2501.

If we do not receive the attached claim withdrawal form, the Company will likely be required to object to your claim and request that your claim be removed from the active claims register. Should that occur, you will receive separate written notice of the objection and an opportunity to respond.

Please note that as long as your claim remains "active" i.e., has not been withdrawn or disallowed by an objection as described above, you will continue to receive all applicable mailings from the Company. As we discussed, the claim process does not impact your current electric service.

If you have additional questions regarding the claims process, please visit www.efhcaseinfo.com or call 877-580-9765.


Thank you,


TXU Energy Customer Care

United States Bankruptcy Court for the District of Delaware

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ENERGY FUTURE HOLDINGS CORP.  14-10979 |
| Creditor Name and Address: | JACKSON, CARL<br>3612 RUIDOSA AVE<br>DALLAS, TX 75228-1720 |
| Court Claim Number (if known): | 234 |
| Date Claim Filed: | 5/27/2014 |
| Total Amount of Claim Filed: | $645.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.  I hereby withdraw the above-referenced claim and authorize the duly appointed Claims Agent to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: _____     _____

                                            Signature

                                            Print  Name: _____

                                            Title (if applicable): _____

------------------------------------------------------------------------------------------------------

## DEFINITIONS

***Debtor***
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

***Creditor***
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

***Proof of Claim***
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

***Court, Name of Debtor and Case Number:***
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

***Information about Creditor:***
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

***Information identifying the Claim that is to be withdrawn:***
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

**Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).**

---

**This form must sent to the debtors duly appointed Claims Agent at - Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, 3rd Floor, New York, NY 10017 or via email at EFHClaimWithdrawals@epiqsystems.com**



August 6, 2014

EFH CUSTWTH 08-06-2014 (MERGE2,TXNUM2) 4000001044 BAR(23) MAIL ID *** 000088221422 ***
LOFTIN, MARLAINE
806 W TIDE BAY CIR
KATY, TX 77494-1587

Re: *In re Energy Future Holdings Corp., et al., Case No. 14-10979 (CSS)*
*Claim Number:991*

Dear MARLAINE LOFTIN:

Thank you for allowing TXU Energy to serve your retail electricity needs and for speaking with our team regarding your claim. Following our discussion, attached is the claim withdrawal form we referenced. Should you wish to withdraw the claim you filed against TXU Energy or one of its affiliated companies ("the Company"), you may sign and date the form and return it in the enclosed pre-addressed, pre-stamped envelope or fax it to our Claims Agent, Epiq Bankruptcy Solutions, at (646) 282-2501.

If we do not receive the attached claim withdrawal form, the Company will likely be required to object to your claim and request that your claim be removed from the active claims register. Should that occur, you will receive separate written notice of the objection and an opportunity to respond.

Please note that as long as your claim remains "active" i.e., has not been withdrawn or disallowed by an objection as described above, you will continue to receive all applicable mailings from the Company. As we discussed, the claim process does not impact your current electric service.

If you have additional questions regarding the claims process, please visit www.efhcaseinfo.com or call 877-580-9765.


Thank you,


TXU Energy Customer Care

United States Bankruptcy Court for the District of Delaware

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ENERGY FUTURE HOLDINGS CORP.  14-10979 |
| Creditor Name and Address: | LOFTIN, MARLAINE<br>806 W TIDE BAY CIR<br>KATY, TX 77494-1587 |
| Court Claim Number (if known): | 991 |
| Date Claim Filed: | 6/2/2014 |
| Total Amount of Claim Filed: | $400.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.  I hereby withdraw the above-referenced claim and authorize the duly appointed Claims Agent to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: _____

_____
Signature

Print  Name:  _____

Title (if applicable): _____

-------------------------------------------------------------------------------------------------------------

## DEFINITIONS

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

**Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).**

**This form must sent to the debtors duly appointed Claims Agent at - Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, 3rd Floor, New York, NY 10017 or via email at EFHClaimWithdrawals@epiqsystems.com**



August 6, 2014

EFH CUSTWTH 08-06-2014 (MERGE2,TXNUM2) 4000000816 BAR(23) MAIL ID *** 000088221414 ***
LOTT, SHARLENE
6767 BENNINGTON ST APT 537
HOUSTON, TX 77028-4275

Re: *In re Energy Future Holdings Corp., et al., Case No. 14-10979 (CSS)*
*Claim Number:825*

Dear SHARLENE LOTT:

Thank you for allowing TXU Energy to serve your retail electricity needs and for speaking with our team regarding your claim. Following our discussion, attached is the claim withdrawal form we referenced. Should you wish to withdraw the claim you filed against TXU Energy or one of its affiliated companies ("the Company"), you may sign and date the form and return it in the enclosed pre-addressed, pre-stamped envelope or fax it to our Claims Agent, Epiq Bankruptcy Solutions, at (646) 282-2501.

