IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] ) | Case No. 14-10979 (CSS) |
| Debtors. ) | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                         ) ss.:
COUNTY OF NEW YORK )

CHRISITINA SIGUENZA, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 15, 2014, I caused to be served a *letter from TXU Energy to customers regarding the claim withdrawal form*, dated August 15, 2014, a sample of which is annexed hereto as Exhibit A, by causing a true and correct copy of the individualized letter to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to the claimant listed on the first page of the individualized notice.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Christina Siguenza
Christina Siguenza

Sworn to before me this
19th day of August, 2014

/s/ Carol Zhang
Notary Public

CAROL IRIS ZHANG
Notary Public, State of New York
No. 01ZH6284996
Qualified in Kings County
Commission Expires July 01, 2017

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

T:\Clients\TXUENERG\Affidavits\Customer Claim Withdrawal Forms_AFF_8-15-14_SS.docx

**EXHIBIT A**



August 15, 2014

BURGESS, EMMA
300 ANDERSON COUNTY RD 385
PALESTINE, TX 75803

Re: *In re Energy Future Holdings Corp., et al., Case No. 14-10979 (CSS)*
*Claim Number: 1312*

Dear EMMA BURGESS:

Thank you for allowing TXU Energy to serve your retail electricity needs and for speaking with our team regarding your claim. Following our discussion, attached is the claim withdrawal form we referenced. Should you wish to withdraw the claim you filed against TXU Energy or one of its affiliated companies ("the Company"), you may sign and date the form and return it in the enclosed pre-addressed, pre-stamped envelope or fax it to our Claims Agent, Epiq Bankruptcy Solutions, at (646) 282-2501.

If we do not receive the attached claim withdrawal form, the Company will likely be required to object to your claim and request that your claim be removed from the active claims register. Should that occur, you will receive separate written notice of the objection and an opportunity to respond.

Please note that as long as your claim remains "active" i.e., has not been withdrawn or disallowed by an objection as described above, you will continue to receive all applicable mailings from the Company. As we discussed, the claim process does not impact your current electric service.

If you have additional questions regarding the claims process, please visit www.efhcaseinfo.com or call 877-580-9765.

Thank you,

TXU Energy Customer Care

United States Bankruptcy Court for the District of Delaware

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | ENERGY FUTURE HOLDINGS CORP. 14-10979 |
|---|---|
| Creditor Name and Address: | BURGESS, EMMA<br>300 ANDERSON COUNTY RD 385<br>PALESTINE, TX 75803 |
| Court Claim Number (if known): | 1312 |
| Date Claim Filed: | 6/6/2014 |
| Total Amount of Claim Filed: | $500.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the duly appointed Claims Agent to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: _____

_____
Signature

Print Name: _____

Title (if applicable): _____

---

## DEFINITIONS

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

**Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).**

---

**This form must sent to the debtors duly appointed Claims Agent at - Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, 3rd Floor, New York, NY 10017 or via email at EFHClaimWithdrawals@epiqsystems.com**



August 15, 2014

EFH CUSTWTH 08/15/2014 (MERGE2,TXNUM2) 4000000910 BAR(23) MAIL ID *** 000088618251 ***
LASATER, DONNA T
523 VALLEY TRAIL DR
WEATHERFORD, TX 76087-7935

           Re: *In re Energy Future Holdings Corp., et al.,* Case No. 14-10979 (CSS)
                               Claim Number:856

Dear DONNA T LASATER:

Thank you for allowing TXU Energy to serve your retail electricity needs and for speaking with our team regarding your claim. Following our discussion, attached is the claim withdrawal form we referenced. Should you wish to withdraw the claim you filed against TXU Energy or one of its affiliated companies ("the Company"), you may sign and date the form and return it in the enclosed pre-addressed, pre-stamped envelope or fax it to our Claims Agent, Epiq Bankruptcy Solutions, at (646) 282-2501.

If we do not receive the attached claim withdrawal form, the Company will likely be required to object to your claim and request that your claim be removed from the active claims register. Should that occur, you will receive separate written notice of the objection and an opportunity to respond.

Please note that as long as your claim remains "active" i.e., has not been withdrawn or disallowed by an objection as described above, you will continue to receive all applicable mailings from the Company. As we discussed, the claim process does not impact your current electric service.

If you have additional questions regarding the claims process, please visit www.efhcaseinfo.com or call 877-580-9765.


