## SIGN-IN SHEET

**CASE NAME: Energy Future Holdings**
**CASE NO: 14-10979**

**COURTROOM LOCATION: 6**
**DATE: 12/18/14 at 10:30 A.M.**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Aaron C. Baker | Phillips Goldman & Spence | Fee Committee |
| Kathwin Stadler | Godfrey Kahn | Fee Committee |
| Larnu Macinnzzi | Morrison & Foerster | T-Side UCC |
| Mel Schröder | Sherman & Sterling | Deutsche Bank New York |
| R. Steylan McNeill | Potter Anderson & Corroon | '' |
| Chris Ward | '' | TCEH Committee |
| Justin Edelson | '' | '' |
| Brian Glueckstein | Sullivan & Cromwell | EFH Committee |
| Edward O Sassower | Kirkland + Ellis | Debtors |
| Brin Schatz | '' | '' |
| David Freneork | Richards Layton + Finger | '' |
| Sean Mation | '' | '' |
| David Griffiths | Cole Schotz Meisel Forman & Leonard | Karton Global Notcholding Delaware Trust Co. |
| Andrew Dewore | Rosen + Gray | Delaware Trust Co |
| Natalie Ramsey | Montgomery McCracken | EFH Committee |
| Richard Schepacenter | UST-OUST | UST |
| Cory Jones J | Klehr Harrison | UMB Bank N.A. Indenture Trustee |
| Tyrrell Bawl | Ashby Geddes | UST |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

**SIGN-IN SHEET**

**CASE NAME: Energy Future Holdings**
**CASE NO: 14-10979**

**COURTROOM LOCATION: 6**
**DATE: 12/18/14 at 10:30 A.M.**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| ∟ John Bird | For Rothschild | Ad Hoc TCEH Noks (unse) |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# Court Conference

**Calendar Date:** 12/18/2014

**Calendar Time:** 10:30 AM ET

## U.S. Bankruptcy Court-Delaware (DE - US)

## Confirmed Telephonic Appearance Schedule

## Honorable Christopher S. Sontchi

### #6

*Amended Calendar 12/18/2014 07:14 AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 104-1097 9 | Hearing | 6647007 | Mable Brown - Client | (212) 558-7893 | Sullivan & Cromwell LLP | Creditor, Unsecured Creditors Committee / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6644105 | Arlene R. Alves | (212) 574-1204 | Seward & Kissel LLP | Creditor, Wilmington Trust as First Lein Collateral Agent and Administrator Agent / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6642079 | Nii-Amar Amamoo | (212) 506-1933 ext. 00 | Kasowitz Benson Torres & Friedman | Interested Party, Ad Hoc Group of EFH Legacy Noteholders / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6518336 | Caitlin Barr | (312) 558-5600 | Winston & Strawn LLP | Interested Party, CenterPoint Energy Resources Corp. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6647321 | Matthew G. Bouslog | (949) 451-3914 | Gibson, Dunn & Crutcher LLP | Interested Party, Gibson, Dunn & Crutcher LLP / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6644179 | Peg A. Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6644097 | Matthew Brod | (212) 530-5460 | Milbank, Tweed, Hadley & McCloy, LLP | Creditor, Citibank, N.A. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6644346 | Christopher L. Carter | (617) 951-8063 | Morgan Lewis & Bockius LLP | Creditor, Pacific Investment Management Company / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6604612 | Jae Seon Choi | 212-667-9387 | Nomura Securities International | Interested Party, Nomura Securities International / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6647761 | Steven H. Church | (302) 661-7606 | Bloomberg LP | Interested Party, Bloomberg LP / LISTEN ONLY |

CourtConfCal2012

| Party | Case | Type | ID | Name | Phone | Firm | Role |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6646948 | Maria Chutchian | (646) 378-3108 | Merger Market | Interested Party, ENERGY FUTURE HOLDINGS CORP. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6645025 | Mark A. Cody | (312) 269-4392 | Jones Day | Representing, Oncor Electric Delivery Holdings Company LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6645551 | Jeremy Coffey | (617) 856-8595 | Brown Rudnick LLP | Interested Party, Wilmington Savings Fund Society, FSB / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6643134 | Kent Collier | 212-588-8890 | Reorg Research, Inc. | Interested Party, Kent Collier / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6646971 | Louis A. Curcio | (212) 704-6000 | Troutman Sanders LLP | Interested Party, Wilmington Savings Funds Society, FSB / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6636247 | Adam M. Denhoff | 212-373-3000 ext. 3471 | Paul Weiss Rifkind Wharton & Garriso | Interested Party, Paul Weiss Rifkind Wharton & Garrison / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6646049 | Harrison Denman | (212) 819-2567 | White & Case LLP | Creditor, TCEH Unsecured Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6643754 | Stacey Dore | (212) 446-6411 | Energy Future Holdings Corp. | Interested Party, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6647777 | Christopher Dressell | 312-407-0968 | Skadden Arps Slate Meagher & Flom ( | Interested Party, Borealis Infrastructure Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6644291 | Marita Erbeck | (973) 360-1100 | Drinker Biddle & Reath LLP | Creditor, CSC Trust Co. of Delaware / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6646050 | Benjamin D. Feder | (212) 808-7925 | Kelley Drye & Warren, LLP | Creditor, Energy Future Holding / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6643239 | Mark Flannagan | (816) 860-3009 | UMB Bank Coporate Trust | Creditor, UMB Bank Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6644124 | Charles Garrison | (202) 887-4561 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Charles Garrison / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6645845 | Richard Gitlin - Client | (608) 284-2654 | Godfrey & Kahn, S. C. | Interested Party, Richard Gitlin / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6644606 | Seth Goldman | (213) 683-9554 | Munger, Tolles & Olson LLP | Interested Party, Munger, Tolles & Olson LLP / LISTEN ONLY |

