## EXHIBIT A

## Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 495 | Balloting/Solicitation Consultation | 345.20 | $68,500.30 |
| 600 | Case Administration | 28.00 | $10,780.00 |
| 645 | Schedule/Sofa Preparation | 27.90 | $6,751.80 |
| **Totals:** | | 401.10 | $86,032.10 |