## **EXHIBIT B**

### **Professionals' Information**

The Epiq professionals who rendered services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| James Katchadurian | Practice Director | $385.00 | 28.00 | $10,780.00 |
| Jane Sullivan | Practice Director | $385.00 | 76.30 | $29,375.50 |
| Stephenie Kjontvedt | Senior Consultant III | $242.00 | 68.40 | $16,552.80 |
| Herbert Baer | Senior Consultant III | $242.00 | 0.30 | $72.60 |
| Kathryn Tran | Senior Consultant II | $242.00 | 13.50 | $3,267.00 |
| Ho-King Ho | Senior Consultant II | $242.00 | 14.40 | $3,484.80 |
| Joseph Arena | Case Manager II | $127.00 | 133.70 | $16,979.90 |
| John Chau | Case Manager I | $83.00 | 66.50 | $5,519.50 |
| **Totals:** | | | 401.10 | $86,032.10 |