## **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | Service Providers | Amount |
|---|---|---|
| | | $0.00 |
| **Total:** | | $0.00 |