# EXHIBIT D

## Detailed Description of Expenses and Disbursements

| Service Description | Service Providers | Amount |
|---|---|---|
|  |  | $0.00 |
| **Total:** |  | $0.00 |