## EXHIBIT A

## Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 495 | Balloting/Solicitation Consultation | 325.10 | $71,677.70 |
| 645 | Schedule/Sofa Preparation | 112.40 | $27,200.80 |
| **Totals:** | | 437.50 | $98,878.50 |