## EXHIBIT B

### Professionals' Information

The Epiq professionals who rendered services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jane Sullivan | Practice Director | $385.00 | 116.10 | $44,698.50 |
| Bradley Tuttle | Senior Consultant III | $242.00 | 3.40 | $822.80 |
| Stephenie Kjontvedt | Senior Consultant III | $242.00 | 18.60 | $4,501.20 |
| Kathryn Mailloux | Senior Consultant III | $242.00 | 20.60 | $4,985.20 |
| Kathryn Tran | Senior Consultant II | $242.00 | 18.80 | $4,549.60 |
| David Ruhl | Senior Consultant II | $242.00 | 6.20 | $1,500.40 |
| Ho-King Ho | Senior Consultant II | $242.00 | 63.40 | $15,342.80 |
| Joseph Arena | Case Manager II | $127.00 | 151.70 | $19,265.90 |
| John Chau | Case Manager I | $83.00 | 38.70 | $3,212.10 |
| **Totals:** | | | 437.50 | $98,878.50 |