## EXHIBIT A

## Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 495 | Balloting/Solicitation Consultation | 46.20 | $9,578.30 |
| **Totals:** | | 46.20 | $9,578.30 |