## EXHIBIT B

**Professionals' Information**

The Epiq professionals who rendered services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jane Sullivan | Practice Director | $385.00 | 10.60 | $4,081.00 |
| Stephenie Kjontvedt | Senior Consultant III | $242.00 | 0.90 | $217.80 |
| Joseph Arena | Senior Consultant I | $176.00 | 25.80 | $4,540.80 |
| John Chau | Case Manager I | $83.00 | 8.90 | $738.70 |
| Totals: | | | 46.20 | $9,578.30 |

RLF1 11286658v.1