# EXHIBIT A

## Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---:|---|---:|---:|
| 495 | Balloting/Solicitation Consultation | 40.30 | $10,217.30 |
| **Totals:** | | 40.30 | $10,217.30 |