## EXHIBIT B

### Professionals' Information

The Epiq professionals who rendered services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jane Sullivan | Practice Director | $385.00 | 15.90 | $6,121.50 |
| Stephenie Kjontvedt | Senior Consultant III | $242.00 | 1.50 | $363.00 |
| Joseph Arena | Senior Consultant I | $176.00 | 19.70 | $3,467.20 |
| John Chau | Case Manager I | $83.00 | 3.20 | $265.60 |
| Totals: | | | 40.30 | $10,217.30 |