IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: D.I. 1866** |
| | ) | |
| | ) | |

**CERTIFICATION OF COUNSEL REGARDING STIPULATION IN CONNECTION
WITH CERTAIN PROOFS OF CLAIM OF ROMCO EQUIPMENT COMPANY, LLC**

The undersigned hereby certifies as follows:

1.  On August 18, 2014, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order [D.I. 1866] setting the deadline to file proofs of claim against the debtors (the "Debtors") in the above-captioned chapter 11 cases as October 27, 2014 at 5:00 p.m. (ET) (the "Bar Date"). Prior to the Bar Date, ROMCO Equipment Company, LLC filed certain proofs of claim (the "Claims") against certain of the Debtors. However, as set forth in the *Stipulation Regarding Certain Proofs of Claim of ROMCO Equipment Company, LLC*, attached as **Exhibit 1** (the "Stipulation") to the proposed form of order attached hereto as **Exhibit A** (the "Proposed Order"), the Claims were not delivered to Epiq Bankruptcy Solutions LLC timely.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 11286712v.1

2. The Debtors have determined that entering into the compromise embodied in the Stipulation is fair, reasonable and in the best interests of the Debtors' estates.

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order, substantially in the form attached hereto as **Exhibit A**, approving the Stipulation at its earliest convenience.

[*Signature page follows*.]

| | |
|---|---|
| Dated: December 18, 2014 | |
| Wilmington, Delaware | */s/ William A. Romanowicz* |

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
William A. Romanowicz (No. 5794)
920 North King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Facsimile:      (302) 651-7701
Email:            collins@rlf.com
                     defranceschi@rlf.com
                     madron@rlf.com
                     romanowicz@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900
Email:            edward.sassower@kirkland.com
                     stephen.hessler@kirkland.com
                     brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email:            james.sprayregen@kirkland.com
                     chad.husnick@kirkland.com
                     steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*