**<u>EXHIBIT A</u>**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Re: Docket No. __** |

**ORDER APPROVING STIPULATION REGARDING
CERTAIN PROOFS OF CLAIM OF ROMCO EQUIPMENT COMPANY, LLC**

Upon the *Stipulation Regarding Certain Proofs of Claim of ROMCO Equipment Company, LLC* (the "Stipulation"),[2] a copy of which is attached hereto as **Exhibit 1**, and upon the record of this case and due deliberation thereon, and good and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Stipulation is approved.

2. Without further order of the Court, the Debtors and Claims Agent are authorized to take all actions necessary to effectuate the relief granted pursuant to, and in accordance with, this Order and the Stipulation, including, for the avoidance of doubt, the modification of each of the Proofs of Claim, as appropriate and in accordance with the Stipulation, on the official register maintained by the Claims Agent.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

3.      The terms and conditions of this Order and the Stipulation shall be immediately

effective and enforceable upon entry of this Order.

4.      The Court shall retain sole and exclusive jurisdiction to enforce the provisions of

this Order and the Stipulation.

Wilmington, Delaware
Dated: _____, 2014

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

**<u>Exhibit 1</u>**

**Stipulation**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| | ) |
| In re: | )    Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | )    Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | )    (Jointly Administered) |
| | ) |

**STIPULATION REGARDING CERTAIN PROOFS**
**OF CLAIM OF ROMCO EQUIPMENT COMPANY, LLC**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") and ROMCO Equipment Co., LLC ("ROMCO" and, together with the Debtors, the "Parties") hereby enter into this stipulation (this "Stipulation"), and stipulate and agree as follows.

WHEREAS, on April 29, 2014, each of the Debtors filed a voluntary petition with the United States Bankruptcy Court for the District of Delaware (the "Court") under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

WHEREAS, the Court has set the final date for filing proofs of claim in this case as October 27, 2014 (the "Bar Date") pursuant to the order entered on August 18, 2014 [D.I. 1866] (the "Bar Date Order");

WHEREAS, the Bar Date Order provides, *inter alia*, that all entities holding claims that arise in connection with the Debtors must file their claims such that they are received by Epiq

---

[1]   The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Bankruptcy Solutions LLC (the "Claims Agent") on or before 5:00 p.m. (prevailing Eastern Time) on the Bar Date (the "Deadline");

WHEREAS, pursuant to the Bar Date Order, ROMCO prepared (a) a proof of claim (no. 9598) asserting an unsecured claim against Luminant Big Brown Mining Co. LLC, in the amount of $23,501.94 (the "Big Brown Mining Claim") and (b) a second proof of claim (no. 9599) asserting an unsecured claim against debtor Luminant Mining Co., LLC, in the amount of $81,958.38 (the "Luminant Mining Claim" and, together with the Luminant Mining Claim, the "Proofs of Claim");

WHEREAS, RDS Delivery Service (the "Delivery Service") was contacted on behalf of ROMCO to arrange for hand delivery of the Proofs of Claim to the Claims Agent at the address designated for such deliveries in the Bar Date Order;

WHEREAS, on the Bar Date, a representative of the Delivery Service acknowledged that the Proofs of Claim had to be delivered by the Deadline and would be so delivered;

WHEREAS, later that day, ROMCO's counsel (a) attempted, but was unable, to receive confirmation that the Proofs of Claim had been delivered to the Claims Agent and, (b) after the Deadline had passed, was informed by a representative of the Delivery Service that the Delivery Service had not designated the Proofs of Claim to be delivered to the Claims Agent by the Deadline, but had instead designated them to be delivered the next day, October 28, 2014;

WHEREAS, immediately after learning of these circumstances, ROMCO's counsel contacted the Claims Agent and counsel for the debtors to inform them of the same and to request an agreed extension of the Bar Date so as to permit ROMCO to timely deliver the Proofs of Claim on October 28, 2014;

WHEREAS, the Proofs of Claim were received by the Claims Agent on October 28, 2014, and are listed on the official register maintained by the Claims Agent;

WHEREAS, the Debtors and ROMCO have determined that the compromise set forth herein is fair and reasonable; and

WHEREAS, the Debtors have determined that such compromise is in the best interests of the Debtors, the Debtors' estates and their creditors.

