# EXHIBIT B

**Attorneys and Paraprofessionals' Information**

The RL&F attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Mark D. Collins | Director | 1991 | Bankruptcy | $800.00 | 27.4 | $21,920.00 |
| Daniel J. DeFranceschi | Director | 1989 | Bankruptcy | $725.00 | 85.1 | $61,697.50 |
| Russell Silberglied | Director | 1996 | Bankruptcy | $700.00 | 0.3 | $210.00 |
| Jason M. Madron | Counsel | 2003 | Bankruptcy | $490.00 | 148.9 | $72,961.00 |
| L. Katherine Good | Associate | 2008 | Bankruptcy | $465.00 | 0.4 | $186.00 |
| Cory D. Kandestin | Associate | 2007 | Bankruptcy | $465.00 | 48.0 | $22,320.00 |
| William A. Romanowicz | Associate | 2012 | Bankruptcy | $340.00 | 86.4 | $29,376.00 |
| Amanda R. Steels | Associate | 2010 | Bankruptcy | $390.00 | 0.2 | $78.00 |
| Tyler D. Semmelman | Associate | 2009 | Bankruptcy | $415.00 | 168.0 | $69,720.00 |
| Marisa A. Terranova | Associate | 2009 | Bankruptcy | $440.00 | 14.4 | $6,336.00 |
| Robert C. Maddox | Associate | 2009 | Bankruptcy | $415.00 | 1.6 | $664.00 |
| Shawna C. Bray | Associate | 2014 | Bankruptcy | $250.00 | 58.0 | $14,500.00 |
| **Total** | | | | | **638.7** | **$299,968.50** |

The paraprofessionals of RL&F who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Barbara J. Witters | Paralegal | 14 | Bankruptcy | $235.00 | 157.8 | $37,083.00 |
| Ann Jerominski | Paralegal | 14 | Bankruptcy | $235.00 | 38.7 | $9,094.50 |
| Lindsey A. Edinger | Paralegal | 1 | Bankruptcy | $235.00 | 32.5 | $7,637.50 |
| Rebecca V. Speaker | Paralegal | 13 | Bankruptcy | $235.00 | 19.9 | $4,676.50 |
| Daniel D. White | Technical/Trial Support | 11 | Litigation MIS | $235.00 | 49.3 | $11,585.50 |
| **Total** | | | | | **298.2** | **$70,077.00** |

**Total Fees**      **$370,045.50**