# EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

## ALL - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $57.60 |
| Business Meals | $8,357.33 |
| Conference Calling | $66.56 |
| Data Hosting | $0.00 |
| Document Retrieval | $1,322.93 |
| Electronic Legal Research | $3,001.53 |
| Equipment Rental | $1,022.50 |
| Filing Fees/Court Cost | $18.00 |
| Long distance Telephone Charges | $471.38 |
| Messenger and Delivery Service | $828.54 |
| Overtime | $1,494.98 |
| Photocopying/Printing - Outside Vendor | $23,468.95 |
| Photocopying/Printing | $4,803.26 |
| Postage | $2.45 |
| Room Rental | $527.04 |
| Professional Services | $40.32 |
| Travel Expense | $323.14 |
| **Total:** | **$45,806.51** |

## TCEH - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $9.60 |
| Business Meals | $1,392.89 |
| Conference Calling | $11.09 |
| Data Hosting | $0.00 |
| Document Retrieval | $220.49 |
| Electronic Legal Research | $500.26 |
| Equipment Rental | $170.42 |
| Filing Fees/Court Costs | $3.00 |
| Long Distance Telephone Charges | $78.56 |
| Messenger and Delivery Service | $138.09 |
| Overtime | $249.16 |
| Photocopying/Printing - Outside Vendor | $3,911.49 |
| Photocopying/Printing | $800.54 |
| Postage | $0.41 |
| Room Rental | $87.84 |
| Professional Services | $6.72 |
| Travel Expense | $53.86 |
| **Total:** | **$7,634.42** |

## EFIH - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $12.80 |
| Business Meals | $1,857.19 |
| Conference Calling | $14.79 |
| Data Hosting | $0.00 |
| Document Retrieval | $293.98 |
| Electronic Legal Research | $667.01 |
| Equipment Rental | $227.22 |
| Filing Fees/Court Costs | $4.00 |
| Long Distance Telephone Charges | $104.75 |
| Messenger and Delivery Service | $184.12 |
| Overtime | $332.22 |
| Photocopying/Printing - Outside Vendor | $5,215.32 |
| Photocopying/Printing | $1,067.39 |
| Postage | $0.54 |
| Room Rental | $117.12 |
| Office Supplies | $8.96 |
| Travel Expense | $71.81 |
| **Total:** | **$10,179.22** |

## EFH - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.00 |
| Business Meals | $0.00 |
| Conference Calling | $0.00 |
| Data Hosting | $0.00 |
| Document Retrieval | $0.00 |
| Electronic Legal Research | $0.00 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Costs | $0.00 |
| Long Distance Telephone Charges | $0.00 |
| Messenger and Delivery Service | $0.00 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $0.00 |
| Photocopying/Printing | $0.00 |
| Postage | $0.00 |
| Room Rental | $0.00 |
| Office Supplies | $0.00 |
| Travel Expense | $0.00 |
| **Total:** | **$0.00** |