# EXHIBIT E

**Detailed Description of Meal Expenses**

| Date | Restaurant/ Provider | Meal | Number of People | Description | Average Amount Per Person | Amount |
|---|---|---|---|---|---|---|
| 6/2/2014 | Washington Street Ale House | Dinner | 2 | Working meal for RL&F team members handling after-hours preparation of 6/5/14 hearing binders | $28.20 | $56.40 |
| 6/2/2014 | Pizza by Elizabeths | Dinner | 2 | Working meal for RL&F team members handling after-hours filing of notice of proposed order approving EFIH first lien settlement | $36.60 | $73.20 |
| 6/2/2014 | Iron Hill Brewery | Dinner | 1 | Working meal for RL&F team member preparing materials for section 341 meeting | $48.35 | $48.35 |
| 6/3/2014 | Eclipse Bistro | Dinner | 2 | Working meal for RL&F team member handling after-hours preparation of certifications of counsel; Working meal for other RL&F team member handling after-hours assistance with preparation of hearing binders | $37.43 | $74.87 |
| 6/3/2014 | Eclipse Bistro | Dinner | 2 | Working meal for RL&F team members preparing for 6/5/14 hearing | $48.92 | $97.85 |
| 6/3/2014 | Sullivan's Steakhouse | Dinner | 2 | Working meal for RL&F team member handling after-hours filing of certifications of counsel and preparation of hearing binders; Working meal for other RL&F team member handling after-hours assistance with preparation of hearing binders | $54.71 | $109.42 |
| 6/4/2014 | Mikimotos | Dinner | 7 | Working meal for RL&F team members/visiting co-counsel preparing for 6/5/14 hearing | $57.84 | $404.90[1] |
| 6/4/2014 | Rodney Grille | Case of Water | 5 | Beverages for visiting co-counsel, client representatives and estate professionals preparing for section 341 meeting | $7.15 | $35.76 |

---

[1] RL&F consents to a voluntary reduction of $19.88 in connection with this meal charge.

| Date | Vendor | Type | # | Description | Per Person | Total |
|---|---|---|---|---|---|---|
| 6/4/2014 | Rodney Grille | Snacks | 7 | Snacks for visiting co-counsel, client representatives and estate professionals preparing for 6/5/14 hearing | $13.32 | $93.25 |
| 6/4/2014 | Harry's Seafood Grille | Dinner | 5 | Working meal for RL&F team members/visiting co-counsel preparing for 6/5/14 hearing | $31.59 | $157.96 |
| 6/4/2014 | Walter's Steakhouse | Dinner | 3 | Working meal for other RL&F team members preparing for 6/5/14 hearing | $51.77 | $155.33 |
| 6/4/2014 | Washington Street Ale House | Dinner | 6 | Working meal for RL&F team members/visiting co-counsel preparing for 6/5/14 hearing | $33.22 | $199.37 |
| 6/4/2014 | Cavanaugh's | Lunch | 20 | Working meal for visiting co-counsel, client representatives and estate professionals preparing for 6/5/14 hearing | $18.50 | $370.00 |
| 6/5/2014 | Cavanaugh's | Lunch | 35 | Working meal for visiting co-counsel, client representatives and estate professionals during 6/5/14 hearing | $19.07 | $667.50 |
| 6/5/2014 | Rodney Grille | 2 Cases of Water | 7 | Beverages for visiting co-counsel, client representatives and estate professionals during 6/5/14 hearing | $10.22 | $71.52 |
| 6/5/2014 | Rodney Grille | Breakfast | 35 | Working meal for visiting co-counsel, client representatives and estate professionals preparing for 6/5/14 hearing | $18.43 | $645.15 |
| 6/5/2014 | Iron Hill Brewery | Dinner | 2 | Working meal for RL&F team members preparing for 6/6/14 hearing | $48.11 | $96.22 |
| 6/5/2014 | Mikimotos | Dinner | 13 | Working meal for visiting co-counsel, client representatives and other estate professionals preparing for 6/6/14 hearing (dinner ordered from multiple locations for different members of the team on 6/5/14) | $23.49 | $305.42 |
| 6/5/2014 | Iron Hill Brewery | Dinner | 20 | Working meal for visiting co-counsel, client representatives, RL&F team members and other estate professionals preparing for 6/6/14 hearing (dinner ordered from multiple locations for different members of the team on 6/5/14) | $31.15 | $623.02 |

