# EXHIBIT B

**Attorneys and Paraprofessionals' Information**

The RL&F attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Mark D. Collins | Director | 1991 | Bankruptcy | $800.00 | 3.1 | $2,480.00 |
| Daniel J. DeFranceschi | Director | 1989 | Bankruptcy | $725.00 | 30.5 | $22,112.50 |
| Michael J. Merchant | Director | 1999 | Bankruptcy | $625.00 | 0.3 | $187.50 |
| Jason M. Madron | Counsel | 2003 | Bankruptcy | $490.00 | 97.2 | $47,628.00 |
| L. Katherine Good | Associate | 2008 | Bankruptcy | $465.00 | 1.4 | $651.00 |
| Cory D. Kandestin | Associate | 2007 | Bankruptcy | $465.00 | 0.1 | $46.50 |
| William A. Romanowicz | Associate | 2012 | Bankruptcy | $340.00 | 22.9 | $7,786.00 |
| Christopher M. Samis | Associate | 2006 | Bankruptcy | $465.00 | 1.6 | $744.00 |
| Tyler D. Semmelman | Associate | 2009 | Bankruptcy | $415.00 | 82.5 | $34,237.50 |
| Zachary I. Shapiro | Associate | 2008 | Bankruptcy | $465.00 | 3.5 | $1,627.50 |
| Marisa A. Terranova | Associate | 2009 | Bankruptcy | $440.00 | 6.1 | $2,684.00 |
| Jesse Miller | Summer Associate | | Bankruptcy | $200.00 | 4.1 | $820.00 |
| **Total** | | | | | 253.3 | $121,004.50 |

The paraprofessionals of RL&F who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Barbara J. Witters | Paralegal | 14 | Bankruptcy | $235.00 | 86.2 | $20,257.00 |
| Ann Jerominski | Paralegal | 14 | Bankruptcy | $235.00 | 19.0 | $4,465.00 |
| Lindsey A. Edinger | Paralegal | 1 | Bankruptcy | $235.00 | 7.0 | $1,645.00 |
| Rebecca V. Speaker | Paralegal | 13 | Bankruptcy | $235.00 | 11.6 | $2,726.00 |
| Daniel D. White | Technical/Trial Support | 11 | Litigation MIS | $235.00 | 17.2 | $4,042.00 |
| **Total** | | | | | 141.0 | $33,135.00 |

**Total Fees**            **$154,139.50**