# EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

## ALL - Expense Summary

| Service Description | Amount |
|---|---:|
| Binding | $0.00 |
| Business Meals | $4,824.70 |
| Conference Calling | $131.72 |
| Data Hosting | $0.00 |
| Document Retrieval | $1,233.72 |
| Electronic Legal Research | $0.00 |
| Filing Fees/Court Cost | $201.14 |
| Long distance Telephone Charges | $285.77 |
| Messenger and Delivery Service | $876.55 |
| Overtime | $2,317.47 |
| Photocopying/Printing - Outside Vendor | $5,287.62 |
| Photocopying/Printing | $1,413.85 |
| Room Rental | $0.00 |
| Office Supplies | $38.09 |
| Travel Expense | $79.75 |
| **Total:** | **$16,690.38** |

## TCEH - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.00 |
| Business Meals | $108.42 |
| Conference Calling | $2.96 |
| Data Hosting | $0.00 |
| Document Retrieval | $27.72 |
| Electronic Legal Research | $0.00 |
| Filing Fees/Court Costs | $4.52 |
| Long distance Telephone Charges | $6.42 |
| Messenger and Delivery Service | $19.70 |
| Overtime | $52.08 |
| Photocopying/Printing - Outside Vendor | $118.82 |
| Photocopying/Printing | $31.77 |
| Room Rental | $0.00 |
| Office Supplies | $0.86 |
| Travel Expense | $1.79 |
| **Total:** | **$375.06** |

Case 14-10979-CSS   Doc 3105-4   Filed 12/19/14   Page 4 of 5

## EFIH - Expense Summary

| Service Description | Amount |
| --- | --- |
| Binding | $0.00 |
| Business Meals | $487.89 |
| Conference Calling | $13.32 |
| Data Hosting | $0.00 |
| Document Retrieval | $124.76 |
| Electronic Legal Research | $0.00 |
| Filing Fees/Court Costs | $20.34 |
| Long distance Telephone Charges | $28.90 |
| Messenger and Delivery Service | $88.64 |
| Overtime | $234.35 |
| Photocopying/Printing - Outside Vendor | $534.70 |
| Photocopying/Printing | $142.97 |
| Room Rental | $0.00 |
| Office Supplies | $3.85 |
| Travel Expense | $8.07 |
| **Total:** | **$1,687.79** |

RLF1 11289226v.1

## **EFH - Expense Summary**

| Service Description | Amount |
|---|---|
| Binding | $0.00 |
| Business Meals | $0.00 |
| Conference Calling | $0.00 |
| Data Hosting | $0.00 |
| Document Retrieval | $0.00 |
| Electronic Legal Research | $0.00 |
| Filing Fees/Court Costs | $0.00 |
| Long distance Telephone Charges | $0.00 |
| Messenger and Delivery Service | $0.00 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $0.00 |
| Photocopying/Printing | $0.00 |
| Room Rental | $0.00 |
| Office Supplies | $0.00 |
| Travel Expense | $0.00 |
| **Total:** | **$0.00** |