# EXHIBIT E

## Detailed Description of Meal Expenses

| Date | Restaurant/ Provider | Meal | Number of People | Description | Average Amount Per Person | Amount |
|---|---|---|---|---|---|---|
| 7/1/2014 | Rodney Grille | Breakfast | 40 | Working meal for visiting co-counsel, client representatives and estate professionals preparing for 7/1/14 hearing | $6.82 | $672.80 |
| 7/1/2014 | Rodney Grille | Case of Water | 40 | Beverages for visiting co-counsel, client representatives and estate professionals preparing for 7/1/14 hearing | $0.87 | $35.00 |
| 7/1/2014 | Rodney Grille | Snacks | 40 | Snacks for visiting co-counsel, client representatives and estate professionals in connection with 7/1/14 hearing | $5.54 | $221.88 |
| 7/1/2014 | Moveable Feast | Dinner | 40 | Working meal for visiting co-counsel, client representatives and estate professionals during second lien DIP hearings | $64.90 | $2,596.00[1] |
| 7/2/2014 | Grotto's | Dinner | 1 | Working meal for RL&F team member assisting with after-hours filing of amended motion | $23.06 | $23.06 |
| 7/7/2014 | Deep Blue | Dinner | 1 | Working meal for RL&F team member (paralegal) assisting with after-hours filing of counter-designation, ordinary course professional notice and extension notice | $32.57 | $32.57 |
| 7/7/2014 | Pizza by Elizabeths | Dinner | 1 | Working meal for RL&F team member (attorney) assisting with after-hours filing of counter-designation, ordinary course professional notice and extension notice | $50.62 | $50.62 |
| 7/8/2014 | Brio Tuscan Grille | Dinner | 2 | Working meal for RL&F team members assisting with after-hours filing of certification of counsel re order extending time to comply with general order concerning appointment of a fee examiner | $44.62 | $89.24 |

---

[1] RL&F consents to a voluntary reduction of $396.00 in connection with this meal charge.

| Date | Vendor | Meal | # | Description | Amount | Total |
|---|---|---|---|---|---|---|
| 7/9/2014 | Kid Shelleen's | Dinner | 1 | Working meal for RL&F team member assisting with after-hours filing of opposition to CSC Trust Company motion for direct certification of first lien settlement appeal | $26.77 | $26.77 |
| 7/9/2014 | Kid Shelleen's | Dinner | 1 | Working meal for RL&F team member assisting with after-hours preparation of 7/11/14 hearing binders | $17.59 | $17.59 |
| 7/10/2014 | Rodney Grille | Snacks | 20 | Snacks for visiting co-counsel, client representatives and estate professionals preparing for 7/11/14 hearing | $5.41 | $108.39 |
| 7/10/2014 | Southeast Kitchen | Dinner | 1 | Working meal for RL&F team member assisting with preparing for 7/11/14 hearing | $20.31 | $20.31 |
| 7/15/2014 | Bangkok House | Dinner | 1 | Working meal for RL&F team member (paralegal) assisting with after-hours filing of Debtors' report of de minimis asset transfers (D.I. 1578) | $46.92 | $46.92 |
| 7/15/2014 | Walter's Steakhouse | Dinner | 1 | Working meal for RL&F team member (attorney) assisting with after-hours filing of Debtors' report of de minimis asset transfers (D.I. 1578) | $86.93 | $86.93[2] |
| 7/15/2014 | Kid Shelleen's | Dinner | 1 | Working meal for RL&F team member assisting with after-hours preparation of 7/18/14 hearing binders | $53.69 | $53.69 |
| 7/16/2014 | Mikimotos | Dinner | 2 | Working meal for RL&F team member assisting with after-hours filing of answer in adversary proceeding | $42.88 | $85.77 |
| 7/17/2014 | Dimeo's | Dinner | 40 | Working meal for visiting co-counsel, client representatives and estate professionals preparing for 7/18/14 hearing | $9.80 | $392.15 |
| 7/18/2014 | Washington Street Ale House | Dinner | 1 | Working meal for RL&F team member assisting with after-hours filing of twenty affidavits of service and revising critical dates | $59.52 | $59.52[3] |

---

[2] RL&F consents to a voluntary reduction of $31.93 in connection with this meal charge.

[3] RL&F consents to a voluntary reduction of $4.52 in connection with this meal charge.

| 7/18/2014 | Rodney Grille | Breakfast | 15 | Working meal for visiting co-counsel, client representatives and estate professionals preparing for 7/18/14 hearing | $19.09 | $286.45 |
| 7/18/2014 | LOMA Cafe | Lunch | 40 | Working meal for visiting co-counsel, client representatives and estate professionals during 7/18/14 hearing | $7.91 | $316.48 |
| 7/21/2014 | Kid Shelleen's | Dinner | 1 | Working meal for RL&F team member assisting with after-hours filing of notice of opt-in extension | $46.34 | $46.34 |
| 7/23/2014 | Deep Blue | Dinner | 2 | Working meal for RL&F team members assisting with after-hours filing of certification of counsel, motion for protective order, motion to extend 365(d)(4), motion to set bar date and motion to extend exclusivity | $50.95 | $101.90 |
| 7/28/2014 | Pizza by Elizabeths | Dinner | 1 | Working meal for RL&F team member assisting with after-hours filing of notice of filing of creditor matrix | $50.63 | $50.63 |
| **TOTAL** | | | | | | $5,421.01[4] |

---

[4] Total prior to application of $432.45 voluntary reduction for business meals during the Fee Period.

RLF1 11289226v.1