# Exhibit A

## Fee Summary by Professional for the Period April 29 2014 through May 31, 2014

# Deloitte & Touche LLP
# Fees Summary by Professional
# April 29, 2014 - May 31, 2014

Bankruptcy Related Research Consultation and Transaction

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Barton, Doug | Partner/Principal | $720.00 | 2.2 | $1,584.00 |
| Bradfield, Derek | Partner/Principal | $720.00 | 8.3 | $5,976.00 |
| Gullo, Randall | Partner/Principal | $720.00 | 4.8 | $3,456.00 |
| Hoffman, David | Partner/Principal | $720.00 | 3.2 | $2,304.00 |
| Roy, Gavin | Partner/Principal | $720.00 | 2.3 | $1,656.00 |
| Stokx, Randy | Partner/Principal | $720.00 | 25.1 | $18,072.00 |
| Alper, PJ | Senior Manager | $620.00 | 25.3 | $15,686.00 |
| Loo, Alice | Senior Manager | $620.00 | 1.0 | $620.00 |
| Parker, Matt | Senior Manager | $620.00 | 9.4 | $5,828.00 |
| Poindexter, Heath | Senior Manager | $620.00 | 0.8 | $496.00 |
| Glover, Ryan | Manager | $540.00 | 1.4 | $756.00 |
| Semeniuta, Lauren | Manager | $540.00 | 11.6 | $6,264.00 |
| Barker, Brittney | Senior Consultant | $425.00 | 3.4 | $1,445.00 |
| Murawski, Bryan | Senior Consultant | $425.00 | 6.0 | $2,550.00 |
| **Professional Subtotal :** | | | **104.8** | **$66,693.00** |

Financial Statement Audit and Related Services, Non-Working Travel, Perform Market Research of Public Information in Accordance with Audit Standard No. 12

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Bradfield, Derek | Partner/Principal | $365.00 | 2.9 | $1,058.50 |
| Gullo, Randall | Partner/Principal | $365.00 | 7.9 | $2,883.50 |
| Roy, Gavin | Partner/Principal | $365.00 | 3.9 | $1,423.50 |
| Stokx, Randy | Partner/Principal | $365.00 | 51.8 | $18,907.00 |
| Winger, Julie | Partner/Principal | $365.00 | 3.5 | $1,277.50 |
| Craig, Valerie | Director | $365.00 | 13.3 | $4,854.50 |
| Wittenburg, Dave | Director | $365.00 | 11.7 | $4,270.50 |
| Alper, PJ | Senior Manager | $290.00 | 8.0 | $2,320.00 |
| Bowers, Rachel | Senior Manager | $290.00 | 51.6 | $14,964.00 |
| Ivory, Laura | Senior Manager | $290.00 | 0.5 | $145.00 |
| Mishkin, Robyn | Senior Manager | $290.00 | 1.3 | $377.00 |
| Offutt, Aaron | Senior Manager | $290.00 | 24.9 | $7,221.00 |
| Parker, Matt | Senior Manager | $290.00 | 84.6 | $24,534.00 |
| Poindexter, Heath | Senior Manager | $290.00 | 21.2 | $6,148.00 |
| Alvarado, Jason | Manager | $265.00 | 26.7 | $7,075.50 |
| Freeman, Mike | Manager | $265.00 | 62.1 | $16,456.50 |
| Glover, Ryan | Manager | $265.00 | 0.8 | $212.00 |
| Heath, John | Manager | $265.00 | 3.0 | $795.00 |
| Kidd, Erin | Manager | $265.00 | 12.4 | $3,286.00 |
| Leach, Gweneka | Manager | $265.00 | 19.5 | $5,167.50 |
| Semeniuta, Lauren | Manager | $265.00 | 0.4 | $106.00 |
| Babanova, Maria | Senior Consultant | $215.00 | 49.6 | $10,664.00 |
| Barker, Brittney | Senior Consultant | $215.00 | 50.8 | $10,922.00 |
| Morehead, David | Senior Consultant | $215.00 | 75.6 | $16,254.00 |
| Murawski, Bryan | Senior Consultant | $215.00 | 121.1 | $26,036.50 |
| Schneider, Stephen | Senior Consultant | $215.00 | 52.7 | $11,330.50 |
| Sparks, Rachael | Senior Consultant | $215.00 | 41.8 | $8,987.00 |
| Casey, Chris | Consultant | $175.00 | 104.4 | $18,270.00 |
| Henry, Diane | Consultant | $175.00 | 82.2 | $14,385.00 |
| Kidd, Matt | Consultant | $175.00 | 1.0 | $175.00 |
| Platt, Bo | Consultant | $175.00 | 4.0 | $700.00 |
| Richards, Nick | Consultant | $175.00 | 3.3 | $577.50 |
| Twigge, Daniel | Consultant | $175.00 | 70.8 | $12,390.00 |
| **Professional Subtotal :** | | | **1,069.3** | **$254,174.00** |
| Less 50% Non-Working Travel deduction | | | | -$1,689.25 |
| Total: | | | | **$252,484.75** |