# Exhibit A

## Fee Summary by Professional for the Period
## June 1, 2014 through June 30, 2014

# EFH Corp

## Deloitte & Touche LLP

## Fees Summary by Professional

## June 01, 2014 - June 30, 2014

Bankruptcy Related Research Consultation and Transaction

| Professional | Level | | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Barton, Doug | Partner/Principal | | $720.00 | 1.0 | $720.00 |
| Becker, Darrow | Partner/Principal | | $720.00 | 5.0 | $3,600.00 |
| Bradfield, Derek | Partner/Principal | | $720.00 | 3.0 | $2,160.00 |
| Carr, Vickie | Partner/Principal | | $720.00 | 1.4 | $1,008.00 |
| Gullo, Randall | Partner/Principal | | $720.00 | 1.3 | $936.00 |
| Hoffman, David | Partner/Principal | | $720.00 | 0.5 | $360.00 |
| Roy, Gavin | Partner/Principal | | $720.00 | 2.0 | $1,440.00 |
| Stokx, Randy | Partner/Principal | | $720.00 | 18.3 | $13,176.00 |
| Teotia, Sagar | Partner/Principal | | $720.00 | 6.5 | $4,680.00 |
| Vitola, Paul | Partner/Principal | | $720.00 | 1.5 | $1,080.00 |
| Wahrman, Julie | Partner/Principal | | $720.00 | 0.5 | $360.00 |
| Wegener, Steve | Partner/Principal | | $720.00 | 2.7 | $1,944.00 |
| Sasso, Anthony | Director | | $720.00 | 8.0 | $5,760.00 |
| Alper, PJ | Senior Manager | | $620.00 | 2.2 | $1,364.00 |
| Parker, Matt | Senior Manager | | $620.00 | 28.0 | $17,360.00 |
| Quinn, Ed | Senior Manager | | $620.00 | 0.5 | $310.00 |
| Nick, Jeffrey | Manager | | $540.00 | 6.5 | $3,510.00 |
| Semeniuta, Lauren | Manager | | $540.00 | 6.0 | $3,240.00 |
| Murawski, Bryan | Senior Consultant | | $425.00 | 22.2 | $9,435.00 |
| Swearingen, Martha | Consultant | | $350.00 | 7.3 | $2,555.00 |
| Twigge, Daniel | Consultant | | $350.00 | 3.5 | $1,225.00 |
| **Professional Subtotal :** | | | | **127.9** | **$76,223.00** |

# EFH Corp

## Deloitte & Touche LLP

## Fees Summary by Professional

## June 01, 2014 - June 30, 2014

Financial Statement Audit and Related Services, Non-Working Travel, Perform Market Research of Public Information in Accordance with Audit Standard No. 12, Preparation of Fee Applications

| Professional | Level | | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Carr, Vickie | Partner/Principal | | $365.00 | 16.3 | $5,949.50 |
| Gullo, Randall | Partner/Principal | | $365.00 | 1.6 | $584.00 |
| Roy, Gavin | Partner/Principal | | $365.00 | 2.0 | $730.00 |
| Stokx, Randy | Partner/Principal | | $365.00 | 50.7 | $18,505.50 |
| Winger, Julie | Partner/Principal | | $365.00 | 7.0 | $2,555.00 |
| Craig, Valerie | Director | | $365.00 | 20.2 | $7,373.00 |
| Favor, Rick | Director | | $365.00 | 4.4 | $1,606.00 |
| Johnston, Josh | Director | | $365.00 | 1.4 | $511.00 |
| Wittenburg, Dave | Director | | $365.00 | 1.0 | $365.00 |
| Bowers, Rachel | Senior Manager | | $290.00 | 72.5 | $21,025.00 |
| Loo, Alice | Senior Manager | | $290.00 | 1.0 | $290.00 |
| Mishkin, Robyn | Senior Manager | | $290.00 | 6.8 | $1,972.00 |
| Parker, Matt | Senior Manager | | $290.00 | 68.7 | $19,923.00 |
| Poindexter, Heath | Senior Manager | | $290.00 | 6.4 | $1,856.00 |
| Freeman, Mike | Manager | | $265.00 | 38.6 | $10,229.00 |
| Glover, Ryan | Manager | | $265.00 | 2.6 | $689.00 |
| Heath, John | Manager | | $265.00 | 23.0 | $6,095.00 |
| Kidd, Erin | Manager | | $265.00 | 15.4 | $4,081.00 |
| Oluoch, Jennipher | Manager | | $265.00 | 7.0 | $1,855.00 |
| Apolzon, Micah | Senior Consultant | | $215.00 | 0.4 | $86.00 |
| Babanova, Maria | Senior Consultant | | $215.00 | 105.1 | $22,596.50 |
| Barker, Brittney | Senior Consultant | | $215.00 | 129.0 | $27,735.00 |
| Jain, Shweta | Senior Consultant | | $215.00 | 9.5 | $2,042.50 |
| Johnson, Holly | Senior Consultant | | $215.00 | 4.4 | $946.00 |
| Morehead, David | Senior Consultant | | $215.00 | 112.0 | $24,080.00 |
| Murawski, Bryan | Senior Consultant | | $215.00 | 129.8 | $27,907.00 |
| Salch, Ryan | Senior Consultant | | $215.00 | 1.1 | $236.50 |
| Schneider, Stephen | Senior Consultant | | $215.00 | 84.2 | $18,103.00 |
| Sparks, Rachael | Senior Consultant | | $215.00 | 50.2 | $10,793.00 |
| Austin, Carisa | Project Controller | | $215.00 | 2.1 | $451.50 |
| Gutierrez, Dalia | Project Controller | | $175.00 | 22.5 | $3,937.50 |
| Andersen, Morgan | Consultant | | $175.00 | 7.7 | $1,347.50 |
| Casey, Chris | Consultant | | $175.00 | 149.8 | $26,215.00 |
| Claytor, Kate | Consultant | | $175.00 | 13.6 | $2,380.00 |
| Dowds, Connor | Consultant | | $175.00 | 3.9 | $682.50 |
| Gaffley, Tim | Consultant | | $175.00 | 0.9 | $157.50 |

**EFH Corp**

**Deloitte & Touche LLP**

**Fees Summary by Professional**

**June 01, 2014 - June 30, 2014**

Financial Statement Audit and Related Services, Non-Working Travel, Perform Market Research of Public
Information in Accordance with Audit Standard No. 12, Preparation of Fee Applications

| Professional | Level | | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Continued | | | | | |
| | | | | | |
| Henry, Diane | Consultant | | $175.00 | 43.0 | $7,525.00 |
| Kidd, Matt | Consultant | | $175.00 | 4.3 | $752.50 |
| Reynolds, Matt | Consultant | | $175.00 | 4.0 | $700.00 |
| Swearingen, Martha | Consultant | | $175.00 | 52.0 | $9,100.00 |
| Twigge, Daniel | Consultant | | $175.00 | 139.8 | $24,465.00 |
| **Professional Subtotal :** | | | | **1,415.9** | **$318,433.50** |
| | | | | | |
| Less 50% Non-Working Travel Deduction: | | | | | -$1,501.75 |
| Total: | | | | | **$316,931.75** |