# Exhibit A

## Fee Summary by Professional for the Period July 1, 2014 through July 31, 2014

# EFH Corp
# Deloitte & Touche LLP
# Fees Summary by Professional
# July 01, 2014 - July 31, 2014

Bankruptcy Related Research Consultation and Transaction

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Becker, Paul | Partner/Principal | $720.00 | 1.0 | $720.00 |
| Benesh, Kay | Partner/Principal | $720.00 | 0.3 | $216.00 |
| Carr, Vickie | Partner/Principal | $720.00 | 15.9 | $11,448.00 |
| Durand, Danny | Partner/Principal | $720.00 | 2.0 | $1,440.00 |
| Fisher, Mark | Partner/Principal | $720.00 | 2.9 | $2,088.00 |
| Gullo, Randall | Partner/Principal | $720.00 | 1.8 | $1,296.00 |
| Hathway, Don | Partner/Principal | $720.00 | 1.0 | $720.00 |
| Hoffman, David | Partner/Principal | $720.00 | 0.8 | $576.00 |
| Kushner, Jonathan | Partner/Principal | $720.00 | 1.2 | $864.00 |
| Mehrotra, Raj | Partner/Principal | $720.00 | 2.0 | $1,440.00 |
| Odom, Dan | Partner/Principal | $720.00 | 1.0 | $720.00 |
| Stokx, Randy | Partner/Principal | $720.00 | 34.7 | $24,984.00 |
| Talkington, Pete | Partner/Principal | $720.00 | 8.3 | $5,976.00 |
| Teotia, Sagar | Partner/Principal | $720.00 | 1.8 | $1,296.00 |
| Wahrman, Julie | Partner/Principal | $720.00 | 1.3 | $936.00 |
| Wegener, Steve | Partner/Principal | $720.00 | 2.8 | $2,016.00 |
| Blinder, Michael | Director | $720.00 | 3.2 | $2,304.00 |
| Favor, Rick | Director | $720.00 | 8.8 | $6,336.00 |
| Potsic, Brian | Director | $720.00 | 1.0 | $720.00 |
| Sasso, Anthony | Director | $720.00 | 1.0 | $720.00 |
| Bowers, Rachel | Senior Manager | $620.00 | 0.5 | $310.00 |
| Handler, Benjamin | Senior Manager | $620.00 | 0.2 | $124.00 |
| Parker, Matt | Senior Manager | $620.00 | 57.7 | $35,774.00 |
| Poindexter, Heath | Senior Manager | $620.00 | 3.0 | $1,860.00 |
| Freeman, Mike | Manager | $540.00 | 7.8 | $4,212.00 |
| Glover, Ryan | Manager | $540.00 | 8.8 | $4,752.00 |
| Nick, Jeffrey | Manager | $540.00 | 0.8 | $432.00 |
| Oluoch, Jennipher | Manager | $540.00 | 4.1 | $2,214.00 |
| Morehead, David | Senior Consultant | $425.00 | 10.5 | $4,462.50 |
| Murawski, Bryan | Senior Consultant | $425.00 | 9.7 | $4,122.50 |
| Dowds, Connor | Consultant | $350.00 | 6.1 | $2,135.00 |
| Kidd, Matt | Consultant | $350.00 | 2.9 | $1,015.00 |
| Swearingen, Martha | Consultant | $350.00 | 1.7 | $595.00 |
| Twigge, Daniel | Consultant | $350.00 | 2.8 | $980.00 |
| **Professional Subtotal :** | | | **209.4** | **$129,804.00** |

# EFH Corp
# Deloitte & Touche LLP
# Fees Summary by Professional
# July 01, 2014 - July 31, 2014

Financial Statement Audit and Related Services, Non-Working Travel, Perform Market Research of Public Information in Accordance with Audit Standard No. 12, Preparation of Fee Applications

