# Exhibit A

## Fee Summary by Professional for the Period
## August 1, 2014 through August 31, 2014

# EFH Corp

## Deloitte & Touche LLP

## Fees Summary by Professional

## August 01, 2014 - August 31, 2014

Bankruptcy Related Research Consultation and Transaction

| Professional | Level | | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Sasso, Anthony | Director | | $720.00 | 0.1 | $72.00 |
| Parker, Matt | Senior Manager | | $620.00 | 8.0 | $4,960.00 |
| Freeman, Mike | Manager | | $540.00 | 3.8 | $2,052.00 |
| Schall, Julia | Consultant | | $350.00 | 0.8 | $280.00 |
| **Professional Subtotal :** | | | | **12.7** | **$7,364.00** |

# EFH Corp

## Deloitte & Touche LLP

## Fees Summary by Professional

## August 01, 2014 - August 31, 2014

Financial Statement Audit and Related Services, Non-Working Travel, Perform Market Research of Public Information in Accordance with Audit Standard No. 12, Preparation of Fee Applications

| Professional | Level | | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Aliff, Greg | Partner/Principal | | $365.00 | 1.0 | $365.00 |
| Becker, Paul | Partner/Principal | | $365.00 | 1.0 | $365.00 |
| Benesh, Kay | Partner/Principal | | $365.00 | 2.4 | $876.00 |
| Carr, Vickie | Partner/Principal | | $365.00 | 14.8 | $5,402.00 |
| Gullo, Randall | Partner/Principal | | $365.00 | 1.3 | $474.50 |
| Stokx, Randy | Partner/Principal | | $365.00 | 51.1 | $18,651.50 |
| Wahrman, Julie | Partner/Principal | | $365.00 | 5.3 | $1,934.50 |
| Winger, Julie | Partner/Principal | | $365.00 | 13.1 | $4,781.50 |
| Craig, Valerie | Director | | $365.00 | 111.6 | $40,734.00 |
| Favor, Rick | Director | | $365.00 | 18.9 | $6,898.50 |
| Potsic, Brian | Director | | $365.00 | 3.5 | $1,277.50 |
| Wittenburg, Dave | Director | | $365.00 | 1.0 | $365.00 |
| Bowers, Rachel | Senior Manager | | $290.00 | 124.9 | $36,221.00 |
| Parker, Matt | Senior Manager | | $290.00 | 115.2 | $33,408.00 |
| Poindexter, Heath | Senior Manager | | $290.00 | 32.5 | $9,425.00 |
| Freeman, Mike | Manager | | $265.00 | 69.6 | $18,444.00 |
| Glover, Ryan | Manager | | $265.00 | 30.2 | $8,003.00 |
| Heath, John | Manager | | $265.00 | 36.4 | $9,646.00 |
| Kidd, Erin | Manager | | $265.00 | 26.2 | $6,943.00 |
| Oluoch, Jennipher | Manager | | $265.00 | 4.4 | $1,166.00 |
| Anderson, Whit | Senior Consultant | | $215.00 | 0.4 | $86.00 |
| Babanova, Maria | Senior Consultant | | $215.00 | 124.4 | $26,746.00 |
| Barker, Brittney | Senior Consultant | | $215.00 | 137.5 | $29,562.50 |
| Coetzee, Rachelle | Senior Consultant | | $215.00 | 15.6 | $3,354.00 |
| Jain, Shweta | Senior Consultant | | $215.00 | 15.5 | $3,332.50 |
| Johnson, Holly | Senior Consultant | | $215.00 | 45.3 | $9,739.50 |
| Morehead, David | Senior Consultant | | $215.00 | 151.8 | $32,637.00 |
| Murawski, Bryan | Senior Consultant | | $215.00 | 147.0 | $31,605.00 |
| Pritchett, Cody | Senior Consultant | | $215.00 | 11.7 | $2,515.50 |
| Salch, Ryan | Senior Consultant | | $215.00 | 3.8 | $817.00 |
| Schneider, Stephen | Senior Consultant | | $215.00 | 96.8 | $20,812.00 |
| Sparks, Rachael | Senior Consultant | | $215.00 | 68.3 | $14,684.50 |
| Gutierrez, Dalia | Project Controller | | $175.00 | 64.6 | $11,305.00 |
| Agarwal, Raghav | Consultant | | $175.00 | 8.0 | $1,400.00 |
| Andersen, Morgan | Consultant | | $175.00 | 138.5 | $24,237.50 |
| Baylis, Jessica | Consultant | | $175.00 | 76.7 | $13,422.50 |

# EFH Corp

## Deloitte & Touche LLP

## Fees Summary by Professional

## August 01, 2014 - August 31, 2014

Financial Statement Audit and Related Services, Non-Working Travel, Perform Market Research of Public Information in Accordance with Audit Standard No. 12, Preparation of Fee Applications

| Professional | Level | | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Continued | | | | | |
| Casey, Chris | Consultant | | $175.00 | 147.5 | $25,812.50 |
| Danishmund, Mohammad | Consultant | | $175.00 | 1.7 | $297.50 |
| Dowds, Connor | Consultant | | $175.00 | 6.0 | $1,050.00 |
| Henry, Diane | Consultant | | $175.00 | 134.9 | $23,607.50 |
| Kidd, Matt | Consultant | | $175.00 | 14.3 | $2,502.50 |
| Reynolds, Matt | Consultant | | $175.00 | 155.4 | $27,195.00 |
| Twigge, Daniel | Consultant | | $175.00 | 137.0 | $23,975.00 |
| **Professional Subtotal :** | | | | **2,367.1** | **$536,077.50** |
| Less 50% Non-Working Travel Deduction: | | | | | -$1,994.00 |
| Total: | | | | | **$534,083.50** |