## EXHIBIT B

**Attorneys and Paraprofessionals' Information**

The RL&F attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Mark D. Collins | Director | 1991 | Bankruptcy | $800.00 | 1.5 | $1,200.00 |
| Daniel J. DeFranceschi | Director | 1989 | Bankruptcy | $725.00 | 33.1 | $23,997.50 |
| Russell Silberglied | Director | 1996 | Bankruptcy | $700.00 | 0.1 | $70.00 |
| Michael J. Merchant | Director | 1999 | Bankruptcy | $625.00 | 0.2 | $125.00 |
| Marcos A. Ramos | Director | 2003 | Bankruptcy | $560.00 | 0.5 | $280.00 |
| Jason M. Madron | Counsel | 2003 | Bankruptcy | $490.00 | 109.5 | $53,655.00 |
| L. Katherine Good | Associate | 2008 | Bankruptcy | $465.00 | 0.5 | $232.50 |
| Cory D. Kandestin | Associate | 2007 | Bankruptcy | $465.00 | 0.2 | $93.00 |
| William A. Romanowicz | Associate | 2012 | Bankruptcy | $340.00 | 26.4 | $8,976.00 |
| Christopher M. Samis | Associate | 2006 | Bankruptcy | $465.00 | 0.3 | $139.50 |
| Tyler D. Semmelman | Associate | 2009 | Bankruptcy | $415.00 | 51.3 | $21,289.50 |
| Shawna C. Bray | Associate | 2014 | Bankruptcy | $250.00 | 34.1 | $8,525.00 |
| **Total** | | | | | **257.7** | **$118,583.00** |

The paraprofessionals of RL&F who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Barbara J. Witters | Paralegal | 14 | Bankruptcy | $235.00 | 81.4 | $19,129.00 |
| Ann Jerominski | Paralegal | 14 | Bankruptcy | $235.00 | 7.4 | $1,739.00 |
| Lindsey A. Edinger | Paralegal | 1 | Bankruptcy | $235.00 | 8.1 | $1,903.50 |
| Rebecca V. Speaker | Paralegal | 13 | Bankruptcy | $235.00 | 4.1 | $963.50 |
| Daniel D. White | Technical/Trial Support | 11 | Litigation MIS | $235.00 | 7.9 | $1,856.50 |
| Janel Gates | Paralegal | 7 | Bankruptcy | $225.00 | 0.6 | $135.00 |
| **Total** | | | | | **109.5** | **$25,726.50** |

**Total Fees**  $144,309.50