<u>**EXHIBIT C**</u>

**Summary of Actual and Necessary Expenses for the Fee Period**

## ALL - Expense Summary

| Service Description | Amount |
|---|---:|
| Binding | $0.00 |
| Business Meals | $2,936.96 |
| Conference Calling | $215.00 |
| Data Hosting | $0.00 |
| Document Retrieval | $1,348.37 |
| Electronic Legal Research | $30.10 |
| Filing Fees/Court Cost | $21.50 |
| Long distance Telephone Charges | $119.52 |
| Messenger and Delivery Service | $288.10 |
| Overtime | $433.55 |
| Photocopying/Printing - Outside Vendor | $4,787.45 |
| Photocopying/Printing | $1,560.90 |
| Professional Services | $292.40 |
| Room Rental | $0.00 |
| Office Supplies | $0.00 |
| Travel Expense | $126.08 |
| **Total:** | **$12,159.93** |

## TCEH - Expense Summary

| Service Description | Amount |
|---|---:|
| Binding | $0.00 |
| Business Meals | $51.23 |
| Conference Calling | $3.75 |
| Data Hosting | $0.00 |
| Document Retrieval | $23.52 |
| Electronic Legal Research | $.53 |
| Filing Fees/Court Costs | $.38 |
| Long distance Telephone Charges | $2.09 |
| Messenger and Delivery Service | $5.03 |
| Overtime | $7.56 |
| Photocopying/Printing - Outside Vendor | $83.50 |
| Photocopying/Printing | $27.23 |
| Professional Services | $5.10 |
| Room Rental | $0.00 |
| Office Supplies | $0.00 |
| Travel Expense | $2.20 |
| **Total:** | **$212.12** |

### EFIH - Expense Summary

| Service Description | Amount |
|---|---:|
| Binding | $0.00 |
| Business Meals | $426.89 |
| Conference Calling | $31.25 |
| Data Hosting | $0.00 |
| Document Retrieval | $195.99 |
| Electronic Legal Research | $4.38 |
| Filing Fees/Court Costs | $3.13 |
| Long distance Telephone Charges | $17.38 |
| Messenger and Delivery Service | $41.88 |
| Overtime | $63.02 |
| Photocopying/Printing - Outside Vendor | $695.85 |
| Photocopying/Printing | $226.88 |
| Professional Services | $42.50 |
| Room Rental | $0.00 |
| Office Supplies | $0.00 |
| Travel Expense | $18.33 |
| **Total:** | **$1,767.48** |

### EFH - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.00 |
| Business Meals | $0.00 |
| Conference Calling | $0.00 |
| Data Hosting | $0.00 |
| Document Retrieval | $0.00 |
| Electronic Legal Research | $0.00 |
| Filing Fees/Court Costs | $0.00 |
| Long distance Telephone Charges | $0.00 |
| Messenger and Delivery Service | $0.00 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $0.00 |
| Photocopying/Printing | $0.00 |
| Room Rental | $0.00 |
| Office Supplies | $0.00 |
| Travel Expense | $0.00 |
| **Total:** | **$0.00** |