## EXHIBIT E

## Detailed Description of Meal Expenses

| Date | Restaurant/ Provider | Meal | Number of People | Description | Average Amount Per Person | Amount |
|---|---|---|---|---|---|---|
| 8/7/2014 | Brio Tuscan Grille | Dinner | 1 | Working meal for RL&F team member handling after-hours preparation for anticipated filing of motion for leave to file late reply in connection with tort claimants' objection to bar date motion | $70.78 | $70.78[1] |
| 8/8/2014 | Kid Shelleen's | Dinner | 1 | Working meal for RL&F team member handling after-hours preparation of insider compensation motions and related materials | $34.77 | $34.77 |
| 8/11/2014 | Pizza by Elizabeth's | Dinner | 2 | Working meal for RL&F team members handling after-hours filing of amended 8/13/14 agenda | $40.54 | $81.07 |
| 8/12/2014 | Movable Feast | Dinner | 30 | Working meal for visiting co-counsel, client representative and estate professionals preparing for 8/13/14 hearing | $49.12 | $1,473.50 |
| 8/12/2014 | Rodney Grille | Water and Drinks | 30 | Beverages for visiting co-counsel, client representative and estate professionals preparing for 8/13/14 hearing | $3.07 | $91.98 |
| 8/12/2014 | Cavanaugh's | Lunch | 30 | Working meal for visiting co-counsel, client representative and estate professionals preparing for 8/13/14 hearing | $11.23 | $336.75 |
| 8/12/2014 | Walter's Steakhouse | Dinner | 2 | Working meal for RL&F team members handling after-hours filing of notice of telephonic status conference, certification of counsel re: omnibus hearing dates and notice of filing of revised bar date order | $54.62 | $109.24 |
| 8/13/2014 | Rodney Grille | Breakfast | 30 | Working meal for visiting co-counsel, client representative and estate professionals preparing for 8/13/14 hearing | $19.69 | $590.73 |
| 8/13/2014 | Rodney Grille | Sodas | 10 | Beverages for visiting co-counsel, client representative and estate professionals during 8/13/14 hearing | $2.19 | $21.89 |

---

[1] RL&F consents to a voluntary reduction of $15.78 in connection with this meal charge.

| 8/13/2014 | Rodney Grille | Lunch | 12 | Working meal for certain visiting co-counsel, client representative and estate professionals during 8/13/14 hearing | $2.99 | $35.88 |
| --- | --- | --- | --- | --- | --- | --- |
| 8/13/2014 | Loma | Lunch | 30 | Working meal for remaining visiting co-counsel, client representative and estate professionals during 8/13/14 hearing | $7.07 | $212.15 |
| 8/14/2014 | Deep Blue | Dinner | 1 | Working meal for RL&F team member handling after-hours filing of motion to approve liquidation of certain hedging and trading claims | $65.15 | $65.15[2] |
| 8/18/2014 | Pizza by Elizabeths | Dinner | 2 | Working meal for RL&F team members handling after-hours filing of supplemental declaration to Ernest & Young retention application (filing ultimately postponed) | $45.50 | $91.00 |
| 8/20/2014 | Deep Blue | Dinner | 1 | Working meal for RL&F team member handling after-hours filing of certification of counsel re: appointment of fee committee | $65.15 | $65.15[3] |
| 8/25/2014 | Pizza by Elizabeths | Dinner | 1 | Working meal for RL&F team member handling after-hours preparation of filing of debtors' notice regarding marketing process | $64.27 | $64.27[4] |

---

[2] RL&F consents to a voluntary reduction of $10.15 in connection with this meal charge.

[3] RL&F consents to a voluntary reduction of $10.15 in connection with this meal charge.

[4] RL&F consents to a voluntary reduction of $9.27 in connection with this meal charge.

RLF1 11289375v.1

| Date | Vendor | Meal | # | Description | | |
|---|---|---|---|---|---|---|
| 8/26/2014 | Brio Tuscan Grille | Dinner | 1 | Working meal for RL&F team member handling after-hours preparation of filing of motion to establish investment procedures, declaration in support of investment procedures motion, declaration in support of motion to establish procedures for liquidation by third parties, motion approving set-off stipulation with Alcoa and Frenzel declaration in support, and motion authorizing expedited procedures to reject or assume executory contracts | $70.78 | $70.78[5] |
| **TOTAL** | | | | | | **$3,415.09[6]** |

---

[5] RL&F consents to a voluntary reduction of $15.78 in connection with this meal charge.

[6] Total prior to application of $61.13 voluntary reduction for business meals during the Fee Period.

RLF1 11289375v.1