IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: January 12, 2015 at 4:00 p.m.** |

## NOTICE OF FEE STATEMENT

**PLEASE TAKE NOTICE** that Polsinelli PC (the "**Applicant**") has filed the attached *Seventh Monthly Fee Statement of Polsinelli PC for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred from November 1, 2014 through November 30, 2014* (the "**Fee Statement**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Fee Statement must be made in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals,* dated September 16, 2014 [Docket No. 2066] (the "**Interim Compensation Order**"), and must be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801, and be served upon and received by: (i) the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), Energy Future Holdings Corp., *et al.*, 1601 Bryan Street, 43rd Floor, Dallas, Texas, 75201, Attn: Andrew M. Wright and Cecily Gooch; (ii) co-counsel to the Debtors, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

10022, Attn: Brian E. Schartz and Kirkland & Ellis LLP, 300 North LaSalle, Chicago, Illinois 60654, Attn: Chad Husnick; (iii) co-counsel to the Debtors, Richards, Layton & Finger, P.A., 920 North King Street, Wilmington, Delaware 19801, Attn: Daniel J. DeFranceschi and Jason M. Madron; (iv) Roberta A. DeAngelis, the United States Trustee for Region 3, J. Caleb Boggs Federal Building, 844 King Street, Room 2207, Wilmington, Delaware 19801, Attn: Richard L. Schepacarter and U.S. Department of Justice, Office of the U.S. Trustee, U.S. Federal Building, 201 Varick Street, Room 1006, New York, New York 10014, Attn: Andrea B. Schwartz; (v) counsel for the agent of the EFIH First Lien DIP Financing Facility, Shearman & Sterling LLP, 599 Lexington Avenue, New York, New York 10022, Attn: Ned Schodek and Fredric Sosnick; (vi) counsel for the agent of the TCEH DIP Financing Facility, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Attn: Evan Fleck and Matthew Brod, (vii) counsel to the Official Committee of TCEH Unsecured Creditors, Morrison & Foerster LLP, 250 W. 55th Street, New York, New York 10019, Attn: Lorenzo Marinuzzi and Jennifer Marines, (viii) counsel to the fee committee, Godfrey & Kahn, S.C., One East Main Street, Madison, Wisconsin 53703, Attn: Katherine Stadler, (ix) counsel to the Official Committee of EFH Unsecured Creditors, Sullivan & Cromwell LLP, 125 Broad Street, New York, New York 10004, Attn: Andrew G. Dietderich, and (x) the Applicant, Polsinelli PC, 222 Delaware Avenue, Suite 1101, Wilmington Delaware, 19801, Attn: Christopher A. Ward, by no later than **4:00 p.m. (Eastern Daylight Time) on January 12, 2015** (the "**Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if any responses or objections to the Fee Statement are timely filed, served, and received in accordance with this notice, a hearing on the Fee Statement will be held at the convenience of the Bankruptcy Court. Only those objections made in writing and timely filed and received in accordance with the Interim Compensation

49345619.1

Order and the procedures described in this notice will be considered by the Bankruptcy Court at the hearing.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Interim Compensation Order, if no objection to the Fee Statement is timely filed, served, and received by the Objection Deadline, the Applicant may be paid an amount equal to the lesser of (i) 80 percent of the fees and 100 percent of the expenses requested in the Fee Statement or (ii) 80 percent of the fees and 100 percent of the expenses not subject to an objection without the need for further order of the Bankruptcy Court.

Dated: Wilmington, Delaware
December 22, 2014

**MORRISON & FOERSTER LLP**
James M. Peck
Brett H. Miller
Lorenzo Marinuzzi
Todd M. Goren
250 West 55th Street
New York, New York 10019-9601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
E-mail: jpeck@mofo.com
 brettmiller@mofo.com
 lmarinuzzi@mofo.com
 tgoren@mofo.com

-and-

/s/ Christopher A. Ward
Christopher A. Ward (Del. Bar No. 3877)
Justin K. Edelson (Del. Bar No. 5002)
Jarrett K. Vine (Del. Bar No. 5400)
**POLSINELLI PC**
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
E-mail: cward@polsinelli.com
 jedelson@polsinelli.com
 jvine@polsinelli.com

*Counsel to the Official Committee of TCEH Unsecured Creditors*

49345619.1