## EXHIBIT A

SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY

(See Guidelines C.8. for project category information.)

| Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|
| Administration | | | 0.70 | $ 210.00 |
| Asset Disposition | | | 9.70 | $ 4,432.00 |
| Assumption/Rejection of Leases & Contracts | | | 7.70 | $ 4,185.00 |
| Avoidance Action Analysis | | | 1.40 | $ 674.00 |
| Bankruptcy-Related Advice | | | 24.60 | $ 11,593.50 |
| Business Operations | | | 6.50 | $ 3,901.00 |
| Case Administration | | | 38.10 | $ 12,126.00 |
| Claims & Plan | | | 0.20 | $ 84.00 |
| Claims Administration & Objections | | | 3.50 | $ 2,055.00 |
| Corporate Governance & Board Matters | | | 5.30 | $ 2,818.00 |
| Employee Benefits/Pensions | | | 1.60 | $ 600.00 |
| Employment/Fee Application Objections | | | 0.70 | $ 252.00 |
| Employment/Fee Applications | | | 86.10 | $ 39,606.00 |
| Financing & Cash Collateral | | | 0.60 | $ 344.00 |
| General Bankruptcy Advice/Opinions | | | 1.60 | $ 516.00 |
| Litigation Contested Matters(excl assump/rejection motions) | | | 5.20 | $ 2,638.50 |
| Meetings of & Communications with Creditors or the Committee | | | 13.20 | $ 7,359.00 |
| Plan & Disclosure Statement (including business plan) | | | 0.30 | $ 149.00 |
| Relief from Stay/Adequate Protection Proceedings | | | 0.40 | $ 214.00 |
| Restructurings | | | 1.30 | $ 845.00 |
| Tax Issues | | | 2.70 | $ 1,368.00 |
| | | | 211.40 | $ 95,970.00 |

49091408.1

## EXHIBIT B

**SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION**

| Name | Title | Section | Date of First Admission | Fees Billed | Hours Billed | Hourly Rate Billed in This Application | Hourly Rate Billed in First Interim Application | Number of Rate Increases Since Case Inception |
|---|---|---|---|---|---|---|---|---|
| Bird, James E. | Shareholder | FR Bankruptcy and Restructuring | 10/15/1980 | $ 118.00 | 0.20 | 590 | 590 | 0 |
| Ward, Chris A. | Shareholder | FR Bankruptcy and Restructuring | 12/15/1999 | $ 41,860.00 | 64.40 | 650 | 650 | 0 |
| Blakely Paquet, Elizabeth A. | Associate | FR Bankruptcy and Restructuring | 05/01/2014 | $ 5,340.00 | 17.80 | 300 | 300 | 0 |
| Edelson, Justin K. | Associate | FR Bankruptcy and Restructuring | 05/01/2007 | $ 34,314.00 | 81.70 | 420 | 420 | 0 |
| Vine, Jarrett K. | Associate | FR Bankruptcy and Restructuring | 01/01/2009 | $ 7,488.00 | 20.80 | 360 | 360 | 0 |

| Name | Position | Department | Rate | Hours | Total | | |
|---|---|---|---|---|---|---|---|
| Sides, Lorraine | Paralegal | FR Bankruptcy and Restructuring | 11.50 | $ 2,875.00 | 250 | 250 | 0 |
| Suprum, Lindsey M. | Paralegal | FR Bankruptcy and Restructuring | 15.00 | $ 3,975.00 | 265 | 265 | 0 |
| | | | 211.40 | $ 95,970.00 | 454 | | |

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS

### (See Guidelines C.3. for definitions of terms used in this Exhibit.)

| Category of Timekeeper (using categories already maintained by the firm) | BLENDED HOURLY RATE | |
|---|---|---|
| | BILLED OR COLLECTED<br><br>Firm or offices for preceding year, excluding bankruptcy | BILLED<br><br>In this fee application |
| Shareholder | $ 444.08 | $ 649.81 |
| Associate | $ 279.17 | $ 391.87 |
| Paralegal | $ 191.11 | $ 258.49 |
| | | |
| All timekeeprs averaged | $ 304.79 | $ 433.39 |

# EXHIBIT C

**SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY**

**(See Guidelines C.8. for project category information.)**

| Category | Amount |
|---|---|
| Client Advance | $ 348.00 |
| Document Reproduction | $ 540.16 |
| Deliveries | $ 45.00 |
| On-Line Searches | $ 105.90 |
| Meals | $ 353.10 |
| Transcript of Proceedings | $ 392.40 |
| | $ 1,784.56 |

UST Form 11-330-D (2013)

49091408.1

# EXHIBIT D

## Detailed Description of Expenses and Disbursements

# POLSINELLI

**Invoice Detail**

For Professional Services Through 11/30/14
File No. 078582-475724
**Re: Chapter 11 Bankruptcy**

Page 69
December 8, 2014
Invoice No: 1125554

## Disbursements

| Date | Description | Amount |
|------|-------------|--------|
| 09/23/14 | Client Advance - - VENDOR: U S Bank travel to New York | $348.00 |
| 10/01/14 | On-Line Searches - Pacer | 13.00 |
| 10/02/14 | On-Line Searches - Pacer | 9.60 |
| 10/03/14 | On-Line Searches - Pacer | 3.00 |
| 10/04/14 | On-Line Searches - Pacer | 7.00 |
| 10/06/14 | On-Line Searches - Pacer | 40.00 |
| 10/06/14 | On-Line Searches - Pacer | 1.50 |
| 10/06/14 | On-Line Searches - Pacer | 7.10 |
| 10/08/14 | On-Line Searches | 9.90 |
| 10/08/14 | On-Line Searches | 14.80 |
| 10/14/14 | Deliveries Reliable Wilmington Delivery Courier Service | 7.50 |
| 10/17/14 | Document Reproduction Reliable Wilmington Printing can copies | 540.16 |
| 10/17/14 | Deliveries Reliable Wilmington Hand Delivery Courier Service | 7.50 |
| 10/20/14 | Meals DLS Discovery LLC Meals | 109.00 |
| 10/21/14 | Deliveries DLS Discovery LLC meals pickup | 15.00 |
| 10/22/14 | Deliveries DLS Discovery LLC food delivery | 15.00 |
| 10/27/14 | Meals DLS Discovery LLC meals | 184.05 |
| 10/28/14 | Meals DLS Discovery LLC meals | 15.00 |
| 10/28/14 | Transcript of Proceedings Veritext New York Reporting Co. transcript of proceedings | 267.60 |
| 10/29/14 | Transcript of Proceedings Veritext New York Reporting Co. deposition transcript | 80.40 |
| 11/04/14 | Transcript of Proceedings Veritext New York Reporting Co. ELECTRONIC COPY (TRANSCRIPT) | 44.40 |
| 11/20/14 | Meals DLS Discovery LLC DELIVERIES | 15.00 |
| 11/20/14 | Meals DLS Discovery LLC pickup food delivery | 30.00 |
| | **Total Disbursements** | **$1,784.56** |

Total Disbursements                                    1,784.56