# EXHIBIT A

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) 14-10979 (CSS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

## SECOND SUPPLEMENTAL DECLARATION OF BRETT H. MILLER IN SUPPORT OF APPLICATION OF OFFICIAL COMMITTEE OF TCEH UNSECURED CREDITORS PURSUANT TO 11 U.S.C. §§ 328(a) AND 1103(a) FOR AUTHORITY TO RETAIN AND EMPLOY MORRISON & FOERSTER LLP AS COUNSEL *NUNC PRO TUNC* TO MAY 12, 2014

I, Brett H. Miller, being duly sworn, state the following under penalty of perjury:

1.      I am a partner in the law firm of Morrison & Foerster LLP ("**Morrison & Foerster**"), with offices at 250 West 55th Street, New York, New York 10019, and other locations, and I am duly authorized to make this second supplemental declaration (the "**Second Supplemental Declaration**") on behalf of Morrison & Foerster.  I am an attorney duly admitted and in good standing to practice before the Courts of the State of New York, the United States District Courts for the Southern and Eastern Districts of New York and the United States Courts of Appeal for the Second Circuit.  There are no disciplinary proceedings pending against me.

2.      I submit this Second Supplemental Declaration pursuant to this Court's *Order Authorizing the Official Committee of Unsecured Creditors to Retain and Employ Morrison & Foerster LLP Effective as of May 12, 2014* [D.I. 2064] (the "Retention Order"), entered September 16, 2014, which requires Morrison & Foerster, prior to any increase in its hourly rates, to file a supplemental affidavit explaining the basis for the requested rate increase.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Except as otherwise indicated, the facts set forth in this Second Supplemental Declaration are personally known to me, and if called as a witness I could and would testify competently thereto.

3.      In accordance with Morrison & Foerster's established billing practices and procedures, Morrison & Foerster's standard billing rates will be adjusted on January 1, 2015. Effective January 1, 2015, Morrison & Foerster's hourly rates for services to be performed on behalf of the Committee[2] on matters related to these chapter 11 cases will range as follows:

(a)     the hourly rates for partners will range from $825 per hour to $1,300 per hour;

(b)     the hourly rates for "of counsel" and "senior of counsel" will range from $765 per hour to $1,025 per hour;

(c)     the hourly rates for associates will range from $495 per hour to $770 per hour; and

(d)     the hourly rates for paraprofessionals will range from $300 per hour to $345 per hour.

4.      The Committee has received notice of and approved Morrison & Foerster's hourly rate increases as set forth herein.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 22, 2014

 /s/ Brett H. Miller
BRETT H. MILLER

---

[2] Capitalized terms used and not otherwise defined herein have the meanings ascribed to them in the Retention Order.

ny-1169977