**Exhibit B**

ny-1169450

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) Jointly Administered |

**DECLARATION OF EVAN GERSHBEIN IN SUPPORT OF JOINT APPLICATION OF THE OFFICIAL COMMITTEE OF TCEH UNSECURED CREDITORS AND THE OFFICIAL COMMITTEE OF EFH UNSECURED CREDITORS PURSUANT TO SECTIONS 105(a), 1102(b)(3), AND 1103(a) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 2014 AND 5002, AND LOCAL RULE 2014-1, FOR ENTRY OF ORDER APPROVING RETENTION AND EMPLOYMENT OF KURTZMAN CARSON CONSULTANTS LLC AS ADMINISTRATIVE AGENT FOR THE COMMITTEES *NUNC PRO TUNC* TO JULY 7, 2014**

I, Evan Gershbein, do hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I am the Senior Vice President of Corporate Restructuring Services of Kurtzman Carson Consultants LLC ("**KCC**"), a firm specializing in the administration of large bankruptcy cases with offices located at 2335 Alaska Avenue, El Segundo, CA 90245, and I make this declaration (the "**Declaration**") on behalf of KCC. I submit this Declaration in support of the application (the "**Application**") of the Official Committee of TCEH Unsecured Creditors (the "**TCEH Committee**") and the Official Committee of EFH Unsecured Creditors (the "**EFH Committee**," and together with the TCEH Committee, the "**Committees**") for entry of an order

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://efhcaseinfo.com.

49410011.1

pursuant to sections 105(a), 1102(b)(3), and 1103(a) of Title 11, United States Code, as amended (the "**Bankruptcy Code**"), Rules 2014 and 5002 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rule 2014-1 of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), approving the retention and employment of KCC as administrative agent (the "**Administrative Agent**") for the Committees *nunc pro tunc* to July 7, 2014. The statements contained herein are based upon my personal knowledge.

2. KCC has been engaged in some of the largest and most complex chapter 11 proceedings. KCC specializes in providing consulting, administrative, and data processing services to chapter 11 debtors and statutory committees. KCC has been retained regularly to provide similar services in this judicial district. *See, e.g., In re Trident Microsystems, Inc., et al.*, Case No. 12-10069 (Bankr. D. Del. Jan. 4, 2012); *In re AES Eastern Energy, L.P., et al.*, Case No. 11-14138 (Bankr. D. Del. Dec. 30, 2011); *In re William Lyon Homes, et al.*, Case No. 11-14019 (Bankr. D. Del. Dec. 19, 2011); *In re PMI Grp., Inc.*, Case No. 11-13730 (Bankr. D. Del. Nov. 23, 2011); *In re Blitz U.S.A., Inc.*, Case No. 11-13603 (Bankr. D. Del. Nov. 9, 2011); *In re Filene's Basement, LLC*, Case No. 11-13511 (Bankr. D. Del. Nov. 2, 2011); *In re NewPage Corp., et al.*, Case No. 11-12804 (Bankr. D. Del. Sept. 7, 2011); *In re DSI Holdings, Inc., et al.*, Case No. 11-11941 (Bankr. D. Del. June 26, 2011); *In re Nebraska Book Co., Inc., et al.*, Case No. 11-12005 (Bankr. D. Del. June 27, 2011); *In re Caribe Media, Inc., et al.*, Case No. 11-11387 (Bankr. D. Del. May 3, 2011); *In re Barnes Bay Dev., Ltd., et al.*, Case No. 11-10792 (Bankr. D. Del. March 17, 2011). Accordingly, I believe that KCC is well qualified to act as Administrative Agent for the Committees in these chapter 11 cases.

## SCOPE OF SERVICES

3. The Committees selected KCC to serve as its Administrative Agent for these cases as set forth in the Application. Specifically, KCC will establish and maintain the Committee

49410011.1

Website at www.kccllc.net/TCEHEFHCommittees and provide technology and communications-related services.

4. Additionally, KCC will prepare and serve required notices and pleadings on behalf of the Committees in accordance with the Bankruptcy Code and the Bankruptcy Rules in the form and manner directed by the Committees and/or the Court, including, if applicable, all notices, orders, pleadings, publications, and other documents as the Committees and/or the Court may deem necessary or appropriate.

### DISINTERESTEDNESS OF KCC

5. Except as described herein, and to the best of my knowledge, neither KCC nor any of its employees have any relationship with the Committees, any Committee members, the Debtors, the U.S. Trustee or any person employed by the U.S. Trustee, or any other parties in interest that would impair its ability to serve as Administrative Agent for the Committees.

6. To the best of my knowledge, neither KCC, nor any of its professional personnel, have any relationship with the Debtors that would impair KCC's ability to serve as Administrative Agent. KCC may have relationships with some of the Debtors' creditors, but they are in matters completely unrelated to these chapter 11 cases, either as vendors or in cases where KCC serves in a neutral capacity as a class action settlement claims administrator. KCC has working relationships with certain of the professionals retained by the Debtors and other parties herein, but such relationships are completely unrelated to these chapter 11 cases. In addition, KCC personnel may have relationships with some of the Debtors' creditors; however, such relationships are of a personal financial nature and completely unrelated to these chapter 11 cases. KCC has represented and will continue to represent clients in matters unrelated to these chapter 11 cases and has had and will continue to have relationships in the ordinary course of its

49410011.1

business with certain vendors and professionals in connection with matters unrelated to these cases.

7.  KCC is an indirect subsidiary of Computershare Limited. Computershare Limited is a financial services and technologies provider for the global securities industry. Within the Computershare corporate structure, KCC operates as a separate, segregated business unit. As such, any relationships that Computershare Limited and its affiliates maintain do not create an interest of KCC that is materially adverse to the Debtors' estates or any class of creditors or equity security holders.

8.  KCC is a "disinterested person," as such term is defined in section 101(14) of the Bankruptcy Code, in that KCC or its employees:

(i)  are not creditors, equity security holders, or insiders of the Debtors;

(ii)  are not and were not, within two (2) years before the date of the filing of the petition, a director, officer, or employee of the Debtors; and

(iii)  do not have an interest materially adverse to the interests of the estates or of any class of creditors or equity security holders by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.

9.  Except as set forth herein, to the best of my knowledge, after due inquiry, neither I, KCC, nor any of its employees, have been retained to assist any entity or person other than the Committees in matters relating to, or in connection with, these chapter 11 cases. If KCC's proposed retention is approved by this Court, KCC will not accept any engagement or perform any services for an entity or person other than the Committees in these chapter 11 cases. KCC may, however, provide services to entities or persons that may be creditors or parties in interest in these chapter 11 cases, which services do not relate to, or have any direct connection with, these chapter 11 cases, the Committees, the Debtors, or other parties in interest in these chapter 11 cases.

10. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 22, 2014

/s/ Evan Gershbein
Evan Gershbein
Senior Vice President, Corporate Restructuring
Kurtzman Carson Consultants LLC

5

49410011.1