# EXHIBIT A

**Detailed Description of Expenses**

| Expense Category | Date | Professional | Expense Description | Total Expense | Allocation |
|---|---|---|---|---|---|
| Air/Rail Travel | 9/22/2014 | Chen, Lisa Y | Travel agent fee (Dallas trip for due diligence meetings) | $50.00 | TCEH |
| | 9/22/2014 | Chen, Lisa Y | Flight from NY to Dallas for due diligence meetings (round trip) | $1,749.60 | TCEH |
| | 9/16/2014 | Goldstein, Stephen R | Travel agent fee (Wilmington trip for court) | $50.00 | All |
| | 9/16/2014 | Goldstein, Stephen R | Amtrak ticket from Stamford, CT to Wilmington for court hearing (one way) | $194.00 | All |
| | 9/16/2014 | Goldstein, Stephen R | Amtrak ticket from Wilmington to Stamford, CT for court hearing (one way) | $194.00 | All |
| | 9/2/2014 | Hiltz, William | Travel agent fee (Dallas trip for client meeting) | $50.00 | All |
| | 9/2/2014 | Hiltz, William | Flight from NY to Dallas for client meeting (round trip) | $1,715.42 | All |
| | 9/16/2014 | Matican, Jeremy M | Travel agent fee (Wilmington trip for court hearing) | $50.00 | All |
| | 9/16/2014 | Matican, Jeremy M | Amtrak ticket from New York to Wilmington for court hearing (round trip) | $348.00 | All |
| | 9/16/2014 | Patel, Neal H | Travel agent fee (Wilmington trip for court hearing) | $50.00 | All |
| | 9/16/2014 | Patel, Neal H | Amtrak ticket from New York to Wilmington for court hearing (round trip) | $348.00 | All |
| | 9/2/2014 | Raghavan, Sesh | Flight from NY to Dallas for client meeting | $1,749.60 | All |
| | 9/2/2014 | Raghavan, Sesh | Credit for changed flight | ($944.45) | All |
| | 9/3/2014 | Raghavan, Sesh | Flight from Dallas to NY for client meeting (one way) | $929.56 | All |
| | 9/22/2014 | Yi, Bo S | Travel agent fee (Dallas trip for due diligence meetings) | $50.00 | TCEH |
| | 9/22/2014 | Yi, Bo S | Flight from NY to Dallas for due diligence meetings (round trip) | $1,749.60 | TCEH |
| | 9/2/2014 | Ying, David Y | Travel agent fee (Dallas trip for client meetings) | $50.00 | All |
| | 9/2/2014 | Ying, David Y | Flight from NY to Dallas for client meetings (round trip) | $1,715.42 | All |
| | 9/16/2014 | Ying, David Y | Travel agent fee for train ticket (Wilmington trip for court hearing) | $35.00 | All |
| | 9/16/2014 | Ying, David Y | Train ticket from NY to Wilmington for court hearing (round trip) | $348.00 | All |
| | | | **Sub-Total** | **$10,481.75** | |
| Legal / Professional Fees | 9/16/2014 | Other | Walter Weir & Partners (local counsel) (August 2014) | $584.08 | All |
| | 11/25/2014 | Other | Debevoise Invoice (September 2014) | $77,664.50 | All |
| | | | **Sub-Total** | **$78,248.58** | |
| Local Ground Transport | 8/27/2014 | Chen, Lisa Y | Weeknight taxi | $22.20 | All |
| | 8/28/2014 | Chen, Lisa Y | Weeknight taxi | $24.00 | All |
| | 9/8/2014 | Chen, Lisa Y | Weeknight taxi | $24.50 | All |
| | 9/9/2014 | Chen, Lisa Y | Weeknight taxi | $24.60 | All |
| | 9/10/2014 | Chen, Lisa Y | Weeknight taxi | $24.50 | All |
| | 9/11/2014 | Chen, Lisa Y | Weeknight taxi | $22.80 | All |
