# **EXHIBIT A-1**

**Legal Expenses of Evercore**

# Debevoise & Plimpton LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com

November 25, 2014

Invoice No. : 1319622

Client Matter: 23172.1026

Evercore Partners
55 East 52nd Street
New York, NY  10055
Attn: Adam B. Frankel

FOR PROFESSIONAL SERVICES AND ADVICE rendered during the period from September 1, 2014 through September 30, 2014 in connection with EFH advice.

| | |
|---|---|
| Total Fees ................................................................................................................... | $64,184.00 |
| Document Preparation, Communication, Other Charges and Disbursements ....... | $13,480.50 |
| Total........................................................................................................................... | $77,664.50 |

*Payment due Upon Receipt*
*Payment May Be Made By Wire Transfer to*
*Account # 4919-9225 at Citibank, N.A., New York, N.Y.*
*ABA # 021000089*
*SWIFT: CITIUS33*
*Tax Identification Number 13 -5537279*

1000419765v1

*Schedule of Charges and Disbursements*
*Related to Statement for Legal Services*
*September 1, 2014 through September 30, 2014*

Charges:

| | | |
|---|---|---|
| Word Processing and other document preparation charges | 12,833.05 | |
| Sub-total for Charges: | | $12,833.05 |

Disbursements:

| | | |
|---|---|---|
| Overtime expenses | 262.45 | |
| Lawyer travel | 385.00 | |
| Sub-total for Disbursements: | | $647.45 |
| **Total For Charges and Disbursements:** | | **13,480.50** |

1000419765v1

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 09/02/14 | Reilly, Wendy B. | 0.40 | Emails to & from D. Alexander, D. Wood re: retention stipulation (.1), TCW D. Alexander re: retention stipulation (.3) |
| 09/03/14 | Wiles, Michael E. | 0.20 | Cnf. Derek Alexander re additional parties to search for conflicts purposes (.2). |
| 09/03/14 | Reilly, Wendy B. | 0.70 | Review retention stipulation (.2), emails to & from D. Alexander, J. Matican re: retention stipulation & draft declaration (.2), review draft supplemental D. Ying declaration (.1), review revised draft retention order (.1), TCW D. Alexander re: draft declaration (.1) |
| 09/03/14 | Alexander, Derek P. | 3.50 | Review new conflicts list (0.8), discuss related disclosures with client (1.2), review other professionals' disclosures for drafting Evercore's conflicts (0.3), discuss conflicts list content with Debtors' counsel (1.2). |
| 09/04/14 | Alexander, Derek P. | 4.60 | Review potential UCC objection (0.9), discuss same with client (1.3), correspondence with Reilly re same (0.4), correspondence with client re same (0.7), review related stipulation for implications to same (0.5), case research re same (0.8). |
| 09/04/14 | Reilly, Wendy B. | 0.10 | Emails to & from D. Alexander, J. Matican re: retention application/stipulation (.1) |
| 09/05/14 | Alexander, Derek P. | 3.10 | Discuss potential objection with client (0.9), case research re same (0.3), discuss same with debtors' counsel (0.5), discuss same with UCC counsel (0.6), correspondence with client re UCC discussion re same (0.8). |
| 09/05/14 | Reilly, Wendy B. | 1.00 | TCSW D. Alexander re: retention application (.4), TCW D. Alexander, S. Goldstein, J. Matican re: retention application (.3), emails to & from D. Alexander, J. Matican, S. Goldstein re: retention application (.3) |
| 09/08/14 | Reilly, Wendy B. | 0.60 | TCW D. Alexander, S. Goldstein, J. Matican re: retention application (.3), TCW D. Alexander re: retention application (.3) |
| 09/08/14 | Alexander, Derek P. | 2.70 | Correspondence with client re UCC informal comments (0.8), drafting order modifications reflecting same (0.7), correspondence with UCC re same (0.6), correspondence with debtors re same (0.6). |
| 09/09/14 | Alexander, Derek P. | 4.90 | Reviewing UST comments on retention (0.5), research in preparation for response to same (1.3), drafting initial response to same (0.7), correspondence with client re same (0.6), call with client to obtain information in support of response to same (0.9), vm to UST re same (0.1), reviewing materials sent by client as supporting information for response to same (0.5), drafting potential revisions to order in response to same (0.3). |

