# EXHIBIT A

**Detailed Description of Expenses**

| Expense Category | Date | Professional | Expense Description | Total Expense | Allocation |
|---|---|---|---|---|---|
| Air/Rail Travel | 10/29/2014 | Altman, Roger C | Flight from NY to Dallas for board meetings (roundtrip) | $1,715.42 | All |
| | 10/16/2014 | Goldstein, Stephen R | Amtrak credit for lower fare upon reservation change | ($21.00) | All |
| | 10/16/2014 | Goldstein, Stephen R | Amtrak credit for lower fare upon reservation change | ($20.00) | All |
| | 10/16/2014 | Goldstein, Stephen R | Travel agent fee (Wilmington trip for court hearing) | $50.00 | All |
| | 10/16/2014 | Goldstein, Stephen R | Amtrak ticket from NY to Wilmington for court hearing (round trip) | $306.00 | All |
| | 10/17/2014 | Goldstein, Stephen R | Additional Amtrak fare due to changed reservation | $20.00 | All |
| | 10/20/2014 | Goldstein, Stephen R | Travel agent fee (Wilmington trip for court hearing) | $50.00 | All |
| | 10/20/2014 | Goldstein, Stephen R | Amtrak ticket from Stamford, CT to Wilmington for court hearing (one way) | $179.90 | All |
| | 10/20/2014 | Goldstein, Stephen R | Additional Amtrak fare due to changed reservation | $21.00 | All |
| | 10/21/2014 | Goldstein, Stephen R | Amtrak ticket from Wilmington to Stamford, CT for court hearing (one way) | $200.00 | All |
| | 10/16/2014 | Hiltz, William | Travel agent fee (Wilmington trip for court hearing) | $50.00 | All |
| | 10/16/2014 | Hiltz, William | Amtrak ticket from NY to Wilmington for court hearing (round trip) | $338.00 | All |
| | 10/17/2014 | Hiltz, William | Amtrak credit for lower fare upon reservation change | ($13.00) | All |
| | 10/17/2014 | Hiltz, William | Additional Amtrak fare due to changed reservation | $38.00 | All |
| | 10/20/2014 | Hiltz, William | Travel agent fee (Wilmington trip for court hearing) | $50.00 | All |
| | 10/20/2014 | Hiltz, William | Amtrak ticket from NY to Wilmington for court hearing (round trip) | $358.00 | All |
| | 10/8/2014 | Matican, Jeremy M | Travel agent fee (Wilmington trip for court hearing) | $50.00 | All |
| | 10/8/2014 | Matican, Jeremy M | Amtrak ticket from NY to Wilmington for court hearing (round trip) | $358.00 | All |
| | 10/16/2014 | Raghavan, Sesh | Amtrak credit for lower fare upon reservation change | ($20.00) | All |
| | 10/16/2014 | Raghavan, Sesh | Amtrak credit for lower fare upon reservation change | ($13.00) | All |
| | 10/16/2014 | Raghavan, Sesh | Travel agent fee (Wilmington trip for court hearing) | $50.00 | All |
| | 10/16/2014 | Raghavan, Sesh | Amtrak ticket from NY to Wilmington for court hearing (round trip) | $358.00 | All |
| | 10/20/2014 | Raghavan, Sesh | Travel agent fee (Wilmington trip for court hearing) | $50.00 | All |
| | 10/20/2014 | Raghavan, Sesh | Amtrak ticket from NY to Wilmington for court hearing (round trip) | $358.00 | All |
