# **EXHIBIT A-1**

**Legal Expenses of Evercore**

# Debevoise & Plimpton LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com

November 25, 2014

Invoice No. : 1319623

Client Matter: 23172.1026

Evercore Partners
55 East 52nd Street
New York, NY  10055
Attn: Adam B. Frankel

FOR PROFESSIONAL SERVICES AND ADVICE rendered during the period from October 1, 2014 through October 31, 2014 in connection with EFH advice.

| | |
|---|---|
| Total Fees ............................................................................................................... | $34,764.00 |
| Document Preparation, Communication, Other Charges and Disbursements ....... | $105.05 |
| Total........................................................................................................................ | $34,869.05 |

*Payment due Upon Receipt*
*Payment May Be Made By Wire Transfer to*
*Account # 4919-9225 at Citibank, N.A., New York, N.Y.*
*ABA # 021000089*
*SWIFT: CITIUS33*
*Tax Identification  Number 13 -5537279*

1000419770v1

*Schedule of Charges and Disbursements*
*Related to Statement for Legal Services*
*<u>October 1, 2014 through October 31, 2014</u>*

Disbursements:

| | |
|---|---|
| Overtime expenses | 105.05 |
| Sub-total for Disbursements: | $105.05 |
| **Total For Charges and Disbursements:** | **<u>105.05</u>** |

1000419770v1

| Date | Timekeeper | Hours | Narrative |
| --- | --- | --- | --- |
| 10/01/14 | Chen, Peter | 3.30 | Review documents in response to document requests (3.3). |
| 10/01/14 | Rapacciuolo, John S. | 0.60 | Preparation of Evercore email documents for review (0.6). |
| 10/01/14 | Gulizia, Adria S. | 3.30 | Review documents in response to discovery request (3.3). |
| 10/01/14 | Reilly, Wendy B. | 0.50 | TCW W. Pruitt re: document discovery (.1), emails to & from D. Alexander, P. Chen, A. Gulizia, J. Rapacciuolo, W. Pruitt re: document discovery (.4) |
| 10/02/14 | Reilly, Wendy B. | 0.70 | Emails to & from D. Alexander, P. Chen, A. Gulizia, J. Rapacciuolo, W. Pruitt re: document discovery (.7) |
| 10/02/14 | Chen, Peter | 3.90 | Review documents in response to document requests (3.9). |
| 10/02/14 | Gulizia, Adria S. | 2.60 | Reviewing documents in response to discovery request (2.6). |
| 10/02/14 | Gulizia, Adria S. | 0.30 | Email P. Chen and W. Reilly re. document review (0.3). |
| 10/02/14 | Rapacciuolo, John S. | 1.80 | Preparation of Evercore email documents for review and production to Kirkland (1.8). |
| 10/03/14 | Rapacciuolo, John S. | 1.20 | Preparation of Evercore email documents for review and production to Kirkland (1.2). |
| 10/03/14 | Slobodkin, Yury G. | 1.50 | Prepare documents to be sent to Kirkland (1.5). |
| 10/03/14 | Reilly, Wendy B. | 0.20 | Emails to & from D. Alexander, P. Chen, A. Gulizia, J. Rapacciuolo, W. Pruitt re: document discovery (.2) |
| 10/03/14 | Alexander, Derek P. | 1.70 | Prepare for (0.3) and attend (0.9) call with Fee Committee on fee standards, follow up call with Evercore team re same (0.5). |
| 10/03/14 | Alexander, Derek P. | 0.70 | Correspondence with Reilly re Hiltz discovery effort as it pertains to Evercore confidences (0.7). |
| 10/06/14 | Reilly, Wendy B. | 2.60 | TCSW W. Pruitt re: document discovery (.4), emails to & from D. Alexander, A. Gulizia, P. Chen, J. Rapacciuolo, M. Barack, J. Matican, W. Pruitt re: document discovery (1.3), TCW J. Matican re: document discovery (.2), TCW M. Barack, J. Matican re: document discovery (.3), TCW D. Alexander re: document discovery (.3), TCW J. Rapacciuolo re: document discovery (.1). |
| 10/06/14 | Rapacciuolo, John S. | 2.50 | Collect electronically stored information from Evercore (1.2), facilitate secure transmission of files from Evercore and to Kirkland (1.3). |
| 10/07/14 | Gulizia, Adria S. | 0.70 | Review documents in response to discovery request (0.7). |
| 10/07/14 | Gulizia, Adria S. | 0.20 | Email W. Reilly and J. Rappacciuolo re. document review (0.2). |
| 10/07/14 | Reilly, Wendy B. | 0.70 | Emails to & from M. Barack, J. Matican, D. Alexander, A. Gulizia, J. Rapacciuolo, W. Pruitt re: document discovery (.5), TCW J. Matican re: discovery (.2). |

