# **EXHIBIT A**

**Statement of Fees By Subject Matter**

*Exhibit A*

*Combined - All Entities*
*Summary of Time Detail by Task*
*October 1, 2014 through October 31, 2014*

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Accounting/Cut-off | 95.5 | $47,252.50 |
| Bankruptcy Support | 249.0 | $126,060.00 |
| Business Plan | 105.2 | $43,327.50 |
| Causes of Action | 28.5 | $14,415.00 |
| Claims | 637.3 | $270,597.50 |
| Contracts | 576.6 | $298,112.50 |
| Coordination & Communication with other Creditor Constituents | 115.4 | $57,157.50 |
| Coordination & Communication with UCC | 187.0 | $109,710.00 |
| Court | 47.9 | $36,407.50 |
| DIP Financing | 40.5 | $18,530.00 |
| Fee Applications | 113.8 | $62,265.00 |
| Motions and Orders | 51.5 | $30,877.50 |
| POR / Disclosure Statement | 4.6 | $2,895.00 |
| Retention | 8.2 | $4,537.50 |
| Statements & Schedules | 66.4 | $31,040.00 |
| Status Meetings | 50.5 | $31,740.00 |
| Travel Time | 97.1 | $51,002.50 |
| UST Reporting Requirements | 21.9 | $12,412.50 |
| Vendor Management | 214.8 | $100,485.00 |
| **Total** | **2,711.7** | **$1,348,825.00** |

*Travel time billed at 50% of time incurred*