**EXHIBIT B**

**Professionals' Information**

The A&M professionals who rendered services in these cases during the Fee Period are:

*Exhibit B*

**Combined - All Entities**
*Summary of Time Detail by Professional*
*October 1, 2014 through October 31, 2014*

| *Professional* | *Position* | *Billing Rate* | *Sum of Hours* | *Sum of Fees* |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $900.00 | 100.7 | $90,630.00 |
| Emmett Bergman | Managing Director | $750.00 | 211.1 | $158,325.00 |
| John Stuart | Managing Director | $725.00 | 174.9 | $126,802.50 |
| Steve Kotarba | Managing Director | $650.00 | 144.1 | $93,665.00 |
| Matt Frank | Director | $575.00 | 163.0 | $93,725.00 |
| Jodi Ehrenhofer | Director | $525.00 | 140.4 | $73,710.00 |
| Peter Mosley | Director | $525.00 | 187.5 | $98,437.50 |
| Kevin Sullivan | Director | $500.00 | 17.5 | $8,750.00 |
| Mark Zeiss | Director | $500.00 | 84.2 | $42,100.00 |
| Paul Kinealy | Director | $500.00 | 14.9 | $7,450.00 |
| David Blanks | Senior Associate | $450.00 | 88.1 | $39,645.00 |
| Taylor Atwood | Senior Associate | $450.00 | 143.1 | $64,395.00 |
| Jeff Dwyer | Associate | $425.00 | 169.4 | $71,995.00 |
| Richard Carter | Consultant | $400.00 | 166.7 | $66,680.00 |
| Daisy Fitzgerald | Associate | $400.00 | 204.0 | $81,600.00 |
| Jon Rafpor | Analyst | $350.00 | 198.1 | $69,335.00 |
| Michael Dvorak | Analyst | $325.00 | 117.8 | $38,285.00 |
| Michael Williams | Analyst | $325.00 | 120.6 | $39,195.00 |
| Robert Country | Analyst | $325.00 | 87.6 | $28,470.00 |
| Sarah Pittman | Analyst | $325.00 | 102.6 | $33,345.00 |
| Scott Safron | Associate | $300.00 | 68.7 | $20,610.00 |
| Mary Napoliello | Paraprofessional | $250.00 | 6.7 | $1,675.00 |
| | | *Total* | **2,711.7** | **$1,348,825.00** |