# EXHIBIT C

## Summary of Actual and Necessary Expenses for the Fee Period

**ALL - Expense Summary**

| Service Description | Amount |
|---|---:|
| Airfare | $25,732.24 |
| Local Transportation | $7,623.58 |
| Lodging | $17,752.05 |
| Meals | $2,473.93 |
| Miscellaneous | $122.32 |
| **Total:** | **$53,704.12** |

**TCEH - Expense Summary**

| Service Description | Amount |
|---|---:|
| Airfare | $20,225.54 |
| Local Transportation | $5,992.13 |
| Lodging | $13,953.11 |
| Meals | $1,944.51 |
| Miscellaneous | $96.14 |
| **Total:** | **$42,211.44** |

**EFIH - Expense Summary**

| Service Description | Amount |
|---|---:|
| Airfare | $447.74 |
| Local Transportation | $132.65 |
| Lodging | $308.89 |
| Meals | $43.05 |
| Miscellaneous | $2.13 |
| **Total:** | **$934.45** |

**EFH - Expense Summary**

| Service Description | Amount |
|---|---:|
| Airfare | $5,058.96 |
| Local Transportation | $1,498.80 |
| Lodging | $3,490.05 |
| Meals | $486.37 |
| Miscellaneous | $24.05 |
| **Total:** | **$10,558.23** |