# EXHIBIT D

**Detailed Description of Expenses and Disbursements**

*Exhibit D*

> **Combined - All Entities**
> **Expense Detail by Category**
> **October 1, 2014 through October 31, 2014**

*Airfare*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Daisy Fitzgerald | 10/2/2014 | $552.10 | Airfare coach one-way Dallas/San Francisco. |
| Daisy Fitzgerald | 10/6/2014 | $552.10 | Airfare one-way coach San Francisco/Dallas. |
| Daisy Fitzgerald | 10/9/2014 | $505.10 | Airfare coach one-way Dallas/San Francisco. |
| Daisy Fitzgerald | 10/9/2014 | $552.10 | Airfare coach one-way San Francisco/Dallas. |
| Daisy Fitzgerald | 10/20/2014 | $585.10 | Airfare coach one-way Dallas/San Francisco. |
| Daisy Fitzgerald | 10/21/2014 | $552.10 | Airfare coach one-way Dallas/San Francisco. |
| Daisy Fitzgerald | 10/21/2014 | $552.10 | Airfare coach one-way San Francisco/Dallas. |
| Emmett Bergman | 10/2/2014 | $585.10 | Airfare coach one-way Dallas/San Francisco. |
| Emmett Bergman | 10/5/2014 | $585.10 | Airfare coach one-way San Francisco/Dallas. |
| Emmett Bergman | 10/9/2014 | $585.10 | Airfare coach one-way Dallas/San Francisco. |
| Emmett Bergman | 10/13/2014 | $585.10 | Airfare coach one-way San Francisco/Dallas. |
| Emmett Bergman | 10/16/2014 | $585.10 | Airfare coach one-way Dallas/San Francisco. |
| Emmett Bergman | 10/20/2014 | $585.10 | Airfare coach one-way San Francisco/Dallas. |
| Emmett Bergman | 10/23/2014 | $505.10 | Airfare coach one-way Dallas/San Francisco. |
| Emmett Bergman | 10/26/2014 | $505.10 | Airfare coach one-way San Francisco/Dallas. |
| Emmett Bergman | 10/29/2014 | $585.10 | Airfare coach one-way Dallas/San Francisco. |
| Jeff Dwyer | 10/2/2014 | $505.10 | Airfare coach one-way Dallas/San Francisco. |
| Jeff Dwyer | 10/5/2014 | $505.10 | Airfare one-way coach San Francisco/Dallas. |
| Jeff Dwyer | 10/9/2014 | $505.10 | Airfare coach one-way Dallas/San Francisco. |
| Jeff Dwyer | 10/13/2014 | $513.60 | Airfare coach one-way San Francisco/Dallas. |
| Jeff Dwyer | 10/16/2014 | $505.10 | Airfare coach one-way Dallas/San Francisco. |
| Jeff Dwyer | 10/19/2014 | $505.10 | Airfare one-way coach San Francisco/Dallas. |
| Jeff Dwyer | 10/23/2014 | $505.10 | Airfare coach one-way Dallas/San Francisco. |
| Jeff Dwyer | 10/27/2014 | $552.10 | Airfare coach one-way San Francisco/Dallas. |
| Jeff Dwyer | 10/30/2014 | $505.10 | Airfare coach one-way Dallas/San Francisco. |
| Jeff Stegenga | 10/1/2014 | $652.50 | Airfare coach Dallas/New York. |
| Jodi Ehrenhofer | 10/2/2014 | $378.10 | Airfare one-way coach Dallas/Chicago. |
| Jodi Ehrenhofer | 10/13/2014 | $691.84 | Airfare coach roundtrip Chicago/Dallas. |
| Jodi Ehrenhofer | 10/20/2014 | $345.92 | Airfare one-way coach Chicago/Dallas. |

