Andrew G. Dietderich
Brian D. Glueckstein
Michael H. Torkin
Mark U. Schneiderman
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone:     (212) 558-4000
Facsimile:     (212) 558-3588

Proposed Counsel to the Official Committee of
Unsecured Creditors of Energy Future Holdings
Corporation, Energy Future Intermediate
Holding Company, LLC, EFIH Finance, Inc.,
and EECI, Inc.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>**Hearing Date: January 13, 2015 at 9:30 a.m.**<br>**Objection Deadline: January 5, 2015 at 4:00 p.m.** |

**NOTICE OF APPLICATION OF THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF ENERGY FUTURE HOLDINGS CORPORATION,
ENERGY FUTURE INTERMEDIATE HOLDING COMPANY, LLC, EFIH FINANCE,
INC., AND EECI, INC. FOR AN ORDER AUTHORIZING THE RETENTION AND
EMPLOYMENT OF ALIXPARTNERS, LLP AS RESTRUCTURING ADVISOR
TO THE COMMITTEE *NUNC PRO TUNC* TO NOVEMBER 20, 2014**

**PLEASE TAKE NOTICE** that on the date hereof, the official committee of

unsecured creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding

Company, LLC, EFIH Finance, Inc., and EECI, Inc. (the "**EFH Committee**") filed the

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Application of the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. for an Order Authorizing the Retention and Employment of AlixPartners, LLP as Restructuring Advisor to the Committee *Nunc Pro Tunc* to November 20, 2014 (the "**Application**").  The undersigned counsel will present the Application to the Honorable Christopher S. Sontchi, Bankruptcy Judge of the United States Bankruptcy Court for the District of Delaware (the "**Court**"), at 824 N. Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801, at a hearing to be held on **January 13, 2015 at 9:30 a.m. (Eastern Time)** (the "**Hearing**").

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to the relief requested in the Application must be filed electronically with the Court on the docket of *In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS) in accordance with rule 5005 of the Local Rules for the United States Bankruptcy Court for the District of Delaware, and served by U.S. mail, overnight delivery, hand delivery or facsimile upon the undersigned counsel so as to be actually received no later than **January 6, 2015 at 4:00 p.m. (Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that only those objections that are timely filed, served and received will be considered at the Hearing.  Failure to file a timely objection may result in entry of a final order granting the Application as requested by the EFH Committee without further notice or a hearing.  The parties are required to attend the Hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

**PLEASE TAKE FURTHER NOTICE** that copies of the Application may be obtained from the Court's website, https://ecf.deb.uscourts.gov for a nominal fee or, free of charge, the website of the Debtors' claims and noticing agent, http://efhcaseinfo.com.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>December 22, 2014 | **MONTGOMERY McCRACKEN WALKER & RHOADS, LLP**<br><br>*/s/ Davis Lee Wright*<br>Natalie D. Ramsey, Esquire (DE Bar No. 5378)<br>Davis Lee Wright, Esquire (DE Bar No. 4324)<br>Mark A. Fink, Esquire (DE Bar No. 3946)<br>1105 North Market Street, 15th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 504-7800<br>Facsimile: (302) 504 -7820<br>E-mail:    nramsey@mmwr.com<br>            dwright@mmwr.com<br>            mfink@mmwr.com<br><br>– and –<br><br>**SULLIVAN & CROMWELL LLP**<br><br>Andrew G. Dietderich<br>Brian D. Glueckstein<br>Michael H. Torkin<br>Mark U. Schneiderman<br>125 Broad Street<br>New York, New York 10004<br>Telephone:    (212) 558-4000<br>Facsimile:    (212) 558-3588<br>E-mail:       dietdericha@sullcrom.com<br>              gluecksteinb@sullcrom.com<br>              torkinm@sullcrom.com<br>              schneidermanm@sullcrom.com<br><br>*Proposed Counsel for The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC; EFIH Finance, Inc.; and EECI, Inc.* |