# EXHIBIT B

## Engagement Letter



December 15, 2014

The Official Committee of Unsecured Creditors of
Energy Futures Holdings Corporation et al.
c/o Andrew G. Dietderich, Esq.
Sullivan and Cromwell LLP
125 Broad Street
New York, NY 10004-2498

Re:    Agreement for Financial Advisory and Consulting Services

Dear Committee Members:

This letter, together with the attached Schedule(s) and General Terms and Conditions, sets forth the agreement ("Agreement") between AlixPartners, LLP, a Delaware limited liability partnership ("AlixPartners") and The Official Committee of Unsecured Creditors (the "Committee") of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc. and EECI, Inc., for the engagement of AlixPartners to provide advisory services to the Committee and its counsel with respect to the Chapter 11 cases of Energy Future Holdings Corporation and its affiliated debtors and debtors in possession (collectively, the "Debtors"), currently pending before the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

All defined terms shall have the meanings ascribed to them in this letter and in the attached Schedule(s) and General Terms and Conditions.

---

### OBJECTIVES AND TASKS

---

AlixPartners will provide advice to and assist the Committee and its counsel through the bankruptcy and restructuring process. AlixPartners will perform specified tasks if and as requested by the Committee directly or through counsel, in each case using reasonable efforts to avoid redundancy with other professionals. A general list of tasks AlixPartners may perform is as follows:

- Review and evaluate the Debtors' current financial condition, business plans and cash and financial forecasts, and periodically report to the Committee regarding the same.

- Review the Debtors' cash management, tax sharing and intercompany accounting systems, practices and procedures.

- Review and investigate: (i) related party transactions, including those between the Debtors and non-Debtor subsidiaries and affiliates (including, but not limited to,



The Official Committee of Unsecured Creditors of
Energy Futures Holdings Corporation, et al.
December 15, 2014
Page 2 of 9

shared services expenses and tax allocations) and (ii) selected other pre-petition transactions.

- Identify and/or review potential preference payments, fraudulent conveyances and other causes of action that the various Debtors' estates may hold against third parties, including each other.

- Analyze the Debtors' assets and claims, and assess potential recoveries to the various creditor constituencies under different scenarios, in coordination with the Committee's investment banker.

- Support the Committee's investment banker's evaluation of proposed asset sales, as required.

- Assist in the development and/or review of the Debtors' plan of reorganization and disclosure statement.

- Review and evaluate court motions filed or to be filed by the Debtors or any other parties-in-interest, as appropriate.

- Render expert testimony and litigation support services, including e-discovery services, as requested from time to time by the Committee and its counsel, regarding any of the matters to which AlixPartners is providing services.

- Attend Committee meetings and court hearings as may be required in the role of advisors to the Committee.

- Perform further tasks as requested by Sullivan & Cromwell LLP ("S&C") and as agreed by AlixPartners, to assist S&C in advising the Committee as its counsel.

- Assist with such other matters as may be requested that fall within AlixPartners' expertise and that are mutually agreeable.

| STAFFING |
| --- |

James Mesterharm and Alan D. Holtz will be the Managing Directors responsible for the overall engagement. They will be assisted by a staff of consultants at various levels, who have a wide range of skills and abilities related to this type of assignment. In addition, we have relationships with, and periodically use, independent contractors with specialized skills and abilities to assist us. Staffing decisions will be made in consultation with the Committee or its counsel.


*When it really matters.*

The Official Committee of Unsecured Creditors of
Energy Futures Holdings Corporation, et al.
December 15, 2014
Page 3 of 9

| TIMING AND FEES |
| --- |

This will confirm that AlixPartners commenced this engagement in good faith on November 20, 2014 in anticipation of receipt of a copy of the Agreement executed by the Committee Chairperson.

The Debtors shall compensate AlixPartners for its services, and reimburse AlixPartners for expenses, as set forth on Schedule 1.

| TERMS AND CONDITIONS |
| --- |

The Committee agrees to all the terms of the Agreement, and should note that Section 7 of the General Terms and Conditions provides that the Debtors will indemnify AlixPartners against certain claims, liabilities, losses, expenses and damages arising out of or in connection with the engagement of AlixPartners that is the subject of the Agreement.

