**<u>EXHIBIT C</u>**

**<u>Holtz Declaration</u>**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF ALAN D. HOLTZ IN SUPPORT**
**OF THE APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS OF ENERGY FUTURE HOLDINGS CORPORATION, ENERGY**
**FUTURE INTERMEDIATE HOLDING COMPANY, LLC, EFIH FINANCE, INC.,**
**AND EECI, INC. FOR AN ORDER AUTHORIZING THE RETENTION AND**
**EMPLOYMENT OF ALIXPARTNERS, LLP AS RESTRUCTURING**
**ADVISOR TO THE COMMITTEE *NUNC PRO TUNC* TO NOVEMBER 20, 2014**

I, Alan D. Holtz, make this Declaration pursuant to 28 U.S.C. § 1746, and state:

1.     I am a Managing Director at AlixPartners, LLP ("**AlixPartners**"), which

has a place of business at 2000 Town Center, Suite 2400, Southfield, Michigan 48075. Except as

otherwise noted, I have personal knowledge of the matters set forth herein.[2] This declaration is

submitted in support of the application (the "**Application**")[3] of the official committee of

unsecured creditors (the "**EFH Committee**") of Energy Future Holdings Corporation, Energy

Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. (collectively,

the "**EFH Debtors**") for the entry of an order authorizing the EFH Committee to retain and

employ AlixPartners as its restructuring advisor in connection with the chapter 11 cases of

---

[1]    The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Certain of the disclosures herein relate to matters within the knowledge of other professionals at AlixPartners and are based on information provided by them.

[3]    Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to such terms in the Application.

Energy Future Holdings Corporation and its affiliated debtors and debtors in possession (collectively, the "**Debtors**"), effective *nunc pro tunc* to November 20, 2014, pursuant to sections 328(a) and 1103(a) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "**Bankruptcy Code**"), rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and rule 2014-1 of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**").

## ALIXPARTNERS' QUALIFICATIONS

2.     AlixPartners is an internationally recognized consulting firm, has a wealth of experience in providing restructuring advisory services both in and out-of-court, and enjoys an excellent reputation for services it has rendered in large and complex chapter 11 cases on behalf of debtors and official committees of unsecured creditors throughout the United States.

3.     AlixPartners professionals have provided strategic advice to debtors, creditors, bondholders, investors and other entities in numerous chapter 11 cases of similar size and complexity to these chapter 11 cases. Since its inception in 1981, AlixPartners, its predecessor entities, and its affiliate, AP Services, LLC, have provided restructuring or crisis management services in numerous large cases. *See,, e.g., In re Ablest Inc.*, Case No. 14-10717 (KJC) (Bankr. D. Del. Apr. 21, 2014); *In re Synagro Techs., Inc.*, Case No. 13-11041 (BLS) (Bankr. D. Del. June 5, 2013); *In re The Scooter Store Holdings, Inc.*, Case No. 13-10904 (PJW) (Bankr. D. Del. June 7, 2013); *In re CHL, Ltd.*, Case No. 12-12437 (KJC) (Bankr. D. Del. Sept. 24, 2012); *In re Pemco World Air Servs., Inc.*, Case No. 12-10799 (MFW) (Bankr. D. Del. Apr. 3, 2012); *In re Neb. Book Co.*, Case No. 11-12005 (PJW) (Bankr. D. Del. July 21, 2011); *In re AbitibiBowater Inc.*, Case No. 09-11296 (KJC) (Bankr. D. Del. July 7, 2010); *In re* T*rico Marine Servs., Inc.*, Case No. 10-12653 (BLS) (Bankr. D. Del. Oct. 6, 2010); *In re U.S. Concrete, Inc.*, Case No. 10-11407 (PJW) (Bankr. D. Del. May 21, 2010); *In re Plumbing Holdings Corp.*, Case

2

No. 09-14413 (CSS) (Bankr. D. Del. Jan. 26, 2010); *In re Stallion Oilfield Servs. Ltd.*, Case No. 09-13562 (BLS) (Bankr. D. Del. Nov. 16, 2009); *In re VeraSun Energy Corp.*, Case No. 08-12606 (BLS) (Bankr. D. Del. Sept. 10, 2009); *In re MMC Precision Holdings Corp.*, Case No. 09-10998 (BLS) (Bankr. D. Del. Apr. 16, 2009); *In re Motor Coach Indus. Int'l, Inc.*, Case No. 08-12136 (BLS) (Bankr. D. Del. Aug. 18, 2009); *In re Nailite Int'l, Inc.*, Case No. 09-10526 (MFW) (Bankr. D. Del. Mar. 12, 2009); *In re SemCrude, L.P.*, Case No. 08-11525 (BLS) (Bankr. D. Del. Aug. 19, 2008); *In re ACG Holdings, Inc.*, Case No. 08-11467 (CSS) (Bankr. D. Del. Aug. 12, 2008); *In re Hilex Poly Co.*, Case No. 08-10890 (KJC) (Bankr. D. Del. May 30, 2008); *In re Tropicana Entm't, LLC*, Case No. 08-10856 (KJC) (Bankr. D. Del. May 30, 2008); *In re Charys Holding Co.*, Case No. 08-10289 (BLS) (Bankr. D. Del. Mar. 7, 2008); *In re New Century TRS Holdings, Inc.*, Case No. 07-10416 (KJC) (Bankr. D. Del. June 15, 2007); *In re Remy Worldwide Holdings, Inc.*, Case No. 07-11481 (KJC) (Bankr. D. Del. Nov. 5, 2007); *In re Dura Auto. Sys., Inc.*, Case No. 06-11202 (KJC) (Bankr. D. Del. Dec. 22, 2006).

## SERVICES TO BE RENDERED

4.      AlixPartners will provide advice to and assist the EFH Committee and its counsel through the bankruptcy and restructuring process. AlixPartners will perform specified tasks if and as requested by the EFH Committee directly or through counsel, in accordance with the Engagement Letter.  A general list of tasks AlixPartners may perform is as follows:[4]

  a.   Review and evaluate the Debtors' current financial condition, business plans and cash and financial forecasts, and periodically report to the EFH Committee regarding the same.

  b.   Review the Debtors' cash management, tax sharing and intercompany accounting systems, practices and procedures.

---

[4]   All summaries herein of terms contained in the Engagement Letter are provided for convenience only. The terms set forth in the Engagement Letter control in all respects.

c.      Review and investigate: (i) related party transactions, including those between the Debtors and non-Debtor subsidiaries and affiliates (including, but not limited to, shared services expenses and tax allocations) and (ii) selected other pre-petition transactions.

d.      Identify and/or review potential preference payments, fraudulent conveyances and other causes of action that the various Debtors' estates may hold against third parties, including each other.

e.      Analyze the Debtors' assets and claims, and assess potential recoveries to the various creditor constituencies under different scenarios, in coordination with the EFH Committee's investment banker.

f.      Support the EFH Committee's investment banker's evaluation of proposed asset sales, as required.

g.      Assist in the development and/or review of the Debtors' plan of reorganization and disclosure statement.

h.      Review and evaluate court motions filed or to be filed by the Debtors or any other parties-in-interest, as appropriate.

i.      Render expert testimony and litigation support services, including e-discovery services, as requested from time to time by the EFH Committee and its counsel, regarding any of the matters to which AlixPartners is providing services.

j.      Attend EFH Committee meetings and court hearings as may be required in the role of advisors to the EFH Committee.

k.      Perform further tasks as requested by Sullivan & Cromwell LLP ("**S&C**") and as agreed by AlixPartners, to assist S&C in advising the EFH Committee as its counsel.

l.      Assist with such other matters as may be requested that fall within AlixPartners' expertise and that are mutually agreeable

5.      Contemporaneously with the filing of the Application, the EFH Committee has also filed an application for an order authorizing the EFH Committee to retain and employ Guggenheim Securities, LLC ("**Guggenheim**") to provide investment banking services to the EFH Committee. AlixPartners will carry out unique functions and will use reasonable efforts to coordinate with the EFH Committee's other retained professionals and to

4

avoid the duplication of services with those provided by Guggenheim and the EFH Committee's other retained professionals during the pendency of these chapter 11 cases.

## PROFESSIONAL COMPENSATION

6.      In consideration of the services to be provided by AlixPartners, the Debtors have, in addition to indemnification provisions, agreed to the Fee Structure set forth in the Engagement Letter, (the "**Fee Structure**"), as summarized below:

7.      AlixPartners will be paid by the Debtors for the services of AlixPartners' professionals at their customary hourly billing rates, which currently are:

| | |
|---|---|
| Managing Directors | $875–1,010 |
| Directors | $665–815 |
| Vice Presidents | $490–590 |
| Associates | $335–435 |
| Analysts | $290–320 |
| Paraprofessionals | $220–240 |

AlixPartners revises its rates annually on January 1.

8.      AlixPartners has agreed as a concession to the EFH Committee that with respect to its engagement by the EFH Committee in these chapter 11 cases, its maximum rate for each personnel level will remain the same during 2015 as specified above for 2014.

9.      In addition to compensation for professional services rendered by AlixPartners personnel, AlixPartners will charge fees associated with electronic discovery services, as outlined in the Engagement Letter.  AlixPartners will also seek reimbursement for reasonable and necessary expenses incurred in connection with these chapter 11 cases, including amounts invoiced to AlixPartners by Kenneth J. Malek under the Malek Agreement (as defined below).

10.     To the extent the engagement requires services of AlixPartners' international divisions or personnel from specialized practices, the standard hourly rates applicable in the international divisions or specialized practices will apply.

11.     AlixPartners has contracted with Kenneth J. Malek ("**Malek**"), to provide consulting services in the area of corporate taxation in connection with AlixPartners' role as restructuring advisor in these chapter 11 cases, pursuant to Mr. Malek's agreement with AlixPartners dated December 14, 2014, effective commencing on November 20, 2014 (the "**Malek Agreement**") as described in the *Declaration of Kenneth J. Malek in Support of the Application of the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI Inc. for an Order Authorizing the Retention and Employment of AlixPartners, LLP as Restructuring Advisor to the Committee* nunc pro tunc *to November 20, 2014* (the "**Malek Declaration**").  Mr. Malek's services and any product or results thereof are to be used exclusively by AlixPartners in AlixPartners' provision of its services to the EFH Committee. Mr. Malek has been provided with  the list of the interested parties in these chapter 11 cases, and to the best of AlixPartners' knowledge, (a) Mr. Malek is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, (b) Mr. Malek does not represent any person or entity having an interest adverse to the EFH Committee in connection with these chapter 11 cases, (c) Mr. Malek does not hold or represent an interest adverse to the interests of the Debtors' estates with respect to matters on which AlixPartners is employed and (d) Mr. Malek has no connection to the Debtors, their creditors or any other party in interest except as disclosed in the Malek Declaration. Mr. Malek will review his files against any updated list of Potential Parties-In-Interest received from the Debtors from time to time during the pendency of

these chapter 11 cases, pursuant to the procedures described in the Malek Declaration.  To the extent any new relevant facts or relationships are discovered or arise in the course of such review, Mr. Malek will promptly make additional disclosure to the Court as required by Bankruptcy Rule 2014(a). AlixPartners intends to include as an expense reimbursement in its fee applications a request for reimbursement of the amounts invoiced to AlixPartners by Mr. Malek under the Malek Agreement without any markup or increase.[5] Copies of such invoices will be made available upon request.

12.    Except as previously stated in paragraph 11 above, AlixPartners will not use independent contractors or subcontractors to perform the services contemplated by the Application without separate Court approval.

13.    AlixPartners and Mr. Malek will maintain records in support of any fees (in 1/10th of an hour increments), costs, and expenses incurred in connection with services rendered in these chapter 11 cases. Records will be arranged by category and nature of the services rendered, and will include reasonably detailed descriptions of those services provided on behalf of the Committee.

14.    If AlixPartners finds it desirable to seek the Court's approval to augment its professional staff with independent contractors or subcontractors, other than Mr. Malek, in these chapter 11 cases, then (a) AlixPartners shall file, and require each such independent contractor or subcontractor to file, declarations indicating that such independent contractor or subcontractor has reviewed the list of the interested parties in these chapter 11 cases, disclosing such independent contractor or subcontractor relationships, if any, with the interested parties, and indicating that such independent contractor or subcontractor is disinterested, (b) each such

---

[5]    AlixPartners will make the Malek Agreement available upon request.

independent contractor or subcontractor will remain disinterested during the time that AlixPartners is involved in providing services on behalf of the EFH Committee, and (c) each such independent contractor or subcontractor will represent that he or she will not work for the Debtors or other parties in interest in these chapter 11 cases during the time that AlixPartners is involved in providing services to the EFH Committee. AlixPartners' standard practice in chapter 11 cases is to charge for the rate that AlixPartners pays such independent contractor or subcontractor for such services.

15.    The Fee Structure is consistent with AlixPartners' normal and customary billing practices for comparably sized and complex cases and transactions, both in and out-of-court, involving the services to be provided in connection with these chapter 11 cases. The Engagement Letter was negotiated at arm's length and in good faith, and AlixPartners believes that the Fee Structure is both reasonable and consistent with the market for such services.

16.    In light of the foregoing, and given the numerous issues that it may be required to address in the performance of its services, AlixPartners believes that the Fee Structure is fair, reasonable and market-based under the standards set forth in Bankruptcy Code section 330.

## INDEMNIFICATION PROVISIONS

17.    Pursuant to the Engagement Letter, the Debtors will indemnify, hold harmless and defend the AlixPartners Parties (as defined in the Engagement Letter) from and against all claims, liabilities, losses, expenses, and damages arising out of or in connection with AlixPartners' retention by the EFH Committee, all as more fully described in the indemnification section of the Engagement Letter.

18.    AlixPartners believes that the indemnification terms, as modified by the Proposed Order, are customary and reasonable for advisory engagements similar to AlixPartner's

8

proposed engagement under the Engagement Letter, both in and out-of-court, and reflect the qualifications and limitations on indemnification provisions that are customary in this district.

## ALIXPARTNERS' DISINTERESTEDNESS

19.     In connection with its proposed retention by the EFH Committee in these chapter 11 cases, AlixPartners undertook a lengthy review to determine whether it had any conflicts or other connections that might cause it not to be disinterested or to hold or represent an interest adverse to the EFH Committee, the Debtors, or their estates.  Specifically, AlixPartners obtained from the Debtors, and/or their representatives, the names of individuals and entities that may be parties-in-interest in these chapter 11 cases (the "**Potential Parties-in-Interest**").  Such parties are listed on Schedule 1, attached hereto.

20.     Based on that review, AlixPartners represents that, to the best of its knowledge, AlixPartners knows of no fact or situation that would represent a conflict of interest for AlixPartners with regard to AlixPartner's proposed engagement by the EFH Committee in these chapter 11 cases.  A search was performed for relationships within the past ten (10) years, and results were disclosed as to AlixPartners Holdings, LLP ("**AP Holdings**"), AlixPartners' parent company, and each of AP Holdings' U.S. and non-U.S. subsidiary affiliates.  Unless otherwise noted, references to AlixPartners in the disclosures below collectively refer to AlixPartners, AP Holdings, and each of their subsidiary affiliates. AlixPartners wishes to disclose the following:

- Funds managed by subsidiaries of CVC Capital Partners SICAV-FIS S.A. ("CVC"), a private equity and investment advisory firm, own a controlling stake in AP Holdings, the parent of AlixPartners. CVC Credit Partners, L.P. ("CVC Credit Partners") is a global debt management business and a majority owned subsidiary of CVC.

  CVC's private equity funds ("CVC Funds") and debt funds ("CVC Credit Partners' Funds") are managed independently from each other, with no overlap in membership of the relevant investment committees or boards of

entities with responsibility for investment decisions. CVC has in place an internal information barrier between the CVC Funds and the CVC Credit Partners' Funds. All CVC Credit Partners investment professionals are dedicated to CVC Credit Partners and are not involved in the private equity business. CVC Credit Partners also has separate IT systems and workspaces. No material nonpublic information about the Debtors has been furnished by AlixPartners to CVC or any CVC managed funds or their portfolio companies, including without limitation, CVC Credit Partners (collectively, the "CVC Entities") and AlixPartners will continue to abide by its confidentiality obligations to the Debtors. AlixPartners operates independently of the CVC Entities, and does not share employees or officers with the CVC Entities, except that a managing partner of CVC is on the Board of Directors of AlixPartners, LLP and AP Holdings and on the advisory board to CVC Credit Partners. Certain other CVC executives, who are not connected with CVC Credit Partners, are also on either the Board of Directors of AlixPartners or the Board of Directors of AP Holdings. AlixPartners and the CVC Entities have separate offices in separate buildings and use separate Internet email addresses. AlixPartners' financial performance is not directly impacted by the success or failure of the CVC Entities.

As a component of its conflict checking system, AlixPartners has searched the names of CVC, CVC Credit Partners, the CVC Credit Partners' Funds, the CVC Funds, each managing partner of CVC and each portfolio company of the CVC Funds (the "CVC Conflict Parties") against the list of Potential Parties-in-Interest, and AlixPartners has determined to the best of its knowledge that it has no connection or relationship with the CVC Conflict Parties that requires disclosure other than as noted herein. The term "portfolio company" means any business in which a CVC fund has a direct controlling or minority interest. The term "portfolio company" does not include indirect investments such as businesses owned or investments made by a CVC Funds portfolio company or investments made by the CVC Credit Partners' Funds. CVC Credit Partners Funds, as well as other CVC Entities, may in the ordinary course from time to time hold, control and/or manage loans to, or investments in the Debtors and parties in interest in these cases. Further, the CVC Entities may have had, currently have, or may in the future have, business relationships or connections with the Debtors or other Potential Parties-in-Interest in matters related to or unrelated to the Debtors or their affiliates or the Chapter 11 Cases. Furthermore, AlixPartners provides CVC the list of Debtors and has performed appropriate checks to determine if there exists any material connection or relationship between the CVC Conflict Parties and the Debtors. AlixPartners will supplement this disclosure if it obtains information regarding any such connection. Other than as specifically noted herein, AlixPartners has not undertaken to determine the existence, nature and/or full scope of any business relationships or connections that

the CVC Entities may have with the Potential Parties-in-Interest, the Debtors and their affiliates or the Chapter 11 Cases.

Certain of the CVC Credit Partners' Funds act as lenders to AlixPartners. Further, AlixPartners may have had, currently has or may in the future have other business relationships with, among other entities, portfolio companies or managed funds of CVC in matters unrelated to the Debtors or their affiliates in the Chapter 11 Cases. CVC Credit Partners is a debtholder to the Debtors.  ACA CLO 2006-1, LTD, ACA CLO 2006-2 LTD, ACA CLO 2007-1 LTD, debtholders to the Debtors, are CVC Credit Partners' Funds. Apidos CDO I, Apidos CDO II, Apidos CDO III, Apidos IV, Apidos CDO V, Apidos Cinco DCO, and Apidos Quattro CDO, debtholders to the Debtors, are CVC Funds.

Based on, among other things, the business separation between the CVC Funds and the CVC Credit Partners' Funds, the business separation between the CVC Entities and AlixPartners, and the confidentiality obligations referred to above, AlixPartners believes that it does not hold or represent an interest adverse to the EFH Committee or the Debtors or their estates with respect to the engagement.

- Certain parties in interest may have extended credit or provided services, or may in the future extend credit or provide services to AlixPartners.

- There are nineteen current and former confidential clients of AlixPartners that are customers, vendors, debtholders, litigants, contract parties, DIP lenders, SoFAS, SoALs, SoFALs, and bondholders to the Debtors. The confidential clients are current and former AlixPartners clients in matters unrelated to the Debtors.

- The Department of the United States Treasury is an interested party in this bankruptcy matter. AlixPartners has relationships with certain other departments of the United States government, including, without limitation, the Internal Revenue Service ("IRS"), who is a creditor, adverse party, and vendor to current and former AlixPartners clients in matters unrelated to the Debtors. The IRS is the former employer of current AlixPartners employees. The Department of Justice ("DOJ"), is a current and former client of AlixPartners in matters unrelated to the Debtors. The DOJ has also been an adverse party and customer to current and former AlixPartners clients in matters unrelated to the Debtors. In addition, the United States SEC, the United States Department of Labor and the US Attorneys' Office are current or former clients of AlixPartners in matters unrelated to the Debtors.

- 3i Debt Management, 3i Debt Management Investments Ltd., 3i Debt Management US LLC ("3i"), debtholder to the Debtors, is parent company to current and former AlixPartners clients in matters unrelated to the

Debtors.  3i is a lender to a current AlixPartners client in matters unrelated to the Debtors.  3i is an affiliate to a former AlixPartners client in matters unrelated to the Debtors.  Further, 3i is the former employer of a current AlixPartners employee.

- 3M Company, a litigant and contract party to the Debtors, is a director-affiliated company, customer, creditor and adverse party to current and former AlixPartners clients in matters unrelated to the Debtors.  3M Company is affiliated with an entity that is a current and former AlixPartners client in matters unrelated to the Debtors.  3M Company is a former AlixPartners client in matters unrelated to the Debtors.

- 7-Eleven, a contract party and vendor to the Debtors, is a former AlixPartners client in matters unrelated to the Debtors.

- AAA Northern California Nevada & Utah Insurance Exchange, a debtholder of the Debtors, is a current AlixPartners client in matters unrelated to the Debtors.

- Abitibi Bowater Inc., a litigant to the Debtors, is a former AlixPartners client in matters unrelated to the Debtors.

- Abbott Laboratories, a litigant to the Debtors, is a creditor, co-defendant, bondholder, adverse party, and joint venture party to current and former AlixPartners clients in matters unrelated to the Debtors.

- Abilene Christian University, a contract party to the Debtors, is the former employer of current AlixPartners employees.

- ACE, an insurance provider to the Debtors, is an insurance provider, creditor, and vendor to current and former AlixPartners clients in matters unrelated to the Debtors.  Ace is a vendor to AlixPartners.

- Ace Cash Express Inc., a contract party to the Debtors, is a director-affiliated company to a former AlixPartners client in matters unrelated to the Debtors.

- ACE Hardware, a litigant to the Debtors, is a former AlixPartners client in matters unrelated to the Debtors.  Ace Hardware is a co-defendant to a current AlixPartners client in matters unrelated to the Debtors.  Ace Hardware is the former employer of a current AlixPartners employee.

- Accenture, a contract party and vendor to the Debtors, is a creditor, joint venture party, director-affiliated company, and professional in interest to current and former AlixPartners clients in matters unrelated to the Debtors.  Accenture is a former AlixPartners client in matters unrelated to

SC1:3758241.7

the Debtors.  Accenture is the former employer of current AlixPartners employees.

- ADP Inc. ("ADP"), a vendor to the Debtors, is a bondholder and vendor to current and former AlixPartners clients in matters unrelated to the Debtors.  ADP is a vendor to AlixPartners.

- Advance Auto Parts, a litigant of the Debtors, is a creditor, co-defendant, bondholder, adverse party, and joint venture party to current and former AlixPartners clients in matters unrelated to the Debtors.

- Advanced Neuromodulation Systems Inc., a contract party to the Debtors, is a current AlixPartners client in matters unrelated to the Debtors.

- Advanced Stores, a litigant to the Debtors, is a creditor, co-defendant, bondholder, adverse party, and joint venture party to current and former AlixPartners clients in matters unrelated to the Debtors.

- Advent Capital Management, Advent Cleaning Technology Inc. and Advent Global Opportunity Master Fund ("Advent"), Debtholders and contractual counterparty to the Debtors, is a current and former AlixPartners client in matters unrelated to the Debtors. Advent is a creditor, bondholder, significant shareholder, and parent company to both current and former AlixPartners clients in matters unrelated to the Debtors.

- Aegis, Aegis Communications Group, and Aegis Insurance Services ("Aegis") are contract parties and vendors to the Debtors. Aegis Medical France was a former AlixPartners client in matters unrelated to the Debtors.  Aegis and affiliated entities are executory contract counterparties, creditors, adverse parties, litigation parties, insurance providers, lessors, and significant shareholders to current and former AlixPartners clients in matters unrelated to the Debtors.

- AEGON USA Investment Management LLC ("AEGON"), a bondholder to the Debtors, is affiliated with an entity that is a lender to the debtor in a current AlixPartners bankruptcy engagement in which AlixPartners represents the official committee of creditors in matters unrelated to the Debtors.  AEGON affiliates are also bondholders, acquisition targets, creditors, bondholders, and material contract parties to current and former AlixPartners clients in matters unrelated to the Debtors.

- Aetna, a vendor to the Debtors, and affiliates, are lenders, material contract parties, and bondholders to current and former AlixPartners clients in matters unrelated to the Debtors.  Aetna is a former AlixPartners client in matters unrelated to the Debtors.  Aetna is the former employer of a current AlixPartners employee.

13

- AGCO Corporation and AGCO Farm Equipment Inc. are litigants to the Debtors. AGCO Corporation is a former AlixPartners client in matters unrelated to the Debtors.

- Ahab Capital Management is a debtholder and bondholder to the Debtors. Ahab Capital Management and related entities are lenders and significant shareholders to former AlixPartners clients in matters unrelated to the Debtors.

- Akin Gump Strauss Hauer & Feld ("Akin Gump"), a vendor to the Debtors, is opposing counsel, creditor, and a professional in interest to current and former AlixPartners clients in matters unrelated to the Debtors. Akin Gump is a former AlixPartners client in matters unrelated to the Debtors.

- Air Express International USA Inc., a contract party to the Debtors, is affiliated with entities that are related parties to former AlixPartners clients in matters unrelated to the Debtors. Team Air Express is a current AlixPartners client in matters unrelated to the Debtors.

- Air Liquide America Specialty Gases LLC and Air Liquide Electronics US LP ("Air Liquide") are vendors and contract parties to the Debtors. Air Liquide and affiliated entities are executory contract counterparties, creditors, vendors, and related parties to current and former AlixPartners clients in matters unrelated to the Debtors. Air Liquide Deutschland GmbH is a current AlixPartners client in matters unrelated to the Debtors.

- Akzo Nobel Functional Chemicals LLC and AKZO Nobel Paints LLC ("Akzo") are contract parties and litigants to the Debtors. Akzo and affiliated entities are litigation parties and adverse parties to current AlixPartners clients in matters unrelated to the Debtors. Akzo Nobel NV is a former AlixPartners client in matters unrelated to the Debtors.

- Alcoa, a contract party, customer, vendor, and creditor to the Debtors, is a creditor and vendor to current and former AlixPartners clients in matters unrelated to the Debtors. Alcoa is a current and former AlixPartners client in matters unrelated to the Debtors. Alcoa is the former employer of a current AlixPartners employee.

- Alcon Laboratories Inc. and Alcon Research Ltd. ("Alcon"), contract parties to the Debtors, is a litigant and creditor to current and former AlixPartners clients in matters unrelated to the Debtors.

- Allen Systems Group, a vendor to the Debtors, is a former AlixPartners client in matters unrelated to the Debtors.

- Alliance Capital, a debtholder to the Debtors is a lender, creditor, and bondholder to current and former AlixPartners clients in matters unrelated to the Debtors.

- Allianz Global Investors US is a bondholder to the Debtors. Allianz Global and related affiliates are adverse parties, creditors, bondholders, insurance providers, lessors, parents, and sellers to current and former clients in matters unrelated to the Debtors.  Allianz Global Risk US Insurance Company is affiliated with a former AlixPartners client in matters unrelated to the Debtors.  Allianz Global is the former employer of current AlixPartners employees.

- AllianceBernstein LP (US), debtholder and  bondholder to the Debtors, is a bondholder, lender, and creditor to current and former AlixPartners clients in matters unrelated to the Debtors.

- Alliant Techsystems Inc., a litigant to the Debtors, is a former AlixPartners client in matters unrelated to the Debtors.

- Allstate Life Insurance Co. ("Allstate"), a debtholder to the Debtors, is affiliated with entities that are lenders, executory contract counterparties, litigation parties, creditor and adverse parties to current and former AlixPartners clients in matters unrelated to the Debtors.  Allstate is a former AlixPartners client in matters unrelated to the Debtors.  Allstate is the former employer of a current AlixPartners employee.

- Alstom Power ("Alstom"), a vendor and contract party to the Debtors, is the former employer of a current AlixPartners employee.  Alstom is a former AlixPartners client in matters unrelated to the Debtors.  Affiliated entities are adverse parties to a former AlixPartners client in matters unrelated to the Debtors.

- Alvarez & Marsal, vendor to the Debtors, is the former employer of current AlixPartners employees.  Alvarez & Marsal is a professional in interest to current and former AlixPartners clients in matters unrelated to the Debtors.

- American Airlines Inc., a contract party to the Debtors, is a director-affiliated company, vendor, customer, and related party to current and former AlixPartners clients in matters unrelated to the Debtors.  American Airlines is a former AlixPartners client in matters unrelated to the Debtors. American Airlines is an AlixPartners vendor.

- American General Life Insurance Co., a contract party to the Debtors, is a lender and lessor to current and former AlixPartners clients in matters unrelated to the Debtors.  American General Life Insurance is an AlixPartners vendor.

15

- American High Income Trust, debtholders to the Debtors, is a significant shareholder to a current AlixPartners client in matters unrelated to the Debtors. American High Income is a lender and bondholder to former AlixPartners clients in matters unrelated to the Debtors.

- American Residential, a contract party to the Debtors, is an executory contract counterparty and a vendor to current and former AlixPartners client in matters unrelated to the Debtors.

- Ameriprise Financial Inc., and Ameriprise Certificate Co. ("Ameriprise"), debtholders to the Debtors, is a significant shareholder to a current AlixPartners client in matters unrelated to the Debtors. Ameriprise is a lender, executory contract counterparty, and creditor to former AlixPartners clients in matters unrelated to the Debtors.

- American International Group ("AIG"), an insurance provider to the Debtors, is affiliated with Illinois National Insurance Company ("INIC"). INIC is adverse to AlixPartners in ongoing litigation regarding an insurance dispute unrelated to the Debtors. AIG and INIC have provided insurance coverage to AlixPartners. AIG is a current and former AlixPartners client in matters unrelated to the Debtors.

- American Standard, a litigant to the Debtors, is a co-defendant to current and former AlixPartners clients in matters unrelated to the Debtors.

- American Stock Transfer & Trust Company, LLC, an indenture trustee and creditor of the Debtors, is a co-defendant and professional in interest to current and former AlixPartners clients in matters unrelated to the Debtors.

- Amoco Chemical Corporation ("Amoco"), a potentially responsible party to the Debtors, is a co-defendant in litigation and lessor to former AlixPartners clients in matters unrelated to the Debtors. Amoco is an affiliated entity to a current AlixPartners client in matters unrelated to the Debtors.

- Anchorage Capital, Anchorage Capital Group and Anchorage Capital Master Offshore Ltd. ("Anchorage"), bondholders and debtholders to the Debtors, are former AlixPartners clients in matters unrelated to the Debtors. Anchorage is a lender, creditor, and professional in interest to current and former AlixPartners clients in matters unrelated to the Debtors. Anchorage is a vendor to AlixPartners.

- Angelo Gordon & Co. and Angelo Gordon & Co. LP – Private Account ("Angelo") debtholder and bondholder to the Debtors, is a significant shareholder, lender, bondholder, creditor, executory contract counterparty, professional in interest, and parent company to current and former

16

AlixPartners clients in matters unrelated to the Debtors. Angelo is an AlixPartners vendor.

- Apache Corp., a contract party and vendor to the Debtors, is affiliated with entities that are creditors, executory contract counterparties, and related parties to current and former AlixPartners clients in matters unrelated to the Debtors.

- Appaloosa Management, a bondholder to the Debtors, and affiliates are significant shareholders, bondholders and lenders to current and former AlixPartners clients in matters unrelated to the Debtors.

- Apollo Capital, Apollo Centre Street Partnership LP, Apollo Credit Funding I Ltd., Apollo Credit Opportunity Fund III, LP, Apollo Franklin Partnership LP, Apollo global Management LLC, Apollo Management Holdings LP, Apollo Special Opportunities Managed Account LP and Apollo SPN Investments I Credit LLC   ("Apollo"), debtholders to the Debtors, and affiliated entities are lenders, bondholders, adverse parties, significant shareholders, and lessors to current and former AlixPartners clients in matters unrelated to the Debtors.  Apollo is a current and former AlixPartners client in matters unrelated to the Debtors.

- Applied Industrial Technologies Inc., a contract party and vendor to the Debtors, is a vendor, creditor, and current and former AlixPartners client in matters unrelated to the Debtors.

- Aramark Uniform Services, a contract party and vendor to the Debtors, is affiliated with entities that are vendors, creditors, material contract parties, lessors, parent companies, executory contract counterparties, and litigation parties to current and former AlixPartners clients in matters unrelated to the Debtors. Aramark is a former AlixPartners client in matters unrelated to the Debtors.

- Areva NC Inc. and Areva NP Inc., a contract party and vendor to the Debtors, is affiliated with entities that are litigation parties and adverse parties to current and former AlixPartners clients in matters unrelated to the Debtors.

- Ares Institutional Loan Fund BV, Ares Management LLC, Ares Strategic Investment Management LLC, Ares Strategic Investment Partners III LP, Ares Strategic Investment Partners Ltd., Ares XII CLO Ltd. and Ares XXII CLO Ltd. ("Ares") are debtholders to the Debtors.  Ares is a former AlixPartners client in matters unrelated to the Debtors.  Ares is a lender, creditor, bondholder, and co-defendant to both current and former AlixPartners clients in matters unrelated to the Debtors.    Ares is an investor of a current AlixPartners client in matters unrelated to the Debtors.

17

- Arrowgrass Capital Partners LLP, Arrowgrass Distressed Opportunities Fund Ltd., and Arrowgrass Master Fund Ltd. ("Arrowgrass") are bondholders, debtholders, and vendors to the Debtors. Arrowgrass is a bondholder to a former AlixPartners client in matters unrelated to the Debtors. Arrowgrass is a current AlixPartners client in matters unrelated to the Debtors

- Ascension Health, debtholders to the Debtors, is an adverse litigant to a former AlixPartners client in matters unrelated to the Debtors.

- AT&T Corp., AT&T Inc., AT&T Internet Services Inc., AT&T Mobility LLC, AT&T Opus, and AT&T Opus Billing Department ("AT&T"), vendors and utility providers to the Debtors, are affiliated with entities that are creditors, material contract parties, vendors, lenders, and shareholders to current and former AlixPartners clients in matters unrelated to the Debtors. Affiliated entities of AT&T are former AlixPartners clients in matters unrelated to the Debtors. AT&T is a vendor to AlixPartners.

- Atlantic Richfield Co., a potentially responsible party to the Debtors, is a director-affiliated company and creditor to former AlixPartners clients in matters unrelated to the Debtors.

- Atlas International Laundry & Dry, a contract party to the Debtors, is affiliated with an entity that is an AlixPartners vendor.

- Atmos Energy, Atmos Energy Corp., and Atmos Pipeline-Texas, utility and contract party to the Debtors, is affiliated with entities that are related parties, vendors, creditors, litigation parties, and executory contract counterparties to current and former AlixPartners clients in matters unrelated to the Debtors.

- Aurelius Capital Management LP, Aurelius Capital Master Ltd. and Aurelius Opportunities Fund II LLC ("Aurelius"), a debtholder and litigant to the Debtors, is an investor to a current AlixPartners client in matters unrelated to the Debtors. Aurelius is a co-defendant to a current AlixPartners client in matters unrelated to the Debtors. Aurelius is a litigant to former AlixPartners clients in matters unrelated to the Debtors.

- Austin Coca Cola Bottling Co., a contract party to the Debtors, is affiliated with entities that are lenders, vendors, lessors, executory contract counterparty, material contract party, director-affiliated companies and creditors to current and former AlixPartners clients in matters unrelated to the Debtors. Coca-Cola Bottling Co. and Tokyo Coca-Cola Bottling are AlixPartners vendors.

18

- Autohaus LLC, a contract party to the Debtors, is affiliated with entities that are related parties to former AlixPartners clients in matters unrelated to the Debtors. Autohaus affiliated entities are AlixPartners vendors.

- Automobile Club of Southern California Pension Plan, a debtholder to the Debtors, is a former AlixPartners client in matters unrelated to the Debtors

- AutoZone, a litigant to the Debtors, is a former AlixPartners client in matters unrelated to the Debtors. AutoZone Parts is a customer and vendor to current and former AlixPartners in matters unrelated to the Debtors.

- Avenue Capital Management, Avenue Capital Management II LP, Avenue CLO Fund Ltd., Avenue CLO II Ltd., Avenue CLO III Ltd., Avenue Investments LP, and Avenue Omnibus Account LLC are debtholders, bondholders, and vendors to the Debtors ("Avenue Capital"). Avenue Capital is a lender, bondholder, adverse party, investment banker, significant shareholder, material contract party, and creditor to current and former AlixPartners clients in matters unrelated to the Debtors. Avenue Capital is a related party to a current AlixPartners client in matters unrelated to the Debtors.

- Aviva Investors North America Inc., a bondholder to the Debtors, and affiliated entities, are co-clients, bondholders, indenture trustees, insurance providers, lenders, adverse parties, and co-defendants to current and former AlixPartners clients in matters unrelated to the Debtors. Aviva Pensions and related entities are AlixPartners vendors. Aviva is the former employer of a current AlixPartners employee.

- Axis, an insurance provider to the Debtors, is affiliated with entities that are material contract parties, lessors, insurers, and director-affiliated companies to current and former AlixPartners clients in matters unrelated to the Debtors. Axis is a vendor to AlixPartners.

- Babson Capital Europe, Babson Capital Loan Strategies Master Fund LP, and Babson Capital Management LLC are debtholders and bondholders to the Debtors ("Babson"). Babson and related entities are bondholders, creditors, and lenders to current and former AlixPartners clients in matters unrelated to the Debtors. Babson and related entities are former AlixPartners clients in matters unrelated to the Debtors.

- Babcock & Wilcox and Babcock & Wilcox Power Generation Group Inc., contract parties and vendors to the Debtors, are related parties and significant shareholders to current AlixPartners clients in matters unrelated to the Debtors.

SC1:3758241.7

- Baker Hughes Oilfield Operations Inc., a contract party and litigant to the Debtors, is a current AlixPartners client in matters unrelated to the Debtors.

- Balch & Bingham LLP, a vendor to the Debtors, is a professional in interest to a former AlixPartners client in matters unrelated to the Debtors.

- BofA Merrill Lynch, Bank of America, Bank of America Corp. and Bank of America Fund ("Bank of America"), litigants, debtholders, banks, and DIP parties to the Debtors, are affiliated with entities that are current and former AlixPartners clients, as well as material contract parties, creditors, and lenders to current and former AlixPartners clients in matters unrelated to the Debtors.  Bank of America is the former employer of a current AlixPartners employee.

- Bank One Purchasing Card and Bank One Travel Card, vendors and contract parties to the Debtors, are affiliated with entities that are bondholders, litigation parties, director-affiliated companies, executory contract counterparties, indenture trustees, investors, and lenders to current and former AlixPartners clients in matters unrelated to the Debtors.  Bank One and affiliated entities are AlixPartners vendors and former AlixPartners clients in matters unrelated to the Debtors.

- Bank of Nova Scotia, a shareholder to the Debtors, is a creditor, lender, and bondholder to current and former AlixPartners clients in matters unrelated to the Debtors.  Bank of Nova Scotia is a former AlixPartners client in matters unrelated to the Debtors.

- Bank of Oklahoma, NA, a bank and bondholder to the Debtors, is a vendor, lender, and creditor to current and former AlixPartners clients in matters unrelated to the Debtors.  Bank of Oklahoma, NA is a former AlixPartners client in matters unrelated to the Debtors.

- Bank of New Mellon, Bank of New York Corporate Trust Admin Support, Bank of New York Mellon Corporate Trust Municipal, Bank of New York Mellon Corporate Trust, Bank of New York Mellon Trust Co. NA, Bank of New York Mellon Trust Co., and Bank of New York Trust Co. NA, ("BNY"), indenture trustee, vendors, lienholders, contractual parties, indenture trustees, landlords, creditors, and banks to the Debtors, are lenders, bondholders, significant shareholders, creditors, litigation parties, co-defendants, and indenture trustees to current and former AlixPartners clients in matters unrelated to the Debtors. BNY affiliated entities are current and former AlixPartners clients in matters unrelated to the Debtors. BNY is the former employer of a current AlixPartners employee.

- Bank of Texas, a bank to the Debtors, is a litigant to former AlixPartners clients in matters unrelated to the Debtors.

SC1:3758241.7

- Bank of Tokyo-Mitsubishi UFJ, Ltd. ("Bank of Tokyo"), a DIP party and litigant to the Debtors, is a lender, lessor, creditor, co-defendant, and professional in interest to current and former AlixPartners clients in matters unrelated to the Debtors. Bank of Tokyo is a current AlixPartners client in matters unrelated to the Debtors.

- Barclays Bank, Barclays Bank PLC, Cayman Islands Branch, Barclays Bank PLC, New York Branch and Barclays Capital Inc., ("Barclays"), indenture trustees, vendors, contractual parties, debtholders, DIP Parties, litigants, bondholders, and customers to the Debtors, are affiliated with entities that are creditors, significant shareholders, adverse parties, lenders, and bondholders to current and former AlixPartners clients in matters unrelated to the Debtors. Barclays is a vendor to AlixPartners and is a current AlixPartners client in matters unrelated to the Debtors. Barclays is the former employer of a current AlixPartners employee.

- BASF Corporation and BASF Catalysts LLC ("BASF"), potentially responsible parties and litigants to the Debtors, are vendors, litigation parties, and creditors to current and former AlixPartners clients in matters unrelated to the Debtors. BASF was a client related party to a former AlixPartners client in matters unrelated to the Debtors. BASF AG, an affiliate of BASF, is a related party to a current AlixPartners client in matters unrelated to the Debtors. BASF Canada, an affiliate of BASF, is a current AlixPartners client in matters unrelated to the Debtors.

- Beazley, an insurance provider to the Debtors, is an insurer and adverse party to current and former AlixPartners clients in matters unrelated to the Debtors. Beazley provides insurance services to AlixPartners.

- Bell Helicopter Textron Inc., a contract party and vendor to the Debtors, is an executory contract counterparty and customer to current AlixPartners clients in matters unrelated to the Debtors. Bell Helicopter Textron is an AlixPartners vendor and is the former employer to current AlixPartners employees.

- Berkshire Hathaway Inc., a bondholder to the Debtors, is client party, insurance provider, bondholder, and a lender to current and former AlixPartners clients in matters unrelated to the Debtors.

- Bill & Melinda Gates Foundation Trust is a debtholder to the Debtors. Bill Gates is an investment party to a former AlixPartners client in matters unrelated to the Debtors.

- Blue Cross and Blue Shield of Florida, Blue Cross and Blue Shield, and Blue Cross Blue Shield Health Care Services Corp. are contractual parties, landlords, and vendors to the Debtors. Blue Cross and Blue Shield is a vendor to AlixPartners. Blue Cross and Blue Shield is a vendor, creditor

21

and insurance provider to current and former AlixPartners clients in matters unrelated to the Debtors.   An affiliated entity is a former AlixPartners client in matters unrelated to the Debtors.

- Bluewater Thermal Services, a contract party to the Debtors, is a former AlixPartners client in matters unrelated to the Debtors.

- BNP Paribas Energy Trading GP, a contract party to the Debtors, is affiliated with entities that are lenders, adverse parties, bondholders, indenture trustees, investors, lenders, parent companies, significant shareholders, creditors, and professionals in interest to former AlixPartners clients in matters unrelated to the Debtors.  BNP Paribas is a related party to a current AlixPartners client in matters unrelated to the Debtors.   BNP Paribas and affiliated entities are current and former AlixPartners clients in matters unrelated to the Debtors.  BNP Paribas is an AlixPartners vendor and is the former employer of current AlixPartners employees.

- Borden Chemical, a litigant to the Debtors, is affiliated with an entity that is a former AlixPartners client in matters unrelated to the Debtors.

- BNSF Railway Co. and BNSF Railway Co. – Coal, contract parties, vendors, and creditors to the Debtors, are vendors and related parties to current and former AlixPartners clients in matters unrelated to the Debtors.

- Boeing Co. Employee Retirement Plans Master Trust Investment Control Pool and The Boeing Co., debtholders and contract parties to the Debtors, are affiliated with entities that are co-clients to a current AlixPartners client in matters unrelated to the Debtors.  Boeing is an adverse party, creditor, vendor, and customer to current and former AlixPartners clients in matters unrelated to the Debtors.   The Boeing Company is an AlixPartners vendor.

- BP America Production Co., BP Amoco Chemical Co., BP Energy, and BP Products North America Inc. ("BP"), vendors, customers, and contract parties to the Debtors, are affiliated with entities that are current and former AlixPartners clients in matters unrelated to the Debtors.   BP Energy is a material contract party and customer to current and former AlixPartners clients in matters unrelated to the Debtors.

- Bell Atlantic Master Trust, debtholder to the Debtors, is a former AlixPartners client in matters unrelated to the Debtors.

- BlackRock Advisors, LLC, Blackrock Debt Strategies Fund Inc., Blackrock Defined Opportunity Credit Trust, Blackrock Financial Management, Blackrock Floating Rate Income Strategies Fund Inc.,

Blackrock Floating Rate Income Trust, Blackrock Funds II, Blackrock Floating Rate Income Portfolio, Blackrock Global Investment Series: Income Strategies Portfolio, Blackrock Limited Duration Income Trust, Blackrock Secured Credit Portfolio of Blackrock funds II, Blackrock Senior Floating Rate Portfolio ("Blackrock"), bondholders and debtholders to the Debtors, is a lender, creditor, bondholder, and executory contract counterparty to current and former AlixPartners clients in matters unrelated to the Debtors. Blackrock is a current AlixPartners client in matters unrelated to the Debtors. Blackrock and/or its affiliates are current and former AlixPartners clients in matters unrelated to the Debtors. Blackrock Realty Advisors, a subsidiary of Blackrock, is a lessor to a current AlixPartners client in matters unrelated to the Debtors.

- Black Diamond Capital Management LLC and Black Diamond CLO 2005-2 Ltd. ("Black Diamond"), debtholders to the Debtors, are lenders, professionals in interest, and creditor to both current and former AlixPartners clients in matters unrelated to the Debtors. Black Diamond is the former employer of a current AlixPartners employee.

- Blackstone, a professional in interest in this bankruptcy matter, is a former AlixPartners client in matters unrelated to the Debtors. Certain affiliates of Blackstone are professionals in interest, significant shareholders, bondholders, creditors, parent companies, and lenders to current and former AlixPartners clients in matters unrelated to the Debtors.

- BLT 2009-1 Ltd., BLT 24 LLC, BLT 27 LLC, BLT 33, LLC, BLT 36 LLC, BLT 42 LLC, BLT 8 LLC, BLT I LLC ("BLT") are debtholders to the Debtor. A BLT affiliated entity is a significant shareholder to a current AlixPartners client in matters unrelated to the Debtors. BLT is a lender and vendor to former AlixPartners clients in matters unrelated to the Debtors.

- Bluecrest Capital International Master Fund Ltd., BlueCrest Capital Management (New York) LP, and BlueCrest Multi Strategy Credit Master Fund Ltd. ("BlueCrest"), are debtholders and bondholders to the Debtors. BlueCrest Capital Management (New York) is a bondholder to a current AlixPartners client in matters unrelated to the Debtors. BlueCrest Capital Management Limited is a former AlixPartners client in matters unrelated to the Debtors.

- Blue Mountain Capital Management LLC ("Blue Mountain"), a bondholder to the Debtors, is a bondholder, creditor, lender, and professional in interest to current and former AlixPartners clients in matters unrelated to the Debtors.

- BMO Asset Management Inc. ("BMO") is a bondholder to the Debtors. BMO Capital Markets is a former AlixPartners client in matters unrelated

23

to the Debtors.    In addition, BMO affiliated entities are significant shareholders, bondholders, creditors, adverse parties, executory contract counterparties, director-affiliated companies, lessors, and lenders to current and former AlixPartners clients in matters unrelated to the Debtors.

- Bopco LP, a contract party to the Debtors, is a former AlixPartners client in matters unrelated to the Debtors.

- Borden Dairy Co. of Texas LLC and Borden Chemical Inc., contract parties and litigants to the Debtors, are affiliates to current and former AlixPartners clients in matters unrelated to the Debtors.    Borden Chemicals and Plastics, L.P. is a former AlixPartners client in matters unrelated to the Debtors.

- BorgWarner TorqTransfer Systems Inc. ("BorgWarner"), a contract party to the Debtors, is affiliated with entities that are vendors to current and former AlixPartners clients in matters unrelated to the Debtors. BorgWarner is affiliated with entities that are former AlixPartners clients in matters unrelated to the Debtors.

- Boy Scouts of America, a contract party and vendor to the Debtors, is a former AlixPartners client in matters unrelated to the Debtors.  Boy Scouts of America is an AlixPartners vendor.

- Brass Craft Western Co., a contract party to the Debtors, is affiliated with an entity that is a related party to a former AlixPartners client in matters unrelated to the Debtors.    BrassCraft Manufacturing is the former employer of current AlixPartners employees.

- Brazos Electric Power Cooperative Inc., a contract party to the Debtors, is an executory contract counterparty to a former AlixPartners client in matters unrelated to the Debtors.

- Brigade Capital Management LLC, Brigade Credit Fund II Ltd., Brigade Distressed Value Master Fund Ltd., Brigade Leveraged Capital Structures Fund Ltd., Brigade Opportunistic Credit Fund 16 LLC, Brigade Opportunistic Credit Fund ICL LP, and Brigade Opportunistic Credit LBG Fund Ltd. ("Brigade"), bondholders and debtholders to the Debtors, is a bondholder, lender, and related party to current and former AlixPartners clients in matters unrelated to the Debtors.

- Bridgestone Americas Tire Operations and Bridgestone Bandag LLC ("Bridgestone"), contract parties and vendors to the Debtors, are affiliated with entities that are litigation parties, related parties, vendors, creditors, and customers to current and former AlixPartners clients in matters

unrelated to the Debtors.  Bridgestone is affiliated with an entity that is a former AlixPartners client in matters unrelated to the Debtors.

- Broadridge Output Solutions Inc. and Broadridge Securities Processing ("Broadridge"), contract parties to the Debtors, are affiliated with entities that are professionals in interest, creditors, and related parties to current and former AlixPartners clients in matters unrelated to the Debtors.

- Broan-Nutone Storage Solutions LP (Post), a contract party to the Debtors, is an affiliate to a former AlixPartners client in a matter unrelated to the Debtors.

- BTG Pactual GLB Asset Management and BTG Pactual Global Asset Management ("BTG"), debtholders to the Debtors, is a current AlixPartners client in matters unrelated to the Debtors.

- Brown Rudnick LLP a professional in interest in this bankruptcy matter, is opposing counsel and a professional in interest to current and former AlixPartners clients in matters unrelated to the Debtors.  Brown Rudnick LLP is a former AlixPartners client in matters unrelated to the Debtors.

- Cadwalader, Wickersham & Taft LLP ("Cadwalader"), a professional in interest in this bankruptcy matter and vendor to the Debtors, is client counsel and vendor to current and former AlixPartners clients in matters unrelated to the Debtors.  Cadwalader is a former AlixPartners client in matters unrelated to the Debtors.

- Camulos Capital, a debtholder to the Debtors, is a current AlixPartners client in matters unrelated to the Debtors.

- CapGemini America Inc. and Capgemini North America Inc. are vendors, landlords, and contract parties to the Debtors.  CapGemini is a creditor to former AlixPartners clients in matters unrelated to the Debtors.  CapGemini is the former employer of current AlixPartners employees.

- Capital One Bank, a contract party and litigant to the Debtors, is a former AlixPartners client in matters unrelated to the Debtors.  Capital One Bank is an adverse party, creditor, lender, and material contract party to former AlixPartners clients in matters unrelated to the Debtors.

- Capital Research and Capital Research & Management Co. ("Capital"), a debtholder and bondholder to the Debtors, is a significant shareholder, bondholder, and creditor to former AlixPartners clients in matters unrelated to the Debtors.   Capital is a lender to current and former AlixPartners clients in matters unrelated to the Debtors.

- Cargill Inc., Cargill Power Markets LLC, and Cargill Salt, contract parties and vendors to the Debtors, are affiliated with entities that are creditors, vendors, executory contract counterparties, customers, and litigation parties to current and former AlixPartners clients in matters unrelated to the Debtors. Cargill Meat Solutions is a former AlixPartners client in matters unrelated to the Debtors.

- Carl Marks Management and Carl Marks Strategic Investments LP ("Carl Marks"), debtholders to the Debtors, is a material contract party to a current AlixPartners client in matters unrelated to the Debtors. Carl Marks is a professional in interest and lender to a former AlixPartners client in matters unrelated to the Debtors.

- Carlson Capital, a debtholder to the Debtors, is a bondholder to a current AlixPartners client in matters unrelated to the Debtors. Carlson Capital is parent company to a current AlixPartners client in matters unrelated to the Debtors. Carlson Capital is a significant shareholder and lender to former AlixPartners clients in matters unrelated to the Debtors.

- The Carlyle Group, Carlyle Partners, Carlyle Azure CLO Ltd, Carlyle Bristol CLO Ltd, Carlyle Daytona CLO Ltd, Carlyle High Yield Partners IX, Ltd, Carlyle High Yield Partners VII Ltd, Carlyle High Yield Partners VIII, High Yield Partners X Ltd, Carlyle McLaren CLO Ltd, Carlyle Veyron CLO Ltd, and Carlyle Investment Management LLC (collectively, "Carlyle"), are debtholders to the Debtors. The Carlyle Group and certain affiliated entities have been lenders, creditors, and vendors to current and former AlixPartners' clients in matters unrelated to the Debtors. In addition, The Carlyle Group and certain affiliated entities are current and former clients in matters unrelated to the Debtors.

- Caspian Capital LP is a debtholder to the Debtors. Caspian Capital is a current AlixPartners client in matters unrelated to the Debtors. Caspian Capital is a bondholder and lender to both current and former AlixPartners clients in matters unrelated to the Debtors.

- Caterpillar Financial Corp., Caterpillar Financial Services Corp., Caterpillar Financial Services Inc., Caterpillar Global Mining Equipment LLC, Caterpillar Global Mining Field Services LLC, Caterpillar Global Mining LLC ("Caterpillar"), a debtholder, vendor, and contractual counterparty to the Debtors, is a vendor, customer, adverse party, lender, creditor, and director affiliated company to current and former AlixPartners' clients in matters unrelated to the Debtors. Caterpillar is a current and former AlixPartners' client in matters unrelated to the Debtors.

- CBS Corporation ("CBS"), a litigant to the Debtors, and its affiliates, are creditors, director-affiliated companies, co-defendants, material contract parties, vendors, and litigation parties to current and former AlixPartners

clients in matters unrelated to the Debtors.  CBS is an affiliated entity to a current AlixPartners client in matters unrelated to the Debtors.

- CCP Acquisition Holdings and CCP Credit Acquisition Holdings LLC ("CCP"), debtholders to the Debtors, is a significant shareholder to a current AlixPartners client in matters unrelated to the Debtors.  CCP is a vendor and lender to former AlixPartners clients in matters unrelated to the Debtors.

- CELF Advisors LLP, a debtholder to the Debtors, was part of a bank group that is a former AlixPartners client in matters unrelated to the Debtors.

- Celanese, Celanese Chemicals, and Celanese Ltd. are vendors and litigants to the Debtors.  An affiliate, Celanese International Corporation, is a former AlixPartners client in matters unrelated to the Debtors.

- Centerbridge Credit Advisors LLC, Centerbridge Group, Centerbridge Partners, Centerbridge Special Credit Partners II LP, and Centerbridge Special Credit Partners LP ("Centerbridge"), debtholders to the Debtors, is parent company, investor, significant shareholder, and defendant to current and former AlixPartners clients in matters unrelated to the Debtors. Centerbridge is a current AlixPartners client in matters unrelated to the Debtors.

- Centerpoint Energy, Centerpoint Energy Field Services LP, Centerpoint Energy Gas Receivables LLC, Centerpoint Energy Houston, Centerpoint Energy Houston Electric LLC, Centerpoint Energy Properties Inc., Centerpoint Energy Service Co. LLC, Centerpoint Energy Services Inc., and CenterPoint Energy Transition Bond Co. II LLC ("Centerpoint") are vendors, litigants, creditors, vendors, utilities, and contract parties to the Debtors. Centerpoint and affiliated entities are creditors, vendors, director-affiliated companies, and executory contract counterparties to current and former AlixPartners clients in matters unrelated to the Debtors.

- Centerview Partners LLC, a professional in interest in this bankruptcy matter and vendor to the Debtors, is a professional in interest to a former AlixPartners client in matters unrelated to the Debtors.

- Central Transport International Inc., contract party to the Debtors, is a creditor and vendor to a former AlixPartners client in matters unrelated to the Debtors.  Central Transport International is the former employer of current AlixPartners employees.

- Centurion CDO 8 Ltd. and Centurion CDO 9 Ltd ("Centurion"), debtholders to the Debtors, is a lender and lessor to current and former AlixPartners clients in matters unrelated to the Debtors.

SC1:3758241.7

- CenturyLink, a vendor and utility provider to the Debtors, is a vendor to current and former AlixPartners clients in matters unrelated to the Debtors. CenturyLink is a vendor to AlixPartners.

- Cetus Capital, a debtholder to the Debtors, is a significant shareholder to current AlixPartners clients in matters unrelated to the Debtors. Cetus Capital is a lender, significant shareholder, and bondholder to former AlixPartners clients in matters unrelated to the Debtors.

- Chemtura Corporation, a potentially responsible party to the Debtors, is a former AlixPartners client in matters unrelated to the Debtors.

- Chevron Natural Gas, a division of Chevron USA Inc. and Chevron USA Inc., contract parties and litigants to the Debtors, are affiliated with entities that are executory contract counterparties, creditors, adverse parties, vendors, litigation parties, and customers to current and former AlixPartners clients in matters unrelated to the Debtors. Chevron was a client through membership in a creditors committee to a former AlixPartners client in matters unrelated to the Debtors. Chevron is an AlixPartners vendor.

- Chrysler LLC Master Retirement Trust, a contractual counterparty to the Debtors, is affiliated with entities that are customers, adverse parties, vendors, lenders, and executory contract counterparties to current and former AlixPartners clients in matters unrelated to the Debtors and their affiliates. Chrysler LLC is a former AlixPartners client in matters unrelated to the Debtors and their affiliates. Chrysler, LLC is the former employer of a current AlixPartners employee.

- CIFC Asset Management and CIFC Deerfield ("CIFC"), debtholders to the Debtors, are affiliated entities of a lender to a current and former AlixPartners client in matters unrelated to the Debtors. CIFC is a significant shareholder to a current AlixPartners client in matters unrelated to the Debtors.

- Cintas Corp., a contract party to the Debtors, is affiliated with entities that are vendors and litigation parties to current and former AlixPartners clients in matters unrelated to the Debtors. Cintas Corporation and Cintas Document Management are AlixPartners vendors.

- Citadel Investment Group and Citadel Securities Trading LLC ("Citadel"), debtholder to the Debtors, is a current and former AlixPartners client in matters unrelated to the Debtors. Citadel is a material contract party, bondholder, lender, litigant, and lessor to current and former AlixPartners clients in matters unrelated to the Debtors.

- Citi Private Bank, Citibank, Citibank Hold (SLT), Citibank NA, Citibank NA Corporate Asset, Citibank New York, Citibank-Distressed Secondary, Citicards CBNA, Citigroup Alternative Investments Corp., Citigroup Alternative Investments LLC, Citigroup Energy Inc., Citigroup Financial Products Inc., Citigroup Global Markets Inc., Citigroup Pension Plan and Citimortgage ("Citi"), banks, customers, vendors, debtholders, litigants, contractual parties, indenture trustees, DIP parties, lienholders, investment bankers, shareholders, letters of credit parties, and bondholders to the Debtors, is affiliated with entities that are creditors, lenders, bondholders, shareholders, adverse parties, professionals in interest, and lessors to current and former AlixPartners clients in matters unrelated to the Debtors.  Citi affiliated entities are former AlixPartners clients in matters unrelated to the Debtors.

- City of Chandler, AZ, a contract party to the Debtors, is a related party and vendor to current and former AlixPartners clients in matters unrelated to the Debtors.

- Clean Harbors, a utility provider to the Debtors, is a former AlixPartners client in matters unrelated to the Debtors.

- Clyde Bergemann Inc., a vendor and contract party to the Debtors, is affiliated with an entity that is a current AlixPartners client in matters unrelated to the Debtors.

- Coca-Cola Enterprises ("Coca-Cola"), a contractual counterparty and debtholder to the Debtor, is affiliated with entities that are lenders, vendors, lessors, director affiliated companies, material contract party and creditors to current and former AlixPartners clients in matters unrelated to the Debtor.  Coca-Cola is the former employer of a current AlixPartners employee.

- Comerica Bank ("Comerica"), a landlord to the Debtors, is a former lender to AlixPartners and also a former AlixPartners client in matters unrelated to the Debtors. Comerica is a lender, creditor, co-defendant, and bondholder to current and former AlixPartners clients in matters unrelated to the Debtors. Comerica is the former employer of a current AlixPartners employee. Comerica provides banking services to AlixPartners.

- Commercial Metals Company, a utility provider to the Debtors, is a former AlixPartners clients in matters unrelated to the Debtors.

- Computer Sciences Corp., a contract party to the Debtors, is a vendor and customer to former AlixPartners clients in matters unrelated to the Debtors. Computer Sciences Corp. is a current and former AlixPartners client in matters unrelated to the Debtors.  CSC is the former employer of current AlixPartners employees.

29

- ConocoPhillips Company and ConocoPhillips Master Trust, contract parties, litigants, and debtholders to the Debtors, are creditors, material contract parties and adverse parties to current and former AlixPartners clients in matters unrelated to the Debtors. ConocoPhillips Company is a related party to a former AlixPartners client in matters unrelated to the Debtors. Chevron Phillips Chemical Co., an affiliate of ConocoPhillips, is a former AlixPartners client in matters unrelated to the Debtors.

- Contrarian Capital Management LLC and Contrarian Funds LLC, bondholders and debtholders to the Debtors, are creditors, lenders, and director-affiliated companies to current and former AlixPartners clients in matters unrelated to the Debtors.

- Control Components, a litigant and vendor to the Debtors, is a former AlixPartners client in matters unrelated to the Debtors.

- Credit Suisse, Credit Suisse Alternative Capital Inc., Credit Suisse Asset Management LLC (CSAM), Credit Suisse Asset Management LLC (US), Credit Suisse Asset Manager, Credit Suisse Capital LLC, Credit Suisse Dollar Senior Loan Fund Ltd., Credit Suisse Energy LLC, Credit Suisse Floating Rate High Income Fund, Credit Suisse Global Hybrid Income Fund, Credit Suisse Group AG, Credit Suisse High Income Fund, Credit Suisse International, Credit Suisse Loan Funding LLC, Credit Suisse Securities (USA) LLC, Credit Suisse Strategic Income Fund, Credit Suisse Syndicated Loan Fund and Credit Suisse, Cayman Islands Branch, ("CS"), customers, vendors, debtholders, litigants, contractual parties, and bondholders to the Debtors, are affiliated with entities that are current and former AlixPartners clients in matters unrelated to the Debtors. Other CS affiliated entities are lenders, creditors, bondholders, shareholders, limited partners and professionals in interest to current and former AlixPartners clients in matters unrelated to the Debtors. CS is the former employer of a current AlixPartners employee.

- Cronus Texas Properties LLC, a contract party to the Debtors, is affiliated with an entity that is an AlixPartners vendor.

- Crown Cork & Seal Company USA, a litigant and contract party to the Debtors, is the former employer of a current AlixPartners employee.

- CSS Direct Inc. and CSS LLC ("CSS"), vendors and bondholders to the Debtors, is a bondholder and professional in interest to current and former AlixPartners clients in matters unrelated to the Debtors.

- Cummins Southern Plains Inc., Cummins Southern Plains LLC, and Cummins Southern Plains Ltd., vendors and contract parties to the Debtors, are affiliated with entities that are co-clients, customers, vendors, executory contract counterparties, litigation parties, and creditors to

current and former AlixPartners clients in matters unrelated to the Debtors.   Cummins Allison Corp. is a current AlixPartners client in matters unrelated to the Debtors.  Cummins is the former employer of a current AlixPartners employee.

- Dallas Bar Association, a contract party to the Debtors, is an AlixPartners vendor.

- The Dallas Morning News Inc., a contract party to the Debtors, is a vendor to AlixPartners and a current AlixPartners client in matters unrelated to the Debtors.

- The Dallas World Aquarium Corp., a contract party to the Debtors, is an AlixPartners vendor.

- Dana Corporation, a litigant to the Debtors, is a former AlixPartners client in matters unrelated to the Debtors.

- Dannon Co. Inc., a contract party to the Debtors, is an affiliate to a current AlixPartners client in matters unrelated to the Debtors.

- Danske Bank A/S (Asset Management) ("Danske Bank"), a bondholder to the Debtors, is a lender to a current AlixPartners client in matters unrelated to the Debtors.  Danske Bank is a former AlixPartners client in matters unrelated to the Debtors.

- Davidson Kempner Partners is a bondholder to the Debtors. An affiliate, Davidson Kempner Capital Management, is a lender and bondholder to current and former AlixPartners clients in matters unrelated to the Debtors. Davidson Kempner Capital Management is a current AlixPartners client in matters unrelated to the Debtors.

- Davis Polk & Wardwell, a professional in interest in this bankruptcy matter, is a creditor, professional in interest and client counsel to current and former AlixPartners clients in matters unrelated to the Debtors.  Davis Polk & Wardwell is a current AlixPartners client in matters unrelated to the Debtors.

- State of Delaware, a contract party to the Debtors, is a creditor, litigation party, and adverse party to current and former AlixPartners clients in matters unrelated to the Debtors. State of Delaware is an AlixPartners vendor.

- Delek Refining Ltd., a contract party and vendor to the Debtors, is affiliated with entities that are creditors and related parties to former AlixPartners clients in matters unrelated to the Debtors.

- Dell Computer Corp., Dell Inc., Dell Marketing LP, and Dell USA LP, vendors and contract party to the Debtors, are affiliated with entities that are creditors, vendors, material contract parties, executory contract counterparties, vendors, customers, bondholders, and litigation parties to former AlixPartners clients in matters unrelated to the Debtors. Dell is an AlixPartners vendor. Dell is a client to a former AlixPartners client in matters unrelated to the Debtors. Dell is the former employer of current AlixPartners employees.

- Deloitte & Touche LLP ("Deloitte"), a professional in interest in this bankruptcy matter and vendor and contract party to the Debtors, is a professional in interest to current and former AlixPartners clients in matters unrelated to the Debtors. Deloitte is a former AlixPartners client in matters unrelated to the Debtors. Deloitte is a vendor to AlixPartners. Deloitte and affiliated entities are former employers of current AlixPartners employees.

- Deutsche Bank – FM, Deutsche Bank AG, Deutsche Bank AG, Cayman Islands Branch, Deutsche Bank AG, London Branch, Deutsche Bank AG, New York Branch, Deutsche Bank Securities Inc. and Deutsche Bank Trust Co. Americas ("Deutsche Bank"), debtholders, contractual parties, litigants, bondholders, DIP parties, and professionals in interest to the Debtors, are affiliated with entities that are shareholders, lenders, adverse parties, indenture trustees, creditors, limited partners, and professionals in interest to current and former AlixPartners clients in matters unrelated to the Debtors. Deutsche Bank AG is a current and former AlixPartners client in matters unrelated to the Debtors.

- Discover Financial Services, a litigant to the Debtors, is affiliated with an entity that is a director-affiliated company and vendor to former AlixPartners clients in matters unrelated to the Debtors.

- Doral Bank, a debtholder to the Debtors, is a current AlixPartners client in matters unrelated to the Debtors.

- Dow Employees' Pension Plan and Dow Retirement Group Trust ("Dow"), debtholders to the Debtors, have affiliated entities that are executory contract counterparties, creditor, bondholder, seller, creditor, and defendant to both current and former AlixPartners clients in matters unrelated to the Debtors. A Dow affiliate is a former AlixPartners client in matters unrelated to the Debtors. A Dow Affiliate is an AlixPartners vendor in matters unrelated to the Debtors.

- Dr. Pepper Bottling Co. of Texas, a contract party to the Debtors, is affiliated with entities that are an executory contract counterparty to the Debtor, director affiliated companies, litigation parties, and affiliated with current and former AlixPartners clients in matters unrelated to the Debtor.

SC1:3758241.7

- DTE Energy Trading Inc., a vendor and contract party to the Debtors, is affiliated with entities that are executory contract counterparties, vendors, and creditors to the current and former AlixPartners clients in matters unrelated to the Debtors. DTE is an AlixPartners vendor and the former employer to current AlixPartners employees.

- DuPont Capital Management Corp. ("DuPont") is a bondholder to the Debtors. DuPont and affiliated entities are creditors, customers, director-affiliated companies, indenture trustees, litigation parties, material contract parties, vendors, material contract parties, and adverse parties to current and former AlixPartners clients in matters unrelated to the Debtors. An affiliate, DuPont China Holding Co., Ltd., is a current AlixPartners client in matters unrelated to the Debtors. DuPont is affiliated with an entity that is a former client of AlixPartners in matters unrelated to the Debtors. DuPont is the former employer of current AlixPartners employees.

- Eaton Corporation, a litigant and vendor to the Debtors, is a former AlixPartners client in matters unrelated to the Debtors. Eaton Corporation is a creditor, director-affiliated company, and vendor to former AlixPartners clients in matters unrelated to the Debtors. Eaton Corporation is a related to a current AlixPartners client in matters unrelated to the Debtors.

- Eaton Vance and affiliated entities, are debtholders and bondholders to the Debtors, and are lenders, creditors, and bondholders to current and former AlixPartners clients in matters unrelated to the Debtors. In addition, Eaton Vance was part of a bank group that is a former AlixPartners client in matters unrelated to the Debtors.

- Ecolab Inc., a contract party to the Debtors, is affiliated to entities that are creditors, vendors, adverse parties, and related parties to current and former AlixPartners clients in matters unrelated to the Debtors. Ecolab Europe GmbH is the former employer to current AlixPartners employees.

- Edward Don & Co., a contract party to the Debtors, is a related party to a current AlixPartners client in matters unrelated to the Debtors.

- El Paso Energy Service Co., a contract party to the Debtors, is affiliated with an entity that is an executory contract counterparty to a former AlixPartners client in matters unrelated to the Debtors.

- El Paso Natural Gas Co., a contract party to the Debtors, is an executory contract counterparty to a former AlixPartners client in matters unrelated to the Debtors.

- Electric Reliability Counsel of Texas, vendor, utility, customer, and contract party to the Debtors, is executory contract counterparty to a former AlixPartners client in matters unrelated to the Debtors.

- EMC Corp., a contract party and vendor to the Debtors, is affiliated with entities that are vendors, adverse parties, creditors, and executory contract counterparties, to current and former AlixPartners clients in matters unrelated to the Debtors. EMC is an AlixPartners vendor.

- Employees Retirement Fund of the City of Dallas, a litigant and debtholder to the Debtors, is a co-plaintiff to a former AlixPartners client in matters unrelated to the Debtors.

- Enbridge Energy Partners LP, a contract party to the Debtors, is affiliated with entities that are adverse parties, vendors, and executory contract counterparties to current and former AlixPartners clients in matters unrelated to the Debtors.

- Endurance, an insurance provider to the Debtors, is a director-affiliated company to a former AlixPartners client in matters unrelated to the Debtors.

- Energy America LLC, a contract party to the Debtors, is an executory contract counterparty to a former AlixPartners client in matters unrelated to the Debtors.

- Energy Transfer and Energy Transfer Fuel LP, vendors and contract parties to the Debtors, are affiliated with entities that are executory contract counterparties to current and former AlixPartners clients in matters unrelated to the Debtors.

- EnergySolutions Services Inc., a contract party and vendor to the Debtors, is a current and former AlixPartners client in matters unrelated to the Debtors.

- Enterprise Texas Pipeline LLC, a contract party to the Debtors, is an executory contract counterparty and vendor to former AlixPartners clients in matters unrelated to the Debtors.

- EPIQ Bankruptcy Solutions, a professional in interest in this bankruptcy matter and vendor to the Debtors, is a professional in interest to current and former AlixPartners clients in matters unrelated to the Debtors.

- Ernst & Young and affiliated entities ("E&Y"), professionals in interest in this bankruptcy matter, contract parties and vendors to the Debtors, are adverse parties, client advisors, vendors, and creditors to current and former AlixPartners clients in matters unrelated to the Debtors.  E&Y is a

34

vendor to AlixPartners and is a former employer of current AlixPartners employees.  E&Y is a former AlixPartners client in matters unrelated to the Debtors.

- Essilor of America Inc., a contract party to the Debtors, is affiliated with entities that are current AlixPartners clients in matters unrelated to the Debtors. Essilor of America is the former employer to current AlixPartners employees.

- ETC Katy Pipeline Ltd. and ETC Marketing Ltd., contract parties to the Debtors, are affiliated with entities that are executory contract counterparties and vendors to former AlixPartners clients in matters unrelated to the Debtors.

- Ethicon Inc., a contract party to the Debtors, is a related party to a former AlixPartners client in matters unrelated to the Debtors. Ethicon is an affiliate of Johnson & Johnson, which is a creditor, customer, litigation party, and related party to current and former AlixPartners clients in matters unrelated to the Debtors. Johnson & Johnson is a former AlixPartners client in matters unrelated to the Debtors. Johnson & Johnson is the former employer of current AlixPartners employees.

- Euroclear Bank ("Euroclear"), a bondholder to the Debtors, is a bondholder, lender, creditor, and adverse party to current and former AlixPartners clients in matters unrelated to the Debtors.  Euroclear France is the former employer of current AlixPartners employees.

- Evercore Group, a professional in interest in this bankruptcy matter and vendor to the Debtors, is a creditor, lender, bondholder, investor, director-affiliated company, and professional in interest to current and former AlixPartners clients in matters unrelated to the Debtors.

- Exelon Generation Co. LLC, a contract party and vendor to the Debtors, is affiliated with entities that are vendors and executory contract counterparties to former AlixPartners clients in matters unrelated to the Debtors.

- Exxon Chemical Co. USA and Exxon Mobil Corp. ("Exxon"), litigants to the Debtors, are affiliated with entities that are former clients of AlixPartners in matters unrelated to the Debtors.  Exxon is an adverse party, customer, material contract party, creditor, litigation party, and vendor to current and former AlixPartners clients in matters unrelated to the Debtors.  Exxon is a former AlixPartners client in matters unrelated to the Debtors.   Exxon is the former employer of current AlixPartners employees.

SC1:3758241.7

- Family Dollar Distribution LLC and Family Dollar Stores of Texas LLC, contract parties to the Debtors, are affiliates with entities that are vendors, customers and co-clients to current and former AlixPartners clients in matters unrelated to the Debtors.

- Federal Home Loan Bank, a contract party to the Debtors, is affiliated with entities that are creditors, litigation parties, and executory contract counterparties to current and former AlixPartners clients in matters unrelated to the Debtors.  Federal Home Loan Bank is affiliated with an entity that is a current AlixPartners client in matters unrelated to the Debtors.

- Federal Insurance Co., (Chubb), an insurance provider to the Debtors, is a vendor to AlixPartners and adverse party, lender, insurance provider and executory contract counterparty to current and former AlixPartners clients in matters unrelated to the Debtors.  Chubb is a current insurance provider and former AlixPartners client in matters unrelated to the Debtors.

- FedEx Corp. Employees' Pension Trust ("FedEx"), a debtholder to the Debtors, is an adverse party, vendor, and creditor to current and former AlixPartners clients in matters unrelated to the Debtors. FedEx is a vendor to AlixPartners. FedEx is a former AlixPartners client in matters unrelated to the Debtors. An affiliate of FedEx is a former AlixPartners client in matters unrelated to the Debtors.

- Federal Mogul Corporation, a potentially responsible party to the Debtors, is a former AlixPartners client in matters unrelated to the Debtors.  Federal Mogul is the former employer of a current AlixPartners employee.

- Fidelity Central Investment Portfolios LLC, Fidelity Employer Services Co. LLC, Fidelity Floating Rate Central Fund, Fidelity Floating Rate High Income Investment Trust, Fidelity Institutional Money Market funds – Government Portfolio, Fidelity Investments, Fidelity Investments Treasury Fund, Fidelity Management & Research Co., Fidelity National Title Insurance Co., Fidelity Real Estate Co. LLC, fidelity Series Floating Rate High Income Fund and Fidelity Summer Street Trust ("Fidelity"), debtholders, vendors, banks, bondholders, and contractual counterparties to the Debtors, are affiliated with entities that are vendors to AlixPartners. Fidelity is a current AlixPartners client in matters unrelated to the Debtors. Fidelity and affiliated entities are also lenders, lessors, adverse parties, director-affiliated companies, executory contract counterparties, customers, lessees, bondholders, and shareholders to current and former AlixPartners clients in matters unrelated to the Debtors.  Fidelity is a former AlixPartners client in matters unrelated to the Debtors.

- Fir Tree, a debtholder to the Debtors, is a material contract party and co-plaintiff to current AlixPartners clients in matters unrelated to the Debtors.

SC1:3758241.7

- Fiserv Inc. and Fiserv Solutions Inc., vendors and contract parties to the Debtors, are affiliated with entities that are executory contract counterparties, creditors, and parent companies to current and former AlixPartners clients in matters unrelated to the Debtors. Fiserv, Inc. is a former AlixPartners client in matters unrelated to the Debtors. Fiserv, Inc. is an AlixPartners vendor.

- FMC Corporation, a litigant to the Debtors, is a co-defendant to a current AlixPartners client in matters unrelated to the Debtors.

- Ford Motor, a litigant to the Debtors, and affiliated entities are customers, lenders, adverse parties, vendors, and litigants to current and former AlixPartners clients in matters unrelated to the Debtors.

- Forsythe Solutions Group Inc., a vendor to the Debtors, is the former employer of a current AlixPartners employee.

- Fortress Investment Group LLC, Fortress Credit Opportunities I LP and Fortress ETXU LLC ("Fortress"), debtholders to the Debtors, is a former AlixPartners client in matters unrelated to the Debtors. Fortress is a lender, executory contract counterparty, professional in interest, and shareholder to former AlixPartners clients in matters unrelated to the Debtors. Fortress is a bondholder and creditor to current AlixPartners clients in matters unrelated to the Debtors.

- Fried Frank Harris Shriver & Jacobson LLP ("Fried Frank"), a professional in interest in this bankruptcy matter and vendor to the Debtors, is a current AlixPartners client in matters unrelated to the Debtors.

- Fluor Daniels Maintenance Services Inc., Fluor Daniels Services Corp., Fluor Daniels Williams Brothers, Fluor Enterprises Inc., Fluor Global Services, Fluor Holding Co. LLC and Fluor Texas Inc. and Fluor Corporation are litigants, contract parties, vendors, and creditors to the Debtors. Fluor Corporation is a former AlixPartners client in matters unrelated to the Debtors.

- FPL Energy LLC, FPL Energy Pecos Wind I LLC, FPL Energy Pecos Wind I LP, FPL Energy Pecos Wind II LLC, FPL Energy Pecos Wind II LP, and FPL Energy Power Marketing Inc., litigants, vendors, and contract parties to the Debtors, are affiliated with an entity that is a co-defendant to a former AlixPartners client in matters unrelated to the Debtors.

- FTI Consulting, Inc., ("FTI"), an unsecured creditors' committee member and proposed advisor in this bankruptcy matter, is a professional in interest to current and former AlixPartners clients in matters unrelated to

the Debtors.   FTI is the former employer of current AlixPartners employees.   FTI Technology, LLC, an affiliate of FTI Consulting, is a vendor to AlixPartners.   Additionally, AlixPartners has entered into subcontract arrangements with FTI to permit former FTI employees to continue to provide services as an independent contractor to FTI, with fees and expenses to be billed on a pass-through basis to FTI, all in matters unrelated to the Debtors.

- Franklin Advisors Inc., Franklin Floating Rate, Franklin High Income Fund (Canada), Franklin High Income Securities Fund, Franklin High Income Trust, Franklin Income Fund, Franklin Income Securities Fund, Franklin Institutional Global High Yield, Franklin Mutual Advisers LLC, Franklin Templeton Variable Insurance Products Trust and Franklin Universal Trust ("Franklin"), bondholders  and debtholders to the Debtors, is a shareholder, creditor, bondholder, litigation party, co-plaintiff, material contract party, and lender to current and former AlixPartners clients in matters unrelated to the Debtors.

- Fulbright & Jaworski, LLP, a vendor to the Debtors, is a current and former client of AlixPartners in matters unrelated to the Debtors. Fulbright & Jaworski is opposing counsel to a current AlixPartners client in matters unrelated to the Debtors.

- Galderma Laboratories LP, a contract party to the Debtors, is a former AlixPartners clients in matters unrelated to the Debtors.

- GAMCO Asset Management Inc., a bondholder to the Debtors, is affiliated with entities that are significant shareholders and director-affiliated companies to former AlixPartners clients in matters unrelated to the Debtors.

- GATX Corporation and GATX Financial Corporation, contract parties, vendors, and landlords to the Debtors, are affiliated with entities that are joint venture entities, lessees, adverse parties, creditors, and lenders to current and former AlixPartners clients in matters unrelated to the Debtors.   An affiliate, GATX Telecom Investors II, is an affiliate to a current AlixPartners client in matters unrelated to the Debtors.

- General Electric, General Electric International Inc., and General Electric Pension Trust   ("GE"), vendors and debtholders to the Debtors, are affiliated with entities that are creditors, customers, lenders, vendors, litigation parties, adverse parties, lessors, and bondholders to current and former AlixPartners clients in matters unrelated to the Debtors. GE affiliated entities are current and former AlixPartners clients in matters unrelated to the Debtors. GE affiliated entities are the former employers of current AlixPartners employees.

SC1:3758241.7

- General Motors Canadian Hourly Rate Employees' Pension Plan, General Motors Canadian Retirement Program For Salaried Employees, General Motors Corp., General Motors LLC and General Motors Hourly Rate Employees' Pension Trust, and affiliated entities ("GM"), debtholders, litigants, and contract parties to the Debtors, are creditors, adverse parties, parents, shareholders, vendors, bondholders, customers, and lenders to current and former AlixPartners clients in matters unrelated to the Debtors.  GM is a current and former AlixPartners client in matters unrelated to the Debtors.  GM is the former employer of numerous current AlixPartners employees.

- Gregory B. Kelly, an officer to the Debtors, was an officer to a former AlixPartners client in matters unrelated to the Debtors.

- Graham Packaging Co. LP, a contract party to the Debtors, is a former AlixPartners client in matters unrelated to the Debtors.

- Georgia Pacific, Georgia-Pacific Corrugated LLC and Georgia-Pacific LLC are litigants and contractual parties to the Debtors.  Georgia Pacific is an adverse party, material contract party, creditor, and customer to current and former AlixPartners clients in matters unrelated to the Debtors.  Georgia Pacific is a former AlixPartners client in matters unrelated to the Debtors.  Georgia Pacific is the former employer of a current AlixPartners employee.

- Gibson Dunn & Crutcher, a professional in interest in this bankruptcy matter, is a current and former AlixPartners client in matters unrelated to the Debtors. AlixPartners is a client of Gibson Dunn & Crutcher in matters unrelated to the Debtors. Gibson Dunn & Crutcher is also a professional in interest to current and former AlixPartners clients in matters unrelated to the Debtors.

- Glowpoint Inc., a vendor and utility provider to the Debtors, is a former AlixPartners client in matters unrelated to the Debtors.

- Golden Tree, Golden Tree Asset Management LP (US), Goldentree Loan Opportunities III Ltd., Goldentree Loan Opportunities IV Ltd. and Goldentree Loan Opportunities V Ltd. ('Golden Tree") are debtholders and bondholders to the Debtors and are an affiliate to a former AlixPartners client in matters unrelated to the Debtors.  Golden Tree is a lender, creditor, significant shareholder, and professional in interest to former AlixPartners clients in matters unrelated to the Debtors.

- Goldman Sachs & Co., Goldman Sachs Credit, Goldman Sachs Financial Square Government Fund, Goldman Sachs Fund Group, Goldman Sachs Lending Partners LLC and Goldman Sachs Trust II Goldman Sachs Multi Manager Alternatives Fund, ("Goldman Sachs"), bondholders, investment

39

banks and debtholders to the Debtors, are affiliated with entities that are lenders, litigants, adverse parties, indenture trustees, lessees, bondholders, professionals in interest and shareholders to current and former AlixPartners clients in matters unrelated to the Debtors. Goldman Sachs is a former AlixPartners client in matters unrelated to the Debtors. Also, a current AlixPartners board member sits on the board of Goldman Sachs Capital Partners. Lastly, Goldman Sachs is the former employer of current AlixPartners employees.

- Goodrich Corporation, a litigant to the Debtors, is a former AlixPartners client in matters unrelated to the Debtors.

- Goodyear Tire & Rubber, a litigant to the Debtors, is a creditor, litigant, vendor, and director-affiliated company to former AlixPartners clients in matters unrelated to the Debtors.

- Google, a vendor to the Debtors, is affiliated with an entity that is co-defendant, vendor, creditor, customer, lessee and adverse party to current and former AlixPartners clients in matters unrelated to the Debtors. Google is a current AlixPartners client in matters unrelated to the Debtors.

- Gracie Asset Management, a bondholder to the Debtors, is affiliated with entities that are creditors to former AlixPartners clients in matters unrelated to the Debtors. An affiliate, Gracie Capital, is a vendor to AlixPartners.

- Grainger, a creditor and vendor to the Debtors, is a vendor to AlixPartners.

- Gregg Industrial Insulators Inc., a vendor to the Debtors, is a current AlixPartners client in matters unrelated to the Debtors.

- GSO Capital Partners LP and GSO/Blackstone Debt Funds Management LLC are debtholders and bondholders to the Debtors. GSO/Blackstone is a former AlixPartners client in matters unrelated to the Debtors. GSO/Blackstone affiliated entities are professionals in interest, significant shareholders, bondholders, creditors, parent companies, and lenders to current and former AlixPartners clients in matters unrelated to the Debtors.

- Gulf Stream - Sextant CLO 2006-I Ltd., Gulf Stream Compass CLO 2005 II Ltd., Gulf Stream Sextant CLO 2007 I Ltd., Gulf Stream-Rashinban CLO 2006-1 Ltd., and Gulfstream Aerospace LP ("Gulf Stream"), debtholder and contractual counterparty to the Debtors, is a current AlixPartners client.

- Halcyon Loan Investors CLO I Ltd., Halcyon Loan Investors CLO II Ltd., Halcyon Restructuring, Halcyon SAM CLO 2008-II BV, Halcyon SAM

European CLO 2007-1 Ltd., Halcyon SAM LS/SU 2007-1 Ltd., Halcyon SAM LS/SU 2007-2 Ltd., and Halcyon SAM LS/SU CLO II Ltd., ("Halcyon"), debtholders to the Debtors, is a professional in interest, creditor, and lender to current and former AlixPartners clients in matters unrelated to the Debtors. Halcyon is a former client through representative creditors committee in matters unrelated to the Debtors.

- Hartford Balanced Income Fund, Hartford Floating Rate Fund, Hartford High yield Fund, Hartford High yield HLS Fund, Hartford Investment Management Co., Hartford Strategic Income Fund, and Hartford Unconstrained bond Fund ("Hartford"), debtholders and bondholders to the Debtors, are affiliated with entities that are creditors, bondholders, lenders, insurance providers, vendors, executory contract counterparties, and adverse parties to current and former AlixPartners clients in matters unrelated to the Debtors.  Hartford is a former AlixPartners client in matters unrelated to the Debtors.

- Haynes and Boone, LLP, a vendor to the Debtors, is a professional in interest and vendor to current and former AlixPartners clients in matters unrelated to the Debtors.  Haynes and Boone, LLP is a current and former AlixPartners client in matters unrelated to the Debtors.  Haynes and Boone, LLP is a vendor to AlixPartners.

- HBK Investments LP and HBK Master Fund LP ("HBK"), debtholders to the Debtors, is a current and former AlixPartners client in matters unrelated to the Debtors.  HBK, is an affiliate to a current AlixPartners client in matters unrelated to the Debtors.  HBK is a creditor and lender to current and former AlixPartners clients in matters unrelated to the Debtors.

- HEB Grocery Co. LP, a contract party to the Debtors, is a co-defendant to a current AlixPartners client in matters unrelated to the Debtors.

- Headwaters Resources Inc., a contract party, vendor, and creditor the Debtors, is affiliated with an entity, Headwaters, Incorporated, which is former AlixPartners client in matters unrelated to the Debtors.

- HealthSouth Corporation, a contract party to the Debtors, is a former AlixPartners client in matters unrelated to the Debtors.  HealthSouth Corporation was an adverse party to a former AlixPartners client in matters unrelated to the Debtors.

- Hewlett-Packard and Hewlett Packard Financial Services Co. ("HP"), contract parties and vendors to the Debtors, are lenders, vendors, adverse parties, material contract parties, and creditors to current and former AlixPartners clients in matters unrelated to the Debtors.  HP and an affiliated entity are former AlixPartners clients in matters unrelated to the

Debtors.  HP is the former employer of a current AlixPartners employee. HP is a vendor to AlixPartners.

- HIG Whitehorse Capital LLC, a debtholder of the Debtors, is a co-defendant to a current AlixPartners client in matters unrelated to the Debtors. HIG is a significant shareholder to a current AlixPartners client in matters unrelated to the Debtors.

- Highfields Capital Management, a debtholder to the Debtors, is a former AlixPartners client in matters unrelated to the Debtors.

- Highbridge Capital, Highbridge International LLC and Highbridge Principal Strategies Credit Opportunities Master Fund ("Highbridge"), debtholders to the Debtor, are bondholders, significant shareholders, and creditors to current and former AlixPartners in matters unrelated to the Debtor.

- Highland Capital Management FM, Highland Capital Management LP, Highland Credit Opportunities CDO Ltd., Highland Floating Rate Opportunities Fund, Highland Iboxx Senior Loan ETF, Highland Loan Master Fund LP and Highland Special Situations Fund, ("Highland"), a debtholder to the Debtors, is a lender, bondholder, parent company,  and creditor to current and former AlixPartners clients in matters unrelated to the Debtors.  Highland is a former AlixPartners client in matters unrelated to the Debtors.  Highland is the former employer of a current AlixPartners employee.

- HireRight Inc., a vendor to the Debtors, is an affiliate to current and former AlixPartners clients in matters unrelated to the Debtors.

- Hitachi Data Systems and Hitachi Data Systems Credit Corp., vendors to the Debtors, are affiliated with entities that are co-defendants, litigation parties, vendors, creditors, material contract parties, and adverse parties to former AlixPartners clients in matters unrelated to the Debtors.   An affiliate of Hitachi Data Systems is a current AlixPartners client in matters unrelated to the Debtors.

- Honeywell and Honeywell Industry Solutions ("Honeywell), litigants and vendors to the Debtors, are creditors and director-affiliated companies to former AlixPartners clients in matters unrelated to the Debtors. Honeywell or its affiliates are client related parties to a current AlixPartners client in matters unrelated to the Debtors.  Honeywell is a former AlixPartners client in matters unrelated to the Debtors.  Honeywell is the former employer of a current AlixPartners employee.

- Hotchkis & Wiley Capital Management LLC, a bondholder to the Debtors, is a significant shareholder and bondholder to current and former AlixPartners clients in matters unrelated to the Debtors.

- Houlihan Lokey Capital ("Houlihan"), a professional in interest in this bankruptcy matter and vendor to the Debtors, is a professional in interest and investment banker to current and former AlixPartners clients in matters unrelated to the Debtors. Houlihan is an affiliate of a former AlixPartners client in matters unrelated to the Debtors.

- HSBC Bank PLC, HSBC Card Services Inc., HSBC Holdings PLC and HSBC Wealth Management ("HSBC"), litigants, debtholders, and bondholders to the Debtors, are affiliated with entities that are lenders, creditors, and indenture trustees to current and former AlixPartners clients in matters unrelated to the Debtors. HSBC and affiliated entities are current and former AlixPartners clients in matters unrelated to the Debtors.

- Hudson Bay Capital Management LP, a bondholder to the Debtors, is affiliated with entities that are lenders to a current AlixPartners client in matters unrelated to the Debtors. Hudson Bay Company is a former AlixPartners client in matters unrelated to the Debtors.

- Hugh Sawyer, an officer to the Debtors, is an officer to former AlixPartners clients in matters unrelated to the Debtors.

- Hunton & Williams, a professional in interest in this bankruptcy matter and vendor to the Debtors, is opposing counsel and a professional in interest to former AlixPartners clients in matters unrelated to the Debtors. Hunton & Williams is a current and former AlixPartners client in matters unrelated to the Debtors. Hunton & Williams is a vendor to AlixPartners.

- Husch Blackwell LLP and Husch Blackwell Sanders LLP, vendors to the Debtors, are professionals in interest and adverse parties to former AlixPartners clients in matters unrelated to the Debtors.

- Hyperion Brookfield Asset Management ("Hyperion"), a debtholder to the Debtors, is a co-party to a former AlixPartners client in matters unrelated to the Debtors. Hyperion is an executory contract counterparty and co-plaintiff to a former AlixPartners client in matters unrelated to the Debtors.

- IDS Life Insurance Co. ("IDS"), a debtholder to the Debtors, is a subsidiary of a current AlixPartners client in matters unrelated to the Debtors. IDS is a vendor, lender, and creditor to former AlixPartners clients in matters unrelated to the Debtors. IDS is the former employer of a current AlixPartners employee.

- Indian Mesa Wind Farm LLC, a contract party and litigant to the Debtors, is a co-defendant to a former AlixPartners client in matters unrelated to the Debtors.

- IBM Personal Pension Plan Trust and International Business Machines ("IBM"), vendors, debtholders, and contract parties to the Debtors, are lenders, joint venture parties, vendors, adverse parties, and creditors to current and former AlixPartners clients in matters unrelated to the Debtors.  IBM is a current and former AlixPartners client in matters unrelated to the Debtors.  IBM is the former employer of current AlixPartners employees.

- ING (L) Flex-Senior Loans, ING Capital LLC, ING Financial Markets LLC, ING International (II) - Senior Loans, ING Investment Management CLO II Ltd., ING Investment Management CLO III Ltd., ING Investment Management CLO IV Ltd., ING Investment Management CLO V Ltd., ING Investment Management LLC, ING Investment Trust Co. Plan For Employee Benefit Investment Funds - Senior Loan Fund, ING Investments Management Co., and ING Prime Rate Trust ("ING"), are debtholders and bondholders to the Debtors.  ING Bank is a co-client to a current AlixPartners client in matters unrelated to the Debtors.  ING affiliated entities are lenders, noteholders, vendors, director-affiliated companies, material contract parties, litigation parties, trustees, significant shareholders, creditors, bondholders, lessors, and bank steering committee members to current and former AlixPartners clients in matters unrelated to the Debtors.  ING Capital and ING RED UK (Enfield) Limited are former AlixPartners clients in matters unrelated to the Debtors.

- International Paper Company ("IP"), a contract party to the Debtors, is a co-defendant, vendor, director affiliated company, adverse party, and customer to current and former AlixPartners clients in matters unrelated to the Debtors.  IP is a former AlixPartners client in matters unrelated to the Debtors.

- Itochu, a contract party to the Debtors, is a former AlixPartners client in matters unrelated to the Debtors.

- Intralinks Inc., a vendor to the Debtors, is a vendor to AlixPartners.

- Invensys, Invensys Process Systems and Invensys Systems Inc. are vendors and contract parties to the Debtors.  Invensys is a former AlixPartners client in matters unrelated to the Debtors.

- Invesco Aim Investment Services, Invesco ATST Premier U.S. Government Money Portfolio, Invesco Dynamic Credit Opportunities, Invesco Floating Rate Fund, Invesco Funds III-Invesco US Senior, Invesco Kampen Senior Loan Fund, Invesco PowerShares Capital

SC1:3758241.7

Management LLC, Invesco Senior Income Trust, Invesco Senior Loan Fund, Invesco Senior Secured Management Inc., Invesco Van Kampen Dynamic Credit Opportunities Fund, Invesco Van Kampen Senior Income, and Invesco Zodiac Funds-Invesco US Senior Loan Fund ("Invesco"), are vendors, banks, debtholders, and  bondholders to the Debtors.  Invesco and affiliated entities are lenders, bondholders, adverse parties, creditors, lenders, lessors, and investment bankers to current and former AlixPartners clients in matters unrelated to the Debtors.

- ITT Corporation, a litigant to the Debtors, is a former AlixPartners client in matters unrelated to the Debtors.

- Jackson Walker, a vendor to the Debtors, is a former AlixPartners client in matters unrelated to the Debtors.  Jackson Walker is an adverse party to a former AlixPartners client in matters unrelated to the Debtors.  Jackson Walker is a vendor to AlixPartners.

- Jefferies Capital, a debtholder to the Debtors, is the parent company to a current AlixPartners client in matters unrelated to the Debtors.  Jefferies is a lender to a current AlixPartners client in matters unrelated to the Debtors.  Jefferies is a significant shareholder and an indenture trustee to current AlixPartners clients in matters unrelated to the Debtors.

- Jones Day, a professional in interest in this bankruptcy matter, is a current and former AlixPartners client in matters unrelated to the Debtors.  Jones Day is a professional in interest to current and former AlixPartners clients in matters unrelated to the Debtors.  Jones Day provides legal services to AlixPartners.

- John Hancock, John Hancock Fund II – Floating Rate Income Fund, John Hancock Hedged Equity & Income Fund, John Hancock Life Insurance Co. and John Hancock Variable Life Insurance Co. ("John Hancock"), debtholders and landlords to the Debtors, are lenders, vendors, bondholders,  investors, and executory contract counterparties to current and former AlixPartners clients in matters unrelated to the Debtors.  John Hancock is a current AlixPartners client in matters unrelated to the Debtors.  John Hancock is the parent company to a current AlixPartners client in matters unrelated to the Debtors.

- Jostens Inc., a contract party to the Debtors, is former AlixPartners client in matters unrelated to the Debtors.

- JP Morgan, JP Morgan Chase & Co., JP Morgan Chase Bank, JP Morgan Chase NA, JP Morgan Investment Management Inc., JP Morgan Leveraged Loans Master Fund LP, JP Morgan Private Bank, JP Morgan Securities Inc., JP Morgan Securities LLC, JP Morgan Whitefriars Inc., JPM Chase, JPM Whitefriars Inc., JPMBI RE Blackrock Bank Loan Fund,

JPMC Retirement Plan Brigade Bank Loan, JPMorgan Asset Management, JPMorgan Asset Management-Cincinnati, JPMorgan Chase, JPMorgan Chase Bank NA, JPMorgan Chase Bank NA (IL), JPMorgan Chase Bank NA (NY), JPMorgan Chase Bank NA (OH), JPMorgan Chase Bank NA (TX), JPMorgan Chase Retirement Plan, JPMorgan Chase through Met Life, JPMorgan Core Plus Bond Fund, JPMorgan Floating Rate Income Fund, JPMorgan High Yield Fund, JPMorgan Income Builder Fund, JPMorgan Strategic Income Opportunities Fund and JPMorgan Ventures Energy Corp. ("JPM"), litigants, vendors, debtholders, bondholders, professionals in interest, banks and contractual parties to the Debtors, are affiliated with entities that are lenders, shareholders, vendors, bondholders, and creditors to current and former AlixPartners clients in matters unrelated to the Debtors. JPM and affiliated entities are current and former AlixPartners clients in matters unrelated to the Debtors. JPM affiliated entities previously employed several current AlixPartners employees.

- K & L Gates, a vendor to the Debtors, is a current and former AlixPartners client in matters unrelated to the Debtors.  K & L Gates is client counsel and a professional in interest to current and former AlixPartners clients in matters unrelated to the Debtors.  K&L Gates is a vendor to AlixPartners.

- Kaiser Foundation Hospitals and Kaiser Permanente Group Trust, debtholders to the Debtors, is a former AlixPartners client in matters unrelated to the Debtors.  Kaiser Foundation Health Plan is a creditor, vendor, lessor, and insurance provider to former AlixPartners clients in matters unrelated to the Debtors.

- Kasowitz Benson Torres & Friedman LLP ("KBTF"), a vendor to the Debtors, is a current and former AlixPartners client in matters unrelated to the Debtors.  KBTF is opposing counsel and a professional in interest to current and former AlixPartners clients in matters unrelated to the Debtors.  KBTF is a vendor to AlixPartners.

- Katonah Debt Advisors LLC, Katonah IX CLO Ltd., Katonah VII CLO Ltd., Katonah VIII Ltd. and Katonah X CLO Ltd. ("Katonah"), debtholders to the Debtors, is a co-client to a current AlixPartners engagement in matters unrelated to the Debtors.  Katonah is a lender and creditor to former AlixPartners clients in matters unrelated to the Debtors.

- KCG, Inc., a litigant to the Debtors, is a current AlixPartners client in matters unrelated to the Debtors.

- Kekst & Co. Inc., a vendor to the Debtors, is a professional in interest to former AlixPartners clients in matters unrelated to the Debtors.

- Kelly Moore Paint Co. Inc., a litigant to the Debtors, is a former AlixPartners client in matters unrelated to the Debtors.

- Kforce, a vendor to the Debtors, is the former employer of a current AlixPartners employee. Kforce is a material contract party, creditor, and vendor to current and former AlixPartners clients in matters unrelated to the Debtors.

- Kimberly-Clark Corporation ("KC"), a contract party to the Debtors, is a current and former AlixPartners client in matters unrelated to the Debtors. KC is an adverse party to a current AlixPartners client in matters unrelated to the Debtors.

- Kinder Morgan Inc., a contract party to the Debtors, is a client related party to a former AlixPartners engagement in matters unrelated to the Debtors.

- King Street Acquisition Co. LLC and King Street Capital Management LP ("King Street"), debtholders to the Debtors, are co-clients to a former AlixPartners client in matters unrelated to the Debtors. King Street is a lender, lessor, and significant shareholder to former AlixPartners clients in matters unrelated to the Debtors.

- Kohlberg Kravis Roberts & Company ("KKR"), a vendor and shareholder to the Debtors, is a lender, shareholder and creditor to current and former AlixPartners clients in matters unrelated to the Debtors. KKR is a current and former AlixPartners client in matters unrelated to the Debtors. An affiliate, KKR Asia, is a former AlixPartners client in matters unrelated to the Debtors.

- Knight Capital Group, a debtholder to the Debtors, is a current AlixPartners client in matters unrelated to the Debtors.

- KPMG LLP ("KPMG"), a professional in interest in this bankruptcy matter and vendor to the Debtors, is a former AlixPartners client in matters unrelated to the Debtors. KPMG is a co-client to a current AlixPartners engagement in matters unrelated to the Debtors. KPMG is a professional in interest, adverse party, and creditor to current and former AlixPartners clients in matters unrelated to the Debtors. KPMG provides auditing services to AlixPartners. KPMG is a vendor to AlixPartners. KPMG is the former employer of several current AlixPartners employees.

- Kramer Levin Naftalis & Frankel ("KLNF"), a professional in interest in this bankruptcy matter and vendor to the Debtors, is a professional in interest to current and former AlixPartners clients in matters unrelated to the Debtors. KLNF is a former AlixPartners client in matters unrelated to the Debtors.

47

- Kroger, a contract party to the Debtors, is an adverse party, material contract party, lessor, customer, and co-defendant to current and former AlixPartners clients in matters unrelated to the Debtors. Kroger is a co-client to a current AlixPartners client in matters unrelated to the Debtors.

- Kuwait Investment Authority, a shareholder to the Debtors, is a former AlixPartners client in matters unrelated to the Debtors.

- L-3 Communications, L-3 Communications Integrated Systems LP and L-3 Communications Corp. Master Trust are vendors, contract parties and debtholders to the Debtors. L-3 Communications is a current and former AlixPartners client in matters unrelated to the Debtors. L-3 Communications is a customer and lender to former AlixPartners clients in matters unrelated to the Debtors.

- LaSalle Bank NA ("LaSalle"), a debtholder and landlord to the Debtors, is a member of a bank group for which AlixPartners performed services in matters unrelated to the Debtors. LaSalle is a current AlixPartners client in matters unrelated to the Debtors. LaSalle and affiliated entities are lenders, bondholders, co-defendants, trustees, material contract parties, collateral agents for vendors, creditors, and lessors to current and former AlixPartners clients in matters unrelated to the Debtors. AlixPartners is a customer of LaSalle. The parent of LaSalle, ABN Amro, provides banking services to AlixPartners and is a current and former AlixPartners client in matters unrelated to the Debtors.

- Law Debenture Trust Company of New York ("LDTC"), an indenture trustee, litigant, creditor, unsecured creditors' committee member, and proposed advisor in this bankruptcy matter, is a trustee for debentures and creditor to former AlixPartners clients in matters unrelated to the Debtors. LDTC is a client related party to a current AlixPartners engagement in matters unrelated to the Debtors.

- Lazard Freres & Co. ("Lazard"), an unsecured creditors' committee member / proposed advisor in this bankruptcy matter and vendor to the Debtors, is affiliated with entities that are creditors, indenture trustees, bondholders, significant shareholders, lenders, material contract parties, and professionals in interest to current and former AlixPartners clients in matters unrelated to the Debtors. Lazard is the former employer of a current AlixPartners employee. Lazard is a vendor to AlixPartners

- Lehman Brothers Bank and Lehman ("Lehman"), investment bankers and shareholders to the Debtors, are affiliated with entities that are bondholders, shareholders, and lenders to current and former AlixPartners clients in matters unrelated to the Debtors. Lehman and affiliated entities are current and former AlixPartners clients in matters unrelated to the Debtors. Lehman Brothers previously employed a current AlixPartners

employee and provided investment banking services to AlixPartners and affiliated entities.

- Level 3 Communications, a vendor and utility provider to the Debtors, is a vendor, significant shareholder, material contract party and litigation party to current and former AlixPartners clients in matters unrelated to the Debtors. Level 3 Communications is a client related party to a former AlixPartners client in matters unrelated to the Debtors. Level 3 Communications is the former employer of a current AlixPartners employee and a vendor to AlixPartners.

- Liberty Mutual, Liberty Mutual Employees Thrift Incentive Plan, Liberty Mutual Group, Liberty Mutual Insurance Co. and Liberty Mutual Insurance Co. ("Liberty"), debtholders, vendors, surety bonds, and insurance providers to the Debtors, are affiliated with entities that are creditors, lenders, vendors, adverse parties, material contract parties, insurers and lenders to current and former AlixPartners clients in matters unrelated to the Debtors. An affiliate of Liberty is a former AlixPartners client in matters unrelated to the Debtors.

- Liberty Tire Recycling LLC, a contract party to the Debtors, is a former AlixPartners client in matters unrelated to the Debtors.

- Lloyds Banking Group PLC ("Lloyds"), a litigant to the Debtors, is a current and former AlixPartners client in matters unrelated to the Debtors. Lloyds is a creditor, lender, insurer, litigation party, material contract party and adverse party to current and former AlixPartners clients in matters unrelated to the Debtors. Lloyds is a vendor to AlixPartners.

- Locke Lord Bissell & Liddell, a vendor to the Debtors, is co-counsel to a former AlixPartners client and is a professional in interest to current AlixPartners in matters unrelated to the Debtors.

- Lockheed Martin Services and Lockheed Martin Corporation ("Lockheed"), contract parties to the Debtors, are former AlixPartners clients in matters unrelated to the Debtors. Lockheed is a co-defendant, adverse party and customer to current and former AlixPartners clients in matters unrelated to the Debtors. Lockheed is the former employer of current AlixPartners employees.

- Lonestar Capital Management, Lonestar Consulting Group LLC, Lonestar Group Consulting Services LLC and Lonestar Group LLC ("Lonestar") are debtholders, contract parties, and vendors to the Debtors. Lonestar is parent company to a current AlixPartners client in matters unrelated to the Debtors. Lonestar is a bondholder to a former AlixPartners client in matters unrelated to the Debtors.

SC1:3758241.7

- Loomis Sayles, Loomis Sayles & Co. LP, Loomis Sayles Absolute Strategies Trust, Loomis Sayles Bond Fund, Loomis Sayles CLO I Ltd., Loomis Sayles Strategic Alpha Trust, and Loomis Sayles Strategic Income Fund ("Loomis Sayles"), debtholders, bondholders, and vendors to the Debtors, are affiliated with entities that are bondholders, lenders, significant shareholders, and creditors to current and former AlixPartners clients in matters unrelated to the Debtors.

- Lord Abbett & Co. LLC, Lord Abbett Investment Trust - Floating Rate Fund, and Lord Abbett Investment Trust-High Yield Fund ("Lord Abbett") are bondholders and debtholders to the Debtors.  Lord Abbett is a significant shareholder, bondholder, and lender to current and former AlixPartners clients in matters unrelated to the Debtors.

- Lucent Technology and Lucent Technology Master Pension Trust, litigants and debtholders to the Debtors, are affiliated with entities that are lenders, vendors, customers, and co-defendants to former AlixPartners clients in matters unrelated to the Debtors.  Lucent Technology is a related party to a former AlixPartners client in matters unrelated to the Debtors.

- Luminant Big Brown Mining Company LLC, Luminant Energy, Luminant Energy Co. LLC, Luminant Energy Company LLC, Luminant Energy Trading California Company, Luminant ET Services Company, Luminant Generation Company LLC, Luminant Holding Company LLC, Luminant Mineral Development Company LLC, Luminant Mining Company LLC, and Luminant Renewables Company LLC are affiliates and vendors to the Debtors. Luminant Worldwide is the former employer of a current AlixPartners employee. An affiliate, Luminant Worldwide, is a vendor to current AlixPartners clients in matters unrelated to the Debtors.

- Lyondell Chemical Co., a potentially responsible party, is a current AlixPartners client in matters unrelated to the Debtors.

- M&T Bank, a bank to the Debtors, is a co-defendant, lender, lessor, vendor, material contract party, and parent to current and former AlixPartners clients in matter unrelated to the Debtors.

- Macquarie Bank Limited, Macquarie Bank Ltd – Sydney Head Office, Macquarie Energy LLC, Macquarie Futures, Macquarie Futures USA Inc., Macquarie Futures USA LLC and Macquarie Investment Management ("Macquarie"), debtholders, contract parties, executory contract counterparties, parent companies, and vendors to the Debtors, are affiliated with entities that are current and former AlixPartners clients in matters unrelated to the Debtors.  Macquarie is an AlixPartners vendor.

- Manulife Asset Management (US) LLC, Manulife Asset Management LLC, Manulife Floating Rate Income Fund, and Manulife Insurance Co.

("Manulife"), bondholders, debtholders, and landlords to the Debtors, are affiliated with entities that are lenders, vendors, material contract parties, lessors, significant shareholders, and creditors to current and former AlixPartners clients in matters unrelated to the Debtors.   Manulife Financial is the former employer of a current AlixPartners employee. Manulife Financial is a vendor to AlixPartners.

- Marathon Asset Management, Marathon Asset Management LP, Marathon Blue Active Fund Ltd., Marathon Centre Street Partnership, Marathon CLO II Ltd., Marathon Credit Dislocation Fund LP, Marathon Credit Opportunity Master Fund Ltd., Marathon Liquid Credit Long Short Fund, and Marathon Special Opportunity Master Fund Ltd. ("Marathon Asset"), are bondholders and debtholders to the Debtors.   Marathon Asset and affiliated entities are bondholders, lenders, creditors, significant shareholders, professionals in interest, litigation parties, and material contract parties to current and former AlixPartners' clients in matters unrelated to the Debtors.   Affiliated entities are former AlixPartners clients in matters unrelated to the Debtors.

- Markit Group Limited, a vendor to the Debtors, is a current AlixPartners client in matters unrelated to the Debtors.

- Marriott International ("Marriott") and affiliated entities, contract parties and vendors to the Debtors, are affiliated with entities that are vendors to AlixPartners as well as creditors, vendors, adverse parties, and customers to former AlixPartners clients in matters unrelated to the Debtors.

- Massachusetts Mutual Life Insurance Company and Massachusetts Financial ("MMLIC"), debtholders to the Debtors, are lenders, creditors, material contract parties and litigation parties to current AlixPartners clients in matters unrelated to the Debtors.   MMLIC is a current and former AlixPartners client in matters unrelated to the Debtors.

- Massey Energy Corporation, a litigant to the Debtors, is a former AlixPartners client in matters unrelated.

- MasterCard and MasterCard International are litigants to the Debtors. MasterCard is a former AlixPartners clients in matters unrelated to the Debtors.   MasterCard is a litigant to a former AlixPartners client in matters unrelated to the Debtors.

- MatlinPatterson, MatlinPatterson Distressed Opportunities Master Account LP, MatlinPatterson Fund Iv (Hedge) Master Account LP, and MatlinPatterson Global Advisers LLC ("MatlinPatterson") are debtholders and bondholders to the Debtors.   MatlinPatterson is an investment banker and lender to former AlixPartners clients in matters unrelated to the

Debtors.    MatlinPatterson is a former AlixPartners client in matters unrelated to the Debtors.

- McDermott Will & Emery, a professional in interest in this bankruptcy matter and vendor to the Debtors, is a current and former AlixPartners client in matters unrelated to the Debtors.  McDermott Will & Emery is opposing counsel to current and former AlixPartners clients in matters unrelated to the Debtors.

- McGuire Woods, LLP, a professional in interest in this bankruptcy matter, is client counsel to current and former AlixPartners clients in matters unrelated to the Debtors.

- Mercer and Mercer Human Resource Consulting ("Mercer"), vendors to the Debtors, are professionals in interest to former AlixPartners clients in matters unrelated to the Debtors.   Mercer is the former employer of current AlixPartners employees.  Mercer HR Consulting, an affiliate of Mercer, is a vendor to AlixPartners.

- Meritage Fund LLC, a debtholder to the Debtors, is a lender to former AlixPartners clients in matters unrelated to the Debtors.  Meritage Fund is the former employer of a current AlixPartners employee.

- Merrill Lynch Capital Services Inc., Merrill Lynch Commodities Inc., Merrill Lynch Pierce Fenner & Smith Inc., and Merrill Lynch/Bank of America ("Merrill Lynch"), vendors, contract parties, bondholders, and indenture trustees to the Debtors, are affiliated with entities that are current and former clients of AlixPartners, as well as lenders, bondholders, shareholders, limited partners, adverse parties and professionals in interest to current and former AlixPartners clients in matters unrelated to the Debtors.   Merrill Lynch is a former AlixPartners client in matters unrelated to the Debtors.  Merrill Lynch is the former employer of current AlixPartners employees.

- MetLife and MetLife Investment Advisors Co. LLC ("MetLife"), vendors and bondholders to the Debtors, are affiliated with entities that are lenders, vendors, material contract parties, lessors, insurance providers, adverse parties, and bondholders to current and former AlixPartners clients in matters unrelated to the Debtors.  MetLife is the former employer of a current AlixPartners employee as well as a vendor to AlixPartners.

- Michelin and Michelin North America ("Michelin"), vendors to the Debtors, are former AlixPartners clients in matters unrelated to the Debtors.  Michelin is a vendor to a current AlixPartners client in matters unrelated to the Debtors.

- Microsoft Corporation, Microsoft Global Finance Ltd. and Microsoft Licensing Group, landlords, vendors, debtholders, and contractual parties to the Debtors, are vendors, lenders, and customers to current and former AlixPartners clients in matters unrelated to the Debtors. An affiliate is a vendor to AlixPartners. Microsoft Corporation is a current AlixPartners client in matters unrelated to the Debtors.

- Milbank, Tweed, Hadley & McCloy, a vendor to the Debtors, is an adverse party, creditor, and co-client to current and former AlixPartners clients in matters unrelated to the Debtors. Milbank, Tweed, Hadley & McCloy is a former AlixPartners client in matters unrelated to the Debtors.

- Mine Safety Appliances Co., a litigant to the Debtors is a former AlixPartners client in matters unrelated to the Debtors.

- Mizuho Asset Management, a debtholder to the Debtors, is a vendor, adverse party, lender, bondholder, indenture trustee, and professional in interest to current and former AlixPartners clients in matters unrelated to the Debtors. Mizuho is the former employer of a current AlixPartners employee.

- Moelis & Company, a professional in interest in this bankruptcy matter and vendor to the Debtors, is a professional in interest to current and former AlixPartners clients in matters unrelated to the Debtors.

- Momentum Capital Fund Ltd ("Momentum"), a debtholder to the Debtors, is a significant shareholder to a current AlixPartners client in matters unrelated to the Debtors. Momentum is a lender and creditor to former AlixPartners clients in matters unrelated to the Debtors.

- Monsanto, a litigant to the Debtors, is a former AlixPartners client in matters unrelated to the Debtors.

- Morgan Lewis and Bockius, a professional in interest in this bankruptcy matter and vendor to the Debtors, is opposing counsel, lender and professional in interest to former AlixPartners clients in matters unrelated to the Debtors. Morgan Lewis and Bockius is a former AlixPartners client in matters unrelated to the Debtors. The spouse of a current AlixPartners employee is a partner at Morgan, Lewis & Bockius, and AlixPartners confirmed that the spouse is not involved in any work for the Debtors.

- Morgan Stanley, Morgan Stanley & Co. Inc., Morgan Stanley & Co. LLC, Morgan Stanley Capital Group Inc., Morgan Stanley Capital Services LLC, Morgan Stanley Government Portfolio, Morgan Stanley Institutional Liquidity Funds, Morgan Stanley Senior Funding Inc. and Morgan Stanley Smith Barney LLC, (collectively, "Morgan Stanley"), indenture trustees, shareholder, vendors, bondholders contractual parties banks, debtholders,

and DIP parties to the Debtors, is affiliated with entities that are lenders, bondholders, creditors, shareholders, and professionals in interest to current and former AlixPartners clients in matters unrelated to the Debtors. Morgan Stanley is a current and former AlixPartners client in matters unrelated to the Debtors. Morgan Stanley is the former employer of a current AlixPartners employee.

- Morrison & Foerster, a unsecured creditors' committee member and proposed advisor in this bankruptcy matter, is a current and former AlixPartners client in matters unrelated to the Debtors.   Morrison & Foerster is a professional in interest and opposing counsel to current and former AlixPartners clients in matters unrelated to the Debtors.  Morrison & Foerster is a vendor to AlixPartners.

- Mount Kellett Capital Management LP ("Mount Kellett"), a bondholder to the Debtors, is a bondholder and significant shareholder to current and former AlixPartners clients in matters unrelated to the Debtors.

- National Oilwell Varco, a litigant to the Debtors, is a co-defendant to a current AlixPartners client in matters unrelated to the Debtors.

- Navigant Consulting, a professional in interest in this bankruptcy matter and vendor to the Debtors, previously employed current AlixPartners employees.  Navigant Consulting was a professional in interest to a former AlixPartners client in matters unrelated to the Debtors.

- Navistar, a contract party to the Debtors, is a current and former AlixPartners client in matters unrelated to the Debtors.  Navistar was a customer to former AlixPartners clients in matters unrelated to the Debtors.   Navistar is the former employer of a current AlixPartners employee.

- NewEdge USA LLC, a vendor to the Debtors, is a significant shareholder to a former AlixPartners client in matters unrelated to the Debtors.

- Nissan Motor Acceptance Corporation, a contract party to the Debtors, is a co-client, customer, and vendor to former AlixPartners clients in matters unrelated to the Debtors.   An affiliate of Nissan Motor Acceptance Corporation is a current AlixPartners client in matters unrelated to the Debtors and the former employer of a current AlixPartners employee.

- Nomura Bond & Loan Fund, Nomura Corporate Funding Americas LLC, Nomura Corporate Research & Asset Management Inc., Nomura Corporate Research, Nomura Corporate Research & Asset Management Inc. (US), Nomura Global Financial Products Inc., Nomura International PLC, Nomura Securities International Inc., and Nomura US Attractive Yield Corporate Bond Fund Mother Fund ("Nomura"), debtholders and

bondholders to the Debtors, are affiliated with entities that are lenders, creditors, adverse parties, professionals in interest, material contract parties, significant shareholders, and bondholders to current and former AlixPartners clients in matters unrelated to the Debtors. An affiliate, Nomura Holdings, is a former AlixPartners client in matters unrelated to the Debtors. Nomura is the former employer of current AlixPartners employees.

- Nucor Steel, a contract party to the Debtors, is a current AlixPartners client in matters unrelated to the Debtors.

- Neuberger Berman is a debtholder to the Debtors. The spouse of a current AlixPartners employee is employed by an affiliate of Neuberger Berman. AlixPartners confirmed that the spouse is not involved in any work that would be related to this matter.

- Nuveen Asset Management LLC, a bondholder to the Debtors, is affiliated with entities that are lenders, bondholders, material contract parties, creditors, and indenture trustees to current and former AlixPartners clients in matters unrelated to the Debtors. An affiliate, John Nuveen & Co, Incorporated, is the former employer of current AlixPartners employees.

- NWP Indian Mesa Wind Farm LP, a vendor to the Debtors, is a codefendant to a former AlixPartners client in matters unrelated to the Debtors.

- Oaktree Capital Management LP, Oaktree FF Investment Fund LP, Oaktree High Yield Fund II LP, Oaktree High Yield Fund LP, Oaktree High Yield Plus Fund LP, Oaktree Huntington Investment Fund LP, Oaktree Loan Fund 2X (Cayman) LP, Oaktree Opportunities Fund VIII (Parallel 2) LP, Oaktree Opportunities Fund VIII Delaware LP, Oaktree Opportunities Fund VIIIB Delaware LP, Oaktree Opps IX Holdco Ltd., Oaktree Opps IX Parallel 2 Holdco Ltd., Oaktree Senior Loan Fund LP, and Oaktree Value Opportunities Fund Holdings LP ("Oaktree") are bondholders and debtholders to the Debtors. Oaktree and affiliated entities are current and former clients to AlixPartners in matters unrelated to the Debtors. Oaktree and affiliated entities are bondholders, parent companies, lenders, vendors, significant shareholders, co-clients and creditors to current and former AlixPartners clients in matters unrelated to the Debtors.

- Oak Hill Advisors LP, Oak Hill Credit Alpha Master Fund LP, Oak Hill Credit Opportunities Financing Ltd., Oak Hill Credit Partners, and Oak Hill Credit Partners II Ltd. ("Oak Hill") are bondholders and debtholders to the Debtors. Oak Hill Capital Partners is a former AlixPartners client in matters unrelated to the Debtors. Oak Hill and affiliated entities are creditors, bondholders and lenders to former AlixPartners clients in

matters unrelated to the Debtors.  An affiliate, Oak Hill Advisors, is the parent of a former AlixPartners client in matters unrelated to the Debtors. Oak Hill Capital Management is a vendor to AlixPartners.

- Occidental Chemical, a litigant to the Debtors, is a creditor, adverse party, and co-defendant to current and former AlixPartners clients in matters unrelated to the Debtors.

- Och-Ziff Capital Management ("OCM"), a debtholder to the Debtors, is a current AlixPartners client in matters unrelated to the Debtors.  Och-Ziff is a significant shareholder to a current AlixPartners client in matters unrelated to the Debtors.  OCM is a vendor and lender to former AlixPartners clients in matters unrelated to the Debtors.

- OCM High Yield Trust, OCM Opportunities Fund VII Delaware LP, and OCM Opportunities Fund VIIB Delaware LP ("OCM") are debtholders to the Debtors.  Affiliated entities are current and former AlixPartners clients in matters unrelated to the Debtors.

- O'Melveny & Myers, a professional in interest in this bankruptcy matter and vendor to the Debtors, is a creditor, professional in interest and client counsel to former AlixPartners clients in matters unrelated to the Debtors.

- Omega Advisors Inc., Omega Capital Investors LP, and Omega Overseas Partners Ltd. ("Omega") are bondholders and debtholders to the Debtors. Omega Liquidating Trust is a current AlixPartners client in matters unrelated to the Debtors.  Omega and affiliated entities are creditors, vendors, and lenders to current and former AlixPartners clients in matters unrelated to the Debtors.  Omega Risk Advisors, LLC is a vendor to AlixPartners.

- Oncor Communications Holdings Company LLC, Oncor Electric Delivery, Oncor Electric Delivery Administration Corporation, Oncor Electric Delivery Company LLC, Oncor Electric Delivery Holdings, Oncor Electric Delivery Holdings Company LLC, Oncor Electric Delivery Transition Bond Company LLC, Oncor License Holdings Company LLC, and Oncor Management Investment LLC are affiliates and  vendors  to the Debtors. Oncor Electric Delivery Company is an Executory Contract Counterparty   and  vendor  to  current   and  former AlixPartners clients in matters unrelated to the Debtors.

- Onex Credit Partners LLC, Onex Debt Opportunity Fund Ltd., and Onex Senior Credit Fund LP ("Onex") are bondholders and debtholders to the Debtors.  Onex Corporation and Onex Partners are current AlixPartners clients in matters unrelated to the Debtors.  Onex and affiliated entities are parent companies, bondholders, and lenders to current and former AlixPartners clients in matters unrelated to the Debtors.

- Oracle Credit Corporation and Oracle Corporation ("Oracle"), vendors and contract parties to the Debtors, are current and former AlixPartners clients in matters unrelated to the Debtors.  Oracle is a creditor and adverse party to former AlixPartners clients in matters unrelated to the Debtors.  Oracle is the former employer of a current AlixPartners employee

- Otis Elevator Co., a contract party and vendor to the Debtors, is a former AlixPartners clients in matters unrelated to the Debtors.

- Oppenheimer Funds Inc., a debtholder and bondholder to the Debtors, is a current AlixPartners client in matters unrelated to the Debtors. Oppenheimer Funds Inc. is affiliated with entities that are lenders, bondholders, vendors, material contract parties, significant shareholders, adverse parties, and professionals in interest to current and former AlixPartners clients in matters unrelated to the Debtors.  Oppenheimer is the former employer of a current AlixPartners employee.

- Owl Creek Asset and Owl Creek Investments I LLC ("Owl Creek"), debtholders to the Debtors, are co-clients to a former AlixPartners client in matters unrelated to the Debtors.

- Ozburn-Hessey Logistics LLC, a contract party to the Debtors, is a former AlixPartners client in matters unrelated to the Debtors.

- Pacific Investment Management Company, Pimco Cayman Global Credit Alpha Fund, Pimco Cayman Global Credit Libor Plus Fund, Pimco foreign Bond Fund (US Dollar-Hedged), Pimco Global High Yield Strategy Fund, Pimco High Income Fund and Pimco Long Term Credit Fund ("PIMCO"), a debtholder and bondholder to the Debtors, is a lender, bondholder, professional in interest, creditor, and significant shareholder to current and former AlixPartners clients in matters unrelated to the Debtors.  PIMCO is a current AlixPartners client in matters unrelated to the Debtors.

- Pacific Life Fund Advisors LLC, Pacific Life Funds - PL Floating Rate Loan Fund, Pacific Life Insurance, Pacific Select Fund - Floating Rate Loan Portfolio, and Pacific Select Fund - High Yield Bo Portfolio ("Pacific Life"), bondholders and debtholders to the Debtors are affiliated with entities that are lenders, bondholders, insurance providers, lenders, and litigation parties to current and former AlixPartners clients in matters unrelated to the Debtors.  First Penn-Pacific Life Insurances Company is a vendor to AlixPartners.

- Packaging Corporation of America, a contract party to the Debtors, is a former AlixPartners client in matters unrelated to the Debtors.

- Pantellos Corp., a joint venture party to the Debtors, is the former employer of a current AlixPartners employee.

- Papa Johns, a contract party to the Debtors, is a co-client to a current AlixPartners engagement in matters unrelated to the Debtors.

- Paul Weiss Rifkind & Garrison, a professional in interest in this bankruptcy matter, is client counsel and opposing counsel to current and former AlixPartners clients in matters unrelated to the Debtors.  Paul Weiss Rifkind & Garrison is a current and former AlixPartners client in matters unrelated to the Debtors.

- PCCR USA Inc., a contract party to the Debtors, is a former AlixPartners client in matters unrelated to the Debtors.

- PCI Fund LLC, a debtholder to the Debtors, is a current and former AlixPartners client in matters unrelated to the Debtors.

- Peak6 Investments, debtholders to the Debtors, is a significant shareholder to a current AlixPartners client in matters unrelated to the Debtors.  Peak6 Investments is a bondholder to a current AlixPartners client in matters unrelated to the Debtors.

- Pension Benefit Guaranty Corporation ("PBGC"), a creditor, unsecured creditors' committee member, and proposed advisor in this bankruptcy matter, is a creditor, vendor, adverse party, and significant shareholder to current and former AlixPartners clients in matters unrelated to the Debtors.  PBGC is a member of the unsecured creditors' committee to a former bankruptcy matter in which AlixPartners represented the unsecured creditors' committee of The Tribune Company, in matters unrelated to the Debtors.

- PepsiCo, a contract party to the Debtors, is affiliated with entities that are vendors, litigation parties, director-affiliated companies and creditors to former AlixPartners clients in matters unrelated to the Debtors.  A current AlixPartners board member also sits on the board of PepsiCo.  PepsiCo is a vendor to AlixPartners.

- Perella Weinberg Partners, Perella Weinberg Partners Capital Management LP and Perella Weinberg Partners Xerion Master Fund Ltd. are professionals in interest in this bankruptcy matter and debtholders, and vendors to the Debtors.   Perella Weinberg Partners is a former AlixPartners client in matters unrelated to the Debtors.

- Perry Capital and Perry Principals LLC ("Perry"), debtholders to the Debtors, are  former employers of a current AlixPartners employee.  Perry

is a bondholder to a current AlixPartners client in matters unrelated to the Debtors.

- Peter J. Solomon Co. ("PJS"), a professional in interest in this bankruptcy matter, is a professional in interest to a former AlixPartners client in matters unrelated to the Debtors.  PJS is the former employer of a current AlixPartners employee and is a vendor to AlixPartners.

- PFA Kapitalforvaltning Fondsmæglerselskab A/S, a bondholder to the Debtors, is affiliated with entities that are lessors to current AlixPartners clients in matters unrelated to the Debtors.  An affiliate, PFA GmbH – Praktikerforum Arbeits- und, is a vendor to AlixPartners.

- Pharmacia, a litigant to the Debtors, is a co-defendant to a current AlixPartners client in matters unrelated to the Debtors.

- Pillsbury Winthrop Shaw Pittman LLP, a vendor to the Debtors, is a professional in interest, client counsel, and opposing counsel to current and former AlixPartners clients in matters unrelated to the Debtors. Pillsbury Winthrop Shaw Pittman LLP is a former AlixPartners client in matters unrelated to the Debtors.

- Pine River Capital Management LP, Pine River Credit Relative Value Master Fund Ltd., Pine River Fixed Income Master Fund Ltd., Pine River Master Fund Ltd., and Pine River Opportunistic Credit Master Fund LP ("Pine River"), bondholders to the Debtors, are bondholders and professionals in interest to current and former AlixPartners clients in matters unrelated to the Debtors.

- Pioneer Investment and Pioneer Investment Management Inc., bondholders and debtholders to the Debtors, are bondholders, lenders, and co-clients to current and former AlixPartners clients in matters unrelated to the Debtors.

- Polsinelli PC, an unsecured creditors' committee member and proposed advisor in this bankruptcy matter, is affiliated with an entity, Polsinelli Shughart, PC, which is a former AlixPartners client in matters unrelated to the Debtors.  Polsinelli Shughart, PC is a professional in interest to a former AlixPartners client in matters unrelated to the Debtors.  Polsinelli PC is a vendor to AlixPartners.

- PP&L Inc., and PPL Energy Plus LLC ("PPL"), contractual counterparties to the Debtors, are vendors to current and former AlixPartners clients in matters unrelated to the Debtors.  PPL is an executory contract counterparty to a former AlixPartners client in matters unrelated to the Debtors.

- PPM America Inc., ("PPM"), a bondholder and landlord to the Debtors, is affiliated with an entity that is a former AlixPartners client in matters unrelated to the Debtors. PPM is a lender, bondholder, creditor, and significant shareholder to former AlixPartners clients in matters unrelated to the Debtors.

- PricewaterhouseCoopers, LLP ("PWC"), a professional in interest in this bankruptcy matter and vendor and contract party to the Debtors, is a professional in interest, opposing counsel, and creditor to current and former AlixPartners clients in matters unrelated to the Debtors. PWC provides tax and related consulting services to AlixPartners. PWC is a former AlixPartners client in matters unrelated to the Debtors. PWC is the former employer of current AlixPartners employees. AlixPartners provides services to PWC in the ordinary course in matters unrelated to the Debtors. PWC is the former employer of certain employees, officers, directors, and shareholders of AlixPartners.

- Primerica Life Insurance Co., a debtholder to the Debtors, is the former employer of a current AlixPartners employee. Primerica is a lender to a former AlixPartners client in matters unrelated to the Debtors.

- Principal Financial Group, Principal Funds Inc. – High Yield Fund I, Principal Funds Inc. – Bond & Mortgage Securities Fund, Principal Funds Inc. High Yield Fund, Principal Global Investors LLC, Principal Investors Fund Inc. Bond & Mortgage Securities Fund ("Principal") are debtholders and bondholders to the Debtors. Principal is a professional in interest, director-affiliated company, adverse party, lender, vender, litigation party, and creditor to current and former AlixPartners clients in matters unrelated to the Debtors.

- Progressive Waste Solutions, Progressive Water Treatment, Progressive Inc., ("Progressive"), a vendor, contractual counterparty, and utility provider to the Debtors is a current AlixPartners client in matters unrelated to the Debtors. Progressive is a professional in interest, customer, director-affiliated company, and vendor to former AlixPartners clients in matters unrelated to the Debtors.

- Protiviti Inc., a vendor to the Debtors, is the former employer of a current AlixPartners employee. Protiviti Inc. is a vendor to AlixPartners.

- Prudential Insurance, Prudential Investment Management Inc., Prudential Series Fund: Diversified Bond Portfolio, and Prudential Series Fund: High Yield Bond Portfolio ("Prudential"), debtholders and bondholders to the Debtors, are affiliated with entities that are adverse parties, lenders, vendors, material contract parties, insurance providers, co-clients, lessors, adverse parties, litigation parties, vendors, and bondholders to current and former AlixPartners clients in matters unrelated to the Debtors.

Prudential is a former AlixPartners client in matters unrelated to the Debtors.

- Putnam Absolute Return 500 Fund, Putnam Absolute Return 700 Fund, Putnam Asset Allocation Funds Conservative Portfolio, Putnam Asset Allocation Funds: Balanced Portfolio, Putnam Diversified Income Trust, Putnam Diversified Income Trust (CA Master Fund), Putnam Dynamic Asset Allocation Growth Fund, Putnam Floating Rate Income Fund G Rate Income Fund, Putnam Global Funds - Putnam World Wide Income Fund, Putnam Global Income Trust, Putnam High Yield Advantage Fund, Putnam High Yield Trust, Putnam Investment Management LLC, Putnam Investments, Putnam Master Intermediate Income Trust, Putnam Premier Income Trust, Putnam Retirement Advantage GAA Balanced Portfolio, Putnam Retirement Advantage GAA Conservative Portfolio, Putnam Retirement Advantage GAA Growth Portfolio, Putnam Retirement Advantage GAA Income Strategies Portfolio, Putnam Total Return Fund LLC, Putnam Total Return Trust, Putnam Variable Trust-Private Diversified Income Fund, Putnam Variable Trust-Private High Yield Fund, and Putnam VT: Global Asset Allocation Fund ("Putnam") are debtholders and bondholders to the Debtors.  Putnam and affiliated entities are creditors, bondholders, vendors, material contract parties, adverse parties, significant shareholders, affiliates, and director-affiliated companies to current and former AlixPartners clients in matters unrelated to the Debtors.

- Qualcomm Global Trading Inc., Qualcomm Global Trading Pte. Ltd ("Qualcomm"), debtholders to the Debtors, is a current AlixPartners client in matters unrelated to the Debtors.  Qualcomm is a vendor, lender, and co-defendant to current and former AlixPartners clients in matters unrelated to the Debtors.  Qualcomm is the former employer of a current AlixPartners employee.

- Quigley Company is a litigant to the Debtors.  A current AlixPartners employee sat on the board of Quigley Company.

- R.R. Donnelley, a vendor to the Debtors, is affiliated with entities that are current and former AlixPartners clients in matters unrelated to the Debtors.  R.R. Donnelley is a professional in interest, material contract party, and creditor to current and former AlixPartners clients in matters unrelated to the Debtors.

- Redwood Capital Management LLC ("Redwood"), a bondholder to the Debtors, is affiliated with entities that are significant shareholders, creditors, bondholders, material contract parties, litigation parties, and lenders to former AlixPartners clients in matters unrelated to the Debtors.

61

- Reed Minerals, A Division of Harsco Corp. ("Harsco"), a contractual counterparty to the Debtors, is a former AlixPartners co-client in matters unrelated to the Debtors.

- Regatta Funding Ltd. ("Regatta"), a debtholder to the Debtors, is a subsidiary to a current AlixPartners client in matters unrelated to the Debtors. Regatta is a lender to a former AlixPartners client in matters unrelated to the Debtors.

- Regiment Capital Advisors and Regiment Capital Ltd. ("Regiment"), bondholders and debtholders to the Debtors, are affiliated with entities that are creditors, lenders, and directors-affiliated companies to current and former AlixPartners clients in matters unrelated to the Debtors.

- Republic Services National and Republic Services Procurement Inc. ("Republic"), a vendor, utility provider, and contractual counterparty to the Debtors is a vendor to current AlixPartners clients in matters unrelated to the Debtors. Republic is a creditor to a former AlixPartners client in matters unrelated to the Debtors.

- Rexel and Rexel Summers, ("Rexel"), a vendor and contractual counterparty to the Debtors. is a current AlixPartners client in matters unrelated to the Debtors. Rexel is a vendor to former AlixPartners clients in matters unrelated to the Debtors.

- Richards Layton & Finger, a professional in interest in this bankruptcy matter and vendor to the Debtors, is counsel to AlixPartners in matters unrelated to the Debtors. Richards Layton & Finger is a professional in interest and opposing cousnel to current and former AlixPartners clients in matters unrelated to the Debtors. Richards Layton & Finger provides legal services to AlixPartners in matters unrelated to the Debtors.

- Riviana Foods Inc., a contractual counterparty to the Debtors, is a former AlixPartners client in matters unrelated to the Debtors.

- RLI, an insurer and surety bond party to the Debtors, is a director-affiliated company, insurance provider, litigation party, and material contract party to former AlixPartners clients in matters unrelated to the Debtors.

- Rockwall CDO II Ltd, Rockwall CDO Ltd., ("Rockwall"), a debtholder to the Debtors, is a lenders and creditors to former AlixPartners clients in matters unrelated to the Debtors.

- Rolls Royce, a creditor to the Debtors, is a former AlixPartners client in matters unrelated to the Debtors. Rolls Royce is an adverse party and customer to former AlixPartners clients in matters unrelated to the

SC1:3758241.7

Debtors.  An affiliate of Rolls Royce is the former employer of a current AlixPartners employee.

- Ropes & Gray, a professional in interest in this bankruptcy matter and a vendor to the Debtors, is a current and former AlixPartners client in matters unrelated to the Debtors.  Ropes & Gray is a professional in interest, vendor, creditor, and opposing counsel to current and former AlixPartners clients in matters unrelated to the Debtors.

- Rosemont Solebury Co-Investment Fund (Offshore) LP and Rosemont Solebury Co-Investment Fund LP, shareholders to the Debtors, are significant shareholders to a former AlixPartners client in matters unrelated to the Debtors.

- Rothschild Inc., ("Rothschild"), a professional in interest in this bankruptcy matter, is a professional in interest and bondholder to current and former AlixPartners clients in matters unrelated to the Debtors.  Rothschild is a vendor to AlixPartners and the former employer of a current AlixPartners' employee.

- Royal Bank of Canada, a debtholder, DIP party, and litigant to the Debtors, is a bondholder and lender to current and former AlixPartners clients in matters unrelated to the Debtors.  Royal Bank of Canada is a former AlixPartners client in matters unrelated to the Debtors.

- Royal Bank of Scotland Group PLC ("RBS"), a debtholder and noteholder to the Debtors, is a lender, executory contract counterparty, and creditor to current and former AlixPartners clients in matters unrelated to the Debtors.  A former AlixPartners employee is currently the UK Head of the Global Restructuring Group of The Royal Bank of Scotland, but had no involvement with this matter while employed at AlixPartners.  RBS is a current AlixPartners client in matters unrelated to the Debtors.

- Royal Mail Pension Plan ("Royal Mail"), a debtholder to the Debtors, is an AlixPartners vendor and creditor to a former AlixPartners client in matters unrelated to the Debtors.

- Russell Reynolds Associates, a vendor to the Debtors, is a vendor to AlixPartners.

- Russell Stover Candies Inc., a contractual counterparty to the Debtors, is an acquisition target of a current AlixPartners client in matters unrelated to the Debtors.

- Safety-Kleen Systems, Inc., a contractual counterparty to the Debtors, is a former AlixPartners client in matters unrelated to the Debtors.

63

- SAIC, a vendor to the Debtors, is the former employer of a current AlixPartners employee. An affiliate, SAIC Motor Corporation, is a former AlixPartners client in matters unrelated to the Debtors.

- Saint Gobain Abrasives Inc., Saint-Gobain Ceramics & Plastics Inc., Saint-Gobain Vetrotex America Inc., ("Saint Gobain"), a litigant and contractual counterparty to the Debtors, is a current AlixPartners client in matters unrelated to the Debtors. Saint Gobain is an adverse party to current and former AlixPartners clients in matters unrelated to the Debtors. Saint Gobain is a customer to a current AlixPartners client in matters unrelated to the Debtors. Saint Gobain is a vendor and executory contract counterparty to former AlixPartners clients in matters unrelated to the Debtors. Saint Gobain is the former employer of a current AlixPartners employee.

- Salesforce.com Inc., a vendor to the Debtors, is a creditor and co-defendant to current AlixPartners clients in matters unrelated to the Debtors. Salesforce.com is a vendor to a former AlixPartners client in matters unrelated to the Debtors. Salesforce.com is the former employer of a current AlixPartners employee.

- Salomon Brothers Holding Co. Inc., a debtholder to the Debtors, is a bondholder, professional in interest, lender, executory contract counterparty, and shareholder to former AlixPartners clients in matters unrelated to the Debtors.

- Samsung Austin Semiconductor LP, ("Samsung"), a contractual counterparty to the Debtors, is affiliated with entities that are creditors and litigation parties to former AlixPartners clients in matters unrelated to the Debtors. Samsung is an adverse litigant to a current AlixPartners client in matters unrelated to the Debtor. Samsung is a vendor and material contract party to current AlixPartners clients in matters unrelated to the Debtors. An affiliate of Samsung is a former AlixPartners client in matters unrelated to the Debtors. Samsung is the former employer of a current AlixPartners employee.

- Sanden International (USA) Inc. ("Sanden"), a debtholder to the Debtors is a current AlixPartners client in matters unrelated to the Debtors. Sanden is a vendor to a former AlixPartners client in matters unrelated to the Debtors.

- Sankaty Advisors LLC, Sankaty Beacon Investment Partners LP, Sankaty Credit Opportunities (Offshore Master) IV LP, Sankaty Credit Opportunities III LP, Sankaty Credit Opportunities IV LP, Sankaty Credit Opportunities V A LP, Sankaty credit Opportunities V A2 Master LP, Sankaty Credit Opportunities V B LP, Sankaty Drawbridge Opportunities LP, Sankaty High Income Partnership LP, Sankaty Managed Account

(PSERS) LP, Sankaty Managed Account (UCAL) LP, Sankaty Managed Account TCCC LP, Sankaty Senior Loan Fund LP, Sankaty Senior Loan Fund PLC ("Sankaty"), debtholders to the Debtors, are lenders, bondholders, significant shareholders and creditors to current and former AlixPartners clients in matters unrelated to the Debtors. Sankaty is a current AlixPartners client in matters unrelated to the Debtors.

- Schulte Roth & Zabel, a professional in interest in this bankruptcy matter, is a former AlixPartners client in matters unrelated to the Debtors. Schulte Roth & Zabel is a professional in interest and client counsel to former AlixPartners clients in matters unrelated to the Debtors.

- Scoggin Capital Management, Scoggin Capital Management II LLC, Scoggin Capital Management LP II, Scoggin International Fund Ltd. and Scoggin Worldwide Fund Ltd. ("Scoggin"), debtholders to the Debtors, are indenture trustees and lenders to current and former AlixPartners clients in matters unrelated to the Debtors. Scoggin is an AlixPartners vendor.

- Scotia Bank, a debtholder to the Debtors, is a current AlixPartners client in matters unrelated to the Debtors. Scotia Bank is a lender, creditor, and trustee to former AlixPartners clients in matters unrelated to the Debtors.

- Sears Holdings Pension Trust ("Sears"), a debtholder to the Debtors, is a former AlixPartners client in matters unrelated to the Debtors. Sears is an adverse party, co-defendant, and parent company to former AlixPartners clients in matters unrelated to the Debtors.

- Securitas Security Services USA ("Securitas"), a vendor creditor and contractual counterparty to the Debtors, is a current AlixPartners client in matters unrelated to the Debtors. Securitas Direct an affiliated entity is an AlixPartners vendor in matters unrelated to the Debtors. Securitas is a vendor and creditor to current AlixPartners clients in matters unrelated to the Debtors. Securitas is a vendor, creditor, and executory contract counterparty to former AlixPartners clients in matters unrelated to the Debtors.

- Sempra Energy, a contractual counterparty to the Debtors, is a current AlixPartners client in matters unrelated to the Debtors. Sempra Energy is a vendor, joint venture party, and executory contract counterparty to current and former AlixPartners clients in matters unrelated to the Debtors.

- Shaw Group, a litigant to the Debtors, is a former AlixPartners client in matters unrelated to the Debtors.

SC1:3758241.7

- Shearman & Sterling LLP, a professional in interest in this bankruptcy matter and vendor to the Debtors, is a professional in interest and co-counsel to current and former AlixPartners clients in matters unrelated to the Debtors. Shearman & Sterling is a current and former AlixPartners client in matters unrelated to the Debtors.

- Shell Energy North America LP ("Shell"), a customer, vendor and contractual counterparty to the Debtors, is a former AlixPartners client in matters unrelated to the Debtors. Shell is a vendor to current AlixPartners clients in matters unrelated to the Debtors. Shell is a creditor, vendor, lessor, and executory contract counterparty to former AlixPartners clients in matters unrelated to the Debtors.

- Sherwin Williams, a vendor and contractual counterparty to the Debtors is a former AlixPartners client in matters unrelated to the Debtors. Sherwin Williams is a litigant to a current AlixPartners client in matters unrelated to the Debtors. Sherwin Williams is a vendor, plaintiff, and lessee to former AlixPartners clients in matters unrelated to the Debtors.

- SHI, a contractual counterparty to the Debtors, is an AlixPartners vendor in matters unrelated to the Debtors.

- SG Americas Securities LLC and SG Distressed Fund LP Private, bondholders and debtholders to the Debtors, are adverse parties, bondholders, significant shareholders, lenders, and professionals in interest to current and former AlixPartners clients in matters unrelated to the Debtors.

- Sidley Austin, LLP, a professional in interest in this bankruptcy matter and vendor to the Debtors, is counsel, opposing counsel, vendor, and professional in interest to current and former AlixPartners clients in matters unrelated to the Debtors. Sidley Austin, LLP is a current and former AlixPartners client in matters unrelated to the Debtors. Sidley Austin, LLP is a vendor to AlixPartners.

- Siemens Energy Inc., Siemens Industry Inc., Siemens Power Generation Inc. Siemens Water Technologies Inc. and Siemens Westinghouse Power Corp. ("Siemens"), a vendor, litigant, contractual counterparty, and creditor to the Debtors, and affiliated entities are creditors, lenders, adverse parties, and lessors to former AlixPartners clients in matters unrelated to the Debtor. Siemens AG is a current AlixPartners client. Affiliated entities of Siemens are current and former clients of AlixPartners in matters unrelated to the Debtors.

- Sierra CLO II Ltd., Sierra Club and Sierra Lease (Short Term) ("Sierra"), debtholders, litigants, and contract parties to the Debtors, are litigation parties to current and former AlixPartners clients in matters unrelated to

66

the Debtors.  Sierra is a significant shareholder to a current AlixPartners client in matters unrelated to the Debtors.

- Silver Point Capital, a debtholder to the Debtors, is a former AlixPartners client in matters unrelated to the Debtors.  Silver Point Capital is a lender and creditor to current and former AlixPartners clients in matters unrelated to the Debtors.  Silver Point Capital was a member of the Unofficial Ad-Hoc Bondholders Committee to a former AlixPartners client in matters unrelated to the Debtors.  Silver Point Capital is a significant shareholder, lender and bondholder to former AlixPartners clients in matters unrelated to the Debtors.

- Simpson Thacher & Bartlett, a professional in interest in this bankruptcy matter and vendor to the Debtors, is opposing counsel and client counsel to current and former AlixPartners clients in matters unrelated to the Debtors.  Simpson Thacher & Bartlett is a current and former AlixPartners client in matters unrelated to the Debtors.  Simpson Thacher & Bartlett is a vendor to AlixPartners.

- Solo Cup Operating Corporation, a contractual counterparty to the Debtors, is a former AlixPartners client in matters unrelated to the Debtors.

- Sonoco Products Company, a contractual counterparty to the Debtors, is affiliated with an entity that is a former AlixPartners client in matters unrelated to the Debtors.  Sonoco is a director affiliated company, creditor, and lessor to former AlixPartners clients in matters unrelated to the Debtors.

- Southwestern Bell Telephone ("SBT"), a vendor and utility provider to the Debtors, is affiliated with entities that are vendors, creditors, material contract parties, and lessors to former AlixPartners clients in matters unrelated to the Debtors.  SBT was a former AlixPartners client in matters unrelated to the Debtors.

- Southwestern Electric Power Company and Southwestern Electric Service Company, Inc. are utilities providers and affiliates to the Debtors. Southwestern Electric Power Company is an Executory Contract Counterparty and vendor to current and former AlixPartners clients in matters unrelated to the Debtors.

- Spencer Stuart, a vendor to the Debtors, is a professional in interest to current and former AlixPartners clients in matters unrelated to the Debtors.  Spencer Stuart is a vendor to AlixPartners.

- Sprint, a vendor and utility provider to the Debtors, is a creditor, vendor, and material contract party to current and former AlixPartners clients in

SC1:3758241.7

matters unrelated to the Debtors. Sprint is a current and former AlixPartners client in matters unrelated to the Debtors.

- Standard Life Investments (USA) Ltd., a bondholder to the Debtors, is affiliated with entities that are executory contract counterparties, lessors, vendors, co-clients, and adverse parties to current and former AlixPartners clients in matters unrelated to the Debtors. Standard Life is a vendor to AlixPartners.

- Starwood and Starwood Energy Fixed ("Starwood"), debtholders to the Debtors, are parent companies and significant shareholders to a current AlixPartners client in matters unrelated to the Debtors. Starwood is a lessor to a current AlixPartners client in matters unrelated to the Debtors.

- The State of New York, a contract party to the Debtors, is affiliated with a branch that is a current AlixPartners client in matters unrelated to the Debtors.

- State Street Bank, State Street Bank & Trust Co., State Street Global Advisors (SSgA) ("State Street"), debtholders to the Debtors, are lenders, creditors, bondholders, vendors, significant shareholders, and trustees to current and former AlixPartners clients in matters unrelated to the Debtors. State Street is an adverse party and bondholder to current AlixPartners clients in matters unrelated to the Debtors.

- State Teachers Retirement System of Ohio ("STRSO"), a debtholder to the Debtors, is a joint venture entity to a former AlixPartners client in matters unrelated to the Debtors. STRSO is an adverse party to a former AlixPartners client in matters unrelated to the Debtors.

- Starr Aviation, an insurance provider to the Debtors, is affiliated with an entity that is a former AlixPartners client in matters unrelated to the Debtors.

- State Farm Life Insurance Company ("State Farm"), a contractual counterparty and landlord to the Debtors, are a litigant and insurance provider to previous AlixPartners clients in matters unrelated to the Debtors. State Farm is an executory contract party to a current AlixPartners client in matters unrelated to the Debtors. State Farm is a litigant to a current AlixPartners client in matters unrelated to the Debtors.

- Sterne Agee & Leach Inc., a bondholder to the Debtors, is a significant shareholder and bondholder to former AlixPartners clients in matters unrelated to the Debtors.

- Stewart & Stevenson, Stewart & Stevenson Power Products ("Stewart"), a vendor and contractual counterparty to the Debtors, is a former

AlixPartners client in matters unrelated to the Debtors. Stewart is a litigant and vendor to a former AlixPartners client in matters unrelated to the Debtors.

- Stichting Bewaarder Syntrus Achmea Global High Yield Pool, Stichting Pensioenfonds Hoogovens and Stichting Pensioenfonds Voor Fysiotherapeuten ("Stichting"), debtholders to the Debtors, are lenders, bondholders, joint venture entities, significant shareholders, and litigation parties to former AlixPartners clients in matters unrelated to the Debtors.

- Stockcross Financial Services Inc., a bondholder to the Debtors, is a significant shareholder and bondholder to former AlixPartners clients in matters unrelated to the Debtors.

- Sungard Consulting Services, LLC, Sungard Consulting Services Inc., Sungard Energy Systems, ("Sungard"), a vendor and contractual counterparty to the Debtor, is an adverse party to a current AlixPartners client in matters unrelated to the Debtors.  Sungard is a creditor and executory contract counterparty to former AlixPartners clients in matters unrelated to the Debtors.

- SunTrust, a debtholder to the Debtors, is a creditor, bondholder, material contract party, investor, lender, and indenture trustee to current and former AlixPartners clients in matters unrelated to the Debtors. SunTrust is a co-client to a current AlixPartners client in matters unrelated to the Debtors. SunTrust is a former AlixPartners client in matters unrelated to the Debtors.

- SuperMedia LLC, a contractual counterparty of the Debtors, is a former AlixPartners client in matters unrelated to the Debtors.

- Superior Essex Communications LP, a contractual counterparty of the Debtors, is a current AlixPartners client in matters unrelated to the Debtors.  Superior Essex Communications is a subsidiary to a current AlixPartners client in matters unrelated to the Debtors.

- Supervalu Inc. Master Investment Trust, a debtholder to the Debtors, is affiliated with an entity which is a former AlixPartners client in matters unrelated to the Debtors.

- Survey Sampling International, a vendor to the Debtors, is a former AlixPartners client in matters unrelated to the Debtors.

- Susman Godfrey LLP, a vendor to the Debtors, is a current and former AlixPartners client in matters unrelated to the Debtors.

- Sutherland, Asbill & Brennan, a vendor to the Debtors, is a professional in interest, vendor, and creditor to current and former AlixPartners clients in matters unrelated to the Debtors.

- Syniverse Technologies LLC, is a former AlixPartners client in matters unrelated to the Debtors.

- Taconic Capital Advisors, Taconic Capital Advisors LP, Taconic Master Fund 1.5 LP, and Taconic Opportunity Master Fund LP ("Taconic"), debtholders and bondholders to the Debtors, are affiliated with entities that are creditors, bondholders, lenders, and litigation parties to current and former AlixPartners clients in matters unrelated to the Debtors. Taconic Capital Advisors, LP is a vendor to AlixPartners.

- Taggart Global LLC, a vendor, creditor, and contract party to the Debtors, is a current AlixPartners client in matters unrelated to the Debtors.

- TCW Absolute Return Credit Fund LP, TCW Asset Management, TCW Capital Trust, TCW Funds Metwest High Yield Bond Fund, TCW Senior Secured Floating Rate Loan Fund LP and TCW Senior Secured Loan Fund LP are debtholders to the Debtors.    TCW Asset Management is a lender and significant shareholder to former AlixPartners clients in matters unrelated to the Debtors.

- Teksystems, a vendor to the Debtors, is a former AlixPartners client in matters unrelated to the Debtor.  Teksystems is the former employer of a current AlixPartners employee.  Teksystems is a vendor to AlixPartners.

- Telwares, a vendor to the Debtors, is the former employer of a current AlixPartners employee.

- Tenet Healthcare Corp. and Tenet HealthSystems Medical Inc. ("Tenet"), contractual counterparties to the Debtor is a former AlixPartners client in matters unrelated to the Debtors.

- Tenex, a contractual counterparty to the Debtors, is a former AlixPartners client in matters unrelated to the Debtors.

- Texas Commission on Environmental Quality ("Texas Commission"), a vendor and contractual counterparty to the Debtors, is a regulatory agency and creditor to current AlixPartners clients in matters unrelated to the Debtors. Texas Commission is an executory contract counterparty and vendor to former AlixPartners clients in matters unrelated to the Debtors.

- Texas Comptroller of Public Accounts, a vendor and taxing authority to the Debtors, is an adverse party to a current AlixPartners client in matters unrelated to the Debtors.  Texas Comptroller is a vendor and taxing

authority to current and former AlixPartners clients in matters unrelated to the Debtors.

- Texas Department of State Health Services, a vendor to the Debtor, is a governmental agency related to current AlixPartners clients in matters unrelated to the Debtors.

- Texas Department of Transportation, a vendor and surety bond holder to the Debtors, is a executory contract counterparty to a former AlixPartners client in matters unrelated to the Debtors. Texas Department of Transportation is a litigant to a former AlixPartners client in matters unrelated to the Debtors.

- Texas Electric Cooperatives Inc. and Texas Electric Service Company, Inc ("Texas Electric"), is a debtor affiliate and a contractual counterparty to the Debtors, are an executory contract counterparty to a current AlixPartners client in matters unrelated to the Debtors. Texas Electric is a vendor to a former AlixPartners client in matters unrelated to the Debtors.

- Texas Energy Aggregation LLC, Texas Energy Future Capital Holdings LLC, Texas Energy Future Co-Invest LP, Texas Energy Future Holdings LP, Texas Energy Industries Company, Inc., Texas Energy Operations LC, Texas Energy Research Associates Inc., Texas Energy Transfer Co. Ltd. ("Texas Energy"), a vendor, shareholder, contractual counterparty, and vendor to the Debtors are an adverse co-plaintiff to a current AlixPartners client in matters unrelated to the Debtors. Texas Energy is an executory contract counterparty and vendor to previous AlixPartners clients in matters unrelated to the Debtors.  Texas Energy is a vendor to a current AlixPartners client in matters unrelated to the Debtors.

- Texas New Mexico Power Co., a vendor to the Debtors is a former AlixPartners client in matters unrelated to the Debtors.  Texas New Mexico Power Co. is an material contract party to former AlixPartners client in matters unrelated to the Debtors.

- Texas Instruments, a contract party and litigant to the Debtors, is a former AlixPartners client in matters unrelated to the Debtors.  Texas Instruments is the former employer of current AlixPartners employees.

- Third Avenue Focused Credit Fund, Third Avenue Management LLC, and Third Avenue Trust ("Third Avenue"),  bondholders to the Debtors, was a dip lender to a former chapter 11 engagement of AlixPartners in matters unrelated to the Debtors.  Third Avenue and affiliated entities are indenture trustees, bondholders, adverse parties, creditors, and lenders to current and former AlixPartners clients in matters unrelated to the Debtors.

- Thomas Strauss, an officer to the Debtors, was a director to a former AlixPartners client in matters unrelated to the Debtors.

- Thompson & Knight, LLP, a vendor to the Debtors, is a former AlixPartners client in matters unrelated to the Debtors.

- Thomson Reuters, a vendor to the Debtors, is the former employer of a current AlixPartners employee.    Thomson Reuters is a vendor to AlixPartners.

- Thrivent Asset Management LLC, a bondholder to the Debtors, is affiliated with entities that are bondholders, litigation parties, professionals in interest, and creditors to current and former AlixPartners clients in matters unrelated to the Debtors.

- ThyssenKrupp Elevator Corp. and ThyssenKrupp Safway Inc. ("ThyssenKrupp"),vendors to the Debtors, are affiliated with an entity that is a former AlixPartners client in matters unrelated to the Debtors. ThyssenKrupp affiliated entities are material contract parties, creditors, and vendors to current and former AlixPartners clients in matters unrelated to the Debtors.

- TPG Capital LP, TPG Capital Management LP, TPG FOF V-A LP, TPG FOF V-B LP, TPG Management LP, TPG Partners IV LP, TPG Partners V LP and TPG Partners V LP ("TPG"), vendors and shareholders to the Debtors, are affiliated with entities that are significant shareholders to current and former AlixPartners clients in matters unrelated to the Debtors.    Affiliated entities are former AlixPartners clients in matters unrelated to the Debtors.

- TIAA-CREF, a debtholder to the Debtors, is a significant shareholder, bondholder, lender, lessor, material contract party, director-affiliated company, and lessor to former AlixPartners clients in matters unrelated to the Debtors.

- Time Warner, a utility provider, vendor, and contractual counterparty to the Debtors, and affiliated entities, are litigation parties, vendors, adverse parties, customers, creditors, and director affiliated companies to current and former AlixPartners clients in matters unrelated to the Debtors. Time Warner is a former AlixPartners client in matters unrelated to the Debtors. Time Warner is a vendor to AlixPartners.

- TNT Crane & Rigging ("TNT"), a vendor and contractual counterparty to the Debtors, is a creditor to former AlixPartners clients in matters unrelated to the Debtors. TNT is a creditor and vendor to a current AlixPartners client in matters unrelated to the Debtors.

- Torus, an insurance provider to the Debtors, is a co-defendant to a former AlixPartners client in matters unrelated to the Debtors.

- Towers Watson, a professional in interest in this bankruptcy matter, is a current AlixPartners clients in matters unrelated to the Debtors.

- Toys-R-Us, a contractual party to the Debtors, is a current and former AlixPartners client in matters unrelated to the Debtors. Toys-R-Us is a lessee, lessor, director affiliated company, vendor, and executory contract counterparty to current and former AlixPartners clients in matters unrelated to the Debtors.

- Trane Company and Trane US, Inc., litigants to the Debtors, is a co-client to a current AlixPartners client in matters unrelated to the Debtors.

- Transwestern a vendor and contractual counterparty to the Debtors is the former employer of a current AlixPartners employee in matters unrelated to the Debtors. Transwestern is an executory contract counterparty to a former AlixPartners client in matters unrelated to the Debtors.

- Trinity Industries Inc., Trinity Construction Co., Inc. Trinity Asphalt Inc, ("Trinity"), a vendor, potential responsible party, litigant, and contractual counterparty to the Debtors, is a former AlixPartners client in matters unrelated to the Debtors.

- Triquint Semiconductor Texas LP, a contractual counterparty to the Debtors, is an AlixPartners vendor in matters unrelated to the Debtors.

- TSI Holdings LLC, a vendor to the Debtors, is a current AlixPartners client in matters unrelated to the Debtors.

- TXU Holdings LLC,TXU 2007-1 Leasing LLC, Canyon TXU LP, Ecofin TXU LP, Fortress ETXU LLC, GS Infrastructure Offshore TXU Holdings LP, GSCP VI Germany TXU Holdings LP, GSCP VI Offshore TXU Holdings LP,  TXU 2007-1 Railcar Leasing LLC, TXU Eastern Finance (A) Ltd., TXU Eastern Finance (B) Ltd., TXU Eastern Funding Co., TXU Electric Company, Inc., TXU Electric Delivery Co., TXU Electric Delivery Company, TXU Energy, TXU Energy Receivables Co., TXU Energy Receivables Company, TXU Energy Retail Co., TXU Energy Retail Company LLC, TXU Energy Solutions Company LLC, TXU Europe CP Inc., TXU Europe Ltd., TXU Finance (No. 2) Ltd., TXU Railcar Trust 2005-A, TXU Receivables Co., TXU Receivables Company, TXU Retail Services Company, and TXU SEM Company are shareholders, debtholders, contractual counterparties, lienholders, affiliates, and vendors  to the Debtors. TXU Corp. and related entities are adverse parties, lenders, creditors, vendors, and executory contract counterparty to former AlixPartners clients in matters unrelated to the

73

Debtors. TXU Business Services is the former employer of current AlixPartners employees.

- UBS AG, UBS AG - Stamford, CT Branch, UBS GAM US - State of Connecticut Retirement Plans & Trust Funds, UBS Global Asset Management (Americas) Inc., UBS Securities, UBS Securities LLC and UBS Stamford Branch TRS ("UBS"), contractual parties, litigants, debtholders, and bondholders to the Debtors, are creditors, customers, director affiliated companies, lenders, lessors, and bondholders to current and former AlixPartners clients in matters unrelated to the Debtors. UBS is a current and former AlixPartners client in matters unrelated to the Debtors. UBS is the former employer of a current AlixPartners employee.

- UMB Bank National Association, a creditor and indenture trustee to the Debtors, is a bondholder, lender, and significant shareholder to a current AlixPartners clients in matters unrelated to the Debtors.

- Union Bank, a DIP party to the Debtors, is a lender, bondholder, creditor, customer, and co-defendant to current and former AlixPartners clients in matters unrelated to the Debtors.

- United Rentals, a vendor to the Debtors, is a former AlixPartners client in matters unrelated to the Debtors.

- United States Army Corp of Engineers, Fort Worth, a surety bond holder to the Debtors is a plaintiff to a current AlixPartners client in matters unrelated to the Debtors. United States Army is a lessor, directors affiliated company to former AlixPartners clients in matters unrelated to the Debtors. United States Army is the former employer of current AlixPartners employees in matters unrelated to the Debtors.

- United States Enrichment Corp., a vendor to the Debtors, is an affiliate of a current AlixPartners client in matters unrelated to the Debtors.

- United States Gypsum Co., a vendor to the Debtors, is a former AlixPartners client in matters unrelated to the Debtors.

- URS Corporation and URS Energy & Construction ("URS"), litigants, vendors, and contractual counterparty to the Debtors, is a material contract party to a current AlixPartners client in matters unrelated to the Debtors. URS is a directors affiliated company and professional in interest to former AlixPartners clients in matters unrelated to the Debtors.

- USAA Asset Management Co., USAA Cornerstone Moderately Aggressive Fund, USAA Cornerstone Moderately Conservative Fund, USAA Global Opportunities Fund, USAA Investment Management Co., USAA Mutual Fund, USAA Mutual Funds Trust - USAA Flexible Income

SC1:3758241.7

Fund, USAA Mutual Funds Trust USAA High Yield Opportunities Fund, USAA Mutual Funds Trust: USAA Cornerstone Aggressive Fund, USAA Mutual Funds Trust: USAA Cornerstone Moderate Fund, USAA Mutual Funds Trust-USAA High Income Fund ("USAA") are bondholders and debtholders to the Debtors.  USAA affiliated entities are significant shareholders, material contract parties, joint venture parties, creditors, bondholders and lenders to current and former AlixPartners clients in matters unrelated to the Debtors.  USAA is a vendor to AlixPartners.

- U.S. Bank NA ("US Bank"), a vendor, contractual counterparty, landlord, indenture trustee, and lienholder to the Debtors, is a lender, vendor, significant shareholder, creditor, indenture trustee, bondholder and investor to current and former AlixPartners clients in matters unrelated to the Debtors.  US Bank is an executory contract counterparty and trustee to current and former AlixPartners clients in matters unrelated to the Debtors.  US Bank is a client related party to a current AlixPartners engagement in matters unrelated to the Debtors.

- Van Eck Associates Corp., a bondholder to the Debtors, is a significant shareholder to a current AlixPartners client in matters unrelated to the Debtors.

- The Vanguard Group and Vanguard High Yield Corporate Fund ("Vanguard) are bondholders and debtholders to the Debtors.  Vanguard and affiliated entities are lenders, creditors, co-clients, vendors, co-defendants, adverse parties, material contract parties, bondholders, and significant shareholders to current and former AlixPartners clients in matters unrelated to the Debtors.  Vanguard is the former employer of a current AlixPartners employee.

- Venor Capital and Venor Capital Master Fund Ltd., debtholders to the Debtors, are significant shareholders, bondholders, creditors, and lenders to current and former AlixPartners clients in matters unrelated to the Debtors.

- Veolia Environmental Services ("Veolia"), a vendor and contractual counterparty to the Debtors, is a current and former AlixPartners client in matters unrelated to the Debtors.  Veolia is a vendor to a current AlixPartners client in matters unrelated to the Debtors. Veolia is a vendor, joint venture entity, and litigation party to former AlixPartners clients in matters unrelated to the Debtors. Veolia is the former employer of a current AlixPartners employee.

- Verizon, Verizon Business, Verizon Southwest and Verizon Wireless, vendor to the Debtors, is a former AlixPartners client in matters unrelated to the Debtors. Other Verizon affiliated entities are creditors, material

SC1:3758241.7

contract parties, and vendors to current and former AlixPartners clients in matters unrelated to the Debtors. Verizon is a vendor to AlixPartners.

- Vertis, a contractual counterparty to the Debtors, is a director's affiliated company to a former AlixPartners client in matters unrelated to the Debtors. Vertis is a creditor and executory contract counterparty to former AlixPartners clients in matters unrelated to the Debtors. Vertis and affiliated entities are a former AlixPartners client in matters unrelated to the Debtors.

- Viacom, a litigant to the Debtors, is a director-affiliated company, adverse party, vendor, customer, and material contract party to current and former AlixPartners clients in matters unrelated to the Debtors. Viacom is a former AlixPartners client in matters unrelated to the Debtors.

- Vinson & Elkins, a professional in interest in this bankruptcy matter and vendor to the Debtors, is a former AlixPartners client in matters unrelated to the Debtors. Vinson & Elkins is a professional in interest, co-counsel, and opposing counsel to current and former AlixPartners clients in matters unrelated to the Debtors.

- Visa Inc., Visa International Service Association, and Visa USA Inc., litigants to the Debtors, are current and former AlixPartners clients in matters unrelated to the Debtors. An affiliate, Visa Asia Pacific, is a related party to a former AlixPartners client in matters unrelated to the Debtors. Visa is a customer to current and former AlixPartners client in matters unrelated to the Debtors.

- VMware Inc., a vendor to the Debtors, is a current AlixPartners client in matters unrelated to the Debtors.

- Wachovia Bank, a lienholder to the Debtors, is affiliated with entities that are lenders, indenture trustees, bondholders, creditors, adverse parties, co-defendants, and professionals in interest to current and former AlixPartners clients in matters unrelated to the Debtors. Wachovia Bank is a former AlixPartners client in matters unrelated to the Debtors. Wachovia is the former employer of current AlixPartners employees.

- Wachtell, Lipton, Rosen & Katz, a professional in interest in this bankruptcy matter and vendor to the Debtors, is a current and former AlixPartners client in matters unrelated to the Debtors. Watchell, Lipton, Rosen & Katz is a professional in interest to former AlixPartners clients in matters unrelated to the Debtors. Watchell, Lipton, Rosen & Katz is a vendor to AlixPartners.

- Washington Gas Energy Services Inc. ("Washington Gas") a contractual counterparty to the Debtors, is a vendor to current and former AlixPartners

clients in matters unrelated to the Debtors.  Washington Gas is a creditor to a current AlixPartners client in matters unrelated to the Debtors.

- Waste Management of Texas and Waste Management ("Waste Management"), utility providers and vendors to the Debtors, are affiliated with entities that are creditors, adverse parties, and vendors to current and former AlixPartners clients in matters unrelated to the Debtors.  An affiliate of Waste Management is a former AlixPartners client in matters unrelated to the Debtors.

- Waterstone Capital Management LP, a bondholder to the Debtors, is affiliated with entities that are bondholders and lessors to former AlixPartners clients in matters unrelated to the Debtors. Waterstone Management Group is the former employer of current AlixPartners employees.

- Wellington Management Co. LLP, Wellington Management Portfolios (Dublin) Plc - US$ Core High Yield Bond Portfolio, and Wellington Management Portfolios Dublin PLC Global High Yield Bond Portfolio are debtholders to the Debtors.  Wellington Management is a lender, bondholder, creditor, and significant shareholder to current and former AlixPartners clients in matters unrelated to the Debtors.

- Wells Fargo, a debtholder, vendor, contractual counterparty, landlord, lienholder, and litigant to the Debtors, is affiliated with entities that are lenders, creditors, lessors, bondholders, indenture trustees, co-defendants, adverse parties, and vendors to current and former AlixPartners clients in matters unrelated to the Debtors. Wells Fargo is a current and former AlixPartners client in matters unrelated to the Debtors. Wells Fargo is a vendor to AlixPartners.

- Western Asset Management Company, Western Asset Floating Rate High In Fund LLC, and Western Asset Institutional Government Fund ("Western Asset"), debtholders, banks, and vendors to the Debtors, are lenders, professionals in interest, bondholders, material contract parties, and creditors to current and former AlixPartners clients in matters unrelated to the Debtors. .

- Westinghouse Electric Co. LLC and Westinghouse-Nuclear, ("Westinghouse"), a creditor, vendor, and contractual counterparty to the Debtors is a former AlixPartners client in matters unrelated to the Debtors. Westinghouse is a creditor to a former AlixPartners client in matters unrelated to the Debtors.  Westinghouse is the former employer of a current AlixPartners employee.

- White & Case, a professional in interest in this bankruptcy matter and vendor to the Debtors, is a professional in interest to former AlixPartners

clients in matters unrelated to the Debtors. White & Case is a current and former AlixPartners client in matters unrelated to the Debtors. White & Case is also a vendor to AlixPartners in matters unrelated to the Debtors.

- Whitebox Advisors LLC, a bondholder to the Debtors, is affiliated with entities that are lenders, bondholders, significant shareholders, and indenture trustees to current and former AlixPartners clients in matters unrelated to the Debtors.

- Whitehorse Capital, Whitehorse II Ltd., Whitehorse III Ltd. and Whitehorse IV Ltd. are debtholders to the Debtors. Whitehorse Capital is the former employer of a current AlixPartners employee. Whitehorse is a lender and creditor to current and former AlixPartners clients in matters unrelated to the Debtors.

- Wick Phillips LLP, a vendor to the Debtors, is client counsel to a former AlixPartners client in matters unrelated to the Debtors.

- Wilmington Trust, N.A. ("Wilmington Trust"), a landlord, contractual counterparty, litigant, indenture trustee, and debtholder to the Debtors, and in its capacity as indenture trustee, a member of the Committee, is a bondholder, material contract party, creditor, lessor, and indenture trustee to current and former AlixPartners clients in matters unrelated to the Debtors. Wilmington Trust is a current and former AlixPartners client and a client related party to current AlixPartners clients, all in matters unrelated to the Debtors.

- Winstead PC, a professional in interest in this bankruptcy matter and vendor to the Debtors, is a current and former AlixPartners client in matters unrelated to the Debtors. Winstead PC is a professional in interest and opposing counsel to current and former AlixPartners clients in matters unrelated to the Debtors.

- WireCo WorldGroup Inc., a contractual counterparty to the Debtors is a former AlixPartners client in matters unrelated to the Debtors.

- Winston & Strawn, a vendor to the Debtors, is a current and former AlixPartners client in matters unrelated to the Debtors. Winton & Strawn is a professional in interest and opposing counsel to current and former AlixPartners clients in matters unrelated to the Debtors.

- YRC Enterprises Services Inc., ("YRC"), a contractual counterparty to the Debtors, is a co-client to a former AlixPartners engagement in matters unrelated to the Debtors. YRC Worldwide is a vendor to AP. YRC is a vendor and creditor to former AP clients

- Afton Chemical Corp., a SoFAS party in these Chapter 11 cases, is a current AlixPartners client in matters unrelated to the Debtors.

- Allegro Development Corp., a SoAL party in these Chapter 11 cases, is a defendant to a former AlixPartners client in matters unrelated to the Debtors.

- American Cancer Society, a SoAL party in these Chapter 11 cases, is a director-affiliated company to a former AlixPartners client in matters unrelated to the Debtors.

- Anchorage Advisors, a DIP lender to the Debtors, is parent company, lender and bondholder to former AlixPartners clients in matters unrelated to the Debtors.

- Andrews Kurth, a rule 2002 party in these Chapter 11 cases, is client counsel to current and former AlixPartners clients in matters unrelated to the Debtors.  Andrews Kurth is a professional in interest to current and former AlixPartners clients in matters unrelated to the Debtors.

- Apple, a SoAL party in these Chapter 11 cases, is a former AlixPartners client and a co-defendant to a former AlixPartners client in matters unrelated to the Debtors.  Apple is a creditor, material contract party and lessee to current and former AlixPartners clients in matters unrelated to the Debtors.  Apple is the former employer of a current AlixPartners employee.

- Arkema, a SoAL party in these Chapter 11 cases, is a current and former AlixPartners client in matters unrelated to the Debtors.

- Arrowgrass, a bondholder to the Debtors, is affiliated with an entity that is a former AlixPartners client in matters unrelated to the Debtors.

- Ashby & Geddes PA, a rule 2002 party in these Chapter 11 cases, is a professional in interest and opposing counsel to former AlixPartners clients in matters unrelated to the Debtors.

- Aventas, a SoAL party in these Chapter 11 cases, is the parent company to a former AlixPartners client in matters unrelated to the Debtors.  Aventas is a former AlixPartners client in matters unrelated to the Debtors.

- Barnes Group Inc., a SoAL party in these Chapter 11 cases, is a director-affiliated company to a former AlixPartners client in matters unrelated to the Debtors.

- Bayer Corporation, a SoAL party in these Chapter 11 cases, is a potential acquirer, customer, lessor, adverse party and vendor to current and former

AlixPartners clients in matters unrelated to the Debtors. Bayer AG is the former employer of a current AlixPartners employee.

- Beal Bank, a DIP lender to the Debtors, is a former AlixPartners client in matters unrelated to the Debtors.

- Bell Nunnally & Martin LLP, a SoFAS party in these Chapter 11 cases, is a former AlixPartners client in matters unrelated to the Debtors.

- Bingham McCutchen, a SoFAS party in these Chapter 11 cases, is a former AlixPartners client in matters unrelated to the Debtors. Bingham McCutchen is a professional in interest, creditor, vendor and opposing counsel to current and former AlixPartners clients in matters unrelated to the Debtors.

- Blank Rome LLP, a rule 2002 party in these Chapter 11 cases, is opposing counsel and professional in interest to current and former AlixPartners clients in matters unrelated to the Debtors. Blank Rome LLP is co-client to a former AlixPartners client in matters unrelated to the Debtors.

- Bradley Arant Boult Cummings LLP, a SoFAS party in these Chapter 11 cases, is a professional in interest and opposing counsel to current and former AlixPartners clients in matters unrelated to the Debtors. AlixPartners was a client of Bradley Arant Boult Cummings LLP in matters unrelated to the Debtors.

- Buchalter Nemer, A Professional Corp., a rule 2002 party in these Chapter 11 cases, is a professional in interest and adverse party to former AlixPartners clients in matters unrelated to the Debtors.

- Buchanan Ingersoll & Rooney PC, a rule 2002 party in these Chapter 11 cases, is a professional in interest to a former AlixPartners client in matters unrelated to the Debtors.

- Campbell Soup Co., a SoAL party in these Chapter 11 cases, is a director-affiliated company to former AlixPartners clients in matters unrelated to the Debtors. Campbell Soup Co. is the former employer of a current AlixPartners employee.

- Canadian Imperial Bank of Commerce ("CIBC"), a SoAL party in these Chapter 11 cases, is a current and former AlixPartners client in matters unrelated to the Debtors. Other CIBC affiliated entities are lenders, bondholders, creditors, shareholders and professionals in interest to current and former AlixPartners clients in matters unrelated to the Debtors.

- Capital IQ, a SoAL party in these Chapter 11 cases, is a vendor to AlixPartners.

- Carmody MacDonald, a rule 2002 party in these Chapter 11 cases, is a professional in interest to a former AlixPartners client in matters unrelated to the Debtors.

- Caxton Associates LP, a rule 2019 party in these Chapter 11 cases, is a former AlixPartners client in matters unrelated to the Debtors. Caxton Associates LP is the parent of a former AlixPartners client in matters unrelated to the Debtors.

- CDW Direct, a SoFAS party in these Chapter 11 cases, is a vendor to AlixPartners.

- Central Crude, a SoAL party in these Chapter 11 cases, is a professional in interest to a former AlixPartners client in matters unrelated to the Debtors.

- Ciardi Ciardi & Astin, a rule 2002 party in these Chapter 11 cases, is professional in interest to a former AlixPartners client in matters unrelated to the Debtors.

- CIGNA Property & Casualty Insurance Co ("CIGNA")., a SoAL party in these Chapter 11 cases, and affiliated entities are adverse parties, insurance providers and bondholders to current and former AlixPartners clients in matters unrelated to the Debtors. CIGNA is a former AlixPartners client in matters unrelated to the Debtors. CIGNA is a vendor to AlixPartners.

- Cisco Systems Capital Corporation ("Cisco Systems"), a SoAL party in these Chapter 11 cases, is a lender, adverse party and creditor to current and former AlixPartners clients in matters unrelated to the Debtors. Cisco Systems is a vendor to AlixPartners.

- Citizens National Bank, a SoAL party in these Chapter 11 cases, is the former employer of a current AlixPartners employee. An affiliate, Citizens Bank, is a creditor and executory contract counterparty to current and former AlixPartners clients in matters unrelated to the Debtors.

- CIT Group, a SoAL party in these Chapter 11 cases, and affiliated entities are lenders, creditors, material contract parties and lessors to current and former AlixPartners clients in matters unrelated to the Debtors. CIT Group is the previous employer of a current AlixPartners employee.

- Cleary Gottlieb Steen & Hamilton LLP, a rule 2002 party in these Chapter 11 cases, is a current and former AlixPartners client in matters unrelated to the Debtors. Cleary Gottlieb Steen & Hamilton LLP is opposing counsel

and a professional in interest to current and former AlixPartners clients in matters unrelated to the Debtors.

- CNA Insurance ("CNA"), a SoAL party in these Chapter 11 cases, is affiliated with entities that are bondholders, creditors and adverse parties to current and former AlixPartners clients in matters unrelated to the Debtor. CNA is a former AlixPartners client in matters unrelated to the Debtor. CNA is the former employer of a current AlixPartners employee.

- Cohen & Grigsby PC, a rule 2002 party in these Chapter 11 cases, is counsel to a current AlixPartners client in matters unrelated to the Debtors.

- Cole, Schotz, Meisel, Forman & Leonard, P.A., a professional in interest in this bankruptcy matter, is a professional in interest to a former AlixPartners client in matters unrelated to the Debtors.

- Columbia Management, a bondholder to the Debtors, is an affiliate, bondholder, and lender to current and former AlixPartners clients in matters unrelated to the Debtors.

- Computershare Trust Company NA, a SoFAS party in these Chapter 11 cases, is an indenture trustee and professional in interest to former AlixPartners clients in matters unrelated to the Debtors.

- Cowles & Thompson, a rule 2002 party in these Chapter 11 cases, is a professional in interest to a former AlixPartners client in matters unrelated to the Debtors.

- Cozen O'Connor, a rule 2002 party in these Chapter 11 cases, is a former AlixPartners client in matters unrelated to the Debtors.

- Cross & Simon, a rule 2002 party in these Chapter 11 cases, is a professional in interest to a former AlixPartners client in matters unrelated to the Debtors.

- CSX Transportation ("CSX"), a SoAL party in these Chapter 11 cases, is affiliated with an entity that was a creditor and lessor to former AlixPartners clients in matters unrelated to the Debtors. CSX is the former employer of a current AlixPartners employee.

- Dallas Basketball Ltd., a SoAL party in these Chapter 11 cases, is a former AlixPartners client in matters unrelated to the Debtors.

- Del Monte Fresh Produce, N.A., a SoAL party in these Chapter 11 cases, is a co-defendant and material contract party to former AlixPartners clients in matters unrelated to the Debtors

- Dentons US LLP ("Dentons"), a rule 2002 party in these Chapter 11 cases, is a current AlixPartners client in matters unrelated to the Debtors. Denton is an adverse party to a current AlixPartners clients in matters unrelated to the Debtors. Dentons is the former employer of a current AlixPartners employee.

- DirecTV, a SoAL party in these Chapter 11 cases, is a former AlixPartners client in matters unrelated to the Debtors. DirecTV is a vendor to AlixPartners.

- Dixie Chemical, a SoAL party in these Chapter 11 cases, is a former AlixPartners client in matters unrelated to the Debtors.

- Drinker Biddle & Reath, a professional in interest and a rule 2002 party in these Chapter 11 cases, is a former AlixPartners client in matters unrelated to the Debtors. Drinker Biddle & Reath is a professional in interest, legal counsel, and opposing legal counsel to current and former AlixPartners clients in matters unrelated to the Debtors. AlixPartners was a client of Drinker Biddle & Reath in matters unrelated to the Debtors. Certain board members and shareholders of AlixPartners are, and have been, represented by Drinker Biddle & Reath. A board member and shareholder of AlixPartners has been affiliated with Drinker Biddle & Reath in the past and maintains a connection with the firm.

- Duke Energy Carolinas LLC and Duke Energy Ohio Inc., SoAL parties in these Chapter 11 cases, are creditors, director-affiliated companies, strategic alliance parties, and material contract parties to current and former AlixPartners clients in matters unrelated to the Debtors. Duke Energy Ohio Inc. is a current AlixPartners client in matters unrelated to the Debtors.

- Dun & Bradstreet, a SoFAS party in these Chapter 11 matters, is affiliated with entities that are vendors to AlixPartners and lessors to a current AlixPartners client in matters unrelated to the Debtors. Dun & Bradstreet is a former AlixPartners client in matters unrelated to the Debtors. Dun & Bradstreet is the previous employer of a current AlixPartners employee.

- Dykema Gossett, a rule 2002 party in these Chapter 11 cases, is client counsel, opposing counsel, professional in interest, and vendor to current and former AlixPartners clients in matters unrelated to the Debtors. Dykema Gossett is a former AlixPartners client in matters unrelated to the Debtors. AlixPartners is a current client of Dykema Gossett in matters unrelated to the Debtors. Dykema Gossett is the former employer of a current AlixPartners employee.

- Dynamex, a SoAL party in these Chapter 11 cases, is a vendor to AlixPartners.

83

- E.I. Dupont ("Dupont"), a SoAL party in these Chapter 11 cases, is affiliated with an entity that is a former AlixPartners client in matters unrelated to the Debtors. DuPont is a creditor, vendor, material contract party and adverse party to current and former AlixPartners clients in matters unrelated to the Debtors. DuPont is the former employer of current AlixPartners employees.

- Eastman Kodak Company ("Kodak"), a SoAL party in these Chapter 11 cases, is a current and former AlixPartners client in matters unrelated to the Debtors. Kodak and affiliated entities are lenders, co-defendants, vendors, litigation parties, significant shareholders, and material contract parties to current and former AlixPartners clients in matters unrelated to the Debtors.

- El Paso Corp., a SoAL party in these Chapter 11 cases, is an affiliate to a former AlixPartners client in matters unrelated to the Debtors.

- Electric Power Research Institute Inc., a SoAL party in these Chapter 11 cases, is a joint venture party and director-affiliated company to a former AlixPartners client in matters unrelated to the Debtors.

- Embarcadero Technologies Inc., a SoAL party in these Chapter 11 cases, is a vendor to AlixPartners.

- Emerson Electric, a SoAL party in these Chapter 11 cases, is a former AlixPartners client in matters unrelated to the Debtors. Emerson Electric is a joint venture party and vendor to former AlixPartners clients in matters unrelated to the Debtors. Emerson Electric is a vendor to AlixPartners.

- Energy Solutions, a SoFAS party in these Chapter 11 cases, is a former AlixPartners clients in matters unrelated to the Debtors

- Enpro Industries, a SoAL party in these Chapter 11 cases, is a director-affiliated company to a former AlixPartners client in matters unrelated to the Debtors.

- Entergy, a SoAL party in these Chapter 11 cases, is a former AlixPartners client in matters unrelated to the Debtors.

- Exide, a SoAL party in these Chapter 11 cases, is a former AlixPartners client in matters unrelated to the Debtors.

- Experian, a SoFAS party in these Chapter 11 cases, is the former employer of current AlixPartners employees. Experian is a professional in interest to a former AlixPartners client in matters unrelated to the Debtors.

- Firestone, a SoAL party in these Chapter 11 cases, is a former AlixPartners client in matters unrelated to the Debtors.

- First-Shred, a SoAL party in these Chapter 11 cases, is a vendor to AlixPartners.

- First Solar Inc., a SoAL party in these Chapter 11 cases, is a former AlixPartners client in matters unrelated to the Debtors.

- Foley & Lardner, a rule 2002 party in these Chapter 11 cases, is a professional in interest and opposing counsel to current and former AlixPartners clients in matters unrelated to the Debtors. Foley & Lardner is a current and former AlixPartners client and AlixPartners is a former client of Foley & Lardner in matters unrelated to the Debtors.

- Formosa Plastics Corp., Texas, a SoAL party in these Chapter 11 cases, is an affiliate to a current AlixPartners client in matters unrelated to the Debtors.

- Fox Rothschild LLP, ("Rothschild"), a professional in interest and a rule 2002 party in these Chapter 11 cases, is a professional in interest and bondholder to current and former AlixPartners clients in matters unrelated to the Debtors. Rothschild is a vendor to AlixPartners and the former employer of a current AlixPartners employee.

- Frito Lay, Inc., a SoAL party in these Chapter 11 cases, is the former employer of current AlixPartners employees.

- Gardere Wynne Sewell & Riggs, an interested party in this bankruptcy matter, is client counsel to former AlixPartners clients in matters unrelated to the Debtors.

- Gellert Scali Busenkell & Brown LLC, a rule 2002 party in these Chapter 11 cases, is a professional in interest to a former AlixPartners client in matters unrelated to the Debtors.

- Global Knowledge, a SoAL party in these Chapter 11 cases, is a director-affiliated company to a former AlixPartners client in matters unrelated to the Debtors.

- Goodwin Procter, LLP, a rule 2002 party in these Chapter 11 cases, is a professional in interest and opposing counsel to former AlixPartners clients in matters unrelated to the Debtors. Goodwin Procter, LLP is a former AlixPartners client in matters unrelated to the Debtors.

- Greater Houston Partnership, a SoFAS party in these Chapter 11 cases, is a director-affiliated company to a former AlixPartners client in matters unrelated to the Debtors.

- Greyhound Lines, a SoAL party in these Chapter 11 cases, was a former AlixPartners client in matters unrelated to the Debtors.

- Greywolf Capital Management, a DIP lender to the Debtors, is lender, bondholder and significant shareholder to former AlixPartners clients in matters unrelated to the Debtors.

- Gruber Hurst Johansen Hail, a SoAL party in these Chapter 11 cases, is lender, bondholder and significant shareholder to former AlixPartners clients in matters unrelated to the Debtors. Gruber Hurst Johansen Hail is a former AlixPartners clients in matters unrelated to the Debtors.

- Hess Energy Trading Co. LLC ("Hess"), a SoAL party in these Chapter 11 cases, is affiliated with an entity that is a former AlixPartners client in matters unrelated to the Debtors. An affiliated entity is a material contract party, creditor and vendor to former AlixPartners clients in matters unrelated to the Debtors.

- Hexcel Corp., a SoAL party in these Chapter 11 cases, is a director-affiliated company to a former AlixPartners client in matters unrelated to the Debtors.

- Hyundai Corporation, a SoAL party in these Chapter 11 cases, is affiliated with entities that are former AlixPartners clients in matters unrelated to the Debtors. Affiliated entities are co-defendants, creditors, bondholders, material contract parties, vendors and customers to current and former AlixPartners clients in matters unrelated to the Debtors.

- Infosys Technologies, a SoAL party in these Chapter 11 cases, is the former employer of a current AlixPartners employee.

- Ingram Concrete LLC, a SoFAS party in these Chapter 11 cases, is affiliated to an entity that was a former AlixPartners client in matters unrelated to the Debtors.

- Intercall, a SoFAS party in these Chapter 11 cases, is a vendor to AlixPartners.

- Interstate Battery, a SoAL party in these Chapter 11 cases, is a client to a current AlixPartners client in matters unrelated to the Debtors.

- J.C. Penney Corporation, a SoAL party in these Chapter 11 cases, is a co-defendant, bondholder, lessee, creditor and material contract party to

current and former AlixPartners clients in matters unrelated to the Debtors. J.C. Penney Corporation is former AlixPartners client in matters unrelated to the Debtors.

- J.W. Gathering Co., a SoAL party in these Chapter 11 cases, is a current and former AlixPartners client in matters unrelated to the Debtors.

- Kelley, Drye & Warren, a Rule 2002 party in these Chapter 11 cases, is a lender, opposing legal counsel and professional in interest to former AlixPartners clients in matters unrelated to the Debtors. Kelley, Drye & Warren is a current AlixPartners client in matters unrelated to the Debtors.

- Kelly Hart and Hallman, a Rule 2002 and SoAL in these Chapter 11 cases, is client counsel, opposing legal counsel and professional in interest to current and former AlixPartners clients in matters unrelated to the Debtor. Kelly Hart and Hallman is a current and former AlixPartners client in matters unrelated to the Debtors.

- Kimball Energy Corporation a SoAL in these Chapter 11 cases, is an executory contract counterparty to a former AlixPartners client in matters unrelated to the Debtors.

- Kmart, a SoAL in these Chapter 11 cases, is a former AlixPartners client in matters unrelated to the Debtors. Kmart is a customer, lessee, co-defendant and vendor to current and former AlixPartners clients in matters unrelated to the Debtors. Kmart is the former employer of current AlixPartners employees.

- Koch Supply & Trading ("Koch") a SoAL in these Chapter 11 cases is an executory contract counterparty, vendor and creditor to current AlixPartners clients in matters unrelated to the Debtors. Koch is a litigation party to a former AlixPartners client in matters unrelated to the Debtors.

- Kraft Foods, ("Kraft"), a SoAL in these Chapter 11 cases, are creditors, executory contract counterparties and co-plaintiffs to current and former AlixPartners clients in matters unrelated to the Debtor. Kraft is the previous employer of a current AlixPartners employee. An affiliate, Kraft General Foods, is a former AlixPartners client in matters unrelated to the Debtor.

- Landis Rath & Cobb, LLP ("Landis") a Rule 2002 party in these Chapter 11 cases is a professional in interest to a current AlixPartners client in matters unrelated to the Debtors. Landis is a creditor to a former AlixPartners client in matters unrelated to the Debtors.

- LexisNexis, a SoAL in these Chapter 11 cases, is a vendor to AlixPartners. An affiliate, CourtLink-LexisNexis, is a professional in interest to a current AlixPartners client in matters unrelated to the Debtors.

- Linebarger, Goggan Blair & Sampson LLP ("Linebarger") a Rule 2002 party in these Chapter 11 cases is a professional in interest to a current AlixPartners client in matters unrelated to the Debtors. Linebarger is the former employer of a current AlixPartners employee.

- Linkedin Corporation, a SoAL in these Chapter 11 cases is a co-defendant to a former AlixPartners client in matters unrelated to the Debtors.

- Luxor Capital Group LP ("Luxor"), a debtholder and Rule 2019 party in these Chapter 11 cases, is a former AlixPartners client in matters unrelated to the Debtors. Luxor is parent company and a bondholder to a current AlixPartners client in matters unrelated to the Debtors.

- Marketforce Corp, a SoAL party in these Chapter 11 cases, is an AlixPartners vendor.

- Marsh USA Inc. ("Marsh"), a SoFA party in these Chapter 11 cases, is a creditor and vendor to current and former AlixPartners clients in matters unrelated to the Debtors. Affiliates, Marsh & McLennan, Marsh Risk Insurance, and Marsh Ltd., are all vendors to AlixPartners.

- McAfee Inc., a SoAL party in these Chapter 11 cases, is a former AlixPartners client in matters unrelated to the Debtors. McAfee is the former employer of a current AlixPartners employee.

- McCarter & English LLP ("McCarter"), a Rule 2002 party in these Chapter 11 cases, is a professional in interest to current and former AlixPartners clients in matters unrelated to the Debtors.

- McKinsey & Company, Inc. United States ("McKinsey"), a SoAL in these Chapter 11 cases, is a professional in interest to current and former AlixPartners clients in matters unrelated to the Debtors. McKinsey is a vendor to AlixPartners. McKinsey is the former employer of current AlixPartners employees.

- McKool Smith PC, a Rule 2002 party in these Chapter 11 cases, is a professional in interest, client legal counsel, opposing legal counsel, and creditor to current and former AlixPartners clients in matters unrelated to the Debtors. McKool Smith PC is a current and former AlixPartners client in matters unrelated to the Debtors.

- McMillan LLP, a SoAL party in these Chapter 11 cases, is a current AlixPartners client in matters unrelated to the Debtors.

- The Mergis Group ("Mergis"), a SoAL party in these Chapter 11 cases, is an executory contract counterparty to a current AlixPartners client in matters unrelated to the Debtors.  Mergis is the former employer of current AlixPartners employees.

- Mesirow Financial, a professional in these Chapter 11 cases, is a professional in interest and significant shareholder to a current AlixPartners clients in matters unrelated to the Debtors.  Mesirow Financial is a bondholder to a former AlixPartners client in matters unrelated to the Debtors.  Mesirow Financial is the former employer of current AlixPartners employees.

- Michael Smith is identified as a SoAL party in these chapter 11 cases.  An individual named Michael Smith was formerly the Chairman of CVC Capital Partners, Ltd., but we have not been able to determine if these are the same people.

- MidOcean, a DIP lender to the Debtors, is a significant shareholder to a current AlixPartners client in matters unrelated to the Debtors.  MidOcean is a lender and creditor to current AlixPartners clients in matters unrelated to the Debtors.

- Miller Brewing Co., a SoAL party in these Chapter 11 cases, is an affiliate to a former AlixPartners client in matters unrelated to the Debtors.

- Monster Worldwide Inc., a SoFA party in these Chapter 11 cases, is a current AlixPartners client in matters unrelated to the Debtors.

- Charles Moore, a SoAL party in these Chapter 11 cases, is an officer to a former AlixPartners client in matters unrelated to the Debtor.

- Morgan, James O., a SoAL party in these Chapter 11 cases, is a director to a current AlixPartners client in matters unrelated to the Debtors.

- Morris James LLP, a Rule 2002 party in these Chapter 11 cases, is a former AlixPartners client in matters unrelated to the Debtors.

- Morris, Nichols, Arsht & Tunnell, LLP ("Morris"), a Rule 2002 party in these Chapter 11 cases, is a current AlixPartners client in matters unrelated to the Debtors.

- Munsch Hardt Kopf & Harr PC, a Rule 2002 party in these Chapter 11 cases, is client legal counsel and executory contract counterparty to former AlixPartners clients in matters unrelated to the Debtors.  Munsch Hardt Kopf & Harr PC is a former AlixPartners client in matters unrelated to the Debtors.

SC1:3758241.7

- Nacco Industries Inc., a SoAL party in these Chapter 11 cases, is an affiliate to a former AlixPartners client in matters unrelated to the Debtors.

- National Economic Research Associates, a SoFA party in these Chapter 11 cases, is an AlixPartners vendor in matters unrelated to the Debtors.

- National Starch & Chemical Corp., a SoAL in these Chapter 11 cases, is an AlixPartners former client in matters unrelated to the Debtors.

- Nationwide Insurance Company ("Nationwide"), a SoAL party and DIP lender in these Chapter 11 cases, is an affiliate of a former client of AlixPartners in matters unrelated to the Debtors.  Nationwide is a bondholder, lender, professional in interest, creditor and litigation party to current and former AlixPartners clients in matters unrelated to the Debtors.  Nationwide is a former AlixPartners client in matters unrelated to the Debtors.  Nationwide is the former employer of current AlixPartners employees.

- National Car Rental ("National"), a SoAL party in these Chapter 11 cases, is a former AlixPartners client in matters unrelated to the Debtors.

- NCR Corp., a SoAL party in these Chapter 11 cases, is a current and former AlixPartners client in matters unrelated to the Debtors.

- Nelson Mullins Riley & Scarborough LLP, a Rule 2002 party in these Chapter 11 cases, is an AlixPartners vendor.

- New Cingular Wireless, a SoAL party in these Chapter 11 cases, is a former AlixPartners client in matters unrelated to the Debtors.

- Nichol, James, a SoAL party in these Chapter 11 cases, is an officer to a former AlixPartners client in matters unrelated to the debtors.

- Nixon Peabody LLP, a Rule 2002 party in these Chapter 11 cases, is a professional in interest, litigant, and vendor to current and former AlixPartners clients in matters unrelated to the Debtors.  Nixon Peabody LLP is a current and former AlixPartners client in matters unrelated to the Debtors. Nixon Peabody is an AlixPartners vendor.

- Office of the Attorney General of Texas, a SoAL party in these Chapter 11 cases, is a current AlixPartners client in matters unrelated to the Debtors.

- Oak Hill, a DIP Lender in these Chapter 11 cases, is affiliated with an entity that is a former AlixPartners client in matters unrelated to the Debtors. Oak Hill is affiliated with entities that were creditors, bondholders, and lenders to former AlixPartners clients in matters unrelated to the Debtors.  An affiliate, Oak Hill Advisors, is the parent of a

former AlixPartners client in matters unrelated to the Debtors and their affiliates.

- Occidental Electrochemicals Corp., Occidental Energy Marketing Inc. and Occidental Power Services Inc. ("Occidental"), SoAL parties in these Chapter 11 cases, are affiliated with entities that are creditors, executory contract counterparties, adverse parties, and co-defendants to current and former AlixPartners clients in matters unrelated to the Debtors.

- Office Tiger LLC, a SoAL party in these Chapter 11 cases, is a professional in interest and creditor to current and former AlixPartners clients in matters unrelated to the Debtors.

- OfficeMax Inc. ("OfficeMax"), a SoAL party in these Chapter 11 cases, is a current AlixPartners client in matters unrelated to the Debtors. OfficeMax is a creditor, lessee, executory contract counterparty, and co-client to current and former AlixPartners clients in matters unrelated to the Debtors.

- O'Melveny & Myers LLP, a Rule 2002 party in these Chapter 11 cases, is a current AlixPartners client in matters unrelated to the Debtors. O'Melveny & Myers LLP is a creditor, professional in interest and member of a creditor's committee of former AlixPartners clients in matters unrelated to the Debtors.

- Omicron Controls Inc. ("Omicron"), a SoAL party in these Chapter 11 cases, is affiliated with an entity that is a former AlixPartners client in matters unrelated to the Debtors. Omicron is an affiliate and adverse party to current and former AlixPartners clients in matters unrelated to the Debtors.

- One Nation Energy Solutions LLC, a SoAL party in these Chapter 11 cases, was an executory contract counterparty to a former AlixPartners client in matters unrelated to the Debtors.

- One Source Virtual HR Inc. ("One Source"), a SoAL party in these Chapter 11 cases, is affiliated with an entity that is a current AlixPartners client in matters unrelated to the Debtors. One Source is affiliated with entities that are vendors, executory contract counterparties, and customers to current and former AlixPartners clients in matters unrelated to the Debtors.

- Open Systems International Inc., a SoFA party in these Chapter 11 cases, was an executory contract counterparty to a former AlixPartners in matters unrelated to the Debtors.

- Openlink Financial LLC, a SoFA party in these Chapter 11 cases, is a current AlixPartners client in matters unrelated to the Debtors.

- Orchard First Source Asset Management LLC, a DIP lender in these Chapter 11 cases, is affiliated with entities that are lessors, lenders and related parties to current and former AlixPartners clients in matters unrelated to the Debtors.

- Orix, a DIP lender to in these Chapter 11 cases, is a former AlixPartners client in matters unrelated to the Debtors. Orix is a lender, bondholder, creditor and executory contract counterparty to current and former AlixPartners clients in matters unrelated to the Debtors. Orix Real Estate Equities, is a previous employer to current AlixPartners employees.

- P&H Minepro Services and P&H Mining Equipment Inc., SoFAL parties in these Chapter 11 cases, arecreditors and related parties to current and former AlixPartners clients in matters unrelated to the Debtors.

- Pachulski Stang Ziehl & Jones LLP, Professionals for Rule 2019 Parties and Rule 2002 Parties in these Chapter 11 cases, is a current and former AlixPartners client in matters unrelated to the Debtors. Pachulski Stang Ziehl & Jones LLP is a professional in interest to current and former AlixPartners clients in matters unrelated to the Debtors.

- Pacificorp., a SoAL party in these Chapter 11 cases, was an executory contract counterparty to former AlixPartners clients in matters unrelated to the Debtors.

- Patterson Belknap Webb & Tyler LLP, a Rule 2002 party in these Chapter 11 cases, is a current and former AlixPartners client in matters unrelated to the Debtors.

- Pay Governance LLC, a SoAL party in these Chapter 11 cases, is a professional in interest to a current AlixPartners client in matters unrelated to the Debtors.

- Peak 6 Investments, DIP lender in these Chapter 11 cases, is a bondholder and significant shareholder to a current AlixPartners client in matters unrelated to the Debtors.

- Pentwater Capital Management, a DIP lender in these Chapter 11 cases, is a lender, bondholder, and creditor to current and former AlixPartners clients in matters unrelated to the Debtors.

- Perdue Brandon Fielder Collins & Mott LLP, a Rule 2002 party in these Chapter 11 cases, is a professional in interest and related party to current and former AlixPartners clients in matters unrelated to the Debtors.

SC1:3758241.7

- Pinnacle Derivatives Group LLC, Pinnacle Natural Gas Co., and Pinnacle West Corp. ("Pinnacle"), SoAL parties in these Chapter 11 cases, are affiliated with entities that are adverse parties and professionals in interest to current and former AlixPartners clients in matters unrelated to the Debtors.

- Pizza Hut, a SoAL party in these Chapter 11 cases, is a co-client and customer to current and former AlixPartners clients in matters unrelated to the Debtors.

- Plains Marketing LP, a SoAL party in these Chapter 11 cases, is an executory contract counterparty and creditor to current and former AlixPartners clients in matters unrelated to the Debtors. Plains Marketing LP is an AlixPartners vendor.

- Potter Anderson & Corroon LLP, a Rule 2002 party in these Chapter 11 cases, is a professional in interest, adverse party, and legal counsel to current and former AlixPartners clients in matters unrelated to the Debtors.

- PPC Land Ventures, a SoAL party in these Chapter 11 cases, is affiliated with an entity that is a current AlixPartners client in matters unrelated to the Debtors. PPC Land Ventures is a lessor to a current AlixPartners client in matters unrelated to the Debtors.

- PPG Industries Inc. and PPG Protective & Marine Coatings ("PPG"), SoAL parties in these Chapter 11 cases, are affiliated with entities that are former AlixPartners client in matters unrelated to the Debtors. PPG and affiliated entities are bondholders, customers, vendors, co-defendants, director's affiliated companies, litigation parties, and creditors to current and former AlixPartners clients in matters unrelated to the Debtors.

- PPL Susquehanna LLC, a SoAL party in these Chapter 11 cases, is affiliated with entities that are vendors, adverse parties, and executory contract counterparties to current and former AlixPartners clients in matters unrelated to the Debtors.

- Linda Price, a SoAL party in these Chapter 11 cases, is an officer to a current AlixPartners client in matters unrelated to the Debtors.

- Procter & Gamble, a SoAL party in these Chapter 11 cases, is a former AlixPartners client in matters unrelated to the Debtors. Procter & Gamble is an adverse party, customer, co-defendant, parent company, executory contract counterparty, adverse party, litigation party, and director affiliated company to current and former AlixPartners clients in matters unrelated to the Debtors. Procter & Gamble is a previous employer to current AlixPartners employees.

93

- PTI Services, a SoAL party in these Chapter 11 cases, is affiliated with entities that are executory contract counterparties and vendors to current and former AlixPartners clients in matters unrelated to the Debtors. PTI Consulting is a former employer to current AlixPartners employees.

- Quarles & Brady LLP, a Rule 2002 party in these Chapter 11 cases, opposing counsel and a professional in interest to current and former AlixPartners client in matters unrelated to the Debtors.

- Qwest Communications Co. LLC ("Qwest"), a SoAL party in these Chapter 11 cases, is a former AlixPartners client in matters unrelated to the Debtors. Qwest is a customer, vendor, litigation party, director's affiliated company, customer, adverse party, and executory contract counterparty to current and former AlixPartners clients in matters unrelated to the Debtors.

- R&L Carriers, a SoFA party in these Chapter 11 cases, is a related party, executory contract counterparty, and vendor to current and former AlixPartners clients in matters unrelated to the Debtors.

- Reed Smith LLP, a rule 2002 part in these Chapter 11 cases, is a former AlixPartners client in matters unrelated to the Debtors. Reed Smith LLP is an opposing legal counsel, related party, and material contract party to current and former AlixPartners clients in matters unrelated to the Debtors.

- Robert Patton, a SoAL party in these Chapter 11 cases, is an officer and adverse party to current and former AlixPartners clients in matters unrelated to the Debtors.

- Reddy Ice, a SoAL party in these Chapter 11 cases, is a current AlixPartners client in matters unrelated to the Debtors. Reddy Ice is an AlixPartners vendor.

- Seward & Kissel LLP, a rule 2002 party in these Chapter 11 cases, is a former AlixPartners client in matters unrelated to the Debtors. Seward & Kissel LLP is a professional in interest and legal counsel to current and former AlixPartners clients in matters unrelated to the Debtors.

- Shale-Inland Holdings LLC, an interested party in these Chapter 11 cases, is a current AlixPartners client in matters unrelated to the Debtors.

- SBC Holdings, Inc., a SoAL party in these Chapter 11 cases, is a current AlixPartners client in matters unrelated to the Debtors.

- Rockwell Automation and Rockwell International Corp. ("Rockwell"), SoAL parties in these Chapter 11 cases, are current AlixPartners clients in

SC1:3758241.7

matters unrelated to the Debtors. Rockwell is a lessor, director's affiliated company, and executory contract counterparty to current and former AlixPartners clients in matters unrelated to the Debtors. Rockwell is a former employer to current AlixPartners employees.

- Kenneth Russell, a SoAL party in these Chapter 11 cases, was an officer to a former AlixPartners client in matters unrelated to the Debtors.

- Regions Bank and Regions Financial, a SoAL party and DIP lender in these Chapter 11 cases, is a former AlixPartners client in matters unrelated to the Debtors. Regions Bank is a lender, creditor, adverse party, significant shareholder and vendor to current and former AlixPartners clients in matters unrelated to the Debtors.

- Remington Arms, a SoAL party in these Chapter 11 cases, is a current AlixPartners client in matters unrelated to the Debtors. Remington Arms is a co-client, affiliate, and director's affiliated company to current and former AlixPartners clients in matters unrelated to the Debtors.

- Seton, a SoAL party in these Chapter 11 cases, is an AlixPartners vendor.

- The Ritz Carlton, a SoFA parties in these Chapter 11 cases, is the parent company, adverse party, and litigant to current AlixPartners clients in matters unrelated to the Debtors. The Ritz Carlton is an AlixPartners vendor.

- Robert Half Finance & Accounting, Robert Half International Inc., and Robert Half Legal ("Robert Half"), SoFA and SoAL parties in these Chapter 11 cases, is a former AlixPartners client in matters unrelated to the Debtors. .  Robert Half is a material contract party, professional in interest, and creditor to current and former AlixPartners clients in matters unrelated to the Debtors. Robert Half is a former employer to current AlixPartners employees. Robert Half is an AlixPartners vendor.

- Sabine Hub Services, a SoAL party in these Chapter 11 cases, is an executory contract counterparty to a former AlixPartners client in matters unrelated to the Debtors.

- Safeway Inc. and Safeway Stores Inc. ("Safeway"), SoAL parties in these Chapter 11 cases, is a current AlixPartners client in matters unrelated to the Debtors. Safeway is a customer, vendor, lessee, lessor, material contract party, client, adverse party,  and executory contract counterparty to former AlixPartners clients in matters unrelated to the Debtors. Safeway Incorporated is the previous employer of a current AlixPartners employee.

- Saul Ewing LLP, a Rule 2002 party in these Chapter 11 cases, is a professional in interest and adverse party to current and former AlixPartners clients in matters unrelated to the Debtors.

- Scotia Capital, Inc., a DIP lender to the Chapter 11 cases, is a former AlixPartners client in matters unrelated to the Debtors. Scotia Capital, Inc. is a litigation party, vendor, significant shareholder, lender, creditor, litigation party, and bondholder to current and former AlixPartners clients in matters unrelated to the Debtors.

- Seton Identification Products ("Seton"), a SoAL party in these Chapter 11 cases, is a former AlixPartners client in matters unrelated to the Debtors.

- Skadden, Arps, Slate, Meagher & Flom LLP, a Rule 2002 party in these Chapter 11 cases  is a professional in interest and client counsel to current and former AlixPartners clients in matters unrelated to the Debtors. Skadden, Arps, Slate, Meagher & Flom LLP is a current and former AlixPartners client in matters unrelated to the Debtors.

- Tenneco Chemical Co., Tenneco Oil Co., and Tenneco Polymers Inc. ("Tenneco") a SoAL in these Chapter 11 cases is affiliated with entities that are co-defendants, customers, and vendors to current and former AlixPartners clients in matters unrelated to the Debtors and their affiliates. Tenneco, Inc., is a former AlixPartners client in matters unrelated to the Debtors and their affiliates.  Tenneco, Inc. is the previous employer of a current AlixPartners employee.

- Solarwinds Inc., a SoAL party in these Chapter 11 cases, is an AlixPartners vendor.

- Southwest Solutions Group, a SoAL in these Chapter 11 cases, is an AlixPartners vendor.

- Squire Sanders & Dempsey (US) LLP ("Squire"), a Rule 2002 party to these Chapter 11 cases, is a client related party, opposing counsel and professional in interest to current and former AlixPartners clients in matters unrelated to the Debtors.  Squire Sanders & Dempsey is a former AlixPartners client in matters unrelated to the Debtors.

- Stroz Friedberg Limited, a SoAL party in these Chapter 11 cases, is an AlixPartners vendor.

- Sumitomo Mitsui Banking Corp. ("Sumitomo") a DIP lender to the Debtors, is affiliated with an entity that is a current AlixPartners client in matters unrelated to the Debtor.

- Symantec Corporation, SoFA party to these Chapter 11 cases, is a former AlixPartners client in matters unrelated to the Debtors. Symantec Corporation is the former employer of a current AlixPartners Employee.

- Systems Technology, Inc., a SoAL party to these Chapter 11 cases, is the former employer of a current AlixPartners employee.

- Tableau Software Inc., a SoAL party in these Chapter 11 cases, is an AlixPartners vendor.

- Texas A&M University System, a SoAL party in these Chapter 11 cases, is the former employer of a current AlixPartners employee. Texas A&M is a co-plaintiff to a former AlixPartners client in matters unrelated to the Debtors.

- Thomas H. Lee Partners, L.P., a DIP lender to the Debtors, is a former AlixPartners client in matters unrelated to the Debtors. Thomas H. Lee Partners, L.P. is a creditor, directors affiliated company, and significant shareholder to former AlixPartners clients in matters unrelated to the Debtors.

- Timken Company, a SoAL party in these Chapter 11 cases, is the former employer of a current AlixPartners employee. Timken Company is former AlixPartners client in matters unrelated to the Debtors. Timken Company is a vendor and creditor to former AlixPartners clients in matters unrelated to the Debtors.

- TRW Inc. and TRW Mission Manufacturing Co. ("TRW"), SoAL parties in these Chapter 11 cases, are customers and creditors to current and former AlixPartners clients in matters unrelated to the Debtors. TRW is the former employer of a current AlixPartners employee.

- Tyco Electronics Corp., Tyco Fire Products and Tyco Valves & Controls ("Tyco") are SoAL parties in these Chapter 11 cases. Tyco is the former employer of a current AlixPartners employee. Tyco is a vendor to a current and former AlixPartners clients in matters unrelated to the Debtors. Tyco is an affiliate, vendor, and creditor to former AlixPartners clients in matters unrelated to the Debtors. Tyco is an AlixPartners vendor.

- Uline, a SoFA party in these Chapter 11 cases, is an AlixPartners vendor.

- Unimark LLC, a SoAL party in these Chapter 11 cases, is an AlixPartners vendor.

- United Parcel Service Inc. ("UPS") a SoAL party in these Chapter 11 cases, is a vendor and executory contract counterparty to current and

former AlixPartners clients in matters unrelated to the Debtors.  UPS is a material contract party to a current AlixPartners client in matters unrelated to the Debtors.  UPS is a vendor to AlixPartners. UPS is a current client as part of a representative creditors committee in matters unrelated to the Debtors.

- Varco, a SoAL party in these Chapter 11 cases, is a co-defendant to a current AlixPartners client in matters unrelated to the Debtors.  Varco is a former AlixPartners client in matters unrelated to the Debtors.

- Veritext, a SoAL party in these Chapter 11 cases, is an AlixPartners vendor.

- VitalSmarts, LC a SoAL party in these Chapter 11 cases, is an AlixPartners vendor.

- VWR International LLC ("VWR")  a SoAL party in these Chapter 11 cases, is a director's affiliated company to a former AlixPartners client in matters unrelated to the Debtors.  VWR is a vendor to a current AlixPartners client in matters unrelated to the Debtors.

- Wal-Mart Store #371 ("Wal-Mart") a SoAL party in these Chapter 11 cases, is a litigation party and a co-party to current AlixPartners clients in matters unrelated to the Debtors.  Wal-Mart is a co-defendant to a former AlixPartners client in matters unrelated to the Debtors. Wal-Mart is a former AlixPartners client in matters unrelated to the Debtors.

- Wolters Kluwer Financial Services Inc., a SoFA party in these Chapter 11 cases, is an AlixPartners vendor.

- Wyatt Industries, a SoAL party in these Chapter 11 cases, is an affiliate of a former AlixPartners client in matters unrelated to the Debtors.

- Xerox Corporation ("Xerox"), a SoAL party in these Chapter 11 cases, is an adverse party, lessee, customer and vendor to current and former AlixPartners clients in matters unrelated to the Debtors.  Xerox  is a vendor to AlixPartners.  Xerox is the former employer of a current AlixPartners employee.

- Young Conaway Stargatt & Taylor LLP, a SoFA party, professional in interest, and Rule 2002 party in these Chapter 11 cases, is a professional in interest, opposing counsel and adverse party to current and former AlixPartners clients in matters unrelated to the Debtors.

- Zee Medical Inc., a SoAL party in these Chapter 11 cases, is an AlixPartners vendor.

- Zimmer Inc. a SoAL party in these Chapter 11 cases, is a current and former AlixPartners client in matters unrelated to the Debtors. Zimmer is an adverse party and professional in interest to former AlixPartners clients in matters unrelated to the Debtors.

- Zoho Corp., a SoAL party in these Chapter 11 cases, is an AlixPartners vendor.

21.     AlixPartners and its subsidiary affiliates are claims agents, advisors and crisis managers providing services and advice in many areas, including restructuring and distressed debt. As part of its diverse practice, AlixPartners appears in numerous cases, proceedings and transactions involving many different attorneys, accountants, investment bankers and financial consultants, some of whom may represent claimants and parties in interest in these chapter 11 cases. Furthermore, AlixPartners has in the past, and may in the future, be represented by various attorneys and law firms, some of whom may be involved in these chapter 11 cases. In addition, AlixPartners has been in the past, and likely will be in the future, engaged in matters unrelated to the Debtors or these chapter 11 cases in which it works with or in opposition to other professionals involved in these chapter 11 cases. Moreover, AlixPartners might have referred work to other professionals who are retained in these chapter 11 cases. Likewise, certain such professionals who are retained in these chapter 11 cases might have referred work to AlixPartners. To the best of my knowledge, information and belief, insofar as I have been able to ascertain after reasonable inquiry, none of these business relationships constitute interests adverse to the EFH Committee or the Debtors or their estates.

22.     From time to time, AlixPartners has provided services, and likely will continue to provide services, to certain creditors of the Debtors, and various other parties in interest who may in the future be adverse to the EFH Committee or the Debtors or their estates, in matters wholly unrelated to these chapter 11 cases. As described herein, however, AlixPartners has undertaken a detailed search to determine, and to disclose, whether it is

providing or has provided services to any significant creditor, equity security holder, insider or other party-in-interest in such unrelated matters.

23.    To the best of my knowledge, information and belief, insofar as I have been able to ascertain after reasonable inquiry, except as otherwise disclosed herein, neither I nor any of AlixPartners' professional employees or representatives: (a) have any connection with the Debtors, their creditors or any other Potential Parties-in-Interest in these chapter 11 cases; nor (b) are related or connected to any United States Bankruptcy Judge for the District of Delaware, any of the District Judges for the District of Delaware who handle bankruptcy cases, the U.S. Trustee or any employee in the Office of the U.S. Trustee, except as otherwise set forth herein.

24.    To the best of my knowledge, neither AlixPartners nor any of its professionals is a direct holder of any of the Debtors' securities.  It is possible that certain of AlixPartners' employees, managing directors, board members, equity holders, or an affiliate of any of the foregoing, may own investment interests in mutual funds or other investment vehicles (including various types of private funds) that own the Debtors' or other parties in interests' debt or equity securities, or other financial instruments, including bank loans or other obligations. Typically, the holders of such investment interests are passive investors and have no role in management of the investment vehicle and no control over investment decisions related to such investment funds or financial instruments. AlixPartners' policy prohibits its employees from personally trading in the Debtors' securities.

25.    To the best of my knowledge, information and belief, insofar as I have been able to ascertain after reasonable inquiry, AlixPartners has not been retained to assist any entity or person other than the EFH Committee on matters relating to, or in direct connection with, these chapter 11 cases.  AlixPartners will continue to provide professional services to

100

entities that may be creditors or security holders of the Debtors or other parties in interest in these chapter 11 cases, provided that such services do not relate to, or have any direct connection with, these chapter 11 cases or the Debtors.

26.    Despite the efforts described above to identify and disclose the connections that AlixPartners and its affiliates have with parties-in-interest in these chapter 11 cases, because the Debtors are a large enterprise with numerous creditors and other relationships, AlixPartners is unable to state with certainty that every client relationship or other connection has been disclosed.

27.    In accordance with Bankruptcy Code section 504 and Bankruptcy Rule 2016, except as specifically identified in this Declaration, neither I nor AlixPartners has entered into any agreements, express or implied, with any other party in interest, including the Debtors, any creditor, or any attorney for such party in interest in these chapter 11 cases, (a) for the purpose of sharing or fixing fees or other compensation to be paid to any such party in interest or its attorneys for services rendered in connection therewith, (b) for payment of such compensation from the assets of the estates in excess of the compensation allowed by this Court pursuant to the applicable provisions of the Bankruptcy Code, or (c) for payment of compensation in connection with these chapter 11 cases other than in accordance with the applicable provisions of the Bankruptcy Code.

28.    Based solely on the conflicts procedures conducted to date and described herein, to the best of my knowledge and insofar as I have been able to ascertain, (a) AlixPartners is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, (b) AlixPartners does not represent any person or entity having an interest adverse to the EFH Committee in connection with these chapter 11 cases, (c) AlixPartners does not hold or represent

an interest adverse to the interests of the Debtors' estates with respect to matters on which AlixPartners is employed and (d) AlixPartners has no connection to the Debtors, their creditors or any other party in interest except as disclosed herein.

29.    If AlixPartners discovers additional information that requires disclosure, AlixPartners will promptly file a supplemental disclosure with this Court as required by Bankruptcy Rule 2014.

30.    AlixPartners reserves the right to supplement this Declaration in the event that AlixPartners discovers any facts bearing on matters described in this Declaration regarding AlixPartners' employment by the EFH Committee.

31.    I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: December 22, 2014

ALIXPARTNERS, LLP

By: _____
    Name:  Alan D. Holtz
    Title:  Managing Director

SCI:3758241

# SCHEDULE 1

## Prepetition Potential Parties-in-Interest

## List of Schedules

| Schedule | Category |
|---|---|
| 1(a) | Debtor Affiliates |
| 1(b) | Joint Venture Parties |
| 1(c) | Current and Recent Former Officers and Directors |
| 1(d) | Banks |
| 1(e) | Bondholders (Secured) |
| 1(f) | Bondholders (Unsecured) |
| 1(g) | Contractual Counterparties |
| 1(h) | Debtholders |
| 1(i) | DIP Parties |
| 1(j) | Indenture Trustees |
| 1(k) | Insurers |
| 1(l) | Investment Banks |
| 1(m) | Landlords |
| 1(n) | Letters of Credit |
| 1(o) | Lienholders |
| 1(p) | Litigants |
| 1(q) | Litigants (Asbestos) |
| 1(r) | Potentially Responsible Parties |
| 1(s) | Professionals |
| 1(t) | Shareholders |
| 1(u) | Significant Customers |
| 1(v) | Significant Vendors |
| 1(w) | Surety Bonds |
| 1(x) | Taxing Authorities |
| 1(y) | Top 50 Unsecured Creditors |
| 1(z) | Unions |
| 1(aa) | United States Trustee and Court Personnel for the District of Delaware (and Key Staff Members) |
| 1(bb) | Unsecured Creditors' Committee Members and Proposed Advisors |
| 1(cc) | Utilities |

# SCHEDULE 1(a)

## Debtor Affiliates [1]

4Change Energy Company
4Change Energy Holdings LLC
Basic Resources, Inc.
Big Brown 3 Power Company LLC
Big Brown Lignite Company LLC
Big Brown Power Company LLC
Brighten Energy LLC
Brighten Holdings LLC
Collin Power Company LLC
Comanche Peak Nuclear Power Co. LLC
Dallas Power & Light Company
DeCordova II Power Company LLC
DeCordova Power Company LLC
Eagle Mountain Power Company LLC
Ebasco Services of Canada Limited
EEC Holdings, Inc.
EECI, Inc.
EFH Australia (No. 2) Holdings Company
EFH CG Holdings Company LP
EFH CG Management LLC
EFH Corporate Services Company
EFH Finance (No. 2) Holdings Company
EFH FS Holdings Company
EFH Properties Company
EFH Renewables Company LLC
EFH Vermont Insurance Company
EFIH Finance Inc.
Energy Future Competitive Holdings Company LLC
Energy Future Holdings Corp.
Energy Future Intermediate Holding Company LLC
Generation Development Company LLC
Generation MT Company LLC
Generation SVC Company

---

[1]    Certain of these entries are predecessor names of the Debtors or have other historical affiliation and have been
searched out of an abundance of caution.

Greenway Development Holding Co.
Humphreys & Glasgow Limited
Lake Creek 3 Power Company LLC
Lone Star Energy Company, Inc.
Lone Star Pipeline Company, Inc.
LSGT Gas Company LLC
LSGT SACROC, Inc.
Luminant Big Brown Mining Company LLC
Luminant Energy Company LLC
Luminant Energy Trading California Company
Luminant ET Services Company
Luminant Generation Company LLC
Luminant Holding Company LLC
Luminant Mineral Development Company LLC
Luminant Mining Company LLC
Luminant Renewables Company LLC
Martin Lake 4 Power Company LLC
Monticello 4 Power Company LLC
Morgan Creek 7 Power Company LLC
NCA Development Company LLC
NCA Resources Development Company LLC
Nuclear Energy Future Holdings II LLC
Nuclear Energy Future Holdings LLC
Oak Grove Management Company LLC
Oak Grove Mining Company LLC
Oak Grove Power Company LLC
Oncor Communications Holdings Company LLC
Oncor Electric Delivery Administration Corporation
Oncor Electric Delivery Company LLC
Oncor Electric Delivery Holdings Company LLC
Oncor Electric Delivery Transition Bond Company LLC
Oncor License Holdings Complany LLC
Oncor Management Investment LLC
Sandow Power Company LLC
Southwestern Electric Service Company, Inc.
TCEH Finance, Inc.
Texas Competitive Electric Holdings Company LLC
Texas Electric Service Company, Inc.
Texas Power & Light Company, Inc.
Texas Utilities Company, Inc.
Texas Utilities Electric Company, Inc.
Tradinghouse 3 & 4 Power Company LLC
Tradinghouse Power Company LLC
TXU Eastern Finance (A) Ltd.
TXU Eastern Finance (B) Ltd.
TXU Eastern Funding Co.

TXU Electric Company, Inc.
TXU Electric Delivery Company
TXU Energy Receivables Company
TXU Energy Retail Company LLC
TXU Energy Solutions Company LLC
TXU Europe CP Inc.
TXU Europe Ltd.
TXU Finance (No. 2) Ltd.
TXU Receivables Company
TXU Retail Services Company
TXU SEM Company
Valley NG Power Company LLC
Valley Power Company LLC.

# SCHEDULE 1(b)

## Joint Venture Parties

Borealis Infrastructure Management Inc.
Collin G/G&B LLC
Fuelco LLC
GIC Special Investments Pte Ltd.
Government of Singapore Investment Corp.
Greenway/G&B Frisco LP
Greenway/G&B General LLC
MHI Nuclear America Inc.
OMERS Administration Corp.
Pantellos Corp.
Skyonic Corp.
STARS Alliance
Texas Transmission Investment LLC

# SCHEDULE 1(c)

## Current and Recent Former Officers and Directors

Acosta, Arcilia C.
Adams, Robert
Ashby, Kevin M.
Austin, Joel S.
Baker, Robert
Blevins, Michael R.
Blocker, Sano
Bonderman, David
Boswell, Barry T.
Boyle, Deborah A.
Brownell, Nora Mead
Burke, James A.
Burton, Ashley A.
Byers, Richard C.
Bys, Jay Allen
Cameron, Andrew A.
Camp, Jeffrey S.
Campbell, David A.
Caraway, Shannon Wade
Carpenter, Walter Mark
Carter, Michael L.
Casarez, Richard
Casey, John M.
Castro, Gabriel R.
Chase, Patrick Kevin
Clevenger, Don J.
Cremens, Charles H.
Davis, David M
Dennis, Deborah L.
Dore, Stacey H.
Duessel, John S.
Dunning, Thomas M.
Elk, Charles W.
Elmer, Debra L.
Enze, Charles R.
Estrada, Robert A.
Evans, Donald L.
Ewert, Cynthia L.
Ewing, Harvey P.
Faranetta, David D.
Federwisch, Richard R.
Ferguson, Thomas D.

Fischer, Michael
Fleshman, Betty R.
Flores, Rafael
Ford, Monte E.
Freiman, Brandon A.
Frenzel, Robert C.
Gary, Printice L.
Geary, John William
Gillespie, Frank P.
Glacken, Shawn
Goering, Matthew A.
Goltz, Frederick M.
Gooch, Cecily Small
Grasso, Michael Paul
Greer, James A.
Guillory, Angela Yvonne
    Williams
Guyton, Michael E.
Hays, Richard C.
Higginbotham, Theron
    Dale, Jr. "Dale"
Hill, William T., Jr.
Ho, Joseph C.
Hogan, Timothy Ross
    "Tim"
Horn, Stephen G.
Horton, Anthony R.
Howard, Carla A.
Hudson, Scott A.
Huffines, James R.
Hull, Leslie Keith
Ingerto, Craig W.
Isaac, Carlos
Jackson, Brenda L.
Jenkins, Charles W., III
Johnson, Keith
Jones, Bradley C.
Jordan, Walter E.
Kaniewski, Zbigniew
Keeter, Aden P.
Keglevic, Paul M.
Kelly, Daniel

Kelly, Gregory B.
Kerber, Kevin H.
Kirby, Carrie L.
Klein, Robert A.
Klumpp, Richard F.
Koenig, Allan J.
Kopenitz, Stephen John
Kubin, Diane J.
Landy, Richard J.
Lebovitz, Scott
Lee-Sethi, Jennifer M.
Leonard, Scott E.
Liaw, Jeffrey
Lidster, Robert J.
Lipschultz, Marc S.
Lovelace, D. Boyd
Lucas, Mitchell L.
Lynch, David Alan
MacDougall, Michael
Mack, Timothy A.
Malick, Aaron Ravi
Matsuda, Hiroshi
Mays, Russell B.
McCool, Thomas P.
McFarland, M. A.
McKaig, Paul T.
Mireles, Kimberly D.
Moldovan, Kristopher E.
Moor, Gary Lee
Moore, Stephanie Zapata
Moore, William A.
Morrissey, John L.
Morrow, Claudia
Muscato, Stephen J.
Neubecker, Greg
Nickerson, Floyd W.
Nutt, Terry
Nye, E. Allen, Jr.
O'Brien, John D.
Olson, Lyndon L., Jr.
Oney, Thomas
Oswalt, Vicki

Pallito, Patti
Pearson, Gerry Lee
Perry, Nancy F.
Peters, Kenneth J.
Peterson, M. M.
Phillips, Buckler
Pontarelli, Kenneth
Pulis, Brenda J.
Quinn, Timothy Michael
Ragland, Stephen N.
Ranger, Rheal R.
Reilly, William K.
Reyes, Paul H
Ridloff, Jason
Rod, Kelli A.
Saito, Kano
Sarich, Gregory S.
Sarver, Kolten
Sawyer, Hugh E.

Sen, Samudra
Shapard, Robert S.
Shibata, Yoshinobu
Smidt, Jonathan D.
Smith, Donald B.
Smith, Ken
Speed, Wesley R.
Spence, Norman C.
Stengel, Amy
Stevens, Cheryl B.
Stewart, John C.
Strauss, Thomas M.
Stuckey, Shawn
Suzuki, Shigemitsu
Szlauderbach, Stanley J.
Taccino, Michael, Jr.
Thompson, Von Wade
Trimble, R.D.
Tulloh, Brian T.

Vazquez, Gabriel V.
Walker, Jeffrey J.
Warren, Autry L.
Watson, Clifford A.
Wentzell, David G.
Williams, C. Michael
Williams, E. Michael
Williams, Glenn W.
Williams, Michael E.
Williams, Patrick
Williamson, Billie Ida
Winston, Lisa M.
Wortham, Richard W., III
Wright, Andrew M.
Young, John F.
Youngblood, Kneeland
Zucchet, Steven J.

# SCHEDULE 1(d)

## **Banks**

Bank of America NA
Bank of New York Mellon, The
Bank of Oklahoma
Bank of Texas
Chase Investments
Citibank
Deutsche Bank
Fidelity Institutional Money Market Funds - Government Portfolio
First National Bank of Granbury
Goldman Sachs Financial Square Government Fund
Invesco ATST Premier U.S. Government Money Portfolio
JPMorgan Chase Bank NA
JPMorgan Chase Bank NA (IL)
JPMorgan Chase Bank NA (NY)
JPMorgan Chase Bank NA (OH)
JPMorgan Chase Bank NA (TX)
JPMorgan Chase through Met Life
M&T Bank
Morgan Stanley Government Portfolio
Western Asset Institutional Government Fund

# SCHEDULE 1(e)

## Bondholders (Secured)

A.J. Sloane & Co.
Ahab Capital Management Inc.
AllianceBernstein LP (US)
Allianz Global Investors US LLC
American Century Investment Management
    Inc.
Anchorage Capital Group LLC
Angelo Gordon & Co.
Angelo Gordon & Co. LP - Private Account
Appaloosa Management LP
Archview Investment Group LP
Arrowgrass Capital Partners (US) LP
Artio Global Management LLC
Avenue Capital Management II LP
Aviary Capital Enterprises Inc.
Aviva Investors North America Inc.
Babson Capital Management LLC
Bank of Oklahoma
Barclays Capital Inc.
Benefit Street Partners LLC
Benida Group LLC, The
BlackRock
BlackRock Advisors LLC
Blue Mountain Capital Management LLC
BlueCrest Capital Management (New York)
    LP
BlueCrest Multi Strategy Credit Master
    Fund Ltd.
BMO Asset Management Inc.
Brigade Capital Management LLC
Brownstone Investment Group LLC
Candlewood Investment Group LP
Citi Private Bank
Claren Road Asset Management LLC
Claren Road Credit Master Fund Ltd.
Claren Road Credit Opportunities Master
    Fund Ltd.
Credit Suisse Securities (USA) LLC
Credit Value Partners LP
CSS LLC
Cyrus Capital Partners LP
Cyrus Capital Partners LP (US)

Danske Bank A/S (Asset Management)
Davidson Kempner Partners
DDJ Capital Management LLC
Deutsche Bank AG, New York Branch
Deutsche Bank Securities Inc.
Deutsche Investment Management Americas
    Inc.
DuPont Capital Management Corp.
Eaton Vance Management Inc.
Ellis Lake Capital LLC
Euroclear Bank
Federated Investment Management Co.
Fidelity Management & Research Co.
Fifth Street Capital LLC
Franklin Advisers Inc.
Franklin Advisors Inc.
Franklin Mutual Advisers LLC
Fubon Asset Management Co. Ltd.
Global Credit Advisers LLC
GoldenTree Asset Management LP (US)
Goldman Sachs
Gracie Asset Management
GSO Capital Partners LP
Hartford Investment Management Co.
Hotchkis & Wiley Capital Management
    LLC
HSBC Wealth Management Services
    (Private Account)
ING Financial Markets LLC
ING Investment Management LLC
Intermarket Corp.
Invesco PowerShares Capital Management
    LLC
JP Morgan
JP Morgan Investment Management Inc.
JP Morgan Private Bank
JP Morgan Securities LLC
JP Morgan Securities LLC (Broker)
JP Morgan Whitefriars Inc.
KS Management Corp.
Logan Circle Partners LP
Loomis Sayles & Co. LP

Lord Abbett & Co. LLC
MacKay Shields LLC
Magnetar Financial LLC
Marathon Asset Management
Marathon Asset Management LP
Mariner Investment Group LLC
Merrill Lynch Pierce Fenner & Smith Inc.
(Broker)
MetLife Investment Advisors Co. LLC
MFS Investment Management
Morgan Stanley & Co. LLC
Mount Kellett Capital Management LP
MSD Capital LP
Muzinich & Co. Inc.
Nomura Corporate Research & Asset
Management Inc. (US)
Nomura Securities International Inc.
Nuveen Asset Management LLC
Oak Hill Advisors LP
Oaktree Capital Management LP
Omega Advisors Inc.
Onex Credit Partners LLC
OppenheimerFunds Inc.
Otlet Capital Management LP
OZ Management LP
Pacific Life Fund Advisors LLC
Phoenix Investment Adviser LLC
PIMCO
PIMCO - Pacific Investment Management
Co.
Pine River Capital Management LP
Pioneer Investment Management Inc.
PPM America Inc.
Principal Global Investors LLC
ProFund Advisors LLC

Prudential Investment Management Inc.
Putnam Investment Management LLC
RBC Capital Markets LLC
RBS Securities Inc.
Redwood Capital Management LLC
Regiment Capital Advisors
Salient Advisors LP
Scottish Widows Investment Partnership
Ltd.
Seix Investment Advisors LLC
Solus Alternative Asset Management LP
Standard Life Investments (USA) Ltd.
State Street Global Advisors (SSgA)
Strategic Income Management LLC
Susquehanna Capital Group
Symphony Asset Management LLC
Taconic Capital Advisors LP
Talamod Asset Management LLC
Third Avenue Management LLC
Thrivent Asset Management LLC
UBS Global Asset Management (Americas)
Inc.
UBS O'Connor LLC
UBS Securities LLC
Van Eck Associates Corp.
Vanguard Group Inc., The
Walnut Street Associates
WAMCO
Water Island Capital LLC
Waterstone Capital Management LP
Wells Capital Management Inc.
Western Asset Management Co.
York Capital Management Global Advisors
LLC
Ziff Brothers Investments LLC

# SCHEDULE 1(f)

## Bondholders (Unsecured)

AEGON USA Investment Management LLC
AllianceBernstein LP (US)
American Century Investment Management Inc.
Archview Investment Group LP
Arrowgrass Capital Partners (US) LP
Avenue Capital Management II LP
Avenue Investments LP
Barclays Capital Inc.
Berkshire Hathaway Inc.
Blackrock
BlackRock Advisors LLC
BlueCrest Capital Management (New York) LP
Blue Mountain Capital Management LLC
BlueCrest Multi Strategy Credit Master Fund Ltd.
Brigade Capital Management LLC
Brownstone Investment Group LLC
Capital Research & Management Co. (US)
Chou Associates Management Inc.
Claren Road Asset Management LLC
Commerz Markets LLC
Contrarian Capital Management LLC
Credit Suisse Asset Management LLC (US)
Credit Suisse Securities (USA) LLC
CSS LLC
Cyrus Capital Partners LP
Cyrus Capital Partners LP (US)
Danske Bank A/S (Asset Management)
Deutsche Bank AG, New York Branch
Deutsche Bank Securities Inc.
Deutsche Investment Management Americas Inc.
DO S1 Ltd.
Energy Future Holdings
Energy Future Intermediate Holdings
Euroclear Bank
Fairway Fund Ltd.
Feingold O'Keeffe Capital LLC
Fidelity Management & Research Co.

Fifth Street Capital LLC
Footprints Asset Management & Research Inc.
Fore ERISA
Fore Multi Strategy Fund Ltd.
Fore Research & Management LP
Franklin Advisers Inc.
Franklin Advisors Inc.
Franklin Mutual Advisers LLC
GAMCO Asset Management Inc.
Garland Business Corp.
Global Bond Investors SA
GoldenTree Asset Management LP (US)
Gracie Asset Management
GSO Capital Partners LP
HighTower Advisors LLC
Hudson Bay Capital Management LP
JP Morgan
JP Morgan Investment Management Inc.
JP Morgan Securities LLC
JP Morgan Whitefriars Inc.
LMA SPC
Loomis Sayles & Co. LP
Lord Abbett & Co. LLC
Luminus Management LLC
Manulife Asset Management (US) LLC
MAP 89 Segregated Portfolio
Marathon Asset Management
Marathon Asset Management LP
MatlinPatterson Global Advisers LLC
Merrill Lynch Pierce Fenner & Smith Inc.
Morgan Stanley Smith Barney LLC
MSD Capital LP
Murphy & Durieu LP
Newfleet Asset Management LLC
Nomura Corporate Research & Asset Management Inc. (US)
Nuveen Asset Management LLC
Oaktree Capital Management LP
Omega Advisors Inc.
P. Schoenfeld Asset Management LP
Pacific Life Fund Advisors LLC

Patton Albertson & Miller LLC
Penn Mutual Life Insurance Co. (Asset Management)
PFA Kapitalforvaltning Fondsmæglerselskab A/S
Phoenix Investment Adviser LLC
PIMCO
PIMCO - Pacific Investment Management Co.
Pine River Capital Management LP
Pine River Credit Relative Value Master Fund Ltd.
Pine River Fixed Income Master Fund Ltd.
Pine River Master Fund Ltd.
Pine River Opportunistic Credit Master Fund LP
Prudential Investment Management Inc.
Putnam Investment Management LLC
RBC Capital Markets LLC
RBS Securities Inc.
Relative Value Partners LLC

RidgeWorth Capital Management Inc.
Salient Advisors LP
SG Americas Securities LLC
Silver Rock Financial LLC
Solus Alternative Asset Management LP
Standard Bank PLC
State Street Global Advisors (SSgA)
Sterne Agee & Leach Inc.
Stockcross Financial Services Inc.
Third Avenue Focused Credit Fund
Third Avenue Management LLC
Third Avenue Trust
UBS O'Connor LLC
UBS Securities LLC
USAA Asset Management Co.
W.R. Huff Asset Management Co. LLC
Walnut Street Associates
Whitebox Advisors LLC
York Capital Management Global Advisors LLC

# SCHEDULE 1(g)

## Contractual Counterparties

10301 Vista Apartments LLC
10400 Sandpiper Apartments LLC
11911 Park Texas Apartments LLC
1201 Louisiana Co. LP
1201 Oaks of Brittany Apartments LLC
12500 Plaza Apartments LLC
1401 Elm Street Condominium Association
16001 Cotillion Apartments LP
2013 Multi-Family Real Estate Fund I LLC
2016 Main Owners Association Inc.
2730 Lafferty Street Apartments LP
321 Partners Ltd.
3B Dozer Service
3M Co.
4101 Pointe Apartments LLC
4150 North Macarthur Boulevard
4Front Engineered Solutions Inc.
500 Jefferson Tower (TX) LLC
5900 Crystal Springs Apartments LLC
601 Jefferson Tower (TX) LLC
667 Maxey Village Apartments LLC
7600 Royal Oaks Apartments LLC
7-Eleven Inc.
99 Cents Only Stores Texas Inc.
A.J. Bart Inc.
AB Mauri Food Inc.
ABB Inc.
Aberfeldy Properties Inc.
Abilene Christian University
Accenture
Ace Cash Express Inc.
Acuity Brands Lighting Inc.
Ada Carbon Solutions (Red River) LLC
ADM Investor Services Inc.
Advance Polybag (Texas) Inc.
Advanced Neuromodulation Systems Inc.
Advanced Pedestals Ltd.
Advent Cleaning Technology Inc.
Aegis
AEP Energy Partners LP
AER Manufacturing LP
Agero Connected Services Inc.

AIG Rail Services Inc.
Air Express International USA Inc.
Air Liquide Electronics US LP
Airtricity Forest Creek Wind Farm LLC
Akzo Nobel Functional Chemicals LLC
Albemarle Corp., a Virginia Corp.
Alcoa
Alcon Laboratories Inc.
Alcon Research Ltd.
Alimak Hek Inc.
All Saints Episcopal School
All Saints Episcopal School of Tyler
Allen Independent School District (TX)
Alliance Center - East Association
Alliance Drilling Fluids LLC
Allied Cambridge LP
Allied Electronics Inc.
Allied Petrochemical LLC
Alloy Casting Co. Inc.
Alman Construction Services
Alpha Coal Sales Co. LLC
Al's Formal Wear of Houston Ltd.
Alside Ennis Extruded Products Co.
Alstom Power Inc.
Altamonte II Ltd.
Alvin Community College
Amalgamate Processing Inc.
Amalgamate Processing Ltd.
Amaz Property Management USA Inc.
American Airlines Inc.
American Equipment Co. Inc. (AMECO)
American Film & Printing Ltd.
American General Life Insurance Co.
American Industrial Minerals LLC
American Multi-Cinema Inc.
American Porcelain Enamel Co. of Dallas
American Residential
American Spincast Inc.
American Wind Power Center
Amerimont Partners LP
Ameripower LLC
Ameron International - FCPD-Centron

ANA Properties LLC
Analytic Stress Relieving Inc.
Android Industries LLC
Angelina & Nacogdoches WCID
Anna Independent School District
Apache Corp.
Applabs Tech Pvt Ltd.
Applabs Technologies Pvt Ltd.
Applied Industrial Technologies Inc.
Aquatic Co.
Aramark Uniform Services
Aransas County Independent District (TX)
Arch Coal Sales Co. Inc.
Areva Enrichement Services LLC
Areva NC Inc.
Armet Dale Street LP
Arp Independent School District (TX)
Arrowhead Operating Inc.
Artco-Bell Corp.
Asbury Automotive Group Inc.
Ashcraft-European Bakery LP
Asher Media Inc.
Ashford TRS Sapphire VI LLC
Ashford TRS Sapphire VII LLC
Ashland Specialty Chemical Co.
Aspenwood Apartment Partners LP
Asset 1250 Mockingbird LP
Associated Materials Inc.
Atco Rubber Products Inc.
Atlas International Laundry & Dry
Atmos Energy Corp.
Atmos Pipeline-Texas
Attentus Bonham LP
Atwood Distributing GP LLC
Austin Coca Cola Bottling Co.
Austin College
Autobahn Imports LP
Autohaus LLC
Automatic Systems Inc.
Axon Pressure Products Inc.
Axon Solutions Inc.
B.G. Construction
B27 Resources Inc.
Babcock & Wilcox
Baikowski Malakoff Inc.
Baker Hughes Oilfield Operations Inc.

Ball Metal Beverage Container Corp.
Bandag
Bank of New York Mellon Trust Co., The
Bank of New York, The
Bank One Travel Card
Barclays Bank PLC
Baron Investments Ltd.
Bates Container LLC
Baylor Health Care System
Baylor Medical Center at Carrollton
Baylor Richardson Medical Center
Baylor University
Baywind Condominium Association
BC Operating Inc.
Behringer Harvard Burnet Plaza LP
Bell County WCID 3
Bell Helicopter Textron Inc.
Benchmark Industrial Services
Bendco
Beneficial Power LLC
Benetech Inc.
Benetech Inc.
Berkeley First City LP
Best Brands Corp.
BHP Billiton
Bimbo Bakeries USA Inc.
Birdsong Peanuts
Birdville Independent School District (TX)
Blaylock Industries
Blue Cross & Blue Shield
Blueknight Energy Partners LP
Bluewater Thermal Services
BNG Apartments Inc.
BNP Paribas Energy Trading GP
BNSF Railway Co.
BNSF Railway Co. - Coal
Boardwalk Motor Sports LLC
Boaz Energy LLC
Bobcat Bluff Wind Project LLC
Boca Springs LP
Bodycote Thermal Processing Inc.
Boeing Co., The
Boise Packaging & Newsprint LLC
Bollman Industries
Bonsal American Inc.
Bopco LP

Boral Material Technologies Inc.
Borden Dairy Co. of Texas LLC
BorgWarner TorqTransfer Systems Inc.
Bosqueville Independent School District
Bottom Line Food Processors Inc.
Boy Scouts of America
BP Energy Co.
Braeswood Oaks Apartments LLC
Brass Craft Western Co.
Brazos Electric Power Cooperative Inc.
Brazos Presbyterian Homes Inc.
Brazos River Authority - BRA
Brazos Valley Groundwater Conservation
    District
Brazos Wind LP
Breck Operating Corp.
Bridgestone Bandag LLC
Brilliant Energy LLC
Broadridge Output Solutions Inc.
Broadridge Securities Processing
Broan-Nutone Storage Solutions LP (Post)
Brookbend Inc.
Brougher Inc.
Brownwood Housing Authority (TX)
Buckskin Mining Co.
Buffalo Industrial Supply Inc.
Building Materials Corp. of America
Bunge Oils Inc.
Burns & McDonnell Engineering Co.
Business Jet Center Ltd.
Busycon Properties LLC
Butler Materials
Buttons LLC
BVP Veranda Place LP
Caballo Coal Co.
Cadeco Industries Inc.
Caldwell Foundation, The
California Spray Dry
California State Teachers' Retirement
California State Teachers' Retirement
    System
Calpine Energy Services LP
Caltex Feed Yard Inc.
Calvary Cathedral Inc.
Cambridge - Plano Partners MOB IV LP
Cambridge Arlington LP

Cambridge Nassau Bay LP
Cambridge Oaks
Cambridge Walnut Hill LP
Cameco Inc.
Cameron International Corp.
Canberra Industries Inc.
CapGemini America Inc.
Capital One
Caremark PCS Health LLC
Cargill Inc.
Cargill Power Markets LLC
Carlingford Apartments LLC
Carlisle Coatings & Waterproofing Inc.
Carpenter Co.
Carter Chambers LLC
Catalina Tempering - Texas Inc.
Caterpillar Financial Services Corp.
Caterpillar Global Mining Equipment LLC
CBM One LLC
CCMH Houston AP LLC
CCMH Houston Galleria LLC
CCMH Potomac LLC
CCMH Quorum LLC
Cedar Hill Independent School District (TX)
Celina Independent School District (TX)
Centennial Beverage Group LLC
Center Operating Co. LP
Centerpoint Energy Services Inc.
CenterPoint Energy Transition Bond Co. II
    LLC
Central Texas College
Central Texas Corrugated
Central Texas Water Supply
Central Transport International Inc.
Centrifugal Castings Inc.
Certainteed Corp.
Cesco Inc.
CF Chefs Inc.
CF Products LLC
CG Properties LLC
Champion Cooler Corp.
Chandler, City of (AZ)
Chaparral Steel Midlothian LP
Chapel Hill Independent School District
    (TX)
Charles Needham Industries Inc.

Charleston, The
Charming Charlie Inc.
Chemical Process & Production Inc.
Chesapeake Energy Corp.
Chesapeake Energy Marketing Inc.
Chevron Natural Gas, a division of Chevron
    USA Inc.
Chico Coffman Tank Trucks Inc.
Chief Adhesives Inc.
Children's Medical Center of Dallas
Chilton Independent School District
Choice Energy Services
Christus Spohn Health System Corp.
CIMA Energy Ltd.
Cimbar Performance Minerals Inc.
Cintas Corp.
Circle 10 Council
Citibank NA
Citigroup Energy Inc.
Clarewood House Inc.
Claye AP3 Investments LLC
Clean Energy
Clearview Electric Inc.
Clearview International LLC
Clements Nut Co.
Cletex Trucking Inc.
Cloud Peak Energy Resources LLC
Clyde Bergemann Inc.
Coastal Foods Inc.
Coca Cola Enterprises
Coca-Cola Bottling of North Texas
Coca-Cola Co., The
Cockrell Printing Co.
Cody Energy LLC
Coffee Process Technology Corp.
COG Operating LLC
Cohesive
College of the Mainland
Collier Metal Specialties Ltd.
Colonial Savings FA
Comanche Independent School District (TX)
Commons on Edgebrook LLC
Computer Engineering Services
Computer Sciences Corp.
Comverge Inc.
Conecsus LLC

Congress Holdings Ltd.
Connell Equipment Leasing Co.
ConocoPhillips Co.
Consolidated Metal Technologies LLC
Constellation Energy Commodities Group
    Inc.
Constellation New Energy - Gas Division
    LLC
Contract Powder Coating Inc.
Control Products Corp.
ConverDyn
Convergent Outsourcing
Cook Children's Medical Center
Cooper Aerobics Enterprises Inc.
Coors Distributing Co. of Fort Worth
Coral Energy Canada Inc.
Coral Energy Resources LP
Coral Island Partners Ltd.
Core Laboratories Ltd.
Corrections Corp. of America
Corsicana Technologies Inc.
Cott Beverages Inc.
Courtlandt Square Ltd.
Courtyard by Marriott LP
Cox Fence Fitting Co.
Cox Industries Inc.
Cox's Foodarama Inc.
Cracker Barrel Old Country Store Inc.
Crane Nuclear
Credit Suisse Energy LLC
Credit Suisse International
Crestwood Midstream Partners LP
Crocker Reclamation
Cronus Texas Properties LLC
Crown Cork & Seal USA Inc.
CRV PCM Portfolio II LP
Cryovac Inc.
CTE Entertainment LP
CTI Foods Holding Co. LLC
Cullen Continental II Co. LP
Cummins Southern Plains Ltd.
Cyclone Enterprises Inc.
Cypress Fairbanks Independent School
    District (TX)
Cytec Engineered Materials Inc.
D.R. Horton Inc.

Dads Club Swim Team Inc.
Dairy Pak - a Division of Blue Ridge Paper
    Products Inc.
Daisy Brand LLC
Dal-Air Investment Castings Inc.
Dallas Bar Association
Dallas City Packing Inc.
Dallas Convention Center Hotel
Dallas Country Club
Dallas County Water Control &
    Improvement District
Dallas CPT Fee Owner LP
Dallas Flat Glass Distributors Inc.
Dallas Medical Center LLC
Dallas Morning News Inc., The
Dallas Nephrology Associates
Dallas Woman's Club, The
Dallas World Aquarium Corp., The
Dallas, City of (TX)
Dal-Tile Corp.
Dan-Loc LLC
Dannon Co. Inc.
Darling International Inc.
Daryl Flood Inc.
Data Exchange
Data Systems & Solutions LLC (Rolls
    Royce)
DB Energy Trading LLC
Dealers Electrical Supply
Dean Gilbert Inc.
Deep Elem Real Estate LLC
Deer Horn Aviation Ltd. Co.
Delaware Public Utility Commission
Delaware, State of
Delek Refining Ltd.
Dell Inc.
Dell Marketing LP
Dell USA LP
Deloitte & Touche
Delta Centrifugal Corp.
Delta Petroleum Inc.
Denbury Onshore LLC
Denco of Texas Inc.
Denison Industries Inc.
Derbyshire Investments LLC
Design Tech Homes Ltd.

Deutsche Bank AG
Deutsche Bank Trust Co. Americas
Devon Gas Services LP
Dewind Frisco LLC
DIAB Inc.
Diamondback Management Services Ltd.
Digital - Bryan Street Partnership LP
Dillard Store Services Inc.
Direct Energy LP
Direct Fuels LLC
Display Source Design & Factory Ltd.
Diversified Ceramics Corp.
DLR Restaurant Group Inc.
Do It Best Corp.
Dolgencorp of Texas Inc.
Dollins Pecan Co. Inc.
Don Miguel Mexican Foods Inc.
Double-E Inc.
Doyenne Constructors LLC
Dr. Pepper Bottling Co. of Texas
DRH Worthington Tenant General
DRH Worthington Tenant LP
DST Output Central LLC
DTE Energy Trading Inc.
Duncanville Independent School District
    (TX)
Durham Pecan Co.
Earthgrains Baking Cos. Inc.
Eastex Forest Products
Eastex Lumber & Supply LLC
Eastland Memorial Hospital
EBAA Iron Inc.
Eckel Manufacturing Co. Inc.
Ecolab Inc.
Economy Mud Products Co.
EDF Trading North America LLC
Edward Don & Co.
EECU
EGS Electrical Group LLC
El Campo, City of (TX)
El Dorado Way Condominium Association
El Paso Energy Service Co.
El Paso Natural Gas Co.
Electric Reliability Council of Texas Inc.
    (ERCOT)
Elm Street Portfolio LP

EMC Corp.
Enbridge Energy Partners LP
Encore Wire Corp.
Enduro Composites Inc.
Energy America LLC
Energy Transfer Fuel LP
EnergySolutions Services Inc.
EnerVest Operating LLC
Enhanced Powder Coating LLC
Ensuren Corp.
Enterprise Products Operating LLC
Enterprise Texas Pipeline
Equant Inc.
ER Solutions Inc.
Ergon Asphalt & Emulsions Inc.
Ernst & Young LLP
ESL Construction Ltd.
Essent Healthcare Inc.
Essilor of America Inc.
ETC Katy Pipeline Ltd.
ETC Marketing Ltd.
Etech Inc.
Ethicon Inc., a Johnson & Johnson Co.
Examination Management Services Inc.
Exelon Generation Co. LLC
Extended Stay
F.L. Motheral Co.
Fairfield, City of (TX)
Falcon Resources Inc.
Falcon Steel Co.
Falls of Deer Park LP
Family Dollar Distribution LLC
Family Dollar Stores of Texas LLC
Fantome Tower LP
Federal Home Loan Bank
Federation of State Medical Boards, The
Fehr Foods Inc.
Fiberspar Linepipe LLC
Fidelity Real Estate Co. LLC
Finley Resources Inc.
First Baptist Church of Midland Texas, The
First Co.
First Tennessee Bank National
First Union Rail Corp, a Wells Fargo Co.
Fiserv Solutions Inc.
Fisher Controls International LLC

FL Smidth Airtech Inc.
Flagship Rail Services LLC
Flake Industrial Services Inc.
Flanders Electric Inc.
Fleischmann's Yeast
Flexible Foam Products Inc.
Flint Hills Resources LP
Florestone Products Co.
Florida Power & Light Co.
Flour Bluff Independent School District
Flowers Baking Co. of Houston LLC
Fluor Enterprises Inc.
Fluor Global Services
Forest Creek Wind Farm LLC
Forge USA
Fort Bend Independent School District (TX)
Fort Worth Aluminum Foundry Inc.
Fort Worth Club of Fort Worth
Fort Worth Community Credit Union
Fort Worth Housing Authority
Fort Worth Independent School District
Fort Worth Laundry & Dry Cleaners Inc.
Forward Manufacturing Co.
Fossil Creek Land Partners Inc.
Fossil Partners LP
Four Seasons Hotel Houston
FPG-DMT Harwood LP
FPL Energy Pecos Wind I LLC
FPL Energy Pecos Wind II LLC
FPL Energy Power Marketing Inc.
Frank Kasmir Associates Inc.
Frank Kent Motor Co.
Frazier & Frazier Industries Inc.
Freepoint Commodities LLC
Fresnel Technologies Inc.
Friedkin Cos. Inc.
Fritz Industries Inc.
Frontier General Insurance Agency
Fry at Grand Inc.
FSI International Inc.
FSP Westchase LLC
FTI Industries Inc.
G&K Services
Gaidos of Galveston Inc.
Gainesville Foundry Inc.
Galderma Laboratories LP

Galperti Inc.
GAP Roofing LP
GAP Roofing of Texas LLC
Garland, City of (TX)
Gatesco QM Ltd.
GATX Corp.
GATX Financial Corp., Rail Division
GC Packaging LLC
GCR Truck Tire Centers Inc.
GE Foodland Inc.
Genecov Group Inc., The
General Aluminum Corp.
General Dynamics OTS (Garland) LP
General Magnaplate Texas Inc.
General Motors LLC
Genesys Telecommunications Laboratories
    Inc.
Georg Fischer Central Plastics LLC
George W, Bush Foundation, The
Georgetown Healthcare System
Georgia-Pacific Corrugated LLC
Gerdau Ameristeel
Gerland Corp.
GH Partners LLC
GIT Heritage IV TX LLC
Gleco Plating Inc.
Global Innovation Corp.
Global Rail Systems Inc.
Globix Rolling Creek LLC
Goat Wind LP
Golden Leaf Inc.
Goldman Sachs & Co.
Goldsmith, City of (TX)
Gorman Milling Co. Inc.
GPI Real Estate Management Corp.
GPI Spectrum LLC
Grace Presbyterian Ministries
Graham Packaging Co. LP
Graham, City of (TX)
Grande Communications Networks LLC
Grandview, City of (TX)
Granite Weslayan Partners Ltd.
Granite Westchase Partners Ltd.
Grapevine DCJ LLC
Green Tree Country Club Inc.
Greene Tweed & Co. I LP

Greif Inc.
Griffs of America Inc.
Grocers Supply Co. Inc., The
Gruma Corp.
GSC Enterprises Inc.
GSHS Administrative Services Organization
Guardian Equity Management LLC
Gulf Coast Waste Disposal Authority
Gulf South Pipeline Co. LP
Gulfstream Aerospace LP
Guy Brown Management LLC
GYB Management Services LLC
H&M Resources LLC
H.B. Fuller Co.
H.E.F. Houston LP
Halliburton Energy Services Inc.
Hanson Pipe & Precast LLC
Hanson Pipe & Products, Pressure Pipe
    Division
Harbison-Fischer Manufacturing Co.
Har-Conn Aerospace Inc.
Har-Conn Chrome Co. of Texas, The
Harlans Supermarkets Inc.
Harvest Management Sub LLC
Hawk Installation
HBSN Investment Co. LLC
HCL America Inc.
HCM Utah Inc.
HCRI Dallas Medical Facility LLC
HCRI Nassau Bay Medical Facility LLC
HCRI Plano Medical Facility LLC
HDR Engineering Inc.
Head Start of Greater Dallas Inc.
Headwaters Resources Inc.
HealthSouth Corp.
HealthTrust Purchasing Group LP
Heath, City of (TX)
HEB Grocery Co. LP
Henry Co.
Hensley Industries Inc.
Heritage Apartments
Heritage Bag Co.
Heritage Hotels Rockport LLC
Heritage Madison Tri Associates LP
Hermosa Group LLC
Hewitt Ennisknupp Inc.

Hewlett Packard
HHC TRS Portsmouth LLC
Highland Park Presbyterian Church
Highlands Educational Corp., The
Hilite Industries
Hilite Industries Automotive LP
Hillcrest Baptist Medical Center
Hill-Lake Gas Storage LP
Hilton DFW
Hilton Houston Post Oak
Hines Louisiana Walker One LP
Hines REIT 2800 Post Oak LP
Hi-Pro Feeds Inc.
HK Capital LLC
HM Dunn Co. Inc.
HM Equity Management LLC
Hobas Pipe USA LP
Hobbs Leasing Inc.
Hohman Associates LLC
Holcim (Texas) LP
Hollinee Filtration
Hollinee LLC
Holly Hall Townhomes Homeowners
    Association Inc.
Holt Cat
Holt Texas Ltd.
Holtec International
Hood Flexible Packaging Corp.
Hopkins County Memorial Hospital
Hotel Adolphus
Hotel Inter-Continental Dallas
Houston County WCID #1
Houston Pipe Line Co. LP
Houston Pizza Venture LP
Houston Plating & Coatings LLC
HPT TRS MRP Inc.
HTC Industries
Hubbard Feeds Inc.
Hudson Products Corp.
Hulen Office Plaza Partners Ltd.
Humphrey & Associates Inc.
Hunt Memorial Hospital District
Hunter Panels LLC
HVM LLC
Hydro Conduit of Texas LP
Hydrocarbon Exchange Corp.

Iberdrola Energy Services LLC
Iberdrola Renewables Inc.
IBM Corp.
Ice Embassy Inc.
iCrossing Inc.
IFS Industries Inc.
Igloo Products Corp.
Ignite Restaurant Group Inc.
Imperial Landing
IN-105 Heritage III LLC
Independence Hall Mutual Housing
    Association
Independent Bankers Financial Corp.
Independent Pipe Products Inc.
Indian Mesa Wind Farm LLC
Indian Rubber Co. Inc.
Industrial Lubricant Co.
Infinite Electric LLC
Ingersoll-Rand Co. - Trane/ASBS
Inland American Lodging Dallas Akard
    TRS LP
Inspiring Body of Christ Church
Intecom
Integrated Power Services LLC
Integrated Test Corp.
Integrity Ashford Court LLC
Integrity Pointe LLC
Intelligent Epitaxy Technology Inc.
Interceramic Manufacturing Inc.
Interim Management Group Inc.
Intermex Products USA Ltd.
International Paper Co.
Interstate Forging Industries
Invensys Process Systems
Inwood Manor Condominium Association
Iowa Park, City of (TX)
IPROC Dallas LLC
Irving Bible Church of Irving Texas
Irving, City of (TX)
ista North America Inc.
ITC Management Co. Inc.
Itochu Corp.
J Mac Tool Inc.
J&S Construction LLC
J. Aron & Co.
J.M. Davis Inc.

J.P. Morgan Securities LLC
Jacinto City, City of (TX)
Jacintoport International LLC
Jacksboro Independent School District (TX)
Jacksboro, City of (TX)
Jacksonville, City of (TX)
Jagoe-Public Co.
Jalapeno Tree Holdings LLC
James O Carter Enterprises Inc.
Jaster-Quintanilla Dallas LLP
JAW Equity Management LLC
Jeld-Wen Windows & Doors
JNJ Apartments Inc.
Jones-Blair Co.
Jostens Inc.
JPMorgan Chase Bank NA
Jpmorgan Ventures Energy Corp.
Juniper Chimney Rock Ltd.
Kansas City Southern (KCS) Railway
Kansas City Southern Railway - Coal
KapStone Container Corp.
Katoen Natie Gulf Coast Inc.
Katy Independent School District (TX)
Katy Motels Inc.
Kemlon Products & Development
Kennedale Independent School District
Kerrville Public Utility Board (TX)
Key Equipment
Kimberly-Clark Corp.
Kinder Morgan Inc.
Kinder Morgan Tejas Pipeline LLC
Kinder Morgan Texas Pipeline LLC
KLTV
KMR Park at Willowbrook LLC
KNG Enterprises Inc.
Koch Materials Co.
Kode Novus I LLC
Kode Novus II LLC
Kodiak Management Co. LLC
Kone Inc.
Koral Industries Inc.
Kroger Co.
KTRK Television Inc.
KW Industries Inc.
Kwikset Corp.
L-3 Communications

L-3 Communications Integrated Systems LP
Laboratory Corp. of America
Laboratory Tops Inc.
Lafayette Green Apartments
Laguna Tubular Products Corp.
Lake Country Church
Lalani Lodging Inc.
Lamar Council of Owners, The
Lance Inc.
Land O'Lakes Purina Feed LLC
Land Rover Dallas LP
Landers Machine Co.
Landes Foods LLC
LaSalle National Leasing Corp.
LB Crescent City LP
LB Crescent Park LP
LCRA Transmission Services Corp.
Leaman Building Materials Inc.
Lee College District
Leeland Baking Co. LLC
Leggett & Platt Inc.
Leonora Glen LLC
Leon's Fine Foods Inc.
Leo's Foods Inc.
Lewis Operating Corp.
Lexington Acquiport Colinas LP
LG Apartments LLC
LH 2007 Properties LLC
Liberty Carton Co.
Liberty Tire Recycling LLC
Life Outreach International
Lincoln Technical Institute Inc.
Lindale Rural Water Supply Corp.
Little Pringle 1 LLC
Little Pringle 2 LLC
Loch Energy Square LP
Lockheed Martin Corp.
Lockheed Martin Services Inc.
Lone Star Beef Processors LP
Lone Star Fasteners LLC
Lone Star Industries Inc.
Lonestar Consulting Group LLC, The
Louisiana Energy Services
LPC GSA LLC
LSA - Cleanpart Texas LP
LSG Acquisition Corp.

LST Heat Treating LLC
LTP Inc.
LTTS Charter School Inc.
Luminator Holding LP
M Crowd Restaurant Group Inc.
M&H Crates Inc.
M&L Fort Worth Partners Ltd.
MAALT LP
Mabank, City of (TX)
Mac Haik Chevrolet Ltd.
Macquarie Energy LLC
Macquarie Futures USA Inc.
Macquarie Futures USA LLC
Mac's Snacks Inc.
Madden Galvanizing LLC
Madix Inc.
Magnolia Independent School District (TX)
Mainstream Venture Ltd.
Malones Food Stores LLC
Mamo Enterprises
Marb Farms
Marco Co. LP, The
Mario Sinacola & Sons
Marketing Management Inc.
Marriott 2012 - Housing Horizons LLC
Marriott Corp., The
Marriott12 - HPT TRS MI-135 Inc.
Marsh, Tony C.
Martens, Henry S.
Martin Linen Supply Co.
Martin Sprocket & Gear Inc.
Martindale Feed Mill
Mary Kay Inc.
Mastercraft Business Forms Inc.
Masterfoods USA, a Division of Mars Inc.
Master-Halco Inc.
Mattel Inc.
McDonald Technologies
McKinney Independent School District (TX)
McKinney, City of (TX)
McLennan County Fair Inc.
MEMC Electronic Materials (SW) Inc.
Memorial Medical Center
Menard Independent School District (TX)
Menil Foundation Inc.
Merico Abatement Contractors Inc.

Merrill Lynch Capital Services Inc.
Merrill Lynch Commodities Inc.
Merrill Lynch Pierce Fenner & Smith
Merritt Hawkins & Associates
Mesquite Independent School District (TX)
Mestek Inc.
Metco Environmental Inc.
Methodist Hospitals of Dallas
Metrocrest Hospital Authority
Metroplex Adventist Hospital Inc.
Mexico, Consulado General de / Mexico,
    Consulate General of
Michael Angelo's Gourmet Foods Inc.
Microsoft Licensing GP
Mid-East Texas Groundwater Conservation
    District
Midway ISD
Millwood Hospital LP
Mine Service Ltd.
Mission Foods
Missouri MPP
Mitek Corp.
Mitsui Rail Capital LLC
Modesto Tallow Co.
Mohawk Labs, Div. NCH Corp.
Moody Gardens Inc.
Morgan Stanley Capital Group Inc.
Morgan Stanley Capital Services LLC
Mori Seiki USA Inc.
Moritz Chevrolet Ltd.
Moritz Partners LP
Morningstar Foods Inc.
Mortex Products Inc.
Mosaic Marina LP
Moss Bluff Hub Partners LP
Mother Parkers Tea & Coffee USA Ltd.
Motiva Enterprises LLC
Movie Tavern Inc.
MP Industries Inc.
MSA Development LLC
Muenster Milling Co.
Munich Re Trading Ltd.
Munro's Uniform Services LLC
Munters Corp.
Muscatine Power & Water
Museum of Nature & Science

MW Crow Inc.
N.J. Malin & Associates LLC
Nachas Inc.
Nacogdoches County Hospital District
Nacogdoches Memorial Hospital
Nalco Co.
Nan Ya Plastics Corp. USA
National Bank of Central Texas
National Gypsum Co.
National Pump & Compressor
National Rail Car Inc.
National Tank Co.
Natural Gas Exchange Inc.
Navarro College
Navarro Pecan Co. Inc.
Navika Capital Group LLC
Navistar Inc.
Neches & Trinity Groundwater
    Conservation District
Nestle USA Inc.
New Alenco Window Ltd.
New Breed Logistics Inc.
New Edgebrook LP
New NGC Inc.
New Radha Krishna Properties of Houston
    LLC
New Rama Krishna Properties LLC
New Sita Ram Properties of Houston LLC
New South-West Baking Co.
New York Mercantile Exchange
New York, State of
Newell Rubbermaid Inc.
NextEra Energy Power Marketing LLC
Nichimen America Capital Corp.
Nieman Printing Inc.
Nissan Motor Acceptance Corp.
Noble Americas Gas & Power Corp.
Norbord Texas (Nacogdoches) Inc.
North Texas Health Care Laundry
    Cooperative Association
Northeast Texas Municipal Water District
Northeast Texas Power Ltd.
Northern Trinity Groundwater Conservation
    District
Northgate Arinso
NorthgateArinso Inc.

Northwest Assistance Ministries
Northwest Senior Housing Corp.
Northwood University
NRG Power Marketing Inc.
NRG Power Marketing LLC
NuCompass Mobility Services Inc.
Nucor Steel, a Division of Nucor Corp.
Nueva Villa Apartment LLC
Oak Lawn Realty Inc.
OakBend Medical Center
Oasis Pipeline LP
Odfjell Terminals (Houston) Inc.
OFT Enterprises Inc.
Oil City Iron Works Inc.
Oil States Industries Inc.
Oldcastle Building Envelope Inc.
Ole Mexican Foods Inc.
Omni Hotels Management Corp.
One Allen Center Co. LLC
Oneok Energy Services Co. LP
Oracle Corp.
Orda Corp.
Otis Elevator Co.
Owens Foods Inc.
Ozburn-Hessey Logistics LLC
Packaging Corp. of America
Pactiv LLC
Palestine Independent School District
Palmetto Mining Inc.
Palms at Rolling Creek
Papa Johns USA Inc.
Parc Plaza Apartments LP
Park at Willowbrook
Park Houston Housing Partners LLC
Park Place Tyler Healthcare LLC
Parker College of Chiropractic
Parker-Hannifin Corp.
Paseo Operating Partners Ltd.
Patterson Brothers Meat Co. Inc.
Paul Broussard & Associates Inc.
Paymentech LP
PC Village Apartments Dallas LP
PCCR USA Inc.
Peabody COALSALES Co.
Peabody Coalsales LLC
Peabody COALTRADE Inc.

Peabody Coaltrade LLC
Pearsall Independent School District
Pecan Deluxe Candy Co.
Pecan Plantation Owners Association Inc.
Pentair Valves & Controls Inc.
Pepsico Inc.
Performance Contracting Inc.
Perini-Grapevine Inc.
Permocast Corp.
Perry & Perry Builders Erectors
Perstorp Coatings Inc.
PHCC-Paramount Healthcare Co. LLC
Phoenix Gas Pipeline Co.
Pied Piper Pet Foods LLC
Pier 1 Imports (US) Inc.
Pierce Construction Inc.
Pilgrim's Pride Corp.
PIM Highland Holding LLC
Pinnacle Technical Resources Inc.
PKWW Ltd.
Plano Conservatory Ltd.
Poco Graphite Inc.
Point 2 Point Global Security Inc.
Poly-America LP
Ponder, City of (TX)
Ponderosa Joint Powers Authority
Port Isabel, City of (TX)
Post Oak TX LLC
Potamkin North Freeway HY LP
Power Control Systems Engineering Inc.
Powerfoam Insulation
PP&L Inc.
PPG Architectural Finishes Inc.
PPL Energy Plus LLC
PPM Energy Inc.
Prairelands Groundwater Conservation
    District
PRC Environmental Inc.
Preferred Freezer Services
Premium Waters Inc.
Presbyterian Village North
Price International Inc.
PricewaterhouseCoopers LLP
Prince Minerals Inc.
Priority Power Management LLC

Professional Compounding Centers of
    America
Professional Installation Network Inc.
Progressive Inc.
Pro-Steel Inc.
Proton Therapy Center, The
Provident Commercial Group
Pryzant Management Inc.
PSPA Investments LLC
Public Utility Commission of Texas
Pulido Associates Inc.
PVI Industries Inc.
PVI Industries LLC
Pyco Industries Inc.
QFC Plastics Inc.
Q-Tech Heat Treat Inc.
Qualawash Holdings LLC
Quality Powder Coating I LLC
Questech Services Corp.
Quilted Care Operations LLC
Quorum International LP
R&R Restaurant Group LLC
R.K. Hall Construction Ltd.
R.R. Donnelley & Sons Co.
Railroad Commission of Texas
Railworks Track Systems
Rainbow Energy Marketing Corp.
Ralls Wind Farm LLC
Rama Northwood Villas LLC
Rama Trails of Woodlake LLC
Rangen Inc.
Ranger Excavating LP
Ray Huffines Chevrolet Inc.
Ray W. Davis Consulting Engineers Inc.
Raytheon Systems Co.
Razzoos Inc.
Realtex Housing Management LLC
Realty Associates Fund IX LP, The
Rearden Capital Corp.
Rectorseal Corp., The
Red Ball Oxygen Co. Inc.
Red River Groundwater Conservation
    District
Red River Pump Specialists LLC
Reed Minerals, a Division of Harsco Corp.
REG Houston LLC

Regal Oil Inc.
Regulus Group LLC
Related Forrester LLC
Reliance National Risk Specialist
Renfro Foods Inc.
Renfro Industries Inc.
Republic Services Procurement Inc., a
	division of Republic Services Inc.
Rexel
Reynolds Asphalt & Construction Co.
RGJ Apartments Inc.
RHE Hatco Inc.
Richards Group, The
Richardson Hospital Authority
Richemont North America Inc.
Ridley USA Inc.
Rinker Materials
River Oaks Baptist Church
River Oaks, City of (TX)
Rivercrest Independent School District
Riviana Foods Inc.
RLJ Fort Worth Hotel Lessee
Roberts & Hammack Inc.
Rockdale Blackhawk LLC
Rockwall Regional Hospital LLC
Rockwell American Manufacturing Co. Inc.
Rockwell Management Corp
Rodeo Plastic Bag & Film Inc.
Roman Catholic Diocese of Dallas
Romco Equipment Co
Rotary Drilling Tools USA LP
Royal Seating Ltd.
RSI Home Products Manufacturing Inc.
Rudy's Food Products Inc.
Rusk County Groundwater Conservation
	District
Russell & Sons Construction Co. Inc.
Russell Stover Candies Inc.
Rutledge Extreme Designs LLC
RVB Apartments Inc.
Ryan C Hoerauf Inc.
Ryan Partnership
RYLA Investments LP
S Starnes H LP
S&B Engineers & Constructors Ltd.
Sachem Inc.

Safety Kleen Services Inc.
SAF-Holland USA Inc.
Saint-Gobain Ceramics & Plastics Inc.
Saint-Gobain Vetrotex America Inc.
Salesforce.com
Salzgitter Mannesmann Stainless Tubes
	USA Inc.
Samsung Austin Semiconductor LP
San Saba Pecan LP
Sanden International (USA) Inc.
Sanderson Farms Inc.
Sansom Park, City of (TX)
Santander Consumer USA Inc.
Saveonenergy.com
Schirm USA Inc.
Schumacher Co. LLC
Schwan's Global Supply Chain Inc.
SCI Funeral & Cemetery Purchasing Coop
Scott & White Memorial Hospital
Screening Systems International
Scurry County Wind II LLC
Seagoville, City of (TX)
Sebring Apartments LLC
Securitas Security Services USA
Security Finance Corp.
Seismic Energy Products LP
Sellers Bros Inc.
Sempra Energy Trading LLC
Sequent Energy Management LP
Service Transport Co.
Seven Acres Jewish Senior Care Services
	Inc.
Shamrock Industries Inc.
Shannon Medical Center
Shaw Maintenance
SHC-KPH LP
Shell Energy North America (US) LP
Shell Federal Credit Union
Sheraton Dallas
Sheraton Hotel
Sherman/Grayson Hospital LLC
Shermco Industries Inc.
Shermco Industries Inc.
Sherwin Williams
Sherwood Equity LLC
SHI

Shin Properties Ltd.
Shriners Hospitals for Children-Houston
Siaram Rolido Parque LLC
Siemens Energy Inc.
Sierra Lease (Short Term)
Sigels Beverages LP
Simeus Foods International Inc.
Simpson Strong-Tie Co. Inc.
Sitel Operating Corp.
Sivalls Inc.
SK Properties LLC
SMBC Rail Services LLC
SMI Energy LLC
Smith, Vance
Snider Industries LLP
Sofia Enterprises LP
Sojitz American Capital Corp.
Solar Turbines Inc.
Solo Cup Operating Corp.
Solutionset
Sonoco Products Co.
South Limestone Hospital District
South Texas Affordable Properties Corp.
Southeastern Freight Lines Inc.
Southern California Gas Co.
Southern Crane & Elevator
Southern Foods Group LLC
Southern Methodist University
Southern Tire Mart
Southern Trinity Groundwater Conservation
    District
Southlake, City of (TX)
Southline Metal Products Co.
Southwest Airlines Co.
Southwest Atrium Offices Ltd.
Southwest Canners of Texas Inc.
Southwest Coca-Cola Bottling Co.
Southwest Deli Group Inc.
Southwest Energy LP
Southwest Heat Treat Services LLC
Southwest Metal Treating Corp.
Southwest Real Estate Enterprises LC
Southwest Shipyard LP
Specialty Property Ltd.
Specialty Retailers Inc.
SPR Packaging LLC

Spring Hill Apartments
Spring Independent School District (TX)
SPX Corp.
St. Joseph's Regional Health Center Inc.
Stafford Municipal School District (TX)
Standard Meat Co.
Stanley Black & Decker Inc.
Stanley Mechanics Tools
Star Electricity Inc.
StarPak Corp.
Star-Telegram Inc.
Star-Telegram Operating Ltd.
State Farm Life Insurance Co.
Statewide Cotton Co.
Steag Energy Services LLC
Sterilite Corp.
Steritec Inc.
Sterling Bay Inc.
Stevens Transport Inc.
Stewart & Stevenson
STMicroelectronics Inc.
Stolt-Nielsen USA Inc.
StonCor Group Inc.
Stone Mountain Properties LLC
Stress Engineering Services Inc.
Structural & Steel Products
Suburban Farms Inc.
Sugar Land Ice & Sports Center
Suhm Spring Works Inc.
Sun Coast Resources Inc.
Sungard Consulting Services Inc.
Sungard Energy Systems
Sungard Energy Systems
Sungard Energy Systems
Sunstone Cowboy Lessee LP
Sunstone Longhorn Lessee LP
Superior Drillpipe Manufacturing Inc.
Superior Essex Communications LP
SuperMedia LLC
Sure Cast Inc.
Swarco/Reflex Inc.
Sweetlix
Sweetwater Wind 1 LLC
Sweetwater Wind Power LLC
SWHT LLC
Swiff-Train Co. LLC

Swiss Re Risk Solutions Corp.
SWSC - Hurst LP
Sylvania Industrial Park Inc.
SystemsGroup Inc.
Taco Bueno Restaurants LP
Taggart Global LLC
Tanglewilde Townhomes Homeowners
    Association Inc.
Tarco of Texas Inc.
Targa Gas Marketing LLC
Tarrant County College District (TX)
Tarrant Regional Water District (TX)
Tatoosh LP
TDS Excavation Services
Team Excavating
Technical Chemical Co.
Teco-Westinghouse Motor Co.
Temple Baptist Church, The - Odessa
TENAM
Tenaska Gas Storage LLC
Tenaska Marketing Ventures
Tenaska Power Services Co.
Tenet Healthcare Corp.
Tenet HealthSystems Medical Inc.
TENEX
Tex Corr LP
Texas Big Spring LP
Texas Building Products Inc.
Texas College
Texas Commission on Environmental
    Quality - TCEQ
Texas Department of Criminal Justice
Texas Electric Cooperatives Inc.
Texas Energy Operations LC
Texas Energy Transfer Co. Ltd.
Texas Gas Transmission LLC
Texas Health Presbyterian Hospital - WNJ
Texas Health Resources Inc.
Texas Heat Treating Inc.
Texas Hospital for Advanced Medicine
Texas Instruments Inc.
Texas Interfaith Housing Corp.
Texas Juvenile Justice Department
Texas Lime Co.
Texas Masonry Supply Inc.
Texas MPP

Texas Municipal Power Agency
Texas Rehabilitation Hospital
Texas Scottish Rite Hospital for Children
Texas Tech University Health Science
    Center
Texas Textile Services Ltd.
Texas Tile Manufacturing LLC
Texas Tower Ltd.
Tex-La Electric Cooperative of Texas Inc.
    ("Tex-La") Project 301
Tex-La Electric Cooperative of Texas Inc.
    ("Tex-La") Project 302
Texla Energy Management Inc.
Texoma Community Center
Texpac Hide & Skin Ltd.
Texstars Inc.
Texwood Industries LP
Thermal Specialties Inc.
Thomas Steel Drums Inc.
Three Rivers Operating Co. LLC
Threshold Arbor Ridge LP
Time Warner Entertainment Co. LP
Titus County Freshwater Supply District
T-N-T Engineering Inc.
Tomball Texas Hospital Co. LLC
Tommy Swanson Oil Co. Inc.
Tom's Foods Inc.
Total Gas & Power North America Inc.
Tower Extrusion Ltd.
Toys R Us-Delaware Inc.
TPUSA Inc.
Tractebel LNG North America Service
    Corp.
Trafigura AG
Transactel (Barbados) Inc.
Transport Service Co.
Transwestern
Transwestern
TRC Recreation LP
Treemont Retirement
Trend Offset Printing Services Inc.
Trent Wind Farm LP
Trinity Asphalt Inc.
Trinity Bend Services LP
Trinity Forge Inc.
Trinity Industries Inc.

Trinity MC LLC
Trinity River Authority
Trinity River Authority of Texas
Trinity Valley Foods Inc.
Triple D Uniform Rental Inc.
Triquint Semiconductor Texas LP
Triumph Aerostructures - Vought Aircraft
    Division
Triumph Aerostructures LLC
Triumph Fabrications - Fort Worth Inc.
Troup Independent School District (TX)
Troup, City of (TX)
Truman Arnold Cos.
Turner Industries Group LLC
Twin Creeks Medical Center One LP
Twin Eagle Resource Management LLC
Twin Restaurant Investment
TXI Operations LP
TXON Partners LLC
TXU 2007-1 Leasing LLC
Tyler Ford Ltd.
Tyler Pipe Co., a Division of McWane Inc.
UBS AG
Unarco Material Handling Inc.
Unimin Corp.
United Air Lines Inc.
United Electric Co.
United Regional Health Care Systems Inc.
United States Army Corps of Engineers
United States Enrichment Corp. (USEC)
United States Nuclear Regulatory
    Commission
United Way of Tarrant County
Universal Blanchers LLC
Universal Blastco
Universal Display & Fixtures Co. Inc.
University of Houston
University of Houston-Clear Lake
University of Texas Health Science Center
    at Houston
University of Texas Southwestern Medical
    Center at Dallas, The
University Park Partnership I Ltd.
Upper Trinity Groundwater Conservation
    District
UrAsia Energy

Urenco Enrichment Co. Ltd.
URS Corp.
US Bank Global Trust Services
US Bank NA
US Corrugated of Mesquite LLC
US Galvanizing LLC
US Ply Inc.
US Silica Co.
USMD Hospital at Fort Worth LP
USMD Hospital of Arlington LP
V&M Star
Valero Texas Power Marketing Inc.
VAM Drilling USA Inc.
VAM USA LLC
Vanguard Permian LLC
VBL Investments Corp
Veolia Environmental Services - Industrial
    Services
Vertis Inc.
ViewPoint Bank NA
Visible Changes Inc.
Vitol Inc.
VXI Global Solutions Inc.
VXL Houston Properties LLC
W.T. Byler Co.
W2007 MVP Dallas LLC
Waco, City of (TX)
Wahlco Metroflex
Wallace Theater Corp. II
Walsh & Watts Inc.
Warfab
Warrington Condominium, The
Warwick Towers Council of Co-Owners,
    The
Washington Gas Energy Services Inc.
Watco Cos. Inc.
Waters Partners LLC
Watson & Chalin Manufacturing Inc.
Waukesha-Pearce Industries Inc.
Weatherford Artificial Lift Systems LLC
Weatherford International Inc.
Weaver Manufacturing Co. Inc.
Wells Fargo Bank Northwest NA
Wells Fargo Dealer Services Inc.
Wesley, Kyle Scott
West Afton LLC

West Texas Municipal Power Agency
Westbury Housing Partners LP
Westchase Park View Landings Ltd.
Western Container Corp.
Western Extrusions Corp.
Western of Texas Forge & Flange Co.
Western Texas College
Westhill Place LP
Westinghouse Electric Co. LLC
Westview Drive Investments LLC
Whitmore Manufacturing Co., The
Whitson Foods LP
Willbanks Metals Inc.
William Marsh Rice University
Williamson Printing Corp.
Wills Point, City of (TX)
Wilmington Trust Co.

Wilsonart International Inc.
Wilsonart LLC
Wingo Feed Mill Inc.
Wire Forms Inc.
WireCo WorldGroup Inc.
Wise Regional Hospital Authority
Wm Renewable Energy LLC
WMI Merger Co. LLC
WoodsEdge Community Church
Worksoft Inc.
Worsham Steed Gas Storage LP
WPX Energy Marketing LLC
WTCC Houston Investors V LP
WTCC Houston Mezz GP V LLC
York Properties of Houston LLC
YRC Enterprises Services Inc.

# SCHEDULE 1(h)

## Debtholders

1776 CLO I
2367 - Western Asset Management High
    Income Portfolio Inc.
2497 - Pimco Income Strategy Fund II
3023 - VRS Bank Loan Portfolio
383 Madison Funding
3i Debt Management
3i Debt Management Investments Ltd.
3i Debt Management US LLC
40/86 Advisors
40/86 Strategic Income Fund
AAA Northern California Nevada & Utah
    Insurance Exchange
ABCLO 2007-1 Ltd.
Aberdeen Asset Management
Aberdeen Loan Funding Ltd.
Abry Partners
ACA CLO 2005-1 Ltd.
ACA CLO 2006-1 Ltd.
ACA CLO 2006-2 Ltd.
ACA CLO 2007-1 Ltd.
ACA Management LLC
ACIS CLO 2013 2 Ltd.
ACP Master Ltd.
Advanced Series Trust - AST High Yield
    Portfolio
Advanced Series Trust: AST J.P. Morgan
    Strategic Opportunities Portfolio
Advent Capital Management
Advent Global Opportunity Master Fund,
    The
Aegon Custody BV RE MM High Yield
    Fund
AEH CB LP
AFR - Fidelity Advisor Series I: Fidelity
    Advisor Floating Rate High Income
    Fund
AG Centre Street Partnership LP
AG Diversified Credit Strategies Master LP
AG Global Debt Strategy Partners LP
AG Super Fund International Partners LP
Ahab Capital Management

AIM Floating Rate Fund
Aimco CLO Series 2005-A
Aimco CLO Series 2006-A
Aladdin Capital
Alcentra
Alden Global Adfero BPI Fund Ltd.
Alden Global Distressed Opportunities
    Master Fund LP
Alliance Capital
AllianceBernstein LP
Allstate Life Insurance Co.
Alzette European CLO SA
American AgCredit
American Funds Insurance Series - B Fund
American Funds Insurance Series High
    Income Bond Fund
American Health Life Insurance Co.
American High-Income Trust
American Money Management
Ameriprise Certificate Co.
Ameriprise Financial Inc.
Amherst CLO Ltd.
Amundi Alternatives Advent Global
    Opportunity Master Fund
AN Invest CLO II Ltd.
Anchorage Capital LLC
Anchorage Capital Master Offshore Ltd.
Andromeda Global Credit Fund Ltd.
Angelo Gordon & Co.
ANS US Holdings Ltd.
Aon Investment Consulting Inc.
APG Asset Management
Apidos Capital Management LLC
Apidos CDO I
Apidos CDO II
Apidos CDO III
Apidos CDO IV
Apidos CDO V
Apidos CDO VI
Apidos Cinco CDO
Apidos Quattro CDO
Apollo Capital

Apollo Centre Street Partnership LP
Apollo Credit Funding I Ltd.
Apollo Credit Opportunity Fund III LP
Apollo Franklin Partnership LP
Apollo Global Management LLC
Apollo Management Holdings LP
Apollo Special Opportunities Managed
    Account LP
Apollo SPN Investments I Credit LLC
Arch Investment Holdings IV Ltd.
Arch Reinsurance Ltd.
Ares Institutional Loan Fund BV
Ares Management LLC
Ares Strategic Investment Management LLC
Ares Strategic Investment Partners III LP
Ares Strategic Investment Partners Ltd.
Ares XII CLO Ltd.
Ares XXII CLO Ltd.
Arizona State Retirement System
Arrowgrass Capital Partners LLP
Arrowgrass Distressed Opportunities Fund
    Ltd.
Arrowgrass Master Fund Ltd.
Arrowood Indemnity Co.
Artio Global High Income Fund
Artio Global High Income Group Trust
    Fund
Artio Global Management LLC
Ascension Health
Asset Allocation & Management Co.
Associated British Foods Pension Scheme
Atrium III
Atrium IV
Atrium V
Aucara Heights Inc.
Aurelius Capital Management LP
Aurelius Capital Master Ltd.
Aurelius Opportunities Fund II LLC
AustralianSuper
Automobile Club of Southern California
    Pension Plan
Avenue Capital Group
Avenue Capital Management
Avenue CLO Fund Ltd.
Avenue CLO II Ltd.
Avenue CLO III Ltd.

Avenue Investments LP
BA/CS Credit 1 LLC
Babson Capital Europe
Babson Capital Loan Strategies Master Fund
    LP
Babson Capital Management
Baker Street CLO II Ltd.
Baker Street Funding CLO 2005-I Ltd.
BALC - Ballyrock CLO II Ltd.
Bank of America Fund
Bank of America NA
Baptist Foundation of Texas
Barclays Bank PLC
Barclays Bank PLC, Cayman Islands Branch
Barclays Bank PLC, New York Branch
Battalion CLO 2007-I Ltd.
Battery Park High Yield Long Short Fund
    Ltd.
Battery Park High Yield Opportunity Master
    Fund Ltd
Battery Park High Yield Opportunity
    Strategic Fund Ltd.
Baycare Health System
BBT Capital Management
BC Unltd. LLC
Beach Point Capital
Beach Point Distressed Master Fund LP
Beach Point Loan Master Fund LP
Beach Point SCF 1 LP
Beach Point SCF IV LLC
Beach Point Select Master Fund LP
Beach Point Strategic Master Fund LP
Beach Point Total Return Master Fund LP
BeachPoint SCF Multi Port LP
Bell Atlantic Master Trust
Benefit Street Credit Alpha Master Fund
    Ltd.
Benefit Street Partners LLC
Benefit Street Strategic Fund Ltd.
Bennet Management Corp.
Bennett Offshore Restructuring Fund Inc.
Bennett Restructuring Fund LP
Bentham Wholesale Global Income Fund
Bentham Wholesale Syndicated Loan Fund
Beta Equities Inc.
Big River Group Fund SPC Ltd.

Bill & Melinda Gates Foundation Trust
Birch Capital Fund SPC Limited Bond
    Segregated Portfolio
BIS Postal Services Act 2011 Co. Ltd.
Black Diamond Capital Management LLC
Black Diamond CLO 2005-2 Ltd.
Blackrock Debt Strategies Fund Inc.
Blackrock Defined Opportunity Credit Trust
Blackrock Financial Management
Blackrock Floating Rate Income Strategies
    Fund Inc.
Blackrock Floating Rate Income Trust
Blackrock Funds II Blackrock Floating Rate
    Income Portfolio
Blackrock Global Investment Series: Income
    Strategies Portfolio
Blackrock Limited Duration Income Trust
Blackrock Secured Credit Portfolio of
    Blackrock Funds II
Blackrock Senior Floating Rate Portfolio
Blackstone Debt Advisors
Blackstone Special Funding (Ireland)
BLT 2009-1 Ltd.
BLT 24 LLC
BLT 27 LLC
BLT 33 LLC
BLT 36 LLC
BLT 42 LLC
BLT 8 LLC
BLT I LLC
Blue Crescent Fund LP
Blue Falcon Ltd.
Bluebay Asset Management
Bluecrest Capital
Bluecrest Capital International Master Fund
    Ltd.
Bluecrest Multi Strategy Credit Master Fund
    Ltd.
BOC Pension Investment Fund
Boeing Co. Employee Retirement Plans
    Master Trust Investment Control Pool
Bond Fund of America, The
Boston Harbor CLO 2004-1
Boston Income Portfolio
BPC Opportunities Fund LP
Brentwood CLO Ltd.

Brevan Howard Asset Management LLP
Brevan Howard Credit Catalysts Master
    Fund Ltd.
Brevan Howard Master Fund Ltd.
BRF Senior Income LP
Brigade Capital Management LLC
Brigade Credit Fund II Ltd.
Brigade Distressed Value Master Fund Ltd.
Brigade Leveraged Capital Structures Fund
    Ltd.
Brigade Opportunistic Credit Fund 16 LLC
Brigade Opportunistic Credit Fund ICL LP
Brigade Opportunistic Credit LBG Fund
    Ltd.
Broad Street Funding LLC
Brookfield Investment Management Inc.
BTG Pactual GLB Asset Management
BTG Pactual Global Asset Management
Bushnell Loan Fund II Subsidiary Holding
    Co. II LLC
California Public Employees Retirement
    System
California State Teachers Retirement
    System
Callidus Debt Partners CLO Fund III
Camulos Capital
Canaras Capital
Canaras Summit CLO Ltd.
Candlewood Credit Value Master Fund II
    LP
Candlewood Investment Group
Candlewood Special Situations Master Fund
    Ltd.
Canyon Partners
Capital Research
Capital Ventures International
Carl Marks Management
Carl Marks Strategic Investments LP
Carlson Capital
Carlyle Azure CLO Ltd.
Carlyle Bristol CLO Ltd.
Carlyle Daytona CLO Ltd.
Carlyle High Yield Partners IX Ltd.
Carlyle High Yield Partners VII Ltd.
Carlyle High Yield Partners VIII Ltd.
Carlyle High Yield Partners X Ltd.

Carlyle Investment Management LLC
Carlyle McLaren CLO Ltd.
Carlyle Partners
Carlyle Veyron CLO Ltd.
Carval Investors LLC
Caspian Capital LP
Castle Garden Funding
Castle Hill Asset
Castle Holdings Trust 1
Castle Holdings Trust 2
Castlerigg Master Investment Ltd.
Caterpillar Financial
Caywood-Scholl Capital Management
CCP Acquisition Holdings
CCP Credit Acquisition Holdings LLC
CELF Advisors LLP
Cent CDO 10 Ltd.
Cent CDO 12 Ltd
Cent CDO 14 Ltd
Cent CDO 15 Ltd
Cent CDO XI Ltd.
Centerbridge Credit Advisors LLC
Centerbridge Group
Centerbridge Partners
Centerbridge Special Credit Partners II LP
Centerbridge Special Credit Partners LP
Central States Southeast & Southwest Areas
    Health & Welfare Fund
Central States Southeast & Southwest Areas
    Pension Fund
Centurion CDO 8 Ltd.
Centurion CDO 9 Ltd.
Cetus Capital LLC
CFIM Hybrid Tri-Asset Fund
Chatham Asset Management
Chi Operating Investment Program L P
Childrens Healthcare of Atlanta Inc.
Chimney Rock Investments
Chrysler LLC Master Retirement Trust
CIFC Asset Management
CIFC Deerfield
Citadel Investment Group
Citadel Securities Trading LLC
Citibank Hold (SLT)
Citibank NA
Citibank-Distressed Secondary

Citigroup Financial Products Inc.
Citigroup Global Markets Inc.
Citigroup Pension Plan
City of New York Group Trust
CLF Finance Co. LLC
Clinton Group
Clover1 Loan Funding LLC
Club Pension Plan
Clydesdale CLO 2003 Ltd.
Clydesdale CLO 2007 Ltd.
CO Moore LP
COA Caerus CLO Ltd.
COA CLO 2010-2 Sub CBNA LLC
Coca Cola Co. Master Retirement Trust, The
COF II ST LLC
Columbia Funds Series Trust II Columbia
    Floating Rate Fund
Columbia Funds Variable Series Trust II
    Variable Portfolio
Columbia Management Investment Advisers
    LLC
Columbia Strategic Income Fund
Columbia Strategic Income Fund Variable
    Series
Commercial Industrial Finance Corp.
Commingled Pension Trust Fund (High
    Yield Bond) of JPMC Bank NA
Commingled Pension Trust Fund (High
    Yield) of JPMorgan Chase Bank NA
Confluent 2 Ltd.
Confluent 4 Ltd.
Conning Asset Management
Conocophillips Master Trust
Constellation Capital
Consumer Program Administrators Inc.
Contrarian Funds LLC
Cornell University
Corporate Debt Opportunities Fund LP
Cortland Capital Market
Credit Capital Investments LLC
Credit Suisse
Credit Suisse Alternative Capital Inc.
Credit Suisse Asset Management LLC
    (CSAM)
Credit Suisse Asset Manager
Credit Suisse Capital LLC

Credit Suisse Dollar Senior Loan Fund Ltd.
Credit Suisse Floating Rate High Income Fund
Credit Suisse Global Hybrid Income Fund
Credit Suisse High Income Fund
Credit Suisse Loan Funding LLC
Credit Suisse Strategic Income Fund
Credit Suisse Syndicated Loan Fund
Credit Suisse, Cayman Islands Branch
Credit Value Master Fund III LP
Credit Value Partners Distressed Duration Master Fund LP
Credit Value Partners LP
Crescent 1 LP
Crescent Alternative Credit Partners LP
Crescent Capital Group LP
Crescent Senior Secured Floating Rate Loan Fund LLC
CRS Master Fund LP
CSAA Insurance Exchange
CVC Credit Partners
CVF Lux Securities Trading SARL
CVI CVF II Lux Securities Trading SARL
CVI GVF CLO 1 Ltd.
CVIC II Lux Securities Trading SARL
CVIC Lux Securities Trading SARL
CWD OC 522 Master Fund Ltd.
Cyrus Capital Partners LP
Cyrus Opportunities Master Fund II
Cyrus Select Opportunities Master Fund Ltd.
DBSO Limited CDO Corp.
DCF Capital LLC
DCF Partners LP
DDJ Capital Management LLC
De Meer
Deep Value Hedged Income
Delaware Corporate Bond Fund A Series, Delaware Group Income Funds
Delaware Diversified Income Trust
Delaware Group Foundation Funds, Delaware Conservative Allocation Portfolio
Delaware Group Foundation Funds, Delaware Moderate Allocation Portfolio
Delaware Group Income Funds - Delaware Diversified Floating Rate Fund
Delaware Group Income Funds, Delaware High-Yield Opportunities Fund
Delaware Investments
Delaware Pooled Trust - The Core Pl Fixed Income Portfolio
Delaware VIP Trust - DE VIP High Yield Series
Delaware VIP Trust - Delaware VIP Limited-Term Diversified Income Series
Deutsche Asset Management
Deutsche Asset Management Syndicate
Deutsche Bank
Deutsche Bank - FM
Deutsche Bank AG, Cayman Islands Branch
Deutsche Bank AG, London Branch
Deutsche Bank AG, New York Branch
DiMaio Ahmad Capital LLC
Diversified Credit Portfolio Ltd.
DK Acquisitions Partners LP
Doral Bank
Dow Employees Pension Plan
Dow Retirement Group Trust
Drawbridge Investment Ltd.
Drawbridge Special Opportunities Fund LP
Drawbridge Special Opportunities Fund Ltd.
Duane Street CLO 1 Ltd.
Duane Street CLO II Ltd.
Duane Street CLO III Ltd.
Duane Street CLO IV Ltd.
Duane Street CLO V Ltd.
DW Investment Management LP
Eastland CLO Ltd.
Eaton Vance
Eaton Vance - Grayson & Co. Fund
Eaton Vance Floating Rate Income Fund
Eaton Vance High Yield
Eaton Vance Institutional Senior Loan Fund
Eaton Vance International (Cayman Islands) Floating-Rate Income Portfolio
Eaton Vance Limited Duration Income Fund
Eaton Vance Management
Eaton Vance Medallion Floating-Rate Income Portfolio
Eaton Vance Prime Fund Inc.

Eaton Vance Senior Floating-Rate Trust
Eaton Vance Senior Income Trust
Eaton Vance Short Duration Diversified
     Income Fund
Eaton Vance VT Floating-Rate Income
     Fund
Eaton Vance-Floating Rate Income Trust
Elliott Associates LP
Elliott International Capital Advisors Inc.
Elliott International LP
Ellis Lake Capital LLC
Ellis Lake Master Fund LP
Emerson Place CLO Ltd.
Employees' Retirement Fund of The City of
     Dallas
Ensign Peak Advisors Inc.
Epic Asset Management
Equity Group Investments
Essex Park CDO Ltd
Estors CLO I Ltd.
Farmstead Capital Management
FCO MA Centre Street LP
FCO MA II UB Securities LLC
FCO MA III LP
FCO MA III UB Securities LLC
FCO MA LSS LP
FCO MA Maple Leaf LP
FCO MA ML Corp.
FCO MA SC LP
FCOF II UB Investments LLC
FCOF II UB Securities LLC
FCOF II UST LLC
FCOF III UB Investments LLC
FCOF UB Investments LLC
FCOF UST LLC
Fedex Corp. Employees Pension Trust
Feingold O`Keeffe
Fenwick Recovery Master Fund Inc.
Fernwood Associates LLC
Fernwood Foundation Fund LLC
Fernwood Restructuring Ltd.
FGOY Investments Corp.
FGOY Securities Ltd.
Fidelity Central Investment Portfolios LLC
Fidelity Floating Rate Central Fund

Fidelity Floating Rate High Income
     Investment Trust
Fidelity Investments
Fidelity Series Floating Rate High Income
     Fund
Fidelity Summer Street Trust
Fir Tree
First 2004-I CLO Ltd.
First Trust Advisors LP
First Trust High Yield Long Short ETF
First Trust Senior Floating Rate Income
     Fund II
First Trust Senior Loan Fund
First Trust Short Duration High Income
     Fund
First Trust Strategic High Income Fund II
First Trust Tactical High Yeild ETF
First Trust/Four Corners Senior Floating
     Rate Income Fund II
Firstenergy System Master Retirement Trust
Flagship CLO IV
Flagship CLO V
Flagship CLO VI
Fonds Voor Gemene Rekening
     Beroepsvervoer
Fore CLO Limited 2007-I
Fore Research
Fortress Credit Opportunities I LP
Fortress ETXU LLC
Fortress Investment Group LLC
Forum Funds
Founders Grove CLO Ltd.
Four Corners Capital Management
Franklin Advisors Inc.
Franklin Custodian Funds Inc.
Franklin Floating Rate
Franklin High Income Fund (Canada)
Franklin High Income Securities Fund
Franklin High Income Trust
Franklin Income Fund
Franklin Income Securities Fund
Franklin Institutional Global High Yield
Franklin Mutual Advisers LLC
Franklin Templeton Variable Insurance
     Products Trust
Franklin Universal Trust

Fraser Sullivan CLO V Ltd.
Fraser Sullivan Investment Management
FS Investment Corp.
FTS SIP Corp.
FTS SIP LP
Future Directions Credit Opportunities Fund
Future Fund Board of Guardians
Galaxy CLO 2003-1 Ltd.
Gallatin CLO II 2005-1 Ltd.
Gateway CLO Ltd.
General Board of Pension & Health Benefits of The United Methodist Church
General Electric Pension Trust
General Motors Canadian Hourly Rate Employees Pension Plan, The
General Motors Canadian Retirement Program For Salaried Employees, The
General Motors Hourly Rate Employes Pension Trust, The
General Retirement System of The City of Detroit
GIC Private Ltd.
GK Debt Opportunity Fund Ltd.
Gleneagles CLO Ltd.
Global Credit Advisers
GM Canada Foreign Trust, The
GMO
GMO Credit Opportunities Fund LP
GMO Mean Reversion Fund (Onshore)
Golden Knight II CLO Ltd.
Golden Tree
Goldentree Loan Opportunities III Ltd.
Goldentree Loan Opportunities IV Ltd.
Goldentree Loan Opportunities V Ltd.
Goldman Sachs Credit
Goldman Sachs Lending Partners LLC
Goldman Sachs Trust II Goldman Sachs Multi Manager Alternatives Fund
Golub Capital
Good Hill
Goodwin Capital Advisers
Government of Singapore Investment Corp. Pte Ltd.
Grand Horn CLO Ltd.
Granite Bay Long/Short Credit Master Fund LP

Grant Grove CLO Ltd.
Grayson & Co.
Grayson CLO Ltd.
Grayston CLO 2001-1
Great West Putnam High Yield Bond Fund
Greenbriar CLO Ltd.
Greyrock CDO Ltd.
Gruss Asset Management
Gruss Global Investors Master Fund (Enhanced) Ltd.
Gruss Global Investors Master Fund Ltd.
GSC Group CDO Fund VIII Ltd.
GSC Partners
GSC Partners CDO Fund IV Ltd.
GSC Partners CDO Fund V Ltd.
GSC Partners CDO Fund VII Ltd.
GSC Partners CDO Fund VIII Ltd.
GSO/Blackstone Debt Funds Management LLC
Guardian Loan Opportunities Ltd.
Guggenheim Portfolio Co. X LLC
Gulf Stream - Sextant CLO 2006-I Ltd.
Gulf Stream Compass CLO 2005-II Ltd.
Gulf Stream Sextant CLO 2007 1 Ltd.
Gulf Stream-Compass CLO 2007 Ltd.
Gulf Stream-Rashinban CLO 2006-1 Lt
Halcyon Loan Investors CLO I Ltd.
Halcyon Loan Investors CLO II Ltd.
Halcyon Restructuring
Halcyon SAM CLO 2008-II BV
Halcyon SAM European CLO 2007-1 BV
Halcyon SAM LS/SU 2007-1 Ltd.
Halcyon SAM LS/SU 2007-2 Ltd.
Halcyon SAM LS/SU CLO II Ltd.
Hampton Funding LLC
Harbourmaster Capital
Harbourview CLO 2006-I
Harch Capital Management
Harch CLO II Ltd.
Hartford Balanced Income Fund, The
Hartford Floating Rate Fund, The
Hartford High Yield Fund, The
Hartford High Yield HLS Fund, The
Hartford Strategic Income Fund, The
Hartford Unconstrained Bond Fund, The
Harvard Management

Harvest CLO V PLC
Hayman Capital
Hayman Capital Master Fund LP
HBK Investments LP
HBK Master Fund LP
Helios Advantage Income Fund Inc.
Helios High Income Fund Inc.
Helios High Yield Fund
Helios Multi Sector High Income Fund Inc.
Helios Strategic Income Fund Inc.
Hewett's Island CLO II Ltd.
Hewetts Island CLO VI Ltd.
Hewitt Ennisknupp Inc.
HFR RVA Advent Global Opportunity
    Master Trust
HIG Whitehorse Capital LLC
High Income Opportunities Portfolio
High Income Portfolio
Highbridge Capital
Highbridge International LLC
Highbridge Principal Strategies Credit
    Opportunities Master Fund LP
Highfields Capital Management
Highland Capital Management FM
Highland Capital Management LP
Highland Credit Opportunities CDO Ltd.
Highland Floating Rate Opportunities Fund
Highland Iboxx Senior Loan ETF
Highland Loan Master Fund LP
Highland Special Situations Fund
Highlander Euro CDO BV
Highlander Euro CDO II BV
HighVista Strategies
Hillmark Capital
Hillmark Funding Ltd.
Honeywell Common Investment
HSBC Wealth Management
Hugheson Ltd.
Hyperion Brookfield Asset Management
IBM Personal Pension Plan Trust
IDS Life Insurance Co.
IG Putnam US High Yield Income Fund
Igchys - IG FI Canadian Allocation Fund
Ignis Asset Management
Illinois State Board of Investment
Income Fund of America, The

Industries Pension Portfolio FMBA High
    Yield Obligationer 1
Industries Pension Portfolio FMBA High
    Yield Obligationer III
ING (L) Flex-Senior Loans
ING Capital LLC
ING International (II) - Senior Loans
ING Investment Management CLO II Ltd.
ING Investment Management CLO III Ltd.
ING Investment Management CLO IV Ltd.
ING Investment Management CLO V Ltd.
ING Investment Trust Co. Plan For
    Employee Benefit Investment Funds -
    Senior Loan Fund
ING Investments Management Co.
ING Prime Rate Trust
Innocap Fund SICAV PLC In Respect of
    Mason Sub Fund
Innocap Fund SICAV PLC In Respect of
    Russell Sub Fund
Intermarket Corp.
International Monetary Fund Retired Staff
    Benefits Investment Account
International Monetary Fund Staff
    Retirement Plan
International Paper Co. Commingled
    Investment Group Trust (Oaktree)
International Paper Co. Commingled
    Investment Group Trust (Wellington)
Interpolis Pensioenen Global High Yield
    Pool
Invesco Dynamic Credit Opportunities
Invesco Floating Rate Fund
Invesco Funds III-Invesco US Senior
Invesco Kampen Senior Loan Fund
Invesco Senior Income Trust
Invesco Senior Loan Fund
Invesco Senior Secured Management Inc.
Invesco Van Kampen Dynamic Credit
    Opportunities Fund
Invesco Van Kampen Senior Income
Invesco Zodiac Funds-Invesco US Senior
    Loan Fund
Investors Canadian High Yield Income Fund
Iowa Public Employees Retirement System

Iowa Public Employees' Retirement System
- IPERS (Oaktree)
Ivy Funds VIP High Income
Ivy High Income Fund
J. Caird Investors (Bermuda) LP
J. Caird Partners LP
Janus Capital Funds PLC
Janus Capital Funds PLC
Janus Capital Group
Janus US High Yield Fund
Jasper CLO Ltd.
Jaws Capital LP
Jefferies Capital
Jeffries High Yield
Jersey Street CLO Ltd.
JHF II Multi Sector Bond Fund
JHF II Short Duration Credit Opportunities
Fund
JHF II-Global High Yield Fund
JHYF 1 Loan Funding LLC
JMP Credit Advisors
John Hancock
John Hancock Fund II - Floating Rate
Income Fund
John Hancock Hedged Equity & Income
Fund
JP Morgan
JP Morgan Investment Management
JP Morgan Leveraged Loans Master Fund
LP
JP Morgan Whitefriars Inc.
JPM Chase
JPM Whitefriars Inc.
JPMBI RE Blackrock Bank Loan Fund
JPMC Retirement Plan Brigade Bank Loan
JPMorgan Asset Management
JPMorgan Asset Management-Cincinnati
JPMorgan Chase
JPMorgan Chase Bank NA
JPMorgan Chase Retirement Plan, The
JPMorgan Core Plus Bond Fund
JPMorgan Floating Rate Income Fund
JPMorgan High Yield Fund
JPMorgan Income Builder Fund
JPMorgan Strategic Income Opportunities
Fund

Julius Baer Global High Group Trust Fund
Julius Baer Global High Income Fund
Kaiser Foundation Hospitals
Kaiser Permanente Group Trust
Katonah Debt Advisors LLC
Katonah IX CLO Ltd.
Katonah VII CLO Ltd.
Katonah VIII Ltd.
Katonah X CLO Ltd.
KDP Asset Management
Kil Loan Funding LLC
Kildonan Castle
Kilimanjaro Advisors LLC
King Street Acquisition Co. LLC
King Street Capital Management LP
Kingsland Capital Management LLC
Kingsland I Ltd.
Kingsland II Ltd.
Kingsland III Ltd.
Kingsland IV Ltd.
Kingsland V Ltd.
KKR & Co. LP
KKR Asset Management LLC
KKR Debt Investors II (2006) (Ireland) LP
KKR Financial CLO 2005 2 Ltd.
KKR Financial CLO 2005-1 Ltd.
KKR Financial CLO 2006-1 Ltd.
KKR Financial CLO 2007-1 Ltd.
KKR Financial CLO 2007-A Ltd.
KKR Financial Holdings LLC
Kloiber Investments LLC
Knight Capital Group
Knight Libertas LLC
Knight Loans LLC
KS Capital Partners LP
KS International Master Ltd.
KS Management
KTRS Credit Fund LP
L-3 Communications Corp. Master Trust
Laguna Funding LLC
Landmark IX CDO Ltd.
Landmark V CDO Ltd.
Landmark VI CDO Ltd.
Landmark VII CDO Ltd.
Landmark VIII CLO Ltd.
LaSalle Bank NA

Latitude CLO I
Latitude CLO II Ltd.
Latitude CLO III Ltd.
Leveragesource III LP
Leveragesource III SARL
Leveragesource V SARL
LGT Multi Manager Bond High Yield USD
Liberty CLO
Liberty Mutual
Liberty Mutual Employees Thrift Incentive
    Plan
Liberty View Capital Managemant
Libertyview Capital
Libertyview Loan Fund LLC
Libra Global Ltd.
Life Insurance of The Southwest
Lightpoint CLO V Ltd.
Lightpoint CLO VII Ltd.
Lightpoint CLO VIII Ltd.
Lincoln National Life Insurance Co.
    Separate Account 12, The
Lincoln National Life Insurance Co.
    Separate Account 20, The
Lincoln Variable Insurance Products Trust -
    LVIP Delaware Foundation Moderate
    Allocation
Lincoln Variable Insurance Products Trust-
    The LVIP Delaware Foundation
    Conservative Allocation
Linden Advisors LLC
Linden Capital LP
Litespeed Management LLC
Litespeed Master Fund Ltd.
Littlejohn Opportunities Master Fund LP
LLT Ltd.
Loan Funding IV LLC
Loan Funding VII LLC
Loan Strategies Funding LLC
Lockheed Martin Corp. Master Retirement
    Trust
Loeb Capital Management
Logan Circle Partners LP
Lonestar Capital Management
Longhorn Capital DT LP
Longhorn Capital LP
Longhorn Credit Funding LLC

Loomis Sayles
Loomis Sayles Absolute Strategies Trust
Loomis Sayles Bond Fund
Loomis Sayles CLO I Ltd.
Loomis Sayles Strategic Alpha Trust
Loomis Sayles Strategic Income Fund
Lord Abbett
Lord Abbett Investment Trust - Floating
    Rate Fund
Lord Abbett Investment Trust-High Yield
    Fund
Los Angeles County Employees Retirement
    Association
Louisiana State Employees' Retirement
    System (JP Morgan)
Louisiana State Employees' Retirement
    System (Nomura)
LSR Loan Funding LLC
Lucent Technologies Inc. Master Pension
    Trust
Lufkin Advisors LLC
Luminous Capital Global Credit
    Opportunities Fund A LP
Luminus Energy Partners Master Fund
Luminus Management
Luminus Partners
Lumx Beach Point Total Return Fund Ltd.
Lutetium Capital
LVIP-JP Morgan High Yield Fund
Lyles Investments
MAC Capital Ltd.
Macquarie Bank Ltd.
Macquarie Bank Ltd.-Sydney Head Office
Macquarie Investment Management
Macys Inc. Defined Benefit Plans Master
    Trust
Madison Park Funding I Ltd.
Madison Park Funding II Ltd
Madison Park Funding III Ltd
Madison Park Funding IV Ltd.
Madison Park Funding V Ltd.
Madison Park Funding VI Ltd.
Managed Accounts Master Fund Services
    Map 13
Managers High Yield Fund
Manulife Asset Management LLC

Manulife Floating Rate Income Fund
Manzanita Investments LP
Map 139 Segregated Portfolio of LMA SPC
Marathon Asset Management LP
Marathon Blue Active Fund Ltd.
Marathon Centre Street Partnership
Marathon CLO II Ltd.
Marathon Credit Dislocation Fund LP
Marathon Credit Opportunity Master Fund
     Ltd.
Marathon Liquid Credit Long Short Fund
Marathon Special Opportunity Master Fund
     Ltd.
Mariner LDC
Marksbury Investments LLC
Marlborough Street CLO Ltd.
Marret Asset Management
Mason Capital
Mason Capital LP
Mason Capital Management LLC
Mason Capital Master Fund LP
Massachusetts Financial
Massachusetts Mutual Life Insurance Co.
Master Foods Investments LLC
Master SIF SICAV SIF
MatlinPatterson
Matlinpatterson Distressed Opportunities
     Master Account LP
Matlinpatterson Fund Iv (Hedge) Master
     Account LP
Maxim Putnam High Yield Bond Portfolio
     of Maxim Series Fund Inc.
Mayport CLO Ltd.
McDermott Master Trust
McDonnell Loan Opportunity II Ltd.
Mercer Park / Sandelman
Meritage Fund LLC
Met Investors Series Trust - Met/Eaton
     Vance Floating Rate Portfolio
Metropolitan West Asset Management
Metropolitan West High Yield Bond Fund
Metropolitan West Low Duration Bond
     Fund
Metropolitan West Total Return Bond Fund
Microsoft Global Finance Ltd.
Midtown Acquisitions LP

Missouri Education Pension Trust
Mizuho Asset Management
MJX Asset Management LLC
Moab Capital Partners
Moab Partners LP
Momentum Capital Fund Ltd.
Montgomery County Employees Retirement
     System
Monument Park CDO Ltd.
Moore Capital
Morgan Stanley Senior Funding Inc.
Mountain View CLO II Ltd.
Mountain View CLO III Ltd.
Mountain View Funding CLO 2006-1
MP Senior Credit Partners
MSD Capital LP
MSD Credit Opportunity Master Fund LP
MSD Investments
MSD Value Investments LP
MT Wilson CLO II Ltd.
MT Wilson CLO Ltd.
Multimix Wholesale Diversified Fixed
     Interest Trust
Municipal Employees Retirement System of
     Michigan
Murphy & Durieu
Musashi II Ltd.
MV Credit Opportunity Fund LP
Napier Park Global Capital LLC
Nash Point CLO
National Elevator Industry Pension Plan
National Investment Services High Yield
     Fund LLC
National Life Insurance Co.
National Railroad Retirement Investment
     Trust - High Yield
NB Distressed Debt Investment Fund Ltd.
NB Distressed Debt Master Fund LP
NCRAM Loan Trust
Neptune Finance CCS Ltd.
Neuberger Berman
Neuberger Berman Alternative Funds:
     Neuberger Berman Absolute Return
     Multi Manager Fund
Neuberger Berman Fixed Income LLC
Neuberger Berman High Income Bond Fund

Neuberger Berman High Income Fund LLC
Neuberger Berman High Yield Bond Fund
New Fleet Asset Management LLC
New York City Employees Retirement
    System
New York City Police Pension Fund
New York Life
New York Times Co. Pension Trust
Newfleet * Hartford
Newfleet * SA
Newfleet Asset Management
Nexpoint Credit Strategies Fund
NGM Insurance Co.
Nicholas Applegate
Nob Hill CLO Ltd.
Nomura Bond & Loan Fund
Nomura Corporate Funding Americas LLC
Nomura Corporate Reaserch & Asset
    Management Inc.
Nomura Corporate Research
Nomura Global Financial Products Inc.
Nomura International PLC
Nomura US Attractive Yield Corporat Bond
    Fund Mother Fund
Nordkap Bank AG
North Dakota State Investment Board
Oak Hill Credit Alpha Master Fund LP
Oak Hill Credit Opportunities Financing
    Ltd.
Oak Hill Credit Partners
Oak Hill Credit Partners II Ltd.
Oaktree Capital Management LP
Oaktree FF Investment Fund LP
Oaktree High Yield Fund II LP
Oaktree High Yield Fund LP
Oaktree High Yield Plus Fund LP
Oaktree Huntington Investment Fund LP
Oaktree Loan Fund 2X (Cayman) LP
Oaktree Opportunities Fund VIII (Parallel 2)
    LP
Oaktree Opportunities Fund VIII Delaware
    LP
Oaktree Opportunities Fund VIIIB Delaware
    LP
Oaktree Opps IX Holdco Ltd.
Oaktree Opps IX Parallel 2 Holdco Ltd.

Oaktree Senior Loan Fund LP
Oaktree Value Opportunities Fund Holdings
    LP
OCA Brigade Credit Fund II LLC
Ocean Trails CLO I
Ocean Trails CLO II
Och-Ziff Capital Management
OCM High Yield Trust
OCM Opportunities Fund VII Delaware LP
OCM Opportunities Fund VIIB Delaware
    LP
OCP Investment Trust
Ohio Police & Fire Pension Fund
OHSF II Financing Ltd.
Oklahoma Teachers Retirement System
Omega Advisors Inc.
Omega Capital Investors LP
Omega Overseas Partners Ltd.
Onex Credit Partners LLC
Onex Debt Opportunity Fund Ltd.
Onex Senior Credit Fund LP
Oppenheimer Funds
Optimum Trust-Optimum Fixed Income
    Fund
Oregon Public Employees Retirement Fund
Otlet Capital Management
Owl Creek Asset
Owl Creek Investments I LLC
Oz Management LLC
Oz Special Master Fund Ltd.
OZF Credit Opportunities Master Fund II
P River Birch Ltd.
Pacholder High Yield Fund
Pacific Gas & Electric Co. Post Retirement
    Medical Plan Trust - Non-Management
    Employees & Retirees
Pacific Life Funds - PL Floating Rate Loan
    Fund
Pacific Life Insurance
Pacific Select Fund - Floating Rate Loan
    Portfolio
Pacific Select Fund - High Yield Bo
    Portfolio
Palmetto Investors Master Fund LLC
Panning Capital Management
Panning Master Fund LP

Par Four Investment
PCI Fund LLC
Peak6 Investments
PECM Strategic Funding LP
Penn Mutual Life Insurance Co.
Pennsylvania State Employees Retirement System, Commonwealth of
Pennsylvania Treasury Department, Commonwealth of
Penteli Master Fund Ltd.
Perella Weinberg Partners
Perella Weinberg Partners Capital Management LP
Perella Weinberg Partners Xerion Master Fund Ltd.
Permal Contrarian Fund I Ltd.
Permal LGC Ltd.
Permal Stone Lion Fund Ltd.
Perry Capital
Perry Principals LLC
Petrusse European CLO SA
PG&E Corp. Retirement Master Trust
Phillips 66 Co.
Phoenix Edge Series Fund: Phoenix Multi Sector Fixed Income Series
Phoenix Investment Partners
Phoenix Life Insurance Co.
Phoenix Multi-Sector Fixed Income Fund
Phoenix Multi-Sector Short Term Bond Fund
Phoenix Senior Floating Rate Fund
Pictet Funds (Lux)
Pictet US High Yield
PIMCO
Pimco Cayman Global Credit Alpha Fund
Pimco Cayman Global Credit Libor Plus Fund
Pimco Foreign Bond Fund (US Dollar-Hedged)
Pimco Global High Yield Strategy Fund
Pimco High Income Fund
Pimco Long - Term Credit Fund
Pinebridge Investments LLC
Pioneer Diversified High Income Trust
Pioneer High Income Trust
Pioneer Investment

Point State Capital LP
Pointstate Capital LP
Pointstate Fund LP
Post Advisory Group
Post Advisory Investment LLC
Post Leveraged Loan Master Fund LP
Post Strategic Master Fund LP
Post Total Return Master Fund LP
Powershares Senior Loan Portfolio
Primerica Life Insurance Co.
Primus CLO I Ltd.
Princeton Advisory
Principal Financial Group
Principal Funds Inc. - High Yield Fund I
Principal Funds Inc.- Bond & Mortgage Securities Fund
Principal Funds Inc. High Yield Fund
Principal Investors Fund Inc.- Bond & Mortgage Securities Fund
Principal Life Insurance Co.
Principal Life Insurance Co. - Bond & Mortgage Separate Account
Principal Life Insurance Co. On Behalf of One Or More Separate Accounts
Principal Variable Contracts Fund Inc. Bond & Mortgage Securiities Account
Prospect Harbor Credit Partners LP
Protective Life Insurance Co.
Providence Equity
Prudential Insurance
Prudential Series Fund: Diversified Bond Portfolio
Prudential Series Fund: High Yield Bond Portfolio, The
Public Employees Retirement System of Ohio
Putnam Absolute Return 500 Fund
Putnam Absolute Return 700 Fund
Putnam Asset Allocation Funds Conservative Portfolio
Putnam Asset Allocation Funds: Balanced Portfolio
Putnam Diversified Income Trust
Putnam Diversified Income Trust (CA Master Fund)

Putnam Dynamic Asset Allocation Growth
Fund
Putnam Floating Rate Income Fund G Rate
Income Fund
Putnam Global Funds - Putnam World Wide
Income Fund
Putnam Global Income Trust
Putnam High Yield Advantage Fund
Putnam High Yield Trust
Putnam Investments
Putnam Master Intermediate Income Trust
Putnam Premier Income Trust
Putnam Retirement Advantage GAA
Balanced Portfolio
Putnam Retirement Advantage GAA
Conservative Portfolio
Putnam Retirement Advantage GAA
Growth Portfolio
Putnam Retirement Advantage GAA Income
Strategies Portfolio
Putnam Total Return Fund LLC
Putnam Total Return Trust
Putnam Variable Trust-Private Diversified
Income Fund
Putnam Variable Trust-Private High Yield
Fund
Putnam VT: Global Asset Allocation Fund
Pyramis Floating Rate High Income
Commingled Pool Fund
Pyxis Capital LP
Pyxis Credit Strategies Fund
Pyxis Floating Rate Opportunities Fund
Pyxis Iboxx Senior Loan ETF
Pyxis Special Situations Fund
Qantas Superannuation Plan
Qualcomm Global Trading Inc.
Qualcomm Global Trading Pte Ltd.
Race Point III CLO Ltd.
Race Point IV CLO Ltd.
RBC Capital Markets LLC
RBC Dexia Investor Services Trust
RBS Greenwich Capital
Red River CLO Ltd.
Reef Road Capital
Reef Road Master Fund Ltd.
Regatta Funding Ltd.

Regents of The University of California
Regiment Capital Ltd.
Relative Value A Series of Underlying
Funds Trust
Renaissance Reinsurance Ltd.
River Birch Capital LLC
River Birch Master Fund LP
Riversource Life Insurance Co.
Rockwall CDO II Ltd.
Rockwall CDO Ltd.
Royal Bank of Canada
Royal Bank of Scotland Group PLC, The
Royal Mail Pension Plan
Russell Investment Co. Russell Multi
Strategy Alternative Fund
Russell Strategic Bond Fund
Ryan Labs
Saba Capital Management LP
Saba Capital Master Fund II Ltd.
Safety Insurance Co.
Safety National Casualty Corp.
Salomon Brothers Holding Co. Inc.
San Francisco City & Country Employees'
Retirement System
San Gabriel CLO I Ltd.
San Joaquin County Employees' Retirement
Association
Sandell Asset Management
Sanford C. Bernstein Fund Inc. II
Intermediate Duration Portfolio
Sankaty Advisors LLC
Sankaty Beacon Investment Partners LP
Sankaty Credit Opportunities (Offshore
Master) IV LP
Sankaty Credit Opportunities III LP
Sankaty Credit Opportunities IV LP
Sankaty Credit Opportunities V A LP
Sankaty Credit Opportunities V A2 Master
LP
Sankaty Credit Opportunities V B LP
Sankaty Drawbridge Opportunities LP
Sankaty High Income Partnership LP
Sankaty Managed Account (PSERS) LP
Sankaty Managed Account (UCAL) LP
Sankaty Managed Account TCCC LP
Sankaty Senior Loan Fund LP

Sankaty Senior Loan Fund PLC
Saratoga Partners
SC Credit Opportunities Mandate LLC
Scoggin Capital Management
Scoggin Capital Management II LLC
Scoggin Capital Management LP II
Scoggin International Fund Ltd.
Scoggin Worldwide Fund Ltd.
Scotiabank
Sears Holdings Pension Trust
Seasons Series Trust-Asset Allocation:
    Diversified Growth Portfolio
SEI Global Master Fund PLC - The SEI
    High Yield Fixed Income Fund
SEI Global Master Fund PLD -The Sei High
    Yield Fixed Income
SEI Institutional Investment Trust Enhanced
    LIBOR Opportunities Fund
SEI Institutional Investment Trust
    Opportunistic Income Fund
SEI Institutional Investments Trust High
    Yeild Bond Fund
SEI Institutional Managed Trust - High
    Yield Bond Fund
SEI Institutional Managed Trust Enhanced
    Income Fund
SEI Institutional Managed Trust High Yield
    Bond Fund
Seix Investment Advisors LLC
Senator Global Opportunity Master Fund LP
Senator Investment Group LP
Seneca Capital
Senior Debt Portfolio
Sentinel Asset Management Pty Ltd.
SG Distressed Fund LP Private
Shasta CLO I Ltd.
Sheffield Asset Management LLC
Sheffield International Partners Master Ltd.
Sheffield Partners LP
Shenkman Capital Management Inc.
Shinnecock CLO 2006-1 Ltd.
Sierra CLO II Ltd.
Silver Crest CBNA Loan Funding LLC
Silver Oak Capital LLC
Silver Point Capital
Silverado CLO 2006-I Ltd.

Silvermine Capital Management LLC
Smith Management LLC
Sol Loan Funding LLC
Solus Alternative Asset Management
Solus Core Opportunities Master Fund Ltd.
Sound Harbor Partners
Sound Point Capital Management
Sound Point Credit Opportunities Master
    Fund LP
Southern Ute Indian Tribe
Southfork CLO Ltd.
Southpaw Asset
Southpaw Credit Opportunity Master Fund
    LP
SPCP Group LLC
Stanfield Azure CLO Ltd.
Stanfield Bristol CLO Ltd.
Stanfield Carrera CLO Ltd.
Stanfield Daytona CLO Ltd.
Stanfield McLaren CLO Ltd.
Stanfield Veyron CLO Ltd.
Starwood
Starwood Energy Fixed
State of Connecticut Retirement Plans &
    Trust Funds
State of Wisconsin Investment Board
State Street Bank & Trust Co.
State Teachers Retirement System of Ohio
Stedman Cbna Loan Funding LLC
Stedman Loan Fund II Subsidiary Holding
    Co. II LLC
Stellar Performer Globalseries W Global
    Credit
Stichting Bedrijfstakpensioenfonds Voor
    Het Beroepsvervoer Over De Weg
Stichting Bewaarder Syntrus Achmea
    Global High Yield Pool
Stichting Pensioenfonds Hoogovens
Stichting Pensioenfonds Voor
    Fysiotherapeuten
Stone Creek Partners LP
Stone Harbor Global Funds PLC - Stone
    Harbor Leveraged Loan Portfolio
Stone Harbor High Yield Bond Fund
Stone Harbor Invest Funds PLC - Stone
    Harbor High Yield Bond Fund

Stone Harbor Investment Partners LP
Stone Harbor Leveraged Loan Fund LLC
Stone Harbor Leveraged Loan Portfolio
Stone Lion Capital Partners LP
Stone Lion Portfolio LP
Stone Tower Capital
Stone Tower CDO II Ltd.
Stone Tower Credit Funding I Ltd.
StoneCreek Partners LLC
Stoney Lane Funding I Ltd.
Strategic Income Management LLC
Stratford CLO Ltd
Sunamerica Income Funds - Sunamerica
    High Yield Bond Fund
Sunamerica Senior Floating Rate Fund Inc.
Sunrise Partners LP
Sunrise Partners Ltd.
SunTrust
Sup FCO MA UB Securities LLC
Super FCO MA LP
Supervalu Inc. Master Investment Trust
Susquehanna Advisors Group
Symphony Asset Management
Symphony CLO II Ltd.
Symphony CLO VI Ltd.
T. Rowe Price
T. Rowe Price Institutional Floating Rate
    Fund
T. Rowe Price Institutional High Yield Fund
Taconic Capital Advisors
Taconic Master Fund 1.5 LP
Taconic Opportunity Master Fund LP
Talek Investments
Tall Tree Investment
Target Asset Allocation Funds
Target Asset Management
Target Conservative Allocation Fund
Target Moderate Allocation Fund
Tasman Fund LP
TCW Absolute Return Credit Fund LP
TCW Asset Management
TCW Capital Trust
TCW Funds Metwest High Yield Bond
    Fund
TCW Senior Secured Floating Rate Loan
    Fund LP

TCW Senior Secured Loan Fund LP
Teachers Insurance & Annuity Association
    of America
Teachers' Retirement System of Oklahoma
Teachers Retirement System of The City of
    New York
Teak Hill Master Fund LP
Texas Absolute Credit Opportunities
    Strategy LP
Texas County & District Retirement System
THL Credit Senior Loan
Thornburg Investment
Thornburg Investment Income Builder Fund
TIAA-CREF
Titan Investment Holdings LP
Titan Investment Holdings SL LP
TMCT II LLC
TMCT LLC
Tralee CDO I Ltd.
Triboro Funding Ltd.
Trilogy Capital
Trilogy Portfolio Co. LLC
Trimaran Advisors Katona
Trustees of Dartmouth College
Turnpike Ltd.
UBS AG - Stamford, CT Branch
UBS GAM US - State of Connecticut
    Retirement Plans & Trust Funds
UBS Securities
UBS Stamford Branch TRS
UFCW Consolidated Pension Fund
UFCW Northern California Employers Joint
    Pension Trust Fund
Ult Loan Funding 1 LLC
UMC Benefit Board Inc.
Unilever United States Inc. and Its
    Subsidiaries and Affiliates, Master Trust
    Agreement Under Various Employee
    Benefit Plans of
Unipension Invest FMBA High Yield
    Obligatorer II
Unisys Master Trust
Ursamine
Ursamine Credit Advisors
US High Yield Bond Fund
US Underwriters Insurance Co.

USAA Cornerstone Moderately Aggressive Fund
USAA Cornerstone Moderately Conservative Fund
USAA Global Opportunities Fund
USAA Investment Management Co.
USAA Mutual Fund
USAA Mutual Funds Trust - USAA Flexible Income Fund
USAA Mutual Funds Trust USAA High Yield Opportunities Fund
USAA Mutual Funds Trust: USAA Cornerstone Aggressive Fund
USAA Mutual Funds Trust: USAA Cornerstone Moderate Fund
USAA Mutual Funds Trust-USAA High Income Fund
Valholl Ltd.
Valic Co. II-High Yield Bond Fund
Vanguard High Yield Corporate Fund
Varde Investment Partners LP
Varde Partners Inc.
Vector Capital
Venor Capital
Venor Capital Master Fund Ltd.
Venture II CDO 2002 Ltd.
Venture IX CDO Ltd.
Venture V CDO Ltd.
Venture VII CDO Ltd.
Venture VIII CDO Ltd.
Victoria Court CBNA Loan Funding LLC
Virtus Multi Sector Fixed Income Fund
Virtus Multi Sector Intermediate Bond Fund
Virtus Multi-Sector Short Term Bond Fund
Virtus Partners LLC
Virtus Senior Floating Rate Fund
Virtus Total Return Fund
Vista Leveraged Income Fund
Vitesse CLO Ltd.
Vulcan
VVIT: Virtus Multi Sector Fixed Income Series
VVIT: Virtus Strategic Allocation Series
W&R Target Funds Inc. - High Income Portfolio
Waddell & Reed

Waddell & Reed Advisors High Income Fund Inc.
Waddell & Reed Services
Wallace H. Coulter Foundation, The
Walnut Street Associates
Water Island Capital LLC
Watershed Asset
Watershed Capital Institutional Partners III LP
Watershed Capital Partners (Offshore) Master Fund II LP
Watershed Capital Partners (Offshore) Master Fund LP
Wellington Management Co. LLP
Wellington Management Portfolios (Dublin) Plc - US$ Core High Yield Bond Portfolio
Wellington Management Portfolios Dublin PLC Global High Yield Bond Portfolio
Wellington Trust Co. NA Multiple Collective Investment Fund Trust II Core High Yield Bond Portfolio
Wellington Trust Co. NA Multiple Common Trust Funds Trust-Opportunistic Fixed Income Allocation Portfolio
Wellpoint Inc.
Wells Capital Management
Wells Capital Management - 12222133
Wells Capital Management - 13702900
Wells Capital Management - 13823100
Wells Capital Management - 13923601
Wells Capital Management - 16463700
Wells Capital Management - 16959701
Wells Capital Management - 18325402
Wells Capital Management - 18866500
Wells Capital Management - 22952000
Wells Capital Management - 23928601
Wells Capital Management - 23960800
Wells Capital Management - 25464400
Wells Fargo & Co. Master Pension Trust
Wells Fargo Advantage High Income Fund
Wells Fargo Advantage High Yield Bond Fund
Wells Fargo Advantage Income Opportunities Fund

Wells Fargo Advantage Multi-Sector Income Fund
Wells Fargo Advantage Strategic Income Fund
Wells Fargo Advantage Utilities & High Income Fund
Wells Fargo Bank NA
Wells Fargo Floating Rate Loan Fund
West Bend Mutual Insurance Co.
West Gate Horizons
Westbrook CLO Ltd.
Westchester CLO Ltd.
Western Asset Floating Rate High In Fund LLC
Western Asset Management
WG Horizons CLO I
Whitehorse Capital
Whitehorse II Ltd.
Whitehorse III Ltd.

Whitehorse IV Ltd.
Whitestone Funding Ltd.
Wilmington Trust Investment Management LLC
Wilshire Institutional Master Fund II SPC - Wilshire Alden Global Event Driven Opportunities SP
Wingspan Investment Management LP
Wingspan Master Fund LP
WM Pool - High Yield Fixed Interest Trust
Worden II TX LLC
Worden Master Fund II LP
Worden Master Fund LP
Worden TX LLC
WR Huff Asset Management Co. LLC
WRH Global Securities Pooled Trust
XL Re Ltd.
Zell Credit Opportunities Side Fund LP
Ziff Brothers Investments LLC

# SCHEDULE 1(i)

## DIP Parties

Bank of America NA
Bank of Tokyo-Mitsubishi UFJ Ltd., The
Barclays Bank Plc
Citibank NA
Citigroup Global Markets Inc.
Deutsche Bank AG, New York Branch
Deutsche Bank Securities Inc.
Loop Capital Markets LLC
Merrill Lynch Pierce Fenner & Smith Inc.
Mitsubishi UFJ Financial Group Inc.
Morgan Stanley Senior Funding Inc.
RBC Capital Markets
Royal Bank of Canada
Union Bank NA
Williams Capital Group LLC

# SCHEDULE 1(j)

## __Indenture Trustees__

American Stock Transfer & Trust Co.
Bank of New Mellon, The
Bank of New York Mellon Trust Co., The
Barclays Bank
Christiana Trust
Citibank
Citigroup
Computershare Trust Co. of Canada
Credit Suisse
CSC Trust Co. of Delaware
Deutsche Bank
J.Aron/Goldman Sachs
Law Debenture Trust Co. of New York
Merrill Lynch/Bank of America
Morgan Stanley
North American Coal Royalty Co.
US Bank NA
Wilmington Savings Fund Society FSB
Arizona Bank
BOKF NA
UMB NA

# SCHEDULE 1(k)

## **Insurers**

ACE
AIG
American Nuclear Insurers
Argo Re (Bermuda)
Associated Electric & Gas Insurance Services (AEGIS)
Axis
Beazley
Chubb Atlantic Indemnity Ltd. (Bermuda)
Endurance
Energy Insurance Mutual (EIM)
European Mutual Association for Nuclear Insurance (EMANI)
Federal Insurance Co.
FM Global
HCC
Liberty Mutual/Safeco
Monitor
Navigators
Nuclear Electric Insurance Ltd. (NEIL)
Nuclear Energy Liability Insurance Association (NELIA)
Oil Casualty Insurance Ltd. (OCIL)
RLI
RSUI (CRC)
Starr Aviation
Starr Cos.
Starr Surplus Lines Insurance Co.
Torus
XL Insurance (Bermuda) Ltd.

# SCHEDULE 1(l)

## **Investment Banks**

BofA Merrill Lynch
Citigroup
Credit Suisse
Goldman Sachs
JP Morgan
KKR Capital Markets
Lehman
Morgan Stanley
Williams Capital Group

# SCHEDULE 1(m)

## Landlords

6555 Sierra
Advantus Capital Management Inc.
AIG Rail Services Inc.
Alford, Landon
American Public Insurance Co.
Bank of New York Mellon Trust Co., The
Bank of New York, The
Blue Cross and Blue Shield of Florida Inc.
CALSTRS Lincoln Plaza
CapGemini America Inc.
Catholic Aid Association
Christian, Larry
Clark, Jack
Clearview
Comerica Bank
Congress Holdings Ltd.
Connell Equipment Leasing Co.
CP Fort Worth LP
Daffan, Ron
Dallas, City of (TX)
Farm Bureau Life Insurance Co. of
    Michigan
First on 6th LP
First Union Rail Corp, a Wells Fargo Co.
Flagship Rail Services Inc.
GATX Corp.
Great Western Insurance Co.
Greensport/Ship Channel Partners LP
Guaranty Title Co. of Robertson County Inc.
Hamilton Fidelity LP
Hamilton, Barry
Hill, Bobby

Jackson National Life Insurance Co.
Jaggi, Robbye Oram
John Hancock Life Insurance Co.
John Hancock Variable Life Insurance Co.
Key Equipment Finance Inc.
Kokel-Oberrender-Wood Appraisal Ltd.
Lafayette Life Insurance Co., The
LaSalle Bank NA
Lawler, Harry
Lexington Acquiport Colinas LP
Lionstone CFO Two LP
Manufacturers Life Insurance Co.
Manulife Insurance Co.
Microsoft Corp.
MTL Insurance Co.
Nichimen America Capital Corp.
Northern Trust Co. of New York
PPM America Inc.
Sanderson, Charles
Saul Subsidiary II LP
SMBC Rail Services LLC
Sojitz American Capital Corp.
State Farm Life Insurance Co.
Texas Life Insurance Co.
Thorne, Elizabeth Oram
Tyler Junior College
US Bank Global Trust Services
US Bank NA
Wells Fargo Bank Northwest NA
Western United Life Assurance Co.
Wilmington Trust Co.

# SCHEDULE 1(n)

## **Letters of Credit**

Citibank

# SCHEDULE 1(o)

## <u>Lienholders</u>

Bank of New York Mellon Trust Co. NA, The
Bank of New York Mellon, The
Bank of New York Trust Co. NA, The
Citibank NA
Civitas Capital Management LLC
CSC Trust Co. of Delaware
First Union Commercial Corp.
Mastercraft Printed Products & Services Inc.
Phillip Morris Credit Corp.
Tex-La Electric Cooperative of Texas Inc.
TXU 2007-1 Railcar Leasing LLC
TXU Railcar Trust 2005-A
US Bank NA
US West Financial Services Inc.
Wachovia Bank NA
Wells Fargo Bank Northwest NA

# SCHEDULE 1(p)

## Litigants

Acosta, Arcilia C.
ACP Master Ltd.
Adlestein, Mark
Akin, Clifton
Akpom, Okey
Alcorn, Steve L.
Allen, Bradley D.
American Honda Finance
Arrellanos, Tistan
Atmos Energy Corp.
Aurelius Capital Master Ltd.
Baltimore, City Council of the City of (MD)
Baltimore, City of (TX)
Baltimore, Mayor of the City of (MD)
Bank of America
Bank of America Corp.
Bank of America NA
Bank of Tokyo-Mitsubishi UFJ Ltd., The
Barclays Bank PLC
Barnett, Bryan A.
Barton, Thomas L.
Batey, Robert M.
Behnken, Diane
Bennett, Milton A.
Black, Jennifer
Blackmon, Donald
Blair, David
Blakeney, Jim
Blankumsee, Kennith E.
Bodiford, Cody R.
Bradley, Buster L
Branscom, David A.
Brinson, John F.
Brown,  Walter R.
Brown, Patrick L.
Buchanan, Charles A.
Capital One
Caraballo, Miguel
Centerpoint Energy Field Services LP
Centerpoint Energy Houston Electric LLC
Centerpoint Energy Inc.
Centerpoint Energy Properties Inc.

Centerpoint Energy Service Co. LLC
Centerpoint Energy Services Inc.
Centerpoint Resources Corp.
Chase Bank USA NA
Chexsystems Inc.
Chyba, Pamela
Citibank NA
Citicards CBNA
Citigroup Inc.
Citimortgage
Coe, James D.
Collette, Joe
Collins, Danny L.
Collins, Roy L.
Conner, Robert H.
Cook, Danny L.
Cooperatieve Centrale Raiffeisen
    Boerenleenbank BA
Crawford, Billy M.
Credit Suisse
Credit Suisse Group AG
Credit Suisse International
D.W. Vorwerk
Davis, Charles E.
Davis, Clifford R.
Delta Air Lines Inc.
Deutsche Bank AG
Deutsche Bank Trust Co. Americas
Diaz, Maria
Discover Financial Services
Dosier, David L
Doss, Bill, Jr.
Employees Retirement Fund of the City of
    Dallas
Environmental Integrity Project
Equifax Information Services
Experian Information Solutions Inc.
Ferrell, Brian F.
First Premier Bank
Fling, Gregory A.
Flores, Jamie
Fluor Enterprises Inc.

Fort Bend Independent School District (TX)
FPL Energy LLC
FPL Energy Pecos Wind I LLC
FPL Energy Pecos Wind I LP
FPL Energy Pecos Wind II LLC
FPL Energy Pecos Wind II LP
French, Richard D.
Gatson, Walter R
Gladden, Garry D.
Goltz, Frederick M.
Goodrich, Robert D.
Griffin, Daniel
Griffin, James A.
Gusman, James
Haar, Gregory A.
HBOS PLC
Hopkins, Teddy G.
Hornbuckle, Billy R.
Houston County Ready- Mix Concrete Co. Inc.
HSBC Bank PLC
HSBC Card Services Inc.
HSBC Holdings PLC
Indian Mesa Wind Farm LLC
Indian Mesa Wind Farm LP
Indústrias Nucleares Do Brasil (INB)
Innovis Data Solutions
Jackson, Lisa P., in her official capacity as Administrator of the USEPA
Jefferson, Maurice
Jenkins, Richard I.
Johnson, Cynthia
Johnson, Glinda
Johnson, Marla
JP Morgan Chase & Co.
JPMorgan Chase Bank NA
Keglevic, Paul
Klement Properties Inc.
Klement, Karl
Koepp, Dwight J.
Kuykendall, Roger A.
Lambert, Edward E.
Law Debenture Trust Co. of New York
Lawhorn, James C.
Leal, Gilbert
Lebovitz, Scott

Littleton, Eric
Lloyds Banking Group PLC
LVNV Funding LLC
MacDougall, Michael
MasterCard Inc.
MasterCard International Inc.
Mcbride, John P.
Merritt, Charles D.
Midland Funding LLC
Miller, David
Mitchell, Felonice
Morgan, Audrey M.
Morris, Chris
Mosby, Walt
New Britain Firefighters' and Police Benefit Fund, City of  (CT)
NextEra Energy Resources LLC
Nolley, Desi A.
Norinchukin Bank, The
Norwood, Timothy
Ocwen Loan Servicing LLC
Our Land, Our Lives
Parker, Rhonda
Pennington, Lynda
Perciasepe, Bob, in his capacity as Acting Administrator, USEPA
Perez, Gerardo
Perry, Tracy D.
Petroleum Geo-Services Inc.
Pharis, Harvey E.
Phoenix Recovery Group
Pierce, Steven E.
Pierce, Timothy A.
Pitts, Jimmie C.
PlainsCapital Corp.
Pyers, Ricky D.
Qualls, Joshua D.
Rackspace Hosting Inc.
Reliant Energy
Reliant NRG
RentDebt Automated Collection
Reyes, Joe R.
Rhea, Dan J.
Richardson, Jamie
Rife, Michael D.
Rives, Johnny C.

Roberson, Gabriel
Rogers, Mark S.
Rollins, Regina
Rotatable Technologies LLC
Royal Bank of Canada
Royal Bank of Scotland Group PLC, The
Salazar, Micale G.
Schlumberger Technology Corp.
Schrade, Linda
Schrade, Paul
Self, Hose E.
Shankle, Learon R.
Sibley, Eric
Sierra Club
Silva, Sofia
Silvers, Mark A.
Simpson, Willard
Smidt, Jonathan D.
Smith, Donny R.
Smith, Jimmy B.
Societe Generale SA
Spence, Gary D.
Spohn, David W
Stoker, Willie C.
Suarez, Elas
Tarrant County Regional Water District
    (TX)
Texas Instruments Inc.
Thomas, Jarest D.
Tigue, James
Tolteca Enterprises Inc.
Trans Union LLC
Tucker, Roy H.

Turner, John B.
UBS AG
United Revenue Corp.
United States Environmental Protection
    Agency
United States of America
Vargas, Maria
Vargas, Natalie (a Minor)
Vaughn, Jimmy N.
Verizon Wireless
Visa Inc.
Visa International Service Association
Visa USA Inc.
Wade, Donald
Waggoner, Avery D.
Wallace, James
Washington, James
Wells Fargo Credit Inc.
WestDeutsche ImmobilienBank AG
WestLB AG
Whipple, Jackie L.
White Stallion Energy Center LLC
Williams, Danny R.
Williams, Donald R.
Williams, James L.
Wilmington Trust Co.
Wilson, Amber
Winkenweder, Barry A
Woodforest National Bank
Young, John
Young, Richard
Youngblood, Dawn
Youngblood, Edwin

# SCHEDULE 1(q)

## Litigants (Asbestos)

3M Co.
4520 Corp.
84 Lumber Co.
A.O. Smith Corp.
A.W. Chesterton Co.
AAF-McQuay Inc.
AAMCO Transmissions inc.
ABB Inc.
ABB Lummus Crest Inc.
Abbott Laboratories
Abitibi Bowater Inc.
Able Supply Co.
AC&R Insulation Co. Inc.
AC&S Inc.
Accelerated Memory Production Inc.
ACDELCO, a Brand of GM Service and
     Parts Operations, A Division of General
     Motors
Ace Hardware Corp.
ACH Food Cos. Inc.
ACME Brick Co.
Adams, Robert Dan, Jr.
Adams, Robert Dan, Sr.
Addison, John
Addison, Linda
Advance Auto Parts Inc.
Advance Stores Co. Inc.
Advance Stores Inc.
Aecom USA Inc.
AEP Texas North Co.
AERCO International Inc.
AES Corp.
AFC-Holcroft LLC
Aftermarket Auto Parts Alliance Inc.
Afton Pumps Inc.
AGCO Corp.
AGCO Farm Equipment Inc.
Ahlfeld, William
Ahrend, Paula Simpson
Air & Liquid Systems Corp.
Air Conduit LLC
Air Liquid Systems Corp.

Air Products & Chemicals Inc.
Airco Inc.
Ajax Magnethermic Corp.
AKZO Nobel Paints LLC
Alabama Power Co.
Albany Felts
Albany International Corp.
Alberino, Anthony M.
Alberino, Thomas
Alcatel-Lucent USA Inc.
ALCO Division of Nitram Energy Inc.
ALCOA Inc.
Alfa Laval Inc.
Alliance Laundry Holdings LLC
Alliance Machine Co., The
Alliant Techsystems Inc.
Allied Crane Inc.
Allied Insulation Supply Co. Inc.
Allied Manufacturing Corp.
Allied Manufacturing Inc.
Allied Minerals Inc
Allied Packing & Supply Inc.
AlliedSignal Inc.
Allison, Patricia
Allison, Robert
Alvarez, Sheena
Amchem Products Inc.
AMEC Construction Management Inc.
Ameren Corp.
Ameren Illinois Co.
American Biltrite Inc.
American Boiler Tank & Welding Co. Inc.
American Bridge Co.
American Honda Motor Co. Inc.
American Optical Corp.
American Petroleum Institute Inc.
American Standard Inc.
Ameron International Corp.
Ametek Inc.
AMF Inc.
Anchor Packing Co. Inc.
ANCO Insulations Inc.

Anderson, Patricia
Andrews, David R.
Andrews, Susan F.
Anheuser Busch Brewery
Appleton Wire Works Inc.
Aqua-Chem Inc.
Archer-Daniels-Midland Co.
ARCO Corp.
Arens, Randall
Arens, Sheryl
Argo International Corp.
Armstrong International Inc.
Armstrong Pumps Inc.
Asbeka Industries of New York Inc.
Asbestos Corp. Ltd.
Associated Engineering & Equipment
Asten Johnson Inc.
Austin County (TX)
Austin Energy
Austin Industrial Inc.
Autozone Inc.
Avery, Jimmie
Avondale Industries Inc.
Ayers, Tommy
Azrock Industries Inc.
B&B Engineering & Supply Co. Inc.
Babcock Borsig Inc.
Babcock Borsig Power Inc.
Baker Hughes Oilfield Operations Inc.
Ballard, Christopher
Banach, Gordon
Banach, Helen M.
Barber, James D.
Bargeron, Diane
Barnum, Samuella
Baroid Industrial Drilling Products
Bascob, Shona Jean
BASF Catalysts LLC
Bates, Dorothy
Bates, Willie R.
Baxter, Anna
Baxter, Charles
Beazer East Inc.
Bechtel Construction Co.
Bechtel Construction Operations Inc.
Bechtel Corp.

Bechtel Energy Corp.
Bechtel Enterprise Holding Inc.
Bechtel Environmental Inc.
Bechtel Equipment Operations Inc.
Bechtel Group Inc.
Bechtel Infrastructure Corp.
Bechtel National Inc.
Bechtel Personnel & Operational Services Inc.
Bechtel Power Corp.
Belcher, Margaret
Beljan, Mary
Bell & Gossett Co.
Bella Co.
Bellco Industrial Engineering Co.
Bellco Industrial Piping Co.
Beniot, Melissa Schexnayder
Benjamin F. Shaw Co.
Bergstrom, Geoffrey
BF Goodrich Co.
Bird Inc.
Bledsoe, Roger
Bledsoe, Yolanda
Blocker, Donald Keith
Blocker, Donald Ray (Deceased)
Blocker, Linda
Boise Cascade Corp.
Bondex International Inc.
Bondstand
Borden Chemical Inc.
Boubouis, Anthony
Boubouis, Morphia
Braden, Douglas
Braden, Regina
Bradford, Bobbie E.
Brasher, Connie
Brooks, Richard
Brooks-Woodson, Regina
Brown & Root Holdings Inc.
Brown & Root Inc.
Brown, Geraldine
Brown, Martha
Brown, Martha Jacqueline
Browning, Dawn
Bryan Steam Corp.
Bryan Steam LLC

Bryant, Doyle
Bryant, Joyce
Buffalo Pumps Inc.
Burnham Corp.
Burns International Services Corp.
Burton, Clarence
Burton, Debra
Butscher, Alisa
BW/IP Inc.
BW/IP International Inc.
Byerly, Susan
Byron Jackson Pumps
C.F. Braun & Co. Inc.
C.F. Braun Engineering Corp.
Cabell, Linda
Calcutt, Billy A.
Calcutt, Ruth H.
Caldwell, Judith
Caldwell, Richard J.
Calvert, Everett
Calvert, Gwendolyn
Campbell, Gerald
Canfield, Judy
Canfield, Matthew
Capco Inc.
Capek, Brenda
Capek, Richard
Carborundum Co. (The)
Carlisle Co. Inc.
Carpenter, Patrick E.
Carr, Cecillia
Carr, Stephen
Carrier Corp.
Case, Mary
Case, Richard
Catalytic Industrial Maintenance Co. Inc.
CBS Corp.
Celanese Ltd.
Cerone, Carmine
Certainteed Corp.
Chamlee, Betty
Champagne, Nancy Marie
Champion, Jackie D.
Champlain Cable Corp.
Charter Oil Co.
Cherry, Delmon

Cherry, Jean
Chevron USA Inc.
Chicago Pump
Chisholm, Sharon
Chrisman, Joseph
Christensen, Cedric
Christensen, Patricia
Citgo Petroleum Corp.
Cleaver-Brooks Co. Inc.
Cleaver-Brooks Inc.
Clubb, John H.
Coen Co. Inc.
Coleman, Clarence
Coleman, Donnie
Coleman, Julia
Collins, Jane
Collins, John E.
Coltec Industries Inc.
ConocoPhillips Co.
Continental Tire North America Inc.
Control Components Inc.
Conway, Bob
Conway, Kate
Conwed Corp.
Cooper Industries Inc.
Coots, David A.
Copes-Vulcan Inc.
Corbett Fabricating Co. Inc.
Cottrell, Jane
Crane Co.
Cronin, William
Crown Central LLC
Crown Cork & Seal Co. Inc.
Cust O Fab Tank Services LLC
Custer, Deborah
Cyprus Industrial
D.B. Riley Inc.
Dana Corp.
Danna, Barry
Danz, Karen
DAP Products Inc.
Darr, Sue
Daughhetee, Dorothy
Daughhetee, Eldon
Davidson, Mark, Judge
Davis, Marvin G.

Davy Mckee Corp.
De Laval Turbine Inc.
Degregorio, Joan
Degregorio, Richard
DeLaval
Dempsey, Henry M.
Denton, Robert Frazior
Dereuisseaux, Lois
Dereuisseaux, Wallace
Deytens, Beverly
Deytens, William
Diamond Shamrock Refining & Marketing
    Inc.
Diamond Shamrock Refining Co.
Dickerson, John
Dickerson, Martha
Dickman, Susan
Dickman, Wesley
Disantis, Dioro
Discount Auto Parts Inc.
Dobson, Dennis
Dobson, Jean
Dobson, Lester
Dodge, William F.
Dodson, Dowell
Domco Products Texas LP
Domino, Susan
Dover Corp.
Drake, Elizabeth
Drake, Joe C., Jr.
Dresser Industries Inc.
Driver, Aaron
Driver, Adria
Driver, Christopher
Driver, Stacy
Dryfka, Candace
Dunn, Elsie Faye
Dunn, Emmett L.
DuPriest, Barbara
DuPriest, Ronald
Durbin, Raymond
Durbin, Sylvia
Dutkowski-Dobson, Maria
Easter, Marjorie
Eastman Chemical Co.
Eaton Corp.

Edwards, Andrew
Edwards, Billie R.
Edwards, Martha
Ehret, Ana
Ehret, Edward
Eldridge, Elizabeth
Elle, Linda
Elliott Turbomachinery Co. Inc.
Englehardt, Dieter
Erie City Iron Works
Estate of Alexander J. Hecker, Deceased
Estate of Allen J. Hall
Estate of Anthony Garzillo
Estate of Ardis Graham, Deceased
Estate of Avner Cockroft, Jr., Deceased
Estate of Barbara J. McGaha
Estate of Billy Belcher, Deceased
Estate of Bob Conway, Deceased
Estate of Bruce L. Eubanks, Deceased
Estate of Burney B. Mullens, Deceased
Estate of Burney B. Mullens, Deceased
Estate of Carl Scivicque, Deceased
Estate of Cecil Chisholm, Jr., Deceased
Estate of Cecil Wayne Skinner, Deceased
Estate of Choyce Alton Brown, Deceased
Estate of Clyde Ahlfeld, Deceased
Estate of Clyde Kiddoo, Deceased
Estate of Cooper Tilghman, Deceased
Estate of Craig E. Capp, Deceased
Estate of Darrell Driver
Estate of David Eldridge, Deceased
Estate of David Saldana Sanchez Sr.,
    Deceased
Estate of Dawna Snyder, Deceased
Estate of Donald Hooks, Deceased
Estate of Dorothy Ricci, Deceased
Estate of Ephrem Bargeron, Deceased
Estate of Ernest K. Wall, Deceased
Estate of Eugene M. Sinisi, Deceased
Estate of Floyd L. Bergstrom, Sr., Deceased
Estate of Francis E. Leider, Deceased
Estate of Frederick Stein
Estate of Freeman E. Allison, Deceased
Estate of Galen F. Wagner II, Deceased
Estate of George H Fenicle, Deceased
Estate of Gerald Gann, Deceased

Estate of Gerald Webster, Deceased
Estate of Gladys Rothe, Deceased
Estate of Gregory Hill, Deceased
Estate of Harold Custer, Deceased
Estate of Harry Easter, Deceased
Estate of Hazel Coleman, Deceased
Estate of Helen McKenna, Deceased
Estate of Henry Boettcher, Deceased
Estate of Hollis H. Holmes, Deceased
Estate of Jack Champion, Deceased
Estate of Jack N. Holman, Deceased
Estate of Jack Rankin, Deceased
Estate of Jackie Dean Simmons, Deceased
Estate of James D. Chamlee, Deceased
Estate of James Fawcett, Deceased
Estate of James Frazee, Deceased
Estate of James G. Havens, Sr., Deceased
Estate of James H. Vercher, Deceased
Estate of James Kuhn, Deceased
Estate of James R. Hiltz, Deceased
Estate of James Wolfgang, Sr., Deceased
Estate of James Yarbrough, Deceased
Estate of Jerry A. West, Sr., Deceased
Estate of Jerry McClendon, Deceased
Estate of Jesse Stovall, Jr., Deceased
Estate of Jimmie Barber, Deceased
Estate of John E. Dryfka, Deceased
Estate of John E. Simpson, Deceased
Estate of John G. Meyers, Deceased
Estate of John J. O'Gorman, Jr., Deceased
Estate of John Mays, Deceased
Estate of John Zywicki, Deceased
Estate of Juanita C. Collins, Deceased
Estate of Keith R. Myers, Deceased
Estate of Kenneth L. Drake, Sr., Deceased
Estate of Kenneth L. Shreve, Deceased
Estate of Lamar Houston
Estate of Lawrence Johnson, Deceased
Estate of Lee E. Lucas, Deceased
Estate of Leo Raymond Oquist, Decedent
Estate of Leon Henager, Deceased
Estate of Lester L. Coots, Deceased
Estate of Linda Cato, Deceased
Estate of Lloyd Hackler, Deceased
Estate of Loyd Don Wofford
Estate of Luke Thomas, Deceased

Estate of Mack W. Brasher
Estate of Margaret Cerone, Deceased
Estate of Margaret Gade, Deceased
Estate of Marianne Clancy, Deceased
Estate of Mario Karlich
Estate of Martin Proffitt
Estate of Mary Pridmore, Deceased
Estate of Melvin E. Turner, Jr.
Estate of Merle Kiser, Deceased
Estate of Michael Powell, Deceased
Estate of Nancy B. Soiferman, Deceased
Estate of Norman F. Iehle
Estate of Orval Reed
Estate of Otis H. Norris, Deceased
Estate of Patrick Anderson, Deceased
Estate of Patrick K. Stewart
Estate of Paul Collins
Estate of Percy Marshall, Deceased
Estate of Quincy James, Deceased
Estate of Ralph Laubecher, Deceased
Estate of Ralph Liebau, Deceased
Estate of Raphael Planert, Deceased
Estate of Raymond McGhee, Deceased
Estate of Rebecca D. Carpenter, Deceased
Estate of Richard A. Smith, Deceased
Estate of Richard J. Sterling, Deceased
Estate of Richard Pike, Deceased
Estate of Ricky Kraatz
Estate of Robert Alberino
Estate of Robert Butscher, Deceased
Estate of Robert C. Wyatt, Sr., Deceased
Estate of Robert Danz, Deceased
Estate of Robert Elle, Deceased
Estate of Robert L. Greene, Deceased
Estate of Robert M. Byerly, Sr., Deceased
Estate of Robert R. Robinson, Deceased
Estate of Robert W. McNely, Deceased
Estate of Roger Huck, Deceased
Estate of Ronald Augusta McColley,
    Deceased
Estate of Roy Hutslar, Deceased
Estate of Ruby Nell Adams, Deceased
Estate of Salomon Shuman, Deceased
Estate of Samuel Lee Barnum, Deceased
Estate of Samuel McCain, Deceased
Estate of Shelton Spain

Estate of Stephen Nosko, Deceased
Estate of Steven C. League, Sr., Deceased
Estate of Tami Ballard, Deceased
Estate of Thelma J. Miller, Deceased
Estate of Therese Bluhm
Estate of Townsend Elmo Reed, Deceased
Estate of Tyll Vanzler, Deceased
Estate of Velma C. Johnson, Deceased
Estate of Vira Perry
Estate of Virgil Jewell, Deceased
Estate of Wallace Rabenburg
Estate of Walter Hill, Deceased
Estate of Walter Jacques, Deceased
Estate of Wayne Lee Stewart, Deceased
Estate of Wendell R. Jackson
Estate of William Darr, Deceased
Estate of William F. Pfingsten, Deceased
Estate of William Furlong, Deceased
Estate of William Peppers, Deceased
Estate of William Thomas Merrit, Deceased
Estate of Willie Williams
Etchason, Edward
Eubanks, Candis
Exxon Mobil Corp.
Fairbanks Morse Pump Co.
Fawcett, Rosenda
FBCO Inc.
Featherlite
Feinberg, Phyllis
Feinberg, Stephen B.
Fenicle, Mark
Fenicle, Shirley
Ferrell, Edward
Ferrow Engineering
Fitch, Glenda
Fitch, William
Flake-Mays, Neda
Flannery, Patrick
Flores, Robin
Flowserve (US) Inc.
Flowserve Corp.
Fluor Corp.
Fluor Daniels Maintenance Services Inc.
Fluor Daniels Services Corp.
Fluor Daniels Williams Brothers
Fluor Enterprises Inc.

Fluor Holding Co. LLC
Fluor Texas Inc.
Flynn, Chiemi
Flynn, David Neal
FMC Corp.
Ford Motor Co.
Foseco Inc.
Foster Wheeler Constructors Inc.
Foster Wheeler Energy Corp.
Foster, Jordan
Foust, Jolene Joy
Fraley, Shirley
Fraley, Theodore
Franco, Elsa
Freeman, Allison
Furlong, Virginia
Gade, Stanley
Galetti, Edward J.
Galle, Kim
Gann, Cheryl
Garlock Inc.
Garlock Sealing Technologies Inc.
Garlock Sealing Technologies LLC
Garzillo, Theresa
Gencorp Inc.
General Electric Co.
General Motors Corp.
General Refractories Co.
George Staton Co. Inc.
George, Charlene
George, Roger W.
Georgia Talc Co.
Georgia-Pacific Corp.
Georgia-Pacific LLC
Gerenstein, Barry
Gili, Maryglen
Glen Alden Corp.
Gonzalez, Gilbert
Gonzalez, Patricia
Good, Roger
Goodrich Corp.
Goodyear Tire & Rubber Co.
Goulds Pumps Inc.
Gow, George
Gow, Vivian
Grady, Deanna

Grady, Mark
Grady, Marlena
Grady, Walter P.
Grady, Walter R., Deceased
Graham, Linda
Green, Bobby W.
Greene Tweed & Co. Inc.
Greene, Gracie J.
Griffey, Joyce
Griffey, Roger K.
Griffiths, Charles R.
Griffiths, Diana
Grove, George
Grove, Yvonne
Guard Line Inc.
Guillot, Sheri Schexnayder
Guirguis, Samy
Gulbrandsen, Fred
Gunerman, Karen
H.B. Zachry Co.
Hack, William K.
Hackler, Arnold
Hackney, Harold
Hackney, Linda
Hagan, Janet
Hagan, Kenneth
Hall, Leonore
Hall, Vicki
Halliburton Co.
Harman, Harold
Harman, Karen
Harris, Lulu
Harris, Terry L.
Hart, Irene A.
Hart, Marvin W.
Haveg Industries Inc.
Haveg Pipe Co.
Havens, Jeanette
Haycook, Carolyn
Haycook, Harvey L.
Hayes, Edward
Hayes, Iva
Hayhurst, Emily
Head, Ione
Head, Keith
Hecht, Bernis

Hecht, Edmund
Hecker, Gary
Hedgpeth, Brenda
Henley/MWK Holding Inc.
Henry Vogt Machine Co.
Henson, Larry, Deceased
Herndon, Robert
Herring, Gerald W.
Herring, Nona Lee
Hicks, Patti
Hill, Arletha
Hill, Gloria
Hill, Linda
Hiltz, James T.
Hindman, John W.
Hobbs, Arlon J.
Hoffman, Beatrice
Hoffman, Eugene
Holman, Bryan V.
Holman, Joe D.
Holman, Wade N.
Holmes, Lotherine
Honeywell Inc.
Hooks, Steven
Hooks, Tommie H.
Hope, Robert
Hoskins, James Michael
Hoskins, James Preston, Deceased
Houston, Wilma
Huber, William
Huck, Sandra
Hughes, Elizabeth
Hughes, John
Humphreys, Margaret
Humphreys, William
Huntington Ingalls Inc.
Iehle, Dorothy
IMO Delaval Inc.
IMO Industries Inc.
Industrial Holdings Corp.
Ingersoll Rand Corp.
Ingersoll-Rand Co.
Irvine, Betty Lou Young
ITT Corp.
ITT Industries Inc.
Jackson, Dan

Jackson, David W.
Jackson, Scott
Jacques, George
James, Dorothy
Jasper, Diane
Jasper, Joseph
Jeansen, Barbee
Jeffrey, Joel, Deceased
Jeffrey, John Michael
Jeffrey, Myrna
Jeffrey, Ricky Marcel
Jenkins, Alva
Jenkins, Doris
Jenkins, Walter
Jennings, Jean
Jennings, Kenneth
Jestes, Herman Ralph
Jestes, Opel
Jewell, Margaret
J-M Manufacturing Co. Inc.
John Crane Inc.
Johnson, David
Johnson, Debra
Johnson, Jeanette
Johnson, Perry L.
Jones, John Henry, Jr.
Jones, Tammy Thaxton
Jones, Teresa Lynn
Jourdain, Robert
Jourdain, Sharon
Justice, Barbara
Justice, William
Kaiser Cement Corp.
Kaiser, Charles, Sr.
Kapp, Susan
Karlich, Marilyn
Kay, James F.
Kay, Marianne
KCG Inc.
Kell Holding Corp.
Kelly Moore Paint Co. Inc.
Kelly Springfield Tire Co.
Kemper, Harvey
Kemper, Kathleen
Kennedy, Herman
Kewanee Boiler Corp.

Kiddoo, Dorothy
King, David
King, Fredrick
King, Margaret
King, Patricia
Kinsley, Christina
Kirk, James
Kiser, Kathryn
Kliafis, Joellen Lugene
Kraatz, Ricky
Kraatz, Terry
LaGloria Oil & Gas Co.
LaMartina, Peggy
LaMartina, Richard
Lamons Gasket Co. Inc.
Lamons Metal Gasket Co. Inc.
Langevin, Albert D., Jr.
Langevin, Paulette, Deceased
Laningham, Donald
Laningham, Ruth
Lansdale, Robert A.
LaPointe, Herbert
Latuda, Louis
Laubecher, Sylvia
Laurens, Herman
Laurens, Rosa
Lavender, Jala
League, Delberta
Leamons, Dorothy
Leamons, Herman
Leider, Frank J.
Lennox Industries Inc
Levitt, Dale
Levitt, Gloria
LGS Technologies LP
Liberda, August
Liebau, Shirley
Litchfield, Charlie
Littleman, Kee
Lone Star Steel Co.
Loughlin, William
Lucas, Donald
Lucas, Sherry Mace
Lucent Technologies Inc.
Lust, Josephine
Lust, Leonard M.

M.L.T.C. Co.
M.W. Kellogg Co. The
Mahaffey, Gordana
Mahaffey, Harold
Manchester, Sandra
Manchester, Wallace H., Jr., Deceased
Marie, Pauline
Maroldo, Anthony
Marquez, Lewis
Marsh, Gene
Marsh, Karla
Marshall, Bertha
Marshall, Caroly
Marshall, Earl
Marshall, Florence
Marshall, Robert
Martin, Iona James
Martin, Paul Ledale
Martinez, Sergio
Massey Energy Corp.
Massey-Ferguson
Mavronicles, Charles
Mavronicles, Gus, Jr.
Mavronicles, Jeanette
Mavronicles, Linda
Maynard, Diane
Mazenko, Darla
Mazenko, Robert
McCain, Cynthia
McClendon, Debra K.
McClinton, Gwendolyn
McClinton, Sidney
McColley, Ronald Andrew
McGhee, Melanie
McKenna, John
McNeil & NRM Inc.
McNeil Ohio Corp. Inc.
McNely, Betty
McQuay International, a Daikin Industries
    Co.
Meister, Horst K.
Meister, Norma
Mendoza, Alvaro
Mendoza, Isabel
Merrit, Carolyn J.
Metropolitan Life Insurance Co.

Meyers, Linda R.
Mid-Valley Inc.
Miller, Betty
Miller, Calvin
Miller, Melvin C.
Miller, Roger W.
Milwhite Inc.
Mine Safety & Appliances Co.
Minneapolis Moline
Minnesota Mining & Manufacturing Co.
Miss, Giusto
Miss, Massimiliana
Mitchell, Joe M.
Mitchell, Kefa
Mongan, Peter C.
Mongan, Sarah
Monsanto Co.
Montgomery, Laura
Mooney, Dorothy
Morbitzer, Nancy
Morbitzer, Paul
Moskowitz, Allen M.
Mott, Glenn
Mueggenborg, Norbert Paul
Mullens, Joyce A.
Mundy Construction Co.
Mundy Industrial Maintenance Inc.
Murco Wall Products Inc.
Musgrove, Barbara
Musgrove, Frank
Myers, Nancy E.
National Oilwell Varco Inc.
Natkin & Co.
Natkin Service Co. of Houston
Natkin Service Co. of Kansas
Nechodomu, Gerald
Nechodomu, Terry
Neill, Delmar
Nielsen, Elizabeth
Nielsen, Robert
Noble, Barbara
Noble, James
Noonan, Helen
Noonan, Michael G.
Norris, Deanna K.
Norris, Debra

Norris, Otis N.
Northrop Grumman Ship Systems Inc.
Norton Co., Safety Products Division
Nosko, Mark
Nyarady, James
Oakfabco Inc.
O'Brien, David
O'Brien, Karen
Occidental Chemical Corp.
O'Donnell, Troy J.
Oglebay Norton Co.
O'Gorman, Jacqueline
Oquist, Gail
Otto, Doris
Otto, Theodore
Owens Illinois Inc.
Owings, Bobby J.
Paizza, Ethna
Palagalla, Eryla
Palmer, Carol
Palmer, Harold
Panaro, George
Paratore, Martin
Parke, Elizabeth
Parke, Walter, Deceased
Parker Hannifin Corp.
Parker Hannifin Corp.
Parker, Dorothy
Parker, John B.
Parsons Chemical Engineering Inc.
Parsons Energy & Chemicals Group Inc.
Parsons Infrastructure & Technology Group
    Inc.
Pastore, Erminio L.
Payne, Allen, Deceased
Payne, Debra
Payne, Derek
Payne, Erik
Payne, Jana James
Payne, Kevin
Pecora Corp.
Peerless Industries Inc.
Peerless Pump
Peppers, Jo Ann
Perry, Troy
Petkovsek, Bonnie Lee

Petkovsek, David
Pfingsten, William E.
Pharmacia Corp.
Pharmacia LLC
Philips Electronics North America Corp.
Phillips Chemical Holdings Co.
Phillips Petroleum Co.
Pichler, Kim
Pichler, Margie, Deceased
Pinto, Janice
Pinto, John A.
Pizzillo, Dawn
Porter, William
Powell, John R.
Presley, Stephen
Priddy, Anna
Priddy, Creston P.
Pridmore, David
Pridmore, George
Proffitt, Joyce
Pugh, Teresa
Puleo, Joseph L.
Pullman Inc.
Purvis, Veva
Quaker Oats Co.
Qualls, Angela L. Norris
Quigley Co. Inc.
Rabenburg, Frank
Rankin, Rosie Mae Solze
Rapid-American Corp.
Rapley, Batty
Rapley, David R., Deceased
Rapley, Frank, II
Raytheon Engineers & Constructors
Red Seal Electric Co.
Reed, Townsend Elmo
Reed, Wilma J.
Ref Chem LP
Regan, John
Renteria, Suzanne H.
Rentmeester, Clayton
Resco Holdings Inc.
Rhodes, Bettie Ruth
Rhone-Poulenc AG Co. Inc.
Rhone-Poulenc Inc.
Ricci, Junior

Richards, Gail
Richards, Roy J.
Riley Power Inc.
Riley Stoker Corp.
Ritter, Carol
Ritter, Coy
Roberson, Judith
Roberson, Millard David
Roberts, John T.
Robinson, John H.
Rodriguez, Alicia
Rohletter, Bobby J.
Rohletter, Millie
Ross Laboratories
Rostankoyski, Joy
Routhier, George
Routhier, Veronica
RPM Inc.
Russell, Florence
Russell, Thomas
Saenz, Francisca
Saenz, Juan
Saint Gobain Abrasives Inc.
Salazar, Rosa
San Jacinto Maintenance Inc.
Sanchez, Elogia
Santa Fe Braun Inc.
Scanlon, Sharon
Schexnayder, Janelle Rodrigue
Schexnayder, Ryan
Scivicque, Ruth
Scroggins, Billie
Scroggins, Wendell, Sr.
Sellgren, Karen
Sellgren, Paul E., Deceased
Sepco Corp.
Serviss, Candace J.
Serviss, Carson L.
Shaw Group Inc., The
Shockley, Dora
Shockley, Perry
Shores, Rose
Shreve, Claudia Gail
Shuman, Roberta
Sibley, Eric
Siemens Energy & Automation Inc.

Siemens Industry Inc.
Silva, Sofia
Simmons, Phoebe
Simpson, Benthal G.
Simpson, John K.
Sinisi, Nuala
Sinisi, Stuart
Skinner, Joyce
Slaughter, Brenda
Slutz, Kimberly
Smith, David D.
Smith, Edward
Smith, Luther P., Jr.
Smith, Ruth M.
Smith, S. D.
Smith, Sammie L.
Soiferman, Harvey
Solomons, Helen
Sorrell, Robert
Spears, Connie
SPX Corp.
Stager, Charlotte
Stager, Douglas
Stalik, Edward E.
Standco Industries Inc.
Stanley, Christine
Stanley, Peter
Stark, Albert
Stark, Frances
Staton Lumber Yard
Stearns-Rogers Corp.
Stein, Margaret
Sterling, Linda J.
Steuck, Amy
Stewart, Edward
Stewart, Marguerite
Stewart, Terry
Stickrod, Brian Kelly
Stinson, Margaret
Stinson, Roger
Stokeley Van Camp Inc.
Straka, Catherine
Straka, John
Strenger, Virginia M.
Striffler, Hugh
Sturm, Herman, Jr.

Sturm, Pauline
Sud-Chemie Inc.
Sue, Jeffrey
Sue, Kristin
Sullivan, Constance
Sullivan, Joseph
Sun Oil Co. Inc.
Sunoco Inc. (R&M)
Superior Boiler Works Inc.
Sylvester, Kenneth
Sylvester, Sharon
T.H. Agriculture & Nutrition LLC
Tate, William M.
Taylor-Seidenbach Inc.
Temperino, Michele
Temperino, Rosalia
Terrill, Gary
Terrill, Sandy
Texaco Inc.
Texas Gas Transmission LLC
Texas Industries Inc.
THAN Inc.
Thomas Hayward Chemical Co.
Thomas, Carilion E.
Thomas, Gardenia
Thomas, Henry Lee
Thomas, John E.
Thomas, Joyce
Tie, John H.
Tie, Marylin
Tilghman, Betty Jane
Todd, Gerald
Toscano, James
Toscano, Jeanette
Total Petrochemicals USA Inc.
Trane Co.
Trane US Inc.
Triangle Maintenance
Trinity Construction Co. Inc.
Triplex Inc.
Tripp, Ellen
Turner, Joann
Turner, Pamela
Twentieth Century Glove Co.
TXI
Tyson, Pamela

Tyson, Sylvester
U.S. Rubber Co.
Ultramar Diamond Shamrock Corp.
Union Carbide Chemicals & Plastic Co.
Union Carbide Corp.
Uniroyal Holding Inc.
Uniroyal Inc.
United Conveyor Corp.
United States Steel Corp.
URS Energy & Construction
USA Norton Co.
Valero Energy Corp.
Vanzler, Mary Ellen
Varricchio, Lawrence
Verrengia, Florence
Verrengia, John
Viacom Inc.
Victor-Littleman, Irene
Vinson, Henry
Vinson, Iva J.
Voight, Connie
Voight, Joseph F.
Wagner, Michelle
Walker, Mary
Wall, Lillian L.
Wallace, Madonna
Walsh, Francis J.
Walters, Myrna
Walters, Robert Lee
Ward, Mary
Ward, Travis
Wardle, Karen
Wardle, Neil
Warren Pumps LLC
Washington Group International Inc.
Weaver, Louis K.
Webster, Harold
Weddell, Eleanor
Weddell, Trovillo
Weiland, Chester
Weiland, Judy
West, Valerie
Wheelabrator Chicago Inc.
White Motor Co.
White, Earl, Jr.
White, Norma Lee

White-New Idea Co.
Whitt, Anthony
Whitt, J.D., Deceased
Whitt, Shirlene
Whitt, Stoney
Whittaker Clark & Daniels Inc.
Wilder, Donald H.
Wilder, Elosia R.
William Powell Co., The
Williams, Ann
Williams, Chandra
Williams, Mary
Willis, Percy James, Jr., Deceased
Winder, Elda
Winder, Harvey
Wofford, Ada
Wolfgang, Judith
Woodson, Melvin
Woodward, Anna Matlock

Woodward, Don O'Neil
Xcel Energy Services Inc.
Yarbrough, Kaycee
Yaros, Robert
Yarway Corp.
Yazzie, Duane
York International Corp.
Young, Patricia
Young, Scott Douglas
Young, Willard, Deceased
Zahra, Joseph
Zamata, Charles
Zapata, Etelvero
Zapata, Maria
Zbigniewicz, Catherine
Zbigniewicz, Leon
Ziebarth, Philip L.
Zurn Industries Inc.
Zywicki, Joanne

# SCHEDULE 1(r)

## Potentially Responsible Parties

3M Co.
American Barrel Co.
Amoco Chemical Corp.
Arco Chemical Co.
Atlantic Richfield Co.
Baker Hughes Oilfield Operations Inc.
Baker Petrolite Corp.
BASF Corp.
Beazer East Inc.
Bio-Ecology Systems Inc.
BP America Production Co.
BP Amoco Chemical Co.
BP Products North America Inc.
Champion Technologies Inc.
Chemtron Corp.
Chemtura Corp.
Clean Harbors Environmental Services Inc.
Copperopolis Asbestos
Crystal Chemical Co.
Diamond Shamrock
DSI Facility
Eltex Chemical & Supply Co.
Environmental Enterprises Inc.
Exxon Chemical Co. USA
Exxon Mobil Corp.
Federal Mogul
General Dynamics Corp.
Giant Resource Recovery - Attalla Inc.
Goodyear Tire & Rubber Co.
Groendyke Transport Inc.
Hydrite Chemical Co.
International Paper Co.
Lion Oil Co.
Lyondell Chemical Co.
M&M Chemical
Malone Services

Marathon Ashland Pipe Line LLC
Marathon Oil Co.
Marathon Petroleum Co.
Marine Shale Processors
Matlack Systems Inc.
Mission Petroleum Carriers Inc.
Monsanto Co.
Nalco Chemical Co.
NL Treating Chemicals
North Main Metals Recycling
Occidental Chemical Corp.
Ondeo Nalco Co.
Perma-Fix Environmental Services Inc.
Pharmacia Corp.
Pollution Control Industries Inc.
Rohm & Haas Co.
Romic Environmental Technologies Corp.
Roy O. Martin Lumber Co. LLC
RSR Corp.
Sea Lion Chemical
Sea Lion Technology Inc.
Sheridan Disposal Services
Solvents & Petroleum Service Inc.
Solvents Recovery Service of New Jersey
Inc., The
Sonics International Inc.
Southeast Texas Environmental LLC
Southwest Specialty Chemicals Inc.
Texas Instruments Inc.
Trelleborg Coated Systems US Inc.
Trinity Industries Inc.
Utah Power & Light
Voda Petroleum Inc.
Welchem Inc.
Younger Brothers Inc.

# SCHEDULE 1(s)

## **Professionals**

Akin Gump Strauss Hauer & Feld LLP
Alvarez & Marsal
Balch & Bingham
Blackstone Advisory Partners LP
Brown Rudnick LLP
Cadwalader Wickersham & Taft LLP
Capstone Advisory Group LLC
Centerview Partners LLC
Citigroup Global Markets Inc.
Concentric Energy Advisors
Davis Polk & Wardwell LLP
Deloitte & Touche
Deutsche Bank Securities Inc.
Enoch Kever
Epiq Bankruptcy Solutions
Ernst & Young LLP
Evercore Group
Filsinger Energy Partners
Franklin Advisors Inc.
Fried Frank Harris Shriver & Jacobson LLP
Furr, Robert
Gibson Dunn & Crutcher
Hawkins Parnell
Houlihan Lokey Capital Inc.
Hunton & Williams
ICF Resources LLC
Jackson Sjoberg McCarthy & Townsend
    LLP
Jones Day
JP Morgan Securities LLC
KPMG
Kramer Levin Naftalis & Frankel LLP

Loop Capital Markets LLC
McDermott Will & Emery
Miller Buckfire & Co LLC
Millstein & Co.
Moelis & Co. LLC
Morgan Lewis & Bockius
Navigant Consulting Inc.
O'Melveny & Myers LLP
Paul Weiss Rifkind Wharton & Garrison
    LLP
Perella Weinberg Partners
Peter J. Solomon Co.
PricewaterhouseCoopers LLP
Richards Layton & Finger
Ropes & Gray LLP
Rothschild Inc.
SAIC Energy Environment & Infrastructure
    LLC
Schulte Roth & Zabel LLP
Shearman & Sterling LLP
Sidley Austin LLP
Simpson Thacher
Stratus Energy Group
Towers Watson
Vinson & Elkins
Wachtell Lipton Rosen & Katz
White & Case LLP
Wilkie Farr & Gallagher LLP
Williams Capital Group LP, The
Winstead PC
Zolfo Cooper LLC

# SCHEDULE 1(t)

## **Shareholders**

Abu Dhabi Investment Authority
ACA Family LP (Acosta Trust)
Acosta, Arcilia C.
AlpInvest Partners Co-Investments 2007 CV
Alvaro
AP TXU Holdings LLC
ASF Park Sub 2 LP
AXA Capital America LP
AXA CDP Co-Investment Fund FCPR
AXA Co-Investment Fund II FCPR
Baker, Thomas
Bank of Nova Scotia, The
bcIMC (WCBAF) Private Placement (2006)
    Investment Corp.
bcIMC Private Placement (2006) Investment
    Corp.
Bird, Robert D., Jr.
Black Canyon Direct Investment Fund LP
Blevins, Michael R.
Bosecker, Brian Timothy
Burton Hills Limited LP
California Public Employees' Retirement
    System
California State Teachers' Retirement
    System
Canyon Balanced Equity Master Fund Ltd.
Canyon TXU LP
Canyon Value Realization Fund LP
Centaurus Capital LLC
Centaurus TEF LP
Citigroup
Citigroup Alternative Investments Corp.
Citigroup Alternative Investments LLC
Co-Investment Capital Partners LP
Co-Investment Partners (NY) LP (Lexington
    Partners)
Co-Investment Partners 2005 LP (Lexington
    Partners)
CPP Investment Board (USRE II) Inc.
Cumbria LP
Davis, Douglas L.
Degeyter, Brock M.

Dick, Ralph L.
Diermann, Scott L.
Ecofin Co-Investment LP
Ecofin TXU LP
ECP I (NE Energy IP) LP
Elliott Associates LP
Elliott International LP
Ellis, Stephen L.
Energy Capital Partners I LP
Energy Capital Partners I-A LP
Evans, Donald L.
Federwisch, Richard R.
FinVest Capital Ltd.
Frier, Harry Leonard, Jr.
Geary, John William
Goldman Sachs & Co.
Gooch, Cecily Small
Goodwin, Ricky Bob
Grace, Tommy Glen, Jr.
Greene, M.S.
Griffin, Mark John
GS Capital Partners
GS Capital Partners VI Fund LP
GS Capital Partners VI Parallel LP
GS Global Infrastructure Partners I LP
GS Infrastructure Offshore TXU Holdings
    LP
GS Institutional Infrastructure Partners I LP
GSCP VI Germany TXU Holdings LP
GSCP VI Offshore TXU Holdings LP
Guillory, Angela Yvonne Williams
Hamilton Lane Co-Investment Fund LP
Harris, Wayne L.
Higdon, Charles A.
Higginbotham, Theron Dale, Jr. "Dale"
Hogan, Timothy Ross "Tim"
HRJ Growth Capital II (NQ) LP
HRJ Growth Capital II LP
HVB Capital Partners AG
Institutional Benchmark (Master Feeder)
    Ltd.

Institutional Benchmarks Series (Master
    Feeder) in respect of the
Jarrell, Freeman, Jr.
Jeanes, Ricky L.
KKR 2006 Fund LP
KKR Associates Reserve LLC
KKR Partners III LP
KKR PEI Investments LP
Kohlberg Kravis Roberts & Co. LP
Koonce, Kimmy Sue
Kopenitz, Stephen John
Kross, David Christopher
Kuwait Investment Authority
Lehman Brothers
LGT Capital Invest Ltd.
Lightle, Curtis L.
MacVest 1 Ltd.
Madden, Fred Webster, Jr.
Mason Capital SPV I LLC
Mason Capital SPV I LP
McBay, Michael Raymond
McCabe, Del Andrew
Meserve, Richard A., Dr.
Meyers, Anthony Michael
Moor, Gary Lee
Moore, Stephanie Zapata
Moore, William A.
Morgan Stanley
Morgan Stanley & Co. Inc.
Morley Investments Ltd.
NB Co-Investment Group LP
NB Co-Investment Partners LP
NB Fund of Funds XVIII – Co-Investment
    Holding LP
NB PEP Investments I LP (Inc.)
NB Secondary Opportunities Pooling LP
NB Tangible Assets Fund LP
Neuberger Berman
New York Life Capital Partners III LP
New York Life Capital Partners III-A LP
Norinchukin Bank, The
Northwestern Mutual Life Insurance Co.,
    The
OPERF Co-Investment LLC

OPTrust Private Equity Direct NA I Inc.
Pearson, Gerry Lee
PI Co-Invest LLC
Quintana Energy Fund-FI LP
Quintana Energy Fund-TE LP
Quintana Energy Partners LP
Quiram, David
Reilly, William K.
Rose, Thomas Wayne
Rosemont Solebury Co-Investment Fund
    (Offshore) LP
Rosemont Solebury Co-Investment Fund LP
Sageview Capital LP
Savina, James J.
Skidd, Stephen N.
Smith, Donald B.
Smith, Russell Alan
Smith, Stephen L.
Speedy Investment Pte Ltd.
State Street
Stockwell Fund LP
Stonger, D. Frank
Strategic Co-Investment Partners LP
Teachers Insurance & Annuity Association
    of America
Texas Energy Future Capital Holdings LLC
Texas Energy Future Co-Invest LP
Texas Energy Future Holdings LP
Texas Energy Industries Company, Inc.
Thompson, Molly M.
Thompson, Von Wade
TPG FOF V-A LP
TPG FOF V-B LP
TPG Management LP
TPG Partners IV LP
TPG Partners V LP
TPG Partners V LP
Tulloh, Brian T.
Whipple, John Christopher
Wilks, Douglas Greg
Williamson, Billie Ida
Young, John F.
Youngblood, Kneeland

# SCHEDULE 1(u)

## Significant Customers

ALCOA
Barclays Bank PLC
BP Energy
Citigroup Energy Inc
Credit Suisse Energy LLC
DB Energy Trading
EDF Trading North America LLC
ERCOT (Electric Reliability Counsel of Texas)
Federal Deposit Insurance Corp. (FDIC)
J Aron Co.
Natural Gas Exchange Inc.
NextEra Energy Power Marketing
Shell Energy
Valero Texas Power Marketing, Inc.

# SCHEDULE 1(v)

## Significant Vendors

3B Dozer Service
3E Energy Inc.
4-L Engineering Co. Inc.
4-Star Hose & Supply Inc.
5DT Inc.
6 Stones
7-Eleven Inc.
A&E Machine Shop Inc.
A&K Railroad Materials Inc.
A.B. Erwin Welding
A.L. Helmcamp Inc.
A+ Fabrication
AAF International
Aaxion
Abasco LLC
ABB Inc.
ABC Auto
ABL Services Inc.
Able Communications Inc.
AboveNet Communications Inc.
Abresist Corp.
Absolute Consulting Inc.
Academy of Medicine Engineering &
    Science of Texas
ACAP Health Consulting
Accenture LLP
Access Industrial Maintenance Inc.
Accretive Solutions-Dallas LP
Ace Welding & Fabrication
ACFM Inc.
ACM Global High Yield Offshore
Acosta, Arcilia
ACT Independent Turbo Services
ACT Pipe & Supply Inc.
Action Cleaning Systems
Action Stainless & Alloys Inc.
Acuity Specialty Products Inc.
Acuren Inspection Inc.
Ad Gifts Co. Inc.
Ada Carbon Solutions (Red River) LLC
Ada Carbon Solutions LLC
Ada Environmental Solutions

Ada ES Inc.
ADM Investor Services Inc.
ADP Inc.
Advanced Analytical Laboratories
Advanced Industries Inc.
Advanced Technologies Consultants
AEC Powerflow
Aecom Technical Services Inc.
Aegis Communications Group
Aegis Insurance Services
Aeon PEC
AEP Energy Partners Inc.
AEP Energy Services, Inc.
AEP North
AEP Southwestern Electric Power Co.
AEP Texas Central Co.
AEP Texas North Co.
AEP-North (WTUT)
Aequity Holdings LLC
Aerometric Inc.
Aerovironment Inc.
Aerzen USA
Aetna
Aetna Hartford
Aetna Inc.
Agency/Medium Term Finance
Aggreko Inc.
Aggreko LLC
Agilent Technologies
AGT Services
Air Hygiene International Inc.
Air Liquide America Specialty Gases LLC
Air Mac Inc.
Air Power Sales & Service
Airgas
Airgas Safety
Airgas Specialty Products
Akin Gump Strauss Hauer & Feld LLP
Akron Consulting LLC
Albemarle Corp.
Alcoa
Alden Research Laboratory Inc.

Alecom Metal Works Inc.
Alimak Hek Inc.
Alin Machining Co. Inc.
All Pro Automotive
All State Industries Inc.
Allen Machine & Equipment
Allen Sherman Hoff
Allen Systems Group Inc.
Allen's Electric Motor Service
Allen's Electric Motors
Alliance Power Group
Alliant Energy Corporate Services Inc.
Allied Electronics Inc.
Alloys & Components Southwest
All-State Belting LLC
Allstate Groundwater Control
All-Tex Pipe & Supply Inc.
Allums, Ramona
Alman Construction Services
Alman Electric Inc.
Alpha Coal Sales Co. LLC
Alpha Erosion Products
Alpha Natural Resources
Alpha Services
Alstom Power
Altran
Aluminum Co. of American (Alcoa)
Alvarez & Marsal LLC
Amber L. York Trust
Ameco
Ameralloy Steel Corp.
Amercable
Ameren Energy Generating Co.
Amerex Brokers LLC-Emissions
Amerex Brokers LLC-Gas
Amerex Brokers LLC-Power
Amerex Brokers LLC-Retail
American Air Filter
American Airlines Center
American Coalition For Clean Coal
    Electricity
American Corporate Partners Inc.
American Crane & Equipment Corp.
American Efficiency Services LLC
American Electric Power Inc.
American Elevator Technologies

American Gear & Pump
American Hydraulics
American International Group
American Legislative Exchange Council
American List Counsel
American Multi-Cinema Inc.
American Nuclear Insurers
American Power Services Inc.
American Red Cross
American Red Cross - Dallas Area Chapter
American Trainco Inc.
Ameritek
Ameritek Plant Services LLC
Ametek Solidstate Controls
Amplifinity Inc.
Amsted Rail
Anadarko E&P Onshore LLC
Analysis & Measurement Services Corp.
Analytic Partners Inc.
Ancira Ford
Ancira Winton Chevrolet Inc.
Anderson County (TX)
Anderson Fertilizer
Anderson Greenwood Crosby Valve
Andrews Transport Inc.
Anixter-Dallas
Ann Mcgee Cooper & Associates Inc.
Anthony Mechanical Services Inc.
Aon (Bermuda) Ltd.
Aon eSolutions Inc.
Aon Risk Services Southwest Inc.
AP Services LLC
Apache Corp.
Apex Geoscience Inc.
APG Consulting Inc.
API Systems Group Inc.
Applabs Tech Pvt Ltd.
Applegate Commodities LLC
Applied Energy Co. LLC
Applied Industrial Technologies Inc.
Apptio Inc.
Apptricity
APS American LLC
Aramark Uniform Services
Arbill Industries Inc.
Arborgen LLC Livingston

Arch Coal Sales Co. Inc.
Archon Resources LLC
Areva Inc.
Areva NC Inc.
Areva NP Inc.
Argo Power Services Ltd.
Ariba Inc.
Arinc Inc.
Arkansas Industrial Machinery Inc.
Arkansas Oklahoma Railroad Co. Inc.
Arlington Urban Ministries
Armstrong International Inc.
Arnold & Porter LLP
Arrow Geomatics Inc.
Arrowhead Contractor Supply Inc.
Arthur Temple College of Forestry
Asbestos Removal Inc.
Ascend Performance Materials
Asgco Manufacturing Inc.
Asher Media Inc.
Assistance Center of Collin County (TX)
Association of Electric Cos. of Texas
AT&T
AT&T Corp.
AT&T Internet Services Inc.
AT&T Opus
ATC Nuclear
Atkins North America Inc.
Atlas Commodities LLC
Atlas Copco
Atlas Copco Compressors LLC
Atlas Manufacturing Co. Inc.
ATR Inc.
Atwood, Sarah
Aumund Corp.
Austin White Lime Co.
Automatic Systems Inc.
Automation Service
Automation Technology Inc.
Autonomy Inc.
Avenue Omnibus Account LLC
AWC Inc.
Axon Solutions Inc.
Ayco Co. LP
Azima DLI
Azima Inc.

B&D Industrial & Mining Services Inc.
B&G Machine Inc.
B&K Services
B&W Power Generation Group Inc.
B.E. Consulting Inc.
B3 Systems Inc.
Babcock & Wilcox
Babcock & Wilcox Power Generation
    Group Inc.
Bait Barn Fisheries, The
Baker Botts LLP
Baker Hughes Inc.
Baker, James A., III
Baker, Thomas L.
Balch & Bingham LLP
Baldwin Metals Co. Inc.
Bamert Seed
Bank of New York Corporate Trust Admin
    Support, The
Bank of New York Mellon Corporate Trust
    Municipal, The
Bank of New York Mellon Corporate Trust,
    The
Bank of New York Mellon, The
Bank of New York Trustee, The
Bank of New York, The
Bank One Purchasing Card
Bank One Travel Card
Barclays Bank
Barco Inc.
Barlett Nuclear Inc.
Baro Cos.
Baro Holdings Inc.
Barr Engineering Co.
Barry Sibul Co.
Barsco
Bartley, Jimmy
Bartley, Virginia
Basis Technologies Inc.
Bass Engineering Co. Inc.
Bastrop County Tax Office (TX)
Bay Area/General Crane Service
Bayless Auto Supply
Baylor Health Care System
Bazaarvoice Inc.
BCS Stop & Go Potties

Beach Street Consulting Inc.
Beacon Aviation Inc.
Beacon Training Services Inc.
Becht Engineering Co. Inc.
Bechtel Power Corp.
Beckville Independent School District (TX)
Bell Helicopter Textron Inc.
Bellomy Research
Benchmark Industrial Services
Bendco
Benetech Inc.
Bentley Systems Inc.
Bently Nevada Corp.
Beshear Group Inc.
Best Mechanical Inc.
Best Pump Works
Best Pumpworks
Bete Fog Nozzle Inc.
Beveridge & Diamond PC
BFI Pumps Inc.
BFI Waste Systems of North America LLA
BG Construction
BHP Billiton Olympic Dam Corp. Pty Ltd.
BI Inform Global
Bibb, Kyle
Big Dumpster, The
Bipartisan Policy Center
Bi-State Rubber Inc.
Black & Veatch Corp.
Blackstone Advisory Partners LP
Bland Construction Co.
Blevins, Michael R.
Bloomberg LP
Blue & Silver Energy
Blue Cross Blue Shield Health Care
    Services Corp.
Blue Flame
Bluewater Strategies LLC
BMT WBM Inc.
BNL Industries Inc.
BNSF Railway Co.
BNY Mellon
Bob Lilly Professional Marketing
Bolin Construction Inc.
Bolttech Mannings
Boomi Inc.

Boral Material Technologies Inc.
Border States Electric Supply
Boron Products LLC
BOSC Mutual Fund
Boston Consulting Group Inc.
Boston Mutual Life
Bowdens Guaranteed Hydromulch
Box Inc.
Boy Scouts of America
BP America Production Co.
BP Energy Co.
Bracewell & Giuliani LLP
Brahmtex Inc.
Brake Supply Co.
Brake Supply-Southwest Inc.
Brazos Mag LLC
Brazos River Authority (TX)
Brazos Valley Parts Co.
Brazos Wind LP
Breaktime Solutions
Brenntag Southwest Inc.
Brian Kelly Glass & Mirror Co. Inc.
Bridgeline Digital
Bridgestone Americas Tire Operations
Brighter Tomorrows Inc.
Britjon Co. LLC
Broadspire Services Inc.
Brooks, Johnny Earl
Brooks, Mark Edward
Brown McCarroll LLP
Bryan & Bryan Asphalt Road Oil Co.
Bryan Cave LLP
Bryan Hose & Gasket - Rockdale
Bryan Hose & Gasket Inc.
BSG TPV LLC
BTU Brokers Inc.
Buckman Laboratories Inc.
Buffalo Industrial Supply Inc.
Build Computer Products
Bullard Inc.
Burns & McDonnell
Burns & McDonnell Engineering Co.
Business Imaging Systems Inc.
Business Interiors
Business Wire
Butler & Land Inc.

Butler Materials
BWF America Inc.
BWM Services
C&E Air Conditioning Services
C.L. Smith Industrial Co.
Cactus Environmental Service
Cadwalader Wickersham & Taft LLP
CAFCO
Calder Testers Inc.
Call Center Concepts Inc.
Call Communications Inc.
Camcorp Inc.
Cameco Corp.
Cameco Inc.
Camelot Communications Ltd.
Cameron Compression Systems
Cameron International Corp.
Cameron Technologies
Camp Central Appraisal District (TX)
Camp County Land & Title Co.
Campbell, David
Canberra Industries Inc.
Cantu Foods & Marketing Corp.
Capco Contractors Inc.
Capco Fabricators Inc.
Capco Supply
Capcorp Inc.
CapGemini America Inc.
Capgemini North America Inc
Capital City Janitorial Inc.
Capps True Value Hardware & Ag Center
Capstone Advisory Group LLC
Caremark
Cargill Inc.
Cargill Salt
Carl White Chevrolet
Carlson Software
Carrollton Farmers Branch Independent
    School District (TX)
Carry The Load
Carthage Machine & Welding Inc.
Carver PA Corp.
Case M&I LLC
Cassidy Turley
Cassidy Turley Midwest Inc.
Castell Interlocks Inc.

Castro Roofing of Texas
Cat Financial Capital Solutions
Caterpillar Financial Corp.
Caterpillar Financial Services Inc.
Caterpillar Global Mining Field Services
    LLC
Caterpillar Global Mining LLC
Catholic Charities Diocese of Fort Worth
Cattron Group International
Cavazos, Eddie
Cayuga Independent School District (TX)
CBP Engineering Corp.
CBRE Investors AAF Strategic Partners US
    Value 5
CBREI ITF Calstrs-Dallas Tower
CBS Roofing Services
CCC Group Inc.
CDF Services Inc.
Ceco Sales Corp.
CED - Consolidated Electrical Distributors
    Inc.
CED Fort Worth Credit
CED/Interstate Electric Co.
Cedar Hill Food Pantry
Celanese
Celanese Chemicals
Cellular One
Cellxion LLC
Celtex Industries
CEMS Professional Services LLC
Cemspro
Center Operating Co. LP
Centerpoint Energy
Centerpoint Energy Gas Receivables LLC
Centerpoint Energy Houston Electric LLC
Centerview Partners LLC
Central Marketing
Central Texas Security & Fire
Century Geophysical Corp.
Century Weatherproofing Inc.
CenturyLink
Certrec Corp.
Cervantes Delgado Inc.
Cesco Inc.
CFC Cleaning & Security Service
CFJ Manufacturing

CGS Brokerage LLC
CH2M Hill Inc.
Chapman Construction Co. LP
Checkpoint Consulting LLC
Chemical Lime Co. of Texas
Chemical Lime Inc.
Chemical Weed Control Inc.
Chemtex
Cherokee Central Appraisal District (TX)
Cherokee County (TX)
Chesapeake Energy Corp.
Childrens Medical Center (Dallas, TX)
Choice Energy Services Retail LP
Choice Natural Gas LP
Choose Energy LLC
Christian Information & Services Center
Chubb & Son
Chuck Ward & Associates Inc.
Chumley, Brenda Joyce
CI Actuation
CIO Executive Council
Circuit Breaker Sales & Repair Inc.
Cistera Networks
Cit Group/Equipment Financing Inc.
Citibank NA
Citibank NA Corporate Asset
Citibank New York
Citigroup Energy Inc.
Citigroup Global Markets Inc.
Citrix Systems Inc.
Cladtec (Texas)
Claren Road Credit Master Fund Ltd.
Clark Welding Services
Clary E&I Services LLC
Clay Cooley Nissan
Clearview International LLC
Click2learn.com Inc.
Cloud Peak Energy LLC
Clowers Co.
Clyde Bergemann Inc.
Coal Combustion Inc.
Coalfire Systems Inc.
Coastal Chemical LLC
Coffield, H.H., Estate of, Deceased
Cohesive Solutions
Collin County (TX)

Colloid Environmental Tech LLC
Commiato's Machine & Repair Service Inc.
Communications Direct Inc.
Community National Bank & Trust
Community Services Inc.
Commvault Systems Inc.
Como-Pickton Independent School District
    (TX)
Compass Professional Health Services
Compass Royalty Management LLC
Compete
Competitive Cleaning
Competitive Cleaning Services
Compressor Controls Corp.
Computer Associates
Computer Associates International Inc.
Computer Engineering Services
Computershare
Comverge Inc.
Concentra Health Services Inc.
Conco Services Corp.
Conco Systems Inc.
Condit Co. Inc.
Conference Board
Congress Holdings Ltd.
Connell Equipment Leasing Co.
Consolidated Communications
Consolidated Mine Service Inc.
Constellation Energy
Constellation Energy Commodities Group
    Inc.
Construction Industry Solutions Corp.
Container Products Corp.
Contech Construction
Contech Construction Products
Continental Field Systems
Continuant
Contractor's Supplies Inc.
Control Components Inc.
Control System & Instrumentation
    Consultants Ltd.
Control Systems Co.
Controlled Fluids Inc.
ConverDyn
Conveying Solutions LLC
Cooling Tower Maintenance & Repair

Cooper Clinic PA
Coppell, City of - Coppell Independent
    School District (TX)
Coquest Energy Services Inc.
Core Visual Inspection Services
Corporate Executive Board
Corporate Green Inc.
Corporate Trust Agency
Corporate Trust Clearing
Corptax LLC
Corrosion Control Services
Corrosion Eliminator Inc.
Corrpro Cos. Inc.
Cosa Instrument Corp.
Cosa Xentaur Corp.
Courtney Construction Inc.
Cover-Tek Inc.
Covington & Burling
Coyote Designs
CP Fort Worth LP
Crane Environmental
Crane Nuclear
Crawford & Co.
Crawford Electric Supply
CRC Group Inc.
Credit Suisse Energy LLC
Credit Suisse International
Credit Suisse Securities USA LLC
Credit Systems International Inc.
Crimson Engineered Solutions LLC
Crisp Industries Inc.
Critical Assets
Critical Power Exchange LLC
Crocker Reclamation
Croft, Warner B.
Cross Cleaning Solutions LLC
Cross Country Home Services Inc.
Crowe Horwath LLP
Crown Products Inc.
CSC Communications Supply Corp.
CSC Engineering & Environmental
    Consulting
CSC Trust Co. of Delaware
CSI
CSI Global Deposition Services
CSS Direct Inc.

CSW Superior Corp.
CT Corp. System
CTI
Cummins Southern Plains Inc.
Cummins Southern Plains LLC
Cummins Southern Plains Ltd.
Curtis-McKinley Roofing & Sheet Metal
    Inc.
Custom Hose & Supply
Customer Incentives
Cutsforth Inc.
CVMS Waco Data Partners LLC
Cyara Solutions Corp.
Cypress Fairbanks Independent School
    District (TX)
D&B - Dun & Bradstreet
D&C Cleaning Inc.
Dakota Distributing LP
Dallas Aerial Surveys Inc.
Dallas Arboretum
Dallas Convention Center Hotel
    Development Corp.
Dallas County (TX)
Dallas County Health & Human Services
    (TX)
Dallas County Tax Office (TX)
Dallas Film Society Inc.
Dallas Regional Chamber
Dallas Stars
Dallas USCM Event Host Committee
Dallas Water Utilities (TX)
Dallas, City of (TX)
Damper Co. of America
Darchem Engineering Ltd.
Darr Equipment LP
Darr Lift
DART Revenue Department
Dashiell LLC
Data Exchange
Data Systems & Solutions
Dauplaise, Catherine E.
David Round Co., The
Davis Motor Crane Service
DB Energy Trading LLC
DCI Group LLC
Dealers Electrical Supply

Deatech Consulting Co.
Debault Welding
Deepdive Networking Inc.
Defrance, Kenneth
Defrance, Ronald Joseph
Delek Refining Ltd.
Dell Computer Corp.
Dell Marketing LP
Dell USA LP
Deloitte & Touche
Delta Fabrication & Machine
Delta Rigging & Tools Inc.
Denbury Resources Inc.
Dennis Cameron Construction & Equipment
    LLC
Depend-A-Can Co.
Depository Trust Co.
Derek Scott's Auto Park
Design Assistance Corp.
Detroit Edison Co.
Devonway Inc.
Dezurik Inc.
DFW Communications
DFW Minority Supplier Development
    Council
DHL Analytical
Diamond Power
Diamond Power International Inc.
Diamond Power Specialty
Diamond Systems
Dick & Sons Diving Service
Didrikson Associates Inc.
Diesel Power Supply Co.
Dieste Inc.
Directory Concepts
Dirgin Water Supply Corp.
Diversified Drilling Services Inc.
Dixie Equipment LLC
DMC Carter Chambers Inc.
Dodson Trucking Inc.
Don Drive Interiors Inc.
Doyenne Constructors LLC
DPC Industries Inc.
Drake Controls
Dresser Direct
Dresser Inc.

Dresser-Rand Co.
Dresser-Rand/Leading Edge
DSS Fire Inc.
DST Output Central LLC
DTE Energy Trading Inc.
Duff & Phelps LLC
Duggins Wren Mann & Romero LLP
Duncanville Independent School District
    (TX)
Duncanville Outreach Ministry
DV Studios
DXP Enterprises Inc.
Dynamic Equipment & Systems Inc.
Dynamo Suite LLC
EADS Co., The
Eagle Burgmann Industries LP
Earth Technology Pty Ltd.
East Baton Rouge Parish (LA)
East Texas Seed Co.
East Texas Wildlife Damage Control
Eastern Instruments
Eastern Technologies Inc.
Eastex Telephone
Eastex Telephone Coop Inc.
Eaton Corp.
ECE Consulting Group Inc.
Ecochem Analytics
Ecova Inc.
EDF Trading North America LLC
Edge Energy LLC
EDH Electric Inc.
Edison Electric Institute
Edko LLC
Effective Environmental Inc.
Efficient Attic Systems LP
Effox Inc.
Effox-Flextor
EFIHC
EIS
Ekato Corp.
El Campo Spraying Inc.
Electrical Builders Inc.
Electrical Controller Products
Electrico Inc.
Electromark Co.
Electro-Motive Diesel Inc.

Elk Engineering Associates Inc.
Elliott Electric Supply
EMANI
EMC Corp.
Emerson Network Power
Emerson Process Management Power & Water Solutions Inc.
Empirix Inc.
Employment Learning Innovations Inc.
Empower Software Solutions
Enduro Composites Inc.
Enercon Services Inc.
Enerflex Energy Systems Inc.
Energy & Process Corp.
Energy Edge Consulting LLC
Energy Federation Inc.
Energy Insurance Mutual Ltd.
Energy Laboratories
Energy Link LLC, The
Energy Northwest
Energy Pac
Energy Portfolio Associates LLC
Energy Services Group Inc.
Energy Steel & Supply Co.
Energy Transfer
Energy Transfer Fuel LP
EnergySolutions Services Inc.
Enertech Unit of Curtiss-Wright Flow Control Co.
Enertechnix
Engine Systems Inc.
Engineered Casting Repair
Engineering Consultants Group Inc.
Engineering Resources LLC
Enkitec LP
Enoch Kever
Enrich Consulting, Inc.
Enserco Energy Inc.
Ensuren Corp.
Entech Sales & Service Inc.
Entergy Operation Inc.
Enviance Inc.
Environment/One Corp.
Environmental Systems Corp.
Enze, Charles Ray
EOAC

E-On Climate & Renewables
EOP Group, The
EOX Holdings LLC
Epiq Bankruptcy Solutions LLC
Episcopal Foundation of Texas
EPM Power & Water Solutions Inc.
EPRI
EPRI (Energy Power Research Institute)
EPS LLC
Equifax Information Services LLC
Equipment Depot
Equipment Imaging & Solutions Inc.
Equivalent Data
ER Solutions Inc.
ERCOT
E-Rewards
Ernst & Young LLP
Esco Corp.
EscoSupply
E-Source Cos. LLC
E-Source Holdings LLC
ESP - Energy Systems Products Inc.
EST Group Inc.
Estes Okon Thorne & Carr Pllc
Etherios Inc.
Ettl Engineers & Consultants Inc.
Eubanks Auto Electric Inc.
Eubanks, Cindy Marie
Eubanks, Herbert E., Jr.
Evans, Donald L.
Evercore Group LLC
Everest Dallas Channels Inc.
Evolution Markets Inc.
Evolve Research
Excel Carbon & Alloy Corp.
Excel Foundry & Machine Inc.
Exec Security Services Co.
Exelon Generation Co.
Experian Business Information Solutions Inc.
Explosive Professionals Inc.
Exponent Inc.
Expro Specialized Services Inc.
Extend Health Inc.
Ezell Construction
F.E. Hill Co Ranch Ltd.

F.E. Moran Inc.
Factory Mutual Insurance Co.
Falkenberg Construction
Family Resource Center
Fannin Central Appraisal District (TX)
Fastenal Co.
FBE Construction Ltd.
FCC Environmental LLC
FCX Performance Inc.
Federal Emergency Management Agency
    (FEMA)
Federal Signal Corp.
Feedback Plus Inc.
Ferguson Enterprises
Ferguson Waterworks
FFG Enterprises Inc.
Fidelity Employer Services Co. LLC
Fidelity Investments Treasury Fund
Fidelity National Title Insurance Co.
Filsinger Energy Partners
Fina, Michael C.
Financial Engineering Associates
Firehost Inc.
Firetrol Protection Systems Inc.
First Acquisition Republic Group
First On 6th LP
Fiserv Inc.
Fish & Richardson PC
Fisher Controls / IVS
Fisher IT Inc.
Fisher Scientific
Fitch Inc.
Flagship Rail Services Inc.
Flanders Electric Inc.
Flanders Electric Ltd.
Flexco
Flint Hills Resources LP
Flir Commercial Systems Inc.
Floresville Ford Mercury Ltd.
Flow Solutions Inc.
Flowmatics Inc.
Flowserve Corp.
Flowserve Pump Division
Flowserve US Inc.
Flowserve USA
FLSmidth Airtech

FLSmidth Airtech AFT Division
FLSmidth Inc.
FLSmidth Krebs Inc.
Fluid Engineering
Fluor Enterprises Inc.
Fluor Global Services
Foresee Results Inc.
Forrester Research Inc.
Forsythe Solutions Group Inc.
Fort Bend Independent School District (TX)
Fort Worth Gasket & Supply
Fort Worth, City of (TX)
Forward Energy Group LLC
Foster Wheeler North America Corp.
Four States Petroleum Transport Inc.
Fox Scientific Supplies & Equipment
Foxworth Galbraith
FPL Energy Pecos Wind I LP
FPL Energy Pecos Wind II LP
Franklin Auto Supply
Franklin Covey Co.
Franklin Independent School District (TX)
Freepoint Commodities LLC
Freese & Nichols Inc.
Freestone County (TX)
Freestone County Title Co.
Frham Safety Products Inc.
Fried Frank Harris Shriver & Jacobson
Frisco Construction Services
Frisco Stadium LLC
Fronek Power Systems LLC
Frontier Associates LLC
Frontier Surveying
Frontier Trading Co. Inc.
Frost Crushed Stone
Fuel Exchange LLC
Fuel Tech Inc.
Fulbright & Jaworski LLP
Furmanite America
Furmanite Inc.
Future Com Corp.
G&K Services
G&L Mechanical Contractor LP
G2 Electrical Testing & Consulting LLC
Gajeske Inc.
Galaxytech

Gamble, Phil, Attorney at Law
Gardner Denver Nash
Garland Independent School District (TX)
Gartner Group
GATX Corp.
GBT Steel Group
GC Services LP
GCP Americas LLC
GCR Truck Tire Centers Inc.
GE Analytical Instruments
GE Capital
GE Control Solutions
GE Energy
GE Energy Control Solutions Inc.
GE Energy Motors
GE Energy Parts
GE Inspection Technologies LP
GE Intelligent Platforms Inc.
GE International Inc.
GE Mobile Water Inc.
GE Technology Finance
GE Transportation Finance
Gel Laboratories LLC
Gem-Trim LLC
General Atomics
General Datatech LP
General Electric Co.
General Electric International Inc.
General Insulation
General Physics Corp.
Generator & Motor Services Inc.
Genesis Systems Inc.
Genesys Telecommunications Laboratories
    Inc.
Genilogix LLC
Genscape Inc.
Georgetown Railroad Co.
Georgia Western
Geo-Solutions Inc.
Gexpro
GFI
GFS Texas
Gibson Dunn & Crutcher LLP
Gimmal Group Inc.
Gimmal LLC
GK Techstar LLC

Glacken, Pamela Shawn
Glacken, Shawn
Gleason Reel
Glen Rose Independent School District (TX)
Glen Rose Medical Clinic
GLM DFW Inc.
Global Bondholder Services Corp.
Global Consulting Partners
Global Energy Decisions Inc.
Global Ice Blasting Inc.
Global Rail Systems Inc.
Glowpoint Inc.
Goddard Enterprises
Godwin Pumps of America
GOH Medical PA
Golder Associates Inc.
Goldman Sachs & Co.
Goldman Sachs Fund Group
Good Samaritan Ministries
Good Shepherd Medical Center
Goodall Rubber Co.
Google Inc.
Gorrondona & Associates Inc.
Gosdin's Dozer Service
GP Strategies Corp.
Grace - Grapevine Relief and Community
    Exchange
Graebel
Grainger
Grand Prairie United Charities
Graphic Products
Grasslander
Graver Technologies
Great Place to Work Institute
Great Southwestern Fire & Safety
Greater East Texas Community Action
    Program
Greenberg Grant & Richards Inc.
Greenbrier Rail Services
Greene, M.S.
Green's Custom Services
Greens Port Ship Channel Partners
Gregg County (TX)
Gregg Industrial Insulators Inc.
Greg's Overhead Door Services Inc.
Griffin Restoration Inc.

Groppe Long & Littell
GTTSI - Global Technical Training Services Inc.
Guaranty Title Co.
Gulf States Toyota Inc.
Gurrola, Juan
Guy Brown Management LLC
Guy Brown Medical
Guy Brown Products
GXS
H&E Equipment Services
H.E. Spann Co. Inc.
H.H. Howard & Sons Inc.
H5 Farms LLC
Hach Co.
Hagemeyer North America
Haggin Marketing
Haldor Topsoe Inc.
Hamon Custodis Inc.
Hanes Geo Co.
Hanning, Pamela D.
Hanning, Rickey L.
Hannon Hydraulics
Hanson Aggregate
Harlow Filter Supply Inc.
Harold Beck & Sons Inc.
Harris County Community Services (TX)
Harris Industries Inc.
Harrison County Glass Co.
Hatfield & Co.
Hawk Installation & Construction Inc.
Hawkins & Parnell
Hawkins Parnell Thackston & Young LLP
Haynes & Boone LLP
Hayward Tyler Inc.
HCL America Inc.
HD Supply Construction Supply Ltd.
HD Supply Utilities Ltd.
HDR Engineering Inc.
Headwaters
Headwaters Resources Inc.
Health Testing Solutions LP
Helmick Corp.
Helmsbriscoe Performance Group LLC
HELP Center Community
HELP Center of Temple

Helwig Carbon Products Inc.
Henderson County (TX)
Henry Pratt Co.
Henson Motor Co.
Heritage Title & Abstract
Hertz Equipment Rental
Hesse & Associates Inc.
Hewitt Associates LLC
Hewlett Packard Financial Services Co.
Hewlett-Packard
HF & Associates Inc.
High Temperature Technologies
High Voltage Inc.
Highway Machine Co. Inc.
Hildreth, John
Hill + Knowlton Strategies
Hillhouse Power Solutions Inc.
HireRight Inc.
Hitachi Data Systems
Hitachi Data Systems Credit Corp.
Hitachi Power Systems America
Hi-Tech Testing Service Inc.
Hoist & Crane Service Group
Holliday Fenoglio Fowler LP
Holman Boiler Works Inc.
Holmes Murphy & Associates Inc.
Holt Cat
Holt Cat Rental
Holtec International
Honeywell Inc.
Honeywell Industry Solutions
Hood Central Appraisal District (TX)
Hood County (TX)
Hooper, Christine P.
Hopkins County Tax Office (TX)
Hopson Services Co. Inc.
Horiba Instruments Inc.
Houlihan Lokey Capital Inc.
Houston Zoo Inc.
Howden Buffalo Inc.
Howden North America
Howser, Virginia P.
HRchitect Inc.
HRWK Inc.
Hubbell Power Systems
Huffines, James R.

Humphrey & Associates Inc.
Hunter Office Furniture
Hunton & Williams LLP
Husch Blackwell LLP
Husch Blackwell Sanders LLP
Hydradyne Hydraulics
Hydroaire Service Inc.
Hydrotex Dynamics Inc.
Hydrovac Services Inc.
Hyperspring LLC
I&O Communications
IBEW Local Union #2078
IBEW Local Union #2078 Dues
IBEW Local Union #220
IBEW Local Union #2337
IBEW Local Union #2337 Dues
IBM Corp.
Icap Energy LLC
Icap United Inc.
ICE US OTC Commodity LLC
iCrossing Inc.
Ideal Direct Marketing Execution
I-Deal LLC
IEX Corp.
IHS Global Inc.
Ikard Wynne LLP
ILRT Inc.
Imagemaker Post Inc.
Imagination Branding
IMG College LLC
Imperium Public Affairs
Independent Air Brake Service
Industrial Electric Motor Co
Industrial Electronic Supply Inc.
Industrial Lubricant Co.
Industrial Refractory Services
Industrial Silo Source Inc.
Industrial Supply Solutions Inc.
Industry Services Group Inc.
Inficon Inc.
Infogroup Enterprise Solutions
Information Alliance
Ingersoll-Rand Air Center
Ingersoll-Rand Co.
Ingram Enterprises Inc.
Inmotion Scales

Innis Co., The
Innovative Control Solutions
Innovative Millwork Systems Inc.
Inolect LLC
Instine, Jacquelyn Louise
Instine, Russell Doyle
Institute of Nuclear Power Operations
Instrument & Valve Services Co.
Intec Communications LLC
Intech Inc.
Integrated Global Services Inc.
Integrated Power Services LLC
Integrity Integration Resources
Intella Sales LLC
Interactions Corp.
Intercontinental Exchange Inc.
Interface Flooring Systems Inc.
Interim Management Group Inc.
Intermountain Electronics Inc.
Internal Revenue Service
International Business Machines Corp.
International Exterminator
International Quality Consultants Inc.
Intertek AIM
Intralinks Inc.
Invensys
Invensys Process Systems
Invensys Systems Inc.
Invesco Aim Investment Services
IPC Systems Inc.
Ipsos ASI
Ireland Carroll & Kelley PC
Iris Power LP
Irving Cares
Irving Independent School District (TX)
Irving Independent School District (TX) Tax
    Office
Irving, City of (TX)
ISC Constructors LLC
Isco Industries Inc.
Isco Industries LLC
ista North America Inc.
ITC Nuclear Fuel Services (Cayman) Ltd.
Itron Inc.
ITT Engineered Valves
IVG Energy Ltd.

J Aron & Co.
J Conly & Associates Inc.
J Givoo Consultants Inc.
J Sugar Co. Inc.
J&S Construction LLC
Jack Central Appraisal District (TX)
Jack County (TX)
Jack W Gullahorn PC
Jackson Kelly Pllc
Jackson Pipe & Steel
Jackson Sjoberg McCarthy & Wilson LP
Jackson Walker LLP
James A. Baker Production Fund
Jani-King DFW
Jani-King Inc.
Jaster-Quintanilla Dallas LLP
Jay Martin Co. Inc.
JD's Babbitt Bearings LLC
Jellyvision Lab Inc.
Jenfitch LLC
Jernigan, Travis Eugene
Jerry Lang Combustion Consulting
JF Services Inc.
Jimmie Deal Inc.
Jim's Rental Services
JJA Inc.
JK-Co. LLC
JLCC Inc.
JLP Credit Opportunity Master Fund Ltd.
JMEG LP
Joel Wink Equipment Services LLC
John Crane Inc.
Johnson & Pace Inc.
Johnson Controls/York
Johnson Matthey Catalysts LLC
Johnson Matthey Inc.
Johnson Matthey Stationary Emissions
    Control LLC
Johnson Oil Co.
Jordan & Hall
Joy Global Surface Mining
Joyce Crane
Joyce Steel Erection Ltd.
JP Morgan Chase Bank
JP Morgan Chase Co.
JP Morgan Chase NA

JP Morgan Securities Inc.
JPMorgan Chase Bank NA
JSC Law Enforcement Sales
Judy Newton Land Services LLC
K Street Partners Inc.
K&L Gates LLP
K. Fernandez & Associates
K.D. Timmons Inc.
Kalenborn Abresist Corp.
Kalsi Engineering Inc.
Kansas City Southern Railway
Kansas Gas & Electric
Kasowitz Benson Torres & Friedman LLP
Kastner, Leonard R.
Kastner, Marina Ann
Katy Independent School District (TX)
Kekst & Co. Inc.
Kelly, Mike
Kelm Engineering
Kennametal Inc.
Kennametal Tricon Metals & Services
Kennedy Wire Rope & Sling Co.
Kestrel Power Engineering LLC
Kforce Inc.
KHA Geologics LLC
Kiewit Finance Group Inc.
Klein Products of Texas Inc.
Knighthawk Engineering Inc.
Koetter Fire Protection
Koetter Fire Protection of Austin LLC
Koetter Fire Protection of Longview
Kohlberg Kravis Roberts & Co.
Konecranes Inc.
Konecranes Nuclear Equipment & Services
Koso America Inc.
Koso America/Rexa
Kownurko, William A.
KPMG LLP
Kramer Levin Naftalis & Frankel
Kria Systems Inc.
KSB Inc.
Kusin, Gary
L&H Industrial
L-3 Communications
Lacy Surveying Inc.
Lambert Oil Co. Inc.

Lancaster Outreach Center
Landauer Inc.
Landon Alford
Landy, Richard J.
Lanier Parking Solutions
Larrett Inc.
Lauck Group, The
Lauren Engineers & Constructors Inc.
Laurie Fenstemaker Pair
Layne Christensen Co.
Lay's Manufacturing Inc.
Lay's Mining Service
Lazard Freres & Co. LLC
LCG Consulting
LCM Technology Lc
LCRA Transmission Services Corp.
Leadership Resource Center
Leak Detection Services
Leclairryan PC
Leco Corp.
Lectrodryer LLC
Lee County Tax Office (TX)
Lee Hecht Harrison LLC
Leeco Energy Services
Leica Geosystems Inc.
Leica Inc.
Level 3 Communications LLC
Levi Ray & Shoup Inc.
Lewis, Gibson D.
Lewis-Goetz & Co. Inc.
Lexair Inc.
Lexington Acquiport Colinas LP
Lhoist North America
Lhoist North America of Texas
Liberty County (TX)
Liberty Mutual Group
Liberty Mutual Insurance Co.
Liberty Power
Life Account LLC
Lillard Wise Szygenda Pllc
Limestone County (TX)
Lin R Rogers Electrical Contractors Inc.
Lindig Construction Inc.
Lionstone CFO Two Ltd.
Liquid Process Technologies
Littler Mendelson PC

Live Energy Inc.
LivePerson Inc.
Lochridge-Priest
Locke Lord Bissell & Liddell
Lockton Cos. LLC
Locomotive Service Inc.
Lone Star Air & Hydraulics LLC
Lone Star Chevrolet
Lone Star Railroad
Lonestar Actuation
Lonestar Group Consulting Services LLC
Lonestar Group LLC, The
Long Industries
Longview Bridge & Road Inc.
Longview Fab & Machine Inc.
Loomis Sayles Bond Fund
Loomis Sayles Strategic Income Fund
Loop Capital Markets LLC
Lormar Reclamation Service
Louisiana Energy Services
Louisiana Enrichment Services
Love Title & Abstract
LP Amina LLC
LPB Energy Consulting
LPI Consulting Inc.
LRS-RDC Inc.
Lubbock Electric Co. Inc.
Lubrication Services LLC
Lucas, Mitchell L.
Lufkin Electric Co. Inc.
Lufkin France
Lufkin Industries Inc.
Lufkin Rubber & Gasket
Luminant Energy
Luminant Energy Co. LLC
Lyle Oil Co.
M&C Products Analysis Technology Inc.
M&S Technologies Inc.
M.T. Casey & Associates
M.W. Smith Equipment Inc.
Mackson Inc.
Macquarie Energy LLC
Macquarie Futures
Madison Group LLC
Magellan Behavior Health Inc.
Magellan Behavioral Health

Magnetic Instrumentation Inc.
Magnetic Instrumentation Inc.
Magnetrol International Inc.
Magnolia Independent School District (TX)
Magnum Engineering & Controls Inc.
Magnum Technical Services
Mainline Information Systems Inc.
Maintenance Engineering Corp.
Mammoet USA Inc.
Management Associated Results Co.
Management Resources Group Inc.
Mannings USA
Maptek
Marco Inspection Services LLC
Marco Specialty Steel Inc.
Mario Sinacola & Sons
Mario Sinacola & Sons Excavating Inc.
Marketing Arm Inc., The
MarketNet Inc.
Markit Group Ltd.
Marriott International Inc.
Martin Engineering
Martin Luther King Community Center
Martin Marietta Materials Inc.
Martzell & Bickford
Mass Technologies Inc.
Mastec North America Inc.
Mastercraft Business Forms Inc.
Mastercraft Printed Products & Services
Master-Lee Engineered Products
Masterplan
Matheson Tri-Gas
Mathilde E. Taube Living Trust A
Mathilde E. Taube Living Trust B
Mathworks Inc., The
Mayhan Fabricators Inc.
MC2 Energy LLC
McAdams Road Advisory LLC
McAulay Firm, The
McCollum Electronics Inc.
McCombs School of Business
McConnell & Jones LLP
McConway & Torley Group
McCullough & Associates
McDermott Will & Emery
McDonald Public Relations Inc.

McDonald, Margie
McDonough Construction
McGivney & Kluger PC
McGivney & Kluger PC Trust
McGlinchey Stafford Pllc
McGuirewoods Consulting LLC
McGuireWoods LLP
McJunkin Red Man Corp.
McKinney, City of (TX)
McLennan County (TX)
McMaster-Carr Supply Co.
McNichols Co.
Mechanical & Ceramic Solutions Inc.
Mechanical Dynamics
Mechanical Dynamics & Analysis Inc.
Mechtech Inc.
MECO Inc.
Media Management
Medium Term Finance
Medsafe
Mega Energy LP
Megger
Mehlman Vogel Castagnetti Inc.
Mellon Bank
Mellon Trust of New England NA
Menardi
Menardi Mikropul LLC
Mercer
Mercer Human Resource Consulting
Mercer Rubber Co.
Merico Abatement Contractors Inc.
Meridium Inc.
Merrick Industries
Merrill Lynch Capital Services
Merrill Lynch Commodities
Merrill Lynch Pierce Fenner & Smith
Merritt, Dorothy
Meserve, Richard A., Dr.
Mesquite Social Services
Mesquite Tax Fund (TX)
Metabank
Metco Environmental
MetLife
Metrocrest Service Center
Metso Minerals Industries Inc.

Mexican American Legislative Policy
     Council
Mfg Industrial Corp
Mgroup Strategies
MHC X-Ploration Corp.
Michael C Fina Corporate Sales Inc.
Michelin North America
Michelin Tire Co.
Michelin Tire Corp.
Microsoft Corp.
Microsoft Licensing GP
Midco Sling & Cable Co.
Midco Sling of East Texas
Midlothian Cement TXI Operations
Midwesco Filter Resources Inc.
Midwest Energy Emissions Corp.
Midwestern State University
Mignon McGarry
Milam County (TX)
Milbank Tweed Hadley & McCloy LLP
Millco Advisors LP
Miller & Chevalier
Miller & Chevalier Chartered
Miller Chevalier
Miller Electric Co. - Dallas
Miller Electric Co. - Orlando
Miller-Starnes Chevrolet Buick Inc.
Mimeo.com Inc.
Mincom Inc.
Mine Service Inc.
Mine Service Ltd.
Minority Alliance Capital
Mirion Technologies
Mirion Technologies (MGPI) Inc.
Mission Arlington
Missouri & Northern Arkansas Railroad Co.
     Inc.
Missouri Department of Revenue
Mistras Group Inc.
Mitchell County (TX)
Mitsubishi Electric Power Products Inc.
Mobile Enterprises Inc.
Model Metrics Inc.
ModSpace
Modular Space Corp.
Moelis & Co. LLC

Moltz Morton O'Toole LLP
Moody's Analytics Inc.
Moody's Investors Service
Morgan Lewis & Bockius
Morgan Lewis & Bockius LLP
Morgan Stanley & Co. Inc.
Morgan Stanley Capital Group Inc.
Morgan Stanley Capital Services
Morgan Stanley Government Portfolio
Morgan Stanley Institutional Liquidity
     Funds
Morgan Stanley Treasury Portfolio Funds
Morris Material Handling Inc.
Mosby Mechanical
Motion Industries
Motiva Enterprises LLC
MP Husky LLC
MPR Associates Inc.
MPW Industrial Water Services
MRC Rail Services LLC
MRDB Holdings Inc.
MRO Software
MTI Industrial Sensors
Munters Corp.
Museum of Nature & Science
Music Mountain Water Co.
Nacogdoches Memorial Hospital
Naes Corp.
Nalco Co.
Napa Auto Parts
Napa Tire & Auto Supply Inc.
NASDAQ OMX Commodities
Nassif Chbani Inc.
National Association of Manufacturers
National Chemsearch
National Field Services
National Filter Media Corp. (NFM)
National Mining Association
National Pump & Compressor (LA)
National Pump & Compressor (TX)
National Switchgear Systems Inc.
Natural Gas Exchange Inc.
Navasota Valley Electric Cooperative
Navigant Consulting Inc.
NC Motors & Controls Inc.
NCO Financial Systems Inc.

Nebraska, State of
NEED - National Energy Education Development
NERA - National Economic Research Association
Netco Inc.
Network & Security Technologies
Network of Community Ministries Food Bank
Neu Consulting Group LLC
Neuco Inc.
Neundorfer Inc.
New Pig Corp.
New Prospect Water Supply Corp.
Newark Corp.
NewEdge USA LLC
Newport Group Inc., The
Newport News Industrial Corp.
NextEra Energy Power Marketing
NF Urenco Enrichmt
Nice Systems Inc.
Nix Electric Co.
Noble Americas Gas & Power Corp.
Noble Technical Consultants Inc.
Noblett Electric Motor Service
Nolan Power Group LLC
North American Energy Services
North American Substation Services
North Antelope Rochelle Mine
North Central Ford
North Highland Co., The
North Houston Valve & Fitting Inc.
North Louisiana Land Grading Inc.
North Plains Systems
North Plains Systems
NorthBridge Group
Northeast Emergency District - Euless
Northeast Texas Machine Welding & Hardfacing Corp.
Northeast Texas Municipal Water District
Northeast Texas Power Ltd.
Northeastern Pavers Inc.
Northgate Arinso
NorthgateArinso Inc.
Nov Wilson LP
Nova Machine Products

Novinium Inc.
Novo 1
NRG Power Marketing Inc.
NRG Power Marketing LLC
Nuclear Electric Insurance
Nuclear Energy Institute
Nuclear Logistics Inc.
NuCompass Mobility Services Inc.
Nucon International Inc.
Nueces County Community Action Agency
NuEnergy Inc.
Nukem Inc.
Nunn Electric Supply
NWP Indian Mesa Wind Farm LP
NWS Technologies LLC
Oakridge Bellows
Oberti Sullivan LLP
Occupational Health Centers of the Southwest
Ocwen Loan Servicing LLC
Odessa Pumps & Equipment Inc.
OEAAT Inc.
Office of Surface Mining
Ogletree Deakins Nash Smoak & Stewart PC
Okonite Co., The
Oliver Goldsmith Co. Inc.
Olson, Lyndon L., Jr.
Olympus NDT Inc.
O'Melveny & Myers LLP
Omnibound Technologies Inc.
OMS Strategic Advisors LLC
Oncor Electric Delivery
Oncor Electric Delivery Holdings
Ondeo Nalco Co.
O'Neal Flat Rolled Metals
O'Neill Athy & Casey PC
OneMain Financial
OneSource Virtual HR Inc.
Online Resources Corp.
Open Text Corp.
Operator Training & Inspection Services LLC
Opnet Technologies
Oracle America Inc.
Oracle Credit Corp.

Orbital Tool Technologies Corp.
Orion Instruments
OSIsoft Inc.
Otis Elevator Co.
Overhead Door Co. of Tyler
Oxea Corp.
P&E Mechanical Contractors LLC
Pala Interstate LLC
Palco Engineering & Construction
Pall Advanced Separations System
Pall Corp.
Pall Trinity Micro
Palmetto Mining Inc.
Palos Enterprises Inc.
Panola County (TX)
Pape Enterprises Inc.
Parago Promotional Services Inc.
Pariveda Solutions Inc.
Park Place Technologies
Parker Auto Supply
Parker, John Cody
Parker, John W.
Parkey Consulting
Particulate Control Technologies
Pasco Inc.
Pastor Behling & Wheeler LLC
Patara Oil & Gas LLC
PATH - People Attempting To Help
Pattern Recognition Technologies
Paul Broussard & Associates Inc.
Paul Weiss Rifkind Wharton & Garrison
PCI / Promatec
Pco Div II Inc.
PCPC Direct Ltd.
PCPC Inc.
Peabody Coalsales LLC
Peabody Coaltrade LLC
Peabody Powder River Mining LLC
PEICo / Southern Electric International Inc.
Pennsylvania Crusher Corp.
Perella Weinberg Partners LP
Performance Contracting Inc.
Perry & Perry Builders Erectors
Perry & Perry Builders Inc.
Perry Street Communications LLC
Peter's Chevrolet

Peterson, Amos J.
Peterson, Jimmy Leo
Philadelphia Gear - a brand of Timken
    Gears & Services Inc.
Philip Morris Capital Corp.
Philips & Meachum Public Affairs
Phoenix Industrial Services LP
Pierce Construction Inc.
Pierce Pump
Pilgrim International
Pillsbury Winthrop Shaw Pittman
Pinnacle Industries Ltd.
Pinnacle Investigations
Pinnacle Technical Resources Inc.
Pioneer Enterprises
Pioneer Well Services LLC
Pira Energy Group
Pitney Bowes Purchase Power
Pitney Bowes Software Inc.
PKMJ Technical Services Inc.
Plains Pipeline LP
Plant Equipment & Services Inc.
Plastocor Inc.
Platinum Intelligent Data Solutions
Platts - Division of McGraw-Hill
Point 2 Point Global Security Inc.
Polan Culley Advocacy Group
Polygon
Port-A-Jon
Powell Delta /Unibus Division
Powell Electrical Systems Inc.
Power & Industrial Services Corp.
Power Advocate Inc.
Power Brokers LLC
Power Control Systems Engineering Inc.
Power Distribution Products Inc.
Power Engineers Inc.
Power Pac
Power Partners Inc.
Power Plant Outage Services LLC
Power Plant Services
Power Support Inc.
Power System Services Ltd.
PowerAdvocate
PowerRail Distribution Inc.
Powmat Ltd.

Practicing Perfection Institute
PRC Environmental Inc.
Precision Interior Constructors
Precision Landscape Management
Predict Inc.
Preferred Pump & Equipment Inc.
Premier Concrete Products
Premier Technical Services Inc.
Price International Inc.
PricewaterhouseCoopers LLP
Priefert Manufacturing Co. Inc.
Prime Controls LP
Prime Energy Services LLC
Princess Three Operating
Princeton Payment Solutions LLC
Print Synergies Inc.
Priority Power Management LLC
Process Solutions Inc.
Process Solutions Integration
Producers Cooperative
Professional Training Technologies Inc.
Progress Rail Inc.
Progress Rail Services
Progressive Water Treatment
Pro-Line Water Screen Services
Property Cost Systems
Protect Controls Inc.
Pro-Tem
Protiviti Inc.
Provisional Safety Management
Prowell, Anna
PS Energy Group Inc.
PSAM Worldarb Master Fund Ltd.
PSW Inc.
Public Strategies Inc.
Public Utility Commission of Texas
PublicRelay Inc.
Puente Brothers Investments
Puffer-Sweiven LP
Pureworks Inc.
PVO Energy LP
Pyramid Security Advisors
Quality Consultants
Quality Fuel Trailer & Tank
Qualtech NP
Qualys Inc.

Quantum Spatial Inc.
Quest Software
R&R Heat Exchangers
R.J. Corman Railroad
R.W. Harden & Associates Inc.
RAB Inc.
RAB of Louisiana Inc.
RAD Trucking Ltd.
Railroad Commission of Texas
Railroad Friction Products Corp
Railworks Track Systems Texas
Ran Davis Software LLC
Rand Worldwide Subsidiary Inc.
Randy Turner Services LLC
Ranger Excavating LP
Rawson Inc.
Rawson LP
Ray W. Davis Consulting Engineers Inc.
RC Facility Services LLC
Reagan Transportation
Reagan, Alta Rae
Red Ball Oxygen Co. Inc.
Red Dot Corp.
Red Man Pipe & Supply Co.
Red River Environmental Product
Red River Pump Specialists LLC
Regional Steel Inc.
Regional Steel Products Inc.
Regulus Group LLC
Reilly, William K.
Relay Security Group
Reliance Insurance
Remote Ocean Systems
Renewal Parts Maintenance Inc.
Republic Services National
Republican Governors Association
RES Energy Solutions
Rescar Inc.
Reuters America Inc.
Revenew International LLC
Rexel
Rexel Summers
Reynolds Co., The
Reynolds Industrial Contractors
Riata Ford
Rice University

Richard Parker Family Trust
Richards Group, The
Richards Layton & Finger PA
Richie, Carl S., Jr., Attorney at Law
Richwood Industries Inc.
Rickey N. Bradley Feed & Fertilizer
Ricochet Fuel Distributors
Rightnow Technologies Inc.
Rimpull Corp.
River City Valve Service Inc.
Robert E. Lamb Inc.
Robert J. Jenkins & Co.
Roberts & Spencer Instrument Co.
Roberts Coffee & Vending
Roberts, Jack
Robertson County (TX)
Robinson Fans Inc.
Rockbestos Surprenant Cable Corp.
Rocket Software Inc.
Rolling Plains Management Corp.
Romco Equipment Co
Romero's Concrete Construction
Ronan Engineering Co.
Ropes & Gray LLP
Rosemount Analytical
Rosemount Inc.
Rosemount Nuclear Instruments Inc.
Ross, Alicia Bee
Ross, John Michael
Rotaserv LP
Rotating Equipment Repair Inc.
Round Rock Area Serving Center
Roussel & Clement
RPM Services Inc.
RR Donnelley Receivables Inc.
RSCC Wire & Cable LLC
Rud Chain Inc.
RuhrPumpen Inc.
Runge Inc.
RungePincockMinarco
Rusk County (TX)
Rusk County Electric
Rusk County Electric Co-Op Inc.
Rusk County Electric Cooperative
Rusk County Rural Rail District
Rusk County Well Service Co. Inc.

Russell & Sons Construction Co. Inc.
Russell Reynolds Associates Inc.
Rutherford Equipment
Ryan Inc.
Ryan Mackinnon Vasapoli & Berzok
S&C Electric Co.
S&S Machining & Fabrication
Sabia Inc.
Sabine River Authority of Texas
Sabre Alloys LP
Sadler, Charles D.
Safariland LLC
Saferack
Safety Services Co
SAG Enterprises
SAIC
SAIC Energy Environment & Infrastructure
    LLC
Sales Marketing & Real Technologies
Salesforce.com Inc.
Salesmanship Club Charitable Golf of
    Dallas Inc.
Salvation Army Corps Midland
Salvation Army, The
Samson Lone Star LLC
Sandlin Motors Inc.
SAP Public Services
Sargent & Lundy LLC
SAS Global Corp.
SAS Institute Inc.
Saul Subsidiary II LP
Saulsbury Industries
Saveonenergy.com
SBCC Inc.
Schindler Elevator Corp.
Schlueter Group, The
Schlueter, Stan
Schmidt, Paul A., MD
Schneider Electric
Schulz Electric Co.
Schweitzer Engineering Laboratories
Scientech - Division of Curtiss Wright Flow
    Control Service Corp.
Scope Management Ltd.
Scope Management Solutions Ltd.
Score Atlanta Inc.

Scott & White
Scotwood Industries Inc.
Screening Systems International
Seamans Inc.
Secureworks Inc.
Securitas Security Services USA Inc.
Select Energy Services
Select Oilfiled Construction
Selectica Inc.
Sendero Business Services LP
Seneca Group LLC, The
Senior Flexonics Inc.
Senior Source, The
Sentry Equipment Corp.
Serena International
Serena Software Inc.
Serengeti Law
Set Environmental Inc.
Setpoint Integrated Solutions
SGS North America Inc.
Sharing Life Community Outreach
Sharyland Utilities LP
Shaw Maintenance
Shaw Maintenance (CB&I)
Shearman & Sterling
Sheldon, Richard
Shell Energy North America US LP
Shell Lubricants
Sheltering Arms Senior Services
Shermco Industries Inc.
Sherwin Williams
SHL US Inc.
Sidley & Austin
Sidley Austin LLP
Siemens Demag Delaval Turbomachinery
    Inc.
Siemens Energy Inc.
Siemens Industry Inc.
Siemens Power Generation Inc.
Siemens Water Technologies Inc.
Siemens Westinghouse Power Corp.
Silverpop Systems Inc.
Silverscript Insurance Co.
SimGenics LLC
Simon Greenstone Panatier Bartlett
Simon Peragine Smith & Redfearn

SimplexGrinnell LP
Simpson Thacher & Bartlett LLP
Sitech Tejas
Sitecore USA Inc.
Sitel Operating Corp.
Six Flags Over Texas
SKA Consulting LP
SKF USA Inc.
Skillsoft Corp.
Skycom Inc.
Skyhawk Chemicals Inc.
Slover & Loftus
SmartSignal Corp.
SMI Energy LLC
Smith County Tax Office (TX)
Smith Equipment USA
Smith Hanley Associates LLC
Sochem Solutions Inc.
Societa Chimica Larderello SpA
Software House International
Solvents & Metals Inc.
Somervell County General Fund (TX)
Somervell County Water District (TX)
Somervell Floors
Sound Technologies
Southern Co. Services
Southern Crane & Elevator
Southern States Inc.
Southern Tire Mart
Southern Tire Mart #49
Southwell Industries
Southwest Airgas
Southwest Airlines Co.
Southwest Business Corp.
Southwest Research Institute
Southwestern Bell Telephone
Southwestern Corp.
SPA Victoria LP
Spacenet Inc.
Spar Inc.
Spectera Inc.
Spectro Analytical Instruments
Spectro Inc.
Spencer Stuart
Spencer-Harris of Arkansas Inc.
Spiramid LLC

SPM Flow Control Inc.
Spot Coolers
Sprint
SPX Flow Control
SPX Flow Technology
SPX Heat Transfer Inc.
SPX Heat Transfer LLC
SPX Transformer Solutions Inc.
SPX Valves & Controls
ST2 LLC
Stafford Juneau Holdings Inc.
Standard & Poor's
Standard Laboratories Inc.
Standard Parking Corp.
Stanley Consultants Inc.
Star Electricity LLC
Star International Inc.
Star Tex Power
STARS Alliance
State Industrial Products
Statement Systems Inc.
Steag Energy Services LLC
Steam Specialties Inc.
Steam Turbine Alternative Resources
Steddum, Michael
Stein Industries Inc.
Stella-Jones
Stephen F. Austin University
Stewart - America's Premier Sign Co.
Stewart & Stevenson
Stewart & Stevenson Power Products
Stock Equipment Co. Inc.
Stone & Webster Inc.
Storm Technologies Inc.
Story-Wright Inc.
Stovall, Steve
Straight Edge Energy Consultants
Stress Engineering Services Inc.
Structural Integrity Associates
Structure Works Inc.
Stryke Inc.
Stuart C Irby Co.
Studio 206
Successfactors Inc.
Successfactors.com

Sulphur Springs Independent School District
    (TX)
Sulphur Springs, City of (TX)
Sulzer Pumps
Sulzer Pumps (US) Inc.
Summit Controls Inc.
Summit Electric
Summit Energy Services Inc.
Sun Coast Resources Inc.
Sun Technical Services Inc.
Sunbelt Supply Co.
Sungard Consulting Services LLC
Sungard Energy Systems
Superior Belt Filter LLC
Survey Sampling International
Susman Godfrey LLP
Sutherland Asbill & Brennan LLP
Sweetwater Wind 1 LLC
Swenson, Kurt R.
Swesco Inc.
Swigor Marketing Group LLC
SWS Environmental Services
Sybase - an SAP Co.
Syniverse Technologies LLC
Systems Group Inc.
T&T Lighting
TA Instruments Waters LLC
Taber Estes Thorne & Carr Pllc
Taggart Global LLC
Talley & Associates
Target Rock Corp.
Tarrant County (TX)
Tarrant County Department of Human
    Services (TX)
Tarver, James D., Jr.
Taylor Armature Works LLC
Taylor Brothers Welding Service Inc.
Taylor Telcomm Inc.
TCEHC
TD Industries
TDC Filter Manufacturing Inc.
TDS Excavation Services
TeaLeaf Technology Inc.
Team Excavating
Team Industrial Services Inc.
Team Oil Tools

TEC Well Service Inc.
Tech Plan Inc.
Techline Inc.
Technetics Group Columbia
Technologent
Techserv Consulting & Training
Teco-Westinghouse Motor Co.
TEKsystems Inc.
Telecom Electric Supply Co.
Teledyne
Teledyne Monitor Labs Inc.
Teledyne Test Services
Telvent USA  LLC
Telwares
Temenos
Templeton Air Conditioning &
    Refrigeration
Tenaska Power Services Co.
Tennessee Valley Authority
Terix Computer Service Inc.
TerraSource Global
TES Energy Services LP
TES Inc.
Test Dynamics Inc.
Testex Inc.
Tex Blast Sandblasting
Tex La Electric Cooperative
Texas Air Hydraulic Services & Supply
Texas Air Hydraulics
Texas Air Systems Inc.
Texas Alloys & Tool Co.
Texas Association of Business
Texas Big Spring
Texas Commission on Environmental
    Quality
Texas Competitive Power Advocates Inc.
Texas Comptroller of Public Accounts
Texas Crushed Stone Co.
Texas Department of Criminal Justice
Texas Department of State Health Services
Texas Department of Transportation Trust
    Fund
Texas Diesel Maintenance Inc.
Texas Disposal Systems
Texas Energy Aggregation LLC
Texas Energy Research Associates Inc.

Texas Engineering Experiment
Texas Flags Ltd.
Texas Health Resources
Texas Heritage Title LLC
Texas Meter & Device Co.
Texas Mining & Reclamation Association
Texas New Mexico Power Co.
Texas Power & Light Co.
Texas Process Equipment Co.
Texas State Comptroller of Public Accounts
Texas State History Museum Foundation
Texas State Treasury
Texas Trees Foundation
Texas Valve & Fitting Co
Texas Weather Instruments Inc.
Texas, Public Utility Commission of
Texas, Railroad Commission of
Texasadmin.com Inc.
Tex-La Electric Cooperative
TFS Energy Futures LLC
TFS Energy LLC
Thermal Engineering International Inc.
Thermal Specialties Inc.
Thermo Electron NA LLC
Thermo Environmental Instruments Inc.
Thermo Fisher Scientific
Thermo Orion Inc.
Thermo Process Instruments LP
Thibado Inc.
Thomas, Gerald E.
Thomas, Janice
Thomasson Co.
Thompson & Knight LLP
Thompson, Jake
Thompson, Sally
Thomson Reuters
Thomson Reuters
Thomson Reuters (Property Tax Services)
    Inc.
Thomson Reuters West
Thurman Transportation Inc.
ThyssenKrupp Elevator Corp.
ThyssenKrupp Safway Inc.
Tibco Software Inc.
Time Warner Cable
Timken Gears & Services Inc.

Timsco International Inc.
Timsco Texas Industrial Maintenance
 Supply Co.
Titan Engineering Inc.
Titus Central Appraisal District (TX)
Titus County (TX)
Titus County Fresh Water Supply District
 No. 1 (TX)
TLT-Babcock Inc.
TNT Crane & Rigging
Todds A/C Inc.
Toledo Automotive Supply of Carthage Inc.
Tomecek Electric
Top Hat Services
Toshiba International Corp.
Total Alchemy LLC
Towers Watson Pennsylvania Inc.
TowHaul Corp.
Townley Engineering & Manufacturing Co.
 Inc.
Townley Foundry & Machine Co. Inc.
Townley Manufacturing Co.
TPG Capital LP
TPG Capital Management LP
TPUSA Inc.
Trac-Work Inc.
Trane
Trans Union Corp.
Transactel (Barbados) Inc.
Transcat Inc.
Trans-Rental Inc.
TransUnion LLC
Transwestern
TRC Cos. Inc.
Trend Gathering & Treating LP
Trent Wind Farm LP
Tri Special Utility District
Trico Corp.
Trimble, Barry D.
Trimble, Roxanna M.
Trinity Industries Inc.
Trinity River Authority of Texas
Trinity River Water Authority
Triple J SA Inc.
Triple M Machine Inc.
Tripwire Inc.

TRT Development Co. West Houston
True North Consulting LLC
Truman Arnold Cos.
TSI Holdings LLC
TSTC Waco
Tullett Prebon Americas Corp.
Tullett Prebon Financial Service LLC
Turbine Repair Services
Turbo Components & Engineering
TurboCare
Turn Key Operations
Turner Bros Crane & Rigging
Turner Seed Co.
Turnkey Security Inc.
Twin Eagle Resource Management LLC
Twin State Trucks Inc.
TXU Electric Delivery Co.
TXU Energy
TXU Energy Receivables Co.
TXU Energy Retail Co.
TXU Receivables Co.
Ty Flot Inc.
Tyler Junior College
Tyler Junior College Foundation
Tyndale Co. Inc.
Tyson Building Corp.
UG USA Inc.
UniFirst
United Building Maintenance Inc.
United Conveyor Corp.
United Conveyor Supply Corp.
United Recyclers LP
United Rentals
United Rentals North America Inc.
United Sciences Testing Inc.
United States Chamber of Commerce
United States Department of Energy
United States Enrichment Corp.
United States Gypsum Co.
United States Mine Safety & Health
 Administration
United States Naval Academy
United States Naval Academy Foundation
United States Nuclear Regulatory
 Commission

United States Treasury Single Taxpayors (IRS)
United Training Specialists LLC
United Way of Metropolitan Dallas
Univar USA Inc.
Universal Blastco
Universal Vacuum Service
University of North Texas
University of Texas at Arlington
University of Texas at Austin
University of Texas at Dallas
Uranium One Inc.
Urban League of Greater Dallas
URS Corp.
US Bank Corporate Trust
US Bank Trust NA
US Enrichment Corp.
USP & E Global LLC
USPS
U-Tegration Inc.
Utilities Service Alliance Inc.
Utility Integration Solutions
Utility Marketing Services Inc.
Utility Systems Inc.
Valcor Engineering
Valero Texas Power Marketing Inc.
Vannoy & Assoc Inc.
Vaughan Equipment Sales & Rental
Vault Energy Solutions LLC
Vector Controls LLC
Velan Valve Corp.
Velocity Industrial LLC
Venture Aggregates LLC
Venture Research Inc.
Ventyx Inc.
Veolia ES Industrial Services
Verifications Inc.
Veritox Inc.
Verizon
Verizon Business
Verizon Southwest
Verizon Wireless
Vinson & Elkins
Vinson Process Controls Co.
Vishay Transducers
Vista Training Inc.

Vitality Group, The
Vitrue Inc.
VMware Inc.
VoiceLog
Voith Turbo Inc.
Vose Software BVBA
Voxai Solutions Inc.
VR Steel LLC
VXI Global Solutions Inc.
Wabtec Global Services
Wachtell Lipton Rosen & Katz
Waco Auto Glass Center
Waco Foundation
WageWorks Inc.
Wahlco Metroflex
Walker Sewell LLP
Ward County (TX)
Ward Sign Co.
Warfab Inc. & Erection Corp.
Warren Fabricating Corp.
Washington Speakers Bureau
Waste Control Specialists LLC (WCS)
Waste Management of Texas Inc.
Watco Cos. Inc.
Watco Mechanical Services
Water Texas PAC
Watercut Services Inc.
Waukesha Electric
Waukesha-Pearce Industries Inc.
Wave Technology Solutions Group
Weatherproofing Services LLC
Weber Shandwick
WebFilings LLC
Webster, Frances M.
Weir Minerals
Weir Slurry Group Inc.
Weir SPM
Weir Valves & Controls USA Inc.
Wells Fargo Bank
Wells Fargo Bank Northwest NA
Wells Fargo Home Mortgage
Wesco
West Dallas Multipurpose Center
West Publishing Corp.
West Texas Opportunities Inc.
Westech Engineering Inc.

Western Asset Institutional Government
   Fund
Western Data Systems
Western Filter Co. Inc.
Western States Fire Protection
Western Technology Inc.
Westfire Inc.
Westin Engineering Inc.
Westinghouse Electric Co.
Westinghouse Electric Co. LLC
Westinghouse-Nuclear
Weyco Manufacturing
Weyerhaeuser
White & Case
White Cap Construction
White Fence Inc.
White Oak Radiator Service
White Technologies Inc.
Whitehead Construction Inc.
Whitson & Co.
Wholesale Pump & Supply
Wholesale Supply Inc.
Wick Phillips LLP
Wildcat Cranes Inc.
Willbros T&D Services
William E. Groves Construction
Williams Capital Group LP, The
Williams Patent Crusher & Pulverizer Co.
Williamson, Billie Ida
Willis of Texas Inc.
Wilson Co.
Wilson Culverts
Wilson Industries
Wilson Mohr Inc.
Wilson Supply Co.
Wilsonart International Holdings
Wilson-Mohr Inc.
Windstream
Winstead PC
Winston & Strawn LLP
Wire Rope Industries
Wirerope Works Inc.
WM Renewable Energy

WOI Petroleum
Womble Drilling Co.
Women's Business Enterprise National
   Council
Wood, Patricia
Woodson Lumber & Hardware
Woodwright Co. Inc.
Workday Inc.
Workplace Resource of Dallas
Worksoft
World Energy Solutions Inc.
WPP Group USA Inc.
WRG LLC
W-S Industrial Services Inc.
W-S Specialty Services LLC
WSI Corp.
Wyoming Department of Revenue AV Tax
Xenon Marketing LLC
XOJet Inc.
XTO Energy Inc.
Yanaway, Diane
Yates Buick Pontiac GMC
Yates Buick/GMC
Yokogawa Corp. of America
York Capital Management LP
York Credit Opportunities Fund LP
York Credit Opportunities Master Fund LP
York Multi Strategy Master Fund
York Pump & Equipment
York Risk Services Group Inc.
York, a Johnson Controls Co.
York, Amber Lemerle
York, Byron P., Jr
Young Central Appraisal District (TX)
Youngblood Oil Co.
Youngblood, Kneeland
Zayo Fiber Solutions
Zeefax Inc.
Zep Sales & Service
Zepco
Zephyr Environmental Corp.
Zivelo
Zolfo Cooper LLC

# SCHEDULE 1(w)

## **Surety Bonds**

Liberty Mutual Insurance Co.
Railroad Commissioners of Texas
Reliance Insurance Co.
RLI
Safeco Insurance Co. of America
Texas Department of Transportation, State of
Texas Department of Transportation, State of  (Paris District)
Texas Department of Transportation, State of  (Tyler District)
Texas State Highway & Public Transportation Commission
Texas Transportation Commission
Texas, State of
United States Army Corp of Engineers, Fort Worth

# SCHEDULE 1(x)

## Taxing Authorities

Abbott Independent School District (TX)
Abbott, City of (TX)
Abernathy, City of (TX)
Abilene Independent School District (TX)
Abilene, City of (TX)
Academy Independent School District (TX)
Ackerly, City of (TX)
Adams County (CO)
Addison, Town of (TX)
Agua Dulce, City of (TX)
Airline Improvement District (TX)
Alabama Department of Revenue
Alamo Heights, City of (TX)
Alamo, City of (TX)
Albany Independent School District (TX)
Albany, City of (TX)
Aldine Community Improvement District (TX)
Aledo Independent School District (TX)
Aledo, City of (TX)
Alice, City of (TX)
Allen Independent School District (TX)
Allen, City of (TX)
Alma, Town of (TX)
Alpine, City of (TX)
Alto Independent School District (TX)
Alto, Town of (TX)
Alton, City of (TX)
Alvarado Independent School District (TX)
Alvarado, City of (TX)
Alvin, City of (TX)
Alvord Independent School District (TX)
Alvord, Town of (TX)
Amarillo, City of (TX)
Anahuac Municipal Development District (TX)
Anahuac, City of (TX)
Anderson County (TX)
Andrews County (TX)
Andrews County Hospital District (TX)
Andrews Independent School District (TX)
Andrews, City of (TX)

Angelina County (TX)
Angelina County FWD (TX)
Angelina County Jr. College (TX)
Angleton, City of (TX)
Angus, City of (TX)
Anna Independent School District (TX)
Anna, City of (TX)
Annetta North, Town of (TX)
Annetta South, Town of (TX)
Annetta, Town of (TX)
Annona, Town of (TX)
Anson Independent School District (TX)
Anson, City of (TX)
Apple Springs Independent School District (TX)
Aquilla Independent School District (TX)
Aransas County (TX)
Aransas County Health Services (TX)
Aransas Pass Crime Control District (TX)
Aransas Pass Develop District (TX)
Aransas Pass, City of (TX)
Arapahoe County (CO)
Archer City Independent School District (TX)
Archer City, City of (TX)
Archer County (TX)
Arcola, City of (TX)
Argyle Crime Control District (TX)
Argyle Independent School District (TX)
Argyle, City of (TX)
Arizona Department of Revenue
Arkansas, State of
Arlington Independent School District (TX)
Arlington, City of (TX)
Arp Independent School District (TX)
Arp, City of (TX)
Asherton, City of (TX)
Aspermont, Town of (TX)
Atascosa County (TX)
Athens Independent School District (TX)
Athens Municipal Water Authority (TX)
Athens, City of (TX)

Aubrey Independent School District (TX)
Aubrey, City of (TX)
Aurora, City of (TX)
Austin Community College - Bastrop (TX)
Austin Community College - Lee (TX)
Austin Community College - Travis County (TX)
Austin Community College (TX)
Austin County (TX)
Austin Independent School District (TX)
Austin Metropolitan Transit Authority (TX)
Austin, City of (TX)
Austwell, City of (TX)
Avalon Independent School District (TX)
Avery Independent School District (TX)
Axtell Independent School District (TX)
Azle Crime Control District (TX)
Azle Independent School District (TX)
Azle, City of (TX)
Baca County (CO)
Bailey County (TX)
Bailey, City of (TX)
Bailey's Prairie, Village of (TX)
Baird, City of (TX)
Balch Springs, City of (TX)
Ballinger Independent School District (TX)
Ballinger Memorial Hospital District (TX)
Ballinger, City of (TX)
Balmorhea, City of (TX)
Bandera County (TX)
Bangs Independent School District (TX)
Bangs Municipal Development District (TX)
Bangs, City of (TX)
Bardwell, City of (TX)
Barry, City of (TX)
Bartlett Independent School District (TX)
Bartlett, City of (TX)
Bartonville, Town of (TX)
Bastrop County (TX)
Bastrop Independent School District (TX)
Bastrop, City of (TX)
Bastrop-Travis ESD #1 (TX)
Bay City, City of (TX)
Baylor County (TX)
Baylor County Hospital District (TX)
Baylor Hospital District (TX)

Bayou Vista, City of (TX)
Bayside, Town of (TX)
Baytown Crime Control (TX)
Baytown Fire EMS (TX)
Baytown Municipal Development District (TX)
Baytown, City of (TX)
Bayview, Town of (TX)
Beasley, City of (TX)
Beaumont, City of (TX)
Beckville Independent School District (TX)
Bedford, City of (TX)
Bee County (TX)
Beeville, City of (TX)
Bell County (TX)
Bell County Road (TX)
Bellaire, City of (TX)
Bellevue Independent School District (TX)
Bellevue, City of (TX)
Bellmead, City of (TX)
Bells Independent School District (TX)
Bells, Town of (TX)
Bellville, City of (TX)
Belton Independent School District (TX)
Belton, City of (TX)
Benavides, City of (TX)
Benbrook Library District (TX)
Benbrook, City of (TX)
Benjamin, City of (TX)
Bent County (CO)
Berryville, Town of (TX)
Beverly Hills, City of (TX)
Big Lake, City of (TX)
Big Spring Independent School District (TX)
Big Spring, City of (TX)
Big Wells, City of (TX)
Birdville Independent School District (TX)
Bishop, City of (TX)
Blackwell Independent School District (TX)
Blackwell, City of (TX)
Blanco County (TX)
Blanco County North Library District (TX)
Bland Independent School District (TX)
Blanket Independent School District (TX)
Blanket, Town of (TX)

Blooming Grove Independent School District (TX)
Blooming Grove, Town of (TX)
Blossom, City of (TX)
Blue Mound Crime Control (TX)
Blue Mound, City of (TX)
Blue Ridge Independent School District (TX)
Blue Ridge, City of (TX)
Bluff Dale Independent School District (TX)
Blum Independent School District (TX)
Blum, Town of (TX)
Bogata Crime Control (TX)
Bogata, City of (TX)
Boles Home Independent School District (TX)
Bonham Independent School District (TX)
Bonham, City of (TX)
Borden County (TX)
Borden Independent School District (TX)
Bosque County (TX)
Bosqueville Independent School District (TX)
Boulder County (CO)
Bowie County (TX)
Bowie Independent School District (TX)
Bowie, City of (TX)
Boyd Independent School District (TX)
Boyd, Town of (TX)
Brackettville, City of (TX)
Brady, City of (TX)
Brazoria County (TX)
Brazoria, City of (TX)
Brazos Country, City of (TX)
Brazos County (TX)
Brazos County ESD #1 (TX)
Breckenridge Independent School District (TX)
Breckenridge, City of (TX)
Bremond Independent School District (TX)
Brenham, City of (TX)
Brewster County (TX)
Brewster County ESD No. 1 (TX)
Bridge City, City of (TX)
Bridgeport Independent School District (TX)

Bridgeport, City of (TX)
Brock Independent School District (TX)
Bronte, Town of (TX)
Brookesmith Independent School District (TX)
Brooks County Health Services (TX)
Brookshire - Katy Drainage District (TX)
Brookshire, City of (TX)
Brookside Village, City of (TX)
Broomfield County (CO)
Broomfield, City of (CO)
Brown County (TX)
Brownfield, City of (TX)
Brownsboro, City of (TX)
Brownsville, City of (TX)
Brownwood Independent School District (TX)
Brownwood, City of (TX)
Bruceville-Eddy Independent School District (TX)
Bruceville-Eddy, City of (TX)
Brush Creek MUD (TX)
Bryan Independent School District (TX)
Bryan, City of (TX)
Bryson Independent School District (TX)
Bryson, City of (TX)
Buckholts Independent School District (TX)
Buckholts, Town of (TX)
Buda, City of (TX)
Buena Vista Independent School District (TX)
Buffalo Gap, Town of (TX)
Buffalo Independent School District (TX)
Buffalo, City of (TX)
Bullard Independent School District (TX)
Bullard, Town of (TX)
Bulverde Area Rural Library (TX)
Bunker Hill Village, City of (TX)
Burkburnett Independent School District (TX)
Burkburnett, City of (TX)
Burke, City of (TX)
Burleson County (TX)
Burleson Independent School District (TX)
Burleson, City of (TX)
Burnet CIndependent School District (TX)

Burnet County (TX)
Byers, City of (TX)
Bynum Independent School District (TX)
Bynum, Town of (TX)
Caddo Mills Independent School District
    (TX)
Caddo Mills, City of (TX)
Caldwell County (TX)
Caldwell, City of (TX)
Calhoun County (TX)
California Franchise Tax Board
Callahan County (TX)
Callisburg Independent School District (TX)
Calvert Independent School District (TX)
Cameron Independent School District (TX)
Cameron, City of (TX)
Camp County (TX)
Camp Wood, City of (TX)
Campbell Independent School District (TX)
Campbell, City of (TX)
Canada Revenue Agency
Caney City, Town of (TX)
Caney, Town of (TX)
Canton Independent School District (TX)
Canton, City of (TX)
Canyon Lake Community Library (TX)
Canyon, City of (TX)
Carbon, Town of (TX)
Carlisle Independent School District (TX)
Carrizo Springs, City of (TX)
Carroll Independent School District (TX)
Carrollton - Farmers Branch Independent
    School District (TX)
Carrollton, City of (TX)
Carrollton-Farmers Branch Independent
    School District (TX)
Carthage Independent School District (TX)
Carthage, City of (TX)
Castle Hills Crime Control & Prevention
    (TX)
Castle Hills, City of (TX)
Castleberry Independent School District
    (TX)
Castleman Creek Watershed (TX)
Castro County (TX)
Castroville, City of (TX)

Cayuga Independent School District (TX)
Cedar Hill Independent School District (TX)
Cedar Hill, City of (TX)
Cedar Park, City of (TX)
Celeste Independent School District (TX)
Celeste, City of (TX)
Celina Independent School District (TX)
Celina, Town of (TX)
Center, City of (TX)
Centerville Independent School District
    (TX)
Centerville, City of (TX)
Central Heights Independent School District
    (TX)
Central Independent School District (TX)
Central Texas College (TX)
Central Texas College District (TX)
Chambers County Health Services (TX)
Chambers-Liberty Counties Navigation
    (TX)
Chambers-Liberty County (TX)
Chandler, City of (TX)
Chapel Hill Independent School District
    (TX)
Chapell Hill, Town of (TX)
Charlotte, City of (TX)
Cherokee County (TX)
Cherokee County Development District 1
    (TX)
Chico Independent School District (TX)
Chico, City of (TX)
Childress County (TX)
Childress County Hospital District (TX)
Childress Independent School District (TX)
Childress, City of (TX)
Chillicothe, City of (TX)
Chilton Independent School District (TX)
China Springs Independent School District
    (TX)
Chireno Independent School District (TX)
Chireno, City of (TX)
Chisum Independent School District (TX)
Choctaw Watershed District (TX)
Cibolo Canyons Special Improvement
    District (TX)
Cibolo, City of (TX)

Cisco Independent School District (TX)
Cisco Jr. College District (TX)
Cisco, City of (TX)
City View Independent School District (TX)
Clarendon Maintenance (TX)
Clarksville Independent School District (TX)
Clarksville, City of (TX)
Clay County (TX)
Clay County FD #1 - Deandale (TX)
Clay County FD #2 - Arrowhead (TX)
Clear Creek Watershed (TX)
Clear Fork GWCD (TX)
Clear Lake Shores, City of (TX)
Clearwater UWCD (TX)
Cleburne Independent School District (TX)
Cleburne, City of (TX)
Clifton Independent School District (TX)
Clifton, City of (TX)
Clute, City of (TX)
Clyde Independent School District (TX)
Clyde, City of (TX)
Coahoma Independent School District (TX)
Coahoma, Town of (TX)
Cockrell Hill, City of (TX)
Coffee City, Town of (TX)
Coke County (TX)
Coke County UWCD (TX)
Coldspring, City of (TX)
Coleman County (TX)
Coleman Hospital District (TX)
Coleman, City of (TX)
College Station Independent School District (TX)
College Station, City of (TX)
Colleyville Crime Control (TX)
Colleyville, City of (TX)
Collin County (TX)
Collin County Jr. College District (TX)
Collinsville Independent School District (TX)
Collinsville, Town of (TX)
Colmesneil, City of (TX)
Colony, City of, The (TX)
Colorado City, City of (TX)
Colorado County (TX)

Colorado Independent School District (TX)
Columbus, City of (TX)
Comal County (TX)
Comal County Emergency Services District 3 (TX)
Comal County Emergency Services District 6 (TX)
Comanche County (TX)
Comanche County Hospital (TX)
Comanche Independent School District (TX)
Comanche, City of (TX)
Combes, Town of (TX)
Combine, City of (TX)
Commerce Independent School District (TX)
Commerce, City of (TX)
Community Independent School District (TX)
Como, Town of (TX)
Como-Pickton Independent School District (TX)
Concho County (TX)
Connally Independent School District (TX)
Conroe, City of (TX)
Converse, City of (TX)
Cooke County (TX)
Cool, City of (TX)
Coolidge Independent School District (TX)
Coolidge, Town of (TX)
Cooper Independent School District (TX)
Cooper, City of (TX)
Coppell Crime Control District (TX)
Coppell Independent School District (TX)
Coppell, City of (TX)
Copper Canyon, Town of (TX)
Copperas Cove Independent School District (TX)
Copperas Cove, City of (TX)
Corinth Crime Control District (TX)
Corinth, City of (TX)
Corpus Christi Crime Control District (TX)
Corpus Christi Independent School District (TX)
Corpus Christi Metropolitan Transit Authority (TX)
Corpus Christi, City of (TX)

Corrigan, Town of (TX)
Corsicana Independent School District (TX)
Corsicana, City of (TX)
Coryell County (TX)
Cotulla, City of (TX)
County Wide Equalization (TX)
Coupland Independent School District (TX)
Cove, City of (TX)
Covington Independent School District (TX)
Covington, City of (TX)
Crandall Independent School District (TX)
Crandall, City of (TX)
Crane County (TX)
Crane Hospital District (TX)
Crane Independent School District (TX)
Crane, City of (TX)
Crawford Independent School District (TX)
Crawford, Town of (TX)
Cresson, City of (TX)
Crockett Independent School District (TX)
Crockett, City of (TX)
Cross Plains, Town of (TX)
Cross Roads, Town of (TX)
Crossroads Independent School District
    (TX)
Crowell, City of (TX)
Crowley Crime Control (TX)
Crowley Independent School District (TX)
Crowley, City of (TX)
Crystal City, City of (TX)
Cuero, City of (TX)
Culberson County (TX)
Culberson County Groundwater
    Conservation District (TX)
Culberson County GWCD (TX)
Culberson County Hospital District (TX)
Culberson-Allamore Independent School
    District (TX)
Cumby Independent School District (TX)
Cumby, City of (TX)
Cushing Independent School District (TX)
Cushing, City of (TX)
Daingerfield, City of (TX)
Daingerfield-Lone Star Independent School
    District (TX)
Dalhart, City of (TX)

Dallas County (TX)
Dallas County Community College District
    (TX)
Dallas County FCD #1 (TX)
Dallas County Hospital District (TX)
Dallas County U&R District (TX)
Dallas Independent School District (TX)
Dallas Metropolitan Transit Authority (TX)
Dallas, City of (TX)
Dalworthington Gardens Crime Control
    (TX)
Dalworthington Gardens, City of (TX)
Danbury, City of (TX)
Dawson County (TX)
Dawson County Hospital District (TX)
Dawson Independent School District (TX)
Dawson, Town of (TX)
Dayton, City of (TX)
De Kalb, City of (TX)
De Leon, City of (TX)
Deaf Smith County (TX)
Dean, City of (TX)
Decatur Independent School District (TX)
Decatur, City of (TX)
Deep Ellum Standard PID (TX)
Deer Park Crime Control District (TX)
Deer Park Fire Control Prevention & EMS
    District (TX)
Deer Park, City of (TX)
Del Mar College (TX)
Del Rio, City of (TX)
Delaware Division of Revenue
Deleon Independent School District (TX)
Delta County  Emergency Services District
    (TX)
Delta County (TX)
Delta County MUD (TX)
Delta EMD #1 (TX)
Denison Independent School District (TX)
Denison, City of (TX)
Denton County (TX)
Denton County Development District No 4
    (TX)
Denton County ESD #1 (TX)
Denton County FWSD #1B (TX)
Denton County LID #1 (TX)

Denton County RUD #1 (TX)
Denton County Transportation Authority (TX)
Denton Independent School District (TX)
Denton, City of (TX)
Denver City, Town of (TX)
Denver County (CO)
Deport, City of (TX)
Desoto Independent School District (TX)
DeSoto, City of (TX)
Detroit Independent School District (TX)
Detroit, Town of (TX)
Devine, City of (TX)
Dew Independent School District (TX)
DFW Shared Area (Grapevine City) (TX)
Diboll Independent School District (TX)
Diboll, City of (TX)
Dickens County (TX)
Dickens, City of (TX)
Dickinson Management District (TX)
Dickinson, City of (TX)
Dilley, City of (TX)
Dimmit County (TX)
Dimmitt, City of (TX)
Dish, Town of (TX)
District of Columbia, Government of the
Dodd City Independent School District (TX)
Dodd City, Town of (TX)
Donahoe Creek WCID (TX)
Donna, City of (TX)
Dorchester, Town of (TX)
Double Oak, Town of (TX)
Douglas County (CO)
Douglass Independent School District (TX)
Downtown PID - Premium (TX)
Downtown PID - Standard (TX)
Dripping Springs Community Library (TX)
Driscoll, City of (TX)
Dublin Independent School District (TX)
Dublin, City of (TX)
Dumas, City of (TX)
Duncanville Independent School District (TX)
Duncanville, City of (TX)
Duval County Emergency Services District No. 1 (TX)

Eagle Lake, City of (TX)
Eagle Mountain-Saginaw Independent School District (TX)
Eagle Pass, City of (TX)
Early Independent School District (TX)
Early, City of (TX)
East Baton Rouge Parish (LA)
East Bernard, City of (TX)
East Coke County Hospital District (TX)
East Memorial Hospital District (TX)
East Montgomery County Improvement District (TX)
East Montgomery County Improvement District A (TX)
East Tawakoni, City of (TX)
East Travis Gateway Library District (TX)
Eastland County (TX)
Eastland Independent School District (TX)
Eastland Memorial Hospital District (TX)
Eastland, City of (TX)
Ector County (TX)
Ector County Hospital District (TX)
Ector County Independent School District (TX)
Ector Independent School District (TX)
Ector Utility District (TX)
Ector, City of (TX)
Edcouch, City of (TX)
Eden, City of (TX)
Edgecliff Village, Town of (TX)
Edgewood Independent School District (TX)
Edgewood, Town of (TX)
Edinburg, City of (TX)
Edna, City of (TX)
Edom, City of (TX)
El Campo, City of (TX)
El Cenizo, City of (TX)
El Lago, City of (TX)
El Paso City Transit Department (TX)
El Paso County (CO)
El Paso County (TX)
El Paso County Emergency Services 2 (TX)
El Paso, City of (TX)
Eldorado, City of (TX)
Electra Hospital District (TX)
Electra Independent School District (TX)

Electra, City of (TX)
Elgin Independent School District (TX)
Elgin, City of (TX)
Elkhart Independent School District (TX)
Elkhart, Town of (TX)
Ellis County (TX)
Elm Creek Watershed - Bell (TX)
Elm Creek Watershed (TX)
Elsa, City of (TX)
Emerald Bay MUD (TX)
Emergency Service District #1 (TX)
Emhouse, Town of (TX)
Emory, City of (TX)
Enchanted Oaks, Town of (TX)
Encinal, City of (TX)
Ennis Independent School District (TX)
Ennis, City of (TX)
Era Independent School District (TX)
Erath County (TX)
Erath County Development District No. 1
    (TX)
Escobares, City of (TX)
ESD #1 - Maypearl (TX)
ESD #2 - Midlothian (TX)
ESD #3 - Italy (TX)
ESD #4 - Red Oak (TX)
ESD #5 - Ferris (TX)
ESD #6 - Waxahachie (TX)
ESD #7 - Bristol (TX)
ESD #8 - Avalon (TX)
ESD #9 - Palmer (TX)
Etoile Independent School District (TX)
Eula Independent School District (TX)
Euless Crime Control District (TX)
Euless, City of (TX)
Eureka, City of (TX)
Eustace Independent School District (TX)
Eustace, City of (TX)
Evant, Town of (TX)
Everman Crime Control (TX)
Everman Independent School District (TX)
Everman, City of (TX)
EWC Higher Ed Center (TX)
Fair Oaks Ranch, City of (TX)
Fairfield Hospital District (TX)
Fairfield Independent School District (TX)

Fairfield, City of (TX)
Fairview, Town of (TX)
Faith Community Hospital District (TX)
Falfurrias, City of (TX)
Falls County (TX)
Falls County RFD #1 (TX)
Falls County RFD #2 (TX)
Falls County RFD #3 (TX)
Falls County WCID #1 (TX)
Fannin County (TX)
Fannindel Independent School District (TX)
Farmers Branch, City of (TX)
Farmersville Independent School District
    (TX)
Farmersville, City of (TX)
Fate, City of (TX)
Fayette County (TX)
Fern Bluff MUD (TX)
Ferris Independent School District (TX)
Ferris, City of (TX)
Fisher County (TX)
Fisher County Hospital District (TX)
Florence Independent School District (TX)
Florence, City of (TX)
Flower Mound Crime Control District (TX)
Flower Mound Fire Control District (TX)
Flower Mound, Town of (TX)
Floydada, City of (TX)
Forest Hill Library District (TX)
Forest Hill, City of (TX)
Forney Independent School District (TX)
Forney, City of (TX)
Forsan Independent School District (TX)
Forsan, Town of (TX)
Fort Bend County Assistance District No. 1
    (TX)
Fort Bend County Assistance District No. 4
    (TX)
Fort Bend County Assistance District No. 5
    (TX)
Fort Stockton Independent School District
    (TX)
Fort Stockton, City of (TX)
Fort Worth Crime Control (TX)
Fort Worth Independent School District
    (TX)

Fort Worth Metropolitan Transit Authority (TX)
Fort Worth, City of (TX)
Franklin County (TX)
Franklin County WD (TX)
Franklin Independent School District (TX)
Franklin, City of (TX)
Frankston Independent School District (TX)
Frankston, Town of (TX)
Fredericksburg, City of (TX)
Freeport, City of (TX)
Freer, City of (TX)
Freestone County (TX)
Friendswood, City of (TX)
Frio County (TX)
Frisco Independent School District (TX)
Frisco, City of (TX)
Frost Independent School District (TX)
Frost, City of (TX)
Fruitvale Independent School District (TX)
Ft Worth PID #01 (Downtown) (TX)
Ft Worth PID #14 (Trinity Bluff) (TX)
Fulshear, City of (TX)
Fulton, Town of (TX)
Gaines County (TX)
Gainesville Hospital District (TX)
Gainesville Independent School District (TX)
Gainesville, City of (TX)
Galena Park Independent School District (TX)
Galena Park, City of (TX)
Galveston, City of (TX)
Ganado, City of (TX)
Garden Ridge, City of (TX)
Garland Independent School District (TX)
Garland, City of (TX)
Garner Independent School District (TX)
Garrett, Town of (TX)
Garrison Independent School District (TX)
Gatesville Independent School District (TX)
Gatesville, City of (TX)
George West, City of (TX)
Georgetown Independent School District (TX)
Georgetown, City of (TX)

Georgia Department of Revenue
Gholson Independent School District (TX)
Gholson, City of (TX)
Giddings, City of (TX)
Gillespie County (TX)
Gilmer Independent School District (TX)
Gilmer, City of (TX)
Glasscock County (TX)
Glasscock County Independent School District (TX)
Glasscock County UWD (TX)
Glen Rose Independent School District (TX)
Glen Rose, City of (TX)
Glenn Heights, City of (TX)
Godley Independent School District (TX)
Godley, City of (TX)
Gold-Burg Independent School District (TX)
Goldthwaite Independent School District (TX)
Goliad Municipal Development District (TX)
Goliad, City of (TX)
Golinda, City of (TX)
Gonzales County (TX)
Goodlow, City of (TX)
Gordon Independent School District (TX)
Gordon, City of (TX)
Goree, City of (TX)
Gorman Independent School District (TX)
Gorman, City of (TX)
Grady Independent School District (TX)
Graford Independent School District (TX)
Graford, City of (TX)
Graham Hospital District (TX)
Graham Independent School District (TX)
Graham, City of (TX)
Granbury Independent School District (TX)
Granbury, City of (TX)
Grand Falls-Royalty Independent School District (TX)
Grand Prairie Crime Con (TX)
Grand Prairie, City of (TX)
Grand Saline Independent School District (TX)
Grand Saline, City of (TX)

Grandfalls, Town of (TX)
Grandview Independent School District (TX)
Grandview, City of (TX)
Granger Independent School District (TX)
Granger, City of (TX)
Granite Shoals, City of (TX)
Granjeno, City of (TX)
Grapeland Hospital District (TX)
Grapeland Independent School District (TX)
Grapeland, City of (TX)
Grapevine - Colleyville Independent School District (TX)
Grapevine Area Tax Office (TX)
Grapevine Crime Control (TX)
Grapevine, City of (TX)
Grapevine-Colleyville Independent School District (TX)
Grayson County (TX)
Grayson County Jr. College District (TX)
Greenville Independent School District (TX)
Greenville, City of (TX)
Greenwood Independent School District (TX)
Gregg County (TX)
Gregory, City of (TX)
Grimes County (TX)
Groesbeck Independent School District (TX)
Groesbeck, City of (TX)
Groves, City of (TX)
Guadalupe County (TX)
Gun Barrel City, Town of (TX)
Gunter Independent School District (TX)
Gunter, City of (TX)
Gustine Independent School District (TX)
Gustine, Town of (TX)
Hale County (TX)
Hallettsville, City of (TX)
Hallsburg Independent School District (TX)
Hallsburg, City of (TX)
Hallsville, City of (TX)
Haltom City Crime Control (TX)
Haltom City, City of (TX)
Hamilton County (TX)
Hamilton, City of (TX)
Hamlin Hospital District (TX)

Hamlin Independent School District (TX)
Hamlin, City of (TX)
Hardeman County (TX)
Harker Heights, City of (TX)
Harlingen, City of (TX)
Harmony Independent School District (TX)
Harris County (TX)
Harris County Department of Education (TX)
Harris County ESD # 12 (TX)
Harris County ESD # 6 (TX)
Harris County ESD 10 (TX)
Harris County ESD 12 (TX)
Harris County ESD 14 (TX)
Harris County ESD 2 (TX)
Harris County ESD 21 (TX)
Harris County ESD 28 (TX)
Harris County ESD 4 (TX)
Harris County ESD 46 (TX)
Harris County ESD 5 (TX)
Harris County ESD 50 (TX)
Harris County ESD 6 (TX)
Harris County ESD 60 (TX)
Harris County ESD 7 (TX)
Harris County ESD 80 (TX)
Harris County Flood Control District (TX)
Harris County Hospital District (TX)
Harris-Ft. Bend ESD 100 (TX)
Harrold Independent School District (TX)
Harts Bluff Independent School District (TX)
Haskell - Knox - Baylor - UGWCD (TX)
Haskell - Knox - Baylor UWCD (TX)
Haskell County (TX)
Haskell County Hospital District (TX)
Haskell Independent School District (TX)
Haskell, City of (TX)
Haslet, City of (TX)
Hawley Independent School District (TX)
Hawley, City of (TX)
Hays County (TX)
Hays County ESD 3 (TX)
Hays County ESD 8 (TX)
Hearne Independent School District (TX)
Hearne, City of (TX)
Heath, City of (TX)

Hebron, Town of (TX)
Hedwig Village, City of (TX)
Helotes, City of (TX)
Hempstead, City of (TX)
Henderson County (TX)
Henderson County ESD #1 (TX)
Henderson County ESD #2 (TX)
Henderson County ESD #3 (TX)
Henderson County ESD #4 (TX)
Henderson County ESD #5 (TX)
Henderson County LID #3 (TX)
Henderson Independent School District
   (TX)
Henderson, City of (TX)
Henrietta Independent School District (TX)
Henrietta, City of (TX)
Hereford, City of (TX)
Hermleigh Independent School District (TX)
Hewitt, City of (TX)
Hickory Creek, Town of (TX)
Hico, City of (TX)
Hidalgo, City of (TX)
High Plains UWCD #1 (TX)
Highland Independent School District (TX)
Highland Park Independent School District
   (TX)
Highland Park, Town of (TX)
Highland Village, City of (TX)
Hill College - Alvarado (TX)
Hill College - Cleburne (TX)
Hill College - Godley (TX)
Hill College - Grandview (TX)
Hill College - Joshua (TX)
Hill College - Keene (TX)
Hill College - Rio Vista (TX)
Hill College - Venus (TX)
Hill County (TX)
Hill County Emergency Services District #1
   (TX)
Hill County ESD #1 (TX)
Hill County ESD #2 (TX)
Hill Jr. College District (TX)
Hillsboro Independent School District (TX)
Hillsboro, City of (TX)
Hilshire Village, City of (TX)
Hitchcock, City of (TX)

Holiday Lakes, City of (TX)
Holland Independent School District (TX)
Holland, City of (TX)
Holliday Independent School District (TX)
Holliday, City of (TX)
Hollywood Park, Town of (TX)
Honey Grove Independent School District
   (TX)
Honey Grove, City of (TX)
Hood County (TX)
Hood County Development District No. 1
   (TX)
Hood County Library District (TX)
Hopkins County (TX)
Hopkins County Hospital District (TX)
Horseshoe Bay, City of (TX)
Hospital District #1 (TX)
Houston Community College District (TX)
Houston County (TX)
Houston County Emergency Services
   District 2 (TX)
Houston County ESD 1 (TX)
Houston County ESD 2 (TX)
Houston County Hospital District (TX)
Houston Independent School District (TX)
Houston Metropolitan Transit Authority
   (TX)
Houston, City of (TX)
Howard County (TX)
Howard Jr. College (TX)
Howe Independent School District (TX)
Howe, Town of (TX)
Hubbard Independent School District (TX)
Hubbard, City of (TX)
Hudson Independent School District (TX)
Hudson Oaks, City of (TX)
Hudson, City of (TX)
Huerfano County (CO)
Hughes Springs, City of (TX)
Humble, City of (TX)
Hunt County (TX)
Hunt Memorial Hospital District (TX)
Hunters Creek Village, City of (TX)
Huntington Independent School District
   (TX)
Huntington, City of (TX)

Huntsville, City of (TX)
Hurst Crime Control District (TX)
Hurst, City of (TX)
Hurst-Euless-Bedford Independent School
    District (TX)
Hutchins, City of (TX)
Hutto Independent School District (TX)
Hutto, City of (TX)
Illinois Department of Revenue
Impact, Town of (TX)
Indiana, State of
Ingleside on the Bay, City of (TX)
Ingleside, City of (TX)
Internal Revenue Service, United States
Iowa Colony Crime Control District (TX)
Iowa Colony, Village of (TX)
Iowa Park CISD (TX)
Iowa Park Independent School District (TX)
Iowa Park, City of (TX)
Ira Independent School District (TX)
Iraan, City of (TX)
Iredell Independent School District (TX)
Iredell, City of (TX)
Irving FCD #1 (TX)
Irving FCD #3 (TX)
Irving Independent School District (TX)
Irving, City of (TX)
Italy Independent School District (TX)
Italy, Town of (TX)
Itasca Independent School District (TX)
Itasca, City of (TX)
Jacinto City, City of (TX)
Jack County (TX)
Jack WCID #1 (TX)
Jacksboro Independent School District (TX)
Jacksboro, City of (TX)
Jackson County (TX)
Jacksonville Independent School District
    (TX)
Jacksonville, City of (TX)
Jamaica Beach, City of (TX)
Jarrell Independent School District (TX)
Jarrell, City of (TX)
Jasper, City of (TX)
Jayton, City of (TX)

Jayton-Girard Independent School District
    (TX)
Jeff Davis County (TX)
Jeff Davis County ESD 1 (TX)
Jeff Davis County Health Serv (TX)
Jefferson County (CO)
Jefferson County (TX)
Jefferson, City of (TX)
Jersey Village Crime Control District (TX)
Jersey Village, City of (TX)
Jewett, City of (TX)
Jim Hogg County (TX)
Jim Hogg County Assistance District (TX)
Jim Hogg County Health Services (TX)
Jim Ned Consolidated Independent School
    District (TX)
Jim Wells County (TX)
Johnson County (TX)
Johnson County ESD #1 (TX)
Johnson County FWD (TX)
Jolly, City of (TX)
Jones County (TX)
Jones Creek, Village of (TX)
Jonestown, City of (TX)
Josephine, City of (TX)
Joshua Independent School District (TX)
Joshua, City of (TX)
Jourdanton, City of (TX)
Junction, City of (TX)
Justin, City of (TX)
Karnes City, City of (TX)
Karnes County (TX)
Katy Independent School District (TX)
Katy, City of (TX)
Kaufman County (TX)
Kaufman County Develop District (TX)
Kaufman Independent School District (TX)
Kaufman RFD #1 - Kaufman (TX)
Kaufman RFD #2 - Mabank (TX)
Kaufman RFD #3 - Terrell (TX)
Kaufman RFD #4 - Kemp (TX)
Kaufman RFD #5 - Scurry (TX)
Kaufman RFD #6 - Forney (TX)
Kaufman, City of (TX)
Keechi Water District #1 (TX)
Keene Independent School District (TX)

Keene, City of (TX)
Keller Crime Control District (TX)
Keller Independent School District (TX)
Keller, City of (TX)
Kemah, City of (TX)
Kemp Independent School District (TX)
Kemp Municipal Development District (TX)
Kemp, Town of (TX)
Kempner, City of (TX)
Kendall County (TX)
Kendleton, City of (TX)
Kenedy, City of (TX)
Kennard Independent School District (TX)
Kennard, City of (TX)
Kennedale Independent School District (TX)
Kennedale, City of (TX)
Kent County (TX)
Kentucky Department of Revenue
Kerens Independent School District (TX)
Kerens, City of (TX)
Kermit Independent School District (TX)
Kermit, City of (TX)
Kerr County (TX)
Kerrville, City of (TX)
Kilgore College District (TX)
Kilgore Independent School District (TX)
Kilgore, City of (TX)
Killeen Independent School District (TX)
Killeen, City of (TX)
Kimble County Emergency Services District
    (TX)
Kingsville, City of (TX)
Kinney County (TX)
Kinney County Health Services (TX)
Kleberg County (TX)
Klondike Independent School District (TX)
Knollwood, Village of (TX)
Knox City, Town of (TX)
Knox County (TX)
Knox County Hospital District (TX)
Kopperl Independent School District (TX)
Kosse, Town of (TX)
Krugerville, City of (TX)
Krum Independent School District (TX)
Krum, City of (TX)
Kyle, City of (TX)

La Feria, City of (TX)
La Grange, City of (TX)
La Joya, City of (TX)
La Marque, City of (TX)
La Porte Fire Control Prevention & EMS
    District (TX)
La Porte, City of (TX)
La Poynor Independent School District (TX)
La Vega Independent School District (TX)
La Villa, City of (TX)
Lacy Lakeview, City of (TX)
Ladonia, Town of (TX)
Lago Vista, City of (TX)
Laguna Vista, Town of (TX)
Lake Bridgeport, City of (TX)
Lake Dallas, City of (TX)
Lake Highlands PID (TX)
Lake Jackson, City of (TX)
Lake Travis Community Library (TX)
Lake Worth Crime Control (TX)
Lake Worth Independent School District
    (TX)
Lake Worth, City of (TX)
Lakeside City, Town of (TX)
Lakeside WCID #1 (TX)
Lakeside, Town of (TX)
Lakeway, City of (TX)
Lakewood Village Municipal Development
    District (TX)
Lamar County (TX)
Lamesa Independent School District (TX)
Lamesa, City of (TX)
Lampasas County (TX)
Lampasas, City of (TX)
Lancaster Independent School District (TX)
Lancaster, City of (TX)
Laneville Independent School District (TX)
Langford Creek WCD (TX)
Laredo City Transit Department (TX)
Laredo, City of (TX)
Larimer County (CO)
Las Animas County (CO)
Latexo Independent School District (TX)
Latexo, City of (TX)
Lavon, Town of (TX)
Lawn, Town of (TX)

League City, City of (TX)
Leander, City of (TX)
Lee County (TX)
Leon County (TX)
Leon Independent School District (TX)
Leon Valley, City of (TX)
Leona, City of (TX)
Leonard, City of (TX)
Leroy, City of (TX)
Levelland, City of (TX)
Lewisville Crime Control District (TX)
Lewisville Fire Control District (TX)
Lewisville Independent School District (TX)
Lewisville, City of (TX)
Lexington Independent School District (TX)
Lexington, Town of (TX)
Liberty County (TX)
Liberty Independent School District (TX)
Liberty, City of (TX)
Limestone County (TX)
Limestone County ESD #1 (TX)
Limestone County ESD #2 (TX)
Lincoln Park, Town of (TX)
Lindale Independent School District (TX)
Lindale, Town of (TX)
Linden, City of (TX)
Lindsay Independent School District (TX)
Lindsay, Town of (TX)
Lingleville Independent School District
   (TX)
Lipan - Kickapoo Water (TX)
Lipan - Kickapoo Water District (TX)
Lipan Independent School District (TX)
Lipan, City of (TX)
Little Elm Independent School District (TX)
Little Elm, Town of (TX)
Little River-Academy, City of (TX)
Live Oak County (TX)
Live Oak, City of (TX)
Liverpool, City of (TX)
Livingston, Town of (TX)
Lockhart, City of (TX)
Log Cabin, City of (TX)
Logan County (CO)
Lometa Independent School District (TX)
Lone Oak Independent School District (TX)

Lone Oak, City of (TX)
Lone Star Meadows PID (TX)
Lone Wolf Water District (TX)
Longview Independent School District (TX)
Longview, City of (TX)
Loraine Independent School District (TX)
Loraine, Town of (TX)
Lorena Independent School District (TX)
Lorena, City of (TX)
Los Fresnos, City of (TX)
Los Indios, Town of (TX)
Los Ybanez, City of (TX)
Lott, City of (TX)
Louisiana Department of Revenue
Lovejoy Independent School District (TX)
Lovelady Independent School District (TX)
Lovelady, City of (TX)
Loving County (TX)
Loving County WID #1 (TX)
Lowry Crossing, City of (TX)
Lubbock County (TX)
Lubbock, City of (TX)
Lucas, City of (TX)
Lueders, City of (TX)
Lufkin Independent School District (TX)
Lufkin, City of (TX)
Luling, City of (TX)
Lumberton, City of (TX)
Lyford, City of (TX)
Lynn County (TX)
Lynn County Hospital District (TX)
Lytle, City of (TX)
Mabank Independent School District (TX)
Mabank, Town of (TX)
Madison County (TX)
Magnolia, City of (TX)
Maine Revenue Services
Malakoff Crime Control and Prev District
   (TX)
Malakoff Independent School District (TX)
Malakoff, City of (TX)
Malone Independent School District (TX)
Malone, Town of (TX)
Manor Independent School District (TX)
Manor, City of (TX)
Mansfield Independent School District (TX)

Mansfield, City of (TX)
Manvel, City of (TX)
Marble Falls, City of (TX)
Marfa, City of (TX)
Marion County (TX)
Marion, City of (TX)
Marlin Independent School District (TX)
Marlin, City of (TX)
Marquez, City of (TX)
Marshall, City of (TX)
Mart Independent School District (TX)
Mart, City of (TX)
Martin County (TX)
Martin County Hospital District (TX)
Martin County Water District #1 (TX)
Martins Mill Independent School District
    (TX)
Martinsville Independent School District
    (TX)
Maryland Comptroller, Revenue
    Administration Division
Matador, Town of (TX)
Mathis, City of (TX)
Maverick County (TX)
Maverick County LFW & CDC (TX)
May Independent School District (TX)
Maypearl Independent School District (TX)
Maypearl, City of (TX)
McAllen, City of (TX)
McCamey Hospital District (TX)
McCamey Independent School District (TX)
McCamey, City of (TX)
McCulloch County (TX)
McCulloch County Hospital District (TX)
McDade Independent School District (TX)
McGregor Independent School District (TX)
McGregor, City of (TX)
McKinney Independent School District (TX)
McKinney, City of (TX)
McLendon-Chisholm, City of (TX)
McLennan Community College (TX)
McLennan County (TX)
Meadows of Chandler Creek MUD (TX)
Meadows Place, City of (TX)
Medina County (TX)
Megargel, Town of (TX)

Melissa Independent School District (TX)
Melissa, City of (TX)
Melvin, Town of (TX)
Menard County (TX)
Menard, City of (TX)
Mercedes, City of (TX)
Meridian Independent School District (TX)
Meridian, City of (TX)
Merkel Independent School District (TX)
Merkel, Town of (TX)
Mertens, Town of (TX)
Mertzon, City of (TX)
Mesa UWD (TX)
Mesquite Independent School District (TX)
Mesquite Tax Fund (TX)
Mesquite, City of (TX)
Mexia Independent School District (TX)
Mexia, City of (TX)
Middle Pecos GCD (TX)
Middle Trinity Water District (TX)
Midland County (TX)
Midland County Junior College District
    (TX)
Midland Independent School District (TX)
Midland Memorial Hospital District (TX)
Midland, City of (TX)
Midlothian Independent School District
    (TX)
Midlothian, City of (TX)
Midway Independent School District (TX)
Milam County (TX)
Milano Independent School District (TX)
Milano, City of (TX)
Mildred Independent School District (TX)
Mildred, Town of (TX)
Miles, City of (TX)
Milford Independent School District (TX)
Milford, Town of (TX)
Miller Grove Independent School District
    (TX)
Mills County (TX)
Millsap Independent School District (TX)
Millsap, Town of (TX)
Mineola, City of (TX)
Mineral Wells Independent School District
    (TX)

Mineral Wells, City of (TX)
Mingus, City of (TX)
Mission, City of (TX)
Mississippi Department of Revenue
Missouri City, City of (TX)
Missouri, State of
Mitchell County (TX)
Mitchell Hospital District (TX)
Mobile City, City of (TX)
Monahans - Wickett - Pyote Independent
    School District (TX)
Monahans, City of (TX)
Monahans-Wickett-Pyote Independent
    School District (TX)
Mont Belvieu, City of (TX)
Montague County (TX)
Montgomery County ESD 1 (TX)
Montgomery County ESD 12-A (TX)
Montgomery County ESD 3 (TX)
Montgomery County ESD 5 (TX)
Montgomery County ESD 6 (TX)
Montgomery County ESD 7 (TX)
Montgomery County ESD 8 (TX)
Montgomery County ESD 9 (TX)
Montgomery, City of (TX)
Moody Independent School District (TX)
Moody, City of (TX)
Moran, City of (TX)
Morgan County (CO)
Morgan Independent School District (TX)
Morgan, City of (TX)
Morgan's Point Municipal Development
    District (TX)
Morgan's Point Resort, City of (TX)
Morgan's Point, City of (TX)
Morris County (TX)
Mount Calm, City of (TX)
Mount Enterprise, City of (TX)
Mount Pleasant, City of (TX)
Mount Vernon, Town of (TX)
Mt. Calm Independent School District (TX)
Mt. Enterprise Independent School District
    (TX)
Mt. Pleasant Independent School District
    (TX)

Mt. Vernon Independent School District
    (TX)
Muenster Hospital District (TX)
Muenster Independent School District (TX)
Muenster Water District (TX)
Muenster, Town of (TX)
Mullins Independent School District (TX)
Munday CIndependent School District (TX)
Munday, City of (TX)
Murchison Independent School District
    (TX)
Murchison, City of (TX)
Murphy Municipal Development District
    (TX)
Murphy, City of (TX)
Mustang Ridge, City of (TX)
Mustang, Town of (TX)
Nacogdoches County (TX)
Nacogdoches County Hospital District (TX)
Nacogdoches ESD #1 (TX)
Nacogdoches ESD #2 (TX)
Nacogdoches ESD #3 (TX)
Nacogdoches ESD #4 (TX)
Nacogdoches Independent School District
    (TX)
Nacogdoches, City of (TX)
NASA Management District (TX)
Nash, City of (TX)
Nassau Bay, City of (TX)
Natalia, City of (TX)
Navarro College District (TX)
Navarro County (TX)
Navarro ESD #1 (TX)
Navarro, Town of (TX)
Navasota, City of (TX)
NCT College (TX)
NE TX Community Jr. College (TX)
Nebraska, State of
Neches Independent School District (TX)
Nederland, City of (TX)
Needville, City of (TX)
Nevada, City of (TX)
New Braunfels, City of (TX)
New Castle Independent School District
    (TX)
New Chapel Hill, City of (TX)

New Fairview, City of (TX)
New Hope, Town of (TX)
New London, City of (TX)
New Summerfield Independent School
    District (TX)
New Summerfield, City of (TX)
New York State Department of Taxation &
    Finance
Newark, City of (TX)
Newcastle, City of (TX)
Neylandville, Town of (TX)
Nixon, City of (TX)
Nocona, City of (TX)
Nolan County (TX)
Nolan County Hospital District (TX)
Nolanville, City of (TX)
Noonday, City of (TX)
Nordheim, City of (TX)
Normangee Independent School District
    (TX)
Normangee, Town of (TX)
North Central Texas College (TX)
North Hopkins Independent School District
    (TX)
North Lamar Independent School District
    (TX)
North Richland Hills Crime Control District
    (TX)
North Richland Hills, City of (TX)
North Runnels Hospital District (TX)
Northeast Leon County ESD #4 (TX)
Northeast Texas Community College (TX)
Northeast Texas Community Jr. College
    (TX)
Northlake, Town of (TX)
Northwest Dallas County FCD (TX)
Northwest Independent School District (TX)
Northwest Leon County ESD #3 (TX)
Nueces County (TX)
Nueces Hospital District (TX)
Oak Leaf, Town of (TX)
Oak Point Municipal Development District
    (TX)
Oak Point, City of (TX)
Oak Ridge North, City of (TX)
Oak Ridge, Town of (TX)

Oak Valley, Town of (TX)
Oakwood Independent School District (TX)
Oakwood, Town of (TX)
O'Brien, City of (TX)
Odem, City of (TX)
Odessa Jr. College District (TX)
Odessa, City of (TX)
O'Donnell Independent School District (TX)
O'Donnell, Town of (TX)
Oglesby Independent School District (TX)
Oglesby, City of (TX)
Old River-Winfree, City of (TX)
Old Town Spring Improvement District
    (TX)
Olmos Park, City of (TX)
Olney Hospital District (TX)
Olney Independent School District (TX)
Olney, City of (TX)
Onalaska, City of (TX)
Orange County (TX)
Orange Grove, City of (TX)
Orange, City of (TX)
Orchard, City of (TX)
Oregon Department of Revenue
Otero County (CO)
Overton Independent School District (TX)
Overton Municipal Development District
    (TX)
Overton, City of (TX)
Ovilla Municipal Development District (TX)
Ovilla, City of (TX)
Oyster Creek, City of (TX)
Paducah, Town of (TX)
Paint Creek Independent School District
    (TX)
Paint Rock, Town of (TX)
Palacios, City of (TX)
Palestine Independent School District (TX)
Palestine, City of (TX)
Palm Valley, City of (TX)
Palmer Independent School District (TX)
Palmer, Town of (TX)
Palmhurst Crime Control District (TX)
Palmhurst, City of (TX)
Palmview Crime Control District (TX)
Palmview, City of (TX)

Palo Pinto County (TX)
Palo Pinto County Emergency District (TX)
Palo Pinto Hospital District (TX)
Palo Pinto Independent School District (TX)
Pampa, City of (TX)
Panola CGWCD (TX)
Panola County (TX)
Panola County Junior College District (TX)
Panola ESD #1 (TX)
Pantego, Town of (TX)
Panther Creek CIndependent School District
    (TX)
Paradise Independent School District (TX)
Paradise, City of (TX)
Paris Independent School District (TX)
Paris Jr. College (TX)
Paris, City of (TX)
Parker County (TX)
Parker County ESD #1 (TX)
Parker County ESD #3 (TX)
Parker County ESD #6 (TX)
Parker County ESD #7 (TX)
Parker County Hospital District (TX)
Parker, City of (TX)
Pasadena Crime Control District (TX)
Pasadena, City of (TX)
Pattison, City of (TX)
Payne Springs, Town of (TX)
Pearland, City of (TX)
Pearsall, City of (TX)
Peaster Independent School District (TX)
Pecan Gap, City of (TX)
Pecan Hill, City of (TX)
Pecos - Barstow - Toyah Independent
    School District (TX)
Pecos County (TX)
Pecos, City of (TX)
Pecos-Barstow-Toyah Independent School
    District (TX)
Pelican Bay, City of (TX)
Penelope Independent School District (TX)
Penelope, Town of (TX)
Penitas Crime Control District (TX)
Penitas, City of (TX)
Pennsylvania Department of Revenue
Permian Basin UWCD (TX)

Perrin-Whitt Independent School District
    (TX)
Perryton, City of (TX)
Petrolia Independent School District (TX)
Petrolia, City of (TX)
Petronila, City of (TX)
Pflugerville Independent School District
    (TX)
Pflugerville, City of (TX)
Pharr, City of (TX)
Pilot Point Independent School District (TX)
Pilot Point, City of (TX)
Pinehurst, City of (TX)
Piney Point Village, City of (TX)
Pittsburg Independent School District (TX)
Pittsburg, City of (TX)
Plainview, City of (TX)
Plano Independent School District (TX)
Plano, City of (TX)
Pleak, Village of (TX)
Pleasant Valley, Town of (TX)
Pleasanton, City of (TX)
Point Comfort, City of (TX)
Point, City of (TX)
Polk County (TX)
Ponder Independent School District (TX)
Ponder, Town of (TX)
Poolville Independent School District (TX)
Port Aransas, City of (TX)
Port Arthur, City of (TX)
Port Isabel, City of (TX)
Port Lavaca, City of (TX)
Port Neches, City of (TX)
Port of Houston Authority (TX)
Portland, City of (TX)
Post Oak Bend City, Town of (TX)
Post, City of (TX)
Poteet, City of (TX)
Pottsboro Independent School District (TX)
Pottsboro, Town of (TX)
Poynor, Town of (TX)
Prairie View Crime Control & Prevention
    District (TX)
Prairie View, City of (TX)
Prairiland Independent School District (TX)
Premont, City of (TX)

Presidio, City of (TX)
Primera, Town of (TX)
Princeton Independent School District (TX)
Princeton, City of (TX)
Progreso Lakes, City of (TX)
Progreso, City of (TX)
Prosper Independent School District (TX)
Prosper, Town of (TX)
Prowers County (CO)
Pueblo County (CO)
Putnam, Town of (TX)
Pyote, Town of (TX)
Quanah, City of (TX)
Quinlan Independent School District (TX)
Quinlan, City of (TX)
Quintana, Town of (TX)
Quitaque, City of (TX)
Quitman, City of (TX)
Rains County (TX)
Rains County Fire District (TX)
Rains Independent School District (TX)
Rancho Viejo, Town of (TX)
Ranger Independent School District (TX)
Ranger Jr. College District (TX)
Ranger, City of (TX)
Rankin Hospital District (TX)
Rankin Independent School District (TX)
Rankin, City of (TX)
Ravenna, City of (TX)
Raymondville, City of (TX)
Reagan County (TX)
Reagan County Hospital District (TX)
Reagan Independent School District (TX)
Real County (TX)
Red Oak Independent School District (TX)
Red Oak, City of (TX)
Red River County (TX)
Reeves County (TX)
Reeves County Hospital District (TX)
Reeves County WID #2 (TX)
Refugio, Town of (TX)
Regan County WSD (TX)
Reklaw, City of (TX)
Reno Crime Control District (TX)
Reno, City of (TX)
Reno, City of (TX) (Lamar Country)

Reno, City of (TX) (Parker County)
Reno, City of (TX) (Tarrant County)
Rhome, City of (TX)
Rice Hospital District (TX)
Rice Independent School District (TX)
Rice, City of (TX)
Richardson Independent School District (TX)
Richardson, City of (TX)
Richland Hills Crime Control District (TX)
Richland Hills, City of (TX)
Richland, Town of (TX)
Richmond, City of (TX)
Richwood Crime Control & Prevention District (TX)
Richwood, City of (TX)
Riesel Independent School District (TX)
Riesel, City of (TX)
Rio Bravo, City of (TX)
Rio Grande City, City of (TX)
Rio Hondo Municipal Development District (TX)
Rio Hondo, City of (TX)
Rio Vista Independent School District (TX)
Rio Vista, City of (TX)
Rising Star Independent School District (TX)
Rising Star, Town of (TX)
River Oaks Crime Control District (TX)
River Oaks, City of (TX)
Rivercrest Independent School District (TX)
Roanoke, City of (TX)
Roaring Springs, Town of (TX)
Robert Lee, City of (TX)
Robertson County (TX)
Robertson County RFD (TX)
Robinson Independent School District (TX)
Robinson, City of (TX)
Robstown, City of (TX)
Roby Independent School District (TX)
Roby, City of (TX)
Rochester, Town of (TX)
Rockdale Independent School District (TX)
Rockdale Municipal Development District (TX)
Rockdale, City of (TX)

Rockport, City of (TX)
Rocksprings, Town of (TX)
Rockwall County (TX)
Rockwall County Asst District (TX)
Rockwall Independent School District (TX)
Rockwall, City of (TX)
Rogers Independent School District (TX)
Rogers, Town of (TX)
Rolling Plains WD (TX)
Rollingwood, City of (TX)
Roma, City of (TX)
Roscoe Independent School District (TX)
Roscoe, City of (TX)
Rosebud, City of (TX)
Rosebud-Lott Independent School District
    (TX)
Rosenberg, City of (TX)
Rosser, Village of (TX)
Rotan, City of (TX)
Round Rock Independent School District
    (TX)
Round Rock, City of (TX)
Rowlett, City of (TX)
Roxton Independent School District (TX)
Roxton, City of (TX)
Royse City Independent School District
    (TX)
Royse City, City of (TX)
Rule, Town of (TX)
Runaway Bay, City of (TX)
Runge, Town of (TX)
Runnels County (TX)
Rural Fire District #01 (TX)
Rusk County (TX)
Rusk County ESD #1 (TX)
Rusk County GWC District (TX)
Rusk Independent School District (TX)
Rusk, City of (TX)
Sabinal, City of (TX)
Sabine County (TX)
Sachse, City of (TX)
Sadler, City of (TX)
Saginaw Crime Control (TX)
Saginaw, City of (TX)
Saint Jo, City of (TX)
Saint Paul, Town of (TX)

Salado Independent School District (TX)
Salado Library District (TX)
Salado, Village of (TX)
Salder-Southmayd Independent School
    District (TX)
Saltillo Independent School District (TX)
Sam Rayburn Independent School District
    (TX)
San Angelo Independent School District
    (TX)
San Angelo, City of (TX)
San Antonio Advanced Transportation
    District (TX)
San Antonio Metropolitan Transit Authority
    (TX)
San Antonio, City of (TX)
San Benito, City of (TX)
San Diego Municipal Development District
    (TX)
San Diego, City of (TX)
San Felipe, City of (TX)
San Jacinto County (TX)
San Jacinto Jr. College (TX)
San Juan, City of (TX)
San Marcos, City of (TX)
San Saba County (TX)
San Saba, Town of (TX)
Sanctuary, Town of (TX)
Sands Independent School District (TX)
Sanger Independent School District (TX)
Sanger, City of (TX)
Sansom Park Crime Control District (TX)
Sansom Park, City of (TX)
Santa Anna Independent School District
    (TX)
Santa Anna, Town of (TX)
Santa Clara, City of (TX)
Santa Fe, City of (TX)
Santa Rita UWCD (TX)
Santa Rosa, Town of (TX)
Santo Independent School District (TX)
Savoy Independent School District (TX)
Savoy, City of (TX)
Schertz, City of (TX)
Schleicher County (TX)
Schleicher County Health Services (TX)

School Equalization (TX)
Scurry County (TX)
Scurry County Hospital District (TX)
Scurry, Town of (TX)
Scurry-Rosser Independent School District
  (TX)
Seabrook Crime Control (TX)
Seabrook, City of (TX)
Seadrift, City of (TX)
Seagoville, City of (TX)
Sealy, City of (TX)
Seguin, City of (TX)
Seis Lagos MUD (TX)
Selma Municipal Development (TX)
Selma, City of (TX)
Seminole Independent School District (TX)
Seminole Memorial Hospital District (TX)
Seminole, City of (TX)
Seven Points, City of (TX)
Seymour Independent School District (TX)
Seymour, City of (TX)
Shackelford County (TX)
Shackelford County Hospital District (TX)
Shady Shores, Town of (TX)
Shavano Park Crime Control (TX)
Shavano Park, City of (TX)
Sherman Independent School District (TX)
Sherman, City of (TX)
Shoreacres, City of (TX)
Simonton, City of (TX)
Sinton, City of (TX)
Sivells Bend Independent School District
  (TX)
Slidell Independent School District (TX)
Slocum Independent School District (TX)
Smiley, City of (TX)
Smith County (TX)
Smith County ESD #1 (TX)
Smith County ESD #2 (TX)
Smith County MUD #1 (TX)
Smithville, City of (TX)
Snyder Independent School District (TX)
Snyder, City of (TX)
Somervell County (TX)
Somervell County Water District (TX)
Sonora, City of (TX)

South Carolina Department of Revenue
South Houston Crime Control District (TX)
South Houston, City of (TX)
South Limestone Hospital District (TX)
South Padre Island, Town of (TX)
South Plains Water District (TX)
Southeast Leon County ESD #1 (TX)
Southlake Crime Control (TX)
Southlake, City of (TX)
Southmayd, City of (TX)
Southside Place, City of (TX)
Southwest Leon County ESD #2 (TX)
Spectrum Management District (TX)
Spring Valley Village, City of (TX)
Springtown Independent School District
  (TX)
Springtown, City of (TX)
Spur, City of (TX)
Stafford, City of (TX)
Stagecoach, Town of (TX)
Stamford Hospital District (TX)
Stamford Independent School District (TX)
Stamford, City of (TX)
Stanton Independent School District (TX)
Stanton, City of (TX)
Starr Independent School District (TX)
Stephens County (TX)
Stephenville Independent School District
  (TX)
Stephenville, City of (TX)
Sterling City Independent School District
  (TX)
Sterling City, City of (TX)
Sterling County (TX)
Sterling UWCD (TX)
Strawn Independent School District (TX)
Strawn, City of (TX)
Streetman, Town of (TX)
Sugar Land, City of (TX)
Sullivan City Crime Control District (TX)
Sullivan City, City of (TX)
Sulphur Bluff Independent School District
  (TX)
Sulphur Springs Independent School District
  (TX)
Sulphur Springs, City (TX)

Sulphur Springs, City of (TX)
Sunnyvale Independent School District (TX)
Sunnyvale, Town of (TX)
Sunset, City of (TX)
Surfside Beach, City of (TX)
Sweeny, City of (TX)
Sweetwater Independent School District (TX)
Sweetwater, City of (TX)
Swisher County (TX)
Taft, City of (TX)
Tahoka, City of (TX)
Talco, City of (TX)
Tarrant County (TX)
Tarrant County Hospital District (TX)
Tarrant County Jr. College (TX)
Tarrant County Regional Water District #1 (TX)
Tatum Independent School District (TX)
Tatum, City of  (TX)
Tatum, City of (TX)
Taylor County (TX)
Taylor Independent School District (TX)
Taylor Lake Village, City of (TX)
Taylor, City of (TX)
Teague Hospital District (TX)
Teague Independent School District (TX)
Teague, City of (TX)
Tehuacana WCID #1 (TX)
Tehuacana, Town of (TX)
Temple Health & Bioscience EDD (TX)
Temple Independent School District (TX)
Temple Junior College District (TX)
Temple, City of (TX)
Terrell County (TX)
Terrell Hills, City of (TX)
Terrell Independent School District (TX)
Terrell, City of (TX)
Terry County (TX)
Terry Hospital District (TX)
Texarkana, City of (TX)
Texas City, City of (TX)
Texas Comptroller's Office, State of
Thompsons, Town of (TX)
Thorndale Independent School District (TX)
Thorndale, City of (TX)

Thornton, Town of (TX)
Thorntonville, Town of (TX)
Thrall Independent School District (TX)
Thrall, City of (TX)
Three Rivers, City of (TX)
Three Way Independent School District (TX)
Throckmorton County (TX)
Throckmorton Independent School District (TX)
Throckmorton, Town of (TX)
Tiki Island, Village of (TX)
Timpson Public Library (TX)
Tioga, Town of (TX)
Titus County (TX)
Toco, City of (TX)
Tolar Independent School District (TX)
Tolar, City of (TX)
Tom Bean Independent School District (TX)
Tom Bean, City of (TX)
Tom County (TX)
Tom Green County (TX)
Tomball, City of (TX)
Tool, City of (TX)
Toyah, Town of (TX)
Travis County (TX)
Travis County ESD #02 (TX)
Travis County ESD #12 (TX)
Travis County ESD 11 (TX)
Travis County ESD 2 (TX)
Travis County ESD 3 (TX)
Travis County ESD 4 (TX)
Travis County ESD 5 (TX)
Travis County ESD 8 (TX)
Travis County Hospital District (TX)
Trent Independent School District (TX)
Trent, Town of (TX)
Trenton Independent School District (TX)
Trenton, City of (TX)
Tri-County Groundwater Conservation District (TX)
Trinidad Independent School District (TX)
Trinidad, City of (TX)
Trinity County (TX)
Trinity Valley Community College - Frankston (TX)

Trinity Valley Community College - Henderson (TX)
Trinity Valley Community College - Kaufman (TX)
Trinity Valley Community College - La Poynor (TX)
Trinity Valley Community College - Palestine (TX)
Trinity Valley Community College (TX)
Trophy Club ESD (TX)
Trophy Club MUD #1 (TX)
Trophy Club, Town of (TX)
Troup Independent School District (TX)
Troup, City of (TX)
Troy Independent School District (TX)
Troy, City of (TX)
Tulia, City of (TX)
Turkey, City of (TX)
Tuscola, City of (TX)
Tye, City of (TX)
Tyler County (TX)
Tyler Independent School District (TX)
Tyler Jr. College District (TX)
Tyler Junior College District (TX)
Tyler, City of (TX)
Union Valley, City of (TX)
Universal City, City of (TX)
University Park, City of (TX)
Upper Brushy Creek WCID #1A (TX)
Upshur County (TX)
Upton County (TX)
Upton County FD #1 - Rankin (TX)
Upton County FD #2 - McCamey (TX)
Upton County Water District (TX)
Uptown Standard PID (TX)
Uvalde County (TX)
Uvalde County Health Services (TX)
Uvalde, City of (TX)
Val Verde County (TX)
Valley Creek WCD (TX)
Valley Mills, City of (TX)
Valley View Independent School District (TX)
Valley View, Town of (TX)
Valwood Improvement Authority (TX)

Van Alstyne Independent School District (TX)
Van Alstyne, City of (TX)
Van Horn, Town of (TX)
Van Independent School District (TX)
Van Zandt County (TX)
Van, City of (TX)
Venus Independent School District (TX)
Venus, Town of (TX)
Vernon Independent School District (TX)
Vernon Regional Jr. College District (TX)
Vernon, City of (TX)
Vickery Meadows Standard PID (TX)
Victoria County (TX)
Victoria, City of (TX)
Vidor, City of (TX)
Virginia Department of Taxation
VZC ESD #1 (Mabank) (TX)
VZC ESD #2 (Grand Saline) (TX)
Waco Independent School District (TX)
Waco, City of (TX)
Walker County (TX)
Wall Independent School District (TX)
Waller County (TX)
Waller, City of (TX)
Waller-Harris ESD #200 (TX)
Wallis, City of (TX)
Walnut Springs Independent School District (TX)
Walnut Springs, City of (TX)
Ward County (TX)
Ward County WD #2 (TX)
Washington County (CO)
Washington County (TX)
Waskom, City of (TX)
Waste Disposal District (TX)
Watauga Crime Control District (TX)
Watauga, City of (TX)
Water Valley Independent School District (TX)
Waxahachie Independent School District (TX)
Waxahachie, City of (TX)
Weatherford Independent School District (TX)
Weatherford Jr. College District (TX)

Weatherford, City of (TX)
Webb County (TX)
Webster, City of (TX)
Weinert, City of (TX)
Weir, City of (TX)
Weld County (CO)
Wellington, City of (TX)
Wells Branch Library District (TX)
Wells Independent School District (TX)
Wells, Town of (TX)
Wes Tex Groundwater (TX)
Weslaco, City of (TX)
West Columbia, City of (TX)
West Independent School District (TX)
West Lake Hills, City of (TX)
West PID (TX)
West Rusk Independent School District (TX)
West Tawakoni, City of (TX)
West University Place, City of (TX)
West, City of (TX)
Westbank Library District (TX)
Westbrook Independent School District (TX)
Westbrook, City of (TX)
Western Texas College District (TX)
Westlake, Town of (TX)
Westover Hills, Town of (TX)
Westwood Independent School District (TX)
Westwood Magnolia Parkway Improvement District (TX)
Westworth Village Crime Control District (TX)
Westworth Village, City of (TX)
Wharton County (TX)
Wharton, City of (TX)
White Oak, City of (TX)
White Settlement Crime Control District (TX)
White Settlement Independent School District (TX)
White Settlement, City of (TX)
Whitehouse Independent School District (TX)
Whitehouse, City of (TX)

Whitesboro Independent School District (TX)
Whitesboro, City of (TX)
Whitewright Independent School District (TX)
Whitewright, Town of (TX)
Whitney Independent School District (TX)
Whitney, Town of (TX)
Wichita County (TX)
Wichita County WID #2 (TX)
Wichita Falls Independent School District (TX)
Wichita Falls, City of (TX)
Wickett, Town of (TX)
Wilbarger County (TX)
Wilbarger General Hospital District (TX)
Williamson County (TX)
Williamson County ESD #10 (TX)
Williamson County ESD #3 (TX)
Williamson County ESD #5 (TX)
Williamson County ESD #7 (TX)
Williamson County ESD #8 (TX)
Williamson County ESD #9 (TX)
Williamson County MUD #10 (TX)
Williamson County MUD #11 (TX)
Willow Park, City of (TX)
Wills Point Independent School District (TX)
Wills Point, City of (TX)
Wilmer, City of (TX)
Wimberley Village Library (TX)
Windcrest Crime Control & Prevention District (TX)
Windcrest, City of (TX)
Windom, Town of (TX)
Windthorst Independent School District (TX)
Winfield Independent School District (TX)
Winfield, City of (TX)
Wink, City of (TX)
Winkler County (TX)
Winkler County Health Services (TX)
Wink-Loving Independent School District (TX)
Winnie Stowell Hospital District (TX)
Winona Independent School District (TX)

Winters Independent School District (TX)
Winters, City of (TX)
Wise County (TX)
Wise County ESD #1 (TX)
Wise County WCID #1 (TX)
Wise County WSD #2 (TX)
Wolfe City Independent School District
    (TX)
Wolfe City, City of (TX)
Wood County (TX)
Woodcreek, City of (TX)
Wooden Independent School District (TX)
Woodlands Township EDZ, The (TX)
Woodlands Township, The (TX)
Woodsboro, Town of (TX)
Woodson Independent School District (TX)
Woodson, Town of (TX)

Woodville, Town of (TX)
Woodway, City of (TX)
Wortham Independent School District (TX)
Wortham, Town of (TX)
Wylie Independent School District (TX)
Wylie, City of (TX)
Wyoming, State of
Yantis Independent School District (TX)
Yantis, Town of (TX)
Yoakum, City of (TX)
Yorktown, City of (TX)
Young County (TX)
Yuma County (CO)
Zavalla Independent School District (TX)
Zavalla, City of (TX)
Zephyr Independent School District (TX)

# SCHEDULE 1(y)

## Top 50 Unsecured Creditors

ADA Carbon Solutions (Red River
    Environmental Products)
AEP Texas North Co.
Alcoa
Ameco Inc.
American Stock Transfer & Trust Co. LLC
Asher Media Inc.
Automatic Systems Inc.
Bank of New York Mellon Trust Co., The
Benchmark Industrial Services
BNSF Railway Co.
Brake Supply Co. Inc.
Capgemini North America Inc.
Centerpoint Energy Houston
Courtney Construction Inc.
Crane Nuclear Inc.
Data Systems & Solutions LLC
    (Rolls Royce)
FLSmidth Airtech Inc.
Fluor Global Services
Frisco Construction Services
Generator & Motor Services Inc.
Grainger
HCL America Inc.
Headwaters Resources Inc.
Holt Cat

Hydrocarbon Exchange Corp.
J&S Construction LLC
Kansas City Southern Railway (KCS)
Law Debenture Trust Co. of New York
Lower Colorado River Authority
Merico Abatement Contractors Inc.
Mine Service Ltd.
Northeast Texas Power Ltd.
Pension Benefit Guaranty Corp.
Performance Contracting Inc.
Pierce Construction Inc.
Ranger Excavating LP
Ryan Partnership (formerly SolutionSet)
Securitas Security Services USA
Shaw Maintenance (CB&I)
Siemens Power Generation Inc.
Sitel LLC
Taggart Global LLC
Team Excavating
Texas-New Mexico Power Co.
TPUSA
Transactel Inc.
Trent Wind Farm LP
UMB Bank NA
Warfab
Westinghouse Electric Co. LLC

# SCHEDULE 1(z)

## **<u>Unions</u>**

International Brotherhood Of Electrical Workers Local No. 2078
International Brotherhood Of Electrical Workers Local No. 220
International Brotherhood Of Electrical Workers Local No. 2337

# SCHEDULE 1(aa)

## United States Trustee, Judges, and Court Contacts for the District of Delaware (and Key Staff Members)

Attix, Lauren
Bello, Rachel
Bird, David D.
Buchbinder, David
Capp, Laurie
Carey, Kevin J.
DeAngelis, Roberta A.
Dortch, Shakima L.
Farrell, Catherine
Fox, Timothy J., Jr.
Gadson, Danielle
Giordano, Diane
Green, Christine
Gross, Kevin
Grottini, Donna
Hackman, Benjamin
Haney, Laura
Heck, Jeffrey
Hunt, Nancy
Johnson, Lora
Kenney, Mark
Leamy, Jane
Marvel, Ivone
Murray, Tony
O'Malley, James R.
Panacio, Michael
Patton, Tiiara
Sarkessian, Juliet
Scaruzzi, Sherry
Schepacarter, Richard
Shannon, Brendan L.
Sontchi, Christopher S.
Szymanski, Cheryl
Tinker, T. Patrick
Vinson, Ramona
Walker, Jill
Walrath, Mary F.
Walsh, Peter J.
Werkheiser, Rachel
West, Michael
Wynn, Dion

# SCHEDULE 1(bb)

## Unsecured Creditors' Committee Members and Proposed Advisors

ADA Carbon Solutions (Red Rver)
The Bank of New York Mellon
FTI Consulting
HCL America, Inc.
Holt Texas LTD, d/b/a Holt Cat
Law Debenture Trust Company of New York
Lazard
Morrison & Foerster LLP
Pension Benefit Guaranty Corporation
Polsinelli PC

# SCHEDULE 1(cc)

## Utilities

1stel Inc.
Abilene Regional Landfill
Abovenet Communications Inc.
AEP Texas Central Co.
AEP Texas North Co.
Allied Waste Services #058
Allied Waste Services #069
Allied Waste Services #794
American Messaging
Aqua Water Supply Corp.
AT&T Inc.
AT&T Internet Services Inc.
AT&T Mobility
AT&T Mobility LLC
AT&T Opus
AT&T Opus Billing Department
Atmos Energy
BCS Stop & Go
Bi-County Water Supply Corp.
Bi-County Water Supply Inc.
Bluebonnet Electric Coop Inc.
Bowie-Cass Electric Cooperative
Bullard Inc.
Bullard Inc.
Cactus Environmental Services
Cellular One
Centerpoint Energy Inc.
CenturyLink
Clean Harbors
Colorado River Municipal Water District
Commercial Metals Co.
Consolidated Communications
Coppell, City of (TX)
Crims Chapel Water Supply Corp.
Dallas Water Utilities (TX)
Direct Energy Business
Dish Network
Duncan Disposal
Eastex Telephone
Effective Environmental
Eola Water Supply Corp.
ERCOT

Fairfield, City of (TX)
Fairplay Water Supply Corp.
FCC Environmental LLC
Fort Worth Water Department (TX)
Garland, City of (TX)
Glen Rose Water Department, City of (TX)
Glen Rose, City of (TX)
GLM Inc.
Glowpoint Inc.
Graham Water Department, City of (TX)
Granbury Municipal Utilities, City of (TX)
H&H Water Supply Corp.
Inter-County Communications Inc.
Irving, City of (TX)
Itasca Landfill
Level 3 Communications LLC
Lower Colorado River Authority
Lubbock Electric Co. Inc.
Mesquite, City of (TX)
Mexia Landfill
Mid East Texas Groundwater Conservation
Midstate Environmental Services
Midstate Environmental United
Mitchell County Utility (TX)
Mitchell County Utility Co.
Monahans, City of (TX)
Navarro County Electric Coop Inc.
Navasota Valley Electric
New Prospect Water Supply Corp.
Nueces Electric Cooperative
Pinehill Landfill
Pleasant Oaks Landfill TX LP
Port-A-Jon
Progress Energy
Progressive Waste Solutions
Progressive Water Treatment
Republic Services National
Robertson County Water (TX)
Robertson County Water Supply Corp.
Rock Hill Water Supply Corp.
Rusk County Electric Cooperative Inc.
Savoy, City of (TX)

Set Environmental Inc.
Sharyland Utilities LP
Somervell County Water District (TX)
Southwest Fannin County (TX)
Southwest Fannin County Water
    Supply Corp.
Southwestern Bell Telephone
Southwestern Electric Power Co.
Sprint
Starboard Environmental Audit
    Services Inc.
Stryker Lake WSC
SuddenLink
Sulphur Springs Water Department,
    City of (TX)
Sulphur Springs, City of (TX)
Sunnyvale, Town of (TX)
Sweetwater Water Department, City of (TX)
Sweetwater, City of (TX)
Texas Disposal Services
Texas-New Mexico Power Co.

Time Warner Cable
TRI Special Utility District
Tri-County Electric Coop Inc.
Tri-County Electric Cooperative Inc.
Trinidad Water Department, City of (TX)
Trinidad, City of (TX)
United Recycler Services Inc.
United Recyclers Services of Texas LP
Universal Recycling Technologies
Universal Vacuum Services
Upshur Rural Electric Co-Op
Verizon Business
Verizon Southwest
Verizon Wireless
Waste Management
Waste Management Lewisville Hauling
Windstream Communications
Windstream Communications
Wood County Electric
Wood County Electric Cooperative Inc.