# EXHIBIT D

# Malek Declaration

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered) |

### DECLARATION OF KENNETH J. MALEK IN SUPPORT OF THE APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ENERGY FUTURE HOLDINGS CORPORATION, ENERGY FUTURE INTERMEDIATE HOLDING COMPANY, LLC, EFIH FINANCE, INC., AND EECI, INC. FOR AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF ALIXPARTNERS, LLP AS RESTRUCTURING ADVISOR TO THE COMMITTEE *NUNC PRO TUNC* TO NOVEMBER 20, 2014

I, Kenneth J. Malek, make this Declaration pursuant to 28 U.S.C. § 1746, and state:

1. I have been retained by AlixPartners, LLP ("**AlixPartners**") as an independent contractor pursuant to an agreement dated December 14, 2014, effective commencing on November 20, 2014 (the "**Malek Agreement**") to provide consulting services to AlixPartners in the area of corporate taxation in relation to AlixPartners' engagement by the official committee of unsecured creditors of Energy Future Holdings Corp. (the "**EFH Committee**") for restructuring advisory services in the above-captioned chapter 11 cases. Except as otherwise noted, I have personal knowledge of the matters set forth herein. This declaration is

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

SC1:3765143.2

submitted in support of the application (the "**Application**")[2] of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. (collectively, the "**EFH Debtors**") for the entry of an order authorizing the EFH Committee to retain and employ AlixPartners as its restructuring advisor in connection with the chapter 11 cases of Energy Future Holdings Corporation and its affiliated debtors and debtors in possession (collectively, the "**Debtors**"), effective *nunc pro tunc* to November 20, 2014, pursuant to sections 328(a) and 1103(a) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "**Bankruptcy Code**"), rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and rule 2014-1 of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**").

## QUALIFICATIONS & SERVICES TO BE RENDERED

2.  Since the early 1980s, I have provided tax shield, tax shield valuation, and tax structure advice for a number of significant chapter 11 proceedings, restructuring and acquisitive transactions involving material net operating losses, built-in losses and/or built-in tax gains. Clients to which I have provided these services include Allis Chalmers (Retiree Committee), Continental Airlines, Delta Petroleum, Doskocil (Bank Lenders), ExpressJet Airlines, Funding Systems Railcars, Macy's, Newfield Resources (acquisition of TXCO), Northwest Airlines, and P.A. Bergner, among others. I have obtained precedent-setting private letter rulings and legislative transition rules to facilitate certain of these transactions. I have also served as an expert witness for the U.S. Department of Justice on tax shield matters in certain wrongful takings cases. In connection with these services, my expert testimony on tax shield and transaction tax structuring matters has been admitted in the U.S. Court of Federal Claims and in

---

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to such terms in the Application.

the U.S. Bankruptcy Courts for the Northern District of Illinois and Eastern District of Michigan. Earlier in my career, for seven years I was a restructuring tax partner at Ernst & Young LLP, where I was listed as a national subject-matter expert in certain restructuring tax matters, and prior to that held a similar position at BDO Seidman LLP.

3. I will assist AlixPartners in providing restructuring advisory services to the EFH Committee, particularly in the area of corporate taxation, including the provision of expert testimony, if so required, and any other reasonable tasks associated with AlixPartners' role as restructuring advisor in these chapter 11 cases, as contemplated by the engagement letter between AlixPartners and the EFH Committee.

4. It is my understanding that the results of such work will be used by AlixPartners in AlixPartners' provision of its services to the EFH Committee.

## **PROFESSIONAL COMPENSATION**

5. In consideration of the services that I will provide to AlixPartners, pursuant to the Malek Agreement, AlixPartners will compensate me for my independent contractor consulting services performed at the rate of $495 per billable hour.

6. I will forward monthly invoices to AlixPartners and I will maintain records in support of any fees (in 1/10th of an hour increments), costs, and expenses incurred in connection with services rendered in the chapter 11 cases. Records will be arranged by category and nature of the services rendered, and will include reasonably detailed descriptions of those services provided.

7. The Malek Agreement was negotiated at arm's length and in good faith, and I believe that the fee structure described above is both reasonable and consistent with the market for the services I will provide to AlixPartners pursuant to this engagement.

3

8. In light of the foregoing, and given the numerous issues that it may be required to address in the performance of my services, I believe that the Fee Structure is fair, reasonable, and market-based under the standards set forth in Bankruptcy Code section 330.

## DISINTERESTEDNESS

9. In connection with the proposed retention of AlixPartners by the EFH Committee in these chapter 11 cases, and in my capacity as an independent contractor hired by AlixPartners to assist with its role as restructuring advisor in these chapter 11 cases, I undertook a review to determine whether I have any conflicts or other connections that might cause me not to be disinterested or to hold or represent an interest adverse to the EFH Committee, the Debtors, or their estates. Specifically, through AlixPartners, I obtained from the Debtors, and/or their representatives, the names of individuals and entities that may be parties-in-interest in these chapter 11 cases (the "**Potential Parties-in-Interest**"). AlixPartners provided me with a copy of the Potential Parties-in-Interest list, which is attached to the Holtz Declaration as Schedule 1.

