IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |
|  | ) **Re: D.I. 659, 2531** |

### SECOND SUPPLEMENTAL AFFIDAVIT AND DISCLOSURE OF DANIEL J. DEFRANCESCHI ON BEHALF OF RICHARDS, LAYTON & FINGER, P.A.

STATE OF DELAWARE      :
                       :  SS.
COUNTY OF NEW CASTLE   :

DANIEL J. DEFRANCESCHI, being first duly sworn to oath, deposes and says:

1. I am an attorney admitted to practice in the State of Delaware and before this Court, and I am a director of the firm of Richards, Layton & Finger, P.A. ("RL&F"). RL&F is a Delaware law firm with offices at One Rodney Square, 920 North King Street, Wilmington, Delaware 19801.

2. On April 29, 2014, each of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, §§ 101-1532, with this Court. On May 29, 2014, the Debtors filed the *Application of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing the Debtors to Retain and Employ Richards, Layton & Finger, P.A. as Co-Counsel Effective Nunc Pro Tunc to the Petition Date* [D.I. 659] (the "Application") with this Court seeking entry of an

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

order authorizing the employment of RL&F as their co-counsel in the Debtors' jointly-administered chapter 11 cases. In support of the Application, the Debtors filed an affidavit executed by me on behalf of RL&F (see D.I. 659; Ex. B; the "Original Affidavit") in accordance with, *inter alia*, Rules 2014(a) and 2016(b) of the Federal Rules of Bankruptcy Procedure and Rule 2014-1(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware.

3. On October 24, 2014, this Court entered its *Order Authorizing the Debtors to Retain and Employ Richards, Layton & Finger, P.A. as Co-Counsel Effective Nunc Pro Tunc to the Petition Date* [D.I. 2539] (the "Retention Order"). Pursuant to the Retention Order, this Court granted the Application on the terms set forth therein, and approved the retention and employment of RL&F as the Debtors' co-counsel in their jointly-administered chapter 11 cases.

4. I hereby submit this second supplemental affidavit (this "Second Supplemental Affidavit") to supplement the disclosures to the Court concerning RL&F's engagement by the Debtors in (i) the Original Affidavit and (ii) the *Supplemental Affidavit and Disclosure of Daniel J. DeFranceschi on Behalf of Richards, Layton & Finger, P.A.*, filed on October 23, 2014 [D.I. 2531].

5. As I disclosed in the Second Supplemental Affidavit, RL&F's billing rates are subject to annual and customary firm-wide adjustments in the ordinary course of RL&F's business. See Second Supplemental Affidavit at ¶ 10(f). Therefore, as required by paragraph 12 of the Retention Order, I am submitting this Second Supplemental Affidavit to provide the requisite notice in connection with RL&F's proposed increases in the rates set forth in the Application, the Original Affidavit and/or the Second Supplemental Affidavit.

RLF1 11292350v.1

6. In the ordinary course of RL&F's business and in keeping with RL&F's established billing practices and procedures, RL&F's standard billing rates will be adjusted firm-wide on January 1, 2015. Specifically, RL&F's standard billing rates that will take effect on January 1, 2015 for lawyers and paraprofessionals who may work on matters related to the Debtors' chapter 11 cases shall range as follows:

| Billing Category | Range |
| --- | --- |
| Directors | $485-$900 |
| Counsel | $470-$525 |
| Associates | $260-$490 |
| Paraprofessionals | $175-$250 |

*[Remainder of page intentionally left blank.]*

Dated:        December 22, 2014
                  Wilmington, Delaware

                                                    Daniel J. DeFranceschi (No. 2732)

SWORN TO AND SUBSCRIBED before me this 22nd day of December 2014.

_____
Notary Public

My Commission Expires: 2/26/15