IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**SUPPLEMENTAL DECLARATION OF JEFF J. MARWIL IN SUPPORT OF DEBTOR ENERGY FUTURE HOLDINGS CORP.'S APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF PROSKAUER ROSE LLP AS COUNSEL FOR DEBTOR AND DEBTOR IN POSSESSION ENERGY FUTUREHOLDINGS CORP. EFFECTIVE *NUNC PRO TUNC* TO NOVEMBER 19, 2014**

I, Jeff J. Marwil, being duly sworn, state the following under penalty of perjury:

1. I am a partner in the firm of Proskauer Rose LLP ("Proskauer"), which maintains an office for the practice of law at 70 West Madison Street, Suite 3800, Chicago, Illinois 60602. I am an attorney duly licensed in, and am a member in good standing of, the Bar for the State of Illinois and am admitted to practice in the United States District Court for the Northern District of Illinois.

2. I submit this supplemental declaration (this "Supplemental Declaration") in further support of *Debtor Energy Future Holdings Corp.'s Application for Entry of an Order Authorizing the Retention and Employment of Proskauer Rose LLP as Counsel for Debtor and Debtor in Possession Energy Future Holdings Corp. Effective* Nunc Pro Tunc *to November 19,*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

*2014* [D.I. 3037] (the "Application").² Except as otherwise noted, I have personal knowledge of the matters set forth herein.

## Background

3. On December 16, 2014, debtor Energy Future Holdings Corp. ("EFH Corp.") filed the Application. In support of the Application, EFH Corp. filed, as Exhibit C to the Application, the *Declaration of Jeff J. Marwil in Support of Debtor Energy Future Holdings Corp.'s Application for Entry of an Order Authorizing the Retention and Employment of Proskauer Rose LLP as Counsel for Debtor and Debtor in Possession Energy Future Holdings Corp. Effective* Nunc Pro Tunc *to November 19, 2014* [Docket No. 3037, Exhibit C] (the "Original Declaration").

4. I stated in the Original Declaration that, to the extent Proskauer discovered any additional information or needed to update the information disclosed in the Original Declaration, Proskauer would disclose such information by filing a supplemental declaration. This Supplemental Declaration makes an additional disclosure.

5. Prior to and after the Petition Date, but prior to Proskauer being engaged by EFH, Proskauer attorneys counseled an advisor to certain KKR funds and accounts that were holders of debt issued by debtor Texas Competitive Electric Holdings Company LLC and an advisor to a retirement fund that was a holder of debt issued by debtor EFH. Those services, in total, involved less than 25 hours and ended in May 2014, prior to Proskauer being retained by EFH. Proskauer does not, and will not, represent that advisor or those holders in connection with any of the Debtors' chapter 11 cases. I do not believe that Proskauer's involvement discussed above creates a conflict, but I disclose the connection out of an abundance of caution.

---

² Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

6. Based on the conflicts searches conducted to date and described in the Original Declaration and this Supplemental Declaration, to the best of my knowledge and insofar as I have been able to ascertain, (a) Proskauer is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code, and does not hold or represent an interest adverse to EFH Corp.'s estate and (b) Proskauer has no connection to EFH Corp., its creditors or other parties in interest, except as may be disclosed in the Original Declaration and this Supplemental Declaration.

7. Proskauer will continue to review its files periodically during the pendency of EFH's chapter 11 case to ensure that no conflicts or other disqualifying circumstances exist or arise. If any new relevant facts or relationships are discovered or arise, Proskauer will use its reasonable efforts to identify any such further developments and will file additional supplemental declarations as required by Bankruptcy Rule 2014(a) and as stated in the Original Declaration and this Supplemental Declaration.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  December 22, 2014               */s/ Jeff J. Marwil*
                                         _____
                                         Name:  Jeff J. Marwil
                                         Title:   Partner, Proskauer Rose LLP