**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| **ENERGY FUTURE HOLDINGS CORP.** *et al.[1]*, | : | Case No. 14-10979 (CSS) |
|  | : | (Jointly Administered) |
| Debtors. | : | Re: D.I. 2657, 2671, 2733, 2789 |

## NOTICE OF HEARING ON UNCONTESTED FEE APPLICATIONS

PLEASE TAKE NOTICE that this Court has scheduled a hearing regarding uncontested fee applications (the "Fee Applications") on December 29, 2014 beginning at 10:00 a.m. before the Honorable Christopher S. Sontchi, Courtroom 6, 5th Floor, U.S. Bankruptcy Court, 824 North Market Street, Wilmington, DE 19801.

PLEASE TAKE FURTHER NOTICE that the following Fee Applications are subject to this Notice:

1) First Interim Fee Application of Gibson, Dunn & Crutcher LLP, Special Counsel to the Debtors and Debtors-in-Possession, for the Period from April 29, 2014 Through August 31, 2014 [D.I. 2657 filed 10/30/2014];

2) First Interim Application of Morrison & Foerster LLP as Counsel for the Official Committee of Unsecured Creditors for Compensation and Reimbursement of Expenses incurred for the Period May 12, 2014 Through August 31, 2014 [D.I. 2671 filed 10/31/2014];

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these Chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

3) Interim Fee Application of Filsinger Energy Partners, Energy Consultants for the Debtors and Debtors-in-Possession for the Period from April 29, 2014 Through and Including August 31, 2014 [D.I. 2733 filed 11/10/2014]; and

4) First Interim Application of Thompson & Knight, LLP, Special Tax Counsel for the Debtors and Debtors-in-Possession, for the Period from April 29, 2014 Through August 31, 2014 [D.I. 2789 filed 11/17/2014].

Dated:    December 23, 2014.

**PHILLIPS, GOLDMAN & SPENCE, P.A.**

*/s/ Stephen W. Spence*
Stephen W. Spence, Esquire (#2033)
1200 N. Broom Street
Wilmington, DE  19806
(302) 655-4200
sws@pgslaw.com

-and-

**GODFREY & KAHN, S.C.**
Katherine Stadler, Esquire (*admitted pro hac vice*)
One East Main Street, Suite 500
Madison, Wisconsin 53703
(608) 257-3911
kstadler@gklaw.com

12704314.1