UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 14-10979 (CSS)<br>)<br>) (Jointly Administered)<br>)<br>) Re: Docket Nos. 321, 762, 764, 765, 800, 801, 802, 860,<br>  1309, 1465, 1819, 1832, 1957, 2015, 2017, 2066, 2564 |

**CERTIFICATION OF COUNSEL CONCERNING STIPULATION AND AGREED ORDER REGARDING DISCOVERY PROCEDURES IN CONNECTION WITH LEGACY DISCOVERY AND OTHER ADMINISTRATIVE MATTERS**

The undersigned hereby certifies as follows:

1. On April 29, 2014 (the "**Petition Date**"), the Debtors each filed a voluntary petition with the United States Bankruptcy Court for the District of Delaware (the "**Court**") under chapter 11 of title 11 of the United States Code.

2. Since the Petition Date, the Court has entered numerous orders in these chapter 11 cases, including the *Order Establishing Discovery Procedures in Connection with Legacy Discovery of Energy Future Holdings Corporation, its Affiliates, and Certain Third Parties and Other Related Matters* [D.I. 1832] (the "**Legacy Discovery Order**"), entered on August 13, 2014.

3. On October 27, 2014, the U.S. Trustee appointed the official committee of unsecured creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. (the "**EFH Committee**") [D. I. 2570].

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

4. Since the appointment of the EFH Committee, the Debtors and the EFH Committee have agreed to provide the EFH Committee with the same rights, powers and reservations, *mutatis mutandis*, as those granted to the official committee of unsecured creditors of Energy Future Competitive Holdings Company LLC, Texas Competitive Electric Holdings Company LLC and their direct and indirect subsidiaries, and EFH Corporate Services Company.

5. The Debtors and the EFH Committee have prepared a form of stipulation and agreed order (the "**Agreed Order**") to reflect this agreement. A copy of the Agreed Order is attached hereto as Exhibit A.

WHEREFORE, the EFH Committee respectfully requests that the Court enter the Agreed Order, substantially in the form attached hereto as Exhibit A, at its earliest convenience.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| Dated: Wilmington, Delaware<br>December 23, 2014 | **MONTGOMERY McCRACKEN WALKER & RHOADS, LLP**<br><br>*s/ Davis Lee Wright*<br>Natalie D. Ramsey, Esquire (DE Bar No. 5378)<br>Davis Lee Wright, Esquire (DE Bar No. 4324)<br>Mark A. Fink, Esquire (DE Bar No. 3946)<br>1105 North Market Street, 15th Floor<br>Wilmington, DE  19801<br>Telephone: (302) 504-7800<br>Facsimile: (302) 504 -7820<br>E-mail:    nramsey@mmwr.com<br>              dwright@mmwr.com<br>              mfink@mmwr.com<br><br>– and –<br><br>**SULLIVAN & CROMWELL LLP**<br><br>Andrew G. Dietderich (admitted *pro hac vice*)<br>Brian D. Glueckstein (admitted *pro hac vice*)<br>Michael H. Torkin (admitted *pro hac vice*)<br>Alexa J. Kranzley (admitted *pro hac vice*)<br>125 Broad Street<br>New York, New York  10004<br>Telephone:    (212) 558-4000<br>Facsimile:     (212) 558-3588<br>*Proposed Counsel for The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc.* |