# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

**EXPENSE SUMMARY**
**NOVEMBER 1, 2014 THROUGH NOVEMBER 30, 2014**

| Expenses Category | Total Expenses |
|---|---|
| **Total:** | **N/A** |

**TOTAL EXPENSES**                                                                                       **N/A**