## EXHIBIT A

**Statement of Fees and Expenses By Subject Matter**

**COMPENSATION BY SUBJECT MATTER[1]**
**NOVEMBER 1, 2014 THROUGH NOVEMBER 30, 2014**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 3 | Martin Plant Clean Air Act Citizen Suit | 0.30 | $141.00 |
| 4 | General Environmental Matters | 20.60 | $5,747.00 |
| 7 | EPA NSR Litigation | 56.80 | $21,176.00 |
| 8 | EGU MACT | 8.30 | $3,866.50 |
| 9 | Texas PM2.5 Interstate Transport Rule | 4.10 | $1,915.00 |
| 10 | Supplemental §114 Response | 7.20 | $2,254.50 |
| 11 | EPA Regional Haze Rulemaking | 54.80 | $16,222.00 |
| 12 | Big Brown CAA Citizen Suit | 2.90 | $1,159.00 |
| 16 | Big Brown Citizen Suit Appeal | 2.40 | $977.50 |
| 18 | EPA Affirmative Defense Litigation | 38.20 | $11,518.50 |
| 19 | EPA GHG Rules | 273.70 | $93,663.00 |
| 20 | We Energies Plant Service Agreement | 4.40 | $2,002.00 |
| 21 | Bankruptcy Application and Retention | 36.70 | $7,287.00 |
| **Totals:** | | **510.40** | **$167,929.00** |

---

[1] The work performed and expenses incurred by Balch during the compensation period were entirely on behalf of Texas Competitive Electric Holdings Company, LLC and its debtor subsidiaries.

**EXPENSE SUMMARY**
**NOVEMBER 1, 2014 THROUGH NOVEMBER 30, 2014**

| Expense Category | Amount |
|---|---|
| Telephone Charges | $17.90 |
| Standard Copies or Prints | $8.40 |
| Deliveries | $12.11 |
| Travel Expense – Lodging | $413.78 |
| Airfare | $1,196.80 |
| Transportation to/from airport | $50.00 |
| Travel Meals | $28.50 |
| Other Travel Expenses | $53.00 |
| Business Meals | $50.65 |
| Consultants | $3,975.00 |
| **Total Expenses:** | **$5,806.14** |