## **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The Balch attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| David R. Burkholder | Partner | 2003 | Litigation | $375.00 | 2.20 | $825.00 |
| Thomas L. Casey III | Partner | 2003 | Environmental | $350.00 | 80.10 | $28,035.00 |
| P. Stephen Gidiere | Partner | 1996 | Environmental | $470.00 | 151.60 | $71,252.00 |
| C. Grady Moore | Partner | 1992 | Environmental | $475.00 | 11.00 | $5,225.00 |
| Stephen C. Still | Partner | 1994 | Energy | $455.00 | 4.40 | $2,002.00 |
| W. Clark Watson | Partner | 1981 | Bankruptcy | $500.00 | 0.20 | $100.00 |
| Julia Barber | Associate | 2014 | Environmental | $230.00 | 78.40 | $18,032.00 |
| Ellen Burgin | Associate | 2014 | Environmental | $230.00 | 17.60 | $4,048.00 |
| Gretchen M. Frizzell | Associate | 2010 | Environmental | $255.00 | 29.80 | $7,599.00 |
| Jonathan Grayson | Associate | 2005 | Bankruptcy | $255.00 | 3.20 | $816.00 |
| David W. Mitchell | Associate | 2009 | Environmental | $260.00 | 52.00 | $13,520.00 |
| Patrick Runge | Associate | 2008 | Environmental | $250.00 | 13.70 | $3,425.00 |
| Irving Jones, Jr. | Staff Attorney | 2014 | Environmental | $215.00 | 14.40 | $3,096.00 |
| M. Talmadge Simpson | Staff Attorney | 2011 | Environmental | $230.00 | 12.60 | $2,898.00 |
| | | | | | 471.20 | $160,873.00 |

The paraprofessionals of Balch who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Amy Benschoter | Paralegal | 6 years | Environmental | $180.00 | 39.20 | $7,056.00 |
| | | | | | 39.20 | $7,056.00 |

**Total Fees Requested**   **$167,929.00**