## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

## EXPENSE SUMMARY
## NOVEMBER 1, 2014 THROUGH NOVEMBER 30, 2014

| Expense Category | Amount |
|---|---|
| Telephone Charges | $17.90 |
| Standard Copies or Prints | $8.40 |
| Deliveries | $12.11 |
| Travel Expense – Lodging | $413.78 |
| Airfare | $1,196.80 |
| Transportation to/from airport | $50.00 |
| Travel Meals | $28.50 |
| Other Travel Expenses | $53.00 |
| Business Meals | $50.65 |
| Consultants | $3,975.00 |
| **Total Expenses:** | **$5,806.14** |