# **EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

**DETAILED EXPENSE SUMMARY**
**NOVEMBER 1, 2014 THROUGH NOVEMBER 30, 2014**

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 568054 | 007 | 2014.10.15 | P. Stephen Gidiere | Airfare | | | $364.10 | Travel to Dallas, TX from Birmingham, AL – P. Stephen Gidiere |
| 568054 | 007 | 2014.10.15 | P. Stephen Gidiere | Airfare | | | $18.00 | Airline Service Fee – P. Stephen Gidiere |
| 568054 | 007 | 2014.10.15 | C. Grady Moore | Airfare | | | $364.10 | Travel to Dallas, TX from Birmingham, AL – C. Grady Moore |
| 568054 | 007 | 2014.10.15 | C. Grady Moore | Travel Expense – Lodging | | | $413.78 | Lodging in Dallas, TX – C. Grady Moore |
| 568054 | 007 | 2014.10.15 | C. Grady Moore | Travel Meals | | | $20.41 | Dinner – C. Grady Moore |
| 568054 | 007 | 2014.10.15 | C. Grady Moore | Transportation to/from airport | | | $25.00 | Cab fare from airport to client's office – C. Grady Moore |
| 568054 | 007 | 2014.10.17 | C. Grady Moore | Travel Meals | | | $8.09 | Lunch – C. Grady Moore |
| 568054 | 007 | 2014.10.17 | C. Grady Moore | Transportation to/from airport | | | $25.00 | Cab fare from client's office to airport – C. Grady Moore |
| 568054 | 007 | 2014.10.17 | C. Grady Moore | Airfare | | | $450.60 | Return Travel from Dallas, TX to Birmingham, AL – C. Grady Moore |
| 568054 | 007 | 2014.10.17 | C. Grady Moore | Other Travel Expenses | | | $53.00 | Parking at Airport – C. Grady Moore |
| 568054 | 007 | 2014.11.05 | P. Stephen Gidiere | Telephone Charges | | | $1.10 | Long Distance to Dallas, TX |
| 568054 | 007 | 2014.11.13 | P. Stephen Gidiere | Deliveries | | | $12.11 | Fed-Ex Shipment |
| 568054 | 007 | 2014.11.14 | P. Stephen Gidiere | Telephone Charges | | | $1.80 | Long Distance to Dallas, TX |
| 568054 | 007 | 2014.11.25 | C. Grady Moore | Telephone Charges | | | $1.10 | Long Distance to Grand Prairie, TX |
| 568054 | 007 | 2014.11.25 | C. Grady Moore | Telephone Charges | | | $1.20 | Long Distance to Grand Prairie, TX |
| 568060 | 016 | 2014.11.14 | P. Stephen Gidiere | Telephone Charges | | | $0.30 | Long Distance to Dallas, TX |
| 568060 | 016 | 2014.11.14 | P. Stephen Gidiere | Telephone Charges | | | $1.00 | Long Distance to Dallas, TX |
| 568061 | 018 | 2014.10.27 | P. Stephen Gidiere | Telephone Charges | | | $1.80 | Long Distance to Dallas, TX |
| 568061 | 018 | 2014.10.27 | P. Stephen Gidiere | Telephone Charges | | | $0.20 | Long Distance to Dallas, TX |
| 568061 | 018 | 2014.10.29 | P. Stephen Gidiere | Telephone Charges | | | $2.30 | Long Distance to Dallas, TX |
| 568061 | 018 | 2014.11.06 | P. Stephen Gidiere | Telephone Charges | | | $0.30 | Long Distance to Dallas, TX |
| 568062 | 019 | 2014.10.31 | P. Stephen Gidiere | Telephone Charges | | | $2.00 | Long Distance to Dallas, TX |
| 568062 | 019 | 2014.10.31 | P. Stephen Gidiere | Telephone Charges | | | $0.70 | Long Distance to Dallas, TX |
| 568062 | 019 | 2014.11.10 | P. Stephen Gidiere | Telephone Charges | | | $1.10 | Long Distance to Dallas, TX |

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 568062 | 019 | 2014.11.14 | P. Stephen Gidiere | Telephone Charges | | | $0.70 | Long Distance to Dallas, TX |
| 568062 | 019 | 2014.11.17 | P. Stephen Gidiere | Telephone Charges | | | $0.20 | Long Distance to Dallas, TX |
| 568062 | 019 | 2014.11.19 | P. Stephen Gidiere | Telephone Charges | | | $0.60 | Long Distance to Dallas, TX |
| 568062 | 019 | 2014.11.20 | P. Stephen Gidiere | Business Meals | | | $50.65 | Working Lunch with client team. |
| 568062 | 019 | 2014.11.21 | P. Stephen Gidiere | Telephone Charges | | | $0.20 | Long Distance to Cleveland, OH |
| 568062 | 019 | 2014.11.21 | P. Stephen Gidiere | Telephone Charges | | | $0.20 | Long Distance to Grand Prairie, TX |
| 568062 | 019 | 2014.11.21 | P. Stephen Gidiere | Telephone Charges | | | $1.10 | Long Distance to Grand Prairie, TX |
| 568062 | 019 | 2014.11.30 | P. Stephen Gidiere | Consultants | | | $3,975.00 | Professional Services related to Luminant's Response to Proposed EPA Regulations |
| 568064 | 021 | 2014.11.07 | Amy Benschoter | In-house Copying | $0.10 | 84 | $8.40 | Standard Copies |
| | | **Total Expenses:** | | | | | **$5,806.14** | |