**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) ) ) | (Jointly Administered) Hearing Date: January 13, 2015 at 9:30 a.m. Objection Deadline: January 6, 2015 at 4:00 p.m. |

**NOTICE OF "MOTION OF ENERGY FUTURE HOLDINGS**
**CORP., *ET AL.*, FOR ENTRY OF AN ORDER APPROVING THE CLAIMS**
**SETTLEMENT AGREEMENT BETWEEN LUMINANT GENERATION COMPANY**
**LLC AND ADA CARBON SOLUTIONS (RED RIVER) LLC"**
**AND HEARING THEREON**

PLEASE TAKE NOTICE that, on December 23, 2014, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the attached **Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Approving the Claims Settlement Agreement Between Luminant Generation Company LLC and ADA Carbon Solutions (Red River) LLC** (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion must be in writing, filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned co-counsel for the Debtors on or before **January 6, 2015 at 4:00 p.m. (Eastern Standard Time).**

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

2

PLEASE TAKE FURTHER NOTICE that if an objection is timely filed, served and received and such objection is not otherwise timely resolved, a hearing to consider such objection and the Motion will be held before The Honorable Christopher S. Sontchi at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **January 13, 2015 at 9:30 a.m. (Eastern Standard Time).**

IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

[*Remainder of page intentionally left blank.*]

| | |
|---|---|
| Dated: December 23, 2014<br>Wilmington, Delaware | */s/ William A. Romanowicz*<br>**RICHARDS, LAYTON & FINGER, P.A.**<br>Mark D. Collins (No. 2981)<br>Daniel J. DeFranceschi (No. 2732)<br>Jason M. Madron (No. 4431)<br>William A. Romanowicz (No. 5794)<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone:     (302) 651-7700<br>Facsimile:      (302) 651-7701<br>Email:            collins@rlf.com<br>                      defranceschi@rlf.com<br>                      madron@rlf.com<br>                      romanowicz@rlf.com<br><br>-and-<br><br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Edward O. Sassower, P.C. (admitted *pro hac vice*)<br>Stephen E. Hessler (admitted *pro hac vice*)<br>Brian E. Schartz (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, New York 10022-4611<br>Telephone:     (212) 446-4800<br>Facsimile:      (212) 446-4900<br>Email:            edward.sassower@kirkland.com<br>                      stephen.hessler@kirkland.com<br>                      brian.schartz@kirkland.com<br><br>-and-<br><br>James H.M. Sprayregen, P.C. (admitted *pro hac vice*)<br>Marc Kieselstein, P.C. (admitted *pro hac vice*)<br>Chad J. Husnick (admitted *pro hac vice*)<br>Steven N. Serajeddini (admitted *pro hac vice*)<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone:     (312) 862-2000<br>Facsimile:      (312) 862-2200<br>Email:            james.sprayregen@kirkland.com<br>                      marc.kieselstein@kirkland.com<br>                      chad.husnick@kirkland.com<br>                      steven.serajeddini@kirkland.com<br><br>Co-Counsel to the Debtors and Debtors in Possession |