December 22,2014

The United States Bankruptcy Court

824 Market Street (3rd Floor)

Wilmington, Delaware 19801

FILED

2014 DEC 24  AM 11: 43

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Ref: Energy Future Holdings Cop., et al, 1 Dedtor

Chapter 11,  Case No. 14-10979 (CSS),  Claim Number 1697, Claim amount $ 49,600.00

We confirm receipt of notice of and strongly object,   we have suffered a loss of $ 49,600.00 based on the actions of Energy Future Holdings Corp.   We have attached complete claims/losses as per attached (Proof of Claims).

If we are required to make additional requirements please let us know.

HFS Consulting LLC

11607 Spring Cypress Rd Ste. D

Tomball, Texas 77377-8916

Robert Gutierrez

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

FILED

DEC 24   AM 11: 43

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., et al.,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF DEBTORS' FOURTH OMNIBUS (SUBSTANTIVE) OBJECTION TO
(CERTAIN SUBSTANTIVE DUPLICATE AND NO LIABILITY) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

TO:   HFS CONSULTING LLC
       11607 SPRING CYPRESS RD STE D
       TOMBALL, TX 77377-8916

**Basis for Objection**: Exhibit 3 - Non-EFH Claims. No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor.

| | Claim Number | Claim Amount |
|---|---|---|
| **Claim(s) to be Expunged:** | 1697 | $49,600.00 |

On December 12, 2014 the above-captioned debtors and debtors in possession (the "Debtors") filed the **Debtors' Fourth Omnibus (Substantive) Objection to (Certain Substantive Duplicate and No Liability) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1** (the "Objection")[2] a copy of which is attached hereto.

By the Objection, the Debtors seek to disallow the claim(s) listed as "Claim(s) to be Expunged" for the reason stated above and as further described in the Objection. Once disallowed, the "Claims to be Expunged" will be removed from the Claims Register.

Responses to the Objection, if any, must be in writing and filed on or before **December 31, 2014 at 4:00 PM (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of any such response upon the undersigned counsel to the Debtors listed so that the response is **actually received** on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **JANUARY 13, 2015 AT 9:30 AM (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]    Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Objection.

If you have questions about the Objection, please call 877-276-7311, free of charge.

Wilmington, Delaware
Dated:  December 12,  2014

*/s/ Jason M. Madron*
RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Facsimile:      (302) 651-7701
Email:           collins@rlf.com
                       defranceschi@rlf.com
                       madron@rlf.com

-and-

KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900
Email:           edward.sassower@kirkland.com
                       stephen.hessler@kirkland.com
                       brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email:           james.sprayregen@kirkland.com
                       marc.kieselstein@kirkland.com
                       chad.husnick@kirkland.com
                       steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE
Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
Grand Central Station, P.O. Box 4613
New York, NY 10163-4613

# PROOF OF CLAIM

### COURT USE ONLY

| Name of Debtor: | Case Number: |
|---|---|
| | 14-10979 |

**NOTE:** Do not use this form to make a claim for an administrative expense that arises **after** the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.

Name and address where notices should be sent:

BAR(23) MAIL ID *** 000086810143 ***
EFH POC INA 05-21-2014 (CREDMTXA,CREDNUM) 1003561583
HFS CONSULTING LLC
11607 SPRING CYPRESS RD STE D
TOMBALL, TX 77377-8916

Telephone number: 281 290 4700    Email: RGutierrez@ RLINTL BIZ

❑ Check this box if this claim amends a previously filed claim.

**Court Claim Number:**

_(If known)_ _____

Filed on: _____

❑ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

Name and address where payment should be sent (if different from above):

Telephone number: _____ Email: Same

COURT USE ONLY

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

❑ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

❑ Wages, salaries or commissions (up to $12,475), earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507(a)(4).

❑ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

❑ Up to $2,775 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).

❑ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

❑ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**Amount entitled to priority:**

$ _____

**1. Amount of Claim as of Date Case Filed:** $ 49,600.00

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
If all or part of the claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete item 6.
❑ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest charges.

**2. Basis for Claim:** Damage Real Estate Ground Act
(See instruction #2)

**3. Last four digits of any number by which creditor identifies debtor:** 5810
**3a.** Debtor may have scheduled account as: CUSTOMER NO. 22462164
(See instruction #3a)

**4. Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff:
☑ Real Estate    ❑ Motor Vehicle    ❑ Other
**Describe:** _____
**Value of Property:** $ Attached
**Annual Interest Rate** ___ % ❑ Fixed or ❑ Variable
(when case was filed)

**Amount of arrearage and other charges, as of time case was filed, included in secured claim, if any:**

$ _____

Basis for perfection: _____

Amount of Secured Claim: $ _____

Amount Unsecured: $ 49600.00

**6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):** $ _____ (See instruction #6)

**7. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

**8. Documents:** Attach **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. _(See instruction #8 and definition of "redacted".)_
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**9. Signature:** (See instruction #9) Check the appropriate box:
☑ I am the creditor.  ❑ I am the creditor's authorized agent.  ❑ I am the trustee, or the debtor, or their  ❑ I am a guarantor, surety, indorser, or other codebtor.
(Attached a copy of power of attorney, if any.)   authorized agent. (See Bankruptcy Rule 3004.)   (See Bankruptcy Rule 3005.)
I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Robert Gutierrez
Title: _____
Company: _____

(Signature)

(Date)

Address, telephone number, and email (if different from notice address above):
_____ Same
Telephone number: _____
Email: _____

_Penalty for presenting fraudulent claim:_ Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# DECLARATION OF LOSSES

Please complete the attached Declaration of Losses Form identifying specific property damage, any expenses incurred to effect repairs of the damage, and any loss of income you may have incurred as a result of the damage to the property. Please attach any supporting documentation relating to the property, the damages to the property, cost of repairs, lost rental/lease income, etc. (ex. lease applications and lease agreements, itemized list of damages, repair estimates/invoices, and/or receipts for monies disbursed to effect repairs.)

Please understand that the information provided will be presented to the court. However, submission of this documentation does not guarantee reimbursement for your losses. Restitution in this case is **NOT** mandatory. Whether restitution may be ordered in this case will depend largely upon the individual defendant's ability to pay, but first the court must be presented with proof of damages and the actual losses sustained by the homeowner.

### *UNITED STATES v. THU LOAN DINH, et al*
*CASE NO. 4:12CR00578*

Home Owner(s)/Business Name _____

Contact Person: _____ Robert Gutierrez + Chris Schleicher

Current Address: _____ 13810 Dry Creek Ranch Road
_____ Cypress TX 77429

Phone: 713 539 2413    FAX: 713 456-2173

Email Address: _____ Robert @ RGINTL.1812

**Address of Damaged Residential Property:**

Street: _____ 31014 Imperial Path Lane

City/State/Zip Code: _____ Spring TX 77386

Please list/describe the damages/condition of the above residence as a result of the illicit activity conducted there on or about August 21, 2012. (Please provide photographs or other documentation you may have. Use a separate sheet, if necessary.

_____ Sheet Rock / Paint / Electrical / Carpet / Mold

_____ "Documents Attached"

1. Please list your financial losses from this crime. List only those items for which you have not been, or do not expect to be repaid. Please attach receipts or other records if possible. Please deduct any rental deposits you may have received from your loss amount.

_____ Lost Rent 19,600

_____ Repairs 30,000

_____ $49,600.00

2. Do you currently own the property? Was the property vacant for any period of time after the commission of the offense? Did you incur loss revenue as a result of the vacancy? If so, please list the dates of vacancy and the amount of lost revenue. *yes — From 8-28-12 — Sell Date 3-29-13*

*Repair 4 months 7 month x 2800*      *$ 19,600.00*

3. 1. Has the property been sold or is it currently on the market? 2. Was disclosure made regarding the property being used to grow marijuana? Did you incur loss revenue as a result of a sale? If so, please document such with a brief explanation of how you incurred the loss.

*1-yes 2-yes       Sold under market about 20K because disclosure.*

4. Did insurance cover any of the expenses you have incurred as a result of this incident? If yes, please specify the amount and nature of any reimbursement.

*NO  Claim Was Denied by Allstate*

5. Have you or anyone on your behalf initiated a civil action against any party as a result of this offense?

Yes _____          No _____ ✓ _____

If yes, please state the case name, docket number, and court of jurisdiction.

_____

Additional Comments:

_____
_____
_____
_____

I declare under penalty of law that the above information is true and correct to the best of my knowledge:

_____          *10-16-13*
Signature/Title                              Date

Return completed form (and any attachments) no later than October 31, 2013 to:

US Attorney's Office
1000 Louisiana Street, Suite 2300
Houston, Texas 77002
Attn: Kesha Miller



**U.S. Department of Justice**
*United States Attorney's Office*
*Southern District of Texas*

Physical Location:
*1000 Louisiana, Suite 2300*
*Houston, Texas 77002*
*Phone (713) 567-9000    Fax (713) 718-3389*

October 15, 2013

**UNITED STATES v. THU LOAN DINH, et al**
*CASE NO. 4:12CR00578*

Dear Homeowner,

Presently pending before the United States District Court for the Southern District of Texas is the criminal case, *United States of America v. Thu Loan Dinh, et al*, in which 24 of a total of 26 defendants charged have been convicted of conspiring to manufacture, distribute or possess a controlled substance, to wit, marijuana plants from on or about October 2011 through August 2012. A number of residential properties leased in Harris, Montgomery and Fort Bend Counties were used by various members of this group to grow marijuana plants.   On August 21, 2012, federal, state and local law enforcement officers executed search warrants at these residential properties and found active marijuana indoor grow operations. Photographs taken at the time of the searches indicate the interior of these residences had been substantially modified to produce an environment conducive to the optimal growth of the marijuana plants, and to conceal the activity from being discovered by others including law enforcement.

You are receiving this notice because you have been identified as the owner(s) of a residential property which may have sustained damage as a result of the use of the property to cultivate marijuana and incurred financial losses as a result of the illicit activity. Attached to this letter is a Declaration of Losses Form that will need to be completed identifying your losses.   Please understand that in this case restitution for actual losses incurred is not mandatory, thus there is no guarantee restitution will be ordered. However, whether restitution may be ordered depends upon a showing that damages were incurred as a result of the illicit activity.

Upon receipt, the attached form and supporting documentation will be submitted to the court through the United States Probation Office.   **This form must be received by the United States Attorney's Office by October 31, 2013.**

If you have any questions or need further information concerning this letter, please feel free to contact me at (713) 567-9335.

