**Exhibit B**

[Cremens Declaration]

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**DECLARATION OF CHARLES H. CREMENS IN SUPPORT OF APPLICATION FOR ORDER APPROVING THE EMPLOYMENT OF STEVENS & LEE, P.C. AS COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC UNDER SECTIONS 327(a) AND 1107(b) OF THE BANKRUPTCY CODE, EFFECTIVE NUNC PRO TUNC TO NOVEMBER 16, 2014**

I, Charles H. Cremens, declare under penalty of perjury as follows:

1. I am the Disinterested Manager of Energy Future Intermediate Holding Company LLC ("**EFIH**"), located at 1601 Bryan Street, Dallas, TX 75201.

2. I submit this Declaration in support of EFIH's *Application for Order Approving Employment of Stevens & Lee, P.C. as Counsel to Energy Future Intermediate Holding Company LLC Under Sections 327 (a) and 1107(b) of the Bankruptcy Code, Effective Nunc Pro Tunc to November 16, 2014* (the "**Application**").[2] Except as otherwise noted, I have personal knowledge of the matters set forth in this Declaration.

**Disinterested Manager's Selection of Counsel**

3. Based on this Court's finding of an actual conflict in connection with the motion to approve bid procedures for EFIH's subsidiary Oncor Electric Delivery Company LLC and in

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined in this Declaration have the meanings set forth in the Application.

1

accordance with the Stipulation and Agreed Order Regarding a Protocol for Certain Case Matters, entered September 16, 2014 [D.I. 2051], which authorized me, as the EFIH disinterested manager, to choose independent counsel if I determined it became necessary or prudent to do so with respect to a plan or inter-debtor issues, I determined that is was necessary to employ independent counsel and other advisers. Upon making that determination, I consulted with EFIH's inside general counsel and others to obtain a list of law firms who were not already involved in these cases that have the requisite experience and expertise to provide representation and advice in a case as complex and contentious as these cases. From that list, I interviewed lawyers at three firms, including Cravath Swaine & Moore LLP ("**Cravath**").

4. I selected Cravath because of its deep experience and expertise in restructuring and bankruptcy, mergers & acquisitions, corporate governance, tax, and litigation and based on discussions with other parties in interest in the case. I am advised that pursuant to the Local Rules of Bankruptcy Practice and Procedure of the United States Bankriptcy Court for the District of Delaware (the "**Local Rules**"), Cravath is required to associate with Delaware counsel. In addition, it is possible that a disabling conflict may arise for Cravath on a particular matter and thus we needed to be sure that we retained a Delaware law firm which could fulfill both roles as required. Therefore to that end, in consultation with Cravath, I have selected Stevens & Lee, P.C. ("**S&L**"). I am informed and believe that S&L is both well qualified and able to serve as Delaware counsel and, if required, given its strong corporate governance practice, to represent EFIH in connection with the "Independent Matters" as defined in the *Stipulation and Agreed Order Regarding a Protocol for Certain Case Matters*, entered on September 16, 2014 [D.I. 2051], including with respect to matters identified in the *Notice* filed on November 7, 2014 [D.I. 2718], and other matters as may be identified and decided by me in accordance

with the resolutions of the EFIH Board of Directors attached to the Application as <u>Exhibits C and D</u> (the "<u>Resolution</u>"), in an efficient and timely manner.

5. Since November 26, 2014, S&L has worked with Cravath and EFIH to learn about EFIH's business operations, financial challenges, divergent creditor constituencies and the numerous legal issues that have arisen and may arise in the context of EFIH's chapter 11 case as relevant to its role as Delaware counsel

**Compensation**

6. S&L has informed EFIH that the rates it charges for this engagement are comparable to the rates it charges for non-bankruptcy engagements. Based on my general familiarity with the rates that major law firms such as S&L charge, I am comfortable that S&L's rates are comparable to the rates and terms of other comparably skilled counsel.

**Fee and Cost Supervision**

7. EFIH and S&L expect to develop a prospective budget and staffing plan to comply with the U.S. Trustee's Fee Guidelines and the Fee Committee's procedures, recognizing that in the course of this complex chapter 11 case, there are likely to be unforeseeable events and demands that EFIH and S&L will need to address. EFIH further recognizes that it is its responsibility to monitor closely the billing practices of counsel to ensure the fees and expenses paid by the estate remain consistent with EFIH's expectations and the exigencies of EFIH's chapter 11 case. EFIH will review the invoices that S&L submits, and, together with Cravath, amend the budget and staffing plans periodically, as the case develops.

I declare under penalty of perjury as provided in 28 U.S.C. § 1746 that the foregoing is true and correct according to the best of my knowledge, information and belief.

December 24, 2014               By: /s/*Charles H. Cremens*
                                    Charles H. Cremens
                                    Disinterested Manager, Board of
                                    Managers, Energy Future Intermediate
                                    Holding Company LLC