**Exhibit E**

[Huston Declaration]

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered) |

**DECLARATION OF JOSEPH H. HUSTON, JR. IN SUPPORT OF APPLICATION FOR ORDER APPROVING THE EMPLOYMENT OF STEVENS & LEE, P.C. AS COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC UNDER SECTIONS 327(a) AND 1107(b) OF THE BANKRUPTCY CODE, EFFECTIVE *NUNC PRO TUNC* TO NOVEMBER 26, 2014**

I, Joseph H. Huston, Jr., declare under penalty of perjury as follows:

1. I am a partner in the firm of Stevens & Lee, P.C. ("S&L"), with an office located at 1105 North Market Street, Suite 700, Wilmington, DE 19801, and have been duly admitted to practice law in the State of Delaware.

2. I am authorized to submit this Declaration in support of the Application for Order Approving Employment of Stevens & Lee, P.C. as Delaware Counsel to Energy Future Intermediate Holding Company LLC Under Sections 327(a) and 1107(b) of the Bankruptcy Code, Effective Nunc Pro Tunc to November 26, 2014 (the "Application").[2] Except as otherwise noted, I have personal knowledge of the matters set forth herein.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms not defined in this Declaration have the meaning ascribed to them in the Application.

1

**Qualifications**

3.      S&L has extensive experience with the Delaware bankruptcy practice and the Local Rules and is readily available to attend hearings and address issues, especially if the need is an immediate one.  Duplication of efforts among attorneys at Cravath and S&L will be minimized, and both firms will work closely together to ensure that unnecessary duplication is avoided.  Combining the resources of Cravath and S&L will foster the dual goals of efficient and effective representation before this Court and will work to the benefit of the estate and its creditors.

4.      S&L has entered into an Engagement Agreement with EFIH, a copy of which is attached to this Declaration as Exhibit 1, to provide legal services to EFIH in accordance with the Resolutions adopted by EFIH's Board of Managers on November 7, 2014 and December 5, 2014, copies of which are attached to the Application as Exhibit D and Exhibit E. The Engagement Agreement describes the scope of services that S&L agrees to provide and S&L's compensation.

**Scope of Services to be Provided**

5.      The scope of Cravath's and S&L's retention is limited to advising EFIH on Conflict Matters and determining whether a matter constitutes a Conflict Matter and will not duplicate the efforts of Kirkland & Ellis, LLP ("Kirkland") or Richards, Layton & Finger, P.A. ("RLF"), whose role in these cases as primary restructuring counsel to the Debtors will remain unchanged. Kirkland and RLF on the one hand, and Cravath and S&L on the other, will work to minimize duplication of their work, with Kirkland and RLF being chiefly responsible for providing general bankruptcy and reorganization advice to the Debtors, and Cravath and S&L advising EFIH on Conflict Matters and determination of whether a matter constitutes a Conflict Matter, each consistent with their respective engagements. In addition, in its capacity as counsel

2

to EFIH, S&L will endeavor not to duplicate the efforts of any other professional retained by the Debtors in these chapter 11 cases, including its co-counsel Cravath.

**Compensation**

6. The hourly rates charged by S&L for services of professionals and paraprofessionals it employs are:

|  | 2014 | 2015 |
|---|---|---|
| Attorney range: | $225 to $1,000 | $230 to $1,060. |
| Shareholders: | $430 to $1,000 | $400 to $1,060. |
| Of Counsel: | $445 to $650. | $410 to $700. |
| Associates: | $225 to $575 | $230 to $600. |
| Paralegals: | $220 to $260 | $240 to $270. |
| Legal assistants (for compensable professional services) | $160 | $165 |

The charges for attorneys who will render services for EFIH will be based upon actual time spent and upon the experience and expertise of the attorney or legal assistant involved. The hourly rates set forth above are subject to periodic adjustments (generally on January 1 of each year) to reflect economic and other conditions.[3]

7. The hourly rates set forth above are consistent with the rates that S&L charges other comparable clients for similar services, whether in or outside of chapter 11, regardless of the location of the client or the court in which a matter is pending. The hourly rates listed above are appropriate and not significantly different from (a) the rates that S&L charges for other

---

[3] For example, like many similar law firms, S&L increases the hourly billing rate of attorneys and paraprofessionals yearly in the form of: (a) step increases historically awarded in the ordinary course on the basis of advancing seniority and promotion and (b) periodic increases within each attorney's and paraprofessional's current level of seniority. The step increases do not constitute "rate increases" (as the term is used in the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases, effective November 1, 2013. As set forth in the Order, S&L has agreed to provide ten business days' notice to the Debtors, the U.S. Trustee, and the Committees before implementing any periodic increases and has agreed file such notice with the Court.

similar types of representations or (b) the rates that other counsel of similar expertise and experience would charge to do work similar to the work S&L will perform in this chapter 11 case.

8. S&L does not typically hire contract attorneys. If it should use any contract attorneys in this case, it will pass through to EFIH only the actual charge it pays for their services.

9. It is S&L's policy to charge its clients in all areas of practice for all other expenses incurred in connection with the client's case. The expenses charged to clients include, among other things, telephone conference call and international call charges, mail, express mail, and overnight delivery service charges, special or hand delivery charges, document retrieval charges, photocopying charges, charges for mass mailings (including envelopes and labels) provided by S&L to outside copying services, travel expenses, expenses for "working meals," computerized research, transcription costs, and non-ordinary overhead expenses such as secretarial and other overtime. S&L will charge EFIH for these expenses in a manner and at rates consistent with charges made generally to S&L's other clients and within the guidelines set forth in Rule 2014-1 of the Local Rules and all amendments and supplemental standing orders of the Court. S&L believes that it is more appropriate to charge these expenses to the clients incurring them than to increase the hourly rates and spread the expenses among all clients. S&L does not charge clients for office supplies.

