**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ENERGY FUTURE HOLDINGS | : | Case No. 14-10979 (CSS) |
| CORP., *et al.*,[1] | : | (Jointly Administered) |
| | : | |
| Debtors. | : | **Hearing Date: January 13, 2015 at 9:30 a.m. (ET)** |
| | : | **Objections Due: January 6, 2014 by 4:00 p.m.(ET)** |
| | : | |

**NOTICE OF APPLICATION FOR AN ORDER APPROVING THE
EMPLOYMENT OF STEVENS & Lee, PC AS COUNSEL
TO ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC
UNDER SECTIONS 327(e) AND 1107(b) OF THE BANKRUPTCY CODE,
EFFECTIVE NUNC PRO TUNC TO NOVEMBER 26, 2014**

TO:     The parties on the attached Service List:

**PLEASE TAKE NOTICE** that on December 24, 2014, Debtor Energy Future Intermediate Holding Company LLC ("**EFIH**"), filed its *Application for an Order Approving the Employment of Stevens & Lee, PC as Counsel to Energy Future Intermediate Holding Company LLC Under Sections 327(e) and 1107(b) of the Bankruptcy Code, Effective Nunc Pro Tunc to November 26, 2014* (the "Application").

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider approval of the Application is scheduled for **January 13, 2015 at 9:30 a.m. (ET)** (the "Hearing") at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801 (the "Bankruptcy Court") before The Honorable Christopher S. Sontchi, United States Bankruptcy Judge for the District of Delaware.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

**PLEASE TAKE FURTHER NOTICE** that responses and objections, if any, to the Application may be in writing filed and served upon the undersigned counsel on or before **January 6, 2014 at 4:00 p.m.**

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE APPLICATION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: December 24, 2014

Respectfully submitted,

*/s/ Joseph H. Huston, Jr.*

Joseph H. Huston, Jr. (No. 4035)
STEVENS & LEE, P.C.
1105 North Market Street, Suite 700
Wilmington, Delaware 19801
Tel: (302) 425-3310
Fax: (610) 371-7927
Email: jhh@stevenslee.com

and

Richard Levin
Cravath, Swaine and Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Tel: (212) 474-1978
Fax: (212) 474-3700
Email: rlevin@cravath.com

*Attorneys for Debtor Energy Future*
*Intermediate Holding Company LLC*

<u>**CERTIFICATE OF SERVICE**</u>

Joseph H. Huston, Jr., hereby certifies that on December 24, 2014, he caused true and correct copies of the foregoing *Application for an Order Approving the Employment of Stevens & Lee, PC as Counsel to Energy Future Intermediate Holding Company LLC Under Sections 327(e) and 1107(b) of the Bankruptcy Code, Effective Nunc Pro Tunc to November 16, 2014* to be served electronically through the Court's CM/ECF system, and also through the Debtors' claims and noticing agent upon all parties requesting or otherwise entitled to notice.

*/s/ Joseph H. Huston, Jr.*
Joseph H. Huston, Jr.
