**<u>Exhibit 1</u>**
**[Engagement Letter]**



**GoldinAssociates**LLC

350 Fifth Avenue
The Empire State Building
New York, New York 10118

T   212.593.2255
F   212.888.2841

www.goldinassociates.com

CONFIDENTIAL

As of December 11, 2014

Energy Future Intermediate Holding Company LLC
1601 Bryan Street
Dallas, Texas  75201

Attn: Charles Cremens, Disinterested Manager
chuckcremens@comcast.net

VIA EMAIL

    Re:    Restructuring Advisory Services for Energy Future Intermediate Holding Company LLC ("Client") in connection with In re Energy Futures Holding Corp., et al., No. 14-10979 (Bankr. D. Del.) (the "Bankruptcy")

Dear Mr. Cremens:

    This letter (the "Agreement") confirms the engagement of Goldin Associates, LLC ("Goldin") by the Client, subject to approval by the United States Bankruptcy Court for the District of Delaware  (the "Bankruptcy Court") pursuant to the Bankruptcy Code, to provide certain financial advisory services set forth below ("Services"), effective as of the date indicated above (the "Engagement").  The Services to be provided hereunder shall be performed at the direction and under the supervision of Cravath, Swaine & Moore LLP ("Counsel") in connection with its legal representation of the Client.  We understand and agree that our work on this matter is being performed at the request of Counsel, which represents the Client, and not for any other interested party. The fees, expenses and costs will be paid directly the Client in accordance with procedures established in the Bankruptcy.  Counsel will not be responsible for the payment of fees or expenses incurred hereunder.

    1.    <u>Scope of Services</u>. Goldin will assist Counsel and the Client in connection with the restructuring of the Client in the Bankruptcy ("Debtor").  The Services provided hereunder may include helping the Client with, among other things:

- management of the Chapter 11 bankruptcy process, including assisting the Client in evaluating and implementing strategic and tactical options throughout the proceedings;
- reviewing Debtor's cash management strategies and processes;

1

Energy Future Intermediate Holding Company LLC
As of December 11, 2014

- reviewing Debtor's budgets and financial forecasts;
- reviewing Debtor's business plans;
- negotiations with other debtors, lenders, creditors and other stakeholders involved in the Bankruptcy;
- reviewing the Debtor's sales procedures;
- reviewing the Debtor's post-petition financing arrangements;
- advising the Client on matters of actual or potential conflicting economic or business interest with other debtors involved in the Bankruptcy;
- reviewing Debtor's claims process;
- oral or written testimony, report, affidavit, declaration or other submission (collectively, "Testimony"), provided it is requested by Client and Goldin agrees in its sole discretion to do so; and
- such other matters as may be requested and that are mutually agreeable.

Notwithstanding anything to the contrary contained herein, the Services shall be limited to those that are related to "Conflict Matters" as defined in resolutions of Client's Board of Managers adopted November 7, 2014 and supplemented by resolutions adopted December 9, 2014, or the responsibilities of the Independent Manger as contemplated by such resolutions.

It is understood that as of the date of the Agreement, Goldin has not arrived at any conclusions respecting any matters relating to the Engagement. Goldin shall be entitled to receive payment in full of all fees and reimbursement of expenses regardless of the contents of its Testimony, if any, the conclusions at which it may arrive or the outcome of any motion or request to disqualify any witness or exclude Testimony.

In order for Goldin to perform Services, it may be necessary for its personnel to have access to certain books, records and reports of the Debtors and have discussions with its personnel. Subject to the Confidentiality Agreement, dated December as of December 11, 2014, by and between Goldin and Client (the "Confidentiality Agreement"), Goldin understands that Client will seek to ensure that Goldin has the necessary access to the Debtors' management, records and other data. Limited access may restrict Goldin's ability to perform services described in this letter.

2.   Term. The Engagement shall commence as of the date of this Agreement, subject to *nunc pro tunc* approval by the Bankruptcy Court, and shall continue until the end of the calendar month in which notice of termination is provided by either party in writing on not fewer than ten days' notice. Client will seek approval of this Agreement, *nunc pro tunc* to the date of the Agreement, pursuant to Section 327(a) of the Bankruptcy Code promptly upon execution of the Agreement.

3.   Compensation. As consideration for Services provided hereunder, Goldin shall be paid $150,000 per month for professional time expended by its personnel. Payment shall be the sole responsibility of Client, and Client shall make each payment to Goldin in advance of the

Energy Future Intermediate Holding Company LLC
As of December 11, 2014

calendar month for which it applies. Payment for December 2014 shall be made within five days of issuance of an initial invoice and not be prorated. Subject to Court approval, in the event of the confirmation of a plan of which the Debtor is a proponent or that the Debtor otherwise supports, Goldin shall be entitled to "Contingent Fee" of $2,000,000, with 50% of monthly fees for the period commencing October 2015 credited against the Contingent Fee, provided that such credit shall not exceed $1,000,000. For the avoidance of doubt, if the Contingent Fee is not paid, there shall be no crediting of the other compensation referred to in this paragraph. Goldin's compensation shall be subject to approval under section 328 of the Bankruptcy Code, at the time of the Bankruptcy Court's approval of Goldin's employment, subject only to the "Blackstone Protocol."

