# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| ENERGY FUTURE HOLDINGS CORP. *et al.*, | : | Case No. 14-10979 (CSS) |
|  | : |  |
| Debtors-in-Possession. | : | (Jointly Administered) |
|  |  | (D.I. 1888) |

## NOTICE OF DOCUMENT ENTERED IN ERROR
## (DOCKET NO. 3145)

On December 28, 2014, the Fee Committee filed the *Fee Committee's Report on First Interim Fee Applications Scheduled for Hearing on December 29, 2014* [D.I. 3145] (the "Fee Committee Report"). That document was filed in error.

The undersigned respectfully requests that the Fee Committee Report [D.I. 3145] be marked as ENTERED IN ERROR.

| | |
|---|---|
| Dated: December 29, 2014. | PHILLIPS, GOLDMAN & SPENCE, P.A. |

    */s/ Aaron C. Baker*
Aaron C. Baker, Esquire (DE# 5588)
Stephen W. Spence, Esquire (DE# 2033)
1200 N. Broom Street
Wilmington, DE 19806
Phone: (302) 655-4200
Fax: (302) 655-4210
E-mail:acb@pgslaw.com
       sws@pgslaw.com


Katherine Stadler
GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, Wisconsin 53703
Phone: (608) 257-3911
Fax: (608) 257-0609
E-mail: kstadler@gklaw.com

*Attorneys for the Fee Committee*