# Exhibit A

**In re: Energy Future Holdings Corp., et al.**
**Case No. 14-10979 (CSS)**

| Applicant | Compensation Period | Interim Fees Requested | Fee Committee's Fee Adjustments | Interim Expenses Requested | Fee Committee's Expense Adjustments | Interim Fees Approved | Interim Expenses Approved |
|---|---|---|---|---|---|---|---|
| Gibson Dunn & Crutcher LLP D.I. 2657 | 4/29/14 - 8/31/14 | $786,925.00 | $11,578.00 | $1,835.07 | $41.42 | $775,347.00 | $1,793.65 |
| Filsinger Energy Partners D.I. 2733 | 4/29/14 - 8/31/14 | $3,798,436.00 | $61,824.00 | $192,989.61 | $1,017.46 | $3,736,612.00 | $191,972.15 |
| Morrison & Foerster LLP D.I. 2671 & 2891 | 5/12/14 - 8/31/14 | $7,915,409.50 | $139,664.75 | $166,982.01 | $15,254.78 | $7,775,744.75[1] | $151,727.23 |
| Thompson & Knight LLP D.I. 2789 | 4/29/14 - 8/31/14 | $575,740.50 | $696.50 | $8,518.75 | $167.92 | $575,044.00 | $8,350.83 |

---

[1] Pursuant to paragraph 16 of the *Final Order (A) Authorizing Use of Cash Collateral for Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates, (B) Granting Adequate Protection and (C) Modifying the Automatic Stay* [D.I. 855] (the "**Final Cash Collateral Order**"), the Debtors shall not at this time pay fees incurred by Morrison & Foerster LLP on behalf of the Committee in investigating any potential Challenges (as defined in the Final Cash Collateral Order) during the Compensation Period in excess of $500,000 (the "**Excess Fees**"). Such Excess Fees, totaling $301,704.50 for the Compensation Period, shall only be paid upon further order of the Court. For the avoidance of doubt, all parties' rights to object to the final allowance or payment of such Excess Fees are fully reserved.

RLF1 11293131v.1