## EXHIBIT B

**Blackline**

RLF1 11322425v.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|   |   |   |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## ORDER APPROVING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Pursuant to the order approving expedited procedures for the rejection, assumption, or assumption and assignment of the Debtors' executory contracts and unexpired leases and granting related relief (the "Procedures Order")[2] [D.I. 2015]; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Debtors having properly served an Individual Assumption Notice on each applicable party as set forth in the ~~Amended~~ Assumption Schedule, attached hereto as **Exhibit A**, in accordance with the terms of the Procedures Order; and no timely objections have been filed to the assumption and/or assignment of such Contracts ~~or~~ and Leases; and due and proper notice of the Individual Assumption Notice

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Procedures Order.

1

having been provided to each applicable counterparty as set forth in the ~~Amended~~ Assumption Schedule, and it appearing that no other notice need be provided; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. ~~1.~~ The assumption of the Contracts and Leases as set forth in the ~~Amended~~ Assumption Schedule is hereby approved <u>on the terms set forth herein</u>.

2. ~~2.~~ The Debtors are authorized to assign the Contracts and Leases as set forth in the ~~Amended~~ Assumption Schedule to their respective Assignee, where applicable, free and clear of all liens and claims and interests of any kind or nature; *provided, however,* that nothing herein shall release Assignee of any obligation to reimburse Assignor for any fees or other payments paid by Assignor on behalf of Assignee in respect of the assigned Contracts or Leases.

3. ~~3.~~ <u>Microsoft Licensing, GP ("Microsoft"), in consideration of the particular facts and circumstances of this case and surrounding the particular Contracts and Leases, consents to the assumption and assignment of the Contracts and Leases as set forth in the Assumption Schedule on the terms set forth herein.</u>

4. <u>Nothing herein shall constitute the assumption by EFH Corporate Services Company of certain volume licensing agreements with Microsoft, identified as Business Agreement No. U0494594, Master Agreement No. 01E64844, and Enrollment Agreement No. 4622093 (collectively, together with any amendments and modifications, the "Enterprise Agreements") or any licenses issued thereunder other than the Contracts and Leases. The Debtors affirm that they will timely pay or cause to be paid to Microsoft all December 2014 invoiced amounts due under the Enterprise Agreements (as set forth in invoice #9822302045, #982236095, and #9822361524), as such amounts come due in the ordinary course of business;</u>

*provided*, that Microsoft agrees to waive its asserted prepetition claim of $14,850.12 under the Enterprise Agreements.

~~3.~~ 5.    The cure amount under section 365(b) of the Bankruptcy Code in connection with the assumption and/or assignment of the Contracts and Leases is hereby final as set forth in the ~~Amended~~ Assumption Schedule and any claims against the Debtors arising under the Contracts and Leases prior to the entry of this Order are forever barred and enjoined.

~~4.~~ 6.    ~~4.~~    To the extent that any counterparty failed to timely object to the cure amount or the assumption and assignment of its Contract or Lease, such counterparty is deemed to have consented to the cure amount and the assumption and assignment of its respective Contract or Lease to the Assignee.

~~5.~~ 7.    ~~5.~~    The Debtors are authorized to take any action necessary to implement the terms of this Order without further order from this Court.

~~6.~~ 8.    ~~6.~~    Assumption and/or assignment of the Contracts and Leases and payment of any associated cure amounts do not constitute: (a) an admission by the Debtors that the Contract or Lease is in fact an executory contract or unexpired lease under section 365 of title 11 of the United States Code or that the Debtors shall have any liability under the Contract or Lease, or (b) a waiver by the Debtors of any rights, claims, or defenses in connection with or arising under any Contract or Lease.

~~7.~~ 9.    ~~7.~~    Notwithstanding the potential applicability of Bankruptcy Rule 6006(d), 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

~~8.~~ 10.    ~~8.~~    This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Dated: _____, 2014
       Wilmington, Delaware

                                                            _____
                                                            THE HONORABLE CHRISTOPHER S. SONTCHI
                                                            UNITED STATES BANKRUPTCY JUDGE