## EXHIBIT 1

**Assumption Schedule**

## Fifth Assumption Schedule

| Ref. # | Details of Contract(s) to be Assumed | | Assumption Counterparty Information | | Assignee | Cure Amount | Effective Date |
|---|---|---|---|---|---|---|---|
| | Debtor(s) / Assignor | Description of Contract/Lease * | Contract Counterparty | Address | | | |
| 1 | EFH Corporate Services Company | No. of Licenses: 4200 Product Name: EntCAL ALNG SA MVL DvcCAL wSrvcs Part Number: 76A-00031 | Microsoft Licensing, GP | Dept 551, Volume Licensing 6100 Neil Road, Suite 210 Reno, NV 89511 | Oncor Electric Delivery Company LLC | $0.00 | Upon entry of the Assumption Order |
| 2 | EFH Corporate Services Company | No. of Licenses: 92 Product Name: MapPoint Win32 ALNG LicSAPk MVL Part Number: 821-00326 | Microsoft Licensing, GP | Dept 551, Volume Licensing 6100 Neil Road, Suite 210 Reno, NV 89511 | Oncor Electric Delivery Company LLC | $0.00 | Upon entry of the Assumption Order |
| 3 | EFH Corporate Services Company | No. of Licenses: 0 Product Name: OfficeStd ALNG SA MVL Part Number: 021-05464 | Microsoft Licensing, GP | Dept 551, Volume Licensing 6100 Neil Road, Suite 210 Reno, NV 89511 | Oncor Electric Delivery Company LLC | $0.00 | Upon entry of the Assumption Order |
| 4 | EFH Corporate Services Company | No. of Licenses: 3979 Product Name: OfficeProPlus ALNG SA MVL Part Number: 269-05704 | Microsoft Licensing, GP | Dept 551, Volume Licensing 6100 Neil Road, Suite 210 Reno, NV 89511 | Oncor Electric Delivery Company LLC | $0.00 | Upon entry of the Assumption Order |
| 5 | EFH Corporate Services Company | No. of Licenses: 545 Product Name: Prjct ALNG SA MVL Part Number: 076-01912 | Microsoft Licensing, GP | Dept 551, Volume Licensing 6100 Neil Road, Suite 210 Reno, NV 89511 | Oncor Electric Delivery Company LLC | $0.00 | Upon entry of the Assumption Order |
| 6 | EFH Corporate Services Company | No. of Licenses: 29 Product Name: PrjctPro ALNG SA MVL w1PrjctSvrCAL Part Number: H30-00238 | Microsoft Licensing, GP | Dept 551, Volume Licensing 6100 Neil Road, Suite 210 Reno, NV 89511 | Oncor Electric Delivery Company LLC | $0.00 | Upon entry of the Assumption Order |
| 7 | EFH Corporate Services Company | No. of Licenses: 244 Product Name: VisioStd ALNG SA MVL Part Number: D86-01253 | Microsoft Licensing, GP | Dept 551, Volume Licensing 6100 Neil Road, Suite 210 Reno, NV 89511 | Oncor Electric Delivery Company LLC | $0.00 | Upon entry of the Assumption Order |
| 8 | EFH Corporate Services Company | No. of Licenses: 169 Product Name: VisioPro ALNG SA MVL Part Number: D87-01159 | Microsoft Licensing, GP | Dept 551, Volume Licensing 6100 Neil Road, Suite 210 Reno, NV 89511 | Oncor Electric Delivery Company LLC | $0.00 | Upon entry of the Assumption Order |
| 9 | EFH Corporate Services Company | No. of Licenses: 49 Product Name: VSProwMSDNPrem ALNG SA MVL Part Number: F1P-00100 | Microsoft Licensing, GP | Dept 551, Volume Licensing 6100 Neil Road, Suite 210 Reno, NV 89511 | Oncor Electric Delivery Company LLC | $0.00 | Upon entry of the Assumption Order |
| 10 | EFH Corporate Services Company | No. of Licenses: 40 Product Name: VSProwMSDN ALNG LicSAPk MVL Part Number: 77D-00110 | Microsoft Licensing, GP | Dept 551, Volume Licensing 6100 Neil Road, Suite 210 Reno, NV 89511 | Oncor Electric Delivery Company LLC | $0.00 | Upon entry of the Assumption Order |
| 11 | EFH Corporate Services Company | No. of Licenses: 4 Product Name: VSTstProwMSDN ALNG LicSAPk MVL Part Number: L5D-00161 | Microsoft Licensing, GP | Dept 551, Volume Licensing 6100 Neil Road, Suite 210 Reno, NV 89511 | Oncor Electric Delivery Company LLC | $0.00 | Upon entry of the Assumption Order |
