# SIGN-IN SHEET

**CASE NAME:** Energy Future
**CASE NO:** 14-10979

**COURTROOM LOCATION:** 6
**DATE:** 12/29/14 at 10:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Laura Davis Jones | Pachulski Stang Ziehl & Jones | Contrarians |
| Jason M. Madron | Richards Layton & Finger | Debtors |
| Justin Edelson | Polsinelli | TCEH Committee |
| Katherine Stadler | Godfrey & Kahn | Fee Committee |
| Richard Gitlin | Gitlin & Co, LLC | Fee Committee |
| Richard L. Schepacarter | USDOJ - OUST | UST |
| Aaron Baker | Phillips Goldman & Spence | Fee Committee |
| Reg Burris | Kleehammer | UMB Bank, Indenture Trustee |
| Lorna Marinazzi | Morrison Foerster | T-side UCC |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# Court Conference

**Calendar Date:** 12/29/2014
**Calendar Time:** 10:00 AM ET

## U.S. Bankruptcy Court-Delaware (DE - US)
## Confirmed Telephonic Appearance Schedule
## Honorable Christopher S. Sontchi

#6

1st Revision 12/29/2014 06:05 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6655948 | Caitlin Barr | (312) 558-5600 | Winston & Strawn LLP | Interested Party, CenterPoint Energy Resources Corp. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6651994 | Matthew G. Bouslog | (949) 451-3914 | Gibson, Dunn & Crutcher LLP | Interested Party, Gibson, Dunn & Crutcher LLP / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6657516 | Kent Collier | 212-588-8890 | Reorg Research, Inc. | Interested Party, Kent Collier / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6655117 | Adam M. Denhoff | 212-373-3000 ext. 3471 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Paul Weiss Rifkind Wharton & Garrison / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6656036 | Stacey Dore | (212) 446-6411 | Energy Future Holdings Corp. | Interested Party, Energy Future Holdings Corp. / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6653207 | Edmund Emrich | (212) 848-4000 | Shearman & Sterling LLP | Creditor, Deutsche Bank / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6660562 | Todd Filsinger | (303) 974-5884 | Filsinger Energy Partners | Interested Party, Filsinger Energy Partners / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6651997 | Jeremy Graves | (214) 698-3225 | Gibson, Dunn & Crutcher LLP | Interested Party, Gibson, Dunn & Crutcher LLP / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6656165 | Brian Guiney | (212) 336-2305 | Patterson Belknap Webb & Tyler | Interested Party, Law Debenture Trust Company of New York / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6654963 | Daniel J. Harris | (212) 336-4292 | Morrison & Foerster | Creditor, Creditors Committee / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6659424 | Chad J. Husnick | (312) 862-2009 | Kirkland & Ellis LLP | Debtor, Energy Future Holding Corp. / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6660565 | Charles Koster | (212) 819-7845 | White & Case LLP | Interested Party, Ad Hoc Group of TCEH Unsecured Noteholders / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6658403 | Demetra L. Liggins | (713) 951-5884 | Thompson & Knight LLP | Non-Party, Thompson & Knight LLP, Special Tax Counsel / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6655354 | Naomi Moss | (212) 872-8051 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6655652 | Tuvia Peretz | (212) 715-9100 | Kramer Levin Naftalis & Frankel LLP | Creditor, Trustee for Second Lien Notes / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6655842 | Meredith Pfister | (212) 412-1368 | Barclays Bank PLC | Interested Party, Barclays Bank PLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6655151 | Andrew M. Thau | (203) 862-6231 | Southpaw Asset Management | Creditor, Southpaw Asset Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6660566 | Amer Tiwana | (203) 569-4318 | CRT Capital Group, LLC | Interested Party, CRT Capital Group, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6659442 | Brady C. Williamson | 608-284-2642 | Godfrey & Kahn, S. C. | Interested Party, Godfrey & Kahn, S.C. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6656061 | Aparna Yenamandra | (212) 446-4800 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LIVE |