IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] <br><br> Debtors. | ) Chapter 11 <br> ) <br> ) Case No. 14-10979 (CSS) <br> ) <br> ) (Jointly Administered) <br> ) Objection Deadline: December 31, 2014 at 4:00 p.m. <br> ) Hearing Date: January 13, 2015 at 9:30 a.m. |

**NOTICE OF DEBTORS' THIRD OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO (NO SUPPORTING DOCUMENTATION) CUSTOMER CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

PLEASE TAKE NOTICE THAT, on December 12, 2014, the above-captioned debtors and debtors in possession filed the **Debtors' Third Omnibus (Non-Substantive) Objection to (No Supporting Documentation) Customer Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1** (the "Objection") with the United States Bankruptcy Court for the District of Delaware, which seeks to alter the rights of the parties set forth in the Objection.

PLEASE TAKE FURTHER NOTICE that, responses, if any, to the Objection must be in writing, filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel on or before **December 31, 2014 at 4:00 p.m. (ET)**.

PLEASE TAKE FURTHER NOTICE that a hearing on the Objection will be held before The Honorable Christopher S. Sontchi, United States Bankruptcy Judge, United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **January 13, 2015 at 9:30 a.m. (ET)**.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 11258212v.1

Docket No. 2992
Date Filed: 12/12/14

Dated: December 12, 2014
       Wilmington, Delaware

/s/ *Jason M. Madron*
-------------------------------------------
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
         defranceschi@rlf.com
         madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   edward.sassower@kirkland.com
         stephen.hessler@kirkland.com
         brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
         marc.kieselstein@kirkland.com
         chad.husnick@kirkland.com
         steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

5. Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

7. This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Dated: _____       _____
Wilmington, Delaware                THE HONORABLE CHRISTOPHER S. SONTCHI
                                    UNITED STATES BANKRUPTCY JUDGE

RUTH CAESAR HAS HAD A STROKE.
NOT ABLE TO SPEAK OR
FILE AN OBJECTION
RESPONSE 12/16/2014
REQUEST JUDGE SONTCHI HELP!
CASE # 14-0979 (CSS)
FILING WRITTEN CLAIM

3

RLF1 11258191v.1

**Energy Future Holdings**

December 12, 2014

We are writing to you today about the claim (or claims) you filed as part of Energy Future Holdings' Chapter 11 proceedings.

The company is unable to accept your claim(s) – number(s) 5630 – at this time. Our response to your claim(s) is detailed in the enclosed materials.

As indicated in the enclosed Notice, which has been customized to address your claim and the company's response to your claim, if you have a response, it must be filed with the Bankruptcy Court on or before December 31, 2014. *FILING CLAIM*

If you have any questions, please call our dedicated telephone hotline at (877) 580-9765.

Thank you.

**Epiq Bankruptcy Solutions, LLC**
PO Box 4470
Beaverton, OR 97005

Address Service Requested

Legal Documents Enclosed –
Please direct to the attention
of the Addressee,
Legal Department or President.

```
EFH OMNI3-1 12-10-2014 (MERGE2,TXNUM2) 4000030162 BAR(23) MAIL ID *** 000090977052 ***
CAESAR, RUTH
1412 BLACKLAND DR
TAYLOR, TX  76574-1401
```

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., et al.,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |

**NOTICE OF DEBTORS' THIRD OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (NO SUPPORTING DOCUMENTATION) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

TO: CAESAR, RUTH
1412 BLACKLAND DR
TAYLOR, TX 76574-1401

**Basis for Objection**: No Supporting Documentation Claims

|  | **Claim Number** | **Claim Amount** |
|---|---|---|
| Claim(s) to be Expunged: | 5630 | Undetermined* |

*- Indicates claim contains unliquidated and/or undetermined amounts.

On December 12, 2014 the above-captioned debtors and debtors in possession (the "Debtors") filed the **Debtors' Third Omnibus (Non-Substantive) Objection to (No Supporting Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1** (the "Objection")[2] a copy of which is attached hereto.

By the Objection, the Debtors seek to disallow the claim(s) listed as "Claim(s) to be Expunged" for the reason stated above and as further described in the Objection. Once disallowed, the "Claims to be Expunged" will be removed from the Claims Register.

Responses to the Objection, if any, must be in writing and filed on or before **December 31, 2014 at 4:00 PM (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of any such response upon the undersigned counsel to the Debtors listed so that the response is **actually received** on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **JANUARY 13, 2015 AT 9:30 AM (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Objection.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

If you have questions about the Objection, please call 877-580-9765, free of charge.

Wilmington, Delaware
Dated: December 12, 2014

/s/ Jason M. Madron
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:       collins@rlf.com
             defranceschi@rlf.com
             madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:       edward.sassower@kirkland.com
             stephen.hessler@kirkland.com
             brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:       james.sprayregen@kirkland.com
             marc.kieselstein@kirkland.com
             chad.husnick@kirkland.com
             steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*