# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Joseph D. Frank, Esquire of FrankGecker LLP, 325 North LaSalle Street, Suite 625, Chicago, IL 60654, to represent the following personal injury law firms: (i) Gori Julian & Associates, P.C.; (ii) Simmons Hanley Conroy; (iii) Paul Reich & Meyers, P.C.; (iv) Kazan, McClain, Satterley & Greenwood, a Professional Law Corporation, and (v) Early, Lucarelli, Sweeney, & Meisenkothen (collectively, the "PI Law Firms") in this action.

Dated: January 2, 2015                    **THE HOGAN FIRM**

*/s/ Daniel K. Hogan*
Daniel K. Hogan (I.D. #2814)
1311 Delaware Avenue
Wilmington, DE  19806
Telephone:  (302) 656-7540
Fax:  (302) 656-7599
dkhogan@dkhogan.com.com

*Counsel to the PI Law Firms*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

**Dated: January 6th, 2015**
**Wilmington, Delaware**

**CHRISTOPHER S. SONTCHI**
**UNITED STATES BANKRUPTCY JUDGE**

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated: January 2, 2015

*/s/ Joseph D. Frank*
Joseph D. Frank, Esquire (Ill. ID No. 6216085)
FrankGecker LLP
325 N. LaSalle St., Ste. 625
Chicago, IL 60610
Telephone: (312) 276-1400
Fax: (312) 276-0035
jfrank@fgllp.com