# EXHIBIT A

**Statement of Fees and Expenses By Subject Matter**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 3 | [ALL] Automatic Stay | 33.10 | $20,816.50 |
| 6 | [ALL] Case Administration | 148.00 | $83,256.50 |
| 7 | [ALL] Cash Management | 8.20 | $5,089.00 |
| 8 | [ALL] Claims Administration & Objections | 119.50 | $63,673.50 |
| 9 | [ALL] Contested Matters & Adv. Proceed. | 3,834.80 | $2,255,977.50 |
| 10 | [ALL] Corp. Governance and Sec. Issues | 416.70 | $385,437.00 |
| 11 | [ALL] Exec. Contracts & Unexpired Leases | 78.50 | $55,925.50 |
| 12 | [ALL] Hearings | 22.00 | $16,574.50 |
| 14 | [ALL] K&E Retention and Fee Applications | 398.40 | $201,009.50 |
| 17 | [ALL] Non-K&E Retentions & Fee Apps | 258.90 | $138,516.00 |
| 18 | [ALL] Non-Working Travel | 59.80 | $55,878.50 |
| 19 | [ALL] Official Committee Issues & Meet. | 30.00 | $22,428.00 |
| 21 | [ALL] Plan and Disclosure Statements | 1,151.50 | $963,414.50 |
| 22 | [ALL] Private Letter Ruling/IRS Matters | 28.30 | $34,533.50 |
| 26 | [ALL] Retiree and Employee Issues/OPEB | 559.30 | $412,160.00 |
| 29 | [ALL] Tax Issues | 328.90 | $281,929.50 |
| 32 | [ALL] Valuation | 24.80 | $18,086.50 |
| 33 | [ALL] Vendor and Other Creditor Issues | 0.60 | $504.00 |
| 34 | [TCEH] Asset Dispositions and Purchases | 11.80 | $7,303.00 |
| 35 | [TCEH] Automatic Stay | 10.10 | $6,848.50 |
| 37 | [TCEH] Business Operations | 1.10 | $687.50 |
| 38 | [TCEH] Cash Collateral and DIP Financing | 13.90 | $9,928.50 |
| 39 | [TCEH] Claims Administration & Objection | 272.10 | $161,643.00 |
| 40 | [TCEH] Contested Matters & Advers. Proc. | 98.00 | $64,172.50 |
| 41 | [TCEH] Corp. Governance and Sec. Issues | 5.90 | $5,693.50 |
| 46 | [TCEH] Non-Debtor Affiliates | 22.50 | $13,216.50 |
| 47 | [TCEH] Non-K&E Retention & Fee Apps | 9.10 | $6,316.00 |
| 48 | [TCEH] Non-Working Travel | 7.40 | $6,501.00 |
| 49 | [TCEH] Official Committee Issues & Meet. | 0.50 | $312.50 |
| 51 | [TCEH] Plan/Disclosure Statements | 27.20 | $27,610.50 |
| 57 | [TCEH] Trading and Hedging Contracts | 47.10 | $30,782.00 |
| 62 | [TCEH] Vendor and Other Creditor Issues | 93.60 | $54,502.50 |
| 66 | [EFIH] Cash Collat./DIP Finan./Makewhole | 15.40 | $11,417.00 |
| 67 | [EFIH] Claims Administration & Objection | 8.90 | $5,446.50 |
| 68 | [EFIH] Contested Matters & Advers. Pro. | 484.20 | $330,392.00 |
| 69 | [EFIH] Corp. Governance and Sec. Issues | 12.20 | $12,059.00 |
| 72 | [EFIH] Non-K&E Retention & Fee Applicat. | 2.30 | $1,965.00 |
| 73 | [EFIH] Non-Working Travel | 17.80 | $11,831.00 |
| 76 | [EFIH] Plan / Disclosure Statement | 11.70 | $12,485.50 |
| 87 | [EFH] Corp. Governance and Sec. Issues | 3.20 | $2,942.00 |
| 89 | [EFH] EFH Properties | 146.30 | $84,220.50 |
| 94 | [EFH] Non-K&E Retention & Fee Apps | 2.10 | $1,735.50 |
| 96 | [EFH] Official Committee Issues & Meet. | 21.20 | $17,962.50 |
| 97 | [EFH] Oncor | 0.90 | $823.50 |
| 108 | [TCEH] Exec. Contracts & Unexpired Lease | 98.80 | $58,132.50 |
| **Totals:** | | **8,946.60** | **$5,962,140.00** |

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $6,402.75 |
| Standard Copies or Prints | $12,561.80 |
| Color Copies or Prints | $16,904.70 |
| Production Blowbacks | $2,239.50 |
| Closing/Mini Books | $48.00 |
| Overnight Delivery | $602.57 |
| Overnight Delivery - Refund | -$82.95 |
| Outside Messenger Services | $741.37 |
| Local Transportation | $1,399.29 |
| Travel Expense | $24,116.88 |
| Airfare | $32,361.24 |
| Transportation to/from airport | $14,017.49 |
| Travel Meals | $1,934.80 |
| Other Travel Expenses | $733.77 |
| Court Reporter Fee/Deposition | $3,690.75 |
| Filing Fees | $295.85 |
| Outside Paralegal Assistance | $732,174.50 |
| Outside Printing Services | $710.64 |
| Outside Copy/Binding Services | $14,551.05 |
| Working Meals/K&E Only | $244.70 |
| Catering Expenses | $2,612.00 |
| Computer Database Research | $48,810.17 |
| Overtime Transportation | $4,930.74 |
| Overtime Meals - Non-Attorney | $92.00 |
| Overtime Meals - Attorney | $1,567.59 |
| Rental Expenses | $19,431.16 |
| **Total:** | **$943,092.36** |