# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The K&E attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Jack N Bernstein | Partner | 1995 | Employee Benefits | 965.00 | 15.20 | $14,668.00 |
| Andrew Calder, P.C. | Partner | 2003 | Corporate - M&A/Private Equity | 1,195.00 | 15.90 | $19,000.50 |
| Jeanne T Cohn-Connor | Partner | 1985 | Environment - Transactional | 895.00 | 43.80 | $39,201.00 |
| Cormac T Connor | Partner | 2002 | Litigation - Gov/Reg/Internal Investgn | 775.00 | 102.40 | $79,360.00 |
| David R Dempsey | Partner | 2006 | Litigation - General | 825.00 | 20.80 | $17,160.00 |
| Mark Filip, P.C. | Partner | 1993 | Litigation - General | 1,195.00 | 3.10 | $3,704.50 |
| Stephen Fraidin | Partner | 1965 | Corporate - M&A Private Equity | 1,245.00 | 1.50 | $1,867.50 |
| Gregory W Gallagher, P.C. | Partner | 1997 | Taxation | 1,195.00 | 64.40 | $76,958.00 |
| Jonathan F Ganter | Partner | 2010 | Litigation - General | 775.00 | 187.60 | $145,390.00 |
| Jeffrey M Gould | Partner | 2006 | Litigation - General | 795.00 | 190.60 | $151,527.00 |
| William Guerrieri | Partner | 2008 | Restructuring | 840.00 | 92.10 | $77,364.00 |
| Stephen C Hackney | Partner | 1997 | Litigation - General | 915.00 | 1.00 | $915.00 |
| Erik Hepler | Partner | 1990 | Corporate - Debt Finance | 995.00 | 0.30 | $298.50 |
| Stephen E Hessler | Partner | 2001 | Restructuring | 995.00 | 131.60 | $130,942.00 |
| Richard U S Howell | Partner | 2006 | Litigation - General | 795.00 | 184.80 | $146,916.00 |
| Chad J Husnick | Partner | 2004 | Restructuring | 915.00 | 163.20 | $149,328.00 |
| Marc Kieselstein, P.C. | Partner | 1988 | Restructuring | 1,125.00 | 99.10 | $111,487.50 |
| Michelle Kilkenney | Partner | 2002 | Corporate - Debt Finance | 995.00 | 2.50 | $2,487.50 |
| Gregg G Kirchhoefer, P.C. | Partner | 1982 | IP - Transactional | 1,075.00 | 7.00 | $7,525.00 |
| Daniel Lewis | Partner | 1988 | IP - Transactional | 840.00 | 2.00 | $1,680.00 |
| Todd F Maynes, P.C. | Partner | 1988 | Taxation | 1,295.00 | 56.40 | $73,038.00 |
| Andrew R McGaan, P.C. | Partner | 1986 | Litigation - General | 1,025.00 | 126.60 | $129,765.00 |
| Mark E McKane | Partner | 1997 | Litigation - General | 925.00 | 206.50 | $191,012.50 |
| Amber J Meek | Partner | 2009 | Corporate - M&A/Private Equity | 840.00 | 27.10 | $22,764.00 |
| Andres C Mena | Partner | 2001 | Corporate - Debt Finance | 995.00 | 1.20 | $1,194.00 |
| Linda K Myers, P.C. | Partner | 1990 | Corporate - Debt Finance | 1,245.00 | 0.80 | $996.00 |
| David M Nemecek | Partner | 2003 | Corporate - Debt Finance | 995.00 | 0.50 | $497.50 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Bridget K O'Connor | Partner | 2003 | Litigation - General | 840.00 | 78.30 | $65,772.00 |
| Matthew E Papez, P.C. | Partner | 1999 | Litigation - General | 880.00 | 46.20 | $40,656.00 |
| Michael A Petrino | Partner | 2008 | Litigation - General | 775.00 | 129.80 | $100,595.00 |
| Scott D Price | Partner | 1990 | Executive Compensation | 1,175.00 | 1.30 | $1,527.50 |
| William T Pruitt | Partner | 2004 | Litigation - General | 840.00 | 38.00 | $31,920.00 |
| Brenton A Rogers | Partner | 2007 | Litigation - General | 825.00 | 81.50 | $67,237.50 |
| Joshua Samis | Partner | 2005 | Corporate - Debt Finance | 840.00 | 2.00 | $1,680.00 |
| Edward O Sassower, P.C. | Partner | 2000 | Restructuring | 1,125.00 | 183.20 | $206,100.00 |
