# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

## ALL - Expense Summary

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $6,402.75 |
| Standard Copies or Prints | $11,793.80 |
| Color Copies or Prints | $16,079.10 |
| Production Blowbacks | $1,291.00 |
| Closing/Mini Books | $48.00 |
| Overnight Delivery | $602.57 |
| Overnight Delivery - Refund | -$82.95 |
| Outside Messenger Services | $741.37 |
| Local Transportation | $1,399.29 |
| Travel Expense | $24,116.88 |
| Airfare | $32,361.24 |
| Transportation to/from airport | $14,017.49 |
| Travel Meals | $1,934.80 |
| Other Travel Expenses | $733.77 |
| Court Reporter Fee/Deposition | $3,690.75 |
| Filing Fees | $295.85 |
| Outside Paralegal Assistance | $732,174.50 |
| Outside Printing Services | $710.64 |
| Outside Copy/Binding Services | $14,551.05 |
| Working Meals/K&E Only | $244.70 |
| Catering Expenses | $2,612.00 |
| Computer Database Research | $48,810.17 |
| Overtime Transportation | $4,930.74 |
| Overtime Meals - Non-Attorney | $92.00 |
| Overtime Meals - Attorney | $1,567.59 |
| Rental Expenses | $19,431.16 |
| **Total:** | **$940,550.26** |

## TCEH - Expense Summary

| Service Description | Amount |
|---|---|
| Standard Copies or Prints | $166.10 |
| Color Copies or Prints | $114.30 |
| **Total:** | **$280.40** |

## **EFIH - Expense Summary**

| Service Description | Amount |
|---|---:|
| Standard Copies or Prints | $462.00 |
| Color Copies or Prints | $672.30 |
| Production Blowbacks | $884.50 |
| **Total:** | **$2,018.80** |

## **EFH - Expense Summary**

| Service Description | Amount |
|---|---|
| Standard Copies or Prints | $139.90 |
| Color Copies or Prints | $39.00 |
| Production Blowbacks | $64.00 |
| **Total:** | **$242.90** |