IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 )  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) ) |
| Debtors. | ) Jointly Administered ) |

## CERTIFICATE OF SERVICE

I, Lucian B. Murley, hereby certify that on January 7, 2015, I caused a copy of the foregoing **Notice of Appearance and Request for Service of Papers Pursuant to § 1109(b) of the Bankruptcy Code** to be served via First Class Mail on the parties on the attached service list.

SAUL EWING LLP

By: _____
Lucian B. Murley (DE Bar No. 4892)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6898

638512.1 01/07/2015

# ENERGY FUTURE HOLDINGS CORP., *et al.*
## Service List

Mark D. Collins, Esquire
Daniel DeFranceschi, Esquire
Jason Madron, Esquire
Richards Layton & Finger
920 N. King Street
Wilmington, DE 19801

Richard L. Schepacarter, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE 19801

Christopher A. Ward, Esquire
Justin K. Edelson, Esquire
Shanti M. Katona, Esquire
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

William P. Bowden, Esquire
Gregory A. Taylor, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

Pauline K. Morgan, Esquire
Joel A. Waite, Esquire
Ryan M. Bartley, Esquire
Young Conaway Stargatt & Taylor LLP
1000 North King Street
Wilmington, DE 19801

Jeffrey M. Schlerf, Esquire
John H. Strock, Esquire
L. John Bird, Esquire
Fox Rothschild LLP
919 N. Market Street, Suite 300
Wilmington, DE 19801

William E. Chipman, Jr., Esquire
Mark D. Olivere, Esquire
Ann M. Kashishian, Esquire
Chipman Brown Cicero & Cole, LLP
1007 N. Orange Street, Suite 1110
Wilmington, DE 19801

Laura Davis Jones, Esquire
Robert J. Feinstein, Esquire
Pachulski Stang Ziehl & Jones LP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899

Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

Laurie Selber Silverstein, Esquire
Jeremy W. Ryan, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899

Norman L. Pernick, Esquire
J. Kate Stickles, Esquire
Nicholas J. Brannick, Esquire
Cole, Schotz, Meisel, Forman
 & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

Marc J. Phillips, Esquire
Manion Gaynor & Manning LLP
The Nemours Building
1007 North Orange Street, 10th Floor
Wilmington, DE 19801

Howard A. Cohen, Esquire
Robert K. Malone, Esquire
Drinker Biddle & Reath LLP
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801-1621

Derek C. Abbott, Esquire
Andrew R. Remming, Esquire
Erin R. Fay, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 N. Market Street, Suite 1600
Wilmington, DE 19801

Mark S. Chehi, Esquire
Kristhy M. Peguero, Esquire
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

Steven K. Kortanek, Esquire
Mark L. Desgrosseilliers, Esquire
Womble Carlyle Sandridge & Rice, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

Mark L. Desgrosseilliers, Esquire
Womble Carlyle Sandridge & Rice, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

Francis A. Monaco, Jr., Esquire
Kevin J. Mangan, Esquire
Womble Carlyle Sandridge & Rice, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

Kevin J. Mangan, Esquire
Womble Carlyle Sandridge & Rice, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

Mark E. Felger, Esquire
Cozen O'Connor
1201 N. Market Street, Suite 1001
Wilmington, DE 19801

Daniel K. Astin, Esquire
John D. McLaughlin, Jr., Esquire
Joseph J. McMahon, Jr., Esquire
Ciardi Ciardi & Astin
1204 N. King Street
Wilmington, DE 19801

Stephen M. Miller, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

Michael G. Busenkell, Esquire
Gellert Scali Busenkell & Brown, LLC
913 N. Market Street, 10th Floor
Wilmington, DE 19801

Michael J. Joyce, Esquire
Cross & Simon, LLC
1105 North Market Street, Suite 901
P.O. Box 1380
Wilmington, DE 19899

Kathleen A. Murphy, Esquire
Buchanan Ingersoll & Rooney PC
919 N. Market Street, Suite 1500
Wilmington, DE 19801

Kevin M. Capuzzi, Esquire
Pickney, Weidinger, Urban & Joyce LLC
1220 N. Market Street, Suite 950
Wilmington, DE 19801

Gregory T. Donilon, Esquire
Pickney, Weidinger, Urban & Joyce LLC
1220 N. Market Street, Suite 950
Wilmington, DE 19801

Michael D. DeBaecke, Esquire
Stanley B. Tarr, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

William F. Taylor, Jr., Esquire
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801

