IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) Re: D.I. 661, 1837, 2028, 2055, 2503 |

**FOURTH SUPPLEMENTAL DECLARATION OF JEFFERY J. STEGENGA
IN SUPPORT OF THE APPLICATION OF ENERGY FUTURE
HOLDINGS CORP., *ET AL.*, FOR ENTRY OF AN
ORDER AUTHORIZING THE DEBTORS TO RETAIN AND EMPLOY
ALVAREZ & MARSAL NORTH AMERICA, LLC AS RESTRUCTURING
ADVISOR EFFECTIVE *NUNC PRO TUNC* TO THE PETITION DATE**

I, Jeffery J. Stegenga, being duly sworn, hereby depose and say:

1. I am a Managing Director of Alvarez & Marsal North America, LLC (together with employees of its affiliates (all of which are wholly-owned by its parent company and employees) and its wholly owned subsidiaries, "A&M"), whose principal office is located at 600 Madison Avenue, New York, NY 10022. I submit this declaration (the "Fourth Supplemental Declaration") to supplement my prior declarations that have been submitted in connection with A&M's proposed retention in these chapter 11 cases. Unless otherwise stated in this Fourth Supplemental Declaration, I have personal knowledge of the facts set forth herein or have been informed of such matters by professionals of A&M. To the extent any information disclosed herein requires amendment or modification upon A&M's completion of

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

further review or as additional party-in-interest information becomes available to it, a further supplemental declaration reflecting such amended or modified information will be submitted to the Court.

2. On April 29, 2014, Energy Future Holdings Corp. and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") commenced these cases by filing voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court").

3. On May 29, 2014 the Debtors filed their *Debtors' Application for the Entry of an Order Authorizing the Employment and Retention of Alvarez & Marsal North America, LLC as Restructuring Advisor Nunc Pro Tunc to the Petition Date* [D.I. 661] (the "Retention Application"). In support of the Retention Application, A&M filed the *Declaration of Jeffery J. Stegenga in Support of the Debtors' Application for the Entry of an Order Authorizing the Employment and Retention of Alvarez & Marsal North America, LLC as Restructuring Advisor Nunc Pro Tunc to the Petition Date*, attached as Exhibit B to the Retention Application (the "Stegenga Declaration").

4. On August 14, 2014, September 16, 2014, and October 17, 2014 the Debtors filed the First Supplemental Declaration, Second Supplemental Declaration, and Third Supplemental Declaration, respectively, to disclose certain additional information that had become available to A&M since the filing of the Stegenga Declaration.

5. I submit this Fourth Supplemental Declaration to disclose certain additional information that has become available to A&M since the filing of the Stegenga Declaration.

**Additional Potential Parties in Interest**

6. As set forth in the Stegenga Declaration, and in connection with its proposed retention by the Debtors in these cases, A&M has undertaken an ongoing analysis to determine whether it has any conflicts or other relationships that might affect A&M's status as a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code or cause A&M to hold or represent interest adverse to the Debtors.

7. Specifically, A&M has received from the Debtors and/or their representatives, a list of the names of additional individuals and entities that may be parties-in-interest in these chapter 11 cases (the "Additional Potential Parties in Interest") which names were not included on the original list of entities reviewed by A&M in connection with the Stegenga Declaration.

8. The Additional Potential Parties in Interest provided to A&M are listed on **Schedule A** to this Fourth Supplemental Declaration. In connection with the preparation of this Fourth Supplemental Declaration, A&M conducted a review of the Additional Potential Parties in Interest consistent with the procedures described in paragraph 11 of the Stegenga Declaration. A summary of any relationships A&M has with the Additional Potential Parties in Interest is set forth on **Schedule B** hereto.

9. Based on the results of its review, to be best of my knowledge A&M does not have an active relationship with any of the Additional Potential Parties in Interest in matters relating to the Debtors' chapter 11 cases.

10. Insofar as I have been able to ascertain and except as specifically disclosed herein and in the Stegenga Declaration, A&M does not hold or represent any interests adverse to

the Debtors' estates and, to the best of my knowledge, remains a "disinterested person" as that term is defined in Section 101(14), as modified by Section 1107(b), of the Bankruptcy Code.

*[Remainder of page intentionally left blank.]*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct.

Dated: January 7, 2015  
      Wilmington, Delaware

*/s/ Jeffery J. Stegenga*  
Jeffery J. Stegenga  
Alvarez and Marsal North America, LLC  
Managing Director

# SCHEDULE A

## Additional Parties-in-Interest

**ADVISORS**
Cravath Swaine & Moore LLP
Greenhill & Co. LLC
Munger Tolles
Proskauer Rose
Stevens & Lee PC
Sullivan & Cromwell
Cole Schotz Meisel Forman & Leonard PA
Montgomery McCracken Walker & Rhoads LLP
AlixPartners
Guggenheim
Godfrey & Kahn

