# EXHIBIT A

## Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours [1] | Total Fees Requested |
|---|---|---|---|
| 1 | Long-Range Forecast | 54.40 | $31,119.00 |
| 2 | Metric Analysis | 145.00 | $84,275.00 |
| 3 | Generation Analysis | 48.50 | $25,305.00 |
| 4 | Retail Analysis | 51.00 | $25,882.50 |
| 5 | Commodity Analysis | 48.50 | $17,730.00 |
| 6 | Competitor Analysis | 51.50 | $22,777.50 |
| 7 | EBITDA Projection | 21.50 | $11,417.50 |
| 8 | Environmental Analysis | 210.00 | $110,410.00 |
| 9 | Short-Range Forecast | 33.50 | $20,055.00 |
| 10 | Capital Projects | 4.00 | $2,580.00 |
| 11 | Wholesale Operations | 20.00 | $14,460.00 |
| 12 | Retail Operations | 46.50 | $27,035.00 |
| 13 | T&D Operations | 443.50 | $203,150.00 |
| 14 | Data Collection and Diligence | 119.00 | $57,057.50 |
| 15 | Reports | 213.50 | $122,410.00 |
| 16 | Hearings | 9.50 | $4,370.00 |
| 17 | On-Site Diligence | 166.95 | $92,323.75 |
| 18 | Project Management | 68.50 | $33,530.00 |
| 19 | Project Administration | 33.00 | $14,642.50 |
| 20 | T&D Forecast | 94.00 | $62,055.00 |
| | **Totals:** | **1,882.35** | **$982,585.25** |

1. Non-working travel time has been billed at 50% of actual time incurred.