# EXHIBIT B

## Consultants' Information

The FEP consultants who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Todd W. Filsinger | Senior Managing Director | $750 | 118.50 | $88,875.00 |
| Jean Agras | Managing Director | $720 | 53.00 | $38,160.00 |
| Gary Germeroth | Managing Director | $720 | 173.50 | $124,920.00 |
| Dave Andrus | Director | $645 | 154.00 | $99,330.00 |
| Don Chambless | Director | $525 | 80.00 | $42,000.00 |
| Scott Davis | Director | $545 | 173.00 | $94,285.00 |
| Paul Harmon | Director | $575 | 106.70 | $61,352.50 |
| Tim Wang | Director | $575 | 136.25 | $78,343.75 |
| Michael Gadsden | Managing Consultant | $460 | 112.90 | $51,934.00 |
| Jill Kawakami | Managing Consultant | $430 | 129.00 | $55,470.00 |
| Buck Monday | Managing Consultant | $450 | 141.00 | $63,450.00 |
| Michael Perry | Managing Consultant | $410 | 33.00 | $13,530.00 |
| Samuel Schreiber | Managing Consultant | $455 | 74.50 | $33,897.50 |
| Laura Hatanaka | Consultant | $390 | 111.00 | $43,290.00 |
| Pamela Morin | Consultant | $380 | 17.50 | $6,650.00 |
| Nathan Pollak | Consultant | $405 | 102.00 | $41,310.00 |
| Alex Vinton | Analyst | $275 | 166.50 | $45,787.50 |
| | | **Totals:** | **1,882.35** | **$982,585.25** |