# EXHIBIT C

## Summary of Actual and Necessary Expenses for the Fee Period

### ALL - Expense Summary

| Service Description | Amount |
| --- | ---: |
| Lodging | $18,547.92 |
| Airfare | $17,300.95 |
| Transportation to/from airport | $2,099.75 |
| Travel Meals | $4,026.27 |
| Other Travel Expenses | $2,901.22 |
| Photocopies | $3.90 |
| Vehicle Rental Expenses | $3,576.53 |
| **Total:** | **$48,456.54** |

### TCEH - Expense Summary

| Service Description | Amount |
| --- | ---: |
| Lodging | $12,864.71 |
| Airfare | $11,999.82 |
| Transportation to/from airport | $1,456.37 |
| Travel Meals | $2,792.59 |
| Other Travel Expenses | $2,012.27 |
| Photocopies | $2.71 |
| Vehicle Rental Expenses | $2,480.66 |
| **Total:** | **$33,609.13** |

### EFIH - Expense Summary

| Service Description | Amount |
| --- | ---: |
|  |  |
| **Total:** | **$0** |

### EFH - Expense Summary

| Service Description | Amount |
| --- | ---: |
| Lodging | $5,683.21 |
| Airfare | $5,301.13 |
| Transportation to/from airport | $643.38 |
| Travel Meals | $1,233.68 |
| Other Travel Expenses | $888.95 |
| Photocopies | $1.19 |
| Vehicle Rental Expenses | $1,095.87 |
| **Total:** | **$14,847.41** |

RLF1 11354704v.1