# **EXHIBIT A**

**Statement of Fees By Subject Matter**

*Exhibit A*

*Combined - All Entities*
*Summary of Time Detail by Task*
*November 1, 2014 through November 30, 2014*

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Accounting/Cut-off | 101.8 | $52,782.50 |
| Bankruptcy Support | 306.9 | $148,752.50 |
| Business Plan | 91.8 | $36,822.50 |
| Causes of Action | 66.2 | $36,527.50 |
| Claims | 681.2 | $295,527.50 |
| Communication | 2.4 | $1,560.00 |
| Contracts | 233.4 | $124,475.50 |
| Coordination & Communication with other Creditor Constituents | 76.3 | $38,497.50 |
| Coordination & Communication with UCC | 230.0 | $119,370.00 |
| Court | 1.9 | $1,605.00 |
| DIP Financing | 9.2 | $5,087.50 |
| Fee Applications | 92.7 | $38,135.00 |
| Motions and Orders | 22.6 | $15,805.00 |
| POR / Disclosure Statement | 63.8 | $28,705.00 |
| Retention | 3.0 | $1,775.00 |
| Status Meetings | 38.3 | $25,865.00 |
| Travel Time | 79.5 | $40,455.00 |
| UST Reporting Requirements | 9.8 | $5,095.00 |
| Vendor Management | 140.2 | $72,025.00 |
| **Total** | **2,251.0** | **$1,088,868.00** |

*Travel time billed at 50% of time incurred*