## EXHIBIT B

### Professionals' Information

The A&M professionals who rendered services in these cases during the Fee Period are:

*Combined - All Entities*
*Summary of Time Detail by Professional*
*November 1, 2014 through November 30, 2014*

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $900.00 | 61.0 | $54,900.00 |
| Emmett Bergman | Managing Director | $750.00 | 136.7 | $102,525.00 |
| John Stuart | Managing Director | $725.00 | 134.1 | $97,222.50 |
| Steve Kotarba | Managing Director | $650.00 | 98.7 | $64,155.00 |
| Matt Frank | Director | $575.00 | 127.8 | $73,508.00 |
| Jodi Ehrenhofer | Director | $525.00 | 154.1 | $80,902.50 |
| Peter Mosley | Director | $525.00 | 98.0 | $51,450.00 |
| Kevin Sullivan | Director | $500.00 | 31.4 | $15,700.00 |
| Mark Zeiss | Director | $500.00 | 55.2 | $27,600.00 |
| Paul Kinealy | Director | $500.00 | 63.9 | $31,950.00 |
| David Blanks | Senior Associate | $450.00 | 120.8 | $54,360.00 |
| Taylor Atwood | Senior Associate | $450.00 | 122.3 | $55,035.00 |
| Jeff Dwyer | Associate | $425.00 | 126.7 | $53,847.50 |
| Richard Carter | Consultant | $400.00 | 133.5 | $53,400.00 |
| Daisy Fitzgerald | Associate | $400.00 | 135.9 | $54,360.00 |
| Scott Safron | Associate | $375.00 | 106.6 | $39,975.00 |
| Jon Rafpor | Analyst | $350.00 | 119.1 | $41,685.00 |
| Michael Dvorak | Analyst | $325.00 | 83.0 | $26,975.00 |
| Michael Williams | Analyst | $325.00 | 86.1 | $27,982.50 |
| Peyton Heath | Analyst | $325.00 | 50.1 | $16,282.50 |
| Robert Country | Analyst | $325.00 | 100.5 | $32,662.50 |
| Sarah Pittman | Analyst | $325.00 | 80.2 | $26,065.00 |
| Mary Napoliello | Paraprofessional | $250.00 | 25.3 | $6,325.00 |
| | | ***Total*** | **2,251.0** | **$1,088,868.00** |