# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

*Exhibit C*

**Combined**
**Energy Future Holdings Corp., et al.,**
**Summary of Expense Detail by Category**
**November 1, 2014 through November 30, 2014**

| Expense Category | Sum of Expenses |
|---|---|
| Airfare | $15,320.70 |
| Lodging | $15,148.80 |
| Meals | $2,386.91 |
| Miscellaneous | $179.84 |
| Transportation | $4,670.54 |
| **Total** | **$37,706.79** |

*Exhibit C*

**EFH**
*Summary of Expense Detail by Category*
*November 1, 2014 through November 30, 2014*

| Expense Category | Sum of Expenses |
| --- | ---: |
| Airfare | $3,419.62 |
| Lodging | $3,381.19 |
| Meals | $532.78 |
| Miscellaneous | $40.14 |
| Transportation | $1,042.48 |
| **Total** | **$8,416.21** |

*Exhibit C*

*EFIH*
*Summary of Expense Detail by Category*
*November 1, 2014 through November 30, 2014*

| *Expense Category* | *Sum of Expenses* |
|---|---|
| Airfare | $275.72 |
| Lodging | $272.69 |
| Meals | $42.96 |
| Miscellaneous | $3.25 |
| Transportation | $84.03 |
| *Total* | **$678.65** |

*Exhibit C*

### TCEH
### Summary of Expense Detail by Category
### November 1, 2014 through November 30, 2014

| *Expense Category* | *Sum of Expenses* |
| --- | ---: |
| Airfare | $11,625.36 |
| Lodging | $11,494.92 |
| Meals | $1,811.17 |
| Miscellaneous | $136.45 |
| Transportation | $3,544.03 |
| *Total* | **$28,611.93** |