## <u>EXHIBIT D</u>

**Detailed Description of Expenses and Disbursements**

*Exhibit D*

<div style="border:1px solid black">

**Combined - All Entities**
**Expense Detail by Category**
**November 1, 2014 through November 30, 2014**

</div>

### *Airfare*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Daisy Fitzgerald | 11/3/2014 | $552.10 | Airfare one-way San Francisco/Dallas. |
| Daisy Fitzgerald | 11/6/2014 | $552.10 | Airfare one-way Dallas/San Francisco. |
| Daisy Fitzgerald | 11/10/2014 | $552.10 | Airfare one-way San Francisco/Dallas. |
| Daisy Fitzgerald | 11/13/2014 | $552.10 | Airfare one-way Dallas/San Francisco. |
| Daisy Fitzgerald | 11/17/2014 | $552.10 | Airfare one-way San Francisco/Dallas. |
| Daisy Fitzgerald | 11/20/2014 | $458.10 | Airfare one-way Dallas/San Francisco. |
| Jeff Dwyer | 11/3/2014 | $552.10 | Airfare one-way San Francisco/Dallas. |
| Jeff Dwyer | 11/6/2014 | $505.10 | Airfare one-way Dallas/San Francisco. |
| Jeff Dwyer | 11/10/2014 | $552.10 | Airfare one-way San Francisco/Dallas. |
| Jeff Dwyer | 11/13/2014 | $447.10 | Airfare one-way Dallas/San Francisco. |
| Jeff Dwyer | 11/17/2014 | $454.10 | Airfare one-way San Francisco/Dallas. |
| Jeff Dwyer | 11/20/2014 | $530.10 | Airfare one-way Dallas/San Francisco. |
| Mark Zeiss | 11/11/2014 | $587.20 | Airfare Chicago/Dallas. |
| Matt Frank | 11/3/2014 | $367.10 | Airfare one-way Chicago/Dallas. |
| Matt Frank | 11/6/2014 | $367.10 | Airfare one-way Dallas/Chicago. |
| Matt Frank | 11/10/2014 | $367.10 | Airfare one-way Chicago/Dallas. |
| Matt Frank | 11/13/2014 | $367.10 | Airfare one-way Dallas/Chicago. |
| Matt Frank | 11/17/2014 | $367.10 | Airfare one-way Chicago/Dallas. |
| Matt Frank | 11/20/2014 | $367.10 | Airfare one-way Dallas/Chicago. |
| Michael Dvorak | 11/7/2014 | $821.20 | Airfare roundtrip Chicago/Dallas. |
| Michael Dvorak | 11/26/2014 | $367.10 | Airfare one-way Chicago/Dallas. |
| Michael Williams | 11/17/2014 | $686.20 | Airfare roundtrip Chicago/Dallas. |
| Paul Kinealy | 11/14/2014 | $679.20 | Roundtrip airfare Chicago/Dallas. |
| Richard Carter | 11/4/2014 | $734.20 | Airfare roundtrip Chicago/Dallas ( 11/17 - 11/20). |
| Richard Carter | 11/4/2014 | $734.20 | Airfare roundtrip Chicago/Dallas (11/11 - 11/13). |
| Robert Country | 11/6/2014 | $367.10 | Airfare one-way Chicago/Dallas. |
| Robert Country | 11/13/2014 | $373.10 | Airfare one-way Dallas/Chicago. |
| Steve Kotarba | 11/4/2014 | $368.10 | Airfare one-way Chicago/Dallas. |
| Steve Kotarba | 11/4/2014 | $369.10 | Airfare one-way Dallas/Chicago. |

> ## *Combined - All Entities*
> ## *Expense Detail by Category*
> ## *November 1, 2014 through November 30, 2014*

## *Airfare*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Steve Kotarba | 11/17/2014 | $386.10 | Airfare one-way Chicago/Dallas. |
| Steve Kotarba | 11/17/2014 | $386.10 | Airfare one-way Dallas/Chicago. |
| **Expense Category Total** | | **$15,320.70** | |

