**<u>Exhibit 1</u>**
**[Engagement Letter]**



GoldinAssociates LLC

350 Fifth Avenue
The Empire State Building
New York, New York 10118

T    212.593.2255
F    212.888.2841

www.goldinassociates.com

<u>CONFIDENTIAL</u>

As of December 11, 2014

Energy Future Intermediate Holding Company LLC
1601 Bryan Street
Dallas, Texas 75201

Attn: Charles Cremens, Disinterested Manager
chuckcremens@comcast.net

VIA EMAIL

Re:    Restructuring Advisory Services for Energy Future Intermediate Holding
Company LLC ("Client") in connection with In re Energy Futures Holding Corp.,
et al., No. 14-10979 (Bankr. D. Del.) (the "Bankruptcy")

Dear Mr. Cremens:

This letter (the "Agreement") confirms the engagement of Goldin Associates, LLC
("Goldin") by the Client, subject to approval by the United States Bankruptcy Court for the
District of Delaware (the "Bankruptcy Court") pursuant to the Bankruptcy Code, to provide
certain financial advisory services set forth below ("Services"), effective as of the date indicated
above (the "Engagement"). The Services to be provided hereunder shall be performed at the
direction and under the supervision of Cravath, Swaine & Moore LLP ("Counsel") in connection
with its legal representation of the Client. We understand and agree that our work on this matter
is being performed at the request of Counsel, which represents the Client, and not for any other
interested party. The fees, expenses and costs will be paid directly the Client in accordance with
procedures established in the Bankruptcy. Counsel will not be responsible for the payment of
fees or expenses incurred hereunder.

1.    <u>Scope of Services</u>. Goldin will assist Counsel and the Client in connection with the
restructuring of the Client in the Bankruptcy ("Debtor"). The Services provided hereunder may
include helping the Client with, among other things:

- management of the Chapter 11 bankruptcy process, including assisting the Client in
evaluating and implementing strategic and tactical options throughout the
proceedings;

- reviewing Debtor's cash management strategies and processes;

1

Energy Future Intermediate Holding Company LLC
As of December 11, 2014

- reviewing Debtor's budgets and financial forecasts;

- reviewing Debtor's business plans;

- negotiations with other debtors, lenders, creditors and other stakeholders involved in the Bankruptcy;

- reviewing the Debtor's sales procedures;

- reviewing the Debtor's post-petition financing arrangements;

- advising the Client on matters of actual or potential conflicting economic or business interest with other debtors involved in the Bankruptcy;

- reviewing Debtor's claims process;

- oral or written testimony, report, affidavit, declaration or other submission (collectively, "Testimony"), provided it is requested by Client and Goldin agrees in its sole discretion to do so; and

- such other matters as may be requested and that are mutually agreeable.

Notwithstanding anything to the contrary contained herein, the Services shall be limited to those that are related to "Conflict Matters" as defined in resolutions of Client's Board of Managers adopted November 7, 2014 and supplemented by resolutions adopted December 9, 2014, or the responsibilities of the Independent Manger as contemplated by such resolutions.

It is understood that as of the date of the Agreement, Goldin has not arrived at any conclusions respecting any matters relating to the Engagement. Goldin shall be entitled to receive payment in full of all fees and reimbursement of expenses regardless of the contents of its Testimony, if any, the conclusions at which it may arrive or the outcome of any motion or request to disqualify any witness or exclude Testimony.

In order for Goldin to perform Services, it may be necessary for its personnel to have access to certain books, records and reports of the Debtors and have discussions with its personnel. Subject to the Confidentiality Agreement, dated December as of December 11, 2014, by and between Goldin and Client (the "Confidentiality Agreement"), Goldin understands that Client will seek to ensure that Goldin has the necessary access to the Debtors' management, records and other data. Limited access may restrict Goldin's ability to perform services described in this letter.

2.      Term. The Engagement shall commence as of the date of this Agreement, subject to *nunc pro tunc* approval by the Bankruptcy Court, and shall continue until the end of the calendar month in which notice of termination is provided by either party in writing on not fewer than ten days' notice. Client will seek approval of this Agreement, *nunc pro tunc* to the date of the Agreement, pursuant to Section 327(a) of the Bankruptcy Code promptly upon execution of the Agreement.

3.      Compensation. As consideration for Services provided hereunder, Goldin shall be paid $150,000 per month for professional time expended by its personnel. Payment shall be the sole responsibility of Client, and Client shall make each payment to Goldin in advance of the

Energy Future Intermediate Holding Company LLC
As of December 11, 2014

calendar month for which it applies. Payment for December 2014 shall be made within five days of issuance of an initial invoice and not be prorated. Subject to Court approval, in the event of the confirmation of a plan of which the Debtor is a proponent or that the Debtor otherwise supports, Goldin shall be entitled to "Contingent Fee" of $2,000,000, with 50% of monthly fees for the period commencing October 2015 credited against the Contingent Fee, provided that such credit shall not exceed $1,000,000. For the avoidance of doubt, if the Contingent Fee is not paid, there shall be no crediting of the other compensation referred to in this paragraph. Goldin's compensation shall be subject to approval under section 328 of the Bankruptcy Code, at the time of the Bankruptcy Court's approval of Goldin's employment, subject only to the "Blackstone Protocol."

In addition to payment of fees for professional time expended, Goldin shall be reimbursed, at cost, for all documented out-of-pocket expenses reasonably incurred in connection with the Engagement, subject to any limits imposed by the Bankruptcy Court. Goldin will submit monthly fee statements in accordance with the interim compensation procedures approved in the Bankruptcy, with copies to Counsel. It is our understanding that all of our invoices will be paid by the Client, in accordance with the order approving our retention, the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules of Bankruptcy Practice and Procedure of the United State Bankruptcy Court for the District of Delaware and applicable orders of the Bankruptcy Court.

4.    <u>Additional Terms and Conditions</u>. The attached Additional Terms and Conditions are incorporated in their entirety into this Agreement and set forth material additional terms of this Agreement.

5.    <u>No Third Party Beneficiaries</u>. Client is the intended beneficiary of this Agreement. The parties understand and agree that there are no other intended beneficiaries of this Agreement, including, but not limited to non-subsidiary affiliates of Client. Only Client shall have any right to pursue or enforce any right or remedy hereunder; to assert a claim against Goldin; or to assert reliance in any manner on Goldin, this Agreement, or work performed hereunder.

6.    <u>Multiple Originals</u>. This Agreement may be signed in one or more counterparts, each of which shall be deemed to be an original, but all of which together shall constitute one and the same instrument. This Agreement may be executed and delivered by facsimile or email of a pdf counterpart signature.

Very truly yours,

David W. Prager
Managing Director

3

Energy Future Intermediate Holding Company LLC
As of December 11, 2014

## GOLDIN ASSOCIATES, LLC
## ADDITIONAL TERMS AND CONDITIONS OF ENGAGEMENT

The following are additional terms and conditions that are incorporated in their entirety into the Agreement between the undersigned parties and constitute material terms of that Agreement. Unless otherwise defined, capitalized terms in these Additional Terms and Conditions shall have the same meaning as set forth elsewhere in the Agreement.

Scope of Services. Goldin does not perform appraisal, audit, accounting, compilation, legal, tax preparation or tax advisory services and shall not provide such services hereunder. Goldin shall not express an opinion or provide other form of assurance as to the financial statements of the Client or any other entity. With respect to the review of future projections and estimates of Client, Goldin will provide no assurance of future financial performance or results and takes no responsibility for the achievability of any results. Goldin is not being engaged to provide investment banking services in connection with a public offering of debt or equity securities.

Reimbursement of Expenses. Goldin will be reimbursed for all reasonable out-of-pocket expenses, at cost, incurred in connection with its services hereunder, including, but not limited to, travel (coach class, unless unavailable or for flights of four or more hours), messengers, telecommunications, duplication, research material and the like. Certain expenses, such as duplication and fax, may be charged on a per page or per unit basis at rates charged to other Goldin clients. All expense reimbursement shall be subject to any limitations or restrictions imposed by the Bankruptcy Court.

Information. The Agreement is subject to the terms and conditions contained in the Confidentiality Agreement. Goldin may keep a set of its work papers from the Engagement, including work papers containing or reflecting Confidential Information, in accordance with its archival practice.

The Client recognizes and confirms that in connection with the Engagement, Goldin will be using and relying on publicly available information and on data, material and information provided by the Client or other interested parties or their professionals, as well as by third parties ("Available Information"). It is understood that in performing this Engagement, Goldin may assume and rely upon the accuracy and completeness of, and is not engaging in any independent verification of, Available Information. The Client expressly agrees that Goldin will not be liable in any way for any damage resulting from any inaccuracies or errors in any information provided to Goldin.

Apart from any Testimony or reports made publicly available, any advice provided by Goldin pursuant to this Agreement is intended solely for the benefit and use of the Client in connection with the Bankruptcy, and, other than in connection with the Bankruptcy, Client agrees that such advice may not be disclosed publicly or made available to third parties (other than attorneys, accountants and other professional advisors of the Client) without the prior written consent of Goldin.

