Exhibit B

Redline of Exhibit 3

(No Supporting Documentation Claims)

ENERGY FUTURE HOLDINGS CORP., et al.

REDLINE OF SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 to EXHIBIT A - No Supporting Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | CHAMBERS, MARY<br>ADDRESS ON FILE | | No Debtor Asserted | 07/07/2014 | 2924 | Undetermined* | No Supporting Documentation Claim |
| 2 | CLARK, LAVERNE COOPER<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/08/2014 | 4171 | Undetermined* | No Supporting Documentation Claim |
| 3 | CUSACK, PAMELA SUSAN<br>ADDRESS ON FILE | | No Debtor Asserted | 09/29/2014 | 4742 | Undetermined* | No Supporting Documentation Claim |
| 4 | DEUBLER, BILLIE<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/19/2014 | 4520 | Undetermined* | No Supporting Documentation Claim |
| 5 | DEUBLER, WINSTON<br>ADDRESS ON FILE | | No Debtor Asserted | 09/19/2014 | 4519 | Undetermined* | No Supporting Documentation Claim |
| 6 | DORHAM, LEANZA<br>ADDRESS ON FILE | | No Debtor Asserted | 10/06/2014 | 4968 | Undetermined* | No Supporting Documentation Claim |
| 7 | GOUGHLER, CHUN-CHA<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/02/2014 | 4075 | Undetermined* | No Supporting Documentation Claim |
| 8 | KEETON, VIRGIL<br>ADDRESS ON FILE | | No Debtor Asserted | 09/18/2014 | 4485 | Undetermined* | No Supporting Documentation Claim |
| 9 | MACK, CHARLES LEE<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/02/2014 | 4088 | Undetermined* | No Supporting Documentation Claim |
| 10 | MATHEWS, R W<br>ADDRESS ON FILE | | No Debtor Asserted | 09/22/2014 | 4593 | Undetermined* | No Supporting Documentation Claim |
| 11 | PATTERSON, HENRI<br>ADDRESS ON FILE | | No Debtor Asserted | 10/07/2014 | 4995 | Undetermined* | No Supporting Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

REDLINE OF SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 to EXHIBIT A - No Supporting Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 12 | REESE, J.P. ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/12/2014 | 4336 | Undetermined* | No Supporting Documentation Claim |
| 13 | SELLERS, BARBARA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 07/22/2014 | 3282 | Undetermined* | No Supporting Documentation Claim |
| 14 | TAYLOR, JOYCE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/27/2014 | 7752 | Undetermined* | No Supporting Documentation Claim |
| ~~15~~ | ~~WALLACE, SHIRLEY A. ADDRESS ON FILE~~ | ~~14-10979 (CSS)~~ | ~~Energy Future Holdings Corp.~~ | ~~08/25/2014~~ | ~~3804~~ | ~~Undetermined*~~ | ~~No Supporting Documentation Claim~~ |
| 15/16 | WEGIARZ, JERRY ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/22/2014 | 4617 | Undetermined* | No Supporting Documentation Claim |
| 16/17 | WEGIARZ, JERRY ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/22/2014 | 4618 | Undetermined* | No Supporting Documentation Claim |
| 17/18 | WEGIARZ, JERRY ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/22/2014 | 4619 | Undetermined* | No Supporting Documentation Claim |
| 18/19 | WEGIARZ, JERRY ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/22/2014 | 4620 | Undetermined* | No Supporting Documentation Claim |
| | | | | | TOTAL | Undetermined* | |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 2 of 2