Exhibit B

Redline of Exhibit 3

(Non-EFH Claims)

ENERGY FUTURE HOLDINGS CORP., et al.

REDLINE OF FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 3 to EXHIBIT A – Non-EFH Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ALLEN, CARI ADDRESS ON FILE | | No Debtor Asserted | 06/05/2014 | 1158 | $27,600.88 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 2 | BAIYERI, MARY ADDRESS ON FILE | | No Debtor Asserted | 06/30/2014 | 2740 | $320.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 3 | BLAND, KATRINA ADDRESS ON FILE | | No Debtor Asserted | 06/06/2014 | 1245 | $24,000.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 4 | BLAND, KATRINA ADDRESS ON FILE | | No Debtor Asserted | 09/03/2014 | 4106 | $20,000.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 5 | ~~BRINKLEY, ANNIE ADDRESS ON FILE~~ | ~~14-10979 (CSS)~~ | ~~Energy Future Holdings Corp.~~ | ~~06/20/2014~~ | ~~2345~~ | ~~$5,463.00~~ | ~~No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor.~~ |
| 6 5 | BROWN, BRENDA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/02/2014 | 930 | $6,052.55 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 7 6 | CALVERY, MARTHA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 08/08/2014 | 3553 | $298.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 8 7 | CANNON, DEBBIE ADDRESS ON FILE | | No Debtor Asserted | 06/09/2014 | 1463 | $365.20 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 9 8 | CANTWELL, BILLY T ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/09/2014 | 1362 | Undetermined* | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 9

ENERGY FUTURE HOLDINGS CORP., et al.

REDLINE OF FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 3 to EXHIBIT A – Non-EFH Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 9~~10~~ | CARTER, NAT D<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/22/2014 | 5979 | $4,429.26 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 10~~11~~ | CARTER, STEPHANIE<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/17/2014 | 4470 | $939.91 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 11~~12~~ | CHEAKAS, TOMMY<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/20/2014 | 2316 | $1,006.99 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 12~~13~~ | CHENG, XIA & DONG, WENMING<br>ADDRESS ON FILE | | No Debtor Asserted | 08/07/2014 | 3544 | $27,377.90 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 13~~14~~ | COY, DONNA<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/06/2014 | 1252 | $29.90 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 14~~15~~ | DAVIS, DARRELL<br>ADDRESS ON FILE | | No Debtor Asserted | 07/11/2014 | 3046 | $1,898.56 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 15~~16~~ | DRUGA, NICHOLAS J<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/16/2014 | 2016 | $7,500.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 16~~17~~ | ELQUTUB, MAHA<br>ADDRESS ON FILE | | No Debtor Asserted | 06/09/2014 | 1383 | $8,550.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 2 of 9

ENERGY FUTURE HOLDINGS CORP., et al.

REDLINE OF FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 3 to EXHIBIT A – Non-EFH Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 178 | ESPINOZA, ROBERTO ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 07/21/2014 | 3254 | $1,680.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 189 | FARMER, DONALD ADDRESS ON FILE | | No Debtor Asserted | 07/17/2014 | 3134 | $247.67 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 1920 | FLEETWOOD, MIKE ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 562 | $971.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 201 | FORSTEN, ALFRED H. ADDRESS ON FILE | | No Debtor Asserted | 05/30/2014 | 764 | $11,932.42 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 212 | GALLGOS, ELMA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 07/07/2014 | 2909 | $194.80 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 223 | GARRETT, LINDA ADDRESS ON FILE | | No Debtor Asserted | 09/09/2014 | 4240 | $10,000.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 243 | GOODRICH, FORRESTER L ADDRESS ON FILE | | No Debtor Asserted | 07/28/2014 | 3396 | $250.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 245 | GREMILLION, PETE ADDRESS ON FILE | | No Debtor Asserted | 07/10/2014 | 3008 | $30,000.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 265 | GUDERMUTH, JAMES ADDRESS ON FILE | | No Debtor Asserted | 07/25/2014 | 3337 | $1,226.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

REDLINE OF FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 3 to EXHIBIT A – Non-EFH Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 26 7 | GUTHRIE, VERA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/20/2014 | 2315 | $1,006.99 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 27 8 | HARRIS, JAMES RAY ADDRESS ON FILE | | No Debtor Asserted | 09/18/2014 | 4510 | Undetermined* | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 28 9 | HARRIS, JAMES RAY ADDRESS ON FILE | | No Debtor Asserted | 09/23/2014 | 4635 | $912.83 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 29 10 | HARRIS, SIMONA ADDRESS ON FILE | | No Debtor Asserted | 09/18/2014 | 4509 | Undetermined* | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 30 11 | HARRIS, SIMONA ADDRESS ON FILE | | No Debtor Asserted | 09/23/2014 | 4636 | Undetermined* | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 31 12 | HEARNE, HERMAN ADDRESS ON FILE | | No Debtor Asserted | 10/27/2014 | 7848 | $20,778.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 32 13 | HFS CONSULTING LLC 11607 SPRING CYPRESS RD STE D TOMBALL, TX 77377-8916 | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/10/2014 | 1697 | $49,600.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 33 14 | HIGHBERGER, KL ADDRESS ON FILE | | No Debtor Asserted | 09/18/2014 | 4494 | Undetermined* | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

