IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
|  | ) **Re: D.I. 3040** |

**NOTICE OF FILING OF PROPOSED FORM OF "ORDER
AUTHORIZING THE RETENTION AND EMPLOYMENT OF
MUNGER, TOLLES & OLSON LLP AS COUNSEL TO DEBTORS AND
DEBTORS IN POSSESSION ENERGY FUTURE COMPETITIVE HOLDINGS
COMPANY LLC AND TEXAS COMPETITIVE ELECTRIC HOLDINGS
COMPANY LLC EFFECTIVE *NUNC PRO TUNC* TO NOVEMBER 16, 2014"**

PLEASE TAKE NOTICE that, on December 16, 2014, Energy Future Competitive Holdings Company LLC ("EFCH") and Texas Competitive Electric Holdings Company LLC ("TCEH" and together with EFCH and their debtor subsidiaries, the "TCEH Debtors"), certain of the above-captioned debtors and debtors in possession, filed *Debtors Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC's Application for Entry of an Order Authorizing the Retention and Employment of Munger Tolles & Olson LLP as Counsel to Debtors and Debtors in Possession Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC Effective Nunc Pro Tunc to November 16, 2014* [D.I. 3040] (the "Application") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). Pursuant to the Application, the TCEH Debtors are seeking entry of an

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 11357017v.1

order authorizing them to retain and employ Munger, Tolles & Olson LLP as their attorneys effective *nunc pro tunc* to November 16, 2014, to render professional services, under the supervision of Hugh E. Sawyer, the independent board member of the TCEH Debtors (the "TCEH Debtors' Disinterested Manager"), in connection with "Conflict Matters," as defined in and pursuant to the authority delegated to the TCEH Debtors' Disinterested Manager in the respective resolutions of the EFCH and TCEH Board of Managers dated November 7, 2014 and December 9, 2014 attached to the Application as Exhibit B thereto, including the determination by the TCEH Debtors' Disinterested Manager of whether any matter constitutes a "Conflict Matter".

PLEASE TAKE FURTHER NOTICE that, in support of the Application, the TCEH Debtors filed the *Declaration of Todd J. Rosen in Support of Application for Entry of an Order Authorizing the Retention and Employment of Munger, Tolles & Olson LLP as Counsel to Debtors and Debtors in Possession Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC Effective Nunc Pro Tunc to November 16, 2014*, which was filed as Exhibit C to the Application.

PLEASE TAKE FURTHER NOTICE that, today, the TCEH Debtors are substantially contemporaneously herewith filing the *First Supplemental Declaration of Todd J. Rosen in Support of Application for Entry of an Order Authorizing the Retention and Employment of Munger, Tolles & Olson LLP as Counsel to Debtors and Debtors in Possession Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC Effective Nunc Pro Tunc to November 16, 2014* in further connection with, and in support of, the Application.

PLEASE TAKE FURTHER NOTICE that, a hearing with respect to the Application (and any objections thereto) will be held before The Honorable Christopher S. Sontchi at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on January 13, 2015 starting at 9:30 a.m. (Eastern Standard Time) (the "Hearing").

PLEASE TAKE FURTHER NOTICE that the TCEH Debtors are hereby filing a revised form of order in connection with the Application (the "Revised Order"). A copy of the Revised Order is attached hereto as **Exhibit A**. For the convenience of the Bankruptcy Court and other parties in interest, a blackline of the Revised Order compared with the proposed form of order attached to the Application is attached hereto as **Exhibit B**.

PLEASE TAKE FURTHER NOTICE that the TCEH Debtors intend to present the Revised Order to the Bankruptcy Court at the Hearing. To the extent that the TCEH Debtors make any further revisions to the Revised Order prior to the Hearing, the TCEH Debtors intend to present a blacklined copy of such revised documents to the Bankruptcy Court at the Hearing.

Dated:  January 8, 2015                   */s/ Todd J. Rosen*
       Wilmington, Delaware         **MUNGER, TOLLES & OLSON LLP**
                                             Todd J. Rosen
                                             355 South Grand Avenue, 35th Floor
                                             Los Angeles, CA  90071
                                             Telephone:   (213) 683-9100
                                             Facsimile:    (213) 683-4022
                                             Email:         Todd.Rosen@mto.com

                                             Proposed Counsel to the TCEH Debtors