**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al*.,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**SECOND SUPPLEMENTAL DECLARATION OF JEFF J. MARWIL
IN SUPPORT OF DEBTOR ENERGY FUTURE HOLDINGS CORP.'S
APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION
AND EMPLOYMENT OF PROSKAUER ROSE LLP AS COUNSEL FOR DEBTOR
AND DEBTOR IN POSSESSION ENERGY FUTURE HOLDINGS CORP.
EFFECTIVE *NUNC PRO TUNC* TO NOVEMBER 19, 2014**

I, Jeff J. Marwil, being duly sworn, state the following under penalty of perjury:

1. I am a partner in the firm of Proskauer Rose LLP ("Proskauer"), which maintains an office for the practice of law at 70 West Madison Street, Suite 3800, Chicago, Illinois 60602. I am an attorney duly licensed in, and am a member in good standing of, the Bar for the State of Illinois and am admitted to practice in the United States District Court for the Northern District of Illinois.

2. I submit this second supplemental declaration (this "Second Supplemental Declaration") in further support of *Debtor Energy Future Holdings Corp.'s Application for Entry of an Order Authorizing the Retention and Employment of Proskauer Rose LLP as Counsel for Debtor and Debtor in Possession Energy Future Holdings Corp. Effective* Nunc Pro Tunc *to*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

*November 19, 2014* [D.I. 3037] (the "Application").[2] Except as otherwise noted, I have personal knowledge of the matters set forth herein.

## Background

3.  On December 16, 2014, debtor Energy Future Holdings Corp. ("EFH Corp.") filed the Application. In support of the Application, EFH Corp. filed, as Exhibit C to the Application, the *Declaration of Jeff J. Marwil in Support of Debtor Energy Future Holdings Corp.'s Application for Entry of an Order Authorizing the Retention and Employment of Proskauer Rose LLP as Counsel for Debtor and Debtor in Possession Energy Future Holdings Corp. Effective* Nunc Pro Tunc *to November 19, 2014* [Docket No. 3037, Exhibit C] (the "Original Declaration").

4.  On December 22, 2014, EFH Corp. filed the *Supplemental Declaration of Jeff J. Marwil in Support of Debtor Energy Future Holdings Corp.'s Application for Entry of an Order Authorizing the Retention and Employment of Proskauer Rose LLP as Counsel for Debtor and Debtor in Possession Energy Future Holdings Corp. Effective* Nunc Pro Tunc *to November 19, 2014* [Docket No. 3128] (the "Supplemental Declaration").

5.  Thereafter, Proskauer engaged in discussions with the Office of the United States Trustee (the "UST"), which requested that I submit a supplemental declaration on behalf of Proskauer to (a) disclose annual revenues (where such revenues are greater than 0.5% of Proskauer's total annual revenues) generated on account of Proskauer's representation of Bank of America, N.A. ("BofA") during the past two (2) years and (b) to address the scope of Proskauer's engagement by EFH Corp.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

2

**Supplemental Disclosure**

6. In the Original Declaration (at ¶ 28), I disclosed that revenues generated on account of Proskauer's representation of BofA represented greater than 0.5% of Proskauer's total annual revenues during the past five (5) years. In response to the UST's request for additional disclosure, in 2013, Proskauer's representation of BofA represented 0.6% of Proskauer's total annual revenue.

**Scope of Proskauer's Engagement by EFH Corp.**

7. As set forth in the Application, EFH Corp. is seeking to employ and retain Proskauer as its attorneys effective *nunc pro tunc* to November 19, 2014, to advise and represent EFH Corp. in connection with "Conflict Matters" (as defined in and pursuant to the authority delegated to EFH Corp.'s disinterested directors pursuant to resolutions (the "Resolutions") of the EFH Corp. Board of Directors attached to the Application as Exhibit B), and in determining whether a matter constitutes a Conflict Matter, reporting to and at the direction of Donald L. Evans and Billie I. Williamson, the disinterested directors of EFH Corp. (together, the "Disinterested Directors").

8. The Resolutions (a) provide that "any matter pertaining to the Chapter 11 Case on which an actual conflict exists between EFH [Corp.], on the one hand, and any other Debtor, on the other hand," constitutes a Conflict Matter and (b) delegate to the Disinterested Directors full authority "to review and act upon any Conflict Matters," including, among other things, authority (i) "to investigate and determine whether any matter constitutes a Conflict Matter" and (ii) "to make all decisions, and to implement or direct the implementation of all such decisions, in each case on EFH [Corp.]'s behalf, with respect to Conflict Matters," in each case with the advice of Independent Advisors, including Proskauer.

9. Based on the scope of Proskauer's employment set forth in its engagement letter and in the Resolutions, Proskauer will limit its services in this case to advising the Disinterested Directors on whether a matter constitutes a Conflict Matter and to advising and representing EFH Corp., reporting to and at the direction of the Disinterested Directors, on any matter that the Disinterested Directors determine is a Conflict Matter or on any matter for which the Disinterested Directors request Proskauer to provide advice and representation arising from or related to a Conflict Matter or determining whether a matter constitutes a Conflict Matter. Proskauer will provide to EFH Corp. all the services typically associated with or required to provide advice and representation to EFH Corp. on such matters, including factual and legal investigation and research, prosecuting, defending or settling any litigation involving any such matters, whether in connection with plan confirmation or otherwise. Such services will include consulting and coordinating with other counsel for the Debtors, including Kirkland & Ellis LLP, on, among other things, preventing, to the extent possible, duplication of effort on matters within the scope of Proskauer's employment.

10. Based upon Proskauer's initial investigation to date, which is ongoing and incomplete, Conflict Matters likely will include, without limitation, intercompany claims between EFH Corp. and its estate, on the one hand, and any other Debtor and its estate, on the other hand, whether addressed through litigation or through settlement either outside of a plan or under a plan and, to the extent involving a Conflict Matter, any sale or bidding procedures, including, without limitation, the selection of a stalking horse bidder and determination of a winning bidder in any sale, and will include other matters as determined by the Disinterested Directors.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: January 8, 2015                              /s/ *Jeff J. Marwil*

                                                    Name:  Jeff J. Marwil
                                                    Title:   Partner, Proskauer Rose LLP

5