**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) RE D.I. 3038 |

**NOTICE OF FILING OF PROPOSED FORM OF "ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF O'KELLY ERNST & BIELLI, LLC AS COUNSEL FOR DEBTOR AND DEBTOR IN POSSESSION ENERGY FUTURE HOLDINGS CORP. EFFECTIVE *NUNC PRO TUNC* TO NOVEMBER 19, 2014"**

PLEASE TAKE NOTICE that on December 16, 2014, debtor Energy Future Holdings Corp. ("EFH Corp.") filed the *Debtor Energy Future Holdings Corp.'s Application for Entry of an Order Authorizing the Retention and Employment of O'Kelly Ernst & Bielli, LLC as Co-Counsel for Debtor and Debtor in Possession Energy Future Holdings Corp. Effective Nunc Pro Tunc to November 19, 2014* [D.I. 3038] (the "Application") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). Pursuant to the Application, EFH Corp., under the supervision of its disinterested directors, Donald L. Evans and Billie I. Williamson, is seeking entry of an order to retain and employ O'Kelly Ernst & Bielli, LLC ("OEB") as its attorneys effective *nunc pro tunc* to Novermber 19, 2014, to render professional services to EFH Corp.'s disinterested directors, in connection with Conflict Matters as defined in and pursuant to the authority delegated to the disinterested directors pursuant to respective resolutions of the EFH Corp. Board of Directors dated November 7, 2014 and

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

December 9, 2014, attached to the Application as Exhibit B, including the determination by EFH Corp.'s disinterested directors regarding whether any matter constitutes a Conflict Matter.

PLEASE TAKE FURTHER NOTICE that, in support of the Application, EFH Corp. filed the *Declaration of David M. Klauder in Support of Debtor Energy Future Holdings Corp.'s Application for Entry of an Order Authorizing the Retention and Employment of O'Kelly Ernst & Bielli, LLC as Co-Counsel for Debtor and Debtor in Possession Energy Future Holdings Corp. Effective* Nunc Pro Tunc *to November 19, 2014*, which was filed as Exhibit C to the Application.

PLEASE TAKE FURTHER NOTICE that, a hearing with respect to the Application (and any objections thereto), will be held before The Honorable Christopher S. Sontchi at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on January 13, 2015, at 9:30 a.m. (Eastern Daylight Time).

PLEASE TAKE FURTHER NOTICE that EFH Corp. is hereby filing a revised form of order in connection with the Application (the "Revised Order"). A copy of the Revised Order is attached hereto as **Exhibit A**. For the convenience of the Bankruptcy Court and other parties in interest, a blackline of the Revised Order compared with the proposed form of order attached to the Application is attached hereto as **Exhibit B**.

PLEASE TAKE FURTHER NOTICE that EFH Corp. intends to present the Revised Order to the Bankruptcy Court at the Hearing. To the extent that EFH Corp. makes any further revisions to the Revised Order prior to the Hearing, EFH Corp. intends to present a blacklined copy of such revised documents to the Bankruptcy Court at the Hearing.

[REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK]

**O'KELLY ERNST & BIELLI, LLC**

Date:    January 8, 2015              /s/ David M. Klauder
David M. Klauder (No. 5769)
Shannon J. Dougherty (No. 5740)
901 N. Market Street, Suite 1000
Wilmington, DE    19801
Phone: (302) 778-4000
Fax: (302) 295-2873
dklauder@oeblegal.com
sdougherty@oeblegal.com

and

**PROSKAUER ROSE LLP**

Jeff J. Marwil (admitted *pro hac vice*)
Mark K. Thomas (admitted *pro hac vice*)
Peter J. Young (admitted *pro hac vice*)
Three First National Plaza
70 W. Madison Street, Suite 3800
Chicago, IL 60602
Phone:   (312) 962-3550
Fax:    (312) 962-3551
jmarwil@proskauer.com
mthomas@proskauer.com
pyoung@proskauer.com

*Proposed Co-Counsel to the Debtor
Energy Future Holdings Corp.*