# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>**Hearing Date: January 13, 2015, 9:30 am**<br>**Relates to Docket No. 3028** |

**FIRST SUPPLEMENTAL DECLARATION OF RICHARD LEVIN IN SUPPORT OF APPLICATION FOR ORDER APPROVING THE EMPLOYMENT OF CRAVATH, SWAINE & MOORE LLP AS COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC UNDER SECTIONS 327(a) AND 1107(b) OF THE BANKRUPTCY CODE, EFFECTIVE *NUNC PRO TUNC* TO NOVEMBER 16, 2014**

I, Richard Levin, declare under penalty of perjury as follows:

1.      I am a partner in the firm of Cravath, Swaine & Moore LLP ("**Cravath**"), with an office located at Worldwide Plaza, 825 Eighth Avenue, New York, NY 10019, and have been duly admitted to practice law in the State of California, the State of New York, the Commonwealth of Massachusetts and the District of Columbia.

2.      I am authorized to submit this Declaration in further support of the Application for Order Approving Employment of Cravath, Swaine & Moore LLP as Counsel to Energy Future Intermediate Holding Company LLC Under Sections 327(a) and 1107(b) of the Bankruptcy Code, Effective Nunc Pro Tunc to November 16, 2014 (the "**Application**").[2] Except as otherwise noted, I have personal knowledge of the matters set forth herein.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms not defined in this Declaration have the meaning ascribed to them in the Application.

1

**Background**

3.      On December 16, 2014, debtor Energy Future Intermediate Holding Company LLC ("**EFIH**") filed the Application. In support of the Application, EFIH filed, as Exhibit E to the Application, the Declaration of Richard Levin in Support of Application For Order Approving the Employment Of Cravath, Swaine & Moore LLP as Counsel to Energy Future Intermediate Holding Company LLC under Sections 327(a) and 1107(b) of the Bankruptcy Code Effective Nunc Pro Tunc to November 16, 2014 [Docket No. 3028, Exhibit E] (the "**Original Declaration**").

4.      Thereafter, Cravath engaged in discussions with the Office of the United States Trustee (the "**UST**"), which requested that I submit a supplemental declaration on behalf of Cravath (a) to provide supplemental disclosure about certain matters described in the Original Declaration and (b) to address the scope of Cravath's engagement by EFIH.

**Supplemental Disclosure**

5.      Paragraph 6 of the Original Declaration refers to "Specialist and Senior Attorneys" and "Discovery and Document Attorneys." Specialist attorneys, senior attorneys, discovery attorneys, and document attorneys, as referenced in paragraph 6, are lawyers admitted to practice law who are regular salaried Cravath employees.

6.      Paragraph 6 of the Original Declaration also refers to "Legal Assistants." For purposes of paragraph 6 and the hourly rates shown, "Legal Assistants" includes paralegals and litigation technical support personnel, who provide paralegal-type services, not administrative or clerical services, which are performed by Cravath's secretarial and other clerical staff. Absent further order of this Court, Cravath will seek compensation for its services and reimbursement for expenses it incurs in this case solely from the EFIH estate.

2

7.      In providing services in this case, Cravath does not intend to use the services of, and will not charge the EFIH estate for the work of, any contract attorneys or independent contractor attorneys.  Notwithstanding paragraph 19 of the Original Declaration, Cravath will not seek reimbursement for secretarial overtime expenses incurred in this case.

8.      Paragraph 15.d of the Original Declaration states that Cravath regularly advises and represents Nextera Energy, Inc. The revenues generated on account of Cravath's representation of Nextera represented less than 0.1% of Cravath's total receipts in 2013–2014.

**Scope of Cravath's Engagement by EFIH**

9.      As set forth in the Application, EFIH is seeking to employ and retain Cravath as its attorneys effective nunc pro tunc to November 16, 2014, to advise and represent EFIH in connection with "Conflict Matters" (as defined in and pursuant to the authority delegated to EFIH's disinterested manager pursuant to resolutions (the "**Resolutions**") of the EFIH Board of Managers attached to the Application as Exhibit C), and in determining whether a matter constitutes a Conflict Matter, reporting to and at the direction of Charles H. Cremens, the disinterested manager of EFIH (the "**Disinterested Manager**").

10.      The Resolutions (a) provide that "any matter pertaining to the Chapter 11 Case on which an actual conflict exists between EFIH, on the one hand, and any other Debtor, on the other hand" constitutes a Conflict Matter and (b) delegate to the Disinterested Manager full authority "to review and act upon any Conflict Matters," including, among other things, authority (i) "to investigate and determine whether any matter constitutes a Conflict Matter" and (ii) "to make all decisions, and to implement or direct the implementation of all such decisions, in each case on EFIH's behalf, with respect to Conflict Matters," in each case with the advice of Independent Advisors, including Cravath.

3

11.     Based on the scope of Cravath's employment set forth in its engagement letter and in the Resolutions, Cravath will limit its services in this case to advising the Disinterested Manager on whether a matter constitutes a Conflict Matter and to advising and representing EFIH, reporting to and at the direction of the Disinterested Manager, on any matter that the Disinterested Manager determines is a Conflict Matter or on any matter for which the Disinterested Manager requests Cravath to provide advice and representation arising from or related to a Conflict Matter or determining whether a matter constitutes a Conflict Matter. Cravath will provide to EFIH all the services typically associated with or required to provide advice and representation to EFIH on such matters, including factual and legal investigation and research, prosecuting, defending or settling any litigation involving any such matters, whether in connection with plan confirmation or otherwise. Such services will include consulting and coordinating with other counsel for the Debtors, including Kirkland & Ellis LLP, on, among other things, preventing, to the extent possible, duplication of effort on matters within the scope of Cravath's employment.

12.     Based upon Cravath's initial investigation to date, which is ongoing and incomplete, Conflict Matters likely will include, without limitation, intercompany claims between EFIH and its estate, on the one hand, and any other Debtor and its estate, on the other hand, whether addressed through litigation or through settlement either outside of a plan or under a plan and, to the extent involving a Conflict Matter, any sale or bidding procedures, including, without limitation, the selection of a stalking horse bidder and determination of a winning bidder in any sale, and will include other matters as determined by the Disinterested Manager.

4

I declare under penalty of perjury as provided in 28 U.S.C. § 1746 that the foregoing is

true and correct according to the best of my knowledge, information and belief.

Dated: January 8, 2015

Richard Levin

5