# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | : | Case No. 14-10979 (CSS) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | **Re: Docket No. 2896** |

## CERTIFICATION OF COUNSEL REGARDING MOTION OF ALLEN SHRODE FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)

The undersigned hereby certifies as follows:

1. On November 26, 2014, Allen Shrode ("Movant") filed the *Motion of Allen Shrode for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d)* (the "Motion")[2] (Docket No. 2896) with this Court.

2. The deadline to file an objection or other response to the relief requested in the Motion was December 11, 2014 at 4:00 p.m. This deadline has been extended for the Debtors to February 3, 2015, while the parties continue to engage in settlement discussions. No objections or other responses to the relief requested in the Motion were filed or received.

3. Movant has asserted a personal injury claim (the "Claim") against Luminant Energy Company LLC, Luminant Generation Company LLC, Luminant Mining Company LLC, and Luminant Renewables Company LLC (collectively, the "Debtor Defendants") and Princess Three Corp., Princess Three Operating LLC, and R Construction Company (collectively, the "Non-Debtor Defendants") for damages and injuries allegedly

---

[1] The last four digits of Energy Future Holding Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not defined herein have the meanings assigned to such terms in the Motion.

sustained by the Movant prior to the filing of this bankruptcy, which Claim is the subject of the Plaintiff's Original Petition and Request for Disclosure in the 68th District Court of Dallas County, Texas under Case No. DC-14-04399; *Allen Shrode v. Luminant Energy Company LLC, et al.* (the "State Court Action").

       4.      The Movant and the Debtor Defendants have exchanged informal discovery in connection with the State Court Action in an attempt to resolve the Motion and the Claim asserted against the Debtor Defendants.

       5.      To enable the Movant to pursue discovery and his claims against the Non-Debtor Defendants in the State Court Action while the Movant and the Debtor Defendants continue their settlement discussions, the Debtor Defendants have agreed to modify the stay to the extent necessary solely: (i) to permit the Non-Debtor Defendants to answer or otherwise respond to the Petition filed in the State Court Action; (ii) to permit the Movant and the Non-Debtor Defendants to pursue discovery from one another; and (iii) to enable the Movant to otherwise pursue his claims against the Non-Debtor Defendants in the State Court Action.

       6.      Attached hereto as **Exhibit 1** is a proposed form of order (the "Proposed Order") that grants in part the relief requested in the Motion and adjourns the hearing regarding the remaining relief requested in the Motion to the February 10, 2015 omnibus hearing date (or such later date as may be ordered or agreed upon). Counsel for the Debtors have reviewed the Proposed Order and consent to its entry.

7. Accordingly, Movant respectfully requests that the Court enter the Proposed Order at its earliest convenience.

Dated: January 8, 2015

By: /s/ *David W. Carickhoff*
David W. Carickhoff (No. 3715)
ARCHER & GREINER, P.C.
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801
Telephone (302) 777-4350
Facsimile (302) 777-4352
Email  dcarickhoff@archerlaw.com

 -and-

Ryan C. Johnson, Esq.
Rod Squires, Esq.
JOHNSON HOBBS SQUIRES LLP
1105 Wooded Acres Drive, Suite 701
Waco, TX  76710
Telephone (254) 732-2242
Facsimile (866) 627-3509
Email  rjohnson@jhsfirm.com

*Attorneys for Allen Shrode*