**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | § Chapter 11 |
| | § |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | § Case No. 14-10979 (CSS) |
| | § |
| | § Jointly Administered |
| Debtor. | § **Reference Docket No. 3017** |
| | § **Hearing Date:   1/13/2015 @ 9:00 a.m.** |

## <u>CERTIFICATION OF COUNSEL REGARDING DOCKET NO. 3017</u>

The undersigned hereby certifies that, the following is true and correct:

1. On December 16, 2014 the *Application for Order Authorizing the Employment and Retention of Phillips, Goldman & Spence, P.A. as Delaware Counsel for the Fee Committee, Nunc Pro Tunc to November 21, 2014* [Docket No. 3017] (the "Application") was filed.

2. The undersigned further certifies that objections to the Application were to be filed and served no later than January 6, 2015.  He has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon to date.

3. While no Objection was filed by counsel to the U.S. Trustee, the undersigned received a request that he file a supplemental declaration conforming to the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 <u>U.S.C.</u> § 330 by Attorneys in Larger Chapter 11 Cases* (the "UST Guidelines"), which the UST recently adopted.  On December 23, 2014, the undersigned filed the *First Supplemental Declaration of Stephen W. Spence in Support of Pursuant of the Application for Order Authorizing the*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these Chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

*Employment and Retention of Phillips, Goldman & Spence, P.A. as Delaware Counsel for the Fee*

*Committee, Nunc Pro Tunc to November 21, 2014* [docket No. 3135].

WHEREFORE the undersigned respectfully requests the Court enter the Order attached

to the Application at the earliest convenience of the Court.

PHILLIPS, GOLDMAN & SPENCE, P.A.


*/s/ Stephen W. Spence*
Stephen W. Spence, Esquire (#2033)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210

Date:  January 9, 2015                    *Proposed Delaware Counsel to the Fee Committee*