# EXHIBIT A

RLF1 11356658v.1

Energy Future Holdings Corp.
First Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit 3 to Exhibit A** | | |
| Allied Electronics Inc. | 3312 | Response filed on 12/10/14. [Docket No. 2964]. The hearing on this matter is continued to February 10, 2015 at 9:30 a.m. |
| Allied Electronics Inc. | 3313 | Response filed on 12/10/14. [Docket No. 2964]. The hearing on this matter is continued to February 10, 2015 at 9:30 a.m. |
| Emerson Network Power Liebert Services | 3297 | Response filed on 12/10/14. [Docket No. 2970]. The hearing on this matter is continued to February 10, 2015 at 9:30 a.m. |
| Koetter Fire Protection of Austin, LLC | 3118 | Response filed on 12/5/14. [Docket No. 2950]. The hearing on this matter is continued to February 10, 2015 at 9:30 a.m. |
| McMaster-Carr Supply Company | 86 | The hearing on this matter is continued to February 10, 2015 at 9:30 a.m. |
| Silva, David | 4319 | The hearing on this matter is continued to February 10, 2015 at 9:30 a.m. |

113544885_1