## EXHIBIT B

RLF1 11356658v.1

Energy Future Holdings Corp.
Second Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit 1 to Exhibit A** | | |
| Americom Telcom (ATI) | 576 | A revised form of order has been submitted under certification of counsel. |
| Apex Companies LLC | 3972 | A revised form of order has been submitted under certification of counsel. |
| Avnet Inc. | 3952 | A revised form of order has been submitted under certification of counsel. |
| Burford & Ryburn LLP | 4288 | A revised form of order has been submitted under certification of counsel. |
| Cemspro c/o CEMS Professional Services LLC | 3695 | A revised form of order has been submitted under certification of counsel. |
| Cemspro c/o CEMS Professional Services LLC | 3696 | A revised form of order has been submitted under certification of counsel. |
| Cemspro c/o CEMS Professional Services LLC | 3697 | A revised form of order has been submitted under certification of counsel. |
| Cemspro c/o CEMS Professional Services LLC | 3698 | A revised form of order has been submitted under certification of counsel. |
| Crane Nuclear, Inc. | 176 | A revised form of order has been submitted under certification of counsel. |
| Delaware Trust Company, Trustee | 5299 | A revised form of order has been submitted under certification of counsel. |
| Delaware Trust Company, Trustee | 5300 | A revised form of order has been submitted under certification of counsel. |
| Delaware Trust Company, Trustee | 5301 | A revised form of order has been submitted under certification of counsel. |
| Delaware Trust Company, Trustee | 5302 | A revised form of order has been submitted under certification of counsel. |
| Delaware Trust Company, Trustee | 5303 | A revised form of order has been submitted under certification of counsel. |
| Delaware Trust Company, Trustee | 5543 | A revised form of order has been submitted under certification of counsel. |
| Delaware Trust Company, Trustee | 5544 | A revised form of order has been submitted under certification of counsel. |
| Delaware Trust Company, Trustee | 5545 | A revised form of order has been submitted under certification of counsel. |
| Delaware Trust Company, Trustee | 5546 | A revised form of order has been submitted under certification of counsel. |
| Delaware Trust Company, Trustee | 5547 | A revised form of order has been submitted under certification of counsel. |
| James, Lana J | 2076 | A revised form of order has been submitted under certification of counsel. |

11354905_1

Energy Future Holdings Corp.
Second Omnibus (Non-Substantive) Objection to Claims

| | | |
|---|---|---|
| NAPA Tire & Auto Supply Inc. | 4199 | A revised form of order has been submitted under certification of counsel. |
| North Louisiana Land Grading Inc. | 5130 | A revised form of order has been submitted under certification of counsel. |
| Reese, Dornell | 746 | A revised form of order has been submitted under certification of counsel. |

11354905_1

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit 2 to Exhibit A** | | |
| Advanced Analytical Laboratories LLC | 4486 | A revised form of order has been submitted under certification of counsel. |
| Advanced Analytical Laboratories LLC | 4487 | A revised form of order has been submitted under certification of counsel. |
| Advanced Analytical Laboratories LLC | 4488 | A revised form of order has been submitted under certification of counsel. |
| Advanced Analytical Laboratories LLC | 4489 | A revised form of order has been submitted under certification of counsel. |
| Aldine Independent School District | 2233 | A revised form of order has been submitted under certification of counsel. |
| Bi-Inform, Inc. | 7930 | A revised form of order has been submitted under certification of counsel. |
| Bloodworth, James | 3652 | A revised form of order has been submitted under certification of counsel. |
| Bloodworth, James | 3654 | A revised form of order has been submitted under certification of counsel. |
| Bloodworth, James | 3656 | A revised form of order has been submitted under certification of counsel. |
| Bloodworth, James | 3658 | A revised form of order has been submitted under certification of counsel. |
| Bloodworth, James | 3660 | A revised form of order has been submitted under certification of counsel. |
| Bloodworth, James | 3662 | A revised form of order has been submitted under certification of counsel. |
| Bloodworth, James | 3664 | A revised form of order has been submitted under certification of counsel. |
| California Franchise Tax Board | 1772 | A revised form of order has been submitted under certification of counsel. |
| City of Fort Worth | 2529 | A revised form of order has been submitted under certification of counsel. |
| Dell Marketing, L.P. | 1774 | A revised form of order has been submitted under certification of counsel. |
| Falkenberg Construction Co., Inc. | 1707 | A revised form of order has been submitted under certification of counsel. |
| Integrated Power Services LLC | 7925 | A revised form of order has been submitted under certification of counsel. |
| Integrated Power Services LLC | 7926 | A revised form of order has been submitted under certification of counsel. |

