Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| HARRIS, COLLETTE M | 3095 | A revised form of order has been submitted under certification of counsel. |
| HARRIS, DEBRA | 2721 | A revised form of order has been submitted under certification of counsel. |
| HARRIS, ELIZABETH | 5118 | A revised form of order has been submitted under certification of counsel. |
| HARRIS, ELIZABETH A | 4728 | A revised form of order has been submitted under certification of counsel. |
| HARRIS, MARY | 476 | A revised form of order has been submitted under certification of counsel. |
| HARRIS, SHARON | 527 | A revised form of order has been submitted under certification of counsel. |
| HART, CATHY D | 3481 | A revised form of order has been submitted under certification of counsel. |
| HARTFIELD, ALICE L | 720 | A revised form of order has been submitted under certification of counsel. |
| HARWOOD EXPLORATION INC | 2642 | A revised form of order has been submitted under certification of counsel. |
| HAUN, LINDA | 1783 | A revised form of order has been submitted under certification of counsel. |
| HAWKINS, B J | 3308 | A revised form of order has been submitted under certification of counsel. |
| HAWKINS, JOAN | 3395 | A revised form of order has been submitted under certification of counsel. |
| HAY CHIHUAHUA MEAT MARKET # 1 | 3985 | A revised form of order has been submitted under certification of counsel. |
| HAYNES, CAROLYN | 399 | A revised form of order has been submitted under certification of counsel. |
| HAYNES, OLEN | 2763 | A revised form of order has been submitted under certification of counsel. |
| HAYNES, RITA | 3450 | A revised form of order has been submitted under certification of counsel. |

RLF-11356069_1

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| HEARON, NANCY G | 3048 | A revised form of order has been submitted under certification of counsel. |
| HEIDELBERG, WILSON | 2580 | A revised form of order has been submitted under certification of counsel. |
| HEIRAS, HUMBERTO | 2322 | A revised form of order has been submitted under certification of counsel. |
| HELLSTERN, MICHAEL W | 2834 | A revised form of order has been submitted under certification of counsel. |
| HENDERSON, BEN | 3773 | A revised form of order has been submitted under certification of counsel. |
| HENDERSON, BEN | 3770 | A revised form of order has been submitted under certification of counsel. |
| HENDERSON, BEN | 3772 | A revised form of order has been submitted under certification of counsel. |
| HENDERSON, BEN | 3774 | A revised form of order has been submitted under certification of counsel. |
| HENDERSON, BEN | 3771 | A revised form of order has been submitted under certification of counsel. |
| HENDRICKSON, ROBERTA | 3717 | A revised form of order has been submitted under certification of counsel. |
| HENDRIX, JERRY K | 1920 | A revised form of order has been submitted under certification of counsel. |
| HENRY, AVIA | 2280 | A revised form of order has been submitted under certification of counsel. |
| HENRY, NOEL | 958 | A revised form of order has been submitted under certification of counsel. |
| HENRY, PATRICK | 1640 | A revised form of order has been submitted under certification of counsel. |
| HERIGON, PAUL | 1485 | A revised form of order has been submitted under certification of counsel. |
| HERMAN, TERESA M | 1255 | A revised form of order has been submitted under certification of counsel. |

36

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| HERMON, ESTELLE | 522 | A revised form of order has been submitted under certification of counsel. |
| HERNANDEZ, GLORIA | 1924 | A revised form of order has been submitted under certification of counsel. |
| HERRING, HELEN J | 2684 | A revised form of order has been submitted under certification of counsel. |
| HEZEL, TILL | 2880 | A revised form of order has been submitted under certification of counsel. |
| HEZEL, TILL | 2881 | A revised form of order has been submitted under certification of counsel. |
| HICKEY, DEBORAH | 4711 | A revised form of order has been submitted under certification of counsel. |
| HICKS, AMANDA J | 3947 | A revised form of order has been submitted under certification of counsel. |
| HICKS, ANDRA | 2277 | A revised form of order has been submitted under certification of counsel. |
| HIGHTOWER, JACQUELINE | 3827 | A revised form of order has been submitted under certification of counsel. |
| HILL, DANIEL | 477 | A revised form of order has been submitted under certification of counsel. |
| HILLIN, EARL W | 985 | A revised form of order has been submitted under certification of counsel. |
| HINES, CRYSTAL SHEREA | 1515 | A revised form of order has been submitted under certification of counsel. |
| HINES, JAMES P | 794 | A revised form of order has been submitted under certification of counsel. |
| HINES, NELL FAYE | 4208 | A revised form of order has been submitted under certification of counsel. |
| HINES, SUZANNE | 1758 | A revised form of order has been submitted under certification of counsel. |
| HINTZ, GARY | 193 | A revised form of order has been submitted under certification of counsel. |

37

RLF-11356069_1

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| HODGE, DONALD | 384 | A revised form of order has been submitted under certification of counsel. |
| HOEHN, ROBERT | 3243 | A revised form of order has been submitted under certification of counsel. |
| HOLBERT, APRIL | 1166 | A revised form of order has been submitted under certification of counsel. |
| HOLDER, BOBBY D | 261 | A revised form of order has been submitted under certification of counsel. |
| HOLLEMON, BARBARA | 3242 | A revised form of order has been submitted under certification of counsel. |
| HOLLEY, JUDY | 8078 | A revised form of order has been submitted under certification of counsel. |
| HOLLIDAY, BILLY | 543 | A revised form of order has been submitted under certification of counsel. |
| HOLMES PHARMACY | 1621 | A revised form of order has been submitted under certification of counsel. |
| HOLMES, BARRY | 371 | A revised form of order has been submitted under certification of counsel. |
| HOLMES, NAKIA A | 2816 | A revised form of order has been submitted under certification of counsel. |
| HOOKS, GEORGE L | 1705 | A revised form of order has been submitted under certification of counsel. |
| HOPKINS, DARON | 1703 | A revised form of order has been submitted under certification of counsel. |
| HOPPER, GARY W | 807 | A revised form of order has been submitted under certification of counsel. |
| HOPSON, DEWAYNE | 2256 | A revised form of order has been submitted under certification of counsel. |
| HORN, LUE PRICE | 1842 | A revised form of order has been submitted under certification of counsel. |
| HORN, MILLIE R | 1372 | A revised form of order has been submitted under certification of counsel. |

