## EXHIBIT E

Energy Future Holdings Corp.
Fifth Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| Exhibit 1 to Exhibit A | | |
| Arriaga, Maria | 863 | A certification of no objection has been filed. |
| Apsire Day Habilitation Services | 1630 | A certification of no objection has been filed. |
| Baker, Chelsea | 2412 | A certification of no objection has been filed. |
| Bennett, Christopher | 1257 | A certification of no objection has been filed. |
| Charles, Anna | 485 | A certification of no objection has been filed. |
| Christensen, Shirley | 1287 | A certification of no objection has been filed. |
| Clevenger, Rena | 447 | A certification of no objection has been filed. |
| Collins, Janet A | 966 | A certification of no objection has been filed. |
| Everett, Joshua | 1891 | A certification of no objection has been filed. |
| Gerald, Patrick N | 284 | A certification of no objection has been filed. |
| German, Sherry | 964 | A certification of no objection has been filed. |
| Gonzalez, Paul | 981 | A certification of no objection has been filed. |
| Graves, Frances | 729 | A certification of no objection has been filed. |
| Guthrie, Howard | 276 | A certification of no objection has been filed. |
| Harlow, Edie | 965 | A certification of no objection has been filed. |
| Heath, Melissa | 292 | A certification of no objection has been filed. |
| Hill, Paula | 624 | A certification of no objection has been filed. |
| Hollis, Lacy | 718 | A certification of no objection has been filed. |
| Jackson, Carl | 234 | A certification of no objection has been filed. |
| Lee, Donald G | 1870 | A certification of no objection has been filed. |
| Loftin, Marlaine | 991 | A certification of no objection has been filed. |
| Lott, Sharlene | 825 | A certification of no objection has been filed. |
| Nelson, Kelly | 373 | A certification of no objection has been filed. |
| Petrova, Valeria M | 1248 | A certification of no objection has been filed. |
| Ramirez, Ubaldo | 3721 | A certification of no objection has been filed. |
| Sanders, Yoneda | 2984 | A certification of no objection has been filed. |
| Tippens, Eskray | 800 | A certification of no objection has been filed. |
| Vanworth, Chris | 282 | A certification of no objection has been filed. |
| Verrengia, Ashton | 1917 | A certification of no objection has been filed. |
| Villagomez, Carolina | 1168 | A certification of no objection has been filed. |
| White, Margaret | 1628 | A certification of no objection has been filed. |
| Williams, Alyssa | 608 | A certification of no objection has been filed. |
| Wilson, Bobby C | 768 | A certification of no objection has been filed. |

11354919_1