# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | § Chapter 11 |
| | § |
| ENERGY FUTURE HOLDINGS CORP., et al.,[1] | § Case No. 14-10979 (CSS) |
| | § |
| | § Jointly Administered |
| Debtor. | § **Reference Docket No.** 3017 |

## ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF PHILLIPS, GOLDMAN & SPENCE, P.A. AS DELAWARE COUNSEL TO THE FEE COMMITTEE

AND NOW, upon the annexed application, (the "Application") of the Fee Committee herein for entry of an order pursuant to sections 327 and 328 of title 11, United States Code (the "Bankruptcy Code"), authorizing the Fee Committee to employ and to retain the law firm of Phillips, Goldman & Spence, P.A. ("PG&S") as Delaware counsel in this case, *nunc pro tunc* to November 21, 2014, and upon the affidavit of Stephen W. Spence, a shareholder of the firm of PG&S, (collectively the "Spence Affidavit"); and the Court being satisfied based on the representations made in the Application and the Spence Affidavit that PG&S neither holds nor represents any interest adverse to the estates of the Debtors, that they are disinterested persons as that term is defined in section 101(14) of the Bankruptcy Code and that their employment is necessary and would be in the best interests of the estates herein; and due notice of the Application having been given, and it appearing that no other notice need be given; and after due deliberation and sufficient cause appearing therefore, it is:

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these Chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

ORDERED that the Application is approved, as set forth herein; and it is further

ORDERED that, pursuant to section 327 (a) of the Bankruptcy Code, the Fee Committee is authorized to employ and retain PG&S as Delaware counsel to the Fee Committee, *nunc pro tunc* to November 21, 2014; and it is further

ORDERED that PG&S shall file applications and be compensated in accordance with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the required U.S. Trustee Guidelines and such other procedures as may be fixed by order of this Court. PG&S shall make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the UST Guidelines, both in connection with this Application and the interim and final fee applications to be filed by PG&S in these chapter 11 cases. ; and it is further

ORDERED that that, notwithstanding anything to the contrary in the Application, Declaration or Engagement Agreement, during the course of the Bankruptcy case, PG&S shall not be reimbursed for any secretarial or other overtime charges.

Dated: Wilmington, Delaware
January 7, 2015

THE HONORABLE CHRISTOPHER S. SONTCHI
U.S. Bankruptcy Court Judge

12692197.1