IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) | (Jointly Administered) |

**CERTIFICATION OF COUNSEL REGARDING ORDER
APPROVING STIPULATION FURTHER EXTENDING DEADLINE
TO ASSUME OR REJECT A CERTAIN NONRESIDENTIAL REAL
PROPERTY LEASE UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE**

The undersigned hereby certifies as follows:

1. On July 23, 2014, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order, Pursuant to Section 365(d)(4) of the Bankruptcy Code, Extending Their Time to Assume or Reject Unexpired Leases of Nonresidential Real Property* [D.I. 1680] (the "Extension Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

2. On August 11, 2014, the Bankruptcy Court entered the *Order, Pursuant to Section 365(d)(4) of the Bankruptcy Code, Extending the Debtors' Time to Assume or Reject Unexpired Leases of Nonresidential Real Property* [D.I. 1803] (the "Extension Order"). Pursuant to the Extension Order, the Bankruptcy Court granted the Extension Motion and

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

extended the Debtors' time to elect to assume or reject the Unexpired Leases,[2] pursuant to section 365(d)(4) of the Bankruptcy Code, through and including November 25, 2014. The Extension Order further provided that the extension of time provided therein was "without prejudice to the Debtors' rights to seek further extensions of their time to assume or reject their Unexpired Leases as provided in section 365(d)(4) of the Bankruptcy Code." *See* Extension Order, ¶ 4.

3. TXU Energy Retail Company LLC ("TXU"), one of the above-captioned Debtors, and Lexington Acquiport Colinas L.P. ("Lexington" and, together with TXU, the "Parties") are parties to that certain Lease, dated November 26, 2007 (the "Lease"), for premises located at 6555 Sierra, Irving, Texas 75309.

4. Subsequent to the entry of the Extension Order, the Parties conferred and agreed to a further extension of the Debtors' time to elect to assume or reject the Lease. As a result of the Parties' agreements (and related submission to the Bankruptcy Court), on October 30, 2014, the Bankruptcy Court entered the *Order Extending Deadline to Assume or Reject a Certain Nonresidential Real Property Lease Under Section 365(d)(4) of the Bankruptcy Code* [D.I. 2640] (the "Further Extension Order"), thereby extending the period by which the Debtors must assume or reject the Lease through and including January 26, 2015.

5. Subsequent to the entry of the Further Extension Order, the Parties again conferred and agreed to a further extension of the Debtors' time to elect to assume or reject the Lease. Based on those discussions, the Parties have entered into that certain *Stipulation Further Extending Deadline to Assume or Reject a Certain Nonresidential Real Property Lease Under Section 365(d)(4) of the Bankruptcy Code* (the "Stipulation"). Pursuant to the Stipulation, the

---

[2] Capitalized terms used, but not otherwise defined herein, shall be given the same meaning ascribed to them in the Extension Motion.

Parties have agreed that the Debtors' time to determine whether to assume or reject the Lease under section 365(d)(4) of the Bankruptcy Code is extended to, and includes, February 17, 2015. The Debtors believe that the Stipulation is in the best interests of their estates and should be approved. A proposed form of order (the "Proposed Order") approving the Stipulation is attached hereto as **Exhibit A**. A copy of the Stipulation is attached to the Proposed Order as **Exhibit 1**.

*[Remainder of page intentionally left blank.]*

RLF1 11358708v.1

WHEREFORE, the Debtors respectfully request that the Bankruptcy Court enter the Proposed Order, substantially in the form attached hereto as **Exhibit A**, at its earliest convenience.

Dated: January 9, 2015
       Wilmington, Delaware

/s/ *[signature]*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
Email:  collins@rlf.com
      defranceschi@rlf.com
      madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
Email:  edward.sassower@kirkland.com
      stephen.hessler@kirkland.com
      brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
Email:  james.sprayregen@kirkland.com
      marc.kieselstein@kirkland.com
      chad.husnick@kirkland.com
      steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*