**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered) |

**FIRST SUPPLEMENTAL DECLARATION OF BRADLEY A. ROBINS IN SUPPORT
OF APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION
AND EMPLOYMENT OF GREENHILL & CO., LLC AS INDEPENDENT FINANCIAL
ADVISOR TO DEBTORS AND DEBTORS IN POSSESSION ENERGY FUTURE
COMPETITIVE HOLDINGS COMPANY LLC AND TEXAS COMPETITIVE
ELECTRIC HOLDINGS COMPANY LLC EFFECTIVE NUNC PRO TUNC TO
NOVEMBER 17, 2014**

I, Bradley A. Robins, state the following under penalty of perjury:

1.    I am a Managing Director and the Head of Financing Advisory & Restructuring for North America for the firm of Greenhill & Co., LLC ("**Greenhill**"), whose principal office is located at 300 Park Avenue, New York, New York 10022.

2.    I submit this supplemental declaration (the "**First Supplemental Declaration**") to supplement the disclosures contained in the *Declaration of Bradley A. Robins in Support of Application for Entry of an Order Authorizing the Retention and Employment of Greenhill & Co., LLC as Independent Financial Advisor to Debtors and Debtors in Possession Energy Future Competitive Holdings Company and Texas Competitive Electric Holdings Company LLC Effective Nunc Pro Tunc to November 17, 2014* (the "**Initial Declaration**"), submitted as *Exhibit*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

*C* to the *Application of Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC for Entry of an Order Authorizing Them to Retain and Employ Greenhill & Co., LLC as Independent Financial Advisor Effective Nunc Pro Tunc to November 17, 2014* (the "**Application**")[2] [D.I. 3062] filed by debtors and debtors-in-possession Energy Future Competitive Holdings Company LLC ("**EFCH**") and Texas Competitive Electric Holdings Company LLC ("**TCEH**" and together with EFCH and their debtor subsidiaries, the "**TCEH Debtors**") on December 17, 2014.  I submit this First Supplemental Declaration on behalf of Greenhill in compliance with §§ 327 and 328 of the Bankruptcy Code and to provide the disclosures required under Bankruptcy Rules 2014(a), 2016 and 5002, and Local Rules 2014-1 and 2016-2 in further support of the Application.  Unless otherwise stated in this First Supplemental Declaration or the Initial Declaration, I have personal knowledge of the facts set forth herein or have been informed of such matters by professionals at Greenhill.

3.      To the extent any information disclosed herein requires amendment or modification upon Greenhill's completion of further review or as additional party-in-interest information becomes available to it, a further supplemental declaration reflecting such amended or modified information will be submitted to the Court.

**Greenhill's Disinterestedness**

4.      As set forth in the Initial Declaration, and in connection with its proposed retention by the TCEH Debtors in these cases, Greenhill has undertaken an ongoing analysis to determine whether it has any conflicts or other relationships that might affect Greenhill's status as a "disinterested person" as that term is defined in § 101(14) of the Bankruptcy Code or cause Greenhill to hold or represent interests adverse to the TCEH Debtors.

---

[2]      Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

5.      Specifically, Greenhill has received from the Debtors and/or their representatives, a list of the names of individuals and entities that may be parties-in-interest in these chapter 11 cases (the "**Potential Parties in Interest**").  Such list is attached hereto as **Exhibit 1**.

6.      Based on the results of its review, to the best of my knowledge, information and belief, Greenhill does not have an active client relationship with any of the Potential Parties in Interest in matters relating to the Debtors, their estates or the chapter 11 cases.  However, within the past twelve months Greenhill has had or continues to have client relationships with certain Potential Parties in Interest, a list of which is set forth in **Exhibit 2** attached hereto.  To the best of my knowledge, information and belief, Greenhill's services to these parties were and are wholly unrelated to the Debtors, their estates or the chapter 11 cases.  Further, to the best of my knowledge, information and belief, no individual assignment accounts for more than 5% of Greenhill's annual revenue.

7.      As part of its business, Greenhill appears in numerous cases, proceedings and transactions involving attorneys, accountants, investment bankers, financial advisors and financial consultants, some of whom may represent claimants and Potential Parties in Interest in these chapter 11 cases.  Furthermore, Greenhill has in the past been, and may in the future be, represented by attorneys and law firms in the legal community, some of whom may be involved in these proceedings.  In addition, Greenhill has in the past worked, and likely will in the future work, with or opposite other professionals involved in these cases in matters unrelated to these cases.  Based on my current knowledge of the professionals involved, and to the best of my knowledge, information and belief, none of these business relationships create a conflict of interest regarding the Debtors, their estates or the chapter 11 cases.

8.      Certain members of the Greenhill team assigned to work on this matter have mortgages, consumer loans, insurance, credit cards, investment, brokerage accounts or other banking,

brokerage, or other customer relationships with institutions that are creditors, equity holders or other Potential Parties in Interest in these chapter 11 cases or with mutual or other type of funds sponsored by or affiliated with such parties. A list of such relationships is attached hereto as **Exhibit 3(a)**. Greenhill does not believe that these relationships create a conflict of interest regarding the Debtors or the chapter 11 cases.

