| Exhibit 2 ||
|---|---|
| **Bankruptcy Names** | **Greenhill Client Names** |
| Abu Dhabi Investment Authority | Mubadala Development Company PJSC ("Mubadala"), Abu Dhabi Sovereign Wealth Fund |
| Aegis Communications Group | Dentsu Aegis Network Ltd (Dentsu Inc.) |
| Aegis Communications Group Inc. | |
| Aegis Insurance Services | |
| ALCOA | Alcoa, Inc. |
| Alcoa | |
| Alcoa | |
| ALCOA Inc. | |
| Ares | Ares Management |
| Ares Management LP | |
| AT&T | AT&T, Inc. |
| AT&T Corp. | |
| AT&T Global Information Solutions | |
| AT&T Inc. | |
| AT&T Internet Services Inc. | |
| AT&T Mobility | |
| AT&T Mobility LLC | |
| AT&T Opus | |
| AT&T Opus Billing Department | |
| CPP Investment Board (USRE II) Inc. | CPP Global plc |
| Enlink Midstream Operating LP | EnLink Midstream, LLC/EnLink Midstream Partners, LP (our client was Crosstex Energy, which merged with Deveon Energy in March 2014, and is now known as EnLink Midstream) |
| General Retirement System of The City of Detroit | Detroit Retirement Systems |
| GFI | GFI Group Inc. |
| GFI Group Inc. | |
| Grainger | Grainger plc |
| Grainger | |
| Hitachi Data Systems | Hitachi, Ltd. |
| Hitachi Data Systems Corp. | |
| Hitachi Data Systems Credit Corp. | |
| Hitachi Power Systems America | |
| ING (L) Flex-Senior Loans | ING US Inc. |
| ING Capital LLC | |
| ING Capital Market LLC | |
| ING Financial Markets LLC | |
| ING Funds | |
| ING International (II) - Senior Loans | |
| ING Investment Management CLO II Ltd. | |
| ING Investment Management CLO III Ltd. | |
| ING Investment Management CLO IV Ltd. | |
| ING Investment Management CLO V Ltd. | |
| ING Investment Management LLC | |
| ING Investment Trust Co. Plan For Employee Benefit Investment Funds - Senior Loan Fund | |
| ING Investments | |
| ING Investments LLC (Arizona) | |
| ING Investments Management Co. | |
| ING Prime Rate Trust | |
| Kinder Morgan | Kinder Morgan Energy Partners LP |
| Kinder Morgan Inc. | |
| Kinder Morgan Interstate Gas Transmission LLC | |
| Kinder Morgan Tejas Pipeline LLC | |
| KKR | KKR Asset Management Partners LLP |
| KKR & Co. LP | KKR |
| KKR 2006 Fund LP | |
| KKR Asset Management LLC | |
| KKR Associates Reserve LLC | |
| KKR Capital Markets | |
| KKR Debt Investors II (2006) (Ireland) LP | |
| KKR Financial CLO 2005 2 Ltd. | |
| KKR Financial CLO 2005-1 Ltd. | |
| KKR Financial CLO 2006-1 Ltd. | |
| KKR Financial CLO 2007-1 Ltd. | |
| KKR Financial CLO 2007-A Ltd. | |
| KKR Financial Holdings LLC | |
| KKR Partners III LP | |

| | |
|---|---|
| KKR PEI Investments LP | |
| Macquarie Bank Ltd. | Macquarie Advanced Investment Limited |
| Macquarie Bank Ltd. | |
| Macquarie Bank Ltd.-Sydney Head Office | |
| Macquarie Futures | |
| Macquarie Futures USA Inc. | |
| Macquarie Futures USA LLC | |
| Qantas Superannuation Plan | Qantas Airway Limited |
| Sulzer Pumps | Sulzer Ltd |
| Sulzer Pumps (US) Inc. | |
| Verizon | Verizon |
| Verizon Business | |
| Verizon Southwest | |
| Verizon Wireless | |
| Ten additional Potential Parties in Interest that were advised on confidential matters unrelated to the Debtors (names available on a confidential basis) | |