**Exhibit 3(a)**

**Bank and Credit Card Accounts:**
Bank of America
Capital One
Citibank NA
J.P. MorganChase Bank
MasterCard Inc.

**Brokerage Accounts:**
Bank of America
Computershare Trust Company NA
Credit Suisse
Fidelity
Goldman Sachs
J.P. MorganChase Bank
UBS Global Asset Management
USAA
Vanguard

**Home Mortgages:**
Citigroup
JP Morgan
Wells Fargo

**Insurance Policies:**
Chubb Atlantic Indemnity Limited
Northwestern Mutual Life Insurance
USAA

**Mutual Fund Investments through Funds managed by the following:**
Alliance Bernstein
Avenue Capital
Eaton Vance
Fidelity
Goldman Sachs
Janus Capital
Loomis Sayles
Lord Abbot
PIMCO
York Capital Fund
Dodge & Cox
Sound Shore Management
Columbia Management
T. Rowe Price
Muhlenkamp and Company

Teton Advisors
Baron Funds
Quaker Funds
Fairholme Funds
DoubleLine
Dimensional Fund Advisors (DFA)
Matisse Funds
Charles Schwab
Vanguard
Guggenheim
Matthews Asia
Oppenheimer
First Eagle Funds
Blackrock
Aston Funds
Causeway Funds
Delaware Investments
Federated Investors
Oakmark Funds
Harbor Funds
JP Morgan
Massachusetts Investors
MFS Mutual Funds
Wells Fargo