**Exhibit 3(b)**

| Bankruptcy Names | Deal Team Member Holdings |
| --- | --- |
| American Electric Power Inc.<br>American Electric Power Service Corp. | American Electric Power Inc |
| Apple | Apple Inc |
| AT&T<br>AT&T Corp.<br>AT&T Global Information Solutions<br>AT&T Inc.<br>AT&T Internet Services Inc.<br>AT&T Internet Services Inc.<br>AT&T Mobility<br>AT&T Mobility LLC<br>AT&T Opus<br>AT&T Opus<br>AT&T Opus Billing Department | AT&T |
| Caterpillar Financial<br>Caterpillar Financial Corp.<br>Caterpillar Financial Services Corp.<br>Caterpillar Financial Services Inc.<br>Caterpillar Global Mining<br>Caterpillar Global Mining Equipment LLC<br>Caterpillar Global Mining Field Services LLC<br>Caterpillar Global Mining LLC<br>Caterpillar Inc. | Caterpillar Inc |
| Chevron Corp.<br>Chevron Natural Gas<br>Chevron Natural Gas, a division of Chevron USA Inc.<br>Chevron Pipeline Co.<br>Chevron USA Inc.<br>Chevron/Texaco | Chevron Corporation |
| Citigroup<br>Citigroup<br>Citigroup<br>Citigroup Alternative Investments Corp. | |

| Bankruptcy Names | Deal Team Member Holdings |
|---|---|
| Citigroup Alternative Investments LLC | |
| Citigroup Energy Inc | |
| Citigroup Energy Inc. | |
| Citigroup Energy Inc. | Citigroup |
| Citigroup Financial Products Inc. | |
| Citigroup Global Markets Inc. | |
| Citigroup Global Markets Inc. | |
| Citigroup Global Markets Inc. | |
| Citigroup Global Markets Inc. | |
| Citigroup Inc. | |
| Citigroup Pension Plan | |
| Coca Cola Enterprises | Coca-cola Company |
| Coca-Cola Bottling of North Texas | |
| Coca-Cola Co., The | |
| Coca Cola Co. Master Retirement Trust, The | |
| Austin Coca Cola Bottling Co. | |
| Southwest Coca-Cola Bottling Co. | |
| Crestwood Midstream Partners LP | Crestwood Midstream Partners LP |
| DCP Midstream LP | DCP Midstream Partners LP |
| DCP Midstream Marketing, LLC | |
| EMC Corp. | |
| EMC Corp. | EMC Corp |
| EMC Corp. | |
| Enbridge Energy Partners LP | Enbridge Energy Management |
| Enterprise Products Operating LLC | Enterprise Products Partners |
| Exxon Mobil Corp. | Exxon Mobile Corp |
| Exxon Mobil Corp. | |
| General Electric Co. | |
| General Electric Co. | General Electric |
| General Electric International Inc. | |
| General Electric Pension Trust | |
| General Motors Canadian Hourly Rate Employees Pension Plan, The | |
| General Motors Canadian Retirement Program For Salaried Employees, The | |

| Bankruptcy Names | Deal Team Member Holdings |
|---|---|
| General Motors Corp.<br>General Motors Fleet & Commercial<br>General Motors Hourly Rate Employes Pension Trust, The<br>General Motors LLC | General Motors |
| Goldman Sachs<br>Goldman Sachs<br>Goldman Sachs & Co.<br>Goldman Sachs & Co.<br>Goldman Sachs & Co.<br>Goldman Sachs Credit<br>Goldman Sachs Financial Square Government Fund<br>Goldman Sachs Fund Group<br>Goldman Sachs Lending Partners LLC<br>Goldman Sachs Trust II Goldman Sachs Multi Manager Alternatives Fund<br>J.Aron/Goldman Sachs | Goldman Sachs Group Inc |
| Google<br>Google Inc. | Google Inc |
| International Business Machines Corp. | International Business Machines |
| Ethicon Inc., a Johnson & Johnson Co. | Johnson & Johnson |
| Johnson Controls<br>Johnson Controls Inc.<br>York, a Johnson Controls Co.<br>Johnson Controls/York | Johnson Controls |
| JP Morgan<br>JP Morgan<br>JP Morgan<br>JP Morgan<br>JP Morgan Chase & Co.<br>JP Morgan Chase Bank<br>JP Morgan Chase Co.<br>JP Morgan Chase NA<br>JP Morgan Investment Management<br>JP Morgan Investment Management Inc.<br>JP Morgan Investment Management Inc. | |

