## Exhibit 3(c) - Former Employers

Credit Suisse
Goldman Sachs
J.P. Morgan
Lazard
Morgan Stanley
UBS
Wachtell Lipton
WestLB