# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Energy Future Holdings Corp., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered) |

## NOTICE OF DEPOSITION OF DEBTORS

**TO:** Energy Future Holdings Corporation and the above-captioned debtors (collectively, the "Debtors"), c/o Richards, Layton & Finger, Attention: Mark D. Collins, 920 North King Street, Wilmington, Delaware 19801; Kirkland & Ellis LLP, Attention: Richard M. Cieri, 601 Lexington Avenue, New York, New York 10022-4611.

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Civil Procedure 26 and 30(b)(6), made applicable by Federal Rules of Bankruptcy Procedure 7026, 7030 and 9014, the Official Committee of Unsecured Creditors of Energy Future Competitive Holdings Company LLC ("EFCH"), EFCH's direct subsidiary, Texas Competitive Electric Holdings Company LLC ("TCEH") and their direct and indirect subsidiaries, and EFH Corporate Services Company, by and through its undersigned counsel, will take the deposition upon oral examination of the Debtors relating to *Application of Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC for Entry of an Order Authorizing Them to Retain and Employ Greenhill & Co., LLC As Independent Financial Advisor Effective Nunc Pro Tunc to November 17, 2014*, filed December 17, 2014 [Docket No 3062] (the "Greenhill Application") on **January 12, 2015 at 4:00 p.m.** (Prevailing Eastern Time), at the offices of Morrison & Foerster LLP, 250 W. 55th Street, New York, New York (or such other time and place as may be

1

agreed to by the parties). The deposition will take place before a court reporter and will be recorded by stenographic means, may be videotaped, and shall continue from day to day until it has been completed.

Pursuant to Federal Rules of Civil Procedure 30(b)(6), the Debtors must designate one or more persons to testify on behalf of the Debtors with regard to all matters known or reasonably available to the Debtors on the following topics:

### RULE 30(B)(6) DEPOSITION TOPICS

1. The Greenhill Application.

2. Any "Conflict Matter", which is defined in Exhibit B to the Greenhill Application as "any matter pertaining to the Chapter 11 Case on which an actual conflict exists between TCEH or its direct and indirect subsidiaries, on the one hand, and any other Debtor, on the other hand."

3. The allocation of services among Greenhill & Co. LLC and Evercore Group L.L.C. on behalf of each of the TCEH Debtors, as defined in the Greenhill Application.

4. Evercore Group L.L.C.'s work on Conflict Matters.

5. Any negotiations regarding the amount of the Transaction Fee.

6. Any work performed by Greenhill & Co. LLC and/or the TCEH Debtors to determine the reasonableness of the Transaction Fee.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>January 9, 2015 | **MORRISON & FOERSTER LLP**<br>James M. Peck<br>Brett H. Miller<br>Lorenzo Marinuzzi<br>Charles L. Kerr<br>250 West 55th Street<br>New York, New York 10019-9601<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br>E-mail: jpeck@mofo.com<br>  brettmiller@mofo.com<br>  lmarinuzzi@mofo.com<br>  ckerr@mofo.com<br><br>  -and-<br><br>*/s/ Christopher A. Ward*<br>Christopher A. Ward (Del. Bar No. 3877)<br>Justin K. Edelson (Del. Bar No. 5002)<br>Shanti M. Katona (Del. Bar No. 5352)<br>**POLSINELLI PC**<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-0920<br>Facsimile: (302) 252-0921<br>E-mail: cward@polsinelli.com<br>  jedelson@polsinelli.com<br>  skatona@polsinelli.com<br><br>*Attorneys for The Official*<br>*Committee of Unsecured Creditors* |