# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Energy Future Holdings Corp., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered) |

## NOTICE OF DEPOSITION OF BRADLEY A. ROBINS

**TO:** Bradley A. Robins, Managing Director, Head of Financing Advisory & Restructuring for North America, Greenhill & Co. LLC, c/o Munger, Tolles & Olson LLP, Attention: Todd J. Rosen, 355 South Grand Avenue, 35th Floor, Los Angeles, CA 90071.

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Civil Procedure 26 and 30(b)(1), made applicable by Federal Rules of Bankruptcy Procedure 7026, 7030 and 9014, the Official Committee of Unsecured Creditors of Energy Future Competitive Holdings Company LLC ("EFCH"), EFCH's direct subsidiary, Texas Competitive Electric Holdings Company LLC ("TCEH") and their direct and indirect subsidiaries, and EFH Corporate Services Company, through its attorneys, will take the deposition upon oral examination of Bradley A. Robins relating to *Application of Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC for Entry of an Order Authorizing Them to Retain and Employ Greenhill & Co., LLC As Independent Financial Advisor Effective Nunc Pro Tunc to November 17, 2014*, filed December 17, 2014 [Docket No 3062] (the "Greenhill Application") on **January 12, 2015 at 10:00 a.m.** (Prevailing Eastern Time), at the offices of Morrison & Foerster LLP, 250 W. 55th Street, New York, New York (or such other time and place as may be agreed to by the parties). The deposition will take place before a court reporter and will be

1

ny-1172009

recorded by stenographic means, may be videotaped, and shall continue from day to day until it has been completed.

Dated: Wilmington, Delaware
January 9, 2015

**MORRISON & FOERSTER LLP**
James M. Peck
Brett H. Miller
Lorenzo Marinuzzi
Charles L. Kerr
250 West 55th Street
New York, New York 10019-9601
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900
E-mail:  jpeck@mofo.com
   brettmiller@mofo.com
   lmarinuzzi@mofo.com
   ckerr@mofo.com

-and-

*/s/ Christopher A. Ward*
Christopher A. Ward (Del. Bar No. 3877)
Justin K. Edelson (Del. Bar No. 5002)
Shanti M. Katona (Del. Bar No. 5352)
**POLSINELLI PC**
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile:  (302) 252-0921
E-mail:  cward@polsinelli.com
   jedelson@polsinelli.com
   skatona@polsinelli.com

*Attorneys for The Official
Committee of Unsecured Creditors*