**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>**[Re: D.I. 3126]**<br>**Hearing Date:  January 13, 2015 at 9:30 a.m.** |

**CERTIFICATION OF COUNSEL REGARDING ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF ALIXPARTNERS, LLP AS RESTRUCTURING ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ENERGY FUTURE HOLDINGS CORPORATION, ENERGY FUTURE INTERMEDIATE HOLDING COMPANY, LLC, EFIH FINANCE, INC., AND EECI, INC. <u>NUNC PRO TUNC TO NOVEMBER 20, 2014</u>**

I, Davis Lee Wright, Esq., of Montgomery McCracken Walker & Rhoads, LLP, proposed Delaware bankruptcy counsel to the official committee of unsecured creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. (the "**EFH Committee**"), hereby certify as follows:

1. On December 22, 2014, the EFH Committee filed the *Application of the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. For An Order Authorizing The Retention and Employment of AlixPartners, LLP as Restructuring Advisor to the Committee* Nunc Pro Tunc *to November 20, 2014* [Docket No. 3126] (the "**Application**"). The objection deadline for the Application was January 5, 2015 at 4:00 p.m. (ET) (extended for certain parties).

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

2.  The EFH Committee has revised the Proposed Order to incorporate informal comments received from the Office of the United States Trustee. The revised Proposed Order is attached hereto as <u>Exhibit A</u>.  For ease of reference, a blackline indicating the revisions to the Proposed Order is attached hereto as <u>Exhibit B.</u>

3.  The EFH Committee has received no other comments or objections in connection with the Application and, accordingly, respectfully requests that the Court enter the revised Proposed Order in the form attached hereto.

SC1:3776539.2

| | |
|---|---|
| Dated: Wilmington, Delaware<br>January 9, 2015 | **MONTGOMERY McCRACKEN WALKER & RHOADS, LLP**<br><br>*/s/ Davis Lee Wright*<br>Natalie D. Ramsey, Esquire (DE Bar No. 5378)<br>Davis Lee Wright, Esquire (DE Bar No. 4324)<br>Mark A. Fink, Esquire (DE Bar No. 3946)<br>1105 North Market Street, 15th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 504-7800<br>Facsimile: (302) 504 -7820<br>E-mail: nramsey@mmwr.com<br>dwright@mmwr.com<br>mfink@mmwr.com<br><br>– and –<br><br>**SULLIVAN & CROMWELL LLP**<br><br>Andrew G. Dietderich<br>Brian D. Glueckstein<br>Michael H. Torkin<br>Mark U. Schneiderman<br>125 Broad Street<br>New York, New York 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>gluecksteinb@sullcrom.com<br>torkinm@sullcrom.com<br>schneidermanm@sullcrom.com<br><br>*Proposed Counsel for The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC; EFIH Finance, Inc.; and EECI, Inc.* |