# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>     Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>Re: Docket Nos. 3121 and 3184 |

## CERTIFICATION OF COUNSEL CONCERNING ORDER AUTHORIZING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ENERGY FUTURE HOLDINGS CORP., ENERGY FUTURE INTERMEDIATE HOLDING COMPANY, LLC, EFIH FINANCE, INC., AND EECI, INC. FOR AN ORDER UNDER BANKRUPTCY CODE SECTIONS 328(A) AND 1103(A) AND BANKRUPTCY RULES 2014(A) AND 2016(B) APPROVING THE EMPLOYMENT AND RETENTION OF MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP *NUNC PRO TUNC* TO NOVEMBER 5, 2014, AS DELAWARE BANKRUPTCY COUNSEL AND CONFLICTS COUNSEL TO THE COMMITTEE

The undersigned hereby certifies as follows:

1.  On October 27, 2014, the U.S. Trustee appointed the official committee of unsecured creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. (the "**EFH Committee**") [D.I. 2570].

2.  On December 22, 2014, the EFH Committee filed its application seeking to retain and employ Montgomery, McCracken, Walker & Roads, LLP as its Delaware bankruptcy counsel and conflicts counsel in connection with the Debtors' cases *nunc pro tunc* to November 5, 2014 (the "**Application**") [D.I. 3121].

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

3.      The Application and the form of order approving the application were amended on January 7, 2015 consistent with informal requests of the U.S. Trustee (the "**Amended Application**") [D.I. 3184].  No other parties have formally or informally objected to or otherwise sought clarification or modification of the Application or the Amended Application.

4.      Attached as <u>Exhibit A</u> is a redline showing the changes in the proposed form of order submitted with the Application versus the proposed form of order submitted with the Amended Application.

5.      The EFH Committee believes that entry of an order approving the Amended Application is in the best interests of the Debtors' estates and creditors and should be approved.

6.      The EFH Committee therefore respectfully requests that the Bankruptcy Court enter the order approving the Amended Application, substantially in the form attached hereto as <u>Exhibit B</u>, at its earliest convenience.

*[Remainder of page intentionally left blank]*

-2-

Dated:  Wilmington, Delaware
    January 9, 2015

**MONTGOMERY McCRACKEN WALKER & RHOADS, LLP**

 */s/ Davis Lee Wright*
Natalie D. Ramsey, Esquire (DE Bar No. 5378)
Davis Lee Wright, Esquire (DE Bar No. 4324)
Mark A. Fink, Esquire (DE Bar No. 3946)
1105 North Market Street, 15th Floor
Wilmington, DE  19801
Telephone: (302) 504-7800
Facsimile: (302) 504 -7820
E-mail: nramsey@mmwr.com
    dwright@mmwr.com
    mfink@mmwr.com

– and –

**SULLIVAN & CROMWELL LLP**

Andrew G. Dietderich (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Michael H. Torkin (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, New York  10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Proposed Counsel for The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc.*

3820440