**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.,* [1] | ) ) ) ) | Case No. 14-10979 (CSS) |
|  | ) | (Jointly Administered) |
| Debtors. | ) ) ) | **Re: Docket Nos. 3062; 3222** |

**JOINDER OF THE AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS TO THE OBJECTION OF THE OFFICIAL COMMITTEE OF TCEH UNSECURED CREDITORS TO APPLICATION OF ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY LLC AND TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC FOR ENTRY OF AN ORDER AUTHORIZING THEM TO RETAIN AND EMPLOY GREENHILL & CO., LLC AS INDEPENDENT FINANCIAL ADVISOR EFFECTIVE *NUNC PRO TUNC* TO NOVEMBER 17, 2014**

The ad hoc group of certain holders (the "Ad Hoc Group of TCEH Unsecured Noteholders") of 10.25% Fixed Senior Notes due 2015 (including Series B) and 10.50%/11.25% Senior Toggle Notes due 2016 issued by Texas Competitive Electric Holdings Company LLC ("TCEH") and TCEH Finance, Inc., by and through its undersigned counsel, hereby joins in the *Objection of the Official Committee of TCEH Unsecured Creditors to Application of Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC for Entry of an Order Authorizing Them to Retain and Employ Greenhill & Co., LLC as Independent Financial Advisor Effective Nunc Pro Tunc to November 17, 2014* [Docket No. 3222] (the "TCEH Committee's Objection"). In support of this Joinder, the Ad Hoc Group of TCEH Unsecured Noteholders respectfully represents as follows:

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.ethcaseinfo.com.

ACTIVE 28644037v1 01/10/2015

**JOINDER**

On December 17, 2014, Debtors Energy Future Competitive Holdings Company LLC ("EFCH") and TCEH (collectively, the "TCEH Debtors") filed their *Application of Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC For Entry of an Order Authorizing them to Retain and Employ Greenhill & Co., LLC as Independent Financial Advisor Effective* Nunc Pro Tunc *to November 17, 2014* [Docket No. 3062] (the "Application"). The Application seeks approval of the retention of Greenhill & Co. ("Greenhill") as the TCEH Debtors independent financial advisor. Greenhill's engagement letter, among other things, provides for payment of a $9.5 million Transaction Fee[2] upon consummation of a Restructuring.

For the reasons set forth in the TCEH Committee's Objection, the Court should not approve the Transaction Fee at this time. The Application does not establish, as is the TCEH Debtors' burden under Section 328(a) of the Bankruptcy Code, that the Transaction Fee is reasonable. The Ad Hoc Group of TCEH Unsecured Noteholders, accordingly, joins in the TCEH Committee's Objection and requests that the Court not approve the Transaction Fee at this time.

The Ad Hoc Group of TCEH Unsecured Noteholders intends to participate in the discovery issued by the TCEH Committee, and reserves its rights to amend or supplement this Joinder as necessary.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application or the TCEH Committee's Objection, as applicable.

**CONCLUSION**

WHEREFORE, the Ad Hoc Group of TCEH Unsecured Noteholders joins in TCEH Committee's Objection to the Application the Court deny approval of the Transaction Fee, and grant such further relief the Court deems just and proper.

Dated:    January 10, 2015
         Wilmington, Delaware

                               FOX ROTHSCHILD LLP

By:   /s/ *Jeffrey M. Schlerf*
      Jeffrey M. Schlerf (No. 3047)
      John H. Strock (No. 4965)
      L. John Bird (No. 5310)
      919 North Market St., Suite 300
      Wilmington, DE 19801
      Telephone: (302) 654-7444
      Facsimile: (302) 463-4971
      jschlerf@foxrothschild.com
      jstrock@foxrothschild.com
      lbird@foxrothschild.com

      and

      WHITE & CASE LLP
      J. Christopher Shore (admitted *pro hac vice*)
      Gregory M. Starner (admitted *pro hac vice*)
      1155 Avenue of the Americas
      New York, NY 10036
      Telephone: (212) 819-8200
      Facsimile: (212) 354-8113
      cshore@whitecase.com
      gstarner@whitecase.com

      Thomas E. Lauria (admitted *pro hac vice*)
      Matthew C. Brown (admitted *pro hac vice*)
      Southeast Financial Center, Suite 4900
      200 South Biscayne Blvd.
      Miami, FL 33131

3

Telephone: (305) 371-2700
Facsimile: (305) 358-5744
tlauria@whitecase.com
mbrown@whitecase.com

*Counsel to the Ad Hoc Group of TCEH Unsecured Noteholders*