## CERTIFICATE OF SERVICE

I, L. John Bird, hereby certify that on the 10th day of January, 2015, I caused copies of the *Joinder Of The Ad Hoc Group Of TCEH Unsecured Noteholders To The Objection Of The Official Committee Of TCEH Unsecured Creditors To Application Of Energy Future Competitive Holdings Company LLC And Texas Competitive Electric Holdings Company LLC For Entry Of An Order Authorizing Them To Retain And Employ Greenhill & Co., LLC As Independent Financial Advisor Effective Nunc Pro Tunc To November 17, 2014* to be served upon the parties below as indicated:

    Mark D. Collins, Esq.
    **Richards, Layton & Finger, P.A.**
    One Rodney Square
    920 N. King St.
    Wilmington, DE 19801
    **VIA HAND DELIVERY**

    James H.M. Sprayregen, Esq.
    **Kirkland & Ellis LLP**
    300 North LaSalle
    Chicago, IL 60654
    **VIA FIRST CLASS MAIL**

    Edward O. Sassower, Esq.
    **Kirkland & Ellis LLP**
    601 Lexington Avenue
    New York, NY 10022-4611
    **VIA HAND DELIVERY**

    James M. Peck, Esq.
    **Morrison & Foerster LLP**
    250 West 55th Street
    New York, NY 10019
    **VIA FIRST CLASS MAIL**

    Christopher A. Ward, Esq.
    **Polsinelli PC**
    222 Delaware Avenue, Suite 1101
    Wilmington, DE 19801
    **VIA HAND DELIVERY**

Office Of The United State Trustee
Attn: Richard L. Schepacarter, Esq.
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE 19801
**VIA HAND DELIVERY**

Richard M. Cieri, Esq.
**Kirkland & Ellis LLP**
601 Lexington Avenue
New York, NY 10022-4611
**VIA FIRST CLASS MAIL**

Todd J. Rosen, Esq.
Munger, Tolles & Olsen LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071
**VIA OVERNIGHT MAIL**

                      */s/ J. John Bird*
                      L. John Bird (No. 5310)