IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Energy Future Holdings Corp., *et al.,*[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) | (Jointly Administered) |
| | ) ) ) | **Re: Docket No. 3122** |

**CERTIFICATION OF COUNSEL REGARDING ORDER PURSUANT TO SECTIONS 105(a), 1102(b)(3), AND 1103(a) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 2014 AND 5002, AND LOCAL RULE 2014-1, APPROVING THE RETENTION AND EMPLOYMENT OF KURTZMAN CARSON CONSULTANTS LLC AS NOTICING AGENT FOR THE OFFICIAL COMMITTEE OF TCEH UNSECURED CREDITORS AND THE OFFICIAL COMMITTEE OF EFH UNSECURED CREDITORS *NUNC PRO TUNC* TO JULY 7, 2014**

I, Justin K. Edelson, Esq., of Polsinelli PC, counsel to the official committee of TCEH unsecured creditors (the "**TCEH Committee**") of Energy Future Competitive Holdings Company LLC ("**EFCH**"), EFCH's direct subsidiary, Texas Competitive Electric Holdings Company LLC ("**TCEH**") and their direct and indirect subsidiaries, and EFH Corporate Services Company (collectively with EFCH and TCEH, the "**TCEH Debtors**"),[2] hereby certify as follows:

1.   On December 22, 2014, the TCEH Committee and the official committee of EFH unsecured creditors (the "**EFH Committee**", and together with the TCEH Committee, the "**Committees**") filed the *Joint Application of the Official Committee of TCEH Unsecured*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://efhcaseinfo.com.

[2] Although EFH Corporate Services is not a subsidiary of TCEH, for ease of reference EFH Corporate Services is included in the definition "TCEH Debtors".

49524479.1

*Creditors and the Official Committee of EFH Unsecured Creditors Pursuant to Sections 105(a), 1102(b)(3), and 1103(a) of the Bankruptcy Code, Bankruptcy Rules 2014 and 5002, and Local Rule 2014-1, Approving the Retention and Employment of Kurtzman Carson Consultants LLC as Noticing Agent for the Committees Nunc Pro Tunc to July 7, 2014* [Docket No. 3122] (the "**Application**").

2. The objection deadline for the Application was January 6, 2015 at 4:00 p.m. (ET).

3. The Committees received informal comments from the Office of the United States Trustee (the "**U.S. Trustee**").

4. The Committees have revised the form of order (the "**Order**") to incorporate the comments of the U.S. Trustee, which is attached hereto as <u>Exhibit A</u>.

5. Attached as <u>Exhibit B</u> is a blackline showing the changes made to the Order as compared to the form of order originally filed with the Application.

6. Accordingly, the Committees respectfully request that this Court enter the Order attached hereto as <u>Exhibit A</u> at its earliest convenience.

*[Remainder of page intentionally left blank]*

Dated: Wilmington, Delaware  
       January 12, 2015

**MORRISON & FOERSTER LLP**  
James M. Peck  
Brett H. Miller  
Lorenzo Marinuzzi  
Todd M. Goren  
250 West 55th Street  
New York, New York 10019-9601  
Telephone:  (212) 468-8000  
Facsimile:  (212) 468-7900  
E-mail:  jpeck@mofo.com  
       brettmiller@mofo.com  
       lmarinuzzi@mofo.com  
       tgoren@mofo.com

-and-

*/s/ Justin K. Edelson* _____  
Christopher A. Ward (Del. Bar No. 3877)  
Justin K. Edelson (Del. Bar No. 5002)  
Shanti M. Katona (Del. Bar No. 5352)  
Jarrett Vine (Del. Bar No. 5400)  
**POLSINELLI PC**  
222 Delaware Avenue, Suite 1101  
Wilmington, Delaware 19801  
Telephone: (302) 252-0920  
Facsimile:  (302) 252-0921  
E-mail:  cward@polsinelli.com  
       jedelson@polsinelli.com  
       skatona@polsinelli.com  
       jvine@polsinelli.com

*Attorneys for the Official Committee of TCEH Unsecured Creditors*