## EXHIBIT 1

**Substantive Duplicate Claims**

ENERGY FUTURE HOLDINGS CORP., et al.

FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 to EXHIBIT A – Substantive Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 1 4IMPRINT 101 COMMERCE STREET OSHKOSH, WI 54901 | 05/23/2014 | 14-10979 (CSS) | 170 | $166.96 | 4IMPRINT INC 101 COMMERCE ST OSHKOSH, WI 54901 | 10/23/2014 | 14-10979 (CSS) | 6160 | $166.96 | Claimed invoice in remaining claim is contained in claim to be disallowed. |
| 2 AIRFLOW SCIENCES CORPORATION 12190 HUBBARD ST LIVONIA, MI 48150-1737 | 09/08/2014 | 14-10979 (CSS) | 4183 | $6,600.00 | AIRFLOW SCIENCES CORPORATION 12190 HUBBARD ST LIVONIA, MI 48150-1737 | 10/08/2014 | 14-11022 (CSS) | 5010 | $6,600.00 | Identical to remaining claim, except Debtor asserted on remaining claim. |
| 3 AMERICOM TELECOMMUNIC ATIONS INC 3544 ETC JESTER HOUSTON, TX 77018 | 09/02/2014 | 14-11032 (CSS) | 4009 | $10,668.52 | AMERICOM TELECOMMUNICATI ONS INC 3544 E T C JESTER BLVD HOUSTON, TX 77018-6023 | 10/06/2014 | 14-11032 (CSS) | 4907 | $10,668.52 | Identical to remaining claim, except priority classification asserted on remaining claim. |
| 4 BABECO FABRICATION & MACHINING 1101 CARLOS PARKER BLVD NW TAYLOR, TX 76574 | 09/02/2014 | 14-11042 (CSS) | 4020 | $2,649.64 | BABECO 1101 CARLOS PARKER BLVD NW TAYLOR, TX 76574 | 10/27/2014 | 14-11042 (CSS) | 8097 | $2,649.64 | Identical to remaining claim, except priority classification asserted on remaining claim. |

Page 1 of 3

ENERGY FUTURE HOLDINGS CORP., et al.

FOURTH OMNIBUS (SUBSTANTIVE); EXHIBIT 1 to EXHIBIT A – Substantive Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 5 | CO-AX VALVES INC. 1518 GRUNDY'S LN BRISTOL, PA 19007 | 05/30/2014 | 14-10979 (CSS) | 749 | $10,967.00 | CO AX VALVES INC 1518 GRUNDYS LN BRISTOL, PA 19007-1521 | 08/27/2014 | 14-11032 (CSS) | 3918 | $10,967.00 | Claimed liability in remaining claim is contained in claim to be disallowed. |
| 6 | ITS A PIECE OF CAKE - CUSTOM CAKES 1209 BERKLEY DR. GRAPEVINE, TX 76051 | 09/15/2014 | | 4426 | $200.00 | ITS A PIECE OF CAKE - CUSTOM CAKES 1209 BERKLEY DR. GRAPEVINE, TX 76051 | 06/02/2014 | 14-10989 (CSS) | 918 | $200.00 | Claimed invoice in remaining claim is contained in claim to be disallowed. |
| 7 | SHAVERS CATERING 270 OCKLEY DR SHREVEPORT, LA 71105 | 06/09/2014 | | 1522 | $8,962.15 | SHAVER'S CRAWFISH & CATERING 270 OCKLEY DR SHREVEPORT, LA 71105-3025 | 09/02/2014 | 14-11032 (CSS) | 3976 | $8,962.15 | Claimed invoice in remaining claim is contained in claim to be disallowed. |
| 8 | STAR S. INDUSTRIES ATTN: D.W. SAXON 1820 CR 410 PITTSBURG, TX 75686 | 09/02/2014 | 14-11023 (CSS) | 4045 | $1,162.02 | SAXON, D.W. ADDRESS ON FILE | 09/12/2014 | | 4332 | $761.83 | Claimed invoices in remaining claim are contained in claim to be disallowed. |

Page 2 of 3

ENERGY FUTURE HOLDINGS CORP., et al.

FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 to EXHIBIT A – Substantive Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | TOP HAT SERVICES PO BOX 546 ROCKDALE, TX 76567 | 06/12/2014 | 14-10979 (CSS) | 1873 | $72,691.50 | TOP HAT SERVICES PO BOX 546 ROCKDALE, TX 76567 | 07/17/2014 | 14-10979 (CSS) | 3156 | $85,439.37 | Claimed invoices in claim to be disallowed appear to be included in remaining claim. |
| | | | | TOTAL | $114,067.79 | | | | | | |

## EXHIBIT 2

**Bondholder Duplicate Claims**

ENERGY FUTURE HOLDINGS CORP., et al.

FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 to EXHIBIT A – Bondholder Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 1 | BELCHER, R N ADDRESS ON FILE | 07/14/2014 | | 3061 | $61,875.00 | BANK OF NEW YORK MELLON, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N. MARKET STREET, SUITE 1500 WILMINGTON, DE 19801 | 10/23/2014 | 14-10978 (CSS) | 6289 | $14,510,272.37* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |
| 2 | BERNDT, W E ADDRESS ON FILE | 10/27/2014 | | 8105 | $50,010.25 | BANK OF NEW YORK MELLON, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N. MARKET STREET, SUITE 1500 WILMINGTON, DE 19801 | 10/23/2014 | 14-10978 (CSS) | 6283 | $52,353,494.17* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 15

ENERGY FUTURE HOLDINGS CORP., et al.

FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 to EXHIBIT A – Bondholder Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |

| NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 BEWLEY, STEWART ADDRESS ON FILE | 09/16/2014 | 14-11008 (CSS) | 4460 | $2,073.67 | BANK OF NEW YORK MELLON, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N. MARKET STREET, SUITE 1500 WILMINGTON, DE 19801 | 10/23/2014 | 14-10978 (CSS) | 6281 | $31,782,275.44* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |
| | | | | | UMB BANK, N.A., AS INDENTURE TRUSTEE FOR THE 9.75% SENIOR NOTES DUE 2019 ATTN: MARK B. FLANNAGAN 1010 GRAND BLVD. KANSAS CITY, MO 64106 | 10/23/2014 | 14-11008 (CSS) | 6348 | $2,121,384.71* | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 to EXHIBIT A – Bondholder Duplicate Claims

| | NAME | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | |
| 4 | BRIGHAM, MICHELE ADDRESS ON FILE | 06/23/2014 | 14-10979 (CSS) | 2479 | $9,854.04 | 10/24/2014 | 14-10979 (CSS) | 7482 | $2,588,478.83* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |
| | | | | | AMERICAN STOCK TRANSFER & TRUST CO, LLC INDENTURE TTEE FOR 9.75% NOTES DUE 2019 6201 15TH AVE BROOKLYN, NY 11219 | | | | | |
| | | | | | | 10/23/2014 | 14-11008 (CSS) | 6348 | $2,121,384.71* | |
| | | | | | UMB BANK, N.A., AS INDENTURE TRUSTEE FOR THE 9.75% SENIOR NOTES DUE 2019 ATTN: MARK B. FLANNAGAN 1010 GRAND BLVD. KANSAS CITY, MO 64106 | | | | | |
| 5 | CANTWELL, DOUGLAS C. ADDRESS ON FILE | 10/06/2014 | | 4945 | Undetermined* | 10/23/2014 | 14-10978 (CSS) | 6283 | $52,353,494.17* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |
| | | | | | | | BANK OF NEW YORK MELLON, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N. MARKET STREET, SUITE 1500 WILMINGTON, DE 19801 | | | | |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 3 of 15

ENERGY FUTURE HOLDINGS CORP., et al.

FOURTH OMNIBUS (SUBSTANTIVE); EXHIBIT 2 to EXHIBIT A – Bondholder Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 6  CECIL, JACK P ADDRESS ON FILE | 10/03/2014 | 14-10997 (CSS) | 4869 | $546,695.00 | BANK OF NEW YORK MELLON, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N. MARKET STREET, SUITE 1500 WILMINGTON, DE 19801 | 10/23/2014 | 14-10978 (CSS) | 6281 | $31,782,275.44* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |
| 7  CECIL, ROBERT V ADDRESS ON FILE | 10/24/2014 | 14-10997 (CSS) | 7568 | $103,150.00 | BANK OF NEW YORK MELLON, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N. MARKET STREET, SUITE 1500 WILMINGTON, DE 19801 | 10/23/2014 | 14-10978 (CSS) | 6281 | $31,782,275.44* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |
| 8  CHAPMAN, JERRY L ADDRESS ON FILE | 08/01/2014 | 14-10979 (CSS) | 3432 | $100,100.00 | BANK OF NEW YORK MELLON, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N. MARKET STREET, SUITE 1500 WILMINGTON, DE 19801 | 10/23/2014 | 14-10978 (CSS) | 6269 | $115,465,504.27* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 4 of 15

ENERGY FUTURE HOLDINGS CORP., et al.

FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 to EXHIBIT A – Bondholder Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 9 COKE, STEPHEN A ADDRESS ON FILE | 08/15/2014 | 14-10979 (CSS) | 3684 | $61,877.42 | BANK OF NEW YORK MELLON, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N. MARKET STREET, SUITE 1500 WILMINGTON, DE 19801 | 10/23/2014 | 14-10978 (CSS) | 6266 | $79,929,269.35* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |
| 10 DIETER, ELMER ADDRESS ON FILE | 10/14/2014 | 14-10978 (CSS) | 5238 | $16,242.00 | LAW DEBENTURE TRUST COMPANY OF NEW YORK C/O PATTERSON BELKNAP WEBB & TYLER LLP ATTN: DANIEL A. LOWENTHAL, ESQ. 1133 AVENUE OF THE AMERICAS NEW YORK, NY 10036-6710 | 10/23/2014 | | 6210 | $5,506,667,210.00* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |
| 11 DON AND NANCY HARRELL FAMILY TRUST ADDRESS ON FILE | 10/20/2014 | | 5733 | Undetermined* | BANK OF NEW YORK MELLON, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N. MARKET STREET, SUITE 1500 WILMINGTON, DE 19801 | 10/23/2014 | 14-10978 (CSS) | 6283 | $52,353,494.17* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 to EXHIBIT A – Bondholder Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 12 | GALIANO, FRANCIS R. AND ALICE J. ADDRESS ON FILE | 10/20/2014 | 14-10978 (CSS) | 5680 | $15,000.00 | BANK OF NEW YORK MELLON, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N. MARKET STREET, SUITE 1500 WILMINGTON, DE 19801 | 10/23/2014 | 14-10978 (CSS) | 6269 | $115,465,504.27* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |
| 13 | HAUSMAN, HERBERT ADDRESS ON FILE | 10/20/2014 | 14-10978 (CSS) | 5625 | Undetermined* | BANK OF NEW YORK MELLON, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N. MARKET STREET, SUITE 1500 WILMINGTON, DE 19801 | 10/23/2014 | 14-10978 (CSS) | 6288 | $46,201,320.60* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 to EXHIBIT A – Bondholder Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 14 LMA SPC FOR AND ON BEHALF OF MAP 89 SEGREGATED PORTFOLIO C/O PINE RIVER CAPITAL MANAGEMENT L.P. 601 CARLSON PARKWAY, SUITE 330 MINNETONKA, MN 55305 | 10/27/2014 | 14-10979 (CSS) | 7883 | $12,727,944.00 | LAW DEBENTURE TRUST COMPANY OF NEW YORK C/O PATTERSON BELKNAP WEBB & TYLER LLP ATTN: DANIEL A. LOWENTHAL, ESQ. 1133 AVENUE OF THE AMERICAS NEW YORK, NY 10036-6710 | 10/23/2014 | 14-10979 (CSS) | 6210 | $5,506,667,210.00* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |
| 15 MANNING, SUZANNE ADDRESS ON FILE | 06/23/2014 | 14-10979 (CSS) | 2480 | $9,854.04 | AMERICAN STOCK TRANSFER & TRUST CO. LLC INDENTURE TTEE FOR 9.75% NOTES DUE 2019 6201 15TH AVE BROOKLYN, NY 11219 | 10/24/2014 | 14-10979 (CSS) | 7482 | $2,588,478.83* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |
| | | | | | UMB BANK, N.A., AS INDENTURE TRUSTEE FOR THE 9.75% SENIOR NOTES DUE 2019 ATTN: MARK B. FLANNAGAN 1010 GRAND BLVD. KANSAS CITY, MO 64106 | 10/23/2014 | 14-11008 (CSS) | 6348 | $2,121,384.71* | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

## FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 to EXHIBIT A – Bondholder Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 16 MATHEWS, GAYLA ADDRESS ON FILE | 06/23/2014 | 2478 | | $19,708.08 | AMERICAN STOCK TRANSFER & TRUST CO., LLC INDENTURE TTEE FOR 5.55% NOTES DUE 2014 6201 15TH AVENUE BROOKLYN, NY 11219 | 10/24/2014 | 14-10979 (CSS) | 7477 | $952,184,346.75* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |
| | | | | | UMB BANK, N.A., AS INDENTURE TRUSTEE FOR THE 9.75% SENIOR NOTES DUE 2019 ATTN: MARK B. FLANNAGAN 1010 GRAND BLVD. KANSAS CITY, MO 64106 | 10/23/2014 | 14-11008 (CSS) | 6348 | $2,121,384.71* | |
| 17 MAYBERRY, FREDDY WARREN ADDRESS ON FILE | 07/16/2014 | 14-10979 (CSS) | 3133 | $25,000.00 | BANK OF NEW YORK MELLON, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N. MARKET STREET, SUITE 1500 WILMINGTON, DE 19801 | 10/23/2014 | 14-10978 (CSS) | 6289 | $14,510,272.37* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

FOURTH OMNIBUS (SUBSTANTIVE); EXHIBIT 2 to EXHIBIT A – Bondholder Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
| NAME | CASE NUMBER | DATE FILED | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| 18 MESSER, JR ADDRESS ON FILE | 14-10978 (CSS) | 09/15/2014 | 4386 | $10,210.00 | BANK OF NEW YORK MELLON, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N. MARKET STREET, SUITE 1500 WILMINGTON, DE 19801 | 10/23/2014 | 14-10978 (CSS) | 6279 | $39,831,741.77* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |
| 19 MILLER, BARBARA L. ADDRESS ON FILE | 14-10978 (CSS) | 10/20/2014 | 5647 | $4,082.00 | LAW DEBENTURE TRUST COMPANY OF NEW YORK C/O PATTERSON BELKNAP WEBB & TYLER LLP ATTN: DANIEL A. LOWENTHAL, ESQ. 1133 AVENUE OF THE AMERICAS NEW YORK, NY 10036-6710 | 10/23/2014 | | 6210 | $5,506,667,210.00* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |
| 20 MUSIC, STEPHEN O ADDRESS ON FILE | 14-10978 (CSS) | 10/21/2014 | 5745 | $25,000.00 | BANK OF NEW YORK MELLON, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N. MARKET STREET, SUITE 1500 WILMINGTON, DE 19801 | 10/23/2014 | 14-10978 (CSS) | 6287 | $12,625,825.64* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |

* - Indicates claim contains unliquidated and/or undetermined amounts

## ENERGY FUTURE HOLDINGS CORP., et al.

### FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 to EXHIBIT A – Bondholder Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
| NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 21 NELSON, RICHARD R. JR. ADDRESS ON FILE | 10/06/2014 | | 4894 | $20,000.00 | BANK OF NEW YORK MELLON, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N. MARKET STREET, SUITE 1500 WILMINGTON, DE 19801 | 10/23/2014 | 14-10978 (CSS) | 6281 | $31,782,275.44* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |
| 22 PAUL F. FRYMARK LIVING TRUST ADDRESS ON FILE | 10/23/2014 | | 6308 | $62,537.50* | BANK OF NEW YORK MELLON, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N. MARKET STREET, SUITE 1500 WILMINGTON, DE 19801 | 10/23/2014 | 14-10978 (CSS) | 6269 | $115,465,504.27* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 to EXHIBIT A – Bondholder Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | |
| 23 PINE RIVER CREDIT RELATIVE VALUE MASTER FUNE LTD., C/O PINE RIVER CAPITAL MANAGEME NT L.P., ATTN: LEGAL 601 CARLSON PARKWAY, SUITE 330 MINNETONK A, MN 55305 | 10/27/2014 | 14-10979 (CSS) | 7885 | $6,363,972.00 | LAW DEBENTURE TRUST COMPANY OF NEW YORK C/O PATTERSON BELKNAP WEBB & TYLER LLP ATTN: DANIEL A. LOWENTHAL, ESQ. 1133 AVENUE OF THE AMERICAS NEW YORK, NY 10036-6710 | 10/23/2014 | | 6210 | $5,506,667,210.00* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |
| 24 PINE RIVER MASTER FUND LTD. C/O PINE RIVER CAPITAL MANAGEME NT L.P. ATTN: LEGAL 601 CARLSON PARKWAY, SUITE 330 MINNETONK A, MN 55305 | 10/27/2014 | 14-10979 (CSS) | 7884 | $12,727,944.00 | LAW DEBENTURE TRUST COMPANY OF NEW YORK C/O PATTERSON BELKNAP WEBB & TYLER LLP ATTN: DANIEL A. LOWENTHAL, ESQ. 1133 AVENUE OF THE AMERICAS NEW YORK, NY 10036-6710 | 10/23/2014 | | 6210 | $5,506,667,210.00* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 to EXHIBIT A – Bondholder Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 25 RATTERMAN, ANNEMARIE ADDRESS ON FILE | 10/22/2014 | 14-10978 (CSS) | 5833 | $4,082.00 | LAW DEBENTURE TRUST COMPANY OF NEW YORK C/O PATTERSON BELKNAP WEBB & TYLER LLP ATTN: DANIEL A. LOWENTHAL, ESQ. 1133 AVENUE OF THE AMERICAS NEW YORK, NY 10036-6710 | 10/23/2014 | | 6210 | $5,506,667,210.00* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 to EXHIBIT A – Bondholder Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 26 | REAM, FRED D<br>ADDRESS ON FILE | 06/16/2014 | | 2236 | $95,827.27 | BANK OF NEW YORK MELLON, THE<br>C/O REED SMITH LLP<br>ATTN: KURT F. GWYNNE, ESQ.<br>1201 N. MARKET STREET, SUITE 1500<br>WILMINGTON, DE 19801 | 10/23/2014 | 14-10978 (CSS) | 6286 | $71,801,348.21* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |
| | | | | | | BANK OF NEW YORK MELLON, THE<br>C/O REED SMITH LLP<br>ATTN: KURT F. GWYNNE, ESQ.<br>1201 N. MARKET STREET, SUITE 1500<br>WILMINGTON, DE 19801 | 10/23/2014 | 14-10978 (CSS) | 6283 | $52,353,494.17* | |
| | | | | | | BANK OF NEW YORK MELLON, THE<br>C/O REED SMITH LLP<br>ATTN: KURT F. GWYNNE, ESQ.<br>1201 N. MARKET STREET, SUITE 1500<br>WILMINGTON, DE 19801 | 10/23/2014 | 14-10978 (CSS) | 6288 | $46,201,320.60* | |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

FOURTH OMNIBUS (SUBSTANTIVE); EXHIBIT 2 to EXHIBIT A – Bondholder Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| | | | | | BANK OF NEW YORK MELLON, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N. MARKET STREET, SUITE 1500 WILMINGTON, DE 19801 | 10/23/2014 | 14-10978 (CSS) | 6287 | $12,625,825.64* | |
| 27 ROBERT & UNA BELCHER LIVING TRUST ADDRESS ON FILE | 09/29/2014 | | 4758 | Undetermined* | BANK OF NEW YORK MELLON, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N. MARKET STREET, SUITE 1500 WILMINGTON, DE 19801 | 10/23/2014 | 14-10978 (CSS) | 6289 | $14,510,272.37* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |
| 28 SIMPSON, CLAIR ADDRESS ON FILE | 10/17/2014 | 14-10978 (CSS) | 5464 | $16,291.00 | LAW DEBENTURE TRUST COMPANY OF NEW YORK C/O PATTERSON BELKNAP WEBB & TYLER LLP ATTN: DANIEL A. LOWENTHAL, ESQ. 1133 AVENUE OF THE AMERICAS NEW YORK, NY 10036-6710 | 10/23/2014 | | 6210 | $5,506,667,210.00* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 to EXHIBIT A – Bondholder Duplicate Claims

