# EXHIBIT 1

**No Liability Customer Claims**

ENERGY FUTURE HOLDINGS CORP., et al.

FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 to EXHIBIT A – No Liability Customer Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ARRIAGA, MARIA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/02/2014 | 863 | $560.00 | The Claimant and Debtor have resolved the Claim and agreed that the Debtors are not liable for this Claim. Claimant agreed to withdraw their claim; however, the withdrawal had not been filed on the docket as of the filing of this Objection. |
| 2 | ASPIRE DAY HABILITATION SERVICES ADDRESS ON FILE | | No Debtor Asserted | 06/10/2014 | 1630 | $1,000.00 | The Claimant and Debtor have resolved the Claim and agreed that the Debtors are not liable for this Claim. Claimant agreed to withdraw their claim; however, the withdrawal had not been filed on the docket as of the filing of this Objection. |
| 3 | BAKER, CHELSEA ADDRESS ON FILE | | No Debtor Asserted | 06/23/2014 | 2412 | $290.00 | The Claimant and Debtor have resolved the Claim and agreed that the Debtors are not liable for this Claim. Claimant agreed to withdraw their claim; however, the withdrawal had not been filed on the docket as of the filing of this Objection. |
| 4 | BENNETT, CHRISTOPHER ADDRESS ON FILE | | No Debtor Asserted | 06/06/2014 | 1257 | $290.00 | The Claimant and Debtor have resolved the Claim and agreed that the Debtors are not liable for this Claim. Claimant agreed to withdraw their claim; however, the withdrawal had not been filed on the docket as of the filing of this Objection. |
| 5 | CHARLES, ANNA ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 05/27/2014 | 485 | Undetermined* | The Claimant and Debtor have resolved the Claim and agreed that the Debtors are not liable for this Claim. Claimant agreed to withdraw their claim; however, the withdrawal had not been filed on the docket as of the filing of this Objection. |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 7

ENERGY FUTURE HOLDINGS CORP., et al.

FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 to EXHIBIT A – No Liability Customer Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 6 | CHRISTENSEN, SHIRLEY<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/06/2014 | 1287 | $720.00 | The Claimant and Debtor have resolved the Claim and agreed that the Debtors are not liable for this Claim. Claimant agreed to withdraw their claim; however, the withdrawal had not been filed on the docket as of the filing of this Objection. |
| 7 | CLEVENGER, RENA<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/27/2014 | 447 | $400.00 | The Claimant and Debtor have resolved the Claim and agreed that the Debtors are not liable for this Claim. Claimant agreed to withdraw their claim; however, the withdrawal had not been filed on the docket as of the filing of this Objection. |
| 8 | COLLINS, JANET A<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/02/2014 | 966 | $103.49 | The Claimant and Debtor have resolved the Claim and agreed that the Debtors are not liable for this Claim. Claimant agreed to withdraw their claim; however, the withdrawal had not been filed on the docket as of the filing of this Objection. |
| 9 | EVERETT, JOSHUA<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/13/2014 | 1891 | $820.00 | The Claimant and Debtor have resolved the Claim and agreed that the Debtors are not liable for this Claim. Claimant agreed to withdraw their claim; however, the withdrawal had not been filed on the docket as of the filing of this Objection. |
| 10 | GERALD, PATRICK N<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/27/2014 | 284 | Undetermined* | The Claimant and Debtor have resolved the Claim and agreed that the Debtors are not liable for this Claim. Claimant agreed to withdraw their claim; however, the withdrawal had not been filed on the docket as of the filing of this Objection. |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 to EXHIBIT A – No Liability Customer Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 11 | GERMAN, SHERRY<br>ADDRESS ON FILE | | No Debtor Asserted | 06/02/2014 | 964 | $500.00 | The Claimant and Debtor have resolved the Claim and agreed that the Debtors are not liable for this Claim. Claimant agreed to withdraw their claim; however, the withdrawal had not been filed on the docket as of the filing of this Objection. |
| 12 | GONZALEZ, PAUL<br>ADDRESS ON FILE | | No Debtor Asserted | 06/02/2014 | 981 | $150.00 | The Claimant and Debtor have resolved the Claim and agreed that the Debtors are not liable for this Claim. Claimant agreed to withdraw their claim; however, the withdrawal had not been filed on the docket as of the filing of this Objection. |
| 13 | GRAVES, FRANCES<br>ADDRESS ON FILE | | No Debtor Asserted | 05/30/2014 | 729 | $150.00 | The Claimant and Debtor have resolved the Claim and agreed that the Debtors are not liable for this Claim. Claimant agreed to withdraw their claim; however, the withdrawal had not been filed on the docket as of the filing of this Objection. |
| 14 | GUTHRIE, HOWARD<br>ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 276 | $2,000.00 | The Claimant and Debtor have resolved the Claim and agreed that the Debtors are not liable for this Claim. Claimant agreed to withdraw their claim; however, the withdrawal had not been filed on the docket as of the filing of this Objection. |
| 15 | HARLOW, EDIE<br>ADDRESS ON FILE | | No Debtor Asserted | 06/02/2014 | 965 | $400.00 | The Claimant and Debtor have resolved the Claim and agreed that the Debtors are not liable for this Claim. Claimant agreed to withdraw their claim; however, the withdrawal had not been filed on the docket as of the filing of this Objection. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 to EXHIBIT A – No Liability Customer Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 16 | HEATH, MELISSA MITCHELL ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/27/2014 | 292 | Undetermined* | The Claimant and Debtor have resolved the Claim and agreed that the Debtors are not liable for this Claim. Claimant agreed to withdraw their claim; however, the withdrawal had not been filed on the docket as of the filing of this Objection. |
| 17 | HILL, PAULA ADDRESS ON FILE | | No Debtor Asserted | 05/29/2014 | 624 | $400.00 | The Claimant and Debtor have resolved the Claim and agreed that the Debtors are not liable for this Claim. Claimant agreed to withdraw their claim; however, the withdrawal had not been filed on the docket as of the filing of this Objection. |
| 18 | HOLLIS, LACY ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/30/2014 | 718 | Undetermined* | The Claimant and Debtor have resolved the Claim and agreed that the Debtors are not liable for this Claim. Claimant agreed to withdraw their claim; however, the withdrawal had not been filed on the docket as of the filing of this Objection. |
| 19 | JACKSON, CARL ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/27/2014 | 234 | $1,290.00 | The Claimant and Debtor have resolved the Claim and agreed that the Debtors are not liable for this Claim. Claimant agreed to withdraw their claim; however, the withdrawal had not been filed on the docket as of the filing of this Objection. |
| 20 | LEE, DONALD G ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/12/2014 | 1870 | $250.00 | The Claimant and Debtor have resolved the Claim and agreed that the Debtors are not liable for this Claim. Claimant agreed to withdraw their claim; however, the withdrawal had not been filed on the docket as of the filing of this Objection. |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 to EXHIBIT A – No Liability Customer Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 21 | LOFTIN, MARLAINE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/02/2014 | 991 | $400.00 | The Claimant and Debtor have resolved the Claim and agreed that the Debtors are not liable for this Claim. Claimant agreed to withdraw their claim; however, the withdrawal had not been filed on the docket as of the filing of this Objection. |
| 22 | LOTT, SHARLENE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/02/2014 | 825 | $192.00 | The Claimant and Debtor have resolved the Claim and agreed that the Debtors are not liable for this Claim. Claimant agreed to withdraw their claim; however, the withdrawal had not been filed on the docket as of the filing of this Objection. |
| 23 | NELSON, KELLY ADDRESS ON FILE | 14-10989 (CSS) | TXU Electric Company, Inc. | 05/27/2014 | 373 | $2,775.00 | The Claimant and Debtor have resolved the Claim and agreed that the Debtors are not liable for this Claim. Claimant agreed to withdraw their claim; however, the withdrawal had not been filed on the docket as of the filing of this Objection. |
| 24 | PETROVA, VALERIA M ADDRESS ON FILE | | No Debtor Asserted | 06/06/2014 | 1248 | $100.00 | The Claimant and Debtor have resolved the Claim and agreed that the Debtors are not liable for this Claim. Claimant agreed to withdraw their claim; however, the withdrawal had not been filed on the docket as of the filing of this Objection. |
| 25 | RAMIREZ, UBALDO ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 08/18/2014 | 3721 | $1,082.50 | The Claimant and Debtor have resolved the Claim and agreed that the Debtors are not liable for this Claim. Claimant agreed to withdraw their claim; however, the withdrawal had not been filed on the docket as of the filing of this Objection. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 to EXHIBIT A – No Liability Customer Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 26 | SANDERS, YONEDA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 07/10/2014 | 2984 | $320.00 | The Claimant and Debtor have resolved the Claim and agreed that the Debtors are not liable for this Claim. Claimant agreed to withdraw their claim; however, the withdrawal had not been filed on the docket as of the filing of this Objection. |
| 27 | TIPPENS, ESKRAY ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/02/2014 | 800 | $40,900,000,000.00 | The Claimant and Debtor have resolved the Claim and agreed that the Debtors are not liable for this Claim. Claimant agreed to withdraw their claim; however, the withdrawal had not been filed on the docket as of the filing of this Objection. |
| 28 | VANWORTH, CHRIS ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/27/2014 | 282 | $500.00 | The Claimant and Debtor have resolved the Claim and agreed that the Debtors are not liable for this Claim. Claimant agreed to withdraw their claim; however, the withdrawal had not been filed on the docket as of the filing of this Objection. |
| 29 | VERRENGIA, ASHTON ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/13/2014 | 1917 | $300.00 | The Claimant and Debtor have resolved the Claim and agreed that the Debtors are not liable for this Claim. Claimant agreed to withdraw their claim; however, the withdrawal had not been filed on the docket as of the filing of this Objection. |
| 30 | VILLAGOMEZ, CAROLINA ADDRESS ON FILE | | No Debtor Asserted | 06/05/2014 | 1168 | $360.00 | The Claimant and Debtor have resolved the Claim and agreed that the Debtors are not liable for this Claim. Claimant agreed to withdraw their claim; however, the withdrawal had not been filed on the docket as of the filing of this Objection. |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

FIFTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 to EXHIBIT A – No Liability Customer Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 31 | WHITE, MARGARET<br>ADDRESS ON FILE | | No Debtor Asserted | 06/10/2014 | 1628 | $1,000.00 | The Claimant and Debtor have resolved the Claim and agreed that the Debtors are not liable for this Claim. Claimant agreed to withdraw their claim; however, the withdrawal had not been filed on the docket as of the filing of this Objection. |
| 32 | WILLIAMS, ALYSSA<br>ADDRESS ON FILE | | No Debtor Asserted | 05/28/2014 | 608 | $600.00 | The Claimant and Debtor have resolved the Claim and agreed that the Debtors are not liable for this Claim. Claimant agreed to withdraw their claim; however, the withdrawal had not been filed on the docket as of the filing of this Objection. |
| 33 | WILSON, BOBBY C<br>ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 768 | Undetermined* | The Claimant and Debtor have resolved the Claim and agreed that the Debtors are not liable for this Claim. Claimant agreed to withdraw their claim; however, the withdrawal had not been filed on the docket as of the filing of this Objection. |
| | | | | | TOTAL | $40,900,016,952.99* | |

* - Indicates claim contains unliquidated and/or undetermined amounts