# EXHIBIT 1

**Amended Claims**

ENERGY FUTURE HOLDINGS CORP., et al.

SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 to EXHIBIT A – Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | |
| 1  AMERICOM TELECOM (ATI) 3544 ETC JESTER HOUSTON, TX 77018 | 05/27/2014 | 14-10979 (CSS) | 576 | $10,668.52 | AMERICOM TELECOMMUNICATIONS INC 3544 E T C JESTER BLVD HOUSTON, TX 77018-6023 | 10/06/2014 | 14-11032 (CSS) | 4907 | $10,668.52 | Amended Claim |
| 2  APEX COMPANIES LLC 15850 CRABBS BRANCH WAY SUITE 200 ROCKVILLE, MD 20855 | 08/29/2014 | 14-10979 (CSS) | 3972 | $21,520.27 | APEX TITAN, INC. C/O APEX COMPANIES LLC ATTN: BERNICE JARBOE 15850 CRABBS BRANCH WAY, SUITE 200 ROCKVILLE, MD 20855 | 10/22/2014 | 14-11042 (CSS) | 5906 | $11,933.07 | Amended Claim |
| 3  AVNET INC. 5400 PRAIRIE STONE PKWY HOFFMAN ESTATES, IL 60192 | 08/29/2014 | 14-10996 (CSS) | 3952 | $166,995.71 | AVNET, INC. 5400 PRAIRIE STONE PKWY HOFFMAN ESTATES, IL 60192 | 10/23/2014 | 14-10996 (CSS) | 6175 | $53,987.65 | Amended Claim |
| 4  BURFORD & RYBURN LLP ATTN: JEB LOVELESS 500 N AKARD STE 3100 DALLAS, TX 75201 | 09/10/2014 | 14-11032 (CSS) | 4288 | $224.90 | BURFORD & RYBURN, LLP ATTN: JEB LOVELESS 500 N. AKARD STE 3100 DALLAS, TX 75201 | 10/22/2014 | 14-11032 (CSS) | 5982 | $2,450.90 | Amended Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 to EXHIBIT A – Amended Claims

| | NAME | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | REASON FOR DISALLOWANCE |
| | | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 | CEMSPRO C/O CEMS PROFESSIONAL SERVICES LLC 518 WILD FIRE DRIVE WALDRON, AR 72958 | 08/15/2014 | 14-11022 (CSS) | 3695 | $46,233.68 | CEMSPRO C/O CEMS PROFESSIONAL SERVICES LLC 518 WILD FIRE DRIVE WALDRON, AR 72958 | 10/21/2014 | 14-11022 (CSS) | 5792 | $79,459.63 | Amended Claim |
| 6 | CEMSPRO C/O CEMS PROFESSIONAL SERVICES LLC 518 WILD FIRE DRIVE WALDRON, AR 72958 | 08/15/2014 | 14-11042 (CSS) | 3696 | $1,583.50 | CEMSPRO C/O CEMS PROFESSIONAL SERVICES LLC 518 WILD FIRE DRIVE WALDRON, AR 72958 | 10/21/2014 | 14-11042 (CSS) | 5795 | $1,764.00 | Amended Claim |
| 7 | CEMSPRO C/O CEMS PROFESSIONAL SERVICES LLC 518 WILD FIRE DRIVE WALDRON, AR 72958 | 08/15/2014 | 14-11033 (CSS) | 3697 | $2,363.65 | CEMSPRO C/O CEMS PROFESSIONAL SERVICES LLC 518 WILD FIRE DRIVE WALDRON, AR 72958 | 10/21/2014 | 14-11033 (CSS) | 5793 | $9,541.15 | Amended Claim |
| 8 | CEMSPRO C/O CEMS PROFESSIONAL SERVICES LLC 518 WILD FIRE DRIVE WALDRON, AR 72958 | 08/15/2014 | 14-11032 (CSS) | 3698 | $7,769.13 | CEMSPRO C/O CEMS PROFESSIONAL SERVICES LLC 518 WILD FIRE DRIVE WALDRON, AR 72958 | 10/21/2014 | 14-11032 (CSS) | 5794 | $34,932.01 | Amended Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 to EXHIBIT A – Amended Claims

