**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket Nos. 2990-2997** |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     )
                                       ) ss.:
COUNTY OF NEW YORK   )

CAROL ZHANG, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On December 12, 2014, I caused to be served:

    a)  the "Notice of Debtors' Second Omnibus (Non-Substantive) Objection to (Amended and Superseded, Exact Duplicate, No Supporting, and Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 and Hearing Thereon," dated December 12, 2014, to which was attached the "Debtors' Second Omnibus (Non-Substantive) Objection to (Amended and Superseded, Exact Duplicate, No Supporting Documentation, and Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1," dated December 12, 2014 [Docket No. 2990], (the "2nd Omnibus Objection"),

    b)  *a customized Cover Memo from Energy Future Holdings, to include the affected claim holder's claim number(s) regarding their claim*, dated December 12, 2014, a sample of which is annexed hereto as <u>Exhibit A</u>, (the "2nd and 4th Omnibus Claims Objection Cover Memo"),

---

1   The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

c) a customized version of the "Notice of Debtors' Second Omnibus (Non-Substantive) Objection to (Amended and Superseded, Exact Duplicate, No Supporting Documentation, and Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3007, and Local Bankruptcy Rule 3007-1 and Hearing Thereon," dated December 12, 2014, *relating to Docket No. 2990*, a sample of which is annexed hereto as <u>Exhibit B</u>, (the "2nd Omnibus Objection Notice Exhibits 1 and 2"),

d) a customized version of the "Notice of Debtors' Second Omnibus (Non-Substantive) Objection to (Amended and Superseded, Exact Duplicate, No Supporting Documentation, and Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3007, and Local Bankruptcy Rule 3007-1 and Hearing Thereon," dated December 12, 2014, *relating to Docket No. 2990*, a sample of which is annexed hereto as <u>Exhibit C</u>, (the "2nd Omnibus Objection Notice Exhibits 3 and 4"),

e) the "Declaration of Steven R. Kotarba, Managing Director with Alvarez & Marsal North America, LLC, in Support of the Debtors' Second Omnibus (Non-Substantive) Objection to (Amended and Superseded, Exact Duplicate, No Supporting Documentation, and Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1," dated December 12, 2014 [Docket No. 2991], (the "2nd Omnibus Objection Declaration"),

f) the "Notice of Debtors' Third Omnibus (Non-Substantive) Objection to (No Supporting Documentation) Customer Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 and Hearing Thereon," dated December 12, 2014, to which was attached the "Debtors' Third Omnibus (Non-Substantive) Objection to (No Supporting Documentation) Customer Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1," dated December 12, 2014  [Docket No. 2992], (the "3rd Omnibus Objection"),

g) *a customized Cover Memo from Energy Future Holdings, to include the affected claim holder's claim number(s) regarding their claim*, dated December 12, 2014, a sample of which is annexed hereto as <u>Exhibit D</u>, (the "3rd Omnibus Claims Objection Cover Memo"),

h) a customized version of the "Notice of Debtors' Third Omnibus (Non-Substantive) Objection to (No Supporting Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3007, and Local Bankruptcy Rule 3007-1 and Hearing Thereon," dated December 12, 2014, *relating to Docket No. 2992*, a sample of which is annexed hereto as <u>Exhibit E</u>, (the "3rd Omnibus Objection Notice"),

i)  the "Declaration of Steven R. Kotarba, Managing Director with Alvarez & Marsal North America, LLC, in Support of the Debtors' Third Omnibus (Non-Substantive) Objection to (No Supporting Documentation) Customer Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1," dated December 12, 2014 [Docket No. 2993], (the "3rd Omnibus Objection Declaration"),

j)  the "Notice of Debtors' Fourth Omnibus (Substantive) Objection to Certain Substantive Duplicate and No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 and Hearing Thereon," dated December 12, 2014, to which was attached the "Debtors' Fourth Omnibus (Substantive) Objection to Certain Substantive Duplicate and No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1," dated December 12, 2014 [Docket No. 2994], (the "4th Omnibus Objection"),

k)  a customized version of the "Notice of Debtors' Fourth Omnibus (Substantive) Objection to (Certain Substantive Duplicate and No Liability) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and Local Bankruptcy Rule 3007-1 and Hearing Thereon," dated December 12, 2014, *relating to Docket No. 2994*, a sample of which is annexed hereto as Exhibit F, (the "4th Omnibus Objection Notice Exhibits 1 and 2"),

l)  a customized version of the "Notice of Debtors' Fourth Omnibus (Substantive) Objection to (Certain Substantive Duplicate and No Liability) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3007, and Local Bankruptcy Rule 3007-1 and Hearing Thereon," dated December 12, 2014, *relating to Docket No. 2994*, a sample of which is annexed hereto as Exhibit G, (the "4th Omnibus Objection Notice Exhibits 3 and 4"),

m)  the "Declaration of Steven R. Kotarba, Managing Director with Alvarez & Marsal North America, LLC, in Support of the Debtors' Fourth Omnibus (Substantive) Objection to Certain Substantive Duplicate and No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1," dated December 12, 2014 [Docket No. 2995], (the "4th Omnibus Objection Declaration"),

n)  the "Notice of Debtors' Fifth Omnibus (Substantive) Objection to (No Liability) Customer Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 and Hearing Thereon," dated December 12, 2014, to which was attached the "Debtors' Fifth Omnibus (Substantive) Objection to (No Liability) Customer Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1," dated December 12, 2014 [Docket No. 2996], (the "5th Omnibus Objection"),

o)  *a customized Cover Memo from TXU Energy to Claim Holders regarding the Objection to claim*, dated December 12, 2014, a sample of which is annexed hereto as <u>Exhibit H</u>, (the "5th Omnibus Claims Objection Cover Memo"),

p)  a customized version of the "Notice of Debtors' Fifth Omnibus (Substantive) Objection to (No Liability) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3007, and Local Bankruptcy Rule 3007-1 and Hearing Thereon," dated December 12, 2014, a sample of which is annexed hereto as <u>Exhibit I</u>, (the "5th Omnibus Objection Notice"), and

q)  the "Declaration of Steven R. Kotarba, Managing Director with Alvarez & Marsal North America, LLC, in Support of the Debtors' Fifth Omnibus (Substantive) Objection to (No Liability) Customer Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1," dated December 12, 2014 [Docket No. 2997], (the "5th Omnibus Objection Declaration"),

by causing true and correct copies of the:

i.  2nd Omnibus Objection, 2nd Omnibus Objection Declaration, 3rd Omnibus Objection, 3rd Omnibus Objection Declaration, 4th Omnibus Objection, 4th Omnibus Objection Declaration, 5th Omnibus Objection, and 5th Omnibus Objection Declaration, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit J</u>,

ii.  2nd Omnibus Objection, 2nd Omnibus Objection Declaration, 3rd Omnibus Objection, 3rd Omnibus Objection Declaration, 4th Omnibus Objection, 4th Omnibus Objection Declaration, 5th Omnibus Objection, and 5th Omnibus Objection Declaration, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit K</u>,

iii.  2nd Omnibus Objection without exhibits to Exhibit A , 2nd and 4th Omnibus Claims Objection Cover Memo, 2nd Omnibus Objection Notice Exhibits 1 and 2, and 2nd Omnibus Objection Declaration, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit L</u>,

iv.  2nd Omnibus Objection without exhibits to Exhibit A , 2nd and 4th Omnibus Claims Objection Cover Memo, 2nd Omnibus Objection Notice Exhibits 3 and 4, and 2nd Omnibus Objection Declaration, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit M</u>,

v.  3rd Omnibus Objection without exhibits to Exhibit A, 3rd Omnibus Claims Objection Cover Memo, 3rd Omnibus Objection Notice, and 3rd Omnibus Objection Declaration, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit N</u>,

vi.   4th Omnibus Objection without exhibits to Exhibit A, 2nd and 4th Omnibus Claims Objection Memo, 4th Omnibus Objection Notice Exhibits 1 and 2, and 4th Omnibus Objection Declaration, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit O,

vii.  4th Omnibus Objection without exhibits to Exhibit A, 2nd and 4th Omnibus Claims Objection Memo, 4th Omnibus Objection Notice Exhibits 3 and 4, and 4th Omnibus Objection Declaration, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit P, and

viii. 5th Omnibus Objection without exhibits to Exhibit A, 5th Omnibus Claims Objection Cover Memo, 5th Omnibus Objection Notice, and 5th Omnibus Objection Declaration, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit Q.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Carol Zhang

Sworn to before me this
17th day of December, 2014

_____
Notary Public

```
PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 20__
```

**EXHIBIT A**

**Energy Future Holdings**

December 12, 2014

We are writing to you today about the claim (or claims) you filed as part of Energy Future Holdings' Chapter 11 proceedings.

The company is unable to accept your claim(s) – number(s) [INSERT] – at this time.  Our response to your claim(s) is detailed in the enclosed materials.

As indicated in the enclosed Notice, which has been customized to address your claim and the company's response to your claim, if you have a response, it must be filed with the Bankruptcy Court on or before December 31, 2014.

If you have any questions, please call our dedicated telephone hotline at (877) 276-7311.

Thank you.

**EXHIBIT B**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF DEBTORS' SECOND OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO (AMENDED AND SUPERSEDED, EXACT DUPLICATE, NO SUPPORTING DOCUMENTATION, AND INSUFFICIENT DOCUMENTATION) CLAIMS PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

| | | | |
|---|---|---|---|
| TO: | [NAME]<br>[STREET ADDRESS]<br>[CITY], [STATE] [ZIP]<br>[COUNTRY] | **Basis for Objection:** | [BASIS] |
| | | **Claim(s) to be Expunged**: | **Claim Number**<br>[####] | **Claim Amount**<br>[####] |
| | | **Remaining Claim(s)** | **Claim Number**<br>[####] | **Claim Amount**<br>[####] |

On December 12, 2014 the above-captioned debtors and debtors in possession (the "Debtors") filed the **Debtors' Second Omnibus (Non-Substantive) Objection to (Amended and Superseded, Exact Duplicate, No Supporting Documentation, and Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1** (the "Objection")[2] a copy of which is attached hereto.

By the Objection, the Debtors seek to disallow the claim(s) listed as "Claim(s) to be Expunged" for the reason stated above and as further described in the Objection. Once disallowed, the "Claims to be Expunged" will be removed from the Claims Register.

Responses to the Objection, if any, must be in writing and filed on or before **December 31, 2014 at 4:00 PM (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of any such response upon the undersigned counsel to the Debtors listed so that the response is **actually received** on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **JANUARY 13, 2015 AT 9:30 AM (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY

---

[1]     The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]     Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Objection.

COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

If you have questions about the Objection, please call 877-276-7311, free of charge.

Wilmington, Delaware
Dated:  December 12, 2014

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
              defranceschi@rlf.com
              madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:        edward.sassower@kirkland.com
              stephen.hessler@kirkland.com
              brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:        james.sprayregen@kirkland.com
              marc.kieselstein@kirkland.com
              chad.husnick@kirkland.com
              steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

KE 34335990.2

**EXHIBIT C**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**NOTICE OF DEBTORS' SECOND OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (AMENDED AND SUPERSEDED, EXACT DUPLICATE, NO
SUPPORTING DOCUMENTATION, AND INSUFFICIENT DOCUMENTATION) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

| | | |
|---|---|---|
| TO:  [NAME] | **Basis for Objection**: | [BASIS] |
| [STREET ADDRESS] | | |
| [CITY], [STATE] [ZIP] | **Claim Number** | **Claim Amount** |
| [COUNTRY] | **Claim(s) to be Expunged**:  [####] | [####] |

On December 12, 2014 the above-captioned debtors and debtors in possession (the "Debtors") filed the **Debtors' Second Omnibus (Non-Substantive) Objection to (Amended and Superseded, Exact Duplicate, No Supporting Documentation, and Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1** (the "Objection")[2] a copy of which is attached hereto.

By the Objection, the Debtors seek to disallow the claim(s) listed as "Claim(s) to be Expunged" for the reason stated above and as further described in the Objection. Once disallowed, the "Claims to be Expunged" will be removed from the Claims Register.

Responses to the Objection, if any, must be in writing and filed on or before **December 31, 2014 at 4:00 PM (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of any such response upon the undersigned counsel to the Debtors listed so that the response is **actually received** on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **JANUARY 13, 2015 AT 9:30 AM (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801.

---

[1]   The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]   Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Objection.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

If you have questions about the Objection, please call 877-276-7311, free of charge.

Wilmington, Delaware
Dated:  December 12, 2014

**RICHARDS, LAYTON & FINGER, P.A.**

Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Facsimile:      (302) 651-7701
Email:           collins@rlf.com
                     defranceschi@rlf.com
                     madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**

Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900
Email:           edward.sassower@kirkland.com
                     stephen.hessler@kirkland.com
                     brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email:           james.sprayregen@kirkland.com
                     marc.kieselstein@kirkland.com
                     chad.husnick@kirkland.com
                     steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

KE 34336102.2

**EXHIBIT D**

**Energy Future Holdings**

December 12, 2014

We are writing to you today about the claim (or claims) you filed as part of Energy Future Holdings' Chapter 11 proceedings.

The company is unable to accept your claim(s) – number(s) [INSERT] – at this time.  Our response to your claim(s) is detailed in the enclosed materials.

As indicated in the enclosed Notice, which has been customized to address your claim and the company's response to your claim, if you have a response, it must be filed with the Bankruptcy Court on or before December 31, 2014.

If you have any questions, please call our dedicated telephone hotline at (877) 580-9765.

Thank you.

**EXHIBIT E**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF DEBTORS' THIRD OMNIBUS (NON-SUBSTANTIVE)**
**OBJECTION TO (NO SUPPORTING DOCUMENTATION) CLAIMS**
**PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY**
**RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

| | | |
|---|---|---|
| TO: [NAME] | **Basis for Objection**: | [BASIS] |
| [STREET ADDRESS] | | |
| [CITY], [STATE] [ZIP] | | **Claim Number**    **Claim Amount** |
| [COUNTRY] | **Claim(s) to be Expunged**: | [####]            [####] |

On December 12, 2014 the above-captioned debtors and debtors in possession (the "Debtors") filed the **Debtors' Third Omnibus (Non-Substantive) Objection to (No Supporting Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1** (the "Objection")[2] a copy of which is attached hereto.

By the Objection, the Debtors seek to disallow the claim(s) listed as "Claim(s) to be Expunged" for the reason stated above and as further described in the Objection. Once disallowed, the "Claims to be Expunged" will be removed from the Claims Register.

Responses to the Objection, if any, must be in writing and filed on or before **December 31, 2014 at 4:00 PM (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of any such response upon the undersigned counsel to the Debtors listed so that the response is **actually received** on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **JANUARY 13, 2015 AT 9:30 AM (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]    Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Objection.

If you have questions about the Objection, please call 877-580-9765, free of charge.

Wilmington, Delaware
Dated:  December 12, 2014

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Facsimile:      (302) 651-7701
Email:           collins@rlf.com
                      defranceschi@rlf.com
                      madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900
Email:           edward.sassower@kirkland.com
                      stephen.hessler@kirkland.com
                      brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email:           james.sprayregen@kirkland.com
                      marc.kieselstein@kirkland.com
                      chad.husnick@kirkland.com
                      steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

KE 34336208.2

**EXHIBIT F**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## NOTICE OF DEBTORS' FOURTH OMNIBUS (SUBSTANTIVE) OBJECTION TO (CERTAIN SUBSTANTIVE DUPLICATE AND NO LIABILITY) CLAIMS PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

TO:   [NAME]
      [STREET ADDRESS]
      [CITY], [STATE] [ZIP]
      [COUNTRY]

| | | |
|---|---|---|
| **Basis for Objection**: | [BASIS] | |
| | | |
| | **Claim Number** | **Claim Amount** |
| **Claim(s) to be Expunged**: | [####] | [####] |
| | | |
| | **Claim Number** | **Claim Amount** |
| **Remaining Claim(s)** | [####] | [####] |

On December 12, 2014 the above-captioned debtors and debtors in possession (the "Debtors") filed the **Debtors' Fourth Omnibus (Substantive) Objection to (Certain Substantive Duplicate and No Liability) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1** (the "Objection")[2] a copy of which is attached hereto.

By the Objection, the Debtors seek to disallow the claim(s) listed as "Claim(s) to be Expunged" for the reason stated above and as further described in the Objection.  Once disallowed, the "Claims to be Expunged" will be removed from the Claims Register.

Responses to the Objection, if any, must be in writing and filed on or before **December 31, 2014 at 4:00 PM (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of any such response upon the undersigned counsel to the Debtors listed so that the response is **actually received** on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **JANUARY 13, 2015 AT 9:30 AM (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801.

---

[1]   The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]   Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Objection.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

If you have questions about the Objection, please call 877-276-7311, free of charge.

Wilmington, Delaware
Dated:  December 12, 2014

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:      (302) 651-7700
Facsimile:      (302) 651-7701
Email:          collins@rlf.com
                defranceschi@rlf.com
                madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900
Email:          edward.sassower@kirkland.com
                stephen.hessler@kirkland.com
                brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:      (312) 862-2200
Email:          james.sprayregen@kirkland.com
                marc.kieselstein@kirkland.com
                chad.husnick@kirkland.com
                steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

KE 34336011.2

**EXHIBIT G**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF DEBTORS' FOURTH OMNIBUS (SUBSTANTIVE) OBJECTION TO
(CERTAIN SUBSTANTIVE DUPLICATE AND NO LIABILITY) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

| | | |
|---|---|---|
| TO:   [NAME]<br>[STREET ADDRESS]<br>[CITY], [STATE] [ZIP]<br>[COUNTRY] | **Basis for Objection**:<br><br><br>**Claim(s) to be Expunged**: | [BASIS]<br><br>**Claim Number**<br>[####] |
| | | **Claim Amount**<br>[####] |

On December 12, 2014 the above-captioned debtors and debtors in possession (the "Debtors") filed the **Debtors' Fourth Omnibus (Substantive) Objection to (Certain Substantive Duplicate and No Liability) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and Local Bankruptcy Rule 3007-1** (the "Objection")[2] a copy of which is attached hereto.

By the Objection, the Debtors seek to disallow the claim(s) listed as "Claim(s) to be Expunged" for the reason stated above and as further described in the Objection. Once disallowed, the "Claims to be Expunged" will be removed from the Claims Register.

Responses to the Objection, if any, must be in writing and filed on or before **December 31, 2014 at 4:00 PM (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of any such response upon the undersigned counsel to the Debtors listed so that the response is **actually received** on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **JANUARY 13, 2015 AT 9:30 AM (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

---

[1]   The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]   Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Objection.

If you have questions about the Objection, please call 877-276-7311, free of charge.

Wilmington, Delaware
Dated:  December 12, 2014

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Facsimile:     (302) 651-7701
Email:          collins@rlf.com
                defranceschi@rlf.com
                madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900
Email:          edward.sassower@kirkland.com
                stephen.hessler@kirkland.com
                brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email:          james.sprayregen@kirkland.com
                marc.kieselstein@kirkland.com
                chad.husnick@kirkland.com
                steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

KE 34336080.2

**EXHIBIT H**



December 12, 2014

[CLAIMANT NAME]
[ADDRESS LINE 1]
[ADDRESS LINE 2]


Re:     In re Energy Future Holdings Corp., et al., Case No. 14-10979 (CSS)
Claim Number: [x]

Dear [Claimant Name]:

Thank you for allowing TXU Energy to serve your electricity needs.

We are writing to follow up about the claim (or claims) referenced above, which you filed as part of Energy Future Holdings' Chapter 11 proceedings. A copy of the claim(s) you filed can be found at www.efhcaseinfo.com. Importantly, the claim process has no impact on your current electric service.

When we spoke earlier this year, we discussed the potential withdrawal of your claim(s). To date, however, we have not received your signed copy of the claim withdrawal form that we sent to you.

In the absence of a valid claim withdrawal form, the company has objected to your claim and requested that it be removed from the active claims register. The reasons for the objection are detailed in the enclosed materials. If you have a response, it must be filed with the Bankruptcy Court on or before December 31, 2014.

If you have additional questions regarding the claims process, please visit www.efhcaseinfo.com or call 877-580-9765.

Thank you,
TXU Energy Customer Care

**EXHIBIT I**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF DEBTORS' FIFTH OMNIBUS
(SUBSTANTIVE) OBJECTION TO (NO LIABILITY) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

TO:  [NAME]          **Basis for Objection**:          [BASIS]
[STREET ADDRESS]
[CITY], [STATE] [ZIP]                    **Claim Number**          **Claim Amount**
[COUNTRY]          **Claim(s) to be Expunged**:          [####]          [####]

On December 12, 2014 the above-captioned debtors and debtors in possession (the "Debtors") filed the **Debtors' Fifth Omnibus (Substantive) Objection to (No Liability) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1** (the "Objection")[2] a copy of which is attached hereto.

By the Objection, the Debtors seek to disallow the claim(s) listed as "Claim(s) to be Expunged" for the reason stated above and as further described in the Objection. Once disallowed, the "Claims to be Expunged" will be removed from the Claims Register.

Responses to the Objection, if any, must be in writing and filed on or before **December 31, 2014 at 4:00 PM (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of any such response upon the undersigned counsel to the Debtors listed so that the response is **actually received** on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **JANUARY 13, 2015 AT 9:30 AM (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]    Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Objection.

If you have questions about the Objection, please call 877-580-9765, free of charge.

Wilmington, Delaware
Dated:  December 12, 2014

**RICHARDS, LAYTON & FINGER, P.A.**

Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Facsimile:     (302) 651-7701
Email:         collins@rlf.com
               defranceschi@rlf.com
               madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**

Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900
Email:         edward.sassower@kirkland.com
               stephen.hessler@kirkland.com
               brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email:         james.sprayregen@kirkland.com
               marc.kieselstein@kirkland.com
               chad.husnick@kirkland.com
               steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

KE 34336194.2

**EXHIBIT J**

# ENERGY FUTURE HOLDINGS CORP., ET AL.
## CONSENTED TO EMAIL 2002 LIST PARTIES
### EMAIL NOTICE

| Name | Party / Attention | Email Address |
|------|-------------------|---------------|
| BAILEY BRAUER PLLC | (COUNSEL TO PINNACLE TECHNICAL RESOURCES INC)<br>ATTN: BENJAMIN L STEWART ESQ | bstewart@baileybrauer.com |
| BARNES & THORNBURG LLP | (COUNSEL TO COVERDYN)<br>ATTN: PAULA J JACOBI ESQ | pjacobi@btlaw.com |
| BARNES & THORNBURG LLP | (COUNSEL TO COVERDYN)<br>ATTN: KEVIN G COLLINS ESQ | Kevin.Collins@btlaw.com |
| SEARCY & SEARCY PC | (COUNSEL TO D.COURTNEY CONSTRUCTION INC)<br>ATTN: JOSHUA R SEARCY ESQ AND JOSHUA P SEARCY ESQ | joshsearcy@jrsearcylaw.com;<br>jrspc@jrsearcylaw.com |

| **Total Email Count** | **5** |
|---|---|

**EXHIBIT K**

| Claim Name | Address Information |
|---|---|
| ABRAMS & BAYLISS LLP | (COUNSEL TO GOLDMAN, SACHS & CO.) KEVIN G. ABRAMS & JOHN M. SEAMAN 20 MONTCHANIN RD STE 200 WILMINGTON DE 19807 |
| AKERMAN LLP | (COUNSEL TO SIEMENS POWER GENERATION INC.) ATTN: SUNDEEP S. SIDHU 420 S ORANGE AVE STE 1200 ORLANDO FL 32801-4904 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | (COUNSEL TO AD HOC COMMITTEE OF EFIH UNSECURED NOTEHOLDERS AND EFIH SECOND LIEN DIP COMMITMENT) ATTN: IRA DIZENGOFF; ABID QURESHI; STEPHEN BALDINI MEREDITH LAHAIE; ROBERT BOLLER; CHRISTOPHER CARTY; LINDSAY ZAHRADKA ONE BRYANT PARK, BANK OF AMERICA TOWER NEW YORK NY 10036-6745 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | (COUNSEL TO AD HOC COMMITTEE OF EFIH UNSECURED NOTEHOLDERS AND EFIH SECOND LIEN DIP COMMITMENT) ATTN: SCOTT ALBERINO; JOANNA NEWDECK ROBERT S. STRAUSS BUILDING 1333 NEW HAMPSHIRE AVE, NW WASHINGTON DC 20036-1564 |
| ALDINE INDEPENDENT SCHOOL DISTRICT | ATTN: COURTENEY F HARRIS, ESQ 14910 ALDINE WESTFIELD RD HOUSTON TX 77032 |
| ALVAREZ & MARSAL | ATTN: PAUL KINEALY 55 W MONROE STE 4000 CHICAGO IL 60603 |
| AMERICAN STOCK TRANSFER & TRUST CO LLC | ATTN: GENERAL COUNSEL 6201 15TH AVE BROOKLYN NY 11219 |
| AMERICAN STOCK TRANSFER & TRUST CO LLC | ATTN: PAUL KIM 6201 15TH AVENUE BROOKLYN NY 11219 |
| ANDREWS KURTH LLP | (COUNSEL TO TITUS COUNTY FRESH WATER SUPPLY DISTRICT NO. 1) ATTN: LINO MENDIOLA 111 CONGRESS AVE STE 1700 AUSTIN TX 78701 |
| ASHBY & GEDDES, P.A. | (COUNSEL TO WILMINGTON SAVINGS/WSFS) ATTN: WILLIAM BOWDEN ESQ & GREGORY TAYLOR ESQ PO BOX 1150 WILMINGTON DE 19899 |
| BAKER BOTTS LLP | (COUNSEL TO CENTERPOINT) ATTN: JAMES PRINCE; OMAR J ALANIZ; IAN E ROBERTS 2001 ROSS AVE DALLAS TX 75201-2980 |
| BALLARD SPAHR LLP | (COUNSEL TO LOUISIANA ENERGY & URENCO) ATTN: MATTHEW G SUMMERS ESQ 919 N MARKET ST 11TH FL WILMINGTON DE 19801 |
| BARNES & THORNBURG LLP | (COUNSEL TO CONVERDYN) ATTN: KEVIN G COLLINS ESQ 1000 N WEST ST STE 1500 WILMINGTON DE 19801 |
| BARNES & THORNBURG LLP | (COUNSEL TO CONVERDYN) ATTN: PAULA K JACOBI ESQ ONE N WACKER DR STE 4400 CHICAGO IL 60606 |
| BAYARD PA | (COUNSEL TO CSC TRUST CO OF DELAWARE, SUCC TTEE UNDER THE TCEH 11.5% SR SECURED NOTES INDENTURE) ATTN: NEIL GLASSMAN ESQ 222 DELAWARE AVE STE 900 WILMINGTON DE 19801 |
| BENESCH FRIEDLANDER COPLAN & ARONOFF LLP | (COUNSEL TO THERMO FISHER SCIENTIFIC INC. AND ITS AFFILIATES AND SUBSIDIARIES) ATTN: KEVIN M. CAPUZZI 222 DELAWARE AVE STE 801 WILMINGTON DE 19801-1611 |
| BINGHAM MCCUTCHEN LLP | (COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO. LLC) ATTN: JULIA FROST-DAVIES ESQ & CHRISTOPHER L. CARTER ESQ ONE FEDERAL STREET BOSTON MA 02110-1726 |
| BLANK ROME LLP | (COUNSEL TO WILMINGTON TRUST, NA) ATTN: MICHAEL B. SCHAEDLE ONE LOGAN SQUARE 130 N 18TH ST PHILADELPHIA PA 19103 |
| BLANK ROME LLP | (COUNSEL TO WILMINGTON TRUST, NA) ATTN: MICHAEL DEBAECHE; STANLEY TARR 1201 MARKET ST STE 800 WILMINGTON DE 19801 |
| BLUME  FAULKNER  SKEEN & NORTHAM PLLC | (COUNSEL TO NATIONAL FIELD SERVICES) ATTN: BRETTON C. GERARD 111 W SPRING VALLEY RD STE 250 RICHARDSON TX 75081 |
| BRICKFIELD, BURCHETTE, RITTS & STONE, PC | (COUNSEL TO TEX-LA ELECTRIC COOPERATIVE OF TEXAS) ATTN: CHRISTINE C. RYAN 1025 THOMAS JEFFERSON STREET, NW WASHINGTON DC 20007 |
| BROWN & CONNERY, LLP | (COUNSEL TO SAP INDUSTRIES, INC.) ATTN: DONALD K. LUDMAN 6 NORTH BROAD ST STE 100 WOODBURY NJ 08096 |
| BROWN RUDNICK LLP | (COUNSEL TO WILMINGTON SAVINGS/WSFS) ATTN: EDWARD WEISFELNER ESQ SEVEN TIMES SQUARE NEW YORK NY 10036 |
| BROWN RUDNICK LLP | ATTN: JEREMY B. COFFEY SEVEN TIMES SQUARE NEW YORK NY 10036 |
| BROWN RUDNICK LLP | (COUNSEL TO WILMINGTON SAVINGS/WSFS) ATTN: HOWARD SIEGEL ESQ 185 ASYLUM ST HARTFORD CT 06103 |
| BROWN RUDNICK LLP | (COUNSEL TO WILMINGTON SAVINGS/WSFS) ATTN: JEFFREY JONAS ESQ, ANDREW STREHLE ESQ JEREMY COFFEY ESQ ONE FINANCIAL CENTER BOSTON MA 02111 |
| BRYAN CAVE LLP | (COUNSEL TO INDENTURE TRUSTEE OF 11% & 11.75% SR) ATTN: STEPHANIE WICKOUSKI; MICHELLE MCMAHON 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |

