UNITED STATES BANKRUPTCY COURT
District of Delaware

| | | |
|---|---|---|
| Energy Future Holdings Corp. | ) | Chapter 11 |
| Debtors | ) | Case No. 14-10979 |
| | ) | (Jointly Administered) |

NOTICE OF ADDRESS CHANGE FOR
SONAR CREDIT PARTNERS III, LLC

PLEASE TAKE NOTICE that Sonar Credit Partners III, LLC, a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtor and his representatives (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claims, and hereby request that services of any pleadings, notices, correspondence and distributions relating to such claim be sent to the new address set forth below, effective as of the date hereof.

Former Address
Sonar Credit Partners III, LLC
200 Business Park Drive, Suite 201
Armonk, NY 10504

**New Address**
**Sonar Credit Partners III, LLC**
**80 Business Park Drive, Suite 208**
**Armonk, NY 10504**

Sonar Credit Partners III, LLC

By:      ___/s/ Michael I. Goldberg_____

Title:      ___President, Sonar Asset Management____

         ___Group, Inc., its Managing Member_____

Date:      ___1/8/2015_____