**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JANUARY 13, 2015 STARTING AT 9:30 A.M. (EST)[3]**

**I.    CONTINUED/RESOLVED MATTERS:**

1.    Motion of Pallas Realty Advisors, Inc. for Entry of an Order Extending the Deadline to File Proof of Claim, or Alternatively Allowing Late-Filed Proof of Claim [D.I. 2602; filed October 28, 2014]

Response/Objection Deadline:        November 18, 2014 at 4:00 p.m. (EST)

Responses/Objections Received:    None at this time.

Status: The hearing on this matter has been continued to the omnibus hearing scheduled for February 10, 2015 starting at 9:30 a.m. (EST).

2.    Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing Luminant Generation Company LLC to Reject a Water Contract with Tarrant Regional Water District, Effective *Nunc Pro Tunc* to the Petition Date [D.I. 2662; filed October 30, 2014]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] **Amended items appear in bold.**

[3] The January 13, 2015 (the "January 13th Hearing") hearing will be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 beginning at 9:30 a.m. (EST). Any person who wishes to appear telephonically at the January 13th Hearing must contact COURTCALL, LLC at 866-582-6878 prior to 12:00 p.m. (noon) (EST) on Monday, January 12, 2015 to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009.*

Response/Objection Deadline:      November 13, 2014 at 4:00 p.m. (EST)

Responses/Objections Received:

A.      Tarrant Regional Water District's Objection to Motion of Energy Future Holding Corp., *et al.*, for Entry of an Order Authorizing Luminant Generation Company, LLC to Reject a Water Contract with Tarrant Regional Water District, Effective *Nunc Pro Tunc* to the Petition Date [D.I. 2771; filed November 14, 2014]

B.      Debtors' Reply to Tarrant Regional Water District's Objection to Motion of Energy Future Holding Corp., *et al.*, for Entry of an Order Authorizing Luminant Generation Company, LLC to Reject a Water Contract with Tarrant Regional Water District, Effective *Nunc Pro Tunc* to the Petition Date [D.I. 2798; filed November 18, 2014]

Related Documents:

i.      Declaration of Michael Carter, Senior Vice President, Corporate Planning, and Assistant Treasurer of EFH Corporate Services Company, in Support of Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing Luminant Generation Company LLC to Reject a Water Contract with Tarrant Regional Water District, Effective *Nunc Pro Tunc* to the Petition Date [D.I. 2663; filed October 30, 2014]

ii.      Declaration of Dan Buhman in Support of Tarrant Regional Water District's Objection to Motion of Energy Future Holding Corp., *et al.*, for Entry of an Order Authorizing Luminant Generation Company LLC to Reject a Water Contract with Tarrant Regional Water District, Effective *Nunc Pro Tunc* to the Petition Date [D.I. 2772; filed November 14, 2014]

iii.      Motion for Leave to File and Serve a Late Reply in Connection with "Tarrant Regional Water District's Objection to Motion of Energy Future Holding [sic] Corp., *et al.*, for Entry of an Order Authorizing Luminant Generation Company, LLC to Reject a Water Contract with Tarrant Regional Water District, Effective *Nunc Pro Tunc* to the Petition Date" [D.I. 2771] [D.I. 2781; filed November 17, 2014]

iv.      Order Granting Leave to File and Serve a Late Reply in Connection with "Tarrant Regional Water District's Objection to Motion of Energy Future Holding [sic] Corp., *et al.*, for Entry of an Order Authorizing Luminant Generation Company, LLC to Reject a Water Contract with Tarrant Regional Water District, Effective *Nunc Pro Tunc* to the Petition Date" [D.I. 2771] [D.I. 2796; filed November 18, 2014]

v.      Declaration of Michael Carter, Senior Vice President, Corporate Planning, and Assistant Treasurer of EFH Corporate Services Company, in Support

of the Reply to Tarrant Regional Water District's Objection to Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing Luminant Generation Company to Reject a Water Contract with Tarrant Regional Water District, Effective *Nunc Pro Tunc* to the Petition Date [D.I. 2803; filed November 18, 2014]

vi.    Order Extending Deadline to Assume or Reject a Certain Nonresidential Real Property Lease Under Section 365(d)(4) of the Bankruptcy Code [D.I. 2838; filed November 21, 2014]

vii.    Order Further Extending Deadline to Assume or Reject a Certain Nonresidential Real Property Lease Under Section 365(d)(4) of the Bankruptcy Code [D.I. 3115; filed December 22, 2014]

viii.    Order Further Extending Deadline to Assume or Reject a Certain Nonresidential Real Property Lease Under Section 365(d)(4) of the Bankruptcy Code [D.I. 3181; filed January 7, 2015]

Status: By agreement of the parties, the hearing on this matter has been continued to the omnibus hearing scheduled for February 10, 2015 starting at 9:30 a.m. (EST).

