**EXHIBIT C**

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| 6824 L.P. | 3762 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| 6824 LP | 3764 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| 6824 LP | 3763 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| AARON, MARGARET | 1936 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| ABAYA, ROSALINDA | 4189 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| ABBOTT'S FINA INC | 2621 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| ACERO, PHYLLIS | 3520 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| ACME FENCE SERVICES INC | 1330 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| ACOSTA, MARISELA | 1334 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| ACOSTA, YODELNY | 1300 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

1

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| ADAMS, ELIZABETH | 504 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| ADAMS, ISREAL | 3623 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| ADAMS, JOY | 2544 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| ADAMS, NETTIE | 1794 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| ADAMS, TIA S | 4338 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| ADCOCK, KEITH MICHAEL | 780 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| ADKINS, JESS | 3226 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| ADKINS, JESS | 3227 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| ADKINS, JESS | 3229 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| ADKINS, JESS | 3232 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

2

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| ADKINS, JESS | 3235 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| ADKINS, JESS | 3236 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| ADKINS, JESS (BARN) | 3228 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| ADKINS, JESS (CLINIC) | 3231 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| ADKINS, JESS (HOME) | 3234 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| ADKINS, JESS (RENTAL OFFICE) | 3233 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| ADOLPH, ROBERT | 2340 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| AGIN, THERESA L | 2993 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| AGOL, MICHAEL | 1293 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| AGOL, VICTORIA R | 1593 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

3

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| AKERMAN, DARCE | 3047 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| AKIN, LARRY K | 419 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| AKINPELU, EBENEZER A | 4951 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| ALBRIGHT, KATHY L | 1458 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| ALEXANDER, JAMES | 3622 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| ALLEN, DIANE | 1624 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| ALLEN, MONIQUE | 6301 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| ALLISON, DEBRA | 2486 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| ALLISON, TONY | 2485 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| ALLRED, NANCY | 283 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

RLF-11367552_1

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| ALVAREZ, ELIDA | 4261 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| AMBROSE, LINDA W | 671 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| AMIN, VINOD | 908 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| ANDERSON, DORIS S | 3327 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| ANDERSON, STEVE | 1274 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| ANGEL, JACK | 2938 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| ANGEL, ROBERT | 558 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| ANWUKAH, JUDE I | 663 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| APPLON, JOHN | 1761 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| ARMENDARIZ, OLYMPIA | 1552 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

RLF-11367552_1

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| ARMSTRONG, THELDA | 2718 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| ARNOLD, TERESA L | 3791 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| ARRINGDALE, PATSY | 1421 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| ASH, TONY | 2165 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| ASHLEY, ROBERT | 3958 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| ASHLEY, TINA | 2662 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| ATKINS, JESS | 3230 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| ATKINS, MIKE A | 1567 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| AUSTIN, JOHN D | 2436 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| AUSTIN, JOHN D. | 2435 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

6

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| AVIATION MNG & PROFESSIONAL PALET SERV. | 2102 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| B S TRADING COMPANY | 2341 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BAEZA, CRISTINA TORRES | 2328 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BAILEY, JENNIFER | 2802 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BAILEY, NAN | 2019 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BAKER, DOROTHY J | 1412 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BALDWIN, PATRICK | 2306 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BANCROFT, ROYCE | 1385 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BANCROFT, ROYCE | 1386 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BANKS, EVELYN | 1121 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

7

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| BANKSTON, MIKE | 835 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BANOWSKY, THALIA | 4721 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BARBOSA, GUADALUPE | 3818 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BARFIELD, ANN K | 4165 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BARKER, KELLY | 2276 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BARROW, LANICE | 2161 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BASCI, GULEN | 1600 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BASS, DIANA | 2431 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BASS, KAYLA V | 3579 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BATEMAN, JO | 4216 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| BATES, SHERRY | 2391 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BAUMAN, THOMAS | 974 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BEASLEY, M E | 2250 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BEASLEY, WENDY | 2249 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BECOATS, DEBRA | 1695 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BEDELL, TONYA LEE | 3330 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BELL, JAMES E | 605 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BELL, MARILYN | 3369 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BELL, MELEAH S | 1342 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BELL, WOODROW | 3822 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

