Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| GONZALEZ, CARLOS | 609 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| GONZALEZ, ELETICIA | 3439 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| GONZALEZ, JOE | 1315 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| GONZALEZ, JOE | 1336 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| GONZALEZ, JOE | 1335 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| GONZALEZ, JOSE | 3442 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| GOVAN, DONALD | 2930 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| GOZA, RICHARD A | 2667 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| GRACE FAMILY CHURCH | 4179 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| GRAMMER, CAROL | 2901 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

50

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| GRANT, EVERNE | 5660 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| GRAVES, JUDY | 1476 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| GRAY, BILLIE M | 3141 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| GRAY, GEORGE RANDALL | 2057 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| GRAY, TRUDY | 3644 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| GREEN, ADRIENNE | 1845 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| GREEN, HOWARD W | 3484 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| GREEN, PATTY | 1259 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| GREENBURG, JEFF | 1580 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| GREENE, RICHARD | 391 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| GREGORY, GARY | 613 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| GRIFFIN, JACQUES | 2374 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| GRIFFIN, YVETTE | 4461 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| GRIFFITH, CLAY | 2790 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| GROSS, MICHAEL | 1635 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| GUERETTE, ROSITA | 2883 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| GUERRA, YVETTE | 561 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| GUINN, JEANNE | 3380 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| GUITAR, DAVID | 510 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| GUTIERREZ, JOHN G | 701 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| GUY, BERDA | 1010 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| GUY, MASON | 2738 | Response filed on December 29, 2014. [Docket No. 3153]. The hearing on this claim has been continued to February 10, 2015 starting at 9:30 a.m. (EST). |
| HALBERT, KYMBERLEE M | 230 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HALL, DEBRA | 1390 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HALL, GLENDA JOYCE | 1221 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HAMILTON, LAQUITA | 1187 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HAMILTON, LAWRENCE | 1736 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HANCOCK, CHARLES A | 308 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HANDSBER, CATRINA R | 4900 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HANDSCHUCH, RICHARD | 5113 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

RLF-11367552_1

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| HANEY, CATHY | 429 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HANSON, LAROY | 2399 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HARDEN, MARVAL | 3212 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HARMS, ROBERT E | 2121 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HARRINGTON, CARI | 2732 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HARRIS, ASHBY T | 1601 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HARRIS, BEA | 842 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HARRIS, CHERYL | 1205 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HARRIS, COLLETTE M | 3095 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HARRIS, DEBRA | 2721 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

RLF-11367552_1

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| HARRIS, ELIZABETH | 5118 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HARRIS, ELIZABETH A | 4728 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HARRIS, MARY | 476 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HARRIS, SHARON | 527 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HART, CATHY D | 3481 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HARTFIELD, ALICE L | 720 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HARWOOD EXPLORATION INC | 2642 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HAUN, LINDA | 1783 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HAWKINS, B J | 3308 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HAWKINS, JOAN | 3395 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

RLF-11367552_1

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| HAY CHIHUAHUA MEAT MARKET # 1 | 3985 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HAYNES, CAROLYN | 399 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HAYNES, OLEN | 2763 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HAYNES, RITA | 3450 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HEARON, NANCY G | 3048 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HEIDELBERG, WILSON | 2580 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HEIRAS, HUMBERTO | 2322 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HELLSTERN, MICHAEL W | 2834 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HENDERSON, BEN | 3773 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HENDERSON, BEN | 3770 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

RLF-11367552_1

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| HENDERSON, BEN | 3772 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HENDERSON, BEN | 3774 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HENDERSON, BEN | 3771 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HENDRICKSON, ROBERTA | 3717 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HENDRIX, JERRY K | 1920 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HENRY, AVIA | 2280 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HENRY, NOEL | 958 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HENRY, PATRICK | 1640 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HERIGON, PAUL | 1485 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HERMAN, TERESA M | 1255 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| HERMON, ESTELLE | 522 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HERNANDEZ, GLORIA | 1924 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HERRING, HELEN J | 2684 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HEZEL, TILL | 2880 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HEZEL, TILL | 2881 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HICKEY, DEBORAH | 4711 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HICKS, AMANDA J | 3947 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HICKS, ANDRA | 2277 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HIGHTOWER, JACQUELINE | 3827 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HILL, DANIEL | 477 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| HILLIN, EARL W | 985 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HINES, CRYSTAL SHEREA | 1515 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HINES, JAMES P | 794 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HINES, NELL FAYE | 4208 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HINES, SUZANNE | 1758 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HINTZ, GARY | 193 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HODGE, DONALD | 384 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HOEHN, ROBERT | 3243 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HOLBERT, APRIL | 1166 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HOLDER, BOBBY D | 261 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

