Energy Future Holdings Corp.
Third Omnibus (No–Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| RAINS, KATHY | 7637 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| RAMIREZ, NANCY | 2438 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| RAMIREZ, NOLAN | 1663 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| RAMOS, JOSEPH A | 3292 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| RAMOS, NERISSA | 3052 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| RAMOS, PAUL | 3293 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| RAOUFPUR, CYRUS | 1066 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| RAYDER, JO | 1980 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| RAYNER, FREDERICK W | 1919 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| REDIN, KAREN | 4898 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

RLF-11367552_1

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| REESE, MOLLIE | 4552 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| REEVES, BRENDA | 2829 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| REEVES, MARCUS | 3583 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| REEVES, WILLIAM H | 1513 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| RENFRO, JAMES | 3053 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| REYNA, MARCOS | 714 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| REYNOSO, ARMANDO | 5655 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| RHODES, ROGER | 773 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| RICE, PHIL | 851 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| RICHARDS, MARK | 813 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

RLF-11367552_1

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| RICHEY, CHARLES T. | 4727 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| RILEY, BARBARA B | 4672 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| RILEY, ROBERTA | 3384 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| RIVAS, DANIEL | 1634 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| ROBBINS, GINGER | 2713 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| ROBERSON, RICKEY | 678 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| ROBERTS, GWENDOLYN M | 3356 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| ROBERTSON, MARSHA | 3829 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| ROBINSON, ANTHONY | 3618 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| ROBINSON, CAROLYN | 2866 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| ROBINSON, DESIREE | 1132 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| ROBINSON, GLENDA N | 2549 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| ROCK N H FAMILY PLACE LLC | 3768 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| ROCK N H FAMILY PLACE LLC | 3769 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| RODGERS, TENA | 2343 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| RODRIGUEZ, CYNTHIA | 3635 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| RODRIGUEZ, GLORIA | 1236 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| RODRIGUEZ, LEO | 333 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| RODRIQUEZ, ROY | 814 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| ROGERS BAGNALL, NORMA R | 2932 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| ROJAS, ISABEL G | 2294 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| ROLAND, LAURA | 463 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| ROMINE, CYNTHIA C | 986 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| ROMO, ERNESTINA | 2585 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| ROSE NOVELTY COMPANY | 1564 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| ROSE, ELIZABETH | 748 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| ROSSER, SANDY | 1304 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| ROXXI ACCESSORIES INC | 2360 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| ROYAL, FORREST J | 2038 | Response filed on December 29, 2014. [Docket No. 3154]. A revised form of order has been submitted under certification of counsel. |
| RUDY, STEVEN | 2348 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

RLF-11367552_1

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| RUEB, DON E | 3435 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| RUSSELL, MARGREET | 2298 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| RUSSELL, SYLVIA | 242 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| RUSSO, MARIE C | 1512 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SAILER, KATHY | 4135 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SALDIVAR, ELIZABETH | 2408 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SALERNO, STEPHEN | 280 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SALIN, EVELYN | 2105 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SALINAS, SANDRA | 1436 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SALON AMBIANCE | 1937 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

RLF-11367552_1

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| SALUBI, DENISE | 1872 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SAMPLES, CHARLIE | 557 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SAMPSON, SANDY | 2393 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SAMS, MARY | 2111 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SANCHEZ, MODESTA A | 1354 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SANDERS, JAMES W | 1810 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SANDERS, MIA D | 441 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SANDLIN, ROBERT H | 745 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SANDS, YVONNE | 5654 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SARMIENTO, DORA E | 1561 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

## Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| SATTERFIELD, SHAREN | 1619 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SATYSHUR, BEN | 4003 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SAUCEDA, ISABEL | 819 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SAUNDERS, KEN | 951 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SAUTIN, ELENA | 1115 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SAWYER, DELLA S | 1136 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SAYLOR, TINIA | 4543 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SCALLION, ROSSELINE | 3159 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SCHARTZ, MYRNA | 1820 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SCHEBERLE, RON | 3812 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| SCHNEIDER, GLENDA | 451 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SCHNEIDER, HENERY | 1876 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SCHROEDER, DOLLY | 1627 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SCHULTZ, MIKE | 293 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SCHULTZ, MIKE | 1401 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SCHULTZ, MIKE | 1402 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SCHULTZ, STEVEN M | 3605 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SCHULTZ, WW | 2157 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SCITERN, DARREL | 849 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SCOTT, DAVID | 4411 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

