**EXHIBIT D**

Energy Future Holdings Corp.
Fourth Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit 1 to Exhibit A** | | |
| 4IMprint 101 Commerce Street | 170/6160 | The hearing on this claim has been continued to February 10, 2015 starting at 9:30 a.m. (EST). |
| Airflow Sciences Corporation | 4183/5010 | The hearing on this claim has been continued to February 10, 2015 starting at 9:30 a.m. (EST). |
| Americom Telecommunic Ations Inc. | 4009/4907 | The hearing on this claim has been continued to February 10, 2015 starting at 9:30 a.m. (EST). |
| Babeco Fabrication & Machining | 4020/8097 | The hearing on this claim has been continued to February 10, 2015 starting at 9:30 a.m. (EST). |
| Co-Ax Valves Inc. | 749/3918 | The hearing on this claim has been continued to February 10, 2015 starting at 9:30 a.m. (EST). |
| It's a Piece of Cake-Custom Cakes | 4426/918 | The hearing on this claim has been continued to February 10, 2015 starting at 9:30 a.m. (EST). |
| Shavers Catering | 1522/3976 | The hearing on this claim has been continued to February 10, 2015 starting at 9:30 a.m. (EST). |
| Star S. Industries | 4045/4332 | The hearing on this claim has been continued to February 10, 2015 starting at 9:30 a.m. (EST). |
| Top Hat Services | 1873/3156 | The hearing on this claim has been continued to February 10, 2015 starting at 9:30 a.m. (EST). |

11367908_1

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit 2 to Exhibit A** | | |
| Belcher, R N | 3061 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Berndt, W E | 8105 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Bewley, Stewart | 4460 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Brigham, Michele | 2479 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Cantwell, Douglas C. | 4945 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Cecil, Jack P | 4869 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Cecil, Robert V | 7568 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Chapman, Jerry L | 3432 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Coke, Stephen A | 3684 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Dieter, Elmer | 5238 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Don and Nancy Harrell Family Trust | 5733 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Galiano, Francis R. | 5680 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Hausman, Herbert | 5625 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

11367908_1

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit 2 to Exhibit A** | | |
| LMA SPC for and on Behalf of MAP 89 Segregate D Portfolio | 7883 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Manning, Suzanne | 2480 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Mathews, Gayla | 2478 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Mayberry, Freddy Warren | 3133 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Messer, J R | 4386 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Miller, Barbara L. | 5647 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Music, Stephen O | 5745 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Nelson, Richard R. Jr. | 4894 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Paul F. Frymark Living Trust | 6308 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Pine River Credit Relative Value Master Fune Ltd. | 7885 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Pine River Master Fund Ltd. | 7884 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Ratterman, Annemarie | 5833 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Ream, Fred D | 2236 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

11367908_1

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit 2 to Exhibit A** | | |
| Robert UNA Belcher Living Trust | 4758 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Simpson, Clair | 5464 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Warwick Norman J. and Lorraine M. | 4768 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Whitson, James N | 3035 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Wolco | 836 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit 3 to Exhibit A** | | |
| Allen, Cari | 1158 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Baiyeri, Mary | 2740 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Bland, Katrina | 1245 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Bland, Katrina | 4106 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Brinkley, Anne | 2345 | The hearing on this claim has been continued to February 10, 2015 starting at 9:30 a.m. (EST). |
| Brown, Brenda | 930 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Calvery, Martha | 3553 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Cannon, Debbie | 1463 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Cantwell, Billy T | 1362 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Carter, Nat D | 5979 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Carter, Stephanie | 4470 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

11367908_1

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit 3 to Exhibit A** | | |
| Cheakas, Tommy | 2316 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Cheng, Xia & Dong, Wenming | 3544 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Coy, Donna | 1252 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Davis, Darrell | 3046 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Druga, Nicholas J | 2016 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Elqutub, Maha | 1383 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Espinoza, Roberto | 3254 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Farmer, Donald | 3134 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Fleetwood, Mike | 562 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Forsten, Alfred H. | 764 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit 3 to Exhibit A** | | |
| Gallgos, Elma | 2909 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Garrett, Linda | 4240 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Goodrich, Forrester L. | 3396 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Gremillion, Pete | 3008 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Gudermuth, James | 3337 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Guthrie, Vera | 2315 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Harris, James Ray | 4510 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Harris, James Ray | 4635 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Harris, Simona | 4509 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Harris, Simona | 4636 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

11367908_1

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit 3 to Exhibit A** | | |
| Hearne, Herman | 7848 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| HFS Consulting LLC | 1697 | Response filed on 12/24/14. [Docket No. 3138]. On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Highberger, KL | 4494 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Hodge, Debra | 2626 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Ingram, Cheri S | 2347 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Janis, William | 619 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Johnson, Burrell, Jr. | 8121 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Love, Willie R | 2156 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Marrs, Will | 2437 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Maxey, Lasabre L | 3995 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit 3 to Exhibit A** | | |
| McClure, Sue Conaway | 912 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| McNab, Ursula | 1818 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Merritt, Monica | 4466 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Michalsky, Thomas | 2235 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Molyneux, John | 3452 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Nix, Carolyn O | 5822 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| O Brien, Joan | 7635 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Page, Connie | 7849 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Pawlik, Michael C | 2142 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Prewitt, Raymond | 1249 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

11367908_1

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| Exhibit 3 to Exhibit A | | |
| Ramsey, Russell | 4627 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Ridge, David | 5237 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Rodriguez, Celso C | 3588 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Rosenberg, Thelma | 4800 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Rosoff, Nina | 3105 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Schillace, Jospeh | 662 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Schmitt, Lee J | 2231 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Sherrill, Ronnie K | 5737 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Sherrod, Jennifer | 4340 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Slouha, Donna | 2237 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

11367908_1

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit 3 to Exhibit A** | | |
| Spoon, David P | 7601 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Sterkx, Al | 1668 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Stimac, Lawrence S | 5755 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Texas Public Power Association | 4732 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Timpson, Joanne | 954 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Trahan, Cherri | 2839 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Trask, Jill A | 3586 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Vandever, William | 5017 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Wallis Dermatology Associates PLLC | 4903 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Ware, Joe | 1180 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

11367908_1

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| Exhibit 3 to Exhibit A | | |
| Watkins, Mary B. | 4329 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

11367908_1

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit 4 to Exhibit A** | | |
| Chao, Schucherry | 2338 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Chao, Schucherry | 4490 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

11367908_1