# EXHIBIT E

Energy Future Holdings Corp.
Fifth Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit 1 to Exhibit A** | | |
| Arriaga, Maria | 863 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Apsire Day Habilitation Services | 1630 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Baker, Chelsea | 2412 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Bennett, Christopher | 1257 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Charles, Anna | 485 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Christensen, Shirley | 1287 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Clevenger, Rena | 447 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Collins, Janet A | 966 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Everett, Joshua | 1891 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Gerald, Patrick N | 284 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| German, Sherry | 964 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Gonzalez, Paul | 981 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Graves, Frances | 729 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Guthrie, Howard | 276 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Harlow, Edie | 965 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Heath, Melissa | 292 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Hitt, Paula | 624 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Hollis, Lacy | 718 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Jackson, Carl | 234 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Lee, Donald G | 1870 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |

11368592_1

Energy Future Holdings Corp.
Fifth Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit 1 to Exhibit A** | | |
| Loftin, Marlaine | 991 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Lott, Sharlene | 825 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Nelson, Kelly | 373 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Petrova, Valeria M | 1248 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Ramirez, Ubaldo | 3721 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Sanders, Yoneda | 2984 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Tippens, Eskray | 800 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Vanworth, Chris | 282 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Verrengia, Ashton | 1917 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Villagomez, Carolina | 1168 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| White, Margaret | 1628 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Williams, Alyssa | 608 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |
| Wilson, Bobby C | 768 | On January 12, 2015 the Court entered an order granting the objection in connection with this claim. |