**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. 3062, 3222, 3224, 3230** |

**NOTICE OF FILING OF PROPOSED FORM OF "ORDER
AUTHORIZING ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY LLC
AND TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC TO
RETAIN AND EMPLOY GREENHILL & CO. AS INDEPENDENT FINANCIAL
ADVISOR EFFECTIVE *NUNC PRO TUNC* TO NOVEMBER 17, 2014"**

PLEASE TAKE NOTICE that, on December 17, 2014, Energy Future Competitive

Holdings Company LLC ("EFCH") and Texas Competitive Electric Holdings Company LLC

("TCEH" and together with EFCH and their debtor subsidiaries, the "TCEH Debtors"), certain of

the above-captioned debtors and debtors in possession, filed the *Application of Energy Future*

*Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC*

*for Entry of an Order Authorizing them to Retain and Employ Greenhill & Co., LLC as*

*Independent Financial Advisor Effective Nunc Pro Tunc to November 17, 2014* [D.I. 3062] (the

"Application") with the United States Bankruptcy Court for the District of Delaware, 824 North

Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). Pursuant to

the Application, the TCEH Debtors are seeking entry of an order authorizing them to retain and

employ Greenhill & Co., LLC as their independent financial advisor effective *nunc pro tunc* to

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

November 17, 2014, under the supervision of Hugh E. Sawyer, the independent board member of

the TCEH Debtors (the "TCEH Debtors' Disinterested Manager"), in connection with "Conflict

Matters," as defined in and pursuant to the authority delegated to the TCEH Debtors'

Disinterested Manager in the respective resolutions of the EFCH and TCEH Board of Managers

dated November 7, 2014 and December 9, 2014 attached to the Application as Exhibit B thereto,

including the determination by the TCEH Debtors' Disinterested Manager of whether any matter

constitutes a "Conflict Matter".

PLEASE TAKE FURTHER NOTICE that, in support of the Application, the TCEH

Debtors filed the *Declaration of Bradley A. Robins in Support of Application for Entry of an*

*Order Authorizing the Retention and Employment of Greenhill & Co., LLC as Independent*

*Financial Advisor to Energy Future Competitive Holdings Company LLC and Texas Competitive*

*Electric Holdings Company LLC Effective Nunc Pro Tunc to November 17, 2014*, which was

filed as Exhibit C to the Application.

PLEASE TAKE FURTHER NOTICE that, on January 9, 2015, the TCEH Debtors filed

the *First Supplemental Declaration of Bradley A. Robbins in Support of Application for Entry of*

*an Order Authorizing the Retention and Employment of Greenhill & Co., LLC as Independent*

*Financial Advisor to Debtors and Debtors in Possession Energy Future Competitive Holdings*

*Company LLC and Texas Competitive Electric Holdings Company LLC Effective Nunc Pro Tunc*

*to November 17, 2014* [D.I. 3224] in further connection with, and in support of, the Application.

PLEASE TAKE FURTHER NOTICE that, on January 9, 2015, the Official Committee

of Unsecured Creditors of Energy Future Competitive Holdings Company LLC ("EFCH"),

EFCH's direct subsidiary, Texas Competitive Electric Holdings Company LLC and their direct

and indirect subsidiaries, and EFH Corporate Services Company filed the *Objection of Official*

2

*Committee of TCEH Unsecured Creditors to Application of Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC for Entry of an Order Authorizing Them to Retain and Employ Greenhill & Co., LLC as Independent Financial Advisor Effective Nunc Pro Tunc to November 17, 2014* [D.I. 3222] (the "<u>Limited Objection</u>") in response to the Application.  Thereafter, on January 10, 2015, the ad hoc group of TCEH unsecured noteholders filed the *Joinder of the Ad Hoc Group of TCEH Unsecured Noteholders to the Objection of Official Committee of TCEH Unsecured Creditors to Application of Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC for Entry of an Order Authorizing Them to Retain and Employ Greenhill & Co., LLC as Independent Financial Advisor Effective Nunc Pro Tunc to November 17, 2014* [D.I. 3230] (the "<u>Joinder</u>") in support of the Limited Objection and in response to the Application.

PLEASE TAKE FURTHER NOTICE that, a hearing with respect to the Application (and any objections thereto) will be held before The Honorable Christopher S. Sontchi at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on January 13, 2015 starting at 9:30 a.m. (Eastern Standard Time) (the "<u>Hearing</u>").

PLEASE TAKE FURTHER NOTICE that the TCEH Debtors are hereby filing a revised form of order in connection with the Application (the "<u>Revised Order</u>").  A copy of the Revised Order is attached hereto as **Exhibit A**.  For the convenience of the Bankruptcy Court and other parties in interest, a blackline of the Revised Order compared with the proposed form of order attached to the Application is attached hereto as **Exhibit B**.  The TCEH Debtors believe that the Revised Order resolves the Limited Objection, the Joinder and certain informal comments to the Application provided by the Office of the United States Trustee for the District of Delaware.

PLEASE TAKE FURTHER NOTICE that the TCEH Debtors intend to present the Revised Order to the Bankruptcy Court for entry at the Hearing.  To the extent that the TCEH Debtors make any further revisions to the Revised Order prior to the Hearing, the TCEH Debtors intend to present a blacklined copy of such revised documents to the Bankruptcy Court at the Hearing.

Dated:  January 12, 2015          */s/ Todd J. Rosen*
      Wilmington, Delaware         **MUNGER, TOLLES & OLSON LLP**
                                            Todd J. Rosen
                                            355 South Grand Avenue, 35th Floor
                                            Los Angeles, CA  90071
                                            Telephone:  (213) 683-9100
                                            Facsimile:  (213) 683-4022
                                            Email:  Todd.Rosen@mto.com

                                            Proposed Counsel to the TCEH Debtors

RLF1 11369491v.1