# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **Energy Future Holdings, Inc**., *et al.*, | Case No. 14-10979 (CSS) (Jointly Administered) |
| Debtors. | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2015, the Statement of the United States Trustee Concerning Applications of Energy Future Intermediate Holdings Company LLC, Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC and Energy Future Holdings Corp. To Retain Conflicts Counsel and Conflicts Financial Advisors D.I. 3028, 3037, 3040, 3062, 3144 was caused to be served upon the following persons *via* email upon the parties listed below.

Edward O. Sassower, P.C.
Stephen E. Hessler, Esquire
Brian E. Schartz, Esquire
Chad J. Husnick, Esquire
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022-4611
Email: esassower@kirkland.com
Email: shessler@kirkland.com
Email: chusnick@kirkland.com
Email: bschartz@kirkland.com

Daniel J. DeFranceschi, Esquire
Mark A. Collins, Esquire
Jason M. Madron, Esquire
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
Email: defranceschi@rlf.com
Email: madron@rlf.com
Email: collins@rlf.com

Christopher A. Ward, Esquire
Justin K. Edelson, Esquire
Shanti M. Katona, Esquire
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, De 19801
Email: cward@polsinelli.com
Email: jedelson@polsinelli.com
Email: skatona@polsinelli.com

James M. Peck, Esquire
Brett H. Miller, Esquire
Lorenzo Marinuzzi, Esquire
Morrison & Foerster
250 W. 55th Street
New York, NY 10019
Email: jpeck@mofo.com
Email: bmiller@mofo.com
Email: lmarinuzzi@mofo.com

Andrew Dietderich, Esquire
Mark U. Schneiderman, Esquire
Michael H. Torkin, Esquire
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
Email: dietdericha@sullcrom.com
Email: schneidermanm@sullcrom.com
Email: torkinm@sullcrom.com

Natalie D. Ramsey, Esquire
Mark Andrew Fink, Esquire
Montgomery, McCracken, Walker & Rhoads
1105 N. Market Street
Suite 1500
Wilmington, DE 19081
Email: nramsey@mmwr.com
Email: mfink@mmwr.com

Joseph H. Huston, Jr., Esquire
Steven & Lee, PC
1105 North Market Street, Suite 700
Wilmington, Delaware 19801
Email: jhh@stevenslee.com

Richard Levin, Esquire
Cravath, Swaine and Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Email: rlevin@cravath.com

David M. Klauder, Esquire
O'Kelly, Ernst & Bielli, LLC
901 N. Market Street, Suite 1000
Wilmington, DE 19801
Email: dklauder@oeblegal.com

Jeff J. Marwil, Esquire
Mark K. Thomas, Esquire
Peter J. Young, Esquire
Proskauer Rose, LLP
Three First National Plaza
70 W. Madison Street, Suite 3800
Chicago, IL 60602
Email: jmarwil@proskauer.com
Email: mthomas@proskauer.com
Email: pyoung@proskauer.com

Thomas Walper, Esquire
Todd J. Rosen, Esquire
Munger, Tolles & Olson, LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071
Email: Thomas.Walper@mto.com
Email: Todd.Rosen@mto.com

Michael Friedman, Esquire
Chapman and Cutler LLP
1270 Avenue of the Americas, 30th Floor
New York, New York 10020
Email: friedman@chapman.com

Bradley A. Robins
Greenhill & Co., LLC
Email: brobins@greenhill.com

Jonathan Goldin
Goldin Associates, LLC
Email: jegoldin@goldinassociates.com

/s/Richard L. Schepacarter
Richard L. Schepacarter
Trial Attorney