**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Re:  D.I. 2087** |

**CERTIFICATION OF COUNSEL CONCERNING**
**ORDER (A) APPROVING REVISED BIDDING PROCEDURES,**
**(B) SCHEDULING AN AUCTION AND RELATED DEADLINES AND HEARINGS,**
**AND (C) APPROVING THE FORM AND MANNER OF NOTICE THEREOF**

The undersigned hereby certify as follows:

1.    On September 19, 2014, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of Energy Future Holdings Corp.,* et al.*, for Entry of an Order (A) Approving Bidding Procedures, (B) Scheduling an Auction and Related Deadlines and Hearings, and (C) Approving the Form and Manner of Notice Thereof* [D.I. 2087] (the "Motion").[2]    The Motion requested the Court's approval of bidding procedures (the "Bidding Procedures") for marketing the Debtors' economic interests in Oncor Electric Delivery Company LLC (the "Marketing Process").

**Further Revised Bidding Procedures & Order**

2.    On November 3, 2014, the Court delivered an oral ruling conditionally approving the Motion (the "Ruling").  The Ruling provided that, among other things, the Court's approval

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

of the Bidding Procedures would become effective after the Debtors:  (a) implemented certain modifications to the Bidding Procedures; (b) provided certain additional evidence related to additional votes on the Motion and the Bidding Procedures as modified; and (c) worked with objecting parties on the form of notice of these submissions.

3.      Following the Ruling, the Debtors and their advisors, including advisors to each Debtor for matters on which there is an actual conflict of interest between that Debtor and another Debtor (as applicable to any particular Debtor, "Conflicts Matters"), developed and negotiated the revised proposed form of order attached hereto as **Exhibit A** approving the revised Bidding Procedures (the "Revised Bidding Procedures") attached hereto as **Exhibit 1** to **Exhibit A** (collectively, the "Revised Order").  Redlines against the versions most recently filed with the Court are attached hereto as **Exhibit B** and **Exhibit 1** to **Exhibit B**, respectively.

4.      The following parties have negotiated and consent to entry of the Revised Bidding Procedures and Revised Order:  (a) the Debtors, including the applicable disinterested directors and managers as set forth below; (b) the Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. (the "EFH Creditors' Committee"); and (c) the Official Committee of Unsecured Creditors of Energy Future Competitive Holdings Company LLC ("EFCH"), EFCH's direct subsidiary, Texas Competitive Electric Holdings Company LLC and their direct and indirect subsidiaries, and EFH Corporate Services Company (the "TCEH Creditors' Committee").

### Negotiations with Objectors Regarding Manner of Notice

5.      The Debtors respectfully submit that this Certification and its exhibits constitute a manner of notice of the approval of the Boards consistent with the Ruling.  On January 3, 2015,

2

Kirkland & Ellis LLP submitted to the ad hoc groups of holders of EFIH first lien notes, TCEH second lien notes, and TCEH unsecured notes and the TCEH Creditors' Committee (the "<u>Objectors</u>") a request for their feedback regarding an outline of the Debtors' proposed manner of notice by certification substantially consistent with this Certification and its exhibits. The Objectors did not provide any substantive feedback to this request.

### Disinterested Director & Board Approvals

6.      **Joint Meeting.**  On January 10, 2015, there was a joint meeting of the boards of directors and managers of EFH Corp., EFIH, EFIH Finance Inc., EFCH, TCEH, and TCEH Finance, Inc. (collectively, the "<u>Boards</u>") at which Kirkland & Ellis LLP, Evercore Group L.L.C., and members of the Debtors' management presented written materials to the Boards reviewing the reasons for moving forward with the Marketing Process and the Revised Bidding Procedures as embodied in the Revised Order.  True and correct copies of the Board-approved minutes for that meeting are attached hereto as **<u>Exhibit C</u>**.

7.      **EFH Disinterested Directors Meeting.**  On January 11, 2015, Donald Evans and Billie Williamson, in their capacity as directors of EFH Corp. who are disinterested with respect to Conflicts Matters, held a separate meeting at which they voted to pass resolutions authorizing the Revised Bidding Procedures for the Marketing Process as embodied in the Revised Order. Representatives of Proskauer Rose LLP and SOLIC Capital Advisors attended that meeting in their capacity as legal and financial advisors to EFH Corp. with respect to Conflicts Matters. True and correct copies of the minutes for that meeting, including the resolutions, approved by the applicable disinterested directors, are attached hereto as **<u>Exhibit D</u>**.

