**Exhibit C**

**January 10 Joint Board Minutes**

ENERGY FUTURE HOLDINGS CORP. ("EFH CORP.")
ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC ("EFIH")
TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC ("TCEH")
ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY LLC ("EFCH")
TCEH FINANCE, INC. ("TCEH FINANCE")
EFIH FINANCE INC. ("EFIH FINANCE")
MINUTES OF JOINT MEETING

| | | | | |
|---|---|---|---|---|
| Date: | January 10, 2015 at 9:00 a.m. | | | |
| Location: | Teleconference originating at Energy Plaza, 1601 Bryan Street, Dallas, Texas | | | |
| EFH: | Donald L. Evans | Arcilia C. Acosta | Thomas D. Ferguson | Brandon A. Freiman |
| | Scott Lebovitz | Michael MacDougall | Kenneth Pontarelli | Jonathan D. Smidt |
| | Billie I. Williamson | John F. Young | Kneeland Youngblood | |
| EFIH: | John F. Young | Charles H. Cremens | Thomas D. Ferguson | Paul M. Keglevic |
| | Jeffrey Liaw | Kenneth Pontarelli | Kneeland Youngblood | |
| TCEH: | John F. Young | Arcilia C. Acosta | Paul M. Keglevic | Scott Lebovitz |
| | Michael MacDougall | Jason Ridloff | Hugh E. Sawyer | Jonathan D. Smidt |
| EFCH: | John F. Young | Arcilia C. Acosta | Paul M. Keglevic | Scott Lebovitz |
| | Michael MacDougall | Jason Ridloff | Hugh E. Sawyer | Jonathan D. Smidt |
| TCEH Finance: | John F. Young | Paul M. Keglevic | | |
| EFIH Finance: | John F. Young | Paul M. Keglevic | Kneeland Youngblood | |
| Others: | Michael L. Carter | Stacey H. Doré | Anthony R. Horton | Carla A. Howard |
| | Jeffrey J. Walker | Andrew M. Wright | Andrew Calder (K&E) | Stephen E. Hessler (K&E) |
| | Chad J. Husnick (K&E) | Marc Kieselstein (K&E) | Todd F. Maynes (K&E) | Andrew R. McGaan (K&E) |
| | Mark E. McKane (K&E) | Amber Meek (K&E) | Edward O. Sassower (K&E) | Brian Schartz (K&E) |
| | James Sprayregen (K&E) | Roger Altman (Evercore) | William Hiltz (Evercore) | Jeremy Matican (Evercore) |
| | Brendan Panda (Evercore) | Sesh Raghavan (Evercore) | Bo Yi (Evercore) | David Ying (Evercore) |
| | Julie M. Allen (Proskauer) | Jeff J. Marwil (Proskauer) | Mark K. Thomas (Proskauer) | Neil F. Luria (SOLIC) |
| | Raoul Nowitz (SOLIC) | Seth Goldman (Munger) | Thomas B. Walper (Munger) | Eric Mendelsohn (Greenhill) |
| | Brad Robins (Greenhill) | Philip A. Gelston (Cravath) | Richard Levin (Cravath) | Harrison J. Goldin (Goldin) |
| | Karthik Bhavaraju (Goldin) | | | |

A quorum for the board of each company was present with Bonderman and Reilly absent. Evans, Chairman of EFH Corp., presided. Walker, Secretary of each company, acted as secretary. Participants referred to the applicable materials provided in advance of the meeting.

The meeting was attended by professionals from Proskauer Rose LLP and SOLIC Capital Advisors LLC, legal counsel and financial advisor, respectively, on actual conflict matters for EFH Corp.; Munger, Tolles & Olson LLP ("Munger") and Greenhill & Co., Inc. ("Greenhill"), legal counsel and financial advisor, respectively, on actual conflict matters for EFCH and TCEH; and Cravath, Swain & Moore LLP and Goldin Associates, LLC, legal counsel and financial advisor, respectively, on actual conflict matters for EFIH.

Evans called the meeting to order.

Hessler of Kirkland & Ellis LLP ("K&E") gave a brief overview of what would be covered during the meeting. He then reviewed Judge Christopher S. Sontchi's November 3, 2014, ruling concerning the bidding procedures for the marketing of the economic interests in Oncor Electric Delivery Company LLC ("Oncor"). Hiltz of Evercore then gave an explanation of why current market conditions are favorable for marketing Oncor now. Referring to the materials distributed to board members, he reviewed the dollar volume of M&A deals over the past five years, noting the volume growth during that period. He then discussed the market for investment grade bond issuances and interest rates, noting that interest rates remain at historically low levels. He then reviewed the previously received proposals from parties bidding on the economic interests in Oncor, comparing each proposal's implied enterprise value of Oncor. He also compared the proposals to the values of other comparable utility companies and other comparable transactions. Hiltz said that based on the information included in his presentation, Evercore recommended moving forward now with the marketing of the economic interests in Oncor.

Referring to the materials, Hessler then explained how marketing Oncor at this time would further the

chapter 11 cases in which EFH Corp. and substantially all of its direct and indirect subsidiaries, excluding Oncor Electric Delivery Holdings Company LLC and its direct and indirect subsidiaries, (the "Debtors") are debtors. He explained that determining the amount of distributable value at EFH/EFIH would likely facilitate negotiations of the plan of reorganization and the regulatory approval process associated with the sale of the economic interests in Oncor. He discussed how moving forward with marketing Oncor would also be beneficial with respect to the pending Internal Revenue Service private letter ruling request. He reviewed which creditor constituencies had indicated support for the revised bidding procedures. An extensive discussion followed concerning the months-long effort to gain the support of the Official Committee of TCEH Unsecured Creditors (the "TCEH Committee") for the revised bidding procedures, with several board members asking questions and noting the need to move forward expeditiously while also securing the support of the TCEH Committee if reasonably possible. Discussion followed on the comments received from the TCEH Committee on the bidding procedures. Sprayregen of K&E and Doré, Executive Vice President, General Counsel and Co-Chief Restructuring Officer noted that the comments received from the TCEH Committee would be reviewed and given careful consideration. Extensive discussion of the TCEH Committee's response to the revised bidding procedures followed, including commentary from Walper of Munger and Robins of Greenhill.

Hessler resumed his presentation with a review of the impact of the revised bidding procedures on the marketing timeline previously provided to board members. Hiltz reviewed the parties expected to bid on the economic interests in Oncor, and he reviewed the level of recent activity among the Debtors' advisors and the advisors to the potential bidders. Hessler then reviewed next steps, including ongoing efforts to resolve certain open issues concerning the revised bidding procedures with the Official Committee of Unsecured Creditors of EFH, EFIH, EFIH Finance, and EECI, Inc. and the TCEH Committee. Doré commented on the governance process pertaining to the revised bidding procedures, including the review of the revised bidding procedures by the disinterested board members of EFH, EFIH, EFCH and TCEH and their independent legal and financial advisors. She then commented on the form of notice to be filed with the court and then reviewed the board meetings where the boards had considered and discussed the revised bidding procedures.

Evans asked if there were further questions. There were none. There being no further business, the meeting was adjourned at 10:03 a.m.

*Jeffrey J. Walker*
Secretary