**Exhibit F**

**January 12 EFCH/TCEH Disinterested Manager Minutes**

**ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY LLC ("EFCH")**
**TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC ("TCEH")**
**MINUTES OF JOINT MEETING OF DISINTERESTED MANAGER OF THE BOARDS OF EFCH AND TCEH**

| | |
|---|---|
| Date: | January 12, 2015 at 3 p.m. Eastern Time |
| Location: | Teleconference |
| EFCH: | Hugh E. Sawyer |
| TCEH: | Hugh E. Sawyer |

| Others: | Thomas B. Walper (*MTO*) | John Spiegel (*MTO*) | Seth Goldman (*MTO*) |
|---|---|---|---|
| | Bradley Robins (*GH*) | Eric Mendelsohn (*GH*) | Stephanie Shideler (*GH*) |

Mr. Hugh Sawyer, the sole disinterested manager of the Boards of Managers of EFCH and TCEH (the "Disinterested Manager") was in attendance. Also present were representatives from Munger, Tolles & Olson LLP ("Munger Tolles"), independent counsel to EFCH and TCEH reporting to the Disinterested Manager with respect to conflict matters, and Greenhill & Co. LLC ("Greenhill"), independent financial advisor to EFCH and TCEH reporting to the Disinterested Manager (collectively with Munger Tolles, the "Independent Advisors"). Seth Goldman acted as secretary. At 3:17 p.m. Eastern Time, following waiver of notice, the meeting of the Disinterested Manager of the Boards of EFCH and TCEH was called to order.

**Consideration of Revised Bidding Procedures for Oncor:** Walper of Munger Tolles referenced the presentation prepared by Munger Tolles and provided to the Disinterested Manager in advance of the meeting. Robins of Greenhill referenced the presentation prepared by Greenhill and provided to the Disinterested Manager in advance of the meeting.

Walper provided an update with respect to the meeting of the TCEH Official Committee of Unsecured Creditors (the "TCEH Committee") on Monday, January 12, 2015. Walper summarized the position of the TCEH Committee on the bid process and the bid procedures for the marketing of the economic interest in Oncor Electric Delivery Company LLC ("Oncor"). Walper also explained that the TCEH Committee provided some additional comments earlier in the afternoon on the form of order and revised bid procedures for the Oncor marketing process. Sawyer confirmed that he had received the TCEH Committee's comments from Walper, which draft reflected the current version of the order and bid procedures for the Oncor marketing process.

Walper reviewed the Munger Tolles presentation with the Disinterested Manager.

- Walper reviewed the decision to be made by the Disinterested Manager. Specifically, whether the Disinterested Manager believes that, based on his informed business judgment and advice of the Independent Advisors to EFCH and TCEH, it is appropriate to approve the modified bid procedures for Oncor for submission to the United Stated Bankruptcy Court for the District of Delaware (the "Court") for approval.

- Walper reviewed the diligence conducted by Munger Tolles and Greenhill in connection with advising the Disinterested Manager on whether to approve revised bid procedures for Oncor.

  - Walper noted that the Disinterested Manager had met or spoken with the Independent Advisors nearly every day since November 16, 2014 regarding, among other matters, the governance process, the bankruptcy case, the Oncor bid process, conflict matters, and the work and advice of Munger Tolles and Greenhill on those matters.

- Walper also reviewed the various meetings and discussions that have occurred since November 16, 2014 among the Disinterested Manager, Munger Tolles, or Greenhill with other counsel, financial advisors, and the chief restructuring officers to EFCH, TCEH, and the affiliated Debtors in possession (the "Debtors"), and with counsel and financial advisors to various parties including the TCEH Committee, the second lien TCEH creditors, the unsecured TCEH creditors, and the first lien TCEH creditors regarding, among other matters, the governance process, the Oncor bid process, the bid procedures, and various plan options.

- Among other meetings:

    - On November 18, 2014, the Disinterested Manager, Munger Tolles, and Greenhill met with the professionals to the TCEH Committee, second lien TCEH creditors, the unsecured TCEH creditors, and the first lien TCEH creditors on what they viewed as conflict matters in the bankruptcy cases and the material issues in the bankruptcy cases, including, among other matters, the governance process, the plan process, the bid procedures hearing, and the Court ruling.

    - Between November 21 and November 25, Greenhill had initial meetings with the following financial advisors: Evercore (for the Debtors), Centerview (for the junior EFIH creditors), Millstein & Co. (for the TCEH first lien holders), Houlihan (for the TCEH unsecured creditors), and Lazard (for the TCEH Committee).

