UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

**SUPPLEMENTAL DECLARATION OF ANDREW G. DIETDERICH
IN SUPPORT OF THE APPLICATION OF THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF ENERGY FUTURE HOLDINGS CORPORATION,
ENERGY FUTURE INTERMEDIATE HOLDING COMPANY, LLC, EFIH
FINANCE, INC., AND EECI, INC. FOR AN ORDER AUTHORIZING THE
RETENTION AND EMPLOYMENT OF SULLIVAN & CROMWELL LLP AS
COUNSEL TO THE COMMITTEE *NUNC PRO TUNC* TO NOVEMBER 5, 2014**

I, Andrew G. Dietderich, under penalty of perjury, declare as follows:

1. I am a partner in the law firm of Sullivan & Cromwell LLP ("**S&C**"), located at 125 Broad Street, New York, New York 10004. I am a member in good standing of the Bar of the State of New York. There are no disciplinary proceedings pending against me.

2. I submit this supplemental declaration in support of the application (the "**Application**")[2] of the official committee of unsecured creditors (the "**EFH Committee**") of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. (collectively, the "**EFH Debtors**") for the entry of an order

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] All capitalized terms not otherwise defined herein are to be given the meanings ascribed to them in the *Declaration of Andrew G. Dietderich in Support of the Application of the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. for an Order Authorizing the Retention and Employment of Sullivan & Cromwell LLP as Counsel to the Committee* Nunc Pro Tunc *to November 5, 2014* (the "**Initial Declaration**").

authorizing the EFH Committee to retain and employ S&C as its counsel in connection with the chapter 11 cases of Energy Future Holdings Corporation and its affiliated debtors and debtors in possession (collectively, the "**Debtors**"), effective *nunc pro tunc* to November 5, 2014, pursuant to sections 328(a) and 1103(a) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "**Bankruptcy Code**"), rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and rule 2014-1 of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**") [D.I. 3120].  Except as otherwise noted, I have personal knowledge of the matters set forth herein.

3.   This supplemental declaration (the "**Supplemental Declaration**") provides additional information regarding certain entities from the Interested Parties List that represented one percent (1%) or more of S&C's revenues for the fiscal year ending December 31, 2013.

4.   As disclosed in the Initial Declaration, to the best of my knowledge, the only entities from the Interested Parties List that, together with affiliates identified by our procedures, represented one percent (1%) or more of S&C's revenues for the fiscal year ending December 31, 2013, were AT&T, Barclays, BP, Eastman Kodak Company, Goldman, Sachs & Co., JPMorgan and Mitsubishi UFJ Financial Group.

5.   To the best of my knowledge, (a) during the fiscal year ending December 31, 2013, S&C's work for AT&T, Barclays, BP, Goldman, Sachs & Co., JPMorgan and Mitsubishi UFJ Financial Group and/or their affiliates identified by our procedures consisted of litigation, regulatory, tax, securities, acquisition and corporate law matters unrelated to these chapter 11 cases, (b) during the fiscal year ending December 31, 2013, S&C's work for Eastman Kodak Company consisted of the representation of the company and certain affiliates as debtors-in-possession in their bankruptcy cases, together with post-confirmation litigation, acquisition,

tax and securities matters unrelated to these chapter 11 cases, and (c) of the foregoing entities, only Barclays, Goldman, Sachs & Co. and JPMorgan (including their respective affiliates as identified by our procedures) represented more than five percent (5%) of S&C's revenues for the fiscal year ending December 31, 2013, and a majority of the services provided to those clients during the fiscal year ending December 31, 2013 (determined by hours spent) involved litigation matters unrelated to these chapter 11 cases, which litigation matters principally involved claims by private parties and State and Federal government authorities (including the Federal Housing Finance Agency as Conservator for the Federal National Mortgage Association (Fannie Mae) and the Federal Home Loan Mortgage Corporation (Freddie Mac) arising out of the financial crisis and related events, including claims related to the packaging and sale of mortgage backed securities and related activities, as well claims related to the trading of rates and currencies.

6. To the best of my knowledge, no entity from the Interested Parties List other than AT&T, Barclays, BP, Eastman Kodak Company, Goldman, Sachs & Co., JPMorgan, Mitsubishi UFJ Financial Group and/or their affiliates represented more than one percent (1%) of S&C's fees billed during the fiscal year ending December 31, 2013 and, of the foregoing entities, only Barclays, Goldman, Sachs & Co. and JPMorgan represented more than five percent (5%) of S&C's fees billed during the fiscal year ending December 31, 2013.

7. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 13, 2015

                                              Andrew G. Dietderich
                                              Sullivan & Cromwell LLP

SC1:3776921.2