**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | ) ) Chapter 11<br>)<br>) Case No. 14-10979 (CSS)<br>)<br>) (Jointly Administered)<br>)<br>) **Re: D.I. 2087, 3274** |

**SUPPLEMENTAL CERTIFICATION OF COUNSEL CONCERNING
ORDER (A) APPROVING REVISED BIDDING PROCEDURES,
(B) SCHEDULING AN AUCTION AND RELATED DEADLINES AND HEARINGS,
AND (C) APPROVING THE FORM AND MANNER OF NOTICE THEREOF**

The undersigned hereby certifies as follows:

1. On January 13, 2015, the Debtors filed the *Certification of Counsel Concerning Order (A) Approving Revised Bidding Procedures, (B) Scheduling an Auction and Related Deadlines and Hearings, and (C) Approving the Form and Manner of Notice Thereof* [D.I. 3274] (the "<u>Original Certification of Counsel</u>").[2] The Original Certification of Counsel is incorporated herein by reference. The Debtors submit this Supplemental Certification of Counsel to incorporate comments to the Revised Bidding Procedures and Revised Order from the ad hoc group of EFIH second lien noteholders, which has indicated that these revisions resolve its concerns.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Original Certification of Counsel.

RLF1 11372566v.1

2. Attached hereto as **Exhibit A** is the Revised Order.  An incremental redline of the Revised Order against the version filed with the Original Certification of Counsel is attached hereto as **Exhibit B**.

3. Attached hereto as **Exhibit 1** to **Exhibit A** are the Revised Bidding Procedures. An incremental redline of the Revised Bidding Procedures against the version filed with the Original Certification of Counsel is attached hereto as **Exhibit C**.

4. Attached hereto as **Exhibit 2** to **Exhibit A** is the Auction Notice.  A cumulative redline of the Revised Order, Revised Bidding Procedures, and Auction Notice against the versions filed with the Court on October 20, 2014 [D.I. 2511] is attached hereto as **Exhibit D**.

5. The following parties have negotiated and consent to entry of the Revised Bidding Procedures and Revised Order attached to this Supplemental Certification of Counsel:  (a) the Debtors, including the applicable disinterested directors and managers and counsel to the Debtors with respect to Conflicts Matters, as set forth in the Original Certification of Counsel; (b) the EFH Creditors' Committee; and (c) the TCEH Creditors' Committee.

6. In accordance with this Supplemental Certification of Counsel and the Original Certification of Counsel, the Debtors respectfully request that the Court enter the Revised Order, substantially in the form attached hereto as **Exhibit A**, **Exhibit 1** to **Exhibit A**, and **Exhibit 2** to **Exhibit A**, at its earliest convenience.

[*Remainder of page left intentionally blank.*]

Dated: January 13, 2015
      Wilmington, Delaware

*/s/ Jason M. Madron*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
    defranceschi@rlf.com
    madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
    stephen.hessler@kirkland.com
    brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
    marc.kieselstein@kirkland.com
    chad.husnick@kirkland.com
    steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession