## EXHIBIT A

### Statement of Fees by Subject Matter

| Task Code # | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| B160 | Fee/Employment Applications | 20.60 | $ 9,763.00 |
| B270 | Energy Trading | 106.50 | $76,153.50 |
|  | **TOTAL** | **127.10** | **$85,916.50** |