## EXHIBIT B

### Professionals' Information

The McDermott Will & Emery LLP professionals who rendered professional services in this case during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Iskender H. Catto | Partner | $850 | 63.60 | $54,060.00 |
| Ryan A. Wagner | Associate | $515 | 59.90 | $30,848.50 |
| Andrea Duncliffe | Paralegal Manager | $280 | 3.60 | $ 1,008.00 |
| **TOTAL** | | | **127.10** | **$85,916.50** |