## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

**TCEH – Expense Summary**

| Service Description | Service Provider | Amount |
|---|---|---:|
| Business Meals | Various | $293.25 |
| Airfare | American | $3,637.60 |
| Lodging | Marriott | $3,665.33 |
| Transportation: | | |
| (a) Local Transportation | Local Taxi Companies | $281.07 |
| (b) Car Rental | Budget Rental | $334.22 |
| Parking | Various | $462.36 |
| Miscellaneous | | $7.44 |
| **TOTAL** | | $8,681.27 |