# **EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

DM_US 57453773-2.093681.0012

**Expense Detail by Category**

**November 1, 2014 through November 30, 2014**

*AIRFARE*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Ryan Wagner | November 3, 2014 | $1,153.20 | Airfare Round Trip Coach NY/Dallas |
| Iskender H. Catto | November 4, 2014 | $1,388.20 | Airfare Round Trip Coach NJ/Dallas |
| Iskender H. Catto | November 10, 2014 | $1,096.20 | Airfare Round Trip Coach NJ/Dallas |
| **Expense Category Total:** | | **$3,637.60** | |

*LODGING*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Ryan Wagner | November 3, 2014 | $ 436.84 | Hotel in Dallas |
| Ryan Wagner | November 4, 2014 | $ 436.84 | Hotel in Dallas |
| Ryan Wagner | November 5, 2014 | $ 436.84 | Hotel in Dallas |
| Iskender H. Catto | November 4, 2014 | $ 436.84 | Hotel in Dallas |
| Iskender H. Catto | November 5, 2014 | $ 436.84 | Hotel in Dallas |
| Iskender H. Catto | November 6, 2014 | $ 436.84 | Hotel in Dallas |
| Iskender H. Catto | November 10, 2014 | $ 339.57 | Hotel in Dallas |
| Iskender H. Catto | November 11, 2014 | $ 339.57 | Hotel in Dallas |
| Iskender H. Catto | November 12, 2014 | $ 365.15 | Hotel in Dallas |
| **Expense Category Total:** | | **$3,665.33** | |

*MEALS*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Ryan Wagner | November 3, 2014 | $ 20.00 | Out of Town Lunch |
| Ryan Wagner | November 3, 2014 | $ 8.28 | Out of Town Dinner |
| Ryan Wagner | November 4, 2014 | $ 37.00 | Out of Town Dinner |
| Ryan Wagner | November 5, 2014 | $ 17.00 | Out of Town Breakfast |
| Iskender H. Catto | November 4, 2014 | $ 20.61 | Out of Town Dinner |
| Iskender H. Catto | November 5, 2014 | $160.00 | Out of Town Dinner – I. Catto and R. Wagner |
| Iskender H. Catto | November 5, 2014 | $ 30.36 | Out of Town Lunch |
| **Expense Category Total:** | | **$293.25** | |

*TRANSPORTATION*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| **Taxi Service** | | | |
| Ryan Wagner | November 3, 2014 | $ 58.00 | Taxi from Airport to Hotel |

2

| Ryan Wagner | November 6, 2014 | $ 58.00 | Taxi from Hotel to Airport |
|---|---|---|---|
| Ryan Wagner | November 3, 2014 | $ 89.55 | Elite Car Service to Airport |
| Ryan Wagner | November 6, 2014 | $ 75.52 | Elite Car Service from Airport |
| **Car Rental** | | | |
| Iskender H. Catto | November 4, 2014 | $168.13 | Car Rental |
| Iskender H. Catto | November 10, 2014 | $166.09 | Car Rental |
| **Expense Category Total:** | | **$615.29** | |

*PARKING*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | November 4, 2014 | $ 27.06 | Hotel Parking |
| Iskender H. Catto | November 4, 2014 | $ 10.00 | Lanier Parking |
| Iskender H. Catto | November 4, 2014 | $132.00 | Parking at Newark Airport |
| Iskender H. Catto | November 5, 2014 | $ 27.06 | Hotel Parking |
| Iskender H. Catto | November 6, 2014 | $ 27.06 | Hotel Parking |
| Iskender H. Catto | November 7, 2014 | $   8.00 | Lanier Parking |
| Iskender H. Catto | November 10, 2014 | $   8.00 | Lanier Parking |
| Iskender H. Catto | November 10, 2014 | $ 27.06 | Hotel Parking |
| Iskender H. Catto | November 11, 2014 | $ 27.06 | Hotel Parking |
| Iskender H. Catto | November 12, 2014 | $ 27.06 | Hotel Parking |
| Iskender H. Catto | November 13, 2014 | $ 10.00 | Lanier Parking |
| Iskender H. Catto | November 13, 2014 | $132.00 | Parking at Newark Airport |
| **Expense Category Total:** | | **$462.36** | |

*MISCELLANEOUS*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | November 7, 2014 | $7.44 | Gas |
| **Expense Category Total:** | | **$7.44** | |