## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors.[1] | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Re: D.I. 664, 2040** |
|  | ) |  |

**SECOND SUPPLEMENTAL DECLARATION OF ISKENDER H. CATTO
IN SUPPORT OF THE DEBTORS' APPLICATION FOR ENTRY OF
AN ORDER AUTHORIZING THE DEBTORS TO RETAIN AND EMPLOY
MCDERMOTT WILL & EMERY LLP AS SPECIAL COUNSEL
FOR CERTAIN ENERGY-RELATED TRANSACTION MATTERS,
EFFECTIVE *NUNC PRO TUNC* TO THE PETITION DATE**

I, Iskender H. Catto, being duly sworn, state the following under penalty of perjury:

1. I am a Partner with the law firm of McDermott Will & Emery LLP ("McDermott"), which maintains offices throughout the world, including at 340 Madison Avenue, New York, New York 10173. I am a member in good standing of the bars of New York, New Jersey, and Washington, D.C. There are no disciplinary proceedings pending against me.

2. I submit this second supplemental declaration on behalf of McDermott in further support of the *Application of Energy Future Holdings Corp.,* et al.*, for an Order Authorizing the Debtors to Retain and Employ McDermott Will & Emery LLP as Special Counsel for Certain Energy-Related Transactional Matters, Effective* Nunc Pro Tunc *to the Petition Date* [D.I. 664]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

(the "Application")² of the above-captioned debtors and debtors in possession for (collectively, the "Debtors") for an order pursuant to sections 327(a) and 330 of title 11 of the United States Code, rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure, and rules 2014-1 and 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware.

3.    Except as otherwise noted, I have personal knowledge of the matters set forth herein.

4.    On May 29, 2014, the Debtors filed the Application.  In support of the Application, the Debtors filed the *Declaration of Iskender H. Catto, in Support of the Application of Energy Future Holdings Corp.*, et al., *for an Order Authorizing the Debtors to Retain and Employ McDermott Will & Emery LLP as Special Counsel for Certain Energy-Related Transactional Matters, Effective* Nunc Pro Tunc *to the Petition Date* (the "Original Catto Declaration"), which was filed as **Exhibit B** to the Application.

5.    On September 16, 2014, the Debtors filed the *Supplemental Declaration of Iskender H. Catto in Support of the Application of the Debtors for an Order Authorizing the Debtors to Retain and Employ McDermott Will & Emery LLP as Special Counsel for Certain Energy-Related Transactional Matters, Effective* Nunc Pro Tunc *to the Petition Date* [D.I. 2040].

6.    On September 16, 2014, the United States Bankruptcy Court for the District of Delaware entered the *Order Authorizing the Debtors to Retain and Employ McDermott Will & Emery LLP as Special Counsel for Certain Energy-Related Transactional Matters, Effective* Nunc Pro Tunc *to the Petition Date* [D.I. 2062] (the "Retention Order").

7.    In the Original Catto Declaration, I disclosed my billing rate in effect at that time for matters related to these chapter 11 cases.  I also disclosed that McDermott's billing rates are

---

²    Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

subject to periodic adjustments to reflect economic and other conditions. Pursuant to the Retention Order, McDermott must provide notice of changes to its billing rates during these chapter 11 cases.

8. In accordance with ordinary practice, some billing rates for partners, associates, and paraprofessionals will change effective as of February 1, 2015. The rates will change due to rate increases or promotion, although McDermott does not typically disclose changes to billing rates resulting from promotion. My billing rate that will take effect on February 1, 2015 for matters related to these chapter 11 cases will be $875 per hour. McDermott's billing rates that will take effect on February 1, 2015 for matters related to these chapter 11 cases range as follows:

| Billing Category | Range |
|---|---|
| Partners | $730 - $1,025 |
| Associates | $425 - $690 |
| Paraprofessionals | $280 - $350 |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: January 14, 2015                                    Respectfully submitted,


                                                            /s/ Iskender H. Catto
                                                            Iskender H. Catto
                                                            Partner, McDermott Will & Emery LLP