IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. 3028** |

**CERTIFICATION OF COUNSEL WITH RESPECT TO SUBMISSION OF AGREED REVISED PROPOSED FOR OF ORDER GRANTING APPLICATION FOR AN ORDER APPROVING THE RETENTION OF CRAVATH, SWAINE & MOORE LLP AS COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC UNDER SECTIONS 327(a) AND 1107(b) OF THE BANKRUPTCY CODE, EFFECTIVE *NUNC PRO TUNC* TO NOVEMBER 26, 2014**

Undersigned counsel for Debtor Energy Future Intermediate Holding Company LLC, hereby certifies as follows:

1. On December 16, 2014, Debtor filed the *Application for an Order Approving the Retention of Cravath, Swaine & Moore LLP as Counsel to Energy Future Intermediate Holding Company LLC Under Sections 327(a) and 1107(b) of the Bankruptcy Code, Effective Nunc Pro Tunc to November 26, 2014* [D.I. 3028] (the "Application").  The noticed objection deadline for the Application was December 30, 2014, which was extended for the Office of the United States Trustee to January 9, 2015.

2. No objections to the Application were filed with the Court or served on undersigned counsel.  The Office of the United States Trustee provided informal comments with respect to the Application, all of which have been resolved.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

SL1 1344981v1 109285.00001

3. A revised proposed form of order granting the relief sought by the Application (the "Proposed Order") is attached hereto as Exhibit A. On January 8, 2015, clean and comparison versions of a revised proposed form of order was submitted in connection with the Application [*see* D.I. 3203]. The "red-lined" order filed on January 8, 2015 is attached hereto as Exhibit B. The only differences between the Proposed Order and the form of order filed on January 8, 2015, is the deletion of the words "[REVISED PROPOSED]" in the title and the word "except" in ORDERED Paragraph 1 on page 3.

4. This certification with its exhibits was provided to the Office of the United States Trustee before its submission to the Court. The Office of the United States Trustee does not object to the Court's entry of the Proposed Order.

WHEREFORE, the Debtor respectfully requests that the Court enter the Proposed Order at its earliest convenience.

Dated: January 13, 2015     STEVENS & LEE, P.C.

  */s/ Joseph H. Huston, Jr.*
Joseph H. Huston, Jr. (No. 4035)
1105 North Market Street, Suite 700
Wilmington, DE 19801
Telephone: (302) 425-3310
Fax: (610) 371-7972
Email: jhh@stevenslee.com

and

Richard Levin
Cravath, Swaine and Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Tel: (212) 474-1978
Fax: (212) 474-3700
Email: rlevin@cravath.com

*Attorneys for Debtor Energy Future Intermediate Holding Company LLC*