## EXHIBIT A

Energy Future Holdings et. al
De Minimis Asset Sales Motion Reporting
For the Period December 1, 2014 to December 31, 2014

### De Minimis Asset sales with a sales price less than $250,000

| Asset Description | Sales Price |
|---|---|
| | $69,730.90 |

### De Minimis Asset sales / transfers with a sales price greater than $250,000

| General Description of Asset Sold | Name of Purchaser, Party Behind Purchaser, Details of Relationship with Debtors | Sales Price | Details and amount of relationship purchase price consideration |
|---|---|---|---|
| Sweetwater Plant Salvage | PRC Environmental, Inc.<br>1149 Ellsworth Dr., Suite 135, Pasadena, TX 77506 | $338,321.41* | $101,392.51 |

### De Minimis Asset Abandonments with an estimated book value less than $250,000

| General Description of Asset / Estimated Book Value of Abandonment | Estimated Book Value |
|---|---|
| None recorded during the period December 1, 2014 to December 31, 2014 | |

### De Minimis Asset Abandonments with an estimated book value greater than $250,000

| General Description of Asset / Party Benefiting from Abandonment | Estimated Book Value |
|---|---|
| None recorded during the period December 1, 2014 to December 31, 2014 | |

*The salvage of the Sweetwater Generation Plant is currently estimated to produce less than $400,000 net cash to the company via sales occurring through January 31, 2015. Amounts reported are cumulative to date. For further information, see Notice of Sale [D.I. 2468] filed on 10/15/2014.