# EXHIBIT B

## Attorneys and Paraprofessionals' Information

The RL&F attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Mark D. Collins | Director | 1991 | Bankruptcy | $800.00 | 2.1 | $1,680.00 |
| Daniel J. DeFranceschi | Director | 1989 | Bankruptcy | $725.00 | 42.0 | $30,450.00 |
| Michael J. Merchant | Director | 1999 | Bankruptcy | $625.00 | 0.2 | $125.00 |
| Jason M. Madron | Counsel | 2003 | Bankruptcy | $490.00 | 112.9 | $55,321.00 |
| Joseph C. Barsalona, II | Associate | 2014 | Bankruptcy | $250.00 | 2.4 | $600.00 |
| Rachel L. Biblo | Associate | 2014 | Bankruptcy | $250.00 | 6.0 | $1,500.00 |
| Shawna C. Bray | Associate | 2014 | Bankruptcy | $250.00 | 25.9 | $6,475.00 |
| Cory D. Kandestin | Associate | 2007 | Bankruptcy | $465.00 | 0.1 | $46.50 |
| William A. Romanowicz | Associate | 2012 | Bankruptcy | $340.00 | 28.9 | $9,826.00 |
| Tyler D. Semmelman | Associate | 2009 | Bankruptcy | $415.00 | 15.7 | $6,515.50 |
| Zachary I. Shapiro | Associate | 2008 | Bankruptcy | $465.00 | 12.7 | $5,905.50 |
| Marisa A. Terranova | Associate | 2009 | Bankruptcy | $440.00 | 7.4 | $3,256.00 |
| **Total** | | | | | **256.3** | **$121,700.50** |

The paraprofessionals of RL&F who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Barbara J. Witters | Paralegal | 14 | Bankruptcy | $235.00 | 68.8 | $16,168.00 |
| Ann Jerominski | Paralegal | 14 | Bankruptcy | $235.00 | 3.0 | $705.00 |
| Lindsey A. Edinger | Paralegal | 1 | Bankruptcy | $235.00 | 15.9 | $3,736.50 |
| Rebecca V. Speaker | Paralegal | 13 | Bankruptcy | $235.00 | 11.2 | $2,632.00 |
| Daniel D. White | Technical/Trial Support | 11 | Litigation MIS | $235.00 | 0.7 | $164.50 |
| **Total** | | | | | **99.6** | **$23,406.00** |

**Total Fees** — **$145,106.50**