# EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

## ALL - Expense Summary

| Service Description | Amount |
|---|---:|
| Binding | $7.05 |
| Business Meals | $3,640.71 |
| Conference Calling | $485.04 |
| Data Hosting | $0.00 |
| Document Retrieval | $1,758.08 |
| Electronic Legal Research | $552.34 |
| Filing Fees/Court Cost | $1,293.44 |
| Long distance Telephone Charges | $205.14 |
| Messenger and Delivery Service | $273.96 |
| Overtime | $448.13 |
| Photocopying/Printing - Outside Vendor | $4,979.22 |
| Photocopying/Printing | $2,544.02 |
| Professional Services | $47.00 |
| Record Retrieval | $7.71 |
| Travel Expense | $84.60 |
| **Total:** | **$16,326.44** |

RLF1 11377835v.1

## TCEH - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.11 |
| Business Meals | $54.22 |
| Conference Calling | $7.22 |
| Data Hosting | $0.00 |
| Document Retrieval | $26.18 |
| Electronic Legal Research | $8.23 |
| Filing Fees/Court Costs | $19.26 |
| Long distance Telephone Charges | $3.06 |
| Messenger and Delivery Service | $4.08 |
| Overtime | $6.67 |
| Photocopying/Printing - Outside Vendor | $74.16 |
| Photocopying/Printing | $37.89 |
| Professional Services | $0.70 |
| Record Retrieval | $0.11 |
| Travel Expense | $1.26 |
| **Total:** | **$243.15** |

### EFIH - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.33 |
| Business Meals | $170.42 |
| Conference Calling | $22.70 |
| Data Hosting | $0.00 |
| Document Retrieval | $82.29 |
| Electronic Legal Research | $25.85 |
| Filing Fees/Court Costs | $60.54 |
| Long distance Telephone Charges | $9.60 |
| Messenger and Delivery Service | $12.84 |
| Overtime | $20.98 |
| Photocopying/Printing - Outside Vendor | $233.07 |
| Photocopying/Printing | $119.08 |
| Room Rental | $0.00 |
| Professional Services | $2.20 |
| Record Retrieval | $0.36 |
| Travel Expense | $3.96 |
| **Total:** | **$764.22** |

## EFH - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.02 |
| Business Meals | $7.75 |
| Conference Calling | $1.03 |
| Data Hosting | $0.00 |
| Document Retrieval | $3.74 |
| Electronic Legal Research | $1.18 |
| Filing Fees/Court Costs | $2.75 |
| Long distance Telephone Charges | $0.44 |
| Messenger and Delivery Service | $0.58 |
| Overtime | $0.95 |
| Photocopying/Printing - Outside Vendor | $10.59 |
| Photocopying/Printing | $5.41 |
| Professional Services | $0.10 |
| Record Retrieval | $0.02 |
| Travel Expense | $0.18 |
| **Total:** | **$34.74** |