# EXHIBIT E

## Detailed Description of Meal Expenses

| Date | Restaurant/ Provider | Meal | Number of People | Description | Average Amount Per Person | Amount |
|---|---|---|---|---|---|---|
| 9/2/2014 | Pizza by Elizabeth's | Dinner | 1 | Working meal for RL&F team member handling after-hours preparation of monthly operating report | $46.62 | $46.62 |
| 9/9/2014 | Walters Steakhouse | Dinner | 2 | Working meal for RL&F team members handling after-hours preparation and filing of Debtors' supplemental brief in support of bar date in connection with asbestos claims | $53.91 | $107.82 |
| 9/10/2014 | Deep Blue | Dinner | 1 | Working meal for RL&F team member handling after-hours filing of removal period extension motion | $65.15 | $65.15[1] |
| 9/11/2014 | Kid Shelleens | Dinner | 1 | Working meal for RL&F team member handling after-hours preparation and filing of certifications of counsel and after-hours filing of amended stipulation re: case protocol | $37.32 | $37.32 |
| 9/15/2014 | Mikimotos | Dinner | 1 | Working meal for RL&F team member handling after-hours preparation of retention declaration | $29.50 | $29.50 |
| 9/15/2014 | Pizza by Elizabeth's | Dinner | 1 | Working meal for RL&F team member in connection with after-hours preparations for 9/16/14 hearing | $65.32 | $65.32[2] |
| 9/15/2014 | Kid Shelleen's | Dinner | 3 | Working meal for other RL&F team members in connection with after-hours preparations for 9/16/14 hearing | $37.29 | $111.87 |
| 9/15/2014 | Washington Street Ale House | Dinner | 8 | Working meal for visiting co-counsel, client representative and estate professionals preparing for 9/16/14 hearing | $28.96 | $231.71 |
| 9/16/2014 | Movable Feast | Dinner | 35 | Working meal for visiting co-counsel, client representative and estate professionals following 9/16/14 hearing | $37.90 | $1,326.50 |

---

[1] RL&F consents to a voluntary reduction of $10.15 in connection with this meal charge.

[2] RL&F consents to a voluntary reduction of $10.32 in connection with this meal charge.

| Date | Location | Meal | # | Description | Per Person | Total |
|---|---|---|---|---|---|---|
| 9/16/2014 | Rodney Grille | Breakfast | 28 | Working meal for visiting co-counsel, client representative and estate professionals preparing for 9/16/14 hearing | $20.98 | $587.32 |
| 9/16/2014 | LOMA Cafe | Lunch | 30 | Working meal for visiting co-counsel, client representative and estate professionals in connection with 9/16/14 hearing | $15.96 | $478.58 |
| 9/17/2014 | Walters Steakhouse | Dinner | 1 | Working meal for RL&F team member (attorney) handling after-hours preparation of A&M monthly fee statements and fourth omnibus re-notice of retention applications | $72.07 | $72.07[3] |
| 9/17/2014 | Mikimotos | Dinner | 1 | Working meal for RL&F team member (paralegal) assisting with after-hours filings of A&M monthly fee statements and fourth omnibus re-notice of retention applications | $48.50 | $48.50 |
| 9/18/2014 | Kid Shelleens's | Dinner | 1 | Working meal for RL&F team member handling after-hours filing of certification of counsel and order concerning extension of challenge deadline in TCEH final cash collateral order | $46.34 | $46.34 |
| 9/19/2014 | Washington Street Ale House | Dinner | 2 | Working meal for RL&F team members handling after-hours filing of bidding procedures motion in connection with reorganized EFH equity sale process | $42.29 | $84.57 |
| 9/22/2014 | Eclipse Bistro | Dinner | 1 | Working meal for RL&F team member (attorney) handling after-hours filing of insider compensation motion | $70.73 | $70.73[4] |
| 9/22/2014 | Southeast Kitchen | Dinner | 1 | Working meal for RL&F team member (paralegal) providing after-hours support for anticipated filing of insider compensation motion | $50.59 | $50.59 |
| 9/23/2014 | Toscana To Go | Dinner | 1 | Working meal for RL&F team member (paralegal) assisting with after-hours filing of motion for leave to file late | $26.76 | $26.76 |

---

[3] RL&F consents to a voluntary reduction of $17.07 in connection with this meal charge.

[4] RL&F consents to a voluntary reduction of $15.73 in connection with this meal charge.

| Date | | | | Description | | |
|---|---|---|---|---|---|---|
| | | | | reply to U.S. Trustee objection to insider compensation motion | | |
| 9/23/2014 | Eclipse Bistro | Dinner | 1 | Working meal for RL&F team member (attorney) handling after-hours filing of motion for leave to file late reply to U.S. Trustee objection to insider compensation motion | $74.97 | $74.97[5] |
| 9/26/2014 | Mikimotos | Dinner | 2 | Working meal for RL&F team members (paralegals) handling after-hours filing of multiple amended schedules | $18.87 | $39.73 |
| 9/26/2014 | Firestone | Dinner | 1 | Working meal for RL&F team member (attorney) handling after-hours filing of multiple amended schedules | $66.75 | $66.75[6] |
| 9/29/2014 | Eclipse Bistro | Dinner | 1 | Working meal for RL&F team member (attorney) handling after-hours drafting and filing of notices of service of responses and objections to discovery requests of Wilmington Savings Fund Society and Creditors' Committee | $70.40 | $70.40[7] |
| 9/29/2014 | Toscana To Go | Dinner | 1 | Working meal for RL&F team member (paralegal) assisting with after-hours filing of notices of service of responses and objections to discovery requests of Wilmington Savings Fund Society and Creditors' Committee | $23.12 | $23.12 |
| 9/30/2014 | Walters Steakhouse | Dinner | 2 | Working meal for RL&F team member handling after-hours preparation and filing of August 2014 monthly operating report | $55.43 | $110.86[8] |
| **TOTALS** | | | | | | **$3,873.10**[9] |

---

[5] RL&F consents to a voluntary reduction of $19.97 in connection with this meal charge.

[6] RL&F consents to a voluntary reduction of $11.75 in connection with this meal charge.

[7] RL&F consents to a voluntary reduction of $15.40 in connection with this meal charge.

[8] RL&F consents to a voluntary reduction of $0.86 in connection with this meal charge.

[9] Total prior to application of $101.25 voluntary reduction for business meals during the Fee Period.

RLF1 11377835v.1