# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Saab Cars North America, Inc. | ) Case No. 12-10344 (CSS) |
| | ) |
| Debtor. | ) |
| | ) |

## CERTIFICATION OF COUNSEL REGARDING
## STIPULATION FURTHER TOLLING STATUTE OF LIMITATIONS

I, Christopher A. Ward, Esq., of Polsinelli PC, co-counsel to Edward T. Gavin, Liquidating Trustee (the "**Liquidation Trustee**") of the Post-Confirmation Trust established by the Plan filed by the above-captioned debtor, Saab Cars North America, Inc. (the "**Debtor**"), certify as follows:

1. The Liquidation Trustee is investigating certain claims and causes of action that may exist against General Motors LLC ("**GM**").

2. Counsels for the Liquidation Trustee and GM have previously agreed to extend any and all statutes of limitations as to such claims and previously entered into stipulations extending the statute of limitations reflecting that agreement.

3. The parties desire to extend further any and all statutes of limitations as to such claims and have entered into a Stipulation Further Tolling Statute of Limitations (the "**Stipulation**") attached as Exhibit 1 to the proposed form of Order.

4. A proposed form of Order approving the Stipulation is attached as Exhibit A. Accordingly, the parties respectfully request that this Court enter the Order at its earliest convenience.

49555010.1

| | |
|---|---|
| Dated:  January 16, 2015<br>　　　　Wilmington, Delaware | **POLSINELLI PC**<br><br>*/s/ Christopher A. Ward*　　　　　　　<br>Christopher A. Ward (Del. Bar No. 3877)<br>Shanti M. Katona (Del. Bar No. 5352)<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-0920<br>Facsimile: (302) 252-0921<br>cward@polsinelli.com<br>skatona@polsinelli.com<br><br>　　　　　- and -<br><br>Eric J. Snyder, Esq.<br>WILK AUSLANDER LLP<br>1515 Broadway<br>New York, New York 10036<br>Telephone:  (212) 981-2300<br>Facsimile:  (212) 752-6380<br>esnyder@wilkauslander.com<br><br>COUNSEL TO THE LIQUIDATION TRUSTEE |

49555010.1