## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |

### NOTICE OF WITHDRAWAL OF DOCKET NO. 3322

PLEASE TAKE NOTICE that the Official Committee of TCEH Unsecured Creditors (the "**TCEH Committee**") hereby withdraws the *Certification of Counsel Regarding Stipulation Further Tolling Statute of Limitations* [Docket No. 3322] as it was inadvertently filed in the wrong case.

Dated: Wilmington, Delaware
        January 16, 2015

/s/ Christopher A. Ward
Christopher A. Ward (Del. Bar No. 3877)
Justin K. Edelson (Del. Bar No. 5002)
**POLSINELLI PC**
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile:  (302) 252-0921
E-mail:  cward@polsinelli.com
         jedelson@polsinelli.com
         skatona@polsinelli.com
         jvine@polsinelli.com

*Attorneys for the Official Committee of Unsecured Creditors of Energy Future Holdings Corp., et al.*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.ethcaseinfo.com.

49556398.1