## EXHIBIT A
### Statement of Fees by Subject Matter

| Task Code | Project Category Description | Hours | Total Fees (Prior to Holdback) | 80% of Total Fees |
|---|---|---|---|---|
| B110 | Case Administration | 2.8 | $2,083.00 | $1,666.40 |
| B160 | Fee/Employment Applications | 80.1 | $28,787.50 | $23,030.00 |
| B161 | Budget/Staffing Plan | 5.8 | $3,842.00 | $3,073.60 |
| B170 | Fee/Employment Objections | 7.5 | $4,885.50 | $3,908.40 |
| B240 | Tax Issues | 145.7 | $78,449.50 | $62,759.60 |
| | **Totals** | **241.9** | **$118,047.50** | **$94,438.00** |