# EXHIBIT B
## Attorneys and Paraprofessionals' Information

The T&K attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional | Position | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Fees (prior to holdback) |
|---|---|---|---|---|---|---|
| Bennett, David | Partner | TX – 1986 | Bankruptcy and Restructuring | $805 | 11.8 | $9,499.00 |
| Clark, Katie | Partner | TX – 2004 | Bankruptcy and Restructuring | $515 | 0.2 | $103.00 |
| Liggins, Demetra | Partner | TX – 2000 NY – 2008 | Bankruptcy and Restructuring | $560 | 17.1 | $9,576.00 |
| McNulty, Mary | Partner | TX – 1989 | Tax | $725 | 39.7 | $28,782.50 |
| Parker, Emily | Partner | TX – 1973 | Tax | $930 | 0.8 | $744.00 |
| Wheat, David | Partner | TX – 1988 LA – 1988 | Tax | $805 | 12.5 | $10,062.50 |
| Bloom, Brandon | Associate | TX – 2006 | Tax | $515 | 34.5 | $17,767.50 |
| Levitt, Steve | Associate | TX – 2014 | Bankruptcy and Restructuring | $280 | 11 | $3,080.00 |
| Meyercord, Leonora | Associate | TX – 2010 | Tax | $430 | 48.1 | $20,683.00 |
| Shoemaker, Cassandra | Associate | TX – 2009 | Bankruptcy and Restructuring | $460 | 1.9 | $874.00 |
| Wootton, Andrew | Associate | TX – 2010 | Tax | $430 | 7.6 | $3,268.00 |
| | | | | **Total:** | **185.2** | **$104,439.50** |

The paraprofessionals of T&K who rendered professionals services in these cases during the Fee Period are:

| Name of Paraprofessional | Position | Number of Years in Position | Department | Hourly Billing Rate | Total Billed Hours | Total Fees (prior to holdback) |
|---|---|---|---|---|---|---|
| LeMire, Caroline | Paralegal | 16 years | Bankruptcy and Restructuring | $240 | 56.7 | $13,608.00 |
| | | | | **Total:** | **56.7** | **$13,608.00** |