## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

| Expense | Vendor (if any) | Amount |
|---|---|---|
| Hotel | Hotel DuPont, Wilmington, DE | $578.80 |
| Airport Parking | Freedom Park, DFW Airport Parking | $86.93 |
| Travel Meals | Various | $70.76 |
| | **Total:** | **$736.49** |