## EXHIBIT D

### Detailed Description of Expenses and Disbursements

**LODGING**

| Professional | Date(s) | Expense | Description |
|---|---|---|---|
| David Wheat | 10/15/2014-10/17/2014 | $578.80 | Hotel DuPont (2 nights at $259/night, plus state and local taxes taxes) |
|  |  **TOTAL:** | $578.80 |  |

**MEALS**

| Professional | Date(s) | Expense | Description |
|---|---|---|---|
| David Wheat | 10/15/2014 | $13.18 | Lunch |
| David Wheat | 10/16/2014 | $24.96 | Lunch |
| David Wheat | 10/17/2014 | $24.00 | Lunch |
| David Wheat | 10/17/2014 | $8.62 | Dinner |
|  | **TOTAL:** | $70.76 |  |

**PARKING AND TOLLS**

| Professional | Date(s) | Expense | Description |
|---|---|---|---|
| David Wheat | 10/15/2014-10/17/2014 | $85.93 | Parking with Freedom Park (three days at $24.00/day, plus taxes and fees) |
| David Wheat | 10/15/2014 | $1.00 | DFW Airport Fee |
|  | **TOTAL:** | $86.93 |  |

**Grand Total: $736.49**