**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtor. | |

**NOTICE OF APPEARANCE**
**AND REQUEST FOR NOTICES AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE that pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned, David P. Primack, Esquire, of McElroy, Deutsch, Mulvaney & Carpenter, LLP, appears for Energy Future Competitive Holdings Company LLC ("EFCH") and Texas Competitive Electric Holdings Company LLC ("TCEH" and together with EFCH and their debtor subsidiaries, the "TCEH Debtors"), debtors in the above-referenced matter, and pursuant to Rules 2002(g), 2002(i), and 9007, requests, unless otherwise directed by the Court, that all notices that are required to be given in this case or in any related adversary proceeding, and all papers that are required to be served in this case be given to and served upon the undersigned, at the offices, telephone and facsimile numbers set forth below:

| David P. Primack, Esq. | Thomas B. Walper, Esq. |
|---|---|
| **McElroy, Deutsch, Mulvaney & Carpenter, LLP** | Todd J. Rosen, Esq. |
| 300 Delaware Ave., Suite 770 | Seth Goldman, Esq. |
| Wilmington, DE 19801 | John W. Spiegel, Esq. |
| Phone: (302) 300-4515 | **Munger, Tolles & Olson LLP** |
| Facsimile: (302) 654-4031 | 355 South Grand Avenue, 35th Floor |
| dprimack@mdmc-law.com | Los Angeles, CA 90071 |
| | Phone: (213) 683-9100; Facsimile: (213) 683-4022 |
| | Email: Thomas.Walper@mto.com |
| | Todd.Rosen@mto.com |
| | Seth.Goldman@mto.com |
| | John.Spiegel@mto.com |

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 7520 I. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

PLEASE TAKE FURTHER NOTICE that request includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code, but also includes without limitation, all orders and notices of any hearing settings, applications, motions, petitions, pleadings, requests, complaints, or demands, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, email, courier service, hand delivery, telephone, facsimile transmission or otherwise that (1) affects or seeks to affect in any way rights or interests of any creditor or party in interest in this case, including the TCEH Debtors, with respect to any of the (a) debtors, (b) property of the debtors' estates, or proceeds thereof in which the debtors may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that any of the debtors may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by the TCEH Debtors.

**McElroy, Deutsch, Mulvaney & Carpenter, LLP**

/s/ David Primack
300 Delaware Ave., Suite 770
Wilmington, DE 19801
Phone: (302) 300-4515
Facsimile: (302) 654-4031
dprimack@mdmc-law.com