# SIGN-IN SHEET

**CASE NAME:** EFH
**CASE NO:** 14-10979, Adv. 14-50797
**COURTROOM LOCATION:** 6
**DATE:** 1/20/15 at 11:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Bruce Bennett | Jones Day | Fidelity |
| Christopher DiPompeo | Jones Day | Fidelity |
| Gregory Shumaker | " | " |
| Jeff Pawlitz (?) | Ballard Spahr | " |
| Jody Forchheimer | Fidelity | Fidelity |
| Traci L. Lovitt | Jones Day | Fidelity |
| Andrew Knights | FIDELITY | FIDELITY |
| Jason M Madron | Richard Layton & Finger | EFH |
| Chris Ward | Polsinelli | TCEH Committee |
| David Anheny | Brown Huris | 620 |
| Jonathan Buchwalter | Wollrotshal | Plaintiffs |
| Steve Kazmierczak | " | " |
| John Harris | Berger Harris | " |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# Court Conference

**Calendar Date:** 01/20/2015
**Calendar Time:** 11:00 AM ET

## U.S. Bankruptcy Court-Delaware (DE - US)
### Confirmed Telephonic Appearance Schedule
### Honorable Christopher S. Sontchi
#6

2nd Revision 01/20/2015 07:28 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. and Texas Competitive Electric Holdings Company LLC | 14-10979 | Hearing | 6690898 | Jacob A. Adlerstein | (212) 373-3142 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Paul Weiss Rifkind Wharton & Garrison / LIVE |
| | | Energy Future Holdings Corp. and Texas Competitive Electric Holdings Company LLC | 14-10979 | Hearing | 6694585 | Nii-Amar Amamoo | (212) 506-1933 ext. 00 | Kasowitz Benson Torres & Friedman | Interested Party, Ad Hoc Group of EFH Legacy Noteholders / LISTEN ONLY |
| | | Energy Future Holdings Corp. and Texas Competitive Electric Holdings Company LLC | 14-10979 | Hearing | 6693405 | Kent Collier | 212-588-8890 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| | | Energy Future Holdings Corp. and Texas Competitive Electric Holdings Company LLC | 14-10979 | Hearing | 6690906 | Adam M. Denhoff | 212-373-3000 ext. 3471 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Paul Weiss Rifkind Wharton & Garrison / LISTEN ONLY |
| | | Energy Future Holdings Corp. and Texas Competitive Electric Holdings Company LLC | 14-10979 | Hearing | 6691104 | Stacey Dore | (212) 446-6411 | Energy Future Holdings Corp. | Interested Party, Energy Future Holdings Corp. / LISTEN ONLY |
| | | Energy Future Holdings Corp. and Texas Competitive Electric Holdings Company LLC | 14-10979 | Hearing | 6693671 | Angela K. Herring | (212) 403-1141 | Wachtell, Lipton, Rosen & Katz | Interested Party, Wachtell, Lipton, Rosen & Katz / LIVE |

Peggy Drasal ext. 802                CourtConfCal2012                Page 1 of 5

| | | | | | |
|---|---|---|---|---|---|
| Energy Future Holdings Corp. and Texas Competitive Electric Holdings Company LLC | 14-10979 | Hearing | 6698389 | Natasha Hwangpo | (212) 909-3196 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings / LISTEN ONLY |
| Energy Future Holdings Corp. and Texas Competitive Electric Holdings Company LLC | 14-10979 | Hearing | 6683540 | Richard G. Mason | (212) 403-1252 | Wachtell, Lipton, Rosen & Katz | Interested Party, Texas Energy Future Capital Holding LLC & Texas Energy Future Holding Ltd / LIVE |
| Energy Future Holdings Corp. and Texas Competitive Electric Holdings Company LLC | 14-10979 | Hearing | 6698392 | Andy McGaan | (202) 879-5082 ext. 00 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. and Texas Competitive Electric Holdings Company LLC | 14-10979 | Hearing | 6685701 | Abid Qureshi | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LISTEN ONLY |
| Energy Future Holdings Corp. and Texas Competitive Electric Holdings Company LLC | 14-10979 | Hearing | 6691964 | Matthew Roose | (212) 859-8000 | Fried Frank | Interested Party, Fidelity Management & Research Co. / LISTEN ONLY |
| Energy Future Holdings Corp. and Texas Competitive Electric Holdings Company LLC | 14-10979 | Hearing | 6695070 | Erik Schneider | (617) 345-1112 | Nixon Peabody LLP | Creditor, American Stock Transfer & Trust Company, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. and Texas Competitive Electric Holdings Company LLC | 14-10979 | Hearing | 6698352 | Andrew M. Thau | (203) 862-6231 | Southpaw Asset Management | Creditor, Southpaw Asset Management / LISTEN ONLY |
| Energy Future Holdings Corp. and Texas Competitive Electric Holdings Company LLC | 14-10979 (14-5079 7 | Hearing | 6698383 | Meggie Gilstrap | 214-953-6500 | Baker Botts LLP | Interested Party, Hunt Utility Services / LISTEN ONLY |

| | | | | | |
|---|---|---|---|---|---|
| Energy Future Holdings Corp. and Texas Competitive Electric Holdings Company LLC | 14-10979 (14-5079) | Hearing | 6655953 | Caitlin Barr | (312) 558-5600 | Winston & Strawn LLP | Interested Party, CenterPoint Energy Resources Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. and Texas Competitive Electric Holdings Company LLC | 14-10979 (14-5079) | Hearing | 6690690 | Alice Byowitz | (212) 715-9100 | Kramer Levin Naftalis & Frankel LLP | Interested Party, Indenture Trustee for the 11% Senior Secured Second Lien Notes / LISTEN ONLY |
| Energy Future Holdings Corp. and Texas Competitive Electric Holdings Company LLC | 14-10979 (14-5079) | Hearing | 6698380 | Robert Levine | (302) 655-1140 | Berger Harris LLC | Plaintiff(s), Avenue Capital Management / LIVE |
| Energy Future Holdings Corp. and Texas Competitive Electric Holdings Company LLC | 14-10979 (14-5079) | Hearing | 6668558 | Daniel T. Moss | 202-879-3939 | Jones Day | Debtor, Fidelity Investments / LISTEN ONLY |
| Energy Future Holdings Corp. and Texas Competitive Electric Holdings Company LLC | 14-10979 (14-5079) | Hearing | 6698311 | Ned S. Schodek | (212) 848-7052 | Shearman & Sterling LLP | Interested Party, Deutsche Bank / LISTEN ONLY |
| Energy Future Holdings Corp. and Texas Competitive Electric Holdings Company LLC | 14-10979 (14-5079) | Hearing | 6698333 | Jennifer Sharret | 212-715-9516 | Kramer Levin Naftalis & Frankel LLP | Interested Party, Jennifer Sharret / LIVE |