## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

----------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| ENERGY FUTURE HOLDINGS CORP., ET AL., | : | Case No. 14-10979 (CSS) |
| | : | |
| Debtors. | : | (Jointly Administered) |

----------------------------------------------------------------x

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

     I, Stephanie Delgado, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the noticing agent for the Official Committees of TCEH Unsecured Creditors and EFH Unsecured Creditors, in the above-captioned cases.

     On January 13, 2015 at my direction and under my supervision, employees of KCC caused the following documents to be served per postal forwarding address via First-Class on the service list attached hereto as **Exhibit A**:

- Second Supplemental Declaration of Brett H. Miller in Support of Application of Official Committee of TCEH Unsecured Creditors Pursuant to 11 U.S.C. §§ 328(a) and 1103(a) for Authority to Retain and Employ Morrison & Foerster LLP as Counsel Nunc Pro Tunc to May 12, 2014 **[Docket No. 3117]**

*[This space intentionally left blank]*

- Joint Application of the Official Committee of TCEH Unsecured Creditors and the Official Committee of EFH Unsecured Creditors Pursuant to Sections 105(a), 1102(b)(3), and 1103(a) of the Bankruptcy Code, Bankruptcy Rules 2014 and 5002, and Local Rule 2014-1, for Entry of Order Approving Retention and Employment of Kurtzman Carson Consultants LLC as Administrative Agent for the Committees Nunc Pro Tunc to July 7, 2014 **[Docket No. 3122]**

Dated: January 16, 2015

Stephanie Delgado
Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245
310.823.9000

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California    )
                       ) ss
County of Los Angeles  )

Subscribed and sworn to (or affirmed) before me on this 16th day of January 2015, by Stephanie Delgado, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

WITNESS my hand and official seal.

Signature: _____

ROSS BERNSTEIN
Commission # 2013582
Notary Public - California
Los Angeles County
My Comm. Expires Mar 21, 2017

# EXHIBIT A

Exhibit A

Core 2002 Service List - First Class Mail

| Name | Notice Name | Address | City | State | Zip |
|------|-------------|---------|------|-------|-----|
| Perdue Brandon Fielder Collins & Mott LLP | Attn: Elizabeth Banda Calvo Esq | 500 E Border St Ste 640 | Arlington | TX | 76010-7457 |