# EXHIBIT A

## Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours [1] | Total Fees Requested |
|---|---|---|---|
| 1 | Long-Range Forecast | 255.00 | $143,785.00 |
| 2 | Metric Analysis | 57.50 | $34,575.00 |
| 3 | Generation Analysis | 206.50 | $102,950.00 |
| 4 | Retail Analysis | 122.50 | $56,407.50 |
| 5 | Commodity Analysis | 177.50 | $70,155.00 |
| 6 | Competitor Analysis | 105.50 | $48,400.00 |
| 7 | EBITDA Projection | 34.50 | $17,485.00 |
| 8 | Environmental Analysis | 217.50 | $120,717.50 |
| 9 | Short-Range Forecast | 36.00 | $21,640.00 |
| 10 | Capital Projects | 3.50 | $1,610.00 |
| 11 | Wholesale Operations | 24.50 | $14,685.00 |
| 12 | Retail Operations | 18.50 | $10,152.50 |
| 13 | T&D Operations | 256.50 | $125,122.50 |
| 14 | Data Collection and Diligence | 292.50 | $143,532.50 |
| 15 | Reports | 47.50 | $22,352.50 |
| 16 | Hearings | 13.00 | $9,630.00 |
| 17 | On-Site Diligence | 120.55 | $67,955.00 |
| 18 | Project Management | 57.50 | $26,562.50 |
| 19 | Project Administration | 25.25 | $10,387.50 |
| 20 | T&D Forecast | 167.50 | $110,857.50 |
| 21 | Fee Negotiations | 1.00 | $455.00 |
| | **Totals:** | **2,240.30** | **$1,159,417.50** |

1. Non-working travel time has been billed at 50% of actual time incurred.

RLF1 11411369v.1