# EXHIBIT B

## Consultants' Information

The FEP consultants who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Todd W. Filsinger | Senior Managing Director | $750 | 114.50 | $85,875.00 |
| Jean Agras | Managing Director | $720 | 132.00 | $95,040.00 |
| Gary Germeroth | Managing Director | $720 | 159.50 | $114,840.00 |
| Dave Andrus | Director | $645 | 198.50 | $128,032.50 |
| Scott Davis | Director | $545 | 207.00 | $112,815.00 |
| Paul Harmon | Director | $575 | 97.30 | $55,947.50 |
| Tim Wang | Director | $575 | 153.50 | $88,262.50 |
| Michael Gadsden | Managing Consultant | $460 | 154.25 | $70,955.00 |
| Jill Kawakami | Managing Consultant | $430 | 183.50 | $78,905.00 |
| Buck Monday | Managing Consultant | $450 | 22.00 | $9,900.00 |
| Michael Perry | Managing Consultant | $410 | 141.00 | $57,810.00 |
| Samuel Schreiber | Managing Consultant | $455 | 174.00 | $79,170.00 |
| Laura Hatanaka | Consultant | $390 | 169.50 | $66,105.00 |
| Pamela Morin | Consultant | $380 | 19.75 | $7,505.00 |
| Nathan Pollak | Consultant | $405 | 168.50 | $68,242.50 |
| Alex Vinton | Analyst | $275 | 145.50 | $40,012.50 |
| | | **Totals:** | **2,240.30** | **$1,159,417.50** |