# EXHIBIT C

## Summary of Actual and Necessary Expenses for the Fee Period

### ALL - Expense Summary

| Service Description | Amount |
|---|---:|
| Lodging | $14,170.11 |
| Airfare | $14,375.40 |
| Transportation to/from airport | $2,190.59 |
| Travel Meals | $2,805.79 |
| Other Travel Expenses | $1,904.46 |
| Courtcall fees | $30.00 |
| Vehicle Rental Expenses | $1,658.13 |
| **Total:** | **$37,134.48** |

### TCEH - Expense Summary

| Service Description | Amount |
|---|---:|
| Lodging | $11,107.06 |
| Airfare | $11,267.97 |
| Transportation to/from airport | $1,717.07 |
| Travel Meal | $2,199.28 |
| Other Travel Expenses | $1,492.79 |
| Courtcall fees | $23.52 |
| Vehicle Rental Expenses | $1,299.70 |
| **Total:** | **$29,107.39** |

### EFIH - Expense Summary

| Service Description | Amount |
|---|---:|
|  |  |
| **Total:** | **$0** |

### EFH - Expense Summary

| Service Description | Amount |
|---|---:|
| Lodging | $3,063.05 |
| Airfare | $3,107.43 |
| Transportation to/from airport | $473.52 |
| Travel Meals | $606.51 |
| Other Travel Expenses | $411.67 |
| Courtcall fees | $6.48 |
| Vehicle Rental Expenses | $358.43 |
| **Total:** | **$8,027.09** |