| INVOICE NUMBER | MATTER | DATE | NAME OF TIMEKEEPER WHO INCURRED EXPENSE | EXPENSE CATEGORY | UNIT COST | # OF UNITS | TOTAL | EXPENSE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| EFCH/TCH-CS-027 | On Site Diligence | 20141201 | Laura Hatanaka | Airfare | | | $191.10 | Airfare from Boston to Dallas (economy class) |
| EFCH/TCH-CS-027 | On Site Diligence | 20141201 | Laura Hatanaka | Hotel | | | $157.90 | Fairmont |
| EFCH/TCH-CS-027 | On Site Diligence | 20141201 | Laura Hatanaka | Taxi | | | $28.69 | Boston Airport |
| EFCH/TCH-CS-027 | On Site Diligence | 20141201 | Laura Hatanaka | Taxi | | | $59.00 | Energy Plaza |
| EFCH/TCH-CS-027 | On Site Diligence | 20141201 | Laura Hatanaka | Parking | | | $8.00 | DIA |
| EFCH/TCH-CS-027 | On Site Diligence | 20141201 | Laura Hatanaka | Personal Vehicle | $0.56 | 24 miles | $13.44 | To Airport |
| EFCH/TCH-CS-027 | On Site Diligence | 20141201 | Laura Hatanaka | Breakfast | | | $9.78 | Starbucks | Laura |
| EFCH/TCH-CS-027 | On Site Diligence | 20141201 | Laura Hatanaka | Lunch | | | $11.86 | Pho | Laura |
| EFCH/TCH-CS-027 | On Site Diligence | 20141201 | Laura Hatanaka | Dinner | | | $27.62 | Fairmont | Laura |
| EFCH/TCH-CS-027 | On Site Diligence | 20141201 | Michael Gadsden | Hotel | | | $153.01 | Indigo |
| EFCH/TCH-CS-027 | On Site Diligence | 20141201 | Michael Gadsden | Breakfast | | | $4.01 | Coffee @ Corner | Michael |
| EFCH/TCH-CS-027 | On Site Diligence | 20141201 | Michael Gadsden | Lunch | | | $10.37 | Pho Colonial | Michael |
| EFCH/TCH-CS-027 | On Site Diligence | 20141201 | Michael Gadsden | Dinner | | | $25.99 | Hotel Indigo | Michael |
| EFCH/TCH-CS-027 | On Site Diligence | 20141201 | Paul Harmon | Airfare | | | $696.20 | Round trip airfare from Denver to Dallas (economy class) |
| EFCH/TCH-CS-027 | On Site Diligence | 20141201 | Paul Harmon | Hotel | | | $185.05 | Springhill Suites |
| EFCH/TCH-CS-027 | On Site Diligence | 20141201 | Paul Harmon | Dinner | | | $33.69 | Dallas - Office | P Harmon |
| EFCH/TCH-CS-027 | On Site Diligence | 20141201 | Paul Harmon | Other Transportation | | | $2.50 | Dart Rail |
| EFCH/TCH-CS-027 | On Site Diligence | 20141201 | Paul Harmon | Personal Vehicle | | | $16.80 | Tolls |
| EFCH/TCH-CS-027 | On Site Diligence | 20141201 | Gary Germeroth | Hotel | | | $321.57 | Marriott |
| EFCH/TCH-CS-027 | On Site Diligence | 20141201 | Gary Germeroth | Lunch | | | $15.03 | Pho Colonial | Self |
| EFCH/TCH-CS-027 | On Site Diligence | 20141201 | Buck Monday | Hotel | | | $297.85 | Towneplace |
| EFCH/TCH-CS-027 | On Site Diligence | 20141201 | Buck Monday | Lunch | | | $6.77 | Subway | self |
| EFCH/TCH-CS-027 | On Site Diligence | 20141201 | Buck Monday | Rental Car | | | $28.38 | Fuel |
| EFCH/TCH-CS-027 | On Site Diligence | 20141201 | Todd Filsinger | Airfare | | | $333.10 | Airfare from Denver to Dallas (economy class) |
| EFCH/TCH-CS-027 | On Site Diligence | 20141201 | Todd Filsinger | Taxi | | | $55.00 | Taxi - To client |
| EFCH/TCH-CS-027 | Hearings | 20141201 | Todd Filsinger | Taxi | | | $78.00 | Uber - PHI aiport to DE |
| EFCH/TCH-CS-027 | Hearings | 20141201 | Todd Filsinger | Lunch | | | $7.47 | Coffee at the corner | TWF |
| EFCH/TCH-CS-027 | Hearings | 20141201 | Todd Filsinger | Taxi | | | $55.46 | Taxi to DFW |
| EFCH/TCH-CS-027 | On Site Diligence | 20141201 | Todd Filsinger | Taxi | | | $70.00 | To DIA |
| EFCH/TCH-CS-027 | Hearings | 20141201 | Todd Filsinger | Airfare | | | $6.50 | GOGO air |
| EFCH/TCH-CS-027 | Hearings | 20141201 | Todd Filsinger | Airfare | | | $651.10 | Airfare from Dallas to Philadelphia (economy class) |
| EFCH/TCH-CS-027 | On Site Diligence | 20141202 | Alex Vinton | Rental Car | | | $26.13 | Hertz Toll Road Fees from 11/22 |
| EFCH/TCH-CS-027 | On Site Diligence | 20141202 | Laura Hatanaka | Hotel | | | $157.90 | Fairmont |
| EFCH/TCH-CS-027 | On Site Diligence | 20141202 | Laura Hatanaka | Parking | | | $8.00 | DIA |
| EFCH/TCH-CS-027 | On Site Diligence | 20141202 | Laura Hatanaka | Lunch | | | $30.85 | Hospitality Sweet | Gary, Paul, Laura |
| EFCH/TCH-CS-027 | On Site Diligence | 20141202 | Michael Gadsden | Hotel | | | $153.00 | Indigo |
| EFCH/TCH-CS-027 | On Site Diligence | 20141202 | Michael Gadsden | Breakfast | | | $4.01 | Coffee @ Corner | Michael |
| EFCH/TCH-CS-027 | On Site Diligence | 20141202 | Michael Gadsden | Lunch | | | $7.00 | Salata | Michael |
| EFCH/TCH-CS-027 | On Site Diligence | 20141202 | Paul Harmon | Hotel | | | $161.59 | Courtyard |
| EFCH/TCH-CS-027 | On Site Diligence | 20141202 | Paul Harmon | Dinner | | | $28.56 | Oncor Fieldwork | P. Harmon |
| EFCH/TCH-CS-027 | On Site Diligence | 20141202 | Paul Harmon | Personal Vehicle | | | $21.00 | Tolls |
| EFCH/TCH-CS-027 | On Site Diligence | 20141202 | A. Scott Davis | Airfare | | | $209.60 | Airfare from Houston to Dallas (economy class) |
| EFCH/TCH-CS-027 | On Site Diligence | 20141202 | A. Scott Davis | Hotel | | | $151.80 | Springhill |
| EFCH/TCH-CS-027 | On Site Diligence | 20141202 | A. Scott Davis | Rental Car | | | $54.75 | Dollar |
| EFCH/TCH-CS-027 | On Site Diligence | 20141202 | A. Scott Davis | Personal Vehicle | $0.56 | 30 miles | $16.80 | r.t. Hobby |
| EFCH/TCH-CS-027 | On Site Diligence | 20141202 | A. Scott Davis | Lunch | | | $25.90 | Jimmy Johns | Nathan, self |
| EFCH/TCH-CS-027 | On Site Diligence | 20141202 | Gary Germeroth | Hotel | | | $321.57 | Marriott |
| EFCH/TCH-CS-027 | On Site Diligence | 20141202 | Gary Germeroth | Dinner | | | $35.16 | Porta Di Roma | Self, Michael Gadsden |
| EFCH/TCH-CS-027 | On Site Diligence | 20141202 | Sam Schreiber | Airfare | | | $216.10 | Airfare from Denver to Dallas (economy class) |
| EFCH/TCH-CS-027 | On Site Diligence | 20141202 | Sam Schreiber | Hotel | | | $151.80 | Springhill |
| EFCH/TCH-CS-027 | On Site Diligence | 20141202 | Sam Schreiber | Parking | | | $24.00 | DIA |
| EFCH/TCH-CS-027 | On Site Diligence | 20141202 | Sam Schreiber | Personal Vehicle | $0.56 | 14 miles | $7.84 | To DIA |
| EFCH/TCH-CS-027 | On Site Diligence | 20141202 | Sam Schreiber | Lunch | | | $9.31 | Taco Boracho | Self |
| EFCH/TCH-CS-027 | On Site Diligence | 20141202 | Sam Schreiber | Dinner | | | $25.98 | Springhill | Self |
| EFCH/TCH-CS-027 | On Site Diligence | 20141202 | Buck Monday | Hotel | | | $297.85 | Towneplace |
