**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: <br><br> ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 14-10979 (CSS) <br><br> (Jointly Administered) <br><br> **[Re: D.I. 3126, 3242]** |

### NOTICE OF FILING OF SUPPLEMENTAL DECLARATION OF ALAN D. HOLTZ OF ALIXPARTNERS, LLP, RESTRUCTURING ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ENERGY FUTURE HOLDINGS CORPORATION, ENERGY FUTURE INTERMEDIATE HOLDING COMPANY, LLC, EFIH FINANCE, INC., AND EECI, INC.

**PLEASE TAKE NOTICE** that on the date hereof, the official committee of unsecured creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. filed the *Supplemental Declaration of Alan D. Holtz of AlixPartners, LLP as Restructuring Advisor to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, et al.* (the "**First Supplemental Declaration**"). The First Supplemental Declaration is filed pursuant to the *Order Authorizing the Retention and Employment of AlixPartners, LLP as Restructuring Advisor to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc.* Nunc Pro Tunc *to November 20, 2014* [D.I. 3242], and supplements the *Declaration of Alan D. Holtz in Support of the Application of the Official Committee of Unsecured Creditors of Energy Future Holdings*

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

*Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. for an Order Authorizing the Retention and Employment of AlixPartners, LLP as Restructuring Advisor to the Committee* Nunc Pro Tunc *to November 20, 2014*, attached as <u>Exhibit C</u> to the *Application of the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. for an Order Authorizing the Retention and Employment of AlixPartners, LLP as Restructuring Advisor to the Committee* Nunc Pro Tunc *to November 20, 2014* [D.I. 3126].

      **PLEASE TAKE FURTHER NOTICE** that copies of the First Supplemental Declaration may be obtained from the Court's website, https://ecf.deb.uscourts.gov for a nominal fee or, free of charge, the website of Debtors' claims and noticing agent, http://efhcaseinfo.com.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>January 21, 2015 | **MONTGOMERY McCRACKEN WALKER & RHOADS, LLP**<br><br> */s/ Davis Lee Wright*<br>Natalie D. Ramsey, Esquire (DE Bar No. 5378)<br>Davis Lee Wright, Esquire (DE Bar No. 4324)<br>Mark A. Fink, Esquire (DE Bar No. 3946)<br>1105 North Market Street, 15th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 504-7800<br>Facsimile: (302) 504 -7820<br>E-mail: nramsey@mmwr.com<br>dwright@mmwr.com<br>mfink@mmwr.com<br><br>– and –<br><br>**SULLIVAN & CROMWELL LLP**<br><br>Andrew G. Dietderich<br>Brian D. Glueckstein<br>Michael H. Torkin<br>Mark U. Schneiderman<br>125 Broad Street<br>New York, New York 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>E-mail: dietdericha@sullcrom.com<br>gluecksteinb@sullcrom.com<br>torkinm@sullcrom.com<br>schneidermanm@sullcrom.com<br><br>*Counsel for The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC; EFIH Finance, Inc.; and EECI, Inc.* |