UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ENERGY FUTURE HOLDINGS CORP, et. al.<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 14-10979 (CSS)<br>)<br>) (Jointly Administered)<br>)<br>) **Docket Ref. Nos. 3126** |

## SUPPLEMENTAL DECLARATION OF ALAN D. HOLTZ OF ALIXPARTNERS, LLP AS RESTRUCTURING ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ENERGY FUTURES HOLDINGS CORPORATION, ET AL.

I, Alan D. Holtz, declare, pursuant to section 1746 of title 28 of the United States Code, as follows:

1. I am a managing director of AlixPartners, LLP (together with its parent and subsidiary-affiliates, "**AlixPartners**"), which has a place of business at 2000 Town Center, Suite 2400, Southfield, Michigan 48075.

2. Except as otherwise noted, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.

3. In the Original Declaration, I reserved the right to supplement AlixPartners' declarations in the event that AlixPartners discovered any facts bearing on AlixPartners' employment by the Debtors. Accordingly, AlixPartners would like to disclose the following:

- A director on AlixPartners, LLP's Board of Directors who was a managing director at CVC is now a managing director at CVC Credit Partners. Consistent with AlixPartners' original disclosures, based on, among other things, the business separation between the CVC Funds and the CVC Credit Partners' Funds, the business separation between the CVC Entities and AlixPartners, and the confidentiality obligations set forth in the original disclosure, AlixPartners continues to believe that it does not hold or represent an interest adverse to the estate with respect to the engagement.

- MEMC Electronic Materials, a contract counterparty to the Debtors, is a former AlixPartners client in matters unrelated to the Debtors.

- Total Gas & Power North America Inc., Total Petrochemicals USA, Inc., and Total Petroleum (collectively, "Total") are litigants, contract counterparties and SOAL parties to the Debtors. Total affiliated entities are current and former AlixPartners clients in matters unrelated to the Debtors. Total is a material contract party, vendor, co-defendant and creditor to current and former AlixPartners clients in matters unrelated to the Debtors.

4. I continue to reserve the right to supplement AlixPartners' disclosures in the event that AlixPartners discovers any facts bearing on matters regarding AlixPartners' employment by the Committee. If any new material relevant facts or relationships are discovered or arise, AlixPartners will promptly file a supplemental declaration pursuant to Bankruptcy Rule 2014(a).

5. As outlined in the engagement letter dated December 15, 2014 (the "**Engagement Letter**") and the Application of the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. for an Order Authoring the Retention and Employment of AlixPartners, LLP as Restructuring Advisor to the Committee *nunc pro tunc* to November 20, 2014 (the "**Application**") [Docket No.3126], AlixPartners disclosed its 2014 hourly billing rates for each personnel level as follows:

| Managing Directors | $875–1,010 |
|---|---|
| Directors | $665–815 |
| Vice Presidents | $490–590 |
| Associates | $335–435 |
| Analysts | $290–320 |
| Paraprofessionals | $220–240 |

6. In accordance with the Order Authorizing the Retention and Employment of AlixPartners, LLP as Restructuring Advisor to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. Nunc Pro Tunc to November 20, 2014 [Docket No. 3242],

AlixPartners is to provide ten days' notice prior to any rate increase. As stated in my Original Declaration, AlixPartners annually revises its rates on January 1, and the following are AlixPartners' standard hourly billing rates for 2015:

| Managing Director | $915 - 1,055 |
| Director | $695 - 850 |
| Vice President | $510 - 615 |
| Associate | $350 - 455 |
| Analyst | $305 - 335 |
| Paraprofessional | $230 - 250 |
| Developer | $190 - 385 |

7. AlixPartners plans to implement its 2015 hourly billing rates with respect to these cases effective February 1, 2015. Consistent with the terms of the Engagement Letter, the maximum rate for individuals at a particular level will be the highest 2014 rate for such level (as disclosed in the Engagement Letter), even if such individuals' standard hourly rates for 2015 would be higher. The individual billing rates of professionals working on this engagement for the Debtors will be reflected in fee applications filed by AlixPartners in this case.

I declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing is true and correct.

_____
Alan D. Holtz

Dated this 6th day of January, 2015