Form 210A (12/09)

# United States Bankruptcy Court

## District of Delaware

In re: <u>Energy Future Holdings Corp.</u>     Case No. <u>14-10979</u>

## TRANSFER OF CLAIM OTHER THAN SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), of the Federal Rules of Bankruptcy Procedures, of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>Tannor Partners Credit Fund, LP</u><br>Name of Transferee | <u>Babcock & Wilcox Power Generation Group</u><br>Name of Transferor |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known) <u>750</u><br>Transfer of claim amount corresponding to 503(b)(9) claim amount<br>of: <u>$2,106.74</u> |
| Tannor Partners Credit Fund, LP<br>150 Grand Street, Suite 401<br>White Plains, NY 10601<br>Phone: <u>(914) 509-5000</u> | Date Claim Filed: <u>5/30/2014</u> |
| | Phone: _____ |
| Last Four Digits of Acct #: <u>N/A</u> | |

Name and Address where transferee payments
Should be sent (if different from above):

Phone: <u>N/A</u>
Last Four Digits of Acct #: <u>N/A</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/ Robert J. Tannor</u>     Date: <u>January 21, 2015</u>
    Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C.§§152 & 3571.*

# EVIDENCE OF TRANSFER OF CLAIM

TO:  United States Bankruptcy Court
     District of Delaware
     Attn: Clerk

AND TO:  Energy Future Holdings Corp., et al., Jointly Administered
         Case No. 14-10979

Claim #:750 / Schedule ☐

**BABCOCK & WILCOX POWER GENERATION GROUP, INC.**, its successors and assigns ("Assignor"), for good and valuation consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**TANNOR PARTNERS CREDIT FUND, LP**
150 Grand Street, Suite 401
White Plains, NY 10601
Attn: Robert Tannor

its successors and assigns ("Assignee"), all rights title and interest in and to the administrative expense claim or cure claim of Assignor pursuant to section 503(b)(9) of the United States Bankruptcy Code, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of not less than $2,106.74 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee or the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer by its duly authorized representative dated this 7th day of January, 2014 5.

**BABCOCK & WILCOX POWER GENERATION GROUP, INC.**

By: _____

**TANNOR PARTNERS CREDIT FUND, LP**

By: /s/ Robert J. Tannor