# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., et al.,[1] | ) ) ) ) | Case No. 14-10979(CSS) (Jointly Administered) |
| Debtors. | ) |  |

## NOTICE OF WITHDRAWAL OF APPEARANCE
## AND REQUEST TO BE REMOVED FROM SERVICE

PLEASE TAKE NOTICE that Derek P. Alexander, Esquire, hereby withdraws his appearance filed in the above-captioned case on behalf of Evercore Group, L.L.C. (Docket No. 1718), and requests that he be removed from all Notice and Service Lists in this case on behalf of Evercore Group, L.L.C.:

> Derek P. Alexander, Esquire
> Debevoise & Plimpton LLP
> 919 Third Avenue
> New York, NY  10022
> T:  (212) 909-6021
> F:  (212) 521-7603
> dalexand@debevoise.com
>
> WEIR & PARTNERS LLP
>
> By:  */s/ Jeffrey S. Cianciulli*
> Jeffrey S. Cianciulli, Esquire (#4369)
> 824 N. Market Street, Suite 800
> Wilmington, Delaware 19801
> T:  (302) 652-8181
> F:  (302) 652-8909
> jcianciulli@weirpartners.com
> *Attorneys for Evercore Group, L.L.C.*

Dated:  January 22, 2015

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://efhcaseinfo.com.

465005_1