**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., et al., | ) Case No. 14-10979(CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of January, 2015, I caused a true and correct copy of the foregoing Notice of Withdrawal of Appearance and Request to be Removed from the Service List to be served upon all parties currently registered to receive electronic notices via this Court's ECF system and upon the following via U.S. First Class Mail:

Kirkland & Ellis, LLP
601 Lexington Avenue
New York, NY 10022
Attn:  Richard M. Cieri
         Edward O. Sassower, P.C.
         Stephen E. Hessler
         Brian E. Schartz

Kirkland & Ellis, LLP
300 North LaSalle
Chicago, IL 60654
Attn:  James H.M. Sprayregen, P.C.
         Chad J. Husnick
         Steven N. Serajeddini

Richards Layton & Finger
920 North King Street
Wilmington, DE 19801
Attn:  Mark D. Collins
         Daniel J. DeFranceschi
         Jason M. Madron

Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
Attn:  Richard L. Schepacarter

Epiq Bankruptcy Solutions, LLC
757 Third Avenue
Third Floor
New York, NY 10017
*Claims Agent*

/s/ Jeffrey S. Cianciulli
Jeffrey S. Cianciulli

465005_1