21 January 2015

United States Bankruptcy Court for the District of Delaware
824 North Market Street
3rd Floor
Wilmington, DE 19801

FILED
2015 JAN 23 PM 1:
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

RE: Energy Future Holdings Corp., et al; Chapter 11; Case No. 14-10979 (CSS)

Your Honor,

This letter is my response to the Objection to Certain No Liability Claims, filed by Energy Future Holdings, Corp., to disallow and expunge a Proof of Claim, No. 9658, filed by me in response to solicitation for claims from a filing for Chapter 11 Bankruptcy protection by noted corporation in 2014.

I challenge the motion to disallow and expunge my claim, No. 9658, on the basis that the original claim has a judgment illegally and unconstitutionally rendered in favor of this corporation, under a prior name and ownership. In light of such action(s) being illegal and unconstitutional, there is no statue of limitations on resurrecting the original claim since it has never been paid, and therefore, is still outstanding and past due.

Respectfully,

Gary Waldrep

(Richard Gary Waldrep, creditor-claimant for Claim No. 9658)

# UNITED STATES POSTAL SERVICE Postage Price Calculator

**Domestic Services**

**Display All Options**

Flat Rate Envelope, mailed on January 22 after 12:00 PM from DALLAS TX 75260 to WILMINGTON DE 19801

| Priority Mail Express™ Options - Money Back Guarantee | Scheduled Delivery Day | Price | Online Price |
|---|---|---|---|
| **Priority Mail Express 1-Day™ Flat Rate Envelope** ? <br> USPS-Produced Envelope: 12-1/2" x 9-1/2" | Fri, Jan 23 by 3:00 PM | $19.99 | $18.11 |
| **Priority Mail Express 1-Day™ Flat Rate Envelope Hold For Pickup** ? <br> USPS-Produced Envelope: 12-1/2" x 9-1/2" | Fri, Jan 23 by 3:00 PM | $19.99 | $18.11 |

| Product Selected | Price Description | Price | Online Price |
|---|---|---|---|
| Priority Mail Express 1-Day™ Flat Rate Envelope <br> Scheduled Delivery Day **Fri, Jan 23 by 3:00 PM** | Total | **$19.99** | **$18.11** |

Priority Mail Express Items need to be mailed by a certain time for us to meet our delivery commitment.

Use the Service Commitment Lookup Tool for service commitments and for Priority Mail Express drop-off times and locations.







Priority Mail and Priority Mail Express Service Commitments

| Product | Drop-Off By | Facility Type | Address | Guarantee |
|---|---|---|---|---|
| Priority Mail 2-Day™ Large Flat Rate Box | Thu, Jan 22 by 8:00 PM | POST OFFICE | 401 DALLAS FT WORTH TPKE DALLASTX75260 | No Guarantee |
| Priority Mail 2-Day™ Large Flat Rate Box Hold For Pickup | Thu, Jan 22 by 8:00 PM | POST OFFICE | 401 DALLAS FT WORTH TPKE DALLASTX75260 | No Guarantee |
| Priority Mail Express 1-Day™ Flat Rate Boxes | Thu, Jan 22 by 7:30 PM | POST OFFICE | 401 DALLAS FT WORTH TPKE DALLASTX75260 | Money Back Guarantee |
| Priority Mail Express 1-Day™ Flat Rate Boxes Hold For Pickup | Thu, Jan 22 by 7:30 PM | POST OFFICE | 401 DALLAS FT WORTH TPKE DALLASTX75260 | Money Back Guarantee |