IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP. ET AL | ) ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors | ) | (Jointly Administered) |

**CREDITOR STEPHEN W. MITCHELL'S RESPONSE TO DECLARATION OF STEVEN R. KOTARBA, MANAGING DIRECTOR WITH ALVAREZ & MARSAL NORTH AMERICA, LLC, IN SUPPORT OF THE DEBTOR'S SIXTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO (INSUFFICIENT DOCUMENTATION) CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1**

Stephen W. Mitchell files this his Response to the Objection in the above matter.

I.

In response to number eight on my proof of claim form, Energy Future Holdings, Corporation has all my bills, therefore, they have care, custody and control of all documents that requested that I furnish.

Respectfully submitted,

*/s/ Stephen W. Mitchell*
STEPHEN W. MITCHELL

## CERTIFICATE OF SERVICE

I certify that a copy of the above has been forwarded to Mr. Steven R. Kotarba on this the 22nd day of January, 2015.

*/s/ Stephen W. Mitchell*
STEPHEN W. MITCHELL