If we do not receive the attached claim withdrawal form, the Company will likely be required to object to your claim and request that your claim be removed from the active claims register. Should that occur, you will receive separate written notice of the objection and an opportunity to respond.

Please note that as long as your claim remains "active" i.e., has not been withdrawn or disallowed by an objection as described above, you will continue to receive all applicable mailings from the Company. As we discussed, the claim process does not impact your current electric service.

If you have additional questions regarding the claims process, please visit www.efhcaseinfo.com or call 877-580-9765.

Thank you,

TXU Energy Customer Care

United States Bankruptcy Court for the District of Delaware

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ENERGY FUTURE HOLDINGS CORP.  14-10979 |
| Creditor Name and Address: | LOTT, SHARLENE<br>6767 BENNINGTON ST APT 537<br>HOUSTON, TX 77028-4275 |
| Court Claim Number (if known): | 825 |
| Date Claim Filed: | 6/2/2014 |
| Total Amount of Claim Filed: | $192.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.  I hereby withdraw the above-referenced claim and authorize the duly appointed Claims Agent to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: _____

_____
Signature

Print  Name:  _____

Title (if applicable):  _____

-------------------------------------------------------------------------------------------------------------

## DEFINITIONS

**Debtor**
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

**Creditor**
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

**Proof of Claim**
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

**Court, Name of Debtor and Case Number:**
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

**Information about Creditor:**
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

**Information identifying the Claim that is to be withdrawn:**
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

**Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).**

**This form must sent to the debtors duly appointed Claims Agent at - Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, 3rd Floor, New York, NY 10017 or via email at EFHClaimWithdrawals@epiqsystems.com**



August 6, 2014

EFH CUSTWTH 08-06-2014 (MERGE2,TXNUM2) 4000000691 BAR(23) MAIL ID *** 000088221410 ***
OTEY, DONNA
112 ALLENCREST DR APT D
WHITE SETTLEMENT, TX 76108-2302

Re: *In re Energy Future Holdings Corp., et al., Case No. 14-10979 (CSS)*
*Claim Number:686*

Dear DONNA OTEY:

Thank you for allowing TXU Energy to serve your retail electricity needs and for speaking with our team regarding your claim. Following our discussion, attached is the claim withdrawal form we referenced. Should you wish to withdraw the claim you filed against TXU Energy or one of its affiliated companies ("the Company"), you may sign and date the form and return it in the enclosed pre-addressed, pre-stamped envelope or fax it to our Claims Agent, Epiq Bankruptcy Solutions, at (646) 282-2501.

If we do not receive the attached claim withdrawal form, the Company will likely be required to object to your claim and request that your claim be removed from the active claims register. Should that occur, you will receive separate written notice of the objection and an opportunity to respond.

Please note that as long as your claim remains "active" i.e., has not been withdrawn or disallowed by an objection as described above, you will continue to receive all applicable mailings from the Company. As we discussed, the claim process does not impact your current electric service.

If you have additional questions regarding the claims process, please visit www.efhcaseinfo.com or call 877-580-9765.

Thank you,

TXU Energy Customer Care

United States Bankruptcy Court for the District of Delaware

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | TXU ENERGY RETAIL COMPANY LLC  14-10997 |
| Creditor Name and Address: | OTEY, DONNA<br>112 ALLENCREST DR APT D<br>WHITE SETTLEMENT, TX 76108-2302 |
| Court Claim Number (if known): | 686 |
| Date Claim Filed: | 5/30/2014 |
| Total Amount of Claim Filed: | $150.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.  I hereby withdraw the above-referenced claim and authorize the duly appointed Claims Agent to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: _____

_____
Signature

Print  Name:  _____

Title (if applicable): _____

--------------------------------------------------------------------------------------------------------------------

## DEFINITIONS

**Debtor**
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

**Creditor**
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

**Proof of Claim**
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

**Court, Name of Debtor and Case Number:**
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

**Information about Creditor:**
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

**Information identifying the Claim that is to be withdrawn:**
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

**Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).**

> **This form must sent to the debtors duly appointed Claims Agent at - Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, 3rd Floor, New York, NY 10017 or via email at EFHClaimWithdrawals@epiqsystems.com**