Thank you,


TXU Energy Customer Care

United States Bankruptcy Court for the District of Delaware

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | TXU ENERGY RETAIL COMPANY LLC  14-10997 |
|---|---|
| Creditor Name and Address: | LASATER, DONNA T<br>523 VALLEY TRAIL DR<br>WEATHERFORD, TX 76087-7935 |
| Court Claim Number (if known): | 856 |
| Date Claim Filed: | 6/2/2014 |
| Total Amount of Claim Filed: | $125.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the duly appointed Claims Agent to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: _____

Signature _____

Print Name: _____

Title (if applicable): _____

---

## DEFINITIONS

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

**Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).**

---

**This form must sent to the debtors duly appointed Claims Agent at - Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, 3rd Floor, New York, NY 10017 or via email at EFHClaimWithdrawals@epiqsystems.com**



August 15, 2014

EFH CUSTWTH 08/15/2014 (MERGE2,TXNUM2) 4000001138 BAR(23) MAIL ID *** 000088618249 ***
ROBERTSON, CHRISTINA
409 ROCHELLE BLVD
IRVING, TX 75062-4667

Re: *In re Energy Future Holdings Corp., et al., Case No. 14-10979 (CSS)*
Claim Number: 1154

Dear CHRISTINA ROBERTSON:

Thank you for allowing TXU Energy to serve your retail electricity needs and for speaking with our team regarding your claim. Following our discussion, attached is the claim withdrawal form we referenced. Should you wish to withdraw the claim you filed against TXU Energy or one of its affiliated companies ("the Company"), you may sign and date the form and return it in the enclosed pre-addressed, pre-stamped envelope or fax it to our Claims Agent, Epiq Bankruptcy Solutions, at (646) 282-2501.

If we do not receive the attached claim withdrawal form, the Company will likely be required to object to your claim and request that your claim be removed from the active claims register. Should that occur, you will receive separate written notice of the objection and an opportunity to respond.

Please note that as long as your claim remains "active" i.e., has not been withdrawn or disallowed by an objection as described above, you will continue to receive all applicable mailings from the Company. As we discussed, the claim process does not impact your current electric service.

If you have additional questions regarding the claims process, please visit www.efhcaseinfo.com or call 877-580-9765.

Thank you,

TXU Energy Customer Care

United States Bankruptcy Court for the District of Delaware

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | TXU ENERGY RETAIL COMPANY LLC  14-10997 |
| Creditor Name and Address: | ROBERTSON, CHRISTINA<br>409 ROCHELLE BLVD<br>IRVING, TX 75062-4667 |
| Court Claim Number (if known): | 1154 |
| Date Claim Filed: | 6/5/2014 |
| Total Amount of Claim Filed: | $40.55 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the duly appointed Claims Agent to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: _____

Signature _____

Print Name: _____

Title (if applicable): _____

---

## DEFINITIONS

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

**Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).**

---

**This form must sent to the debtors duly appointed Claims Agent at - Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, 3rd Floor, New York, NY 10017 or via email at EFHClaimWithdrawals@epiqsystems.com**



August 15, 2014

EFH CUSTWTH 08/15/2014 (MERGE2,TXNUM2) 4000001923 BAR(23) MAIL ID *** 000088618252 ***
VERRENGIA, ASHTON
601 SAWYER ST STE 200
HOUSTON, TX 77007-7509

Re: *In re Energy Future Holdings Corp., et al., Case No. 14-10979 (CSS)*
Claim Number: 1917

Dear ASHTON VERRENGIA:

Thank you for allowing TXU Energy to serve your retail electricity needs and for speaking with our team regarding your claim. Following our discussion, attached is the claim withdrawal form we referenced. Should you wish to withdraw the claim you filed against TXU Energy or one of its affiliated companies ("the Company"), you may sign and date the form and return it in the enclosed pre-addressed, pre-stamped envelope or fax it to our Claims Agent, Epiq Bankruptcy Solutions, at (646) 282-2501.

If we do not receive the attached claim withdrawal form, the Company will likely be required to object to your claim and request that your claim be removed from the active claims register. Should that occur, you will receive separate written notice of the objection and an opportunity to respond.

Please note that as long as your claim remains "active" i.e., has not been withdrawn or disallowed by an objection as described above, you will continue to receive all applicable mailings from the Company. As we discussed, the claim process does not impact your current electric service.

If you have additional questions regarding the claims process, please visit www.efhcaseinfo.com or call 877-580-9765.

Thank you,

TXU Energy Customer Care

United States Bankruptcy Court for the District of Delaware

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | ENERGY FUTURE HOLDINGS CORP. 14-10979 |
|---|---|
| Creditor Name and Address: | VERRENGIA, ASHTON<br>601 SAWYER ST STE 200<br>HOUSTON, TX 77007-7509 |
| Court Claim Number (if known): | 1917 |
| Date Claim Filed: | 6/13/2014 |
| Total Amount of Claim Filed: | $300.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the duly appointed Claims Agent to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: _____

_____
Signature

Print Name: _____

Title (if applicable): _____

---

## DEFINITIONS

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

### ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

**Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).**

---

**This form must sent to the debtors duly appointed Claims Agent at - Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, 3rd Floor, New York, NY 10017 or via email at EFHClaimWithdrawals@epiqsystems.com**