| Debtor | Case | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6647323 | Jeremy Graves | (214) 698-3225 | Gibson, Dunn & Crutcher LLP | Interested Party, Gibson, Dunn & Crutcher LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6644545 | Brian Guiney | (212) 336-2305 | Patterson Belknap Webb & Tyler | Interested Party, Law Debenture Trust Company of New York / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6646408 | Daniel J. Harris | (212) 336-4292 | Morrison & Foerster | Creditor, Creditors Committee / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6645613 | Mark F. Hebbeln | (312) 832-4394 | Foley & Lardner, LLP | Creditor, UMB Bank N.A. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6646482 | Sandra Horwitz | (800) 927-9601 ext. 62412 | CSC Trust Company of Delaware | Representing, CSC Trust Company of Delaware, as Indenture Trustee / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6643767 | Natasha Hwangpo | (212) 909-3198 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6645615 | Harold Kaplan | (312) 832-4393 | Foley & Lardner LLP | Creditor, UMB Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6646982 | Evgeny Karlik | 212-225-2275 | Cleary Gottlieb Steen & Hamilton | Interested Party, Evgeny Karlik / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6644357 | Chris D. Kenny | 646-445-6572 | Aurelius Capital Management, LP | Creditor, Chris Kenny / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6644181 | Geoffrey King | (312) 853-0324 | Sidley Austin LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6548532 | Stuart Kovensky | (201) 541-2121 | Onex Credit Partners | Interested Party, Onex Credit Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6480817 | Michele F. Kyrouz | (415) 391-8900 | Watershed Asset Management, LLC | Interested Party, Watershed Asset Management, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6644671 | Michael Lee | 212-317-3374 | Carl Marks Strategic | Interested Party, Carl Marks Strategic / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6647548 | Demetra L. Liggins | (713) 951-5884 | Thompson & Knight LLP | Non-Party, Thompson & Knight LLP, Special Tax Counsel / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6644575 | Jeff Marwil | (312) 962-3540 | Proskauer Rose LLP | Debtor, Energy Future Holdings, Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6647836 | Brian P. Morgan | (973) 549-7050 | Drinker Biddle & Reath LLP | Interested Party, Citibank N.A / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6617492 | Hal F. Morris | (512) 475-4550 | Attorney General of Texas-Bankruptcy | Interested Party, Public Utility Commission of Texas, et al / LIVE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6644161 | Naomi Moss | (212) 872-8051 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6645600 | Richard Pedone | (617) 345-1305 | Nixon Peabody LLP | Creditor, American Stock Transfer and Trust Company / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6644166 | Tuvia Peretz | (212) 715-9100 | Kramer Levin Naftalis & Frankel LLP | Creditor, Trustee for Second Lien Notes / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6644153 | Meredith Pfister | (212) 412-1368 | Barclays Bank PLC | Interested Party, Barclays Bank PLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6642161 | David Rosner | (212) 506-1726 | Kasowitz Benson Torres & Friedman | Interested Party, Kasowitz Benson Torres & Friedman / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6645596 | Erik Schneider | (617) 345-1112 | Nixon Peabody LLP | Creditor, American Stock Transfer & Trust Company, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6645550 | Andrea B. Schwartz | (302) 573-6491 | Office of the United States Trustee | Interested Party, Office of the United States Trustee / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6643734 | James Sprayregen | (212) 446-4800 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6644317 | Patrick Strawbridge | (617) 951-8230 | Bingham McCutchen, LLP | Creditor, Pacific Investment Management Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6644225 | Andrew M. Thau | (203) 862-6231 | Southpaw Asset Management | Creditor, Southpaw Asset Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6644593 | Mark K. Thomas | (312) 962-3550 | Proskauer Rose LLP | Debtor, Energy Future Holdings, Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6645780 | Meredith S. Tinkham | (617) 951-7250 | Ropes & Gray, LLP | Creditor, CSC Trust of Delaware / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6644339 | Amer Tiwana | (203) 569-4318 | CRT Capital Group, LLC | Interested Party, CRT Capital Group, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6644145 | Jack Tracy | (212) 872-7439 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6643984 | Matthew Underwood | 212-588-5148 | HBK Capital | Interested Party, HBK Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6644611 | Thomas Walper | (213) 683-9193 | Munger, Tolles & Olson LLP | Debtor, Energy Future Holdings Corp. / LIVE |

| Company | Case | Type | ID | Name | Phone | Firm | Party |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6643250 | Brady C. Williamson | 608-284-2642 | Godfrey & Kahn, S.C. | Interested Party, Godfrey & Kahn, S.C. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6647306 | Keith Wofford | (212) 596-9000 | Ropes & Gray LLP | Interested Party, CSC Trust Company of Delaware / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6643763 | Aparna Yenamandra | (212) 446-4800 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6644617 | Peter Young | (312) 962-3528 | Proskauer Rose LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6644156 | Lindsay Zahradka | (212) 872-7419 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6644560 | Daniel Zazove | 312-324-8605 | Perkins Coie LLP | Interested Party, Delaware Trust Company / LIVE |