**NOW, THEREFORE,** it is hereby stipulated to by and among the Parties:

1.      The Claims Agent will amend the Big Brown Mining Claim so as to name Luminant Big Brown Mining Company LLC instead of Luminant Big Brown Mining Co. LLC.

2.      The Claims Agent will amend the Luminant Mining Claim so as to name Luminant Mining Company LLC instead of Luminant Mining Co., LLC.

3.      The Debtors shall not object to the Luminant Mining Claim or the Big Brown Mining Claim as listing the incorrect Debtor entity or being untimely filed; provided, however, that nothing in this Stipulation shall prejudice the Debtors' rights to object to the Proofs of Claim in any other respect.

4.      Except as expressly provided for in this Stipulation, neither ROMCO nor the Debtors shall be deemed to have waived any right or remedy under the Bankruptcy Code or otherwise, and nothing in this Stipulation shall be deemed:  (a) an admission as to the validity of any claim against a Debtor entity; (b) a waiver of the Debtors' rights to dispute any claim on any grounds other than timeliness with respect to Luminant Mining Claim and the Big Brown Mining Claim; (c) a promise or requirement to pay any claim; or (d) a waiver or limitation of the Debtors' rights under the Bankruptcy Code or any other applicable law.

3

5.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon entry of an order of the Court approving the Stipulation.

6.      The Court shall retain sole and exclusive jurisdiction to enforce the provisions of this Order.

[*Signatures follow*.]

Stipulated and agreed by:

ENERGY FUTURE HOLDINGS, CORP., *ET AL.* DEBTORS AND DEBTORS-IN-POSSESSION

By:   */s/ William A. Romanowicz*

       **RICHARDS, LAYTON & FINGER, P.A.**
       Mark D. Collins (No. 2981)
       Daniel J. DeFranceschi (No. 2732)
       Jason M. Madron (No. 4431)
       William A. Romanowicz (No. 5794)
       920 North King Street
       Wilmington, Delaware 19801
       Telephone:   (302) 651-7700
       Facsimile:   (302) 651-7701
       Email:     collins@rlf.com
                 defranceschi@rlf.com
                 madron@rlf.com

       -and-

       **KIRKLAND & ELLIS, LLP**
       **KIRKLAND & ELLIS INTERNATIONAL LLP**
       Edward O. Sassower, P.C. (admitted *pro hac vice*)
       Stephen E. Hessler (admitted *pro hac vice*)
       Brian E. Schartz (admitted *pro hac vice*)
       601 Lexington Avenue
       New York, New York 10022-4611
       Telephone:   (212) 446-4800
       Facsimile:   (212) 446-4900
       Email:     edward.sassower@kirkland.com
                 stephen.hessler@kirkland.com
                 brian.schartz@kirkland.com

       -and-

       James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
       Marc Kieselstein, P.C. (admitted *pro hac vice*)
       Chad J. Husnick (admitted *pro hac vice*)
       Steven N. Serajeddini (admitted *pro hac vice*)
       300 North LaSalle
       Chicago, Illinois 60654
       Telephone: (312) 862-2000
       Facsimile: (312) 862-2200
       Email:     james.sprayregen@kirkland.com
                 chad.husnick@kirkland.com
                 steven.serajeddini@kirkland.com

       *Co-Counsel to the Debtors and Debtors in Possession*

ROMCO EQUIPMENT CO., LLC


By:  */s/ Michael Riordan*
        **GARDERE WYNNE SEWELL LLP**
        John P. Melko
        Michael Riordan
        1000 Louisiana, Suite 3400
        Houston, Texas 77002
        Telephone:    713.276.5178
        Facsimile:    713.276.6178
                   jmelko@gardere.com
                   mriordan@gardere.com

        *Counsel for ROMCO*

RLF1 11286864v.1