| Date | Location | Meal | # | Description | Per Person | Total |
|---|---|---|---|---|---|---|
| 6/5/2014 | Deep Blue | Dinner | 10 | Working meal for visiting co-counsel, client representatives, RL&F team members and estate professionals preparing for 6/6/14 hearing | $25.42 | $254.15 |
| 6/6/2014 | Cavanaugh's | Lunch | 35 | Working meal for visiting co-counsel, client representatives, RL&F team members and other estate professionals preparing for 6/6/14 hearing (dinner ordered from multiple locations for different members of the team on 6/5/14) | $18.57 | $650.00 |
| 6/6/2014 | Rodney Grille | Drinks & Snacks | 20 | Beverages and snacks for visiting co-counsel, client representatives and estate professionals preparing for 6/6/14 hearing | $5.11 | $102.36 |
| 6/6/2014 | Rodney Grille | Breakfast | 20 | Working meal for visiting co-counsel, client representatives and estate professionals preparing for 6/6/14 hearing | $21.99 | $439.87 |
| 6/9/2014 | Deep Blue | Dinner | 1 | Working meal for RL&F team member handling after-hours e-filings | $49.76 | $49.76 |
| 6/9/2014 | Pizza by Elizabeths | Dinner | 1 | Working meal for RL&F team member handling after-hours e-filings | $50.62 | $50.62 |
| 6/10/2014 | India Palace | Dinner | 1 | Working meal for RL&F team member handling after-hours filing of re-notice of applications and motions and notice of settlement agreement | $35.64 | $35.64 |
| 6/10/2014 | Eclipse Bistro | Dinner | 1 | Working meal for RL&F team member handling after-hours filing of re-notice of applications and motions and notice of settlement agreement | $65.30 | $65.30[2] |
| 6/11/2014 | Grotto's | Dinner | 2 | Working meal for RL&F team members handling after-hours filing of 2015.3 reporting extension motion | $19.12 | $38.25 |
| 6/12/2014 | Kid Shelleen's | Dinner | 1 | Working meal for RL&F team member handling after-hours filing of ordinary course affidavits | $18.37 | $18.37 |

---

[2] RL&F consents to a voluntary reduction of $10.30 in connection with this meal charge.

| Date | Vendor | Meal | # | Description | Unit | Total |
|---|---|---|---|---|---|---|
| 6/16/2014 | Kid Shelleen's | Dinner | 1 | Working meal for RL&F team member handling after-hours filing of multiple ordinary course professional retention declarations and re-notice of RSA assumption motion | $22.49 | $22.49 |
| 6/16/2014 | Pizza by Elizabeths | Dinner | 1 | Working meal for RL&F team member handling after-hours filing of multiple ordinary course professional retention declarations and re-notice of RSA assume motion | $50.62 | $50.62 |
| 6/20/2014 | Mikimotos | Dinner | 2 | Working meal for RL&F team members handling after-hours filing of re-notice of objection deadline and filing DIP budget | $42.02 | $84.05 |
| 6/23/2014 | Deep Blue | Dinner | 1 | Working meal for RL&F team member (paralegal) handling after-hours filing of DIP Budget | $57.05 | $57.05[3] |
| 6/23/2014 | Pizza by Elizabeths | Dinner | 1 | Working meal for RL&F team member (attorney) handling after-hours filing of DIP Budget | $50.62 | $50.62 |
| 6/25/2014 | Chili's | Dinner | 2 | Working meal for RL&F team member preparing for 6/30/14 agenda and hearing binders; Working meal for other RL&F team member handling after-hours filing of amended notice of deposition and notice of telephonic hearing, registration of parties for telephonic hearing | $24.74 | $49.49 |
| 6/26/2014 | Kid Shelleen's | Dinner | 1 | Working meal for RL&F team member handling after-hours filing of ordinary course professional retention declarations and documents for 6/30/14 hearing | $18.90 | $18.90 |
| 6/27/2014 | Rodney Grille | Snacks | 10 | Snacks for visiting co-counsel, client representatives and estate professionals preparing for 6/30/14 hearing | $2.50 | $25.02 |
| 6/27/2014 | Grotto's | Dinner | 2 | Working meal for RL&F team members handling after-hours filing of motions for 7/18/14 hearing and declarations | $21.52 | $43.04 |

---

[3] RL&F consents to a voluntary reduction of $2.05 in connection with this meal charge.

RLF1 11288718v.1

| 6/27/2014 | Shoprite | Drinks & Snacks | 40 | Working meal for visiting co-counsel, client representatives and estate professionals preparing for 6/30/14 hearing | $5.97 | $238.87 |
| --- | --- | --- | --- | --- | --- | --- |
| 6/29/2014 | Toscana To Go | Lunch | 40 | Working meal for visiting co-counsel, client representatives and estate professionals preparing for 6/30/14 hearing | $5.34 | $213.75 |
| 6/29/2014 | Toscana To Go | Dinner | 40 | Working meal for visiting co-counsel, client representatives and estate professionals preparing for 6/30/14 hearing | $21.06 | $842.50 |
| 6/30/2014 | Rodney Grille | Breakfast | 40 | Working meal for visiting co-counsel, client representatives and estate professionals preparing for 6/30/14 hearing | $16.82 | $672.80 |
| 6/30/2014 | Moveable Feast | Dinner | 40 | Working meal for visiting co-counsel, client representatives and estate professionals preparing for 7/1/14 hearing | $78.35 | $3,134.00[4] |
| 6/30/2014 | Dimeo's | Dinner | 6 | Working meal for RL&F team members preparing for 7/1/14 hearing | $19.06 | $114.40 |

**TOTAL**                                                                                                                                                   $11,607.41

---

[4] RL&F consents to a voluntary reduction of $934.00 in connection with this meal charge.