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Adams, Keith | Partner/Principal | $365.00 | 0.6 | $219.00 |
| Aliff, Greg | Partner/Principal | $365.00 | 7.0 | $2,555.00 |
| Becker, Paul | Partner/Principal | $365.00 | 3.7 | $1,350.50 |
| Biltz, Meredith | Director | $365.00 | 0.2 | $73.00 |
| Blaufuss, John | Director | $365.00 | 0.5 | $182.50 |
| Blinder, Michael | Director | $365.00 | 0.4 | $146.00 |
| Carr, Vickie | Partner/Principal | $365.00 | 25.5 | $9,307.50 |
| Craig, Valerie | Director | $365.00 | 103.3 | $37,704.50 |
| Favor, Rick | Director | $365.00 | 24.7 | $9,015.50 |
| Gullo, Randall | Partner/Principal | $365.00 | 7.3 | $2,664.50 |
| Johnston, Josh | Director | $365.00 | 4.2 | $1,533.00 |
| Kushner, Jonathan | Partner/Principal | $365.00 | 5.8 | $2,117.00 |
| Potsic, Brian | Director | $365.00 | 1.3 | $474.50 |
| Stokx, Randy | Partner/Principal | $365.00 | 120.5 | $43,982.50 |
| Wahrman, Julie | Partner/Principal | $365.00 | 16.9 | $6,168.50 |
| Winger, Julie | Partner/Principal | $365.00 | 15.8 | $5,767.00 |
| Wittenburg, Dave | Director | $365.00 | 5.1 | $1,861.50 |
| Bhagavatula, Pavan | Senior Manager | $290.00 | 2.7 | $783.00 |
| Bowers, Rachel | Senior Manager | $290.00 | 137.7 | $39,933.00 |
| Dwivedi, Rajesh | Senior Manager | $290.00 | 7.0 | $2,030.00 |
| Horn, Dave | Senior Manager | $290.00 | 6.6 | $1,914.00 |
| Mishkin, Robyn | Senior Manager | $290.00 | 2.7 | $783.00 |
| Offutt, Aaron | Senior Manager | $290.00 | 0.3 | $87.00 |
| Parker, Matt | Senior Manager | $290.00 | 152.8 | $44,312.00 |
| Parmar, Ashok | Senior Manager | $290.00 | 3.1 | $899.00 |
| Poindexter, Heath | Senior Manager | $290.00 | 39.0 | $11,310.00 |
| Alvarado, Jason | Manager | $265.00 | 2.6 | $689.00 |
| Freeman, Mike | Manager | $265.00 | 160.9 | $42,638.50 |
| Glover, Ryan | Manager | $265.00 | 35.3 | $9,354.50 |
| Heath, John | Manager | $265.00 | 91.5 | $24,247.50 |
| Kidd, Erin | Manager | $265.00 | 21.4 | $5,671.00 |
| Leach, Gweneka | Manager | $265.00 | 3.4 | $901.00 |
| Lorenz, Mike | Manager | $265.00 | 0.4 | $106.00 |
| Oluoch, Jennifer | Manager | $265.00 | 11.9 | $3,153.50 |
| Apolzon, Micah | Senior Consultant | $215.00 | 1.5 | $322.50 |
| Babanova, Maria | Senior Consultant | $215.00 | 155.3 | $33,389.50 |

# EFH Corp
# Deloitte & Touche LLP
# Fees Summary by Professional
# July 01, 2014 - July 31, 2014

Financial Statement Audit and Related Services, Non-Working Travel, Perform Market Research of Public Information in Accordance with Audit Standard No. 12, Preparation of Fee Applications

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Continued | | | | |
| Barker, Brittney | Senior Consultant | $215.00 | 166.2 | $35,733.00 |
| Jain, Shweta | Senior Consultant | $215.00 | 22.5 | $4,837.50 |
| Johnson, Holly | Senior Consultant | $215.00 | 75.6 | $16,254.00 |
| Morehead, David | Senior Consultant | $215.00 | 194.5 | $41,817.50 |
| Murawski, Bryan | Senior Consultant | $215.00 | 139.8 | $30,057.00 |
| Nayyar, Varun | Senior Consultant | $215.00 | 4.0 | $860.00 |
| Salch, Ryan | Senior Consultant | $215.00 | 15.8 | $3,397.00 |
| Schneider, Stephen | Senior Consultant | $215.00 | 55.5 | $11,932.50 |
| Sparks, Rachael | Senior Consultant | $215.00 | 135.0 | $29,025.00 |
| Yadav, Ritu | Senior Consultant | $215.00 | 13.5 | $2,902.50 |
| Gutierrez, Dalia | Project Controller | $175.00 | 15.0 | $2,625.00 |
| Andersen, Morgan | Consultant | $175.00 | 142.5 | $24,937.50 |
| Casey, Chris | Consultant | $175.00 | 150.9 | $26,407.50 |
| Claytor, Kate | Consultant | $175.00 | 37.8 | $6,615.00 |
| Danishmund, Mohammad | Consultant | $175.00 | 66.0 | $11,550.00 |
| Dowds, Connor | Consultant | $175.00 | 134.5 | $23,537.50 |
| Gaffley, Tim | Consultant | $175.00 | 1.1 | $192.50 |
| Hasan, Areeba | Consultant | $175.00 | 1.5 | $262.50 |
| Henry, Diane | Consultant | $175.00 | 51.3 | $8,977.50 |
| Kazmi, Aamna | Consultant | $175.00 | 2.5 | $437.50 |
| Kidd, Matt | Consultant | $175.00 | 36.9 | $6,457.50 |
| Reynolds, Matt | Consultant | $175.00 | 149.0 | $26,075.00 |
| Richards, Nick | Consultant | $175.00 | 0.6 | $105.00 |
| Swearingen, Martha | Consultant | $175.00 | 9.5 | $1,662.50 |
| Twigge, Daniel | Consultant | $175.00 | 145.5 | $25,462.50 |
| Vij, Aanchal | Consultant | $175.00 | 1.5 | $262.50 |
| **Professional Subtotal :** | | | **2,947.4** | **$690,029.50** |
| Less 50% Non-Working Travel Deduction: | | | | -$1,114.00 |
| Total: | | | | **$688,915.50** |