| | 9/15/2014 | Chen, Lisa Y | Weeknight taxi | $20.40 | All |
| | 9/18/2014 | Chen, Lisa Y | Weeknight taxi | $18.50 | All |
| | 9/20/2014 | Chen, Lisa Y | Weekend taxi | $23.30 | All |
| | 9/25/2014 | Chen, Lisa Y | Weeknight taxi | $23.40 | All |
| | 9/27/2014 | Chen, Lisa Y | Weekend taxi | $23.40 | All |
| | 9/29/2014 | Chen, Lisa Y | Weeknight taxi | $23.62 | All |
| | 9/2/2014 | Levit, Vadim | Weeknight taxi | $13.20 | EFIH |
| | 9/4/2014 | Levit, Vadim | Weeknight taxi | $13.20 | All |
| | 9/26/2014 | Levit, Vadim | Weeknight taxi | $13.20 | All |
| | 9/29/2014 | Levit, Vadim | Weeknight taxi | $15.00 | All |
| | 9/20/2014 | Matican, Jeremy M | Weekend taxi to office | $7.80 | All |
| | 9/2/2014 | Patel, Neal H | Weeknight taxi | $7.10 | EFIH |
| | 9/4/2014 | Patel, Neal H | Weeknight taxi | $9.50 | All |
| | 9/18/2014 | Patel, Neal H | Weeknight taxi | $11.90 | EFIH |
| | 9/30/2014 | Patel, Neal H | Weeknight taxi | $9.50 | All |
| | 9/4/2014 | Rao, Aashik A | Latenight car from office to home | $67.65 | All |
| | 9/19/2014 | Rao, Aashik A | Latenight car from office to home | $67.65 | All |
| | 9/25/2014 | Rao, Aashik A | Latenight car from office to home | $67.65 | All |
| | 9/2/2014 | Ying, David Y | Taxi to meeting | $8.30 | All |
| | | | **Sub-Total** | **$586.87** | |
| Meals | 9/8/2014 | Chen, Lisa Y | Latenight dinner | $20.00 | All |
| | 9/9/2014 | Chen, Lisa Y | Latenight dinner | $20.00 | All |
| | 9/10/2014 | Chen, Lisa Y | Latenight dinner | $20.00 | All |
| | 9/11/2014 | Chen, Lisa Y | Latenight dinner | $20.00 | All |
| | 9/12/2014 | Chen, Lisa Y | Latenight dinner | $20.00 | All |
| | 9/15/2014 | Chen, Lisa Y | Latenight dinner | $20.00 | All |
| | 9/17/2014 | Chen, Lisa Y | Latenight dinner | $20.00 | All |
| | 9/18/2014 | Chen, Lisa Y | Latenight dinner | $20.00 | All |
| | 9/19/2014 | Chen, Lisa Y | Latenight dinner | $20.00 | All |
| | 9/29/2014 | Chen, Lisa Y | Latenight dinner | $20.00 | All |
| | 9/5/2014 | Levit, Vadim | Latenight dinner | $20.00 | All |
| | 9/6/2014 | Levit, Vadim | Weekend dinner | $16.13 | All |
| | 9/8/2014 | Levit, Vadim | Latenight dinner | $20.00 | EFIH |
| | 9/19/2014 | Levit, Vadim | Latenight dinner | $20.00 | EFIH |
| | 9/21/2014 | Levit, Vadim | Weekend lunch | $14.37 | EFIH |
| | 9/21/2014 | Levit, Vadim | Weekend dinner | $14.50 | EFIH |

| | Date | Name | Description | | Amount | Entity |
|---|---|---|---|---|---|---|
| | 9/17/2014 | Matican, Jeremy M | Latenight dinner | | $20.00 | All |
| | 9/20/2014 | Matican, Jeremy M | Weekend meal at office | | $9.33 | All |
| | 9/2/2014 | Patel, Neal H | Latenight dinner | | $20.00 | EFIH |
| | 9/4/2014 | Patel, Neal H | Latenight dinner | | $20.00 | All |
| | 9/5/2014 | Patel, Neal H | Latenight dinner | | $20.00 | All |
| | 9/8/2014 | Patel, Neal H | Latenight dinner | | $20.00 | EFIH |
| | 9/9/2014 | Patel, Neal H | Latenight dinner | | $20.00 | All |
| | 9/10/2014 | Patel, Neal H | Latenight dinner | | $20.00 | All |
| | 9/11/2014 | Patel, Neal H | Latenight dinner | | $20.00 | EFIH |