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 09/09/14 | Reilly, Wendy B. | 0.20 | Emails from D. Alexander, C. Husnick re: retention application (.1), TCW D. Alexander re: retention application (.1) |
| 09/10/14 | Reilly, Wendy B. | 0.30 | TCW D. Alexander re: retention application (.2), emails to & from D. Alexander, D. Ying re: supplemental declaration & retention application (.1) |
| 09/10/14 | Alexander, Derek P. | 4.60 | Correspondence with UST re informal comments (0.4), initial call with UST re same (0.3), preparatory call with client in preparation for subsequent call with UST (1.0), follow up call with UST re informal comments (0.9), follow up correspondence with debtors re same (0.6), drafting responsive changes to order re same (0.7), follow up correspondence with UST re same (0.7). |
| 09/11/14 | Alexander, Derek P. | 4.20 | Drafting of supplemental declaration in response to UST comments (1.1), correspondence with debtors in support of same (0.6), First group of related correspondence with UST re changes to order in response to informal comments (0.4), correspondence with client re same (0.6), revisions to order in further response to same (0.7), second group of related correspondence with UST re changes in order in response to informal comments (0.5), further correspondence with client re same (0.3). |
| 09/11/14 | Reilly, Wendy B. | 0.10 | Emails to & from D. Alexander, D. Ying re: retention application & supplemental declaration (.1) |
| 09/12/14 | Alexander, Derek P. | 1.10 | Follow up correspondence with debtors re resolution of retention issues for Evercore (0.4), correspondence with client re same (0.3), call with client re same (0.4). |
| 09/12/14 | Reilly, Wendy B. | 0.10 | Emails to & from D. Alexander (.1) |
| 09/13/14 | Alexander, Derek P. | 2.70 | Review of UST objection to stip for issues bearing on Evercore retention (1.3), correspondence with client re same (0.6), correspondence with debtors re status of retention hearing (0.8). |
| 09/15/14 | Reilly, Wendy B. | 0.20 | Emails from D. Alexander re: retention application (.1), TCW D. Alexander re: retention application & hearing (.1) |
| 09/15/14 | Alexander, Derek P. | 4.70 | Preparation research for retention hearing (1.2), preparation of materials for retention hearing (0.9), correspondence with Debtors re filing of updated retention materials (1.9), correspondence with client re same (0.7). |
| 09/16/14 | Alexander, Derek P. | 7.00 | Preparation of materials for retention hearing (1.7), travel to/from retention hearing (1.8), attend retention hearing for Evercore (2.6), follow up conversations with UST and Fee Cte aty re same (0.4), follow up conversations with client re same (0.5). |
| 09/16/14 | Reilly, Wendy B. | 0.20 | Emails to & from D. Alexander re: retention hearing (.1), TCW D. Alexander re: retention hearing (.1) |

1000419765v1

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 09/23/14 | Alexander, Derek P. | 1.10 | Correspondence to Reilly re background to bidding-related discovery request (0.7), correspondence with client re same (0.4). |
| 09/23/14 | Reilly, Wendy B. | 1.80 | Emails to & from D. Alexander, B. O'Connor, Brown Rudnick, Evercore re: new discovery requests (1.3), review Committee discovery requests (.2), review Ad Hoc Group discovery requests (.2), TCW D. Alexander re: discovery requests (.1) |
| 09/24/14 | Reilly, Wendy B. | 1.70 | Review Brown Rudnick subpoena (.1), TCW M. Barack, K. Masotti (.2), review draft letter from Kirkland re: discovery (.2), emails to & from D. Alexander, M. Barack, K. Masotti, J. Matican, B. O'Connor re: discovery (.8), TCW D. Alexander, Kirkland re: discovery (.4) |
| 09/24/14 | Alexander, Derek P. | 0.90 | Participate in fee call with Debtor's rep on fee cte (0.9). |
| 09/24/14 | Alexander, Derek P. | 0.70 | Correspondence with client re internal preparation for Hiltz deposition re bidding proc (0.7). |
| 09/25/14 | Reilly, Wendy B. | 1.70 | Emails to & from M. Barack, K. Masotti, D. Alexander, P. Chen, B. O'Connor, W. Pruitt, Global Relay re: document discovery (1.5), review letter from Kirkland re: document discovery (.2) |
| 09/26/14 | Gulizia, Adria S. | 1.90 | Meet with P. Chen and W. Reilly re. bidding process document production requests. (1.0) Discuss work plan with W. Reilly, P. Chen, and J. Rappacciuolo (0.9) |
| 09/26/14 | Rapacciuolo, John S. | 2.40 | Coordinate preparation of documents for review, train users on document review platform. |
| 09/26/14 | Jiang, Kevin | 2.50 | Prepare the document collection for legal team review (2.5). |
| 09/26/14 | Chen, Peter | 6.60 | Review documents in response to document request (6.2), meeting with W. Reilly and A. Gulizia (0.4) |
| 09/26/14 | Reilly, Wendy B. | 3.60 | Emails to & from D. Alexander, P. Chen, A. Gulizia, W. Pruitt, Global Relay, M. Barack, K. Masotti, J. Matican re: document discovery (1.8), TCW J. Rapacciuolo re: processing of new documents (.1), TCW D. Alexander re: document review (.1), TCW D. Alexander, P. Chen re: document review (.2), mtg. w/ P. Chen, A. Gulizia re: document review (.8), TCSW J. Matican re: document discovery & review (.2), TCW J. Matican, W. Pruitt re: document discovery & review (.2), TCW P. Chen, A. Gulizia re: document review (.2) |
| 09/27/14 | Chen, Peter | 2.40 | Review documents in response to document request (2.4). |
| 09/27/14 | Reilly, Wendy B. | 0.60 | Emails to & from D. Alexander, P. Chen, A. Gulizia, J. Rapacciuolo, K. Masotti, M. Barack, J. Matican, B. O'Connor, W. Pruitt, Global Relay re: document review & production (.4), review documents for document production (.2) |