| | 10/16/2014 | Yi, Bo S | Travel agent fee (Wilmington trip for court hearing) | $50.00 | All |
| | 10/16/2014 | Yi, Bo S | Amtrak ticket from NY to Wilmington for court hearing (round trip) | $338.00 | All |
| | 10/20/2014 | Ying, David Y | Travel agent fee (Wilmington trip for court hearing) | $50.00 | All |
| | 10/20/2014 | Ying, David Y | Amtrak ticket from NY to Wilmington for court hearing (round trip) | $358.00 | All |
| | 10/29/2014 | Ying, David Y | Travel agent fee (Dallas trip for Board meetings) | $50.00 | All |
| | 10/29/2014 | Ying, David Y | Flight from NY to Dallas for board meetings (one way) | $857.71 | All |
| | 10/30/2014 | Ying, David Y | Flight from Dallas to NY for board meetings (one way) | $857.71 | All |
| | | | **Sub-Total** | **$7,073.84** | |
| | | | | | |
| Legal / Professional Fees | 10/15/2014 | Other | Walter Weir & Partners (local counsel) (Sept. 2014) | $1,722.10 | All |
| | 11/25/2014 | Other | Debevoise Invoice (October 2014) | $34,869.05 | All |
| | | | **Sub-Total** | **$36,591.15** | |
| | | | | | |
| Local Ground Transport | 10/2/2014 | Chen, Lisa Y | Latenight taxi | $23.90 | All |
| | 10/3/2014 | Chen, Lisa Y | Latenight taxi | $23.40 | All |
| | 10/6/2014 | Chen, Lisa Y | Latenight taxi | $25.10 | All |
| | 10/12/2014 | Chen, Lisa Y | Weekend taxi | $22.20 | EFIH |
| | 10/12/2014 | Chen, Lisa Y | Weekend taxi | $23.90 | EFIH |
| | 10/21/2014 | Chen, Lisa Y | Latenight taxi | $21.00 | All |
| | 10/23/2014 | Chen, Lisa Y | Latenight taxi | $24.00 | All |
| | 10/1/2014 | Goldstein, Stephen R | Taxi from UCC meeting | $11.00 | TCEH |
| | 10/1/2014 | Goldstein, Stephen R | Taxi to UCC meeting | $16.70 | TCEH |
| | 10/3/2014 | Levit, Vadim | Weeknight taxi | $13.10 | All |
| | 10/1/2014 | Matican, Jeremy M | Latenight taxi | $12.00 | TCEH |
| | 10/7/2014 | Matican, Jeremy M | Latenight taxi | $9.50 | EFH |
| | 10/10/2014 | Matican, Jeremy M | Latenight taxi | $6.50 | All |
| | 10/3/2014 | Patel, Neal H | Latenight taxi | $7.20 | All |
| | 10/7/2014 | Patel, Neal H | Latenight taxi | $16.70 | All |
| | 10/15/2014 | Ying, David Y | Taxi to meeting | $7.70 | TCEH |
| | | | **Sub-Total** | **$263.90** | |
| | | | | | |
| Meals | 10/1/2014 | Chen, Lisa Y | Latenight dinner | $20.00 | All |
| | 10/2/2014 | Chen, Lisa Y | Latenight dinner | $20.00 | All |
| | 10/3/2014 | Chen, Lisa Y | Latenight dinner | $20.00 | All |
| | 10/6/2014 | Chen, Lisa Y | Latenight dinner | $20.00 | All |
| | 10/7/2014 | Chen, Lisa Y | Latenight dinner | $20.00 | All |
| | 10/8/2014 | Chen, Lisa Y | Latenight dinner | $20.00 | All |
| | 10/9/2014 | Chen, Lisa Y | Latenight dinner | $20.00 | All |
| | 10/13/2014 | Chen, Lisa Y | Latenight dinner | $20.00 | All |
| | 10/14/2014 | Chen, Lisa Y | Latenight dinner | $20.00 | All |
| | 10/15/2014 | Chen, Lisa Y | Latenight dinner | $20.00 | All |
| | 10/16/2014 | Chen, Lisa Y | Latenight dinner | $19.87 | All |