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 10/07/14 | Rapacciuolo, John S. | 1.80 | Secure files for transit from Evercore to Kirkland (0.4), support collection of electronically stored information (0.9), remove privilege docs from delivery (0.5). |
| 10/08/14 | Rapacciuolo, John S. | 0.80 | Preparation of Evercore efiles documents for review (0.8). |
| 10/08/14 | Gulizia, Adria S. | 0.40 | Email W. Reilly and J. Rappacciuolo re. document review (0.4). |
| 10/08/14 | Gulizia, Adria S. | 1.30 | Document review in response to discovery request (1.3). |
| 10/08/14 | Reilly, Wendy B. | 0.10 | Emails to & from D. Alexander, A. Gulizia, J. Rapacciuolo re: document discovery (.1) |
| 10/10/14 | Rapacciuolo, John S. | 0.50 | Manage electronic media (0.3), update case tracking logs (0.2). |
| 10/10/14 | Reilly, Wendy B. | 1.00 | Emails to & from D. Alexander, J. Matican, M. Barack, K. Masotti, W. Pruitt, B. O'Connor re: objections (.7), TCW D. Alexander re: objection (.1), review objection & related filings (.2) |
| 10/10/14 | Slobodkin, Yury G. | 0.80 | Number, log and secure production media (0.8). |
| 10/10/14 | Alexander, Derek P. | 1.00 | Review of Evercore-related procedure objection materials for Evercore-specific issues (0.7), call with Reilly re same (0.3). |
| 10/15/14 | Alexander, Derek P. | 0.40 | Review of fee cte guidance (0.4). |
| 10/22/14 | Alexander, Derek P. | 0.90 | Prepare for (0.2) and attend (0.7) fee committee orientation call on behalf of Evercore. |
| 10/23/14 | Reilly, Wendy B. | 0.60 | Emails to & from W. Pruitt, D. Alexander, J. Matican, M. Barack, K. Masotti re: discovery (.6) |
| 10/24/14 | Reilly, Wendy B. | 0.30 | Emails to & from W. Pruitt, D. Alexander, J. Matican, M. Barack, K. Masotti re: discovery (.3) |
| 10/24/14 | Alexander, Derek P. | 0.90 | Preparation of form interim fee app for Evercore (0.5), precedent research in support of same (0.4). |
| 10/27/14 | Alexander, Derek P. | 2.00 | Attending retained professionals fee committee call in lieu of Evercore (0.6), reporting to Evercore on same (0.4), review of interim fee and monthly fee requirements (0.8), correspondence to Matican re same (0.2). |
| 10/28/14 | Reilly, Wendy B. | 0.80 | Emails to & from W. Pruitt, M. Barack, K. Masotti, J. Matican, D. Alexander, P. Chen, A. Gulizia re: document discovery (.8) |
| 10/29/14 | Reilly, Wendy B. | 0.10 | Emails to & from Evercore, Global Relay, J. Rapaccuiolo re: document discovery (.1) |
| 10/29/14 | Alexander, Derek P. | 2.80 | Drafting form interim fee app for Evercore based on rules and fee cte guidance (1.7), review of fee materials for inclusion by Evercore in fee app (0.5), correspondence with Matican re same (0.2), call with Matican re same (0.4). |
| 10/29/14 | Rapacciuolo, John S. | 1.40 | Preparation of documents for review (1.4). |

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 10/30/14 | Alexander, Derek P. | 2.70 | Further drafting of form monthly fee statement for Evercore based on rules and fee cte guidance (0.7), further review of records for inclusion by Evercore in fee app (0.8), correspondence with Matican re same (0.7), calls with Matican re same (0.5). |
| 10/30/14 | Gulizia, Adria S. | 0.70 | Phone call with P. Chen and W. Reilly re document review protocol (0.2) Email with J. Rappaciuolo, W. Reilly, and P. Chen re. document review. (0.2) Email J. Rappaciuolo re. producing documents (0.3) |
| 10/30/14 | Reilly, Wendy B. | 0.70 | TCW P. Chen, A. Gulizia re: document review (.2), emails to & from M. Barack, P. Chen, A. Gulizia, J. Rapacciuolo re: document review (.5) |
| 10/30/14 | Chen, Peter | 5.90 | Review potentially responsive documents for privilege/confidentiality (5.9). |
| 10/31/14 | Rapacciuolo, John S. | 0.50 | Coordinate preparation of documents for production (0.5). |
| 10/31/14 | Gulizia, Adria S. | 0.30 | Email J. Rappaciuolo and W. Reilly re. document review (0.3). |
| 10/31/14 | Reilly, Wendy B. | 0.30 | Emails to & from M. Barack, W. Pruitt, P. Chen, A. Gulizia, J. Rapacciuolo re: document review & production (.3) |
| | Hours: | 58.00 | |