*Exhibit D*

**Combined - All Entities**
*Expense Detail by Category*
*October 1, 2014 through October 31, 2014*

## *Airfare*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jodi Ehrenhofer | 10/22/2014 | $668.10 | Airfare one-way coach Dallas/New York. |
| Jodi Ehrenhofer | 10/27/2014 | $343.10 | Airfare one-way coach Chicago/Dallas. |
| Jodi Ehrenhofer | 10/30/2014 | $531.10 | Airfare one-way coach Dallas/Chicago. |
| Matt Frank | 10/2/2014 | $378.10 | Airfare one-way coach Dallas/Chicago. |
| Matt Frank | 10/13/2014 | $367.10 | Airfare one-way coach Chicago/Dallas. |
| Matt Frank | 10/16/2014 | $367.10 | Airfare one-way coach Dallas/Chicago. |
| Matt Frank | 10/20/2014 | $370.10 | Airfare one-way coach Chicago/Dallas. |
| Matt Frank | 10/22/2014 | $573.10 | Airfare one-way coach Dallas/New York. |
| Matt Frank | 10/27/2014 | $367.10 | Airfare one-way coach Chicago/Dallas. |
| Matt Frank | 10/30/2014 | $367.10 | Airfare one-way coach Dallas/Chicago. |
| Michael Dvorak | 10/2/2014 | $378.10 | Airfare one-way coach Dallas/Chicago. |
| Michael Williams | 10/13/2014 | $691.84 | Airfare coach roundtrip Chicago/Dallas. |
| Michael Williams | 10/20/2014 | $691.84 | Airfare coach roundtrip Chicago/Dallas. |
| Michael Williams | 10/27/2014 | $686.20 | Airfare coach roundtrip Chicago/Dallas. |
| Michael Williams | 10/27/2014 | $686.20 | Airfare coach roundtrip Chicago/Dallas. |
| Richard Carter | 10/7/2014 | $734.20 | Airfare coach roundtrip Chicago/Dallas. |
| Steve Kotarba | 10/15/2014 | $386.10 | Airfare one-way coach Chicago/Dallas. |
| Steve Kotarba | 10/16/2014 | $386.10 | Airfare one-way coach Dallas/Chicago. |
| Steve Kotarba | 10/20/2014 | $386.10 | Airfare one-way coach Chicago/Dallas. |
| Steve Kotarba | 10/21/2014 | $386.10 | Airfare one-way coach Dallas/Chicago. |
| Steve Kotarba | 10/23/2014 | $361.10 | Airfare coach one-way Chicago/New York. |
| **Expense Category Total** | | **$25,732.24** | |

## *Lodging*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Daisy Fitzgerald | 10/9/2014 | $709.22 | Hotel in Dallas - 3 nights. |
| Daisy Fitzgerald | 10/22/2014 | $726.12 | Hotel in Dallas - 3 nights. |
| Daisy Fitzgerald | 10/29/2014 | $696.12 | Hotel in Dallas - 3 nights. |

*Exhibit D*

*Combined - All Entities*
*Expense Detail by Category*
*October 1, 2014 through October 31, 2014*

*Lodging*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Emmett Bergman | 10/1/2014 | $484.08 | Hotel in Dallas - 2 nights. |
| Emmett Bergman | 10/8/2014 | $968.16 | Hotel in Dallas - 4 nights. |
| Emmett Bergman | 10/15/2014 | $726.12 | Hotel in Dallas - 3 nights. |
| Emmett Bergman | 10/22/2014 | $726.12 | Hotel in Dallas - 3 nights. |
| Emmett Bergman | 10/28/2014 | $726.12 | Hotel in Dallas - 3 nights. |
| Jeff Dwyer | 10/2/2014 | $237.04 | Hotel in Dallas - 1 night. |
| Jeff Dwyer | 10/9/2014 | $933.16 | Hotel in Dallas - 4 nights. |
| Jeff Dwyer | 10/16/2014 | $701.12 | Hotel in Dallas - 3 nights. |
| Jeff Dwyer | 10/23/2014 | $933.16 | Hotel in Dallas - 4 nights. |
| Jeff Dwyer | 10/30/2014 | $701.12 | Hotel in Dallas - 3 nights. |
| Jodi Ehrenhofer | 10/1/2014 | $232.04 | Hotel in Dallas - 1 night. |
| Jodi Ehrenhofer | 10/15/2014 | $696.12 | Hotel in Dallas - 3 nights. |
| Jodi Ehrenhofer | 10/21/2014 | $464.08 | Hotel in Dallas - 2 nights. |
| Jodi Ehrenhofer | 10/29/2014 | $696.12 | Hotel in Dallas - 3 nights. |
| Matt Frank | 10/1/2014 | $242.04 | Hotel in Dallas - 1 night. |
| Matt Frank | 10/15/2014 | $726.12 | Hotel in Dallas - 3 nights. |
| Matt Frank | 10/21/2014 | $484.08 | Hotel in Dallas - 2 nights. |
| Matt Frank | 10/29/2014 | $726.12 | Hotel in Dallas - 3 nights. |
| Michael Dvorak | 10/1/2014 | $242.04 | Hotel in Dallas - 1 night. |
| Michael Williams | 10/1/2014 | $242.04 | Hotel in Dallas - 1 night. |
| Michael Williams | 10/15/2014 | $726.12 | Hotel in Dallas - 3 nights. |
| Michael Williams | 10/22/2014 | $726.12 | Hotel in Dallas - 3 nights. |
| Michael Williams | 10/29/2014 | $726.12 | Hotel in Dallas - 3 nights. |
| Richard Carter | 10/1/2014 | $242.04 | Hotel in Dallas - 1 night. |
| Richard Carter | 10/15/2014 | $464.08 | Hotel in Dallas - 2 nights. |
| Steve Kotarba | 10/15/2014 | $255.10 | Hotel in Dallas - 1 night. |
| Steve Kotarba | 10/20/2014 | $265.11 | Hotel in Dallas - 1 night. |
| Steve Kotarba | 10/27/2014 | $328.90 | Hotel in Philadelphia - 1 night. |