\* \* \*

If this letter correctly sets forth our agreement, please sign and return the enclosed copy of this letter.

We look forward to working with you.

Sincerely yours,

ALIXPARTNERS, LLP

Alan D. Holtz
Managing Director



The Official Committee of Unsecured Creditors of
Energy Futures Holdings Corporation, et al.
December 15, 2014
Page 4 of 9

Acknowledged and Agreed to:

On behalf of the Official Committee of Unsecured Creditors of Energy Future Holdings
Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and
EECI, Inc.

By: _Mabel C. Brown_____

Its: _Chairperson_____

Dated: _12-17-2014_____



SCHEDULE 1

FEES AND EXPENSES

1.  **Fees:** AlixPartners' fees will be based on the hours spent by its personnel at AlixPartners' hourly rates, which are:

| | |
|---|---|
| Managing Director | $875 – 1,010 |
| Director | $665 - 815 |
| Vice President | $490 - 590 |
| Associate | $335 - 435 |
| Analyst | $290 - 320 |
| Paraprofessional | $220 - 240 |

AlixPartners reviews and revises its billing rates on January 1 of each year, subject to consultation with and approval by its clients. The above rates will remain in effect through December 31, 2014, and AlixPartners has agreed as a concession to the Committee that with respect to this engagement, its maximum rate for each personnel level will remain the same during 2015 as specified above for 2014. AlixPartners shall provide to the Committee sufficient advance notice of any rate increases such that the Committee can comply with any applicable order of the Bankruptcy Court relating to the retention of AlixPartners.

Fees for electronic discovery services will include: (1) the hourly fees associated with the identification, preservation and collection of electronically stored information and (2) the following fees for processing, hosting and production of electronically stored information:

| Service Description | Per Unit Cost |
|---|---|
| Data Processing (De-duplication, metadata extraction and indexing for search) | $125/GB |
| Relativity Load Fees | $400/GB |
| Relativity Analytics (as necessary) | $250/GB |
| Hosting Fees (Monthly Charge) | $50/GB |
| User Fees (Monthly Charge) | $100/user |
| Production TIFF charges | .04/page |
| Production endorsements | .01/endorsement |
| Creation of production sets and load files | Hourly |
| Production media | At cost |



2.   **Expenses:** In addition to the fees set forth in this Schedule, the Debtors shall pay directly, or reimburse AlixPartners upon receipt of periodic billings, for all reasonable out-of-pocket expenses incurred in connection with this assignment, such as travel, lodging and meals.

# ALIXPARTNERS, LLP
## GENERAL TERMS AND CONDITIONS

These General Terms and Conditions ("Terms") are incorporated into the Agreement to which these Terms are attached. In case of conflict between the wording in the Agreement and/or schedule(s) and these Terms, the wording of the Agreement and/or schedule(s) shall prevail.

**Section 1. Committee Responsibilities.**

The Committee will undertake responsibilities as set forth below:

1.  Use all reasonable efforts to cause the Debtors to provide AlixPartners with (i) reliable and accurate detailed information, materials, and documentation concerning the Debtors; and (ii) access to management and other representatives of the Debtors as reasonably requested by AlixPartners.

2.  Make decisions and take future actions, as the Committee determines in its sole discretion, on any recommendations made by AlixPartners in connection with this Agreement.

AlixPartners' delivery of the services and the fees charged are dependent on (i) the Committee's timely and effective completion of its responsibilities; and (ii) timely decisions and approvals made by the Committee. The Committee shall be responsible for any delays, additional costs or other deficiencies caused by not completing its responsibilities.

The Committee shall apply promptly to the Bankruptcy Court for approval of the Committee's retention of AlixPartners under the terms of the Agreement. The form of retention application and proposed order shall be reasonably acceptable to AlixPartners. AlixPartners shall have no obligation to provide services unless AlixPartners' retention under the terms of the Agreement is approved by a final order of the Bankruptcy Court reasonably acceptable to AlixPartners. The Committee shall assist, or cause its counsel to assist, with filing, serving and noticing of papers related to AlixPartners' fee and expense matters.