10. Based on that review, I represent that, to the best of my knowledge, I know of no fact or situation that would represent a conflict of interest with regard to my engagement as a professional in these chapter 11 cases. As a result of my review, I wish to disclose the following connections, all of which pertain to matters unrelated to the Debtors or these chapter 11 cases:

- Active client relationships: ABM, Experian, Equity Group Investments / Zell Credit Opportunities Funds, Franklin Advisors, United States of America / U.S. Department of Justice

- Former partnership relationships (no continuing financial interest) or Managing Director position (no continuing financial interest): Ernst & Young (pre-1997), Grant Thornton (2006-2008), Navigant Consulting (1999-2006)

- Completed client relationships (2005-2013): AIG, Barclays Capital, CNA Insurance, Elliott Associates, Ford Motor Company / Ford Motor Credit, Goldman Sachs / J. Aron, Great Western Insurance, JP Morgan Chase, Matlin-

4

SC1:3765143.2

Patterson, Oaktree Capital, Sankaty Advisors, U.S. Department of Energy, U.S. Postal Service

- Current personal depository or investment relationships: Fidelity, ING, Pacific Life, RBC / Royal Bank of Canada, US Bank

- Professional service firms who have retained me during one or more of the years 2000 through 2013: (no current active engagements): Dentons, Drinker Biddle, Haynes Boone, Jones Day, Kirkland & Ellis, McDermott Will & Emery, PricewaterhouseCoopers, Quarles & Brady, Reed Smith, Sidley Austin, Vinson & Elkins

11. I have been in the past, and likely will be in the future, engaged in matters unrelated to the Debtors or these chapter 11 cases in which I work with or in opposition to other professionals involved in these chapter 11 cases. Moreover, I might have referred work to other professionals who are retained in these chapter 11 cases. Likewise, certain such professionals who are retained in these chapter 11 cases might have referred work to me. To the best of my knowledge, information and belief, insofar as I have been able to ascertain after reasonable inquiry, none of these business relationships constitute interests adverse to the EFH Committee or the Debtors or their estates.

12. To the best of my knowledge, information and belief, insofar as I have been able to ascertain after reasonable inquiry, except as otherwise disclosed herein, I do not have any connection with the Debtors, their creditors or any other Potential Parties-in-Interest in these chapter 11 cases and I am not related or connected to any United States Bankruptcy Judge for the District of Delaware, any of the District Judges for the District of Delaware who handle bankruptcy cases, the U.S. Trustee or any employee in the Office of the U.S. Trustee.

13. I do not hold any of the Debtors' securities.

14. I have not been retained to assist any entity or person other than AlixPartners and the EFH Committee on matters relating to, or in direct connection with, these chapter 11 cases.

5

15. Despite the efforts described above to identify and disclose the connections that I have with the parties-in-interest in these chapter 11 cases, because the Debtors are a large enterprise with numerous creditors and other relationships, I am unable to state with certainty that every client relationship or other connection has been disclosed.

16. In accordance with Bankruptcy Code section 504 and Bankruptcy Rule 2016, except as specifically identified in this Declaration, and other than the Malek Agreement, I have not entered into any agreements, express or implied, with any other party in interest, including the Debtors, any creditor, or any attorney for such party in interest in these chapter 11 cases, (a) for the purpose of sharing or fixing fees or other compensation to be paid to any such party in interest or its attorneys for services rendered in connection therewith, (b) for payment of such compensation from the assets of the estates in excess of the compensation allowed by this Court pursuant to the applicable provisions of the Bankruptcy Code, or (c) for payment of compensation in connection with these chapter 11 cases other than in accordance with the applicable provisions of the Bankruptcy Code.

17. Based solely on the conflicts procedures conducted to date and described herein, to the best of my knowledge and insofar as I have been able to ascertain, (a) I am a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, (b) I do not represent any person or entity having an interest adverse to the EFH Committee in connection with these chapter 11 cases, (c) I do not hold or represent an interest adverse to the interests of the Debtors' estates with respect to matters on which AlixPartners is employed and (d) I have no connection to the Debtors, their creditors or any other party in interest except as disclosed herein.

18. If I discover additional information that requires disclosure, I will promptly file a supplemental disclosure with this Court as required by Bankruptcy Rule 2014.

19. I reserve the right to supplement this Declaration in the event that AlixPartners discovers any facts bearing on matters described in this Declaration regarding AlixPartners' employment by the EFH Committee.

20. I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: December 14, 2014

AS INDEPENDENT CONTRACTOR OF
ALIXPARTNERS, LLP

By: _____
Name: Kenneth J. Malek
Title: Independent Contractor