Respectfully,

*Kesha Miller*

Kesha Miller
Victim Witness Coordinator

cc: file

OMB No. 2502-0265



# A. Settlement Statement (HUD-1)

## B. Type of Loan

| | |
|---|---|
| 1. ☐ FHA  2. ☐ RHS  3. ☐ Conv Unins | 6. File Number: 1300327 |
| 4. ☐ VA  5. ☐ Conv Ins.  6. ☐ Seller Fin | 7. Loan Number: 909050243 |
| 7. ☐ Cash Sale. | 8. Mortgage Ins Case Number |

C. Note:  This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name & Address of Borrower | E. Name & Address of Seller | F. Name & Address of Lender |
|---|---|---|
| Lucio Steven Arrambide, Niki Ruth Arrambide 19815 S. Legends Chase, Spring, TX 77386 | BFS Consulting LLC , Cypress, TX 77429 Robert Guiterrez | Weststar Mortgage Corporation 2155 Louisiana Blvd. NE Suite 8000 Albuquerque, NM 87110 |

| G. Property Location | H. Settlement Agent Name | I. Settlement Date |
|---|---|---|
| Lot 10, Block 1, of Enclave at Imperial Oaks, a subdivision in Montgomery County, TX 31014 S. Imperial Path Ln Spring, TX 77386 | Old Republic Title Company of Conroe 1450 Lake Robbins Drive #420 The Woodlands, TX 77380 281-367-4603 Underwritten By: Old Republic | 3/29/2013 Fund: |
| | Place of Settlement Old Republic Title Company of Conroe 1450 Lake Robbins Drive #420 The Woodlands, TX 77380 | |

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| **100. Gross Amount Due from Borrower** | | **400. Gross Amount Due to Seller** | |
| 101. Contract sales price | $337,500.00 | 401. Contract sales price | $337,500.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower | $2,996.55 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| **Adjustments for items paid by seller in advance** | | **Adjustments for items paid by seller in advance** | |
| 106. County property taxes | | 406. County property taxes | |
| 107. Maintenance Dues    03/30/13 thru 03/28/14 | $453.75 | 407. Maintenance Dues    03/30/13 thru 03/28/14 | $453.75 |
| 108. Maintenance Dues - Gated Section    03/30/13 thru 03/28/14 | $241.34 | 408. Maintenance Dues -    03/30/13 thru 03/28/14 Gated Section | $241.34 |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| 115. | | 415. | |
| 116. | | 416. | |
| **120. Gross Amount Due From Borrower** | $341,191.64 | **420. Gross Amount Due to Seller** | $338,195.09 |
| **200. Amounts Paid By Or in Behalf Of Borrower** | | **500. Reductions in Amount Due to Seller** | |
| 201. Deposit or earnest money | $3,000.00 | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | $303,750.00 | 502. Settlement charges to seller (line 1400) | $22,539.96 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. Option Fee | $100.00 | 506. Option Fee | $100.00 |
| 207. | | 507. (EMD $3,000 Disbursed as Proceeds) | |
| 208. Portion of Owner's Policy Paid by Seller | $2,113.00 | 508. Portion of Owner's Policy Paid by Seller | $2,113.00 |
| 209. | | 509. | |
| **Adjustments for items unpaid by seller** | | **Adjustments for items unpaid by seller** | |
| 210. County property taxes    01/01/13 thru 03/29/13 | $2,619.26 | 510. County property taxes    01/01/13 thru 03/29/13 | $2,619.26 |
| 211. Maintenance Dues | | 511. Maintenance Dues | |
| 212. Maintenance Dues - Gated Section | | 512. Maintenance Dues - Gated Section | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid By/For Borrower** | $311,582.26 | **520. Total Reduction Amount Due Seller** | $27,372.22 |
| **300. Cash At Settlement From/To Borrower** | | **600. Cash At Settlement To/From Seller** | |
| 301. Gross Amount due from borrower (line 120) | $341,191.64 | 601. Gross Amount due to seller (line 420) | $338,195.09 |
| 302. Less amounts paid by/for borrower (line 220) | $311,582.26 | 602. Less reductions in amt. due seller (line 520) | $27,372.22 |
| **303. Cash From Borrower** | $29,609.38 | **603. Cash To Seller** | $310,822.87 |

The Public Reporting Burden for this collection of information is estimated at 35 minutes per response for collecting, reviewing, and reporting the data. This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number. No confidentiality is assured; this disclosure is mandatory. This is designed to provide the parties to a RESPA covered transaction with information during the settlement process.

## L. Settlement Charges

| 700. Total Real Estate Broker Fees | | $20,250.00 | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|---|---|
| Division of Commission (line 700) as follows: | | | | | |
| 701. $10,125.00 | to | Keller Williams Realty | | | |
| 702. $10,125.00 | to | Realty Associates | | | |
| 703. Commission Paid at Settlement | | | | $0.00 | $20,250.00 |
| 704. | to | | | | |
| 705. The following persons, firms or corporations received a | to | | | | |
| 706. portion of the real estate commission amt. shown above | | | | | |

| 800. Items Payable in Connection with Loan | | | | | |
|---|---|---|---|---|---|
| 801. Our origination charge | | $0.00 | (from GFE #1) | | |
| 802. Your credit or charge (points) for the specific rate chosen | | $0.00 | (from GFE #2) | | |
| 803. Your adjusted origination charges | to | | (from GFE A) | | |
| 804. Appraisal Fee | to | | (from GFE #3) | | |
| 805. Credit report | to | | (from GFE #3) | | |
| 806. Tax service | to | | (from GFE #3) | | |
| 807. Flood certification | to | | (from GFE #3) | | |

| 900. Items Required by Lender To Be Paid in Advance | | | | | |
|---|---|---|---|---|---|
| 901. Daily interest charges from 3/29/2013 to 4/1/2013  @ $0/day | | | (from GFE #10) | | |
| 902. Mortgage Insurance Premium for  months | to | | (from GFE #3) | | |
| 903. Homeowner's insurance for  years | to | | (from GFE #11) | | |

| 1000. Reserves Deposited With Lender | | | | | |
|---|---|---|---|---|---|
| 1001. Initial Deposit for your escrow account | | | (from GFE #9) | $0.00 | |
| 1002. Homeowner's insurance | | months @ | per month | | |
| 1003. Mortgage insurance | | months @ | per month | | |
| 1004. City property taxes | | months @ | per month | | |
| 1005. County property taxes | | months @ | per month | | |
| 1006. Maintenance Dues - Gated Section | | months @ | per month | | |
| 1007. School property taxes | | months @ | per month | | |
| 1008. MUD taxes | | months @ | per month | | |
| 1009. Other taxes | 0 | months @ | | | |
| 1010. Aggregate Adjustment | 0 | months @ | | | |
| 1011. Aggregate Adjustment | | | | | |

| 1100. Title Charges | | | | | |
|---|---|---|---|---|---|
| 1101. Title services and lender's title insurance | to | Old Republic Title Company of Conroe | (from GFE #4) | $608.55 | |
| 1102. Settlement or closing fee | to | Old Republic Title Company of Conroe | $300.00 | | $300.00 |
| 1103. Owner's title insurance | to | Old Republic Title Company of Conroe | (from GFE #5) | $2,113.00 | |
| 1104. Lender's title insurance | to | Old Republic Title Company of Conroe | $100.00 | | |
| 1105. Lender's title policy limit $ | | $303,750.00/$100.00 | | | |
| 1106. Owner's title policy limit $ | | $337,500.00/$2,111.00 | | | |
| 1107. Agent's portion of the total title insurance premium | to | Old Republic Title Company of Conroe | $2,025.17 | | |
| 1108. Underwriter's portion of the total title insurance premium | to | | $357.38 | | |
| 1109. State of Texas Policy Guaranty Fee | to | Texas Title Insurance Guaranty Association | $2.00 (from GFE #4) | | $0.00 |
| 1110. State of Texas Policy Guaranty Fee | to | Texas Title Insurance Guaranty Association | $2.00 (from GFE #5) | | $0.00 |
| 1111. Messenger Fee | to | Old Republic Title Company of Conroe | $35.00 (from GFE #4) | | $0.00 |
| 1112. Tax Certificate | to | CERTITAX, INC. | (from GFE #4) | | $70.36 |
| 1113. Attorney's Fee | to | TBD | (from GFE #4) | | $125.00 |
| 1114. Tax deletion (MTP & BINDER ONL | to | Old Republic Title Company of Conroe | $20.00 | | |
| 1115. Not yet due/payable (MTP & BIN | to | Old Republic Title Company of Conroe | $5.00 | | |
| 1116. Environmental Protection Lien | to | Old Republic Title Company of Conroe | $25.00 | | |
| 1117. PUD Endorsement | to | Old Republic Title Company of Conroe | $25.00 | | |
| 1118. T19 Res. Endorsement | to | Old Republic Title Company of Conroe | $96.55 | | |

| 1200. Government Recording and Transfer Charges | | | | | |
|---|---|---|---|---|---|
| 1201. Government recording charges | | | (from GFE #7) | $125.00 | |
| 1202. Deed $15.00 ; Mortgage $110.00 ,Release $0.00 | | to Old Republic Title Company of Conroe | | | |
| 1203. Transfer taxes | | | (from GFE #8) | | |
| 1204. City/County tax/stamps | | Deed $0.00 ; Mortgage $0.00 | | | |
| 1205. State tax/stamps | | Deed $0.00 ; Mortgage $0.00 | | | |

| 1300. Additional Settlement Charges | | | | | |
|---|---|---|---|---|---|
| 1301. Required services you can shop for | | | (from GFE #6) | | |
| 1302. Survey (EST) | to | TBD | | | $450.00 |
| 1303. Home Warranty | to | TBD | | | $600.00 |
| 1304. Transfer Fee | to | VAN MOR PROPERTIES | | $150.00 | |
| 1305. 2013 Maintenance Dues | to | IMPERIAL OAKS CIA | | | $502.60 |
| 1306. 2013 Maintenance Dues (Gated Section | to | IMPERIAL OAKS CIA | | | $242.00 |

File No. 1300327

| 1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K) | $2,996.55 | $22,539.96 |
|---|---|---|

POC (B) – Paid Outside of Closing by Borrower.  POC (S) – Paid Outside of Closing by Seller.  POC (L) – Paid Outside of Closing by Lender.

| Comparison of Good Faith Estimate (GFE) and HUD-1 Charges | | |
| --- | --- | --- |
| Charges That Cannot Increase | HUD-1 Line Number | |
| Our origination charge | # 801 | |
| Your credit or charge (points) for the specific rate chosen | # 802 | |
| Your adjusted origination charges | # 803 | |
| Transfer taxes | # 1203 | |

| Good Faith Estimate | HUD-1 |
| --- | --- |
| $0.00 | $0.00 |
| $0.00 | $0.00 |
| $0.00 | $0.00 |
| $0.00 | $0.00 |

| Charges That in Total Cannot Increase More Than 10% | |
| --- | --- |
| Government recording charges | # 1201 |

| Good Faith Estimate | HUD-1 |
| --- | --- |
| $0.00 | $125.00 |

| | |
| --- | --- |
| Total | $125.00 |
| Increase between GFE and HUD-1 Charges | $125.00 or 100% |

| Charges That Can Change | |
| --- | --- |
| Initial deposit for your escrow account | # 1001 |
| Daily interest charges | # 901 $0/day |
| Homeowner's insurance | # 903 |

| Good Faith Estimate | HUD-1 |
| --- | --- |
| $0.00 | $0.00 |
| $0.00 | $0.00 |
| $0.00 | $0.00 |

## Loan Terms

| | |
| --- | --- |
| Your initial loan amount is | $303,750.00 |
| Your loan term is | years |
| Your initial interest rate is | % |
| Your initial monthly amount owed for principal, interest, and any mortgage insurance is | includes<br>☐ Principal<br>☐ Interest<br>☐ Mortgage Insurance |
| Can your interest rate rise? | ☒ No. ☐ Yes, it can rise to a maximum of %. The first change will be on and can change again every after . Every change date, your interest rate can increase or decrease by %. Over the life of the loan, your interest rate is guaranteed to never be lower than % or higher than %. |
| Even if you make payments on time, can your loan balance rise? | ☒ No. ☐ Yes, it can rise to a maximum of |
| Even if you make payments on time, can your monthly amount owed for principal, interest, and mortgage insurance rise? | ☒ No. ☐ Yes, the first increase can be on and the monthly amount owed can rise to The maximum it can ever rise to is |
| Does your loan have a prepayment penalty? | ☒ No. ☐ Yes, your maximum prepayment penalty is |
| Does your loan have a balloon payment? | ☒ No. ☐ Yes, you have a balloon payment of due in years on |
| Total monthly amount owed including escrow account payments | ☒ You do not have a monthly escrow payment for items, such as property taxes and homeowner's insurance. You must pay these items directly yourself.<br>☐ You have an additional monthly escrow payment of that results in a total initial monthly amount owed of . This includes principal, interest, any mortgage insurance and any items checked below:<br><br>☐ Property taxes          ☐ Homeowner's Insurance<br>☐ Flood insurance<br>☐ |

Note: If you have any questions about the Settlement Charges and Loan Terms listed on this form, please contact your lender.