10. Notwithstanding the foregoing and consistent with the Local Rules, S&L will charge no more than $0.10 per page for photocopying. S&L does not charge its clients for incoming facsimile transmissions or for office supplies and will not seek reimbursement for them in this case.

4

11. S&L will apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with EFIH's chapter 11 case in compliance with sections 330 and 331 of the Bankruptcy Code and applicable provisions of the Bankruptcy Rules, Local Bankruptcy Rules, the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals entered on September 16, 2014 [D.I. 2066] and any other applicable procedures and orders of the Court, including the Stipulation and Order Appointing a Fee Committee [D.I. 1896], and will cooperate with the fee committee appointed under that Stipulation and Order in the discharge of its duties. In connection with any employment or interim or final fee application S&L files in this chapter 11 case, S&L will make a reasonable effort to comply with the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013.

12. S&L does not share fees with any attorneys except to the extent permitted by section 504.

**Disinterestedness; Absence of Conflicts of Interest and Grounds for Disqualification**

13. In the ordinary course of business, S&L requires its professionals, before accepting the representation of a new client or the representation of an existing client in a new matter, to perform a conflict check through the firm's database and to enter conflict information regarding new clients for new matters into that database. Thus, a review of the database should reveal any and all actual or potential conflicts of interest with respect to any given representation.

14. At Cravath's request, Kirkland provided Cravath a list of potential parties in interest in EFIH's case, which includes EFIH's affiliates, significant creditors, equity interest holders, other known potential parties in interest in its chapter 11 case, employees of this Court

5

and of the U.S. Trustee's Office for Region 3, and the Debtors' professionals that are known to be assisting the Debtors in these chapter 11 cases (collectively, the "Parties in Interest"). The list of Parties in Interest includes more than 1,000 entries. Cravath, in turn, provided that list to S&L, and S&L has conducted an investigation (the "Conflicts Check") of its client records for purposes of compliance with Bankruptcy Rule 2014, although it truncated the list of interested parties to search only the "lead" affiliate; *e.g,* the search was only for BlackRock as opposed to each of the numerous entities listed with BlackRock in the name. That search thus would have exposed any connection with any BlackRock entity. A copy of the list is attached.

15. S&L has compared the Parties in Interest list with its list of current and former clients. S&L is not providing and will not provide any representation or advice to any of the entities listed on the Parties in Interest list, including any who are current clients, for any matter arising in or in connection with this chapter 11 case and has not provided any such services, except as described below:

<u>Relationships with Potentially Interested Parties</u>

| | |
|---|---|
| Alvaraz & Marsal | Current client; no active matter. |
| Charles Cremens | Affiliate/manager of the Company |
| AON Insurance Co. Inv. Trust, | Former Client; Affiliate of AON Hewitt Collective DIP Lender |
| Southern California Edison Company | Client; affiliate of So. Cal Edison Retirement Plan |
| Stichting Pensioenfonds DSM Nederlands | Client; Delaware counsel in a Chapter 11 case |
| HCC | Former Client |
| Liberty Mutual Insurance Co. | Client |
| RSUI Insurance Co. | Former Client |

6

| | |
|---|---|
| Blackrock Entities | An affiliate is Former Client |
| Redwood Capital Management | An affiliate is Former Client |
| Performance Contracting, Inc. | Former Client |

Stevens & Lee enjoys referral and co-counsel relationships with a number of the professionals involved in the case.

16. Rule 2014 requires disclosure of connections with "the debtor, creditors [and] any other party in interest." The Bankruptcy Code defines "creditor" as "entity that has a claim against the debtor that arose at the time of or before the order for relief concerning the debtor" or whose claim is deemed to arise prepetition. EFIH's affiliates' creditors (or parties in interest) who are not themselves EFIH's creditors (or parties in interest) are not creditors (or parties in interest) in EFIH's chapter 11 case; they are creditors of EFIH's creditors (or parties in interest). Based on these provisions, S&L did not conduct an investigation of the approximately 20,000 other creditors and parties in interest in the related chapter 11 cases who are not parties in interest in EFIH's chapter 11 case.

17. It is common for this firm to be engaged to represent more than one party in a significant bankruptcy case in Delaware. At the commencement of this case, S&L was approached by the Electric Reliability Council of Texas ("ERCOT") to advise it in connection with the assumption of one or more of its agreements with one or more of the Debtors. S&L never received any confidential information and was never asked to provide substantive attention to any matter in this case, however. In addition, ERCOT retained S&L as local counsel to provide substantive attention to an entirely separate bankruptcy case pending in the District of New Jersey, *In re North American Power Partners*. That matter has concluded and we do not otherwise represent ERCOT. We also understand that ERCOT is not a creditor of EFIH but believed that our connection should be disclosed out of an abundance of caution.

18.     S&L also acts as Delaware counsel to co-counsel for a group of utility companies who appeared at the beginning of these cases to protect their rights under section 366 of the Bankruptcy Code, but those matters were concluded early in the process and it is our understanding that neither did nor do they affect the proceedings involving the Company.  In addition, we represent and appeared for the City of Dallas, Texas, which is a creditor of a nondebtor affiliate of the debtors solely for the purpose of monitoring these proceedings.  None of the lawyers, legal assistants or paralegals of the firm who represent the City of Dallas, Texas will be involved in this engagement, and we will establish an "ethical wall" to ensure that the Company's confidential information will not be shared with the City of Dallas, Texas or the lawyers, legal assistants or paralegals who represent it.  We do not believe that either of these relationships constitutes a conflict or renders us "disinterested," but again believed that these connections should be disclosed out of an abundance of caution.