In addition to payment of fees for professional time expended, Goldin shall be reimbursed, at cost, for all documented out-of-pocket expenses reasonably incurred in connection with the Engagement, subject to any limits imposed by the Bankruptcy Court. Goldin will submit monthly fee statements in accordance with the interim compensation procedures approved in the Bankruptcy, with copies to Counsel. It is our understanding that all of our invoices will be paid by the Client, in accordance with the order approving our retention, the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules of Bankruptcy Practice and Procedure of the United State Bankruptcy Court for the District of Delaware and applicable orders of the Bankruptcy Court.

4.  Additional Terms and Conditions. The attached Additional Terms and Conditions are incorporated in their entirety into this Agreement and set forth material additional terms of this Agreement.

5.  No Third Party Beneficiaries. Client is the intended beneficiary of this Agreement. The parties understand and agree that there are no other intended beneficiaries of this Agreement, including, but not limited to non-subsidiary affiliates of Client. Only Client shall have any right to pursue or enforce any right or remedy hereunder; to assert a claim against Goldin; or to assert reliance in any manner on Goldin, this Agreement, or work performed hereunder.

6.  Multiple Originals. This Agreement may be signed in one or more counterparts, each of which shall be deemed to be an original, but all of which together shall constitute one and the same instrument. This Agreement may be executed and delivered by facsimile or email of a pdf counterpart signature.

Very truly yours,

David W. Prager
Managing Director

Energy Future Intermediate Holding Company LLC
As of December 11, 2014

## GOLDIN ASSOCIATES, LLC
## ADDITIONAL TERMS AND CONDITIONS OF ENGAGEMENT

The following are additional terms and conditions that are incorporated in their entirety into the Agreement between the undersigned parties and constitute material terms of that Agreement. Unless otherwise defined, capitalized terms in these Additional Terms and Conditions shall have the same meaning as set forth elsewhere in the Agreement.

Scope of Services. Goldin does not perform appraisal, audit, accounting, compilation, legal, tax preparation or tax advisory services and shall not provide such services hereunder. Goldin shall not express an opinion or provide other form of assurance as to the financial statements of the Client or any other entity. With respect to the review of future projections and estimates of Client, Goldin will provide no assurance of future financial performance or results and takes no responsibility for the achievability of any results. Goldin is not being engaged to provide investment banking services in connection with a public offering of debt or equity securities.

Reimbursement of Expenses. Goldin will be reimbursed for all reasonable out-of-pocket expenses, at cost, incurred in connection with its services hereunder, including, but not limited to, travel (coach class, unless unavailable or for flights of four or more hours), messengers, telecommunications, duplication, research material and the like. Certain expenses, such as duplication and fax, may be charged on a per page or per unit basis at rates charged to other Goldin clients. All expense reimbursement shall be subject to any limitations or restrictions imposed by the Bankruptcy Court.

Information. The Agreement is subject to the terms and conditions contained in the Confidentiality Agreement. Goldin may keep a set of its work papers from the Engagement, including work papers containing or reflecting Confidential Information, in accordance with its archival practice.

The Client recognizes and confirms that in connection with the Engagement, Goldin will be using and relying on publicly available information and on data, material and information provided by the Client or other interested parties or their professionals, as well as by third parties ("Available Information"). It is understood that in performing this Engagement, Goldin may assume and rely upon the accuracy and completeness of, and is not engaging in any independent verification of, Available Information. The Client expressly agrees that Goldin will not be liable in any way for any damage resulting from any inaccuracies or errors in any information provided to Goldin.

Apart from any Testimony or reports made publicly available, any advice provided by Goldin pursuant to this Agreement is intended solely for the benefit and use of the Client in connection with the Bankruptcy, and, other than in connection with the Bankruptcy, Client agrees that such advice may not be disclosed publicly or made available to third parties (other than attorneys, accountants and other professional advisors of the Client) without the prior written consent of Goldin.