| 12 | EFH Corporate Services Company | No. of Licenses: 16 Product Name: VSProwMSDN ALNG LicSAPk MVL Part Number: 77D-00110 | Microsoft Licensing, GP | Dept 551, Volume Licensing 6100 Neil Road, Suite 210 Reno, NV 89511 | Oncor Electric Delivery Company LLC | $0.00 | Upon entry of the Assumption Order |
| 13 | EFH Corporate Services Company | No. of Licenses: 2 Product Name: BizTlkSvrEnt SNGL LicSAPk MVL 1Proc Part Number: F52-00382 | Microsoft Licensing, GP | Dept 551, Volume Licensing 6100 Neil Road, Suite 210 Reno, NV 89511 | Oncor Electric Delivery Company LLC | $0.00 | Upon entry of the Assumption Order |
| 14 | EFH Corporate Services Company | No. of Licenses: 17 Product Name: ExchgSvrStd ALNG SA MVL Part Number: 312-02257 | Microsoft Licensing, GP | Dept 551, Volume Licensing 6100 Neil Road, Suite 210 Reno, NV 89511 | Oncor Electric Delivery Company LLC | $0.00 | Upon entry of the Assumption Order |
| 15 | EFH Corporate Services Company | No. of Licenses: 356 Product Name: EA Only (Exchange Server Standard - Device CAL) Part Number: N/A | Microsoft Licensing, GP | Dept 551, Volume Licensing 6100 Neil Road, Suite 210 Reno, NV 89511 | Oncor Electric Delivery Company LLC | $0.00 | Upon entry of the Assumption Order |
| 16 | EFH Corporate Services Company | No. of Licenses: 368 Product Name: EA Only (Lync Server Standard - Device CAL) Part Number: N/A | Microsoft Licensing, GP | Dept 551, Volume Licensing 6100 Neil Road, Suite 210 Reno, NV 89511 | Oncor Electric Delivery Company LLC | $0.00 | Upon entry of the Assumption Order |
| 17 | EFH Corporate Services Company | No. of Licenses: 44 Product Name: SharePointSvr ALNG SA MVL Part Number: H04-00268 | Microsoft Licensing, GP | Dept 551, Volume Licensing 6100 Neil Road, Suite 210 Reno, NV 89511 | Oncor Electric Delivery Company LLC | $0.00 | Upon entry of the Assumption Order |
| 18 | EFH Corporate Services Company | No. of Licenses: 699 Product Name: EA Only (SharePoint Server Standard - Device CAL) Part Number: N/A | Microsoft Licensing, GP | Dept 551, Volume Licensing 6100 Neil Road, Suite 210 Reno, NV 89511 | Oncor Electric Delivery Company LLC | $0.00 | Upon entry of the Assumption Order |
| 19 | EFH Corporate Services Company | No. of Licenses: 23 Product Name: SharePointStdCAL 2013 SNGL OLP NL UsrCAL Part Number: 76M-01518 | Microsoft Licensing, GP | Dept 551, Volume Licensing 6100 Neil Road, Suite 210 Reno, NV 89511 | Oncor Electric Delivery Company LLC | $0.00 | Upon entry of the Assumption Order |
| 20 | EFH Corporate Services Company | No. of Licenses: 23 Product Name: SharePointEntCAL 2013 SNGL OLP NL UsrCAL Part Number: 76N-03701 | Microsoft Licensing, GP | Dept 551, Volume Licensing 6100 Neil Road, Suite 210 Reno, NV 89511 | Oncor Electric Delivery Company LLC | $0.00 | Upon entry of the Assumption Order |
| 21 | EFH Corporate Services Company | No. of Licenses: 224 Product Name: SysCtrMgmtSteStd ALNG SA MVL Part Number: MUY-00217 | Microsoft Licensing, GP | Dept 551, Volume Licensing 6100 Neil Road, Suite 210 Reno, NV 89511 | Oncor Electric Delivery Company LLC | $0.00 | Upon entry of the Assumption Order |
| 22 | EFH Corporate Services Company | No. of Licenses: 6 Product Name: SQLSvrStd ALNG LicSAPk MVL 1Proc Part Number: 228-03159 | Microsoft Licensing, GP | Dept 551, Volume Licensing 6100 Neil Road, Suite 210 Reno, NV 89511 | Oncor Electric Delivery Company LLC | $0.00 | Upon entry of the Assumption Order |
| 23 | EFH Corporate Services Company | No. of Licenses: 30 Product Name: SQLSvrEnt ALNG LicSAPk MVL 1Proc Part Number: 810-03312 | Microsoft Licensing, GP | Dept 551, Volume Licensing 6100 Neil Road, Suite 210 Reno, NV 89511 | Oncor Electric Delivery Company LLC | $0.00 | Upon entry of the Assumption Order |
| 24 | EFH Corporate Services Company | No. of Licenses: 9 Product Name: SQLSvrStd ALNG LicSAPk MVL Part Number: 228-04437 | Microsoft Licensing, GP | Dept 551, Volume Licensing 6100 Neil Road, Suite 210 Reno, NV 89511 | Oncor Electric Delivery Company LLC | $0.00 | Upon entry of the Assumption Order |