| Brian E Schartz | Partner | 2008 | Restructuring | 840.00 | 188.70 | $158,508.00 |
| Michael B Slade | Partner | 1999 | Litigation - General | 905.00 | 15.40 | $13,937.00 |
| James H M Sprayregen, P.C. | Partner | 1985 | Restructuring | 1,245.00 | 136.00 | $169,320.00 |
| Bryan M Stephany | Partner | 2007 | Litigation - General | 795.00 | 155.10 | $123,304.50 |
| Vincent Thorn | Partner | 2009 | Taxation | 865.00 | 0.30 | $259.50 |
| Sara B Zablotney | Partner | 2003 | Taxation | 1,095.00 | 48.60 | $53,217.00 |
| Julia Allen | Associate | 2012 | Litigation - General | 595.00 | 129.40 | $76,993.00 |
| James Barolo | Associate | 2014 | Litigation - General | 450.00 | 82.60 | $37,170.00 |
| Rebecca Blake Chaikin | Associate | Pending | Restructuring | 450.00 | 145.70 | $65,565.00 |
| Katherine Bolanowski | Associate | 2009 | Corporate - Debt Finance | 795.00 | 1.30 | $1,033.50 |
| Chris Burrichter | Associate | 2012 | Litigation - General | 595.00 | 78.10 | $46,469.50 |
| Diana Chang | Associate | 2012 | Litigation - General | 595.00 | 53.40 | $31,773.00 |
| Kevin Chang | Associate | 2014 | Litigation - General | 450.00 | 113.50 | $51,075.00 |
| Elizabeth S Dalmut | Associate | 2013 | Litigation - General | 520.00 | 106.40 | $55,328.00 |
| Alexander Davis | Associate | 2012 | Litigation - General | 595.00 | 173.70 | $103,351.50 |
| Kristen L Derhaag | Associate | 2012 | Corporate - Debt Finance | 685.00 | 0.90 | $616.50 |
| Michael Esser | Associate | 2009 | Litigation - General | 750.00 | 167.80 | $125,850.00 |
| Michael Gawley | Associate | 2013 | Litigation - General | 520.00 | 67.90 | $35,308.00 |
| Emily Geier | Associate | 2012 | Restructuring | 685.00 | 204.80 | $140,288.00 |
| Andrew W Grindrod | Associate | 2012 | Litigation - General | 595.00 | 10.70 | $6,366.50 |
| Ryan Guerrero | Associate | 2013 | Corporate - General | 535.00 | 5.00 | $2,675.00 |
| Haris Hadzimuratovic | Associate | 2008 | Litigation - General | 710.00 | 100.40 | $71,284.00 |
| Beatrice Hahn | Associate | 2013 | IP - Litigation | 595.00 | 25.50 | $15,172.50 |
| Elliot C Harvey Schatmeier | Associate | 2014 | Litigation - General | 520.00 | 6.80 | $3,536.00 |
| Inbal Hasbani | Associate | 2010 | Litigation - General | 710.00 | 30.40 | $21,584.00 |
| Sean F Hilson | Associate | 2013 | Restructuring | 535.00 | 64.50 | $34,507.50 |
| Sam Hong | Associate | 2008 | IP - Transactional | 685.00 | 10.60 | $7,261.00 |
| Natasha Hwangpo | Associate | 2014 | Restructuring | 535.00 | 94.30 | $50,450.50 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Vinu Joseph | Associate | 2013 | Litigation - General | 520.00 | 37.00 | $19,240.00 |
| Lina Kaisey | Associate | Pending | Restructuring | 450.00 | 151.00 | $67,950.00 |
| Howard Kaplan | Associate | 2011 | Litigation - General | 665.00 | 73.60 | $48,944.00 |
| Austin Klar | Associate | 2013 | Litigation - General | 520.00 | 30.20 | $15,704.00 |
| Lucas J Kline | Associate | 2009 | Litigation - General | 750.00 | 144.50 | $108,375.00 |
| Max Klupchak | Associate | 2011 | Corporate - M&A/Private Equity | 755.00 | 14.40 | $10,872.00 |
| Nick Laird | Associate | 2013 | Litigation - General | 520.00 | 43.70 | $22,724.00 |
| Teresa Lii | Associate | 2014 | Restructuring | 535.00 | 127.70 | $68,319.50 |
| Ashley Littlefield | Associate | 2011 | Litigation - General | 665.00 | 1.00 | $665.00 |