Kurt F. Gwynne, Esquire
Kimberly E.C. Lawson, Esquire
Reed Smith LLP
1201 N. Market Street, Suite 1500
Wilmington, DE 19801

Richard A. Robinson, Esquire
Reed Smith LLP
1201 N. Market Street, Suite 1500
Wilmington, DE 19801

James E. Huggett, Esquire
Amy D. Brown, Esquire
Margolis Edelstein
300 Delaware Avenue, Suite 800
Wilmington, DE 19801

Raymond H. Lemisch, Esquire
Klehr Harrison Harvey Branzburg LP
919 Market Street, Suite 1000
Wilmington, DE 19801

Elihu E. Allinson III, Esquire
Sullivan Hazeltine Allinson LLC
901 N. Market Street, Suite 1300
Wilmington, DE 19801

Eric Lopez Schnabel, Esquire
Robert W. Mallard, Esquire
Alessandra Glorioso, Esquire
Dorsey & Whitney Delaware LLP
300 Delaware Avenue, Suite 1010
Wilmington, DE 19801

Neil B. Glassman, Esquire
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Jeffrey S. Cianciulli, Esquire
Weir & Partners LLP
824 N. Market Street, Suite 800
Wilmington, DE 19801

Matthew G. Summers, Esquire
Ballard Spahr LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801

Natalie D. Ramsey, Esquire
David Lee Wright, Esquire
Mark A. Fink, Esquire
Montgomery, McCracken, Walker
  & Rhoads, LLP
1105 N. Market Street, Suite 1500
Wilmington, DE 19801

Davis Lee Wright, Esquire
Montgomery, McCracken, Walker
  & Rhoads, LLP
1105 N. Market Street, Suite 1500
Wilmington, DE 19801

Natasha M. Songonuga, Esquire
Gibbons P.C.
1000 N. West Street, Suite 1200
Wilmington, DE 19801-1058

Kevin G. Collins, Esquire
Barnes & Thornburg LLP
1000 N. West Street, Suite 1500
Wilmington, DE 19801

Joseph H. Huston, Jr., Esquire
Stevens & Lee, P.C.
1105 North Market Street, Suite 700
Wilmington, DE 19801

David M. Klauder, Esquire
Shannon J. Dougherty, Esquire
O'Kelly Ernst & Bielli, LLC
901 N. Market Street, Suite 1000
Wilmington, DE 19801

Ellen Slights, Esquire
US Attorney for Delaware
1007 Orange Street, Suite 700
PO Box 2046
Wilmington, DE 19899-2046

Richard Cieri, Esquire
Edward Sassower PC
Stephen Hessler, Esquire
Kirkland & Ellis LLP
601 Lexington Ave
New York, NY 10022

James H.M. Sprayregen, P.C.
Chad Husnick, Esquire
Steven Serajeddini, Esquire
Kirkland & Ellis LLP
300 N. LaSalle
Chicago, IL 60654

James M. Peck, Esquire
Brett H. Miller, Esquire
Lorenzo Marinuzzi, Esquire
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019

Edward Fox, Esquire
Polsinelli PC
900 Third Avenue, 21st Floor
New York, NY 10022

Jeff J. Marwil, Esquire
Mark K. Thomas, Esquire
Peter J. Young, Esquire
Proskauer Rose LLP
Three First National Plaza
70 W. Madison Street, Suite 3800
Chicago, IL 60602

Kathleen M. Miller, Esquire
Smith, Katzenstein & Jenkins LLP
800 Delaware Avenue, Suite 1000
P.O. Box 410
Wilmington, DE 19899

Daniel K. Hogan, Esquire
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806

Garvan F. McDaniel, Esquire
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806

Hugh M. McDonald, Esquire
Louis A. Curcio, Esquire
Oscar N. Pinkas, Esquire
Troutman Sanders LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

Edward S. Weisfelner, Esquire
Brown Rudnick LLP
Seven Times Square
New York, NY 10036

Jeffrey L. Jonas, Esquire
Andrew P. Strehle, Esquire
Jeremy B. Coffey, Esquire
Brown Rudnick LLP
One Financial Center
Boston, MA 02111

Howard L. Siegel, Esquire
Brown Rudnick LLP
185 Asylum Street
Hartford, CT 06103

J. Christopher Shore, Esquire
Gregory M. Starner, Esquire
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036

Thomas E. Lauria, Esquire
Matthew C. Brown, Esquire
White & Case LLP
200 South Biscayne Boulevard
Suite 4900
Miami, FL 33131