**RULE 2019 PARTIES**
Adolf, Richard
Armijo, Harold Manuel
Avenue Capital Management II Gen Par LLC
Bailey, James
Bartlett, William
Bates, Johnnie
Beck, Vernnon Harold
Bergstrom, Floyd
Beus, Don
Blankinchip, Tommie
Bode, David
Brasher, Mack
Brookfield Asset Management Private Institutional Capital Adviser (Canada) LP
Byrne, Joyce
Casale, Frank Michael
Caxton Associates LP
CenterPoint Energy Resources
Chamlee, James
Chestnut, Ivan
Chinnis, James
Chrisolm, Cecil
CI Holdco Ltd.
Coats, Bobby
Copeland, Robert L
Costello, John
Crowe, Lloyd Joseph
Cundiff, William
Custer, Harold G
D.E. Shaw Galvanic Portfolios LLC
Danz, Robert
Dash, Wallace D
Dennison, Jack
Dierksheide, Dale
Dixon, William John
Early Lucarelli Sweeney & Meisenkothen
Elliott, William Michael
Fairbanks, Delphne
Fawcett, James
Fenicle, George H. (by Personal Representative Shirley Fenicle)
Figure, Darlene
Fogel, Maurice
Folsom, Charles
Fortress Credit Opportunities Advisers LLC
Franks, Arnold
Fridenstine Jr., Albert Edward
Fugua, William
Gann, Gerald
Gillig III, Philip Gross
Goble, Fred Elone
Gomez, Ceila
Good, Roger
Gori Julian & Associates PC
Grams Bernard
Graver, Frances
Greene, Robert
Griffith, Thomas
Guttschall, George (deceased)
Hall, Allen
Hampton, Johnnie
Hertlein, Ronald
Hinckley, Larry
Hockenberry, Harold
Hooks, Donald
Houston, Lamar
Johnson, Velma
Kaminski, Raymond
Kanoski, Richard
Kazan McClain Satterley & Greenwood, A Professional Law Corporation
Kendall, James Lamoine
Kiddo, Clyde
Kimball Sr., Dennis Wade
Kirkland, James
Kiser, Merle
Mack, Robert
Martin, Kenneth
Mays, John
McCaskill, James
McGaha, Barbara
McGhee, Raymond
Meyers, John
Meyers, Keith
Moffitt, Thomas Norman
Morgan, Wallace
Mueller, Richard
Netland, Allen (deceased)
Nichols, Gregory
Pafko, Jeanette
Parker, Russell
Paul Reich & Myers PC
Perkins, Jerry
Poedtke, Edward

## SCHEDULE A (Continued)

## Additional Parties-in-Interest (Continued)

Powell, Michael
Pundor, Mykola
Purkey, Jack Dean
Rankin, Jack
Reed, Jackie
Reed, Orval
Reed, Tracy
Reinke, Robert
Richardson, Billy
Rommerskirchen, David
Seigworth, Merle
Simmons Hanley Conroy
Singleton, Carol
Solomans, Helen
Stockton, Kenneth
Stone, Claude
Strickland, Lester
Strum, Herman
Terbush, Shirley
Thomas, Gatrice
Tice, Arnold
Tilghman, Cooper
Togerson, Terry
Tomasi, Ugo
Tosh, Nedra
Wadeking, Lawerence
Walters, Harold
Woolard, Doyle
Zozgornik, Charles

# SCHEDULE B

## Known Connections to Additional Potential Parties in Interest in Unrelated Matters

**CURRENT AND FORMER CLIENTS OF A&M AND/OR ITS AFFILIATES**[1]
Avenue Capital Management
Centerpoint Energy Resources
Cravath Swaine & Moore LLP
D.E. Shaw Galvanic Portfolios LLC
Fortress Credit Opportunities Advisers LLC
Guggenheim

**SIGNIFICANT EQUITY HOLDERS OF CURRENT AND FORMER A&M CLIENTS**[2]
Avenue Capital Management
D.E. Shaw Galvanic Portfolios LLC
Fortress Credit Opportunities Advisers LLC
Guggenheim

**CREDITORS IN A&M ENGAGEMENTS**[3]
Avenue Capital Management
D.E. Shaw Galvanic Portfolios LLC
Greenhill & Co. LLC

**PROFESSIONALS & ADVISORS**[4]
Cole Schotz Meisel Forman & Leondard PA
Cravath Swaine & Moore LLP
Munger Tolles
Proskauer Rose
Stevens & Lee PC
Sullivan & Cromwell

**A&M RETAINED FIRMS**
Cole Schotz Meisel Forman & Leondard PA
Montgomery, McCracken, Walker & Rhoads LLP
Proskauer Rose
Stevens & Lee PC

**A&M VENDORS**[5]
AlixPartners
Avenue Capital Management
Cole Schotz Meisel Forman & Leondard PA
Montgomery, McCracken, Walker & Rhoads LLP
Proskauer Rose
Stevens & Lee

---

[1] A & M and/ or an affiliate is currently providing or has previously provided certain consulting or interim management services to these parties or their affiliates (or, with respect to those parties that are investment funds or trusts, to their portfolio or asset managers or their affiliates) in wholly unrelated matters.

[2] These parties or their affiliates (or, with respect to those parties that are investment funds or trusts, their portfolio or asset managers or other funds or trusts managed by such managers) are significant equity holders of clients or former clients of A&M or its affiliates in wholly unrelated matters.

[3] A&M is currently advising or has previously advised these parties or their affiliates (or, with respect to those parties that are investment funds or trusts, their portfolio or asset managers or other funds managed by such managers) as creditors or various official creditors' committees in which these parties or their affiliates were members or which represented the interests of these parties or their affiliates.

[4] These professionals have represented clients in matters where A&M was also an advisor (or provided interim management services) to the same client. In certain cases, these professionals may have engaged A&M on behalf of such client.

[5] These parties or their affiliates provide or have provided products, goods and/or services (including but not limited to legal representation) to A&M and/or its affiliates.