## *Lodging*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Daisy Fitzgerald | 11/5/2014 | $716.52 | Hotel in Dallas - 3 nights. |
| Daisy Fitzgerald | 11/12/2014 | $711.11 | Hotel in Dallas - 3 nights. |
| Daisy Fitzgerald | 11/19/2014 | $726.12 | Hotel in Dallas - 3 nights. |
| Jeff Dwyer | 11/6/2014 | $701.12 | Hotel in Dallas - 3 nights. |
| Jeff Dwyer | 11/13/2014 | $701.12 | Hotel in Dallas - 3 nights. |
| Jeff Dwyer | 11/20/2014 | $701.12 | Hotel in Dallas - 3 nights. |
| Jodi Ehrenhofer | 11/6/2014 | $1,150.00 | Hotel in Dallas - 5 nights. |
| Jodi Ehrenhofer | 11/13/2014 | $1,150.00 | Hotel in Dallas - 5 nights. |
| Jodi Ehrenhofer | 11/19/2014 | $920.00 | Hotel in Dallas - 4 nights. |
| Mark Zeiss | 11/18/2014 | $464.08 | Hotel in Dallas - 2 nights. |
| Matt Frank | 11/6/2014 | $726.12 | Hotel in Dallas - 3 nights. |
| Matt Frank | 11/13/2014 | $726.12 | Hotel in Dallas - 3 nights. |
| Matt Frank | 11/20/2014 | $726.12 | Hotel in Dallas - 3 nights. |
| Michael Dvorak | 11/12/2014 | $474.08 | Hotel in Dallas - 2 nights. |
| Michael Williams | 11/6/2014 | $726.12 | Hotel in Dallas - 3 nights. |
| Michael Williams | 11/20/2014 | $726.12 | Hotel in Dallas - 3 nights. |
| Paul Kinealy | 11/19/2014 | $726.12 | Hotel in Dallas - 3 nights. |
| Richard Carter | 11/13/2014 | $464.08 | Hotel in Dallas - 2 nights. |
| Richard Carter | 11/20/2014 | $696.12 | Hotel in Dallas - 3 nights. |
| Robert Country | 11/12/2014 | $527.88 | Hotel in Dallas - 2 nights. |
| Steve Kotarba | 11/5/2014 | $446.69 | Hotel in Dallas - 2 nights. |
| Steve Kotarba | 11/17/2014 | $242.04 | Hotel in Dallas - 1 night. |

*Exhibit D*

*Combined - All Entities*
*Expense Detail by Category*
*November 1, 2014 through November 30, 2014*