4

Energy Future Intermediate Holding Company LLC
As of December 11, 2014

Limitation on Liability; Indemnification. Goldin shall have no liability under this agreement for any losses, claims, damages or liabilities arising from or relating to this engagement, whether by reason of Goldin's negligence or otherwise, unless such losses (a) are judicially determined (the determination having become final) to have arisen from Goldin's gross negligence, willful misconduct, breach of fiduciary duty, bad faith or self-dealing; (b) arise from a contractual dispute in which the Client alleges the breach of Goldin's contractual obligations, unless the Bankruptcy Court determines that indemnification, contribution or reimbursement would be permissible pursuant to *In re United Artists Theatre Company, et al.*, 315 F.3d 217 (3d Cir. 2003); or (c) relate to an action that is settled prior to a judicial determination as to Goldin's gross negligence, willful misconduct, breach of fiduciary duty, bad faith or self dealing but determined by the Bankruptcy Court, after notice and a hearing, to be a claim or expense for which Goldin should not receive indemnity, contribution or reimbursement under the terms of this engagement letter. In performing services pursuant to this agreement, Goldin is not assuming any responsibility for the Client's decision to pursue (or not to pursue) any strategy or to effect (or not to effect) any settlement, transaction or restructuring.

The Client agrees to indemnify and hold Goldin harmless against any losses, claims, damages or liabilities, joint or several, to which Goldin directly or indirectly may become subject relating to the Services. The Client agrees to reimburse Goldin for any reasonable legal, investigation and preparation expenses or other reasonable expenses as incurred in connection with investigating or defending against any loss, claim, damage or liability or any action, proceeding or investigation in respect thereof, with such reimbursement to be made as expenses are incurred provided, however the Client shall not be obligated to provide reimbursement of expenses to Goldin with respect to any successful action by the Client against Goldin to enforce Goldin's contractual obligations hereunder. However, the Client shall not be liable under the foregoing indemnity agreement (or agreement to reimburse Goldin for expenses) in respect of any loss, claim, damage or liability to the extent that a court having jurisdiction shall have determined by final judgment that such loss, claim, damage or liability resulted from the gross negligence, willful misconduct, breach of fiduciary duty, bad faith or self dealing of Goldin. In the event that (x) a court having jurisdiction shall have determined by final judgment that such loss, claim, damage or liability resulted from the gross negligence, willful misconduct, breach of fiduciary duty, bad faith or self dealing of Goldin and (y) Client has reimbursed Goldin for any expenses related to such loss, claim, damage or liability, Goldin shall promptly repay Client the amounts previously reimbursed to Goldin hereunder.

Absent any such final judgment, the Client shall promptly reimburse Goldin for expenses incurred hereunder, subject to any such final judgment, and the assertion by the Client that it has or may have defenses to this indemnification shall not be grounds for refusal to pay or advance expenses hereunder. The reimbursement and indemnity obligations of the Client under this paragraph shall be in addition to any liability the Client may otherwise have; and shall extend upon the same terms and conditions to the members, shareholders, directors, officers, partners, employees, agents and controlling persons (if any) of Goldin; and shall be binding upon Client and inure to the benefit of any successors, assigns, heirs and personal representatives of Goldin and any such persons. The foregoing provisions shall survive any termination of the Agreement.

Energy Future Intermediate Holding Company LLC
As of December 11, 2014

     Notwithstanding the foregoing, Bankruptcy Court approval shall be required, for Goldin shall not be entitled to indemnification for services unless such services and the indemnification, contribution or reimbursement therefor are approved by the Bankruptcy Court upon motion by Goldin after receipt of notice of an indemnified claim.

Terms Surviving Termination. The terms of the Agreement that by their context are intended to be performed after termination or expiration of the Engagement, including but not limited to those relating to the Contingent Payment, limitations on liability, indemnification, are intended to survive such termination and shall continue to bind all parties; provided, however, Client's obligation to pay the Contingent Payment shall terminate 12 months following the termination date of the Engagement.

Failure to Make Payments. If Goldin does not timely receive any payment due under the Agreement, it may, at its election, immediately suspend services or terminate the Agreement and have no further obligations hereunder. Goldin's failure to exercise such remedy, or any other right or remedy, at any time does not constitute a waiver of its right to do so at any future time. In the event of such termination based upon failure to pay or other breach of contract, Goldin shall remain entitled to retain any previously paid monthly compensation and reimbursement of any reasonably incurred expense, and Goldin's right to receive any benefit under the Agreement (including, without limitation, any limitation on liability) shall remain in full force and effect.

Dispute Resolution. Any dispute arising under this Agreement shall be exclusively heard by the Bankruptcy Court overseeing the Bankruptcy.

Jury Trial Waiver. THE PARTIES EXPRESSLY, IRREVOCABLY AND UNCONDITIONALLY AGREE TO WAIVE ANY RIGHT TO TRIAL BY JURY IN ANY ACTION, PROCEEDING OR COUNTERCLAIM ARISING OUT OF OR RELATING TO THIS ENGAGEMENT OR THE SERVICES PROVIDED HEREUNDER. The parties' agreement in this regard is a material part of the consideration received hereunder and the parties would not consent to enter into this Agreement without such agreement.

Assignment. No party may assign, transfer or delegate any of its rights or obligations pursuant to the Agreement without the prior written consent of the other party, such consent not to be unreasonably withheld.

Non-Solicitation of Employment. Other than in the case of non-targeted, ordinary course hiring activities, the Client agrees that it will not, within twelve months of termination of this agreement, employ or make an offer of employment to any Goldin employee performing Services hereunder, nor will it cause any other entity to do so.

Severability. In the event that any term or provision of the Agreement shall be held to be invalid, void or unenforceable, then the remainder of the Agreement shall not be affected, and each such term and provision of this Agreement shall be valid and enforceable to the fullest extent permitted by law.

Entire Agreement. The Agreement constitutes the entire agreement among the parties and may not be amended or modified except in writing.



Energy Future Intermediate Holding Company LLC
As of December 11, 2014

Authority  Each signatory represents and warrants that he or she possesses all required legal authority to enter into this Agreement on behalf of the entity for which he is signing and to bind that entity to the terms hereof.

Governing Law.  The Agreement shall be governed by and construed in accordance with the laws of the State of New York without regard to New York's conflicts of laws or choice of laws principles, except to the extent that the Bankruptcy Code governs.  The Agreement shall be construed without regard to any presumption or other rule requiring construction against the party causing the Agreement or any part hereof to be drafted.


Agreed and Accepted:


ENERGY FUTURE INTERMEDIATE HOLDING
COMPANY LLC

By: _____
    Name:    Charles Cremens
    Title:    Disinterested Manager

7

**<u>Schedule 1</u>**
**[Parties in Interest]**

**Party name**

2006 BARRON HILTON CHARITABLE REMAINDER UNITRUST

4Change Energy Company

4Change Energy Holdings LLC

A Voce CLO, LTD

AAI CANYON FUND PLC

ABSOLUTE INSIGHT FUNDS PLC IN RESPECT OF THE ABSOLUTE INSIGHT CREDIT FUN

ACE

ACE AMERICAN INSURANCE COMPANY

ACE EUROPEAN GROUP LIMITED

ACE PROPERTY AND CASUALTY INSURANCE COMPANY

ADA Carbon Solutions (Red Rver)

ADVANCED DISCOVERY

ADVANCED SERIES TRUST  - AST FI PYRAMIS QUANTITATIVE PORTFOLIO

ADVANCED SERIES TRUST - AST ACADEMIC STRATEGIES ASSET ALLOCATION PORTF

Advanced Series Trust - AST High Yield Portfolio.

ADVANCED SERIES TRUST - AST J.P. MORGAN GLOBAL THEMATIC PORTFOLIO F/K/A

Advanced Series Trust - AST PIMCO Total Return Bond Portfolio

Advanced Series Trust- AST Western Asset Core Plus Bond Portfolio

Advanced Series Trust: AST J.P. Morgan Strategic Opportunities Portfolio

Aegon

AGF FLOATING RATE INCOME FUND

AIG

AIMCO CLO SERIES 2014-A

AKIN GUMP STRAUSS HAUER & FELD LLP

Akin Gump Strauss Hauer & Feld LLP

ALLEGHENY TECHNOLOGIES INCORPORATED MASTER PENSION TRUST

Alliance Bernstein High Income Fund Inc.

AllianceBernstein

AllianceBernstein

ALLIANCEBERNSTEIN BOND FUND INC-ALLIANCEBERNSTEIN HIGH YIELD PORTFOLIO

AllianceBernstein Global High Income Fund Inc.

Alliancebernstein limited duration high income portfolio

ALLIANCEBERNSTEIN POOLING PORTFOLIOS - HIGH YIELD PORTFOLIO

ALLIANCEBERNSTEIN US HIGH YIELD COLLECTIVE TRUST

Allianz Global Investors

ALLSTATE LIFE INSURANCE COMPANY

ALM V Ltd.

ALM VI LTD

ALM VII (R) LTD

ALM VII (R)-2 LTD

ALM VII, LTD.

ALM VIII, LTD.

ALM X, LTD.