REDLINE OF FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 3 to EXHIBIT A – Non-EFH Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 34~~5~~ | HODGE, DEBRA ADDRESS ON FILE | | No Debtor Asserted | 06/27/2014 | 2626 | $275,000.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 35~~6~~ | INGRAM, CHERI S ADDRESS ON FILE | | No Debtor Asserted | 06/20/2014 | 2347 | $69,903.61 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 36~~7~~ | JANIS, WILLIAM ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/28/2014 | 619 | $32,974.43 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim against any of the known Debtors. |
| 37~~8~~ | JOHNSON, BURRELL, JR. ADDRESS ON FILE | | No Debtor Asserted | 10/27/2014 | 8121 | Undetermined* | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 38~~9~~ | LOVE, WILLIE R ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/17/2014 | 2156 | $20,000.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 39~~4~~ 0 | MARRS, WILL ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/23/2014 | 2437 | $224.08 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 40~~1~~ | MAXEY, LASABRE L ADDRESS ON FILE | | No Debtor Asserted | 09/02/2014 | 3995 | $15,000.00 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim against any of the known Debtors. |
| 41~~2~~ | MCCLURE, SUE CONAWAY ADDRESS ON FILE | | No Debtor Asserted | 06/02/2014 | 912 | $143.91 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 42~~3~~ | MCNAB, URSULA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/12/2014 | 1818 | $398.50 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

REDLINE OF FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 3 to EXHIBIT A – Non-EFH Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 434 | MERRITT, MONICA<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/16/2014 | 4466 | $112,000.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 445 | MICHALSKY, THOMAS<br>ADDRESS ON FILE | | No Debtor Asserted | 06/13/2014 | 2235 | $585.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 456 | MOLYNEUX, JOHN<br>ADDRESS ON FILE | | No Debtor Asserted | 08/01/2014 | 3452 | Undetermined* | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 467 | NIX, CAROLYN O<br>ADDRESS ON FILE | | No Debtor Asserted | 10/21/2014 | 5822 | $766.59 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 478 | O BRIEN, JOAN<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/24/2014 | 7635 | $5,000.00* | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 489 | PAGE, CONNIE<br>ADDRESS ON FILE | | No Debtor Asserted | 10/27/2014 | 7849 | $20,778.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 4910 | PAWLIK, MICHAEL C<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/16/2014 | 2142 | $3,845.03 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 501 | PREWITT, RAYMOND<br>ADDRESS ON FILE | | No Debtor Asserted | 06/06/2014 | 1249 | $300.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 512 | RAMSEY, RUSSELL<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/23/2014 | 4627 | $14,029.78 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

REDLINE OF FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 3 to EXHIBIT A – Non-EFH Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 52 3 | RIDGE, DAVID ADDRESS ON FILE | | No Debtor Asserted | 10/14/2014 | 5237 | $24,309.21 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 53 4 | RODRIGUEZ, CELSO C ADDRESS ON FILE | | No Debtor Asserted | 08/11/2014 | 3588 | Undetermined* | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 54 5 | ROSENBERG, THELMA ADDRESS ON FILE | | No Debtor Asserted | 10/01/2014 | 4800 | $508.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 55 6 | ROSOFF, NINA ADDRESS ON FILE | | No Debtor Asserted | 07/14/2014 | 3105 | Undetermined* | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 56 7 | SCHILLACE, JOSEPH ADDRESS ON FILE | | No Debtor Asserted | 05/30/2014 | 662 | $400.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 57 8 | SCHMITT, LEE J ADDRESS ON FILE | | No Debtor Asserted | 06/09/2014 | 2231 | $1,000,000.00 | No liability owed to claimant per Debtors' books and records. Claimant indicated he has no valid claim on claim form. |
| 58 9 | SHERRILL, RONNIE K ADDRESS ON FILE | | No Debtor Asserted | 10/20/2014 | 5737 | Undetermined* | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 59 60 | SHERROD, JENNIFER ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/12/2014 | 4340 | $1,513.19 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 60 1 | SLOUHA, DONNA ADDRESS ON FILE | | No Debtor Asserted | 06/17/2014 | 2237 | $5,000.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 7 of 9

ENERGY FUTURE HOLDINGS CORP., et al.

REDLINE OF FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 3 to EXHIBIT A – Non-EFH Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 61 | SPOON, DAVID P ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/24/2014 | 7601 | $30,000.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 62 | STERKX, AL ADDRESS ON FILE | | No Debtor Asserted | 06/10/2014 | 1668 | $25,600.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 63 | STIMAC, LAWRENCE S ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/21/2014 | 5755 | $925.86 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 64 | TEXAS PUBLIC POWER ASSOCIATION 701 BRAZOS STE 1005 AUSTIN, TX 78701-2595 | | No Debtor Asserted | 09/29/2014 | 4732 | $500.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 65 | TIMPSON, JOANNE ADDRESS ON FILE | | No Debtor Asserted | 06/02/2014 | 954 | $19,163.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 66 | TRAHAN, CHERRI ADDRESS ON FILE | | No Debtor Asserted | 07/03/2014 | 2839 | $23,150.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 67 | TRASK, JILL A ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 08/11/2014 | 3586 | $1,000.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 68 | VANDEVER, WILLIAM ADDRESS ON FILE | | No Debtor Asserted | 10/09/2014 | 5017 | $50,000.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

REDLINE OF FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 3 to EXHIBIT A – Non-EFH Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 697 6 | WALLIS DERMATOLOGY ASSOCIATES PLLC 6 DOCTOR CIR LONGVIEW, TX 75605-5050 | | No Debtor Asserted | 10/06/2014 | 4903 | $307.92 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 701 7 | WARE, JOE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/03/2014 | 1180 | $153,300.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 712 8 | WATKINS, MARY B ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/12/2014 | 4329 | $160.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| | | | | | TOTAL | $2,171,017,972 165,954.97* | |

* - Indicates claim contains unliquidated and/or undetermined amounts