11354905_1

| | | |
|---|---|---|
| Integrated Power Services LLC | 7927 | A revised form of order has been submitted under certification of counsel. |
| Integrated Power Services LLC | 7928 | A revised form of order has been submitted under certification of counsel. |
| NAPA Auto Parts Store | 5271 | A revised form of order has been submitted under certification of counsel. |
| Ratliff Ready-Mix, LP | 2975 | A revised form of order has been submitted under certification of counsel. |
| Somervell County Water District | 4032 | A revised form of order has been submitted under certification of counsel. |
| TekSystems, Inc. | 5016 | A revised form of order has been submitted under certification of counsel. |

11354905_1

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit 3 to Exhibit A** | | |
| Chambers, Mary | 2924 | A revised form of order has been submitted under certification of counsel. |
| Clark, Laverne Cooper | 4171 | A revised form of order has been submitted under certification of counsel. |
| Cusack, Pamela Susan | 4742 | A revised form of order has been submitted under certification of counsel. |
| Deubler, Billie | 4520 | A revised form of order has been submitted under certification of counsel. |
| Deubler, Winston | 4519 | A revised form of order has been submitted under certification of counsel. |
| Dorham, Leanza | 4968 | A revised form of order has been submitted under certification of counsel. |
| Goughler, Chun-Cha | 4075 | A revised form of order has been submitted under certification of counsel. |
| Keeton, Virgil | 4485 | A revised form of order has been submitted under certification of counsel. |
| Mack, Charles Lee | 4088 | A revised form of order has been submitted under certification of counsel. |
| Mathews, R.W. | 4593 | A revised form of order has been submitted under certification of counsel. |
| Patterson, Henri | 4995 | A revised form of order has been submitted under certification of counsel. |
| Reese, J.P. | 4336 | A revised form of order has been submitted under certification of counsel. |
| Sellers, Barbara | 3282 | A revised form of order has been submitted under certification of counsel. |
| Taylor, Joyce | 7752 | A revised form of order has been submitted under certification of counsel. |
| Wallace, Shirley A. | 3804 | The hearing on this claim has been continued to February 10, 2015 starting at 9:30 a.m. (EST). |
| Weglarz, Jerry | 4617 | A revised form of order has been submitted under certification of counsel. |
| Weglarz, Jerry | 4618 | A revised form of order has been submitted under certification of counsel. |
| Weglarz, Jerry | 4619 | A revised form of order has been submitted under certification of counsel. |
| Weglarz, Jerry | 4620 | A revised form of order has been submitted under certification of counsel. |

11354905_1

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit 4 to Exhibit A** | | |
| Atwater, Theresa | 4483 | A revised form of order has been submitted under certification of counsel. |
| Bissell, Ray C., Jr. | 2745 | A revised form of order has been submitted under certification of counsel. |
| Butler, George, Jr. | 3252 | A revised form of order has been submitted under certification of counsel. |
| Clark, Judith Kathryn | 4157 | A revised form of order has been submitted under certification of counsel. |
| Cummins Southern Plains | 7673 | A revised form of order has been submitted under certification of counsel. |
| Cummins Southern Plains | 7674 | A revised form of order has been submitted under certification of counsel. |
| Denkins, Kim | 1587 | A revised form of order has been submitted under certification of counsel. |
| Escalona, Patricio Trevino | 5022 | A revised form of order has been submitted under certification of counsel. |
| Holmes, Sam E. | 841 | A revised form of order has been submitted under certification of counsel. |
| Hunt, Hennessey | 4534 | A revised form of order has been submitted under certification of counsel. |
| James, Amber | 5077 | A revised form of order has been submitted under certification of counsel. |
| Jefferson, Thelma | 7730 | A revised form of order has been submitted under certification of counsel. |
| Mario Sinacola & Sons | 4608 | A revised form of order has been submitted under certification of counsel. |
| Moore, Marvie | 4621 | A revised form of order has been submitted under certification of counsel. |
| Powell, Marcus | 3075 | A revised form of order has been submitted under certification of counsel. |
| Williams, Tommy Joe | 4994 | A revised form of order has been submitted under certification of counsel. |

11354905_1