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| HORNECKER, MICKEY C | 4395 | A revised form of order has been submitted under certification of counsel. |
| HOUSEWRIGHT, SUZANNE | 3169 | A revised form of order has been submitted under certification of counsel. |
| HOUSTON, ALISHA | 312 | A revised form of order has been submitted under certification of counsel. |
| HOWARD, DANIEL J | 1843 | A revised form of order has been submitted under certification of counsel. |
| HOWARD, HAROLD | 1241 | A revised form of order has been submitted under certification of counsel. |
| HOWARD, HAROLD | 1242 | A revised form of order has been submitted under certification of counsel. |
| HOWARD, HAROLD | 1243 | A revised form of order has been submitted under certification of counsel. |
| HOWZE, SHERI | 2728 | A revised form of order has been submitted under certification of counsel. |
| HUCKIN III, WILLIAM P | 1118 | A revised form of order has been submitted under certification of counsel. |
| HUDSON, GLORIA | 3483 | A revised form of order has been submitted under certification of counsel. |
| HUFFMAN, M E | 1984 | A revised form of order has been submitted under certification of counsel. |
| HUFFSTUTTLER, KATHY | 2409 | A revised form of order has been submitted under certification of counsel. |
| HUITT, CINDY | 1348 | A revised form of order has been submitted under certification of counsel. |
| HURD, NICHOLAS | 2630 | A revised form of order has been submitted under certification of counsel. |
| HUTCHINSON, DON | 2052 | A revised form of order has been submitted under certification of counsel. |
| HUYNH, VU P | 3628 | A revised form of order has been submitted under certification of counsel. |

39

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| HYLES, CHARLES | 2140 | A revised form of order has been submitted under certification of counsel. |
| INGOE, MARGIE D | 3206 | A revised form of order has been submitted under certification of counsel. |
| IOVINE, JACK | 906 | A revised form of order has been submitted under certification of counsel. |
| J D GAS INC. | 470 | A revised form of order has been submitted under certification of counsel. |
| JACKSON, DEBORAH | 5667 | A revised form of order has been submitted under certification of counsel. |
| JACKSON, JUANITA | 1509 | A revised form of order has been submitted under certification of counsel. |
| JACKSON, LEOLA | 2646 | A revised form of order has been submitted under certification of counsel. |
| JACKSON, LETITIA | 491 | A revised form of order has been submitted under certification of counsel. |
| JACKSTADT, MARK C | 1789 | A revised form of order has been submitted under certification of counsel. |
| JACOBS, RON | 2282 | A revised form of order has been submitted under certification of counsel. |
| JACOBS, SHAMMIKA | 2990 | The hearing on this claim has been continued to February 10, 2015 starting at 9:30 a.m. (EST). |
| JAMES, DONALD | 1502 | A revised form of order has been submitted under certification of counsel. |
| JAMES, WANDA M. | 197 | A revised form of order has been submitted under certification of counsel. |
| JENKINS, ADRAIN | 4699 | A revised form of order has been submitted under certification of counsel. |
| JENKINS, CHARLOTTE | 862 | A revised form of order has been submitted under certification of counsel. |
| JENKINS, KIMBERLY | 4007 | A revised form of order has been submitted under certification of counsel. |

RLF-11356069_1

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| JENKINS, MAE L | 782 | A revised form of order has been submitted under certification of counsel. |
| JENKINS, TERRI M | 2736 | A revised form of order has been submitted under certification of counsel. |
| JENSEN, SHARON | 1556 | A revised form of order has been submitted under certification of counsel. |
| JEWELL, CLINTON | 3689 | A revised form of order has been submitted under certification of counsel. |
| JHONSON, ZAIRE | 1526 | A revised form of order has been submitted under certification of counsel. |
| JMS INVESTMENT COMP | 1178 | A revised form of order has been submitted under certification of counsel. |
| JOES CAR STOP TOO INC. | 450 | A revised form of order has been submitted under certification of counsel. |
| JOHNSON, BEVERLY | 1448 | A revised form of order has been submitted under certification of counsel. |
| JOHNSON, CURTIS | 434 | A revised form of order has been submitted under certification of counsel. |
| JOHNSON, DEBRIE | 776 | A revised form of order has been submitted under certification of counsel. |
| JOHNSON, FRESHUNDIA | 3621 | A revised form of order has been submitted under certification of counsel. |
| JOHNSON, GALE | 1477 | A revised form of order has been submitted under certification of counsel. |
| JOHNSON, KATHERINE | 3925 | A revised form of order has been submitted under certification of counsel. |
| JOHNSON, KENNETH | 1092 | A revised form of order has been submitted under certification of counsel. |
| JOHNSON, LOLA | 1346 | A revised form of order has been submitted under certification of counsel. |
| JOHNSON, RHEA | 6069 | A revised form of order has been submitted under certification of counsel. |

RLF-11356069_1

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| JOHNSON, RICKY E | 348 | A revised form of order has been submitted under certification of counsel. |
| JOHNSON, RONALD K | 2313 | A revised form of order has been submitted under certification of counsel. |
| JOHNSON, SANDRA | 4459 | A revised form of order has been submitted under certification of counsel. |
| JOHNSON, ZAIRE | 1182 | A revised form of order has been submitted under certification of counsel. |
| JONES REED, EVELYN D | 3125 | A revised form of order has been submitted under certification of counsel. |
| JONES, ADRIAN | 3517 | A revised form of order has been submitted under certification of counsel. |
| JONES, DOROTHY | 4682 | A revised form of order has been submitted under certification of counsel. |
| JONES, E DEANE | 972 | A revised form of order has been submitted under certification of counsel. |
| JONES, EDDIE | 3066 | A revised form of order has been submitted under certification of counsel. |
| JONES, JEANETTE MOSMAN | 2104 | A revised form of order has been submitted under certification of counsel. |
| JONES, JERRY R | 3063 | A revised form of order has been submitted under certification of counsel. |
| JONES, JUDY M | 4070 | A revised form of order has been submitted under certification of counsel. |
| JONES, LAWRENCE, JR | 4724 | A revised form of order has been submitted under certification of counsel. |
| JONES, LEOLA | 1571 | A revised form of order has been submitted under certification of counsel. |
| JONES, LISA | 838 | A revised form of order has been submitted under certification of counsel. |
| JONES, LISA | 2077 | A revised form of order has been submitted under certification of counsel. |