9.      Certain members of the Greenhill team assigned to work on this matter and/or their immediate family members may directly hold debt or equity securities issued by creditors, equity holders or other Potential Parties in Interest in these chapter 11 cases. A list of such holdings by members of the Greenhill team assigned to work on this matter is attached hereto as **Exhibit 3(b)**.[3] To the best of my knowledge, information and belief: (i) none of these professionals' holdings would be considered material from the perspective of the issuers of such debt or equity securities (they are all well-below 5% of the shares outstanding), and (ii) no professional employed by Greenhill holds a material interest in debt or equity securities issued by the Debtors. In addition, Greenhill Capital Partners LLC, an affiliate of the Company, is the general partner of the general partner of Greenhill Capital Partners Private Equity Fund II, which holds an equity investment in Stroz Freidberg, a non-public company identified as a Potential Party in Interest. Greenhill does not believe that this holding creates a conflict of interest regarding the Debtors or the chapter 11 cases.

10.      Certain members of the Greenhill team assigned to work on this matter were formerly employed by other investment banking, financial services or other professional services firms that are among, or represent other parties that are among, the creditors, equity holders or other Potential Parties in Interest in these chapter 11 cases. A list of such former employers with respect to members

---

[3]      For avoidance of doubt, this list includes only direct holdings and does not include debt or equity securities indirectly held or controlled through mutual funds. A list of the mutual fund institutions in which such professionals have holdings is set forth in Exhibit 3(a).

of the Greenhill team assigned to work on this matter is attached hereto as **Exhibit 3(c)**. While employed by other firms, certain professionals presently employed by Greenhill may have represented creditors, equity holders or other Potential Parties in Interest in these chapter 11 cases in connection with matters unrelated to the Debtors and the chapter 11 cases. Greenhill does not believe that these matters create a conflict of interest regarding the Debtors, their estates or the chapter 11 cases.

11.    In the course of its operations, during the past twelve months, Greenhill has utilized and/or continues to utilize the services and products of various vendors, service providers and/or manufacturers, some of which appear on the list of Potential Parties in Interest. A list of the Potential Parties in Interest that have or continue to provide services to Greenhill during the past twelve months is attached hereto as **Exhibit 3(d)**. Greenhill does not believe that these relationships create a conflict of interest regarding the Debtors, their estates or the chapter 11 cases.

12.    To the best of my knowledge, information and belief, except as set forth herein, neither Greenhill nor I, nor any other member of Greenhill team who has been assigned to work on this matter has any connection with or holds any interest adverse to the Debtors, their estates or the Potential Parties in Interest in that Greenhill and its employees:

(a)    are not creditors, equity security holders, or insiders of any of the Debtors;

(b)    were not, within two years before the date of filing of the Debtors' chapter 11 petitions, a director, officer, or employee of any of the Debtors; and

(c)    do not have an interest materially adverse to the Debtors, their respective estates, or any class of creditors or equity security holders by reason of any direct or indirect relationship to, connection with, or interest in any of the Debtors, or for any other reason.

13.    To the best of my knowledge, information, and belief, Greenhill has not been retained to assist any entity or person other than the TCEH Debtors on matters relating to, or in direct

connection with, these chapter 11 cases.  If Greenhill's proposed retention by the TCEH Debtors is

approved by the Court, Greenhill will not accept any engagement or perform any service for any

entity or person other than the TCEH Debtors in these chapter 11 cases.  Greenhill will, however,

continue to provide professional services to entities or persons that may be creditors of the Debtors or

Potential Parties in Interest in these chapter 11 cases, provided that such services do not relate to, or

have any direct connection with, these chapter 11 cases or the TCEH Debtors.  Within the past

twelve months, Greenhill has had or continues to have client relationships with certain Potential

Parties in Interest listed on **Exhibit 2** hereto.  As disclosed herein, such services are unrelated to

the Debtors, their estates or the chapter 11 cases.

14.     I am not related or connected to and, to the best of my knowledge, information and

belief, no other professional of Greenhill who has been assigned to work on this engagement is

related or connected to, any United States Bankruptcy Judge for the District of Delaware, any of the

District Judges for the District of Delaware, the U.S. Trustee, or any employee in the Office of the

U.S. Trustee.

15.     To the best of my knowledge, information and belief, except as set forth herein, none

of the employees of Greenhill assigned to work on this engagement has had, or will have in the

future, direct contact concerning these chapter 11 cases with the Debtors' creditors, Potential Parties

in Interest, the U.S. Trustee, or anyone employed in the Office of the U.S. Trustee, other than in

connection with performing financial advisory services on behalf of the TCEH Debtors.

16.     As a result, insofar as I have been able to ascertain and except as specifically

disclosed herein and in the Initial Declaration, Greenhill does not hold or represent any interests

adverse to the Debtors' estates and, to the best of my knowledge, information and belief, remains

a "disinterested person" as that term is defined in § 101(14), as modified by § 1107(b), of the

Bankruptcy Code.

17.    If Greenhill discovers any additional information that requires disclosure, Greenhill will promptly file a supplemental declaration with the Court.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: January 9, 2015

Respectfully submitted,

/s/ Bradley A. Robins
Bradley A. Robins, Manager Director,
Greenhill & Co., LLC