| Bankruptcy Names | Deal Team Member Holdings |
|---|---|
| JP Morgan Leveraged Loans Master Fund LP | JPMorgan Chase & Co |

| Bankruptcy Names | Deal Team Member Holdings |
|---|---|
| JP Morgan Private Bank | |
| JP Morgan Securities Inc. | |
| JP Morgan Securities LLC | |
| JP Morgan Securities LLC | |
| JP Morgan Securities LLC | |
| JP Morgan Securities LLC (Broker) | |
| JP Morgan Whitefriars Inc. | |
| JP Morgan Whitefriars Inc. | |
| LVIP-JP Morgan High Yield Fund | |
| Louisiana State Employees' Retirement System (JP Morgan) | |
| JP Morgan Whitefriars Inc. | |
| Kinder Morgan | |
| Kinder Morgan Inc. | |
| Kinder Morgan Interstate Gas Transmission LLC | Kinder Morgan Inc |
| Kinder Morgan Tejas Pipeline LLC | |
| Kinder Morgan Texas Pipeline LLC | |
| Lazard | |
| Lazard | Lazard Limited LP |
| Lazard Freres & Co. LLC | |
| Microsoft Corp. | |
| Microsoft Corp. | |
| Microsoft Global Finance Ltd. | |
| Microsoft Licensing GP | Microsoft |
| Microsoft Licensing GP | |
| Microsoft Services | |
| NextEra Energy Power Marketing | |
| NextEra Energy Power Marketing | |
| NextEra Energy Power Marketing LLC | NextEra Energy |
| NextEra Energy Resources LLC | |
| Occidental Chemical Corp. | |
| Occidental Chemical Corp. | |
| Occidental Electrochemicals Corp. | Occidental Petroleum Corp |
| Occidental Energy Marketing Inc. | |
| Occidental Power Services Inc. | |

| Bankruptcy Names | Deal Team Member Holdings |
|---|---|
| Qualcomm Global Trading Inc.<br>Qualcomm Global Trading Pte Ltd. | Qualcomm Inc |
| Sempra Energy Trading LLC | Sempra Energy |
| Sunoco Inc.<br>Sunoco Inc. (R&M) | Sunoco Logistics Partners |
| Thornburg Investment<br>Thornburg Investment Income Builder Fund | Thornburg Mtg Inc |
| UBS<br>UBS Global Asset Management (Americas) Inc.<br>UBS Securities LLC<br>UBS O'Connor LLC<br>UBS AG<br>UBS AG - Stamford, CT Branch<br>UBS GAM US - State of Connecticut Retirement Plans & Trust Funds<br>UBS Securities<br>UBS Stamford Branch TRS | UBS AG |
| Verizon<br>Verizon<br>Verizon Business<br>Verizon Business<br>Verizon Business<br>Verizon Southwest<br>Verizon Southwest<br>Verizon Southwest<br>Verizon Wireless<br>Verizon Wireless<br>Verizon Wireless | Verizon Communications Inc |
| Waste Management<br>Waste Management Lewisville Hauling<br>Waste Management National Services Inc.<br>Waste Management of Fort Worth<br>Waste Management of Texas Inc. | Waste Management Inc |
| Wells Fargo<br>Wells Fargo & Co. Master Pension Trust | |

| Bankruptcy Names | Deal Team Member Holdings |
|---|---|
| Wells Fargo Advantage High Income Fund | |
| Wells Fargo Advantage High Yield Bond Fund | |
| Wells Fargo Advantage Income Opportunities Fund | |
| Wells Fargo Advantage Multi-Sector Income Fund | |
| Wells Fargo Advantage Strategic Income Fund | |
| Wells Fargo Advantage Utilities & High Income Fund | |
| Wells Fargo Bank | |
| Wells Fargo Bank NA | |
| Wells Fargo Bank Northwest NA | |
| Wells Fargo Bank Northwest NA | |
| Wells Fargo Bank Northwest NA | Wells Fargo & Co |
| Wells Fargo Bank Northwest NA | |
| Wells Fargo Bank Northwest NA | |
| Wells Fargo Commodities LLC | |
| Wells Fargo Credit Inc. | |
| Wells Fargo Dealer Services Inc. | |
| Wells Fargo Equipment Finance Inc. | |
| Wells Fargo Floating Rate Loan Fund | |
| Wells Fargo Home Mortgage | |
| Wells Fargo Rail Car | |
| First Union Rail Corp, a Wells Fargo Co. | |
| First Union Rail Corp, a Wells Fargo Co. | |
| | Western Gas Equity Partners |
| Western Gas Resources Inc. | Western Gas Partners LP |