| | NAME | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | | |
| 29 | WARWICK, NORMAN J. AND LORRAINE M. ADDRESS ON FILE | 09/26/2014 | | 4768 | Undetermined* | BANK OF NEW YORK MELLON, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N. MARKET STREET, SUITE 1500 WILMINGTON, DE 19801 | 10/23/2014 | 14-10978 (CSS) | 6269 | $115,465,504.27* | | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |
| 30 | WHITSON, JAMES N ADDRESS ON FILE | 07/11/2014 | | 3035 | $5,000.00 | BANK OF NEW YORK MELLON, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N. MARKET STREET, SUITE 1500 WILMINGTON, DE 19801 | 10/23/2014 | 14-10978 (CSS) | 6263 | $52,353,494.17* | | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |
| 31 | WOLCO 4300 KINSEY DR TYLER, TX 75703-1001 | 06/02/2014 | | 836 | $70,000.00* | DELAWARE TRUST COMPANY, TRUSTEE ATTN: JOSEPH MCFADDEN, VP 2711 CENTERVILLE ROAD, STE 400 WILMINGTON, DE 19808 | 10/24/2014 | 14-10978 (CSS) | 7666 | $1,815,905,277.78* | | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |
| | | | | | TOTAL    $33,154,329.27* | | | | | | | |

* - Indicates claim contains unliquidated and/or undetermined amounts

**EXHIBIT 3**

**Non-EFH Claims**

ENERGY FUTURE HOLDINGS CORP., et al.

FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 3 to EXHIBIT A – Non-EFH Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ALLEN, CARI ADDRESS ON FILE | | No Debtor Asserted | 06/05/2014 | 1158 | $27,600.88 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 2 | BAIYERI, MARY ADDRESS ON FILE | | No Debtor Asserted | 06/30/2014 | 2740 | $320.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 3 | BLAND, KATRINA ADDRESS ON FILE | | No Debtor Asserted | 06/06/2014 | 1245 | $24,000.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 4 | BLAND, KATRINA ADDRESS ON FILE | | No Debtor Asserted | 09/03/2014 | 4106 | $20,000.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 5 | BROWN, BRENDA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/02/2014 | 930 | $6,052.55 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 6 | CALVERY, MARTHA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 08/08/2014 | 3553 | $298.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 7 | CANNON, DEBBIE ADDRESS ON FILE | | No Debtor Asserted | 06/09/2014 | 1463 | $365.20 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 8 | CANTWELL, BILLY T ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/09/2014 | 1362 | Undetermined* | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 9 | CARTER, NAT D ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/22/2014 | 5979 | $4,429.26 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

FOURTH OMNIBUS (SUBSTANTIVE); EXHIBIT 3 to EXHIBIT A – Non-EFH Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 10 | CARTER, STEPHANIE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/17/2014 | 4470 | $939.91 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 11 | CHEAKAS, TOMMY ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/20/2014 | 2316 | $1,006.99 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 12 | CHENG, XIA & DONG, WENMING ADDRESS ON FILE | | No Debtor Asserted | 08/07/2014 | 3544 | $27,377.90 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 13 | COY, DONNA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/06/2014 | 1252 | $29.90 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 14 | DAVIS, DARRELL ADDRESS ON FILE | | No Debtor Asserted | 07/11/2014 | 3046 | $1,898.56 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 15 | DRUGA, NICHOLAS J ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/16/2014 | 2016 | $7,500.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 16 | ELQUTUB, MAHA ADDRESS ON FILE | | No Debtor Asserted | 06/09/2014 | 1383 | $8,550.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 17 | ESPINOZA, ROBERTO ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 07/21/2014 | 3254 | $1,680.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 2 of 9

ENERGY FUTURE HOLDINGS CORP., et al.

FOURTH OMNIBUS (SUBSTANTIVE); EXHIBIT 3 to EXHIBIT A – Non-EFH Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 18 | FARMER, DONALD ADDRESS ON FILE | | No Debtor Asserted | 07/17/2014 | 3134 | $247.67 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 19 | FLEETWOOD, MIKE ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 562 | $971.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 20 | FORSTEN, ALFRED H. ADDRESS ON FILE | | No Debtor Asserted | 05/30/2014 | 764 | $11,932.42 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 21 | GALLGOS, ELMA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 07/07/2014 | 2909 | $194.80 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 22 | GARRETT, LINDA ADDRESS ON FILE | | No Debtor Asserted | 09/09/2014 | 4240 | $10,000.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 23 | GOODRICH, FORRESTER L ADDRESS ON FILE | | No Debtor Asserted | 07/28/2014 | 3396 | $250.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 24 | GREMILLION, PETE ADDRESS ON FILE | | No Debtor Asserted | 07/10/2014 | 3008 | $30,000.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 25 | GUDERMUTH, JAMES ADDRESS ON FILE | | No Debtor Asserted | 07/25/2014 | 3337 | $1,226.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 26 | GUTHRIE, VERA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/20/2014 | 2315 | $1,006.99 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 3 of 9

ENERGY FUTURE HOLDINGS CORP., et al.

FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 3 to EXHIBIT A – Non-EFH Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 27 | HARRIS, JAMES RAY ADDRESS ON FILE | | No Debtor Asserted | 09/18/2014 | 4510 | Undetermined* | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 28 | HARRIS, JAMES RAY ADDRESS ON FILE | | No Debtor Asserted | 09/23/2014 | 4635 | $912.83 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 29 | HARRIS, SIMONA ADDRESS ON FILE | | No Debtor Asserted | 09/18/2014 | 4509 | Undetermined* | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 30 | HARRIS, SIMONA ADDRESS ON FILE | | No Debtor Asserted | 09/23/2014 | 4636 | Undetermined* | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 31 | HEARNE, HERMAN ADDRESS ON FILE | | No Debtor Asserted | 10/27/2014 | 7848 | $20,778.01 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 32 | HES CONSULTING LLC 11607 SPRING CYPRESS RD STE D TOMBALL, TX 77377-8916 | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/10/2014 | 1697 | $49,600.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 33 | HIGHBERGER, KL ADDRESS ON FILE | | No Debtor Asserted | 09/18/2014 | 4494 | Undetermined* | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 34 | HODGE, DEBRA ADDRESS ON FILE | | No Debtor Asserted | 06/27/2014 | 2626 | $275,000.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 4 of 9

ENERGY FUTURE HOLDINGS CORP., et al.

FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 3 to EXHIBIT A – Non-EFH Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 35 | INGRAM, CHERI S<br>ADDRESS ON FILE | | No Debtor Asserted | 06/20/2014 | 2347 | $69,903.61 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 36 | JANIS, WILLIAM<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/29/2014 | 619 | $32,974.43 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim against any of the known Debtors. |
| 37 | JOHNSON, BURRELL, JR.<br>ADDRESS ON FILE | | No Debtor Asserted | 10/27/2014 | 8121 | Undetermined* | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 38 | LOVE, WILLIE R<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/17/2014 | 2156 | $20,000.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 39 | MARRS, WILL<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/23/2014 | 2437 | $224.08 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 40 | MAXEY, LASABRE L<br>ADDRESS ON FILE | | No Debtor Asserted | 09/02/2014 | 3995 | $15,000.00 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim against any of the known Debtors. |
| 41 | MCCLURE, SUE CONAWAY<br>ADDRESS ON FILE | | No Debtor Asserted | 06/02/2014 | 912 | $143.91 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 42 | MCNAB, URSULA<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/12/2014 | 1818 | $398.50 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 43 | MERRITT, MONICA<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/16/2014 | 4466 | $112,000.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 5 of 9