| | NAME | CLAIMS TO BE DISALLOWED | | | | NAME | DATE FILED | REMAINING CLAIMS | | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| | | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | | | CASE NUMBER | CLAIM # | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | CRANE NUCLEAR, INC ATTN: JASON LOCKE 2825 COBB INTERNATIONAL BLVD KENNESAW, GA 30152 | 05/23/2014 | 14-10996 (CSS) | 176 | $2,775,840.04 | CRANE NUCLEAR, INC. ATTN: JASON LOCKE 2825 COBB INTERNATIONAL BLVD. KENNESAW, GA 30152 | 10/24/2014 | 14-10996 (CSS) | 7536 | $2,775,840.04 | Amended Claim |
| 10 | DELAWARE TRUST COMPANY, TRUSTEE ATTN: SANDRA E. HORWITZ 2711 CENTERVILLE ROAD WILMINGTON, DE 19808 | 10/15/2014 | 14-11008 (CSS) | 5299 | $1,055,932.19* | DELAWARE TRUST COMPANY, TRUSTEE ATTN: SANDRA E. HORWITZ 2711 CENTERVILLE ROAD WILMINGTON, DE 19808 | 10/27/2014 | 14-11008 (CSS) | 8029 | $1,055,932.19* | Amended Claim |
| 11 | DELAWARE TRUST COMPANY, TRUSTEE ATTN: SANDRA E. HORWITZ 2711 CENTERVILLE ROAD WILMINGTON, DE 19808 | 10/15/2014 | 14-11008 (CSS) | 5300 | Undetermined* | DELAWARE TRUST COMPANY, TRUSTEE ATTN: SANDRA E. HORWITZ 2711 CENTERVILLE ROAD WILMINGTON, DE 19808 | 10/27/2014 | 14-11008 (CSS) | 8032 | Undetermined* | Amended Claim |

*- Indicates claim contains unliquidated and/or undetermined amounts

## ENERGY FUTURE HOLDINGS CORP., et al.

### SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 to EXHIBIT A – Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | CASE NUMBER | DATE FILED | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 12 | DELAWARE TRUST COMPANY, TRUSTEE ATTN: SANDRA E. HORWITZ 2711 CENTERVILLE ROAD WILMINGTON, DE 19808 | 14-11008 (CSS) | 10/15/2014 | 5301 | Undetermined* | DELAWARE TRUST COMPANY, TRUSTEE ATTN: SANDRA E. HORWITZ 2711 CENTERVILLE ROAD WILMINGTON, DE 19808 | 10/27/2014 | 14-11008 (CSS) | 8031 | Undetermined* | Amended Claim |
| 13 | DELAWARE TRUST COMPANY, TRUSTEE ATTN: SANDRA E. HORWITZ 2711 CENTERVILLE ROAD WILMINGTON, DE 19808 | 14-11008 (CSS) | 10/15/2014 | 5302 | $432,447,569.26* | DELAWARE TRUST COMPANY, TRUSTEE ATTN: SANDRA E. HORWITZ 2711 CENTERVILLE ROAD WILMINGTON, DE 19808 | 10/27/2014 | 14-11008 (CSS) | 8030 | $432,447,569.26* | Amended Claim |
| 14 | DELAWARE TRUST COMPANY, TRUSTEE ATTN: SANDRA E. HORWITZ 2711 CENTERVILLE ROAD WILMINGTON, DE 19808 | 14-11008 (CSS) | 10/15/2014 | 5303 | Undetermined* | DELAWARE TRUST COMPANY, TRUSTEE ATTN: SANDRA E. HORWITZ 2711 CENTERVILLE ROAD WILMINGTON, DE 19808 | 10/27/2014 | 14-11008 (CSS) | 8033 | Undetermined* | Amended Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