| Claim Name | Address Information |
|---|---|
| BRYAN CAVE LLP | ATTN: ROBERT E. PEDERSEN 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104-3300 |
| BUCHALTER NEMER, A PROFESSIONAL CORPORATION | (COUNSEL TO ORACLE AMERICA, INC.) ATTN: SHAWN M. CHRISTIANSON 55 SECOND ST 17TH FL SAN FRANCISCO CA 94105-3493 |
| BUCHANAN INGERSOLL & ROONEY PC | (COUNSEL TO CATERPILLAR FINANCIAL SERVICES CORP.) ATTN: KATHLEEN A. MURPHY 919 N MARKET ST STE 1500 WILMINGTON DE 19801 |
| CARMODY MACDONALD P.C. | (COUNSEL TO AUTOMATIC SYSTEMS, INC.) ATTN: GREGORY D. WILLARD 120 S CENTRAL AVE STE 1800 SAINT LOUIS MO 63105 |
| CHADBOURNE & PARKE LLP | (COUNSEL TO NEXTERA ENERGY RESOURCES, LLC) ATTN: HOWARD SEIFE, DAVID M LEMAY AND CHRISTY RIVERA ESQS 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019-6022 |
| CHIPMAN BROWN CICERO & COLE, LLP | (COUNSEL TO AD HOC COMMITTEE OF EFIH UNSECURED NOTEHOLDERS AND EFIH SECOND LIEN DIP COMMITMENT) ATTN: SCOTT COUSINS; MARK OLIVERE; ANN KASHISHIAN 1007 NO ORANGE ST STE 1110 WILMINGTON DE 19801 |
| CIARDI CIARDI & ASTIN | (COUNSEL TO ATMOS ENERGY; TXU 2007-1 RAILCAR, & RED BALL OXYGEN) ATTN: D ASTIN, J MCLAUGHLIN JR, J MCMAHON JR 1204 N KING STREET WILMINGTON DE 19801 |
| CITIBANK, N.A. | ZORI MIGLIORINI,STANDBY LETTER OF CREDIT DEPT, AS FRONTING BANK 388 GREENWICH ST 21ST FL NEW YORK NY 10013 |
| CITIBANK, N.A. | ATTN: ERIC O. LIGAN, VICE PRESIDENT 388 GREENWICH ST 32ND FL NEW YORK NY 10013 |
| CITIBANK, N.A. | ATTN: RYAN FALCONER 388 GREENWICH STREET NEW YORK NY 10013 |
| CITIBANK, N.A. | ATTN: OWEN COYLE 1615 BRETT ROAD, OPS III NEW CASTLE DE 19720 |
| CITIBANK, N.A. | BANK LOAN SYNDICATIONS DEPARTMENT 1615 BRETT ROAD, BUILDING III NEW CASTLE DE 19720 |
| CITIBANK, N.A. | ATTN: ANNEMARIE E. PAVCO SECURITIES PROCESSING SENIOR ANALYST GLOBAL LOANS, 1615 BRETT RD., OPS III NEW CASTLE DE 19720 |
| CITY OF FORT WORTH | ATTN: CHRISTOPHER B. MOSLEY 1000 THROCKMORTON ST FORT WORTH TX 76102 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | (COUNSEL TO J. ARON & COMPANY) ATTN: THOMAS MOLONEY; SEAN O'NEAL; HUMAYUN KHALID ONE LIBERTY PLAZA NEW YORK NY 10006 |
| COHEN & GRIGSBY, P.C. | (COUNSEL TO WESTINGHOUSE ELECTRIC COMPANY LLC) ATTN: WILLIAM E. KELLEHER, JR. 625 LIBERTY AVE PITTSBURGH PA 15222-3152 |
| COHEN & GRIGSBY, P.C. | (COUNSEL TO NOVA CHEMICALS INC.) ATTN: THOMAS D. MAXSON 625 LIBERTY AVE PITTSBURGH PA 15222-3152 |
| COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TX | OFFICE OF THE TEXAS ATTORNEY GENERAL BANKRUPTCY & COLLECTIONS DIVISION ATTN: RACHEL OBALDO & JOHN MARK STERN PO BOX 12548 AUSTIN TX 78711-2548 |
| COMPUTERSHARE | ATTN: TINA VITALE, BA; LL.B. 480 WASHINGTON BLVD JERSEY CITY NJ 07310 |
| COMPUTERSHARE TRUST COMPANY OF CANADA | ATTN: ALESSANDRA PANSERA 1500, UNIVERSITY ST., SUITE 700 MONTREAL QC H3A 3S8 CANADA |
| COWLES & THOMPSON | (COUNSEL TO ATMOS ENERGY CORPORATION) ATTN: STEPHEN C. STAPLETON BANK OF AMERICA PLAZA 901 MAIN ST STE 3900 DALLAS TX 75202 |
| COZEN O'CONNOR | (COUNSEL TO J. ARON & COMPANY) ATTN: MARK E. FELGER 1201 N MARKET ST STE 1001 WILMINGTON DE 19801 |
| CRAVATH SWAIN & MOORE LLP | (COUNSEL TO EFIH) ATTN: RICHARD LEVIN ESQ WORLDWIDE PLAZA 825 EIGHTH AVE NEW YORK NY 10019-7475 |
| CROSS & SIMON, LLC | (COUNSEL TO FIDELITY MANAGEMENT & RESEARCH CO.) ATTN: MICHAEL J. JOYCE ESQ 1105 N MARKET ST STE 901 WILMINGTON DE 19801 |
| CROWE & DUNLEVY, PC | (COUNSEL TO DEVON ENERGY) ATTN: JUDY HAMILTON MORSE ESQ 324 N ROBINSON AVE STE 100 OKLAHOMA CITY OK 73102 |
| CSC TRUST COMPANY OF DELAWARE | ATTN: SANDRA E. HORWITZ MANAGING DIRECTOR 2711 CENTERVILLE RD STE 400 WILMINGTON DE 19808 |
| DAVIS POLK & WARDWELL LLP | (COUNSEL TO GOLDMAN SACHS, ET AL) ATTN: MARSHALL HUEBNER; BENJAMIN KAMINETZKY; ELLIOT MOSKOWITZ; DAMON MEYER 450 LEXINGTON AVE NEW YORK NY 10017 |
| DEUTSCHE BANK | ATTN: MARCUS M. TARKINGTON 60 WALL STREET (NYCC60-0266) NEW YORK NY 10005-2836 |
| DORSEY & WHITNEY DELAWARE LLP | (COUNSEL TO U.S. BANK NATIONAL ASSOCIATION) ATTN: ERIC LOPEZ SCHNABEL, ROBERT W. MALLARD & ALESSANDRA GLORIOSO 300 DELAWARE AVE STE 1010 WILMINGTON DE 19801 |
| DRINKER BIDDLE & REATH LLP | (COUNSEL TO CITIBANK NA, TCEH DIP AGENT) ATTN: HOWARD A. COHEN & ROBERT K. |

| Claim Name | Address Information |
|---|---|
| DRINKER BIDDLE & REATH LLP | MALONE 222 DELAWARE AVE STE 1410 WILMINGTON DE 19801-1621 |
| DYKEMA GOSSETT PLLC | (COUNSEL TO TEX-LA ELECTRIC COOPERATIVE OF TEXAS) ATTN: JEFFREY R FINE ESQ 1717 MAIN ST STE 4200 DALLAS TX 75201 |
| EMC CORPORATION | C/O RECEIVABLE MANAGEMENT SERVICES (RMS) ATTN: RONALD L ROWLAND, AGENT 307 INTERNATIONAL CIRCLE STE 270 COCKEYSVILLE MD 21030 |
| EPIQ BANKRUPTY SOLUTIONS, LLC | (CLAIMS AGENT) ATTN: JAMES KATCHADURIAN, E.V.P. 757 THIRD AVE 3RD FL NEW YORK NY 10017 |
| FOLEY & LARDNER LLP | (COUNSEL TO UMB BANK, INDENTURE TRUSTEE) ATTN: HAROLD KAPLAN ESQ, MARK HEBBELN ESQ LARS PETERSON ESQ 321 N CLARK ST STE 2800 CHICAGO IL 60654-5313 |
| FOX ROTHSCHILD LLP | (COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS) ATTN: JEFFREY SCHLERF; JOHN STROCK; L. JOHN BIRD 919 N MARKET ST STE 300 WILMINGTON DE 19801 |
| FRANKGECKER LLP | (COUNSEL TO EXPERIAN) ATTN: JOSEPH D FRANK ESQ AND REED HEILIGMAN ESQ 325 N LASALLE ST STE 625 CHICAGO IL 60654 |
| FRIED FRANK HARRIS SHRIVER & JACOBSON LLP | (COUNSEL TO FIDELITY MANGEMENT & RESEARCH CO.) ATTN: BRAD E. SCHELER, GARY L. KAPLAN & MATTHEW M. ROOSE ONE NEW YORK PLAZA NEW YORK NY 10004 |
| GARDERE WYNNE SEWELL LLP | (COUNSEL TO ROMCO EQUIPMENT CO.) ATTN: JOHN P. MELKO & MICHAEL K. RIORDAN 1000 LOUISIANA, STE 3400 HOUSTON TX 77002 |
| GAY MCCALL ISAACKS GORDON & ROBERTS PC | (COUNSEL TO GARLAND INDEPENDENT SCHOOL DISTRICT & CITY OF GARLAND) ATTN: DUSTIN L BANKS ESQ 1919 S SHILOH RD STE 310 LB 40 GARLAND TX 75042 |
| GAY MCCALL ISAACKS GORDON & ROBERTS PC | (COUNSEL TO COLLIN COUNTY) ATTN: DAVID MCCALL ESQ 777 E 15TH ST PLANO TX 75074 |
| GELLERT SCALI BUSENKELL & BROWN, LLC | (COUNSEL TO AURELIUS) ATTN: MICHAEL G. BUSENKELL 913 N MARKET ST 10TH FL WILMINGTON DE 19801 |
| GIBBONS PC | (COUNSEL TO VEOLIA) ATTN: DALE E BARNEY ESQ ONE GATEWAY CENTER NEWARK NJ 07102-5310 |
| GIBBONS PC | (COUNSEL TO VEOLIA) ATTN: NATASHA M SONGONUGA ESQ 1000 N WEST ST STE 1200 WILMINGTON DE 19801-1058 |
| GOODWIN PROCTER LLP | (COUNSEL TO AURELIUS CAPITAL MANAGEMENT, LP) ATTN: WILLIAM P. WEINTRAUB; KIZZY L. JARASHOW THE NEW YORK TIMES BUILDING 620 EIGHTH AVENUE NEW YORK NY 10018 |
| HAYNES AND BOONE LLP | (COUNSEL TO AIRGAS USA, LLC) ATTN: JONATHAN HOOK 30 ROCKEFELLER CENTER, 26TH FL NEW YORK NY 10112 |
| HAYNES AND BOONE LLP | (COUNSEL TO BNSF RAILWAY COMPNAY) ATTN: IAN T. PECK 201 MAIN ST STE 2200 FORT WORTH TX 76102-3126 |
| HAYNES AND BOONE LLP | (COUNSEL TO AIRGAS USA, LLC) ATTN: PATRICK L. HUGHES 1221 MCKINNEY ST STE 2100 HOUSTON TX 77010 |
| HINCKLEY ALLEN | (COUNSEL TO INVENSYS SYSTEMS, INC.) ATTN: JENNIFER V. DORAN 28 STATE ST BOSTON MA 02109 |
| HOLLAND & KNIGHT LLP | (COUNSEL TO TEX-LA ELECTRIC COOPERATIVE OF TEXAS) ATTN: CHRISTINE C RYAN ESQ 800 17TH ST NW STE 1100 WASHINGTON DC 20006 |
| INTERNAL REVENUE SERVICE | PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | DEPARTMENT OF THE TREASURY OGDEN UT 84201 |
| JACKSON WALKER, LLP | (COUNSEL TO HOLT TEXAS, LTD. D/B/A HOLT CAT) ATTN: MONICA S. BLACKER 901 MAIN ST STE 6000 DALLAS TX 75202 |
| JACKSON WALKER, LLP | (COUNSEL TO HOLT TEXAS, LTD. D/B/A HOLT CAT) ATTN: J. SCOTT ROSE WESTON CENTRE 112 E PECAN ST STE 2400 SAN ANTONIO TX 78205 |
| JONES DAY | (COUNSEL TO ONCOR) ATTN: PATRICIA VILLAREAL 2727 N HARWOOD STREET DALLAS TX 75201 |
| JONES DAY | (COUNSEL TO ONCOR) ATTN: MICHAEL L. DAVITT 2727 N HARWOOD STREET DALLAS TX 75201 |
| KASOWITZ BENSON TORRES & FRIEDMAN LLP | (COUNSEL TO AD HOC GROUP OF EFH LEGACY NOTEHOLDER) ATTN: DAVID ROSNER, ANDREW GLENN, DANIEL FLIMAN 1633 BROADWAY NEW YORK NY 10019 |
| KELLEY DRYE & WARREN LLP | (COUNSEL TO CSC TRUST OF DE, AS PROPOSED SUCC INDENTURE TTEE FOR 7.46% & 7.48% TCEH SECURED FACILITY BONDS) ATTN: JAMES S. CARR, BENJAMINN D. FEDER & GILBERT R. SAYDAH 101 PARK AVE NEW YORK NY 10178 |

| Claim Name | Address Information |
|---|---|
| KELLY HART & HALLMAN LLP | (COUNSEL TO ONCOR STEERING COMMITTEE) ATTN: MICHAEL MCCONNELL ESQ & CLAY TAYLOR ESQ KATHERINE THOMAS ESQ 201 MAIN ST STE 2500 FORT WORTH TX 76102 |
| KLEHR HARRISON HARVEY BRANZBURG LLP | (COUNSEL TO UMB BANK, N.A. INDENTURE TRUSTEE) ATTN: RAYMOND H. LEMISCH 919 MARKET ST STE 1000 WILMINGTON DE 19801 |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | (COUNSEL TO INDENTURE TRUSTEE OF 11% & 11.75% SR) ATTN: THOMAS MOERS MAYER; GREGORY HOROWITZ; JOSHUA BRODY; PHILIP BENTLEY 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| LACKEY HERSHMAN, LLP | (COUNSEL TO THE RICHARDS GROUP INC) ATTN: JAMIE R WELTON ESQ 3102 OAK LAWN AVE STE 777 DALLAS TX 75219 |
| LANDIS RATH & COBB LLP | (COUNSEL TO MARATHON MGMT, ALCOA AND NEXTERA ENERGY RESOURCES, LLC) ATTN: ADAM G LANDIS ESQ, MATTHEW B MCGUIRE ESQ 919 MARKET ST STE 1800 WILMINGTON DE 19801 |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK | ATTN: FRANK GODINO, VP 400 MADISON AVE STE 4D NEW YORK NY 10017 |
| LAW OFFICE OF PATRICIA WILLIAMS PREWITT | (COUNSEL TO TARGA GAS MARKETING; KINDER MORGAN TEXAS PIPELINE; KINDER MORGAN TEJAS PIPELINE LLCS; NAT. GAS PIPELINE CO OF AMERICA; EL PASO NAT. GAS) ATTN: PATRICIA WILLIAMS PREWITT 10953 VISTA LAKE COURT NAVASOTA TX 77868 |
| LAW OFFICES OF ROBERT E LUNA PC | (COUNSEL TO CARROLLTON-FARMERS BRANCH ISD) ATTN: DANIEL K BEARDEN ESQ 4411 N CENTRAL EXPRESSWAY DALLAS TX 75205 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | (COUNSEL TO TARRANT & DALLAS COUNTY) ATTN: ELIZABETH WELLER ESQ 2777 N STEMMONS FWY STE 1000 DALLAS TX 75207 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | (COUNSEL TO HARRIS, ANGELINA & FORT BEND COUNTIES) ATTN: JOHN P DILLMAN ESQ PO BOX 3064 HOUSTON TX 77253-3064 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | (COUNSEL TO WALNUT SPRINGS ISD, FRANKLIN ISD, ROBERTSON CTY, LEE CTY, MCLENNAN CTY, FALLS CTY, ROUND ROCK ISD, NEUCES CTY, LIMESTONE CTY) ATTN: DIANE WADE SANDERS PO BOX 17428 AUSTIN TX 78760 |
| LLOYD GOSSELINK ROCHELLE & TOWNSEND PC | (COUNSEL TO ONCOR STEERING COMMITTEE) ATTN: GEOFFREY GAY ESQ 816 CONGRESS AVE STE 1900 AUSTIN TX 78701 |
| LOCKE LORD LLP | (COUNSEL TO BP AMERICA PRODUCTION COMPANY) ATTN: C. DAVIN BOLDISSAR ESQ 601 POYDRAS ST STE 2660 NEW ORLEANS LA 70130-6036 |
| LOCKE LORD LLP | (COUNSEL TO AMECO, FLUOR, & AMERICAN EQUIPMENT) ATTN: PHILIP EISENBERG ESQ 2800 JPMORGAN CHASE TOWER 600 TRAVIS HOUSTON TX 77002 |
| LOWER COLORADO RIVER AUTHORITY | LOWER COLORADO RIVER AUTHORITY TRANSMISSION SERVICES CORPORATION (LCRA TSC) LEGAL SERVICES ATTN: WILLIAM T. MEDAILLE PO BOX 220 AUSTIN TX 78767 |
| MANION GAYNOR & MANNING LLP | (COUNSEL TO ONCOR STEERING COMMITTEE) ATTN: MARC PHILLIPS ESQ THE NEMOURS BUILDING 1007 N ORANGE ST 10TH FL WILMINGTON DE 19801 |
| MARGOLIS EDELSTEIN | (COUNSEL TO URS ENERGY & CONSTRUCTION, INC.) ATTN: JAMES E. HUGGETT & AMY D. BROWN 300 DELAWARE AVE STE 800 WILMINGTON DE 19801 |
| MASLON EDELMAN BORMAN & BRAND, LLP | (COUNSEL TO U.S. BANK NATIONAL ASSOCIATION) ATTN: CLARK T. WHITMORE, ANA CHILINGARISHVILI & KOREY G. KALLSTROM 90 S SEVENTH ST STE 3300 MINNEAPOLIS MN 55402 |
| MCCATHERN, PLLC | (COUNSEL TO RED BALL OXYGEN COMPANY) ATTN: JONATHAN L. HOWELL REGENCY PLAZA 3710 RAWLINS, SUITE 1600 DALLAS TX 75219 |
| MCCREARY, VESELKA, BRAGG & ALLEN, PC | (COUNSEL TO TEXAS AD VALOREM TAXING JURISDICTIONS) ATTN: LEE GORDON PO BOX 1269 ROUND ROCK TX 78680 |
| MCKOOL SMITH | (COUNSEL TO ALCOA) ATTN: PETER S. GOODMAN; MICHAEL R. CARNEY ONE BRYANT PARK, 47TH FL NEW YORK NY 10036 |
| MCKOOL SMITH | (COUNSEL TO ALCOA) ATTN: PAUL D. MOAK, ESQ. 600 TRAVIS ST STE 7000 HOUSTON TX 77002 |
| MICHAEL G. SMITH | (COUNSEL TO VALERO TEXAS POWER MARKETING, INC.) 111 N 6TH ST PO BOX 846 CLINTON OK 73601 |
| MILBANK, TWEED, HADLEY & MCCLOY LLP | (COUNSEL TO CITIBANK NA, TCEH DIP AGENT) ATTN: DENNIS F. DUNNE, EVAN R. FLECK & KAREN GARTENBERG 1 CHASE MANHATTAN PLAZA NEW YORK NY 10005 |
| MILBANK, TWEED, HADLEY & MCCLOY LLP | ATTN: JONATHAN BROWN 1 CHASE MANHATTAN PLAZA NEW YORK NY 10005 |
| MISSOURI DEPARTMENT OF REVENUE | BANKRUPTCY UNIT ATTN: STEVEN A. GINTHER PO BOX 475 JEFFERSON CITY MO 65105-0475 |

| Claim Name | Address Information |
|---|---|
| MONTGOMERY MCCRACKEN WALKER & RHOADS LLP | (COUNSEL TO THE PI LAW FIRMS/ASBESTOS CLAIMANTS) ATTN: NATALIE D RAMSEY ESQ & DAVIS LEE WRIGHT ESQ 1105 N MARKET ST STE 1500 WILMINGTON DE 19801 |
| MONTGOMERY MCCRACKEN WALKER & RHOADS LLP | (COUNSEL TO TCEH CREDITORS COMMITTEE) ATTN: NATALIE D RAMSEY ESQ, DAVIS LEE WRIGHT ESQ MARK A FINK ESQ 1105 N MARKET ST 15TH FL WILMINGTON DE 19801 |
| MORGAN LEWIS BOCKIUS LLP | (COUNSEL TO PACFIC INVESTMENT MANAGEMENT COMPANY) ATTN: JULIA FROST-DAVIES ESQ, PATRICK STRAWBRIDGE CHRISTOPHER L CARTER ESQ ONE FEDERAL ST BOSTON MA 02119 |
| MORRIS JAMES LLP | (COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NY) ATTN: STEPHEN M. MILLER PO BOX 2306 WILMINGTON DE 19899-2306 |
| MORRIS NICHOLS ARSHT & TUNNELL LLP | (COUNSEL TO THE "EFH EQUITY INTEREST HOLDERS") ATTN: DERK ABBOTT; ANDREW REMMING; ERIN FAY 1201 N MARKET ST STE 1600 WILMINGTON DE 19801 |
| MORRISON & FOERSTER LLP | (COUNSEL TO TCEH CREDITORS COMMITTEE) ATTN: JAMES PECK ESQ, BRETT H MILLER ESQ LORENZO MARINUZZI ESQ 250 W 55TH ST NEW YORK NY 10019 |
| MUNSCH HARDT KOPF & HARR PC | (COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF TEXAS/ ERCOT) ATTN: KEVIN M LIPPMAN ESQ 500 N AKARD ST STE 3800 DALLAS TX 75201-6659 |
| MUNSCH HARDT KOPF & HARR PC | (COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF TEXAS/ ERCOT) ATTN: RUSSELL L MUNSCH ESQ 3050 FROST BANK TOWER 401 CONGRESS AVE AUSTIN TX 78701-4071 |
| MYERS HILL | (COUNSEL TO PROPERTY TAX PARTNERS) ATTN: ROBERT J. MYERS 2525 RIDGMAR BLVD STE 150 FORT WORTH TX 76116 |
| NAMAN HOWELL SMITH & LEE PLLC | (COUNSEL TO BUFFALO INDUSTRIAL SUPPLY INC) ATTN: KERRY L HALIBURTON ESQ PO BOX 1470 WACO TX 76703-1470 |
| NELSON MULLINS RILEY & SCARBOROUGH LLP | (COUNSEL TO MICHELIN NORTH AMERICA INC.) ATTN: JODY A. BEDENBAUGH AND GEORGE B. CAUTHEN 1320 MAIN ST 17TH FL PO BOX 11070 (29211) COLUMBIA SC 29201 |
| NIXON PEABODY | (COUNSEL TO AMERICAN STOCK TRANSFER & TRUST CO) ATTN: RICHARD C. PEDONE; AMANDA D. DARWIN 100 SUMMER ST BOSTON MA 02110 |
| O'MELVENY & MYERS LLP | (COUNSEL TO APOLLO GLOBAL MANAGEMENT, LLC) ATTN: GEORGE A. DAVIS 7 TIMES SQUARE NEW YORK NY 10036 |
| OFFICE OF THE TEXAS ATTORNEY GENERAL | (COUNSEL TO PUBLIC UTILITY COMMISSION OF TEXAS) ATTN: HAL MORRIS & ASHLEY BARTRAM BANKRUPTCY REGULATORY SECTION BANKRUPTCY & COLLECTIONS DIVISION PO BOX 12548 AUSTIN TX 78711-2548 |
| OFFICE OF THE TEXAS ATTORNEY GENERAL | (COUNSEL TO TEXAS COMMISSION ON ENVIRONMENTAL QUALITY & RAILROAD COMMISSION) ATTN: HAL F MORRIS ESQ & ASHLEY BARTRAM ESQ BANKRUPTCY REGULATORY SECTION BANKRUPTCY & COLLECTIONS DIVISION PO BOX 12548 AUSTIN TX 78711-2548 |
| OFFICE OF THE UNITED STATES ATTORNEY | ATTN: ELLEN SLIGHTS, ESQ. PO BOX 2046 WILMINGTON DE 19899-2046 |
| OFFICE OF THE UNITED STATES TRUSTEE | U.S. FEDERAL OFFICE BUILDING ATTN: ANDREA SCHWARTZ 201 VARICK STREET, SUITE 1006 NEW YORK NY 10014 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: RICHARD L. SCHEPACARTER J. CALEB BOGGS FEDERAL BUILDING 844 KING STREET, SUITE 2207 - LOCKBOX #35 WILMINGTON DE 19801 |
| PACHULSKI STANG ZIEHL & JONES LLP | (COUNSEL TO INDENTURE TRUSTEE OF 11% & 11.75% SR) ATTN: LAURA DAVIS JONES; ROBERT FEINSTEIN PO BOX 8705 WILMINGTON DE 19899 |
| PATTERSON BELKNAP WEBB & TYLER LLP | (COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NY) ATTN: DANIEL A. LOWENTHAL; CRAIG W. DENT 1133 AVENUE OF THE AMERICAS NEW YORK NY 10036-6710 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | (COUNSEL TO AD HOC COMMITTEE OF TCEH FIRST LIEN) ATTN: ALAN KORNBERG; KELLEY CORNISH; BRIAN HERMANN JACOB ADLERSTEIN 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| PENSION BENEFIT GUARANTY CORPORATION (PBGC) | OFFICE OF THE CHIEF COUNSEL ATTN: DESIREE M. AMADOR, ATTY 1200 K STREET, NW WASHINGTON DC 20005-4026 |
| PENSION BENEFIT GUARANTY CORPORATION (PBGC) | ATTN: JON CHATALIAN OFFICE OF THE CHIEF COUNSEL 1200 K STREET, NW WASHINGTON DC 20005-4026 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO SOMERVELL COUNTY ET AL) ATTN: ELIZABETH BANDA CALVO ESQ PO BOX 13430 ARLINGTON TX 76094-0430 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO YOUNG CTY, GRAHAM ISD, GRAHAM HOSPITAL DISTRICT & NORTH CENTRAL TEXAS COLLEGE DISTRICT) ATTN: JEANMARIE BAER PO BOX 8188 WICHITA FALLS TX 76307 |