3.    Debtors' First Omnibus (Non-Substantive) Objection to (Amended and Superseded, Exact Duplicate, and Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 2808; filed November 18, 2014]

Response/Objection Deadline:    December 11, 2014 at 4:00 p.m. (EST)

Responses/Objections Received:

A.    Response to Debtors' First Omnibus (Non-Substantive) Objection to (Amended and Superseded, Exact Duplicate, and Insufficient Documentation) Claims Pursuant to Sections 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 Filed by Koetter Fire Protection of Austin, LLC [D.I. 2950; filed December 5, 2014]

B.    Response to Debtors' First Omnibus (Non-Substantive) Objection to (Amended and Superseded, Exact Duplicate, and Insufficient Documentation) Claims Pursuant to Sections 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 Filed by Allied Electronics, Inc. [D.I. 2964; filed December 10, 2014]

C.    Emerson Network Power Liebert Services' Response to Debtors' Omnibus Objection to Proof of Claim #3297 [D.I. 2970; filed December 11, 2014]

Related Documents:

i.    Declaration of Steve R. Kotarba, Managing Director with Alvarez & Marsal North America, LLC, in Support of the Debtors' First Omnibus (Non-Substantive) Objection to (Amended and Superseded, Exact Duplicate and Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 2809; filed November 18, 2014]

ii.   Notice of Submission of Copies of Proofs of Claim Relating to "Debtors' First Omnibus (Non-Substantive) Objection to (Amended and Superseded, Exact Duplicate, and Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1" [D.I. 2948; filed December 4, 2014]

iii.  Order Sustaining Debtors' First Omnibus (Non-Substantive) Objection to (Amended and Superseded, Exact Duplicate, and Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 3046; filed December 17, 2014]

Status: On December 17, 2014, the Court entered an order granting the objection with respect to certain claimants. The individual status of each remaining claim subject to this matter is listed on the attached Exhibit A.

4.    Motion of Energy Future Holdings Corp., *et al*., for Entry of an Order Authorizing the Debtors to Reject a Certain Executory Contract, Effective *Nunc Pro Tunc* to December 15, 2014 [D.I. 3011; filed December 15, 2014]

Response/Objection Deadline:          December 29, 2014 at 4:00 p.m. (EST)

Responses/Objections Received:        None.

Related Documents:

i.    Declaration of Robert Frenzel in Support of the Motion of Energy Future Holdings Corp., *et al*., for Entry of an Order Authorizing the Debtors to Reject a Certain Executory Contract, Effective *Nunc Pro Tunc* to December 15, 2014 [D.I. 3012; filed December 15, 2014]

ii.   Certification of No Objection Regarding "Motion of Energy Future Holdings Corp., *et al*., for Entry of an Order Authorizing the Debtors to Reject a Certain Executory Contract, Effective *Nunc Pro Tunc* to December 15, 2014" [D.I. 3011] [D.I. 3167; filed December 31, 2014]

4

iii.   Order Authorizing the Debtors to Reject a Certain Executory Contract, Effective *Nunc Pro Tunc* to December 15, 2014 [D.I. 3182; filed January 7, 2015]

Status: On January 7, 2015, the Court entered an order granting the Debtors the relief requested in connection with this matter. Consequently, no hearing with respect to this matter is required.

## II.   UNCONTESTED MATTERS WITH CERTIFICATION OF NO OBJECTION/CERTIFICATION OF COUNSEL:

5.   Motion of Allen Shrode for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [D.I. 2896; filed November 26, 2014]

Response/Objection Deadline:   December 11, 2014 at 4:00 p.m. (EST); extended to February 3, 2015 at 4:00 p.m. (EST)

Responses/Objections Received:   None at this time.

Related Documents:

i.   Certification of Counsel Regarding Motion of Allen Shrode for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [D.I. 3204; filed January 8, 2015]

ii.   **Order Granting in Part Motion of Allen Shrode for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [D.I. 3211; filed January 9, 2015]**

Status: **On January 9, 2015, the Court entered an order granting the movant certain relief in connection with this matter and adjourning consideration of this matter as to all remaining relief to the omnibus hearing scheduled for February 10, 2015 starting at 9:30 a.m. (EST). Consequently, no hearing with respect to this matter is required at this time.**

6.   Debtors' Second Omnibus (Non-Substantive) Objection to (Amended and Superseded, Exact Duplicate, No Supporting Documentation, and Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 2990; filed December 12, 2014]

Response/Objection Deadline:   December 31, 2014 at 4:00 p.m. (EST)

Responses/Objections Received:   None.