9

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| BEN HENDERSON | 3775 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BENAVENTE, MARIA | 2183 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BENAVIDEZ, ELISA | 3345 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BERGIN, LYNN B | 3709 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BERRY, LYNDA | 3478 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BERRY, STACEY | 1481 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BERTRAM, KATHERINE G | 2717 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BESS, CHRISTELL | 3786 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BETTS, BARBARA | 3831 | The hearing on this claim has been continued to February 10, 2015 starting at 9:30 a.m. (EST). |
| BETTS, BILLY | 3832 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BID RENTALS INC. | 2803 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

10

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

## Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| BIEL, RICHARD | 520 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BILLINGSLEY, RAYMOND | 1073 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BINLEY, ALBERT L | 1581 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BISHOP, ELISABETH G | 2339 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BIZOR-MACK, TIFFIANY | 3540 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BLACK, APRIL H | 2783 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BLACK, ROBERT E | 1133 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BLACK, RODRICH | 2134 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BLACKSHIRE, LILLIE M | 983 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BLACKSHIRE, SUSIE | 973 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

### Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| BLACKWELL, JOE | 3224 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BLEDSOE, BONNIE | 1239 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BLEDSOE, BONNIE | 1240 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BLESSING, AUDINE | 436 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BLOUNT, CHARLES F | 568 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BOATMAN, STEPHEN | 1199 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BOAZ, DOROTHY M | 4974 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BOB MCDONALD COMPANY INC | 1177 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BOBBIT, WAYNE | 382 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BOCKHORN, LARRY | 3263 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| BOGDANOWICZ, SEDELLA | 2112 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BOLDING, SARAH | 757 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BOLIVER, RUTH | 5235 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BONDS, PARRIS A | 2362 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BONNER, PAULETTA J | 4398 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BOONE, BETTY | 3100 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BOOTH, ELIZABETH | 3154 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BORDER WELL SERVICES INC | 1434 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BORG, OLAVS | 848 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BOSCO, SUSAN | 3629 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

13

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

## Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| BOSTON, JOSEPH W | 541 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BOUTTE, DEBRA | 2082 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BOWEN-JONES, DEBRA A | 755 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BOWENS, BRODRICK | 3571 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BOWENS, DARLENE M | 3710 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BOWMAN, KRISTI | 976 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BOYD, MARIANE | 3935 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BOYD, TERRY | 1684 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BOYLE, JOAN | 4718 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BOYNTON, ALAN | 1735 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

14

RLF-11367552_1

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

## Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| BRABAND, KAY | 5640 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BRACKEN, ARLYSS | 4136 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BRADEN, KATHY | 432 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BRADEN, KATHY | 431 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BRADFIELD, B K | 518 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BRANCH, FREDDIE | 8043 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BRATTER, STUART | 2381 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BRATTON, MICHAEL H | 3181 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BRAUN, ALOIS M | 1288 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BRAUN, ELISABETH | 192 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

15

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| BRAUN, PATRICIA | 1644 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BRAXTON, MARY E | 3624 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BRENT, DENNIS HOWARD | 314 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BREWER JR, CECIL H | 1432 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BREWER, SHEILA R | 269 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BREWSTER, NICA | 4513 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BROOKS, PEGGY J | 1455 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BROWN, BILLIE J | 2193 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BROWN, CATHERINE | 482 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BROWN, IRENE PAT HARDY | 955 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

RLF-11367552_1

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

### Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| BROWN, JANICE G | 736 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BROWNING, MARTHA | 971 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BRUEGGEMEYER, ROBERT | 3372 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BRUEGGEMEYER, ROBERT | 3374 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BRUEGGEMEYER, ROBERT | 3373 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BRUNTON, ALAN R | 1847 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BRYAN, MELODY | 942 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BRYANT, DARRYL | 1543 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BRYCE, MINNIE | 1679 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BUDOW, HARRY | 691 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