RLF-11367552_1

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

## Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| HOLLEMON, BARBARA | 3242 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HOLLEY, JUDY | 8078 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HOLLIDAY, BILLY | 543 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HOLMES PHARMACY | 1621 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HOLMES, BARRY | 371 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HOLMES, NAKIA A | 2816 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HOOKS, GEORGE L | 1705 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HOPKINS, DARON | 1703 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HOPPER, GARY W | 807 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HOPSON, DEWAYNE | 2256 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

RLF-11367552_1

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| HORN, LUE PRICE | 1842 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HORN, MILLIE R | 1372 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HORNECKER, MICKEY C | 4395 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HOUSEWRIGHT, SUZANNE | 3169 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HOUSTON, ALISHA | 312 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HOWARD, DANIEL J | 1843 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HOWARD, HAROLD | 1241 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HOWARD, HAROLD | 1242 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HOWARD, HAROLD | 1243 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HOWZE, SHERI | 2728 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

61

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| HUCKIN III, WILLIAM P | 1118 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HUDSON, GLORIA | 3483 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HUFFMAN, M E | 1984 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HUFFSTUTTLER, KATHY | 2409 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HUITT, CINDY | 1348 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HURD, NICHOLAS | 2630 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HUTCHINSON, DON | 2052 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HUYNH, VU P | 3628 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HYLES, CHARLES | 2140 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| INGOE, MARGIE D | 3206 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

RLF-11367552_1

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| IOVINE, JACK | 906 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| J D GAS INC. | 470 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| JACKSON, DEBORAH | 5667 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| JACKSON, JUANITA | 1509 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| JACKSON, LEOLA | 2646 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| JACKSON, LETITIA | 491 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| JACKSTADT, MARK C | 1789 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| JACOBS, RON | 2282 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| JACOBS, SHAMMIKA | 2990 | The hearing on this claim has been continued to February 10, 2015 starting at 9:30 a.m. (EST). |
| JAMES, DONALD | 1502 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| JAMES, WANDA M. | 197 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

63

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| JENKINS, ADRAIN | 4699 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| JENKINS, CHARLOTTE | 862 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| JENKINS, KIMBERLY | 4007 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| JENKINS, MAE L | 782 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| JENKINS, TERRI M | 2736 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| JENSEN, SHARON | 1556 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| JEWELL, CLINTON | 3689 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| JHONSON, ZAIRE | 1526 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| JMS INVESTMENT COMP | 1178 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| JOES CAR STOP TOO INC. | 450 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

64

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

## Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| JOHNSON, BEVERLY | 1448 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| JOHNSON, CURTIS | 434 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| JOHNSON, DEBRIE | 776 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| JOHNSON, FRESHUNDIA | 3621 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| JOHNSON, GALE | 1477 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| JOHNSON, KATHERINE | 3925 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| JOHNSON, KENNETH | 1092 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| JOHNSON, LOLA | 1346 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| JOHNSON, RHEA | 6069 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| JOHNSON, RICKY E | 348 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

RLF-11367552_1

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| JOHNSON, RONALD K | 2313 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| JOHNSON, SANDRA | 4459 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| JOHNSON, ZAIRE | 1182 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| JONES REED, EVELYN D | 3125 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| JONES, ADRIAN | 3517 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| JONES, DOROTHY | 4682 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| JONES, E DEANE | 972 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| JONES, EDDIE | 3066 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| JONES, JEANETTE MOSMAN | 2104 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| JONES, JERRY R | 3063 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