RLF-11367552_1

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| SCOTT, ROBERT L | 4556 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SCOTT, SONJA | 4984 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SCOTT, VERNON | 4793 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SEIDEL, CLIFFORD C | 1486 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SELINDH, JOHN | 4335 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SELLERS, CAROLYN | 1140 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SERNA, MARICELA | 1471 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SEWELL, PATTI | 2119 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SEWELL, STANFORD | 2678 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SHARPLESS, RONDA G | 3558 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

RLF-11367552_1

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| SHAW, ALYSHA N | 2555 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SHAW, JAMES J | 1202 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SHAW, THOMAS E | 1363 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SHELDON, ROGER | 1016 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SHEPHERD, JOHN | 1428 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SHERMAN, DOROTHY L | 3032 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SHERWOOD, JUSTIN | 1828 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SHIELDS, GEORGE | 1494 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SHIERY, TOM | 2828 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SHOCKLEY ENGINEERING | 1912 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

111

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| SHOCKLEY, VIRGINIA | 1913 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SHORT, WILLIAM J | 677 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SHROPSHIRE, KELLY | 3565 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SHZU, TZU | 1560 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SIMMONS, ESTELLA | 1685 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SIMMONS, LINDA | 4690 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SIMMONS, ROGER | 3744 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SIMS, LAVOYCE | 4368 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SINCLAIRE, LINDA F | 1089 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SIVAM, THANGAVEL P | 3150 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

112

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| SKAFI, PATRICIA | 2593 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SLAUGHTER, MICHELLE | 2397 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SMALL, SCHARLOTTE | 4248 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SMITH, BETTINA | 3079 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SMITH, CHERYL | 247 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SMITH, CHERYL | 3486 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SMITH, CYNTHIA | 1423 | The hearing on this claim has been continued to February 10, 2015 starting at 9:30 a.m. (EST). |
| SMITH, DEAN | 2710 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SMITH, EVELYN | 2106 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SMITH, GINAE | 3813 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SMITH, JANICE | 2618 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

RLF-11367552_1

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| SMITH, JANICE K | 2619 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SMITH, JOHN MICHAEL | 3258 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SMITH, MARY ELLEN | 2382 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SMITH, MELODIE | 1489 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SMITH, MICHAEL B | 2617 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SMITH, OTHO, JR. | 2643 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SMITH, TONI | 2575 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SMITH, TWILENE | 4722 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SMITH, WENDY | 1437 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SMITHSON, CATHERINE | 3420 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

RLF-11367552_1

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

## Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| SOLOMON, FRANCIS T | 3419 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SOLOMON, LUCY H | 1100 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SOLOMON, SARAH | 2464 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SOMMERS, TREVA | 5280 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SONNE, PAUL | 1301 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SOPHIA MAJORS | 2470 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SOTO, MARIA | 428 | Informal response recevied. The hearing on this claim has been continued to February 10, 2015 starting at 9:30 a.m. (EST). |
| SOULEN, W A | 412 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SPEARS, DEBBIE | 1534 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SPENCER, KATHRYN | 3556 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

115

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| SPRINGER, WAYNE | 525 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| STALKER, JUNE | 1636 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| STALLINGS, RICHARD | 1416 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| STANFIELD, MELVIN | 2168 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| STANLEY, DAYNA | 560 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| STAPLES, LIZZIE M | 7634 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| STARKS, WILMA J | 805 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| STEER, COLLEEN M | 786 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| STEPHENSON, LARRY | 3742 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| STEPNEY, ROSE | 1328 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

116

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| STEPPES, TERRY | 2002 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| STEVENS, JOHN | 1504 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| STEVENS, MAXWELL ROBERT | 2051 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| STEVENSON, MICHAEL W | 343 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| STEWART, CLINTON | 1474 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| STEWART, DEBORAH | 2992 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| STEWART, JESSIE MAE | 3325 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| STEWART, JESSIE MAE | 3326 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| STEWART, PHYLLIS | 471 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| STEWART, PHYLLIS A | 469 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| STEZELBERGER, CHRIS | 4389 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| STIGALL, GLORIA | 2949 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| STIMSON, MARLA | 4507 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| STIMSON, MARLA | 4508 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| STONE, PATRICIA A | 6164 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| STONE, ROXANA | 2532 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| STRIBLEY, STEVEN | 1197 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| STRONG, G K | 2179 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| STRUBLE, HARRY | 2755 | The hearing on this claim has been continued to February 10, 2015 starting at 9:30 a.m. (EST). |
| STUART, C J | 2063 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| STUART, JAMES | 2064 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