8.      **EFIH Disinterested Manager Meeting.**  On January 11, 2015, Charles Cremens, in his capacity as a manager of EFIH who is disinterested with respect to Conflicts Matters, held

3

a separate meeting at which he voted to pass resolutions authorizing the Revised Bidding Procedures for the Marketing Process as embodied in the Revised Order.  Representatives of Cravath, Swaine & Moore LLP and Goldin Associates, LLC attended that meeting in their capacity as legal and financial advisors to EFIH with respect to Conflicts Matters.  True and correct copies of the minutes for that meeting, including the resolutions, approved by the applicable disinterested manager, are attached hereto as **Exhibit E**.

9.    **EFCH and TCEH Disinterested Manager Meeting.**  On January 12, 2015, Hugh Sawyer, in his capacity as a manager of EFCH and TCEH who is disinterested with respect to Conflicts Matters, held a meeting at which he voted to pass resolutions authorizing the Revised Bidding Procedures for the Marketing Process as embodied in the Revised Order. Representatives of Munger, Tolles & Olson LLP and Greenhill & Co. LLC attended that meeting in their capacity as legal and financial advisors to EFCH and TCEH with respect to Conflicts Matters.  True and correct copies of the minutes for that meeting, including the resolutions, approved by the applicable disinterested manager, are attached hereto as **Exhibit F**.

10.    **Separate Board Meetings.**  After their respective disinterested directors and managers voted, the Boards of EFH Corp. and EFIH, on January 11, 2015, and the Boards of EFCH and TCEH, on January 12, 2015, convened three separate meetings and voted to pass resolutions authorizing the Revised Bidding Procedures for the Marketing Process as embodied in the Revised Order.  True and correct copies of the Board-approved minutes for those meetings, including the resolutions, are attached hereto as **Exhibit G**, **Exhibit H**, and **Exhibit I**, respectively.

\*        \*        \*

11.        The Debtors therefore respectfully request that the Court enter the Revised Order, substantially in the form attached hereto as **<u>Exhibit A</u>** and **<u>Exhibit 1</u>** to **<u>Exhibit A</u>**, at its earliest convenience.

[*Remainder of page left intentionally blank.*]

Dated:  January 13, 2015
       Wilmington, Delaware

                               */s/ Jason M. Madron*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
              defranceschi@rlf.com
              madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:        edward.sassower@kirkland.com
              stephen.hessler@kirkland.com
              brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:        james.sprayregen@kirkland.com
              marc.kieselstein@kirkland.com
              chad.husnick@kirkland.com
              steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession

Dated:  January 13, 2015
        Wilmington, Delaware

/s/ Jeff J. Marwil

**O'KELLY ERNST & BIELLI, LLC**
David M. Klauder (No. 5769)
Shannon J. Dougherty (No. 5740)
901 N. Market Street, Suite 1000
Wilmington, DE 19801
Telephone:      (302) 778-4000
Facsimile:      (302) 295-2873
Email:          dklauder@oeblegal.com
                sdougherty@oeblegal.com

-and-

**PROSKAUER ROSE LLP**
Jeff J. Marwil (admitted *pro hac vice*)
Mark K. Thomas (admitted *pro hac vice*)
Peter J. Young (admitted *pro hac vice*)
Three First National Plaza
70 W. Madison Street, Suite 3800
Chicago, IL 60602
Telephone:      (312) 962-3550
Facsimile:      (312) 962-3551
Email:          jmarwil@proskauer.com
                mthomas@proskauer.com
                pyoung@proskauer.com

Proposed Co-Counsel to the Debtor Energy Future Holdings
Corp.

7

Dated:  January 13, 2015
       Wilmington, Delaware

      */s/ Richard Levin*
      **STEVENS & LEE, P.C.**
      Joseph H. Huston, Jr. (No. 4035)
      1105 North Market Street, Suite 700
      Wilmington, Delaware 19801
      Telephone:    (302) 425-3310
      Facsimile:    (610) 371-7927
      Email:    jhh@stevenslee.com

      -and-

      **CRAVATH, SWAINE AND MOORE LLP**
      Richard Levin
      Worldwide Plaza
      825 Eighth Avenue
      New York, NY 10019-7475
      Telephone:    (212) 474-1978
      Facsimile:    (212) 474-3700
      Email:    rlevin@cravath.com

      Attorneys for Debtor Energy Future Intermediate Holding
      Company LLC

RLF1 11370016v.1

Dated:  January 13, 2015
        Wilmington, Delaware

                              */s/ Seth Goldman*

**MCELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP**
David P. Primack (No. 4449)
300 Delaware Avenue, Suite 770
Wilmington, DE  19801
Telephone:      (302) 300-4515
Facsimile:      (302) 654-4031
Email:            dprimack@mdmc-law.com

-and-

**MUNGER, TOLLES & OLSON LLP**
Thomas B. Walper
Seth Goldman
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071
Telephone:      (213) 683-9100
Facsimile:      (213) 683-4022
Email:            Thomas.Walper@mto.com
                     Seth.Goldman@mto.com

Proposed Counsel to the TCEH Debtors

9