    - During the weeks of December 1 and 8, Munger Tolles and Greenhill met separately and in joint meetings with professionals to all EFCH/TCEH creditor constituencies regarding the key issues, from their perspective, in the case, including, among other matters, proceeding with modified bid procedures, plan negotiations, and plan process.

    - During the weeks of December 1 and 8, Greenhill engaged in additional meetings with financial advisor to the Debtors and the respective financial advisors to various TCEH creditor constituencies.

    - On January 6, 2014, Munger Tolles & Greenhill met with the TCEH Creditors Committee advisors regarding, among other matters, the plan process and the Oncor bid process.

    - On January 10, 2014, Evercore and Kirkland provided updated information regarding the Oncor bid process to the full boards of EFCH, TCEH, EFH, and EFIH.

- Walper described in summary terms the additional diligence and analysis conducted by Munger Tolles and Greenhill, including analysis of the Court ruling on November 3, 2014 regarding the motion for bid procedures to market Oncor, consideration of the scope and timing of the Independent Advisors' overall diligence workplan in connection with an Oncor bid process, the impact of bid procedures TCEH and its reorganization and value, discussions with other professionals for the Debtors and the TCEH Committee and other TCEH creditors regarding modifications to the bid procedures, both in terms of timing and in terms of process, and negotiation with all constituents over modifications to the bid procedures. Walper then reviewed the position of certain TCEH creditor constituents on whether to move forward with the Oncor bid process.

- Walper reviewed the principal considerations and standard on whether to approve the modified bid procedures for the Oncor asset for submission to the Court for approval.

    - Walper reviewed the negotiated modifications to bid procedures and whether they fully satisfy the Court ruling and principal TCEH objections. This discussion was based on the revised bid procedures as marked by the TCEH Committee on Monday January 12, 2015, and included, among other subjects, the revised and extended timeline for bidding, the ability to submit taxable bids, the implementation of the Court's ruling in the revised order and revised bidding procedures, the impact on any causes of action of EFCH and TCEH from the revised bid procedures, and the retention of the Independent Advisors by the Disinterested Manager.

    - Walper reviewed the principal benefits and risks, including any mitigation of those risks from the modified bid procedures, to TCEH from commencing a Court approved bid process for Oncor. Walper also referred Sawyer to the presentation from Greenhill.

Robins reviewed the Greenhill presentation with the Disinterested Manager.

- Robins reviewed Greenhill's diligence and analysis and various discussions regarding the Oncor bid process and the relationship with the overall plan of reorganization, including the evaluation of different reorganization approaches as related to conflict matters and the Oncor bid process.

- Robins reviewed the various arguments in favor of, and against, approving the modified bid procedures, including, among others, the impact on TCEH of obtaining information from the market on the value of Oncor, the impact the bid process may have on the evaluation of various plan of reorganization options and the maximization of value of TCEH, the impact the bid process may have on plan negotiations and the ability and timeline to emerge from bankrutpcy, the ability to consider any form or structure of bid and to consider all reorganization approaches, the state of the market for selling Oncor, the impact of continuing or stopping the marketing process that started in the summer of 2014, the effect that the status of the case may have on the economic value of bids and number of bidders, and the state of Oncor's business environment.

- Robins reviewed Greenhill's independent diligence and meetings with other parties and other financial advisors, including with Evercore, the Debtors' financial advisor conducting the sale process for Oncor. Robins reviewed Greenhill's independent review and assessment of the market environment for selling Oncor and valuation metrics for Oncor. Robins also reviewed Greenhill's independent review and assessment of the marketing process that has occurred to date and Greenhill's comparison of the marketing efforts based on its own list of potential bidders.

Sawyer engaged in discussions with the Independent Advisors regarding the reasons for and against approving the modified bid procedures for Oncor, the marketing process for Oncor to date and under the modified bid procedures, the benefits and risks to TCEH of continuing the bid process for Oncor in the context of the overall bankruptcy cases, and the evaluation and work that the Independent Advisors and Sawyer need to do with respect to conflict matters in the bankrutpcy case and in connection with a plan of reorganization.

Goldman reviewed the terms of the proposed resolutions with Sawyer.