| EFCH/TCH-CS-027 | On Site Diligence | 20141202 | Buck Monday | Lunch | | | $14.47 | Market Fresh | self |

| INVOICE NUMBER | MATTER | DATE | NAME OF TIMEKEEPER WHO INCURRED EXPENSE | EXPENSE CATEGORY | UNIT COST | # OF UNITS | TOTAL | EXPENSE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| EFCH/TCH-CS-027 | On Site Diligence | 20141202 | Buck Monday | Dinner | | | $23.75 | Logan's | self |
| EFCH/TCH-CS-027 | On Site Diligence | 20141202 | Buck Monday | Rental Car | | | $23.68 | fuel |
| EFCH/TCH-CS-027 | Hearings | 20141202 | Todd Filsinger | Hotel | | | $284.90 | Hotel Dupont, Wilmington, DE |
| EFCH/TCH-CS-027 | Hearings | 20141202 | Todd Filsinger | Breakfast | | | $40.00 | Hotel Dupont | TWF |
| EFCH/TCH-CS-027 | Hearings | 20141202 | Todd Filsinger | Lunch | | | $17.00 | Amtrak café | TwF |
| EFCH/TCH-CS-027 | Hearings | 20141202 | Todd Filsinger | Other Transportation | | | $159.00 | Amtrak - Wil - NYP |
| EFCH/TCH-CS-027 | On Site Diligence | 20141202 | Nathan Pollak | Airfare | | | $137.10 | Airfare from Denver, CO to Dallas, TX (economy class) |
| EFCH/TCH-CS-027 | On Site Diligence | 20141202 | Nathan Pollak | Hotel | | | $151.80 | Spring Hill Suites |
| EFCH/TCH-CS-027 | On Site Diligence | 20141202 | Nathan Pollak | Taxi | | | $40.00 | TXU |
| EFCH/TCH-CS-027 | On Site Diligence | 20141202 | Nathan Pollak | Taxi | | | $126.00 | Downtown (Round Trip) |
| EFCH/TCH-CS-027 | On Site Diligence | 20141202 | Nathan Pollak | Personal Vehicle | $0.56 | 26 miles | $14.56 | Home to DIA |
| EFCH/TCH-CS-027 | On Site Diligence | 20141202 | Nathan Pollak | Breakfast | | | $6.37 | McDonalds | Self |
| EFCH/TCH-CS-027 | On Site Diligence | 20141202 | Nathan Pollak | Lunch | | | $6.00 | TXU | Self |
| EFCH/TCH-CS-027 | On Site Diligence | 20141203 | Laura Hatanaka | Hotel | | | $157.90 | Fairmont |
| EFCH/TCH-CS-027 | On Site Diligence | 20141203 | Laura Hatanaka | Parking | | | $8.00 | DIA |
| EFCH/TCH-CS-027 | On Site Diligence | 20141203 | Laura Hatanaka | Lunch | | | $12.00 | Salata | Laura |
| EFCH/TCH-CS-027 | On Site Diligence | 20141203 | Michael Gadsden | Hotel | | | $153.00 | Indigo |
| EFCH/TCH-CS-027 | On Site Diligence | 20141203 | Michael Gadsden | Breakfast | | | $4.04 | Beyond the Box | Michael |
| EFCH/TCH-CS-027 | On Site Diligence | 20141203 | Michael Gadsden | Lunch | | | $12.50 | Salata | Michael |
| EFCH/TCH-CS-027 | On Site Diligence | 20141203 | Michael Gadsden | Dinner | | | $17.40 | Pho Colonial | Michael |
| EFCH/TCH-CS-027 | On Site Diligence | 20141203 | Paul Harmon | Hotel | | | $131.08 | Courtyard |
| EFCH/TCH-CS-027 | On Site Diligence | 20141203 | Paul Harmon | Breakfast | | | $11.44 | Oncor Fieldwork | P. Harmon |
| EFCH/TCH-CS-027 | On Site Diligence | 20141203 | Paul Harmon | Lunch | | | $9.75 | Oncor Fieldwork | P. Harmon |
| EFCH/TCH-CS-027 | On Site Diligence | 20141203 | Paul Harmon | Dinner | | | $33.94 | Oncor Fieldwork | P. Harmon |
| EFCH/TCH-CS-027 | On Site Diligence | 20141203 | Paul Harmon | Rental Car | | | $25.63 | Auto Fuel |
| EFCH/TCH-CS-027 | On Site Diligence | 20141203 | Paul Harmon | Rental Car | | | $11.25 | Tolls |
| EFCH/TCH-CS-027 | On Site Diligence | 20141203 | A. Scott Davis | Hotel | | | $151.80 | Springhill |
| EFCH/TCH-CS-027 | On Site Diligence | 20141203 | A. Scott Davis | Rental Car | | | $54.75 | Dollar |
| EFCH/TCH-CS-027 | On Site Diligence | 20141203 | A. Scott Davis | Lunch | | | $6.00 | El Chico | self |
| EFCH/TCH-CS-027 | On Site Diligence | 20141203 | A. Scott Davis | Dinner | | | $107.58 | The Blue Fish | Sam, Nathan, self |
| EFCH/TCH-CS-027 | On Site Diligence | 20141203 | Gary Germeroth | Hotel | | | $321.57 | Marriott |
| EFCH/TCH-CS-027 | On Site Diligence | 20141203 | Gary Germeroth | Lunch | | | $9.03 | Poblanos | Self, Laura Hatanaka |
| EFCH/TCH-CS-027 | On Site Diligence | 20141203 | Gary Germeroth | Dinner | | | $38.85 | Zenna | Self, Laura Hatanaka |
| EFCH/TCH-CS-027 | On Site Diligence | 20141203 | Sam Schreiber | Hotel | | | $151.80 | Springhill |
| EFCH/TCH-CS-027 | On Site Diligence | 20141203 | Sam Schreiber | Parking | | | $24.00 | DIA |
| EFCH/TCH-CS-027 | On Site Diligence | 20141203 | Buck Monday | Airfare | | | $442.10 | Airfare from Midland to Albuquerque (economy class) |
| EFCH/TCH-CS-027 | On Site Diligence | 20141203 | Buck Monday | Rental Car | | | $225.00 | Enterprise (3 day rental at $75/day) |
| EFCH/TCH-CS-027 | On Site Diligence | 20141203 | Buck Monday | Personal Vehicle | $0.56 | 25 miles | $14.00 | |
| EFCH/TCH-CS-027 | On Site Diligence | 20141203 | Buck Monday | Lunch | | | $10.00 | Lunch | self |
| EFCH/TCH-CS-027 | On Site Diligence | 20141203 | Buck Monday | Rental Car | | | $23.25 | Fuel |
| EFCH/TCH-CS-027 | On Site Diligence | 20141203 | Nathan Pollak | Hotel | | | $151.80 | Spring Hill Suites |
| EFCH/TCH-CS-027 | On Site Diligence | 20141204 | Laura Hatanaka | Airfare | | | $675.20 | Round trip airfare from Dallas to Denver (economy class) |
| EFCH/TCH-CS-027 | On Site Diligence | 20141204 | Laura Hatanaka | Parking | | | $8.00 | DIA |
| EFCH/TCH-CS-027 | On Site Diligence | 20141204 | Laura Hatanaka | Personal Vehicle | $0.56 | 24 miles | $13.44 | From Airport |
| EFCH/TCH-CS-027 | On Site Diligence | 20141204 | Laura Hatanaka | Breakfast | | | $5.79 | Starbucks | Laura |
| EFCH/TCH-CS-027 | On Site Diligence | 20141204 | Laura Hatanaka | Lunch | | | $20.57 | Hospitality Sweet | Michael, Laura |
| EFCH/TCH-CS-027 | On Site Diligence | 20141204 | Michael Gadsden | Airfare | | | $118.09 | Airfare from Dallas to Denver (economy class) |
| EFCH/TCH-CS-027 | On Site Diligence | 20141204 | Michael Gadsden | Taxi | | | $29.91 | DFW |
| EFCH/TCH-CS-027 | On Site Diligence | 20141204 | Michael Gadsden | Breakfast | | | $4.01 | Coffee @ Corner | Michael |
| EFCH/TCH-CS-027 | On Site Diligence | 20141204 | Paul Harmon | Rental Car | | | $89.99 | Hertz (2 day rental at $45/day) |
| EFCH/TCH-CS-027 | On Site Diligence | 20141204 | Paul Harmon | Parking | | | $90.00 | DIA |
| EFCH/TCH-CS-027 | On Site Diligence | 20141204 | Paul Harmon | Breakfast | | | $10.90 | Oncor Fieldwork | P. Harmon |
| EFCH/TCH-CS-027 | On Site Diligence | 20141204 | Paul Harmon | Lunch | | | $16.13 | Dallas-Office | P. Harmon |