August 6, 2014

EFH CUSTWTH 08-06-2014 (MERGE2,TXNUM2) 4000001033 BAR(23) MAIL ID *** 000088221421 ***
ROSAS, EBERT
10215 BEECHNUT ST APT 1412
HOUSTON, TX 77072-5022

Re: *In re Energy Future Holdings Corp., et al., Case No. 14-10979 (CSS)*
*Claim Number:1005*

Dear EBERT ROSAS:

Thank you for allowing TXU Energy to serve your retail electricity needs and for speaking with our team regarding your claim. Following our discussion, attached is the claim withdrawal form we referenced. Should you wish to withdraw the claim you filed against TXU Energy or one of its affiliated companies ("the Company"), you may sign and date the form and return it in the enclosed pre-addressed, pre-stamped envelope or fax it to our Claims Agent, Epiq Bankruptcy Solutions, at (646) 282-2501.

If we do not receive the attached claim withdrawal form, the Company will likely be required to object to your claim and request that your claim be removed from the active claims register. Should that occur, you will receive separate written notice of the objection and an opportunity to respond.

Please note that as long as your claim remains "active" i.e., has not been withdrawn or disallowed by an objection as described above, you will continue to receive all applicable mailings from the Company. As we discussed, the claim process does not impact your current electric service.

If you have additional questions regarding the claims process, please visit www.efhcaseinfo.com or call 877-580-9765.

Thank you,

TXU Energy Customer Care

United States Bankruptcy Court for the District of Delaware

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ENERGY FUTURE HOLDINGS CORP.  14-10979 |
| Creditor Name and Address: | ROSAS, EBERT<br>10215 BEECHNUT ST APT 1412<br>HOUSTON, TX 77072-5022 |
| Court Claim Number (if known): | 1005 |
| Date Claim Filed: | 6/2/2014 |
| Total Amount of Claim Filed: | $240.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.  I hereby withdraw the above-referenced claim and authorize the duly appointed Claims Agent to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: _____

_____
Signature

Print  Name: _____

Title (if applicable): _____

-----------------------------------------------------------------------------------------------------

## DEFINITIONS

**Debtor**
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

**Creditor**
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

**Proof of Claim**
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

**Court, Name of Debtor and Case Number:**
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

**Information about Creditor:**
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

**Information identifying the Claim that is to be withdrawn:**
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

**Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).**

**This form must sent to the debtors duly appointed Claims Agent at - Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, 3rd Floor, New York, NY 10017 or via email at EFHClaimWithdrawals@epiqsystems.com**



August 6, 2014

EFH CUSTWTH 08-06-2014 (MERGE2,TXNUM2) 4000000337 BAR(23) MAIL ID *** 000088221402 ***
VANWORTH, CHRIS
5111 N COUNTY ROAD 1278
MIDLAND, TX 79707-1491

Re: *In re Energy Future Holdings Corp., et al., Case No. 14-10979 (CSS)*
*Claim Number:282*

Dear CHRIS VANWORTH:

Thank you for allowing TXU Energy to serve your retail electricity needs and for speaking with our team regarding your claim. Following our discussion, attached is the claim withdrawal form we referenced. Should you wish to withdraw the claim you filed against TXU Energy or one of its affiliated companies ("the Company"), you may sign and date the form and return it in the enclosed pre-addressed, pre-stamped envelope or fax it to our Claims Agent, Epiq Bankruptcy Solutions, at (646) 282-2501.

If we do not receive the attached claim withdrawal form, the Company will likely be required to object to your claim and request that your claim be removed from the active claims register. Should that occur, you will receive separate written notice of the objection and an opportunity to respond.

Please note that as long as your claim remains "active" i.e., has not been withdrawn or disallowed by an objection as described above, you will continue to receive all applicable mailings from the Company. As we discussed, the claim process does not impact your current electric service.

If you have additional questions regarding the claims process, please visit www.efhcaseinfo.com or call 877-580-9765.