| | 9/12/2014 | Patel, Neal H | Latenight dinner | | $20.00 | EFIH |
| | 9/15/2014 | Patel, Neal H | Latenight dinner | | $20.00 | EFIH |
| | 9/17/2014 | Patel, Neal H | Latenight dinner | | $20.00 | EFIH |
| | 9/18/2014 | Patel, Neal H | Latenight dinner | | $20.00 | EFIH |
| | 9/24/2014 | Patel, Neal H | Latenight dinner | | $20.00 | EFIH |
| | 9/25/2014 | Patel, Neal H | Latenight dinner | | $20.00 | All |
| | 9/29/2014 | Patel, Neal H | Latenight dinner | | $20.00 | All |
| | 9/2/2014 | Rao, Aashik A | Latenight dinner | | $20.00 | All |
| | 9/3/2014 | Rao, Aashik A | Latenight dinner | | $20.00 | All |
| | 9/4/2014 | Rao, Aashik A | Latenight dinner | | $20.00 | All |
| | 9/5/2014 | Rao, Aashik A | Latenight dinner | | $20.00 | All |
| | 9/11/2014 | Rao, Aashik A | Latenight dinner | | $20.00 | All |
| | 9/12/2014 | Rao, Aashik A | Latenight dinner | | $20.00 | EFIH |
| | 9/16/2014 | Rao, Aashik A | Latenight dinner | | $20.00 | EFIH |
| | 9/19/2014 | Rao, Aashik A | Latenight dinner | | $20.00 | All |
| | 9/23/2014 | Rao, Aashik A | Latenight dinner | | $20.00 | All |
| | 9/25/2014 | Rao, Aashik A | Latenight dinner | | $20.00 | All |
| | 9/2/2014 | Yi, Bo S | Latenight dinner | | $18.30 | All |
| | 9/3/2014 | Yi, Bo S | Latenight dinner | | $20.00 | All |
| | 9/4/2014 | Yi, Bo S | Latenight dinner | | $15.23 | All |
| | 9/8/2014 | Yi, Bo S | Latenight dinner | | $20.00 | EFH |
| | 9/9/2014 | Yi, Bo S | Latenight dinner | | $20.00 | All |
| | 9/11/2014 | Yi, Bo S | Latenight dinner | | $20.00 | All |
| | 9/15/2014 | Yi, Bo S | Latenight dinner | | $20.00 | All |
| | 9/16/2014 | Yi, Bo S | Latenight dinner | | $18.82 | All |
| | 9/17/2014 | Yi, Bo S | Latenight dinner | | $20.00 | All |
| | 9/18/2014 | Yi, Bo S | Latenight dinner | | $20.00 | All |
| | 9/19/2014 | Yi, Bo S | Latenight dinner | | $20.00 | All |
| | 9/24/2014 | Yi, Bo S | Latenight dinner | | $20.00 | All |
| | 9/25/2014 | Yi, Bo S | Latenight dinner | | $20.00 | All |
| | 9/29/2014 | Yi, Bo S | Latenight dinner | | $20.00 | All |
| | | | | **Sub-Total** | **$1,086.68** | |
| Research | 9/1/2014 | Other | Thomson IBES | | $43.13 | All |
| | 9/1/2014 | Other | Thomson SDC | | $20.74 | All |
| | 9/1/2014 | Other | Thomson SDC | | $22.15 | All |
| | 9/1/2014 | Other | Thomson investext | | $3.21 | All |
| | 9/1/2014 | Other | Thomson investext | | $79.36 | All |
| | 9/1/2014 | Other | Thomson investext | | $84.66 | All |
| | 9/2/2014 | Other | Factset | | $92.79 | All |
| | | | | **Sub-Total** | **$346.04** | |
| Telecom | 9/22/2014 | Yi, Bo S | Internet at hotel | | $14.95 | TCEH |
| | 9/22/2014 | Yi, Bo S | In flight Internet (Dallas trip) | | $15.00 | TCEH |
| | 9/23/2014 | Yi, Bo S | In flight Internet (Dallas trip) | | $22.68 | TCEH |
| | 9/2/2014 | Ying, David Y | In flight Internet (Dallas trip) | | $30.00 | All |
| | | | | **Sub-Total** | **$82.63** | |
| Travel Ground Transport | 9/22/2014 | Chen, Lisa Y | Car from office to NY airport (due diligence meeting) | | $59.67 | TCEH |
| | 9/23/2014 | Chen, Lisa Y | Taxi from NY airport to home | | $49.20 | TCEH |