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 09/27/14 | Gulizia, Adria S. | 6.50 | Review documents in response to bidding discovery request (6.5). |
| 09/28/14 | Rapacciuolo, John S. | 1.70 | Preparation of Evercore email documents for production to Kirkland (1.7). |
| 09/28/14 | Reilly, Wendy B. | 1.20 | Emails to & from D. Alexander, P. Chen, A. Gulizia, J. Rapacciuolo, K. Masotti, M. Barack, J. Matican, B. O'Connor, W. Pruitt re: document review & production (.4), review documents (.8) |
| 09/29/14 | Reilly, Wendy B. | 0.80 | Emails to & from D. Alexander, P. Chen, A. Gulizia, J. Rappaciuolo, K. Masotti, M. Barack, J. Matican, W. Pruitt, B. O'Connor, Global Relay re: document discovery (.8) |
| 09/29/14 | Gulizia, Adria S. | 0.30 | Email correspondence with W. Reilly, P. Chen and J. Rapacciuolo re discovery (0.3). |
| 09/29/14 | Gulizia, Adria S. | 0.30 | Review emails for discovery request (0.3). |
| 09/29/14 | Rapacciuolo, John S. | 1.50 | Preparation of Evercore email documents for review (1.1), manage vendor and analysts (0.4). |
| 09/30/14 | Rapacciuolo, John S. | 1.20 | Preparation of Evercore email documents for review (1.2). |
| 09/30/14 | Reilly, Wendy B. | 2.00 | Emails to & from D. Alexander, K. Masotti, M. Barack, J. Matican, Global Relay, W. Pruitt, B. O'Connor re: document discovery (1.5), review letters from B. O'Connor & C. Kerr re: discovery (.2), TCSW J. Matican re: discovery (.2), TCSW W. Pruitt re: document discovery (.1) |
| | Hours: | 90.60 | |

1000419765v1

**Timekeeper Summary**

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| MICHAEL E. WILES | 0.20 | 1,190.00 | 238.00 |
| Total For PARTNER | 0.20 | | 238.00 |
| WENDY B. REILLY | 17.30 | 890.00 | 15,397.00 |
| Total For COUNSEL | 17.30 | | 15,397.00 |
| DEREK P. ALEXANDER | 45.80 | 780.00 | 35,724.00 |
| PETER CHEN | 9.00 | 555.00 | 4,995.00 |
| ADRIA S. GULIZIA | 9.00 | 555.00 | 4,995.00 |
| Total For ASSOCIATE | 63.80 | | 45,714.00 |
| KEVIN JIANG | 2.50 | 250.00 | 625.00 |
| JOHN S. RAPACCIUOLO | 6.80 | 325.00 | 2,210.00 |
| Total For DISC / DATA MGT | 9.30 | | 2,835.00 |
| MATTER TOTALS | 90.60 | | 64,184.00 |