| | 10/20/2014 | Chen, Lisa Y | Latenight dinner | $20.00 | All |
| | 10/23/2014 | Chen, Lisa Y | Latenight dinner | $20.00 | All |
| | 10/22/2014 | Levit, Vadim | Latenight dinner | $20.00 | All |
| | 10/23/2014 | Levit, Vadim | Latenight dinner | $20.00 | All |
| | 10/24/2014 | Levit, Vadim | Latenight dinner | $20.00 | All |
| | 10/1/2014 | Patel, Neal H | Latenight dinner | $20.00 | TCEH |
| | 10/2/2014 | Patel, Neal H | Latenight dinner | $20.00 | EFIH |
| | 10/6/2014 | Patel, Neal H | Latenight dinner | $20.00 | All |

| | Date | Person | Description | Amount | Debtor |
|---|---|---|---|---|---|
| | 10/7/2014 | Patel, Neal H | Latenight dinner | $20.00 | All |
| | 10/8/2014 | Patel, Neal H | Latenight dinner | $20.00 | All |
| | 10/9/2014 | Patel, Neal H | Latenight dinner | $20.00 | All |
| | 10/10/2014 | Patel, Neal H | Latenight dinner | $20.00 | All |
| | 10/13/2014 | Patel, Neal H | Latenight dinner | $20.00 | All |
| | 10/14/2014 | Patel, Neal H | Latenight dinner | $20.00 | All |
| | 10/15/2014 | Patel, Neal H | Latenight dinner | $20.00 | All |
| | 10/16/2014 | Patel, Neal H | Latenight dinner | $20.00 | EFIH |
| | 10/17/2014 | Patel, Neal H | Latenight dinner | $20.00 | All |
| | 10/20/2014 | Patel, Neal H | Latenight dinner | $20.00 | All |
| | 10/22/2014 | Patel, Neal H | Latenight dinner | $20.00 | All |
| | 10/3/2014 | Rao, Aashik A | Latenight dinner | $20.00 | All |
| | 10/6/2014 | Rao, Aashik A | Latenight dinner | $20.00 | EFIH |
| | 10/7/2014 | Rao, Aashik A | Latenight dinner | $20.00 | All |
| | 10/5/2014 | Yi, Bo S | Weekend meal | $20.00 | All |
| | 10/6/2014 | Yi, Bo S | Latenight dinner | $20.00 | All |
| | 10/8/2014 | Yi, Bo S | Latenight dinner | $20.00 | All |
| | 10/9/2014 | Yi, Bo S | Latenight dinner | $20.00 | All |
| | 10/10/2014 | Yi, Bo S | Latenight dinner | $20.00 | All |
| | 10/13/2014 | Yi, Bo S | Latenight dinner | $20.00 | All |
| | 10/14/2014 | Yi, Bo S | Latenight dinner | $20.00 | All |
| | 10/15/2014 | Yi, Bo S | Latenight dinner | $20.00 | All |
| | 10/22/2014 | Yi, Bo S | Latenight dinner | $20.00 | All |
| | | | **Sub-Total** | **$839.87** | |
| Telecom | 10/16/2014 | Goldstein, Stephen R | Internet access at hotel in Wilmington | $12.95 | All |
| | 10/29/2014 | Ying, David Y | Internet access on flight (Dallas trip) | $15.00 | All |
| | | | **Sub-Total** | **$27.95** | |
| Travel Ground Transport | 10/16/2014 | Goldstein, Stephen R | Taxi from Wilmington train station to hotel | $10.00 | All |
| | 10/16/2014 | Goldstein, Stephen R | Taxi to Penn Station for Wilmington trip | $13.12 | All |
| | 10/20/2014 | Goldstein, Stephen R | Cab from Wilmington train station to Bankruptcy Court | $9.00 | All |
| | 10/20/2014 | Goldstein, Stephen R | Cab from Bankruptcy Court to Wilmington train station | $9.00 | All |
| | 10/16/2014 | Hiltz, William | Car from home to NY Penn Station for Wilmington trip | $47.90 | All |