**Timekeeper Summary**

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| WENDY B. REILLY | 8.60 | 890.00 | 7,654.00 |
| Total For COUNSEL | 8.60 | | 7,654.00 |
| DEREK P. ALEXANDER | 13.10 | 780.00 | 10,218.00 |
| PETER CHEN | 13.10 | 555.00 | 7,270.50 |
| ADRIA S. GULIZIA | 9.80 | 555.00 | 5,439.00 |
| Total For ASSOCIATE | 36.00 | | 22,927.50 |
| JOHN S. RAPACCIUOLO | 11.10 | 325.00 | 3,607.50 |
| YURY G. SLOBODKIN | 2.30 | 250.00 | 575.00 |
| Total For DISC / DATA MGT | 13.40 | | 4,182.50 |
| MATTER TOTALS | 58.00 | | 34,764.00 |

# Debevoise & Plimpton LLP

919 Third Avenue
New York, NY 10022
Tel   212 909 6000
Fax   212 909 6836
www.debevoise.com

Invoice Number: 1319623

November 25, 2014

Evercore Partners
55 East 52nd Street
New York, NY  10055
Attn: Adam B. Frankel

**Remittance Summary**
(Payment Due Upon Receipt)

| | |
|---|---|
| **Total Fees** | **$34,764.00** |
| **Document Preparation, Communication, Other Charges and Disbursements** | **$105.05** |
| **Total Amount Due** | **$34,869.05** |

*Remit Payment By:*

| *Check* | *Wire Transfer* |
|---|---|
| Debevoise & Plimpton LLP | Citibank, N.A., New York, N.Y |
| Accounting Department, 28th Floor | ABA # 021000089 |
| 919 Third Avenue | SWIFT: CITIUS33 Account #4919-9225 |
| New York, N.Y 10022 | Invoice No.: 1319623 |

*Tax Identification Number 13 - 5537279*

1000419770v1

LAW OFFICES
# WEIR & PARTNERS LLP

SUITE 500
THE WIDENER BUILDING
1339 CHESTNUT STREET
PHILADELPHIA, PA 19107

(215) 665-8181
FAX (215) 665-8464

Federal Tax I.D. 23-2830271

October 15, 2014

KENNETH MASOTTI, GENERAL COUNSEL
55 EAST 52ND STREET
FLOOR 35
NEW YORK, NY 10055

Re:    5208    0001
ENERGY FUTURE HOLDINGS CORP.
Bill Number:    88894149

Professional Services through September 30, 2014

| Atty | Service Date | Hours | Rate | Description | Amount |
|---|---|---|---|---|---|
| BRG | 09/02/2014 | 0.20 | 410.00 | REVIEW NOTICES AND AGENDA | $82.00 |
| BRG | 09/08/2014 | 0.10 | 410.00 | EMAIL D ALEXANDER | $41.00 |
| BRG | 09/08/2014 | 0.10 | 410.00 | REVIEW AGENDA | $41.00 |
| BRG | 09/10/2014 | 0.10 | 410.00 | REVIEW FILED PLEADINGS | $41.00 |
| BRG | 09/11/2014 | 0.10 | 410.00 | EMAIL FROM D ALEXANDER | $41.00 |
| BRG | 09/11/2014 | 0.10 | 410.00 | REVIEW PLEADINGS | $41.00 |
| BRG | 09/15/2014 | 2.10 | 410.00 | REVIEW EVERCORE APPLICATIONS, DECLARATIONS AND EXHIBITS | $861.00 |
| BRG | 09/15/2014 | 0.20 | 410.00 | EMAILS D ALEXANDER | $82.00 |
| BRG | 09/15/2014 | 0.20 | 410.00 | EMAILS AND CALL D ALEXANDER RE FILING | $82.00 |
| BRG | 09/15/2014 | 0.20 | 410.00 | REVIEW PLEADINGS | $82.00 |
| BRG | 09/16/2014 | 0.20 | 410.00 | REVIEW YING SUPPLEMENTAL DECLARATION; REVISED AGENDA NOTICE | $82.00 |
| BRG | 09/16/2014 | 0.60 | 410.00 | EMAILS D ALEXANDER; REVIEW PLEADINGS, RETENTION ORDER | $246.00 |
| | | | | | $1,722.00 |

BRG    4.20 hrs at    410.00 /hour    $1,722.00

5208      0001                                                                                            2
Disbursements through      September 30, 2014
  09/30/2014        Telephone                                                                         $0.10
     Total Disbursements                                                                              $0.10

Total Services                                                                                    $1,722.00
Total Disbursements                                                                                  ~~$0.10~~
Total Services and Disbursements                                                                  $1,722.10

Balance Forward (see details attached)                                                            $584.08  paid.

Balance Due                                                                                       $2,306.18

5208    0001      3

Our File #    5208 - 0001

**EVERCORE GROUP, LLC**

RE:    ENERGY FUTURE HOLDINGS CORP.

The following invoices are outstanding:

| Invoice # | Invoice Date | Invoice Amount | Balance Due |
|---|---|---|---|
| 88893708 | 09/16/14 | $584.08 | $584.08 |
| Total invoices outstanding: | | | $584.08 |