*Exhibit D*

## Combined - All Entities
### Expense Detail by Category
### October 1, 2014 through October 31, 2014

### Lodging

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| **Expense Category Total** | | **$17,752.05** | |

### Meals

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Daisy Fitzgerald | 10/1/2014 | $30.71 | Out of town dinner - D. Fitzgerald. |
| Daisy Fitzgerald | 10/1/2014 | $10.25 | Out of town breakfast - D. Fitzgerald. |
| Daisy Fitzgerald | 10/2/2014 | $19.66 | Out of town dinner - D. Fitzgerald. |
| Daisy Fitzgerald | 10/6/2014 | $9.74 | Out of town breakfast - D. Fitzgerald. |
| Daisy Fitzgerald | 10/7/2014 | $9.73 | Out of town breakfast - D. Fitzgerald. |
| Daisy Fitzgerald | 10/8/2014 | $5.00 | Out of town breakfast - D. Fitzgerald. |
| Daisy Fitzgerald | 10/9/2014 | $7.37 | Out of town breakfast - D. Fitzgerald. |
| Daisy Fitzgerald | 10/20/2014 | $6.50 | Out of town breakfast - D. Fitzgerald. |
| Daisy Fitzgerald | 10/21/2014 | $9.97 | Out of town breakfast - D. Fitzgerald. |
| Daisy Fitzgerald | 10/22/2014 | $5.90 | Out of town breakfast - D. Fitzgerald. |
| Daisy Fitzgerald | 10/23/2014 | $2.83 | Out of town breakfast - D. Fitzgerald. |
| Emmett Bergman | 9/11/2014 | $20.23 | Out of town dinner - E. Bergman. |
| Emmett Bergman | 9/15/2014 | $6.17 | Out of town breakfast - E. Bergman. |
| Emmett Bergman | 9/22/2014 | $4.68 | Out of town breakfast - E. Bergman. |
| Emmett Bergman | 10/2/2014 | $8.08 | Out of town breakfast - E. Bergman. |
| Emmett Bergman | 10/9/2014 | $19.78 | Out of town breakfast - E. Bergman. |
| Emmett Bergman | 10/13/2014 | $8.88 | Out of town breakfast - E. Bergman. |
| Emmett Bergman | 10/23/2014 | $1.98 | Out of town breakfast - E. Bergman. |
| Emmett Bergman | 10/26/2014 | $39.03 | Out of town dinner - E. Bergman. |
| Emmett Bergman | 10/29/2014 | $11.82 | Out of town breakfast - E. Bergman. |
| Jeff Dwyer | 10/1/2014 | $40.00 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 10/2/2014 | $13.09 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 10/5/2014 | $21.89 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 10/6/2014 | $6.75 | Out of town breakfast - J. Dwyer. |