**Section 2. Billing and Payments.**

**Billing.** Unless explicitly stated in the invoice, all amounts invoiced are not contingent upon or in any way tied to the delivery of any reports or other work product in the future and are not contingent upon the outcome of any case or matter. AlixPartners' fees are exclusive of taxes or similar charges, which shall be the responsibility of the Committee other than taxes imposed on AlixPartners' income generally).

**Payments.** All payments to be made to AlixPartners shall be due and payable upon receipt of invoice via wire transfer to AlixPartners' bank account, as follows:

| | |
|---|---|
| Receiving Bank: | Deutsche Bank |
| | ABA #021-001-033 |
| Receiving Account: | AlixPartners, LLP |
| | A/C #003-58897 |
| Currency: | USD |

**Section 3. Relationship of the Parties.**

The parties intend that an independent contractor relationship will be created by the Agreement. As an independent contractor, AlixPartners will have complete and exclusive charge of the management and operation of its business, including hiring and paying the wages and other compensation of all its employees and agents, and paying all bills, expenses and other charges incurred or payable with respect to the operation of its business. AlixPartners will be responsible for all employment, withholding, income and other taxes incurred in connection with the operation and conduct of its business. Nothing in this Agreement is intended to create, nor shall be deemed or construed to create a fiduciary or agency relationship between AlixPartners and the Committee.

AlixPartners is providing advisory and consulting services only, and will not make decisions for the Committee. While AlixPartners may from time to time suggest options available to the Committee, the ultimate decision as to such options rests with the Committee, and AlixPartners makes no promise or guarantee about the outcome of the Committee's matters.

**Section 4. Confidentiality.**

AlixPartners shall use reasonable efforts to keep confidential all non-public confidential or proprietary information obtained from the Committee or the Debtors during the performance of its services hereunder (the "Information"), and neither AlixPartners nor its personnel will disclose any Information to any other person or entity. "Information" includes non-public confidential and proprietary data, plans, reports, schedules, drawings, accounts, records, calculations, specifications, flow sheets, computer programs, source or object codes, results, models or any work product relating to the business of the Debtors, its subsidiaries, distributors, affiliates, vendors, customers, employees, contractors and consultants.

The foregoing is not intended to prohibit, nor shall it be construed as prohibiting, AlixPartners from making such disclosures of Information that AlixPartners reasonably believes are required by law or any regulatory requirement or authority, or to clear client conflicts. Subject to any applicable nondisclosure agreement or other confidentiality obligation, AlixPartners may make reasonable disclosures of Information to third parties in connection with the performance of AlixPartners' obligations and assignments hereunder. In addition, AlixPartners will have the right to disclose to any person that it provided services to the Committee and a general description of such services, but shall not provide any other information about its involvement with the Committee. The obligations of AlixPartners under this Section 4 shall survive the end of any engagement between the parties for a period of two (2) years.

The Committee acknowledges that all information (written or oral), including advice and Work Product (as defined in

Section 5), and the terms of this Agreement, generated by AlixPartners in connection with this engagement is intended solely for the benefit and use of the Committee in connection with the transactions to which it relates. The Committee agrees that no such information shall be used for any other purpose or reproduced, disseminated, quoted or referred to with or without attribution to AlixPartners at any time in any manner or for any purpose without AlixPartners' prior approval, except as required by law.

**Section 5. Intellectual Property.**

Upon the payment of all fees and expenses owed under this Agreement, all analyses, final reports, presentation materials, and other work product (other than any Engagement Tools, as defined below) that AlixPartners creates or develops specifically for the Committee and delivers to the Committee as part of this engagement (collectively known as "Work Product") shall be owned by the Committee and shall constitute Information as defined above. AlixPartners may retain copies of the Work Product and any Information necessary to support the Work Product subject to its confidentiality obligations in this Agreement. In addition, the Committee acknowledges and agrees that before submitting our Work Product to the Committee, it may be necessary and appropriate for AlixPartners to review certain information with the Debtors or their advisors for accuracy and validity.