File No. 1300327

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a completed copy of pages 1, 2 and 3 of this HUD-1 Settlement Statement.

**BORROWER(S)/PURCHASER(S)**                    **SELLER(S)**

_____    _____    HFS Consulting LLC

Lucio Steven Arrambide          Niki Ruth Arrambide       By Robert Gutierrez, _____

                                                         _____    _____

                                                         Robert Guiterrez

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused the funds to be disbursed in accordance with this statement.

Settlement Agent: _____    Date _____

                Kathy Mays

WARNING: It is a crime to knowingly make false statements in the United States on this or any other similar form. Penalties upon conviction can include a fine or imprisonment. For Details see: Title 18 U.S. Code Section 1001 and Section 1010.

Previous editions are obsolete

HUD-1
File No. 1300327

# ACCOUNT ACTIVITY STATEMENT



Commercial Account

HOME DEPOT CREDIT SERVICES
PO Box 790340
St. Louis, MO 63179-0340

00029197 BB 2OZ 257 KSTQUKHP BM3 8  KBAVHP

RG SHIPPING INTERNATI
11607 SPRING CYPRESS
TOMBALL, TX  77377-8916

| | |
|---|---|
| Commercial Account: | 6035 3225 0600 2249 |
| Statement Date | 09/13/12 |
| Credit Line | $5,000 |
| Credit Available | $4,058 |

## Account Information
*Please see Payment Page(s) for Amount Due and Invoice Due Date(s)*

| | |
|---|---|
| Account Balance | $941.47 |
| Current Purchases, Returns and Fees | $941.47 |
| Current Payments, Unapplied Payments, and Adjustments | $0.00 |
| Previously Billed Open Items | $0.00 |



What's on your new billing statement?

Everything you need to know about your account is here:
account number, payments, fees, contact information and more.

## CURRENT PURCHASES, RETURNS AND FEES

| Date | Purchase Location/Description | Invoice # | Purchase Order/Job Name | Customer Agreement # | Amount | Due Date |
|---|---|---|---|---|---|---|
| 08/24/12 | THE HOME DEPOT CYPRESS, TX | 3024908 | NA | | $257.23 | 10/01/12 |
| 09/06/12 | THE HOME DEPOT CONROE, TX | 83158 | IMPATH | | $684.24 | 10/01/12 |
| | | | | TOTAL | $941.47 | |

| | | | | |
|---|---|---|---|---|
| Questions About Your Account | ACCT MGR PHONE FAX | HOME DEPOT CREDIT SERVICES 1-800-395-7363 1-877-969-6751 GO TO WWW.MYHOMEDEPOTACCOUNT.COM | Send Billing Inquiries to: HOME DEPOT CREDIT SERVICES PO BOX 790340 ST. LOUIS MO 63179-0340 | Send a SECURE MESSAGE right now to a customer service professional online at myhomedepotaccount.com |

# INVOICE DETAIL



Commercial Account

Remit payment and make checks payable to:
HOME DEPOT CREDIT SERVICES
DEPT. 32 - 2506002249
PO BOX 183176
COLUMBUS, OH 43218-3176

BILL TO:
Acct: 6035 3225 0600 2249
RG SHIPPING INTERNATI

| Amount Due: | Trans Date: | DUE DATE: | Invoice #: |
|---|---|---|---|
| $257.23 | 08/24/12 | 10/01/12 | 3024908 |
| PO: NA | | Store: 6586, CYPRESS | |

| PRODUCT | SKU # | QUANTITY | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|
| FILTETRE FIL | 00003035340000200032 | 1.0000 EA | $15.97 | $15.97 |
| 20X30 FILTER | 00004090480000200010 | 3.0000 EA | $1.98 | $5.94 |
| 12X24X1BUDGE | 00005974290000200010 | 2.0000 EA | $0.75 | $1.50 |
| CLOROX GERM | 00008451300000400004 | 1.0000 EA | $4.27 | $4.27 |
| RNDUP CONC | 00005767400000500009 | 1.0000 EA | $74.97 | $74.97 |
| CLOROX GERM | 00008451300000400004 | 1.0000 EA | $4.27 | $4.27 |
| FILTETRE FIL | 00003035340000200032 | 1.0000 EA | $15.97 | $15.97 |
| WD-40 8OZ | 00001721870000320004 | 1.0000 EA | $3.77 | $3.77 |
| WD40 S STRAW | 00003184350000320004 | 1.0000 EA | $4.97 | $4.97 |
| HUSKY 50CT | 00002670000000400003 | 1.0000 EA | $19.97 | $19.97 |
| HUSKY 50CT | 00002670000000400003 | 1.0000 EA | $19.97 | $19.97 |
| FLASHLIGHT | 00005277400000500009 | 1.0000 EA | $9.88 | $9.88 |
| LIGHT | 00001400840000500009 | 1.0000 EA | $24.97 | $24.97 |
| FLASHLIGHT | 00005277400000500009 | 1.0000 EA | $9.88 | $9.88 |
| 2X60YDAPDCTP | 00009151470000200013 | 1.0000 RL | $3.78 | $3.78 |
| FLASHLIGHT | 00005277400000500009 | 2.0000 EA | $9.88 | $19.76 |

Purchased by: GUTIERREZ ROBERT

| | | |
|---|---|---|
| SUBTOTAL | | $239.84 |
| TAX | | $17.39 |
| SHIPPING | | $0.00 |
| TOTAL | | $257.23 |

BILL TO:
Acct: 6035 3225 0600 2249
RG SHIPPING INTERNATI

| Amount Due: | Trans Date: | DUE DATE: | Invoice #: |
|---|---|---|---|
| $684.24 | 09/06/12 | 10/01/12 | 83158 |
| PO: IMPATH | | Store: 6516, CONROE | |

| PRODUCT | SKU # | QUANTITY | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|
| 16OZ.GRTSTF | 00005077650000400005 | 1.0000 EA | $4.28 | $4.28 |
| CLEAN UP 32 | 00005024600000400004 | 4.0000 EA | $3.47 | $13.88 |
| EDGELK 1.5°C | 00001278420000500010 | 1.0000 PK | $28.27 | $28.27 |
| KILZPRMR1GAL | 00008223530002200009 | 1.0000 EA | $15.98 | $15.98 |
| CITRUS OPNR | 00002090000000700007 | 1.0000 EA | $8.98 | $8.98 |
| HOMER BUCKET | 00001312270001100008 | 1.0000 EA | $2.60 | $2.60 |
| BLDRPAP1140' | 00003592420001000013 | 1.0000 EA | $10.97 | $10.97 |
| BNTY6HRSAS | 00006001400000400022 | 2.0000 EA | $15.67 | $31.34 |
| SPONGE MOP | 00008683510000400016 | 1.0000 EA | $13.98 | $13.98 |
| TILEX 32OZ | 00002554950000400004 | 2.0000 EA | $3.98 | $7.96 |
| DISPPNTTRAY | 00005283340000700023 | 3.0000 EA | $1.57 | $4.71 |
| HD 9PK | 00003819080000400020 | 1.0000 EA | $9.28 | $9.28 |
| INT/EXT .5PT | 00005124370003500006 | 2.0000 EA | $3.98 | $7.96 |
| ALEXPLUS WHT | 00003612450000200002 | 1.0000 CA | $25.12 | $25.12 |
| 3X 220 JP | 00005728400003800003 | 1.0000 EA | $14.97 | $14.97 |
| USG LTWT PLS | 00007094090001200003 | 1.0000 EA | $7.97 | $7.97 |
| USG LTWT PLS | 00007094090001200003 | 1.0000 EA | $7.97 | $7.97 |
| WIPING RAGS | 00007766680001000005 | 1.0000 EA | $10.97 | $10.97 |
| JOINT TAPE | 00004306840001200007 | 1.0000 EA | $3.20 | $3.20 |
| BOTTLE WATER | 00002183400000900013 | 1.0000 EA | $3.47 | $3.47 |
| 4X8 ULTRALIT | 00008937490001200002 | 1.0000 EA | $6.70 | $6.70 |
| 14GLPROVAC | 00002551560001400006 | 1.0000 EA | $99.00 | $99.00 |
| SCH80 2.00 | 00002896120000600003 | 1.0000 EA | $8.58 | $8.58 |
| PAINT THINNR | 00001983730003400002 | 1.0000 GA | $9.97 | $9.97 |
| 2 COUPLING | 00001599050000600004 | 1.0000 EA | $0.92 | $0.92 |
| 11/4FNDWSC1# | 00001058640000300010 | 1.0000 EA | $6.47 | $6.47 |
| 11/4FNDWSC1# | 00001058640000300010 | 1.0000 EA | $6.47 | $6.47 |
| 2 COUPLING | 00001599050000600004 | 1.0000 EA | $0.92 | $0.92 |
| 2 ADAPTER | 00001602290000600004 | 1.0000 EA | $1.05 | $1.05 |
| PTFE TAPE | 00001784380000100021 | 1.0000 EA | $1.05 | $1.05 |
| PVC CEMENT | 00001871000000100021 | 1.0000 EA | $4.47 | $4.47 |
| PTN4S1 | 00001370080000300023 | 1.0000 BX | $8.47 | $8.47 |
| 2 COUPLING | 00001599050000600004 | 1.0000 EA | $0.92 | $0.92 |
| 2"SCH80 90DG | 00007044650000600004 | 1.0000 EA | $5.97 | $5.97 |

continued ⟹



Commercial Account

Remit payment and make checks payable to:
HOME DEPOT CREDIT SERVICES
DEPT. 32 - 2506002249
PO BOX 183176
COLUMBUS, OH 43218-3176

# INVOICE DETAIL

Invoice #:
**83158**
continued

| PRODUCT | SKU # | QUANTITY | UNIT PRICE | TOTAL PRICE |
|---------|-------|----------|------------|-------------|
| CLOROX GERM | 00008451300000400004 | 1.0000 EA | $4.27 | $4.27 |
| CLOROX GERM | 00008451300000400004 | 1.0000 EA | $4.27 | $4.27 |
| 32X80 PREHNG | 00002230720002400003 | 1.0000 EA | $229.00 | $229.00 |