19.     S&L's practices encompass the representation of many investors, financial institutions and other entities, some of which may be or may become creditors or parties in interest, including potential acquirers of assets in EFIH's chapter 11 case. Furthermore, as part of its practice, S&L appears in cases, proceedings, and transactions involving numerous attorneys, accountants, and financial advisors, both in adverse and non-adverse roles, some of which may represent the Debtors, creditors, or parties in interest, or themselves be creditors or parties in interest in these chapter 11 cases. It is not practicable for S&L to list all such representations, but I believe that none of them would prevent S&L from being a disinterested person, would involve the holding or representation of an interest adverse to the estate, or would create a conflict of interest with respect to this employment. S&L has not and will not represent any of these creditors, investors, potential acquirers, parties in interest, attorneys,

8

financial advisors, accountants or any other entity in or in connection with these chapter 11 cases.

20.     Based on my review of the Parties in Interest List and the Conflict Check and on my own investigation, I believe that S&L does not have any conflicts of interest that would prevent or restrict it in representing EFIH under nonbankruptcy conflict rules.

21.     An S&L shareholder or I will also file appropriate supplemental disclosure(s) with the Court as necessary to the extent that additional information concerning any other Parties in Interest is developed.

22.     To the extent that issues arise that would cause EFIH to be adverse to any of Cravath's clients such that it would not be appropriate for Cravath to represent EFIH with respect to such matters, the Disinterested Manager will request that S&L represent EFIH with respect to those matters; and the reverse is so, too.

23.     Based on the foregoing, I believe that S&L is a "disinterested person", as defined in section 101(14) of the Bankruptcy Code, and does not hold or represent an interest adverse to the EFIH's estate, as required by section 328(a) of the Bankruptcy Code and that S&L's partners, associates and special attorneys do not hold or represent any interest adverse to EFIH or its estate, except as otherwise specified in this Declaration. Accordingly, I submit that S&L is not disqualified for employment by EFIH under section 327(a) of the Bankruptcy Code to advise and represent EFIH as independent counsel.

24.     In addition, to the best of my knowledge, information and belief, neither I, S&L, nor any partner, associate or special attorney of S&L, is a relative of, or has been so connected to, any judge of the United States Bankruptcy Court for the District of Delaware, the United States Trustee for the District of Delaware, or any employee of the United States Trustee for the

District of Delaware. Accordingly, I submit that Bankruptcy Rule 5002 would not prohibit employment of S&L as independent counsel.

**Response to U.S. Trustee Fee Guideline Questions**

25. The following answer the questions in Section D.1 of the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013:

   a. S&L did not agree to any variations from, or alternatives to, its standard or customary billing arrangements for this engagement.

   b. None of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case.

   c. S&L has not previously represented EFIH.

   d. EFIH has not approved S&L's budget and staffing plan. Because it was employed so recently and under urgent circumstances, S&L has not yet developed a budget or staffing plan. S&L intends to do so in accordance with the Stipulation and Order Appointing a Fee Committee [D.I. 1896] once its employment is approved.

I declare under penalty of perjury as provided in 28 U.S.C. § 1746 that the foregoing is true and correct according to the best of my knowledge, information and belief.

Dated: December 24, 2014         /s/ *Joseph H. Huston, Jr.*
                                 Joseph H. Huston, Jr.

10

| Party name | Category |
|---|---|
| UMB BANK, N.A. | Bank |
| ALVAREZ & MARSAL LLC | Contract counterparty |
| CHARLES CREMENS | Contract counterparty |
| COMPUTERSHARE TRUST COMPANY, N.A. | Contract counterparty |
| CSC TRUST COMPANY OF DELAWARE | Contract counterparty |
| DELOITTE AND TOUCHE, LLP | Contract counterparty |
| EFH CORPORATE SERVICES COMPANY | Contract counterparty |
| ERNST AND YOUNG LLP | Contract counterparty |
| EVERCORE GROUP LLC | Contract counterparty |
| FILSINGER ENERGY PARTNERS | Contract counterparty |
| FRANKLIN ADVISORS, INC. | Contract counterparty |
| PERELLA WEINBERG PARTNERS LP | Contract counterparty |
| SAIC ENERGY, ENVIRONMENT & INFRASTRUCTURE, LLC | Contract counterparty |
| TEXAS ENERGY FUTURE HOLDINGS LP | Contract counterparty |
| UMB BANK, N.A. | Contract counterparty |
| Ashby, Kevin M. | Current for former Director or Officer |
| Cremens , Charles H. | Current for former Director or Officer |
| Dore, Stacey H. | Current for former Director or Officer |
| Ferguson, Thomas H. | Current for former Director or Officer |
| Fleshman, Betty R. | Current for former Director or Officer |
| Gooch, Cecily Small | Current for former Director or Officer |
| Horton, Anthony R. | Current for former Director or Officer |
| Howard, Carla A. | Current for former Director or Officer |
| Keglivic, Paul M. | Current for former Director or Officer |
| Liaw, Jeffrey | Current for former Director or Officer |
| Moldovan, Kristopher E. | Current for former Director or Officer |
| Nutt, Terry | Current for former Director or Officer |
| Pontarelli, Kenneth | Current for former Director or Officer |
| Szlauderbach, Stanley J. | Current for former Director or Officer |
| Walker, Jeffrey J. | Current for former Director or Officer |
| Young, John F. | Current for former Director or Officer |
| Youngblood, Kneeland | Current for former Director or Officer |
| 4Change Energy Company | Debtor affiliate |
| Basic Resources, Inc. | Debtor affiliate |
| Big Brown 3 Power Company LLC | Debtor affiliate |
| Brighten Energy LLC | Debtor affiliate |
| Collin Power Company LLC | Debtor affiliate |
| Comanche Peak Nuclear Power Co. LLC | Debtor affiliate |
| Dallas Power & Light Company | Debtor affiliate |
| DeCordova II Power Company LLC | Debtor affiliate |
| Eagle Mountain Power Company LLC | Debtor affiliate |
| Ebasco Services of Canada Limited | Debtor affiliate |
| EEC Holdings, Inc. | Debtor affiliate |
| EECI, Inc. | Debtor affiliate |
| EFH CG Holdings Company LP | Debtor affiliate |
| EFIH Finance Inc. | Debtor affiliate |
| Energy Future Holdings Corp. | Debtor affiliate |
| Energy Future Intermediate Holding Company LLC | Debtor affiliate |
| Generation Development Company LLC | Debtor affiliate |
| Greenway Development Holding Co. | Debtor affiliate |
| Humphreys & Glasgow Limited | Debtor affiliate |