Energy Future Intermediate Holding Company LLC
As of December 11, 2014

<u>Limitation on Liability; Indemnification.</u>  Goldin shall have no liability under this agreement for any losses, claims, damages or liabilities arising from or relating to this engagement, whether by reason of Goldin's negligence or otherwise, unless such losses (a) are judicially determined (the determination having become final) to have arisen from Goldin's gross negligence, willful misconduct, breach of fiduciary duty, bad faith or self-dealing; (b) arise from a contractual dispute in which the Client alleges the breach of Goldin's contractual obligations, unless the Bankruptcy Court determines that indemnification, contribution or reimbursement would be permissible pursuant to *In re United Artists Theatre Company, et al.*, 315 F.3d 217 (3d Cir. 2003); or (c) relate to an action that is settled prior to a judicial determination as to Goldin's gross negligence, willful misconduct, breach of fiduciary duty, bad faith or self dealing but determined by the Bankruptcy Court, after notice and a hearing, to be a claim or expense for which Goldin should not receive indemnity, contribution or reimbursement under the terms of this engagement letter.  In performing services pursuant to this agreement, Goldin is not assuming any responsibility for the Client's decision to pursue (or not to pursue) any strategy or to effect (or not to effect) any settlement, transaction or restructuring.

The Client agrees to indemnify and hold Goldin harmless against any losses, claims, damages or liabilities, joint or several, to which Goldin directly or indirectly may become subject relating to the Services.  The Client agrees to reimburse Goldin for any reasonable legal, investigation and preparation expenses or other reasonable expenses as incurred in connection with investigating or defending against any loss, claim, damage or liability or any action, proceeding or investigation in respect thereof, with such reimbursement to be made as expenses are incurred provided, however the Client shall not be obligated to provide reimbursement of expenses to Goldin with respect to any successful action by the Client against Goldin to enforce Goldin's contractual obligations hereunder.  However, the Client shall not be liable under the foregoing indemnity agreement (or agreement to reimburse Goldin for expenses) in respect of any loss, claim, damage or liability to the extent that a court having jurisdiction shall have determined by final judgment that such loss, claim, damage or liability resulted from the gross negligence, willful misconduct, breach of fiduciary duty, bad faith or self dealing of Goldin.  In the event that (x) a court having jurisdiction shall have determined by final judgment that such loss, claim, damage or liability resulted from the gross negligence, willful misconduct, breach of fiduciary duty, bad faith or self dealing of Goldin and (y) Client has reimbursed Goldin for any expenses related to such loss, claim, damage or liability, Goldin shall promptly repay Client the amounts previously reimbursed to Goldin hereunder.

Absent any such final judgment, the Client shall promptly reimburse Goldin for expenses incurred hereunder, subject to any such final judgment, and the assertion by the Client that it has or may have defenses to this indemnification shall not be grounds for refusal to pay or advance expenses hereunder. The reimbursement and indemnity obligations of the Client under this paragraph shall be in addition to any liability the Client may otherwise have; and shall extend upon the same terms and conditions to the members, shareholders, directors, officers, partners, employees, agents and controlling persons (if any) of Goldin; and shall be binding upon Client and inure to the benefit of any successors, assigns, heirs and personal representatives of Goldin and any such persons. The foregoing provisions shall survive any termination of the Agreement.

5

Energy Future Intermediate Holding Company LLC
As of December 11, 2014

      Notwithstanding the foregoing, Bankruptcy Court approval shall be required, for Goldin shall not be entitled to indemnification for services unless such services and the indemnification, contribution or reimbursement therefor are approved by the Bankruptcy Court upon motion by Goldin after receipt of notice of an indemnified claim.

Terms Surviving Termination. The terms of the Agreement that by their context are intended to be performed after termination or expiration of the Engagement, including but not limited to those relating to the Contingent Payment, limitations on liability, indemnification, are intended to survive such termination and shall continue to bind all parties; provided, however, Client's obligation to pay the Contingent Payment shall terminate 12 months following the termination date of the Engagement.

Failure to Make Payments. If Goldin does not timely receive any payment due under the Agreement, it may, at its election, immediately suspend services or terminate the Agreement and have no further obligations hereunder. Goldin's failure to exercise such remedy, or any other right or remedy, at any time does not constitute a waiver of its right to do so at any future time. In the event of such termination based upon failure to pay or other breach of contract, Goldin shall remain entitled to retain any previously paid monthly compensation and reimbursement of any reasonably incurred expense, and Goldin's right to receive any benefit under the Agreement (including, without limitation, any limitation on liability) shall remain in full force and effect.

Dispute Resolution. Any dispute arising under this Agreement shall be exclusively heard by the Bankruptcy Court overseeing the Bankruptcy.

Jury Trial Waiver. THE PARTIES EXPRESSLY, IRREVOCABLY AND UNCONDITIONALLY AGREE TO WAIVE ANY RIGHT TO TRIAL BY JURY IN ANY ACTION, PROCEEDING OR COUNTERCLAIM ARISING OUT OF OR RELATING TO THIS ENGAGEMENT OR THE SERVICES PROVIDED HEREUNDER. The parties' agreement in this regard is a material part of the consideration received hereunder and the parties would not consent to enter into this Agreement without such agreement.

Assignment. No party may assign, transfer or delegate any of its rights or obligations pursuant to the Agreement without the prior written consent of the other party, such consent not to be unreasonably withheld.