| 25 | EFH Corporate Services Company | No. of Licenses: 15 Product Name: SQLSvrEnt ALNG LicSAPk MVL Part Number: 810-04764 | Microsoft Licensing, GP | Dept 551, Volume Licensing 6100 Neil Road, Suite 210 Reno, NV 89511 | Oncor Electric Delivery Company LLC | $0.00 | Upon entry of the Assumption Order |
| 26 | EFH Corporate Services Company | No. of Licenses: 300 Product Name: SQLCAL ALNG LicSAPk MVL DvcCAL Part Number: 359-00765 | Microsoft Licensing, GP | Dept 551, Volume Licensing 6100 Neil Road, Suite 210 Reno, NV 89511 | Oncor Electric Delivery Company LLC | $0.00 | Upon entry of the Assumption Order |
| 27 | EFH Corporate Services Company | No. of Licenses: 137 Product Name: SQLCAL 2008 SNGL MVL UsrCAL; SQLCAL 2008R2 SNGL OLP NL UsrCAL Part Number: 359-05101 359-05356 | Microsoft Licensing, GP | Dept 551, Volume Licensing 6100 Neil Road, Suite 210 Reno, NV 89511 | Oncor Electric Delivery Company LLC | $0.00 | Upon entry of the Assumption Order |
| 28 | EFH Corporate Services Company | No. of Licenses: 356 Product Name: EA Only (Windows Server - Device CAL) Part Number: N/A | Microsoft Licensing, GP | Dept 551, Volume Licensing 6100 Neil Road, Suite 210 Reno, NV 89511 | Oncor Electric Delivery Company LLC | $0.00 | Upon entry of the Assumption Order |
| 29 | EFH Corporate Services Company | No. of Licenses: 275 Product Name: WinSvrStd ALNG LicSAPk MVL Part Number: P73-00203 | Microsoft Licensing, GP | Dept 551, Volume Licensing 6100 Neil Road, Suite 210 Reno, NV 89511 | Oncor Electric Delivery Company LLC | $0.00 | Upon entry of the Assumption Order |
| 30 | EFH Corporate Services Company | No. of Licenses: 5 Product Name: WinSvrEnt ALNG LicSAPk MVL Part Number: P72-00165 | Microsoft Licensing, GP | Dept 551, Volume Licensing 6100 Neil Road, Suite 210 Reno, NV 89511 | Oncor Electric Delivery Company LLC | $0.00 | Upon entry of the Assumption Order |
| 31 | EFH Corporate Services Company | No. of Licenses: 72 Product Name: WinSvrDataCtr ALNG LicSAPk MVL 1Proc Part Number: P71-01031 | Microsoft Licensing, GP | Dept 551, Volume Licensing 6100 Neil Road, Suite 210 Reno, NV 89511 | Oncor Electric Delivery Company LLC | $0.00 | Upon entry of the Assumption Order |
| 32 | EFH Corporate Services Company | No. of Licenses: 35 Product Name: System Center Data Center | Microsoft Licensing, GP | Dept 551, Volume Licensing 6100 Neil Road, Suite 210 Reno, NV 89511 | Oncor Electric Delivery Company LLC | $0.00 | Upon entry of the Assumption Order |
| 33 | EFH Corporate Services Company | No. of Licenses: 6 Product Name: Lync | Microsoft Licensing, GP | Dept 551, Volume Licensing 6100 Neil Road, Suite 210 Reno, NV 89511 | Oncor Electric Delivery Company LLC | $0.00 | Upon entry of the Assumption Order |

## Fifth Assumption Schedule

| Ref. # | Details of Contract(s) to be Assumed | | Assumption Counterparty Information | | Assignee | Cure Amount | Effective Date |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Debtor(s) / Assignor | Description of Contract/Lease * | Contract Counterparty | Address | | | |
| 34 | EFH Corporate Services Company | No. of Licenses: 20 Product Name: Excel | Microsoft Licensing, GP | Dept 551, Volume Licensing 6100 Neil Road, Suite 210 Reno, NV 89511 | Oncor Electric Delivery Company LLC | $0.00 | Upon entry of the Assumption Order |
| 35 | EFH Corporate Services Company | No. of Licenses: 1185 Product Name: Access | Microsoft Licensing, GP | Dept 551, Volume Licensing 6100 Neil Road, Suite 210 Reno, NV 89511 | Oncor Electric Delivery Company LLC | $0.00 | Upon entry of the Assumption Order |

*For the avoidance of doubt, EFH Corporate Services Company is only seeking to assume and assign those licenses used by Oncor Electric Delivery Company LLC.