| Melanie MacKay | Associate | 2010 | Litigation - General | 710.00 | 5.60 | $3,976.00 |
| Christopher J Maner | Associate | 2012 | Litigation - General | 595.00 | 74.10 | $44,089.50 |
| Allison McDonald | Associate | 2013 | Litigation - General | 520.00 | 19.80 | $10,296.00 |
| Eric Merin | Associate | 2014 | Litigation - General | 520.00 | 53.60 | $27,872.00 |
| Timothy Mohan | Associate | 2014 | Restructuring | 535.00 | 123.60 | $66,126.00 |
| Roxana Mondragon-Motta | Associate | 2011 | Litigation - General | 665.00 | 43.20 | $28,728.00 |
| Maryam F Mujahid | Associate | 2012 | Environment - Transactional | 625.00 | 0.50 | $312.50 |
| Brett Murray | Associate | 2013 | Restructuring | 625.00 | 119.90 | $74,937.50 |
| Caroline Nguyen | Associate | 2013 | Restructuring | 625.00 | 3.00 | $1,875.00 |
| Veronica Nunn | Associate | 2010 | Corporate - General | 685.00 | 15.50 | $10,617.50 |
| Patrick Park | Associate | 2014 | IP - Litigation | 450.00 | 39.60 | $17,820.00 |
| Jessica Peet | Associate | 2014 | Restructuring | 625.00 | 4.50 | $2,812.50 |
| Samara L Penn | Associate | 2010 | Litigation - General | 710.00 | 73.80 | $52,398.00 |
| Jonah Peppiatt | Associate | Pending | Restructuring | 535.00 | 181.70 | $97,209.50 |
| Gregory F Pesce | Associate | 2011 | Restructuring | 685.00 | 2.40 | $1,644.00 |
| Carl Pickerill | Associate | 2008 | Restructuring | 620.00 | 18.20 | $11,284.00 |
| Alan Rabinowitz | Associate | 2010 | IP - Litigation | 665.00 | 10.10 | $6,716.50 |
| Carleigh T Rodriguez | Associate | 2013 | Environment - Transactional | 535.00 | 10.30 | $5,510.50 |
| Benjamin D Sandahl | Associate | 2009 | Litigation - General | 750.00 | 28.70 | $21,525.00 |
| Michael Saretsky | Associate | 2010 | Environment - Transactional | 450.00 | 2.50 | $1,125.00 |
| Max Schlan | Associate | 2012 | Restructuring | 625.00 | 207.90 | $129,937.50 |
| Mark F Schottinger | Associate | 2012 | Litigation - General | 595.00 | 109.90 | $65,390.50 |
| Steven Serajeddini | Associate | 2010 | Restructuring | 795.00 | 191.00 | $151,845.00 |
| Anthony Sexton | Associate | 2011 | Taxation | 645.00 | 75.80 | $48,891.00 |
| Stephanie Shropshire | Associate | 2014 | Litigation - General | 520.00 | 19.00 | $9,880.00 |
| Ellen Sise | Associate | Pending | Litigation - General | 450.00 | 5.90 | $2,655.00 |
| Aaron Slavutin | Associate | 2011 | Restructuring | 625.00 | 190.10 | $118,812.50 |
| John Song | Associate | Pending | Litigation - General | 450.00 | 0.50 | $225.00 |
| Justin Sowa | Associate | 2013 | Litigation - General | 595.00 | 77.90 | $46,350.50 |
| Benjamin Steadman | Associate | Pending | Restructuring | 450.00 | 114.20 | $51,390.00 |

RLF1 11347929v.1

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Sarah Stock | Associate | 2013 | Litigation - General | 520.00 | 40.50 | $21,060.00 |
| Jessica Subler | Associate | 2014 | Corporate - General | 535.00 | 0.80 | $428.00 |
| Nathan Taylor | Associate | Pending | Litigation - General | 450.00 | 3.70 | $1,665.00 |
| Adam Teitcher | Associate | 2013 | Litigation - General | 595.00 | 177.80 | $105,791.00 |
| Anna Terteryan | Associate | 2014 | Litigation - General | 450.00 | 51.30 | $23,085.00 |
| Stephanie S Thibault | Associate | 2009 | Litigation - General | 750.00 | 73.30 | $54,975.00 |
| Steven Torrez | Associate | 2014 | Restructuring | 450.00 | 155.40 | $69,930.00 |