Warren A. Usatine
Cole, Schotz, Meisel, Forman
 & Leonard, P.A.
25 Main Street
P.O. Box 800
Hackensack, NJ 07602

Rachel Obaldo, Esquire
John Mark Stern, Esquire
State of Texas
Office of the Texas Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

Jason A Starks, Esquire
State of Delaware
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

Hal F. Morris, Esquire
Ashley Flynn Bartram, Esquire
Nicole D. Mignone, Esquire
The Texas Attorney General's Office
Bankruptcy Regulatory Section
P.O. Box 12548
Austin, TX 78711-2548

Somervell County et al.
c/o Elizabeth Banda Calvo, Esquire
Perdue, Brandon, Fielder, Collins & Mott
P.O. Box 13430
Arlington, TX 76094-0430

Young County, et al.
c/o Jeanmarie Baer, Esquire
Perdue, Brandon, Fielder, Collins & Mott
P.O. Box 8188
Wichita Falls, TX 76307

Galena Park Independent School District
c/o Owen M. Sonik, Esquire
Perdue, Brandon, Fielder, Collins & Mott
1235 North Loop West, Suite 600
Houston, TX 77008

Philip D. Anker, Esquire
George W. Shuster, Jr., Esquire
Wilmer Cutler Pickering Hale and Dorr
7 World Trade Center
250 Greenwich Center
New York, NY 10007

Benjamin W. Loveland, Esquire
Wilmer Cutler Pickering Hale and Dorr
60 State Street
Boston, MA 02109

Philip D. Anker, Esquire
Charles C. Platt, Esquire
Dennis L. Jenkins, Esquire
Wilmer Cutler Pickering Hale and Dorr
7 World Trade Center
250 Greenwich Center
New York, NY 100071

Fredric Sosnick, Esquire
Ned S. Schodek, Esquire
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022

638512.1 01/07/2015                                5

Elizabeth Weller, Esquire
Linebarger Goggan Blair & Sampson
2777 N. Stemmons Freeway, Suite 1000
Dallas, TX 75207

John P. Dillman, Esquire
Linebarger Goggan Blair & Sampson
P.O. Box 3064
Houston, TX 77253-3064

Diane Wade Sanders, Esquire
Linebarger Goggan Blair & Sampson
P.O. Box 17428
Austin, TX 78760

Michael A. McConnell, Esquire
Clay Taylor, Esquire
Katharine Thomas, Esquire
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102

Geoffrey Gay, Esquire
Lloyd Gosselink Rochelle & Townsend
816 Congress Avenue, Suite 1900
Austin, TX 78701

Mark F. Hebbeln, Esquire
Harold L. Kaplan, Esquire
Lars A. Peterson, Esquire
Foley & Lardner LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60654-5313

Dennis F. Dunne, Esquire
Evan R. Fleck, Esquire
Karen Gartenberg, Esquire
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

David Neier, Esquire
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166

Richard C. Pedone, Esquire
Amada D. Darwin, Esquire
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110

Donald K. Ludman, Esquire
Brown & Connery, LLP
6 North Broad Street, Suite 100
Woodbury, NJ 08096

David E. Leta, Esquire
Snell & Wilmer L.L.P.
15 West South Temple, Suite 1200
Salt Lake City, UT 84101

Richard G. Mason, Esquire
Emil A. Kleinhaus, Esquire
Austin T. Witt, Esquire
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019

Lee Gordon, Esquire
McCreary, Veselka, Bragg & Allen, P.C.
P.O. Box 1269
Round Rock, TX 78680

Alan W. Kornberg, Esquire
Kelley A. Cornish, Esquire
Brian S. Hermann, Esquire
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019

Jay M. Goffman, Esquire
Skadden, Arps, Slate, Meagher & Flom
Four Times Square
New York, NY 10036-6522

George N. Panagakis, Esquire
Carl T. Tullson, Esquire
Skadden, Arps, Slate, Meagher & Flom
155 North Wacker Drive, Suite 2700
Chicago, IL 60606-1720

James Prince, Esquire
Omar J. Alaniz, Esquire
Ian E. Roberts, Esquire
Baker Botts L.L.P.
2001 Ross Avenue
Dallas, TX 75201-2980

Thomas J. Moloney, Esquire
Sean A. O'Neal, Esquire
Humayun Khalid, Esquire
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Stephen C. Stapleton, Esquire
Cowles & Thompson
Bank of America Plaza
901 Main Street, Suite 3900
Dallas, TX 75202