### *Lodging*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| **Expense Category Total** | | **$15,148.80** | |

### *Meals*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Daisy Fitzgerald | 10/27/2014 | $10.47 | Out of town breakfast - D. Fitzgerald. |
| Daisy Fitzgerald | 10/28/2014 | $120.00 | Out of town dinner - D. Fitzgerald, J. Dwyer, E. Bergman - 3. |
| Daisy Fitzgerald | 10/28/2014 | $8.19 | Out of town breakfast - D. Fitzgerald. |
| Daisy Fitzgerald | 10/29/2014 | $39.72 | Out of town dinner - D. Fitzgerald. |
| Daisy Fitzgerald | 10/29/2014 | $5.50 | Out of town breakfast - D. Fitzgerald. |
| Daisy Fitzgerald | 10/30/2014 | $8.84 | Out of town breakfast - D. Fitzgerald. |
| Daisy Fitzgerald | 11/3/2014 | $125.27 | Out of town dinner - D. Fitzgerald, J. Dwyer, E. Bergman, M. Frank - 4. |
| Daisy Fitzgerald | 11/3/2014 | $6.50 | Out of town breakfast - D. Fitzgerald. |
| Daisy Fitzgerald | 11/4/2014 | $6.25 | Out of town breakfast - D. Fitzgerald. |
| Daisy Fitzgerald | 11/6/2014 | $7.10 | Out of town breakfast - D. Fitzgerald. |
| Daisy Fitzgerald | 11/10/2014 | $9.47 | Out of town breakfast - D. Fitzgerald. |
| Daisy Fitzgerald | 11/11/2014 | $4.55 | Out of town breakfast - D. Fitzgerald. |
| Daisy Fitzgerald | 11/12/2014 | $40.00 | Out of town dinner - D. Fitzgerald. |
| Daisy Fitzgerald | 11/13/2014 | $7.92 | Out of town breakfast - D. Fitzgerald. |
| Daisy Fitzgerald | 11/17/2014 | $14.54 | Out of town breakfast - D. Fitzgerald. |
| Daisy Fitzgerald | 11/18/2014 | $6.25 | Out of town breakfast - D. Fitzgerald. |
| Daisy Fitzgerald | 11/19/2014 | $8.07 | Out of town breakfast - D. Fitzgerald. |
| Jeff Dwyer | 11/5/2014 | $160.00 | Out of town dinner - J. Dwyer, D. Fitzgerald, E. Bergman, M. Frank - 4. |
| Jeff Dwyer | 11/10/2014 | $39.18 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 11/11/2014 | $161.99 | Out of town dinner - J. Dwyer, D. Fitzgerald, E. Bergman, M. Frank, R. Country- 5. |
| Jeff Dwyer | 11/12/2014 | $40.00 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 11/19/2014 | $196.40 | Out of town dinner - J. Dwyer, D. Fitzgerald, E. Bergman, M. Frank, P. Kinealy - 5. |

*Exhibit D*

**Combined - All Entities**
**Expense Detail by Category**
**November 1, 2014 through November 30, 2014**

*Meals*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jeff Dwyer | 11/20/2014 | $25.00 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 11/20/2014 | $40.00 | Out of town dinner - J. Dwyer. |
| Mark Zeiss | 11/17/2014 | $5.91 | Out of town breakfast - M. Zeiss. |
| Mark Zeiss | 11/18/2014 | $5.30 | Out of town breakfast - M. Zeiss. |
| Mark Zeiss | 11/19/2014 | $11.34 | Out of town dinner - M. Zeiss. |
| Mark Zeiss | 11/19/2014 | $4.86 | Out of town breakfast - M. Zeiss. |
| Matt Frank | 11/3/2014 | $8.18 | Out of town breakfast - M. Frank. |
| Matt Frank | 11/4/2014 | $160.00 | Out of town dinner with E. Bergman, J. Dwyer, D. Fitzgerald, M. Frank - 4. |
| Matt Frank | 11/5/2014 | $1.58 | Out of town breakfast - M. Frank. |
| Matt Frank | 11/6/2014 | $5.91 | Out of town breakfast - M. Frank. |
| Matt Frank | 11/10/2014 | $7.51 | Out of town breakfast - M. Frank. |
| Matt Frank | 11/11/2014 | $8.07 | Out of town breakfast - M. Frank. |
| Matt Frank | 11/11/2014 | $120.00 | Out of town dinner M. Frank, E. Bergman, D. Fitzgerald, J. Dwyer - 4. |
| Matt Frank | 11/12/2014 | $34.55 | Out of town dinner - M. Frank. |
| Matt Frank | 11/12/2014 | $13.74 | Out of town breakfast - M. Frank. |
| Matt Frank | 11/13/2014 | $5.53 | Out of town dinner - M. Frank. |
| Matt Frank | 11/13/2014 | $13.74 | Out of town breakfast - M. Frank. |
| Matt Frank | 11/17/2014 | $9.00 | Out of town breakfast - M. Frank. |
| Matt Frank | 11/18/2014 | $120.00 | Out of town dinner - M. Frank. J. Dwyer, D. Fitzgerald - 3. |
| Matt Frank | 11/19/2014 | $4.60 | Out of town breakfast - M. Frank. |
| Michael Dvorak | 11/12/2014 | $5.16 | Out of town breakfast - M. Dvorak. |
| Michael Dvorak | 11/13/2014 | $6.55 | Out of town breakfast - M. Dvorak. |
| Michael Dvorak | 11/26/2014 | $1.15 | Out of town breakfast - M. Dvorak. |
| Michael Williams | 11/3/2014 | $18.81 | Out of town dinner - M. Williams. |
| Michael Williams | 11/4/2014 | $15.41 | Out of town dinner - M. Williams. |
| Michael Williams | 11/5/2014 | $15.99 | Out of town dinner - M. Williams. |
| Michael Williams | 11/19/2014 | $19.43 | Out of town dinner - M. Williams. |
| Paul Kinealy | 11/18/2014 | $191.39 | Out of town dinner - P. Kinealy, J. Ehrenhofer, M. Zeiss, M. Williams, R. Carter - 5. |