ALM XI LTD

ALM XII LTD

ALM XIV LTD

ALVAREZ & MARSAL LLC

ALVAREZ & MARSAL LLC

American Century Investment Management
American Century Investment Management
AMERICAN EXPRESS RETIREMENT PLAN
American Nuclear Insurers
AMERICAN STOCK TRANSFER & TRUST CO, LLC
American Stock Transfer and Trust Company, LLC
ANCHORAGE CAPITAL CLO 2012-1, LTD.
ANCHORAGE CAPITAL CLO 2013-1, LTD.
ANCHORAGE CAPITAL CLO 3, LTD.
ANCHORAGE CAPITAL CLO 4 LTD
ANCHORAGE CAPITAL CLO 5 LTD
Angelo Gordon
ANNE M ROTH
AON HEWITT COLLECTIVE INVESTMENT TRUST
APIDOS CLO XVII
APOLLO CREDIT FUNDING I LTD.
Apollo Palmetto Short Maturity Loan Portfolio
APOLLO TOTAL RETURN MASTER FUND LP dba APOLLO TR US BROADLY SYNDICATE
AQR FUNDS - AQR DIVERSIFIED ARBITRAGE FUND
AQR OPPORTUNISTIC PREMIUM OFFSHORE FUND, L.P.
ARCH INVESTMENT HOLDINGS III LTD
ARCH INVESTMENT HOLDINGS IV LTD.
ARCHES FUNDING ULC
Archview Investment Group
Archview Investment Group
Argo Re (Bermuda)
ARGO RE LTD.
ARGONAUT INSURANCE COMPANY
Arrowgrass
Artio Global Management
ASCENSION ALPHA FUND LLC.
ASCENSION HEALTH MASTER PENSION TRUST.
Ashby, Kevin M.
Associated Electric & Gas Insurance Services (AEGIS)
ATRIUM VII
Attix, Lauren
AustralianSuper.
Avalon IV Capital LTD
Avenue
Avenue
AVERY POINT II CLO, LIMITED
AVERY POINT III CLO LIMITED
AVERY POINT IV CLO LIMITED
Aviary Capital Enterprises, Inc.
Aviva Investors North America
AXA Offshore Multimanager Funds Trust-AXA Offshore Moderate Multimanager Fu
Axis
Babson Capital
BAE MASTER PENSION INVESTMENT TRUST
BAKER STREET CLO II LTD.

BAKER STREET FUNDING CLO 2005-1 LTD.
BAKERY AND CONFECTIONERY UNION AND INDUSTRY INTERNATIONAL PENSION FU
Bank of America Merrill Lynch
Bank of America Merrill Lynch
BANK OF AMERICA, N.A.
Bank of Oklahoma
BANK ONE PURCHASING CARD
Barclays
BARCLAYS BANK PLC*
BASF UK GROUP PENSION SCHEME
Basic Resources, Inc.
Battalion CLO 2007-I Ltd.
Battery Park High Yield Long Short Fund, Ltd.
Battery Park High Yield Opportunity Master Fund, Ltd.
Bayer Corporation Defined Benefit Master Trust
BBC Pension Trust Limited
Beazley
BELL ATLANTIC MASTER TRUST..
Bello, Rachel
BENEFIT STREET PARTNERS CLO IV LTD
Benefit Street Partners, LLC
Benida Group
BENNETT OFFSHORE RESTRUCTURING FUND, INC.
BENNETT RESTRUCTURING FUND, L.P.
Bentham Wholesale Syndicated Loan Fund
Big Brown 3 Power Company LLC
Big Brown Lignite Company LLC
Big Brown Power Company LLC
BIG RIVER GROUP FUND SPC LIMITED
BIG RIVER GROUP FUND SPC LIMITED - BOND SEGREGATED PORTFOLIO
Bill & Melinda Gates Foundation.
BINGHAM MCCUTCHEN LLP
Bird, David D.
Black Diamond CLO 2005-1, Ltd.
Black Diamond CLO 2005-2, Ltd.
Black Diamond CLO 2006-1 (Cayman) Ltd
BLACK DIAMOND CLO 2014-1 LTD
Black Diamond Offshore, Ltd.
BlackRock
BlackRock
Blackrock Corporate High Yield Fund, Inc.
BLACKROCK DEBT STRATEGIES FUND, INC
BlackRock Defined Opportunity Credit Trust
BlackRock Fixed Income Portable Alpha Master Series Trust
BlackRock Floating Rate Income Strategies Fund, Inc.
BLACKROCK FLOATING RATE INCOME TRUST
BlackRock Funds II - BlackRock Floating Rate Income Portfolio
BlackRock Funds II - High Yield Bond Portfolio
BlackRock Funds II, BlackRock Multi-Asset Income Portfolio
BLACKROCK GLOBAL INVESTMENT SERIES: INCOME STRATEGIES PORTFOLIO

Blackrock Global Long/Short Credit Fund of Blackrock Funds
BlackRock High Yield Portfolio of the BlackRock Series Fund, Inc.
BlackRock High Yield V.I. Fund of BlackRock Variable Series Funds, Inc.
Blackrock Limited Duration Income Trust
BLACKROCK SECURED CREDIT PORTFOLIO OF BLACKROCK FUNDS II
BLACKROCK SENIOR FLOATING RATE PORTFOLIO.
Blackrock Senior Income Series IV
Blackrock Senior Income Series V, Limited
BLACKROCK SHORT DURATION HIGH INCOME FUND
BLACKROCK SPECIALIST STRATEGIES FUNDS/JPMBI RE BLACKROCK BANK LOAN FUN
Blackstone / GSO
BLUE CROSS BLUE SHIELD OF MICHIGAN
BLUE CROSS OF CALIFORNIA.
BMI CLO I
BMO Asset Management Inc.
BMO GLOBAL STRATEGIC BOND FUND
BMW (UK) Operations Pension Scheme
BNY Mellon Global Funds plc, in respect of the BNY Mellon Absolute Return Bond F
BofA Merrill Lynch
Borealis Infrastructure Management Inc.
BOSTON INCOME PORTFOLIO
BOWERY FUNDING ULC
BRF SENIOR INCOME, L.P.
Brigade Capital
Brigade Credit Fund II, Ltd.
BRIGADE OPPORTUNISTIC CREDIT FUND - ICL LP
BRIGADE OPPORTUNISTIC CREDIT FUND 16 LLC
BRIGADE OPPORTUNISTIC CREDIT LBG FUND LTD
Brighten Energy LLC
Brighten Holdings LLC
Brownstone Investment Group
Brownstone Investment Group
Bryan Cave LLP
Bryce Funding
BSA Commingled Endowment Fund, LP
BSA Retirement Plan for Employees
Buchbinder, David
BURROUGHS WELLCOME FUND
CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, ACCOUNT #SW7Y
CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM..
Candlewood Investment Group, L.P.
Canyon Balanced Master Fund, Ltd.
CANYON BLUE CREDIT INVESTMENT FUND LP
Canyon Capital CLO 2006-1, Ltd
CANYON CAPITAL CLO 2012-1, LTD.
CANYON CAPITAL CLO 2014-1 LTD
CANYON VALUE  REALIZATION MAC 18 LTD.
CANYON VALUE REALIZATION FUND, L.P.
CANYON-ASP FUND LP
CANYON-GRF MASTER FUND II, LP

Capp, Laurie
CAPSTONE ADVISORY GROUP LLC
Capstone Advisory Group LLC
Carey, Kevin J.
Carlyle Global Market Strategies CLO 2011-1 Ltd
Carlyle Global Market Strategies CLO 2012-1 Ltd
CARLYLE GLOBAL MARKET STRATEGIES CLO 2014-2 LTD
Carlyle High Yield Partners IX, Ltd.
Carlyle High Yield Partners VIII, Ltd
Carlyle High Yield Partners X, Ltd.
CARLYLE VEYRON CLO, LTD.
CATLIN RE SWITZERLAND LTD
CEDAR FUNDING IV CLO LTD
Cent CDO 10 Limited
Cent CDO 15, Limited
Cent CDO XI, Limited
CENT CLO 21 LIMITED
CENT CLO 22 LIMITED
CENT WAREHOUSING LTD
Centerview Partner LLC
CENTERVIEW PARTNERS LLC
CENTURION CDO 9, LIMITED
CHARLES CREMENS
CHARLES H CREMENS
CHASE LINCOLN FIRST COMMERCIAL CORP.
CHILDREN'S HEALTHCARE OF ATLANTA INC
Christian Super
Chubb Atlantic Indemnity Ltd. (Bermuda)
CitiBank
CITIBANK N A dba OAK 2014-2 LOAN FUNDING LLC
CITIBANK NA dba CITI LOAN FUNDING NB CLOXVIII LLC
CITIBANK NA dba LAKE LOAN FUNDING LLC
CITIBANK, N.A.
CITIBANK, N.A. dba SSD LOAN FUNDING LLC
Citigroup
Citigroup
CITIGROUP FINANCIAL PRODUCTS INC dba SSOMF LOAN FUNDING, LLC
CITIGROUP PENSION PLAN
CO MOORE LP
COA CAERUS CLO LTD.
Collin Power Company LLC
COLUMBIA FUNDS VARIABLE SERIES TRUST II - VARIABLE PORTFOLIO - EATON VAN
Comanche Peak Nuclear Power Co. LLC
COMMINGLED PENSION TRUST FUND (FLOATING RATE INCOME) OF JPMORGAN CI
COMMINGLED PENSION TRUST FUND (HIGH YIELD) OF JPMORGAN CHASE BANK, N
COMMONFUND CREDIT OPPORTUNITIES COMPANY.
COMMUNITY INSURANCE COMPANY.
Computershare Trust Company of Canada
COMPUTERSHARE TRUST COMPANY, N.A.
COMPUTERSHARE TRUST COMPANY, N.A.