RLF-11356069_1

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| JONES, OLLIE | 3136 | A revised form of order has been submitted under certification of counsel. |
| JONES, PAT A | 2427 | A revised form of order has been submitted under certification of counsel. |
| JONES, R T | 3501 | A revised form of order has been submitted under certification of counsel. |
| JONES, R T | 3502 | A revised form of order has been submitted under certification of counsel. |
| JONES, STELLA | 3828 | A revised form of order has been submitted under certification of counsel. |
| JONES, VERNIA MAE | 4071 | A revised form of order has been submitted under certification of counsel. |
| JORDAN, DONNA | 1551 | A revised form of order has been submitted under certification of counsel. |
| JORDAN, MARGARET | 2991 | A revised form of order has been submitted under certification of counsel. |
| JORDAN, RONNIE | 1117 | A revised form of order has been submitted under certification of counsel. |
| JOSEPH, DEBRA | 2120 | A revised form of order has been submitted under certification of counsel. |
| JOSLIN, GEORGIA LORETTA | 445 | A revised form of order has been submitted under certification of counsel. |
| JUAREZ, SAL | 3203 | A revised form of order has been submitted under certification of counsel. |
| JURADO, MARIANA | 1447 | A revised form of order has been submitted under certification of counsel. |
| K S MARKETING INC | 1418 | A revised form of order has been submitted under certification of counsel. |
| KARRASCH, DONALD | 2083 | A revised form of order has been submitted under certification of counsel. |
| KELLEY, ELSIE | 3088 | A revised form of order has been submitted under certification of counsel. |

43

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| KELLEY, RAY D | 1889 | A revised form of order has been submitted under certification of counsel. |
| KELLUM, LEIGH ANN | 460 | A revised form of order has been submitted under certification of counsel. |
| KELLY, DEBORAH | 6299 | A revised form of order has been submitted under certification of counsel. |
| KENISON, ROBERT A | 1067 | A revised form of order has been submitted under certification of counsel. |
| KENNEDY, LINDA J | 2467 | A revised form of order has been submitted under certification of counsel. |
| KENNEDY, ROGER T | 2247 | A revised form of order has been submitted under certification of counsel. |
| KEYES, MICHAEL | 1808 | A revised form of order has been submitted under certification of counsel. |
| KEYES, SUSAN | 2891 | Response filed on Decmber 31, 2014. [Docket No. 3164]. The hearing on this claim has been continued to February 10, 2015 starting at 9:30 a.m. (EST). |
| KILLEBREW, SHARRON | 1370 | A revised form of order has been submitted under certification of counsel. |
| KIMBLE, WILLIE | 499 | A revised form of order has been submitted under certification of counsel. |
| KING, CHARLES | 690 | A revised form of order has been submitted under certification of counsel. |
| KING, SHIRLEY | 3489 | A revised form of order has been submitted under certification of counsel. |
| KIRKPATRICK, LORIE | 2066 | A revised form of order has been submitted under certification of counsel. |
| KIRVEN, JOSEPH | 1006 | A revised form of order has been submitted under certification of counsel. |
| KLEMENT, GREG | 1364 | A revised form of order has been submitted under certification of counsel. |

44

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| KLEMENT, GREG A | 1367 | A revised form of order has been submitted under certification of counsel. |
| KLESSIG, RICHARD E | 4649 | A revised form of order has been submitted under certification of counsel. |
| KOENNING, BARBARA | 3572 | A revised form of order has been submitted under certification of counsel. |
| KOEPKE, DAVE F | 4778 | A revised form of order has been submitted under certification of counsel. |
| KORNEGAY, LYDIA | 2172 | A revised form of order has been submitted under certification of counsel. |
| KOWALICK, WYNSU LAWRENCE | 488 | A revised form of order has been submitted under certification of counsel. |
| KUECK, STEVE E | 2767 | A revised form of order has been submitted under certification of counsel. |
| KULAS, JOHN | 3737 | A revised form of order has been submitted under certification of counsel. |
| KUYKENDALL, R L | 3566 | A revised form of order has been submitted under certification of counsel. |
| LAFFERTY, CHRISTINA | 2243 | A revised form of order has been submitted under certification of counsel. |
| LAKES, JANE HAVEN | 546 | A revised form of order has been submitted under certification of counsel. |
| LAL, HARBANS | 1139 | A revised form of order has been submitted under certification of counsel. |
| LAMBERT, LATONYA | 1592 | A revised form of order has been submitted under certification of counsel. |
| LAMPE, MICHAEL | 5451 | A revised form of order has been submitted under certification of counsel. |
| LAMPTON, ANDRE | 921 | A revised form of order has been submitted under certification of counsel. |
| LAND, MYRA | 685 | A revised form of order has been submitted under certification of counsel. |

45

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| LANDERS, BARBARA | 3444 | A revised form of order has been submitted under certification of counsel. |
| LANDS, CHRIS | 567 | A revised form of order has been submitted under certification of counsel. |
| LANE, ESSIE | 4457 | A revised form of order has been submitted under certification of counsel. |
| LANE, FLOYD | 823 | A revised form of order has been submitted under certification of counsel. |
| LANG, ALLEN M | 1398 | A revised form of order has been submitted under certification of counsel. |
| LANGLEY, SUSANNE L | 936 | A revised form of order has been submitted under certification of counsel. |
| LAPPIN, MICHAEL | 1606 | A revised form of order has been submitted under certification of counsel. |
| LARSON, LAWRENCE E | 2590 | A revised form of order has been submitted under certification of counsel. |
| LAYTON, TRACY | 3567 | A revised form of order has been submitted under certification of counsel. |
| LE BLANC, JOSEPH | 2657 | A revised form of order has been submitted under certification of counsel. |
| LEE, BARBARA | 2434 | A revised form of order has been submitted under certification of counsel. |
| LEE, BRENDA A | 331 | A revised form of order has been submitted under certification of counsel. |
| LEE, DOROTHY | 2681 | A revised form of order has been submitted under certification of counsel. |
| LEE, DOROTHY | 897 | A revised form of order has been submitted under certification of counsel. |
| LEMMON, RODNEY | 1582 | A revised form of order has been submitted under certification of counsel. |
| LENZ, TRACY | 1157 | A revised form of order has been submitted under certification of counsel. |

46

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| LENZINI, A E | 1832 | A revised form of order has been submitted under certification of counsel. |
| LEON, AURELIA | 1586 | A revised form of order has been submitted under certification of counsel. |
| LEONARD LEWIS SALES & SERVICE LLC | 472 | A revised form of order has been submitted under certification of counsel. |
| LEVELS, GARY | 4579 | A revised form of order has been submitted under certification of counsel. |
| LEVERING, CRAIG | 563 | A revised form of order has been submitted under certification of counsel. |
| LEWIS, KELLI | 487 | A revised form of order has been submitted under certification of counsel. |
| LEWIS, LEONARD | 375 | A revised form of order has been submitted under certification of counsel. |
| LEWIS, ROY | 3221 | A revised form of order has been submitted under certification of counsel. |
| LILLY, JO MARIE | 4700 | A revised form of order has been submitted under certification of counsel. |
| LIM, ANDREW | 5242 | A revised form of order has been submitted under certification of counsel. |
| LISENBE, PATSY | 361 | A revised form of order has been submitted under certification of counsel. |
| LITTLE, KEVIN C | 607 | A revised form of order has been submitted under certification of counsel. |
| LITTLE, THOMAS H | 2425 | A revised form of order has been submitted under certification of counsel. |
| LITTLEFIELD, SUSAN P | 1568 | The hearing on this claim has been continued to February 10, 2015 starting at 9:30 a.m. (EST). |
| LOCKWOOD, MICHELE | 4023 | A revised form of order has been submitted under certification of counsel. |
| LOMBARDO, KIRSTEN | 771 | A revised form of order has been submitted under certification of counsel. |