## ENERGY FUTURE HOLDINGS CORP., et al.

### FOURTH OMNIBUS (SUBSTANTIVE); EXHIBIT 3 to EXHIBIT A – Non-EFH Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|------|-------------|-------------|------------|---------|--------------|--------------------------|
| 44 | MICHALSKY, THOMAS ADDRESS ON FILE | | No Debtor Asserted | 06/13/2014 | 2235 | $585.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 45 | MOLYNEUX, JOHN ADDRESS ON FILE | | No Debtor Asserted | 08/01/2014 | 3452 | Undetermined* | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 46 | NIX, CAROLYN O ADDRESS ON FILE | | No Debtor Asserted | 10/21/2014 | 5822 | $766.59 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 47 | O BRIEN, JOAN ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/24/2014 | 7635 | $5,000.00* | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 48 | PAGE, CONNIE ADDRESS ON FILE | | No Debtor Asserted | 10/27/2014 | 7849 | $20,778.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 49 | PAWLIK, MICHAEL C ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/16/2014 | 2142 | $3,845.03 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 50 | PREWITT, RAYMOND ADDRESS ON FILE | | No Debtor Asserted | 06/06/2014 | 1249 | $300.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 51 | RAMSEY, RUSSELL ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/23/2014 | 4627 | $14,029.78 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 52 | RIDGE, DAVID ADDRESS ON FILE | | No Debtor Asserted | 10/14/2014 | 5237 | $24,309.21 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 3 to EXHIBIT A – Non-EFH Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 53 | RODRIGUEZ, CELSO C ADDRESS ON FILE | | No Debtor Asserted | 08/11/2014 | 3588 | Undetermined* | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 54 | ROSENBERG, THELMA ADDRESS ON FILE | | No Debtor Asserted | 10/01/2014 | 4800 | $508.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 55 | ROSOFF, NINA ADDRESS ON FILE | | No Debtor Asserted | 07/14/2014 | 3105 | Undetermined* | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 56 | SCHILLACE, JOSEPH ADDRESS ON FILE | | No Debtor Asserted | 05/30/2014 | 662 | $400.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 57 | SCHMITT, LEE J ADDRESS ON FILE | | No Debtor Asserted | 06/09/2014 | 2231 | $1,000,000.00 | No liability owed to claimant per Debtors' books and records. Claimant indicated he has no valid claim on claim form. |
| 58 | SHERRILL, RONNIE K ADDRESS ON FILE | | No Debtor Asserted | 10/20/2014 | 5737 | Undetermined* | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 59 | SHERROD, JENNIFER ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/12/2014 | 4340 | $1,513.19 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 60 | SLOUHA, DONNA ADDRESS ON FILE | | No Debtor Asserted | 06/17/2014 | 2237 | $5,000.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 61 | SPOON, DAVID P ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/24/2014 | 7601 | $30,000.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 7 of 9

ENERGY FUTURE HOLDINGS CORP., et al.

FOURTH OMNIBUS (SUBSTANTIVE); EXHIBIT 3 to EXHIBIT A – Non-EFH Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 62 | STERCX, AL ADDRESS ON FILE | | No Debtor Asserted | 06/10/2014 | 1668 | $25,600.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 63 | STIMAC, LAWRENCE S ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/21/2014 | 5755 | $925.86 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 64 | TEXAS PUBLIC POWER ASSOCIATION 701 BRAZOS STE 1005 AUSTIN, TX 78701-2595 | | No Debtor Asserted | 09/29/2014 | 4732 | $500.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 65 | TIMPSON, JOANNE ADDRESS ON FILE | | No Debtor Asserted | 06/02/2014 | 954 | $19,163.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 66 | TRAHAN, CHERRI ADDRESS ON FILE | | No Debtor Asserted | 07/03/2014 | 2839 | $23,150.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 67 | TRASK, JILL A ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 08/11/2014 | 3586 | $1,000.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 68 | VANDEVER, WILLIAM ADDRESS ON FILE | | No Debtor Asserted | 10/09/2014 | 5017 | $50,000.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 69 | WALLIS DERMATOLOGY ASSOCIATES PLLC 6 DOCTOR CIR LONGVIEW, TX 75605-5050 | | No Debtor Asserted | 10/06/2014 | 4903 | $307.92 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 8 of 9

ENERGY FUTURE HOLDINGS CORP., et al.

FOURTH OMNIBUS (SUBSTANTIVE); EXHIBIT 3 to EXHIBIT A – Non-EFH Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 70 | WARE, JOE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/03/2014 | 1180 | $153,300.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| 71 | WATKINS, MARY B ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/12/2014 | 4329 | $160.00 | No liability owed to claimant per Debtors' books and records. Claimed liability due to claimant from third party, not Debtor. |
| | | | | TOTAL | | $2,165,954.97* | |

* - Indicates claim contains unliquidated and/or undetermined amounts

## EXHIBIT 4

**Dismissed Litigation Claims**

ENERGY FUTURE HOLDINGS CORP., et al.

FOURTH OMNIBUS (SUBSTANTIVE); EXHIBIT 4 to EXHIBIT A – Dismissed Litigation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | CHAO, SCHUCHERRY ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 06/20/2014 | 2338 | $4,000,000.00 | No Liability - Judgment for Debtors on April 10, 2013 [Case No. JS-1201137P] and October 24, 2012 [Case No. JS-00057A] |
| 2 | CHAO, SCHUCHERRY ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/18/2014 | 4490 | $4,000,000.00 | No Liability - Judgment for Debtors on April 10, 2013 [Case No. JS-1201137P] and October 24, 2012 [Case No. JS-00057A] |
| | | | | | TOTAL | $8,000,000.00 | |