SECOND OMNIBUS (NON-SUBSTANTIVE); EXHIBIT 1 to EXHIBIT A – Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 15 | DELAWARE TRUST COMPANY, TRUSTEE ATTN: SANDRA E. HORWITZ 2711 CENTERVILLE ROAD WILMINGTON, DE 19808 | 10/17/2014 | 14-11001 (CSS) | 5543 | Undetermined* | DELAWARE TRUST COMPANY, TRUSTEE ATTN: SANDRA E. HORWITZ 2711 CENTERVILLE ROAD WILMINGTON, DE 19808 | 10/27/2014 | 14-11001 (CSS) | 8028 | Undetermined* | Amended Claim |
| 16 | DELAWARE TRUST COMPANY, TRUSTEE ATTN: SANDRA E. HORWITZ 2711 CENTERVILLE ROAD WILMINGTON, DE 19808 | 10/17/2014 | 14-11001 (CSS) | 5544 | Undetermined* | DELAWARE TRUST COMPANY, TRUSTEE ATTN: SANDRA E. HORWITZ 2711 CENTERVILLE ROAD WILMINGTON, DE 19808 | 10/27/2014 | 14-11001 (CSS) | 8026 | Undetermined* | Amended Claim |
| 17 | DELAWARE TRUST COMPANY, TRUSTEE ATTN: SANDRA E. HORWITZ 2711 CENTERVILLE ROAD WILMINGTON, DE 19808 | 10/17/2014 | 14-11001 (CSS) | 5545 | Undetermined* | DELAWARE TRUST COMPANY, TRUSTEE ATTN: SANDRA E. HORWITZ 2711 CENTERVILLE ROAD WILMINGTON, DE 19808 | 10/27/2014 | 14-11001 (CSS) | 8024 | $1,055,932.19* | Amended Claim |

*- Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

SECOND OMNIBUS (NON-SUBSTANTIVE); EXHIBIT 1 to EXHIBIT A – Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 18 DELAWARE TRUST COMPANY, TRUSTEE ATTN: SANDRA E. HORWITZ 2711 CENTERVILLE ROAD WILMINGTON, DE 19808 | 10/17/2014 | 14-11001 (CSS) | 5546 | Undetermined* | DELAWARE TRUST COMPANY, TRUSTEE ATTN: SANDRA E. HORWITZ 2711 CENTERVILLE ROAD WILMINGTON, DE 19808 | 10/27/2014 | 14-11001 (CSS) | 8025 | Undetermined* | Amended Claim |
| 19 DELAWARE TRUST COMPANY, TRUSTEE ATTN: SANDRA E. HORWITZ 2711 CENTERVILLE ROAD WILMINGTON, DE 19808 | 10/17/2014 | 14-11001 (CSS) | 5547 | Undetermined* | DELAWARE TRUST COMPANY, TRUSTEE ATTN: SANDRA E. HORWITZ 2711 CENTERVILLE ROAD WILMINGTON, DE 19808 | 10/27/2014 | 14-11001 (CSS) | 8027 | $432,447,569.26* | Amended Claim |
| 20 JAMES, LANA J ADDRESS ON FILE | 06/16/2014 | 14-10979 (CSS) | 2076 | $1,500.00 | JAMES, LANA J. ADDRESS ON FILE | 07/07/2014 | 14-10979 (CSS) | 2914 | $1,500.00 | Amended Claim |
| 21 NAPA TIRE & AUTO SUPPLY INC PO BOX 1257 ROCKDALE, TX 76567 | 09/08/2014 | 14-11042 (CSS) | 4199 | $40,321.79 | NAPA TIRE & AUTO SUPPLY INC PO BOX 1257 ROCKDALE, TX 76567 | 09/15/2014 | 14-11042 (CSS) | 4433 | $48,172.69 | Amended Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

SECOND OMNIBUS (NON-SUBSTANTIVE); EXHIBIT 1 to EXHIBIT A – Amended Claims

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 22 | NORTH LOUISIANA LAND GRADING INC PO BOX 33 GILLIAM, LA 71029 | 10/10/2014 | 14-11032 (CSS) | 5130 | $709,412.58 | NORTH LOUISIANA LAND GRADING INC PO BOX 33 GILLIAM, LA 71029 | 10/24/2014 | 14-11032 (CSS) | 7660 | $709,412.58 | Amended Claim |
| 23 | REESE, DORNELL ADDRESS ON FILE | 05/30/2014 | 14-10979 (CSS) | 746 | Undetermined* | REESE, DORNELL ADDRESS ON FILE | 09/02/2014 | 14-10979 (CSS) | 4090 | Undetermined* | Amended Claim |

TOTAL    $437,287,935.22*

\* - Indicates claim contains unliquidated and/or undetermined amounts

**EXHIBIT 2**

**Exact Duplicate Claims**

ENERGY FUTURE HOLDINGS CORP., et al.

SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 to EXHIBIT A – Exact Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 1 ADVANCED ANALYTICAL LABORATORIES LLC PO BOX 760 WHITEHOUSE, TX 75791 | 09/18/2014 | 14-11022 (CSS) | 4486 | Undetermined* | ADVANCED ANALYTICAL LABORATORIES LLC P.O. BOX 760 WHITEHOUSE, TX 75791 | 10/21/2014 | 14-11022 (CSS) | 5782 | Undetermined* | Exact Duplicate |
| 2 ADVANCED ANALYTICAL LABORATORIES LLC PO BOX 760 WHITEHOUSE, TX 75791 | 09/18/2014 | 14-11042 (CSS) | 4487 | Undetermined* | ADVANCED ANALYTICAL LABORATORIES LLC P.O. BOX 760 WHITEHOUSE, TX 75791 | 10/21/2014 | 14-11042 (CSS) | 5781 | Undetermined* | Exact Duplicate |
| 3 ADVANCED ANALYTICAL LABORATORIES LLC PO BOX 760 WHITEHOUSE, TX 75791 | 09/18/2014 | 14-11033 (CSS) | 4488 | Undetermined* | ADVANCED ANALYTICAL LABORATORIES LLC P.O. BOX 760 WHITEHOUSE, TX 75791 | 10/21/2014 | 14-11033 (CSS) | 5780 | Undetermined* | Exact Duplicate |
| 4 ADVANCED ANALYTICAL LABORATORIES LLC PO BOX 760 WHITEHOUSE, TX 75791 | 09/18/2014 | 14-11032 (CSS) | 4489 | Undetermined* | ADVANCED ANALYTICAL LABORATORIES LLC P.O. BOX 760 WHITEHOUSE, TX 75791 | 10/21/2014 | 14-11032 (CSS) | 5779 | Undetermined* | Exact Duplicate |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 8

ENERGY FUTURE HOLDINGS CORP., et al.

SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 to EXHIBIT A – Exact Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | |
| 5 ALDINE INDEPENDENT SCHOOL DISTRICT C/O TAX OFFICE 14909 ALDINE WESTFIELD ROAD HOUSTON, TX 77032 | 06/12/2014 | 14-10979 (CSS) | 2233 | $417.18 | ALDINE INDEPENDENT SCHOOL DISTRICT C/O TAX OFFICE 14909 ALDINE WESTFIELD ROAD HOUSTON, TX 77032 | 06/11/2014 | 14-10979 (CSS) | 1773 | $417.18 | Exact Duplicate |
| 6 BI-INFORM, INC. C/O LEECH TISHMAN FUSCALDO & LAMPL LLC ATTN: PATRICK W. CAROTHERS, ESQ. 525 WILLIAM PENN PLACE, 28TH FL. PITTSBURGH, PA 15219 | 10/27/2014 | 14-10996 (CSS) | 7930 | $27,000.00 | BI-INFORM, INC. C/O LEECH TISHMAN FUSCALDO & LAMPL LLC ATTN: PATRICK W. CAROTHERS, ESQ. 525 WILLIAM PENN PLACE, 28TH FL. PITTSBURGH, PA 15219 | 10/27/2014 | 14-10996 (CSS) | 7929 | $27,000.00 | Exact Duplicate |
| 7 BLOODWORTH, JAMES D ADDRESS ON FILE | 08/13/2014 | 14-10979 (CSS) | 3652 | $11,061.46 | BLOODWORTH, JAMES D ADDRESS ON FILE | 08/13/2014 | 14-10979 (CSS) | 3651 | $11,061.46 | Exact Duplicate |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 to EXHIBIT A – Exact Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
| NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| 8 BLOODWORTH, JAMES ADDRESS ON FILE | 08/13/2014 | 14-10979 (CSS) | 3654 | $3,984.80 | BLOODWORTH, JAMES D ADDRESS ON FILE | 08/13/2014 | 14-10979 (CSS) | 3653 | $3,984.80 | Exact Duplicate |
| 9 BLOODWORTH, JAMES ADDRESS ON FILE | 08/13/2014 | 14-10979 (CSS) | 3656 | $2,896.80 | BLOODWORTH, JAMES D ADDRESS ON FILE | 08/13/2014 | 14-10979 (CSS) | 3655 | $2,896.80 | Exact Duplicate |
| 10 BLOODWORTH, JAMES ADDRESS ON FILE | 08/13/2014 | 14-10979 (CSS) | 3658 | $2,426.00 | BLOODWORTH, JAMES D ADDRESS ON FILE | 08/13/2014 | 14-10979 (CSS) | 3657 | $2,426.00 | Exact Duplicate |
| 11 BLOODWORTH, JAMES ADDRESS ON FILE | 08/13/2014 | 14-10979 (CSS) | 3660 | $681.00 | BLOODWORTH, JAMES D ADDRESS ON FILE | 08/13/2014 | 14-10979 (CSS) | 3659 | $681.00 | Exact Duplicate |
| 12 BLOODWORTH, JAMES ADDRESS ON FILE | 08/13/2014 | 14-10979 (CSS) | 3662 | $2,341.00 | BLOODWORTH, JAMES D ADDRESS ON FILE | 08/13/2014 | 14-10979 (CSS) | 3661 | $2,341.00 | Exact Duplicate |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 to EXHIBIT A – Exact Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 13 | BLOODWORTH, JAMES ADDRESS ON FILE | 08/13/2014 | 14-10979 (CSS) | 3664 | $989.40 | BLOODWORTH, JAMES D ADDRESS ON FILE | 08/13/2014 | 14-10979 (CSS) | 3663 | $989.40 | Exact Duplicate |
| 14 | CALIFORNIA FRANCHISE TAX BOARD ATTN: BANKRUPTCY SECTION MS A340 PO BOX 2952 SACRAMENTO, CA 95812-2952 | 06/11/2014 | 14-11026 (CSS) | 1772 | $1,694.90 | CALIFORNIA FRANCHISE TAX BOARD ATTN: BANKRUPTCY SECTION MS A340 PO BOX 2952 SACRAMENTO, CA 95812-2952 | 06/09/2014 | 14-11026 (CSS) | 1545 | $1,694.90 | Exact Duplicate |
| 15 | CITY OF FORT WORTH ATTN: CHRIS MOSLEY 1000 THROCKMORTON FORT WORTH, TX 76102 | 06/24/2014 | 14-10979 (CSS) | 2529 | $75.00 | CITY OF FORT WORTH ATTN: CHRIS MOSLEY 1000 THROCKMORTON FORT WORTH, TX 76102 | 06/10/2014 | 14-10979 (CSS) | 1778 | $75.00 | Exact Duplicate |

\* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 to EXHIBIT A – Exact Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
| NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 16 DELL MARKETING, L.P. ATTN: NANCY MIMS ONE DELL WAY, RR1, MS 52 ROUND ROCK, TX 78682 | 06/11/2014 | 14-10996 (CSS) | 1774 | $39,182.58 | DELL MARKETING, L.P. ATTN: NANCY MIMS ONE DELL WAY, RR1, MS 52 ROUND ROCK, TX 78682 | 06/09/2014 | 14-10996 (CSS) | 1546 | $39,182.58 | Exact Duplicate |
| 17 FALKENBERG CONSTRUCTION CO., INC. 4850 SAMUELL BLVD. MESQUITE, TX 75149 | 06/10/2014 | 14-10979 (CSS) | 1707 | $65,660.00 | FALKENBERG CONSTRUCTION 4850 SAMUELL BLVD MESQUITE, TX 75149-1025 | 06/09/2014 | 14-10979 (CSS) | 1505 | $65,660.00 | Exact Duplicate |
| 18 INTEGRATED POWER SERVICES LLC C/O LEECH TISHMAN FUSCALDO & LAMPL LLC ATTN: PATRICK W. CAROTHERS, ESQ. 525 WILLIAM PENN PLACE, 28TH FL. PITTSBURGH, PA 15219 | 10/27/2014 | 14-11033 (CSS) | 7925 | $54,036.05 | INTEGRATED POWER SERVICES LLC C/O LEECH TISHMAN FUSCALDO & LAMPL LLC ATTN: PATRICK W. CAROTHERS, ESQ. 525 WILLIAM PENN PLACE, 28TH FL. PITTSBURGH, PA 15219 | 10/27/2014 | 14-11033 (CSS) | 7921 | $54,036.05 | Exact Duplicate |

*- Indicates claim contains unliquidated and/or undetermined amounts

Page 5 of 8

# ENERGY FUTURE HOLDINGS CORP., et al.

## SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 to EXHIBIT A – Exact Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 19 INTEGRATED POWER SERVICES LLC C/O LEECH TISHMAN FUSCALDO & LAMPL LLC ATTN: PATRICK W. CAROTHERS, ESQ. 525 WILLIAM PENN PLACE, 28TH FL. PITTSBURGH, PA 15219 | 10/27/2014 | 14-11042 (CSS) | 7926 | $32,409.97 | INTEGRATED POWER SERVICES LLC C/O LEECH TISHMAN FUSCALDO & LAMPL LLC ATTN: PATRICK W. CAROTHERS, ESQ. 525 WILLIAM PENN PLACE, 28TH FL. PITTSBURGH, PA 15219 | 10/27/2014 | 14-11042 (CSS) | 7923 | $32,409.97 | Exact Duplicate |
| 20 INTEGRATED POWER SERVICES LLC C/O LEECH TISHMAN FUSCALDO & LAMPL LLC ATTN: PATRICK W. CAROTHERS, ESQ. 525 WILLIAM PENN PLACE, 28TH FL. PITTSBURGH, PA 15219 | 10/27/2014 | 14-11032 (CSS) | 7927 | $585,147.38 | INTEGRATED POWER SERVICES LLC C/O LEECH TISHMAN FUSCALDO & LAMPL LLC ATTN: PATRICK W. CAROTHERS, ESQ. 525 WILLIAM PENN PLACE, 28TH FL. PITTSBURGH, PA 15219 | 10/27/2014 | 14-11032 (CSS) | 7922 | $585,147.38 | Exact Duplicate |

*- Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 to EXHIBIT A – Exact Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 21 | INTEGRATED POWER SERVICES LLC C/O LEECH TISHMAN FUSCALDO & LAMPL LLC ATTN: PATRICK W. CAROTHERS, ESQ. 525 WILLIAM PENN PLACE, 28TH FL. PITTSBURGH, PA 15219 | 10/27/2014 | 14-11022 (CSS) | 7928 | $11,512.50 | INTEGRATED POWER SERVICES LLC C/O LEECH TISHMAN FUSCALDO & LAMPL LLC ATTN: PATRICK W. CAROTHERS, ESQ. 525 WILLIAM PENN PLACE, 28TH FL. PITTSBURGH, PA 15219 | 10/27/2014 | 14-11022 (CSS) | 7924 | $11,512.50 | Exact Duplicate |
| 22 | NAPA AUTO PARTS STORE 1300 FERGUSON RD. MOUNT PLEASANT, TX 75455 | 10/14/2014 | 14-11042 (CSS) | 5271 | $462.90 | NAPA AUTO PARTS 1300 W FERGUSON MOUNT PLEASANT, TX 75455 | 10/14/2014 | 14-11042 (CSS) | 5272 | $462.90 | Exact Duplicate |
| 23 | RATLIFF READY-MIX, LP C/O BELLNUNNALLY ATTN: RANDALL K. LINDLEY 3232 MCKINNEY AVE, STE 1400 DALLAS, TX 75204 | 07/10/2014 | | 2975 | $9,240.00* | RATLIFF READY-MIX, LP C/O BELLNUNNALLY ATTN: RANDALL K. LINDLEY 3232 MCKINNEY AVE, STE 1400 DALLAS, TX 75204 | 07/10/2014 | | 2974 | $9,240.00* | Exact Duplicate |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 7 of 8

ENERGY FUTURE HOLDINGS CORP., et al.

SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 to EXHIBIT A – Exact Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 24 SOMERVELL COUNTY WATER DISTRICT PO BOX 1386 GLEN ROSE, TX 76043 | 09/02/2014 | 14-11032 (CSS) | 4032 | $2,994.27 | SOMERVELL CO. WATER DIST. 2099 COUNTY ROAD 301 PO BOX 1386 GLEN ROSE, TX 76043 | 09/02/2014 | 14-11032 (CSS) | 4031 | $2,994.27 | Exact Duplicate |
| 25 TEKSYSTEMS, INC. ATTN: CREDIT MANAGER 7437 RACE RD HANOVER, MD 21076 | 10/09/2014 | 14-10996 (CSS) | 5016 | $8,448.00 | TEKSYSTEMS, INC. ATTN: CREDIT MANAGER 7437 RACE RD. HANOVER, MD 21076 | 10/09/2014 | 14-10996 (CSS) | 5015 | $8,448.00 | Exact Duplicate |
| | | | TOTAL | $862,661.19* | | | | | |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 8 of 8

# EXHIBIT 3

**No Supporting Documentation Claims**

ENERGY FUTURE HOLDINGS CORP., et al.

SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 to EXHIBIT A - No Supporting Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | CHAMBERS, MARY ADDRESS ON FILE | | No Debtor Asserted | 07/07/2014 | 2924 | Undetermined* | No Supporting Documentation Claim |
| 2 | CLARK, LAVERNE COOPER ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/08/2014 | 4171 | Undetermined* | No Supporting Documentation Claim |
| 3 | CUSACK, PAMELA SUSAN ADDRESS ON FILE | | No Debtor Asserted | 09/29/2014 | 4742 | Undetermined* | No Supporting Documentation Claim |
| 4 | DEUBLER, BILLIE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/19/2014 | 4520 | Undetermined* | No Supporting Documentation Claim |
| 5 | DEUBLER, WINSTON ADDRESS ON FILE | | No Debtor Asserted | 09/19/2014 | 4519 | Undetermined* | No Supporting Documentation Claim |
| 6 | DORHAM, LEANZA ADDRESS ON FILE | | No Debtor Asserted | 10/06/2014 | 4968 | Undetermined* | No Supporting Documentation Claim |
| 7 | GOUGHLER, CHUN-CHA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/02/2014 | 4075 | Undetermined* | No Supporting Documentation Claim |
| 8 | KEETON, VIRGIL ADDRESS ON FILE | | No Debtor Asserted | 09/18/2014 | 4485 | Undetermined* | No Supporting Documentation Claim |
| 9 | MACK, CHARLES LEE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/02/2014 | 4088 | Undetermined* | No Supporting Documentation Claim |
| 10 | MATHEWS, R W ADDRESS ON FILE | | No Debtor Asserted | 09/22/2014 | 4593 | Undetermined* | No Supporting Documentation Claim |
| 11 | PATTERSON, HENRI ADDRESS ON FILE | | No Debtor Asserted | 10/07/2014 | 4995 | Undetermined* | No Supporting Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 2

ENERGY FUTURE HOLDINGS CORP., et al.