| Claim Name | Address Information |
|---|---|
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO GALENA PARK ISD) ATTN: OWEN M SONIK ESQ 1235 N LOOP WEST STE 600 HOUSTON TX 77008 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO CAMERON ISD, THORNDALE ISD BUCKHOLTS ISD, COPPERAS COVE ISD, MCALLEN ISD, HIDALGO COUNTY & HIDALGO COUNTY DRAINAGE DIST #1) ATTN: JOHN T BANKS ESQ 3301 NORTHLAND DR STE 505 AUSTIN TX 78731 |
| PERKINS COIE LLP | (COUNSEL TO DELAWARE TRUST COMPANY, AS SUCC TTEE UNDER TCEH 11.5% SENIOR SECURED NOTES INDENTURE) ATTN: TINA N MOSS ESQ 30 ROCKEFELLER PLAZA 22ND FL NEW YORK NY 10112-0015 |
| PINCKNEY, WEIDINGER, URBAN & JOYCE LLC | (COUNSEL TO AUTOMATIC SYSTEMS, INC.) ATTN: GREGORY T. DONILON, ESQ. 1220 N MARKET ST STE 950 WILMINGTON DE 19801 |
| POLSINELLI PC | (COUNSEL TO TCEH CREDITORS COMMITTEE) ATTN: EDWARD FOX ESQ 900 THIRD AVE 21ST FL NEW YORK NY 10022 |
| POLSINELLI PC | (COUNSEL TO TCEH CREDITORS COMMITTEE) ATTN: CHRISTOPHER WARD ESQ, JUSTIN EDELSON ESQ SHANTI KATONA ESQ 222 DELAWARE AVE STE 1101 WILMINGTON DE 19801 |
| POPE HARDWICKE CHRISTIE SCHELL KELLY & RAY, LLP | (COUNSEL TO TARRANT REGIONAL WATER DISTRICT & NORTH TEXAS MUNICIPAL WATER DISTRICT) ATTN: MICHAEL L. ATCHLEY; MATTHEW T. TAPLETT 500 W 7TH ST STE 600 FORT WORTH TX 76102 |
| POTTER ANDERSON & CORROON LLP | (COUNSEL TO DEUTSCHE BANK, AGENT TO DIP FINANCING) ATTN: LAURIE SILVERSTEIN ESQ & JEREMY RYAN ESQ PO BOX 951 WILMINGTON DE 19801 |
| PURDUE AWSUMB & BAUDLER PA | (COUNSEL TO BARR ENGINEERING CO) ATTN: AMY R BAUDLER 4700 W 77TH ST STE 240 MINNEAPOLIS MN 55435 |
| QUARLES & BRADY LLP | (COUNSEL TO TXU 2007-1 RAILCAR LEASING LLC) ATTN: HOHN A. HARRIS; JASON D. CURRY RENAISSANCE ONE TWO N CENTRAL AVE PHOENIX AZ 85004-2391 |
| REED SMITH LLP | (COUNSEL TO THE BANK OF NEW YORK MELLON AND THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., AS INDENTURE TRUSTEES) ATTN: KURT F. GWYNE; KIMBERLY E.C. LAWSON 1201 MARKET ST STE 1500 WILMINGTON DE 19801 |
| REED SMITH LLP | (COUNSEL TO THE BANK OF NEW YORK MELLON, SOLELY IN ITS CAPACITY AS TRUSTEE) ATTN: RICHARD A. ROBINSON 1201 MARKET ST STE 1500 WILMINGTON DE 19801 |
| REED SMITH LLP | (COUNSEL TO THE BANK OF NEW YORK MELLON SOLEY IN ITS CAPACITY AS TRUSTEE UNDER ENUMERATED TRUST) INDENTURE TRUSTEES) 1201 MARKET ST STE 1500 WILMINGTON DE 19801 |
| REED SMITH LLP | (COUNSEL TO THE BANK OF NEW YORK MELLON SOLEY IN ITS CAPACITY AS TRUSTEE UNDER ENUMERATED TRUST) INDENTURE TRUSTEES) ATTN: AMY M. TONTI, ESQ. REED SMITH CENTRE 225 FIFTH AVE STE 1200 PITTSBURGH PA 15222 |
| RIDDELL WILLIAMS P.S. | (COUNSEL TO MICROSOFT) ATTN: JOSEPH E SHICKICH JR & HILARY B MOHR ESQS 1001 - 4TH AVE STE 4500 SEATTLE WA 98154 |
| ROPES & GRAY LLP | ATTN: MARK R. SOMERSTEIN 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| SATTERLEE STEPHENS BURKE & BURKE LLP | (COUNSEL TO MOODY'S ANALYTICS) ATTN: CHRISTOPHER R BELMONTE ESQ AND PAMELA A BOSSWICK ESQ 230 PARK AVE NEW YORK NY 10169 |
| SAUL EWING LLP | (COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF TEXAS/ ERCOT) ATTN: MARK MINUTI ESQ PO BOX 1266 WILMINGTON DE 19899 |
| SECURITIES AND EXCHANGE COMMISSION | 100 F STREET, NE WASHINGTON DC 20549 |
| SEWARD & KISSEL LLP | (COUNSEL TO WILMINGTON TRUST, NA) ATTN: JOHN ASHMEAD; KALYAN DAS; ARLENE ALVES ONE BATTERY PARK PLAZA NEW YORK NY 10014 |
| SHEARMAN & STERLING LLP | (COUNSEL TO DEUTSCHE BANK, AGENT TO DIP FINANCING) ATTN: FREDERIC SOSNICK ESQ & NED SCHODEK ESQ 599 LEXINGTON AVE NEW YORK NY 10022 |
| SHEEHY, LOVELACE & MAYFIELD, PC | (COUNSEL TO CENTRAL TEXAS SECURITY & FIRE EQUIPMENT, INC.) ATTN: STEVEN M. BURTON 510 N VALLEY MILLS DR STE 500 WACO TX 76710 |
| SILLS CUMMIS & GROSS P.C. | (COUNSEL TO BENBROOK ELECTRIC PARTNERS, LLC) ATTN: VALERIE A. HAMILTON, ESQ. 600 COLLEGE RD EAST PRINCETON NJ 08540 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | (COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC) ATTN: JAY M GOFFMAN ESQ FOUR TIMES SQUARE NEW YORK NY 10036-6522 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | (COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC) ATTN: MARK S CHEHI ESQ; KRISTHY M PEGUERO ESQ PO BOX 636 WILMINGTON DE 19899-0636 |

| Claim Name | Address Information |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | (COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC) ATTN: GEORGE N PANAGAKIS ESQ; CARL T TULLSON ESQ 155 N WACKER DR STE 2700 CHICAGO IL 60606-1720 |
| SMITH, KATZENSTEIN & JENKINS LLP | (COUNSEL TO AIRGAS USA, LLC & VALERO TEXAS POWER) ATTN: KATHLEEN M. MILLER PO BOX 410 WILMINGTON DE 19899 |
| SNELL & WILMER LLP | (COUNSEL TO HEADWATERS RESOURCES, INC.) ATTN: DAVID E. LETA 15 W SOUTH TEMPLE STE 1200 SALT LAKE CITY UT 84101 |
| SQUIRE SANDERS (US) LLP | (COUNSEL TO ARCELORMITTLA USA LLC) ATTN: STEPHEN D. LERNER & ANDREW M. SIMON 221 E FOURTH ST STE 2900 CINCINNATI OH 45202 |
| STEFFES VINGIELLO & MCKENZIE LLC | (COUNSEL TO SETPOINT INTEGRATED SOLUTIONS) ATTN: NOEL STEFFES MELANCON ESQ 13702 COURSEY BLVD BLDG 3 BATON ROUGE LA 70817 |
| STREUSAND, LANDON & OZBURN, LLP | (COUNSEL TO ALLEN SHRODE) ATTN: SABRINA L. STREUSAND 811 BARTON SPRINGS RD STE 811 AUSTIN TX 78704 |
| SULLIVAN & CROMWELL LLP | (COUNSEL TO EFH CREDITORS COMMITTEE) ATTN: ANDREW G DIETDERICH, BRIAN D GLUECKSTEIN MICHAEL H TORKIN ESQS 125 BROAD ST NEW YORK NY 10004 |
| SULLIVAN HAZELTINE ALLINSON LLC | (COUNSEL TO HENRY PRATT COMPANY, LLC) ATTN: ELIHU E. ALLINSON, III 901 N MARKET ST STE 1300 WILMINGTON DE 19801 |
| TAYLOR ENGLISH DUMA LLP | (COUNSEL TO HENRY PRATT COMPANY LLC) ATTN: STEPHEN C GREENBERG ESQ 1600 PARKWOOD CIR STE 400 ATLANTA GA 30339 |
| TEXAS OFFICE OF PUBLIC UTILITY COUNSEL (OPUC) | BANKRUPTCY & COLLECTIONS DIVISION ATTN: JASON A STARKS, ASST ATTORNEY GENERAL PO BOX 12548 AUSTIN TX 78711-2548 |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY ATTN: THOMAS VLAHAKIS,VP 385 RIFLE CAMP RD 3RD FL WOODLAND PARK NJ 07424 |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY ATTN: RAFAEL MARTINEZ,VP - CSM 601 TRAVIS ST 16TH FL HOUSTON TX 77002 |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY ATTN: DENNIS ROEMLEIN 601 TRAVIS ST 16TH FL HOUSTON TX 77002 |
| THE HOGAN FIRM | (COUNSEL TO THE RICHARDS GROUP INC) ATTN: DANIEL K HOGAN ESQ 1311 DELAWARE AVE WILMINGTON DE 19806 |
| THE HOGAN FIRM | (COUNSEL TO AD HOC GROUP OF EFH LEGACY NOTEHOLDER) ATTN: GARVAN F MCDANIEL ESQ 1311 DELAWARE AVE WILMINGTON DE 19806 |
| THE TAUBMAN COMPANY AND THE TAUBMAN LANDLORDS | ATTN: ANDREW S CONWAY ESQ 200 E LONG LAKE RD STE 300 BLOOMFIELD HILLS MI 48304 |
| THE UNIVERSITY OF TEXAS SYSTEM | ON BEHALF OF THE UNIVERSITY OF TEXAS AT ARLINGTON OFFICE OF GENERAL COUNSEL ATTN: TRACI L COTTON ESQ 201 W SEVENTH ST AUSTIN TX 78701 |
| THOMPSON COBURN LLP | (COUNSEL TO MARTIN ENGINEERING COMPANY) ATTN: DAVID D. FARRELL ONE US BANK PLAZA, STE 3200 SAINT LOUIS MO 63101 |
| TRAVIS COUNTY | ATTN: KAY D. BROCK, ASSISTANT COUNTY ATTORNEY PO BOX 1748 AUSTIN TX 78767 |
| TROUTMAN SANDERS LLP | (COUNSEL TO WILMINGTON SAVINGS FUND SOCIETY, FSG, IN ITS CAPACITY AS SUCCESSOR INDENTURE TTEE (WSFS) ATTN: HUGH MCDONALD ESQ, LOUIS CURCIO ESQ & BRETT GOODMAN ESQ, CHRYSLER BUILDING 405 LEXINGTON AVE NEW YORK NY 10174 |
| TUCKER ARENSBERG, P.C. | (COUNSEL TO THERMO FISHER SCIENTIFIC INC. AND AFFILIATES AND SUBSIDIARIES) ATTN: JORDAN S. BLASK, LARA E. SHIPKOVITZ 1500 ONE PPG PLACE PITTSBURGH PA 15222 |
| TW TELECOM INC | ATTN: LINDA BOYLE 10475 PARK MEADOWS DR #400 LITTLETON CO 80124 |
| UMB BANK, N.A. | ATTN: LAURA ROBERSON VICE PRESIDENT 2 SOUTH BROADWAY STE 600 ST. LOUIS MO 63102 |
| UNION PACIFIC RAILROAD COMPANY | ATTN: MARY ANN KILGORE & JENNIE L. ANDERSON 1400 DOUGLAS ST STOP 1580 OMAHA NE 68179 |
| UNITED STATES DEPARTMENT OF JUSTICE | (COUNSEL TO THE UNITED STATES OF AMERICA) ATTN: ARI D KUNOFSKY ESQ & W BRADLEY RUSSELL ESQ PO BOX 227 BEN FRANKLIN STATION WASHINGTON DC 20044 |
| UNITED STATES DEPARTMENT OF JUSTICE | (ON BEHALF OF UNITED STATES OF AMERICA, DEPT. OF AGRICULTURE, RURAL UTILITIES SERVICE) ATTN: MATTHEW J TROY ESQ CIVIL DIVISION PO BOX 875 BEN FRANKLIN STATION WASHINGTON DC 20044-0875 |
| UNITED STATES DEPARTMENT OF JUSTICE | (COUNSEL TO THE UNITED STATES OF AMERICA) FEDERAL COMMUNICATIONS COMMISSION |

| Claim Name | Address Information |
| --- | --- |
| UNITED STATES DEPARTMENT OF JUSTICE | ATTN: MATTHEW J TROY, CIVIL DIVISION PO BOX 875 BEN FRANKLIN STATION WASHINGTON DC 20044-0875 |
| VARNUM LLP | (COUNSEL TO APPLABS) ATTN: MARY KAY SHAVER ESQ BRIDGEWATER PLACE PO BOX 352 GRAND RAPIDS MI 49501-0352 |
| VEDDER PRICE PC | (COUNSEL TO FIRST UNION RAIL CORPORATION) ATTN: MICHAEL L SCHEIN ESQ 1633 BROADWAY 47TH FL NEW YORK NY 10019 |
| VENABLE LLP | (COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO. LLC) ATTN: JEFFREY S. SABIN ESQ 1270 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| WACHTELL, LIPTON, ROSEN & KATZ | (COUNSEL TO THE "EFH EQUITY INTEREST HOLDERS") ATTN: RICHARD MASON; EMIL KLEINHAUS; AUSTIN WITT 51 W 52ND ST NEW YORK NY 10019 |
| WEINSTEIN RADCLIFF LLP | (COUNSEL TO MARIO SINACOLA & SONS EXCAVATING, INC) ATTN: GREGORY M WEINSTEIN ESQ 6688 N CENTRAL EXPY STE 675 DALLAS TX 75206 |
| WEIR & PARTNERS LLP | (COUNSEL TO EVERCORE GROUP LLC) ATTN: JEFFREY S CIANCIULLI ESQ 824 N MARKET ST STE 800 WILMINGTON DE 19801 |
| WHITE & CASE LLP | (COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS) ATTN: J. CHRISTOPHER SHORE; GREGORY STARNER 1155 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| WHITE & CASE LLP | (COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS) ATTN: THOMAS LAURIA; MATTHEW BROWN 200 S BISCAYNE BLVD STE 4900 MIAMI FL 33131 |
| WILMER CUTLER PICKERING HALE & DORR LLP | (COUNSEL TO MARATHON ASSET MGMT) ATTN: PHILIP ANKER ESQ & GEORGE SHUSTER ESQ 7 WORLD TRADE CENTER, 205 GREENWICH ST NEW YORK NY 10007 |
| WILMER CUTLER PICKERING HALE & DORR LLP | (COUNSEL TO CSC TRUST COMPANY OF DELAWARE AS IND. & COLLATERAL TTEE FOR 10% SR SECUR NOTES DUE 2020) ATTN: PHILIP D ANKER; CHARLES C PLATT; DENNIS L JENKINS & GEORGE W SHUSTER JR ESQ 7 WORLD TRADE CENTER 250 GREENWICH ST NEW YORK NY 10007 |
| WILMER CUTLER PICKERING HALE & DORR LLP | (COUNSEL TO MARATHON ASSET MGMT) ATTN: BENJAMIN LOVELAND ESQ 60 STATE ST BOSTON MA 02109 |
| WILMINGTON SAVINGS FUND SOCIETY | ATTN: PATRICK J. HEALY 500 DELAWARE AVENUE WILMINGTON DE 19801 |
| WILMINGTON TRUST FSB | ATTN: JEFFREY T. ROSE 50 S SIXTH ST STE 1290 MINNEAPOLIS MN 55402 |
| WINSTON & STRAWN LLP | (COUNSEL TO CHICAGO BRIDGE & IRON COMPANY N.V.) ATTN: DAVID NEIER, ESQ. 200 PARK AVE NEW YORK NY 10166 |
| WOMAC LAW | (COUNSEL TO 2603 AUGUST INVESTORS LP) ATTN: STACEY L KREMLING ESQ 8301 KATY FREEWAY HOUSTON TX 77024 |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP | (COUNSEL TO CENTERPOINT) ATTN: STEVEN K KORTANEK; MARK L DESGROSSEILLIERS 222 DELAWARE AVE STE 1501 WILMINGTON DE 19801 |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP | (COUNSEL TO HOLT TEXAS, LTD. D/B/A HOLT CAT) ATTN: MARK L DESGROSSEILLIERS ESQ 222 DELAWARE AVE STE 1501 WILMINGTON DE 19801 |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP | (COUNSEL TO AMECO, FLUOR, & AMERICAN EQUIPMENT) ATTN: FRANCIS A MONACO JR & KEVIN J MANGAN ESQS 222 DELAWARE AVE STE 1501 WILMINGTON DE 19801 |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP | (COUNSEL TO ALLTITE) ATTN: 222 DELAWARE AVE STE 1501 WILMINGTON DE 19801 |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | (COUNSEL TO AD HOC COMMITTEE OF TCEH FIRST LIEN) ATTN: PAULINE MORGAN; JOEL WAITE; RYAN BARTLEY; ANDREW MAGAZINER RODNEY SQUARE 1000 NORTH KING STREET WILMINGTON DE 19801 |

**Total Creditor count  207**

**EXHIBIT L**

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by: December 12, 2014**

NOTICE OF DEBTORS' SECOND OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (AMENDED AND SUPERSEDED, EXACT DUPLICATE, NO
SUPPORTING DOCUMENTATION, AND INSUFFICIENT DOCUMENTATION) CLAIMS PURSUANT
TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

**EXHIBIT 1**

AMERICOM TELECOM (ATI)
3544 ETC JESTER
HOUSTON, TX  77018

APEX COMPANIES LLC
15850 CRABBS BRANCH WAY
SUITE 200
ROCKVILLE, MD  20855

AVNET INC.
5400 PRAIRIE STONE PKWY
HOFFMAN ESTATES, IL  60192

BURFORD & RYBURN LLP
ATTN: JEB LOVELESS
500 N AKARD STE 3100
DALLAS, TX  75201

CEMSPRO
C/O CEMS PROFESSIONAL SERVICES LLC
518 WILD FIRE DRIVE
WALDRON, AR  72958

CEMSPRO
C/O CEMS PROFESSIONAL SERVICES LLC
518 WILD FIRE DRIVE
WALDRON, AR  72958

CEMSPRO
C/O CEMS PROFESSIONAL SERVICES LLC
518 WILD FIRE DRIVE
WALDRON, AR  72958

CEMSPRO
C/O CEMS PROFESSIONAL SERVICES LLC
518 WILD FIRE DRIVE
WALDRON, AR  72958

CRANE NUCLEAR, INC
ATTN: JASON LOCKE
2825 COBB INTERNATIONAL BLVD
KENNESAW, GA  30152

DELAWARE TRUST COMPANY, TRUSTEE
ALAN R. HALPERN
2711 CENTERVILLE ROAD
WILMINGTON, DE  19808

DELAWARE TRUST COMPANY, TRUSTEE
ALAN R. HALPERN
2711 CENTERVILLE ROAD
WILMINGTON, DE  19808

DELAWARE TRUST COMPANY, TRUSTEE
ALAN R. HALPERN
2711 CENTERVILLE ROAD
WILMINGTON, DE  19808

DELAWARE TRUST COMPANY, TRUSTEE
ALAN R. HALPERN
2711 CENTERVILLE ROAD
WILMINGTON, DE  19808

DELAWARE TRUST COMPANY, TRUSTEE
ALAN R. HALPERN
2711 CENTERVILLE ROAD
WILMINGTON, DE  19808

DELAWARE TRUST COMPANY, TRUSTEE
ATTN: SANDRA E. HORWITZ
2711 CENTERVILLE ROAD
WILMINGTON, DE  19808

DELAWARE TRUST COMPANY, TRUSTEE
ATTN: SANDRA E. HORWITZ
2711 CENTERVILLE ROAD
WILMINGTON, DE  19808

DELAWARE TRUST COMPANY, TRUSTEE
ATTN: SANDRA E. HORWITZ
2711 CENTERVILLE ROAD
WILMINGTON, DE  19808

DELAWARE TRUST COMPANY, TRUSTEE
ATTN: SANDRA E. HORWITZ
2711 CENTERVILLE ROAD
WILMINGTON, DE  19808

NOTICE OF DEBTORS' SECOND OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (AMENDED AND SUPERSEDED, EXACT DUPLICATE, NO
SUPPORTING DOCUMENTATION, AND INSUFFICIENT DOCUMENTATION) CLAIMS PURSUANT
TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

**EXHIBIT 1**

| | | |
|---|---|---|
| DELAWARE TRUST COMPANY, TRUSTEE<br>ATTN: SANDRA E. HORWITZ<br>2711 CENTERVILLE ROAD<br>WILMINGTON, DE  19808 | DELAWARE TRUST COMPANY, TRUSTEE<br>ATTN: SANDRA E. HORWITZ<br>2711 CENTERVILLE ROAD<br>WILMINGTON, DE  19808 | DELAWARE TRUST COMPANY, TRUSTEE<br>ATTN: SANDRA E. HORWITZ<br>2711 CENTERVILLE ROAD<br>WILMINGTON, DE  19808 |
| DELAWARE TRUST COMPANY, TRUSTEE<br>ATTN: SANDRA E. HORWITZ<br>2711 CENTERVILLE ROAD<br>WILMINGTON, DE  19808 | DELAWARE TRUST COMPANY, TRUSTEE<br>ATTN: SANDRA E. HORWITZ<br>2711 CENTERVILLE ROAD<br>WILMINGTON, DE  19808 | DELAWARE TRUST COMPANY, TRUSTEE<br>ATTN: SANDRA E. HORWITZ<br>2711 CENTERVILLE ROAD<br>WILMINGTON, DE  19808 |
| DELAWARE TRUST COMPANY, TRUSTEE<br>MARK R. SOMERSTEIN<br>C/O ROPES & GRAY LLP<br>1211 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10036 | DELAWARE TRUST COMPANY, TRUSTEE<br>MARK R. SOMERSTEIN<br>C/O ROPES & GRAY LLP<br>1211 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10036 | DELAWARE TRUST COMPANY, TRUSTEE<br>MARK R. SOMERSTEIN<br>C/O ROPES & GRAY LLP<br>1211 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10036 |
| DELAWARE TRUST COMPANY, TRUSTEE<br>MARK R. SOMERSTEIN<br>C/O ROPES & GRAY LLP<br>1211 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10036 | DELAWARE TRUST COMPANY, TRUSTEE<br>MARK R. SOMERSTEIN<br>C/O ROPES & GRAY LLP<br>1211 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10036 | DELAWARE TRUST COMPANY, TRUSTEE<br>MARK R. SOMERSTEIN<br>C/O ROPES & GRAY LLP<br>1211 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10036 |
| DELAWARE TRUST COMPANY, TRUSTEE<br>MARK R. SOMERSTEIN<br>C/O ROPES & GRAY LLP<br>1211 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10036 | DELAWARE TRUST COMPANY, TRUSTEE<br>MARK R. SOMERSTEIN<br>C/O ROPES & GRAY LLP<br>1211 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10036 | DELAWARE TRUST COMPANY, TRUSTEE<br>MARK R. SOMERSTEIN<br>C/O ROPES & GRAY LLP<br>1211 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10036 |
| DELAWARE TRUST COMPANY, TRUSTEE<br>MARK R. SOMERSTEIN<br>C/O ROPES & GRAY LLP<br>1211 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10036 | DELAWARE TRUST COMPANY, TRUSTEE<br>MEREDITH S. TINKHAM<br>C/O ROPES & GRAY LLP<br>1211 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10036 | DELAWARE TRUST COMPANY, TRUSTEE<br>MEREDITH S. TINKHAM<br>C/O ROPES & GRAY LLP<br>1211 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10036 |

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by: December 12, 2014**

**NOTICE OF DEBTORS' SECOND OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (AMENDED AND SUPERSEDED, EXACT DUPLICATE, NO
SUPPORTING DOCUMENTATION, AND INSUFFICIENT DOCUMENTATION) CLAIMS PURSUANT
TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

**EXHIBIT 1**

JAMES, LANA J
[ADDRESS REDACTED]

NAPA TIRE & AUTO SUPPLY INC
PO BOX 1257
ROCKDALE, TX  76567

NORTH LOUISIANA LAND GRADING INC
PO BOX 33
GILLIAM, LA  71029

REESE, DORNELL
[ADDRESS REDACTED]