5

Related Documents:

i.    Declaration of Steven R. Kotarba, Managing Director with Alvarez & Marsal North America, LLC, in Support of the Debtors' Second Omnibus (Non-Substantive) Objection to (Amended and Superseded, Exact Duplicate, No Supporting Documentation, and Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 2991; filed December 12, 2014]

ii.   Notice of Submission of Copies of Proofs of Claim Relating to "Debtors' Second Omnibus (Non-Substantive) Objection to (Amended and Superseded, Exact Duplicate, No Supporting Documentation, and Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1" [D.I. 3159; filed December 30, 2014]

iii.  Certification of Counsel Regarding "Debtors' Second Omnibus (Non-Substantive) Objection to (Amended and Superseded, Exact Duplicate, No Supporting Documentation, and Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1" [D.I. 2990] [D.I. 3194; filed January 8, 2015]

iv.   **Order Sustaining Debtors' Second Omnibus (Non-Substantive) Objection to (Amended and Superseded, Exact Duplicate, No Supporting Documentation, and Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 3237; filed January 12, 2015]**

Status: The individual status of each claim subject to this matter is listed on the attached Exhibit B.  **On January 12, 2015, the Court entered an order granting the objection with respect to certain claims subject thereto, and** continuing the hearing on this matter solely with respect to the claim of Shirley Ann Wallace to the omnibus hearing scheduled for February 10, 2014 starting at 9:30 a.m. (EST). **Consequently, no hearing with respect to this matter is required at this time.**

7.    Debtors' Third Omnibus (Non-Substantive) Objection to (No Supporting Documentation) Customer Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 2992; filed December 12, 2014]

Response/Objection Deadline:        December 31, 2014 at 4:00 p.m. (EST)

6

Responses/Objections Received:

A.     Response to Debtors' Third Omnibus (Non-Substantive) Objection to (No Supporting Documentation) Customer Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 filed by Mason Guy [D.I. 3153; filed December 29, 2014]

B.     Objection to Debtors' Third Omnibus (Non-Substantive) Objection to (No Supporting Documentation) Customer Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 filed by Forrest J. Royal [D.I. 3154; filed December 29, 2014]

C.     Response to Debtors' Third Omnibus (Non-Substantive) Objection to (No Supporting Documentation) Customer Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 filed by Rosalyn Crowler [D.I. 3156; filed December 24, 2014]

D.     Objection to Debtors' Third Omnibus (Non-Substantive) Objection to (No Supporting Documentation) Customer Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 filed by Susan Keyes [D.I. 3164; filed December 31, 2014]

E.     Objection to Debtors' Third Omnibus (Non-Substantive) Objection to (No Supporting Documentation) Customer Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 filed by Ruth Caesar [D.I. 3171; filed January 5, 2015]

F.     Objection to Debtors' Third Omnibus (Non-Substantive) Objection to (No Supporting Documentation) Customer Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 filed by Maria Soto [Not on Docket]

Related Documents:

i.      Declaration of Steven R. Kotarba, Managing Director with Alvarez & Marsal North America, LLC, in Support of the Debtors' Third Omnibus (Non-Substantive) Objection to (No Supporting Documentation) Customer Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 2993; filed December 12, 2014]

ii.     Notice of Submission of Copies of Proofs of Claim Relating to "Debtors'
        Third Omnibus (Non-Substantive) Objection to (No Supporting
        Documentation) Customer Claims Pursuant to Section 502(b) of the
        Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local
        Bankruptcy Rule 3007-1" [D.I. 3160; filed December 30, 2014]

iii.    Certification of Counsel Regarding "Debtors' Third Omnibus (Non-
        Substantive) Objection to (No Supporting Documentation) Customer
        Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy
        Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1" [D.I.
        2992] [D.I. 3195; filed January 8, 2015]

iv.     **Order Sustaining Debtors' Third Omnibus (Non-Substantive)**
        **Objection to (No Supporting Documentation) Customer Claims**
        **Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy**
        **Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I.**
        **3236; filed January 12, 2015]**

Status: The individual status of each claim subject to this matter is listed on the
        attached Exhibit C. **On January 12, 2015, the Court entered an order**
        **granting the objection with respect to certain claims subject thereto,**
        and continuing the hearing on this matter solely with respect to the claims
        of Sarah Myers, Maria Soto, Kimberly Olbrish, Linda Gonzales, Cynthia
        Smith, Kathey Neal, Susan Littlefield, Isabel Garcia, Maria Navejar
        Delgado, Nanette Nedd-Johnson, Mason Guy, Harry Struble, Susan
        Keyes, Shammika Jacobs, Janeese Wright, Barbara Bettes, Shirley
        Coffman, Ruth Caesar and Lisa Townley to the omnibus hearing
        scheduled for February 10, 2014 starting at 9:30 a.m. (EST).
        **Consequently, no hearing with respect to this matter is required at**
        **this time.**

8.  Debtors' Fourth Omnibus (Substantive) Objection to Certain Substantive
    Duplicate and No Liability Claims Pursuant to Section 502(b) of the Bankruptcy
    Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-
    1 [D.I. 2994; filed December 12, 2014]

    Response/Objection Deadline:          December 31, 2014 at 4:00 p.m. (EST)

    Responses/Objections Received:

    A.    Objection to Debtors' Fourth Omnibus (Substantive) Objection to Certain
          Substantive Duplicate and No Liability Claims Pursuant to Section 502(b)
          of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and
          Local Bankruptcy Rule 3007-1 filed by Robert Guierrez [D.I. 3138; filed
          December 24, 2014]

8

Related Documents:

i.      Declaration of Steven R. Kotarba, Managing Director with Alvarez & Marsal North America, LLC, in Support of the Debtors' Fourth Omnibus (Substantive) Objection to Certain Substantive Duplicate and No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 2995; filed December 12, 2014]

ii.     Notice of Submission of Copies of Proofs of Claim Relating to "Debtors' Fourth Omnibus (Substantive) Objection to Certain Substantive Duplicate and No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1" [D.I. 3161; filed December 30, 2014]

iii.    Certification of Counsel Regarding "Debtors' Fourth Omnibus (Substantive) Objection to Certain Substantive Duplicate and No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1" [D.I. 2994] [D.I. 3196; filed January 8, 2014]

iv.     **Order Sustaining Debtors' Fourth Omnibus (Substantive) Objection to Certain Substantive Duplicate and No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 3234; filed January 12, 2014]**

Status: The individual status of each claim subject to this matter is listed on the attached Exhibit D. **On January 12, 2015, the Court entered an order granting the objection with respect to certain claims subject thereto,** and continuing the hearing on this matter with respect to the claim of Annie Brinkley **and the "Substantive Duplicate" claims** to the omnibus hearing scheduled for February 10, 2014 starting at 9:30 a.m. (EST). **Consequently, no hearing with respect to this matter is required at this time.**

9.      Debtors' Fifth Omnibus (Substantive) Objection to (No Liability) Customer Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 2996; filed December 12, 2014]

Response/Objection Deadline:        December 31, 2014 at 4:00 p.m. (EST)

Responses/Objections Received:       None.

Related Documents:

i.      Declaration of Steve R. Kotarba, Managing Director with Alvarez & Marsal North America, LLC, in Support of the Debtors' Fifth Omnibus (Substantive) Objection to (No Liability) Customer Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 2997; filed December 12, 2014]

ii.     Notice of Submission of Copies of Proofs of Claim Relating to "Debtors' Fifth Omnibus (Substantive) Objection to (No Liability) Customer Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1" [D.I. 3162; filed December 30, 2014]

iii.    Certificate of No Objection Regarding "Debtors' Fifth Omnibus (Substantive) Objection to (No Liability) Customer Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1" [D.I. 2996] [D.I. 3197; filed January 8, 2015]

iv.     **Order Sustaining Debtors' Fifth Omnibus (Substantive) Objection to (No Liability) Customer Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 3235; filed January 12, 2015]**

Status: The individual status of each claim subject to this matter is listed on the attached Exhibit E.  **On January 12, 2015, the Court entered an order granting the Debtors the relief requested in connection with this matter.  Consequently, no hearing with respect to this matter is required.**

10.     Application for Order Authorizing the Employment and Retention of Phillips, Goldman & Spence, P.A. as Delaware Counsel to the Fee Committee *Nunc Pro Tunc* to November 21, 2014 [D.I. 3017; filed December 16, 2014]

Response/Objection Deadline:        January 6, 2015 at 4:00 p.m. (EST)

Responses/Objections Received:      None.

Related Documents:

i.      First Supplemental Affidavit of Stephen W. Spence in Support of Application for Order Authorizing the Employment and Retention of Phillips, Goldman & Spence, P.A. as Delaware Counsel to the Fee Committee *Nunc Pro Tunc* to November 21, 2014 [D.I. 3135; filed December 23, 2014]

10

    ii.      Certification of Counsel Regarding Docket No. 3017 [D.I. 3208; filed January 9, 2015]

    iii.     Proposed Form of Order

    iv.    **Order Authorizing the Employment and Retention of Phillips, Goldman & Spence, P.A. as Delaware Counsel to the Fee Committee [D.I. 3216; filed January 9, 2015]**

    <u>Status</u>: **On January 9, 2015, the Court entered an order granting the movant the relief requested in connection with this matter. Consequently, no hearing with respect to this matter is required.**

11.    Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Further Enlarging the Period Within Which the Debtors May Remove Certain Actions [D.I. 3112; filed December 19, 2014]

    <u>Response/Objection Deadline</u>:     January 6, 2015 at 4:00 p.m. (EST)

    <u>Responses/Objections Received</u>:    None.