RLF-11367552_1

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| BULLARD, JAMES O | 822 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BURKETT, MARK | 260 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BURKS, TAMARA R | 5275 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BURRELL, BILL | 4962 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BURTON, DIANNA | 2879 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BUSH, BETTY J | 1788 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BUSH, VICKIE | 3627 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BUTLER, E R | 2040 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BUTLER, ORA L | 1392 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| BUTTS, LILLIAN | 4702 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

18

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| BYERS, ANNE | 2291 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| CADENHEAD, JACQUELYN | 4308 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| CAESAR, RUTH | 5630 | Response filed on January 5, 2015. [Docket No. 3171]. The hearing on this claim has been continued to February 10, 2015 starting at 9:30 a.m. (EST). |
| CALDWELL, JACKIE | 346 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| CALDWELL, STEPHANIE | 1296 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| CALL, BRUCE | 2908 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| CALL, BRUCE | 2907 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| CALLAWAY, DEBRA J | 349 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| CALLISON, KATHLEEN KING | 1495 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| CAMARATA, BEN | 2383 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

RLF-11367552_1

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

## Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| CAMERON, JOYCE E | 223 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| CAMPBELL, HARRY L | 392 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| CAMPBELL, SYLVIA | 1805 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| CAMPOS, JASON | 3437 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| CANAFAX, TOM | 355 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| CANNIZZO, DENISE | 5270 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| CANTU, MARCO A | 1003 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| CARDRICHE MONTGOMERY, CATHY | 6161 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| CARLTON, T C | 2896 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| CARPENTER, L J | 389 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| CARRILLO, BOBBIE | 3153 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| CARRILLO, ISRRAEL R | 4397 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| CARROLL, RALPH | 298 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| CARRUTH, SUSAN | 2265 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| CARTER, EVELYN | 3012 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| CARTER, JAMES LEE | 517 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| CARTER, KEMA | 2163 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| CARTER, LASHANNON | 1403 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| CARTER, SHADY | 1164 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| CASA DE AMIGOS OF MIDLAND TEXAS | 1207 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| CASA DE AMIGOS OF MIDLAND TEXAS | 1208 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| CASA DE AMIGOS OF MIDLAND TEXAS INC | 1206 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| CASH, MARY M | 3317 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| CASTERLINE, JOSEPH T | 3031 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| CASTERLINE, VANESSA | 1608 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| CASTLES, VANCE | 1160 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| CASTON, MELISA | 3613 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| CASTRO, SARA D. | 1069 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| CATHCART, KAREN | 1125 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| CATHEY, KELLE R | 1320 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

22

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| CELTIC LIQOUR CO. | 1422 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| CENCER, RACHAEL | 3168 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| CENTER ST CHURCH OF CHRIST | 1497 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| CENTRAL BAPTIST CH | 413 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| CENTRAL TEXAS WOMEN'S CLINIC | 1441 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| CHAIN, DONNA M | 285 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| CHAIREZ, CARMEN A | 2049 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| CHAMBERS JR, HENRY | 2062 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| CHAMBERS JR, HENRY V | 2045 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| CHAMBERS, HENRY | 2069 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

23

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| CHAMBERS, MARY | 1467 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| CHANCELLOR, PAUL | 3978 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| CHANG, LIZBETH | 3098 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| CHANG, NANCY | 3751 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| CHAO, ROSA | 3045 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| CHAPA, ROSIE | 1915 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| CHAPMAN, KENNETH | 2996 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| CHAPMAN, LARRY | 2071 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| CHARLES, JUAN | 1326 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| CHATMAN, JIMMIE | 5450 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| CHAVEZ, TOMAS | 1890 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| CHISHOLM LIVE OAK RANCH | 3173 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| CHOICE, SHANDALYN D | 1610 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| CHRIST, WANDA | 3455 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| CHRISTENSEN, WAYNE A | 1911 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| CHRISTMAN, DANIEL H | 1442 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| CHUMLEY, SARAH | 680 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| CLARK, BELINDA | 2660 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| CLARK, MARY H | 1387 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| CLEM INC | 2246 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