RLF-11367552_1

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| JONES, JUDY M | 4070 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| JONES, LAWRENCE, JR | 4724 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| JONES, LEOLA | 1571 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| JONES, LISA | 838 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| JONES, LISA | 2077 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| JONES, OLLIE | 3136 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| JONES, PAT A | 2427 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| JONES, R T | 3501 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| JONES, R T | 3502 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| JONES, STELLA | 3828 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

RLF-11367552_1

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| JONES, VERNIA MAE | 4071 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| JORDAN, DONNA | 1551 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| JORDAN, MARGARET | 2991 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| JORDAN, RONNIE | 1117 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| JOSEPH, DEBRA | 2120 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| JOSLIN, GEORGIA LORETTA | 445 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| JUAREZ, SAL | 3203 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| JURADO, MARIANA | 1447 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| K S MARKETING INC | 1418 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| KARRASCH, DONALD | 2083 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

RLF-11367552_1

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| KELLEY, ELSIE | 3088 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| KELLEY, RAY D | 1889 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| KELLUM, LEIGH ANN | 460 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| KELLY, DEBORAH | 6299 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| KENISON, ROBERT A | 1067 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| KENNEDY, LINDA J | 2467 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| KENNEDY, ROGER T | 2247 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| KEYES, MICHAEL | 1808 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| KEYES, SUSAN | 2891 | Response filed on December 31, 2014. [Docket No. 3164]. The hearing on this claim has been continued to February 10, 2015 starting at 9:30 a.m. (EST). |
| KILLEBREW, SHARRON | 1370 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

69

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| KIMBLE, WILLIE | 499 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| KING, CHARLES | 690 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| KING, SHIRLEY | 3489 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| KIRKPATRICK, LORIE | 2066 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| KIRVEN, JOSEPH | 1006 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| KLEMENT, GREG | 1364 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| KLEMENT, GREG A | 1367 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| KLESSIG, RICHARD E | 4649 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| KOENNING, BARBARA | 3572 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| KOEPKE, DAVE F | 4778 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

## Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| KORNEGAY, LYDIA | 2172 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| KOWALICK, WYNSU LAWRENCE | 488 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| KUECK, STEVE E | 2767 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| KULAS, JOHN | 3737 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| KUYKENDALL, R L | 3566 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| LAFFERTY, CHRISTINA | 2243 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| LAKES, JANE HAVEN | 546 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| LAL, HARBANS | 1139 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| LAMBERT, LATONYA | 1592 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| LAMPE, MICHAEL | 5451 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| LAMPTON, ANDRE | 921 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| LAND, MYRA | 685 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| LANDERS, BARBARA | 3444 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| LANDS, CHRIS | 567 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| LANE, ESSIE | 4457 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| LANE, FLOYD | 823 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| LANG, ALLEN M | 1398 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| LANGLEY, SUSANNE L | 936 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| LAPPIN, MICHAEL | 1606 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| LARSON, LAWRENCE E | 2590 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

72

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

## Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| LAYTON, TRACY | 3567 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| LE BLANC, JOSEPH | 2657 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| LEE, BARBARA | 2434 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| LEE, BRENDA A | 331 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| LEE, DOROTHY | 2681 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| LEE, DOROTHY | 897 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| LEMMON, RODNEY | 1582 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| LENZ, TRACY | 1157 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| LENZINI, A E | 1832 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| LEON, AURELIA | 1586 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

RLF-11367552_1

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| LEONARD LEWIS SALES & SERVICE LLC | 472 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| LEVELS, GARY | 4579 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| LEVERING, CRAIG | 563 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| LEWIS, KELLI | 487 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| LEWIS, LEONARD | 375 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| LEWIS, ROY | 3221 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| LILLY, JO MARIE | 4700 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| LIM, ANDREW | 5242 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| LISENBE, PATSY | 361 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| LITTLE, KEVIN C | 607 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

74

RLF-11387552_1

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| LITTLE, THOMAS H | 2425 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| LITTLEFIELD, SUSAN P | 1568 | The hearing on this claim has been continued to February 10, 2015 starting at 9:30 a.m. (EST). |
| LOCKWOOD, MICHELE | 4023 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| LOMBARDO, KIRSTEN | 771 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| LONG, ANGELA | 2428 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| LONGENBERGER, JOANNA | 3702 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| LONGORIA, JOSEFA | 2035 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| LOPEZ, HUGO | 1996 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| LOPEZ, IGNACIO | 4806 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| LOPEZ, YOLANDA | 1850 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| LORD, JAMES W | 4779 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