118

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| STURECK, JANET | 3810 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SUFFKA, CINDY J | 2369 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SUGAR N SPICE LEARNING CENTER INC | 4883 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SUNNY FOOD MART | 1148 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SVACINA, PATRICK A | 2864 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SWEET, NAOMA | 1085 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| SYKES, MAY | 809 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| TALAVERA, MARICELA | 1588 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| TAMEZ, CHERYL | 3957 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| TAPIA, SUSAN D | 1670 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

119

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| TATAR, KATHERINE | 2001 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| TAYLOR, MACLOVIA | 1406 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| TAYLOR, MARY | 2476 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| TAYLOR, PATTI | 3376 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| TAYLOR, WENDY | 3101 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| TENG, SIEW PENG | 5032 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| TERRELL, BEVERLY | 1134 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| TERRY, KYRON | 231 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| THEIMER, KENNETH | 2508 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| THOMAS, CHANDRA | 3033 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

120

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| THOMAS, HOWARD | 263 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| THOMAS, LAURICE | 3013 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| THOMAS, SHARON | 4895 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| THOMAS, WILLIAM T | 3949 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| THOMPSON, CONSUELLA | 1903 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| THOMPSON, HELEN HOPKINS | 1033 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| THOMPSON, JEWEL DENE | 407 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| THOMPSON, KEN | 5750 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| THOMPSON, MICHAEL | 3699 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| THORNTON, CONNIE | 1439 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

121

RLF-11367552_1

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| THORNTON, DORIS | 806 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| TIELKE, THOMAS | 2375 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| TILL, CHERYL L | 2831 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| TITUS, LINDA | 6067 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| TOKARCZYK, MARK | 1200 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| TOLIVER, PRISCILLA | 4354 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| TORRES, EDUARDO | 1807 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| TOUPS, JOHN | 1258 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| TOWNLEY, LISA | 4011 | The hearing on this claim has been continued to February 10, 2015 starting at 9:30 a.m. (EST). |
| TRAMMELL, CASANDRA | 4306 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| TRAN, JULIANA | 4653 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

RLF1-11367552_1

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| TRAN, NGOC VAN | 1596 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| TRAN, NHAN | 2447 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| TRENTHAM, JIM E | 2074 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| TRINIDAD, EUGENIO | 2868 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| TRIPLE S RANCH INCORPRATED | 4499 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| TROY, MARIE | 3425 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| TRUITT, DOVIE | 4663 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| TRUITT, DOVIE | 4664 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| TURNER, ERICA | 4153 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| TURNER, MARY | 2022 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

123

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| TURNER, MICHAEL | 1647 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| TURPIN, DEBORAH | 1738 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| TURTUR, MARIO | 2691 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| TVETER, CLIFFORD | 2542 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| TWAMLEY, TIMOTHY | 3471 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| TYSON, RAMONA | 2135 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| TZANG, TONY | 2440 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| UDDLEY, GLORIA | 4512 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| UPSHAW, URIL | 438 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| URREGO, EDWIN | 505 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

124

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

## Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| VALCHAR, JERRY L | 4888 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| VALDEZ, NATALIO | 1349 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| VALENCIA, KAREN | 1511 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| VANCE, ALFRED | 2288 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| VANCE, THEO | 774 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| VANN, CHERYL | 5282 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| VASHER, SHARI | 1579 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| VASQUEZ, OSCAR | 3986 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| VASQUEZ, OSCAR A | 3987 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| VENHUIZEN, JHON | 812 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| VENTURA, JOSE | 2396 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| VERA, TRACEY | 2054 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| VETTER, ANN W. | 1409 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| VIBBERT, KENNY | 2411 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| VILLAGE PARK PARTNERS | 1108 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| VINCENS, EDWARD | 2324 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| VOHLKEN, CORLYN | 1756 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| WAGLEY, WANDA | 2904 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| WAGNER, CHERYL | 1492 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| WAKELAND, B D | 2884 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| WALCH, JUDITH | 478 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| WALKER, BETTY | 3504 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| WALKER, CHARLOTTE | 207 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| WALKER, CHRISTY | 7734 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| WALKER, JOHNNY | 5274 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| WALKER, RICK | 2410 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| WALL, JAMES L | 1211 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| WALLACE, BILL AND BARBARA | 332 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| WALLACE, BILL AND BARBARA | 1080 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| WALLACE, DAVE | 4374 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