Following further discussion, on motion, the Disinterested Manager adopted the following resolutions for each of EFCH and TCEH:

> WHEREAS, on September 19, 2014, Energy Future Holdings Corp. and its jointly administered debtors and debtors in possession (the "Debtors"), filed a motion (the "Motion") requesting approval of bidding procedures for marketing the Debtors' economic interests in Oncor Electric Delivery Company LLC; (the "Marketing Process");
>
> WHEREAS, on November 3, 2014, the United States Bankruptcy Court for the District of Delaware (the "Court") delivered an oral ruling on the Motion (the "Ruling");
>
> WHEREAS, EFCH and TCEH adopted resolutions on November 9, 2014 and December 9, 2014, designating Hugh Sawyer as the Disinterested Manager of EFCH and TCEH with respect to matters on which there is an actual conflict of interest between the EFCH, TCEH, or their subsidiaries, on the one hand, and another Debtor, on the other hand, (such matters, "Conflicts Matters") and, delegated to the Disinterested Manager the authority to, among other things, decide Conflict Matters, and to retain independent advisors to advise EFCH and TCEH (as directed by the Disinterested Manager) on Conflict Matters and on whether any matter constitutes a Conflict Matter;
>
> WHEREAS, the Disinterested Manager retained Munger Tolles & Olson LLP ("Munger Tolles") as legal counsel on November 16, 2014 and Greenhill & Co. LLC ("Greenhill") as financial advisor on November 17, 2014 to advise on Conflict Matters and on whether any matter constitutes a Conflict Matter;
>
> WHEREAS, in accordance with the Ruling and with the advice and counsel of Munger Tolles and Greenhill, and in consultation with the Debtors, the official unsecured creditor committees, the objectors to the Motion, and other parties in interest (or their counsel and advisors), the bidding procedures submitted with the Motion have been revised (the "Revised Bidding Procedures") and the form of Court order approving the Revised Bidding Procedures has been revised in a manner consistent with the Ruling (the Revised Bidding Procedures and form of order together, as may be revised, modified, or supplemented from time to time consistent with these resolutions, the "Revised Order"), a copy of which is attached hereto as **Exhibit A**;
>
> WHEREAS, the Disinterested Manager, Munger Tolles, and Greenhill engaged in discussions concerning, among other matters, the Ruling, the Revised Bidding Procedures, and the Revised Order, and engaged in diligence with the Debtors, through their advisors and chief restructuring officers, and with various EFCH and TCEH creditor constituents and other Debtor entity creditor constituents, through their advisors and representatives;
>
> WHEREAS, the Disinterested Manager has reviewed the Revised Bidding Procedures and Revised Order, the certification of counsel by which the Revised Order will be submitted to the Court, the presentations and advice of Munger Tolles and Greenhill, and various other related documents; and
>
> WHEREAS, the Disinterested Manager has determined that it is in the best interests of EFCH, TCEH, and their respective subsidiaries, creditors, and other parties in interest for the Disinterested Manager to approve the Revised Bidding Procedures.
>
> NOW, THEREFORE, BE IT,
>
> RESOLVED, that in the judgment of the Disinterested Manager, EFCH and TCEH shall be and hereby are authorized, empowered, and directed to pursue and implement the Revised Bidding Procedures for the Marketing Process;
>
> RESOLVED, that in the judgment of the Disinterested Manager, EFCH and TCEH shall be and hereby are authorized, empowered, and directed to file and cause the final effectiveness of the Revised Order;

RESOLVED, that any officers of EFCH or TCEH (collectively, acting alone or with one or more other officers of EFCH or TCEH, the "Authorized Officers") (or their respective designees or delegates) are hereby authorized, empowered, and directed to take any and all actions that they deem necessary or proper to carry out these resolutions as directed by the Disinterested Manager with respect to Conflict Matters;

RESOLVED, that Munger Tolles (or its respective designees or delegates) are hereby authorized, empowered, and directed to make non-material modifications to the Revised Bidding Procedures and Revised Order in a manner that they deem necessary or proper to carry out these resolutions and that is substantially consistent with these resolutions before the filing of the Revised Order with the Court, and to make material modification only as directed by the Disinterested Manager;

RESOLVED, that the Disinterested Manager received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the organizational documents of the EFCH and TCEH, or hereby waives any right to have received such notice; and

RESOLVED, that each of the Authorized Officers (and their designees and delegates) be and hereby are authorized, empowered, and directed to take all actions or to not take any action in the name of EFCH or TCEH with respect to the actions and transactions contemplated by these resolutions hereunder as the sole shareholder, partner, member or managing member of each direct subsidiary of EFCH or TCEH, in each case as directed by the Disinterested Manager with respect to Conflict Matters.

There being no further business to come before the meeting, it was adjourned at 4:48 p.m. Eastern Time.

/s/ Seth Goldman
Seth Goldman
Acting Secretary