| EFCH/TCH-CS-027 | On Site Diligence | 20141204 | Paul Harmon | Rental Car | | | $23.61 | Auto Fuel |
| EFCH/TCH-CS-027 | On Site Diligence | 20141204 | A. Scott Davis | Hotel | | | $151.80 | Springhill |
| EFCH/TCH-CS-027 | On Site Diligence | 20141204 | A. Scott Davis | Rental Car | | | $54.75 | Dollar |

| INVOICE NUMBER | MATTER | DATE | NAME OF TIMEKEEPER WHO INCURRED EXPENSE | EXPENSE CATEGORY | UNIT COST | # OF UNITS | TOTAL | EXPENSE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| EFCH/TCH-CS-027 | On Site Diligence | 20141204 | A. Scott Davis | Lunch | | | $8.38 | Pho Colonial \| self |
| EFCH/TCH-CS-027 | On Site Diligence | 20141204 | A. Scott Davis | Dinner | | | $23.44 | Pei Wei \| Nathan, self |
| EFCH/TCH-CS-027 | On Site Diligence | 20141204 | Gary Germeroth | Airfare | | | $211.10 | Airfare from Dallas to Houston (economy class) |
| EFCH/TCH-CS-027 | On Site Diligence | 20141204 | Gary Germeroth | Taxi | | | $23.82 | EFH Office to Love Field |
| EFCH/TCH-CS-027 | On Site Diligence | 20141204 | Gary Germeroth | Taxi | | | $59.50 | Houston Airport to Home |
| EFCH/TCH-CS-027 | On Site Diligence | 20141204 | Gary Germeroth | Lunch | | | $14.05 | Pho Colonial \| Self |
| EFCH/TCH-CS-027 | On Site Diligence | 20141204 | Sam Schreiber | Hotel | | | $151.80 | Springhill |
| EFCH/TCH-CS-027 | On Site Diligence | 20141204 | Sam Schreiber | Parking | | | $24.00 | DIA |
| EFCH/TCH-CS-027 | On Site Diligence | 20141204 | Sam Schreiber | Lunch | | | $12.32 | Bread Zeppelin \| Self |
| EFCH/TCH-CS-027 | On Site Diligence | 20141204 | Sam Schreiber | Dinner | | | $15.59 | Springhill \| Self |
| EFCH/TCH-CS-027 | On Site Diligence | 20141204 | Nathan Pollak | Hotel | | | $151.80 | Spring Hill Suites |
| EFCH/TCH-CS-027 | On Site Diligence | 20141204 | Nathan Pollak | Lunch | | | $10.70 | Bread Zeppelin \| Self |
| EFCH/TCH-CS-027 | On Site Diligence | 20141205 | A. Scott Davis | Airfare | | | $211.10 | Airfare from Dallas to Houston (economy class) |
| EFCH/TCH-CS-027 | On Site Diligence | 20141205 | A. Scott Davis | Rental Car | | | $54.75 | Dollar |
| EFCH/TCH-CS-027 | On Site Diligence | 20141205 | A. Scott Davis | Personal Vehicle | $0.56 | 30 miles | $16.80 | r.t. Hobby |
| EFCH/TCH-CS-027 | On Site Diligence | 20141205 | A. Scott Davis | Lunch | | | $6.00 | El Chico \| self |
| EFCH/TCH-CS-027 | On Site Diligence | 20141205 | A. Scott Davis | Rental Car | | | $5.92 | Shell |
| EFCH/TCH-CS-027 | On Site Diligence | 20141205 | Sam Schreiber | Airfare | | | $216.10 | Airfare from Dallas to Denver (economy class) |
| EFCH/TCH-CS-027 | On Site Diligence | 20141205 | Sam Schreiber | Rental Car | | | $196.35 | Hertz (3 day rental; @ $65.45/day) |
| EFCH/TCH-CS-027 | On Site Diligence | 20141205 | Sam Schreiber | Parking | | | $24.00 | DIA |
| EFCH/TCH-CS-027 | On Site Diligence | 20141205 | Sam Schreiber | Personal Vehicle | $0.56 | 14 miles | $7.84 | From DIA |
| EFCH/TCH-CS-027 | On Site Diligence | 20141205 | Sam Schreiber | Lunch | | | $6.91 | Burger King \| Self |
| EFCH/TCH-CS-027 | On Site Diligence | 20141205 | Sam Schreiber | Rental Car | | | $4.48 | Rental Fuel |
| EFCH/TCH-CS-027 | On Site Diligence | 20141205 | Nathan Pollak | Airfare | | | $260.10 | Airfare from Dallas, TX to Denver, CO (economy class) |
| EFCH/TCH-CS-027 | On Site Diligence | 20141205 | Nathan Pollak | Parking | | | $96.00 | DIA |
| EFCH/TCH-CS-027 | On Site Diligence | 20141205 | Nathan Pollak | Personal Vehicle | $0.56 | 26 miles | $14.56 | DIA to Home |
| EFCH/TCH-CS-027 | On Site Diligence | 20141205 | Nathan Pollak | Breakfast | | | $8.32 | Burger King \| Self |
| EFCH/TCH-CS-027 | On Site Diligence | 20141208 | Dave Andrus | Airfare | | | $269.10 | Airfare from Burlington to Dallas (economy class) |
| EFCH/TCH-CS-027 | On Site Diligence | 20141208 | Dave Andrus | Hotel | | | $194.79 | Springhill Suites |
| EFCH/TCH-CS-027 | On Site Diligence | 20141208 | Dave Andrus | Taxi | | | $54.00 | DFW - Hotel |
| EFCH/TCH-CS-027 | On Site Diligence | 20141208 | Dave Andrus | Lunch | | | $12.00 | cibo \| DCA |
| EFCH/TCH-CS-027 | On Site Diligence | 20141208 | Dave Andrus | Dinner | | | $23.00 | tgi fridays \| DCA |
| EFCH/TCH-CS-027 | On Site Diligence | 20141208 | Paul Harmon | Airfare | | | $698.20 | Airfare from Denver to Dallas |
| EFCH/TCH-CS-027 | On Site Diligence | 20141208 | Paul Harmon | Hotel | | | $206.31 | Springhill Suites |
| EFCH/TCH-CS-027 | On Site Diligence | 20141208 | Paul Harmon | Taxi | | | $26.40 | Downtown |
| EFCH/TCH-CS-027 | On Site Diligence | 20141208 | Paul Harmon | Dinner | | | $26.62 | Dallas Office \| P. Harmon |
| EFCH/TCH-CS-027 | On Site Diligence | 20141208 | Tim Wang | Airfare | | | $772.99 | Airfare from Boston to Dallas (economy class); includes airline change fee and fare difference. Change of trip was client driven. |
| EFCH/TCH-CS-027 | On Site Diligence | 20141208 | Tim Wang | Hotel | | | $183.26 | Magnolia Hotel |
| EFCH/TCH-CS-027 | On Site Diligence | 20141208 | Tim Wang | Taxi | | | $54.50 | EFH |
| EFCH/TCH-CS-027 | On Site Diligence | 20141208 | Tim Wang | Lunch | | | $9.46 | Pho Colonial \| Self |
| EFCH/TCH-CS-027 | On Site Diligence | 20141208 | Tim Wang | Dinner | | | $85.45 | CBD Provisions \| Self, Kawakami, Hatanaka |
| EFCH/TCH-CS-027 | On Site Diligence | 20141208 | A. Scott Davis | Airfare | | | $209.60 | Airfare from Houston to Dallas (economy class) |
| EFCH/TCH-CS-027 | On Site Diligence | 20141208 | A. Scott Davis | Hotel | | | $151.80 | Springhill |
| EFCH/TCH-CS-027 | On Site Diligence | 20141208 | A. Scott Davis | Rental Car | | | $71.11 | Hertz |
| EFCH/TCH-CS-027 | On Site Diligence | 20141208 | A. Scott Davis | Personal Vehicle | $0.56 | 30 miles | $16.80 | r.t. Hobby |
| EFCH/TCH-CS-027 | On Site Diligence | 20141208 | A. Scott Davis | Lunch | | | $6.00 | El Chico \| self |
| EFCH/TCH-CS-027 | On Site Diligence | 20141208 | A. Scott Davis | Dinner | | | $12.45 | Chipotle \| self |
| EFCH/TCH-CS-027 | On Site Diligence | 20141208 | Jill Kawakami | Airfare | | | $233.10 | Airfare from Denver to Dallas (economy class) |
| EFCH/TCH-CS-027 | On Site Diligence | 20141208 | Jill Kawakami | Hotel | | | $157.90 | Fairmont |
| EFCH/TCH-CS-027 | On Site Diligence | 20141208 | Jill Kawakami | Taxi | | | $25.26 | Energy Plaza |