Thank you,

TXU Energy Customer Care

United States Bankruptcy Court for the District of Delaware

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ENERGY FUTURE HOLDINGS CORP. 14-10979 |
| Creditor Name and Address: | VANWORTH, CHRIS<br>5111 N COUNTY ROAD 1278<br>MIDLAND, TX 79707-1491 |
| Court Claim Number (if known): | 282 |
| Date Claim Filed: | 5/27/2014 |
| Total Amount of Claim Filed: | $500.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the duly appointed Claims Agent to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: _____

_____
Signature

Print Name: _____

Title (if applicable): _____

--------------------------------------------------------------------------------

## DEFINITIONS

**Debtor**
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

**Creditor**
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

**Proof of Claim**
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

**Court, Name of Debtor and Case Number:**
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

**Information about Creditor:**
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

**Information identifying the Claim that is to be withdrawn:**
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

**Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).**

**This form must sent to the debtors duly appointed Claims Agent at - Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, 3rd Floor, New York, NY 10017 or via email at EFHClaimWithdrawals@epiqsystems.com**



August 6, 2014

EFH CUSTWTH 08-06-2014 (MERGE2,TXNUM2) 4000000246 BAR(23) MAIL ID *** 000068221400 ***
WEST, WILLIAM
16714 AVENFIELD RD
TOMBALL, TX 77377-9036

Re: *In re Energy Future Holdings Corp., et al., Case No. 14-10979 (CSS)*
*Claim Number:244*

Dear WILLIAM WEST:

Thank you for allowing TXU Energy to serve your retail electricity needs and for speaking with our team regarding your claim. Following our discussion, attached is the claim withdrawal form we referenced. Should you wish to withdraw the claim you filed against TXU Energy or one of its affiliated companies ("the Company"), you may sign and date the form and return it in the enclosed pre-addressed, pre-stamped envelope or fax it to our Claims Agent, Epiq Bankruptcy Solutions, at (646) 282-2501.

If we do not receive the attached claim withdrawal form, the Company will likely be required to object to your claim and request that your claim be removed from the active claims register. Should that occur, you will receive separate written notice of the objection and an opportunity to respond.

Please note that as long as your claim remains "active" i.e., has not been withdrawn or disallowed by an objection as described above, you will continue to receive all applicable mailings from the Company. As we discussed, the claim process does not impact your current electric service.

If you have additional questions regarding the claims process, please visit www.efhcaseinfo.com or call 877-580-9765.

Thank you,

TXU Energy Customer Care

United States Bankruptcy Court for the District of Delaware

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | ENERGY FUTURE HOLDINGS CORP. 14-10979 |
| Creditor Name and Address: | WEST, WILLIAM<br>16714 AVENFIELD RD<br>TOMBALL, TX 77377-9036 |
| Court Claim Number (if known): | 244 |
| Date Claim Filed: | 5/27/2014 |
| Total Amount of Claim Filed: | $35.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the duly appointed Claims Agent to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: _____

_____
Signature

Print Name: _____

Title (if applicable): _____

-------------------------------------------------------------------------------------------------

## DEFINITIONS

***Debtor***
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

***Creditor***
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

***Proof of Claim***
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

***Court, Name of Debtor and Case Number:***
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

***Information about Creditor:***
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

***Information identifying the Claim that is to be withdrawn:***
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

**Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).**

**This form must sent to the debtors duly appointed Claims Agent at - Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, 3rd Floor, New York, NY 10017 or via email at EFHClaimWithdrawals@epiqsystems.com**



August 6, 2014

EFH CUSTWTH 08-06-2014 (MERGE2,TXNUM2) 4000001579 BAR(23) MAIL ID *** 000088221428 ***

WHITE, MARGARET
2707 COLONIAL DR
CARROLLTON, TX 75007-5711

Re:  *In re Energy Future Holdings Corp., et al., Case No. 14-10979 (CSS)*
*Claim Number:1628*

Dear MARGARET WHITE:

Thank you for allowing TXU Energy to serve your retail electricity needs and for speaking with our team regarding your claim. Following our discussion, attached is the claim withdrawal form we referenced. Should you wish to withdraw the claim you filed against TXU Energy or one of its affiliated companies ("the Company"), you may sign and date the form and return it in the enclosed pre-addressed, pre-stamped envelope or fax it to our Claims Agent, Epiq Bankruptcy Solutions, at (646) 282-2501.

If we do not receive the attached claim withdrawal form, the Company will likely be required to object to your claim and request that your claim be removed from the active claims register. Should that occur, you will receive separate written notice of the objection and an opportunity to respond.

Please note that as long as your claim remains "active" i.e., has not been withdrawn or disallowed by an objection as described above, you will continue to receive all applicable mailings from the Company. As we discussed, the claim process does not impact your current electric service.