| | 9/3/2014 | Hiltz, William | Car from NY airport to home | | $56.80 | All |
| | 9/16/2014 | Patel, Neal H | Taxi to Penn Station for Wilmington trip | | $8.90 | All |
| | 9/2/2014 | Raghavan, Sesh | Car from office to NY airport (Dallas trip for client meeting) | | $58.47 | All |
| | 9/3/2014 | Raghavan, Sesh | Car from NY airport to home (Dallas trip for client meeting) | | $58.47 | All |
| | 9/3/2014 | Raghavan, Sesh | Taxi from hotel to EFH's office | | $20.00 | All |
| | 9/22/2014 | Yi, Bo S | Car from office to NY airport | | $77.28 | TCEH |
| | 9/23/2014 | Yi, Bo S | Car from NY airport to home | | $78.92 | TCEH |
| | 9/2/2014 | Ying, David Y | Car from office to NY airport (Dallas trip for client meeting) | | $77.28 | All |
| | 9/2/2014 | Ying, David Y | Car service from Dallas airport to hotel | | $109.05 | All |
| | 9/3/2014 | Ying, David Y | Car service from client meeting to Dallas airport | | $109.05 | All |
| | 9/16/2014 | Ying, David Y | Car from home to NY Penn Station (Wilmington trip for court hearing) | | $42.32 | All |
| | 9/16/2014 | Ying, David Y | Car from NY Penn Station to home (Wilmington trip for court hearing) | | $47.90 | All |
| | | | | **Sub-Total** | **$853.31** | |

| Category | Date | Name | Description | | Amount | Entity |
|---|---|---|---|---|---|---|
| Travel Lodging | 9/22/2014 | Chen, Lisa Y | Hotel stay in Dallas for due diligence meeting | | $194.79 | TCEH |
| | 9/2/2014 | Hiltz, William | Hotel night in Dallas for client meeting | | $225.00 | All |
| | 9/2/2014 | Raghavan, Sesh | Hotel night in Dallas for client meeting | | $225.00 | All |
| | 9/22/2014 | Yi, Bo S | Hotel stay in Dallas for due diligence meeting | | $225.00 | TCEH |
| | 9/23/2014 | Yi, Bo S | Tip to hotel bellhop | | $2.00 | TCEH |
| | 9/2/2014 | Ying, David Y | Hotel night in Dallas for client meeting | | $225.00 | All |
| | | | | **Sub-Total** | **$1,096.79** | |
| Travel Meals | 9/22/2014 | Chen, Lisa Y | Travel lunch (Dallas trip) | | $12.38 | TCEH |
| | 9/22/2014 | Chen, Lisa Y | Travel dinner (Dallas trip) | | $30.86 | TCEH |
| | 9/23/2014 | Chen, Lisa Y | Travel meal (Dallas trip) | | $7.00 | TCEH |
| | 9/23/2014 | Chen, Lisa Y | Travel meal (Dallas trip) | | $8.99 | TCEH |
| | 9/2/2014 | Hiltz, William | Travel dinner (Dallas trip) | | $40.00 | All |
| | 9/3/2014 | Hiltz, William | Travel breakfast (Dallas trip) | | $40.00 | All |
| | 9/2/2014 | Raghavan, Sesh | Travel lunch (Dallas trip) | | $7.00 | All |
| | 9/2/2014 | Raghavan, Sesh | Travel dinner (Dallas trip) | | $40.00 | All |
| | 9/3/2014 | Raghavan, Sesh | Travel dinner (Dallas trip) | | $18.80 | All |
| | 9/22/2014 | Yi, Bo S | Travel meal at airport (Dallas trip) | | $11.85 | TCEH |
| | 9/22/2014 | Yi, Bo S | Travel dinner (Dallas trip) | | $28.00 | TCEH |
| | 9/24/2014 | Yi, Bo S | Travel breakfast | | $38.49 | All |
| | 9/2/2014 | Ying, David Y | Travel dinner (Dallas trip) | | $40.00 | All |
| | 9/3/2014 | Ying, David Y | Travel breakfast (Dallas trip) | | $37.00 | All |
| | | | | **Sub-Total** | **$360.37** | |
| | | | | **Total** | **$93,143.02** | |