| | 10/17/2014 | Hiltz, William | Taxi from hotel to train station (Wilmington trip) | $10.00 | All |
| | 10/17/2014 | Hiltz, William | Taxi from NY Penn Station to office (Wilmington trip) | $18.00 | All |
| | 10/20/2014 | Hiltz, William | Car from home to NY Penn Station for Wilmington trip | $47.90 | All |
| | 10/8/2014 | Matican, Jeremy M | Taxi Wilmington trip (court hearing) | $9.00 | All |
| | 10/8/2014 | Matican, Jeremy M | Taxi Wilmington trip (court hearing) | $9.00 | All |
| | 10/8/2014 | Matican, Jeremy M | Taxi from Penn Station to home (Wilmington trip) | $17.40 | All |
| | 10/16/2014 | Matican, Jeremy M | Car from home to NY Penn Station for Wilmington trip | $48.00 | All |
| | 10/20/2014 | Matican, Jeremy M | Car from home to NY Penn Station for Wilmington trip | $47.90 | All |
| | 10/16/2014 | Raghavan, Sesh | Taxi from home to Penn Station (Wilmington trip) | $10.90 | All |
| | 10/16/2014 | Raghavan, Sesh | Taxi from Wilmington train station to hotel | $12.00 | All |
| | 10/20/2014 | Raghavan, Sesh | Taxi from law office to Wilmington train station | $10.00 | All |
| | 10/20/2014 | Raghavan, Sesh | Taxi from home to Penn Station (Wilmington trip) | $11.75 | All |
| | 10/8/2014 | Rao, Aashik A | Latenight car from office to home | $67.65 | All |
| | 9/22/2014 | Yi, Bo S | Car Service from Dallas airport to hotel | $103.75 | All |
| | 9/23/2014 | Yi, Bo S | Car Service from EFH office to Dallas airport | $103.75 | All |
| | 10/16/2014 | Yi, Bo S | Taxi from home to Penn Station (Wilmington trip) | $10.90 | All |
| | 10/16/2014 | Yi, Bo S | Taxi from Wilmington train statin to hotel | $11.00 | All |
| | 10/17/2014 | Yi, Bo S | Subway Penn Station to home (Wilmington trip) | $2.50 | All |
| | 10/17/2014 | Yi, Bo S | Taxi from hotel to train station (Wilmington trip) | $12.00 | All |
| | 10/20/2014 | Yi, Bo S | Taxi from home to Penn Station (Wilmington trip) | $11.85 | All |
| | 10/20/2014 | Yi, Bo S | Taxi from restaurant to hotel (Wilmington trip) | $12.00 | All |
| | 10/20/2014 | Yi, Bo S | Taxi from train station to hotel (Wilmington trip) | $12.00 | All |
| | 10/21/2014 | Yi, Bo S | Subway from Penn Station to home (Wilmington trip) | $2.50 | All |
| | 10/21/2014 | Yi, Bo S | Taxi from hotel to train station (Wilmington trip) | $12.00 | All |
| | 10/16/2014 | Ying, David Y | Car from home to NY Penn Station for Wilmington trip | $44.55 | All |
| | 10/17/2014 | Ying, David Y | Car from NY Penn Station to hom (Wilmington trip) | $48.00 | All |
| | 10/20/2014 | Ying, David Y | Taxi from train station to hotel (Wilmington trip) | $12.00 | All |
| | 10/20/2014 | Ying, David Y | Taxi from home to NY Penn Station (Wilmington trip) | $16.80 | All |
| | 10/21/2014 | Ying, David Y | Taxi from hotel to train station (Wilmington trip) | $12.00 | All |
| | 10/21/2014 | Ying, David Y | Car from NY Penn Station to hom (Wilmington trip) | $46.78 | All |