*Exhibit D*

**Combined - All Entities**
*Expense Detail by Category*
*October 1, 2014 through October 31, 2014*

### *Meals*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jeff Dwyer | 10/7/2014 | $120.00 | Out of town dinner - J. Dwyer, D. Fitzgerald, E. Bergman - 3. |
| Jeff Dwyer | 10/9/2014 | $73.71 | Out of town dinner - J. Dwyer, E. Bergman - 2. |
| Jeff Dwyer | 10/13/2014 | $40.00 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 10/14/2014 | $5.41 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 10/15/2014 | $4.05 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 10/20/2014 | $160.00 | Out of town dinner - J. Dwyer, D. Fitzgerald, E. Bergman, M. Frank - 4. |
| Jeff Dwyer | 10/20/2014 | $8.01 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 10/21/2014 | $72.00 | Out of town dinner - J. Dwyer, D. Fitzgerald - 2. |
| Jeff Dwyer | 10/23/2014 | $160.00 | Out of town dinner - J. Dwyer, D. Fitzgerald, E. Bergman, M. Dvorak - 4. |
| Jeff Dwyer | 10/27/2014 | $200.00 | Out of town dinner - J. Dwyer, D. Fitzgerald, E. Bergman, M. Dvorak, J. Ehrenhofer - 5. |
| Jeff Dwyer | 10/29/2014 | $160.00 | Out of town dinner - J. Dwyer, M. Williams, J. Ehrenhofer, M. Frank - 4. |
| Jeff Stegenga | 10/1/2014 | $10.33 | Out of town dinner - J. Stegenga. |
| Jodi Ehrenhofer | 10/1/2014 | $240.00 | Out of town dinner - M. Dvorak, M. Williams, R. Carter, M. Frank, E. Bergman, J. Ehrenhofer - 6. |
| Jodi Ehrenhofer | 10/2/2014 | $35.97 | Out of town dinner - J. Ehrenhofer. |
| Jodi Ehrenhofer | 10/13/2014 | $5.10 | Out of town breakfast - J. Ehrenhofer. |
| Jodi Ehrenhofer | 10/14/2014 | $120.00 | Out of town dinner - M. Frank, E. Bergman and J. Ehrenhofer -3. |
| Jodi Ehrenhofer | 10/20/2014 | $5.10 | Out of town breakfast - J. Ehrenhofer. |
| Jodi Ehrenhofer | 10/21/2014 | $40.00 | Out of town dinner -  J. Ehrenhofer. |
| Jodi Ehrenhofer | 10/27/2014 | $6.99 | Out of town breakfast - J. Ehrenhofer. |
| Matt Frank | 10/1/2014 | $13.01 | Out of town breakfast - M. Frank. |
| Matt Frank | 10/2/2014 | $5.91 | Out of town breakfast - M. Frank. |
| Matt Frank | 10/2/2014 | $40.00 | Out of town dinner - M. Frank. |
| Matt Frank | 10/13/2014 | $7.51 | Out of town breakfast - M. Frank. |
| Matt Frank | 10/13/2014 | $63.30 | Out of town dinner - M. Frank, E. Bergman - 2. |
| Matt Frank | 10/15/2014 | $80.00 | Out of town dinner - M. Frank, J. Dwyer - 2. |
| Matt Frank | 10/16/2014 | $14.46 | Out of town dinner - M. Frank. |

*Exhibit D*

*Combined - All Entities*
*Expense Detail by Category*
*October 1, 2014 through October 31, 2014*

*Meals*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Matt Frank | 10/16/2014 | $15.91 | Out of town breakfast - M. Frank. |
| Matt Frank | 10/20/2014 | $8.41 | Out of town breakfast - M. Frank. |
| Matt Frank | 10/21/2014 | $39.23 | Out of town dinner - M. Frank. |
| Matt Frank | 10/21/2014 | $5.91 | Out of town breakfast - M. Frank. |
| Matt Frank | 10/22/2014 | $15.20 | Out of town breakfast - M. Frank. |
| Matt Frank | 10/27/2014 | $4.42 | Out of town breakfast - M. Frank. |
| Matt Frank | 10/28/2014 | $40.00 | Out of town dinner - M. Frank. |
| Matt Frank | 10/28/2014 | $10.24 | Out of town breakfast - M. Frank. |
| Matt Frank | 10/29/2014 | $5.91 | Out of town breakfast - M. Frank. |
| Matt Frank | 10/30/2014 | $3.74 | Out of town breakfast - M. Frank. |
| Matt Frank | 10/30/2014 | $6.57 | Out of town dinner - M. Frank. |
| Michael Dvorak | 10/2/2014 | $8.91 | Out of town dinner - M. Dvorak. |
| Michael Williams | 10/13/2014 | $8.42 | Out of town dinner - M. Williams. |
| Michael Williams | 10/14/2014 | $24.11 | Out of town dinner - M. Williams. |
| Michael Williams | 10/15/2014 | $25.73 | Out of town dinner - M. Williams. |
| Michael Williams | 10/20/2014 | $12.86 | Out of town dinner - M. Williams. |
| Michael Williams | 10/27/2014 | $22.49 | Out of town dinner - M. Williams. |
| Richard Carter | 10/1/2014 | $13.49 | Out of town breakfast - R. Carter. |
| Richard Carter | 10/2/2014 | $12.49 | Out of town breakfast - R. Carter. |
| Richard Carter | 10/14/2014 | $26.11 | Out of town dinner - R. Carter. |
| Richard Carter | 10/14/2014 | $7.40 | Out of town breakfast - R. Carter. |
| Richard Carter | 10/15/2014 | $8.50 | Out of town breakfast - R. Carter. |
| Richard Carter | 10/15/2014 | $38.41 | Out of town dinner - R. Carter. |
| Richard Carter | 10/16/2014 | $12.98 | Out of town dinner - R. Carter. |
| Richard Carter | 10/17/2014 | $5.25 | Out of town breakfast - R. Carter. |
| Steve Kotarba | 10/15/2014 | $25.98 | Out of town dinner - S. Kotarba. |
| Steve Kotarba | 10/21/2014 | $54.36 | Out of town dinner - S. Kotarba, M. Williams - 2. |
| **Expense Category Total** | | **$2,473.93** | |