All methodologies, processes, techniques, ideas, concepts, know-how, procedures, software, tools, utilities and other intellectual property that AlixPartners has created, acquired or developed or will create, acquire or develop (collectively, "Engagement Tools"), are, and shall be, the sole and exclusive property of AlixPartners. The Committee shall not acquire any interest in the Engagement Tools other than a limited non-transferable license to use the Engagement Tools to the extent they are contained in the Work Product. The Committee acknowledges and agrees that any Engagement Tools provided to the Committee are provided "as is" and without any warranty or condition of any kind, express, implied or otherwise, including, implied warranties of merchantability or fitness for a particular purpose.

**Section 6. Framework of the Engagement.**

The Committee acknowledges that it is retaining AlixPartners solely to assist and advise the Committee and its counsel as described in the Agreement. This engagement shall not constitute an audit, review or compilation, or any other type of financial statement reporting engagement.

**Section 7. Indemnification and Other Matters.**

The Debtors shall indemnify, hold harmless and defend AlixPartners and its affiliates and its and their partners, directors, officers, employees and agents (collectively, the "AlixPartners Parties") from and against all claims, liabilities, losses, expenses and damages ("Claims") arising out of or in connection with the engagement of AlixPartners that is the subject of the Agreement, except to

the extent such Claims arise out of the bad faith, self-dealing, gross negligence or intentional misconduct of the AlixPartners Parties. The Debtors shall pay damages and expenses, including reasonable legal fees and disbursements of counsel. At the Debtors' expense, the AlixPartners Parties may engage a single firm of separate counsel of their choice to represent them in connection with any of the matters to which these indemnification obligations relate.

Notwithstanding anything to the contrary, the Debtors' indemnification obligations in this Section 7 shall be primary to (and without allocation against) any similar indemnification obligations that AlixPartners may offer to its employees/partners generally (which shall be secondary).

AlixPartners is not responsible for any third-party products or services separately procured by the Committee. The Committee's sole and exclusive rights and remedies with respect to any such third party products or services are against the third-party vendor and not against AlixPartners, whether or not AlixPartners is instrumental in procuring such third-party product or service.

**Section 8. Governing Law.**

The Agreement is governed by and shall be construed in accordance with the laws of the State of New York with respect to contracts made and to be performed entirely therein and without regard to choice of law or principles thereof.

The Committee and AlixPartners agree that the Bankruptcy Court shall have exclusive jurisdiction over any and all matters arising under or in connection with this Agreement.

In any court proceeding arising out of this Agreement, the parties hereby waive any right to trial by jury.

**Section 9. Termination and Survival.**

The Agreement may be terminated at any time by written notice by one party to the other; provided, however, that notwithstanding such termination AlixPartners will be entitled to any fees and expenses accruing under the provisions of the Agreement before such termination. Such payment obligation shall inure to the benefit of any successor or assignee of AlixPartners.

Sections 2, 4, 5, 7, 8, 9, 10, 11 and 12 of these Terms, the provisions of Schedule 1 and the obligation to pay accrued fees and expenses shall survive the expiration or termination of the Agreement.

**Section 10. Non-Solicitation of Employees**

The Debtors acknowledge and agree that AlixPartners has made a significant monetary investment recruiting, hiring and training its personnel. During the term of this Agreement and for a period of two years after the final invoice is rendered by AlixPartners with respect to this engagement (the "Restrictive Period"), the Debtors agree

**ALIXPARTNERS, LLP**
**GENERAL TERMS AND CONDITIONS**

not to directly or indirectly hire, contract with, or solicit the employment of any of AlixPartners' Managing Directors, Directors, or other employees/ contractors.

The Debtors also acknowledge and agree that money damages alone may not be an adequate remedy for a breach of this provision, and the Debtors agree that AlixPartners shall have the right to seek a restraining order and/or an injunction for any breach of this non-solicitation provision. If any provision of this section is found to be invalid or unenforceable, then it shall be deemed modified or restricted to the extent and in the manner necessary to render the same valid and enforceable.