**Purchased by:** GUTIERREZ ROBERT

| | |
|---|---|
| SUBTOTAL | $632.36 |
| TAX | $51.88 |
| SHIPPING | $0.00 |
| TOTAL | $684.24 |



**More saving.**
**More doing.™**

936-321-0100
19103 I-45 NORTH  CONROE, TX 77385

6516  00008  36122    09/06/12  12:42 PM
CASHIER ROBERTA - RXP2868

| | | |
|---|---|---|
| 070826554230 WIPING RAGS <A> | | 10.97 |
| BOX DELUXE CUTS WIPING CLOTHS 55CT | | |
| 074985004568 16OZ.GRTSTF <A> | | 4.28 |
| 16OZ GAPS & CRACKS GREAT STUFF | | |
| 044600307053 CLEAN UP 32 <A> | | |
| CLOROX COMMERCIAL CLEANUP 32OZ | | |
| 4@3.47 | | 13.88 |
| 051131963245 EDGELK 1.5"C <A> | | 28.27 |
| SCOTCH BLUE 1.5" EDGE LOCK CP 2080 | | |
| 051652100013 KILZPRMR1GAL <A> | | 15.98 |
| KILZ ORIG PRIMER 10901 GAL | | |
| 021709016376 CITRUS OPNR <A> | | 8.98 |
| ZEP CITRUS DRAIN/DISPOSAL CLNR 64OZ | | |
| 084305355546 HOMER BUCKET <A> | | 2.60 |
| 5GAL HOMER BUCKET | | |
| 047034351401 BLDRPAP1140' <A> | | 10.97 |
| 35"X140' BROWN BUILDER'S PAPER | | |
| 037000817604 BNTY6HRSAS <A> | | |
| BOUNTY 6 HUGE ROLL SAS WHITE | | |
| 2@15.67 | | 31.34 |
| 071798000589 SPONGE MOP <A> | | 13.98 |
| HOMEPRO AUTO MOP&SCRUB W/MICROBAN | | |
| 044600011950 TILEX 32OZ <A> | | |
| TILEX MILDEW REMOVER 32OZ | | |
| 2@3.98 | | 7.96 |
| 651988423656 DISPPNTTRAY <A> | | |
| 6 IN SQ PAINT TRAY - BEIGE | | |
| 3@1.57 | | 4.71 |
| 051131936829 HD 9PK <A> | | 9.28 |
| HEAVY DUTY SCRUB SPONGE 9PK | | |
| 070798768581 INT/EXT .5FT <A> | | |
| PHENOPATCH WHITE SPACKLING PASTE 8OZ | | |
| 2@3.98 | | 7.96 |
| 070798186569 ALEXPLUS WHT <A> | | 25.12 |
| ALEX PLUS CONT PACK(12) WHT JLO 1 | | |
| 076607026361 3X 220 JP <A> | | 14.97 |
| 220G VRY FINE PREMIUM SANDPAPER 20PK | | |
| 081099204555 USG LTWT PLS <A> | | |
| USG +3 ALL PURP LIGHT JC BOX 3.5 GAL | | |
| 2@7.97 | | 15.94 |
| 081099222658 JOINT TAPE <A> | | 3.20 |
| 500FT JOINT TAPE - EACH | | |
| 081099027833 4X8 ULTRALIT <A> | | 6.70 |
| 1/2"X4'X8' USG ULTRALIGHT DRYWALL | | |
| 648846002798 14GLPROVAC <A> | | 99.00 |
| RIDGID 14 GAL PRO WET/DRY VAC | | |
| 754826052186 SCH80 2.00 <A> | | 8.58 |
| 2 SCHEDULE 80 X 10FT | | |
| 030192940020 PAINT THINNR <A> | | 9.97 |
| KS PAINT THINNER GAL | | |
| 088700061064 2  COUPLING <A> | | |
| 2IN COUPLING JL0150 | | |
| .9@0.92 | | 2.76 |
| 764666104983 11/4FNDWSC1# <A> | | |
| 1-1/4" FINE DRYWALL SCREW 1 LB. | | |
| 2@6.47 | | 12.94 |
| 088700062061 2  ADAPTER <A> | | 1.05 |
| 2IN TERMINAL ADAPTER JL090 | | |
| 078864178400 PTFE TAPE <A> | | 1.05 |
| 1/2"X260' PTFE THRD SEAL TAPE | | |
| 038755310138 PVC CEMENT <A> | | 4.47 |
| 8OZ PVC CEMENT REGULAR CLEAR | | |
| 764666528642 PTN4S1 <A> | | 8.47 |
| 4" PG + 10 EXTERIOR SCREW 1 LB | | |
| 088700063266 2"SCH80 90D <A> | | 5.97 |
| ELBOW 2" SCH80 90DEG PLAIN END | | |
| 044600024899 CLOROX GERM <A> | | |
| CLOROX ULTRA GERMICIDAL BLEACH 182OZ | | |
| 2@4.27 | | 8.54 |
| 223072            32X80 PREHNG <A> | | 229.00 |
| 32"X80" RH PREM 1 LITE TS NBM | | |



**More saving.**
**More doing.™**

17928 SPRING CYPRESS RD
CYPRESS, TX 77429  (281)304-1956

6586  00002  86013    09/24/12  07:29 PM
CASHIER DARIUS - DSH6858

| | | |
|---|---|---|
| 047871074501 CO/SK ALRM <A> | | |
| BATTOP SMOKE&CARBON MONOXIDE ALARM | | |
| 2@38.97 | | 77.94 |
| 039800072986 9VOLT GPACK <A> | | |
| ENERGIZER 9V 6-PK | | |
| 3@12.98 | | 38.94 |
| 047871420070 SMK DET DUAL <A> | | |
| BATTERYOP DUAL-SENSOR SMOKE ALARM | | |
| 2@22.97 | | 45.94 |
| 039800108067 AAA 8-PACK <A> | | |
| ENERGIZER MAX AAA 8-PACK | | |
| 2@6.38 | | 12.76 |
| 046396554406 CAT PW GUN <A> | | 49.97 |
| CAT GUN UP TO 4500 PSI FOR PW | | |

|  |  |
|---|---|
| SUBTOTAL | 225.55 |
| SALES TAX | 16.35 |
| TOTAL | $241.90 |
| XXXXXXXXXXXXX2249 HOME DEPOT | 241.90 |
|  | TA |

AUTH CODE 024289/2025283
P.O.#/JOB NAME: IMPERIAL PATH

RG SHIPPING INTERNATI
GUTIERREZ ROBERT



6586 02 86013 09/24/2012 7619

RETURN POLICY DEFINITIONS
POLICY ID   DAYS   POLICY EXPIRES ON
A      1      90      12/23/2012
THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

BUY ONLINE PICK-UP IN STORE
AVAILABLE NOW ON HOMEDEPOT.COM.
CONVENIENT, EASY AND MOST ORDERS
READY IN LESS THAN 2 HOURS!
*****************************************

**ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!**

Share Your Opinion With Us! Complete
the brief survey about your store visit
and enter for a chance to win at:

www.homedepot.com/opinion

COMPARTA SU OPINION EN
UNA BREVE
ENCUESTA PARA LA OPORT
UNIDAD DE GANAR.

User ID:
178901 172317

Password:
12474 172315

Entries must be entered by 10/24/2012.
Entrants must be 18 or older to enter.
See complete rules on website. No

AutoZone 3996
17202 SPRING CYPRE
CYPRESS, TX
(281) 758-2547

RTRN ITEM        1- @1/13.99-
#391379    AF-2100              13.99-N
Prestone 50/50 Prediluted
Antifreeze & Coolant, 1 GAL

SUBTOTAL            13.99-
TOTAL ITEM TAX @7.25% -       1.01-
TOTAL            15.00-
XXXXXXXXXXX2008AMERICAN EXP    15.00-
APPROVAL #              APPRVD

(Customer Copy)

**KEEP THIS RECEIPT**
Our Best Price Every Day
T #012626   08/24/2012  19:59  CSR # 02
REG #34 STORE #3996 STR. TRANS #054270

AutoZone 3996
17202 SPRING CYPRE
CYPRESS, TX
(281) 758-2547

#552034   T-230A              3.99 P
Turtle Wax
Rubbing Compound, 10.50 OZ
#391379   AF-2100            13.99 N
Prestone 50/50 Prediluted
Antifreeze & Coolant, 1 GAL
#183928   VANOE3              1.99 P
AutoZone
0 Degree Windshield Fluid, 1 GAL
SUBTOTAL            19.97
TOTAL TAX @ 7.250%          1.45
TOTAL            21.42
XXXXXXXXXXX2008 AMEX          21.42
APPROVAL #        581688

THANK YOU FOR SHOPPING AT
LONE STAR ACE
2111 RAYFORD ROAD
SPRING, TEXAS 77386
FAX: (281) 419-2128
(281) 419-2121

9/06/12  3:53PM 6325      555 SALE
----------------------------------------
122830        3  EA   10.00 EA
RE KEY SERVICE                30.00

SUB-TOTAL:     30.00   TAX:      2.18
TOTAL:     32.18
BC AMT:    $32.18

BK CARD#:    XXXXXXXXXXX2008
ID:  8326217
AUTH:   529154        AMT:      32.18
Host reference #:464606   Bat#0051
SWIPED
CARD TYPE:AM EXPRESS      EXPR: XXXX



==>> JRNL#E64606/1              <<==
CUST # *5

THANK YOU RD  GUTIERREZ
FOR YOUR PATRONAGE

Name: X_____
Acct: CASH CUSTOMER
I agree to pay above total amount
according to card issuer agreement
(merchant agreement if credit voucher)

LOCALLY OWNED AND OPERATED

Customer Copy



**More saving.**
**More doing.®**

281-356-2087
6119 F.M. 1488 MAGNOLIA,TX 77354

6819 00099 05647   09/25/12  07:52 PM
CASHIER JUDITH - JOE2137

784891258411 FAN <A>                    13.97
  50 CFM VALUETEST WALL/CEILING FAN

                    SUBTOTAL        13.97
                    SALES TAX        0.87
                    TOTAL         $14.84
                    CASH           20.00
                      CHANGE DUE     5.16



6819 99 05647 09/25/2012 2262

RETURN POLICY DEFINITIONS
POLICY ID   DAYS   POLICY EXPIRES ON
A      1      90        12/24/2012
THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

BUY ONLINE PICK-UP IN STORE
AVAILABLE NOW ON HOMEDEPOT.COM.
CONVENIENT, EASY AND MOST ORDERS
READY IN LESS THAN 2 HOURS!
************************************

ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Share Your Opinion With Us! Complete
the brief survey about your store visit
and enter for a chance to win at:

www.homedepot.com/opinion

COMPARTA SU OPINION EN
UNA BREVE
ENCUESTA PARA LA OPORT
UNIDAD DE GANAR.

User ID:
18402 11682

Password:
12475 11583

Entries must be entered by 10/25/2012.
Entrants must be 18 or older to enter.
See complete rules on website. No
purchase necessary.