| Party name | Category |
|---|---|
| Lake Creek 3 Power Company LLC | Debtor affiliate |
| Lone Star Pipeline Company, Inc. | Debtor affiliate |
| LSGT SACROC, Inc. | Debtor affiliate |
| Luminant Big Brown Mining Company LLC | Debtor affiliate |
| Martin Lake 4 Power Company LLC | Debtor affiliate |
| Monticello 4 Power Company LLC | Debtor affiliate |
| Morgan Creek 7 Power Company LLC | Debtor affiliate |
| NCA Development Company LLC | Debtor affiliate |
| NCA Resources Development Company LLC | Debtor affiliate |
| Nuclear Energy Future Holdings LLC | Debtor affiliate |
| Oak Grove Management Company LLC | Debtor affiliate |
| Oncor Communications Holdings Company LLC | Debtor affiliate |
| Oncor Management Investment LLC | Debtor affiliate |
| Sandow Power Company LLC | Debtor affiliate |
| Southwestern Electric Service Company, Inc. | Debtor affiliate |
| TCEH Finance, Inc. | Debtor affiliate |
| Texas Competitive Electric Holdings Company LLC | Debtor affiliate |
| Texas Power & Light Company, Inc. | Debtor affiliate |
| Tradinghouse 3 & 4 Power Company LLC | Debtor affiliate |
| TXU Eastern Finance (A) Ltd. | Debtor affiliate |
| Valley NG Power Company LLC | Debtor affiliate |
| 2006 BARRON HILTON CHARITABLE REMAINDER UNITRUST | DIP Lender |
| A Voce CLO, LTD | DIP Lender |
| ABSOLUTE INSIGHT FUNDS PLC IN RESPECT OF THE ABSOLUTE | DIP Lender |
| ACE AMERICAN INSURANCE COMPANY | DIP Lender |
| ACE EUROPEAN GROUP LIMITED | DIP Lender |
| ACE PROPERTY AND CASUALTY INSURANCE COMPANY | DIP Lender |
| AGF FLOATING RATE INCOME FUND | DIP Lender |
| AIMCO CLO SERIES 2014-A | DIP Lender |
| ALLEGHENY TECHNOLOGIES INCORPORATED MASTER PENSION TRUST | DIP Lender |
| ALLSTATE LIFE INSURANCE COMPANY | DIP Lender |
| ALM V Ltd. | DIP Lender |
| ALM VII, LTD. | DIP Lender |
| ALM VIII, LTD. | DIP Lender |
| ALM X, LTD. | DIP Lender |
| ALM XII LTD | DIP Lender |
| ANCHORAGE CAPITAL CLO 2012-1, LTD. | DIP Lender |
| AON HEWITT COLLECTIVE INVESTMENT TRUST | DIP Lender |
| AQR OPPORTUNISTIC PREMIUM OFFSHORE FUND, L.P. | DIP Lender |
| ARCH INVESTMENT HOLDINGS IV LTD. | DIP Lender |
| ARGO RE LTD. | DIP Lender |
| ASCENSION HEALTH MASTER PENSION TRUST. | DIP Lender |
| Avalon IV Capital LTD | DIP Lender |
| AVERY POINT IV CLO LIMITED | DIP Lender |
| AXA Offshore Multimanager Funds Trust-AXA Offshore Moderate Multimanager Fund | DIP Lender |
| BAKER STREET CLO II LTD. | DIP Lender |
| BAKERY AND CONFECTIONERY UNION AND INDUSTRY INTERNATIONAL PENSION FUND | DIP Lender |
| Bayer Corporation Defined Benefit Master Trust | DIP Lender |