Non-Solicitation of Employment. Other than in the case of non-targeted, ordinary course hiring activities, the Client agrees that it will not, within twelve months of termination of this agreement, employ or make an offer of employment to any Goldin employee performing Services hereunder, nor will it cause any other entity to do so.

Severability. In the event that any term or provision of the Agreement shall be held to be invalid, void or unenforceable, then the remainder of the Agreement shall not be affected, and each such term and provision of this Agreement shall be valid and enforceable to the fullest extent permitted by law.

Entire Agreement. The Agreement constitutes the entire agreement among the parties and may not be amended or modified except in writing.



Energy Future Intermediate Holding Company LLC
As of December 11, 2014

<u>Authority</u>  Each signatory represents and warrants that he or she possesses all required legal authority to enter into this Agreement on behalf of the entity for which he is signing and to bind that entity to the terms hereof.

<u>Governing Law.</u> The Agreement shall be governed by and construed in accordance with the laws of the State of New York without regard to New York's conflicts of laws or choice of laws principles, except to the extent that the Bankruptcy Code governs.  The Agreement shall be construed without regard to any presumption or other rule requiring construction against the party causing the Agreement or any part hereof to be drafted.

Agreed and Accepted:

ENERGY FUTURE INTERMEDIATE HOLDING
COMPANY LLC

By: _/s/ Charles H Cremens_
    Name:    Charles Cremens
    Title:    Disinterested Manager

7

**Schedule 1**
**[Parties in Interest]**

| Name | Role / Category | Client | Former Client | Affiliate of Client | Affiliate of Former Client |
|---|---|---|---|---|---|
| ADVANCED SERIES TRUST - AST FI PYRAMIS QUANTITATIVE | DIP Lender | | | X | |
| ADVANCED SERIES TRUST - AST ACADEMIC STRATEGIES ASSET ALLOCATION PORTFOLIO. | DIP Lender | | | X | X |
| Advanced Series Trust - AST High Yield Portfolio. | DIP Lender | | | X | |
| ADVANCED SERIES TRUST - AST J.P. MORGAN GLOBAL THEMATIC PORTFOLIO F/K/A: ADVANCED SERIES TRUST-AST HORIZON GROWTH ASSET ALLOCATION PORTFOLIO | DIP Lender | | | X | |
| Advanced Series Trust - AST PIMCO Total Return Bond Portfolio | DIP Lender | | | | X |
| Advanced Series Trust- AST Western Asset Core Plus Bond Portfolio | DIP Lender | | | X | |
| Advanced Series Trust: AST J.P. Morgan Strategic Opportunities | DIP Lender | | | X | X |
| Advanced Series Trust: AST J.P. Morgan Strategic Opportunities | DIP Lender | | | X | X |
| AIG | Insurer | | X | | X |
| ALLEGHENY TECHNOLOGIES INCORPORATED MASTER PENSION | DIP Lender | | | X | |
| Alliance Bernstein High Income Fund Inc. | DIP Lender | | | X | |
| AllianceBernstein | Secured debtholder | | | X | |
| AllianceBernstein | Unsecured debtholder | | | X | |
| ALLIANCEBERNSTEIN BOND FUND INC-ALLIANCEBERNSTEIN HIGH YIELD PORTFOLIO | DIP Lender | | | X | |
| AllianceBernstein Global High Income Fund Inc. | DIP Lender | | | X | |
| Alliancebernstein limited duration high income portfolio | DIP Lender | | | X | |
| ALLIANCEBERNSTEIN POOLING PORTFOLIOS - HIGH YIELD | DIP Lender | | | X | |
| ALLIANCEBERNSTEIN US HIGH YIELD COLLECTIVE TRUST | DIP Lender | | | X | |
| Allianz Global Investors | Secured debtholder | | | | X |
| American Century Investment Management | Secured debtholder | | | X | |
| American Century Investment Management | Unsecured debtholder | | | X | |
| AMERICAN EXPRESS RETIREMENT PLAN | DIP Lender | | | X | |
| Angelo Gordon | Secured debtholder | | X | | |
| Avenue Capital Group | Secured debtholder | X | | | |
| Avenue Capital Group | Unsecured debtholder | X | | | |
| Aviva Investors North America | Secured debtholder | | | | X |
| AXA Offshore Multimanager Funds Trust-AXA Offshore Moderate | DIP Lender | | | X | |
| Axis | Insurer | X | | Skip to vague | |
| Babson Capital | Secured debtholder | | | | X |
| BAKER STREET CLO II LTD. | DIP Lender | | | | X |
| BAKER STREET FUNDING CLO 2005-1 LTD. | DIP Lender | | | | X |
| Bank of America Merrill Lynch | Secured debtholder | X | | | X |
| Bank of America Merrill Lynch | Unsecured debtholder | X | | | X |
| BANK OF AMERICA, N.A. | DIP Lender | X | | | |
| Barclays | Secured debtholder | X | | | |
| BARCLAYS BANK PLC* | DIP Lender | X | | | |
| Bayer Corporation Defined Benefit Master Trust | DIP Lender | | | X | |
| BELL ATLANTIC MASTER TRUST.. | DIP Lender | | | X | X |
| BENEFIT STREET PARTNERS CLO IV LTD | DIP Lender | | | | X |
| Benefit Street Partners, LLC | Secured debtholder | | | | X |
| Bentham Wholesale Syndicated Loan Fund | DIP Lender | | | X | |
| BlackRock | Secured debtholder | | X | | |
| BlackRock | Unsecured debtholder | | X | | |
| Blackstone / GSO | Unsecured debtholder | X | | X | X |
| BLUE CROSS OF CALIFORNIA. | DIP Lender | | | X | |
| BMO Asset Management Inc. | Secured debtholder | | | X | |
| BMO GLOBAL STRATEGIC BOND FUND | DIP Lender | | | X | |
| BMW (UK) Operations Pension Scheme | DIP Lender | | | X | |
| BofA Merrill Lynch | Investment Bank | X | | | X |
| Borealis Infrastructure Management Inc. | Joint venture partners | | | | X |
| Carlyle Global Market Strategies CLO 2011-1 Ltd | DIP Lender | | | X | X |
| Carlyle Global Market Strategies CLO 2012-1 Ltd | DIP Lender | | | X | X |
| CARLYLE GLOBAL MARKET STRATEGIES CLO 2014-2 LTD | DIP Lender | | | X | X |
| CARLYLE GLOBAL MARKET STRATEGIES CLO 2014-2 LTD | DIP Lender | | | X | X |
| Carlyle High Yield Partners IX, Ltd. | DIP Lender | | | X | X |