| Holly R Trogdon | Associate | 2014 | Litigation - General | 450.00 | 139.10 | $62,595.00 |
| Andrew J Welz | Associate | 2011 | Litigation - General | 710.00 | 147.60 | $104,796.00 |
| Charles D Wineland, III | Associate | 2013 | IP - Litigation | 520.00 | 20.00 | $10,400.00 |
| Spencer A Winters | Associate | 2013 | Restructuring | 535.00 | 158.60 | $84,851.00 |
| Aparna Yenamandra | Associate | 2013 | Restructuring | 625.00 | 152.60 | $95,375.00 |
| Grand Total | | | | | 8,092.70 | $5,724,735.50 |

The paraprofessionals of K&E who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Stephanie Ding | Case Assistant | 1 year | Litigation - General | 195.00 | 42.50 | $8,287.50 |
| Jason Douangsanith | Case Assistant | 2 months | Litigation - General | 195.00 | 39.40 | $7,683.00 |
| John Nedeau | Case Assistant | 1 year | Restructuring | 170.00 | 32.20 | $5,474.00 |
| Gary A Duncan | Legal Assistant | 6 years | Litigation - General | 280.00 | 15.50 | $4,340.00 |
| Michael S Fellner | Legal Assistant | 9.5 years | Litigation - General | 250.00 | 4.50 | $1,125.00 |
| Beth Friedman | Legal Assistant | 10 years | Restructuring | 355.00 | 30.00 | $10,650.00 |
| Jacob Goldfinger | Legal Assistant | 10 years | Restructuring | 320.00 | 50.40 | $16,128.00 |
| Shavone Green | Legal Assistant | 1.5 years | Restructuring | 265.00 | 14.00 | $3,710.00 |
| Lisa A Horton | Legal Assistant | 13 years | Litigation - General | 330.00 | 44.50 | $14,685.00 |
| Adrienne Levin | Legal Assistant | 7.5 years | Litigation - General | 310.00 | 75.90 | $23,529.00 |
| Maureen McCarthy | Legal Assistant | 12 years | Restructuring | 330.00 | 8.70 | $2,871.00 |
| Lauren Mitchell-Dawson | Legal Assistant | 17 years | Environment - Transactional | 325.00 | 8.00 | $2,600.00 |
| Robert Orren | Legal Assistant | 4 years | Restructuring | 290.00 | 31.90 | $9,251.00 |
| Sharon G Pace | Legal | 2 years | Litigation - | 250.00 | 100.70 | $25,175.00 |

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| | Assistant | | General | | | |
| Meghan Rishel | Legal Assistant | 9 months | Litigation - General | 250.00 | 43.50 | $10,875.00 |
| Laura Saal | Legal Assistant | 2 years | Restructuring | 300.00 | 9.10 | $2,730.00 |
| Kenneth J Sturek | Legal Assistant | 15 years | Litigation - General | 330.00 | 41.60 | $13,728.00 |
| Colleen C Caamano | Litigation Suppt Cons | 2.5 years | Litigation - General | 290.00 | 4.20 | $1,218.00 |
| Jason Goodman | Litigation Suppt Cons | 9 years | Litigation - General | 290.00 | 5.60 | $1,624.00 |
| William G Marx | Litigation Suppt Cons | 4.5 years | Litigation - General | 295.00 | 33.10 | $9,764.50 |
| Chad M Papenfuss | Litigation Suppt Cons | 1.5 years | Litigation - General | 295.00 | 144.70 | $42,686.50 |
| Mark Cuevas | Litigation Suppt Spec | 2 years | Litigation - General | 290.00 | 31.60 | $9,164.00 |
| Stephanie D Frye | Other | 6.5 years | Admin Services | 270.00 | 14.40 | $3,888.00 |
| Allison Graybill | Other | 1.5 years | Admin Services | 225.00 | 5.50 | $1,237.50 |
| Linda A Scussel | Other | 10 years | Admin Services | 310.00 | 1.50 | $465.00 |
| Michele Cohan | Project Assistant | 3 months | Restructuring | 195.00 | 15.40 | $3,003.00 |
| Giang Pettinati | Trial Tech Specialist | 4 months | Litigation - General | 275.00 | 5.50 | $1,512.50 |
| **Grand Total** | | | | | 853.90 | $237,404.50 |

**Total Fees Requested**    **$5,962,140.00**