John A. Harris, Esquire
Jason D. Curry, Esquire
Quarles & Brady LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391

Daniel A. Lowenthal, Esquire
Craig W. Dent, Esquire
Patterson Belknap Webb & Tyler LP
1133 Avenue of the Americas
New York, NY 10036-6710

Jonathan Hook, Esquire
Haynes and Boone LLP
30 Rockefeller Center, 26th Floor
New York, NY 10112

Patrick L. Hughes, Esquire
Haynes and Boone LLP
1221 McKinney Street, Suite 1200
Houston, TX 77010

Peter S. Goodman, Esquire
Michael R. Carney, Esquire
McKool Smith
One Bryant Park, 47th Floor
New York, NY 10036

Paul D. Moak, Esquire
McKool Smith
600 Travis Street, Suite 7000
Houston, TX 77002

Jeffrey S. Sabin, Esquire
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4689

Julia Frost-Davies, Esquire
Christopher L. Carter, Esquire
Bingham McCutchen LLP
One Federal Street
Boston, MA 02110-1726

Desiree M. Amador, Esquire
Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026

Jon Chatalian, Esquire
Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026

William P. Weintraub, Esquire
Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018

Kizzy L. Jarashow, Esquire
Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018

Brad Eric Scheler, Esquire
Gary L. Kaplan, Esquire
Matthew M. Roose, Esquire
Fried, Frank, Harris, Shriver & Jacobson
One New York Plaza
New York, NY 10004

Shawn M. Christianson, Esquire
Buchalter Nemer
55 Second Street, 17th Floor
San Francisco, CA 94105-3493

Benjamin L. Stewart, Esquire
Bailey Brauer PLLC
Campbell Centre I
8350 N. Central Expy, Suite 935
Dallas, TX 75206

Jeffrey R. Fine, Esquire
Dykema Gossett PLLC
1717 Main Street, Suite 4000
Dallas, TX 75201

Christine C. Ryan Esquire
Holland & Knight LLP
800 17th Street N.W., Suite 1100
Washington, DC 20006

Ira S. Dizengoff, Esquire
Abid Qureshi, Esquire
Stephen M. Baldini, Esquire
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036-6745

Scott L. Alberino, Esquire
Joanna F. Newdeck, Esquire
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564

Stephanie Wickouski, Esquire
Michelle McMahon, Esquire
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104

Thomas Moers Mayer, Esquire
Gregory A. Horowitz, Esquire
Joshua K. Brody, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10037

Tina Vitale, B.A., LL.B.
Senior VP, Corporate Trust
Computershare
480 Washington Boulevard
Jersey City, NJ 07310

Alessa Pansera
Computershare Trust Company of Canada
1500, University Street, Suite 700
Montreal, Quebec, H3A 3S8

Jonathan L. Howell, Esquire
McCathern, PLLC
Regency Plaza
3710 Rawlins, Suite 1600
Dallas, TX 75219

Marshall S. Huebner, Esquire
Benjamin S. Kaminetsky, Esquire
Elliot Moskowitz, Esquire
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

Michael L. Schein, Esquire
Vedder Price P.C.
1633 Broadway, 47th Floor
New York, NY 10019

Robert Szwajkos, Esquire
Curtin & Heefner LLP
250 Pennsylvania Avenue
Morrisville, PA 19067

Robert J. Myers, Esquire
Myers Hill
2525 Ridgmar Blvd., Suite 150
Fort Worth, TX 76116

Monica S. Blacker, Esquire
Jackson Walker, L.L.P.
Bank of America Plaza
901 Main Street, Suite 6000
Dallas, TX 75202

J. Scott Rose, Esquire
Jackson Walker, L.L.P.
Weston Centre
112 E. Pecan Street, Suite 2400
San Antonio, TX 78205

Jordan S. Blask, Esquire
Lara E. Shipkovitz, Esquire
Tucker Arensberg, P.C.
1500 One PPG Place
Pittsburgh, PA 15222

John R. Ashmead, Esquire
Kalyan Das, Esquire
Arlene R. Alves, Esquire
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004

Michael B. Schaedle, Esquire
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103

Jeffrey T. Rose, Esquire
Vice President
Wilmington Trust FSB
50 South Sixth Street, Suite 1290
Minneapolis, MN 55402

Michael L. Atchley, Esquire
Matthew T. Taplett, Esquire
Pope, Hardwicke, Christie, Schell,
  Kelly & Ray, L.L.P.
500 West 7th Street, Suite 600
Fort Worth, TX 76102