*Exhibit D*

---

**Combined - All Entities**
**Expense Detail by Category**
**November 1, 2014 through November 30, 2014**

---

### Meals

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Paul Kinealy | 11/19/2014 | $13.15 | Out of town breakfast - P. Kinealy. |
| Richard Carter | 11/11/2014 | $9.12 | Out of town breakfast - R. Carter. |
| Richard Carter | 11/12/2014 | $75.33 | Out of town dinner - R. Carter, M. Dvorak, R. Country - 3. |
| Richard Carter | 11/12/2014 | $15.99 | Out of town breakfast - R. Carter. |
| Richard Carter | 11/13/2014 | $11.74 | Out of town breakfast - R. Carter. |
| Richard Carter | 11/17/2014 | $7.40 | Out of town breakfast - R. Carter. |
| Richard Carter | 11/18/2014 | $15.99 | Out of town breakfast - R. Carter. |
| Richard Carter | 11/19/2014 | $11.74 | Out of town breakfast - R. Carter. |
| Richard Carter | 11/19/2014 | $14.31 | Out of town dinner - R. Carter. |
| Richard Carter | 11/20/2014 | $12.98 | Out of town dinner - R. Carter. |
| Richard Carter | 11/21/2015 | $15.99 | Out of town breakfast - R. Carter. |
| Robert Country | 11/12/2014 | $4.21 | Out of town breakfast - R. Country. |
| Robert Country | 11/13/2014 | $15.16 | Out of town breakfast - R. Country. |
| Steve Kotarba | 11/17/2014 | $258.88 | Out of town dinner - S. Kotarba, D. Fitzgerald, E. Bergman, J. Dwyer, J. Ehrenhofer, M. Zeiss, M. Frank, M. Williams, R. Carter - 9. |

**Expense Category Total**     **$2,386.91**

### Miscellaneous

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Daisy Fitzgerald | 11/4/2014 | $3.70 | Verizon conference call charges. |
| Emmett Bergman | 11/4/2014 | $17.52 | Verizon conference call charges. |
| Jeff Dwyer | 11/4/2014 | $49.95 | In-Flight WiFi access charge. |
| Jeff Dwyer | 11/6/2014 | $6.99 | Internet/Online Fee at hotel. |
| Jodi Ehrenhofer | 11/4/2014 | $11.17 | Verizon conference call charges. |
| Jon Rafpor | 11/16/2014 | $9.90 | Wifi to send client deliverables. |
| Mark Zeiss | 11/4/2014 | $1.49 | Verizon conference call charges. |
| Matt Frank | 11/4/2014 | $27.25 | Verizon conference call charges. |
| Matt Frank | 11/13/2014 | $39.95 | In flight internet expense for month. |