Computershare Trust Company, NA
CONNOLLY GALLAGHER,LLP
Consumer Program Administrators Inc
Continental Airlines, Inc. Pension Master Trust
CON-WAY RETIREMENT MASTER TRUST
COPPERHILL LOAN FUND I LLC
Cornerstone CLO, Ltd.
Cousins Chipman & Brown LLP
Credit Suisse
Credit Suisse
CREDIT SUISSE CAPITAL LLC dba BLT 14 LLC
Credit Suisse Floating Rate High Income Fund
CREDIT SUISSE FLOATING RATE TRUST
CREDIT SUISSE GROUP (UK) PENSION FUND
CREDIT SUISSE NOVA (LUX)
CREDIT VALUE MASTER FUND III, L.P.
CREDIT VALUE PARTNERS DISTRESSED DURATION MASTER FUND, LP
Cremens , Charles H.
CROSS AND SIMON LLC
CSC TRUST COMPANY OF DELAWARE
CSC TRUST COMPANY OF DELAWARE
CSC Trust Company of Delaware
CSS, LLC
CSS, LLC
CURIAN LONG SHORT CREDIT FUND
CURIAN/BLACKROCK GLOBAL LONG SHORT CREDIT FUND
CURIAN/PIMCO INCOME FUND
Curian-Pimco Credit Income Fund
CVP CASCADE CLO-2 LTD
Dallas Power & Light Company
Danske Bank
Danske Bank
DAVINCI REINSURANCE LTD
DDJ Capital Management, LLC
DeAngelis, Roberta A.
DeCordova II Power Company LLC
DeCordova Power Company LLC
DELOITTE AND TOUCHE, LLP
Deutsche Bank
Deutsche Bank
Deutsche Bank
Deutsche Bank
DEUTSCHE BANK AG LONDON BRANCH dba THL CREDIT WIND RIVER 2013-2 CLO LT
DEUTSCHE BANK AG LONDON BRANCH dba THL CREDIT WIND RIVER 2014-1 CLO LT
Deutsche Bank AG New York
DEUTSCHE BANK AG NEW YORK BRANCH
DEUTSCHE BANK AG, CAYMAN ISLANDS
Dore, Stacey H.
Dortch, Shakima L.
DOUBLE BLACK DIAMOND OFFSHORE LTD.

DOW RETIREMENT GROUP TRUST..
DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LP dba FORTRESS CREDIT OPPORTUN
DRYDEN 33 SENIOR LOAN FUND
DTE ENERGY COMPANY AFFILIATES EMPLOYEE BENEFIT PLANS MASTER TRUST
DUNHAM MONTHLY DISTRIBUTION FUND
DuPont Capital Management Corporation
Eagle Mountain Power Company LLC
EASTSPRING INVESTMENTS US BANK LOAN SPECIAL ASSET MOTHER INVESTMENT
Eaton Vance
EATON VANCE CIT FOR THE EMPLOYEE BENEFIT PLANS II - HIGH YIELD FUND
EATON VANCE CLO 2013-1 LTD
Eaton Vance Collective Investment Trust for EBP Plans-High Yield Fund
Eaton Vance Floating Rate Income Trust
EATON VANCE FLOATING-RATE INCOME PLUS FUND
EATON VANCE INSTITUTIONAL SENIOR LOAN FUND
EATON VANCE INTERNATIONAL (CAYMAN ISLANDS) FLOATING-RATE INCOME POR
EATON VANCE INTERNATIONAL (IRELAND) US HIGH YIELD BOND FUND
Eaton Vance Limited Duration Income Fund
Eaton Vance Senior Floating - Rate Trust
EATON VANCE SENIOR INCOME TRUST
Eaton Vance Short Duration Diversified Income Fund
Eaton Vance VT Floating-Rate Income Fund
Ebasco Services of Canada Limited
ECP CLO 2008-1 LTD
EEC Holdings, Inc.
EECI, Inc.
EFH Australia (No. 2) Holdings Company
EFH CG Holdings Company LP
EFH CG Management LLC
EFH CORPORATE SERVICES COMPANY
EFH Corporate Services Company
EFH Finance (No. 2) Holdings Company
EFH FS Holdings Company
EFH Properties Company
EFH Renewables Company LLC
EFH Vermont Insurance Company
EFIH Finance Inc.
Ellis Lake Capital, LLC
EMPLOYEES' RETIREMENT SYSTEM OF THE STATE OF RHODE ISLAND
EMPLOYEES' RETIREMENT SYSTEM OF THE STATE OF RHODE ISLAND.
Endurance
Energy Future Competitive Holdings Company LLC
Energy Future Holdings Corp.
Energy Future Holdings Corp.
Energy Future Intermediate Holding Company LLC
Energy Future Intermediate Holdings
Energy Insurance Mutual (EIM)
Ernst & Young LLP
ERNST AND YOUNG LLP
Euroclear Bank

European Mutual Association for Nuclear Insurance (EMANI)
Evercore Group
EVERCORE GROUP LLC
EXELON CORPORATION PENSION MASTER RETIREMENT TRUST..
Farrell, Catherine
Federal Insurance Co.
FEDERATED BANK LOAN CORE FUND
Federated Investors
FEDEX CORPORATION EMPLOYEES' PENSION TRUST
Ferguson, Thomas H.
FIDELITY ADVISOR SERIES 1:FIDELITY ADVISOR HIGH INCOME ADVANTAGE FUND
FIDELITY ADVISOR SERIES I: FIDELITY ADVISOR FLOATING RATE HIGH INCOME FUND
FIDELITY ADVISOR SERIES II: FIDELITY ADVISOR STRATEGIC INCOME FUND
Fidelity American high yield fund
Fidelity Canadian Asset Allocation Fund
Fidelity Canadian Balanced Fund
FIDELITY CENTRAL INVESTMENT PORTFOLIOS LLC: FIDELITY FLOATING RATE CENTR
FIDELITY FLOATING RATE HIGH INCOME FUND
FIDELITY FLOATING RATE HIGH INCOME INVESTMENT TRUST
Fidelity Funds SICAV / Fidelity Funds - US High Yield
Fidelity Investments
Fidelity Investments
Fidelity Puritan Trust: Fidelity Puritan Fund
FIDELITY SCHOOL STREET TRUST: FIDELITY STRATEGIC INCOME FUND
FIDELITY SUMMER STREET TRUST- FIDELITY SERIES FLOATING RATE HIGH INCOME F
FIDELITY SUMMER STREET TRUST: FIDELITY CAPITAL & INCOME FUND
Fifth Street Capital
FIFTH STREET STATION LLC
FILSINGER ENERGY PARTNERS
Filsinger Energy Partners
FIRST PRIORITY LIFE INSURANCE COMPANY
FIRSTENERGY SYSTEM MASTER RETIREMENT TRUST
FIRSTENERGY SYSTEM MASTER RETIREMENT TRUST.
FLAGSHIP VII LIMITED.
Flatiron CLO 2011-1 Ltd
FLATIRON CLO 2014-1 LTD.
FLATIRON CLO 2014-2 LTD
Fleshman, Betty R.
FM Global
FORTRESS CREDIT BSL LIMITED
FORTRESS CREDIT FUNDING VI LP / DRAWBRIDGE SPECIAL OPPORTUNITIES FUND L
FORUM FUNDS-ABSOLUTE STRATEGIES FUND
Fox, Timothy J., Jr.
Franklin
FRANKLIN ADVISORS, INC.
FRANKLIN CUSTODIAN FUNDS - FRANKLIN UTILITIES FUND
Fraser Sullivan CLO VII Ltd (formerly COA Tempus CLO Ltd)
FREESCALE SEMICONDUCTOR INC 401K RETIREMENT SAVINGS PLAN
FRIED FRANK HARRIS SHRIVER &
FS GLOBAL CREDIT OPPORTUNITIES FUND dba DAUPHIN FUNDING LLC

FTI Consulting
Fubon Asset Management Company, LTD
FUTURE DIRECTIONS CREDIT OPPORTUNITIES FUND
Gadson, Danielle
Generation Development Company LLC
Generation MT Company LLC
Generation SVC Company
GERDAU AMERISTEEL US INC
GIBSON DUNN & CRUTCHER LLP
GIC Special Investments Pte Ltd.
Giordano, Diane
GODFREY & KAHN S C
Golden Tree
Golden Tree
Goldman Sachs
GOLDMAN SACHS TRUST II-GOLDMAN SACHS MULTI-MANAGER ALTERNATIVES FU
Gooch, Cecily Small
Government of Singapore Investment Corp.
GREAT-WEST PUTNAM HIGH YIELD BOND FUND
Green, Christine
Greens Creek Funding Ltd.
Greenway Development Holding Co.
GREYHOUND LINES INC- AMALGAMATED TRANSIT UNION NATIONAL LOCAL 1700 F
Gross, Kevin
Grottini, Donna
GSO AIGUILLE DES GRANDS MONTETS FUND I LP
GSO AIGUILLE DES GRANDS MONTETS FUND II LP
GSO AIGUILLE DES GRANDS MONTETS FUND III LP
GSO SPECIAL SITUATIONS FUND LP
GSO Special Situations Overseas Master Fund Ltd
GUIDESTONE FUNDS GLOBAL BOND FUND
H.E.S.T. AUSTRALIA LTD
Hackman, Benjamin
HAND BENEFITS & TRUST COMPANY dba HAND COMPOSITE EMPLOYEE BENEFIT TI
Haney, Laura
HARTFORD MULTI-ASSET INCOME FUND
Hartford Total Return Bond HLS Fund
HBK MASTER FUND L.P.
HBOS Final Salary Pension Scheme
HCC
HCL America, Inc.
Heck, Jeffrey
HEWITT ENNISKNUPP, INC.
Hewlett-Packard Company Master Trust-Long Duration
HIGH INCOME OPPORTUNITIES PORTFOLIO
HIMCO
HMO OF NORTHEASTERN PENNSYLVANIA, INC.
Holt Texas LTD, d/b/a Holt Cat
Horton, Anthony R.
HOSPITAL SERVICE ASSOCIATION OF NORTHEASTERN PENNSYLVANIA