47

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| LONG, ANGELA | 2428 | A revised form of order has been submitted under certification of counsel. |
| LONGENBERGER, JOANNA | 3702 | A revised form of order has been submitted under certification of counsel. |
| LONGORIA, JOSEFA | 2035 | A revised form of order has been submitted under certification of counsel. |
| LOPEZ, HUGO | 1996 | A revised form of order has been submitted under certification of counsel. |
| LOPEZ, IGNACIO | 4806 | A revised form of order has been submitted under certification of counsel. |
| LOPEZ, YOLANDA | 1850 | A revised form of order has been submitted under certification of counsel. |
| LORD, JAMES W | 4779 | A revised form of order has been submitted under certification of counsel. |
| LORRAINE, CHERYL | 826 | A revised form of order has been submitted under certification of counsel. |
| LOTT, SANDRA | 3011 | A revised form of order has been submitted under certification of counsel. |
| LOVE, PATRICIA D | 6172 | A revised form of order has been submitted under certification of counsel. |
| LOWE, ANNIE B | 3178 | A revised form of order has been submitted under certification of counsel. |
| LOWE, JIM | 3179 | A revised form of order has been submitted under certification of counsel. |
| LOWELL, CYM H | 1825 | A revised form of order has been submitted under certification of counsel. |
| LU, CUONG | 1493 | A revised form of order has been submitted under certification of counsel. |
| LUKACHEK-GREGG, JOAN | 199 | A revised form of order has been submitted under certification of counsel. |
| LUMAN, JANE G | 664 | A revised form of order has been submitted under certification of counsel. |

48

RLF-11356069_1

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| LUTZE, KENNETH | 2031 | A revised form of order has been submitted under certification of counsel. |
| LUTZE, KENNETH | 2032 | A revised form of order has been submitted under certification of counsel. |
| LUTZE, KENNETH | 2033 | A revised form of order has been submitted under certification of counsel. |
| LUU, JAMES | 1652 | A revised form of order has been submitted under certification of counsel. |
| LYNCH, GERALDINE C | 2072 | A revised form of order has been submitted under certification of counsel. |
| MACEDO, PAULA | 3397 | A revised form of order has been submitted under certification of counsel. |
| MACHAC, FREDDIE | 2620 | A revised form of order has been submitted under certification of counsel. |
| MACHAC, THOMAS WAYNE | 1894 | A revised form of order has been submitted under certification of counsel. |
| MACKEY, CANDICE | 4876 | A revised form of order has been submitted under certification of counsel. |
| MAGGARD, RICKY L | 2856 | A revised form of order has been submitted under certification of counsel. |
| MAGNOLIA GREEN TOWNHOME | 380 | A revised form of order has been submitted under certification of counsel. |
| MAJORS, SOPHIA LOREN | 1145 | A revised form of order has been submitted under certification of counsel. |
| MAKOVY, BECKY | 194 | A revised form of order has been submitted under certification of counsel. |
| MALLENGER, JULIET | 1895 | A revised form of order has been submitted under certification of counsel. |
| MANCUSO, GAYLE | 2688 | A revised form of order has been submitted under certification of counsel. |
| MANLEY, DOLORES C | 364 | A revised form of order has been submitted under certification of counsel. |

RLF-11356069_1

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| MANN, EDD | 1278 | A revised form of order has been submitted under certification of counsel. |
| MANNS, JEFFERY D | 5430 | A revised form of order has been submitted under certification of counsel. |
| MANVEL CHRISTIAN CHURCH | 4731 | A revised form of order has been submitted under certification of counsel. |
| MARICELA TALAVERA DBA: | 1746 | A revised form of order has been submitted under certification of counsel. |
| MARKHAM, JAMES | 547 | A revised form of order has been submitted under certification of counsel. |
| MARKS, ARLETA | 3225 | A revised form of order has been submitted under certification of counsel. |
| MARKS, MARVIN | 1646 | A revised form of order has been submitted under certification of counsel. |
| MARLIN RENTAL & MACHINE INC | 1198 | A revised form of order has been submitted under certification of counsel. |
| MARSALIS AVENUE BAPTIST CHURCH | 3443 | A revised form of order has been submitted under certification of counsel. |
| MARTIN ENTERPRISES | 2511 | A revised form of order has been submitted under certification of counsel. |
| MARTIN, AMY | 5243 | A revised form of order has been submitted under certification of counsel. |
| MARTIN, TWILLA | 4109 | A revised form of order has been submitted under certification of counsel. |
| MARTINEZ, DONNA K | 3383 | A revised form of order has been submitted under certification of counsel. |
| MARTINEZ, JOSE H | 544 | A revised form of order has been submitted under certification of counsel. |
| MARTINEZ, LORI LYN | 3366 | A revised form of order has been submitted under certification of counsel. |
| MARTINEZ, MARISOL | 1435 | A revised form of order has been submitted under certification of counsel. |

50

RLF-11356069_1

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| MASTERS, BILL | 675 | A revised form of order has been submitted under certification of counsel. |
| MASTERS, JOYCE | 674 | A revised form of order has been submitted under certification of counsel. |
| MATHEWS, R W | 2042 | A revised form of order has been submitted under certification of counsel. |
| MATHEWS, R W | 2513 | A revised form of order has been submitted under certification of counsel. |
| MATTHEW, ABRAHAM C | 6169 | A revised form of order has been submitted under certification of counsel. |
| MAURACADE, NIM | 734 | A revised form of order has been submitted under certification of counsel. |
| MAYERS, PAMELA | 209 | A revised form of order has been submitted under certification of counsel. |
| MAYFIELD, DOTTIE H | 2402 | A revised form of order has been submitted under certification of counsel. |
| MC DONALD, BOB R | 1176 | A revised form of order has been submitted under certification of counsel. |
| MCCAIN, MICHAEL | 1099 | A revised form of order has been submitted under certification of counsel. |
| MCCAINE, SHANA | 2514 | A revised form of order has been submitted under certification of counsel. |
| MCCALL, CHARLENE | 1391 | A revised form of order has been submitted under certification of counsel. |
| MCCARTY, DEBORAH | 1651 | A revised form of order has been submitted under certification of counsel. |
| MCCARTY, RICHARD | 1899 | A revised form of order has been submitted under certification of counsel. |
| MCCLANAHAN, JAMES A | 1356 | A revised form of order has been submitted under certification of counsel. |
| MCCLANAHAN, JAMES A. | 779 | A revised form of order has been submitted under certification of counsel. |