SECOND OMNIBUS (NON-SUBSTANTIVE); EXHIBIT 3 to EXHIBIT A - No Supporting Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 12 | REESE, J.P. ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/12/2014 | 4336 | Undetermined* | No Supporting Documentation Claim |
| 13 | SELLERS, BARBARA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 07/22/2014 | 3282 | Undetermined* | No Supporting Documentation Claim |
| 14 | TAYLOR, JOYCE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/27/2014 | 7752 | Undetermined* | No Supporting Documentation Claim |
| 15 | WEGLARZ, JERRY ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/22/2014 | 4617 | Undetermined* | No Supporting Documentation Claim |
| 16 | WEGLARZ, JERRY ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/22/2014 | 4618 | Undetermined* | No Supporting Documentation Claim |
| 17 | WEGLARZ, JERRY ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/22/2014 | 4619 | Undetermined* | No Supporting Documentation Claim |
| 18 | WEGLARZ, JERRY ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/22/2014 | 4620 | Undetermined* | No Supporting Documentation Claim |
| | | | | | TOTAL | Undetermined* | |

* - Indicates claim contains unliquidated and/or undetermined amounts

# **EXHIBIT 4**

**Insufficient Documentation Claims**

ENERGY FUTURE HOLDINGS CORP., et al.

SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 4 to EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|------|-------------|-------------|------------|---------|--------------|-------------------------|
| 1 | ATWATER, THERESA<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/18/2014 | 4483 | $125,000,000.00 | Insufficient Documentation Claim |
| 2 | BISSELL, RAY C., JR.<br>ADDRESS ON FILE | | No Debtor Asserted | 06/30/2014 | 2745 | Undetermined* | Insufficient Documentation Claim |
| 3 | BUTLER, GEORGE, JR.<br>ADDRESS ON FILE | | No Debtor Asserted | 07/21/2014 | 3252 | $12,475.00 | Insufficient Documentation Claim |
| 4 | CLARK, JUDITH KATHRYN<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/08/2014 | 4157 | Undetermined* | Insufficient Documentation Claim |
| 5 | CUMMINS SOUTHERN PLAINS<br>620 NORTH WATSON ROAD<br>PO BOX 90027<br>ARLINGTON, TX 76011 | 14-10996 (CSS) | EFH Corporate Services Company | 10/24/2014 | 7673 | $1,250.00 | Insufficient Documentation Claim |
| 6 | CUMMINS SOUTHERN PLAINS LLC<br>600 NORTH WATSON RD<br>ARLINGTON, TX 76011 | 14-11032 (CSS) | Luminant Generation Company LLC | 10/24/2014 | 7674 | $8,121.08 | Insufficient Documentation Claim |
| 7 | DENKINS, KIM<br>ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 06/10/2014 | 1587 | Undetermined* | Insufficient Documentation Claim |
| 8 | ESCALONA, PATRICIO TREVINO<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/09/2014 | 5022 | $49,701,000.00 | Insufficient Documentation Claim |
| 9 | HOLMES, SAM E.<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/27/2014 | 841 | Undetermined* | Insufficient Documentation Claim |
| 10 | HUNT, HENNESSEY<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/19/2014 | 4534 | $2,522.94 | Insufficient Documentation Claim |

*- Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 2

ENERGY FUTURE HOLDINGS CORP., et al.

SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 4 to EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 11 | JAMES, AMBER ADDRESS ON FILE | | No Debtor Asserted | 10/09/2014 | 5077 | $15,000.00 | Insufficient Documentation Claim |
| 12 | JEFFERSON, THELMA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/27/2014 | 7730 | Undetermined* | Insufficient Documentation Claim |
| 13 | MARIO SINACOLA & SONS EXCAVATING, INC. 10950 RESEARCH ROAD FRISCO, TX 75034 | 14-11042 (CSS) | Luminant Mining Company LLC | 09/22/2014 | 4608 | $727,563.25 | Insufficient Documentation Claim |
| 14 | MOORE, MARVIE ADDRESS ON FILE | | No Debtor Asserted | 09/22/2014 | 4621 | $150,000.00 | Insufficient Documentation Claim |
| 15 | POWELL, MARCUS ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 07/14/2014 | 3075 | $18,935.45 | Insufficient Documentation Claim |
| 16 | WILLIAMS, TOMMY JOE ADDRESS ON FILE | | No Debtor Asserted | 10/07/2014 | 4994 | Undetermined* | Insufficient Documentation Claim |
| | | | | | TOTAL | $175,636,867.72* | |

\* - Indicates claim contains unliquidated and/or undetermined amounts