Total Parties: 40

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by: December 12, 2014**

**NOTICE OF DEBTORS' SECOND OMNIBUS (NON-SUBSTANTIVE)**
**OBJECTION TO (AMENDED AND SUPERSEDED, EXACT DUPLICATE, NO**
**SUPPORTING DOCUMENTATION, AND INSUFFICIENT DOCUMENTATION) CLAIMS PURSUANT**
**TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY**
**RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

**EXHIBIT 2**

| | | |
|---|---|---|
| ADVANCED ANALYTICAL LABORATORIES LLC<br>PO BOX 760<br>WHITEHOUSE, TX  75791 | ADVANCED ANALYTICAL LABORATORIES LLC<br>PO BOX 760<br>WHITEHOUSE, TX  75791 | ADVANCED ANALYTICAL LABORATORIES LLC<br>PO BOX 760<br>WHITEHOUSE, TX  75791 |
| ADVANCED ANALYTICAL LABORATORIES LLC<br>PO BOX 760<br>WHITEHOUSE, TX  75791 | ALDINE INDEPENDENT SCHOOL DISTRICT<br>C/O TAX OFFICE<br>14909 ALDINE WESTFIELD ROAD<br>HOUSTON, TX  77032 | BI-INFORM, INC.<br>C/O LEECH TISHMAN FUSCALDO & LAMPL LLC<br>ATTN: PATRICK W. CAROTHERS, ESQ.<br>525 WILLIAM PENN PLACE, 28TH FL.<br>PITTSBURGH, PA  15219 |
| BLOODWORTH, JAMES<br>[ADDRESS REDACTED] | BLOODWORTH, JAMES<br>[ADDRESS REDACTED] | BLOODWORTH, JAMES<br>[ADDRESS REDACTED] |
| BLOODWORTH, JAMES<br>[ADDRESS REDACTED] | BLOODWORTH, JAMES<br>[ADDRESS REDACTED] | BLOODWORTH, JAMES<br>[ADDRESS REDACTED] |
| BLOODWORTH, JAMES<br>[ADDRESS REDACTED] | CALIFORNIA FRANCHISE TAX BOARD<br>ATTN: BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO, CA  95812-2952 | CITY OF FORT WORTH<br>ATTN: CHRIS MOSLEY<br>1000 THROCKMORTON<br>FORT WORTH, TX  76102 |
| DELL MARKETING, L.P.<br>ATTN: NANCY MIMS<br>ONE DELL WAY, RR1, MS 52<br>ROUND ROCK, TX  78682 | FALKENBERG CONSTRUCTION CO., INC.<br>4850 SAMUELL BLVD.<br>MESQUITE, TX  75149 | INTEGRATED POWER SERVICES LLC<br>C/O LEECH TISHMAN FUSCALDO & LAMPL LLC<br>ATTN: PATRICK W. CAROTHERS, ESQ.<br>525 WILLIAM PENN PLACE, 28TH FL.<br>PITTSBURGH, PA  15219 |

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by: December 12, 2014**

**NOTICE OF DEBTORS' SECOND OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (AMENDED AND SUPERSEDED, EXACT DUPLICATE, NO
SUPPORTING DOCUMENTATION, AND INSUFFICIENT DOCUMENTATION) CLAIMS PURSUANT
TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

**EXHIBIT 2**

INTEGRATED POWER SERVICES LLC
C/O LEECH TISHMAN FUSCALDO & LAMPL LLC
ATTN: PATRICK W. CAROTHERS, ESQ.
525 WILLIAM PENN PLACE, 28TH FL.
PITTSBURGH, PA  15219

INTEGRATED POWER SERVICES LLC
C/O LEECH TISHMAN FUSCALDO & LAMPL LLC
ATTN: PATRICK W. CAROTHERS, ESQ.
525 WILLIAM PENN PLACE, 28TH FL.
PITTSBURGH, PA  15219

INTEGRATED POWER SERVICES LLC
C/O LEECH TISHMAN FUSCALDO & LAMPL LLC
ATTN: PATRICK W. CAROTHERS, ESQ.
525 WILLIAM PENN PLACE, 28TH FL.
PITTSBURGH, PA  15219

NAPA AUTO PARTS STORE
1300 FERGUSON RD.
MOUNT PLEASANT, TX  75455

RATLIFF READY-MIX, LP
C/O BELLNUNNALLY
ATTN: RANDALL K. LINDLEY
3232 MCKINNEY AVE, STE 1400
DALLAS, TX  75204

SOMERVELL COUNTY WATER DISTRICT
PO BOX 1386
GLEN ROSE, TX  76043

TEKSYSTEMS, INC.
ATTN: CREDIT MANAGER
7437 RACE RD
HANOVER, MD  21076

Total Parties: 25

**EXHIBIT M**

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by: December 12, 2014**

**NOTICE OF DEBTORS' SECOND OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (AMENDED AND SUPERSEDED, EXACT DUPLICATE, NO
SUPPORTING DOCUMENTATION, AND INSUFFICIENT DOCUMENTATION) CLAIMS PURSUANT
TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

**EXHIBIT 3**

| | | |
|---|---|---|
| CHAMBERS, MARY<br>[ADDRESS REDACTED] | CLARK, LAVERNE COOPER<br>[ADDRESS REDACTED] | CUSACK, PAMELA SUSAN<br>[ADDRESS REDACTED] |
| DEUBLER, BILLIE<br>[ADDRESS REDACTED] | DEUBLER, WINSTON<br>[ADDRESS REDACTED] | DORHAM, LEANZA<br>[ADDRESS REDACTED] |
| GOUGHLER, CHUN-CHA<br>[ADDRESS REDACTED] | KEETON, VIRGIL<br>[ADDRESS REDACTED] | MACK, CHARLES LEE<br>[ADDRESS REDACTED] |
| MATHEWS, R W<br>[ADDRESS REDACTED] | PATTERSON, HENRI<br>[ADDRESS REDACTED] | REESE, J.P.<br>[ADDRESS REDACTED] |
| SELLERS, BARBARA<br>[ADDRESS REDACTED] | TAYLOR, JOYCE<br>[ADDRESS REDACTED] | WALLACE, SHIRLEY A.<br>[ADDRESS REDACTED] |
| WEGLARZ, JERRY<br>[ADDRESS REDACTED] | WEGLARZ, JERRY<br>[ADDRESS REDACTED] | WEGLARZ, JERRY<br>[ADDRESS REDACTED] |

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by: December 12, 2014**

**NOTICE OF DEBTORS' SECOND OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO (AMENDED AND SUPERSEDED, EXACT DUPLICATE, NO SUPPORTING DOCUMENTATION, AND INSUFFICIENT DOCUMENTATION) CLAIMS PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

**EXHIBIT 3**

WEGLARZ, JERRY
[ADDRESS REDACTED]

Total Parties: 19

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by: December 12, 2014**

**NOTICE OF DEBTORS' SECOND OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (AMENDED AND SUPERSEDED, EXACT DUPLICATE, NO
SUPPORTING DOCUMENTATION, AND INSUFFICIENT DOCUMENTATION) CLAIMS PURSUANT
TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

**EXHIBIT 4**

ATWATER, THERESA
[ADDRESS REDACTED]

ATWATER, THERESA
[ADDRESS REDACTED]

BISSELL, RAY C., JR.
[ADDRESS REDACTED]

BUTLER, GEORGE, JR.
[ADDRESS REDACTED]

CLARK, JUDITH KATHRYN
[ADDRESS REDACTED]

CUMMINS SOUTHERN PLAINS LLC
600 NORTH WATSON RD
ARLINGTON, TX  76011

CUMMINS SOUTHERN PLAINS
620 NORTH WATSON ROAD
PO BOX 90027
ARLINGTON, TX  76011

DENKINS, KIM
[ADDRESS REDACTED]

ESCALONA, PATRICIO TREVINO
[ADDRESS REDACTED]

HOLMES, SAM E.
[ADDRESS REDACTED]

HUNT, HENNESSEY
[ADDRESS REDACTED]

JAMES, AMBER
[ADDRESS REDACTED]

JEFFERSON, THELMA
[ADDRESS REDACTED]

MARIO SINACOLA & SONS EXCAVATING, INC.
10950 RESEARCH ROAD
FRISCO, TX  75034

MOORE, MARVIE
[ADDRESS REDACTED]

POWELL, MARCUS
[ADDRESS REDACTED]

WILLIAMS, TOMMY JOE
[ADDRESS REDACTED]

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by: December 12, 2014**

**NOTICE OF DEBTORS' SECOND OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO (AMENDED AND SUPERSEDED, EXACT DUPLICATE, NO SUPPORTING DOCUMENTATION, AND INSUFFICIENT DOCUMENTATION) CLAIMS PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

**EXHIBIT 4**

<u>Total Parties: 17</u>

**EXHIBIT N**

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by: December 12, 2014**

**NOTICE OF DEBTORS' THIRD OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (NO SUPPORTING DOCUMENTATION) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

Page 1 of 79

6824 L.P.
[ADDRESS REDACTED]

6824 LP
[ADDRESS REDACTED]

6824 LP
[ADDRESS REDACTED]

AARON, MARGARET
[ADDRESS REDACTED]

ABAYA, ROSALINDA
[ADDRESS REDACTED]

ABBOTT'S FINA INC
[ADDRESS REDACTED]

ACERO, PHYLLIS
[ADDRESS REDACTED]

ACME FENCE SERVICES INC
[ADDRESS REDACTED]

ACOSTA, MARISELA
[ADDRESS REDACTED]

ACOSTA, YODELNY
[ADDRESS REDACTED]

ADAMS, ELIZABETH
[ADDRESS REDACTED]

ADAMS, ISREAL
[ADDRESS REDACTED]

ADAMS, JOY
[ADDRESS REDACTED]

ADAMS, NETTIE
[ADDRESS REDACTED]

ADAMS, TIA S
[ADDRESS REDACTED]

ADCOCK, KEITH MICHAEL
[ADDRESS REDACTED]

ADKINS, JESS (BARN)
[ADDRESS REDACTED]

ADKINS, JESS (CLINIC)
[ADDRESS REDACTED]

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.

Case #: 14-10979 (CSS)

Notices mailed by: December 12, 2014

**NOTICE OF DEBTORS' THIRD OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (NO SUPPORTING DOCUMENTATION) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

Page 2 of 79

| | | |
|---|---|---|
| ADKINS, JESS (HOME)<br>[ADDRESS REDACTED] | ADKINS, JESS (RENTAL OFFICE)<br>[ADDRESS REDACTED] | ADKINS, JESS<br>[ADDRESS REDACTED] |
| ADKINS, JESS<br>[ADDRESS REDACTED] | ADKINS, JESS<br>[ADDRESS REDACTED] | ADKINS, JESS<br>[ADDRESS REDACTED] |
| ADKINS, JESS<br>[ADDRESS REDACTED] | ADKINS, JESS<br>[ADDRESS REDACTED] | ADOLPH, ROBERT<br>[ADDRESS REDACTED] |
| AGIN, THERESA L<br>[ADDRESS REDACTED] | AGOL, MICHAEL<br>[ADDRESS REDACTED] | AGOL, MICHAEL<br>[ADDRESS REDACTED] |
| AGOL, VICTORIA R<br>[ADDRESS REDACTED] | AKERMAN, DARCE<br>[ADDRESS REDACTED] | AKIN, LARRY K<br>[ADDRESS REDACTED] |
| AKINPELU, EBENEZER A<br>[ADDRESS REDACTED] | ALBRIGHT, KATHY L<br>[ADDRESS REDACTED] | ALEXANDER, JAMES<br>[ADDRESS REDACTED] |

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by: December 12, 2014**

**NOTICE OF DEBTORS' THIRD OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (NO SUPPORTING DOCUMENTATION) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

| | | |
|---|---|---|
| ALLEN, DIANE<br>[ADDRESS REDACTED] | ALLEN, MONIQUE<br>[ADDRESS REDACTED] | ALLISON, DEBRA<br>[ADDRESS REDACTED] |
| ALLISON, TONY<br>[ADDRESS REDACTED] | ALLRED, NANCY<br>[ADDRESS REDACTED] | ALVAREZ, ELIDA<br>[ADDRESS REDACTED] |
| AMBROSE, LINDA W<br>[ADDRESS REDACTED] | AMIN, VINOD<br>[ADDRESS REDACTED] | ANDERSON, DORIS S<br>[ADDRESS REDACTED] |
| ANDERSON, STEVE<br>[ADDRESS REDACTED] | ANGEL, JACK<br>[ADDRESS REDACTED] | ANGEL, ROBERT<br>[ADDRESS REDACTED] |
| ANWUKAH, JUDE I<br>[ADDRESS REDACTED] | APPLON, JOHN<br>[ADDRESS REDACTED] | ARMENDARIZ, OLYMPIA<br>[ADDRESS REDACTED] |
| ARMSTRONG, THEIDA<br>[ADDRESS REDACTED] | ARNOLD, TERESA L<br>[ADDRESS REDACTED] | ARRINGDALE, PATSY<br>[ADDRESS REDACTED] |

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.

Case #:  14-10979 (CSS)

Notices mailed by: December 12, 2014

NOTICE OF DEBTORS' THIRD OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (NO SUPPORTING DOCUMENTATION) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

ASH, TONY
[ADDRESS REDACTED]

ASHLEY, ROBERT
[ADDRESS REDACTED]

ASHLEY, TINA
[ADDRESS REDACTED]

ATKINS, JESS
[ADDRESS REDACTED]

ATKINS, MIKE A
[ADDRESS REDACTED]

AUSTIN, JOHN D
[ADDRESS REDACTED]

AUSTIN, JOHN D.
[ADDRESS REDACTED]

AVIATION MNG & PROFESSIONAL PALET SERV.
[ADDRESS REDACTED]

B S TRADING COMPANY
[ADDRESS REDACTED]

BAEZA, CRISTINA TORRES
[ADDRESS REDACTED]

BAILEY, JENNIFER
[ADDRESS REDACTED]

BAILEY, NAN
[ADDRESS REDACTED]

BAKER, DOROTHY J
[ADDRESS REDACTED]

BALDWIN, PATRICK
[ADDRESS REDACTED]

BANCROFT, ROYCE
[ADDRESS REDACTED]

BANCROFT, ROYCE
[ADDRESS REDACTED]

BANKS, EVELYN
[ADDRESS REDACTED]

BANKSTON, MIKE
[ADDRESS REDACTED]

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.

Case #: 14-10979 (CSS)

Notices mailed by: December 12, 2014

NOTICE OF DEBTORS' THIRD OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (NO SUPPORTING DOCUMENTATION) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

Page 5 of  79

BANOWSKY, THALIA
[ADDRESS REDACTED]

BARBOSA, GUADALUPE
[ADDRESS REDACTED]

BARFIELD, ANN K
[ADDRESS REDACTED]

BARKER, KELLY
[ADDRESS REDACTED]

BARROW, LANICE
[ADDRESS REDACTED]

BASCI, GULEN
[ADDRESS REDACTED]

BASS, DIANA
[ADDRESS REDACTED]

BASS, KAYLA V
[ADDRESS REDACTED]

BATEMAN, JO
[ADDRESS REDACTED]

BATES, SHERRY
[ADDRESS REDACTED]

BAUMAN, THOMAS
[ADDRESS REDACTED]

BEASLEY, M E
[ADDRESS REDACTED]

BEASLEY, WENDY
[ADDRESS REDACTED]

BECOATS, DEBRA
[ADDRESS REDACTED]

BEDELL, TONYA LEE
[ADDRESS REDACTED]

BELL, JAMES E
[ADDRESS REDACTED]

BELL, MARILYN
[ADDRESS REDACTED]

BELL, MELEAH S
[ADDRESS REDACTED]

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.

Case #: 14-10979 (CSS)

Notices mailed by: December 12, 2014

NOTICE OF DEBTORS' THIRD OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (NO SUPPORTING DOCUMENTATION) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

| | | |
|---|---|---|
| BELL, WOODROW<br>[ADDRESS REDACTED] | BEN HENDERSON<br>[ADDRESS REDACTED] | BENAVENTE, MARIA<br>[ADDRESS REDACTED] |
| BENAVIDEZ, ELISA<br>[ADDRESS REDACTED] | BERGIN, LYNN B<br>[ADDRESS REDACTED] | BERRY, LYNDA<br>[ADDRESS REDACTED] |
| BERRY, LYNDA<br>[ADDRESS REDACTED] | BERRY, STACEY<br>[ADDRESS REDACTED] | BERTRAM, KATHERINE G<br>[ADDRESS REDACTED] |
| BESS, CHRISTELL<br>[ADDRESS REDACTED] | BETTS, BARBARA<br>[ADDRESS REDACTED] | BETTS, BILLY<br>[ADDRESS REDACTED] |
| BID RENTALS INC.<br>[ADDRESS REDACTED] | BIEL, RICHARD<br>[ADDRESS REDACTED] | BILLINGSLEY, RAYMOND<br>[ADDRESS REDACTED] |
| BINLEY, ALBERT L<br>[ADDRESS REDACTED] | BISHOP, ELISABETH G<br>[ADDRESS REDACTED] | BIZOR-MACK, TIFFANY<br>[ADDRESS REDACTED] |

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.
Case #:  14-10979 (CSS)

Notices mailed by: December 12, 2014

NOTICE OF DEBTORS' THIRD OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (NO SUPPORTING DOCUMENTATION) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

Page 7 of  79

BLACK, APRIL H
[ADDRESS REDACTED]

BLACK, ROBERT E
[ADDRESS REDACTED]

BLACK, RODRICH
[ADDRESS REDACTED]

BLACKSHIRE, LILLIE M
[ADDRESS REDACTED]

BLACKSHIRE, SUSIE
[ADDRESS REDACTED]

BLACKWELL, JOE
[ADDRESS REDACTED]

BLEDSOE, BONNIE
[ADDRESS REDACTED]

BLEDSOE, BONNIE
[ADDRESS REDACTED]

BLESSING, AUDINE
[ADDRESS REDACTED]

BLOUNT, CHARLES F
[ADDRESS REDACTED]

BOATMAN, STEPHEN
[ADDRESS REDACTED]

BOAZ, DOROTHY M
[ADDRESS REDACTED]

BOB MCDONALD COMPANY INC
[ADDRESS REDACTED]

BOBBIT, WAYNE
[ADDRESS REDACTED]

BOCKHORN, LARRY
[ADDRESS REDACTED]

BOGDANOWICZ, SEDELLA
[ADDRESS REDACTED]

BOLDING, SARAH
[ADDRESS REDACTED]

BOLIVER, RUTH
[ADDRESS REDACTED]

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.

Case #:  14-10979 (CSS)

Notices mailed by: December 12, 2014

NOTICE OF DEBTORS' THIRD OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (NO SUPPORTING DOCUMENTATION) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

| | | |
|---|---|---|
| BONDS, PARRIS A<br>[ADDRESS REDACTED] | BONDS, PARRIS A<br>[ADDRESS REDACTED] | BONNER, PAULETTA J<br>[ADDRESS REDACTED] |
| BOONE, BETTY<br>[ADDRESS REDACTED] | BOOTH, ELIZABETH<br>[ADDRESS REDACTED] | BORDER WELL SERVICES INC<br>[ADDRESS REDACTED] |
| BORG, OLAVS<br>[ADDRESS REDACTED] | BOSCO, SUSAN<br>[ADDRESS REDACTED] | BOSTON, JOSEPH W<br>[ADDRESS REDACTED] |
| BOUTTE, DEBRA<br>[ADDRESS REDACTED] | BOWEN-JONES, DEBRA A<br>[ADDRESS REDACTED] | BOWENS, BRODRICK<br>[ADDRESS REDACTED] |
| BOWENS, DARLENE M<br>[ADDRESS REDACTED] | BOWMAN, KRISTI<br>[ADDRESS REDACTED] | BOYD, MARIANE<br>[ADDRESS REDACTED] |
| BOYD, TERRY<br>[ADDRESS REDACTED] | BOYLE, JOAN<br>[ADDRESS REDACTED] | BOYNTON, ALAN<br>[ADDRESS REDACTED] |

Debtor: **ENERGY FUTURE HOLDINGS CORP., et al.**

Case #:  **14-10979 (CSS)**

**Notices mailed by: December 12, 2014**

**NOTICE OF DEBTORS' THIRD OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (NO SUPPORTING DOCUMENTATION) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

Page 9 of  79

| | | |
|---|---|---|
| BRABAND, KAY<br>[ADDRESS REDACTED] | BRACKEN, ARLYSS<br>[ADDRESS REDACTED] | BRADEN, KATHY<br>[ADDRESS REDACTED] |
| BRADEN, KATHY<br>[ADDRESS REDACTED] | BRADFIELD, B K<br>[ADDRESS REDACTED] | BRANCH, FREDDIE<br>[ADDRESS REDACTED] |
| BRATTER, STUART<br>[ADDRESS REDACTED] | BRATTON, MICHAEL H<br>[ADDRESS REDACTED] | BRAUN, ALOIS M<br>[ADDRESS REDACTED] |
| BRAUN, ELISABETH<br>[ADDRESS REDACTED] | BRAUN, PATRICIA<br>[ADDRESS REDACTED] | BRAXTON, MARY E<br>[ADDRESS REDACTED] |
| BRENT, DENNIS HOWARD<br>[ADDRESS REDACTED] | BREWER JR, CECIL H<br>[ADDRESS REDACTED] | BREWER, SHEILA R<br>[ADDRESS REDACTED] |
| BREWSTER, NICA<br>[ADDRESS REDACTED] | BROOKS, PEGGY J<br>[ADDRESS REDACTED] | BROWN, BILLIE J<br>[ADDRESS REDACTED] |

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by: December 12, 2014**

**NOTICE OF DEBTORS' THIRD OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (NO SUPPORTING DOCUMENTATION) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

Page 10 of  79

BROWN, CATHERINE
[ADDRESS REDACTED]

BROWN, IRENE PAT HARDY
[ADDRESS REDACTED]

BROWN, JANICE G
[ADDRESS REDACTED]

BROWNING, MARTHA
[ADDRESS REDACTED]

BRUEGGEMEYER, ROBERT
[ADDRESS REDACTED]

BRUEGGEMEYER, ROBERT
[ADDRESS REDACTED]

BRUEGGEMEYER, ROBERT
[ADDRESS REDACTED]

BRUNTON, ALAN R
[ADDRESS REDACTED]

BRUNTON, ALAN R
[ADDRESS REDACTED]

BRYAN, MELODY
[ADDRESS REDACTED]

BRYANT, DARRYL
[ADDRESS REDACTED]

BRYCE, MINNIE
[ADDRESS REDACTED]

BUDOW, HARRY
[ADDRESS REDACTED]

BULLARD, JAMES O
[ADDRESS REDACTED]

BURKETT, MARK
[ADDRESS REDACTED]

BURKS, TAMARA R
[ADDRESS REDACTED]

BURRELL, BILL
[ADDRESS REDACTED]

BURTON, DIANNA
[ADDRESS REDACTED]

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**
**Case #:  14-10979 (CSS)**

**Notices mailed by: December 12, 2014**

**NOTICE OF DEBTORS' THIRD OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (NO SUPPORTING DOCUMENTATION) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

Page 11 of  79

BUSH, BETTY J
[ADDRESS REDACTED]

BUSH, VICKIE
[ADDRESS REDACTED]

BUSH, VICKIE
[ADDRESS REDACTED]

BUTLER, E R
[ADDRESS REDACTED]

BUTLER, ORA L
[ADDRESS REDACTED]

BUTTS, LILLIAN
[ADDRESS REDACTED]

BUTTS, LILLIAN
[ADDRESS REDACTED]

BYERS, ANNE
[ADDRESS REDACTED]

CADENHEAD, JACQUELYN
[ADDRESS REDACTED]

CAESAR, RUTH
[ADDRESS REDACTED]

CALDWELL, JACKIE
[ADDRESS REDACTED]

CALDWELL, STEPHANIE
[ADDRESS REDACTED]

CALL, BRUCE
[ADDRESS REDACTED]

CALL, BRUCE
[ADDRESS REDACTED]

CALLAWAY, DEBRA J
[ADDRESS REDACTED]

CALLISON, KATHLEEN KING
[ADDRESS REDACTED]

CAMARATA, BEN
[ADDRESS REDACTED]

CAMERON, JOYCE E
[ADDRESS REDACTED]

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.

Case #:  14-10979 (CSS)

Notices mailed by: December 12, 2014

NOTICE OF DEBTORS' THIRD OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (NO SUPPORTING DOCUMENTATION) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

Page 12 of  79

CAMPBELL, HARRY L
[ADDRESS REDACTED]

CAMPBELL, SYLVIA
[ADDRESS REDACTED]

CAMPOS, JASON
[ADDRESS REDACTED]

CANAFAX, TOM
[ADDRESS REDACTED]

CANNIZZO, DENISE
[ADDRESS REDACTED]

CANTU, MARCO A
[ADDRESS REDACTED]

CARDRICHE MONTGOMERY, CATHY
[ADDRESS REDACTED]

CARLTON, T C
[ADDRESS REDACTED]

CARPENTER, L J
[ADDRESS REDACTED]

CARRILLO, BOBBIE
[ADDRESS REDACTED]

CARRILLO, ISRRAEL R
[ADDRESS REDACTED]

CARROLL, RALPH
[ADDRESS REDACTED]

CARRUTH, SUSAN
[ADDRESS REDACTED]

CARTER, EVELYN
[ADDRESS REDACTED]

CARTER, JAMES LEE
[ADDRESS REDACTED]

CARTER, KEMA
[ADDRESS REDACTED]

CARTER, LASHANNON
[ADDRESS REDACTED]

CARTER, SHADY
[ADDRESS REDACTED]

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.