    <u>Related Documents</u>:

    i.      Certification of No Objection Regarding "Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Further Enlarging the Period Within Which the Debtors May Remove Certain Actions" [D.I. 3112] [D.I. 3190; filed January 8, 2015]

    ii.     **Order Further Enlarging the Period Within Which the Debtors May Remove Certain Actions [D.I. 3215; filed January 9, 2015]**

    <u>Status</u>: **On January 9, 2015, the Court entered an order granting the Debtors the relief requested in connection with this matter. Consequently, no hearing with respect to this matter is required.**

12.    Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Approving the Claims Settlement Agreement Between Luminant Generation Company LLC and ADA Carbon Solutions (Red River) LLC [D.I. 3136; filed December 23, 2014]

    <u>Response/Objection Deadline</u>:     January 6, 2015 at 4:00 p.m. (EST)

    <u>Responses/Objections Received</u>:    None.

    <u>Related Documents</u>:

    i.      Declaration of Robert Frenzel, Senior Vice President and Chief Financial Officer of Luminant Generation Company LLC in Support of the Motion

of Energy Future Holdings Corp., *et al.*, for Entry of an Order Approving the Claims Settlement Agreement Between Luminant Generation Company LLC and ADA Carbon Solutions (Red River) LLC [D.I. 3137; filed December 23, 2014]

ii.    Certification of Counsel Concerning Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Approving the Claims Settlement Agreement Between Luminant Generation Company LLC and ADA Carbon Solutions (Red River) LLC [D.I. 3192; filed January 8, 2015]

iii.    **Order Approving the Claims Settlement Agreement Between Luminant Generation Company LLC and ADA Carbon Solutions (Red River) LLC [D.I. 3214; filed January 9, 2015]**

Status: **On January 9, 2015, the Court entered an order granting the Debtors the relief requested in connection with this matter. Consequently, no hearing with respect to this matter is required.**

## III.    UNCONTESTED MATTERS GOING FORWARD:

13.    Application for an Order Approving the Employment of Cravath, Swaine & Moore LLP as Counsel to Energy Future Intermediate Holding Company LLC Under Sections 327(a) and 1107(b) of the Bankruptcy Code, Effective *Nunc Pro Tunc* to November 16, 2014 [D.I. 3028; filed December 16, 2014]

| Response/Objection Deadline: | December 30, 2014 at 4:00 p.m. (EST); extended to January 6, 2015 at 5:00 p.m. (EST) for the United States Trustee; further extended to January 9, 2015 for the United States Trustee |
|---|---|
| Responses/Objections Received: | Informal comments from the United States Trustee. |

Related Documents:

i.    Exhibit 2 to Declaration of Richard Levin in Support of Application for Order Approving the Employment of Cravath, Swaine & Moore LLP as Counsel to Energy Future Intermediate Holding Company LLC Under Sections 327(a) and 1107(b) of the Bankruptcy Code, Effective *Nunc Pro Tunc* to November 16, 2014 [D.I. 3030; filed December 16, 2014]

ii.    First Supplemental Declaration of Richard Levin in Support of Application for Order Approving the Employment of Cravath, Swaine & Moore LLP as Counsel to Energy Future Intermediate Holding Company LLC Under Sections 327(a) and 1107(b) of the Bankruptcy Code,

Effective *Nunc Pro Tunc* to November 16, 2014 [D.I. 3205; filed January 8, 2015]

Status: The hearing on this matter will go forward.

14.     Debtor Energy Future Holdings Corp.'s Application for Entry of an Order Authorizing the Retention and Employment of Proskauer Rose LLP as Counsel for Debtor and Debtor in Possession Energy Future Holdings Corp. Effective *Nunc Pro Tunc* to November 19, 2014 [D.I. 3037; filed December 16, 2014]

Response/Objection Deadline:     December 30, 2014 at 4:00 p.m. (EST); extended to January 6, 2015 at 5:00 p.m. (EST) for the United States Trustee; further extended to January 9, 2015 for the United States Trustee

Responses/Objections Received:     Informal comments from the United States Trustee.

Related Documents:

i.      Supplemental Declaration of Jeff J. Marwil in Support of Debtor Energy Future Holdings Corp.'s Application for Entry of an Order Authorizing the Retention and Employment of Proskauer Rose LLP as Counsel for Debtor and Debtor in Possession Energy Future Holdings Corp. Effective *Nunc Pro Tunc* to November 19, 2014 [D.I. 3128; filed December 22, 2014]

ii.     Second Supplemental Declaration of Jeff J. Marwil in Support of Debtor Energy Future Holdings Corp.'s Application for Entry of an Order Authorizing the Retention and Employment of Proskauer Rose LLP as Counsel for Debtor and Debtor in Possession Energy Future Holdings Corp. Effective *Nunc Pro Tunc* to November 19, 2014 [D.I. 3200; filed January, 8, 2015]

iii.    Notice of Filing of Proposed Form of "Order Authorizing the Retention and Employment of Proskauer Rose LLP as Counsel for Debtor and Debtor in Possession Energy Future Holdings Corp. Effective *Nunc Pro Tunc* to November 19, 2014" [D.I. 3201; filed January 8, 2015]

Status: The hearing on this matter will go forward.