RLF-11367552_1

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| CLINE, HAZEL J | 354 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| COBB, GLORIA | 533 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| COCHRAN, LEE M | 435 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| CODINAS, MATEO | 3360 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| COFFMAN, SHIRLEY | 4675 | The hearing on this claim has been continued to February 10, 2015 starting at 9:30 a.m. (EST). |
| COLBURN, WANDA | 1926 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| COLLIER, VESTA | 783 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| COLLINS, JONISE | 3044 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| COLLINS, MARK E | 1404 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| COLLINS, PAMLIN | 1702 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| COLLINS, TROY | 1411 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

### Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| COLON, PEDRO | 1338 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| COMBS, DEAN D | 2262 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| COMER, LARRY | 4979 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| CONOVER, BRANDON | 1310 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| COOK, A C | 3003 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| COOK, A CHARLES | 3001 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| COOK, DIANE | 894 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| COOK, DIANE | 3002 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| COOK, ELIZABETH | 2444 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| COOK, TERESA A | 3926 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

27

RLF-11367552_1

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| COOPER, DENNIS | 4193 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| COOPER, DENNIS & TERRY | 4194 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| COOPER, SUSAN | 2186 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| COOPER, TERRY | 4195 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| CORBETT, DANNY | 4802 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| CORDER, PAMELA L | 1496 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| CORPUZ, JOANN | 2692 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| COTTINGHAM, BRANDI | 3391 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| COX, BILLIE | 1977 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| COX, KENNETH | 1292 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

RLF-11367552_1

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

## Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| CRABB, DIANE | 473 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| CRADIT, LISA | 229 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| CRAMER, PEGGY | 1244 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| CRESTVIEW FARM | 1283 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| CRESTVIEW FARM LLC | 1282 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| CRESTVIEW FARM LLC | 1281 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| CRETE, LOU | 1382 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| CRISLIP, MARILYN | 2595 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| CROUCH, CHARLES C | 2550 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| CROWDER, ROSALYN | 426 | Response filed on December 24, 2014. [Docket No. 3156]. A revised form of order has been submitted under certification of counsel. |

29

RLF-11367552_1

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| CRUZ, ENGUEL | 2018 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| CRUZ, HOPE | 4680 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| CRUZ, OLGA M | 2017 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| CUMBERLEDGE, BRANDY | 1573 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| CUNNINGHAM, ALICE | 687 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| CURRIE, E A | 3747 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| CUSHMAN, JAMES | 318 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| CUTRIGHT, EDWARD | 3160 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| CVIKEL, CHRYSTAL | 3198 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| DALLAS EVIDENCE LTD CO | 658 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| DANIEL, CARMEN T | 360 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| DANIELS, GILBERT | 2305 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| DANIELS, KRESHA | 4667 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| DANIELS, YVONNE | 1852 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| DANSBY, MARGARET | 1171 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| DANSBY, MARGARET | 1172 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| DANSBY, MARGARET W | 1173 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| DAO, DANIEL | 723 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| DAO, HUNG | 2941 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| DAUN, BONNIE | 3703 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

RLF1-11387552_1

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| DAVENPORT, JOHNETTE | 3923 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| DAVID E WEBER OD PC | 3491 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| DAVIS, ANGELIA | 2847 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| DAVIS, FURMON | 2143 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| DAVIS, JIMMIE C | 552 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| DAVIS, MARY ANN | 3485 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| DAVIS, ROBERT | 772 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| DAVIS, SHERDIE | 2401 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| DEBS | 2937 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| DEBS INTERNET LOUNGE | 2936 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

32

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| DECOU, APRIL | 3123 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| DEERING, PAUL E | 747 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| DEHART, KATRINA | 3388 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| DEL RIO, V E | 258 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| DELATOUR, MARJORIE | 2166 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| DELEON, JOHN | 3488 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| DELGADO, MARIA NAVEJAR | 2004 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| DELOSSANTOS, MARISOL | 1473 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| DEROBERTIS, TROY D | 1554 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| DESIGN SECRETS | 2365 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