75

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| LORRAINE, CHERYL | 826 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| LOTT, SANDRA | 3011 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| LOVE, PATRICIA D | 6172 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| LOWE, ANNIE B | 3178 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| LOWE, JIM | 3179 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| LOWELL, CYM H | 1825 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| LU, CUONG | 1493 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| LUKACHEK-GREGG, JOAN | 199 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| LUMAN, JANE G | 664 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| LUTZE, KENNETH | 2031 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

RLF-11367552_1

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| LUTZE, KENNETH | 2032 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| LUTZE, KENNETH | 2033 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| LUU, JAMES | 1652 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| LYNCH, GERALDINE C | 2072 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MACEDO, PAULA | 3397 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MACHAC, FREDDIE | 2620 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MACHAC, THOMAS WAYNE | 1894 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MACKEY, CANDICE | 4876 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MAGGARD, RICKY L | 2856 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MAGNOLIA GREEN TOWNHOME | 380 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

77

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| MAJORS, SOPHIA LOREN | 1145 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MAKOVY, BECKY | 194 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MALLENGER, JULIET | 1895 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MANCUSO, GAYLE | 2688 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MANLEY, DOLORES C | 364 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MANN, EDD | 1278 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MANNS, JEFFERY D | 5430 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MANVEL CHRISTIAN CHURCH | 4731 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MARICELA TALAVERA DBA: | 1746 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MARKHAM, JAMES | 547 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| MARKS, ARLETA | 3225 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MARKS, MARVIN | 1646 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MARLIN RENTAL & MACHINE INC | 1198 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MARSALIS AVENUE BAPTIST CHURCH | 3443 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MARTIN ENTERPRISES | 2511 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MARTIN, AMY | 5243 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MARTIN, TWILLA | 4109 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MARTINEZ, DONNA K | 3383 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MARTINEZ, JOSE H | 544 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MARTINEZ, LORI LYN | 3366 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

RLF-11367552_1

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

### Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| MARTINEZ, MARISOL | 1435 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MASTERS, BILL | 675 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MASTERS, JOYCE | 674 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MATHEWS, R W | 2042 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MATHEWS, R W | 2513 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MATTHEW, ABRAHAM C | 6169 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MAURACADE, NIM | 734 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MAYERS, PAMELA | 209 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MAYFIELD, DOTTIE H | 2402 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MC DONALD, BOB R | 1176 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

80

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| MCCAIN, MICHAEL | 1099 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MCCAINE, SHANA | 2514 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MCCALL, CHARLENE | 1391 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MCCARTY, DEBORAH | 1651 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MCCARTY, RICHARD | 1899 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MCCLANAHAN, JAMES A | 1356 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MCCLANAHAN, JAMES A. | 779 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MCCLENDON, STEPHANIE | 288 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MCCOY, LAURA | 1846 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MCCRANEY, S.D. | 1849 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| MCDANIEL, EVA | 3171 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MCDONALD, VEDA | 496 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MCELVANY, DOROTHY | 1623 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MCGAUGH, J P | 1144 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MCGREGOR, JEFF | 3080 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MCHENRY, MARY | 4542 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MCKEEVER, KEITH | 1167 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MCLEAN, EVA L | 2449 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MEADOR, DOAK | 556 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MEDINA, GERARDO RAMON | 3041 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

82

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| MEDINA, PATRICIA | 3561 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MEDRANO, JENNIFER CHEVON | 2215 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MEDRANO, LUCAS GONZALES | 2218 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MENDEZ, LYRIA | 2303 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MENDEZ, RAUL R | 2287 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MENDIETA, ELENA | 387 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MENKING, NANCY | 1626 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MIDGETT, JOHN | 3128 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MIGUEL, JOE | 666 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MILES, RENA | 3817 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| MILLER- JOHNSON, MARYANN I | 1339 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MILLER, AARON | 448 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MILLER, DAVID W | 821 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MILLER, DRALON | 195 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MILLER, KEITH | 1268 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MILLICAN, AMY | 4511 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MINYARD, MICHAEL | 2506 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MITCHELL, DORRIS J | 3625 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MITCHELL, HAZEL | 791 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MITCHELL, LISA MARIE | 2675 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

## Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| MITCHELL, MARDELL | 4969 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MITCHELL, PAMELA | 2090 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MITCHNER, TOMMY L | 358 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MOEHN, PATRICIA | 4013 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MOLINA, ELVIRA | 3950 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MOLINAR, ANTONIO | 1682 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MOLT, JOHN PETER | 3521 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MONTGOMERY, DAWN | 3241 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MONTGOMERY, G W | 4583 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MONTGOMERY, LINDA | 4087 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| MONTGOMERY, PATRICK L | 1417 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MOODY, BEVERLY K | 1749 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MOODY, SARA ANN | 2547 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MOORE, DARLENE | 2098 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MOORE, DAVID | 1762 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MOORE, HAROLD DEE | 4181 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MOORE, HENRY B | 4518 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MOORE, JAMES | 1469 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MOORE, NORMA J | 2263 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MORALES, SANDY | 4396 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

RLF-11367552_1

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| MORAN, SALLY L | 1407 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MORENO, NORA | 2363 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MORENO, TINA | 801 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MORGAN, BRENDA JOYCE | 1938 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MORGAN, NICOLE | 3084 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MORIN, SANJUANITA | 1247 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MORRIS, KENNETH | 2671 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MORRIS, ROY T | 790 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MORRIS, ROY T. | 788 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MORRISON, JUDY A | 2784 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

RLF-11367552_1

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| MOSMEYER, GARY | 3715 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MOSS, VERNETTE | 2318 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MOTE, C H | 3005 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MOTHERSHED, WILLIE | 8076 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MOULTON, ALLEN | 1454 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MOURACADE, NAIM | 735 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MOYERS, JAMES | 1445 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MULCAHY, MICHAEL | 294 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MULCARE, ROHAN IVOR | 2773 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MULHOLLAND, DAVID | 1217 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

88

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| MULLA, MUSHTAQ A | 1220 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MUNIZ, VICENTE | 1309 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MUNOZ, ANITA | 7516 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MURPHY, MARY | 2622 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MURPHY, MARY | 2623 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MURPHY, VERONICA L | 858 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MYERS, PATRICIA | 924 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| MYERS, SARAH | 219 | The hearing on this claim has been continued to February 10, 2015 starting at 9:30 a.m. (EST). |
| NANCY PATTERSON DBA : | 3765 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| NARVAEZ, HUMBERTO | 2185 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| NAUGHTY & SPICE | 2804 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

89

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| NAVA, BONNIE | 2368 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| NEAL, KATHEY | 1499 | The hearing on this claim has been continued to February 10, 2015 starting at 9:30 a.m. (EST). |
| NEAL, RONNIE | 1015 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| NEDD-JOHNSON, NANNETTE | 2021 | The hearing on this claim has been continued to February 10, 2015 starting at 9:30 a.m. (EST). |
| NEELY, SHAWANA | 506 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| NEEPER, PAMELA | 1921 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| NELSON, JAMES M | 372 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| NELSON, JILA | 1819 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| NETTERS, IRIS | 396 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| NEVILL, RUTH | 978 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| NEW BEGINNINGS UNISEX | 1146 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

90

RLF-11367552_1

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| NEWMAN, LEAH | 369 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| NEWMAN, VICKI | 1449 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| NEWSOME, RV | 2325 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| NGUYEN, NAM | 1622 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| NGUYEN, NGHIA | 1530 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| NICHOLS, DON D | 1110 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| NICHOLS, JAN | 508 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| NICHOLS, MELANIE | 454 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| NICHOLS, MELANIE | 455 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| NICHOLS, TRUDY | 2649 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