RLF-11367552_1

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| WALLER, KENNETH WAYNE | 3611 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| WALTMAN, MARY | 1331 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| WALWORTH, CONNIE K | 3336 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| WANG, CHIA CHING T | 4689 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| WARD, ALEXA LYN | 2259 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| WARREN, ARTHUR L | 931 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| WARREN, DELORES | 468 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| WARREN, LINDA A | 8083 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| WARSCHAK, CARROLL | 1605 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| WASHBURN, GARY D | 3144 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

RLF-11367552_1

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| WASHINGTON, MAMMIE | 765 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| WATERS, CLYDE M. JR. | 927 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| WATERS, CREOLA | 2906 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| WATTS, ROBERT | 993 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| WEAVER, BRENDA | 1413 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| WEBB, MILDRED I | 732 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| WEBER, CHRISTINE RUTH | 4952 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| WEISE, CELESTA | 739 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| WEISS, BENAY | 249 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| WELDON, EDDIE | 4729 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

129

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

## Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| WESLEY, KATHEY | 7630 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| WHALEY, SYLVIA | 2323 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| WHEELER, WILLIETTA | 4400 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| WHEELER, WILLIETTA PINKERTON | 4607 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| WHITE, A G | 571 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| WHITE, ARLENE F. | 1393 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| WHITE, HERMAN | 554 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| WHITE, JIMMY | 2855 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| WHITE, SARAH | 2806 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| WHITE, SARAH ELIZABETH | 2805 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

RLF-11367552_1

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| WHITESIDE, CHARLES | 3382 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| WHITLEY, BRENDA | 3559 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| WHITLEY, SHIRLEY | 3575 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| WIDDICK, PAULETTE | 2676 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| WIGGINS, MARY | 2413 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| WIGGINS, MARY | 2414 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| WILKERSON, LORETTA | 2009 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| WILKINS, JOYCE L | 206 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| WILLIAMS- SMITH, LOLA | 264 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| WILLIAMS, ALICE M | 378 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

131

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| Exhibit A | | |
| WILLIAMS, CAROLYN | 3316 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| WILLIAMS, DOROTHY | 2056 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| WILLIAMS, FLORA D | 3067 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| WILLIAMS, GLORIA R | 2451 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| WILLIAMS, JACKIE | 909 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| WILLIAMS, JANIE AILEEN | 1359 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| WILLIAMS, JOHNNY | 703 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| WILLIAMS, JON | 2725 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| WILLIAMS, LIZA | 406 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| WILLIAMS, MELVIN | 4578 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

RLF-11367552_1

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| WILLIAMS, PEGGY J | 2600 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| WILLIAMS, VERA | 1266 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| WILLIAMS, WALTER L | 3152 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| WILLIS, M J | 7724 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| WILLIS, PATRICIA | 1111 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| WILSON, DONNA J. | 513 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| WILSON, IVAN | 5759 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| WILSON, JAMES | 2897 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| WILSON, LISA | 1804 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| WILSON, SALLY | 5760 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

RLF-11367552_1

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| WINSLOW, RICHARD L | 738 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| WITHERS, JUDY | 409 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| WOJNOWSKI, VICKI | 2661 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| WOLD, LARRY D | 5675 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| WOLSKE, SL | 1264 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| WOMACK, BILLY | 2228 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| WONG, ANN L | 2177 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| WOOD, ROBIN B | 3678 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| WOODSON, DOUGLAS | 1273 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| WOODSOW, CHARLIE | 5111 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

134

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| WOOTEN, ROBBIE R | 1307 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| WRIGHT, DAN | 205 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| WRIGHT, JANEESE | 3643 | The hearing on this claim has been continued to February 10, 2015 starting at 9:30 a.m. (EST). |
| WRIGHT, MARILOU | 2682 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| WURZBACH, JAMES E | 1163 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| YBARGUEN, JOHNNIE | 979 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| YOUNG-ANDREWS, GLORIA | 2509 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| YUHL, LEIGH | 2000 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| ZACCARIA, SUSIE | 1450 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| ZAMARRON, ROGER | 3209 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| ZAMORA, CHRISTINA | 1559 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| ZANT, THEOLA | 1460 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| ZANT, THEOLA A | 1459 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| ZDUNKEWICZ, VICTOR | 1897 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| ZILUCA, DOLORES | 3099 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| ZINSMEISTER, PATRICIA | 1087 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| ZIPPILLI, RICHARD J | 2278 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| ZUNIGA, MANUEL | 1851 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

136