| EFCH/TCH-CS-027 | On Site Diligence | 20141208 | Jill Kawakami | Personal Vehicle | $0.56 | 24 miles | $13.44 | Home - DIA |
| EFCH/TCH-CS-027 | On Site Diligence | 20141208 | Jill Kawakami | Lunch | | | $9.36 | Noodle Nexus \| Jill |
| EFCH/TCH-CS-027 | On Site Diligence | 20141208 | Laura Hatanaka | Hotel | | | $157.90 | Fairmont |
| EFCH/TCH-CS-027 | On Site Diligence | 20141208 | Laura Hatanaka | Taxi | | | $49.57 | DIA |
| EFCH/TCH-CS-027 | On Site Diligence | 20141208 | Laura Hatanaka | Taxi | | | $60.35 | Energy Plaza |

| INVOICE NUMBER | MATTER | DATE | NAME OF TIMEKEEPER WHO INCURRED EXPENSE | EXPENSE CATEGORY | UNIT COST | # OF UNITS | TOTAL | EXPENSE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| EFCH/TCH-CS-027 | On Site Diligence | 20141208 | Laura Hatanaka | Lunch | | | $12.97 | Pho \| Laura |
| EFCH/TCH-CS-027 | On Site Diligence | 20141208 | Sam Schreiber | Hotel | | | $206.31 | Springhill |
| EFCH/TCH-CS-027 | On Site Diligence | 20141208 | Sam Schreiber | Parking | | | $24.00 | DIA |
| EFCH/TCH-CS-027 | On Site Diligence | 20141208 | Sam Schreiber | Personal Vehicle | $0.56 | 14 miles | $7.84 | To DIA |
| EFCH/TCH-CS-027 | On Site Diligence | 20141208 | Sam Schreiber | Lunch | | | $14.97 | Pho Colonial \| Self |
| EFCH/TCH-CS-027 | On Site Diligence | 20141208 | Sam Schreiber | Dinner | | | $28.63 | Hoffbrau \| Self |
| EFCH/TCH-CS-027 | On Site Diligence | 20141208 | Nathan Pollak | Airfare | | | $120.50 | Airfare from Denver, CO to Dallas, TX (economy class) |
| EFCH/TCH-CS-027 | On Site Diligence | 20141208 | Nathan Pollak | Hotel | | | $151.80 | Spring Hill Suites |
| EFCH/TCH-CS-027 | On Site Diligence | 20141208 | Nathan Pollak | Taxi | | | $41.00 | TXU |
| EFCH/TCH-CS-027 | On Site Diligence | 20141208 | Nathan Pollak | Personal Vehicle | $0.56 | 26 miles | $14.56 | Home to DIA |
| EFCH/TCH-CS-027 | On Site Diligence | 20141208 | Nathan Pollak | Breakfast | | | $6.21 | McDonalds \| Self |
| EFCH/TCH-CS-027 | On Site Diligence | 20141208 | Nathan Pollak | Lunch | | | $6.50 | TXU \| Self |
| EFCH/TCH-CS-027 | On Site Diligence | 20141208 | Nathan Pollak | Dinner | | | $11.58 | Chipotle \| Self |
| EFCH/TCH-CS-027 | On Site Diligence | 20141209 | Dave Andrus | Hotel | | | $194.79 | Springhill Suites |
| EFCH/TCH-CS-027 | On Site Diligence | 20141209 | Dave Andrus | Dinner | | | $24.00 | RJ Mexican \| DCA |
| EFCH/TCH-CS-027 | On Site Diligence | 20141209 | Paul Harmon | Hotel | | | $206.31 | Springhill Suites |
| EFCH/TCH-CS-027 | On Site Diligence | 20141209 | Paul Harmon | Lunch | | | $13.00 | Dallas Office \| P. Harmon |
| EFCH/TCH-CS-027 | On Site Diligence | 20141209 | Tim Wang | Hotel | | | $206.31 | Magnolia Hotel |
| EFCH/TCH-CS-027 | On Site Diligence | 20141209 | Tim Wang | Lunch | | | $11.90 | Café Solace \| Self |
| EFCH/TCH-CS-027 | On Site Diligence | 20141209 | Jean Agras | Airfare | | | $135.60 | Airfare from Denver to Dallas (economy class) |
| EFCH/TCH-CS-027 | On Site Diligence | 20141209 | Jean Agras | Hotel | | | $160.21 | Indigo |
| EFCH/TCH-CS-027 | On Site Diligence | 20141209 | Jean Agras | Taxi | | | $60.00 | EFH |
| EFCH/TCH-CS-027 | On Site Diligence | 20141209 | Jean Agras | Parking | | | $24.00 | DIA |
| EFCH/TCH-CS-027 | On Site Diligence | 20141209 | Jean Agras | Personal Vehicle | $0.56 | 45 miles | $25.20 | To DIA |
| EFCH/TCH-CS-027 | On Site Diligence | 20141209 | Jean Agras | Lunch | | | $10.00 | Taco Borracho \| Jean |
| EFCH/TCH-CS-027 | On Site Diligence | 20141209 | Jean Agras | Dinner | | | $233.22 | Sushiya \| Jean, Sam, Laura, Jill, Paul, Tim |
| EFCH/TCH-CS-027 | On Site Diligence | 20141209 | Jean Agras | Personal Vehicle | | | $8.50 | Toll |
| EFCH/TCH-CS-027 | On Site Diligence | 20141209 | A. Scott Davis | Hotel | | | $151.80 | Springhill |
| EFCH/TCH-CS-027 | On Site Diligence | 20141209 | A. Scott Davis | Rental Car | | | $71.11 | Hertz |
| EFCH/TCH-CS-027 | On Site Diligence | 20141209 | A. Scott Davis | Lunch | | | $23.90 | Jimmy Johns \| Nathan, self |
| EFCH/TCH-CS-027 | On Site Diligence | 20141209 | A. Scott Davis | Dinner | | | $57.76 | Fish City Grill \| Nathan, self |
| EFCH/TCH-CS-027 | On Site Diligence | 20141209 | Jill Kawakami | Hotel | | | $157.90 | Fairmont |
| EFCH/TCH-CS-027 | On Site Diligence | 20141209 | Jill Kawakami | Lunch | | | $7.95 | Toasty Pita \| Jill |
| EFCH/TCH-CS-027 | On Site Diligence | 20141209 | Laura Hatanaka | Hotel | | | $157.90 | Fairmont |
| EFCH/TCH-CS-027 | On Site Diligence | 20141209 | Laura Hatanaka | Breakfast | | | $5.95 | Starbucks \| Laura |
| EFCH/TCH-CS-027 | On Site Diligence | 20141209 | Laura Hatanaka | Lunch | | | $9.29 | Cedar \| Laura |
| EFCH/TCH-CS-027 | On Site Diligence | 20141209 | Sam Schreiber | Hotel | | | $206.31 | Springhill |
| EFCH/TCH-CS-027 | On Site Diligence | 20141209 | Sam Schreiber | Parking | | | $24.00 | DIA |
| EFCH/TCH-CS-027 | On Site Diligence | 20141209 | Sam Schreiber | Lunch | | | $8.21 | Café Solace \| Self |
| EFCH/TCH-CS-027 | On Site Diligence | 20141209 | Gary Germeroth | Airfare | | | $209.60 | Airfare from Houston to Dallas (economy class) |
| EFCH/TCH-CS-027 | On Site Diligence | 20141209 | Gary Germeroth | Hotel | | | $310.05 | Marriott |
| EFCH/TCH-CS-027 | On Site Diligence | 20141209 | Gary Germeroth | Taxi | | | $26.40 | Love Field to EFH offices |
| EFCH/TCH-CS-027 | On Site Diligence | 20141209 | Gary Germeroth | Parking | | | $19.00 | Airport |
| EFCH/TCH-CS-027 | On Site Diligence | 20141209 | Gary Germeroth | Personal Vehicle | $0.56 | 19 miles | $10.64 | Home to Airport |
| EFCH/TCH-CS-027 | On Site Diligence | 20141209 | Nathan Pollak | Hotel | | | $151.80 | Spring Hill Suites |
| EFCH/TCH-CS-027 | On Site Diligence | 20141210 | Dave Andrus | Hotel | | | $194.79 | Springhill Suites |
| EFCH/TCH-CS-027 | On Site Diligence | 20141210 | Dave Andrus | Lunch | | | $14.57 | Dickies BBQ \| DCA |
| EFCH/TCH-CS-027 | On Site Diligence | 20141210 | Paul Harmon | Hotel | | | $194.79 | Springhill Suites |
| EFCH/TCH-CS-027 | On Site Diligence | 20141210 | Paul Harmon | Lunch | | | $12.42 | Dallas Office \| P. Harmon |
| EFCH/TCH-CS-027 | On Site Diligence | 20141210 | Tim Wang | Taxi | | | $55.00 | DFW |
| EFCH/TCH-CS-027 | On Site Diligence | 20141210 | Tim Wang | Parking | | | $87.00 | Logan Airport |