If you have additional questions regarding the claims process, please visit www.efhcaseinfo.com or call 877-580-9765.

Thank you,

TXU Energy Customer Care

United States Bankruptcy Court for the District of Delaware

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | TXU ENERGY RETAIL COMPANY LLC  14-10997 |
| Creditor Name and Address: | WHITE, MARGARET<br>2707 COLONIAL DR<br>CARROLLTON, TX 75007-5711 |
| Court Claim Number (if known): | 1628 |
| Date Claim Filed: | 6/10/2014 |
| Total Amount of Claim Filed: | $1,000.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the duly appointed Claims Agent to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: _____

_____
Signature

Print Name: _____

Title (if applicable): _____

----------------------------------------------------------------------------------------------------

## DEFINITIONS

**Debtor**
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

**Creditor**
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

**Proof of Claim**
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

**Court, Name of Debtor and Case Number:**
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

**Information about Creditor:**
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

**Information identifying the Claim that is to be withdrawn:**
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

**Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).**

**This form must sent to the debtors duly appointed Claims Agent at - Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, 3rd Floor, New York, NY 10017 or via email at EFHClaimWithdrawals@epiqsystems.com**



August 6, 2014

EFH CUSTWTH 08-06-2014 (MERGE2,TXNUM2) 4000000949 BAR(23) MAIL ID *** 000088221418 ***
WILLEFORD, VALERIE
211 FRANKLIN RD
WHARTON, TX 77488-5805

Re: *In re Energy Future Holdings Corp., et al., Case No. 14-10979 (CSS)*
*Claim Number:997*

Dear VALERIE WILLEFORD:

Thank you for allowing TXU Energy to serve your retail electricity needs and for speaking with our team regarding your claim. Following our discussion, attached is the claim withdrawal form we referenced. Should you wish to withdraw the claim you filed against TXU Energy or one of its affiliated companies ("the Company"), you may sign and date the form and return it in the enclosed pre-addressed, pre-stamped envelope or fax it to our Claims Agent, Epiq Bankruptcy Solutions, at **(646) 282-2501**.

If we do not receive the attached claim withdrawal form, the Company will likely be required to object to your claim and request that your claim be removed from the active claims register. Should that occur, you will receive separate written notice of the objection and an opportunity to respond.

Please note that as long as your claim remains "active" i.e., has not been withdrawn or disallowed by an objection as described above, you will continue to receive all applicable mailings from the Company. As we discussed, the claim process does not impact your current electric service.

If you have additional questions regarding the claims process, please visit www.efhcaseinfo.com or call 877-580-9765.

Thank you,

TXU Energy Customer Care

United States Bankruptcy Court for the District of Delaware

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | TXU ENERGY RETAIL COMPANY LLC  14-10997 |
| Creditor Name and Address: | WILLEFORD, VALERIE<br>211 FRANKLIN RD<br>WHARTON, TX 77488-5805 |
| Court Claim Number (if known): | 997 |
| Date Claim Filed: | 6/2/2014 |
| Total Amount of Claim Filed: | $500.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.  I hereby withdraw the above-referenced claim and authorize the duly appointed Claims Agent to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: _____

_____
Signature

Print  Name:  _____

Title (if applicable): _____

--------------------------------------------------------------------------------

## DEFINITIONS

**Debtor**
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

**Creditor**
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

**Proof of Claim**
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

**Court, Name of Debtor and Case Number:**
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

**Information about Creditor:**
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

**Information identifying the Claim that is to be withdrawn:**
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

**Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).**

**This form must sent to the debtors duly appointed Claims Agent at - Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, 3rd Floor, New York, NY 10017 or via email at EFHClaimWithdrawals@epiqsystems.com**



August 6, 2014

EFH CUSTWTH 08-06-2014 (MERGE2,TXNUM2) 4000000585 BAR(23) MAIL ID *** 000088221408 ***

WILLIAMS, ALYSSA
800 OLD BETSY RD LOT 38
CLEBURNE, TX 76031-0786

Re: *In re Energy Future Holdings Corp., et al., Case No. 14-10979 (CSS)*
*Claim Number: 608*

Dear ALYSSA WILLIAMS:

Thank you for allowing TXU Energy to serve your retail electricity needs and for speaking with our team regarding your claim. Following our discussion, attached is the claim withdrawal form we referenced. Should you wish to withdraw the claim you filed against TXU Energy or one of its affiliated companies ("the Company"), you may sign and date the form and return it in the enclosed pre-addressed, pre-stamped envelope or fax it to our Claims Agent, Epiq Bankruptcy Solutions, at (646) 282-2501.