| | 10/29/2014 | Ying, David Y | Taxi from hotel to BOD meeting | $12.00 | All |
| | 10/30/2014 | Ying, David Y | Taxi from hotel to BOD meeting | $12.00 | All |
| | | | **Sub-Total** | **$906.90** | |
| Travel Lodging | 10/16/2014 | Goldstein, Stephen R | Hotel night in Wilmington for court hearing | $284.90 | All |
| | 10/20/2014 | Goldstein, Stephen R | Hotel night in Wilmington for court hearing | $300.00 | All |
| | 10/16/2014 | Raghavan, Sesh | Tip to bell hop | $2.00 | All |
| | 10/16/2014 | Raghavan, Sesh | Hotel night in Wilmington for court hearing | $284.90 | All |
| | 10/17/2014 | Raghavan, Sesh | Tip to maid | $2.50 | All |
| | 10/16/2014 | Yi, Bo S | Hotel night in Wilmington for court hearing | $167.31 | All |
| | 10/17/2014 | Yi, Bo S | Tip to maid | $2.00 | All |
| | 10/17/2014 | Yi, Bo S | Tip to bell hop | $2.50 | All |
| | 10/21/2014 | Yi, Bo S | Tip to maid | $2.00 | All |

| | | | | | |
|---|---|---|---|---|---|
| | 10/16/2014 | Ying, David Y | Hotel night tax in Wilmington for court hearing | $25.90 | All |
| | 10/16/2014 | Ying, David Y | Hotel night room rate in Wilmington for court hearing | $259.00 | All |
| | 10/20/2014 | Ying, David Y | Hotel night tax in Wilmington for court hearing | $25.90 | All |
| | 10/20/2014 | Ying, David Y | Hotel night room rate in Wilmington for court hearing | $259.00 | All |
| | 10/29/2014 | Ying, David Y | Hotel night in Dallas for board meetings | $225.00 | All |
| | | | **Sub-Total** | **$1,842.91** | |
| Travel Meals | 10/16/2014 | Hiltz, William | Travel dinner (Wilmington trip) | $40.00 | All |
| | 9/16/2014 | Matican, Jeremy M | Travel breakfast (Wilmington trip) | $4.75 | TCEH |
| | 10/8/2014 | Matican, Jeremy M | Travel breakfast (Wilmington trip) | $4.95 | All |
| | 10/8/2014 | Matican, Jeremy M | Travel lunch (Wilmington trip) | $13.27 | All |
| | 10/16/2014 | Matican, Jeremy M | Travel dinner (Wilmington trip) | $40.00 | All |
| | 10/16/2014 | Raghavan, Sesh | Travel breakfast (Wilmington trip) | $6.50 | All |
| | 10/20/2014 | Raghavan, Sesh | Travel breakfast (Wilmington trip) | $5.25 | All |
| | 10/20/2014 | Raghavan, Sesh | Travel dinner (Wilmington trip) | $6.50 | All |
| | 10/16/2014 | Yi, Bo S | Travel breakfast (Wilmington trip) | $7.88 | All |
| | 10/16/2014 | Yi, Bo S | Travel dinner (Wilmington trip) | $40.00 | All |
| | 10/17/2014 | Yi, Bo S | Travel breakfast (Wilmington trip) | $19.00 | All |
| | 10/16/2014 | Ying, David Y | Travel dinner (Wilmington trip) | $40.00 | All |
| | 10/17/2014 | Ying, David Y | Travel breakfast (Wilmington trip) | $29.00 | All |
| | 10/21/2014 | Ying, David Y | Travel breakfast (Wilmington trip) | $29.00 | All |
| | 10/29/2014 | Ying, David Y | Travel lunch (Dallas trip for Board meetings) | $37.00 | All |
| | 10/30/2014 | Ying, David Y | Travel breakfast (Dallas trip for Board meetings) | $40.00 | All |
| | | | **Sub-Total** | **$363.10** | |
| | | | **Total** | **$47,909.62** | |