*Exhibit D*

## Combined - All Entities
### Expense Detail by Category
### October 1, 2014 through October 31, 2014

### Miscellaneous

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Emmett Bergman | 10/23/2014 | $6.99 | Internet/online fees: internet for plane while working. |
| Jeff Dwyer | 10/2/2014 | $3.25 | Verizon conference call charges. |
| Jeff Dwyer | 10/9/2014 | $6.99 | In-Flight WiFi access fee. |
| Jeff Dwyer | 10/23/2014 | $6.99 | In-Flight WiFi access fee. |
| Jodi Ehrenhofer | 10/2/2014 | $26.74 | Verizon conference call charges. |
| Jodi Ehrenhofer | 10/22/2014 | $16.24 | Internet/Online Fees: Wifi on flight |
| Jon Rafpor | 10/24/2014 | $14.02 | Internet/Online Fees: Internet to edit and send deck. |
| Matt Frank | 10/13/2014 | $39.95 | In flight internet access (10/13/14 to 11/12/14). |
| Steve Kotarba | 10/2/2014 | $1.15 | Verizon conference call charges. |
| **Expense Category Total** | | **$122.32** | |

### Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Daisy Fitzgerald | 10/1/2014 | $5.00 | Taxi from hotel to Energy. |
| Daisy Fitzgerald | 10/2/2014 | $154.00 | Taxi from San Francisco Airport to home. |
| Daisy Fitzgerald | 10/2/2014 | $60.00 | Taxi from Energy to DFW Airport. |
| Daisy Fitzgerald | 10/6/2014 | $56.88 | Taxi from DFW Airport to Energy |
| Daisy Fitzgerald | 10/6/2014 | $76.00 | Taxi from DFW Airport to Energy |
| Daisy Fitzgerald | 10/7/2014 | $15.00 | Taxi from hotel to office. |
| Daisy Fitzgerald | 10/8/2014 | $5.84 | Taxi from hotel to Energy. |
| Daisy Fitzgerald | 10/8/2014 | $10.00 | Taxi from hotel to office. |
| Daisy Fitzgerald | 10/9/2014 | $60.00 | Taxi from Energy to DFW Airport. |
| Daisy Fitzgerald | 10/9/2014 | $65.00 | Taxi from San Francisco Airport to home. |
| Daisy Fitzgerald | 10/20/2014 | $25.00 | Taxi to dinner. |
| Daisy Fitzgerald | 10/20/2014 | $55.00 | Taxi from DFW Airport to Energy |
| Daisy Fitzgerald | 10/22/2014 | $10.00 | Taxi from hotel to Energy. |
| Daisy Fitzgerald | 10/23/2014 | $61.00 | Taxi from San Francisco Airport to home. |
| Daisy Fitzgerald | 10/27/2014 | $25.00 | Taxi to dinner. |

*Exhibit D*

> *Combined - All Entities*
> *Expense Detail by Category*
> *October 1, 2014 through October 31, 2014*

*Transportation*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Daisy Fitzgerald | 10/29/2014 | $5.00 | Taxi from Energy to hotel. |
| Emmett Bergman | 10/2/2014 | $110.00 | Taxi from home to San Francisco Airport. |
| Emmett Bergman | 10/2/2014 | $55.00 | Taxi from Energy to DFW Airport. |
| Emmett Bergman | 10/5/2014 | $124.20 | Taxi from home to San Francisco Airport. |
| Emmett Bergman | 10/5/2014 | $58.00 | Taxi to hotel from DFW |
| Emmett Bergman | 10/9/2014 | $120.00 | Taxi home from SFO |
| Emmett Bergman | 10/9/2014 | $55.00 | Taxi from Energy to DFW Airport. |
| Emmett Bergman | 10/13/2014 | $55.00 | Taxi from Energy to DFW Airport. |
| Emmett Bergman | 10/13/2014 | $124.20 | Taxi from home to San Francisco Airport. |
| Emmett Bergman | 10/16/2014 | $120.00 | Taxi from home to San Francisco Airport. |
| Emmett Bergman | 10/16/2014 | $55.00 | Taxi from Energy to DFW Airport. |
| Emmett Bergman | 10/20/2014 | $124.20 | Taxi from home to San Francisco Airport. |
| Emmett Bergman | 10/20/2014 | $55.00 | Taxi from DFW Airport to hotel. |
| Emmett Bergman | 10/23/2014 | $120.00 | Taxi from San Francisco Airport to home. |
| Emmett Bergman | 10/23/2014 | $55.00 | Taxi from Energy to DFW Airport. |
| Emmett Bergman | 10/26/2014 | $124.20 | Taxi from home to San Francisco Airport. |
| Emmett Bergman | 10/27/2014 | $76.00 | Taxi from DFW Airport to hotel. |
| Emmett Bergman | 10/29/2014 | $150.00 | Taxi from San Francisco Airport to home. |
| Emmett Bergman | 10/29/2014 | $55.00 | Taxi from Energy to DFW Airport. |
| Jeff Dwyer | 10/1/2014 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 10/1/2014 | $15.00 | Taxi from Energy to hotel. |
| Jeff Dwyer | 10/2/2014 | $70.00 | Taxi from San Francisco Airport to home. |
| Jeff Dwyer | 10/2/2014 | $60.00 | Taxi from Energy to DFW Airport. |
| Jeff Dwyer | 10/5/2014 | $60.00 | Taxi from DFW Airport to Energy. |
| Jeff Dwyer | 10/5/2014 | $70.00 | Taxi from home to San Francisco Airport. |
| Jeff Dwyer | 10/6/2014 | $15.00 | Taxi from Energy to hotel. |
| Jeff Dwyer | 10/6/2014 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 10/7/2014 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 10/7/2014 | $10.00 | Taxi from hotel to dinner. |