**Section 11.  Limit of Liability.**

The AlixPartners Parties shall not be liable to the Committee, the Committee members, the Debtors, or any party asserting claims on behalf of the Debtors, except for direct damages found in a final determination to be the direct result of the bad faith, self-dealing, gross negligence or intentional misconduct of AlixPartners. The AlixPartners Parties shall not be liable for incidental or consequential damages under any circumstances, even if advised of the possibility of such damages. The AlixPartners Parties' aggregate liability, whether in tort, contract, or otherwise, is limited to the amount of fees paid to AlixPartners for services on this engagement (the "Liability Cap"). The Liability Cap is the total limit of the AlixPartners Parties' aggregate liability for any and all claims or demands by anyone pursuant to this Agreement, including liability to the Debtors, to any other parties hereto, and to any others making claims relating to the work performed by AlixPartners pursuant to this Agreement. Any such claimants shall allocate any amounts payable by the AlixPartners Parties among themselves as appropriate, but if they cannot agree on the allocation it will not affect the enforceability of the Liability Cap. Under no circumstances shall the aggregate of all such allocations or other claims against the AlixPartners Parties pursuant to this Agreement exceed the Liability Cap.

AlixPartners acknowledges that, during the pendency of any retention approved by the Bankruptcy Court, the Liability Cap may be subject to modifications as provided in the Bankruptcy Court's retention order.

**Section 12.  General.**

**Severability.**  If any portion of the Agreement shall be determined to be invalid or unenforceable, the remainder shall be valid and enforceable to the maximum extent possible.

**Entire Agreement.**  This Agreement, including these Terms and the schedule(s), contains the entire understanding of the parties relating to the services to be rendered by AlixPartners and supersedes any other communications, agreements, understandings, representations, or estimates among the parties (relating to the subject matter hereof) with respect to such services. The Agreement, including these Terms and the schedule(s), may not be amended or modified in any respect except in a

writing signed by the parties.  AlixPartners is not responsible for performing any services not specifically described herein or in a subsequent writing signed by the parties.

**Related Matters.**  If an AlixPartners Party is required by applicable law, legal process or government action to produce information or testimony as a witness with respect to this Agreement, the Debtors shall reimburse AlixPartners for any professional time and expenses (including reasonable external and internal legal costs and e-discovery costs) incurred to respond to the request, except in cases where an AlixPartners Party is a party to the proceeding or the subject of the investigation.

AlixPartners will have the right to obtain independent legal counsel to obtain advice with respect to its services under this engagement. The Debtors will reimburse AlixPartners' for the reasonable fees and expenses of such independent legal counsel in accordance with applicable orders and procedures of the Bankruptcy Court.

**Joint and Several.**  Each of the Debtors shall cause each other entity which is included in the definition of Debtors to be jointly and severally liable for the Debtors' liabilities and obligations set forth in this Agreement.

**Third-Party Beneficiaries.**  The AlixPartners Parties shall be third-party beneficiaries with respect to Section 7 hereof.

**Data Protection.**  AlixPartners acknowledges and the Committee and Debtors agree that in performing the services AlixPartners may from time to time be required to process certain personal data on behalf of the Committee for the Debtors. In such cases AlixPartners may act as the Committee's or Debtors' data processor and AlixPartners shall endeavor to (a) act only on reasonable instructions from the Committee or Debtors within the scope of the services of this Agreement; (b) have in place appropriate technical and organizational security measures against unauthorized or unlawful processing of personal data and against accidental loss or destruction of, or damage to, personal data; and (c) comply (to the extent applicable to it and/or the process) with relevant laws or regulations.

**Notices.**  All notices required or permitted to be delivered under the Agreement shall be sent, if to AlixPartners, to:

> AlixPartners, LLP
> 2000 Town Center, Suite 2400
> Southfield, MI 48075
> Attention:  General Counsel

and if to the Committee, to its retained counsel. All notices under the Agreement shall be sufficient only if delivered by overnight mail. Any notice shall be deemed to be given only upon actual receipt.