WELCOME

SALES RECEIPT
57 543 066401
SHELL
13250 FM 1960 WEST
HOUSTON   TX 77065

DATE 09/17/12 12:  AM

PUMP PRODUCT    $/G
 14   UNLD   $3.529

GALLONS    FUEL TOTAL
 14.168    $ 50.00

TOTAL SALE   $ 50.00

    THANK YOU
COME BACK SOON



FM. 1960 WEST
HOUSTON TX. 77068 (832)484-1284

748  00059  92748    09/19/12  08:16 AM
CASHIER SELF CHECK OUT - SCOT59

367977      ICE BAG <A>              1.98
  10 LB ICE BAG
051652200010 KTLZIIGAL <A>
  KILZ 2 PRIMER 20941 GAL
  2016.98                            33

            SUBTOTAL          35
            SALES TAX          2
            TOTAL           $38
            CASH          20.00
            CASH          20.00
                  CHANGE DUE    1.00

          748 09/19/2012 4117

        RETURN POLICY DEFINITIONS
      POLICY ID  DAYS  POLICY EXPIRES
      A      1    90        12/18/2012
      THE HOME DEPOT RESERVES THE RIGHT TO
      LIMIT / DENY RETURNS. PLEASE SEE THE
        RETURN POLICY SIGN IN STORES FOR
                  DETAILS.

        BUY ONLINE PICK-UP IN STORE
      AVAILABLE NOW ON HOMEDEPOT.COM.
      CONVENIENT, EASY AND MOST ORDERS
        READY IN LESS THAN 2 HOURS!
****************************************
        ENTER FOR A CHANCE
        TO WIN A $5,000
        HOME DEPOT GIFT
            CARD!

      Share Your Opinion With Us! Complete
      the brief survey about your store visit
        and enter for a chance to win at:

          www.homedepot.com/opinion

      COMPARTA SU OPINION EN
            UNA BREVE
      ENCUESTA PARA LA OPO
        UNIDAD DE GANAR.

            User ID:
          192613  185844

            Password:
          12469  185785

        Entries must be entered by 10/1
        Entrants must be 18 or older to
        See complete rules on website
              purchase necessary.

---



935-321-0100
19103 I-45 NORTH  CONROE, TX 77385

6516  00001  3832    09/25/12  08:55 AM
CASHIER LEVERNE - LST7P8

046677205621 F34T12CW <A>
  PLC 4' T12 34W COOL WHT FL BULB 2PK
  205.97                          11.94
095624818155 BASE <A>
  9/16 X5-1/4 PFJ WM618 BASE
  24.1.87                          44.88
095624105804 QTR RND PI <A>
  111/16 X11/16 PINE WM106 QTR RND
  600.65                            3.90
046135152702 65W3X30 6PK <A>
  65W BR30 6PK
  205.88                          11.76
043168716895 60W325CL4P <A>
  GE 60W G25 GLOBE CLEAR BULB 4PK
  305.97                          17.91
046677168742 60W4PK <A>
  PLC 60W A19 DURAMAX SFT WHT BULB 4PK
  301.97                            5.91
043168496117 40F40X2X CL <A>
  GE 40W A15 DB. LIFE FAN CLR BULB 2PK
  565448      MOULDING <A>          3.87
  7/16 X11/16 PFJ WM128 SHOE
  600.49                            2.94

            SUBTOTAL         103.11
            SALES TAX          8.51
            TOTAL          $111.62
            CASH           120.00
                  CHANGE DUE     8.38

      6516 01 3832 09/25/2012 8760

          RETURN POLICY DEFINITIONS
        POLICY ID  DAYS  POLICY EXPIRES ON
        A      1    90        12/24/2012
        THE HOME DEPOT RESERVES THE RIGHT TO
        LIMIT / DENY RETURNS. PLEASE SEE THE
          RETURN POLICY SIGN IN STORES FOR
                    DETAILS.

        BUY ONLINE PICK-UP IN STORE
      AVAILABLE NOW ON HOMEDEPOT.COM.
      CONVENIENT, EASY AND MOST ORDERS
        READY IN LESS THAN 2 HOURS!
****************************************
        ENTER FOR A CHANCE
        TO WIN A $5,000
        HOME DEPOT GIFT
            CARD!

      Share Your Opinion With Us! Complete
      the brief survey about your store visit
        and enter for a chance to win at:

          www.homedepot.com/opinion

      COMPARTA SU OPINION EN
            UNA BREVE
      ENCUESTA PARA LA OPORT
        UNIDAD DE GANAR.

            User ID:
          83417  76932

            Password:
          12475  76931



**More saving.**
**More doing.™**

INGRID DEASON
HOUSTON, TX 77037    (281)820-4745

6510  00057  22145    09/22/12  10:05 AM
CASHIER SELF CHECK OUT - SCOT57

081099204555 USG LTWT PLS <A>          7.97
    USG +3 ALL PURP LIGHT JC BOX 3.5 GAL
051115036811 2090 1" <A>
    SCOTCH BLUE .94" PAINTERS 2090
    2@3.93                          · 7.86

                SUBTOTAL          15.83
                SALES TAX          1.31
                TOTAL            $17.14
XXXXXXXXXXXX9574 DEBIT            17.14
AUTH CODE 232144



6510 57 22145 09/22/2012 7589

RETURN POLICY DEFINITIONS
POLICY ID    DAYS    POLICY EXPIRES ON
A      1        90        12/21/2012
THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

BUY ONLINE PICK-UP IN STORE
AVAILABLE NOW ON HOMEDEPOT.COM.
CONVENIENT, EASY AND MOST ORDERS
READY IN LESS THAN 2 HOURS!
*******************************************

ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Share Your Opinion With Us! Complete
the brief survey about your store visit
and enter for a chance to win at:

www.homedepot.com/opinion

COMPARTA SU OPINION EN
UNA BREVE
ENCUESTA PARA LA OPORT
UNIDAD DE GANAR.

User ID:
51089 44636

Password:
12472 44579

Entries must be entered by 10/22/2012.
Entrants must be 18 or older to enter.
See complete rules on website. No
purchase necessary.

# EZ FLOORS
*"Proud To Serve You"*

Abby

Office: (281) 758-2980
Fax: (281) 758-2982
24150 Highway 290, Suite 270
Cypress, TX 77429
Alex@ezfloorsonline.com
www.ezfloorsonline.com

Phone: 281-257-5955
Fax: 281-257-5957

Phone: 281-647-0777
Fax: 281-647-0775

Phone: 281-656-2224
Fax: 281-656-2241

5015 FM 2920, Suite A
Spring, Texas 77388
Phone: 281-288-2300
Fax: 281-288-2376

1557 W. Sam Houston Pkwy,
Suite 110, Houston, TX 77043
Phone: 713-465-6747
Fax: 713-467-7104

Cell ABBY
281 687-7123

Operations:
Tel: 713-467-7100
Fax: 713-467-7104

☐ VACANT        ☐ NEWSPAPER
☐ OCCUPIED      ☐ OTHERS
☐ DRIVEN BY     ☐ ____
☐ ____          ☐ ____

B ____
ORDER DATE ____
SALES PERSON ____

| | LAST NAME | FIRST NAME | HOME PHONE |
|---|---|---|---|
| MR ☐ | | | |
| MS ☐ | | | |

| ADDRESS | CITY | STATE | ZIP | OFFICE PHONE |
|---|---|---|---|---|

| | R/N | SIZE& DESCRIPTION | COLOR | ESTIMATE | FINAL | UNIT PRICE | ESTIMATE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|
| 1 | | SIZE        X | | | | | | |
| | | | | | | | | |
| 2 | | SIZE        X | | | | | | |
| | | | | | | | | |
| 3 | | SIZE        X | | | | | | |

**NOTES**

*IF THE FLOOR NEEDS TO BE FLOATED OR LEVELED, THERE WILL BE AN EXTRA CHARGE OF $40.00 PER BAG*

**SCHEDULED DATE**

**INSTALLER**

**C.O.D $**

EZ Floors makes no warranties expressed or implied on any merchandise sold, that are not herein expressed.
All warranties on material come from manufacturer directly.

There will be a 35% restocking charge on **ALL** cancelled orders.
Agreement on reverse side is an integral part of this contract.

All prices quoted or noted on this contract are valid for 2 weeks, except ON SALE items.

_____        _____
Customer Signature              Authorized Agent
Customer has received prep sheet _____

I hereby authorize *EZ Floors* to charge my credit card for any *outstanding amount* if not paid upon receipt of products and services.

Card # _____

Scode _____  Expires ____ / ____

Customer's signature _____

| INSTALLATION | | |
|---|---|---|
| TAKE U | | |
| END MOLD | | |
| APPLIANCES | | |
| COMMODES | | |
| GROUT | | |
| T-MOLD | | |
| REDUCER | | |
| 1/4 ROUND | | |
| STAIR NOSE | | |
| THRESHHOLD | | |
| MISC. | | |

**PAYMENT BY:**

☐ M/C
☐ VISA
☐ CASH      DOB ____
☐ CHECK     DLF ____

| TOTAL | | |
|---|---|---|
| DEPOSIT | | |
| BALANCE | | |

ALL DELIVERIES MUST BE PREPAID OR C.O.D.
C.O.D. AMOUNT MUST BE PAID BEFORE INSTALLER LEAVES PREMISES

**Blackmon-Mooring of Houston, Inc.**

10511 Kipp Way, #400
Houston, TX-77099
(877) 730-1948

**TACLA28387E**

**WORKSITE ADDRESS**

APPOINTMENT NO    HOU    19884300

TIME SCHEDULED    10/15/12  8:00 AM

CREW LEADER    Salvador Cruz

DIVISION    Standard

CUSTOMER TYPE    Residential

PRIMARY SERVICE    IES/HVAC

CUSTOMER ID    613035200

Robert Guiterrez

3104 S Imperial Path Lane
SPRING TX - 77386

Worksite 1: (713) 529-2413-

Mobile: (713) 529-2413x

| SERVICE | IES/HVAC | |
|---|---|---|
| DESCRIPTION OF THE WORK | *179 = for 10 vents and 25 = each add. vent* | **AMOUNT** |
| Blackmon Mooring Environmental program as follows: | | |
| 1. Air Duct Cleaning: | *25 Vents* | *554 =* |
| A. Remove and clean all supply registers & return grills | | |
| B. Using source removal methods, clean all supply & return duct work | | |
| **BMS cannot be responsible for chipped or cracked paint during the removal and replacement of registers and grills | | |
| 2. Hand clean mechanical unit components; to include interior housing, blower motor, drain pan, | | |
| heating element and filter (recommended) | | |
| 3. Hand clean cooling coils (recommended, as accessible) | | |
| 4. Apply EPA registered product through entire air conveyance system (optional) *39 = per unit* | | *78 =* |
| **Customer will be asked to step outside of home during application for a minimum of 2 hrs. Customer initials_____ | | |
| 5. Air filtration: (recommended)   Install Air Filter(s)   @ $_____ | | |
| Number    Size    X    X    Number    Size    X    X | | |
| 6. Install Gel Block (optional) | | |
| | | |
| | | |
| | | |
| | SUB TOTAL: | *632 =* |
| | TAX: | *52.14* |
| **BMS CANNOT GUARANTEE AGAINST RE-OCCURANCE OF CONTAMINENTS | TOTAL: | *684.14* |

☐ I have been given the following estimates and understand they will be good for 90 days.