| Party name | Category |
|---|---|
| BELL ATLANTIC MASTER TRUST.. | DIP Lender |
| BENEFIT STREET PARTNERS CLO IV LTD | DIP Lender |
| BENNETT RESTRUCTURING FUND, L.P. | DIP Lender |
| BIG RIVER GROUP FUND SPC LIMITED | DIP Lender |
| BIG RIVER GROUP FUND SPC LIMITED - BOND SEGREGATED PORTFOLIO | DIP Lender |
| Bill & Melinda Gates Foundation. | DIP Lender |
| BMW (UK) Operations Pension Scheme | DIP Lender |
| BNY Mellon Global Funds plc, in respect of the BNY Mellon Absolute Return Bond Fund | DIP Lender |
| BRIGADE OPPORTUNISTIC CREDIT FUND - ICL LP | DIP Lender |
| Bryce Funding | DIP Lender |
| BSA Commingled Endowment Fund, LP | DIP Lender |
| BSA Retirement Plan for Employees | DIP Lender |
| CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM.. | DIP Lender |
| Canyon Balanced Master Fund, Ltd. | DIP Lender |
| Carlyle High Yield Partners VIII, Ltd | DIP Lender |
| CATLIN RE SWITZERLAND LTD | DIP Lender |
| CENT CLO 22 LIMITED | DIP Lender |
| CITIBANK N A dba OAK 2014-2 LOAN FUNDING LLC | DIP Lender |
| CITIBANK, N.A. | DIP Lender |
| COLUMBIA FUNDS VARIABLE SERIES TRUST II - VARIABLE PORTFOLIO - EATON VANCE FLOATING-RATE INCOME FUND | DIP Lender |
| COMMUNITY INSURANCE COMPANY. | DIP Lender |
| Consumer Program Administrators Inc | DIP Lender |
| COPPERHILL LOAN FUND I LLC | DIP Lender |
| Cornerstone CLO, Ltd. | DIP Lender |
| CREDIT SUISSE CAPITAL LLC dba BLT 14 LLC | DIP Lender |
| CREDIT VALUE PARTNERS DISTRESSED DURATION MASTER FUND, LP | DIP Lender |
| CURIAN LONG SHORT CREDIT FUND | DIP Lender |
| CURIAN/BLACKROCK GLOBAL LONG SHORT CREDIT FUND | DIP Lender |
| Curian-Pimco Credit Income Fund | DIP Lender |
| CVP CASCADE CLO-2 LTD | DIP Lender |
| DOW RETIREMENT GROUP TRUST.. | DIP Lender |
| DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LP dba FORTRESS | DIP Lender |
| EASTSPRING INVESTMENTS US BANK LOAN SPECIAL ASSET | DIP Lender |
| ECP CLO 2008-1 LTD | DIP Lender |
| EMPLOYEES' RETIREMENT SYSTEM OF THE STATE OF RHODE ISLAND | DIP Lender |
| FEDERATED BANK LOAN CORE FUND | DIP Lender |
| Fidelity Funds SICAV / Fidelity Funds - US High Yield | DIP Lender |
| FIDELITY SCHOOL STREET TRUST: FIDELITY STRATEGIC INCOME FUND | DIP Lender |
| FIFTH STREET STATION LLC | DIP Lender |
| FLAGSHIP VII LIMITED. | DIP Lender |
| Flatiron CLO 2011-1 Ltd | DIP Lender |
| FORTRESS CREDIT BSL LIMITED | DIP Lender |
| FRANKLIN CUSTODIAN FUNDS - FRANKLIN UTILITIES FUND | DIP Lender |
| GREYHOUND LINES INC- AMALGAMATED TRANSIT UNION NATIONAL LOCAL 1700 RETIREMENT & DISABILITY TRUST | DIP Lender |

| Party name | Category |
|---|---|
| GSO AIGUILLE DES GRANDS MONTETS FUND I LP | DIP Lender |
| GUIDESTONE FUNDS GLOBAL BOND FUND | DIP Lender |
| HAND BENEFITS & TRUST COMPANY dba HAND COMPOSITE EMPLOYEE BENEFIT TRUST | DIP Lender |
| HARTFORD MULTI-ASSET INCOME FUND | DIP Lender |
| Hewlett-Packard Company Master Trust-Long Duration | DIP Lender |
| HOSPITAL SERVICE ASSOCIATION OF NORTHEASTERN PENNSYLVANIA | DIP Lender |
| HOSPITAL SISTERS HEALTH SYSTEM | DIP Lender |
| HP US HIGH YIELD Z.H. INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH | DIP Lender |
| HSBC SECURITIES USA INC | DIP Lender |
| ICE 3: GLOBAL CREDIT CLO LIMITED | DIP Lender |
| IHC HEALTH SERVICES INC. | DIP Lender |
| INDUSTRIENS PENSION PORTFOLIO F.M.B.A INVESTMENT GRADE OBLIGATIONER I | DIP Lender |
| INDUSTRIENS PENSION PORTFOLIO F.M.B.A., HIGH YIELD OBLIGATIONER III | DIP Lender |
| ING (L) Flex - Senior Loans | DIP Lender |
| ING CAPITAL LLC | DIP Lender |
| ING Investment Management CLO II, Ltd. | DIP Lender |
| Inova Health System Foundation Defined Benefit Plan Master Trust | DIP Lender |
| Insight Global Funds II Plc in respect of the Insight Total Return Bond Fund | DIP Lender |
| Insight Global Funds II Plc, in respect of the Insight Short-Dated High Yield | DIP Lender |
| INSIGHT LDI SOLUTIONS PLUS PLC, in respect of the Insight Loan Fund | DIP Lender |
| International Union, UAW - Master Pension Trust | DIP Lender |
| INVESCO SENIOR INCOME TRUST | DIP Lender |
| KEVIN B AND ANNE MARIE ROTH RE | DIP Lender |
| KEVIN B ROTH | DIP Lender |
| KINGSLAND VII | DIP Lender |
| KS INTERNATIONAL MASTER LTD. | DIP Lender |
| KVK CLO 2012-1 LTD. | DIP Lender |
| L-3 COMMUNICATIONS CORPORATION MASTER TRUST | DIP Lender |
| Laborers' District Council & Contractors' Pension Fund of Ohio | DIP Lender |
| LANCASHIRE INSURANCE COMPANY LIMITED | DIP Lender |
| LEGG MASON PARTNERS VARIABLE INCOME TRUST - LEGG MASON WESTERN ASSET VARIABLE HIGH INCOME PORTFOLIO | DIP Lender |
| LGT Multi Manager Bond High Yield | DIP Lender |
| Lloyds Bank Pension Scheme No.1. | DIP Lender |
| LOCKHEED MARTIN CORPORATION MASTER RETIREMENT TRUST.. | DIP Lender |
| LOEB ARBITRAGE OFFSHORE PARTNERS, LTD. | DIP Lender |
| LUCUMA FUNDING ULC | DIP Lender |
| MACKENZIE NORTH AMERICAN CORPORATE BOND FUND | DIP Lender |
| Madison Park Funding VI, Ltd | DIP Lender |
| MADISON PARK FUNDING VII, LTD | DIP Lender |
| MAGNETITE VI, LIMITED | DIP Lender |
| MAGNETITE VII, LIMITED | DIP Lender |
| MAREA CLO, LTD. | DIP Lender |
| Medical Liability Mutual Insurance Company | DIP Lender |
| Met Investors Series Trust - Met/Eaton Vance Floating Rate Portfolio | DIP Lender |