| Name | Role / Category | Client | Former Client | Affiliate of Client | Affiliate of Former Client |
|---|---|---|---|---|---|
| Carlyle High Yield Partners VIII, Ltd | DIP Lender | | | X | X |
| Carlyle High Yield Partners X, Ltd. | DIP Lender | | | X | X |
| CARLYLE VEYRON CLO, LTD. | DIP Lender | | | X | X |
| Centerview Partner LLC | Vendor | X | | | |
| CENTERVIEW PARTNERS LLC | Contract counterparty | X | | | |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | DIP Lender | | | X | |
| CitiBank | Letter of Credit issuer | X | | | X |
| CITIBANK, N.A. | DIP Lender | X | | | |
| Citigroup | Investment Bank | X | | | |
| Citigroup | Secured debtholder | X | | | |
| COMMINGLED PENSION TRUST FUND (FLOATING RATE INCOME) OF JPMORGAN CHASE BANK NA | DIP Lender | | | X | |
| COMMINGLED PENSION TRUST FUND (HIGH YIELD) OF JPMORGAN CHASE BANK, N.A. | DIP Lender | | | X | |
| COMMONFUND CREDIT OPPORTUNITIES COMPANY. | DIP Lender | | | X | |
| COMMUNITY INSURANCE COMPANY. | DIP Lender | | | | X |
| Continental Airlines, Inc. Pension Master Trust | DIP Lender | | | | X |
| Credit Suisse | Investment Bank | X | | | |
| Credit Suisse | Secured debtholder | X | | X | |
| Credit Suisse | Secured debtholder | X | | X | |
| CURIAN/PIMCO INCOME FUND | DIP Lender | | | | X |
| Curian-Pimco Credit Income Fund | DIP Lender | | | | X |
| DELOITTE AND TOUCHE, LLP | Contract counterparty | X | | | |
| Deutsche Bank | Administrative Agent | X | | | |
| Deutsche Bank | Bank | X | | | |
| Deutsche Bank | Secured debtholder | X | | | |
| Deutsche Bank | Unsecured debtholder | X | | | |
| DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LP dba FORTRESS CREDIT OPPORTUNITIES III CLO LP | DIP Lender | | | X | X |
| DTE ENERGY COMPANY AFFILIATES EMPLOYEE BENEFIT PLANS | DIP Lender | | | X | |
| EASTSPRING INVESTMENTS US BANK LOAN SPECIAL ASSET MOTHER INVESTMENT TRUST (LOAN CLAIM) | DIP Lender | | | | X |
| EFH CORPORATE SERVICES COMPANY | Contract counterparty | | | X | |
| Euroclear Bank | Secured debtholder | | X | | |
| Evercore Group | Investment Bank | X | | | |
| EXELON CORPORATION PENSION MASTER RETIREMENT TRUST.. | DIP Lender | | | | X |
| Ferguson, Thomas H. | Current or former Director or Officer | | X | | |
| FIDELITY ADVISOR SERIES 1:FIDELITY ADVISOR HIGH INCOME | DIP Lender | | | | X |
| Franklin | Secured debtholder | | X | | |
| FRIED FRANK HARRIS SHRIVER & | Vendor | | X | | |
| GIBSON DUNN & CRUTCHER LLP | Vendor | | X | | |
| Goldman Sachs | Investment Bank | X | | | X |
| HCC Global Financial Services | Insurer | | X | ? | |
| HIMCO | Secured debtholder | | | | X |
| HSBC SECURITIES USA INC | DIP Lender | X | | | X |
| ING CAPITAL LLC | DIP Lender | | | | X |
| ING Investments | Secured debtholder | | X | | |
| Invesco | Secured debtholder | | | | X |
| JMP CREDIT CORPORATION dba JMP CREDIT ADVISORS CLO I | DIP Lender | | | X | |
| JP Morgan | Investment Bank | X | | X | |
| JP Morgan | Investment Bank | X | | X | |
| JP Morgan | Secured debtholder | X | | | X |
| JP MORGAN WHITEFRIARS INC. | DIP Lender | | | X | |
| JPMORGAN CHASE | Bank | X | | | |
| JPMORGAN CHASE | Contract counterparty | X | | | |
| JPMORGAN CHASE BANK NA | Vendor | X | | | |
| KIRKLAND & ELLIS LLP | Vendor | | X | | |
| KKR Capital Markets | Investment Bank | | | | X |