Stephen Sakonchick, Esquire
Stephen Sakonchick II, P.C.
6502 Canon Wren Drive
Austin, TX 78746

Gregory M. Weinstein, Esquire
Weinstein Radcliff LLP
6688 N. Central Expressway, Suite 675
Dallas, TX 75206

Patricia Williams Prewitt, Esquire
Law Office of Patricia Williams Prewitt
10953 Vista Lake Court
Navasota, TX 77868

David C. Johnson, Esquire
Marcus, Clegg & Mistretta, P.A.
One Canal Plaza, Suite 600
Portland, ME 04101

Jody A. Bedenbaugh, Esquire
George B. Cauthen, Esquire
Nelson Mullins Riley & Scarborough LLP
1320 Main Street, 17th Floor
Post Office Box 11070
Columbia, SC 29201

Judy Hamilton Morse, Esquire
Crowe & Dunlevy, P.C.
Braniff Building
324 N. Robinson Avenue, Suite 100
Oklahoma City, OK 73102

Jamie R. Welton, Esquire
Lackey Hershman, LLP
3102 Oak Lawn Avenue, Suite 777
Dallas, TX 75219

William T. Medaille, Esquire
Lower Colorado River Authority
Legal Services
P.O. Box 220
Austin, TX 78767

John P. Melko, Esquire
Michael K. Riordan, Esquire
Gardere Wynne Sewell LLP
1000 Louisiana, Suite 3400
Houston, TX 77002

Christopher B. Mosley, Esquire
City of Fort Worth
1000 Throckmorton Street
Fort Worth, TX 76102

Jacob L. Newton, Esquire
Stutzman, Bromberg, Esserman
 & Plifka, P.A.
2323 Bryan Street, Suite 2200
Dallas, TX 75201

Matthew J. Troy, Esquire
United States Department of Justice
Civil Division
P.O. Box 875
Ben Franklin Station
Washington, DC 20044-0875

Michael G. Smith, Esquire
111 North 6th Street
P.O. Box 846
Clinton, OK 73601

Ari D. Kunofsky, Esquire
W. Bradley Russell, Esquire
Trial Attorneys, Tax Division
U.S. Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, D.C. 20044

Ward W. Benson, Esquire
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, D.C. 20044

George A. Davis, Esquire
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036

William E. Kelleher, Jr., Esquire
Cohen & Grigsby, P.C.
625 Liberty Avenue
Pittsburgh, PA 15222-3152

Westinghouse Electric Company LLC
Attn: Michael T. Sweeney
Senior Vice President & General Counsel
Legal & Contracts
1000 Westinghouse Drive
Cranberry Township, PA 16066

Sabrina L. Streusand, Esquire
Streusand, Landon & Ozburn, LLP
811 Barton Springs Road, Suite 811
Austin, TX 78704

Sundeep S. Sidhu, Esquire
Akerman LLP
420 S. Orange Avenue, Suite 1200
Orlando, FL 32801-4904

Kevin G. Abrams, Esquire
John M. Seaman, Esquire
Abrams & Bayliss LLP
20 Montchanin Road, Suite 200
Wilmington, DE 19807

BNSF Railway Company
Attn: Jason Spencer
3001 Lou Menk Drive
Fort Worth, TX 76131

EMC Corporation
c/o Receivable Management Services
Attn: Ronald L. Rowland, Agent
307 International Circle, Suite 270
Hunt Valley, MD 21030

Stephen D. Lerner, Esquire
Andrew M. Simon, Esquire
Squire Sanders (US) :LLP
221 E. Fourth Street, Suite 2900
Cincinnati, OH 45202

Mary Ann Kilgore
Union Pacific Railroad Company
1400 Douglas Street, STOP 1580
Omaha, NE 68179

Jennie L. Anderson
Union Pacific Railroad Company
1400 Douglas Street, STOP 1580
Omaha, NE 68179

Jennifer V. Doran, Esquire
Hinckley Allen
28 State Street
Boston, MA 02109

James S. Carr, Esquire
Benjamin D. Feder, Esquire
Gilbert R. Saydah, Esquire
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Steven M. Burton, Esquire
Sheehy, Lovelace & Mayfield, P.C.
510 N. Valley Mills Drive, Suite 500
Waco, TX 76710

Amy M. Tonti, Esquire
Reed Smith LLP
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15230-2009

Steven A. Ginther, Esquire
Missouri Department of Revenue
Bankruptcy Unit
301 W. High Street, Room 670
P.O. Box 475
Jefferson City, MO 65105-0475