*Exhibit D*

**Combined - All Entities**
**Expense Detail by Category**
**November 1, 2014 through November 30, 2014**

### Miscellaneous

| Professional/Service | Date | Expense | Expense Description |
| --- | --- | --- | --- |
| Scott Safron | 11/30/2014 | $9.95 | GOGO Inflight internet to send work related emails. |
| Steve Kotarba | 11/4/2014 | $1.97 | Verizon conference call charges. |
| **Expense Category Total** | | **$179.84** | |

### Transportation

| Professional/Service | Date | Expense | Expense Description |
| --- | --- | --- | --- |
| Daisy Fitzgerald | 10/23/2014 | $60.00 | Taxi from San Francisco Airport to home. |
| Daisy Fitzgerald | 10/27/2014 | $55.00 | Taxi from home to San Francisco Airport. |
| Daisy Fitzgerald | 10/27/2014 | $28.00 | Taxi to dinner. |
| Daisy Fitzgerald | 10/27/2014 | $16.04 | Taxi from hotel to Energy. |
| Daisy Fitzgerald | 10/30/2014 | $10.00 | Taxi from hotel to Energy. |
| Daisy Fitzgerald | 10/30/2014 | $26.00 | Taxi to dinner. |
| Daisy Fitzgerald | 11/3/2014 | $30.00 | Taxi to dinner. |
| Daisy Fitzgerald | 11/3/2014 | $30.00 | Taxi from DFW Airport to Energy. |
| Daisy Fitzgerald | 11/3/2014 | $55.00 | Taxi from home to San Francisco Airport. |
| Daisy Fitzgerald | 11/6/2014 | $30.00 | Taxi to dinner |
| Daisy Fitzgerald | 11/6/2014 | $64.50 | Taxi from home to San Francisco Airport. |
| Daisy Fitzgerald | 11/6/2014 | $30.00 | Taxi from Energy to DFW Airport. |
| Daisy Fitzgerald | 11/10/2014 | $55.00 | Taxi from home to San Francisco Airport. |
| Daisy Fitzgerald | 11/10/2014 | $12.65 | Taxi from hotel to Energy. |
| Daisy Fitzgerald | 11/10/2014 | $29.00 | Taxi to dinner. |
| Daisy Fitzgerald | 11/11/2014 | $37.00 | Taxi from Energy to dinner. |
| Daisy Fitzgerald | 11/11/2014 | $15.00 | Taxi from hotel to Energy. |
| Daisy Fitzgerald | 11/13/2014 | $23.00 | Taxi from Energy to DFW Airport. |
| Daisy Fitzgerald | 11/17/2014 | $26.00 | Taxi from Airport to Energy. |
| Daisy Fitzgerald | 11/17/2014 | $25.00 | Taxi to dinner. |
| Daisy Fitzgerald | 11/17/2014 | $15.00 | Taxi to dinner. |
| Daisy Fitzgerald | 11/17/2014 | $55.00 | Taxi from home to San Francisco Airport. |