HOSPITAL SISTERS HEALTH SYSTEM
Hotchkis and Wiley Capital Management, LLC
Howard, Carla A.
HP US HIGH YIELD Z.H. INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH
HSBC SECURITIES USA INC
Humphreys & Glasgow Limited
Hunt, Nancy
IBM 401(K) PLUS PLAN TRUST
IBM Personal Pension Plan Trust
IBM Personal Pension Plan Trust.
ICE 3: GLOBAL CREDIT CLO LIMITED
ICE GlobalCredit CLO Limited
IG Putnam U.S. High Yield Income Fund
IHC HEALTH SERVICES INC.
IHC PENSION PLAN DIRECTED TRUST
Illinois Tool Works, Inc. Master Trust
INDUSTRIENS PENSION PORTFOLIO F.M.B.A INVESTMENT GRADE OBLIGATIONER I
INDUSTRIENS PENSION PORTFOLIO F.M.B.A., HIGH YIELD OBLIGATIONER III
ING (L) Flex - Senior Loans
ING CAPITAL LLC
ING Investment Management CLO II, Ltd.
ING Investments
Inova Health System Foundation Defined Benefit Plan Master Trust
Insight Global Funds II Plc in respect of the Insight Total Return Bond Fund
Insight Global Funds II Plc, in respect of the Insight Short-Dated High Yield Bond Fu
INSIGHT LDI SOLUTIONS PLUS PLC, in respect of the Insight Loan Fund
INTEL CORPORATION RETIREMENT PLANS MASTER TRUST
Intermarket Corporation
Internal Revenue Service
International Union, UAW - Master Pension Trust
INTERNATIONAL UNION, UAW - STRIKE TRUST
INTRALINKS INC
Invesco
INVESCO SENIOR INCOME TRUST
INVESCO SENIOR LOAN FUND
INVESCO ZODIAC FUNDS - INVESCO US SENIOR LOAN FUND
INVESTORS CANADIAN HIGH YIELD INCOME FUND
Ironshore Insurance Ltd./Ironshore Inc.
J.C. PENNEY CORPORATION INC. PENSION PLAN TRUST
JAGUAR LAND ROVER PENSION TRUSTEES LIMITED AS TRUSTEE OF THE JAGUAR PE
JAGUAR LAND ROVER PENSION TRUSTEES LIMITED AS TRUSTEE OF THE LAND ROVI
James Mintz Group Inc.
JMP CREDIT CORPORATION dba JMP CREDIT ADVISORS CLO I LTD.
JNL/PPM America Floating Rate Income Fund
JNL/PPM America High Yield Bond Fund
JNL/PPM AMERICA STRATEGIC INCOME FUND
John hancock fund II floating rate income fund
JOHN HANCOCK PENSION PLAN
JOHN HANCOCK VARIABLE INSURANCE TRUST HIGH YIELD TRUST
JOHN HANCOCK VARIABLE INSURANCE TRUST TOTAL RETURN TRUST.

Johnson, Lora
JP Morgan
JP Morgan
JP MORGAN WHITEFRIARS INC.
JPMORGAN CHASE
JPMORGAN CHASE
JPMORGAN CHASE BANK NA
JPMORGAN CHASE BANK, N.A. AS TRUSTEE OF THE JPMORGAN CHASE RETIREMEN
JPMORGAN CHASE RETIREMENT PLAN / JPMORGAN CHASE RETIREMENT PLAN BRI
JPMORGAN CORE PLUS BOND FUND
JPMorgan Floating Rate Income Fund
JPMORGAN GLOBAL ALLOCATION FUND
JPMORGAN GLOBAL BOND OPPORTUNITIES FUND
JPMORGAN HIGH YIELD FUND
JPMorgan Income Builder Fund
JPMorgan Leveraged Loans Master Fund LP
JPMORGAN SENIOR SECURED LOAN FUND LIMITED
JPMORGAN SHORT DURATION HIGH YIELD FUND
JPMORGAN SPECIALIST INVESTMENT FUNDS dba JPMORGAN MULTI SECTOR CRED
JPMorgan Strategic Income Opportunities Fund
JPMorgan Tax Aware High Income Fund
KAISER FOUNDATION HOSPITALS....
KAISER PERMANENTE GROUP TRUST....
Keglivic, Paul M.
Kenney, Mark
Kentucky Retirement Systems Shenkman - Insurance Fund Account
Kentucky Retirement Systems Shenkman - Pension Account
KERN COUNTY EMPLOYEES' RETIREMENT ASSOCIATION.
KEVIN B AND ANNE MARIE ROTH RE
KEVIN B ROTH
KIL LOAN FUNDING LLC.
KINGSLAND VII
KIRKLAND & ELLIS LLP
KKR Capital Markets
KP FIXED INCOME FUND
KRAMER LEVIN NAFTALIS & FRANKEL
Kramer Levin Naftalis & Frankel
KS INTERNATIONAL MASTER LTD.
KS Management
KVK CLO 2012-1 LTD.
L-3 COMMUNICATIONS CORPORATION MASTER TRUST
Laborers' District Council & Contractors' Pension Fund of Ohio
Lake Creek 3 Power Company LLC
LAKEWATER TOTAL RETURN OPPORTUNITY FUND, LP
LANCASHIRE INSURANCE COMPANY LIMITED
Law Debenture Trust Company of New York
Lazard
Leamy, Jane
LEGG MASON FUNDS ICVC - LEGG MASON GLOBAL MULTI STRATEGY BOND FUND
LEGG MASON PARTNERS VARIABLE GLOBAL HIGH YIELD BOND PORTFOLIO

LEGG MASON PARTNERS VARIABLE INCOME TRUST - LEGG MASON WESTERN ASSE
LEGG MASON WESTERN ASSET DIVERSIFIED STRATEGIC INCOME FUND
LEGG MASON WESTERN ASSET GLOBAL MULTI SECTOR BOND TRUST
LEGG MASON WESTERN ASSET GLOBAL MULTI STRATEGY FUND
LEGG MASON WESTERN ASSET SENIOR LOANS FUND
LEGG MASON WESTERN ASSET US HIGH YIELD FUND
Lehman
LGT Multi Manager Bond High Yield
Liaw, Jeffrey
Liberty Mutual/Safeco
Lloyds Bank Pension Scheme No.1.
Lloyds Bank Pension Scheme No.2.
LMP Corporate Loan Fund Inc.
LOCKHEED MARTIN CORPORATION MASTER RETIREMENT TRUST..
LOEB ARBITRAGE OFFSHORE PARTNERS, LTD.
LOEB KING ALTERNATIVE STRATEGIES FUND
Logan Circle
Lone Star Energy Company, Inc.
Lone Star Pipeline Company, Inc.
Loomis, Sayles & Company
Loomis, Sayles & Company
LORD ABBETT BANK LOAN TRUST
LORD ABBETT INVESTMENT TRUST- LORD ABBETT FLOATING RATE FUND
Lord, Abbett & Co.
Lord, Abbett & Co.
LOS ANGELES COUNTY EMPLOYEES RETIREMENT ASSOCIATION.
LOUISIANA STATE EMPLOYEES' RETIREMENT  SYSTEM
Louisiana State Employees' Retirement System
LSGT Gas Company LLC
LSGT SACROC, Inc.
LUCUMA FUNDING ULC
Luminant Big Brown Mining Company LLC
Luminant Energy Company LLC
Luminant Energy Trading California Company
Luminant ET Services Company
Luminant Generation Company LLC
Luminant Holding Company LLC
Luminant Mineral Development Company LLC
Luminant Mining Company LLC
Luminant Renewables Company LLC
LVIP-J.P. MORGAN HIGH YIELD FUND
Mackay Shields
MACKENZIE NORTH AMERICAN CORPORATE BOND FUND
Madison Park Funding IV, Ltd.
Madison Park Funding V, Ltd.
Madison Park Funding VI, Ltd
MADISON PARK FUNDING VII, LTD
MAG MUTUAL INSURANCE COMAPNY
Magnetar Financial, LLC
MAGNETITE IX LIMITED

MAGNETITE VI, LIMITED
MAGNETITE VII, LIMITED
MAGNETITE VIII, LIMITED
MAGNETITE XI LIMITED
MainStay Floating Rate Fund, a series of MainStay Funds Trust.
MAINSTAY VP FLOATING RATE PORTFOLIO, A SERIES OF MAINSTAY VP FUNDS TRUS
Manulife Asset Management
MAREA CLO, LTD.
MARKS AND SPENCER PENSION SCHEME
Martin Lake 4 Power Company LLC
Marvel, Ivone
MASSMUTUAL SELECT STRATEGIC BOND FUND
Medical Liability Mutual Insurance Company
Menard Inc
MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.
MET Investors Series Trust - BlackRock High Yield Portfolio (MIST-HY)
Met Investors Series Trust - Met/Eaton Vance Floating Rate Portfolio
MetLife Investment Advisors Company, LLC
Metropolitan Employee Benefit System
METROPOLITAN LIFE INSURANCE COMPANY
METROPOLITAN LIFE INSURANCE COMPANY OF CONNECTICUT
METROPOLITAN SERIES FUND WMC BALANCED PORTFOLIO
METROPOLITAN TOWER LIFE INSURANCE COMPANY
MFS Investment Management
MICHELIN NORTH AMERICA INC MASTER RETIREMENT TRUST
Mill Creek CLO Ltd
MISSOURI EDUCATION PENSION TRUST
MISSOURI EDUCATION PENSION TRUST.
Moldovan, Kristopher E.
Monitor
Montgomery County Employee's Retirement System
Montgomery Street Income Securities, Inc.
Monticello 4 Power Company LLC
MOODY'S INVESTORS SERVICE
Morgan Creek 7 Power Company LLC
Morgan Stanley
Morgan Stanley
MORGAN STANLEY SENIOR FUNDING, INC.
Morrison & Foerster LLP
MOUNTAIN HAWK I CLO, LTD.
Mountain View CLO 2014-1 Ltd
Mountain View CLO II Ltd
Mountain View CLO III Ltd
Mountain View Funding CLO 2006-1, Ltd.
MTGLQ INVESTORS, L.P.  dba GOLDMAN SACHS LENDING PARTNERS LLC
MULTIMIX WHOLESALE DIVERSIFIED FIXED INTEREST TRUST
Murray, Tony
Muzinich & Company, Inc.
NATIONAL ELECTRICAL BENEFIT FUND
NATIONAL RAILROAD RETIREMENT INVESTMENT TRUST.