51

Energy Future Holdings Corp.
Third Omnibus (No–Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| MCCLENDON, STEPHANIE | 288 | A revised form of order has been submitted under certification of counsel. |
| MCCOY, LAURA | 1846 | A revised form of order has been submitted under certification of counsel. |
| MCCRANEY, S.D. | 1849 | A revised form of order has been submitted under certification of counsel. |
| MCDANIEL, EVA | 3171 | A revised form of order has been submitted under certification of counsel. |
| MCDONALD, VEDA | 496 | A revised form of order has been submitted under certification of counsel. |
| MCELVANY, DOROTHY | 1623 | A revised form of order has been submitted under certification of counsel. |
| MCGAUGH, J P | 1144 | A revised form of order has been submitted under certification of counsel. |
| MCGREGOR, JEFF | 3080 | A revised form of order has been submitted under certification of counsel. |
| MCHENRY, MARY | 4542 | A revised form of order has been submitted under certification of counsel. |
| MCKEEVER, KEITH | 1167 | A revised form of order has been submitted under certification of counsel. |
| MCLEAN, EVA L | 2449 | A revised form of order has been submitted under certification of counsel. |
| MEADOR, DOAK | 556 | A revised form of order has been submitted under certification of counsel. |
| MEDINA, GERARDO RAMON | 3041 | A revised form of order has been submitted under certification of counsel. |
| MEDINA, PATRICIA | 3561 | A revised form of order has been submitted under certification of counsel. |
| MEDRANO, JENNIFER CHEVON | 2215 | A revised form of order has been submitted under certification of counsel. |
| MEDRANO, LUCAS GONZALES | 2218 | A revised form of order has been submitted under certification of counsel. |

52

RLF-11356069_1

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| MENDEZ, LYRIA | 2303 | A revised form of order has been submitted under certification of counsel. |
| MENDEZ, RAUL R | 2287 | A revised form of order has been submitted under certification of counsel. |
| MENDIETA, ELENA | 387 | A revised form of order has been submitted under certification of counsel. |
| MENKING, NANCY | 1626 | A revised form of order has been submitted under certification of counsel. |
| MIDGETT, JOHN | 3128 | A revised form of order has been submitted under certification of counsel. |
| MIGUEL, JOE | 666 | A revised form of order has been submitted under certification of counsel. |
| MILES, RENA | 3817 | A revised form of order has been submitted under certification of counsel. |
| MILLER- JOHNSON, MARYANN I | 1339 | A revised form of order has been submitted under certification of counsel. |
| MILLER, AARON | 448 | A revised form of order has been submitted under certification of counsel. |
| MILLER, DAVID W | 821 | A revised form of order has been submitted under certification of counsel. |
| MILLER, DRALON | 195 | A revised form of order has been submitted under certification of counsel. |
| MILLER, KEITH | 1268 | A revised form of order has been submitted under certification of counsel. |
| MILLICAN, AMY | 4511 | A revised form of order has been submitted under certification of counsel. |
| MINYARD, MICHAEL | 2506 | A revised form of order has been submitted under certification of counsel. |
| MITCHELL, DORRIS J | 3625 | A revised form of order has been submitted under certification of counsel. |
| MITCHELL, HAZEL | 791 | A revised form of order has been submitted under certification of counsel. |

RLF-11356069_1

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| Exhibit A | | |
| MITCHELL, LISA MARIE | 2675 | A revised form of order has been submitted under certification of counsel. |
| MITCHELL, MARDELL | 4969 | A revised form of order has been submitted under certification of counsel. |
| MITCHELL, PAMELA | 2090 | A revised form of order has been submitted under certification of counsel. |
| MITCHNER, TOMMY L | 358 | A revised form of order has been submitted under certification of counsel. |
| MOEHN, PATRICIA | 4013 | A revised form of order has been submitted under certification of counsel. |
| MOLINA, ELVIRA | 3950 | A revised form of order has been submitted under certification of counsel. |
| MOLINAR, ANTONIO | 1682 | A revised form of order has been submitted under certification of counsel. |
| MOLT, JOHN PETER | 3521 | A revised form of order has been submitted under certification of counsel. |
| MONTGOMERY, DAWN | 3241 | A revised form of order has been submitted under certification of counsel. |
| MONTGOMERY, G W | 4583 | A revised form of order has been submitted under certification of counsel. |
| MONTGOMERY, LINDA | 4087 | A revised form of order has been submitted under certification of counsel. |
| MONTGOMERY, PATRICK L | 1417 | A revised form of order has been submitted under certification of counsel. |
| MOODY, BEVERLY K | 1749 | A revised form of order has been submitted under certification of counsel. |
| MOODY, SARA ANN | 2547 | A revised form of order has been submitted under certification of counsel. |
| MOORE, DARLENE | 2098 | A revised form of order has been submitted under certification of counsel. |
| MOORE, DAVID | 1762 | A revised form of order has been submitted under certification of counsel. |

RLF-11356069_1

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

## Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| MOORE, HAROLD DEE | 4181 | A revised form of order has been submitted under certification of counsel. |
| MOORE, HENRY B | 4518 | A revised form of order has been submitted under certification of counsel. |
| MOORE, JAMES | 1469 | A revised form of order has been submitted under certification of counsel. |
| MOORE, NORMA J | 2263 | A revised form of order has been submitted under certification of counsel. |
| MORALES, SANDY | 4396 | A revised form of order has been submitted under certification of counsel. |
| MORAN, SALLY L | 1407 | A revised form of order has been submitted under certification of counsel. |
| MORENO, NORA | 2363 | A revised form of order has been submitted under certification of counsel. |
| MORENO, TINA | 801 | A revised form of order has been submitted under certification of counsel. |
| MORGAN, BRENDA JOYCE | 1938 | A revised form of order has been submitted under certification of counsel. |
| MORGAN, NICOLE | 3084 | A revised form of order has been submitted under certification of counsel. |
| MORIN, SANJUANITA | 1247 | A revised form of order has been submitted under certification of counsel. |
| MORRIS, KENNETH | 2671 | A revised form of order has been submitted under certification of counsel. |
| MORRIS, ROY T | 790 | A revised form of order has been submitted under certification of counsel. |
| MORRIS, ROY T. | 788 | A revised form of order has been submitted under certification of counsel. |
| MORRISON, JUDY A | 2784 | A revised form of order has been submitted under certification of counsel. |
| MOSMEYER, GARY | 3715 | A revised form of order has been submitted under certification of counsel. |