Case #:  14-10979 (CSS)

Notices mailed by: December 12, 2014

NOTICE OF DEBTORS' THIRD OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (NO SUPPORTING DOCUMENTATION) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

Page 13 of  79

CASA DE AMIGOS OF MIDLAND TEXAS INC
[ADDRESS REDACTED]

CASA DE AMIGOS OF MIDLAND TEXAS
[ADDRESS REDACTED]

CASA DE AMIGOS OF MIDLAND TEXAS
[ADDRESS REDACTED]

CASH, MARY M
[ADDRESS REDACTED]

CASH, MARY M
[ADDRESS REDACTED]

CASTERLINE, JOSEPH T
[ADDRESS REDACTED]

CASTERLINE, VANESSA
[ADDRESS REDACTED]

CASTLES, VANCE
[ADDRESS REDACTED]

CASTON, MELISA
[ADDRESS REDACTED]

CASTRO, SARA D.
[ADDRESS REDACTED]

CATHCART, KAREN
[ADDRESS REDACTED]

CATHEY, KELLE R
[ADDRESS REDACTED]

CELTIC LIQOUR CO.
[ADDRESS REDACTED]

CENCER, RACHAEL
[ADDRESS REDACTED]

CENTER ST CHURCH OF CHRIST
[ADDRESS REDACTED]

CENTRAL BAPTIST CH
[ADDRESS REDACTED]

CENTRAL TEXAS WOMEN'S CLINIC
[ADDRESS REDACTED]

CHAIN, DONNA M
[ADDRESS REDACTED]

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by: December 12, 2014**

**NOTICE OF DEBTORS' THIRD OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO (NO SUPPORTING DOCUMENTATION) CLAIMS PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

Page 14 of  79

CHAIREZ, CARMEN A
[ADDRESS REDACTED]

CHAMBERS JR, HENRY V
[ADDRESS REDACTED]

CHAMBERS JR, HENRY
[ADDRESS REDACTED]

CHAMBERS, HENRY
[ADDRESS REDACTED]

CHAMBERS, MARY
[ADDRESS REDACTED]

CHANCELLOR, PAUL
[ADDRESS REDACTED]

CHANCELLOR, PAUL
[ADDRESS REDACTED]

CHANG, LIZBETH
[ADDRESS REDACTED]

CHANG, NANCY
[ADDRESS REDACTED]

CHAO, ROSA
[ADDRESS REDACTED]

CHAPA, ROSIE
[ADDRESS REDACTED]

CHAPMAN, KENNETH
[ADDRESS REDACTED]

CHAPMAN, LARRY
[ADDRESS REDACTED]

CHARLES, JUAN
[ADDRESS REDACTED]

CHATMAN, JIMMIE
[ADDRESS REDACTED]

CHAVEZ, TOMAS
[ADDRESS REDACTED]

CHISHOLM LIVE OAK RANCH
[ADDRESS REDACTED]

CHOICE, SHANDALYN D
[ADDRESS REDACTED]

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.

Case #: 14-10979 (CSS)

Notices mailed by: December 12, 2014

NOTICE OF DEBTORS' THIRD OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (NO SUPPORTING DOCUMENTATION) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

Page 15 of  79

CHRIST, WANDA
[ADDRESS REDACTED]

CHRISTENSEN, WAYNE A
[ADDRESS REDACTED]

CHRISTMAN, DANIEL H
[ADDRESS REDACTED]

CHUMLEY, SARAH
[ADDRESS REDACTED]

CLARK, BELINDA
[ADDRESS REDACTED]

CLARK, MARY H
[ADDRESS REDACTED]

CLEM INC
[ADDRESS REDACTED]

CLINE, HAZEL J
[ADDRESS REDACTED]

COBB, GLORIA
[ADDRESS REDACTED]

COCHRAN, LEE M
[ADDRESS REDACTED]

CODINAS, MATEO
[ADDRESS REDACTED]

COFFMAN, SHIRLEY
[ADDRESS REDACTED]

COLBURN, WANDA
[ADDRESS REDACTED]

COLLIER, VESTA
[ADDRESS REDACTED]

COLLINS, JONISE
[ADDRESS REDACTED]

COLLINS, MARK E
[ADDRESS REDACTED]

COLLINS, PAMLIN
[ADDRESS REDACTED]

COLLINS, TROY
[ADDRESS REDACTED]

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.

Case #:  14-10979 (CSS)

Notices mailed by: December 12, 2014

NOTICE OF DEBTORS' THIRD OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (NO SUPPORTING DOCUMENTATION) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

Page 16 of  79

COLON, PEDRO
[ADDRESS REDACTED]

COMBS, DEAN D
[ADDRESS REDACTED]

COMER, LARRY
[ADDRESS REDACTED]

CONOVER, BRANDON
[ADDRESS REDACTED]

COOK, A C
[ADDRESS REDACTED]

COOK, A CHARLES
[ADDRESS REDACTED]

COOK, DIANE
[ADDRESS REDACTED]

COOK, DIANE
[ADDRESS REDACTED]

COOK, ELIZABETH
[ADDRESS REDACTED]

COOK, TERESA A
[ADDRESS REDACTED]

COOPER, DENNIS & TERRY
[ADDRESS REDACTED]

COOPER, DENNIS
[ADDRESS REDACTED]

COOPER, SUSAN
[ADDRESS REDACTED]

COOPER, TERRY
[ADDRESS REDACTED]

CORBETT, DANNY
[ADDRESS REDACTED]

CORDER, PAMELA L
[ADDRESS REDACTED]

CORPUZ, JOANN
[ADDRESS REDACTED]

COTTINGHAM, BRANDI
[ADDRESS REDACTED]

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.

Case #: 14-10979 (CSS)

Notices mailed by: December 12, 2014

NOTICE OF DEBTORS' THIRD OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (NO SUPPORTING DOCUMENTATION) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

Page 17 of 79

| | | |
|---|---|---|
| COX, BILLIE [ADDRESS REDACTED] | COX, KENNETH [ADDRESS REDACTED] | CRABB, DIANE [ADDRESS REDACTED] |
| CRADIT, LISA [ADDRESS REDACTED] | CRAMER, PEGGY [ADDRESS REDACTED] | CRESTVIEW FARM LLC [ADDRESS REDACTED] |
| CRESTVIEW FARM LLC [ADDRESS REDACTED] | CRESTVIEW FARM [ADDRESS REDACTED] | CRETE, LOU [ADDRESS REDACTED] |
| CRISLIP, MARILYN [ADDRESS REDACTED] | CROUCH, CHARLES C [ADDRESS REDACTED] | CROWDER, ROSALYN [ADDRESS REDACTED] |
| CRUZ, ENGUEL [ADDRESS REDACTED] | CRUZ, HOPE [ADDRESS REDACTED] | CRUZ, OLGA M [ADDRESS REDACTED] |
| CUMBERLEDGE, BRANDY [ADDRESS REDACTED] | CUNNINGHAM, ALICE [ADDRESS REDACTED] | CURRIE, E A [ADDRESS REDACTED] |

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by: December 12, 2014**

NOTICE OF DEBTORS' THIRD OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (NO SUPPORTING DOCUMENTATION) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

Page 18 of  79

CUSHMAN, JAMES
[ADDRESS REDACTED]

CUTRIGHT, EDWARD
[ADDRESS REDACTED]

CVIKEL, CHRYSTAL
[ADDRESS REDACTED]

DALLAS EVIDENCE LTD CO
[ADDRESS REDACTED]

DANIEL, CARMEN T
[ADDRESS REDACTED]

DANIELS, GILBERT
[ADDRESS REDACTED]

DANIELS, KRESHA
[ADDRESS REDACTED]

DANIELS, YVONNE
[ADDRESS REDACTED]

DANSBY, MARGARET W
[ADDRESS REDACTED]

DANSBY, MARGARET
[ADDRESS REDACTED]

DANSBY, MARGARET
[ADDRESS REDACTED]

DAO, DANIEL
[ADDRESS REDACTED]

DAO, HUNG
[ADDRESS REDACTED]

DAUN, BONNIE
[ADDRESS REDACTED]

DAVENPORT, JOHNETTE
[ADDRESS REDACTED]

DAVID E WEBER OD PC
[ADDRESS REDACTED]

DAVIS, ANGELIA
[ADDRESS REDACTED]

DAVIS, FURMON
[ADDRESS REDACTED]

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.

Case #:  14-10979 (CSS)

Notices mailed by: December 12, 2014

NOTICE OF DEBTORS' THIRD OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (NO SUPPORTING DOCUMENTATION) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

Page 19 of  79

| | | |
|---|---|---|
| DAVIS, JIMMIE C<br>[ADDRESS REDACTED] | DAVIS, MARY ANN<br>[ADDRESS REDACTED] | DAVIS, ROBERT<br>[ADDRESS REDACTED] |
| DAVIS, SHERDIE<br>[ADDRESS REDACTED] | DEBS INTERNET LOUNGE<br>[ADDRESS REDACTED] | DEBS<br>[ADDRESS REDACTED] |
| DECOU, APRIL<br>[ADDRESS REDACTED] | DEERING, PAUL E<br>[ADDRESS REDACTED] | DEHART, KATRINA<br>[ADDRESS REDACTED] |
| DEL RIO, V E<br>[ADDRESS REDACTED] | DELATOUR, MARJORIE<br>[ADDRESS REDACTED] | DELEON, JOHN<br>[ADDRESS REDACTED] |
| DELGADO, MARIA NAVEJAR<br>[ADDRESS REDACTED] | DELOSSANTOS, MARISOL<br>[ADDRESS REDACTED] | DEROBERTIS, TROY D<br>[ADDRESS REDACTED] |
| DESIGN SECRETS<br>[ADDRESS REDACTED] | DIAZ, FREDY<br>[ADDRESS REDACTED] | DIAZ, JUAN DE DIOS<br>[ADDRESS REDACTED] |

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #: 14-10979 (CSS)**

**Notices mailed by: December 12, 2014**

**NOTICE OF DEBTORS' THIRD OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (NO SUPPORTING DOCUMENTATION) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

Page 20 of  79

DICKINSON, WILLIAM H
[ADDRESS REDACTED]

DICKINSON, WM H
[ADDRESS REDACTED]

DICKMAN, RICHARD A
[ADDRESS REDACTED]

DILORENZO, RAYMOND
[ADDRESS REDACTED]

DINH, TONY
[ADDRESS REDACTED]

DISQUE, KELLY
[ADDRESS REDACTED]

DITERESA, MATTHEW
[ADDRESS REDACTED]

DIVINE, CHRISTINA
[ADDRESS REDACTED]

DIXON, GLADYS
[ADDRESS REDACTED]

DOOLEY, NENA
[ADDRESS REDACTED]

DORGAN, JOSEPH C
[ADDRESS REDACTED]

DORRIS, EARL
[ADDRESS REDACTED]

DORRIS, JOE DAVID
[ADDRESS REDACTED]

DORRIS, JOE
[ADDRESS REDACTED]

DORROUGH, LYMETRA D
[ADDRESS REDACTED]

DORROUGH, LYMETRA D
[ADDRESS REDACTED]

DOSS, LISA
[ADDRESS REDACTED]

DOSS, TRAE
[ADDRESS REDACTED]

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.

Case #:  14-10979 (CSS)

Notices mailed by: December 12, 2014

NOTICE OF DEBTORS' THIRD OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (NO SUPPORTING DOCUMENTATION) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

Page 21 of  79

DOUGHTIE, BROOKS
[ADDRESS REDACTED]

DOUGLAS, J P
[ADDRESS REDACTED]

DOUGLAS, JIMMIE L
[ADDRESS REDACTED]

DOUGLASS, SUSAN
[ADDRESS REDACTED]

DOWELL, BARBARA
[ADDRESS REDACTED]

DOWNIE, DONELL
[ADDRESS REDACTED]

DR KAREN EUERS DBA ANIMAL HOSPITAL OF
KA
[ADDRESS REDACTED]

DRAKE, RUBY
[ADDRESS REDACTED]

DUARTE, JAMES M
[ADDRESS REDACTED]

DUDINSKY, LEE DANIEL
[ADDRESS REDACTED]

DUFFEE, M
[ADDRESS REDACTED]

DUKE, KENNETH R
[ADDRESS REDACTED]

DUMAH, TIMI
[ADDRESS REDACTED]

DUMAS, ANGELA
[ADDRESS REDACTED]

DUNCAN, JOHN H.
[ADDRESS REDACTED]

DUNCAN, MARK
[ADDRESS REDACTED]

DUNCAN, STEVE
[ADDRESS REDACTED]

DUNCIL, PAUL EDWIN
[ADDRESS REDACTED]

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by: December 12, 2014**

**NOTICE OF DEBTORS' THIRD OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (NO SUPPORTING DOCUMENTATION) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

Page 22 of  79

DUNN, ANGELE
[ADDRESS REDACTED]

DUNN, DIANE
[ADDRESS REDACTED]

DUNSWORTH, CINDY
[ADDRESS REDACTED]

DURAN, GLORIA
[ADDRESS REDACTED]

DURU, SYLVESTER
[ADDRESS REDACTED]

DWYER, BEVERLY
[ADDRESS REDACTED]

DYAN, JACQULIENE
[ADDRESS REDACTED]

EADS, MAUDIE
[ADDRESS REDACTED]

EATON, GLENDALE M
[ADDRESS REDACTED]

ECKENROD, LINDA
[ADDRESS REDACTED]

EDWARDS, GEORGIA B.
[ADDRESS REDACTED]

EDWARDS, MELANICE
[ADDRESS REDACTED]

EDWARDS, NATASHA
[ADDRESS REDACTED]

EDWARDS, NATASHA
[ADDRESS REDACTED]

EDWARDS, SHIRLEY
[ADDRESS REDACTED]

EHLINGER, ROBERT
[ADDRESS REDACTED]

EILAND, RUTH T
[ADDRESS REDACTED]

ELLIOTT, SHAWNDRA
[ADDRESS REDACTED]

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #: 14-10979 (CSS)**

**Notices mailed by: December 12, 2014**

NOTICE OF DEBTORS' THIRD OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (NO SUPPORTING DOCUMENTATION) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

ELLIS, BEAU
[ADDRESS REDACTED]

ELLISTON, JAMES
[ADDRESS REDACTED]

EMBREY, WALLACE
[ADDRESS REDACTED]

EMMA, MANN
[ADDRESS REDACTED]

ENGLISH, RUSSELL
[ADDRESS REDACTED]

ERIKSSON, MARY
[ADDRESS REDACTED]

ERWIN, JIMMIE C.
[ADDRESS REDACTED]

ESCHOR, VERITA L
[ADDRESS REDACTED]

ESCHOR, VERITA L
[ADDRESS REDACTED]

ESPINOZA, ADRIAN
[ADDRESS REDACTED]

ESTATE OF CLENNON MOORE
[ADDRESS REDACTED]

ESTES, WELDON
[ADDRESS REDACTED]

ESTES, WILDON
[ADDRESS REDACTED]

EUBANK, DENNIS
[ADDRESS REDACTED]

EUBANK, MAMIE L
[ADDRESS REDACTED]

EUBANKS, GAYLE T
[ADDRESS REDACTED]

EVANS, VIRGINIA
[ADDRESS REDACTED]

FAIR, DONNA
[ADDRESS REDACTED]

NOTICE OF DEBTORS' THIRD OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (NO SUPPORTING DOCUMENTATION) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

Page 24 of  79

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by: December 12, 2014**

| | | |
|---|---|---|
| FANT, RITA<br>[ADDRESS REDACTED] | FAUSNACHT, CHERYL<br>[ADDRESS REDACTED] | FAUSNACHT, CHERYL<br>[ADDRESS REDACTED] |
| FEATHERSTON, A B<br>[ADDRESS REDACTED] | FELLER, DOROTHA<br>[ADDRESS REDACTED] | FERNANDEZ, FRANCIA<br>[ADDRESS REDACTED] |
| FERRELL, LINDA A<br>[ADDRESS REDACTED] | FERRELL, SHERRY<br>[ADDRESS REDACTED] | FERRERI, DEBBIE<br>[ADDRESS REDACTED] |
| FISHER, CALVIN<br>[ADDRESS REDACTED] | FISHER, CALVIN<br>[ADDRESS REDACTED] | FISHER, CAROLYN<br>[ADDRESS REDACTED] |
| FISHER, DETRA<br>[ADDRESS REDACTED] | FISHER, MARY A<br>[ADDRESS REDACTED] | FISHER, RICHARD<br>[ADDRESS REDACTED] |
| FLORES, RUDY<br>[ADDRESS REDACTED] | FLORES, SANDRA A<br>[ADDRESS REDACTED] | FOGARTY, MARGARET<br>[ADDRESS REDACTED] |

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by: December 12, 2014**

**NOTICE OF DEBTORS' THIRD OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (NO SUPPORTING DOCUMENTATION) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

Page 25 of  79

FORBES, STACEY
[ADDRESS REDACTED]

FORD, ADEBRA
[ADDRESS REDACTED]

FORD, ARTHUR
[ADDRESS REDACTED]

FORD, CHARLOTTE J
[ADDRESS REDACTED]

FORD, JODEE
[ADDRESS REDACTED]

FORD, MICHELLE
[ADDRESS REDACTED]

FORTUNE, CONNIE
[ADDRESS REDACTED]

FOSTER, GORDON S
[ADDRESS REDACTED]

FOSTER, MARK C
[ADDRESS REDACTED]

FOUR DUECES, THE
[ADDRESS REDACTED]

FOWKES, SHIRLEY D
[ADDRESS REDACTED]

FOX, BERT
[ADDRESS REDACTED]

FOX, BRUCE
[ADDRESS REDACTED]

FOX, MARK
[ADDRESS REDACTED]

FOXWOOD PREP SCHOOL INC
[ADDRESS REDACTED]

FRANCIS, AL
[ADDRESS REDACTED]

FRANK HAJDA
[ADDRESS REDACTED]

FRANK, SABINE
[ADDRESS REDACTED]

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.

Case #:  14-10979 (CSS)

Notices mailed by: December 12, 2014

NOTICE OF DEBTORS' THIRD OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (NO SUPPORTING DOCUMENTATION) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

Page 26 of  79

FRANKLIN, CAROLYN JO
[ADDRESS REDACTED]

FRANKLIN, CLARA D
[ADDRESS REDACTED]

FRANKLIN, JEANETTE
[ADDRESS REDACTED]

FREITAG, CHRSTOPHER
[ADDRESS REDACTED]

FRIEDRICH, CINDY
[ADDRESS REDACTED]

FRITZE, DAVID
[ADDRESS REDACTED]

FUENTES, MARTHA
[ADDRESS REDACTED]

GADOLA, DAVID
[ADDRESS REDACTED]

GALANIS, KELLY
[ADDRESS REDACTED]

GANDY, ELMA
[ADDRESS REDACTED]

GANN, WAYNE
[ADDRESS REDACTED]

GANTES, STEFFANI
[ADDRESS REDACTED]

GARCIA, CHEREESE
[ADDRESS REDACTED]

GARCIA, GLORIA
[ADDRESS REDACTED]

GARCIA, ISABEL
[ADDRESS REDACTED]

GARCIA, JANIE
[ADDRESS REDACTED]

GARCIA, KATHY A
[ADDRESS REDACTED]

GARCIA, LAURA
[ADDRESS REDACTED]

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.

Case #:  14-10979 (CSS)

Notices mailed by: December 12, 2014

NOTICE OF DEBTORS' THIRD OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (NO SUPPORTING DOCUMENTATION) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

Page 27 of  79

GARCIA, MANUELA
[ADDRESS REDACTED]

GARCIA, MICAELA
[ADDRESS REDACTED]

GARCIA, YOLANDA AGUILAR
[ADDRESS REDACTED]

GARCIA, ZULEMA
[ADDRESS REDACTED]

GARDNER, JOHNNY
[ADDRESS REDACTED]

GARDNER, STEVE
[ADDRESS REDACTED]

GARNER, BRENDA L
[ADDRESS REDACTED]

GARNER, BRENDA L
[ADDRESS REDACTED]

GARNER, DIANE
[ADDRESS REDACTED]

GARONZIK, LYNN
[ADDRESS REDACTED]

GARVEY, JOE
[ADDRESS REDACTED]

GARZA, JANIE
[ADDRESS REDACTED]

GAWTHORN INVESTMENTS DBA WINGSTOP
[ADDRESS REDACTED]

GAYTAN, ARMANDO
[ADDRESS REDACTED]

GERARDO, TORIBIO
[ADDRESS REDACTED]

GERMANY, JOAN L
[ADDRESS REDACTED]

GIBSON, ROBERT T
[ADDRESS REDACTED]

GIFFORD, BONNIE
[ADDRESS REDACTED]

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #: 14-10979 (CSS)**

**Notices mailed by: December 12, 2014**

NOTICE OF DEBTORS' THIRD OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (NO SUPPORTING DOCUMENTATION) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

| | | |
|---|---|---|
| GILL, LINDA<br>[ADDRESS REDACTED] | GILLHAM, BOBBY<br>[ADDRESS REDACTED] | GILLINGER JR, RAYMOND LEE<br>[ADDRESS REDACTED] |
| GILLINGER, ANN<br>[ADDRESS REDACTED] | GILPIN, JOHNNIE M<br>[ADDRESS REDACTED] | GIORDANO, TONY<br>[ADDRESS REDACTED] |
| GLEIM, L ROY<br>[ADDRESS REDACTED] | GLENN, THERESA<br>[ADDRESS REDACTED] | GLIDDEN, EDDIE L<br>[ADDRESS REDACTED] |
| GODINEZ, DELIA<br>[ADDRESS REDACTED] | GOFF, CONNIE<br>[ADDRESS REDACTED] | GOFFNEY, KIMBERLEY<br>[ADDRESS REDACTED] |
| GOLDEN, RUBY A<br>[ADDRESS REDACTED] | GOLSTON, JOHNITA MAUDELL<br>[ADDRESS REDACTED] | GOMEZ, BETTY<br>[ADDRESS REDACTED] |
| GONZALES, CONCEPCION<br>[ADDRESS REDACTED] | GONZALES, HORACIO<br>[ADDRESS REDACTED] | GONZALES, ISIDRA<br>[ADDRESS REDACTED] |

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by: December 12, 2014**

NOTICE OF DEBTORS' THIRD OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (NO SUPPORTING DOCUMENTATION) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

GONZALES, JOE
[ADDRESS REDACTED]

GONZALES, LINDA
[ADDRESS REDACTED]

GONZALES, PEGGY
[ADDRESS REDACTED]

GONZALEZ, CARLOS
[ADDRESS REDACTED]

GONZALEZ, ELETICIA
[ADDRESS REDACTED]

GONZALEZ, JOE
[ADDRESS REDACTED]

GONZALEZ, JOE
[ADDRESS REDACTED]

GONZALEZ, JOE
[ADDRESS REDACTED]

GONZALEZ, JOSE
[ADDRESS REDACTED]

GOVAN, DONALD
[ADDRESS REDACTED]

GOZA, RICHARD A
[ADDRESS REDACTED]

GRACE FAMILY CHURCH
[ADDRESS REDACTED]

GRAMMER, CAROL
[ADDRESS REDACTED]

GRANT, EVERNE
[ADDRESS REDACTED]

GRAVES, JUDY
[ADDRESS REDACTED]

GRAY, BILLIE M
[ADDRESS REDACTED]

GRAY, GEORGE RANDALL
[ADDRESS REDACTED]

GRAY, TRUDY
[ADDRESS REDACTED]

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by: December 12, 2014**

NOTICE OF DEBTORS' THIRD OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (NO SUPPORTING DOCUMENTATION) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

| | | |
|---|---|---|
| GREEN, ADRIENNE<br>[ADDRESS REDACTED] | GREEN, HOWARD W<br>[ADDRESS REDACTED] | GREEN, PATTY<br>[ADDRESS REDACTED] |
| GREENBURG, JEFF<br>[ADDRESS REDACTED] | GREENE, RICHARD<br>[ADDRESS REDACTED] | GREGORY, GARY<br>[ADDRESS REDACTED] |
| GRIFFIN, JACQUES<br>[ADDRESS REDACTED] | GRIFFIN, JACQUES<br>[ADDRESS REDACTED] | GRIFFIN, YVETTE<br>[ADDRESS REDACTED] |
| GRIFFITH, CLAY<br>[ADDRESS REDACTED] | GROSS, MICHAEL<br>[ADDRESS REDACTED] | GUERETTE, ROSITA<br>[ADDRESS REDACTED] |
| GUERRA, YVETTE<br>[ADDRESS REDACTED] | GUINN, JEANNE<br>[ADDRESS REDACTED] | GUITAR, DAVID<br>[ADDRESS REDACTED] |
| GUTIERREZ, JOHN G<br>[ADDRESS REDACTED] | GUY, BERDA<br>[ADDRESS REDACTED] | GUY, MASON<br>[ADDRESS REDACTED] |

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.

Case #:  14-10979 (CSS)

Notices mailed by: December 12, 2014

NOTICE OF DEBTORS' THIRD OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (NO SUPPORTING DOCUMENTATION) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

Page 31 of  79

HALBERT, KYMBERLEE M
[ADDRESS REDACTED]

HALL, DEBRA
[ADDRESS REDACTED]

HALL, GLENDA JOYCE
[ADDRESS REDACTED]

HAMILTON, LAQUITA
[ADDRESS REDACTED]

HAMILTON, LAWRENCE
[ADDRESS REDACTED]

HANCOCK, CHARLES A
[ADDRESS REDACTED]

HANDSBER, CATRINA R
[ADDRESS REDACTED]

HANDSCHUCH, RICHARD
[ADDRESS REDACTED]

HANEY, CATHY
[ADDRESS REDACTED]

HANSON, LAROY
[ADDRESS REDACTED]

HARDEN, MARVAL
[ADDRESS REDACTED]

HARMS, ROBERT E
[ADDRESS REDACTED]

HARRINGTON, CARI
[ADDRESS REDACTED]

HARRIS, ASHBY T
[ADDRESS REDACTED]

HARRIS, BEA
[ADDRESS REDACTED]

HARRIS, CHERYL
[ADDRESS REDACTED]

HARRIS, COLLETTE M
[ADDRESS REDACTED]

HARRIS, DEBRA
[ADDRESS REDACTED]

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.

Case #:  14-10979 (CSS)

Notices mailed by: December 12, 2014

NOTICE OF DEBTORS' THIRD OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (NO SUPPORTING DOCUMENTATION) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

Page 32 of  79

HARRIS, ELIZABETH A
[ADDRESS REDACTED]

HARRIS, ELIZABETH
[ADDRESS REDACTED]

HARRIS, MARY
[ADDRESS REDACTED]

HARRIS, SHARON
[ADDRESS REDACTED]

HART, CATHY D
[ADDRESS REDACTED]

HARTFIELD, ALICE L
[ADDRESS REDACTED]

HARWOOD EXPLORATION INC
[ADDRESS REDACTED]

HARWOOD EXPLORATION INC
[ADDRESS REDACTED]

HAUN, LINDA
[ADDRESS REDACTED]

HAWKINS, B J
[ADDRESS REDACTED]

HAWKINS, JOAN
[ADDRESS REDACTED]

HAY CHIHUAHUA MEAT MARKET # 1
[ADDRESS REDACTED]

HAYNES, CAROLYN
[ADDRESS REDACTED]

HAYNES, CAROLYN
[ADDRESS REDACTED]

HAYNES, OLEN
[ADDRESS REDACTED]

HAYNES, RITA
[ADDRESS REDACTED]

HEARON, NANCY G
[ADDRESS REDACTED]

HEIDELBERG, WILSON
[ADDRESS REDACTED]

Debtor: **ENERGY FUTURE HOLDINGS CORP., et al.**

Case #:  **14-10979 (CSS)**

**Notices mailed by: December 12, 2014**

**NOTICE OF DEBTORS' THIRD OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (NO SUPPORTING DOCUMENTATION) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

Page 33 of  79

HEIRAS, HUMBERTO
[ADDRESS REDACTED]

HELLSTERN, MICHAEL W
[ADDRESS REDACTED]

HENDERSON, BEN
[ADDRESS REDACTED]

HENDERSON, BEN
[ADDRESS REDACTED]

HENDERSON, BEN
[ADDRESS REDACTED]

HENDERSON, BEN
[ADDRESS REDACTED]

HENDERSON, BEN
[ADDRESS REDACTED]

HENDRICKSON, ROBERTA
[ADDRESS REDACTED]

HENDRIX, JERRY K
[ADDRESS REDACTED]

HENRY, AVIA
[ADDRESS REDACTED]

HENRY, NOEL
[ADDRESS REDACTED]

HENRY, PATRICK
[ADDRESS REDACTED]

HERIGON, PAUL
[ADDRESS REDACTED]

HERMAN, TERESA M
[ADDRESS REDACTED]

HERMON, ESTELLE
[ADDRESS REDACTED]

HERNANDEZ, GLORIA
[ADDRESS REDACTED]

HERRING, HELEN J
[ADDRESS REDACTED]

HEZEL, TILL
[ADDRESS REDACTED]

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.