15.     Debtor Energy Future Holdings Corp.'s Application for Entry of an Order Authorizing the Retention and Employment of O'Kelly Ernst & Bielli, LLC as Co-Counsel for Debtor and Debtor in Possession Energy Future Holdings Corp. Effective *Nunc Pro Tunc* to November 19, 2014 [D.I. 3038; filed December 16, 2014]

| | |
|---|---|
| Response/Objection Deadline: | December 30, 2014 at 4:00 p.m. (EST); extended to January 9, 2015 for the United States Trustee |
| Responses/Objections Received: | Informal comments from the United States Trustee. |

Related Documents:

i.    Notice of Filing of Proposed Form of "Order Authorizing the Retention and Employment of O'Kelly Ernst & Bielli, LLC as Co-Counsel for Debtor and Debtor in Possession Energy Future Holdings Corp. Effective *Nunc Pro Tunc* to November 19, 2014" [D.I. 3202; filed January, 8, 2015]

Status: The hearing on this matter will go forward.

16.    Debtors Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC's Application for Entry of an Order Authorizing the Retention and Employment of Munger Tolles & Olson LLP as Counsel to Debtors and Debtors in Possession Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC Effective *Nunc Pro Tunc* to November 16, 2014 [D.I. 3040; filed December 16, 2014]

| | |
|---|---|
| Response/Objection Deadline: | December 30, 2014 at 4:00 p.m. (EST); extended to January 6, 2015 at 5:00 p.m. (EST) for the United States Trustee; further extended to January 9, 2015 for the United States Trustee |
| Responses/Objections Received: | Informal comments from the United States Trustee. |

Related Documents:

i.    Notice of Filing of the "First Supplemental Declaration of Todd J. Rosen in Support of Application for Entry of an Order Authorizing the Retention and Employment of Munger, Tolles & Olson LLP as Counsel to Debtors and Debtors in Possession Energy Future Competitive Holdings Company LLC and Texas Competition Electric Holdings Company LLC Effective Nunc Pro Tunc to November 16, 2014" [D.I. 3198; filed January 8, 2015]

ii.    Notice of Filing of Proposed form of "Order Authorizing the Retention and Employment of Munger, Tolles & Olson LLP as Counsel to Debtors and Debtors in Possession Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC Effective Nunc Pro Tunc to November 16, 2014" [D.I. 3199; filed January 8, 2015]

Status: The hearing on this matter will go forward.

17.    Application of Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC for Entry of an Order Authorizing them to Retain and Employ Greenhill & Co., LLC as Independent Financial Advisor Effective *Nunc Pro Tunc* to November 17, 2014 [D.I. 3062; filed December 17, 2014]

Response/Objection Deadline:    December 30, 2014 at 4:00 p.m. (EST); extended to January 6, 2015 at 5:00 p.m. (EST) for the United States Trustee; further extended to January 9, 2015 for the United States Trustee

Responses/Objections Received:

A.    Informal Comments from the United States Trustee

B.    **Objection of Official Committee of TCEH Unsecured Creditors to Application of Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC for Entry of an Order Authorizing Them to Retain and Employ Greenhill & Co., LLC as Independent Financial Advisor Effective *Nunc Pro Tunc* to November 17, 2014 [D.I. 3222; filed January 9, 2015]**

C.    **Joinder of the Ad Hoc Group of TCEH Unsecured Noteholders to the Objection of Official Committee of TCEH Unsecured Creditors to Application of Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC for Entry of an Order Authorizing Them to Retain and Employ Greenhill & Co., LLC as Independent Financial Advisor Effective *Nunc Pro Tunc* to November 17, 2014 [D.I. 3230; filed January 10, 2015]**

Related Documents:

i.    **First Supplemental Declaration of Bradley A. Robbins in Support of Application for Entry of an Order Authorizing the Retention and Employment of Greenhill & Co., LLC as Independent Financial Advisor to Debtors and Debtors in Possession Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC Effective *Nunc Pro Tunc* to November 17, 2014 [D.I. 3224; filed January 9, 2015]**

ii.    **Notice of Deposition of Debtors [D.I. 3225; filed January 9, 2015]**

iii.    **Notice of Deposition of Bradley A. Robins [D.I. 3226; filed January 9, 2015]**

15

iv.   **Notice of Deposition of Hugh Sawyer [D.I. 3227; filed January 9, 2015]**

v.    **Notice of Adjournment of Depositions [D.I. 3231; filed January 11, 2015]**

Status: **The parties have reached an agreement in principle to resolve the objections filed in connection with this matter.  The Debtors anticipate that the parties will present a revised form of order to the Court for entry at the hearing.**

18.   Application of the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc., for an Order (A) Authorizing the Retention and Employment of Guggenheim Securities, LLC as Investment Banker to the Committee *Nunc Pro Tunc* to November 12, 2014 and (B) Waiving Certain Information Requirements Pursuant to Local Rule 2016-2(h) [D.I. 3118; filed December 22, 2014]