RLF-11367552_1

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| DIAZ, FREDY | 1204 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| DIAZ, JUAN DE DIOS | 5626 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| DICKINSON, WILLIAM H | 1584 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| DICKINSON, WM H | 1516 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| DICKMAN, RICHARD A | 933 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| DILORENZO, RAYMOND | 4046 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| DINH, TONY | 1183 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| DISQUE, KELLY | 424 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| DITERESA, MATTHEW | 781 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| DIVINE, CHRISTINA | 2838 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

34

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| DIXON, GLADYS | 296 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| DOOLEY, NENA | 4130 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| DORGAN, JOSEPH C | 1378 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| DORRIS, EARL | 1284 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| DORRIS, JOE | 1286 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| DORRIS, JOE DAVID | 1285 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| DORROUGH, LYMETRA D | 2604 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| DOSS, LISA | 1577 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| DOSS, TRAE | 1645 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| DOUGHTIE, BROOKS | 1479 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

RLF-11367552_1

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

## Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| DOUGLAS, J P | 1829 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| DOUGLAS, JIMMIE L | 2791 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| DOUGLASS, SUSAN | 1184 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| DOWELL, BARBARA | 977 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| DOWNIE, DONELL | 925 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| DR KAREN EUERS DBA ANIMAL HOSPITAL OF KA | 1882 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| DRAKE, RUBY | 1976 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| DUARTE, JAMES M | 1096 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| DUDINSKY, LEE DANIEL | 2079 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| DUFFEE, M | 486 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

RLF-11367552_1

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| DUKE, KENNETH R | 1801 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| DUMAH, TIMI | 2592 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| DUMAS, ANGELA | 5429 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| DUNCAN, JOHN H. | 1094 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| DUNCAN, MARK | 252 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| DUNCAN, STEVE | 1250 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| DUNCIL, PAUL EDWIN | 1614 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| DUNN, ANGELE | 816 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| DUNN, DIANE | 328 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| DUNSWORTH, CINDY | 2813 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

RLF-11367552_1

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| DURAN, GLORIA | 3358 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| DURU, SYLVESTER | 1641 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| DWYER, BEVERLY | 852 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| DYAN, JACQULIENE | 8044 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| EADS, MAUDIE | 2588 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| EATON, GLENDALE M | 5748 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| ECKENROD, LINDA | 1844 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| EDWARDS, GEORGIA B. | 1251 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| EDWARDS, MELANICE | 2641 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| EDWARDS, NATASHA | 4516 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

38

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| EDWARDS, SHIRLEY | 3329 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| EHLINGER, ROBERT | 1989 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| EILAND, RUTH T | 342 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| ELLIOTT, SHAWNDRA | 2711 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| ELLIS, BEAU | 2545 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| ELLISTON, JAMES | 2342 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| EMBREY, WALLACE | 402 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| EMMA, MANN | 1277 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| ENGLISH, RUSSELL | 1137 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| ERIKSSON, MARY | 4219 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| ERWIN, JIMMIE C. | 2099 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| ESCHOR, VERITA L. | 1978 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| ESPINOZA, ADRIAN | 2350 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| ESTATE OF CLENNON MOORE | 519 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| ESTES, WELDON | 8059 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| ESTES, WILDON | 8060 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| EUBANK, DENNIS | 4957 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| EUBANK, MAMIE L | 4406 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| EUBANKS, GAYLE T | 4409 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| EVANS, VIRGINIA | 4500 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

RLF-11367552_1

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| FAIR, DONNA | 2124 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| FANT, RITA | 1218 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| FAUSNACHT, CHERYL | 1683 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| FEATHERSTON, A B | 5028 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| FELLER, DOROTHA | 1869 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| FERNANDEZ, FRANCIA | 5671 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| FERRELL, LINDA A | 1826 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| FERRELL, SHERRY | 2635 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| FERRERI, DEBBIE | 2737 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| FISHER, CALVIN | 3354 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