RLF-11367552_1

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| NICHOLSON, GLENN E | 4958 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| NIKKO, SANDRA LAM | 1327 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| NORTHCOTT, A R | 259 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| NOVAK, LINDA | 307 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| NOVELLI, CRAIG | 2548 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| OIDA CHRISTIAN UNIVERSITY | 811 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| OKPALA, BENNETH | 1699 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| OLBRISH, KIMBERLY | 669 | The hearing on this claim has been continued to February 10, 2015 starting at 9:30 a.m. (EST). |
| OLIVIERI, MARGARET | 3405 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| OOTEN, STEPHANIE | 2890 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| ORAND, CARMEN | 1553 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

92

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| ORTEGA, AMBROCIA | 1508 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| ORTEGO, JOHN R | 1973 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| OSIFESO, VICKIE | 315 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| OTTERBINE, WILLIAM | 1790 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| OTTINGER, OTTO | 4503 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| OWENS, MARY | 1107 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| OWENS, VICKI | 1916 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| PACKER, WILLIE | 1538 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| PAGE, DINA | 1795 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| PARDEE, KIMBERLY | 1796 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

93

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

### Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| PARHAM, GORDON | 667 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| PARKER, BARBARA E | 2472 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| PARKER, CHARLOTTE | 1942 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| PARKER, MARK | 253 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| PARWAZA, SHAHID | 2159 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| PATEL, JITENDRA | 5670 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| PATTERSON, ELEANOR | 1224 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| PATTERSON, LAVERN | 2242 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| PATTERSON, THERESA | 4331 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| PAYNE, RUBY | 2377 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

94

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| PECA, MARI | 374 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| PEDERSEN, BRENTT | 336 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| PENA, KAREN | 932 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| PENA, KAREN L. | 300 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| PENA, LISA | 2731 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| PENDER, JOHN | 1662 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| PENNINGTON, JEAN | 2039 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| PEREZ, CARMEN R | 1540 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| PEREZ, JUAN | 2258 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| PEREZ, JUAN F | 3685 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

95

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| PEREZ, SALVADOR | 1541 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| PERKINS, JESSICA | 2822 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| PERKINSON, CEDRIC CARL | 3364 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| PETERS, TOMMY | 1149 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| PETERSEN, ELIZABETH | 3195 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| PETERSON, REGINA | 3424 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| PETTIWAY, CEDRIC | 3415 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| PETTY, STEPHEN | 2180 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| PHILLIPS, BRENDA | 3746 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| PHILLIPS, MAYNARD | 1078 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

96

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

## Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| PICKENS, MICHAEL | 1655 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| PINKARD, CHONG S | 2109 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| PITRE, CHARON E | 4514 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| PLANA, DIANA | 2780 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| PODJAN, GREGORY | 220 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| POE FARM | 3766 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| POE FARM LLC | 3767 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| POINDEXTER-STEWART, WANDA J | 3343 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| POOL, GERALD WAYNE | 2178 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| PORTER, DONNA B | 2331 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| POTTEIGER, CAROL | 523 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| POTTER, LEON | 1276 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| POWERS & BLOUNT | 430 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| POYNTER, SHERONDA | 295 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| POYNTZ, IAN | 4000 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| PRENTIS, T E | 4884 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| PREWITT, PRISCILLA | 4353 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| PRICE, BRENDA | 1366 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| PRICE, CASSANDRA L | 1261 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| PRICE, JAMES E | 2127 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

98

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| PRICE, LECRESIA | 1748 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| PRICE, LESTER | 1747 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| PRIEVE, CHARLOTTE | 2782 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| PROCTOR, BILL | 2634 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| PRYOR, PATRICIA | 5661 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| PUEBLO LEASING | 1585 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| PUESAN, CESAR A, JR | 3090 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| PULLEN, ROBERT | 980 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| PURCELL, LINDA M | 1830 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| PYLES, W D | 910 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

99

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

### Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| QUALLS, CLIFFORD | 1517 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| QUIGLEY, BETTY JANE | 4207 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| QUILLIN, SUE | 2474 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| QUIROGA, JOSEPH DOUGLAS D | 323 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| R & S HOMES | 1429 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| RADISEWITZ, RICHARD | 3240 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| RAGAN, REBECCA | 2370 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| RAGUSA, PAM | 2216 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| RAHMES, MARY RUTH | 1433 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| RAINEY, JANEICE | 944 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

RLF-11367552_1