| EFCH/TCH-CS-027 | On Site Diligence | 20141210 | Tim Wang | Lunch | | | $14.29 | Dickey's BBQ \| Self |
| EFCH/TCH-CS-027 | On Site Diligence | 20141210 | Tim Wang | Dinner | | | $7.38 | DFW \| Self |
| EFCH/TCH-CS-027 | On Site Diligence | 20141210 | Jean Agras | Hotel | | | $160.21 | Indigo |
| EFCH/TCH-CS-027 | On Site Diligence | 20141210 | Jean Agras | Parking | | | $24.00 | DIA |
| EFCH/TCH-CS-027 | On Site Diligence | 20141210 | Jean Agras | Lunch | | | $10.59 | Capriotti's \| Jean |

| INVOICE NUMBER | MATTER | DATE | NAME OF TIMEKEEPER WHO INCURRED EXPENSE | EXPENSE CATEGORY | UNIT COST | # OF UNITS | TOTAL | EXPENSE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| EFCH/TCH-CS-027 | On Site Diligence | 20141210 | Jean Agras | Dinner | | | $22.00 | Indigo \| Jean |
| EFCH/TCH-CS-027 | On Site Diligence | 20141210 | A. Scott Davis | Hotel | | | $151.80 | Springhill |
| EFCH/TCH-CS-027 | On Site Diligence | 20141210 | A. Scott Davis | Rental Car | | | $71.11 | Hertz |
| EFCH/TCH-CS-027 | On Site Diligence | 20141210 | A. Scott Davis | Lunch | | | $7.00 | El Chico \| self |
| EFCH/TCH-CS-027 | On Site Diligence | 20141210 | A. Scott Davis | Dinner | | | $14.05 | Fast Furious \| self |
| EFCH/TCH-CS-027 | On Site Diligence | 20141210 | Jill Kawakami | Hotel | | | $157.90 | Fairmont |
| EFCH/TCH-CS-027 | On Site Diligence | 20141210 | Jill Kawakami | Lunch | | | $17.86 | Noodle Nexus \| Sam, Jill |
| EFCH/TCH-CS-027 | On Site Diligence | 20141210 | Jill Kawakami | Dinner | | | $7.67 | Taco Borracho \| Jill |
| EFCH/TCH-CS-027 | On Site Diligence | 20141210 | Laura Hatanaka | Hotel | | | $157.90 | Fairmont |
| EFCH/TCH-CS-027 | On Site Diligence | 20141210 | Laura Hatanaka | Breakfast | | | $5.63 | Starbucks \| Laura |
| EFCH/TCH-CS-027 | On Site Diligence | 20141210 | Laura Hatanaka | Lunch | | | $10.82 | Hospitality Sweet \| Laura |
| EFCH/TCH-CS-027 | On Site Diligence | 20141210 | Laura Hatanaka | Dinner | | | $9.46 | Taco Borracho \| Laura |
| EFCH/TCH-CS-027 | On Site Diligence | 20141210 | Sam Schreiber | Hotel | | | $157.90 | Fairmont |
| EFCH/TCH-CS-027 | On Site Diligence | 20141210 | Sam Schreiber | Parking | | | $24.00 | DIA |
| EFCH/TCH-CS-027 | On Site Diligence | 20141210 | Gary Germeroth | Hotel | | | $157.90 | Fairmont |
| EFCH/TCH-CS-027 | On Site Diligence | 20141210 | Gary Germeroth | Parking | | | $19.00 | Airport |
| EFCH/TCH-CS-027 | On Site Diligence | 20141210 | Gary Germeroth | Lunch | | | $11.88 | Capriotti's \| Self |
| EFCH/TCH-CS-027 | On Site Diligence | 20141210 | Gary Germeroth | Dinner | | | $58.44 | NEO Pizza \| Self, Dave Andrus, Paul Harmon, Sam Schreiber |
| EFCH/TCH-CS-027 | On Site Diligence | 20141210 | Nathan Pollak | Airfare | | | $260.10 | Airfare from Dallax, TX to Denver, CO  (economy class) |
| EFCH/TCH-CS-027 | On Site Diligence | 20141210 | Nathan Pollak | Taxi | | | $44.00 | DFW |
| EFCH/TCH-CS-027 | On Site Diligence | 20141210 | Nathan Pollak | Parking | | | $72.00 | DIA |
| EFCH/TCH-CS-027 | On Site Diligence | 20141210 | Nathan Pollak | Personal Vehicle | $0.56 | 26 miles | $14.56 | DIA to Home |
| EFCH/TCH-CS-027 | On Site Diligence | 20141210 | Nathan Pollak | Lunch | | | $10.50 | TXU \| Self |
| EFCH/TCH-CS-027 | On Site Diligence | 20141211 | Dave Andrus | Airfare | | | $269.10 | Airfare from Dallas to Burlington  (economy class) |
| EFCH/TCH-CS-027 | On Site Diligence | 20141211 | Dave Andrus | Taxi | | | $2.50 | DFW - DART |
| EFCH/TCH-CS-027 | On Site Diligence | 20141211 | Dave Andrus | Parking | | | $48.00 | Burlington Airport - parking |
| EFCH/TCH-CS-027 | On Site Diligence | 20141211 | Dave Andrus | Lunch | | | $14.00 | DFW Airport \| DCA |
| EFCH/TCH-CS-027 | On Site Diligence | 20141211 | Dave Andrus | Dinner | | | $24.00 | LGA airport \| DCA |
| EFCH/TCH-CS-027 | On Site Diligence | 20141211 | Paul Harmon | Taxi | | | $25.00 | Love Field |
| EFCH/TCH-CS-027 | On Site Diligence | 20141211 | Paul Harmon | Parking | | | $78.00 | DIA |
| EFCH/TCH-CS-027 | On Site Diligence | 20141211 | Paul Harmon | Lunch | | | $8.77 | Dallas Office \| P. Harmon |
| EFCH/TCH-CS-027 | On Site Diligence | 20141211 | Jean Agras | Airfare | | | $135.60 | Airfare from Dallas to Denver  (economy class) |
| EFCH/TCH-CS-027 | On Site Diligence | 20141211 | Jean Agras | Taxi | | | $30.50 | DFW |
| EFCH/TCH-CS-027 | On Site Diligence | 20141211 | Jean Agras | Parking | | | $24.00 | DIA |
| EFCH/TCH-CS-027 | On Site Diligence | 20141211 | Jean Agras | Personal Vehicle | $0.56 | 45 miles | $25.20 | From DIA |
| EFCH/TCH-CS-027 | On Site Diligence | 20141211 | Jean Agras | Lunch | | | $10.00 | Taco Borracho \| Jean |
| EFCH/TCH-CS-027 | On Site Diligence | 20141211 | Jean Agras | Personal Vehicle | | | $8.50 | Toll |
| EFCH/TCH-CS-027 | On Site Diligence | 20141211 | A. Scott Davis | Airfare | | | $211.10 | Airfare from Dallas to Houston  (economy class) |
| EFCH/TCH-CS-027 | On Site Diligence | 20141211 | A. Scott Davis | Rental Car | | | $71.11 | Hertz |
| EFCH/TCH-CS-027 | On Site Diligence | 20141211 | A. Scott Davis | Personal Vehicle | $0.56 | 30 miles | $16.80 | r.t. Hobby |
| EFCH/TCH-CS-027 | On Site Diligence | 20141211 | A. Scott Davis | Lunch | | | $6.50 | El Chico \| self |
| EFCH/TCH-CS-027 | On Site Diligence | 20141211 | A. Scott Davis | Rental Car | | | $4.21 | Shell |
| EFCH/TCH-CS-027 | On Site Diligence | 20141211 | Jill Kawakami | Airfare | | | $233.10 | Airfare from Dallas to Denver  (economy class) |
| EFCH/TCH-CS-027 | On Site Diligence | 20141211 | Jill Kawakami | Personal Vehicle | $0.56 | 24 miles | $13.44 | DIA - Home |
| EFCH/TCH-CS-027 | On Site Diligence | 20141211 | Jill Kawakami | Lunch | | | $8.93 | Taco Borracho \| Jill |
| EFCH/TCH-CS-027 | On Site Diligence | 20141211 | Laura Hatanaka | Airfare | | | $233.10 | Airfare from Dallas to Denver  (economy class) |
| EFCH/TCH-CS-027 | On Site Diligence | 20141211 | Laura Hatanaka | Taxi | | | $11.56 | DFW |
| EFCH/TCH-CS-027 | On Site Diligence | 20141211 | Laura Hatanaka | Taxi | | | $46.15 | Home |
| EFCH/TCH-CS-027 | On Site Diligence | 20141211 | Laura Hatanaka | Breakfast | | | $6.01 | Starbucks \| Laura |
| EFCH/TCH-CS-027 | On Site Diligence | 20141211 | Laura Hatanaka | Lunch | | | $12.00 | Uber Drive Out Hunger \| Laura |