If we do not receive the attached claim withdrawal form, the Company will likely be required to object to your claim and request that your claim be removed from the active claims register. Should that occur, you will receive separate written notice of the objection and an opportunity to respond.

Please note that as long as your claim remains "active" i.e., has not been withdrawn or disallowed by an objection as described above, you will continue to receive all applicable mailings from the Company. As we discussed, the claim process does not impact your current electric service.

If you have additional questions regarding the claims process, please visit www.efhcaseinfo.com or call 877-580-9765.

Thank you,

TXU Energy Customer Care

United States Bankruptcy Court for the District of Delaware

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | TXU ENERGY RETAIL COMPANY LLC  14-10997 |
|---|---|
| Creditor Name and Address: | WILLIAMS, ALYSSA<br>800 OLD BETSY RD LOT 38<br>CLEBURNE, TX 76031-0786 |
| Court Claim Number (if known): | 608 |
| Date Claim Filed: | 5/28/2014 |
| Total Amount of Claim Filed: | $300.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.  I hereby withdraw the above-referenced claim and authorize the duly appointed Claims Agent to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: _____

_____
Signature

Print  Name: _____

Title (if applicable): _____

-----------------------------------------------------------------------------------------------------------------
## DEFINITIONS

**Debtor**
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

**Creditor**
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

**Proof of Claim**
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

**Court, Name of Debtor and Case Number:**
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

**Information about Creditor:**
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

**Information identifying the Claim that is to be withdrawn:**
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

**Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).**

**This form must sent to the debtors duly appointed Claims Agent at - Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, 3rd Floor, New York, NY 10017 or via email at EFHClaimWithdrawals@epiqsystems.com**



August 6, 2014

EFH CUSTWTH 08-06-2014 (MERGE2,TXNUM2) 4000000768 BAR(23) MAIL ID *** 000088221413 ***
WILSON, BOBBY C
309 CEDAR CREEK CT
FORT WORTH, TX 76103-1016

Re: *In re Energy Future Holdings Corp., et al., Case No. 14-10979 (CSS)*
*Claim Number:768*

Dear BOBBY C WILSON:

Thank you for allowing TXU Energy to serve your retail electricity needs and for speaking with our team regarding your claim. Following our discussion, attached is the claim withdrawal form we referenced. Should you wish to withdraw the claim you filed against TXU Energy or one of its affiliated companies ("the Company"), you may sign and date the form and return it in the enclosed pre-addressed, pre-stamped envelope or fax it to our Claims Agent, Epiq Bankruptcy Solutions, at (646) 282-2501.

If we do not receive the attached claim withdrawal form, the Company will likely be required to object to your claim and request that your claim be removed from the active claims register. Should that occur, you will receive separate written notice of the objection and an opportunity to respond.

Please note that as long as your claim remains "active" i.e., has not been withdrawn or disallowed by an objection as described above, you will continue to receive all applicable mailings from the Company. As we discussed, the claim process does not impact your current electric service.

If you have additional questions regarding the claims process, please visit www.efhcaseinfo.com or call 877-580-9765.

Thank you,

TXU Energy Customer Care

United States Bankruptcy Court for the District of Delaware

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | TXU ENERGY RETAIL COMPANY LLC  14-10997 |
| Creditor Name and Address: | WILSON, BOBBY C<br>309 CEDAR CREEK CT<br>FORT WORTH, TX 76103-1016 |
| Court Claim Number (if known): | 768 |
| Date Claim Filed: | 5/27/2014 |
| Total Amount of Claim Filed: | $0.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.  I hereby withdraw the above-referenced claim and authorize the duly appointed Claims Agent to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: _____          _____
                                                              Signature

                                                              Print Name:  _____

                                                              Title (if applicable): _____

------------------------------------------------------------------------------------------------------------

## DEFINITIONS

**Debtor**
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

**Creditor**
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

**Proof of Claim**
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

**Court, Name of Debtor and Case Number:**
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

**Information about Creditor:**
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

**Information identifying the Claim that is to be withdrawn:**
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

**Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).**

**This form must sent to the debtors duly appointed Claims Agent at - Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, 3rd Floor, New York, NY 10017 or via email at EFHClaimWithdrawals@epiqsystems.com**