*Exhibit D*

*Combined - All Entities*
*Expense Detail by Category*
*October 1, 2014 through October 31, 2014*

## Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jeff Dwyer | 10/7/2014 | $15.00 | Taxi from Energy to hotel. |
| Jeff Dwyer | 10/8/2014 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 10/9/2014 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 10/9/2014 | $60.00 | Taxi from Energy to DFW Airport. |
| Jeff Dwyer | 10/9/2014 | $70.00 | Taxi from San Francisco Airport to home. |
| Jeff Dwyer | 10/13/2014 | $15.00 | Taxi from Energy to hotel. |
| Jeff Dwyer | 10/13/2014 | $70.00 | Taxi from home to San Francisco Airport. |
| Jeff Dwyer | 10/13/2014 | $60.00 | Taxi from DFW Airport to Energy. |
| Jeff Dwyer | 10/14/2014 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 10/16/2014 | $60.00 | Taxi from Energy to DFW Airport. |
| Jeff Dwyer | 10/16/2014 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 10/16/2014 | $80.00 | Taxi from San Francisco Airport to home. |
| Jeff Dwyer | 10/19/2014 | $60.00 | Taxi from DFW Airport to hotel. |
| Jeff Dwyer | 10/19/2014 | $70.00 | Taxi from home to San Francisco Airport. |
| Jeff Dwyer | 10/20/2014 | $15.00 | Taxi to dinner. |
| Jeff Dwyer | 10/20/2014 | $15.00 | Taxi from Energy to hotel. |
| Jeff Dwyer | 10/20/2014 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 10/22/2014 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 10/23/2014 | $60.00 | Taxi from Energy to DFW Airport. |
| Jeff Dwyer | 10/23/2014 | $70.00 | Taxi from San Francisco Airport to home. |
| Jeff Dwyer | 10/23/2014 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 10/27/2014 | $70.00 | Taxi from home to San Francisco Airport. |
| Jeff Dwyer | 10/27/2014 | $15.00 | Taxi from Energy to hotel. |
| Jeff Dwyer | 10/27/2014 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 10/27/2014 | $30.00 | Taxi to dinner. |
| Jeff Dwyer | 10/28/2014 | $15.00 | Taxi from Energy to hotel. |
| Jeff Dwyer | 10/28/2014 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 10/28/2014 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 10/28/2014 | $15.00 | Taxi from Energy to hotel. |