☐ Carpet

☐ Furniture/Draperies/Area rug cleaning

☐ Exhaust/Dryer Vents

☐ Hard Surface Floor Cleaning          Customer Initials: _____

ACKNOWLEDGMENT OF TERMS By signing below, Customer authorizes performance of the above-referenced services and agrees to the terms and condition forth on the reverse side of this agreement with regard to these services or any additional services authorized by Customer at the time these services are performed Customer also agrees to pay in full the charges referenced above, including all applicable taxes, together with any changes for additional services authorized by Customer at the time the services are completed.

Signature X _____

PAYMENT TERMS: PAYMENT IN FULL ON COMPLETION OF THE WORK

CASH  CHECK  VISA  MC  AMEX  DISC  CC # _____*6874*_____          EXP. DATE: _____

OTHER _____

Statement of work complete

I have inspected the work performed and found it to be complete and to my satisfaction.

CUSTOMER: _____          DATE: _____



### Radco Hourly Labor
### Misc. Carpentry and Painting

| | | |
|---|---|---|
| William Abey | 20.04 hrs @ $25.00 | $ 501.18 |
| Oscar DePaz / P Plus | 215 hrs @ $20.00 | $4,300.00 |
| Marvin / Jose Ventura | 77.25 hrs @ $13.50 | $1,043.00 |
| Carlos Martinez | 183 hrs @ $11.00 | $2,013.00 |
| Wilmar Ariza | 16 hrs @ $11.00 | $ 176.00 |

Chase Online - Check Details

Page 1 of 1



Chase Online - Check Details

Page 1 of 1



**CHASE**

Chase.com | Contact Us | Privacy Notice | En Español | LOG OFF

My Accounts    Payments & Transfers    Investing    Products & Services    Customer Center

CHASE ONLINE℠ Monday, October 01, 2012

My Accounts > Account Activity > Check Details

## Check Details

○ Print  ○ Help with this page

I'd like to...
▸ See Account Statements

CHASE PREMIER (...0722)

Check Number: 6814    Post Date: 09/19/2012    Amount of Check: $700.00

Front 🔍 Enlarge/Reduce Check Image

What can we do better?
WE'RE LISTENING♦

Need help printing or saving this check?

Back 🔍 Enlarge/Reduce Check Image

Need help printing or saving this check?

Return to Account Activity

Security | Terms of Use | Legal Agreements and Disclosures

© 2012 JPMorgan Chase & Co.



Chase Online - Check Details

Page 1 of 1





WG of Houston NW
8524 Hwy 6 N #180
Houston, TX  77095

Phone: (281) 477-9992

Website: WindowGenie.com

Email: WindowGenieHouston@sbcglobal.net

# Invoice

22520

| | Bill To | Robert Gutierrez |
|---|---|---|
| | | 13810 Dry Creek Ranch |
| | | Cypress, TX  77429 |
| | Issue Date | 10/3/12 |
| | Payment Terms | Upon Receipt |
| | Due Date | 10/3/12 |

| | Customer Contact | Robert Gutierrez |
|---|---|---|
| | Phone (Main) | |
| | Work Number | |
| | Home Number | |
| | Mobile Number | |
| | Email | |

| Charge Name | Description | Quantity | Unit | Charge |
|---|---|---|---|---|
| *Work Order: 22520-1, Date: 10/3/12, Service Location: 31014 S. Imperial Path Lane, The Woodlands, TX 77386* | | | | |
| Int/Ext | Interior and Exterior Window Cleaning | 1.00 | Each | $450.00 |

|  |  |
|---|---|
| Subtotal | $450.00 |
| Tax | $37.13 |
| Paid | $0.00 |

## Balance Due          $487.13

Mr. Gutierrez,

Lane was able to remove all of the frost residue from the windows.  He did note that there are several windows on the home that have seal failure.  These windows can appear somewhat cloudy from the moisture that gets into the window from the failure.

Please let me know if you have any questions.

Kind regards,

Monette Williams
Window Genie
281-477-9992

Chase Online - Check Details



Chase Online - Check Details                                                Page 1 of 1





Chase Online - Check Details

Page 1 of 1





Chase Online - Check Details



Need help printing or saving this check?



· ·Chase Online - Check Details

Page 1 of 1

**CHASE** ◯

Chase.com | Contact Us | Privacy Notice | En Español | **LOG OFF**

My Accounts    Payments & Transfers    Investing    Products & Services    Customer Center

CHASE ONLINE℠ Friday, October 05, 2012

My Accounts > Account Activity > Check Details

## Check Details

◉ Print  ◉ Help with this page

I'd like to...

▸ See Account Statements

CHASE PREMIER (...0722)

Check Number: 6807        Post Date: 08/30/2012        Amount of Check: $200.00

Front ⌕  Enlarge/Reduce Check Image

ROBERT D. GUTIERREZ
ROBIN K. GUTIERREZ
13810 DRY CREEK RANCH RD.
CYPRESS, TX 77429-3926

6807

DATE 5-27-12

PAY TO THE
ORDER OF  B & G Trees                        $ 200.00

Two hundred dollars                          DOLLARS

CHASE ◯
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO

⑈111000614⑈  780452072 2⑈6807

Need help printing or saving this check?

Back ⌕  Enlarge/Reduce Check Image

FOR DEPOSIT ONLY
B & G TREES, INC.
ACCT. #1000975З

>1113122655 <
Prosperity Bank
11043001919490    08/30/2012

Need help printing or saving this check?

Return to Account Activity

Security | Terms of Use | Legal Agreements and Disclosures

© 2012 JPMorgan Chase & Co.

Chase Online - Check Details

Page 1 of 1





• Chase Online - Check Details



CHASE Online - Check Details

**CHASE PREMIER (...0722)**

Check Number: 6270     Post Date: 09/27/2012     Amount of Check: $550.00



Chase Online - Check Details

Page 1 of 1



Chase Online - Check Details



Chase Online - Check Details



## Check Details

○ Print   ○ Help with this page

I'd like to...
▸ See Account Statements

CHASE PREMIER (...0722)

Check Number: 6878          Post Date: 09/10/2012          Amount of Check: $400.00

Need help printing or saving this check?

Need help printing or saving this check?

Return to Account Activity

Security | Terms of Use | Legal Agreements and Disclosures

© 2012 JPMorgan Chase & Co.





Chase Online - Check Details



Chase Online - Check Details





# PPG
# PITTSBURGH PAINTS

SOLD TO:   301846080000
(281)824-0835

STORE# 9602
9602- SPRING
1619 SPRING CYPRESS ROAD
SPRING, TX 77388
PH: (281)353-3020    FX: (281)353-3389
HOURS: MON-FRI  7:00 AM-5:00 PM
       SAT      8:00 AM-12:00 PM

PAF9602@PPG.COM

**INVOICE**
#960202015697



960202092412015697

DATE: 09/24/2012    TIME: 2:31 PM
STORE REP: DONALD W
SALES REP:
PAGE 1 OF 1

| QTY | ITEM# | DESCRIPTION | PRICE | AMOUNT |
|-----|-------|-------------|-------|--------|
| 3 | PPG27481/EA | 2 1/2" PRO-MASTER AS WHT CHINA | $11.69 | $35.07 |
| 3 | PPG27477/EA | 2 1/2" PRO-MASTER TAS WHT CHNA | $11.69 | $35.07 |
| 3 | MMM31888/EA | 2090 2" SCOTCH MULTI VALUE 3PK | $20.99 | $62.97 |
| 1 | MMM94966/EA | 2090 1.5" 25TH ANNIVERSARY 4PK | $25.95 | $25.95 |
|   | _MMM94966 on Sale $17.99 - 25 YR Anniversary | | | ($7.96) |
| 3 | PPG27515/EA | 9"X3/4" PRO-SUPREME WOVEN CVR | $5.29 | $15.87 |
| 2 | 42-410/01 _ONE TIME CUSTOM | REGAL SATIN ENML WH/PSTL BASE _Match | $38.95 | $77.90 |

TERMS:    Due Immediately
I agree to pay $265.07  in accordance with my
cardholder agreement.
AUTHCODE#523655

Freight will be charged on orders, blinds, and wall covering books.
Special merchandise in good condition is eligible for 75% refund with
original invoice within 60 days.
Tinted merchandise cannot be returned. Non-tinted merchandise in good
condition may be returned with original invoice within 60 days. Qualifying
returns will be made in the same form of payment as original purchase.
PPG reserves the right to make large cash returns by check within 10
business days.
A service fee will be charged on returned checks. See the store manager for
details.
Visit www.ppgpro.com/survey/stores for a chance to win $500!  (Official
rules apply.)
Browse global employment opportunities at www.ppgac.com/careers.
Thank you for shopping at PPG....Where Every Job Matters!

| SUBTOTAL: | $244.87 |
|-----------|---------|
| LABOR: | $0.00 |
| FREIGHT: | $0.00 |
| SALES TAX: | $20.20 |
| **INVOICE TOTAL:** | **$265.07** |

AMERICAN EXPRESS:       $265.07
***********2008
TOTAL TENDERED:        $265.07
CHANGE:                  $0.00

THANK YOU FOR YOUR
BUSINESS!



RD GUTIERREZ

INVOICE REPRINT          #960603091312013113   PAGE 2 OF 2

DATE: 09/13/2012     TIME: 1:17 PM      SOLD TO: 301846070000

| QTY | ITEM# | DESCRIPTION | PRICE | AMOUNT |
|-----|-------|-------------|-------|--------|
|     | FOR $17.99 | | | |
| 8 | PPG27514/EA | 9"X1/2" PRO-SUPREME WOVEN CVR | $4.89 | $39.12 |
| 2 | PPG26743/EA | PS 4LB THE BIG BAG WHT RAGS | $14.49 | $28.98 |
| 1 | POA05208/EA _POA05208/EA ON SALE FOR $13.99 | 03509H 9'X400' HUSKY HD PLASTC | $14.99 | $14.99 ($1.00) |
| 1 | POA05208/EA _POA05208/EA ON SALE FOR $13.99 | 03509H 9'X400' HUSKY HD PLASTC | $14.99 | $14.99 ($1.00) |
| 1 | POA05208/EA _POA05208/EA ON SALE FOR $13.99 | 03509H 9'X400' HUSKY HD PLASTC | $14.99 | $14.99 ($1.00) |
| 2 | WBC66348/EA | R405 13" HEFTY DEEP-WELL TRAY | $9.29 | $18.58 |
| 1 | WBC15237/EA | 8619 PELICAN HAND-HELD PAIL | $12.99 | $12.99 |
| 1 | WBC15238/EA | 8629 PELICAN LINERS 3PK | $3.69 | $3.69 |
| 2 | PPG27540/EA | 4" PRO-MASTER ROLLER KIT | $4.99 | $9.98 |
| 2 | PPG27558/EA | 3" PRO-MASTER VARN NYLON | $12.45 | $24.90 |
| 2 | PPG27556/EA | 2 1/2" PRO-MASTER AS NYLON | $11.75 | $23.50 |

TERMS:    Due Immediately
I agree to pay $1,013.70  in accordance with
my cardholder agreement.
AUTHCODE#585986

Special merchandise in good condition is eligible for 75% refund with
original invoice within 60 days.
Tinted merchandise cannot be returned. Non Tinted merchandise in good
condition may be returned with original invoice within 60 days. Qualifying
returns will be made in the same form of payment as original purchase.
PPG reserves the right to make large cash returns by check within 10
business days.
A service fee will be charged on returned checks. See the store manager for
details.
Your opinion matters! Take our customer service survey at www.ppgpro.
com/survey/stores for a chance to win $500.00!  (Official rules apply.)
Browse global employment opportunities at www.ppgac.com/careers.
Browse global employment opportunities at www.ppgac.com/careers.
Thank you for shopping at PPG....Where Every Job Matters!

| SUBTOTAL: | $936.44 |
|-----------|---------|
| LABOR: | $0.00 |
| FREIGHT: | $0.00 |
| SALES TAX: | $77.26 |
| **INVOICE TOTAL:** | **$1,013.70** |

AMERICAN EXPRESS:     $1,013.70
***********2008
TOTAL TENDERED:       $1,013.70
CHANGE:                   $0.00

THANK YOU FOR YOUR
BUSINESS!