| Party name | Category |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY | DIP Lender |
| MICHELIN NORTH AMERICA INC MASTER RETIREMENT TRUST | DIP Lender |
| Mill Creek CLO Ltd | DIP Lender |
| MISSOURI EDUCATION PENSION TRUST. | DIP Lender |
| Montgomery County Employee's Retirement System | DIP Lender |
| Montgomery Street Income Securities, Inc. | DIP Lender |
| MOUNTAIN HAWK I CLO, LTD. | DIP Lender |
| Mountain View CLO 2014-1 Ltd | DIP Lender |
| NATIONAL ELECTRICAL BENEFIT FUND | DIP Lender |
| NATIONAL RAILROAD RETIREMENT INVESTMENT TRUST. | DIP Lender |
| NCRAM Loan Trust | DIP Lender |
| Nestle in the USA Pension Trust | DIP Lender |
| NEUBERGER BERMAN ALTERNATIVE FUNDS - NEUBERGER BERMAN ABSOLUTE RETURN MULTI-MANAGER FUND | DIP Lender |
| NEWMARK CAPITAL FUNDING 2014-2 CLO LTD | DIP Lender |
| NORTH SHORE - LONG ISLAND JEWISH HEALTH SYSTEM, INC | DIP Lender |
| OAKTREE ENHANCED INCOME FUNDING SERIES I LTD / OAKTREE ENHANCED INCOME FUND LP | DIP Lender |
| Oaktree Senior Loan Fund L.P. | DIP Lender |
| Ocean Trails CLO II | DIP Lender |
| OCP CLO 2012-1, LTD. | DIP Lender |
| Oppenheimer Master Loan Fund, LLC | DIP Lender |
| OZLM FUNDING V LTD | DIP Lender |
| Pacific Select Fund - Floating Rate Loan Portfolio | DIP Lender |
| PENSION PROTECTION FUND | DIP Lender |
| PERMAL CANYON FUND LTD | DIP Lender |
| PERMANENS CAPITAL FLOATING RATE FUND LP | DIP Lender |
| PIMCO FUNDS: PIMCO COMMODITIESPLUS STRATEGY FUND | DIP Lender |
| PINEHURST TRADING INC dba BIRCHWOOD FUNDING LLC | DIP Lender |
| PINNACOL ASSURANCE. | DIP Lender |
| PowerShares Senior Loan Portfolio | DIP Lender |
| PROFESSIONALS' GLOBAL FIXED INCOME FUND | DIP Lender |
| Prudential Investment Portfolios, Inc. 14-Prudential Floating Rate Income Fund | DIP Lender |
| Putnam Floating Rate Income Fund | DIP Lender |
| Pyramis Floating Rate High Income Commingled Pool | DIP Lender |
| QPB HOLDINGS LTD | DIP Lender |
| RACE POINT VII CLO, LIMITED | DIP Lender |
| Rampart CLO 2007 Ltd. | DIP Lender |
| REGENCE BLUECROSS BLUESHIELD OF OREGON | DIP Lender |
| REGENCE BLUECROSS BLUESHIELD OF UTAH | DIP Lender |
| REGIONS BANK | DIP Lender |
| REMUDA CAPITAL MANAGEMENT LTD | DIP Lender |
| Renaissance Reinsurance Ltd. | DIP Lender |
| RiverPark Short Term HIgh Yield Fund | DIP Lender |
| ROBERT J TANNOR | DIP Lender |
| ROTH LIVING TRUST | DIP Lender |
| RUSH UNIVERSITY MEDICAL CENTER MASTER RETIREMENT TRUST | DIP Lender |