| Name | Role / Category | Client | Former Client | Affiliate of Client | Affiliate of Former Client |
|---|---|---|---|---|---|
| KS Management | Secured debtholder | | | ? | |
| Lazard | UCC member or advisor | X | | | X |
| Lehman | Investment Bank | X | | | |
| Liberty Mutual/Safeco | Insurer | | | | X |
| Logan Circle | Secured debtholder | | | X | |
| LVIP-J.P. MORGAN HIGH YIELD FUND | DIP Lender | | | X | |
| Mackay Shields | Secured debtholder | | | X | |
| METROPOLITAN LIFE INSURANCE COMPANY | DIP Lender | X | | | X |
| MFS Investment Management | Secured debtholder | | | | X |
| MOODY'S INVESTORS SERVICE | Vendor | X | | | |
| Morgan Stanley | Investment Bank | X | | | |
| Morgan Stanley | Secured debtholder | X | | | |
| Navigators | Insurer | | | ? | |
| NB Global Floating Rate Income Fund Limited | DIP Lender | | | | X |
| Nestle in the USA Pension Trust | DIP Lender | | | | X |
| Nomura | Secured debtholder | X | | | |
| Nomura | Unsecured debtholder | X | | | |
| Nuveen Asset Management, LLC | Secured debtholder | | | X | |
| Nuveen Asset Management, LLC | Unsecured debtholder | | | | X |
| Oil Casualty Insurance Ltd. (OCIL) | Insurer | | | X | X |
| Omega Advisors | Secured debtholder | | X | | |
| Onex Credit Partners | Secured debtholder | | | | X |
| Oppenheimer | Secured debtholder | | X | | X |
| Perella Weinberg Partners LP | Investment Bank | | X | | |
| Phoenix | Secured debtholder | | X | | |
| PIMCO | Secured debtholder | | | | X |
| PPM America | Secured debtholder | | X | | |
| PRAMERICA LOAN OPPORTUNITIES LIMITED | DIP Lender | | | | X |
| PRIVATE ACCOUNT PORTFOLIO SERIES: HIGH YIELD PORTFOLIO. | DIP Lender | | | | X |
| Prudential | Secured debtholder | X | | | |
| Prudential | Unsecured debtholder | | X | | |
| Prudential Bank Loan Fund of the Prudential Trust Company Collective | DIP Lender | | | | X |
| Pyramis Floating Rate High Income Commingled Pool | DIP Lender | | | | X |
| PYRAMIS LEVERAGED LOAN LP | DIP Lender | | | | X |
| QPB HOLDINGS LTD | DIP Lender | | | | X |
| QUALCOMM GLOBAL TRADING PTE. LTD | DIP Lender | | | X | |
| RICHARDS LAYTON & FINGER PA | Contract counterparty | | X | | |
| Royal Bank of Canada | Secured debtholder | X | | X | |
| Royal Bank of Scotland | Secured debtholder | X | | X | X |
| RSUI (CRC) | Insurer | | | X | |
| SAFETY NATIONAL CASUALTY CORPORATION | DIP Lender | | | X | |
| SCOR GLOBAL LIFE AMERICAS REINSURANCE COMPANY | DIP Lender | | | | X |
| Scor Reinsurance Company | DIP Lender | | X | | |
| SCOTIA CAPITAL | DIP Lender | | X | | X |
| Scottish Widows Investment Partnership, LTD | Secured debtholder | | | X | |
| Seix Advisors | Secured debtholder | | | | X |
| SENIOR SECURED LOAN FUND A SERIES TRUST OF JPMORGAN | DIP Lender | | | X | |
| SHEARMAN & STERLING | Vendor | | X | | |
| SHELL PENSION TRUST dba SHELL OIL COMPANY | DIP Lender | X | | X | |
| SPCP GROUP III LLC dba GROUP III OPPORTUNITIES LLC | DIP Lender | | | X | |
| Standard Life Investments | Secured debtholder | | X | | X |
| State Street Global Advisors | Secured debtholder | | | | X |
| SUNTRUST BANK dba BRONCO TRADING LLC | DIP Lender | | X | | X |
| TEXAS ENERGY FUTURE HOLDINGS LP | Contract counterparty | | | X | |
| The Bank of New York Mellon | UCC member or advisor | X | | X | |
| The Bank of New York Mellon | Vendor | X | | X | |
| THE BARCLAYS BANK UK RETIREMENT FUND. | DIP Lender | | | X | |
| THE COCA-COLA COMPANY dba THE COCA-COLA COMPANY MASTER RETIREMENT TRUST. | DIP Lender | | | | X |