Howard Seife, Esquire
David M. LeMay, Esquire
Christy Rivera, Esquire
Chadbourne & Parke LLP
1310 Avenue of the America
New York, NY 10019-6022

David S. Rosner, Esquire
Andrew K. Glenn, Esquire
Daniel A. Fliman, Esquire
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019

Lino Mendiola, Esquire
Andrews Kurth LLP
111 Congress Avenue, Suite 1700
Austin, TX 78701

Gregory D. Willard, Esquire
Carmody MacDonald P.C.
120 S. Central Avenue, Suite 1800
St. Louis, MO 63105

Kay D. Brock, Esquire
Assistant County Attorney
Travis County
P.O. Box 1748
Austin, TX 78767

David D. Farrell, Esquire
Thompson Coburn LLP
One US Bank Plaza, Suite 3200
St. Louis, MO 63101

C. Davin Boldissar, Esquire
Locke Lord LLP
601 Poydras Street, Suite 2660
New Orleans, LA 70130-6036

Philip Eisenberg, Esquire
Locke Lord LLP
2800 JPMorgan Chase Tower
600 Travis
Houston, TX 77002

Bretton C. Gerard, Esquire
111 W. Spring Valley Road, Suite 250
Richardson, TX 75081

Dustin L. Banks, Esquire
Gay, McCall, Isaacks, Gordon & Roberts
1919 S. Shiloh Road, Suite 310 LB 40
Garland, TX 75042

Stephen C. Greenberg, Esquire
Taylor English Duma LLP
1600 Parkwood Circle, Suite 400
Atlanta, GA 30339

Andrew S. Conway, Esquire
The Taubman Company LLC
200 East Long Lake Road
Suite 300
Bloomfield Hills, MI 48304

Valeria A. Hamilton, Esquire
Sills Cummis & Gross P.C.
600 College Road East
Princeton, NJ 08540

Clark T. Whitmore, Esquire
Ana Chilingarishvili, Esquire
Korey G. Kallstrom, Esquire
Maslon Edelman Borman & Brand, LLP
90 South Seventh Street, Suite 3300
Minneapolis, MN 55402

Joseph E. Shickich, Jr., Esquire
Hilary B. Mohr, Esquire
Riddell Williams P.S.
1001 – 4th Avenue, Suite 4500
Seattle, WA 98154

Mary Kay Shaver, Esquire
Varnum LLP
Bridgewater Place
P.O. Box 352
Grand Rapids, MI 49501-0352

Kerry L. Haliburton, Esquire
Naman, Howell, Smith & Lee, PLLC
P.O. Box 1470
Waco, TX 76703-1470

Linda Boyle
tw telecom inc.
10475 Park Meadows Drive, #400
Littleton, CO 80124

Noel Steffes Melancon, Esquire
Steffes, Vingiello & McKenzie, LLC
13702 Coursey Boulevard, Building 3
Baton Rouge, LA 70817

Brian D. Womac, Esquire
Stacey L. Kremling, Esquire
Womac Law
8301 Katy Freeway
Houston, TX 77024

Barr Engineering Co.
c/o Amy R. Baudler, Esquire
Purdue Awsumb & Baudler P.A.
4700 West 77th Street, Suite 240
Minneapolis, MN  55435

Joseph D. Frank, Esquire
Reed Heiligman, Esquire
FrankGecker LLP
325 North LaSalle Street, Suite 625
Chicago, IL  60654

Dale E. Barney, Esquire
Gibbons P.C.
One Gateway Center
Newark, NJ  07102-5310

Traci L. Cotton, Esquire
The University of Texas System
Office of General Counsel
201 West Seventh Street
Austin, TX  78701

Christopher R. Belmonte, Esquire
Pamela A. Bosswick, Esquire
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, NY  10169

Tina N. Moss, Esquire
Perkins Coie LLP
30 Rockefeller Plaza, 22nd Floor
New York, NY  10112-0015

Andrew G. Dietderich, Esquire
Brian D. Glueckstein, Esquire
Sullivan & Cromwell LLP
125 Broad Street
New York, NY  10004

Richard Levin, Esquire
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY  10019-7475

Paula K. Jacobi, Esquire
Barnes & Thornburg LLP
One North Wacker Drive, Suite 4400
Chicago, IL  60606

Securities and Exchange Commission
100 F Street, NE
Washington, DC  20549

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346

Internal Revenue Service
Department of the Treasury
Ogden, UT  84201