***Combined - All Entities***
***Expense Detail by Category***
***November 1, 2014 through November 30, 2014***

***Transportation***

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Daisy Fitzgerald | 11/19/2014 | $25.00 | Taxi to dinner. |
| Daisy Fitzgerald | 11/19/2014 | $10.00 | Taxi from hotel to Energy. |
| Daisy Fitzgerald | 11/20/2014 | $19.58 | Taxi from Energy to DFW Airport. |
| Daisy Fitzgerald | 11/20/2014 | $60.00 | Taxi from San Francisco Airport to home. |
| Daisy Fitzgerald | 11/20/2014 | $10.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 11/3/2014 | $70.00 | Taxi from home to San Francisco Airport. |
| Jeff Dwyer | 11/3/2014 | $15.00 | Taxi from Energy to hotel. |
| Jeff Dwyer | 11/3/2014 | $30.00 | Taxi from DFW Airport to Energy. |
| Jeff Dwyer | 11/4/2014 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 11/4/2014 | $25.00 | Taxi to dinner. |
| Jeff Dwyer | 11/4/2014 | $15.00 | Taxi from Energy to hotel. |
| Jeff Dwyer | 11/5/2014 | $15.00 | Taxi from Energy to hotel. |
| Jeff Dwyer | 11/5/2014 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 11/6/2014 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 11/6/2014 | $60.00 | Taxi from Energy to DFW Airport. |
| Jeff Dwyer | 11/6/2014 | $70.00 | Taxi from San Francisco Airport to home. |
| Jeff Dwyer | 11/10/2014 | $70.00 | Taxi from home to San Francisco Airport. |
| Jeff Dwyer | 11/10/2014 | $30.00 | Taxi from DFW Airport to Energy. |
| Jeff Dwyer | 11/11/2014 | $34.00 | Taxi to dinner. |
| Jeff Dwyer | 11/12/2014 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 11/13/2014 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 11/13/2014 | $60.00 | Taxi from Energy to DFW Airport. |
| Jeff Dwyer | 11/13/2014 | $70.00 | Taxi from San Francisco Airport to home. |
| Jeff Dwyer | 11/17/2014 | $60.00 | Taxi from DFW Airport to Energy. |
| Jeff Dwyer | 11/17/2014 | $70.00 | Taxi from home to San Francisco Airport. |
| Jeff Dwyer | 11/19/2014 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 11/19/2014 | $35.00 | Taxi to dinner. |
| Jeff Dwyer | 11/20/2014 | $60.00 | Taxi from Energy to DFW Airport. |
| Jeff Dwyer | 11/20/2014 | $70.00 | Taxi from San Francisco Airport to home. |

*Exhibit D*

*Combined - All Entities*
*Expense Detail by Category*
*November 1, 2014 through November 30, 2014*

*Transportation*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Mark Zeiss | 11/17/2014 | $42.00 | Taxi from home to Chicago Airport. |
| Mark Zeiss | 11/19/2014 | $60.00 | Taxi from Energy to DFW Airport. |
| Mark Zeiss | 11/19/2014 | $45.00 | Taxi from Chicago O'Hare to home. |
| Matt Frank | 11/3/2014 | $65.00 | Taxi from home to Chicago O'Hare. |
| Matt Frank | 11/3/2014 | $60.00 | Taxi from DFW Airport to Energy. |
| Matt Frank | 11/4/2014 | $15.00 | Taxi from Energy to hotel. |
| Matt Frank | 11/6/2014 | $60.00 | Taxi from Energy to DFW Airport. |
| Matt Frank | 11/6/2014 | $65.00 | Taxi from Chicago O'Hare to home. |
| Matt Frank | 11/10/2014 | $65.00 | Taxi from home to Chicago O'Hare. |
| Matt Frank | 11/10/2014 | $60.00 | Taxi from DFW Airport to Energy. |
| Matt Frank | 11/10/2014 | $15.00 | Taxi from dinner to hotel. |
| Matt Frank | 11/10/2014 | $20.00 | Taxi from Energy to dinner. |
| Matt Frank | 11/13/2014 | $60.00 | Taxi from Energy to DFW Airport. |
| Matt Frank | 11/13/2014 | $65.00 | Taxi from Chicago O'Hare to home. |
| Matt Frank | 11/17/2014 | $60.00 | Taxi from DFW Airport to Energy. |
| Matt Frank | 11/17/2014 | $65.00 | Taxi from home to Chicago O'Hare. |
| Matt Frank | 11/17/2014 | $12.00 | Taxi from dinner to hotel. |
| Matt Frank | 11/18/2014 | $15.00 | Taxi from hotel to client. |
| Matt Frank | 11/20/2014 | $65.00 | Taxi from Chicago O'Hare to home. |
| Matt Frank | 11/20/2014 | $60.00 | Taxi from Energy to DFW Airport. |
| Michael Dvorak | 11/11/2014 | $39.26 | Taxi from home to O'Hare Airport. |
| Michael Dvorak | 11/12/2014 | $5.00 | Taxi from hotel to Energy. |
| Michael Dvorak | 11/13/2014 | $37.76 | Taxi from Energy to DFW Airport. |
| Michael Dvorak | 11/13/2014 | $68.00 | Taxi from O'Hare Airport to home. |
| Michael Dvorak | 11/26/2014 | $5.00 | Taxi from hotel to Energy. |
| Michael Williams | 11/3/2014 | $43.58 | Taxi from home to Chicago O'Hare Airport. |
| Michael Williams | 11/6/2014 | $50.00 | Taxi from O'Hare Airport to home. |
| Michael Williams | 11/6/2014 | $60.00 | Taxi from client office to DFW Airport. |
| Michael Williams | 11/17/2014 | $43.10 | Taxi from home to Chicago O'Hare Airport. |