Navigators
NB Global Floating Rate Income Fund Limited
NCA Development Company LLC
NCA Resources Development Company LLC
NCRAM Loan Trust
Nestle in the USA Pension Trust
Neuberger Berman - Floating Rate Income Fund
NEUBERGER BERMAN ALTERNATIVE FUNDS - NEUBERGER BERMAN ABSOLUTE RET
NEUBERGER BERMAN CLO XII, LTD.
NEUBERGER BERMAN CLO XIII, LTD.
NEUBERGER BERMAN CLO XIV, LTD.
NEUBERGER BERMAN CLO XV, LTD.
NEUBERGER BERMAN CLO XVI LTD
NEUBERGER BERMAN CLO XVII LTD
NEUBERGER BERMAN INVESTMENT FUNDS II PLC
NEUBERGER BERMAN INVESTMENT FUNDS PLC.
NEUBERGER BERMAN SENIOR FLOATING RATE INCOME FUND LLC
Neuberger Berman Strategic Income Fund
NEW MEXICO STATE INVESTMENT COUNCIL.
NEWMARK CAPITAL FUNDING 2014-2 CLO LTD
NOMAD CLO, LTD
Nomura
Nomura
NOMURA HOLDING AMERICA INC. - NOMURA CORPORATE FUNDING AMERICAS, LI
NOMURA MULTI MANAGERS FUND -GLOBAL BOND
NOMURA PARTNERS FUNDS, INC. HIGH YIELD FUND
NOMURA US ATTRACTIVE YIELD CORPORATE BOND FUND MOTHER FUND
NORTH CAROLINA BAPTIST HOSPITAL
NORTH SHORE - LONG ISLAND JEWISH HEALTH SYSTEM, INC
Nuclear Electric Insurance Ltd. (NEIL)
Nuclear Energy Future Holdings II LLC
Nuclear Energy Future Holdings LLC
Nuclear Energy Liability Insurance Association (NELIA)
Nutt, Terry
Nuveen Asset Management, LLC
Nuveen Asset Management, LLC
NUVEEN SYMPHONY FLOATING RATE INCOME FUND
O'Malley, James R.
Oak Grove Management Company LLC
Oak Grove Mining Company LLC
Oak Grove Power Company LLC
OAKTREE ENHANCED INCOME FUND LP dba OAKTREE ENHANCED INCOME FUNDI
OAKTREE ENHANCED INCOME FUND LP dba OAKTREE ENHANCED INCOME FUNDI
OAKTREE ENHANCED INCOME FUNDING SERIES I LTD / OAKTREE ENHANCED INCO
Oaktree Senior Loan Fund L.P.
OCA BRIGADE CREDIT FUND II LLC
Ocean Trails CLO II
OCP CLO 2012-1, LTD.
OCP CLO 2012-2, LTD.
OCP CLO 2013-4, LTD.

OCP CLO 2014-6 LTD
OCP Partners LP.
Oil Casualty Insurance Ltd. (OCIL)
Omega Advisors
OMERS Administration Corp.
Oncor Communications Holdings Company LLC
Oncor Electric Delivery Administration Corporation
Oncor Electric Delivery Company LLC
Oncor Electric Delivery Holdings Company LLC
Oncor Electric Delivery Transition Bond Company LLC
Oncor License Holdings Complany LLC
Oncor Management Investment LLC
Onex Credit Partners
Onex Senior Floating Income Fund, LP
Oppenheimer
Oppenheimer Master Loan Fund, LLC
OPPENHEIMER SENIOR FLOATING RATE FUND
OPPENHEIMER SENIOR FLOATING RATE PLUS FUND
OZLM FUNDING II, LTD.
OZLM FUNDING III, LTD
OZLM FUNDING IV, LTD.
OZLM FUNDING V LTD
OZLM FUNDING, LTD.
OZLM VI LTD
OZLM VII LTD
OZLM VIII LTD
Pacholder High Yield Fund
Pacific Life Funds - PL Floating Rate Loan Fd
Pacific Life Insurance
Pacific Select Fund - Diversified Bond Portfolio
Pacific Select Fund - Floating Rate Loan Portfolio
Panacio, Michael
Patton, Tiiara
PCM FUND INC
PENSION BENEFIT GUARANTY CORPORATION
Pension Benefit Guaranty Corporation
PENSION BENEFIT GUARANTY CORPORATION....
PENSION PROTECTION FUND
PERELLA WEINBERG PARTNERS LP
Perella Weinberg Partners LP
PERMAL CANYON FUND LTD
PERMANENS CAPITAL FLOATING RATE FUND LP
Phoenix
PIMCO
PIMCO ABSOLUTE RETURN STRATEGY 3D OFFSHORE FUND LTD
PIMCO BERMUDA TRUST II: PIMCO BERMUDA BANK LOAN FUND (M)
PIMCO BERMUDA TRUST II-PIMCO BERMUDA INCOME FUND (M)
PIMCO Cayman Trust - PIMCO Cayman Bank Loan Fund
PIMCO Cayman Trust: PIMCO Cayman Global Credit Alpha Fund
PIMCO DYNAMIC CREDIT INCOME FUND

PIMCO Dynamic Income Fund
PIMCO Equity Series: PIMCO Balanced Income Fund
PIMCO Equity Series: PIMCO Dividend and Income Builder Fund
PIMCO ETF TRUST: PIMCO DIVERSIFIED INCOME EXCHANGE-TRADED FUND
PIMCO Floating Income Fund
PIMCO FUNDS :PIMCO INTERNATIONAL STOCKSPLUS AR STRATEGY FUND (UNHED(
PIMCO FUNDS GLOBAL INVESTORS SERIES PLC: CREDIT ABSOLUTE RETURN FUND
PIMCO FUNDS GLOBAL INVESTORS SERIES PLC: GLOBAL INVESTMENT GRADE CRED
PIMCO FUNDS GLOBAL INVESTORS SERIES PLC: INCOME FUND
PIMCO FUNDS GLOBAL INVESTORS SERIES PLC: PIMCO DIVIDEND AND INCOME BU
PIMCO FUNDS GLOBAL INVESTORS SERIES PLC: TOTAL RETURN BOND
PIMCO FUNDS IRELAND PLC: PIMCO SENIOR LOAN FUND
PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC STRATEGIC INCOME FUND
PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC: LOW DURATION GLOBAL INVESTM
PIMCO FUNDS: PIMCO COMMODITIESPLUS STRATEGY FUND
PIMCO FUNDS: Pimco Diversified Income Fund
PIMCO FUNDS: PIMCO INCOME FUND
PIMCO FUNDS: PIMCO INTL LOW VOLATILITY RAFI®-PLUS AR FUND
PIMCO FUNDS: PIMCO Senior Floating Rate Fund
PIMCO FUNDS: PRIVATE ACCOUNT PORTFOLIO SERIES LONG DURATION CORPORA'
PIMCO FUNDS: PRIVATE ACCOUNT PORTFOLIO SERIES: PIMCO SENIOR FLOATING R
PIMCO FUNDS:PIMCO STOCKSPLUS AR SHORT STRATEGY FUND
PIMCO GLOBAL INCOME OPPORTUNITIES FUND
PIMCO Global StocksPLUS & Income Fund
PIMCO Income Opportunity Fund
PIMCO Investment Grade Corporate Bond Fund
PIMCO LOAN INTERESTS AND CREDIT MASTER FUND LTD
PIMCO Long-Term Credit Fund
PIMCO Monthly Income Fund (Canada)
PIMCO Strategic Global Government Fund, Inc
PIMCO UNCONSTRAINED BOND COLLECTIVE TRUST
PIMCO WORLDWIDE FUNDAMENTAL ADVANTAGE TR STRATEGY FUND
Pine River Capital Management
PINEBRIDGE SARL
PINEHURST TRADING INC dba BIRCHWOOD FUNDING LLC
PINNACOL ASSURANCE.
Pioneer Investment Management
Polsinelli PC
Pontarelli, Kenneth
POTTER ANDERSON CORROON LLP
PowerShares Senior Loan Portfolio
PPM America
PRAMERICA LOAN OPPORTUNITIES LIMITED
PRESIDENT AND FELLOWS OF HARVARD COLLEGE.
Principal Financial
Principal Funds, Inc. - High Yield Fund I
PRIVATE ACCOUNT PORTFOLIO SERIES: HIGH YIELD PORTFOLIO.
PROFESSIONALS' GLOBAL FIXED INCOME FUND
ProFund Advisors, LLC
Prudential