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| MOSS, VERNETTE | 2318 | A revised form of order has been submitted under certification of counsel. |
| MOTE, C H | 3005 | A revised form of order has been submitted under certification of counsel. |
| MOTHERSHED, WILLIE | 8076 | A revised form of order has been submitted under certification of counsel. |
| MOULTON, ALLEN | 1454 | A revised form of order has been submitted under certification of counsel. |
| MOURACADE, NAIM | 735 | A revised form of order has been submitted under certification of counsel. |
| MOYERS, JAMES | 1445 | A revised form of order has been submitted under certification of counsel. |
| MULCAHY, MICHAEL | 294 | A revised form of order has been submitted under certification of counsel. |
| MULCARE, ROHAN IVOR | 2773 | A revised form of order has been submitted under certification of counsel. |
| MULHOLLAND, DAVID | 1217 | A revised form of order has been submitted under certification of counsel. |
| MULLA, MUSHTAQ A | 1220 | A revised form of order has been submitted under certification of counsel. |
| MUNIZ, VICENTE | 1309 | A revised form of order has been submitted under certification of counsel. |
| MUNOZ, ANITA | 7516 | A revised form of order has been submitted under certification of counsel. |
| MURPHY, MARY | 2622 | A revised form of order has been submitted under certification of counsel. |
| MURPHY, MARY | 2623 | A revised form of order has been submitted under certification of counsel. |
| MURPHY, VERONICA L | 858 | A revised form of order has been submitted under certification of counsel. |
| MYERS, PATRICIA | 924 | A revised form of order has been submitted under certification of counsel. |

56

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| MYERS, SARAH | 219 | The hearing on this claim has been continued to February 10, 2015 starting at 9:30 a.m. (EST). |
| NANCY PATTERSON DBA : | 3765 | A revised form of order has been submitted under certification of counsel. |
| NARVAEZ, HUMBERTO | 2185 | A revised form of order has been submitted under certification of counsel. |
| NAUGHTY & SPICE | 2804 | A revised form of order has been submitted under certification of counsel. |
| NAVA, BONNIE | 2368 | A revised form of order has been submitted under certification of counsel. |
| NEAL, KATHEY | 1499 | The hearing on this claim has been continued to February 10, 2015 starting at 9:30 a.m. (EST). |
| NEAL, RONNIE | 1015 | A revised form of order has been submitted under certification of counsel. |
| NEDD-JOHNSON, NANNETTE | 2021 | The hearing on this claim has been continued to February 10, 2015 starting at 9:30 a.m. (EST). |
| NEELY, SHAWANA | 506 | A revised form of order has been submitted under certification of counsel. |
| NEEPER, PAMELA | 1921 | A revised form of order has been submitted under certification of counsel. |
| NELSON, JAMES M | 372 | A revised form of order has been submitted under certification of counsel. |
| NELSON, JILA | 1819 | A revised form of order has been submitted under certification of counsel. |
| NETTERS, IRIS | 396 | A revised form of order has been submitted under certification of counsel. |
| NEVILL, RUTH | 978 | A revised form of order has been submitted under certification of counsel. |
| NEW BEGINNINGS UNISEX | 1146 | A revised form of order has been submitted under certification of counsel. |
| NEWMAN, LEAH | 369 | A revised form of order has been submitted under certification of counsel. |

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| NEWMAN, VICKI | 1449 | A revised form of order has been submitted under certification of counsel. |
| NEWSOME, RV | 2325 | A revised form of order has been submitted under certification of counsel. |
| NGUYEN, NAM | 1622 | A revised form of order has been submitted under certification of counsel. |
| NGUYEN, NGHIA | 1530 | A revised form of order has been submitted under certification of counsel. |
| NICHOLS, DON D | 1110 | A revised form of order has been submitted under certification of counsel. |
| NICHOLS, JAN | 508 | A revised form of order has been submitted under certification of counsel. |
| NICHOLS, MELANIE | 454 | A revised form of order has been submitted under certification of counsel. |
| NICHOLS, MELANIE | 455 | A revised form of order has been submitted under certification of counsel. |
| NICHOLS, TRUDY | 2649 | A revised form of order has been submitted under certification of counsel. |
| NICHOLSON, GLENN E | 4958 | A revised form of order has been submitted under certification of counsel. |
| NIKKO, SANDRA LAM | 1327 | A revised form of order has been submitted under certification of counsel. |
| NORTHCOTT, A R | 259 | A revised form of order has been submitted under certification of counsel. |
| NOVAK, LINDA | 307 | A revised form of order has been submitted under certification of counsel. |
| NOVELLI, CRAIG | 2548 | A revised form of order has been submitted under certification of counsel. |
| OIDA CHRISTIAN UNIVERSITY | 811 | A revised form of order has been submitted under certification of counsel. |
| OKPALA, BENNETH | 1699 | A revised form of order has been submitted under certification of counsel. |

RLF-11356069_1

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| OLBRISH, KIMBERLY | 669 | The hearing on this claim has been continued to February 10, 2015 starting at 9:30 a.m. (EST). |
| OLIVIERI, MARGARET | 3405 | A revised form of order has been submitted under certification of counsel. |
| OOTEN, STEPHANIE | 2890 | A revised form of order has been submitted under certification of counsel. |
| ORAND, CARMEN | 1553 | A revised form of order has been submitted under certification of counsel. |
| ORTEGA, AMBROCIA | 1508 | A revised form of order has been submitted under certification of counsel. |
| ORTEGO, JOHN R | 1973 | A revised form of order has been submitted under certification of counsel. |
| OSIFESO, VICKIE | 315 | A revised form of order has been submitted under certification of counsel. |
| OTTERBINE, WILLIAM | 1790 | A revised form of order has been submitted under certification of counsel. |
| OTTINGER, OTTO | 4503 | A revised form of order has been submitted under certification of counsel. |
| OWENS, MARY | 1107 | A revised form of order has been submitted under certification of counsel. |
| OWENS, VICKI | 1916 | A revised form of order has been submitted under certification of counsel. |
| PACKER, WILLIE | 1538 | A revised form of order has been submitted under certification of counsel. |
| PAGE, DINA | 1795 | A revised form of order has been submitted under certification of counsel. |
| PARDEE, KIMBERLY | 1796 | A revised form of order has been submitted under certification of counsel. |
| PARHAM, GORDON | 667 | A revised form of order has been submitted under certification of counsel. |
| PARKER, BARBARA E | 2472 | A revised form of order has been submitted under certification of counsel. |