Case #:  14-10979 (CSS)

Notices mailed by: December 12, 2014

NOTICE OF DEBTORS' THIRD OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (NO SUPPORTING DOCUMENTATION) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

Page 34 of  79

HEZEL, TILL
[ADDRESS REDACTED]

HICKEY, DEBORAH
[ADDRESS REDACTED]

HICKS, AMANDA J
[ADDRESS REDACTED]

HICKS, ANDRA
[ADDRESS REDACTED]

HIGHTOWER, JACQUELINE
[ADDRESS REDACTED]

HILL, DANIEL
[ADDRESS REDACTED]

HILLIN, EARL W
[ADDRESS REDACTED]

HINES, CRYSTAL SHEREA
[ADDRESS REDACTED]

HINES, JAMES P
[ADDRESS REDACTED]

HINES, NELL FAYE
[ADDRESS REDACTED]

HINES, SUZANNE
[ADDRESS REDACTED]

HINTZ, GARY
[ADDRESS REDACTED]

HODGE, DONALD
[ADDRESS REDACTED]

HOEHN, ROBERT
[ADDRESS REDACTED]

HOLBERT, APRIL
[ADDRESS REDACTED]

HOLDER, BOBBY D
[ADDRESS REDACTED]

HOLLEMON, BARBARA
[ADDRESS REDACTED]

HOLLEY, JUDY
[ADDRESS REDACTED]

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.

Case #:  14-10979 (CSS)

Notices mailed by: December 12, 2014

NOTICE OF DEBTORS' THIRD OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (NO SUPPORTING DOCUMENTATION) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

HOLLIDAY, BILLY
[ADDRESS REDACTED]

HOLMES PHARMACY
[ADDRESS REDACTED]

HOLMES, BARRY
[ADDRESS REDACTED]

HOLMES, NAKIA A
[ADDRESS REDACTED]

HOOKS, GEORGE L
[ADDRESS REDACTED]

HOPKINS, DARON
[ADDRESS REDACTED]

HOPPER, GARY W
[ADDRESS REDACTED]

HOPSON, DEWAYNE
[ADDRESS REDACTED]

HORN, LUE PRICE
[ADDRESS REDACTED]

HORN, MILLIE R
[ADDRESS REDACTED]

HORNECKER, MICKEY C
[ADDRESS REDACTED]

HOUSEWRIGHT, SUZANNE
[ADDRESS REDACTED]

HOUSTON, ALISHA
[ADDRESS REDACTED]

HOWARD, DANIEL J
[ADDRESS REDACTED]

HOWARD, HAROLD
[ADDRESS REDACTED]

HOWARD, HAROLD
[ADDRESS REDACTED]

HOWARD, HAROLD
[ADDRESS REDACTED]

HOWZE, SHERI
[ADDRESS REDACTED]

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.

Case #: 14-10979 (CSS)

Notices mailed by: December 12, 2014

NOTICE OF DEBTORS' THIRD OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (NO SUPPORTING DOCUMENTATION) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

Page 36 of  79

HUCKIN III, WILLIAM P
[ADDRESS REDACTED]

HUDSON, GLORIA
[ADDRESS REDACTED]

HUFFMAN, M E
[ADDRESS REDACTED]

HUFFSTUTTLER, KATHY
[ADDRESS REDACTED]

HUITT, CINDY
[ADDRESS REDACTED]

HURD, NICHOLAS
[ADDRESS REDACTED]

HUTCHINSON, DON
[ADDRESS REDACTED]

HUYNH, VU P
[ADDRESS REDACTED]

HYLES, CHARLES
[ADDRESS REDACTED]

INGOE, MARGIE D
[ADDRESS REDACTED]

IOVINE, JACK
[ADDRESS REDACTED]

J D GAS INC.
[ADDRESS REDACTED]

JACKSON, DEBORAH
[ADDRESS REDACTED]

JACKSON, JUANITA
[ADDRESS REDACTED]

JACKSON, LEOLA
[ADDRESS REDACTED]

JACKSON, LETITIA
[ADDRESS REDACTED]

JACKSTADT, MARK C
[ADDRESS REDACTED]

JACOBS, RON
[ADDRESS REDACTED]

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.

Case #:  14-10979 (CSS)

Notices mailed by: December 12, 2014

NOTICE OF DEBTORS' THIRD OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (NO SUPPORTING DOCUMENTATION) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

| | | |
|---|---|---|
| JACOBS, SHAMMIKA<br>[ADDRESS REDACTED] | JAMES, DONALD<br>[ADDRESS REDACTED] | JAMES, WANDA M.<br>[ADDRESS REDACTED] |
| JENKINS, ADRAIN<br>[ADDRESS REDACTED] | JENKINS, CHARLOTTE<br>[ADDRESS REDACTED] | JENKINS, KIMBERLY<br>[ADDRESS REDACTED] |
| JENKINS, MAE L<br>[ADDRESS REDACTED] | JENKINS, TERRI M<br>[ADDRESS REDACTED] | JENSEN, SHARON<br>[ADDRESS REDACTED] |
| JEWELL, CLINTON<br>[ADDRESS REDACTED] | JHONSON, ZAIRE<br>[ADDRESS REDACTED] | JMS INVESTMENT COMP<br>[ADDRESS REDACTED] |
| JOES CAR STOP TOO INC.<br>[ADDRESS REDACTED] | JOHNSON, BEVERLY<br>[ADDRESS REDACTED] | JOHNSON, CURTIS<br>[ADDRESS REDACTED] |
| JOHNSON, DEBRIE<br>[ADDRESS REDACTED] | JOHNSON, FRESHUNDIA<br>[ADDRESS REDACTED] | JOHNSON, GALE<br>[ADDRESS REDACTED] |

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.

Case #: 14-10979 (CSS)

Notices mailed by: December 12, 2014

NOTICE OF DEBTORS' THIRD OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (NO SUPPORTING DOCUMENTATION) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

Page 38 of  79

JOHNSON, KATHERINE
[ADDRESS REDACTED]

JOHNSON, KENNETH
[ADDRESS REDACTED]

JOHNSON, LOLA
[ADDRESS REDACTED]

JOHNSON, RHEA
[ADDRESS REDACTED]

JOHNSON, RICKY E
[ADDRESS REDACTED]

JOHNSON, RONALD K
[ADDRESS REDACTED]

JOHNSON, SANDRA
[ADDRESS REDACTED]

JOHNSON, ZAIRE
[ADDRESS REDACTED]

JONES REED, EVELYN D
[ADDRESS REDACTED]

JONES, ADRIAN
[ADDRESS REDACTED]

JONES, DOROTHY
[ADDRESS REDACTED]

JONES, E DEANE
[ADDRESS REDACTED]

JONES, EDDIE
[ADDRESS REDACTED]

JONES, JEANETTE MOSMAN
[ADDRESS REDACTED]

JONES, JERRY R
[ADDRESS REDACTED]

JONES, JUDY M
[ADDRESS REDACTED]

JONES, LAWRENCE, JR
[ADDRESS REDACTED]

JONES, LEOLA
[ADDRESS REDACTED]

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #: 14-10979 (CSS)**

**Notices mailed by: December 12, 2014**

**NOTICE OF DEBTORS' THIRD OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (NO SUPPORTING DOCUMENTATION) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

Page 39 of  79

JONES, LISA
[ADDRESS REDACTED]

JONES, LISA
[ADDRESS REDACTED]

JONES, LISA
[ADDRESS REDACTED]

JONES, OLLIE
[ADDRESS REDACTED]

JONES, PAT A
[ADDRESS REDACTED]

JONES, R T
[ADDRESS REDACTED]

JONES, R T
[ADDRESS REDACTED]

JONES, STELLA
[ADDRESS REDACTED]

JONES, VERNIA MAE
[ADDRESS REDACTED]

JORDAN, DONNA
[ADDRESS REDACTED]

JORDAN, MARGARET
[ADDRESS REDACTED]

JORDAN, RONNIE
[ADDRESS REDACTED]

JOSEPH, DEBRA
[ADDRESS REDACTED]

JOSLIN, GEORGIA LORETTA
[ADDRESS REDACTED]

JUAREZ, SAL
[ADDRESS REDACTED]

JURADO, MARIANA
[ADDRESS REDACTED]

K S MARKETING INC
[ADDRESS REDACTED]

KARRASCH, DONALD
[ADDRESS REDACTED]

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.

Case #:  14-10979 (CSS)

Notices mailed by: December 12, 2014

NOTICE OF DEBTORS' THIRD OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (NO SUPPORTING DOCUMENTATION) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

Page 40 of  79

| | | |
|---|---|---|
| KELLEY, ELSIE<br>[ADDRESS REDACTED] | KELLEY, RAY D<br>[ADDRESS REDACTED] | KELLUM, LEIGH ANN<br>[ADDRESS REDACTED] |
| KELLY, DEBORAH<br>[ADDRESS REDACTED] | KENISON, ROBERT A<br>[ADDRESS REDACTED] | KENNEDY, LINDA J<br>[ADDRESS REDACTED] |
| KENNEDY, ROGER T<br>[ADDRESS REDACTED] | KEYES, MICHAEL<br>[ADDRESS REDACTED] | KEYES, SUSAN<br>[ADDRESS REDACTED] |
| KILLEBREW, SHARRON<br>[ADDRESS REDACTED] | KIMBLE, WILLIE<br>[ADDRESS REDACTED] | KING, CHARLES<br>[ADDRESS REDACTED] |
| KING, SHIRLEY<br>[ADDRESS REDACTED] | KIRKPATRICK, LORIE<br>[ADDRESS REDACTED] | KIRVEN, JOSEPH<br>[ADDRESS REDACTED] |
| KLEMENT, GREG A<br>[ADDRESS REDACTED] | KLEMENT, GREG<br>[ADDRESS REDACTED] | KLESSIG, RICHARD E<br>[ADDRESS REDACTED] |

Debtor: **ENERGY FUTURE HOLDINGS CORP., et al.**

Case #:  **14-10979 (CSS)**

**Notices mailed by: December 12, 2014**

**NOTICE OF DEBTORS' THIRD OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (NO SUPPORTING DOCUMENTATION) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

| | | |
|---|---|---|
| KOENNING, BARBARA<br>[ADDRESS REDACTED] | KOEPKE, DAVE F<br>[ADDRESS REDACTED] | KORNEGAY, LYDIA<br>[ADDRESS REDACTED] |
| KOWALICK, WYNSU LAWRENCE<br>[ADDRESS REDACTED] | KUECK, STEVE E<br>[ADDRESS REDACTED] | KUECK, STEVE E<br>[ADDRESS REDACTED] |
| KULAS, JOHN<br>[ADDRESS REDACTED] | KUYKENDALL, R L<br>[ADDRESS REDACTED] | LAFFERTY, CHRISTINA<br>[ADDRESS REDACTED] |
| LAKES, JANE HAVEN<br>[ADDRESS REDACTED] | LAL, HARBANS<br>[ADDRESS REDACTED] | LAMBERT, LATONYA<br>[ADDRESS REDACTED] |
| LAMPE, MICHAEL<br>[ADDRESS REDACTED] | LAMPTON, ANDRE<br>[ADDRESS REDACTED] | LAND, MYRA<br>[ADDRESS REDACTED] |
| LANDERS, BARBARA<br>[ADDRESS REDACTED] | LANDS, CHRIS<br>[ADDRESS REDACTED] | LANE, ESSIE<br>[ADDRESS REDACTED] |

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.

Case #:  14-10979 (CSS)

Notices mailed by: December 12, 2014

NOTICE OF DEBTORS' THIRD OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (NO SUPPORTING DOCUMENTATION) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

Page 42 of  79

| | | |
|---|---|---|
| LANE, FLOYD<br>[ADDRESS REDACTED] | LANG, ALLEN M<br>[ADDRESS REDACTED] | LANGLEY, SUSANNE L<br>[ADDRESS REDACTED] |
| LAPPIN, MICHAEL<br>[ADDRESS REDACTED] | LARSON, LAWRENCE E<br>[ADDRESS REDACTED] | LAYTON, TRACY<br>[ADDRESS REDACTED] |
| LE BLANC, JOSEPH<br>[ADDRESS REDACTED] | LEE, BARBARA<br>[ADDRESS REDACTED] | LEE, BRENDA A<br>[ADDRESS REDACTED] |
| LEE, DOROTHY<br>[ADDRESS REDACTED] | LEE, DOROTHY<br>[ADDRESS REDACTED] | LEMMON, RODNEY<br>[ADDRESS REDACTED] |
| LENZ, TRACY<br>[ADDRESS REDACTED] | LENZINI, A E<br>[ADDRESS REDACTED] | LEON, AURELIA<br>[ADDRESS REDACTED] |
| LEONARD LEWIS SALES & SERVICE LLC<br>[ADDRESS REDACTED] | LEVELS, GARY<br>[ADDRESS REDACTED] | LEVERING, CRAIG<br>[ADDRESS REDACTED] |

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by: December 12, 2014**

**NOTICE OF DEBTORS' THIRD OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (NO SUPPORTING DOCUMENTATION) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

| | | |
|---|---|---|
| LEWIS, KELLI<br>[ADDRESS REDACTED] | LEWIS, LEONARD<br>[ADDRESS REDACTED] | LEWIS, ROY<br>[ADDRESS REDACTED] |
| LILLY, JO MARIE<br>[ADDRESS REDACTED] | LIM, ANDREW<br>[ADDRESS REDACTED] | LISENBE, PATSY<br>[ADDRESS REDACTED] |
| LITTLE, KEVIN C<br>[ADDRESS REDACTED] | LITTLE, THOMAS H<br>[ADDRESS REDACTED] | LITTLEFIELD, SUSAN P<br>[ADDRESS REDACTED] |
| LOCKWOOD, MICHELE<br>[ADDRESS REDACTED] | LOMBARDO, KIRSTEN<br>[ADDRESS REDACTED] | LONG, ANGELA<br>[ADDRESS REDACTED] |
| LONGENBERGER, JOANNA<br>[ADDRESS REDACTED] | LONGORIA, JOSEFA<br>[ADDRESS REDACTED] | LOPEZ, HUGO<br>[ADDRESS REDACTED] |
| LOPEZ, IGNACIO<br>[ADDRESS REDACTED] | LOPEZ, YOLANDA<br>[ADDRESS REDACTED] | LORD, JAMES W<br>[ADDRESS REDACTED] |

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by: December 12, 2014**

NOTICE OF DEBTORS' THIRD OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (NO SUPPORTING DOCUMENTATION) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

Page 44 of  79

LORRAINE, CHERYL
[ADDRESS REDACTED]

LOTT, SANDRA
[ADDRESS REDACTED]

LOVE, PATRICIA D
[ADDRESS REDACTED]

LOWE, ANNIE B
[ADDRESS REDACTED]

LOWE, JIM
[ADDRESS REDACTED]

LOWELL, CYM H
[ADDRESS REDACTED]

LU, CUONG
[ADDRESS REDACTED]

LUKACHEK-GREGG, JOAN
[ADDRESS REDACTED]

LUMAN, JANE G
[ADDRESS REDACTED]

LUTZE, KENNETH
[ADDRESS REDACTED]

LUTZE, KENNETH
[ADDRESS REDACTED]

LUTZE, KENNETH
[ADDRESS REDACTED]

LUU, JAMES
[ADDRESS REDACTED]

LYNCH, GERALDINE C
[ADDRESS REDACTED]

MACEDO, PAULA
[ADDRESS REDACTED]

MACHAC, FREDDIE
[ADDRESS REDACTED]

MACHAC, THOMAS WAYNE
[ADDRESS REDACTED]

MACKEY, CANDICE
[ADDRESS REDACTED]

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.

Case #:  14-10979 (CSS)

Notices mailed by: December 12, 2014

NOTICE OF DEBTORS' THIRD OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (NO SUPPORTING DOCUMENTATION) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

Page 45 of  79

MAGGARD, RICKY L
[ADDRESS REDACTED]

MAGNOLIA GREEN TOWNHOME
[ADDRESS REDACTED]

MAJORS, SOPHIA LOREN
[ADDRESS REDACTED]

MAKOVY, BECKY
[ADDRESS REDACTED]

MAKOVY, BECKY
[ADDRESS REDACTED]

MALLENGER, JULIET
[ADDRESS REDACTED]

MANCUSO, GAYLE
[ADDRESS REDACTED]

MANCUSO, GAYLE
[ADDRESS REDACTED]

MANLEY, DOLORES C
[ADDRESS REDACTED]

MANN, EDD
[ADDRESS REDACTED]

MANNS, JEFFERY D
[ADDRESS REDACTED]

MANVEL CHRISTIAN CHURCH
[ADDRESS REDACTED]

MARICELA TALAVERA DBA:
[ADDRESS REDACTED]

MARKHAM, JAMES
[ADDRESS REDACTED]

MARKS, ARLETA
[ADDRESS REDACTED]

MARKS, MARVIN
[ADDRESS REDACTED]

MARLIN RENTAL & MACHINE INC
[ADDRESS REDACTED]

MARSALIS AVENUE BAPTIST CHURCH
[ADDRESS REDACTED]

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.
Case #: 14-10979 (CSS)

Notices mailed by: December 12, 2014

NOTICE OF DEBTORS' THIRD OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (NO SUPPORTING DOCUMENTATION) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

Page 46 of 79

| | | |
|---|---|---|
| MARTIN ENTERPRISES<br>[ADDRESS REDACTED] | MARTIN, AMY<br>[ADDRESS REDACTED] | MARTIN, TWILLA<br>[ADDRESS REDACTED] |
| MARTINEZ, DONNA K<br>[ADDRESS REDACTED] | MARTINEZ, JOSE H<br>[ADDRESS REDACTED] | MARTINEZ, LORI LYN<br>[ADDRESS REDACTED] |
| MARTINEZ, MARISOL<br>[ADDRESS REDACTED] | MASTERS, BILL<br>[ADDRESS REDACTED] | MASTERS, JOYCE<br>[ADDRESS REDACTED] |
| MATHEWS, R W<br>[ADDRESS REDACTED] | MATHEWS, R W<br>[ADDRESS REDACTED] | MATTHEW, ABRAHAM C<br>[ADDRESS REDACTED] |
| MAURACADE, NIM<br>[ADDRESS REDACTED] | MAYERS, PAMELA<br>[ADDRESS REDACTED] | MAYFIELD, DOTTIE H<br>[ADDRESS REDACTED] |
| MC DONALD, BOB R<br>[ADDRESS REDACTED] | MCCAIN, MICHAEL<br>[ADDRESS REDACTED] | MCCAINE, SHANA<br>[ADDRESS REDACTED] |

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by: December 12, 2014**

**NOTICE OF DEBTORS' THIRD OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (NO SUPPORTING DOCUMENTATION) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

Page 47 of  79

MCCAINE, SHANA
[ADDRESS REDACTED]

MCCALL, CHARLENE
[ADDRESS REDACTED]

MCCARTY, DEBORAH
[ADDRESS REDACTED]

MCCARTY, RICHARD
[ADDRESS REDACTED]

MCCLANAHAN, JAMES A
[ADDRESS REDACTED]

MCCLANAHAN, JAMES A.
[ADDRESS REDACTED]

MCCLENDON, STEPHANIE
[ADDRESS REDACTED]

MCCOY, LAURA
[ADDRESS REDACTED]

MCCRANEY, S.D.
[ADDRESS REDACTED]

MCDANIEL, EVA
[ADDRESS REDACTED]

MCDONALD, VEDA
[ADDRESS REDACTED]

MCELVANY, DOROTHY
[ADDRESS REDACTED]

MCGAUGH, J P
[ADDRESS REDACTED]

MCGREGOR, JEFF
[ADDRESS REDACTED]

MCHENRY, MARY
[ADDRESS REDACTED]

MCKEEVER, KEITH
[ADDRESS REDACTED]

MCLEAN, EVA L
[ADDRESS REDACTED]

MEADOR, DOAK
[ADDRESS REDACTED]

Debtor: **ENERGY FUTURE HOLDINGS CORP., et al.**
Case #:  **14-10979 (CSS)**

Notices mailed by: **December 12, 2014**

**NOTICE OF DEBTORS' THIRD OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (NO SUPPORTING DOCUMENTATION) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

MEDINA, GERARDO RAMON
[ADDRESS REDACTED]

MEDINA, PATRICIA
[ADDRESS REDACTED]

MEDRANO, JENNIFER CHEVON
[ADDRESS REDACTED]

MEDRANO, LUCAS GONZALES
[ADDRESS REDACTED]

MENDEZ, LYRIA
[ADDRESS REDACTED]

MENDEZ, RAUL R
[ADDRESS REDACTED]

MENDIETA, ELENA
[ADDRESS REDACTED]

MENKING, NANCY
[ADDRESS REDACTED]

MIDGETT, JOHN
[ADDRESS REDACTED]

MIGUEL, JOE
[ADDRESS REDACTED]

MILES, RENA
[ADDRESS REDACTED]

MILLER- JOHNSON, MARYANN I
[ADDRESS REDACTED]

MILLER, AARON
[ADDRESS REDACTED]

MILLER, DAVID W
[ADDRESS REDACTED]

MILLER, DRALON
[ADDRESS REDACTED]

MILLER, KEITH
[ADDRESS REDACTED]

MILLICAN, AMY
[ADDRESS REDACTED]

MINYARD, MICHAEL
[ADDRESS REDACTED]

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.

Case #:  14-10979 (CSS)

Notices mailed by: December 12, 2014

NOTICE OF DEBTORS' THIRD OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (NO SUPPORTING DOCUMENTATION) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

MITCHELL, DORRIS J
[ADDRESS REDACTED]

MITCHELL, HAZEL
[ADDRESS REDACTED]

MITCHELL, LISA MARIE
[ADDRESS REDACTED]

MITCHELL, MARDELL
[ADDRESS REDACTED]

MITCHELL, MARDELL
[ADDRESS REDACTED]

MITCHELL, PAMELA
[ADDRESS REDACTED]

MITCHELL, PAMELA
[ADDRESS REDACTED]

MITCHNER, TOMMY L
[ADDRESS REDACTED]

MOEHN, PATRICIA
[ADDRESS REDACTED]

MOLINA, ELVIRA
[ADDRESS REDACTED]

MOLINA, ELVIRA
[ADDRESS REDACTED]

MOLINAR, ANTONIO
[ADDRESS REDACTED]

MOLT, JOHN PETER
[ADDRESS REDACTED]

MONTGOMERY, DAWN
[ADDRESS REDACTED]

MONTGOMERY, G W
[ADDRESS REDACTED]

MONTGOMERY, LINDA
[ADDRESS REDACTED]

MONTGOMERY, PATRICK L
[ADDRESS REDACTED]

MOODY, BEVERLY K
[ADDRESS REDACTED]

Debtor: **ENERGY FUTURE HOLDINGS CORP., et al.**

Case #:  **14-10979 (CSS)**

**Notices mailed by: December 12, 2014**

**NOTICE OF DEBTORS' THIRD OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (NO SUPPORTING DOCUMENTATION) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

Page 50 of  79

| | | |
|---|---|---|
| MOODY, SARA ANN<br>[ADDRESS REDACTED] | MOORE, DARLENE<br>[ADDRESS REDACTED] | MOORE, DAVID<br>[ADDRESS REDACTED] |
| MOORE, DAVID<br>[ADDRESS REDACTED] | MOORE, HAROLD DEE<br>[ADDRESS REDACTED] | MOORE, HENRY B<br>[ADDRESS REDACTED] |
| MOORE, JAMES<br>[ADDRESS REDACTED] | MOORE, NORMA J<br>[ADDRESS REDACTED] | MORALES, SANDY<br>[ADDRESS REDACTED] |
| MORAN, SALLY L<br>[ADDRESS REDACTED] | MORENO, NORA<br>[ADDRESS REDACTED] | MORENO, TINA<br>[ADDRESS REDACTED] |
| MORGAN, BRENDA JOYCE<br>[ADDRESS REDACTED] | MORGAN, NICOLE<br>[ADDRESS REDACTED] | MORIN, SANJUANITA<br>[ADDRESS REDACTED] |
| MORRIS, KENNETH<br>[ADDRESS REDACTED] | MORRIS, ROY T<br>[ADDRESS REDACTED] | MORRIS, ROY T.<br>[ADDRESS REDACTED] |

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by: December 12, 2014**

**NOTICE OF DEBTORS' THIRD OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (NO SUPPORTING DOCUMENTATION) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

Page 51 of  79

| | | |
|---|---|---|
| MORRISON, JUDY A<br>[ADDRESS REDACTED] | MOSMEYER, GARY<br>[ADDRESS REDACTED] | MOSS, VERNETTE<br>[ADDRESS REDACTED] |
| MOTE, C H<br>[ADDRESS REDACTED] | MOTHERSHED, WILLIE<br>[ADDRESS REDACTED] | MOULTON, ALLEN<br>[ADDRESS REDACTED] |
| MOURACADE, NAIM<br>[ADDRESS REDACTED] | MOYERS, JAMES<br>[ADDRESS REDACTED] | MULCAHY, MICHAEL<br>[ADDRESS REDACTED] |
| MULCARE, ROHAN IVOR<br>[ADDRESS REDACTED] | MULHOLLAND, DAVID<br>[ADDRESS REDACTED] | MULLA, MUSHTAQ A<br>[ADDRESS REDACTED] |
| MUNIZ, VICENTE<br>[ADDRESS REDACTED] | MUNOZ, ANITA<br>[ADDRESS REDACTED] | MURPHY, MARY<br>[ADDRESS REDACTED] |
| MURPHY, MARY<br>[ADDRESS REDACTED] | MURPHY, VERONICA L<br>[ADDRESS REDACTED] | MYERS, PATRICIA<br>[ADDRESS REDACTED] |

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**
**Case #:  14-10979 (CSS)**

**Notices mailed by: December 12, 2014**

**NOTICE OF DEBTORS' THIRD OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (NO SUPPORTING DOCUMENTATION) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

Page 52 of  79

MYERS, SARAH
[ADDRESS REDACTED]

NANCY PATTERSON DBA :
[ADDRESS REDACTED]

NARVAEZ, HUMBERTO
[ADDRESS REDACTED]

NAUGHTY & SPICE
[ADDRESS REDACTED]

NAVA, BONNIE
[ADDRESS REDACTED]

NEAL, KATHEY
[ADDRESS REDACTED]

NEAL, RONNIE
[ADDRESS REDACTED]

NEDD-JOHNSON, NANNETTE
[ADDRESS REDACTED]

NEELY, SHAWANA
[ADDRESS REDACTED]

NEEPER, PAMELA
[ADDRESS REDACTED]

NELSON, JAMES M
[ADDRESS REDACTED]

NELSON, JILA
[ADDRESS REDACTED]

NETTERS, IRIS
[ADDRESS REDACTED]

NEVILL, RUTH
[ADDRESS REDACTED]

NEW BEGINNINGS UNISEX
[ADDRESS REDACTED]

NEWMAN, LEAH
[ADDRESS REDACTED]

NEWMAN, VICKI
[ADDRESS REDACTED]

NEWSOME, RV
[ADDRESS REDACTED]

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**
**Case #: 14-10979 (CSS)**

**Notices mailed by: December 12, 2014**

**NOTICE OF DEBTORS' THIRD OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (NO SUPPORTING DOCUMENTATION) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

Page 53 of  79

NGUYEN, NAM
[ADDRESS REDACTED]

NGUYEN, NGHIA
[ADDRESS REDACTED]

NICHOLS, DON D
[ADDRESS REDACTED]

NICHOLS, JAN
[ADDRESS REDACTED]

NICHOLS, MELANIE
[ADDRESS REDACTED]

NICHOLS, MELANIE
[ADDRESS REDACTED]

NICHOLS, TRUDY
[ADDRESS REDACTED]

NICHOLS, TRUDY
[ADDRESS REDACTED]

NICHOLSON, GLENN E
[ADDRESS REDACTED]

NIKKO, SANDRA LAM
[ADDRESS REDACTED]

NORTHCOTT, A R
[ADDRESS REDACTED]

NOVAK, LINDA
[ADDRESS REDACTED]

NOVELLI, CRAIG
[ADDRESS REDACTED]

OIDA CHRISTIAN UNIVERSITY
[ADDRESS REDACTED]

OKPALA, BENNETH
[ADDRESS REDACTED]

OLBRISH, KIMBERLY
[ADDRESS REDACTED]

OLIVIERI, MARGARET
[ADDRESS REDACTED]

OLIVIERI, MARGARET
[ADDRESS REDACTED]

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.