Response/Objection Deadline:          January 5, 2015 at 4:00 p.m. (EST)

Responses/Objections Received:        **Informal comments from the United States Trustee.**

Related Documents:

i.    Notice of Application of the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc., for an Order (A) Authorizing the Retention and Employment of Guggenheim Securities, LLC as Investment Banker to the Committee *Nunc Pro Tunc* to November 12, 2014 and (B) Waiving Certain Information Requirements Pursuant to Local Rule 2016-2(h) [D.I. 3119; filed December 22, 2014]

ii.   **Certification of Counsel Regarding Order (A) Authorizing the Retention and Employment of Guggenheim Securities, LLC as Investment Banker to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. *Nunc Pro Tunc* to November 12, 2014 and (B) Waiving Certain Information Requirements Pursuant to Local Rule 2016-2(h) [D.I. 3268; filed January 12, 2015]**

Status: **On January 12, 2015, the movant filed a certification of counsel attaching a revised form of agreed order in connection with this matter.  Consequently, a hearing with respect to this matter is only required to the extent that the Court has any questions or concerns.**

19. Application of the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. for an Order Authorizing the Retention and Employment of Sullivan & Cromwell LLP as Counsel to the Committee *Nunc Pro Tunc* to November 5, 2104 [D.I. 3120; filed December 22, 2014]

Response/Objection Deadline:    January 5, 2015 at 4:00 p.m. (EST)

Responses/Objections Received:    **Informal comments from the United States Trustee.**

Status: The hearing on this matter will go forward.

20. Application of the Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. for an Order Under Bankruptcy Code Sections 328(a) and 1103(a) and Bankruptcy Rules 2014(a) and 2016(b) Approving the Employment and Retention of Montgomery, McCracken, Walker & Rhoads, LLP *Nunc Pro Tunc* to November 5, 2014, as Delaware Bankruptcy Counsel and Conflicts Counsel to the Committee [D.I. 3121; filed December 22, 2014]

Response/Objection Deadline:    January 6, 2015 at 4:00 p.m. (EST)

Responses/Objections Received:    None.

Related Documents:

i. Revised Application of the Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. for an Order Under Bankruptcy Code Sections 328(a) and 1103(a) and Bankruptcy Rules 2014(a) and 2016(b) Approving the Employment and Retention of Montgomery, McCracken, Walker & Rhoads, LLP *Nunc Pro Tunc* to November 5, 2014, as Delaware Bankruptcy Counsel and Conflicts Counsel to the Committee [D.I. 3184; filed January 7, 2015]

ii. **Certification of Counsel Concerning Order Authorizing the Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. for an Order Under Bankruptcy Code Sections 328(a) and 1103(a) and Bankruptcy Rules 2014(a) and 2016(b) Approving the Employment and Retention of Montgomery, McCracken, Walker & Rhoads, LLP *Nunc Pro Tunc* to November 5, 2014, as Delaware Bankruptcy Counsel and Conflicts Counsel to the Committee [D.I. 3229; filed January 9, 2015]**

iii. **Order Authorizing the Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding**

17

**Company, LLC, EFIH Finance, Inc., and EECI, Inc. for an Order Under Bankruptcy Code Sections 328(a) and 1103(a) and Bankruptcy Rules 2014(a) and 2016(b) Approving the Employment and Retention of Montgomery, McCracken, Walker & Rhoads, LLP** *Nunc Pro Tunc* **to November 5, 2014, as Delaware Bankruptcy Counsel and Conflicts Counsel to the Committee [D.I. 3241; filed January 12, 2015]**

Status: **On January 12, 2015, the Court entered an order granting the movant the relief requested in connection with this matter. Consequently, no hearing with respect to this matter is required.**

21.    Joint Application of the Official Committee of TCEH Unsecured Creditors and the Official Committee of EFH Unsecured Creditors Pursuant to Sections 105(a), 1102(b)(3), and 1103(a) of the Bankruptcy Code, Bankruptcy Rules 2014 and 5002, and Local Rule 2014-1, for Entry of Order Approving Retention and Employment of Kurtzman Carson Consultants LLC as Administrative Agent for the Committees *Nunc Pro Tunc* to July 7, 2014 [D.I. 3122; filed December 22, 2014]

Response/Objection Deadline:        January 6, 2015 at 4:00 p.m. (EST)

Responses/Objections Received:      None.