RLF-11367552_1

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| FISHER, CAROLYN | 467 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| FISHER, DETRA | 3353 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| FISHER, MARY A | 715 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| FISHER, RICHARD | 3475 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| FLORES, RUDY | 2835 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| FLORES, SANDRA A | 1466 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| FOGARTY, MARGARET | 3193 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| FORBES, STACEY | 2141 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| FORD, ADEBRA | 2269 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| FORD, ARTHUR | 1678 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| FORD, CHARLOTTE J | 1212 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| FORD, JODEE | 2043 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| FORD, MICHELLE | 4603 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| FORTUNE, CONNIE | 1357 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| FOSTER, GORDON S | 273 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| FOSTER, MARK C | 1625 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| FOUR DUECES, THE | 895 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| FOWKES, SHIRLEY D | 1639 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| FOX, BERT | 3465 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| FOX, BRUCE | 3780 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| FOX, MARK | 356 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| FOXWOOD PREP SCHOOL INC | 1531 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| FRANCIS, AL | 1836 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| FRANK HAJDA | 2279 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| FRANK, SABINE | 1414 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| FRANKLIN, CAROLYN JO | 3713 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| FRANKLIN, CLARA D | 4378 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| FRANKLIN, JEANETTE | 4902 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| FREITAG, CHRSTOPHER | 2450 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| FRIEDRICH, CINDY | 1896 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

44

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

### Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| FRITZE, DAVID | 383 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| FUENTES, MARTHA | 2443 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| GADOLA, DAVID | 4017 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| GALANIS, KELLY | 756 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| GANDY, ELMA | 601 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| GANN, WAYNE | 408 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| GANTES, STEFFANI | 4416 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| GARCIA, CHEREESE | 2092 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| GARCIA, GLORIA | 1002 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| GARCIA, ISABEL | 1925 | The hearing on this claim has been continued to February 10, 2015 starting at 9:30 a.m. (EST). |
| GARCIA, JANIE | 4541 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| GARCIA, KATHY A | 840 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| GARCIA, LAURA | 4540 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| GARCIA, MANUELA | 414 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| GARCIA, MICAELA | 501 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| GARCIA, YOLANDA AGUILAR | 416 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| GARCIA, ZULEMA | 5036 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| GARDNER, JOHNNY | 1488 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| GARDNER, STEVE | 4577 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| GARNER, BRENDA L | 4463 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| GARNER, DIANE | 3034 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

RLF-11367552_1

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| GARONZIK, LYNN | 534 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| GARVEY, JOE | 602 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| GARZA, JANIE | 1737 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| GAWTHORN INVESTMENTS DBA WINGSTOP | 1470 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| GAYTAN, ARMANDO | 2591 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| GERARDO, TORIBIO | 2955 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| GERMANY, JOAN L | 2292 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| GIBSON, ROBERT T | 3451 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| GIFFORD, BONNIE | 2632 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| GILL, LINDA | 3458 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| GILLHAM, BOBBY | 833 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| GILLINGER JR, RAYMOND LEE | 1609 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| GILLINGER, ANN | 3030 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| GILPIN, JOHNNIE M | 4880 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| GIORDANO, TONY | 998 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| GLEIM, L ROY | 665 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| GLENN, THERESA | 535 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| GLIDDEN, EDDIE L | 449 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| GODINEZ, DELIA | 1539 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| GOFF, CONNIE | 721 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

48

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

## Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| GOFFNEY, KIMBERLEY | 3608 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| GOLDEN, RUBY A | 316 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| GOLSTON, JOHNITA MAUDELL | 2854 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| GOMEZ, BETTY | 2716 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| GONZALES, CONCEPCION | 829 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| GONZALES, HORACIO | 437 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| GONZALES, ISIDRA | 2036 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| GONZALES, JOE | 1316 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| GONZALES, LINDA | 850 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| GONZALES, PEGGY | 479 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

49