| EFCH/TCH-CS-027 | On Site Diligence | 20141211 | Sam Schreiber | Airfare | | | $753.20 | Round trip airfare from Dallas to Denver  (economy class) |
| EFCH/TCH-CS-027 | On Site Diligence | 20141211 | Sam Schreiber | Taxi | | | $31.22 | Uber - EP to DFW |
| EFCH/TCH-CS-027 | On Site Diligence | 20141211 | Sam Schreiber | Parking | | | $24.00 | DIA |
| EFCH/TCH-CS-027 | On Site Diligence | 20141211 | Sam Schreiber | Personal Vehicle | $0.56 | 14 miles | $7.84 | From DIA |
| EFCH/TCH-CS-027 | On Site Diligence | 20141211 | Sam Schreiber | Lunch | | | $8.77 | Taco Borracho \| Self |
| EFCH/TCH-CS-027 | On Site Diligence | 20141211 | Gary Germeroth | Hotel | | | $157.90 | Fairmont |

| INVOICE NUMBER | MATTER | DATE | NAME OF TIMEKEEPER WHO INCURRED EXPENSE | EXPENSE CATEGORY | UNIT COST | # OF UNITS | TOTAL | EXPENSE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| EFCH/TCH-CS-027 | On Site Diligence | 20141211 | Gary Germeroth | Parking | | | $19.00 | Airport |
| EFCH/TCH-CS-027 | On Site Diligence | 20141211 | Gary Germeroth | Dinner | | | $9.66 | Taco Borracho | Self |
| EFCH/TCH-CS-027 | On Site Diligence | 20141212 | Gary Germeroth | Airfare | | | $211.10 | Airfare from Dallas to Denver  (economy class) |
| EFCH/TCH-CS-027 | On Site Diligence | 20141212 | Gary Germeroth | Parking | | | $19.00 | Airport |
| EFCH/TCH-CS-027 | On Site Diligence | 20141215 | A. Scott Davis | Airfare | | | $209.60 | Airfare from Houston to Dallas  (economy class) |
| EFCH/TCH-CS-027 | On Site Diligence | 20141215 | A. Scott Davis | Hotel | | | $151.80 | Springhill |
| EFCH/TCH-CS-027 | On Site Diligence | 20141215 | A. Scott Davis | Rental Car | | | $54.51 | Hertz |
| EFCH/TCH-CS-027 | On Site Diligence | 20141215 | A. Scott Davis | Personal Vehicle | $0.56 | 30 miles | $16.80 | r.t. Hobby |
| EFCH/TCH-CS-027 | On Site Diligence | 20141215 | A. Scott Davis | Lunch | | | $6.50 | El Chico | self |
| EFCH/TCH-CS-027 | On Site Diligence | 20141215 | A. Scott Davis | Dinner | | | $23.76 | Fast Furious | Nathan, self |
| EFCH/TCH-CS-027 | On Site Diligence | 20141215 | Jill Kawakami | Hotel | | | $157.90 | Fairmont |
| EFCH/TCH-CS-027 | On Site Diligence | 20141215 | Jill Kawakami | Personal Vehicle | $0.56 | 24 miles | $13.44 | Home - DIA |
| EFCH/TCH-CS-027 | On Site Diligence | 20141215 | Jill Kawakami | Lunch | | | $11.89 | Pho Colonial | Jill |
| EFCH/TCH-CS-027 | On Site Diligence | 20141215 | Laura Hatanaka | Airfare | | | $150.60 | Airfare from Denver to Dallas  (economy class) |
| EFCH/TCH-CS-027 | On Site Diligence | 20141215 | Laura Hatanaka | Hotel | | | $157.90 | Fairmont |
| EFCH/TCH-CS-027 | On Site Diligence | 20141215 | Laura Hatanaka | Taxi | | | $49.65 | DIA |
| EFCH/TCH-CS-027 | On Site Diligence | 20141215 | Laura Hatanaka | Taxi | | | $61.15 | Energy Plaza |
| EFCH/TCH-CS-027 | On Site Diligence | 20141215 | Laura Hatanaka | Breakfast | | | $4.59 | DNC Colorado Trails | Laura |
| EFCH/TCH-CS-027 | On Site Diligence | 20141215 | Laura Hatanaka | Lunch | | | $6.06 | Taco Borracho | Laura |
| EFCH/TCH-CS-027 | On Site Diligence | 20141215 | Nathan Pollak | Airfare | | | $147.10 | Airfare from Denver, CO to Dallas, TX  (economy class) |
| EFCH/TCH-CS-027 | On Site Diligence | 20141215 | Nathan Pollak | Hotel | | | $151.80 | Spring Hill Suites |
| EFCH/TCH-CS-027 | On Site Diligence | 20141215 | Nathan Pollak | Taxi | | | $40.00 | TXU |
| EFCH/TCH-CS-027 | On Site Diligence | 20141215 | Nathan Pollak | Personal Vehicle | $0.56 | 26 miles | $14.56 | Home to DIA |
| EFCH/TCH-CS-027 | On Site Diligence | 20141215 | Nathan Pollak | Breakfast | | | $6.21 | McDonalds | Self |
| EFCH/TCH-CS-027 | On Site Diligence | 20141215 | Paul Harmon | Airfare | | | $285.60 | Airfare from Denver to Dallas  (economy class) |
| EFCH/TCH-CS-027 | On Site Diligence | 20141215 | Paul Harmon | Hotel | | | $163.15 | Springhill Suites |
| EFCH/TCH-CS-027 | On Site Diligence | 20141215 | Paul Harmon | Taxi | | | $24.50 | Hotel |
| EFCH/TCH-CS-027 | On Site Diligence | 20141215 | Sam Schreiber | Airfare | | | $292.10 | Airfare from Denver to Dallas  (economy class) |
| EFCH/TCH-CS-027 | On Site Diligence | 20141215 | Sam Schreiber | Hotel | | | $151.80 | Springhill |
| EFCH/TCH-CS-027 | On Site Diligence | 20141215 | Sam Schreiber | Rental Car | | | $59.48 | Hertz - Dallas On-site diligence |
| EFCH/TCH-CS-027 | On Site Diligence | 20141215 | Sam Schreiber | Parking | | | $24.00 | DIA |
| EFCH/TCH-CS-027 | On Site Diligence | 20141215 | Sam Schreiber | Personal Vehicle | $0.56 | 14 miles | $7.84 | To DIA |
| EFCH/TCH-CS-027 | On Site Diligence | 20141215 | Sam Schreiber | Lunch | | | $31.02 | Pho Colonial | Todd, Sam |
| EFCH/TCH-CS-027 | On Site Diligence | 20141215 | Gary Germeroth | Airfare | | | $209.60 | Airfare from Houston to Dallas  (economy class) |
| EFCH/TCH-CS-027 | On Site Diligence | 20141215 | Gary Germeroth | Hotel | | | $157.90 | Fairmont |
| EFCH/TCH-CS-027 | On Site Diligence | 20141215 | Gary Germeroth | Taxi | | | $26.40 | Love Field to EFH Offices |
| EFCH/TCH-CS-027 | On Site Diligence | 20141215 | Gary Germeroth | Parking | | | $19.00 | Airport |
| EFCH/TCH-CS-027 | On Site Diligence | 20141215 | Gary Germeroth | Personal Vehicle | $0.56 | 19 miles | $10.64 | Home to Airport |
| EFCH/TCH-CS-027 | On Site Diligence | 20141215 | Gary Germeroth | Lunch | | | $15.05 | Pho Colonial | Self |
| EFCH/TCH-CS-027 | On Site Diligence | 20141215 | Gary Germeroth | Dinner | | | $87.58 | Shell Shack | Self, Todd Filsinger, Laura Hatanaka, Jill Kawakami, Sam Schreiber |
| EFCH/TCH-CS-027 | On Site Diligence | 20141215 | Michael Gadsden | Airfare | | | $189.04 | Airfare from Denver to Dallas  (economy class) |
| EFCH/TCH-CS-027 | On Site Diligence | 20141215 | Michael Gadsden | Hotel | | | $127.76 | Magnolia |
| EFCH/TCH-CS-027 | On Site Diligence | 20141215 | Michael Gadsden | Taxi | | | $43.44 | Denver airport |
| EFCH/TCH-CS-027 | On Site Diligence | 20141215 | Michael Gadsden | Taxi | | | $55.00 | Magnolia hotel |
| EFCH/TCH-CS-027 | On Site Diligence | 20141215 | Michael Gadsden | Dinner | | | $10.26 | Colorado Trail | Michael |
| EFCH/TCH-CS-027 | On Site Diligence | 20141215 | Todd Filsinger | Airfare | | | $333.10 | Airfare from Denver to Dallas  (economy class) |
| EFCH/TCH-CS-027 | On Site Diligence | 20141215 | Todd Filsinger | Taxi | | | $70.00 | To DIA |