*Exhibit D*

**Combined - All Entities**
*Expense Detail by Category*
*October 1, 2014 through October 31, 2014*

### Transportation

| Professional/Service | Date | Expense | Expense Description |
| --- | --- | --- | --- |
| Jeff Dwyer | 10/30/2014 | $70.00 | Taxi from San Francisco Airport to home. |
| Jeff Dwyer | 10/30/2014 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 10/30/2014 | $60.00 | Taxi from Energy to DFW Airport. |
| Jeff Stegenga | 10/1/2014 | $49.78 | Taxi from New York office to LaGuardia. |
| Jeff Stegenga | 10/1/2014 | $11.76 | Roundtrip mileage from home to DFW Airport. |
| Jodi Ehrenhofer | 10/1/2014 | $12.24 | Taxi from Energy to dinner. |
| Jodi Ehrenhofer | 10/1/2014 | $15.00 | Taxi from hotel to Energy. |
| Jodi Ehrenhofer | 10/1/2014 | $11.93 | Taxi from dinner to hotel. |
| Jodi Ehrenhofer | 10/2/2014 | $12.35 | Taxi from hotel to Energy. |
| Jodi Ehrenhofer | 10/2/2014 | $40.00 | Taxi from O'Hare Airport to home. |
| Jodi Ehrenhofer | 10/13/2014 | $40.22 | Taxi from home to O'Hare. |
| Jodi Ehrenhofer | 10/13/2014 | $60.00 | Taxi from DFW Airport to Energy. |
| Jodi Ehrenhofer | 10/14/2014 | $10.00 | Taxi from hotel to Energy. |
| Jodi Ehrenhofer | 10/15/2014 | $5.00 | Taxi from Energy to hotel. |
| Jodi Ehrenhofer | 10/15/2014 | $10.00 | Taxi from hotel to Energy. |
| Jodi Ehrenhofer | 10/15/2014 | $29.00 | Taxi from dinner to hotel. |
| Jodi Ehrenhofer | 10/16/2014 | $60.00 | Taxi from Energy to DFW Airport |
| Jodi Ehrenhofer | 10/16/2014 | $40.00 | Taxi from O'Hare Airport to home. |
| Jodi Ehrenhofer | 10/16/2014 | $10.00 | Taxi from hotel to Energy. |
| Jodi Ehrenhofer | 10/20/2014 | $39.02 | Taxi from home to O'Hare. |
| Jodi Ehrenhofer | 10/20/2014 | $60.00 | Taxi from DFW Airport to Energy. |
| Jodi Ehrenhofer | 10/21/2014 | $15.00 | Taxi from Energy to hotel. |
| Jodi Ehrenhofer | 10/21/2014 | $10.00 | Taxi from hotel to Energy. |
| Jodi Ehrenhofer | 10/22/2014 | $60.00 | Taxi from Energy to DFW Airport |
| Jodi Ehrenhofer | 10/22/2014 | $10.00 | Taxi from hotel to Energy. |
| Jodi Ehrenhofer | 10/27/2014 | $40.22 | Taxi from home to O'Hare Airport. |
| Jodi Ehrenhofer | 10/27/2014 | $15.00 | Taxi from Energy to hotel. |
| Jodi Ehrenhofer | 10/27/2014 | $60.00 | Taxi from DFW Airport to Energy. |
| Jodi Ehrenhofer | 10/28/2014 | $15.00 | Taxi from hotel to Energy. |

*Exhibit D*

> *Combined - All Entities*
> *Expense Detail by Category*
> *October 1, 2014 through October 31, 2014*

*Transportation*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jodi Ehrenhofer | 10/30/2014 | $40.00 | Taxi from O'Hare to home. |
| Jodi Ehrenhofer | 10/30/2014 | $60.00 | Taxi from Energy to DFW Airport |
| Jodi Ehrenhofer | 10/30/2014 | $112.10 | Rental car in Dallas - 2 days. |
| Matt Frank | 10/1/2014 | $11.95 | Taxi from client to dinner. |
| Matt Frank | 10/2/2014 | $65.00 | Taxi from Chicago Airport to home. |
| Matt Frank | 10/2/2014 | $60.00 | Taxi from client to DFW Airport. |
| Matt Frank | 10/2/2014 | $14.00 | Taxi from hotel to client. |
| Matt Frank | 10/13/2014 | $65.00 | Taxi from home to Chicago O'Hare. |
| Matt Frank | 10/13/2014 | $60.00 | Taxi from DFW Airport to client. |
| Matt Frank | 10/14/2014 | $10.00 | Taxi from hotel to client. |
| Matt Frank | 10/14/2014 | $12.00 | Taxi from dinner to hotel. |
| Matt Frank | 10/14/2014 | $13.00 | Taxi from client to dinner. |
| Matt Frank | 10/15/2014 | $15.00 | Taxi from client to hotel. |
| Matt Frank | 10/15/2014 | $15.00 | Taxi from hotel to client. |
| Matt Frank | 10/16/2014 | $70.00 | Taxi from client to DFW Airport. |
| Matt Frank | 10/16/2014 | $65.00 | Taxi from Chicago Airport to home. |
| Matt Frank | 10/20/2014 | $65.00 | Taxi from home to Chicago O'Hare. |
| Matt Frank | 10/20/2014 | $60.00 | Taxi from DFW Airport to client. |
| Matt Frank | 10/21/2014 | $15.00 | Taxi from hotel to client. |
| Matt Frank | 10/22/2014 | $51.99 | Taxi from LaGuardia to hotel. |
| Matt Frank | 10/22/2014 | $60.00 | Taxi from hotel to DFW Airport. |
| Matt Frank | 10/27/2014 | $65.00 | Taxi from home to Chicago O'Hare. |
| Matt Frank | 10/27/2014 | $60.00 | Taxi from DFW Airport to client. |
| Matt Frank | 10/28/2014 | $10.00 | Taxi from hotel to client. |
| Matt Frank | 10/28/2014 | $20.00 | Taxi from dinner to hotel. |
| Matt Frank | 10/29/2014 | $15.00 | Taxi from hotel to client. |
| Matt Frank | 10/29/2014 | $16.00 | Taxi from dinner to hotel. |
| Matt Frank | 10/29/2014 | $18.00 | Taxi from hotel to dinner. |
| Matt Frank | 10/30/2014 | $15.00 | Taxi from hotel to client. |