RD GUTIERREZ



## PPG
# PITTSBURGH PAINTS

SOLD TO:   301846070000
(713)539-2413

STORE# 9606
9606 - 290 WEST
13306 FM 1960
HOUSTON, TX 77065
PH: (281)890-4481   FX: (281)890-5978
HOURS: MON-FRI  7:00 AM-5:00 PM
         SAT      8:00 AM-12:00 PM

PAF9606@PPG.COM

## INVOICE REPRINT
#960603013113



960603091312013113

DATE: 09/13/2012   TIME: 12:48 PM
STORE REP: ARNOLD R
SALES REP:
PAGE 1 OF 2

| QTY | ITEM# | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| 4 | 9-110/05 _960603000001163 | PURE PERFORMANCE I/F LTX PASTL _Santa Fe Match | $109.89 | $439.56 |
| 1 | MMM31883/EA _2090 Contractor Pack 1.5" ON SALE FOR $16.99 | 2090 1.5" SCTCH MULTI VALU 4PK | $22.99 | $22.99 ($6.00) |
| 1 | MMM31883/EA _2090 Contractor Pack 1.5" ON SALE FOR $16.99 | 2090 1.5" SCTCH MULTI VALU 4PK | $22.99 | $22.99 ($6.00) |
| 1 | MMM31883/EA _2090 Contractor Pack 1.5" ON SALE FOR $16.99 | 2090 1.5" SCTCH MULTI VALU 4PK | $22.99 | $22.99 ($6.00) |
| 1 | MMM31883/EA _2090 Contractor Pack 1.5" ON SALE FOR $16.99 | 2090 1.5" SCTCH MULTI VALU 4PK | $22.99 | $22.99 ($6.00) |
| 2 | HMX04065/EA | 4065 20OZ WALL TXTR WB KNK DWN | $15.49 | $30.98 |
| 2 | PPG27543/EA | 9" PPG PRO ROLLER FRAME | $5.49 | $10.98 |
| 1 | PPG27893/EA _PPG27893/EA ON SALE FOR $12.99 | 9"X1/2" PRO-MASTER KNIT 6PK | $17.99 | $17.99 ($5.00) |
| 1 | PPG27893/EA _PPG27893/EA ON SALE FOR $12.99 | 9"X1/2" PRO-MASTER KNIT 6PK | $17.99 | $17.99 ($5.00) |
| 2 | WBC13229/EA | R408 13" DEEP-WELL TRAY LINER | $1.49 | $2.98 |
| 2 | DCM99603/EA | 99603 12'X15' PROVNTG CNVS DRP | $19.69 | $39.38 |
| 1 | MMM31883/EA _2090 Contractor Pack 1.5" ON SALE FOR $16.99 | 2090 1.5" SCTCH MULTI VALU 4PK | $22.99 | $22.99 ($6.00) |
| 1 | MMM31883/EA _2090 Contractor Pack 1.5" ON SALE FOR $16.99 | 2090 1.5" SCTCH MULTI VALU 4PK | $22.99 | $22.99 ($6.00) |
| 5 | TRC35140/EA _TRC35140/EA ON SALE FOR $8.99 | 35140 35"X140' BUILDER'S PAPER | $9.99 | $49.95 ($5.00) |
| 1 | WBC14973/EA _WBC14973/EA ON SALE FOR $17.99 | R090 2'-4' SHERLCK GT CNVRT PL | $29.99 | $29.99 ($12.00) |
| 1 | WBC14973/EA _WBC14973/EA ON SALE | R090 2'-4' SHERLCK GT CNVRT PL | $29.99 | $29.99 ($12.00) |



## PPG
# PITTSBURGH PAINTS

SOLD TO:   301846070000
(713)539-2413

STORE# 9606
9606 - 290 WEST
13306 FM 1960
HOUSTON, TX 77065
PH: (281)890-4481   FX: (281)890-5978
HOURS: MON-FRI  7:00 AM-5:00 PM
       SAT       8:00 AM-12:00 PM

PAF9606@PPG.COM

## INVOICE
#960603013113



960603091312013113

DATE: 09/13/2012   TIME: 12:48 PM
STORE REP: ARNOLD R
SALES REP:
PAGE 1 OF 2

| QTY | ITEM# | DESCRIPTION | PRICE | AMOUNT |
|-----|-------|-------------|-------|--------|
| 4 | 9-110/05 _960603000001163 | PURE PERFORMANCE I/F LTX PASTL _Santa Fe Match | $109.89 | $439.56 |
| 1 | MMM31883/EA _2090 Contractor Pack 1.5" ON SALE FOR $16.99 | 2090 1.5" SCTCH MULTI VALU 4PK | $22.99 | $22.99 ($6.00) |
| 1 | MMM31883/EA _2090 Contractor Pack 1.5" ON SALE FOR $16.99 | 2090 1.5" SCTCH MULTI VALU 4PK | $22.99 | $22.99 ($6.00) |
| 1 | MMM31883/EA _2090 Contractor Pack 1.5" ON SALE FOR $16.99 | 2090 1.5" SCTCH MULTI VALU 4PK | $22.99 | $22.99 ($6.00) |
| 1 | MMM31883/EA _2090 Contractor Pack 1.5" ON SALE FOR $16.99 | 2090 1.5" SCTCH MULTI VALU 4PK | $22.99 | $22.99 ($6.00) |
| 2 | HMX04065/EA | 4065 20OZ WALL TXTR WB KNK DWN | $15.49 | $30.98 |
| 2 | PPG27543/EA | 9" PPG PRO ROLLER FRAME | $5.49 | $10.98 |
| 1 | PPG27893/EA _PPG27893/EA ON SALE FOR $12.99 | 9"X1/2" PRO-MASTER KNIT 6PK | $17.99 | $17.99 ($5.00) |
| 1 | PPG27893/EA _PPG27893/EA ON SALE FOR $12.99 | 9"X1/2" PRO-MASTER KNIT 6PK | $17.99 | $17.99 ($5.00) |
| 2 | WBC13229/EA | R408 13" DEEP-WELL TRAY LINER | $1.49 | $2.98 |
| 2 | DCM99603/EA | 99603 12'X15' PROVNTG CNVS DRP | $19.69 | $39.38 |
| 1 | MMM31883/EA _2090 Contractor Pack 1.5" ON SALE FOR $16.99 | 2090 1.5" SCTCH MULTI VALU 4PK | $22.99 | $22.99 ($6.00) |
| 1 | MMM31883/EA _2090 Contractor Pack 1.5" ON SALE FOR $16.99 | 2090 1.5" SCTCH MULTI VALU 4PK | $22.99 | $22.99 ($6.00) |
| 5 | TRC35140/EA _TRC35140/EA ON SALE FOR $8.99 | 35140 35"X140' BUILDER'S PAPER | $9.99 | $49.95 ($5.00) |
| 1 | WBC14973/EA _WBC14973/EA ON SALE FOR $17.99 | R090 2'-4' SHERLCK GT CNVRT PL | $29.99 | $29.99 ($12.00) |
| 1 | WBC14973/EA _WBC14973/EA ON SALE | R090 2'-4' SHERLCK GT CNVRT PL | $29.99 | $29.99 ($12.00) |

# INVOICE

#960603091312013113  PAGE 2 OF 2

DATE: 09/13/2012    TIME: 1:17 PM    SOLD TO: 301846070000

| QTY | ITEM# | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| | | FOR $17.99 | | |
| 8 | PPG27514/EA | 9"X1/2" PRO-SUPREME WOVEN CVR | $4.89 | $39.12 |
| 2 | PPG26743/EA | PS 4LB THE BIG BAG WHT RAGS | $14.49 | $28.98 |
| 1 | POA05208/EA | 03509H 9'X400' HUSKY HD PLASTC | $14.99 | $14.99 |
| | _POA05208/EA ON SALE FOR $13.99 | | | ($1.00) |
| 1 | POA05208/EA | 03509H 9'X400' HUSKY HD PLASTC | $14.99 | $14.99 |
| | _POA05208/EA ON SALE FOR $13.99 | | | ($1.00) |
| 1 | POA05208/EA | 03509H 9'X400' HUSKY HD PLASTC | $14.99 | $14.99 |
| | _POA05208/EA ON SALE FOR $13.99 | | | ($1.00) |
| 2 | WBC66348/EA | R405 13" HEFTY DEEP-WELL TRAY | $9.29 | $18.58 |
| 1 | WBC15237/EA | 8619 PELICAN HAND-HELD PAIL | $12.99 | $12.99 |
| 1 | WBC15238/EA | 8629 PELICAN LINERS 3PK | $3.69 | $3.69 |
| 2 | PPG27540/EA | 4" PRO-MASTER ROLLER KIT | $4.99 | $9.98 |
| 2 | PPG27558/EA | 3" PRO-MASTER VARN NYLON | $12.45 | $24.90 |
| 2 | PPG27556/EA | 2 1/2" PRO-MASTER AS NYLON | $11.75 | $23.50 |

TERMS:    Due Immediately
I agree to pay $1,013.70  in accordance with
my cardholder agreement.
AUTHCODE#585986
Special merchandise in good condition is eligible for 75% refund with
original invoice within 60 days.
Tinted merchandise cannot be returned. Non Tinted merchandise in good
condition may be returned with original invoice within 60 days. Qualifying
returns will be made in the same form of payment as original purchase.
PPG reserves the right to make large cash returns by check within 10
business days.
A service fee will be charged on returned checks. See the store manager for
details.
Your opinion matters! Take our customer service survey at www.ppgpro.
com/survey/stores for a chance to win $500.00!   (Official rules apply.)
Browse global employment opportunities at www.ppgac.com/careers.
Browse global employment opportunities at www.ppgac.com/careers.
Thank you for shopping at PPG....Where Every Job Matters!

| SUBTOTAL: | $936.44 |
|---|---|
| LABOR: | $0.00 |
| FREIGHT: | $0.00 |
| SALES TAX: | $77.26 |
| INVOICE TOTAL: | $1,013.70 |

AMERICAN EXPRESS:    $1,013.70
***********2008
TOTAL TENDERED:    $1,013.70
CHANGE:    $0.00

THANK YOU FOR YOUR
BUSINESS!