| Party name | Category |
|---|---|
| RUSSELL INVESTMENT COMPANY RUSSELL MULTI-STRATEGY ALTERNATIVE FUND | DIP Lender |
| SAFETY INSURANCE COMPANY | DIP Lender |
| Saturn CLO Ltd | DIP Lender |
| SC CREDIT OPPORTUNITIES MANDATE LLC | DIP Lender |
| SCOR GLOBAL LIFE AMERICAS REINSURANCE COMPANY | DIP Lender |
| Scor Reinsurance Company | DIP Lender |
| SCOTIA CAPITAL | DIP Lender |
| SEI Institutional Managed Trust's Core Fixed Income | DIP Lender |
| SLATER MILL LOAN FUND, LP | DIP Lender |
| SOLUS SENIOR HIGH INCOME FUND LP | DIP Lender |
| SOUND POINT CLO VI LTD | DIP Lender |
| SOUND POINT MONTAUK FUND L.P | DIP Lender |
| SOUTH FERRY CAPITAL MASTER FUND LTD. | DIP Lender |
| SOUTHERN CALIFORNIA EDISON COMPANY RETIREMENT PLAN TRUST. | DIP Lender |
| ST. JOSEPH HEALTH SYSTEM | DIP Lender |
| ST.LUKE'S HEALTH SYSTEM CORPORATION dba ST.LUKE'S HEALTH SYSTEM RETIREMENT PLAN | DIP Lender |
| STICHTING BEDRIJFSTAKPENSIOENFONDS VOOR HET BEROEPSVERVOER OVER DE WEG.. | DIP Lender |
| Stichting Pensioenfonds DSM Nederland | DIP Lender |
| STICHTING PENSIOENFONDS HOOGOVENS. | DIP Lender |
| STICHTING PENSIOENFONDS TNO | DIP Lender |
| Stone Tower CLO VII Ltd. | DIP Lender |
| SUNAMERICA SENIOR FLOATING RATE FUND, INC.. | DIP Lender |
| SYMPHONY CLO XIV LTD | DIP Lender |
| T ROWE PRICE FLOATING RATE MULTI-SECTOR ACCOUNT PORTFOLIO | DIP Lender |
| Tewksbury Investment Fund Ltd./LLT Limited | DIP Lender |
| The Hartford Strategic Income Fund | DIP Lender |
| THL CREDIT WIND RIVER 2013-1 CLO LTD. | DIP Lender |
| TICP CLO II LTD | DIP Lender |
| TOM & PHILLIP ST JOHNS LLC | DIP Lender |
| UMC BENEFIT BOARD, INC. | DIP Lender |
| UNDERWRITERS AT LLOYD'S, LONDON dba CATLIN UNDERWRITING AGENCIES LTD | DIP Lender |
| USG CORPORATION RETIREMENT PLAN TRUST | DIP Lender |
| Vanguard Variable Insurance Fund - High Yield Bond Portfolio | DIP Lender |
| VARIABLE INSURANCE PRODUCTS FUND V:STRATEGIC INCOME PORTFOLIO | DIP Lender |
| VARIABLE INSURANCE PRODUCTS FUND: FLOATING RATE HIGH INCOME PORTFOLIO | DIP Lender |
| Venture VIII CDO, Limited | DIP Lender |
| VIRTUS ALTERNATIVE INFLATION SOLUTION FUND | DIP Lender |
| VOYA FLOATING RATE FUND | DIP Lender |
| WELLINGTON TRUST COMPANY, NA MULTIPLE COLLECTIVE INVESTMENT FUNDS TRUST II, CORE BOND PLUS HIGH YIELD PORTFOLIO | DIP Lender |

| Party name | Category |
|---|---|
| WELLINGTON TRUST COMPANY, NA MULTIPLE COMMON TRUST FUNDS TRUST-OPPORTUNISTIC FIXED INCOME ALLOCATION PORTFOLIO | DIP Lender |
| WELLPOINT INC. | DIP Lender |
| Wellpoint. Inc. | DIP Lender |
| Western Asset Managed High Income Portfolio Inc. | DIP Lender |
| WESTERN ASSET U.S. BANK LOAN (OFFSHORE) FUND | DIP Lender |
| WHITEHORSE VI, LTD. | DIP Lender |
| WINCHESTER GLOBAL TRUST COMPANY LIMITED AS TRUSTEE OF WCM MASTER TRUST | DIP Lender |
| WM Pool - Fixed Interest Trust No. 7 | DIP Lender |
| COMPUTERSHARE TRUST COMPANY, N.A. | Indenture Trustee |
| CSC TRUST COMPANY OF DELAWARE | Indenture Trustee |
| American Stock Transfer and Trust Company, LLC | Indenture Trustee on Guaranteed debt of parent |
| ACE | Insurer |
| AIG | Insurer |
| American Nuclear Insurers | Insurer |
| Argo Re (Bermuda) | Insurer |
| Associated Electric & Gas Insurance Services (AEGIS) | Insurer |
| Axis | Insurer |
| Beazley | Insurer |
| Chubb Atlantic Indemnity Ltd. (Bermuda) | Insurer |
| Energy Insurance Mutual (EIM) | Insurer |
| Federal Insurance Co. | Insurer |
| FM Global | Insurer |
| HCC | Insurer |
| Liberty Mutual/Safeco | Insurer |
| Monitor | Insurer |
| Navigators | Insurer |
| Nuclear Electric Insurance Ltd. (NEIL) | Insurer |
| Nuclear Energy Liability Insurance Association (NELIA) | Insurer |
| Oil Casualty Insurance Ltd. (OCIL) | Insurer |
| RLI | Insurer |
| RSUI (CRC) | Insurer |
| Starr Aviation | Insurer |
| Starr Cos. | Insurer |
| Starr Surplus Lines Insurance Co. | Insurer |
| Torus | Insurer |
| XL Insurance (Bermuda) Ltd. | Insurer |
| Franklin Funds | Secured debtholder |
| AllianceBernstein | Secured debtholder |
| Allianz Global Investors | Secured debtholder |
| American Century Investment Management | Secured debtholder |
| Artio Global Management | Secured debtholder |
| Avenue | Secured debtholder |
| Aviary Capital Enterprises, Inc. | Secured debtholder |
| Aviva Investors North America | Secured debtholder |
| Babson Capital | Secured debtholder |
| Barclays | Secured debtholder |