| Name | Role / Category | Client | Former Client | Affiliate of Client | Affiliate of Former Client |
|---|---|---|---|---|---|
| THE HILLSHIRE BRANDS COMPANY MASTER INVESTMENT TRUST FOR DEFINED BENEFIT PLANS | DIP Lender | | | | X |
| UBS | Secured debtholder | X | | X | |
| UBS | Unsecured debtholder | X | | X | |
| UBS Securities LLC | DIP Lender | X | | X | |
| UBS Securities LLC | DIP Lender | X | | X | |
| UNDERWRITERS AT LLOYD'S, LONDON dba CATLIN | DIP Lender | | X | X | |
| Vanguard | Secured debtholder | | X | | |
| Wells Capital Management | Secured debtholder | | | X | X |
| | | | | | |
| 4Change Energy Company | Debtor affiliate | | | X | |
| 4Change Energy Holdings LLC | Debtor affiliate | | | X | |
| Big Brown 3 Power Company LLC | Debtor affiliate | | | X | |
| Big Brown Lignite Company LLC | Debtor affiliate | | | X | |
| Big Brown Power Company LLC | Debtor affiliate | | | X | |
| Brighten Energy LLC | Debtor affiliate | | | X | |
| Brighten Holdings LLC | Debtor affiliate | | | X | |
| Collin Power Company LLC | Debtor affiliate | | | X | |
| Dallas Power & Light Company | Debtor affiliate | | | X | |
| DeCordova II Power Company LLC | Debtor affiliate | | | X | |
| DeCordova Power Company LLC | Debtor affiliate | | | X | |
| Eagle Mountain Power Company LLC | Debtor affiliate | | | X | |
| Ebasco Services of Canada Limited | Debtor affiliate | | | X | |
| EEC Holdings, Inc. | Debtor affiliate | | | X | |
| EECI, Inc. | Debtor affiliate | | | X | |
| EFH Australia (No. 2) Holdings Company | Debtor affiliate | | | X | |
| EFH CG Holdings Company LP | Debtor affiliate | | | X | |
| EFH CG Management LLC | Debtor affiliate | | | X | |
| EFH Corporate Services Company | Debtor affiliate | | | X | |
| EFH Finance (No. 2) Holdings Company | Debtor affiliate | | | X | |
| EFH FS Holdings Company | Debtor affiliate | | | X | |
| EFH Properties Company | Debtor affiliate | | | X | |
| EFH Renewables Company LLC | Debtor affiliate | | | X | |
| EFH Vermont Insurance Company | Debtor affiliate | | | X | |
| EFIH Finance Inc. | Debtor affiliate | | | X | |
| Energy Future Competitive Holdings Company LLC | Debtor affiliate | | | X | |
| Oak Grove Mining Company LLC | Debtor affiliate | | | X | |
| Oncor Communications Holdings Company LLC | Debtor affiliate | | | X | |
| Texas Competitive Electric Holdings Company LLC | Debtor affiliate | | | X | |
| TXU Electric Company, Inc. | Debtor affiliate | | | X | |
| TXU Electric Delivery Company | Debtor affiliate | | | X | |
| TXU Energy Receivables Company | Debtor affiliate | | | X | |
| TXU Energy Retail Company LLC | Debtor affiliate | | | X | |
| TXU Energy Solutions Company LLC | Debtor affiliate | | | X | |