*Combined - All Entities*
*Expense Detail by Category*
*November 1, 2014 through November 30, 2014*

*Transportation*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Michael Williams | 11/17/2014 | $60.00 | Taxi from DFW Airport to Energy. |
| Michael Williams | 11/18/2014 | $23.00 | Taxi to dinner. |
| Michael Williams | 11/18/2014 | $15.00 | Taxi from Energy to hotel. |
| Michael Williams | 11/20/2014 | $50.00 | Taxi from O'Hare Airport to home. |
| Michael Williams | 11/20/2014 | $60.00 | Taxi from Energy to DFW Airport. |
| Paul Kinealy | 11/17/2014 | $29.00 | Taxi from airport to hotel. |
| Paul Kinealy | 11/20/2014 | $50.00 | Parking at Chicago Airport. |
| Paul Kinealy | 11/20/2014 | $30.00 | Taxi from Energy to DFW Airport. |
| Richard Carter | 11/11/2014 | $62.70 | Taxi from DFW Airport to Energy. |
| Richard Carter | 11/13/2014 | $105.00 | Parking at Chicago Airport. |
| Richard Carter | 11/17/2014 | $56.00 | Taxi from DFW Airport to Energy. |
| Richard Carter | 11/19/2014 | $15.00 | Taxi from hotel to Energy. |
| Richard Carter | 11/20/2014 | $140.00 | Parking at Energy. |
| Richard Carter | 11/23/2014 | $62.00 | Taxi from Energy Plaza to DFW Airport. |
| Robert Country | 11/11/2014 | $38.70 | Taxi from home to Chicago O'Hare. |
| Robert Country | 11/11/2014 | $6.69 | Taxi from Chicago O'Hare Airport to home. |
| Robert Country | 11/13/2014 | $41.40 | Taxi from Chicago O'Hare Airport to home. |
| Steve Kotarba | 11/4/2014 | $12.00 | Parking in Dallas. |
| Steve Kotarba | 11/4/2014 | $14.48 | Fuel for rental car. |
| Steve Kotarba | 11/4/2014 | $60.00 | Taxi from home to Midway Airport. |
| Steve Kotarba | 11/5/2014 | $12.00 | Parking in Dallas. |
| Steve Kotarba | 11/6/2014 | $60.00 | Taxi from home to Midway Airport. |
| Steve Kotarba | 11/6/2014 | $186.14 | Rental car in Dallas. |
| Steve Kotarba | 11/6/2014 | $12.00 | Parking in Dallas. |
| Steve Kotarba | 11/17/2014 | $12.00 | Parking in Dallas. |
| Steve Kotarba | 11/17/2014 | $60.00 | Taxi from home to Midway Airport. |
| Steve Kotarba | 11/18/2014 | $60.00 | Taxi from Midway Airport to home. |
| Steve Kotarba | 11/18/2014 | $12.00 | Parking in Dallas. |
| Steve Kotarba | 11/19/2014 | $198.96 | Rental car in Dallas. |

*Combined - All Entities*
*Expense Detail by Category*
*November 1, 2014 through November 30, 2014*

*Transportation*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| **Expense Category Total** | | **$4,670.54** | |
| *Grand Total* | | **$37,706.79** | |