Prudential
Prudential Bank Loan Fund of the Prudential Trust Company Collective Trust
Prudential Investment Portfolios, Inc. 14-Prudential Floating Rate Income Fund
PSAM
Putnam
PUTNAM DIVERSIFIED INCOME TRUST
PUTNAM DIVERSIFIED INCOME TRUST (CAYMAN) MASTER FUND
Putnam Floating Rate Income Fund
PUTNAM HIGH YIELD ADVANTAGE FUND
PUTNAM HIGH YIELD TRUST
PUTNAM MASTER INTERMEDIATE INCOME TRUST
PUTNAM PREMIER INCOME TRUST
PUTNAM VARIABLE TRUST - PUTNAM VT DIVERSIFIED INCOME FUND
PUTNAM VARIABLE TRUST - PVT HIGH YIELD FUND - PUTNAM INVESTMENTS
Pyramis Floating Rate High Income Commingled Pool
PYRAMIS LEVERAGED LOAN LP
QPB HOLDINGS LTD
QUALCOMM GLOBAL TRADING PTE. LTD
RACE POINT V INVESTOR L.P. - RACE POINT V CLO, LIMITED
RACE POINT VI CLO, LIMITED / SANKATY CREDIT OPPORTUNITIES III, L.P.
RACE POINT VII CLO, LIMITED
RACE POINT VIII CLO, LIMITED
Rampart CLO 2007 Ltd.
RBC
RBS
Redwood Capital Management, LLC
REGENCE BLUECROSS BLUESHIELD OF OREGON
REGENCE BLUECROSS BLUESHIELD OF UTAH
REGENCE BLUESHIELD
REGENCE BLUESHIELD OF IDAHO
Regiment Capital
REGIONS BANK
REMUDA CAPITAL MANAGEMENT LTD
Renaissance Reinsurance Ltd.
Richards Group
RICHARDS LAYTON & FINGER PA
Rio Tinto America master Retirement Trust
RIVERNORTH/OAKTREE HIGH INCOME FUND
RiverPark Short Term HIgh Yield Fund
RLI
ROBERT J TANNOR
ROPES & GRAY LLP
Ropes & Gray LLP
ROTH LIVING TRUST
RSUI (CRC)
RUSH UNIVERSITY MEDICAL CENTER MASTER RETIREMENT TRUST
RUSSELL INVESTMENT COMPANY RUSSELL MULTI-STRATEGY ALTERNATIVE FUND
RW Beck Group Inc.
SAFETY INSURANCE COMPANY
SAFETY NATIONAL CASUALTY CORPORATION

SAIC ENERGY, ENVIRONMENT & INFRASTRUCTURE,LLC
Salient Advisors
Salient Advisors
Sandow Power Company LLC
Sarkessian, Juliet
Saturn CLO Ltd
SC CREDIT OPPORTUNITIES MANDATE LLC
Scaruzzi, Sherry
Schepacarter, Richard
SCOR GLOBAL LIFE AMERICAS REINSURANCE COMPANY
Scor Reinsurance Company
SCOTIA CAPITAL
Scottish Widows Investment Partnership, LTD
SEI Institutional Managed Trust's Core Fixed Income
Seix Advisors
SENIOR SECURED LOAN FUND A SERIES TRUST OF JPMORGAN TRUST 2
SENTRY INSURANCE A MUTUAL COMPANY
Shannon, Brendan L.
SHEARMAN & STERLING
SHELL PENSION TRUST dba SHELL OIL COMPANY
SHELL PENSION TRUST..
SIDLEY AUSTIN LLP
Silverado CLO 2006-II Limited
SLATER MILL LOAN FUND, LP
Solus Alternative Asset Management, L.P.
SOLUS SENIOR HIGH INCOME FUND LP
Sontchi, Christopher S.
SOUND POINT CLO VI LTD
SOUND POINT MONTAUK FUND L.P
SOUTH FERRY CAPITAL MASTER FUND LTD.
SOUTHERN CALIFORNIA EDISON COMPANY RETIREMENT PLAN TRUST.
SOUTHERN UTE INDIAN TRIBE
Southwestern Electric Service Company, Inc.
SPCP GROUP III LLC dba GROUP III OPPORTUNITIES LLC
ST. JOSEPH HEALTH SYSTEM
ST.LUKE'S HEALTH SYSTEM CORPORATION dba ST.LUKE'S HEALTH SYSTEM RETIREM
STANDARD & POOR'S
Standard Life Investments
Starr Aviation
Starr Cos.
Starr Surplus Lines Insurance Co.
State of Delaware
STATE OF OHIO BUREAU OF WORKERS COMPENSATION
State of Texas
State Street Global Advisors
Stichting Bedrijfspensioenfonds voor de Agrarische en Voedselvoorzieningshandel
STICHTING BEDRIJFSTAKPENSIOENFONDS VOOR HET BEROEPSVERVOER OVER DE V
STICHTING BEWAARDER SYNTRUS ACHMEA GLOBAL HIGH YIELD POOL..
Stichting Pensioenfonds DSM Nederland
STICHTING PENSIOENFONDS HOOGOVENS.

STICHTING PENSIOENFONDS TNO
Stichting Pensioenfonds voor Fysiotherapeuten
Stone Tower CLO VII Ltd.
Strategic Income Management, LLC
SUNAMERICA SENIOR FLOATING RATE FUND, INC..
SUNTRUST BANK dba BRONCO TRADING LLC
Susquehanna Capital Group
Symphony CLO II, LTD
Symphony CLO III, Ltd
Symphony CLO IV, Ltd.
Symphony CLO VII, LTD
SYMPHONY CLO XIV LTD
Szlauderbach, Stanley J.
Szymanski, Cheryl
T ROWE PRICE FLOATING RATE MULTI-SECTOR ACCOUNT PORTFOLIO
T. Rowe Price Floating Rate Fund, Inc.
T. Rowe Price Institutional Floating Rate Fund
Talamod Asset Management, LLC
TCEH Finance, Inc.
TEACHERS' RETIREMENT SYSTEM OF THE STATE OF KENTUCKY
Tewksbury Investment Fund Ltd./LLT Limited
TEXAS ABSOLUTE CREDIT OPPORTUNITIES STRATEGY LP
Texas Competitive Electric Holdings Company LLC
Texas Electric Service Company, Inc.
TEXAS ENERGY FUTURE HOLDINGS LP
Texas Power & Light Company, Inc.
TEXAS PREPAID HIGHER EDUCATION TUITION BOARD
Texas Transmission Investment LLC
Texas Utilities Company, Inc.
Texas Utilities Electric Company, Inc.
The Bank of New York Mellon
The Bank of New York Mellon
THE BARCLAYS BANK UK RETIREMENT FUND.
THE BOSTON CONSULTING GROUP (IRELAND) LTD
THE CAMPBELL PENSION PLANS MASTER RETIREMENT TRUST
The Canyon Value Realization Master Fund LP
THE CITY OF NEW YORK GROUP TRUST..
THE CITY OF NEW YORK GROUP TRUST....
THE COCA-COLA COMPANY dba THE COCA-COLA COMPANY MASTER RETIREMENT
THE HARTFORD FLOATING RATE FUND
The Hartford Strategic Income Fund
The Hartford Total Return Bond Fund
THE HILLSHIRE BRANDS COMPANY MASTER INVESTMENT TRUST FOR DEFINED BEN
THE MASTER TRUST BANK OF JAPAN LTD dba NOMURA BOND AND LOAN FUND
The Master Trust Bank of Japan, LTD
THE OPEC FUND FOR INTERNATIONAL DEVELOPMENT (OFID)
THE PENSION PLAN OF NORTH CAROLINA BAPTIST HOSPITAL TRUST
THE PENSION PLAN OF THE UNITED CHURCH OF CANADA
THE REGENCE GROUP RETIREMENT PLAN TRUST
The Regents of the University of California

THE REGENTS OF THE UNIVERSITY OF CALIFORNIA - #EB6J
THE UNIVERSITY OF CHICAGO.
THE WALT DISNEY CO. MASTER RETIREMENT PLAN
Third Avenue
Third Avenue
THL CREDIT WIND RIVER 2013-1 CLO LTD.
THL CREDIT WIND RIVER 2014-2 CLO LTD
Thrivent Asset Management, LLC
TICP CLO II LTD
Tinker, T. Patrick
TOM & PHILLIP ST JOHNS LLC
Torus
Tradinghouse 3 & 4 Power Company LLC
Tradinghouse Power Company LLC
TRALEE CLO III LTD
TRINITAS CLO I LTD
TXU Eastern Finance (A) Ltd.
TXU Eastern Finance (B) Ltd.
TXU Eastern Funding Co.
TXU Electric Company, Inc.
TXU Electric Delivery Company
TXU Energy Receivables Company
TXU Energy Retail Company LLC
TXU Energy Solutions Company LLC
TXU Europe CP Inc.
TXU Europe Ltd.
TXU Finance (No. 2) Ltd.
TXU Receivables Company
TXU Retail Services Company
TXU SEM Company
UBS
UBS
UBS Securities LLC
UMB Bank NA
UMB BANK, N.A.
UMB BANK, N.A.
UMB BANK, N.A.
UMC BENEFIT BOARD, INC.
UNDERWRITERS AT LLOYD'S, LONDON dba CATLIN UNDERWRITING AGENCIES LTD
UNIPENSION INVEST F.M.B.A.-HIGH YIELD OBLIGATIONER V
UNITED STATES TRUSTEE PAYMENT CENTER
UNIVERSITY OF MISSOURI
USG CORPORATION RETIREMENT PLAN TRUST
Valley NG Power Company LLC
Valley Power Company LLC.
Van Eck Associates Corporation
Vanguard
Vanguard High-Yield Corporate Fund
Vanguard Variable Insurance Fund - High Yield Bond Portfolio
VARIABLE INSURANCE PRODUCTS FUND V:STRATEGIC INCOME PORTFOLIO