59

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| PARKER, CHARLOTTE | 1942 | A revised form of order has been submitted under certification of counsel. |
| PARKER, MARK | 253 | A revised form of order has been submitted under certification of counsel. |
| PARWAZA, SHAIHID | 2159 | A revised form of order has been submitted under certification of counsel. |
| PATEL, JITENDRA | 5670 | A revised form of order has been submitted under certification of counsel. |
| PATTERSON, ELEANOR | 1224 | A revised form of order has been submitted under certification of counsel. |
| PATTERSON, LAVERN | 2242 | A revised form of order has been submitted under certification of counsel. |
| PATTERSON, THERESA | 4331 | A revised form of order has been submitted under certification of counsel. |
| PAYNE, RUBY | 2377 | A revised form of order has been submitted under certification of counsel. |
| PECA, MARI | 374 | A revised form of order has been submitted under certification of counsel. |
| PEDERSEN, BRENTT | 336 | A revised form of order has been submitted under certification of counsel. |
| PENA, KAREN | 932 | A revised form of order has been submitted under certification of counsel. |
| PENA, KAREN L. | 300 | A revised form of order has been submitted under certification of counsel. |
| PENA, LISA | 2731 | A revised form of order has been submitted under certification of counsel. |
| PENDER, JOHN | 1662 | A revised form of order has been submitted under certification of counsel. |
| PENNINGTON, JEAN | 2039 | A revised form of order has been submitted under certification of counsel. |
| PEREZ, CARMEN R | 1540 | A revised form of order has been submitted under certification of counsel. |

60

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| PEREZ, JUAN | 2258 | A revised form of order has been submitted under certification of counsel. |
| PEREZ, JUAN F | 3685 | A revised form of order has been submitted under certification of counsel. |
| PEREZ, SALVADOR | 1541 | A revised form of order has been submitted under certification of counsel. |
| PERKINS, JESSICA | 2822 | A revised form of order has been submitted under certification of counsel. |
| PERKINSON, CEDRIC CARL | 3364 | A revised form of order has been submitted under certification of counsel. |
| PETERS, TOMMY | 1149 | A revised form of order has been submitted under certification of counsel. |
| PETERSEN, ELIZABETH | 3195 | A revised form of order has been submitted under certification of counsel. |
| PETERSON, REGINA | 3424 | A revised form of order has been submitted under certification of counsel. |
| PETTIWAY, CEDRIC | 3415 | A revised form of order has been submitted under certification of counsel. |
| PETTY, STEPHEN | 2180 | A revised form of order has been submitted under certification of counsel. |
| PHILLIPS, BRENDA | 3746 | A revised form of order has been submitted under certification of counsel. |
| PHILLIPS, MAYNARD | 1078 | A revised form of order has been submitted under certification of counsel. |
| PICKENS, MICHAEL | 1655 | A revised form of order has been submitted under certification of counsel. |
| PINKARD, CHONG S | 2109 | A revised form of order has been submitted under certification of counsel. |
| PITRE, CHARON E | 4514 | A revised form of order has been submitted under certification of counsel. |
| PLANA, DIANA | 2780 | A revised form of order has been submitted under certification of counsel. |

61

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| PODJAN, GREGORY | 220 | A revised form of order has been submitted under certification of counsel. |
| POE FARM | 3766 | A revised form of order has been submitted under certification of counsel. |
| POE FARM LLC | 3767 | A revised form of order has been submitted under certification of counsel. |
| POINDEXTER-STEWART, WANDA J | 3343 | A revised form of order has been submitted under certification of counsel. |
| POOL, GERALD WAYNE | 2178 | A revised form of order has been submitted under certification of counsel. |
| PORTER, DONNA B | 2331 | A revised form of order has been submitted under certification of counsel. |
| POTTEIGER, CAROL | 523 | A revised form of order has been submitted under certification of counsel. |
| POTTER, LEON | 1276 | A revised form of order has been submitted under certification of counsel. |
| POWERS & BLOUNT | 430 | A revised form of order has been submitted under certification of counsel. |
| POYNTER, SHERONDA | 295 | A revised form of order has been submitted under certification of counsel. |
| POYNTZ, IAN | 4000 | A revised form of order has been submitted under certification of counsel. |
| PRENTIS, T E | 4884 | A revised form of order has been submitted under certification of counsel. |
| PREWITT, PRISCILLA | 4353 | A revised form of order has been submitted under certification of counsel. |
| PRICE, BRENDA | 1366 | A revised form of order has been submitted under certification of counsel. |
| PRICE, CASSANDRA L | 1261 | A revised form of order has been submitted under certification of counsel. |
| PRICE, JAMES E | 2127 | A revised form of order has been submitted under certification of counsel. |

62

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| PRICE, LECRESIA | 1748 | A revised form of order has been submitted under certification of counsel. |
| PRICE, LESTER | 1747 | A revised form of order has been submitted under certification of counsel. |
| PRIEVE, CHARLOTTE | 2782 | A revised form of order has been submitted under certification of counsel. |
| PROCTOR, BILL | 2634 | A revised form of order has been submitted under certification of counsel. |
| PRYOR, PATRICIA | 5661 | A revised form of order has been submitted under certification of counsel. |
| PUEBLO LEASING | 1585 | A revised form of order has been submitted under certification of counsel. |
| PUESAN, CESAR A, JR | 3090 | A revised form of order has been submitted under certification of counsel. |
| PULLEN, ROBERT | 980 | A revised form of order has been submitted under certification of counsel. |
| PURCELL, LINDA M | 1830 | A revised form of order has been submitted under certification of counsel. |
| PYLES, W D | 910 | A revised form of order has been submitted under certification of counsel. |
| QUALLS, CLIFFORD | 1517 | A revised form of order has been submitted under certification of counsel. |
| QUIGLEY, BETTY JANE | 4207 | A revised form of order has been submitted under certification of counsel. |
| QUILLIN, SUE | 2474 | A revised form of order has been submitted under certification of counsel. |
| QUIROGA, JOSEPH DOUGLAS D | 323 | A revised form of order has been submitted under certification of counsel. |
| R & S HOMES | 1429 | A revised form of order has been submitted under certification of counsel. |
| RADISEWITZ, RICHARD | 3240 | A revised form of order has been submitted under certification of counsel. |