Case #:  14-10979 (CSS)

Notices mailed by: December 12, 2014

NOTICE OF DEBTORS' THIRD OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (NO SUPPORTING DOCUMENTATION) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

Page 54 of  79

| | | |
|---|---|---|
| OOTEN, STEPHANIE<br>[ADDRESS REDACTED] | ORAND, CARMEN<br>[ADDRESS REDACTED] | ORTEGA, AMBROCIA<br>[ADDRESS REDACTED] |
| ORTEGO, JOHN R<br>[ADDRESS REDACTED] | OSIFESO, VICKIE<br>[ADDRESS REDACTED] | OTTERBINE, WILLIAM<br>[ADDRESS REDACTED] |
| OTTINGER, OTTO<br>[ADDRESS REDACTED] | OWENS, MARY<br>[ADDRESS REDACTED] | OWENS, VICKI<br>[ADDRESS REDACTED] |
| PACKER, WILLIE<br>[ADDRESS REDACTED] | PACKER, WILLIE<br>[ADDRESS REDACTED] | PAGE, DINA<br>[ADDRESS REDACTED] |
| PARDEE, KIMBERLY<br>[ADDRESS REDACTED] | PARHAM, GORDON<br>[ADDRESS REDACTED] | PARKER, BARBARA E<br>[ADDRESS REDACTED] |
| PARKER, CHARLOTTE<br>[ADDRESS REDACTED] | PARKER, MARK<br>[ADDRESS REDACTED] | PARWAZA, SHAIHID<br>[ADDRESS REDACTED] |

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by: December 12, 2014**

**NOTICE OF DEBTORS' THIRD OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (NO SUPPORTING DOCUMENTATION) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

Page 55 of  79

PATEL, JITENDRA
[ADDRESS REDACTED]

PATTERSON, ELEANOR
[ADDRESS REDACTED]

PATTERSON, LAVERN
[ADDRESS REDACTED]

PATTERSON, THERESA
[ADDRESS REDACTED]

PAYNE, RUBY
[ADDRESS REDACTED]

PECA, MARI
[ADDRESS REDACTED]

PEDERSEN, BRENTT
[ADDRESS REDACTED]

PENA, KAREN L.
[ADDRESS REDACTED]

PENA, KAREN
[ADDRESS REDACTED]

PENA, LISA
[ADDRESS REDACTED]

PENDER, JOHN
[ADDRESS REDACTED]

PENNINGTON, JEAN
[ADDRESS REDACTED]

PEREZ, CARMEN R
[ADDRESS REDACTED]

PEREZ, JUAN F
[ADDRESS REDACTED]

PEREZ, JUAN
[ADDRESS REDACTED]

PEREZ, SALVADOR
[ADDRESS REDACTED]

PERKINS, JESSICA
[ADDRESS REDACTED]

PERKINSON, CEDRIC CARL
[ADDRESS REDACTED]

Debtor: **ENERGY FUTURE HOLDINGS CORP., et al.**

Case #:  **14-10979 (CSS)**

**Notices mailed by: December 12, 2014**

**NOTICE OF DEBTORS' THIRD OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (NO SUPPORTING DOCUMENTATION) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

Page 56 of  79

PETERS, TOMMY
[ADDRESS REDACTED]

PETERSEN, ELIZABETH
[ADDRESS REDACTED]

PETERSON, REGINA
[ADDRESS REDACTED]

PETTIWAY, CEDRIC
[ADDRESS REDACTED]

PETTY, STEPHEN
[ADDRESS REDACTED]

PHILLIPS, BRENDA
[ADDRESS REDACTED]

PHILLIPS, MAYNARD
[ADDRESS REDACTED]

PICKENS, MICHAEL
[ADDRESS REDACTED]

PINKARD, CHONG S
[ADDRESS REDACTED]

PITRE, CHARON E
[ADDRESS REDACTED]

PLANA, DIANA
[ADDRESS REDACTED]

PLANA, DIANA
[ADDRESS REDACTED]

PODJAN, GREGORY
[ADDRESS REDACTED]

POE FARM LLC
[ADDRESS REDACTED]

POE FARM
[ADDRESS REDACTED]

POINDEXTER-STEWART, WANDA J
[ADDRESS REDACTED]

POOL, GERALD WAYNE
[ADDRESS REDACTED]

PORTER, DONNA B
[ADDRESS REDACTED]

Debtor: **ENERGY FUTURE HOLDINGS CORP., et al.**

Case #: **14-10979 (CSS)**

Notices mailed by: **December 12, 2014**

**NOTICE OF DEBTORS' THIRD OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (NO SUPPORTING DOCUMENTATION) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

Page 57 of  79

POTTEIGER, CAROL
[ADDRESS REDACTED]

POTTER, LEON
[ADDRESS REDACTED]

POWERS & BLOUNT
[ADDRESS REDACTED]

POYNTER, SHERONDA
[ADDRESS REDACTED]

POYNTZ, IAN
[ADDRESS REDACTED]

PRENTIS, T E
[ADDRESS REDACTED]

PREWITT, PRISCILLA
[ADDRESS REDACTED]

PRICE, BRENDA
[ADDRESS REDACTED]

PRICE, CASSANDRA L
[ADDRESS REDACTED]

PRICE, JAMES E
[ADDRESS REDACTED]

PRICE, LECRESIA
[ADDRESS REDACTED]

PRICE, LESTER
[ADDRESS REDACTED]

PRIEVE, CHARLOTTE
[ADDRESS REDACTED]

PROCTOR, BILL
[ADDRESS REDACTED]

PRYOR, PATRICIA
[ADDRESS REDACTED]

PUEBLO LEASING
[ADDRESS REDACTED]

PUESAN, CESAR A, JR
[ADDRESS REDACTED]

PULLEN, ROBERT
[ADDRESS REDACTED]

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**
**Case #: 14-10979 (CSS)**

**Notices mailed by: December 12, 2014**

**NOTICE OF DEBTORS' THIRD OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (NO SUPPORTING DOCUMENTATION) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

| | | |
|---|---|---|
| PURCELL, LINDA M<br>[ADDRESS REDACTED] | PYLES, W D<br>[ADDRESS REDACTED] | QUALLS, CLIFFORD<br>[ADDRESS REDACTED] |
| QUIGLEY, BETTY JANE<br>[ADDRESS REDACTED] | QUILLIN, SUE<br>[ADDRESS REDACTED] | QUILLIN, SUE<br>[ADDRESS REDACTED] |
| QUIROGA, JOSEPH DOUGLAS D<br>[ADDRESS REDACTED] | R & S HOMES<br>[ADDRESS REDACTED] | RADISEWITZ, RICHARD<br>[ADDRESS REDACTED] |
| RAGAN, REBECCA<br>[ADDRESS REDACTED] | RAGUSA, PAM<br>[ADDRESS REDACTED] | RAHMES, MARY RUTH<br>[ADDRESS REDACTED] |
| RAINEY, JANEICE<br>[ADDRESS REDACTED] | RAINS, KATHY<br>[ADDRESS REDACTED] | RAMIREZ, NANCY<br>[ADDRESS REDACTED] |
| RAMIREZ, NOLAN<br>[ADDRESS REDACTED] | RAMOS, JOSEPH A<br>[ADDRESS REDACTED] | RAMOS, NERISSA<br>[ADDRESS REDACTED] |

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by: December 12, 2014**

**NOTICE OF DEBTORS' THIRD OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (NO SUPPORTING DOCUMENTATION) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

RAMOS, PAUL
[ADDRESS REDACTED]

RAOUFPUR, CYRUS
[ADDRESS REDACTED]

RAYDER, JO
[ADDRESS REDACTED]

RAYNER, FREDERICK W
[ADDRESS REDACTED]

REDIN, KAREN
[ADDRESS REDACTED]

REESE, MOLLIE
[ADDRESS REDACTED]

REESE, MOLLIE
[ADDRESS REDACTED]

REEVES, BRENDA
[ADDRESS REDACTED]

REEVES, MARCUS
[ADDRESS REDACTED]

REEVES, WILLIAM H
[ADDRESS REDACTED]

RENFRO, JAMES
[ADDRESS REDACTED]

REYNA, MARCOS
[ADDRESS REDACTED]

REYNOSO, ARMANDO
[ADDRESS REDACTED]

RHODES, ROGER
[ADDRESS REDACTED]

RICE, PHIL
[ADDRESS REDACTED]

RICHARDS, MARK
[ADDRESS REDACTED]

RICHEY, CHARLES T.
[ADDRESS REDACTED]

RILEY, BARBARA B
[ADDRESS REDACTED]

Debtor: **ENERGY FUTURE HOLDINGS CORP., et al.**
Case #: **14-10979 (CSS)**

Notices mailed by: **December 12, 2014**

**NOTICE OF DEBTORS' THIRD OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (NO SUPPORTING DOCUMENTATION) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

Page 60 of  79

RILEY, ROBERTA
[ADDRESS REDACTED]

RIVAS, DANIEL
[ADDRESS REDACTED]

ROBBINS, GINGER
[ADDRESS REDACTED]

ROBERSON, RICKEY
[ADDRESS REDACTED]

ROBERTS, GWENDOLYN M
[ADDRESS REDACTED]

ROBERTSON, MARSHA
[ADDRESS REDACTED]

ROBINSON, ANTHONY
[ADDRESS REDACTED]

ROBINSON, ANTHONY
[ADDRESS REDACTED]

ROBINSON, CAROLYN
[ADDRESS REDACTED]

ROBINSON, DESIREE
[ADDRESS REDACTED]

ROBINSON, GLENDA N
[ADDRESS REDACTED]

ROCK N H FAMILY PLACE LLC
[ADDRESS REDACTED]

ROCK N H FAMILY PLACE LLC
[ADDRESS REDACTED]

RODGERS, TENA
[ADDRESS REDACTED]

RODGERS, TENA
[ADDRESS REDACTED]

RODRIGUEZ, CYNTHIA
[ADDRESS REDACTED]

RODRIGUEZ, GLORIA
[ADDRESS REDACTED]

RODRIGUEZ, LEO
[ADDRESS REDACTED]

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.

Case #: 14-10979 (CSS)

Notices mailed by: December 12, 2014

NOTICE OF DEBTORS' THIRD OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (NO SUPPORTING DOCUMENTATION) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

Page 61 of  79

RODRIQUEZ, ROY
[ADDRESS REDACTED]

ROGERS BAGNALL, NORMA R
[ADDRESS REDACTED]

ROJAS, ISABEL G
[ADDRESS REDACTED]

ROLAND, LAURA
[ADDRESS REDACTED]

ROMINE, CYNTHIA C
[ADDRESS REDACTED]

ROMO, ERNESTINA
[ADDRESS REDACTED]

ROSE NOVELTY COMPANY
[ADDRESS REDACTED]

ROSE, ELIZABETH
[ADDRESS REDACTED]

ROSSER, SANDY
[ADDRESS REDACTED]

ROXXI ACCESSORIES INC
[ADDRESS REDACTED]

ROYAL, FORREST J
[ADDRESS REDACTED]

RUDY, STEVEN
[ADDRESS REDACTED]

RUEB, DON E
[ADDRESS REDACTED]

RUSSELL, MARGREET
[ADDRESS REDACTED]

RUSSELL, SYLVIA
[ADDRESS REDACTED]

RUSSO, MARIE C
[ADDRESS REDACTED]

SAILER, KATHY
[ADDRESS REDACTED]

SALDIVAR, ELIZABETH
[ADDRESS REDACTED]

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.

Case #:  14-10979 (CSS)

Notices mailed by: December 12, 2014

**NOTICE OF DEBTORS' THIRD OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (NO SUPPORTING DOCUMENTATION) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

SALERNO, STEPHEN
[ADDRESS REDACTED]

SALIN, EVELYN
[ADDRESS REDACTED]

SALINAS, SANDRA
[ADDRESS REDACTED]

SALON AMBIANCE
[ADDRESS REDACTED]

SALUBI, DENISE
[ADDRESS REDACTED]

SAMPLES, CHARLIE
[ADDRESS REDACTED]

SAMPSON, SANDY
[ADDRESS REDACTED]

SAMS, MARY
[ADDRESS REDACTED]

SANCHEZ, MODESTA A
[ADDRESS REDACTED]

SANDERS, JAMES W
[ADDRESS REDACTED]

SANDERS, MIA D
[ADDRESS REDACTED]

SANDLIN, ROBERT H
[ADDRESS REDACTED]

SANDS, YVONNE
[ADDRESS REDACTED]

SARMIENTO, DORA E
[ADDRESS REDACTED]

SATTERFIELD, SHAREN
[ADDRESS REDACTED]

SATYSHUR, BEN
[ADDRESS REDACTED]

SAUCEDA, ISABEL
[ADDRESS REDACTED]

SAUNDERS, KEN
[ADDRESS REDACTED]

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.

Case #:  14-10979 (CSS)

Notices mailed by: December 12, 2014

NOTICE OF DEBTORS' THIRD OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (NO SUPPORTING DOCUMENTATION) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

Page 63 of  79

| | | |
|---|---|---|
| SAUTIN, ELENA<br>[ADDRESS REDACTED] | SAWYER, DELLA S<br>[ADDRESS REDACTED] | SAYLOR, TINIA<br>[ADDRESS REDACTED] |
| SCALLION, ROSSELINE<br>[ADDRESS REDACTED] | SCHARTZ, MYRNA<br>[ADDRESS REDACTED] | SCHEBERLE, RON<br>[ADDRESS REDACTED] |
| SCHNEIDER, GLENDA<br>[ADDRESS REDACTED] | SCHNEIDER, HENERY<br>[ADDRESS REDACTED] | SCHROEDER, DOLLY<br>[ADDRESS REDACTED] |
| SCHULTZ, MIKE<br>[ADDRESS REDACTED] | SCHULTZ, MIKE<br>[ADDRESS REDACTED] | SCHULTZ, MIKE<br>[ADDRESS REDACTED] |
| SCHULTZ, STEVEN M<br>[ADDRESS REDACTED] | SCHULTZ, WW<br>[ADDRESS REDACTED] | SCITERN, DARREL<br>[ADDRESS REDACTED] |
| SCOTT, DAVID<br>[ADDRESS REDACTED] | SCOTT, ROBERT L<br>[ADDRESS REDACTED] | SCOTT, SONJA<br>[ADDRESS REDACTED] |

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by: December 12, 2014**

**NOTICE OF DEBTORS' THIRD OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO (NO SUPPORTING DOCUMENTATION) CLAIMS PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

Page 64 of  79

| | | |
|---|---|---|
| SCOTT, VERNON<br>[ADDRESS REDACTED] | SEIDEL, CLIFFORD C<br>[ADDRESS REDACTED] | SELINDH, JOHN<br>[ADDRESS REDACTED] |
| SELLERS, CAROLYN<br>[ADDRESS REDACTED] | SELLERS, CAROLYN<br>[ADDRESS REDACTED] | SERNA, MARICELA<br>[ADDRESS REDACTED] |
| SEWELL, PATTI<br>[ADDRESS REDACTED] | SEWELL, STANFORD<br>[ADDRESS REDACTED] | SHARPLESS, RONDA G<br>[ADDRESS REDACTED] |
| SHAW, ALYSHA N<br>[ADDRESS REDACTED] | SHAW, JAMES J<br>[ADDRESS REDACTED] | SHAW, THOMAS E<br>[ADDRESS REDACTED] |
| SHELDON, ROGER<br>[ADDRESS REDACTED] | SHEPHERD, JOHN<br>[ADDRESS REDACTED] | SHERMAN, DOROTHY L<br>[ADDRESS REDACTED] |
| SHERWOOD, JUSTIN<br>[ADDRESS REDACTED] | SHERWOOD, JUSTIN<br>[ADDRESS REDACTED] | SHIELDS, GEORGE<br>[ADDRESS REDACTED] |

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by: December 12, 2014**

SHIERY, TOM
[ADDRESS REDACTED]

SHOCKLEY ENGINEERING
[ADDRESS REDACTED]

SHOCKLEY, VIRGINIA
[ADDRESS REDACTED]

SHORT, WILLIAM J
[ADDRESS REDACTED]

SHROPSHIRE, KELLY
[ADDRESS REDACTED]

SHROPSHIRE, KELLY
[ADDRESS REDACTED]

SHZU, TZU
[ADDRESS REDACTED]

SIMMONS, ESTELLA
[ADDRESS REDACTED]

SIMMONS, LINDA
[ADDRESS REDACTED]

SIMMONS, ROGER
[ADDRESS REDACTED]

SIMS, LAVOYCE
[ADDRESS REDACTED]

SINCLAIRE, LINDA F
[ADDRESS REDACTED]

SIVAM, THANGAVEL P
[ADDRESS REDACTED]

SKAFI, PATRICIA
[ADDRESS REDACTED]

SKAFI, PATRICIA
[ADDRESS REDACTED]

SLAUGHTER, MICHELLE
[ADDRESS REDACTED]

SMALL, SCHARLOTTE
[ADDRESS REDACTED]

SMITH, BETTINA
[ADDRESS REDACTED]

Debtor: **ENERGY FUTURE HOLDINGS CORP., et al.**

Case #: **14-10979 (CSS)**

Notices mailed by: **December 12, 2014**

**NOTICE OF DEBTORS' THIRD OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (NO SUPPORTING DOCUMENTATION) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

SMITH, CHERYL
[ADDRESS REDACTED]

SMITH, CHERYL
[ADDRESS REDACTED]

SMITH, CYNTHIA
[ADDRESS REDACTED]

SMITH, DEAN
[ADDRESS REDACTED]

SMITH, EVELYN
[ADDRESS REDACTED]

SMITH, GINAE
[ADDRESS REDACTED]

SMITH, GINAE
[ADDRESS REDACTED]

SMITH, JANICE K
[ADDRESS REDACTED]

SMITH, JANICE
[ADDRESS REDACTED]

SMITH, JOHN MICHAEL
[ADDRESS REDACTED]

SMITH, MARY ELLEN
[ADDRESS REDACTED]

SMITH, MELODIE
[ADDRESS REDACTED]

SMITH, MICHAEL B
[ADDRESS REDACTED]

SMITH, OTHO, JR.
[ADDRESS REDACTED]

SMITH, TONI
[ADDRESS REDACTED]

SMITH, TWILENE
[ADDRESS REDACTED]

SMITH, WENDY
[ADDRESS REDACTED]

SMITHSON, CATHERINE
[ADDRESS REDACTED]

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.

Case #: 14-10979 (CSS)

Notices mailed by: December 12, 2014

NOTICE OF DEBTORS' THIRD OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (NO SUPPORTING DOCUMENTATION) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

SOLOMON, FRANCIS T
[ADDRESS REDACTED]

SOLOMON, LUCY H
[ADDRESS REDACTED]

SOLOMON, SARAH
[ADDRESS REDACTED]

SOMMERS, TREVA
[ADDRESS REDACTED]

SONNE, PAUL
[ADDRESS REDACTED]

SOPHIA MAJORS
[ADDRESS REDACTED]

SOTO, MARIA
[ADDRESS REDACTED]

SOULEN, W A
[ADDRESS REDACTED]

SPEARS, DEBBIE
[ADDRESS REDACTED]

SPENCER, KATHRYN
[ADDRESS REDACTED]

SPRINGER, WAYNE
[ADDRESS REDACTED]

STALKER, JUNE
[ADDRESS REDACTED]

STALLINGS, RICHARD
[ADDRESS REDACTED]

STANFIELD, MELVIN
[ADDRESS REDACTED]

STANLEY, DAYNA
[ADDRESS REDACTED]

STAPLES, LIZZIE M
[ADDRESS REDACTED]

STARKS, WILMA J
[ADDRESS REDACTED]

STEER, COLLEEN M
[ADDRESS REDACTED]

Debtor: **ENERGY FUTURE HOLDINGS CORP., et al.**

Case #:  **14-10979 (CSS)**

Notices mailed by: **December 12, 2014**

**NOTICE OF DEBTORS' THIRD OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (NO SUPPORTING DOCUMENTATION) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

Page 68 of  79

STEPHENSON, LARRY
[ADDRESS REDACTED]

STEPNEY, ROSE
[ADDRESS REDACTED]

STEPPES, TERRY
[ADDRESS REDACTED]

STEVENS, JOHN
[ADDRESS REDACTED]

STEVENS, MAXWELL ROBERT
[ADDRESS REDACTED]

STEVENSON, MICHAEL W
[ADDRESS REDACTED]

STEWART, CLINTON
[ADDRESS REDACTED]

STEWART, DEBORAH
[ADDRESS REDACTED]

STEWART, JESSIE MAE
[ADDRESS REDACTED]

STEWART, JESSIE MAE
[ADDRESS REDACTED]

STEWART, PHYLLIS A
[ADDRESS REDACTED]

STEWART, PHYLLIS
[ADDRESS REDACTED]

STEZELBERGER, CHRIS
[ADDRESS REDACTED]

STIGALL, GLORIA
[ADDRESS REDACTED]

STIMSON, MARLA
[ADDRESS REDACTED]

STIMSON, MARLA
[ADDRESS REDACTED]

STONE, PATRICIA A
[ADDRESS REDACTED]

STONE, ROXANA
[ADDRESS REDACTED]

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.

Case #:  14-10979 (CSS)

Notices mailed by: December 12, 2014

NOTICE OF DEBTORS' THIRD OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (NO SUPPORTING DOCUMENTATION) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

Page 69 of  79

STRIBLEY, STEVEN
[ADDRESS REDACTED]

STRONG, G K
[ADDRESS REDACTED]

STRUBLE, HARRY
[ADDRESS REDACTED]

STUART, C J
[ADDRESS REDACTED]

STUART, JAMES
[ADDRESS REDACTED]

STURECK, JANET
[ADDRESS REDACTED]

SUFFKA, CINDY J
[ADDRESS REDACTED]

SUGAR N SPICE LEARNING CENTER INC
[ADDRESS REDACTED]

SUNNY FOOD MART
[ADDRESS REDACTED]

SVACINA, PATRICK A
[ADDRESS REDACTED]

SWEET, NAOMA
[ADDRESS REDACTED]

SYKES, MAY
[ADDRESS REDACTED]

TALAVERA, MARICELA
[ADDRESS REDACTED]

TAMEZ, CHERYL
[ADDRESS REDACTED]

TAPIA, SUSAN D
[ADDRESS REDACTED]

TAPIA, SUSAN D
[ADDRESS REDACTED]

TATAR, KATHERINE
[ADDRESS REDACTED]

TAYLOR, MACLOVIA
[ADDRESS REDACTED]

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.

Case #:  14-10979 (CSS)

Notices mailed by: December 12, 2014

NOTICE OF DEBTORS' THIRD OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (NO SUPPORTING DOCUMENTATION) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

Page 70 of  79

TAYLOR, MARY
[ADDRESS REDACTED]

TAYLOR, PATTI
[ADDRESS REDACTED]

TAYLOR, WENDY
[ADDRESS REDACTED]

TENG, SIEW PENG
[ADDRESS REDACTED]

TERRELL, BEVERLY
[ADDRESS REDACTED]

TERRY, KYRON
[ADDRESS REDACTED]

THEIMER, KENNETH
[ADDRESS REDACTED]

THOMAS, CHANDRA
[ADDRESS REDACTED]

THOMAS, HOWARD
[ADDRESS REDACTED]

THOMAS, LAURICE
[ADDRESS REDACTED]

THOMAS, SHARON
[ADDRESS REDACTED]

THOMAS, WILLIAM T
[ADDRESS REDACTED]

THOMPSON, CONSUELLA
[ADDRESS REDACTED]

THOMPSON, HELEN HOPKINS
[ADDRESS REDACTED]

THOMPSON, JEWEL DENE
[ADDRESS REDACTED]

THOMPSON, KEN
[ADDRESS REDACTED]

THOMPSON, MICHAEL
[ADDRESS REDACTED]

THORNTON, CONNIE
[ADDRESS REDACTED]

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.

Case #:  14-10979 (CSS)

Notices mailed by: December 12, 2014

NOTICE OF DEBTORS' THIRD OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (NO SUPPORTING DOCUMENTATION) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

Page 71 of  79

THORNTON, DORIS
[ADDRESS REDACTED]

TIELKE, THOMAS
[ADDRESS REDACTED]

TILL, CHERYL L
[ADDRESS REDACTED]

TITUS, LINDA
[ADDRESS REDACTED]

TOKARCZYK, MARK
[ADDRESS REDACTED]

TOLIVER, PRISCILLA
[ADDRESS REDACTED]

TORRES, EDUARDO
[ADDRESS REDACTED]

TOUPS, JOHN
[ADDRESS REDACTED]

TOWNLEY, LISA
[ADDRESS REDACTED]

TRAMMELL, CASANDRA
[ADDRESS REDACTED]

TRAN, JULIANA
[ADDRESS REDACTED]

TRAN, NGOC VAN
[ADDRESS REDACTED]

TRAN, NHAN
[ADDRESS REDACTED]

TRENTHAM, JIM E
[ADDRESS REDACTED]

TRINIDAD, EUGENIO
[ADDRESS REDACTED]

TRIPLE S RANCH INCORPRATED
[ADDRESS REDACTED]

TROY, MARIE
[ADDRESS REDACTED]

TRUITT, DOVIE
[ADDRESS REDACTED]

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.