Related Documents:

i.     **Certification of Counsel Regarding Order Pursuant to Sections 105(a), 1102(b)(3), and 1103(a) of the Bankruptcy Code, Bankruptcy Rules 2014 and 5002, and Local Rule 2014-1, Approving the Retention and Employment of Kurtzman Carson Consultants LLC as Noticing Agent for the Official Committee of EFH Unsecured Creditors** *Nunc Pro Tunc* **to July 7, 2014 [D.I. 3232; filed January 12, 2015]**

ii.    **Order Pursuant to Sections 105(a), 1102(b)(3), and 1103(a) of the Bankruptcy Code, Bankruptcy Rules 2014 and 5002, and Local Rule 2014-1, Approving the Retention and Employment of Kurtzman Carson Consultants LLC as Noticing Agent for the Official Committee of EFH Unsecured Creditors** *Nunc Pro Tunc* **to July 7, 2014 [D.I. 3240; filed January 12, 2015]**

Status: **On January 12, 2015, the Court entered an order granting the joint movants the relief requested in connection with this matter. Consequently, no hearing with respect to this matter is required.**

22.    Application of the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. for an Order Authorizing the Retention and Employment of AlixPartners, LLP as Restructuring Advisor to the Committee *Nunc Pro Tunc* to November 20, 2014 [D.I. 3126; filed December 22, 2014]

Response/Objection Deadline:    January 5, 2015 at 4:00 p.m. (EST)

Responses/Objections Received:    None.

Related Documents:

i.    **Certification of Counsel Regarding Order Authorizing the Retention and Employment of AlixPartners, LLP as Restructuring Advisor to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc.** *Nunc Pro Tunc* **to November 20, 2014 [D.I. 3228; filed January 9, 2015]**

ii.    **Order Authorizing the Retention and Employment of AlixPartners, LLP as Restructuring Advisor to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc.** *Nunc Pro Tunc* **to November 20, 2014 [D.I. 3242; filed January 12, 2015]**

Status: **On January 12, 2015, the Court entered an order granting the movant the relief requested in connection with this matter. Consequently, no hearing with respect to this matter is required.**

23.    Application for an Order Approving the Retention of Stevens & Lee, P.C. as Co-Counsel to Energy Future Intermediate Holding Company LLC Under Sections 327(a) and 1107(b) of the Bankruptcy Code, Effective *Nunc Pro Tunc* to November 26, 2014 [D.I. 3139; filed December 24, 2014]

Response/Objection Deadline:    January 6, 2015 at 4:00 p.m. (EST); extended to January 6, 2015 at 5:00 p.m. (EST) for the United States Trustee; further extended to January 9, 2015 for the United States Trustee

Responses/Objections Received:    Informal comments from the United States Trustee.

Related Documents:

i.    Application for an Order Approving the Retention of Stevens & Lee, P.C. as Co-Counsel to Energy Future Intermediate Holding Company LLC Under Sections 327(e) and 1107(b) of the Bankruptcy Code, Effective *Nunc Pro Tunc* to November 16, 2014 [D.I. 3207; filed January 8, 2015]

Status: The hearing on this matter will go forward.

24.    Application for an Order Approving the Employment of Goldin Associates, LLC as Special Financial Advisor to Energy Future Intermediate Holding Company LLC Under Section 327(a) of the Bankruptcy Code, Effective *Nunc Pro Tunc* to December 11, 2014 [D.I. 3144; filed December 26, 2014]

Response/Objection Deadline:    January 6, 2015 at 4:00 p.m. (EST); extended to January 6, 2015 at 5:00 p.m. (EST) for the United States Trustee; further extended to January 9, 2015 for the United States Trustee

Responses/Objections Received:    Informal comments from the United States Trustee.

Related Documents:

i.    Amended Exhibit re: Application for an Order Approving the Employment of Goldin Associates, LLC as Special Financial Advisor to Energy Future Intermediate Holding Company LLC Under Section 327(a) of the Bankruptcy Code, Effective *Nunc Pro Tunc* to December 11, 2014 [D.I. 3193; filed January 8, 2015]

ii.    [Revised Proposed] Order Approving the Employment of Goldin Associates, LLC as Special Financial Advisor to Energy Future Intermediate Holding Company LLC Under Section 327(a) of the Bankruptcy Code, Effective *Nunc Pro Tunc* to December 11, 2014 [D.I. 3206; filed January 8, 2015]

iii.    [Revised Proposed] Order Approving the Employment of Goldin Associates, LLC as Special Financial Advisor to Energy Future Intermediate Holding Company LLC Under Section 327(a) of the Bankruptcy Code, Effective *Nunc Pro Tunc* to December 11, 2014 [D.I. 3209; filed January 9, 2015]

iv.    **[Revised Proposed] Order Approving the Employment of Goldin Associates, LLC as Special Financial Advisor to Energy Future Intermediate Holding Company LLC Under Section 327(a) of the Bankruptcy Code, Effective *Nunc Pro Tunc* to December 11, 2014 [D.I. 3239; filed January 12, 2015]**

Status: The hearing on this matter will go forward.

Dated:  January 12, 2015
      Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
           defranceschi@rlf.com
           madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:        edward.sassower@kirkland.com
           stephen.hessler@kirkland.com
           brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:        james.sprayregen@kirkland.com
           marc.kieselstein@kirkland.com
           chad.husnick@kirkland.com
           steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*