| EFCH/TCH-CS-027 | On Site Diligence | 20141215 | Todd Filsinger | Breakfast | | | $2.65 | Denver airport | TWF |
| EFCH/TCH-CS-027 | On Site Diligence | 20141216 | A. Scott Davis | Hotel | | | $151.80 | Springhill |
| EFCH/TCH-CS-027 | On Site Diligence | 20141216 | A. Scott Davis | Rental Car | | | $54.51 | Hertz |
| EFCH/TCH-CS-027 | On Site Diligence | 20141216 | A. Scott Davis | Lunch | | | $6.00 | El Chico | self |
| EFCH/TCH-CS-027 | On Site Diligence | 20141216 | A. Scott Davis | Dinner | | | $11.04 | Chipotle | self |
| EFCH/TCH-CS-027 | On Site Diligence | 20141216 | Jill Kawakami | Hotel | | | $157.90 | Fairmont |
| EFCH/TCH-CS-027 | On Site Diligence | 20141216 | Jill Kawakami | Lunch | | | $5.46 | Taco Borracho | Jill |
| EFCH/TCH-CS-027 | On Site Diligence | 20141216 | Laura Hatanaka | Hotel | | | $157.90 | Fairmont |

| INVOICE NUMBER | MATTER | DATE | NAME OF TIMEKEEPER WHO INCURRED EXPENSE | EXPENSE CATEGORY | UNIT COST | # OF UNITS | TOTAL | EXPENSE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| EFCH/TCH-CS-027 | On Site Diligence | 20141216 | Laura Hatanaka | Breakfast | | | $5.39 | Coffee at the Corner \| Laura |
| EFCH/TCH-CS-027 | On Site Diligence | 20141216 | Laura Hatanaka | Lunch | | | $9.03 | Pita \| Laura |
| EFCH/TCH-CS-027 | On Site Diligence | 20141216 | Nathan Pollak | Hotel | | | $151.80 | Spring Hill Suites |
| EFCH/TCH-CS-027 | On Site Diligence | 20141216 | Nathan Pollak | Lunch | | | $10.00 | TXU \| Self |
| EFCH/TCH-CS-027 | On Site Diligence | 20141216 | Nathan Pollak | Dinner | | | $12.99 | Chipotle \| Self |
| EFCH/TCH-CS-027 | On Site Diligence | 20141216 | Paul Harmon | Hotel | | | $163.15 | Springhill Suites |
| EFCH/TCH-CS-027 | On Site Diligence | 20141216 | Paul Harmon | Lunch | | | $12.87 | Onsite Dallas \| P. Harmon |
| EFCH/TCH-CS-027 | On Site Diligence | 20141216 | Sam Schreiber | Hotel | | | $151.80 | Springhill |
| EFCH/TCH-CS-027 | On Site Diligence | 20141216 | Sam Schreiber | Rental Car | | | $59.48 | Hertz - Dallas On-site diligence |
| EFCH/TCH-CS-027 | On Site Diligence | 20141216 | Sam Schreiber | Parking | | | $24.00 | DIA |
| EFCH/TCH-CS-027 | On Site Diligence | 20141216 | Sam Schreiber | Lunch | | | $6.00 | El Chico \| Self |
| EFCH/TCH-CS-027 | On Site Diligence | 20141216 | Sam Schreiber | Dinner | | | $19.89 | Springhill \| Self |
| EFCH/TCH-CS-027 | On Site Diligence | 20141216 | Tim Wang | Airfare | | | $537.99 | Round trip airfare from Boston to Dallas  (economy class) |
| EFCH/TCH-CS-027 | On Site Diligence | 20141216 | Tim Wang | Hotel | | | $157.90 | Fairmont |
| EFCH/TCH-CS-027 | On Site Diligence | 20141216 | Tim Wang | Taxi | | | $56.10 | EFH |
| EFCH/TCH-CS-027 | On Site Diligence | 20141216 | Tim Wang | Breakfast | | | $2.49 | Logan Airport \| Self |
| EFCH/TCH-CS-027 | On Site Diligence | 20141216 | Tim Wang | Lunch | | | $10.34 | Sushiyaa \| Self |
| EFCH/TCH-CS-027 | On Site Diligence | 20141216 | Gary Germeroth | Hotel | | | $157.90 | Fairmont |
| EFCH/TCH-CS-027 | On Site Diligence | 20141216 | Gary Germeroth | Parking | | | $19.00 | Airport |
| EFCH/TCH-CS-027 | On Site Diligence | 20141216 | Gary Germeroth | Lunch | | | $10.53 | Sishiyaa \| Self |
| EFCH/TCH-CS-027 | On Site Diligence | 20141216 | Gary Germeroth | Dinner | | | $109.68 | Zenna \| Self, Paul Harmon, Todd Filsinger, Tim Wang, Laura Hatanaka, Michael Gadsden |
| EFCH/TCH-CS-027 | On Site Diligence | 20141216 | Michael Gadsden | Hotel | | | $127.76 | Magnolia |
| EFCH/TCH-CS-027 | On Site Diligence | 20141216 | Michael Gadsden | Lunch | | | $12.50 | Salata \| Michael |
| EFCH/TCH-CS-027 | On Site Diligence | 20141216 | Todd Filsinger | Hotel | | | $240.89 | Homewood Suites |
| EFCH/TCH-CS-027 | On Site Diligence | 20141216 | Todd Filsinger | Lunch | | | $7.09 | Poblanos \| TWF |
| EFCH/TCH-CS-027 | On Site Diligence | 20141217 | A. Scott Davis | Hotel | | | $151.80 | Springhill |
| EFCH/TCH-CS-027 | On Site Diligence | 20141217 | A. Scott Davis | Rental Car | | | $54.51 | Hertz |
| EFCH/TCH-CS-027 | On Site Diligence | 20141217 | A. Scott Davis | Lunch | | | $6.00 | El Chico \| self |
| EFCH/TCH-CS-027 | On Site Diligence | 20141217 | A. Scott Davis | Dinner | | | $45.43 | FM Smoke House \| Nathan, self |
| EFCH/TCH-CS-027 | On Site Diligence | 20141217 | Jill Kawakami | Hotel | | | $157.90 | Fairmont |
| EFCH/TCH-CS-027 | On Site Diligence | 20141217 | Jill Kawakami | Lunch | | | $11.89 | LP Café \| Jill |
| EFCH/TCH-CS-027 | On Site Diligence | 20141217 | Jill Kawakami | Dinner | | | $51.21 | Urban Taco \| Laura, Jill |
| EFCH/TCH-CS-027 | On Site Diligence | 20141217 | Laura Hatanaka | Hotel | | | $157.90 | Fairmont |
| EFCH/TCH-CS-027 | On Site Diligence | 20141217 | Laura Hatanaka | Breakfast | | | $5.41 | Starbucks \| Laura |
| EFCH/TCH-CS-027 | On Site Diligence | 20141217 | Laura Hatanaka | Lunch | | | $10.80 | LP Café \| Laura |
| EFCH/TCH-CS-027 | On Site Diligence | 20141217 | Nathan Pollak | Hotel | | | $151.80 | Spring Hill Suites |
| EFCH/TCH-CS-027 | On Site Diligence | 20141217 | Nathan Pollak | Lunch | | | $6.00 | TXU \| Self |
| EFCH/TCH-CS-027 | On Site Diligence | 20141217 | Paul Harmon | Hotel | | | $197.11 | Marriott |
| EFCH/TCH-CS-027 | On Site Diligence | 20141217 | Paul Harmon | Taxi | | | $24.30 | Hotel |
| EFCH/TCH-CS-027 | On Site Diligence | 20141217 | Paul Harmon | Lunch | | | $9.88 | Onsite Dallas \| P. Harmon |
| EFCH/TCH-CS-027 | On Site Diligence | 20141217 | Paul Harmon | Dinner | | | $35.43 | Onsite Dallas \| P. Harmon |
| EFCH/TCH-CS-027 | On Site Diligence | 20141217 | Sam Schreiber | Hotel | | | $151.80 | Springhill |
| EFCH/TCH-CS-027 | On Site Diligence | 20141217 | Sam Schreiber | Rental Car | | | $59.48 | Hertz - Dallas On-site diligence |
| EFCH/TCH-CS-027 | On Site Diligence | 20141217 | Sam Schreiber | Parking | | | $24.00 | DIA |
| EFCH/TCH-CS-027 | On Site Diligence | 20141217 | Sam Schreiber | Lunch | | | $6.00 | El Chico \| Self |
| EFCH/TCH-CS-027 | On Site Diligence | 20141217 | Sam Schreiber | Dinner | | | $6.22 | Subway \| Self |
| EFCH/TCH-CS-027 | On Site Diligence | 20141217 | Tim Wang | Hotel | | | $157.90 | Fairmont |
| EFCH/TCH-CS-027 | On Site Diligence | 20141217 | Tim Wang | Lunch | | | $9.46 | Pho Colonial \| Self |