*Exhibit D*

**Combined - All Entities**
*Expense Detail by Category*
*October 1, 2014 through October 31, 2014*

*Transportation*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Matt Frank | 10/30/2014 | $65.00 | Taxi from Chicago Airport to home. |
| Matt Frank | 10/30/2014 | $60.00 | Taxi from client to DFW Airport. |
| Michael Dvorak | 10/5/2014 | $36.45 | Taxi from home to Chicago Airport. |
| Michael Williams | 10/2/2014 | $70.00 | Taxi from Energy to DFW Airport. |
| Michael Williams | 10/2/2014 | $44.56 | Taxi from O'Hare Airport to home. |
| Michael Williams | 10/13/2014 | $42.14 | Taxi from home to O'Hare Airport. |
| Michael Williams | 10/13/2014 | $10.00 | Taxi from Energy to hotel. |
| Michael Williams | 10/14/2014 | $10.00 | Taxi from hotel to Energy. |
| Michael Williams | 10/16/2014 | $50.00 | Taxi from O'Hare to home. |
| Michael Williams | 10/16/2014 | $60.00 | Taxi from Energy to DFW Airport. |
| Michael Williams | 10/20/2014 | $42.62 | Taxi from home to O'Hare Airport. |
| Michael Williams | 10/20/2014 | $60.00 | Taxi from DFW Airport to Energy. |
| Michael Williams | 10/23/2014 | $60.00 | Taxi from O'Hare Airport to home. |
| Michael Williams | 10/27/2014 | $60.00 | Taxi from DFW Airport to Energy. |
| Michael Williams | 10/27/2014 | $40.46 | Taxi from home to O'Hare Airport. |
| Michael Williams | 10/30/2014 | $60.00 | Taxi from Energy to DFW Airport. |
| Michael Williams | 10/30/2014 | $60.00 | Taxi from hotel to client. |
| Michael Williams | 10/30/2014 | $60.00 | Taxi from O'Hare to home. |
| Richard Carter | 10/1/2014 | $56.95 | Taxi from hotel to DFW Airport. |
| Richard Carter | 10/2/2014 | $72.00 | Parking at Chicago Airport. |
| Richard Carter | 10/2/2014 | $5.00 | Taxi from hotel to Energy. |
| Richard Carter | 10/14/2014 | $56.50 | Taxi from DFW to Energy. |
| Richard Carter | 10/15/2014 | $15.00 | Taxi from Energy Plaza to hotel. |
| Richard Carter | 10/16/2014 | $105.00 | Parking at Chicago Airport. |
| Steve Kotarba | 10/15/2014 | $25.00 | Taxi from DFW Airport to Energy. |
| Steve Kotarba | 10/15/2014 | $55.00 | Taxi from home to Midway Airport. |
| Steve Kotarba | 10/16/2014 | $60.00 | Taxi from Midway Airport to home. |
| Steve Kotarba | 10/16/2014 | $25.00 | Taxi from Energy to DFW Airport. |
| Steve Kotarba | 10/20/2014 | $24.60 | Taxi from DFW Airport to Energy. |

*Exhibit D*

## Combined - All Entities
## Expense Detail by Category
## October 1, 2014 through October 31, 2014

### Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Steve Kotarba | 10/20/2014 | $60.00 | Taxi from home to Midway Airport. |
| Steve Kotarba | 10/23/2014 | $60.00 | Taxi from home to Midway Airport. |
| Steve Kotarba | 10/24/2014 | $60.00 | Taxi from Midway Airport to home. |
| Steve Kotarba | 10/27/2014 | $60.00 | Taxi from home to Midway Airport. |
| Steve Kotarba | 10/27/2014 | $94.00 | Train to Wilmington, DE for hearing. |
| Steve Kotarba | 10/28/2014 | $60.00 | Taxi from Midway Airport to home. |
| Steve Kotarba | 10/28/2014 | $94.22 | Taxi from Wilmington, DE to Philadelphia. |
| Steve Kotarba | 10/31/2014 | $14.00 | Taxi from Amtrak to hotel. |
| **Expense Category Total** | | **$7,623.58** | |
| *Grand Total* | | **$53,704.12** | |