RD GUTIERREZ



**PPG**
# PITTSBURGH PAINTS

SOLD TO:   301846070000
(281)890-4481

STORE# 9602
9602- SPRING
1619 SPRING CYPRESS ROAD
SPRING, TX 77388
PH: (281)353-3020   FX: (281)353-3389
HOURS: MON-FRI  7:00 AM-5:00 PM
           SAT       8:00 AM-12:00 PM

PAF9602@PPG.COM

## INVOICE STORE COPY
#960202015569



9602020920120155569

DATE: 09/20/2012    TIME: 7:28 AM
STORE REP: SCOTT G
SALES REP:
PAGE 1 OF 1

| QTY | ITEM# | DESCRIPTION | PRICE | AMOUNT |
|-----|-------|-------------|-------|--------|
| 4 | 9-110/05<br>_ONE TIME CUSTOM | PURE PERFORMANCE I/F LTX PASTL<br>_Santa Fe | $109.89 | $439.56 |
| 2 | 6-14/01 | SPEEDHIDE I/QD ALK STN KILL PR | $31.53 | $63.06 |

TERMS:   Due Immediately
I agree to pay $544.09  in accordance with my
cardholder agreement.
AUTHCODE#163150

Freight will be charged on orders, blinds, and wall covering books.
Special merchandise in good condition is eligible for 75% refund with
original invoice within 60 days.
Tinted merchandise cannot be returned. Non-tinted merchandise in good
condition may be returned with original invoice within 60 days. Qualifying
returns will be made in the same form of payment as original purchase.
PPG reserves the right to make large cash returns by check within 10
business days.
A service fee will be charged on returned checks. See the store manager for
details.
Visit www.ppgpro.com/survey/stores for a chance to win $500!  (Official
rules apply.)
Browse global employment opportunities at www.ppgac.com/careers.
Thank you for shopping at PPG....Where Every Job Matters!

| | |
|---|---|
| SUBTOTAL: | $502.62 |
| LABOR: | $0.00 |
| FREIGHT: | $0.00 |
| SALES TAX: | $41.47 |
| **INVOICE TOTAL:** | **$544.09** |
| AMERICAN EXPRESS: | $544.09 |
| ***********2008 | |
| TOTAL TENDERED: | $544.09 |
| CHANGE: | $0.00 |

THANK YOU FOR YOUR
BUSINESS!





PPG
PITTSBURGH PAINTS

SOLD TO:   301846070000
(832)656-3856

STORE# 9606
9606 - 290 WEST
13306 FM 1960
HOUSTON, TX 77065
PH: (281)890-4481   FX: (281)890-5978
HOURS: MON-FRI  7:00 AM-5:00 PM
       SAT      8:00 AM-12:00 PM

PAF9606@PPG.COM

**INVOICE**
#960603013205


960603091712013205

DATE: 09/17/2012   TIME: 9:08 AM
STORE REP: CHRISTOPHER C
SALES REP:
PAGE 1 OF 1

| QTY | ITEM# | DESCRIPTION | PRICE | AMOUNT |
|-----|-------|-------------|-------|--------|
| 2 | 12-900/01 | SPEEDHIDE PROEV INT SEALER WH | $10.35 | $20.70 |
| 1 | PPG26743/EA | PS 4LB THE BIG BAG WHT RAGS | $14.49 | $14.49 |

TERMS:   Due Immediately

Freight will be charged on orders, blinds, and wall covering books.
Special merchandise in good condition is eligible for 75% refund with
original invoice within 60 days.
Tinted merchandise cannot be returned. Non-tinted merchandise in good
condition may be returned with original invoice within 60 days. Qualifying
returns will be made in the same form of payment as original purchase.
PPG reserves the right to make large cash returns by check within 10
business days.
A service fee will be charged on returned checks. See the store manager for
details.
Visit www.ppgpro.com/survey/stores for a chance to win $500!  (Official
rules apply.)
Browse global employment opportunities at www.ppgac.com/careers.
Thank you for shopping at PPG....Where Every Job Matters!

| | |
|---|---|
| SUBTOTAL: | $35.19 |
| LABOR: | $0.00 |
| FREIGHT: | $0.00 |
| SALES TAX: | $2.90 |
| **INVOICE TOTAL:** | **$38.09** |
| CASH: | $40.00 |
| TOTAL TENDERED: | $40.00 |
| CHANGE: | ($1.91) |

THANK YOU FOR YOUR
BUSINESS!

RECEIVED BY:



# PPG
# PITTSBURGH PAINTS

SOLD TO:   301846070000
(281)924-0835                 CUST PO#:

STORE# 9606
9606 - 290 WEST
13306 FM 1960
HOUSTON, TX 77065
PH: (281)890-4481   FX: (281)890-5978
HOURS: MON-FRI  7:00 AM-5:00 PM
       SAT      8:00 AM-12:00 PM

PAF9606@PPG.COM

## INVOICE
#960603013202



960603091712013202

DATE: 09/17/2012   TIME: 8:25 AM
STORE REP: IRVIN S
SALES REP:
PAGE 1 OF 1

| QTY | ITEM# | DESCRIPTION | PRICE | AMOUNT |
|-----|-------|-------------|-------|--------|
| 1 | 9-110/01 _960603000001163 | PURE PERFORMANCE I/F LTX PASTL _Santa Fe Match | $23.70 | $23.70 |
| 4 | 9-110/05 _960603000001163 | PURE PERFORMANCE I/F LTX PASTL _Santa Fe Match | $109.89 | $439.56 |
| 2 | 9-120/05 _314-5 | PURE PERFORMANCE I/F LTX MIDTN _JUTE | $109.89 | $219.78 |
| 1 | 12-110/05 | SPEEDHIDE PROEV I/F WH/PSTL | $52.74 | $52.74 |
| 2 | 12-110/05 _315-1 | SPEEDHIDE PROEV I/F WH/PSTL _HORSERADISH | $52.74 | $105.48 |

TERMS:   Due Immediately
I agree to pay $910.66  in accordance with my
cardholder agreement.
AUTHCODE#586986
Freight will be charged on orders, blinds, and wall covering books.
Special merchandise in good condition is eligible for 75% refund with
original invoice within 60 days.
Tinted merchandise cannot be returned. Non-tinted merchandise in good
condition may be returned with original invoice within 60 days. Qualifying
returns will be made in the same form of payment as original purchase.
PPG reserves the right to make large cash returns by check within 10
business days.
A service fee will be charged on returned checks. See the store manager for
details.
Visit www.ppgpro.com/survey/stores for a chance to win $500!  (Official
rules apply.)
Browse global employment opportunities at www.ppgac.com/careers.
Thank you for shopping at PPG....Where Every Job Matters!

| | |
|---|---|
| SUBTOTAL: | $841.26 |
| LABOR: | $0.00 |
| FREIGHT: | $0.00 |
| SALES TAX: | $69.40 |
| INVOICE TOTAL: | $910.66 |

AMERICAN EXPRESS:          $910.66
************2024
TOTAL TENDERED:            $910.66
BALANCE DUE:                 $0.00
CHANGE:                      $0.00

THANK YOU FOR YOUR
BUSINESS!

R GUTIERREZ

Sep 21 12 05:22p                                                      P.1

**PPG**

# PITTSBURGH PAINTS

SOLD TO:   301846080000
(281)555-5555

STORE# 9602
9602- SPRING
1619 SPRING CYPRESS ROAD
SPRING, TX 77388
PH: (281)353-3020    FX: (281)353-3389
HOURS: MON-FRI  7:00 AM-5:00 PM
       SAT      8:00 AM-12:00 PM

PAF9602@PPG.COM

## INVOICE STORE COPY
#960204003653

960204092112003653

DATE: 09/21/2012    TIME: 3:31 PM
STORE REP: JIMMY W
SALES REP:
PAGE 1 OF 1

| QTY | ITEM# | DESCRIPTION | PRICE | AMOUNT |
|-----|-------|-------------|-------|--------|
|     |       |             | $109.89 | $109.89 |
| 1 | 9-110/05 _ONE TIME CUSTOM | PURE PERFORMANCE I/F LTX PASTL _Santa Fe | | |

TERMS:    Due Immediately
I agree to pay $118.96  in accordance with my
cardholder agreement.
AUTHCODE#101341
Freight will be charged on orders, blinds, and wall covering books.
Special merchandise in good condition is eligible for 75% refund with
original invoice within 60 days.
Tinted merchandise cannot be returned. Non-tinted merchandise in good
condition may be returned with original invoice within 60 days. Qualifying
returns will be made in the same form of payment as original purchase.
PPG reserves the right to make large cash returns by check within 10
business days.
A service fee will be charged on returned checks. See the store manager for
details.
Visit www.ppgpro.com/survey/stores for a chance to win $500!  (Official
rules apply.)
Browse global employment opportunities at www.ppgac.com/careers.
Thank you for shopping at PPG....Where Every Job Matters!

| | |
|---|---|
| SUBTOTAL: | $109.89 |
| LABOR: | $0.00 |
| FREIGHT: | $0.00 |
| SALES TAX: | $9.07 |
| INVOICE TOTAL: | $118.96 |

AMERICAN EXPRESS:          $118.96
*************2024
TOTAL TENDERED:            $118.96
CHANGE:                      $0.00

THANK YOU FOR YOUR
BUSINESS!



# — PPG —
# PITTSBURGH PAINTS

STORE# 9602
9602- SPRING
1619 SPRING CYPRESS ROAD
SPRING, TX 77388
PH: (281)353-3020   FX: (281)353-3389
HOURS: MON-FRI  7:00 AM-5:00 PM
       SAT       8:00 AM-12:00 PM

PAF9602@PPG.COM

**INVOICE**
#960202015569



960202092012015569

DATE: 09/20/2012    TIME: 7:28 AM
STORE REP: SCOTT G
SALES REP:
PAGE 1 OF 1

SOLD TO:   301846070000
(281)890-4481

| QTY | ITEM# | DESCRIPTION | PRICE | AMOUNT |
|-----|-------|-------------|-------|--------|
| 4 | 9-110/05 _ONE TIME CUSTOM | PURE PERFORMANCE I/F LTX PASTL _Santa Fe | $109.89 | $439.56 |
| 2 | 6-14/01 | SPEEDHIDE I/QD ALK STN KILL PR | $31.53 | $63.06 |

TERMS:    Due Immediately
I agree to pay $544.09 in accordance with my
cardholder agreement.
AUTHCODE#163150
Freight will be charged on orders, blinds, and wall covering books.
Special merchandise in good condition is eligible for 75% refund with
original invoice within 60 days.
Tinted merchandise cannot be returned. Non-tinted merchandise in good
condition may be returned with original invoice within 60 days. Qualifying
returns will be made in the same form of payment as original purchase.
PPG reserves the right to make large cash returns by check within 10
business days.
A service fee will be charged on returned checks. See the store manager for
details.
Visit www.ppgpro.com/survey/stores for a chance to win $500!  (Official
rules apply.)
Browse global employment opportunities at www.ppgac.com/careers.
Thank you for shopping at PPG....Where Every Job Matters!

| | |
|---|---|
| SUBTOTAL: | $502.62 |
| LABOR: | $0.00 |
| FREIGHT: | $0.00 |
| SALES TAX: | $41.47 |
| **INVOICE TOTAL:** | **$544.09** |

AMERICAN EXPRESS:        $544.09
***********2008
TOTAL TENDERED:          $544.09
CHANGE:                    $0.00

THANK YOU FOR YOUR
BUSINESS!