| Party name | Category |
|---|---|
| BlackRock | Secured debtholder |
| BMO Asset Management Inc. | Secured debtholder |
| DuPont Capital Management Corporation | Secured debtholder |
| Eaton Vance | Secured debtholder |
| Ellis Lake Capital, LLC | Secured debtholder |
| Euroclear Bank | Secured debtholder |
| Federated Investors | Secured debtholder |
| Fidelity Investments | Secured debtholder |
| Fifth Street Capital | Secured debtholder |
| Fubon Asset Management Company, LTD | Secured debtholder |
| Golden Tree | Secured debtholder |
| HIMCO | Secured debtholder |
| Hotchkis and Wiley Capital Management, LLC | Secured debtholder |
| ING Investments | Secured debtholder |
| Intermarket Corporation | Secured debtholder |
| Invesco | Secured debtholder |
| KS Management | Secured debtholder |
| Logan Circle | Secured debtholder |
| Mackay Shields | Secured debtholder |
| Magnetar Financial, LLC | Secured debtholder |
| MetLife Investment Advisors Company, LLC | Secured debtholder |
| MFS Investment Management | Secured debtholder |
| Morgan Stanley | Secured debtholder |
| Muzinich & Company, Inc. | Secured debtholder |
| Nomura | Secured debtholder |
| Nuveen Asset Management, LLC | Secured debtholder |
| Omega Advisors | Secured debtholder |
| Onex Credit Partners | Secured debtholder |
| Oppenheimer | Secured debtholder |
| Pacific Life Insurance | Secured debtholder |
| Phoenix | Secured debtholder |
| PIMCO | Secured debtholder |
| Pine River Capital Management | Secured debtholder |
| Pioneer Investment Management | Secured debtholder |
| PPM America | Secured debtholder |
| Principal Financial | Secured debtholder |
| ProFund Advisors, LLC | Secured debtholder |
| Prudential | Secured debtholder |
| Putnam | Secured debtholder |
| RBC | Secured debtholder |
| RBS | Secured debtholder |
| Redwood Capital Management, LLC | Secured debtholder |
| Regiment Capital | Secured debtholder |
| Salient Advisors | Secured debtholder |
| Scottish Widows Investment Partnership, LTD | Secured debtholder |
| Seix Advisors | Secured debtholder |
| Solus Alternative Asset Management, L.P. | Secured debtholder |
| Standard Life Investments | Secured debtholder |
| State Street Global Advisors | Secured debtholder |
| Strategic Income Management, LLC | Secured debtholder |
| Susquehanna Capital Group | Secured debtholder |

| Party name | Category |
|---|---|
| Talamod Asset Management, LLC | Secured debtholder |
| Third Avenue | Secured debtholder |
| Thrivent Asset Management, LLC | Secured debtholder |
| UBS | Secured debtholder |
| Van Eck Associates Corporation | Secured debtholder |
| Vanguard | Secured debtholder |
| Walnut Street Associates | Secured debtholder |
| Water Island Capital, LLC | Secured debtholder |
| Waterstone Capital Management, L.P. | Secured debtholder |
| Wells Capital Management | Secured debtholder |
| Western Asset Management Company | Secured debtholder |
| York Capital | Secured debtholder |
| Ziff Brothers Investments, LLC | Secured debtholder |
| ADA Carbon Solutions (Red Rver) | UCC member or advisor |
| FTI Consulting | UCC member or advisor |
| HCL America, Inc. | UCC member or advisor |
| Holt Texas LTD, d/b/a Holt Cat | UCC member or advisor |
| Law Debenture Trust Company of New York | UCC member or advisor |
| The Bank of New York Mellon | UCC member or advisor |
| Aegon | Unsecured debtholder |
| AllianceBernstein | Unsecured debtholder |
| American Century Investment Management | Unsecured debtholder |
| Archview Investment Group | Unsecured debtholder |
| Avenue | Unsecured debtholder |
| Bank of America Merrill Lynch | Unsecured debtholder |
| BlackRock Group of Funds | Unsecured debtholder |
| Blackstone / GSO | Unsecured debtholder |
| Brownstone Investment Group | Unsecured debtholder |
| CSS, LLC | Unsecured debtholder |
| Danske Bank | Unsecured debtholder |
| Deutsche Bank | Unsecured debtholder |
| Fidelity Investments | Unsecured debtholder |
| Golden Tree | Unsecured debtholder |
| Loomis, Sayles & Company | Unsecured debtholder |
| Lord, Abbett & Co. | Unsecured debtholder |
| Manulife Asset Management | Unsecured debtholder |
| Nomura | Unsecured debtholder |
| Nuveen Asset Management, LLC | Unsecured debtholder |
| Prudential | Unsecured debtholder |
| PSAM | Unsecured debtholder |
| Salient Advisors | Unsecured debtholder |
| Third Avenue | Unsecured debtholder |
| UBS | Unsecured debtholder |
| Walnut Street Associates | Unsecured debtholder |
| York Capital | Unsecured debtholder |
| ALVAREZ & MARSAL LLC | Vendor |
| BINGHAM MCCUTCHEN LLP | Vendor |
| Bryan Cave LLP | Vendor |
| Capstone Advisory Group LLC | Vendor |
| CHARLES H CREMENS | Vendor |