## Schedule 2
### [Connections Disclosures]

| | |
|---|---|
| ACE | ACE and/or affiliates provided D&O insurance to a client for whom Goldin provided interim management services. |
| AIG | AIG and/or affiliates provide insurance to Goldin Associates, LLC. |
| Akin Gump Strauss Hauer & Feld LLP | Akin has been counsel to Goldin clients in unrelated matters and to other parties, including parties potentially adverse to clients of Goldin, in unrelated matters. Goldin is working with Akin in an unrelated matter. Akin represents a party adverse to a client of Goldin in an unrelated matter. |
| Babson Capital | Babson and/or affiliates acquired the investment fund formerly owned by a Goldin MD. |
| Bank of America | Bank of America is adverse to clients of Goldin in unrelated matters; is or was part of a group of institutions whose counsel retained Goldin to provide litigation support in an unrelated matter; is a lender and banking services provider to clients of Goldin's in unrelated matters; and was represented in an unrelated matter by an employee of Goldin, as counsel, when he worked for another firm. |
| Barclays | Barclays was adverse to a client of Goldin's in an unrelated matter. Barclays was the post-petition lender in an unrelated matter where Goldin represented a creditor. |
| Bingham McCutchen LLP | Bingham was a client of Goldin's in an unrelated matter. |
| Black Diamond | Black Diamond and/or affiliates is a client of Goldin in an unrelated matter. |
| Blackrock | Blackrock and/or affiliates was a party in interest in an unrelated bankruptcy matter, where Goldin represented a party with potentially adverse interests. Blackrock provided investment management services to a former interim management client of Goldin. |
| BNY Mellon | BNY Mellon and/or affiliates was a client of Goldin in an unrelated matter. BNY Mellon and/or affiliates was adverse to clients of Goldin in an unrelated matter. |
| Citibank | Goldin Associates, its affiliates and certain of its professionals maintain banking and credit relationships with Citi and/or affiliates. Citi and/or affiliates has played roles in unrelated restructuring matters in which Goldin has been involved, including being a lender to clients of Goldin in unrelated matters. |
| City of New York | Goldin's founder was once an official of New York City and was a trustee of the City's pension funds. A current employee of Goldin sits on a City board. |
| Credit Suisse | Credit Suisse and/or affiliates has been a client of Goldin in unrelated matters. A Goldin client was adverse to Credit Suisse and/or affiliates |

|  | in an unrelated matter. |
|---|---|
| Deutsche Bank | Deutsche Bank and/or affiliates is and has been a client of Goldin in unrelated matters. |
| Ernst & Young LLP | Ernst & Young and/or affiliates is liquidator for affiliates of a client of Goldin. Ernst & Young and/or affiliates is a tax advisor to a client of Goldin's and represented a party adverse to a client of Goldin's in an unrelated matter. |
| Fidelity Investments | Fidelity and/or affiliates administers Goldin's employee 401(k) plan. |
| Internal Revenue Service | The IRS was an objecting party in an unrelated bankruptcy in which Goldin's client is the debtor. |
| JP Morgan Chase | JP Morgan Chase and/or affiliates has been a client of Goldin's and adverse to clients of Goldin's in unrelated matters. Goldin is a banking client of JP Morgan Chase and/or affiliates. |
| Kirkland & Ellis LLP | Goldin has represented clients adverse to those of Kirkland in unrelated matters. |
| Kramer Levin Naftalis & Frankel | Goldin has worked with Kramer Levin in unrelated matters. |
| Lehman | A Goldin MD is on the Board of Lehman and/or affiliates and coordinates its litigation matters. Goldin represented the trustee for Lehman and/or affiliates in unrelated matters. |
| Magnetar Financial LLC | Magnetar and/or affiliates has been a client of Goldin in unrelated matters. |
| Morrison & Foerster | MoFo represented the Unsecured Creditors Committee in an unrelated matter in which Goldin represented the debtor. |
| Oaktree | Oaktree and/or affiliates invested in a client of Goldin in an unrelated matter. |
| Pension Benefit Guarantee Corporation | The PBGC has been a creditor in bankruptcy matters in which Goldin advised parties in interest. |
| PIMCO | A Goldin MD served on the board of directors of a PIMCO affiliated fund. |
| Qualcomm | Qualcomm is a client of Goldin in an unrelated matter. |
| RBC | RBC and/or affiliates has been a client of Goldin in unrelated matters. |
| RBS | RBS and/or affiliates has been a client of Goldin in unrelated matters. |
| Shearman & Sterling | Goldin has advised clients of Shearman in unrelated matters. |
| UBS | UBS and/or affiliates is a client of Goldin in an unrelated matter. |
| Vanguard | Goldin principals maintain accounts with Vanguard and/or affiliates. |
| Wellington Management | The child of a Goldin principal works at Wellington Management and/or affiliates. |
| Wells Fargo | Wells Fargo and/or affiliates has played roles in unrelated restructuring matters in which Goldin has been involved, including being a lender to clients of Goldin in unrelated matters. |
| XL Insurance | XL is a former affiliate of an interim management client of Goldin. An affiliate of XL provided insurance to an interim management client of Goldin. |

| Zolfo Cooper | Zolfo Cooper and/or affiliates has worked for a Goldin client in an unrelated matter and has worked for other parties, including parties potentially adverse to clients of Goldin, in other matters.  Zolfo Cooper and/or affiliates is liquidator for an affiliate of a client of Goldin. |