VARIABLE INSURANCE PRODUCTS FUND: FLOATING RATE HIGH INCOME PORTFOLI
Venture VIII CDO, Limited
VENTURE XVIII CLO LIMITED
Vinson, Ramona
VIRGINIA COLLEGE SAVINGS PLAN
VIRTUS ALTERNATIVE INCOME SOLUTION FUND
VIRTUS ALTERNATIVE INFLATION SOLUTION FUND
VIRTUS ALTERNATIVE TOTAL SOLUTION FUND
VOYA CLO IV, Ltd.
VOYA CLO V LTD
VOYA FLOATING RATE FUND
Voya Investment Trust Co. Plan for Common Trust Funds - Voya Senior Loan Comm
Voya Investment Trust Co. Plan for Employee Benefit Investment Funds - Voya Sen
VOYA PRIME RATE TRUST
VOYA SENIOR INCOME FUND
Walker, Jeffrey J.
Walker, Jill
Walnut Street Associates
Walnut Street Associates
Walrath, Mary F.
Walsh, Peter J.
Water Island Capital, LLC
Waterstone Capital Management, L.P.
WCM ALTERNATIVES: EVENT-DRIVEN FUND
WELLINGTON MANAGEMENT PORTFOLIOS (LUXEMBOURG) IV SICAV - FIS - MULTI-
WELLINGTON TRUST COMPANY NA MULTIPLE COLLECTIVE INVESTMENT FUNDS TR
WELLINGTON TRUST COMPANY, NA MULTIPLE COLLECTIVE INVESTMENT FUNDS TI
WELLINGTON TRUST COMPANY, NA MULTIPLE COMMON TRUST FUNDS TRUST-OP
WELLPOINT INC.
Wellpoint. Inc.
Wells Capital Management
Werkheiser, Rachel
West, Michael
WESTERN ASSET BANK LOAN (MULTI-CURRENCY) MASTER FUND
Western Asset Floating Rate High Income Fund, LLC
Western Asset Funds, Inc. - Western Asset Core Plus Bond Portfolio
WESTERN ASSET FUNDS, INC. - WESTERN ASSET TOTAL RETURN UNCONSTRAINED
WESTERN ASSET GLOBAL CORPORATE DEFINED OPPORTUNITY FUND INC
Western Asset Global High Income Fund Inc.
WESTERN ASSET GLOBAL HIGH YIELD BOND FUND
WESTERN ASSET GLOBAL PARTNERS INCOME FUND INC.
WESTERN ASSET GLOBAL STRATEGIC INCOME FUND
WESTERN ASSET HIGH INCOME FUND II INC.
Western Asset High Income Opportunity Fund, Inc. (HIO)
WESTERN ASSET HIGH YIELD DEFINED OPPORTUNITY FUND INC.
Western Asset Managed High Income Portfolio Inc.
Western Asset Management Company
WESTERN ASSET MANAGEMENT STRATEGIC BOND OPPORTUNITIES PORTFOLIO
Western Asset Premier Bond Fund
WESTERN ASSET SHORT DURATION HIGH INCOME FUND

WESTERN ASSET SHORT-DATED HIGH YIELD MASTER FUND, LTD.
Western Asset Strategic US$ High Yield Portfolio. LLC
WESTERN ASSET U.S. BANK LOAN (OFFSHORE) FUND
WHITEHORSE VI, LTD.
WHITEHORSE VIII LTD
Williams Capital Group
WINCHESTER GLOBAL TRUST COMPANY LIMITED AS TRUSTEE OF WCM MASTER TR
WM Pool - Fixed Interest Trust No. 7
WM Pool High Yield Fixed Interest Trust
Wynn, Dion
XEROX CORPORATION RETIREMENT AND SAVINGS PLAN
XL Insurance (Bermuda) Ltd.
York Capital
York Capital
Young, John F.
Youngblood, Kneeland
Ziff Brothers Investments, LLC
ZOLFO COOPER LLC

## Schedule 2
### [Connections Disclosures]

| | |
|---|---|
| ACE | ACE and/or affiliates provided D&O insurance to a client for whom Goldin provided interim management services. |
| AIG | AIG and/or affiliates provide insurance to Goldin Associates, LLC. |
| Akin Gump Strauss Hauer & Feld LLP | Akin has been counsel to Goldin clients in unrelated matters and to other parties, including parties potentially adverse to clients of Goldin, in unrelated matters. Goldin is working with Akin in an unrelated matter. Akin represents a party adverse to a client of Goldin in an unrelated matter. |
| Babson Capital | Babson and/or affiliates acquired the investment fund formerly owned by a Goldin MD. |
| Bank of America | Bank of America is adverse to clients of Goldin in unrelated matters; is or was part of a group of institutions whose counsel retained Goldin to provide litigation support in an unrelated matter; is a lender and banking services provider to clients of Goldin's in unrelated matters; and was represented in an unrelated matter by an employee of Goldin, as counsel, when he worked for another firm. |
| Barclays | Barclays was adverse to a client of Goldin's in an unrelated matter. Barclays was the post-petition lender in an unrelated matter where Goldin represented a creditor. |
| Bingham McCutchen LLP | Bingham was a client of Goldin's in an unrelated matter. |
| Black Diamond | Black Diamond and/or affiliates is a client of Goldin in an unrelated matter. |
| Blackrock | Blackrock and/or affiliates was a party in interest in an unrelated bankruptcy matter, where Goldin represented a party with potentially adverse interests. Blackrock provided investment management services to a former interim management client of Goldin. |
| BNY Mellon | BNY Mellon and/or affiliates was a client of Goldin in an unrelated matter. BNY Mellon and/or affiliates was adverse to clients of Goldin in an unrelated matter. |
| Citibank | Goldin Associates, its affiliates and certain of its professionals maintain banking and credit relationships with Citi and/or affiliates. Citi and/or affiliates has played roles in unrelated restructuring matters in which Goldin has been involved, including being a lender to clients of Goldin in unrelated matters. |
| City of New York | Goldin's founder was once an official of New York City and was a trustee of the City's pension funds. A current employee of Goldin sits on a City board. |
| Credit Suisse | Credit Suisse and/or affiliates has been a client of Goldin in unrelated matters. A Goldin client was adverse to Credit Suisse and/or affiliates |

| | in an unrelated matter. |
|---|---|
| Deutsche Bank | Deutsche Bank and/or affiliates is and has been a client of Goldin in unrelated matters. |
| Ernst & Young LLP | Ernst & Young and/or affiliates is liquidator for affiliates of a client of Goldin.  Ernst & Young and/or affiliates is a tax advisor to a client of Goldin's and represented a party adverse to a client of Goldin's in an unrelated matter. |
| Fidelity Investments | Fidelity and/or affiliates administers Goldin's employee 401(k) plan. |
| Internal Revenue Service | The IRS was an objecting party in an unrelated bankruptcy in which Goldin's client is the debtor. |
| JP Morgan Chase | JP Morgan Chase and/or affiliates has been a client of Goldin's and adverse to clients of Goldin's in unrelated matters.  Goldin is a banking client of JP Morgan Chase and/or affiliates. |
| Kirkland & Ellis LLP | Goldin has represented clients adverse to those of Kirkland in unrelated matters. |
| Kramer Levin Naftalis & Frankel | Goldin has worked with Kramer Levin in unrelated matters. |
| Lehman | A Goldin MD is on the Board of Lehman and/or affiliates and coordinates its litigation matters. Goldin represented the trustee for Lehman and/or affiliates in unrelated matters. |
| Magnetar Financial LLC | Magnetar and/or affiliates has been a client of Goldin in unrelated matters. |
| Morrison & Foerster | MoFo represented the Unsecured Creditors Committee in an unrelated matter in which Goldin represented the debtor. |
| Oaktree | Oaktree and/or affiliates invested in a client of Goldin in an unrelated matter. |
| Pension Benefit Guarantee Corporation | The PBGC has been a creditor in bankruptcy matters in which Goldin advised parties in interest. |
| PIMCO | A Goldin MD served on the board of directors of a PIMCO affiliated fund. |
| Qualcomm | Qualcomm is a client of Goldin in an unrelated matter. |
| RBC | RBC and/or affiliates has been a client of Goldin in unrelated matters. |
| RBS | RBS and/or affiliates has been a client of Goldin in unrelated matters. |
| Shearman & Sterling | Goldin has advised clients of Shearman in unrelated matters. |
| UBS | UBS and/or affiliates is a client of Goldin in an unrelated matter. |
| Vanguard | Goldin principals maintain accounts with Vanguard and/or affiliates. |
| Wellington Management | The child of a Goldin principal works at Wellington Management and/or affiliates. |
| Wells Fargo | Wells Fargo and/or affiliates has played roles in unrelated restructuring matters in which Goldin has been involved, including being a lender to clients of Goldin in unrelated matters. |
| XL Insurance | XL is a former affiliate of an interim management client of Goldin.  An affiliate of XL provided insurance to an interim management client of Goldin. |

| Zolfo Cooper | Zolfo Cooper and/or affiliates has worked for a Goldin client in an unrelated matter and has worked for other parties, including parties potentially adverse to clients of Goldin, in other matters.  Zolfo Cooper and/or affiliates is liquidator for an affiliate of a client of Goldin. |
|---|---|