RLF-11356069_1

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| Exhibit A | | |
| RAGAN, REBECCA | 2370 | A revised form of order has been submitted under certification of counsel. |
| RAGUSA, PAM | 2216 | A revised form of order has been submitted under certification of counsel. |
| RAHMES, MARY RUTH | 1433 | A revised form of order has been submitted under certification of counsel. |
| RAINEY, JANEICE | 944 | A revised form of order has been submitted under certification of counsel. |
| RAINS, KATHY | 7637 | A revised form of order has been submitted under certification of counsel. |
| RAMIREZ, NANCY | 2438 | A revised form of order has been submitted under certification of counsel. |
| RAMIREZ, NOLAN | 1663 | A revised form of order has been submitted under certification of counsel. |
| RAMOS, JOSEPH A | 3292 | A revised form of order has been submitted under certification of counsel. |
| RAMOS, NERISSA | 3052 | A revised form of order has been submitted under certification of counsel. |
| RAMOS, PAUL | 3293 | A revised form of order has been submitted under certification of counsel. |
| RAOUFPUR, CYRUS | 1066 | A revised form of order has been submitted under certification of counsel. |
| RAYDER, JO | 1980 | A revised form of order has been submitted under certification of counsel. |
| RAYNER, FREDERICK W | 1919 | A revised form of order has been submitted under certification of counsel. |
| REDIN, KAREN | 4898 | A revised form of order has been submitted under certification of counsel. |
| REESE, MOLLIE | 4552 | A revised form of order has been submitted under certification of counsel. |
| REEVES, BRENDA | 2829 | A revised form of order has been submitted under certification of counsel. |

64

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

## Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| REEVES, MARCUS | 3583 | A revised form of order has been submitted under certification of counsel. |
| REEVES, WILLIAM H | 1513 | A revised form of order has been submitted under certification of counsel. |
| RENFRO, JAMES | 3053 | A revised form of order has been submitted under certification of counsel. |
| REYNA, MARCOS | 714 | A revised form of order has been submitted under certification of counsel. |
| REYNOSO, ARMANDO | 5655 | A revised form of order has been submitted under certification of counsel. |
| RHODES, ROGER | 773 | A revised form of order has been submitted under certification of counsel. |
| RICE, PHIL | 851 | A revised form of order has been submitted under certification of counsel. |
| RICHARDS, MARK | 813 | A revised form of order has been submitted under certification of counsel. |
| RICHEY, CHARLES T. | 4727 | A revised form of order has been submitted under certification of counsel. |
| RILEY, BARBARA B | 4672 | A revised form of order has been submitted under certification of counsel. |
| RILEY, ROBERTA | 3384 | A revised form of order has been submitted under certification of counsel. |
| RIVAS, DANIEL | 1634 | A revised form of order has been submitted under certification of counsel. |
| ROBBINS, GINGER | 2713 | A revised form of order has been submitted under certification of counsel. |
| ROBERSON, RICKEY | 678 | A revised form of order has been submitted under certification of counsel. |
| ROBERTS, GWENDOLYN M | 3356 | A revised form of order has been submitted under certification of counsel. |
| ROBERTSON, MARSHA | 3829 | A revised form of order has been submitted under certification of counsel. |

65

RLF-11356069_1

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| ROBINSON, ANTHONY | 3618 | A revised form of order has been submitted under certification of counsel. |
| ROBINSON, CAROLYN | 2866 | A revised form of order has been submitted under certification of counsel. |
| ROBINSON, DESIREE | 1132 | A revised form of order has been submitted under certification of counsel. |
| ROBINSON, GLENDA N | 2549 | A revised form of order has been submitted under certification of counsel. |
| ROCK N H FAMILY PLACE LLC | 3768 | A revised form of order has been submitted under certification of counsel. |
| ROCK N H FAMILY PLACE LLC | 3769 | A revised form of order has been submitted under certification of counsel. |
| RODGERS, TENA | 2343 | A revised form of order has been submitted under certification of counsel. |
| RODRIGUEZ, CYNTHIA | 3635 | A revised form of order has been submitted under certification of counsel. |
| RODRIGUEZ, GLORIA | 1236 | A revised form of order has been submitted under certification of counsel. |
| RODRIGUEZ, LEO | 333 | A revised form of order has been submitted under certification of counsel. |
| RODRIQUEZ, ROY | 814 | A revised form of order has been submitted under certification of counsel. |
| ROGERS BAGNALL, NORMA R | 2932 | A revised form of order has been submitted under certification of counsel. |
| ROJAS, ISABEL G | 2294 | A revised form of order has been submitted under certification of counsel. |
| ROLAND, LAURA | 463 | A revised form of order has been submitted under certification of counsel. |
| ROMINE, CYNTHIA C | 986 | A revised form of order has been submitted under certification of counsel. |
| ROMO, ERNESTINA | 2585 | A revised form of order has been submitted under certification of counsel. |

66

RLF-11356069_1

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| ROSE NOVELTY COMPANY | 1564 | A revised form of order has been submitted under certification of counsel. |
| ROSE, ELIZABETH | 748 | A revised form of order has been submitted under certification of counsel. |
| ROSSER, SANDY | 1304 | A revised form of order has been submitted under certification of counsel. |
| ROXXI ACCESSORIES INC | 2360 | A revised form of order has been submitted under certification of counsel. |
| ROYAL, FORREST J | 2038 | Response filed on December 29, 2014. [Docket No. 3154]. A revised form of order has been submitted under certification of counsel. |
| RUDY, STEVEN | 2348 | A revised form of order has been submitted under certification of counsel. |
| RUEB, DON E | 3435 | A revised form of order has been submitted under certification of counsel. |
| RUSSELL, MARGREET | 2298 | A revised form of order has been submitted under certification of counsel. |
| RUSSELL, SYLVIA | 242 | A revised form of order has been submitted under certification of counsel. |
| RUSSO, MARIE C | 1512 | A revised form of order has been submitted under certification of counsel. |
| SAILER, KATHY | 4135 | A revised form of order has been submitted under certification of counsel. |
| SALDIVAR, ELIZABETH | 2408 | A revised form of order has been submitted under certification of counsel. |
| SALERNO, STEPHEN | 280 | A revised form of order has been submitted under certification of counsel. |
| SALIN, EVELYN | 2105 | A revised form of order has been submitted under certification of counsel. |
| SALINAS, SANDRA | 1436 | A revised form of order has been submitted under certification of counsel. |

67

RLF-11356069_1