Case #:  14-10979 (CSS)

Notices mailed by: December 12, 2014

NOTICE OF DEBTORS' THIRD OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (NO SUPPORTING DOCUMENTATION) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

Page 72 of  79

| | | |
|---|---|---|
| TRUITT, DOVIE<br>[ADDRESS REDACTED] | TURNER, ERICA<br>[ADDRESS REDACTED] | TURNER, MARY<br>[ADDRESS REDACTED] |
| TURNER, MICHAEL<br>[ADDRESS REDACTED] | TURPIN, DEBORAH<br>[ADDRESS REDACTED] | TURTUR, MARIO<br>[ADDRESS REDACTED] |
| TURTUR, MARIO<br>[ADDRESS REDACTED] | TVETER, CLIFFORD<br>[ADDRESS REDACTED] | TWAMLEY, TIMOTHY<br>[ADDRESS REDACTED] |
| TYSON, RAMONA<br>[ADDRESS REDACTED] | TZANG, TONY<br>[ADDRESS REDACTED] | UDDLEY, GLORIA<br>[ADDRESS REDACTED] |
| UPSHAW, URIL<br>[ADDRESS REDACTED] | URREGO, EDWIN<br>[ADDRESS REDACTED] | VALCHAR, JERRY L<br>[ADDRESS REDACTED] |
| VALDEZ, NATALIO<br>[ADDRESS REDACTED] | VALENCIA, KAREN<br>[ADDRESS REDACTED] | VANCE, ALFRED<br>[ADDRESS REDACTED] |

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.

Case #: 14-10979 (CSS)

Notices mailed by: December 12, 2014

NOTICE OF DEBTORS' THIRD OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (NO SUPPORTING DOCUMENTATION) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

Page 73 of  79

VANCE, THEO
[ADDRESS REDACTED]

VANN, CHERYL
[ADDRESS REDACTED]

VANN, CHERYL
[ADDRESS REDACTED]

VASHER, SHARI
[ADDRESS REDACTED]

VASQUEZ, OSCAR A
[ADDRESS REDACTED]

VASQUEZ, OSCAR
[ADDRESS REDACTED]

VENHUIZEN, JHON
[ADDRESS REDACTED]

VENTURA, JOSE
[ADDRESS REDACTED]

VERA, TRACEY
[ADDRESS REDACTED]

VETTER, ANN W.
[ADDRESS REDACTED]

VIBBERT, KENNY
[ADDRESS REDACTED]

VILLAGE PARK PARTNERS
[ADDRESS REDACTED]

VINCENS, EDWARD
[ADDRESS REDACTED]

VINCENS, EDWARD
[ADDRESS REDACTED]

VOHLKEN, CORLYN
[ADDRESS REDACTED]

WAGLEY, WANDA
[ADDRESS REDACTED]

WAGNER, CHERYL
[ADDRESS REDACTED]

WAKELAND, B D
[ADDRESS REDACTED]

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by: December 12, 2014**

NOTICE OF DEBTORS' THIRD OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (NO SUPPORTING DOCUMENTATION) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

Page 74 of  79

| | | |
|---|---|---|
| WALCH, JUDITH<br>[ADDRESS REDACTED] | WALKER, BETTY<br>[ADDRESS REDACTED] | WALKER, CHARLOTTE<br>[ADDRESS REDACTED] |
| WALKER, CHRISTY<br>[ADDRESS REDACTED] | WALKER, JOHNNY<br>[ADDRESS REDACTED] | WALKER, RICK<br>[ADDRESS REDACTED] |
| WALL, JAMES L<br>[ADDRESS REDACTED] | WALLACE, BILL AND BARBARA<br>[ADDRESS REDACTED] | WALLACE, BILL AND BARBARA<br>[ADDRESS REDACTED] |
| WALLACE, DAVE<br>[ADDRESS REDACTED] | WALLER, KENNETH WAYNE<br>[ADDRESS REDACTED] | WALLER, KENNETH WAYNE<br>[ADDRESS REDACTED] |
| WALTMAN, MARY<br>[ADDRESS REDACTED] | WALWORTH, CONNIE K<br>[ADDRESS REDACTED] | WANG, CHIA CHING T<br>[ADDRESS REDACTED] |
| WARD, ALEXA LYN<br>[ADDRESS REDACTED] | WARREN, ARTHUR L<br>[ADDRESS REDACTED] | WARREN, DELORES<br>[ADDRESS REDACTED] |

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.

Case #:  14-10979 (CSS)

Notices mailed by: December 12, 2014

NOTICE OF DEBTORS' THIRD OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (NO SUPPORTING DOCUMENTATION) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

Page 75 of  79

| | | |
|---|---|---|
| WARREN, LINDA A<br>[ADDRESS REDACTED] | WARSCHAK, CARROLL<br>[ADDRESS REDACTED] | WASHBURN, GARY D<br>[ADDRESS REDACTED] |
| WASHINGTON, MAMMIE<br>[ADDRESS REDACTED] | WATERS, CLYDE M. JR.<br>[ADDRESS REDACTED] | WATERS, CREOLA<br>[ADDRESS REDACTED] |
| WATTS, ROBERT<br>[ADDRESS REDACTED] | WEAVER, BRENDA<br>[ADDRESS REDACTED] | WEBB, MILDRED I<br>[ADDRESS REDACTED] |
| WEBER, CHRISTINE RUTH<br>[ADDRESS REDACTED] | WEISE, CELESTA<br>[ADDRESS REDACTED] | WEISS, BENAY<br>[ADDRESS REDACTED] |
| WELDON, EDDIE<br>[ADDRESS REDACTED] | WESLEY, KATHEY<br>[ADDRESS REDACTED] | WHALEY, SYLVIA<br>[ADDRESS REDACTED] |
| WHEELER, WILLIETTA PINKERTON<br>[ADDRESS REDACTED] | WHEELER, WILLIETTA<br>[ADDRESS REDACTED] | WHITE, A G<br>[ADDRESS REDACTED] |

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.

Case #:  14-10979 (CSS)

Notices mailed by: December 12, 2014

NOTICE OF DEBTORS' THIRD OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (NO SUPPORTING DOCUMENTATION) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

Page 76 of  79

WHITE, ARLENE F.
[ADDRESS REDACTED]

WHITE, HERMAN
[ADDRESS REDACTED]

WHITE, JIMMY
[ADDRESS REDACTED]

WHITE, SARAH ELIZABETH
[ADDRESS REDACTED]

WHITE, SARAH
[ADDRESS REDACTED]

WHITESIDE, CHARLES
[ADDRESS REDACTED]

WHITLEY, BRENDA
[ADDRESS REDACTED]

WHITLEY, SHIRLEY
[ADDRESS REDACTED]

WIDDICK, PAULETTE
[ADDRESS REDACTED]

WIGGINS, MARY
[ADDRESS REDACTED]

WIGGINS, MARY
[ADDRESS REDACTED]

WILKERSON, LORETTA
[ADDRESS REDACTED]

WILKINS, JOYCE L
[ADDRESS REDACTED]

WILLIAMS- SMITH, LOLA
[ADDRESS REDACTED]

WILLIAMS, ALICE M
[ADDRESS REDACTED]

WILLIAMS, CAROLYN
[ADDRESS REDACTED]

WILLIAMS, DOROTHY
[ADDRESS REDACTED]

WILLIAMS, FLORA D
[ADDRESS REDACTED]

NOTICE OF DEBTORS' THIRD OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (NO SUPPORTING DOCUMENTATION) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

| | | |
|---|---|---|
| WILLIAMS, GLORIA R<br>[ADDRESS REDACTED] | WILLIAMS, JACKIE<br>[ADDRESS REDACTED] | WILLIAMS, JANIE AILEEN<br>[ADDRESS REDACTED] |
| WILLIAMS, JOHNNY<br>[ADDRESS REDACTED] | WILLIAMS, JON<br>[ADDRESS REDACTED] | WILLIAMS, LIZA<br>[ADDRESS REDACTED] |
| WILLIAMS, MELVIN<br>[ADDRESS REDACTED] | WILLIAMS, PEGGY J<br>[ADDRESS REDACTED] | WILLIAMS, VERA<br>[ADDRESS REDACTED] |
| WILLIAMS, WALTER L<br>[ADDRESS REDACTED] | WILLIS, M J<br>[ADDRESS REDACTED] | WILLIS, PATRICIA<br>[ADDRESS REDACTED] |
| WILSON, DONNA J.<br>[ADDRESS REDACTED] | WILSON, IVAN<br>[ADDRESS REDACTED] | WILSON, JAMES<br>[ADDRESS REDACTED] |
| WILSON, LISA<br>[ADDRESS REDACTED] | WILSON, LISA<br>[ADDRESS REDACTED] | WILSON, SALLY<br>[ADDRESS REDACTED] |

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by: December 12, 2014**

**NOTICE OF DEBTORS' THIRD OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (NO SUPPORTING DOCUMENTATION) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

Page 78 of  79

WINSLOW, RICHARD L
[ADDRESS REDACTED]

WITHERS, JUDY
[ADDRESS REDACTED]

WOJNOWSKI, VICKI
[ADDRESS REDACTED]

WOLD, LARRY D
[ADDRESS REDACTED]

WOLSKE, SL
[ADDRESS REDACTED]

WOMACK, BILLY
[ADDRESS REDACTED]

WONG, ANN L
[ADDRESS REDACTED]

WOOD, ROBIN B
[ADDRESS REDACTED]

WOODSON, DOUGLAS
[ADDRESS REDACTED]

WOODSOW, CHARLIE
[ADDRESS REDACTED]

WOOTEN, ROBBIE R
[ADDRESS REDACTED]

WRIGHT, DAN
[ADDRESS REDACTED]

WRIGHT, JANEESE
[ADDRESS REDACTED]

WRIGHT, MARILOU
[ADDRESS REDACTED]

WURZBACH, JAMES E
[ADDRESS REDACTED]

YBARGUEN, JOHNNIE
[ADDRESS REDACTED]

YOUNG-ANDREWS, GLORIA
[ADDRESS REDACTED]

YUHL, LEIGH
[ADDRESS REDACTED]

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #: 14-10979 (CSS)**

**Notices mailed by: December 12, 2014**

NOTICE OF DEBTORS' THIRD OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (NO SUPPORTING DOCUMENTATION) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

| | | |
|---|---|---|
| ZACCARIA, SUSIE<br>[ADDRESS REDACTED] | ZAMARRON, ROGER<br>[ADDRESS REDACTED] | ZAMORA, CHRISTINA<br>[ADDRESS REDACTED] |
| ZANT, THEOLA A<br>[ADDRESS REDACTED] | ZANT, THEOLA<br>[ADDRESS REDACTED] | ZDUNKEWICZ, VICTOR<br>[ADDRESS REDACTED] |
| ZILUCA, DOLORES<br>[ADDRESS REDACTED] | ZILUCA, DOLORES<br>[ADDRESS REDACTED] | ZINSMEISTER, PATRICIA<br>[ADDRESS REDACTED] |
| ZIPPILLI, RICHARD J<br>[ADDRESS REDACTED] | ZIPPILLI, RICHARD J<br>[ADDRESS REDACTED] | ZUNIGA, MANUEL<br>[ADDRESS REDACTED] |

Total Parties: 1416

**EXHIBIT O**

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by: December 12, 2014**

**NOTICE OF DEBTORS' FOURTH OMNIBUS (SUBSTANTIVE) OBJECTION TO (CERTAIN SUBSTANTIVE DUPLICATE AND NO LIABILITY) CLAIMS PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

**EXHIBIT 1**

4IMPRINT
101 COMMERCE STREET
OSHKOSH, WI  54901

AIRFLOW SCIENCES CORPORATION
12190 HUBBARD ST
LIVONIA, MI  48150-1737

AMERICOM TELECOMMUNICATIONS INC
3544 ETC JESTER
HOUSTON, TX  77018

BABECO FABRICATION & MACHINING
1101 CARLOS PARKER BLVD NW
TAYLOR, TX  76574

CO-AX VALVES INC.
1518 GRUNDY'S LN
BRISTOL, PA  19007

ITS A PIECE OF CAKE - CUSTOM CAKES
1209 BERKLEY DR.
GRAPEVINE, TX  76051

SHAVERS CATERING
270 OCKLEY DR
SHREVEPORT, LA  71105

STAR S. INDUSTRIES
ATTN: D.W. SAXON
1820 CR 410
PITTSBURG, TX  75686

TOP HAT SERVICES
PO BOX 546
ROCKDALE, TX  76567

Total Parties: 9

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by: December 12, 2014**

NOTICE OF DEBTORS' FOURTH OMNIBUS (SUBSTANTIVE) OBJECTION TO
(CERTAIN SUBSTANTIVE DUPLICATE AND NO LIABILITY) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

**EXHIBIT 2**

BELCHER, R N
[ADDRESS REDACTED]

BERNDT, W E
[ADDRESS REDACTED]

BEWLEY, STEWART
[ADDRESS REDACTED]

BEWLEY, STEWART
[ADDRESS REDACTED]

BEWLEY, STEWART
[ADDRESS REDACTED]

BEWLEY, STEWART
[ADDRESS REDACTED]

BRIGHAM, MICHELE
[ADDRESS REDACTED]

BRIGHAM, MICHELE
[ADDRESS REDACTED]

CANTWELL, DOUGLAS C.
[ADDRESS REDACTED]

CECIL, JACK P
[ADDRESS REDACTED]

CECIL, ROBERT V
[ADDRESS REDACTED]

CHAPMAN, JERRY L
[ADDRESS REDACTED]

COKE, STEPHEN A
[ADDRESS REDACTED]

DIETER, ELMER
[ADDRESS REDACTED]

DON AND NANCY HARRELL FAMILY TRUST
[ADDRESS REDACTED]

GALIANO, FRANCIS R. AND ALICE J.
[ADDRESS REDACTED]

HAUSMAN, HERBERT
[ADDRESS REDACTED]

LMA SPC FOR AND ON BEHALF OF MAP 89
SEGREGATED PORTFOLIO
C/O PINE RIVER CAPITAL MANAGEMENT L.P.
601 CARLSON PARKWAY, SUITE 330
MINNETONKA, MN  55305

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by: December 12, 2014**

NOTICE OF DEBTORS' FOURTH OMNIBUS (SUBSTANTIVE) OBJECTION TO
(CERTAIN SUBSTANTIVE DUPLICATE AND NO LIABILITY) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

Page 2 of 3

**EXHIBIT 2**

MANNING, SUZANNE
[ADDRESS REDACTED]

MANNING, SUZANNE
[ADDRESS REDACTED]

MATHEWS, GAYLA
[ADDRESS REDACTED]

MATHEWS, GAYLA
[ADDRESS REDACTED]

MAYBERRY, FREDDY WARREN
[ADDRESS REDACTED]

MESSER, J R
[ADDRESS REDACTED]

MILLER, BARBARA L.
[ADDRESS REDACTED]

MUSIC, STEPHEN O
[ADDRESS REDACTED]

NELSON, RICHARD R. JR.
[ADDRESS REDACTED]

PAUL F. FRYMARK LIVING TRUST
[ADDRESS REDACTED]

PINE RIVER CREDIT RELATIVE VALUE MASTER
FUNE LTD., C/O PINE RIVER CAPITAL
MANAGEMENT L.P., ATTN: LEGAL
601 CARLSON PARKWAY, SUITE 330
MINNETONKA, MN  55305

PINE RIVER MASTER FUND LTD.
C/O PINE RIVER CAPITAL MANAGEMENT L.P.
ATTN: LEGAL
601 CARLSON PARKWAY, SUITE 330
MINNETONKA, MN  55305

RATTERMAN, ANNEMARIE
[ADDRESS REDACTED]

REAM, FRED D
[ADDRESS REDACTED]

REAM, FRED D
[ADDRESS REDACTED]

REAM, FRED D
[ADDRESS REDACTED]

REAM, FRED D
[ADDRESS REDACTED]

ROBERT & UNA BELCHER LIVING TRUST
[ADDRESS REDACTED]

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #: 14-10979 (CSS)**

**Notices mailed by: December 12, 2014**

**NOTICE OF DEBTORS' FOURTH OMNIBUS (SUBSTANTIVE) OBJECTION TO (CERTAIN SUBSTANTIVE DUPLICATE AND NO LIABILITY) CLAIMS PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

**EXHIBIT 2**

SIMPSON, CLAIR
[ADDRESS REDACTED]

WARWICK, NORMAN J. AND LORRAINE M.
[ADDRESS REDACTED]

WHITSON, JAMES N
[ADDRESS REDACTED]

WOLCO
4300 KINSEY DR
TYLER, TX  75703-1001

Total Parties: 40

**EXHIBIT P**

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by: December 12, 2014**

**NOTICE OF DEBTORS' FOURTH OMNIBUS (SUBSTANTIVE) OBJECTION TO (CERTAIN SUBSTANTIVE DUPLICATE AND NO LIABILITY) CLAIMS PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

**EXHIBIT 3**

| | | |
|---|---|---|
| ALLEN, CARI<br>[ADDRESS REDACTED] | BAIYERI, MARY<br>[ADDRESS REDACTED] | BLAND, KATRINA<br>[ADDRESS REDACTED] |
| BLAND, KATRINA<br>[ADDRESS REDACTED] | BRINKLEY, ANNIE<br>[ADDRESS REDACTED] | BROWN, BRENDA<br>[ADDRESS REDACTED] |
| CALVERY, MARTHA<br>[ADDRESS REDACTED] | CANNON, DEBBIE<br>[ADDRESS REDACTED] | CANTWELL, BILLY T<br>[ADDRESS REDACTED] |
| CARTER, NAT D<br>[ADDRESS REDACTED] | CARTER, STEPHANIE<br>[ADDRESS REDACTED] | CHEAKAS, TOMMY<br>[ADDRESS REDACTED] |
| CHENG, XIA & DONG, WENMING<br>[ADDRESS REDACTED] | COY, DONNA<br>[ADDRESS REDACTED] | DAVIS, DARRELL<br>[ADDRESS REDACTED] |
| DRUGA, NICHOLAS J<br>[ADDRESS REDACTED] | ELQUTUB, MAHA<br>[ADDRESS REDACTED] | ESPINOZA, ROBERTO<br>[ADDRESS REDACTED] |

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by: December 12, 2014**

NOTICE OF DEBTORS' FOURTH OMNIBUS (SUBSTANTIVE) OBJECTION TO
(CERTAIN SUBSTANTIVE DUPLICATE AND NO LIABILITY) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

**EXHIBIT 3**

FARMER, DONALD
[ADDRESS REDACTED]

FLEETWOOD, MIKE
[ADDRESS REDACTED]

FORSTEN, ALFRED H.
[ADDRESS REDACTED]

GALLGOS, ELMA
[ADDRESS REDACTED]

GALLGOS, ELMA
[ADDRESS REDACTED]

GARRETT, LINDA
[ADDRESS REDACTED]

GOODRICH, FORRESTER L
[ADDRESS REDACTED]

GREMILLION, PETE
[ADDRESS REDACTED]

GUDERMUTH, JAMES
[ADDRESS REDACTED]

GUTHRIE, VERA
[ADDRESS REDACTED]

HARRIS, JAMES RAY
[ADDRESS REDACTED]

HARRIS, JAMES RAY
[ADDRESS REDACTED]

HARRIS, SIMONA
[ADDRESS REDACTED]

HARRIS, SIMONA
[ADDRESS REDACTED]

HEARNE, HERMAN
[ADDRESS REDACTED]

HEARNE, HERMAN
[ADDRESS REDACTED]

HFS CONSULTING LLC
11607 SPRING CYPRESS RD STE D
TOMBALL, TX  77377-8916

HIGHBERGER, KL
[ADDRESS REDACTED]

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.

Case #:  14-10979 (CSS)

Notices mailed by: December 12, 2014

NOTICE OF DEBTORS' FOURTH OMNIBUS (SUBSTANTIVE) OBJECTION TO
(CERTAIN SUBSTANTIVE DUPLICATE AND NO LIABILITY) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

Page 3 of 5

**EXHIBIT 3**

HODGE, DEBRA
[ADDRESS REDACTED]

INGRAM, CHERI S
[ADDRESS REDACTED]

JANIS, WILLIAM
[ADDRESS REDACTED]

JOHNSON, BURRELL, JR.
[ADDRESS REDACTED]

JOHNSON, BURRELL, JR.
[ADDRESS REDACTED]

LOVE, WILLIE R
[ADDRESS REDACTED]

MARRS, WILL
[ADDRESS REDACTED]

MAXEY, LASABRE L
[ADDRESS REDACTED]

MAXEY, LASABRE L
[ADDRESS REDACTED]

MCCLURE, SUE CONAWAY
[ADDRESS REDACTED]

MCNAB, URSULA
[ADDRESS REDACTED]

MERRITT, MONICA
[ADDRESS REDACTED]

MICHALSKY, THOMAS
[ADDRESS REDACTED]

MOLYNEUX, JOHN
[ADDRESS REDACTED]

NIX, CAROLYN O
[ADDRESS REDACTED]

NIX, CAROLYN O
[ADDRESS REDACTED]

O BRIEN, JOAN
[ADDRESS REDACTED]

PAGE, CONNIE
[ADDRESS REDACTED]

**NOTICE OF DEBTORS' FOURTH OMNIBUS (SUBSTANTIVE) OBJECTION TO
(CERTAIN SUBSTANTIVE DUPLICATE AND NO LIABILITY) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

**EXHIBIT 3**

PAWLIK, MICHAEL C
[ADDRESS REDACTED]

PREWITT, RAYMOND
[ADDRESS REDACTED]

RAMSEY, RUSSELL
[ADDRESS REDACTED]

RIDGE, DAVID
[ADDRESS REDACTED]

RODRIGUEZ, CELSO C
[ADDRESS REDACTED]

ROSENBERG, THELMA
[ADDRESS REDACTED]

ROSOFF, NINA
[ADDRESS REDACTED]

SCHILLACE, JOSEPH
[ADDRESS REDACTED]

SCHMITT, LEE J
[ADDRESS REDACTED]

SHERRILL, RONNIE K
[ADDRESS REDACTED]

SHERROD, JENNIFER
[ADDRESS REDACTED]

SLOUHA, DONNA
[ADDRESS REDACTED]

SPOON, DAVID P
[ADDRESS REDACTED]

STERKX, AL
[ADDRESS REDACTED]

STIMAC, LAWRENCE S
[ADDRESS REDACTED]

TEXAS PUBLIC POWER ASSOCIATION
701 BRAZOS STE 1005
AUSTIN, TX  78701-2595

TIMPSON, JOANNE
[ADDRESS REDACTED]

TRAHAN, CHERRI
[ADDRESS REDACTED]

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by: December 12, 2014**

**NOTICE OF DEBTORS' FOURTH OMNIBUS (SUBSTANTIVE) OBJECTION TO (CERTAIN SUBSTANTIVE DUPLICATE AND NO LIABILITY) CLAIMS PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

Page 5 of  5

**EXHIBIT 3**

TRASK, JILL A
[ADDRESS REDACTED]

VANDEVER, WILLIAM
[ADDRESS REDACTED]

WALLIS DERMATOLOGY ASSOCIATES PLLC
6 DOCTOR CIR
LONGVIEW, TX  75605-5050


WARE, JOE
[ADDRESS REDACTED]

WARE, JOE
[ADDRESS REDACTED]

WATKINS, MARY B
[ADDRESS REDACTED]


Total Parties: 78

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by: December 12, 2014**

NOTICE OF DEBTORS' FOURTH OMNIBUS (SUBSTANTIVE) OBJECTION TO
(CERTAIN SUBSTANTIVE DUPLICATE AND NO LIABILITY) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

**EXHIBIT 4**

CHAO, SCHUCHERRY                           CHAO, SCHUCHERRY
[ADDRESS REDACTED]                         [ADDRESS REDACTED]

Total Parties: 2

**EXHIBIT Q**

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.

Case #:  14-10979 (CSS)

Notices mailed by: December 12, 2014

NOTICE OF DEBTORS' FIFTH OMNIBUS
(SUBSTANTIVE) OBJECTION TO (NO LIABILITY) CLAIMS
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

| | | |
|---|---|---|
| ARRIAGA, MARIA<br>[ADDRESS REDACTED] | ASPIRE DAY HABILITATION SERVICES<br>[ADDRESS REDACTED] | BAKER, CHELSEA<br>[ADDRESS REDACTED] |
| BENNETT, CHRISTOPHER<br>[ADDRESS REDACTED] | CHARLES, ANNA<br>[ADDRESS REDACTED] | CHRISTENSEN, SHIRLEY<br>[ADDRESS REDACTED] |
| CLEVENGER, RENA<br>[ADDRESS REDACTED] | COLLINS, JANET A<br>[ADDRESS REDACTED] | EVERETT, JOSHUA<br>[ADDRESS REDACTED] |
| GERALD, PATRICK N<br>[ADDRESS REDACTED] | GERMAN, SHERRY<br>[ADDRESS REDACTED] | GONZALEZ, PAUL<br>[ADDRESS REDACTED] |
| GRAVES, FRANCES<br>[ADDRESS REDACTED] | GUTHRIE, HOWARD<br>[ADDRESS REDACTED] | HARLOW, EDIE<br>[ADDRESS REDACTED] |
| HEATH, MELISSA MITCHELL<br>[ADDRESS REDACTED] | HILL, PAULA<br>[ADDRESS REDACTED] | HOLLIS, LACY<br>[ADDRESS REDACTED] |

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**NOTICE OF DEBTORS' FIFTH OMNIBUS (SUBSTANTIVE) OBJECTION TO (NO LIABILITY) CLAIMS PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

**Notices mailed by: December 12, 2014**

JACKSON, CARL
[ADDRESS REDACTED]

LEE, DONALD G
[ADDRESS REDACTED]

LOFTIN, MARLAINE
[ADDRESS REDACTED]

LOTT, SHARLENE
[ADDRESS REDACTED]

NELSON, KELLY
[ADDRESS REDACTED]

PETROVA, VALERIA M
[ADDRESS REDACTED]

RAMIREZ, UBALDO
[ADDRESS REDACTED]

SANDERS, YONEDA
[ADDRESS REDACTED]

TIPPENS, ESKRAY
[ADDRESS REDACTED]

VANWORTH, CHRIS
[ADDRESS REDACTED]

VERRENGIA, ASHTON
[ADDRESS REDACTED]

VILLAGOMEZ, CAROLINA
[ADDRESS REDACTED]

WHITE, MARGARET
[ADDRESS REDACTED]

WILLIAMS, ALYSSA
[ADDRESS REDACTED]

WILSON, BOBBY C
[ADDRESS REDACTED]

Total Parties: 33