| EFCH/TCH-CS-027 | On Site Diligence | 20141217 | Gary Germeroth | Hotel | | | $157.90 | Fairmont |
| EFCH/TCH-CS-027 | On Site Diligence | 20141217 | Gary Germeroth | Parking | | | $19.00 | Airport |
| EFCH/TCH-CS-027 | On Site Diligence | 20141217 | Gary Germeroth | Lunch | | | $9.17 | LP Café \| Self |
| EFCH/TCH-CS-027 | On Site Diligence | 20141217 | Gary Germeroth | Dinner | | | $119.52 | CBD Provisions \| Self, Todd Filsinger, Tim Wang, Michael Gadsden |
| EFCH/TCH-CS-027 | On Site Diligence | 20141217 | Michael Gadsden | Hotel | | | $127.75 | Magnolia |
| EFCH/TCH-CS-027 | On Site Diligence | 20141217 | Michael Gadsden | Lunch | | | $7.40 | LP Café \| Michael |
| EFCH/TCH-CS-027 | On Site Diligence | 20141217 | Todd Filsinger | Hotel | | | $207.47 | Fairmont, Dallas |

| INVOICE NUMBER | MATTER | DATE | NAME OF TIMEKEEPER WHO INCURRED EXPENSE | EXPENSE CATEGORY | UNIT COST | # OF UNITS | TOTAL | EXPENSE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| EFCH/TCH-CS-027 | On Site Diligence | 20141217 | Todd Filsinger | Breakfast | | | $3.97 | Lincoln Plaza café | TWF |
| EFCH/TCH-CS-027 | On Site Diligence | 20141218 | A. Scott Davis | Airfare | | | $211.10 | Airfare from Dallas to Houston (economy class) |
| EFCH/TCH-CS-027 | On Site Diligence | 20141218 | A. Scott Davis | Rental Car | | | $54.51 | Hertz |
| EFCH/TCH-CS-027 | On Site Diligence | 20141218 | A. Scott Davis | Parking | | | $6.00 | Star Parking |
| EFCH/TCH-CS-027 | On Site Diligence | 20141218 | A. Scott Davis | Personal Vehicle | $0.56 | 30 miles | $16.80 | r.t. Hobby |
| EFCH/TCH-CS-027 | On Site Diligence | 20141218 | A. Scott Davis | Breakfast | | | $6.16 | Jamba Juice | self |
| EFCH/TCH-CS-027 | On Site Diligence | 20141218 | A. Scott Davis | Rental Car | | | $5.02 | Shell |
| EFCH/TCH-CS-027 | On Site Diligence | 20141218 | Jill Kawakami | Airfare | | | $475.20 | Round trip airfare from Dallas to Denver (economy class) |
| EFCH/TCH-CS-027 | On Site Diligence | 20141218 | Jill Kawakami | Personal Vehicle | $0.56 | 24 miles | $13.44 | DIA - Home |
| EFCH/TCH-CS-027 | On Site Diligence | 20141218 | Laura Hatanaka | Airfare | | | $150.60 | Airfare from Dallas to Denver (economy class) |
| EFCH/TCH-CS-027 | On Site Diligence | 20141218 | Laura Hatanaka | Taxi | | | $31.96 | DFW |
| EFCH/TCH-CS-027 | On Site Diligence | 20141218 | Laura Hatanaka | Taxi | | | $49.63 | Home |
| EFCH/TCH-CS-027 | On Site Diligence | 20141218 | Laura Hatanaka | Breakfast | | | $4.87 | Starbucks | Laura |
| EFCH/TCH-CS-027 | On Site Diligence | 20141218 | Laura Hatanaka | Lunch | | | $29.77 | The Hospitality Sweet | Laura, Jill, Michael |
| EFCH/TCH-CS-027 | On Site Diligence | 20141218 | Nathan Pollak | Airfare | | | $260.10 | Airfare from Dallas, TX to Denver, CO (economy class) |
| EFCH/TCH-CS-027 | On Site Diligence | 20141218 | Nathan Pollak | Taxi | | | $76.00 | DFW |
| EFCH/TCH-CS-027 | On Site Diligence | 20141218 | Nathan Pollak | Parking | | | $96.00 | DIA |
| EFCH/TCH-CS-027 | On Site Diligence | 20141218 | Nathan Pollak | Personal Vehicle | $0.56 | 26 miles | $14.56 | DIA to Home |
| EFCH/TCH-CS-027 | On Site Diligence | 20141218 | Paul Harmon | Airfare | | | $285.60 | Airfare from Dallas to Denver (economy class) |
| EFCH/TCH-CS-027 | On Site Diligence | 20141218 | Paul Harmon | Taxi | | | $13.00 | Airport |
| EFCH/TCH-CS-027 | On Site Diligence | 20141218 | Paul Harmon | Parking | | | $72.00 | DIA |
| EFCH/TCH-CS-027 | On Site Diligence | 20141218 | Sam Schreiber | Airfare | | | $285.10 | Airfare from Dallas to Denver (economy class) |
| EFCH/TCH-CS-027 | On Site Diligence | 20141218 | Sam Schreiber | Rental Car | | | $59.48 | Hertz - Dallas On-site diligence |
| EFCH/TCH-CS-027 | On Site Diligence | 20141218 | Sam Schreiber | Parking | | | $24.00 | DIA |
| EFCH/TCH-CS-027 | On Site Diligence | 20141218 | Sam Schreiber | Personal Vehicle | $0.56 | 14 miles | $7.84 | From DIA |
| EFCH/TCH-CS-027 | On Site Diligence | 20141218 | Sam Schreiber | Breakfast | | | $5.83 | Jamba Juice | Self |
| EFCH/TCH-CS-027 | On Site Diligence | 20141218 | Sam Schreiber | Rental Car | | | $5.83 | Rental Fuel |
| EFCH/TCH-CS-027 | On Site Diligence | 20141218 | Tim Wang | Taxi | | | $54.00 | DFW |
| EFCH/TCH-CS-027 | On Site Diligence | 20141218 | Tim Wang | Parking | | | $87.00 | Logan Airport |
| EFCH/TCH-CS-027 | On Site Diligence | 20141218 | Tim Wang | Lunch | | | $9.72 | Pho Colonial | Self |
| EFCH/TCH-CS-027 | On Site Diligence | 20141218 | Tim Wang | Dinner | | | $28.62 | DFW | Self |
| EFCH/TCH-CS-027 | On Site Diligence | 20141218 | Gary Germeroth | Airfare | | | $211.10 | Airfare from Dallas to Houston (economy class) |
| EFCH/TCH-CS-027 | On Site Diligence | 20141218 | Gary Germeroth | Taxi | | | $25.00 | EFH Offices to Love Field |
| EFCH/TCH-CS-027 | On Site Diligence | 20141218 | Gary Germeroth | Parking | | | $19.00 | Airport |
| EFCH/TCH-CS-027 | On Site Diligence | 20141218 | Gary Germeroth | Personal Vehicle | $0.56 | 19 miles | $10.64 | Airport to Home |
| EFCH/TCH-CS-027 | On Site Diligence | 20141218 | Gary Germeroth | Lunch | | | $26.59 | Pho Colonial | Self, Todd Filsinger |
| EFCH/TCH-CS-027 | On Site Diligence | 20141218 | Michael Gadsden | Hotel | | | $113.75 | Magnolia |
| EFCH/TCH-CS-027 | On Site Diligence | 20141218 | Michael Gadsden | Dinner | | | $17.40 | Pho Colonial | Michael |
| EFCH/TCH-CS-027 | On Site Diligence | 20141218 | Todd Filsinger | Airfare | | | $433.10 | Airfare from Dallas to Denver (economy class) |
| EFCH/TCH-CS-027 | On Site Diligence | 20141218 | Todd Filsinger | Hotel | | | $171.74 | Homewood Suites |
| EFCH/TCH-CS-027 | On Site Diligence | 20141218 | Todd Filsinger | Taxi | | | $57.00 | to DFW |
| EFCH/TCH-CS-027 | On Site Diligence | 20141218 | Todd Filsinger | Taxi | | | $70.00 | To home |
| EFCH/TCH-CS-027 | On Site Diligence | 20141219 | Michael Gadsden | Airfare | | | $179.09 | Airfare from Dallas to Philadelphia (economy class) |
| EFCH/TCH-CS-027 | On Site Diligence | 20141219 | Michael Gadsden | Taxi | | | $30.15 | DFW airport |
| EFCH/TCH-CS-027 | On Site Diligence | 20141219 | Michael Gadsden | Taxi | | | $64.52 | Home |
| EFCH/TCH-CS-027 | On Site Diligence | 20141229 | Todd Filsinger | Other | | | $30.00 | Courtcall (dial in for first interim fee application hearing) |
| | | | | | | Total | $37,134.48 | |