# EXHIBIT A

## Statement of Fees by Project Category

| Project Number | Project Name | Hours | Fee Amount |
|---|---|---|---|
| 00002 | ASSET ANALYSIS AND RECOVERY | 37.20 | $ 27,177.50 |
| 00003 | ASSET DISPOSITION | 318.40 | $ 227,573.00 |
| 00004 | ASSUMPTION AND REJECTION OF LEASES AND CONTRACT | 2.10 | $ 1,703.50 |
| 00005 | AVOIDANCE ACTION ANALYSIS | - | $ - |
| 00006 | BUSINESS OPERATIONS | 8.60 | $ 6,237.00 |
| 00007 | CASE ADMINISTRATION | 341.40 | $ 240,545.50 |
| 00008 | CLAIMS ADMINISTRATION AND OBJECTIONS | 38.50 | $ 38,372.00 |
| 00009 | CORPORATE GOVERNANCE AND BOARD MATTERS | 2.90 | $ 2,624.50 |
| 00010 | EMPLOYEE BENEFITS AND PENSIONS | 118.00 | $ 89,151.00 |
| 00011 | EMPLOYMENT AND FEE APPLICATIONS (S&C) | 131.90 | $ 93,310.50 |
| 00012 | EMPLOYMENT AND FEE APPLICATIONS (OTHERS) | 114.40 | $ 69,502.50 |
| 00013 | FINANCING, CASH COLLATERAL, MAKE WHOLE | 224.20 | $ 156,959.00 |
| 00014 | OTHER LITIGATION | 43.10 | $ 37,883.50 |
| 00015 | MEETINGS AND COMMUNICATIONS WITH CREDITORS | 113.60 | $ 118,873.50 |
| 00016 | NON-WORKING TRAVEL | 6.40 | $ 3,648.00 |
| 00017 | PLAN AND DISCLOSURE STATEMENT | - | $ - |
| 00018 | RELIEF FROM STAY AND ADEQUATE PROTECTION | - | $ - |
| 00019 | TAX | 223.70 | $ 221,889.50 |
| 00020 | VALUATION | - | $ - |
| 00021 | DISCOVERY | 48.70 | $ 41,549.00 |
| 00022 | HEARINGS | 10.20 | $ 10,876.00 |
| 00023 | FIRST AND SECOND DAY MOTIONS | - | $ - |
| 00024 | CLAIMS INVESTIGATION | 24.90 | $ 18,307.50 |
| 00025 | LIEN INVESTIGATION | 102.00 | $ 67,148.00 |
| 00026 | INTERCOMPANY CLAIMS | 127.20 | $ 84,407.00 |
| 00027 | OTHER MOTIONS / APPLICATIONS | 100.60 | $ 73,221.00 |
| 00028 | SCHEDULES AND STATEMENTS | - | $ - |
| 00029 | TIME ENTRY REVIEW | 1.90 | $ 2,166.00 |
| 00031 | BUDGETING (CASE) | 0.40 | $ 394.00 |
| | **Total** | **2,140.30** | **$ 1,633,519.00** |

## EXHIBIT B

## Attorneys and Paraprofessionals' Information

| Timekeeper Name | Title | Year Admitted | Rate | Hours | | Amount |
|---|---|---|---|---|---|---|
| Creamer Jr., Ronald E. | Partner | 05/02/92 | $ 1,295.00 | 0.50 | | $ 647.50 |
| Dietderich, Andrew G. | Partner | 11/01/97 | $ 570.00 | 3.00 | * | $ 1,710.00 |
| Dietderich, Andrew G. | Partner | 11/01/97 | $ 1,140.00 | 147.20 | | $ 167,808.00 |
| Glueckstein, Brian D. | Partner | 04/19/04 | $ 570.00 | 1.20 | * | $ 684.00 |
| Glueckstein, Brian D. | Partner | 04/19/04 | $ 1,140.00 | 113.00 | | $ 128,820.00 |
| Hariton, David P. | Partner | 05/01/86 | $ 1,295.00 | 71.50 | | $ 92,592.50 |
| Korry, Alexandra D. | Partner | 05/01/88 | $ 1,295.00 | 46.00 | | $ 59,570.00 |
| Rosenberg, Mark F. | Partner | 05/01/81 | $ 1,140.00 | 8.00 | | $ 9,120.00 |
| Shane, Penny | Partner | 01/23/89 | $ 1,140.00 | 7.20 | | $ 8,208.00 |
| Torkin, Michael H. | Partner | 11/22/99 | $ 570.00 | 2.20 | * | $ 1,254.00 |
| Torkin, Michael H. | Partner | 11/22/99 | $ 1,140.00 | 51.60 | | $ 58,824.00 |
| Trevino, Marc R. | Partner | 08/07/95 | $ 1,295.00 | 26.00 | | $ 33,670.00 |
| **Partner Total** | | | | **477.40** | | **$ 562,908.00** |
| Jerome, John J. | Of Counsel | 10/17/62 | $ 1,140.00 | 5.00 | | $ 5,700.00 |
| **Of Counsel Total** | | | | **5.00** | | **$ 5,700.00** |
| Altman, Zvi Daniel | Special Counsel | 03/29/06 | $ 995.00 | 72.80 | | $ 72,436.00 |
| Barancik, Tia S. | Special Counsel | 03/23/87 | $ 1,140.00 | 11.70 | | $ 13,338.00 |
| Brennan, Matthew J. | Special Counsel | 12/22/86 | $ 1,050.00 | 16.80 | | $ 17,640.00 |
| Coccaro, Rebecca S. | Special Counsel | 10/30/00 | $ 995.00 | 0.70 | | $ 696.50 |
| Fiorini, Judith R. | Special Counsel | 12/07/98 | $ 995.00 | 3.00 | | $ 2,985.00 |
| **Special Counsel Total** | | | | **105.00** | | **$ 107,095.50** |
| Biller, Daniel L. | Associate | 03/20/13 | $ 725.00 | 95.50 | | $ 69,237.50 |
| Bradley, Adrienne R. W. | Associate | 03/28/13 | $ 725.00 | 75.00 | | $ 54,375.00 |
| Coleman, Heather L. | Associate | 12/10/07 | $ 865.00 | 51.90 | | $ 44,893.50 |
| Foushee, Matthew H. | Associate | In process | $ 460.00 | 132.40 | | $ 60,904.00 |
| Geiger, Mark S. | Associate | 03/20/13 | $ 725.00 | 5.30 | | $ 3,842.50 |
| Ha, Alice YN | Associate | In process | $ 460.00 | 63.10 | | $ 29,026.00 |
| Heuer, Max S. | Associate | 05/24/12 | $ 830.00 | 25.80 | | $ 21,414.00 |
| Jakus, David J. | Associate | 04/07/14 | $ 605.00 | 34.70 | | $ 20,993.50 |
| Josephs, Adam M. | Associate | 12/08/14 | $ 460.00 | 21.90 | | $ 10,074.00 |
| Keranen, Kristin L. | Associate | 07/07/08 | $ 865.00 | 6.00 | | $ 5,190.00 |
| Khanna, Hargun S. | Associate | In process | $ 460.00 | 101.50 | | $ 46,690.00 |
| Kranzley, Alexa J. C. Y. L. | Associate | 03/23/09 | $ 865.00 | 143.60 | | $ 124,214.00 |
| Loeser, Daniel R. | Associate | 02/03/14 | $ 605.00 | 4.30 | | $ 2,601.50 |
| Ma, Chiansan | Associate | 07/02/12 | $ 830.00 | 147.30 | | $ 122,259.00 |
| Mortensen, Todd A. | Associate | 09/04/13 | $ 725.00 | 64.90 | | $ 47,052.50 |
| Rhein, Jonathan M. | Associate | 11/02/14 | $ 460.00 | 32.00 | | $ 14,720.00 |
| Schneiderman, Mark U. | Associate | 06/27/06 | $ 865.00 | 53.80 | | $ 46,537.00 |
| Silver, Justin P. | Associate | In process | $ 460.00 | 2.80 | | $ 1,288.00 |
| Taylor-Cohart, Daniel | Associate | 04/02/14 | $ 605.00 | 32.00 | | $ 19,360.00 |
| Weiss, Noam R. | Associate | 04/30/14 | $ 605.00 | 107.70 | | $ 65,158.50 |
| White, Amaris R. | Associate | 04/08/13 | $ 725.00 | 12.10 | | $ 8,772.50 |
| Zhang, Xin | Associate | 09/29/14 | $ 460.00 | 116.80 | | $ 53,728.00 |
| Zylberberg, David R. | Associate | 03/02/11 | $ 855.00 | 29.90 | | $ 25,564.50 |
| **Associate Total** | | | | **1,360.30** | | **$ 897,895.50** |

| Timekeeper Name | Title | Year Admitted | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **Lawyers Total** | | | | **1,947.70** | **$1,573,599.00** |
| Balsdon, Nicholas J. | Electronic Discovery / Compliance | N/A | $ 315.00 | 1.00 | $ 315.00 |
| Betin, Darya A. | Research Analyst | N/A | $ 355.00 | 0.50 | $ 177.50 |
| Council, Kimberly N. | Research Analyst | N/A | $ 355.00 | 3.70 | $ 1,313.50 |
| Desir, Sadel J. | Legal Assistant Clerk | N/A | $ 145.00 | 2.00 | $ 290.00 |
| Drinkwater, Emily C. C. | Legal Assistant | N/A | $ 275.00 | 41.40 | $ 11,385.00 |
| Gorman, Teresa A. | Research Analyst | N/A | $ 355.00 | 4.30 | $ 1,526.50 |
| Harris, Angelique R. | Electronic Discovery / Compliance | N/A | $ 355.00 | 0.30 | $ 106.50 |
| Khwaja, Tariq | Research Analyst | N/A | $ 355.00 | 0.60 | $ 213.00 |
| Langston, Nicole E. | Electronic Discovery / Compliance | N/A | $ 355.00 | 7.80 | $ 2,769.00 |
| Noller, Denise J. | Research Analyst | N/A | $ 355.00 | 1.50 | $ 532.50 |
| Pearson, Michael D. | Research Analyst | N/A | $ 355.00 | 1.00 | $ 355.00 |
| Petit, Gregoire M. | Research Analyst | N/A | $ 355.00 | 0.50 | $ 177.50 |
| Robinson, Kenneth W. | Legal Analyst - Corporate | N/A | $ 355.00 | 13.70 | $ 4,863.50 |
| Seeger, Evelyn H. | Research Analyst | N/A | $ 355.00 | 0.80 | $ 284.00 |
| Timmons, Penny H. | Research Analyst | N/A | $ 355.00 | 0.70 | $ 248.50 |
| Tully, John K. | Research Analyst | N/A | $ 355.00 | 7.00 | $ 2,485.00 |
| Voizard, Marshall R. | Research Analyst | N/A | $ 355.00 | 4.10 | $ 1,455.50 |
| Watson, Thomas C. | Legal Assistant | N/A | $ 275.00 | 57.20 | $ 15,730.00 |
| Whalen, Sean S. | Legal Assistant Clerk | N/A | $ 145.00 | 0.50 | $ 72.50 |
| Zweber, Zara E. | Legal Assistant | N/A | $ 355.00 | 44.00 | $ 15,620.00 |
| **Non Legal Personnel Total** | | | | **192.60** | **$ 59,920.00** |
| **Grand Total** | | | | **2,140.30** | **$1,633,519.00** |

\* Half-rates appear where fees were charged for non-working travel.

SC1:3783689.3

# EXHIBIT C

## Summary of Actual and Necessary Expenses for the Fee Period

| Disbursement Summary | |
|---|---|
| **Description** | **Amount** |
| Local Transportation | $ 3,151.77 |
| Conference Catering | $ 498.10 |
| Meals - Overtime | $ 1,506.30 |
| Outside Printing | $ 146.98 |
| Repro - Binding | $ 204.75 |
| Repro - Color Copier | $ 157.00 |
| Repro - Copies | $ 5,737.80 |
| Tele-conference | $ 99.95 |
| Travel - Out of Town | $ 922.50 |
| **Total** | **$ 12,425.15** |

## EXHIBIT D

## Detailed Description of Expenses and Disbursements

| Work Date | Timekeeper Name | Quantity | Rate | Amount | Cost Description |
|---|---|---|---|---|---|
| 11/07/14 | Barancik, Tia S. | 1 | $ 91.42 | $ 91.42 | Local Transportation |
| 11/07/14 | Barancik, Tia S. | 1 | $ 91.42 | $ 91.42 | Local Transportation |
| 11/07/14 | Dietderich, Andrew G. | 1 | $ 49.52 | $ 49.52 | Local Transportation |
| 11/07/14 | Weiss, Noam R. | 1 | $ 27.78 | $ 27.78 | Local Transportation |
| 11/09/14 | Ma, Chiansan | 1 | $ 59.29 | $ 59.29 | Local Transportation |
| 11/09/14 | Ma, Chiansan | 1 | $ 59.84 | $ 59.84 | Local Transportation |
| 11/10/14 | Khanna, Hargun S. | 1 | $ 31.29 | $ 31.29 | Local Transportation |
| 11/10/14 | Mortensen, Todd A. | 1 | $ 95.71 | $ 95.71 | Local Transportation |
| 11/10/14 | Schneiderman, Mark U. | 1 | $ 69.00 | $ 69.00 | Local Transportation |
| 11/11/14 | Glueckstein, Brian D. | 1 | $ 27.23 | $ 27.23 | Local Transportation |
| 11/11/14 | Ma, Chiansan | 1 | $ 59.84 | $ 59.84 | Local Transportation |
| 11/11/14 | Mortensen, Todd A. | 1 | $ 95.70 | $ 95.70 | Local Transportation |
| 11/11/14 | Watson, Thomas C. | 1 | $ 128.03 | $ 128.03 | Local Transportation |
| 11/12/14 | Ha, Alice YN | 1 | $ 6.50 | $ 6.50 | Local Transportation |
| 11/12/14 | Ma, Chiansan | 1 | $ 59.07 | $ 59.07 | Local Transportation |
| 11/12/14 | Mortensen, Todd A. | 1 | $ 95.72 | $ 95.72 | Local Transportation |
| 11/13/14 | Mortensen, Todd A. | 1 | $ 95.70 | $ 95.70 | Local Transportation |
| 11/13/14 | Torkin, Michael H. | 1 | $ 151.81 | $ 151.81 | Local Transportation |
| 11/13/14 | Weiss, Noam R. | 1 | $ 27.67 | $ 27.67 | Local Transportation |
| 11/14/14 | Ha, Alice YN | 1 | $ 24.27 | $ 24.27 | Local Transportation |
| 11/14/14 | Khanna, Hargun S. | 1 | $ 13.70 | $ 13.70 | Local Transportation |
| 11/14/14 | Ma, Chiansan | 1 | $ 59.58 | $ 59.58 | Local Transportation |
| 11/14/14 | Mortensen, Todd A. | 1 | $ 95.72 | $ 95.72 | Local Transportation |
| 11/16/14 | Foushee, Matthew H. | 1 | $ 7.10 | $ 7.10 | Local Transportation |
| 11/16/14 | Ma, Chiansan | 1 | $ 59.29 | $ 59.29 | Local Transportation |
| 11/16/14 | Ma, Chiansan | 1 | $ 59.46 | $ 59.46 | Local Transportation |
| 11/17/14 | Dietderich, Andrew G. | 1 | $ 28.20 | $ 28.20 | Local Transportation |
| 11/17/14 | Dietderich, Andrew G. | 1 | $ 28.50 | $ 28.50 | Local Transportation |
| 11/17/14 | Foushee, Matthew H. | 1 | $ 8.30 | $ 8.30 | Local Transportation |
| 11/17/14 | Khanna, Hargun S. | 1 | $ 31.16 | $ 31.16 | Local Transportation |
| 11/17/14 | Kranzley, Alexa J. C. Y. L. | 1 | $ 21.93 | $ 21.93 | Local Transportation |
| 11/17/14 | Ma, Chiansan | 1 | $ 60.05 | $ 60.05 | Local Transportation |
| 11/17/14 | Zhang, Xin | 1 | $ 25.08 | $ 25.08 | Local Transportation |
| 11/18/14 | Foushee, Matthew H. | 1 | $ 7.10 | $ 7.10 | Local Transportation |
| 11/18/14 | Ma, Chiansan | 1 | $ 66.93 | $ 66.93 | Local Transportation |
| 11/18/14 | Torkin, Michael H. | 1 | $ 28.98 | $ 28.98 | Local Transportation |
| 11/18/14 | Torkin, Michael H. | 1 | $ 28.98 | $ 28.98 | Local Transportation |

| Date | Name | Qty | Rate | Amount | Description |
|---|---|---|---|---|---|
| 11/18/14 | Torkin, Michael H. | 1 | $ 147.07 | $ 147.07 | Local Transportation |
| 11/19/14 | Foushee, Matthew H. | 1 | $ 7.50 | $ 7.50 | Local Transportation |
| 11/19/14 | Ma, Chiansan | 1 | $ 59.58 | $ 59.58 | Local Transportation |
| 11/19/14 | Torkin, Michael H. | 1 | $ 46.00 | $ 46.00 | Local Transportation |
| 11/20/14 | Dietderich, Andrew G. | 1 | $ 25.45 | $ 25.45 | Local Transportation |
| 11/20/14 | Foushee, Matthew H. | 1 | $ 15.00 | $ 15.00 | Local Transportation |
| 11/20/14 | Torkin, Michael H. | 1 | $ 156.38 | $ 156.38 | Local Transportation |
| 11/20/14 | Torkin, Michael H. | 1 | $ 160.12 | $ 160.12 | Local Transportation |
| 11/21/14 | Glueckstein, Brian D. | 1 | $ 27.67 | $ 27.67 | Local Transportation |
| 11/24/14 | Drinkwater, Emily C. C. | 1 | $ 25.79 | $ 25.79 | Local Transportation |
| 11/24/14 | Glueckstein, Brian D. | 1 | $ 27.23 | $ 27.23 | Local Transportation |
| 11/24/14 | Ha, Alice YN | 1 | $ 6.00 | $ 6.00 | Local Transportation |
| 11/24/14 | Watson, Thomas C. | 1 | $ 126.71 | $ 126.71 | Local Transportation |
| 11/25/14 | Dietderich, Andrew G. | 1 | $ 27.78 | $ 27.78 | Local Transportation |
| 11/25/14 | Dietderich, Andrew G. | 1 | $ 29.90 | $ 29.90 | Local Transportation |
| 11/25/14 | Foushee, Matthew H. | 1 | $ 7.70 | $ 7.70 | Local Transportation |
| 11/25/14 | Ha, Alice YN | 1 | $ 24.27 | $ 24.27 | Local Transportation |
| 11/25/14 | Ma, Chiansan | 1 | $ 66.75 | $ 66.75 | Local Transportation |
| 11/25/14 | Ma, Chiansan | 1 | $ 59.58 | $ 59.58 | Local Transportation |
| 11/29/14 | Ma, Chiansan | 1 | $ 59.58 | $ 59.58 | Local Transportation |
| 11/29/14 | Ma, Chiansan | 1 | $ 59.84 | $ 59.84 | Local Transportation |
| 11/30/14 | Ha, Alice YN | 1 | $ 9.00 | $ 9.00 | Local Transportation |
| **Local Transportation Total** | | | | **$ 3,151.77** | |
| 11/12/14 | Dietderich, Andrew G. | 1 | $ 332.07 | $ 332.07 | Conference Catering - 20 People |
| 11/24/14 | Dietderich, Andrew G. | 1 | $ 166.03 | $ 166.03 | Conference Catering - 10 People |
| **Meals - Conference Catering Total** | | | | **$ 498.10** | |
| 11/07/14 | Weiss, Noam R. | 1 | $ 17.24 | $ 17.24 | Meals - Overtime |
| 11/09/14 | Foushee, Matthew H. | 1 | $ 20.00 | $ 20.00 | Meals - Overtime |
| 11/09/14 | Foushee, Matthew H. | 1 | $ 20.00 | $ 20.00 | Meals - Overtime |
| 11/09/14 | Ma, Chiansan | 1 | $ 20.00 | $ 20.00 | Meals - Overtime |
| 11/10/14 | Altman, Zvi Daniel | 1 | $ 20.00 | $ 20.00 | Meals - Overtime |
| 11/10/14 | Foushee, Matthew H. | 1 | $ 20.00 | $ 20.00 | Meals - Overtime |
| 11/10/14 | Ma, Chiansan | 1 | $ 20.00 | $ 20.00 | Meals - Overtime |
| 11/10/14 | Mortensen, Todd A. | 1 | $ 20.00 | $ 20.00 | Meals - Overtime |
| 11/10/14 | Watson, Thomas C. | 1 | $ 20.00 | $ 20.00 | Meals - Overtime |
| 11/11/14 | Altman, Zvi Daniel | 1 | $ 20.00 | $ 20.00 | Meals - Overtime |
| 11/11/14 | Biller, Daniel L. | 1 | $ 20.00 | $ 20.00 | Meals - Overtime |
| 11/11/14 | Foushee, Matthew H. | 1 | $ 20.00 | $ 20.00 | Meals - Overtime |
| 11/11/14 | Glueckstein, Brian D. | 1 | $ 19.06 | $ 19.06 | Meals - Overtime |
| 11/11/14 | Kranzley, Alexa J. C. Y. L. | 1 | $ 20.00 | $ 20.00 | Meals - Overtime |
| 11/11/14 | Loeser, Daniel R. | 1 | $ 20.00 | $ 20.00 | Meals - Overtime |
| 11/11/14 | Ma, Chiansan | 1 | $ 20.00 | $ 20.00 | Meals - Overtime |
| 11/11/14 | Mortensen, Todd A. | 1 | $ 20.00 | $ 20.00 | Meals - Overtime |

| Date | Name | Qty | Rate | Amount | Description |
|---|---|---|---|---|---|
| 11/11/14 | Watson, Thomas C. | 1 | $ 20.00 | $ 20.00 | Meals - Overtime |
| 11/12/14 | Bradley, Adrienne R. W. | 1 | $ 20.00 | $ 20.00 | Meals - Overtime |
| 11/12/14 | Foushee, Matthew H. | 1 | $ 20.00 | $ 20.00 | Meals - Overtime |
| 11/12/14 | Kranzley, Alexa J. C. Y. L. | 1 | $ 20.00 | $ 20.00 | Meals - Overtime |
| 11/12/14 | Ma, Chiansan | 1 | $ 20.00 | $ 20.00 | Meals - Overtime |
| 11/12/14 | Mortensen, Todd A. | 1 | $ 20.00 | $ 20.00 | Meals - Overtime |
| 11/13/14 | Bradley, Adrienne R. W. | 1 | $ 20.00 | $ 20.00 | Meals - Overtime |
| 11/13/14 | Foushee, Matthew H. | 1 | $ 20.00 | $ 20.00 | Meals - Overtime |
| 11/13/14 | Ha, Alice YN | 1 | $ 20.00 | $ 20.00 | Meals - Overtime |
| 11/13/14 | Ma, Chiansan | 1 | $ 20.00 | $ 20.00 | Meals - Overtime |
| 11/13/14 | Mortensen, Todd A. | 1 | $ 20.00 | $ 20.00 | Meals - Overtime |
| 11/13/14 | Weiss, Noam R. | 1 | $ 20.00 | $ 20.00 | Meals - Overtime |
| 11/13/14 | Zhang, Xin | 1 | $ 20.00 | $ 20.00 | Meals - Overtime |
| 11/14/14 | Bradley, Adrienne R. W. | 1 | $ 20.00 | $ 20.00 | Meals - Overtime |
| 11/14/14 | Mortensen, Todd A. | 1 | $ 19.31 | $ 19.31 | Meals - Overtime |
| 11/14/14 | Zhang, Xin | 1 | $ 20.00 | $ 20.00 | Meals - Overtime |
| 11/16/14 | Foushee, Matthew H. | 1 | $ 20.00 | $ 20.00 | Meals - Overtime |
| 11/16/14 | Ma, Chiansan | 1 | $ 20.00 | $ 20.00 | Meals - Overtime |
| 11/16/14 | Weiss, Noam R. | 1 | $ 20.00 | $ 20.00 | Meals - Overtime |
| 11/17/14 | Bradley, Adrienne R. W. | 1 | $ 20.00 | $ 20.00 | Meals - Overtime |
| 11/17/14 | Foushee, Matthew H. | 1 | $ 20.00 | $ 20.00 | Meals - Overtime |
| 11/17/14 | Heuer, Max S. | 1 | $ 20.00 | $ 20.00 | Meals - Overtime |
| 11/17/14 | Khanna, Hargun S. | 1 | $ 20.00 | $ 20.00 | Meals - Overtime |
| 11/17/14 | Kranzley, Alexa J. C. Y. L. | 1 | $ 20.00 | $ 20.00 | Meals - Overtime |
| 11/17/14 | Ma, Chiansan | 1 | $ 20.00 | $ 20.00 | Meals - Overtime |
| 11/17/14 | Rhein, Jonathan M. | 1 | $ 20.00 | $ 20.00 | Meals - Overtime |
| 11/17/14 | Zhang, Xin | 1 | $ 20.00 | $ 20.00 | Meals - Overtime |
| 11/18/14 | Biller, Daniel L. | 1 | $ 20.00 | $ 20.00 | Meals - Overtime |
| 11/18/14 | Foushee, Matthew H. | 1 | $ 20.00 | $ 20.00 | Meals - Overtime |
| 11/18/14 | Khanna, Hargun S. | 1 | $ 20.00 | $ 20.00 | Meals - Overtime |
| 11/18/14 | Kranzley, Alexa J. C. Y. L. | 1 | $ 20.00 | $ 20.00 | Meals - Overtime |
| 11/18/14 | Ma, Chiansan | 1 | $ 20.00 | $ 20.00 | Meals - Overtime |
| 11/18/14 | Zhang, Xin | 1 | $ 20.00 | $ 20.00 | Meals - Overtime |
| 11/19/14 | Bradley, Adrienne R. W. | 1 | $ 20.00 | $ 20.00 | Meals - Overtime |
| 11/19/14 | Foushee, Matthew H. | 1 | $ 20.00 | $ 20.00 | Meals - Overtime |
| 11/19/14 | Khanna, Hargun S. | 1 | $ 20.00 | $ 20.00 | Meals - Overtime |
| 11/19/14 | Kranzley, Alexa J. C. Y. L. | 1 | $ 20.00 | $ 20.00 | Meals - Overtime |
| 11/19/14 | Ma, Chiansan | 1 | $ 20.00 | $ 20.00 | Meals - Overtime |
| 11/19/14 | Mortensen, Todd A. | 1 | $ 16.45 | $ 16.45 | Meals - Overtime |
| 11/19/14 | Zhang, Xin | 1 | $ 20.00 | $ 20.00 | Meals - Overtime |
| 11/20/14 | Biller, Daniel L. | 1 | $ 20.00 | $ 20.00 | Meals - Overtime |
| 11/20/14 | Foushee, Matthew H. | 1 | $ 20.00 | $ 20.00 | Meals - Overtime |
| 11/20/14 | Ma, Chiansan | 1 | $ 19.94 | $ 19.94 | Meals - Overtime |

| Date | Name | Qty | Rate | Amount | Description |
|---|---|---|---|---|---|
| 11/23/14 | Foushee, Matthew H. | 1 | $ 20.00 | $ 20.00 | Meals - Overtime |
| 11/24/14 | Drinkwater, Emily C. C. | 1 | $ 20.00 | $ 20.00 | Meals - Overtime |
| 11/24/14 | Foushee, Matthew H. | 1 | $ 20.00 | $ 20.00 | Meals - Overtime |
| 11/24/14 | Ha, Alice YN | 1 | $ 20.00 | $ 20.00 | Meals - Overtime |
| 11/24/14 | Kranzley, Alexa J. C. Y. L. | 1 | $ 20.00 | $ 20.00 | Meals - Overtime |
| 11/24/14 | Ma, Chiansan | 1 | $ 20.00 | $ 20.00 | Meals - Overtime |
| 11/24/14 | Taylor-Cohart, Daniel | 1 | $ 20.00 | $ 20.00 | Meals - Overtime |
| 11/24/14 | Watson, Thomas C. | 1 | $ 20.00 | $ 20.00 | Meals - Overtime |
| 11/24/14 | Zhang, Xin | 1 | $ 20.00 | $ 20.00 | Meals - Overtime |
| 11/25/14 | Bradley, Adrienne R. W. | 1 | $ 20.00 | $ 20.00 | Meals - Overtime |
| 11/25/14 | Foushee, Matthew H. | 1 | $ 20.00 | $ 20.00 | Meals - Overtime |
| 11/25/14 | Ha, Alice YN | 1 | $ 20.00 | $ 20.00 | Meals - Overtime |
| 11/25/14 | Ma, Chiansan | 1 | $ 20.00 | $ 20.00 | Meals - Overtime |
| 11/25/14 | Taylor-Cohart, Daniel | 1 | $ 20.00 | $ 20.00 | Meals - Overtime |
| 11/25/14 | Zhang, Xin | 1 | $ 20.00 | $ 20.00 | Meals - Overtime |
| 11/29/14 | Ma, Chiansan | 1 | $ 14.30 | $ 14.30 | Meals - Overtime |
| **Meals - Overtime Total** | | | | **$ 1,506.30** | |
| 11/13/14 | Glueckstein, Brian D. | 1 | $ 338.00 | $ 338.00 | Amtrak ticket for November 20, 2014 - NY/DE |
| 11/13/14 | Torkin, Michael H. | 1 | $ 338.00 | $ 338.00 | Amtrak ticket for November 20, 2014 - NY/DE |
| 11/18/14 | Glueckstein, Brian D. | 1 | $ 20.00 | $ 20.00 | Additional ticket charge for November 20, 2014 - NY/DE |
| 11/18/14 | Torkin, Michael H. | 1 | $ 20.00 | $ 20.00 | Additional ticket charge for November 20, 2014 - NY/DE |
| 11/20/14 | Dietderich, Andrew G. | 1 | $ 206.50 | $ 206.50 | Amtrak ticket ($179); out-of-town meal ($7); transportation in NY and DE ($20.50) on November 20, 2014. |
| **Out-of-Town Travel Total** | | | | **$ 922.50** | |
| 11/10/14 | Drinkwater, Emily C. C. | 30 | $ 3.25 | $ 97.50 | Repro - Binding |
| 11/12/14 | Drinkwater, Emily C. C. | 16 | $ 3.25 | $ 52.00 | Repro - Binding |
| 11/12/14 | Watson, Thomas C. | 1 | $ 3.25 | $ 3.25 | Repro - Binding |
| 11/12/14 | Watson, Thomas C. | 10 | $ 3.25 | $ 32.50 | Repro - Binding |
| 11/17/14 | Drinkwater, Emily C. C. | 3 | $ 3.25 | $ 9.75 | Repro - Binding |
| 11/18/14 | Drinkwater, Emily C. C. | 3 | $ 3.25 | $ 9.75 | Repro - Binding |
| **Repro - Binding Total** | | | | **$ 204.75** | |
| 11/11/14 | Kranzley, Alexa J. C. Y. L. | 30 | $ 0.25 | $ 7.50 | Repro - Color Copies |
| 11/14/14 | Keranen, Kristin L. | 598 | $ 0.25 | $ 149.50 | Repro - Color Copies |
| **Repro - Color Copies Total** | | | | **$ 157.00** | |
| 11/07/14 | Kranzley, Alexa J. C. Y. L. | 342 | $ 0.10 | $ 34.20 | Repro - Copies |
| 11/10/14 | Altman, Zvi Daniel | 371 | $ 0.10 | $ 37.10 | Repro - Copies |
| 11/10/14 | Dietderich, Andrew G. | 1,418 | $ 0.10 | $ 141.80 | Repro - Copies |
| 11/10/14 | Dietderich, Andrew G. | 295 | $ 0.10 | $ 29.50 | Repro - Copies |

SC1:3783689.3

| Date | Name | Qty | Rate | Amount | Description |
|---|---|---:|---:|---:|---|
| 11/10/14 | Drinkwater, Emily C. C. | 4,802 | $ 0.10 | $ 480.20 | Repro - Copies |
| 11/10/14 | Drinkwater, Emily C. C. | 31 | $ 0.10 | $ 3.10 | Repro - Copies |
| 11/10/14 | Drinkwater, Emily C. C. | 30 | $ 0.10 | $ 3.00 | Repro - Copies |
| 11/10/14 | Drinkwater, Emily C. C. | 1,067 | $ 0.10 | $ 106.70 | Repro - Copies |
| 11/10/14 | Drinkwater, Emily C. C. | 5,360 | $ 0.10 | $ 536.00 | Repro - Copies |
| 11/10/14 | Zweber, Zara E. | 35 | $ 0.10 | $ 3.50 | Repro - Copies |
| 11/11/14 | Drinkwater, Emily C. C. | 12 | $ 0.10 | $ 1.20 | Repro - Copies |
| 11/11/14 | Drinkwater, Emily C. C. | 1,329 | $ 0.10 | $ 132.90 | Repro - Copies |
| 11/11/14 | Drinkwater, Emily C. C. | 2,047 | $ 0.10 | $ 204.70 | Repro - Copies |
| 11/11/14 | Drinkwater, Emily C. C. | 2,024 | $ 0.10 | $ 202.40 | Repro - Copies |
| 11/11/14 | Kranzley, Alexa J. C. Y. L. | 1 | $ 0.10 | $ 0.10 | Repro - Copies |
| 11/11/14 | Watson, Thomas C. | 10,744 | $ 0.10 | $ 1,074.40 | Repro - Copies |
| 11/11/14 | Watson, Thomas C. | 3,773 | $ 0.10 | $ 377.30 | Repro - Copies |
| 11/12/14 | Drinkwater, Emily C. C. | 355 | $ 0.10 | $ 35.50 | Repro - Copies |
| 11/12/14 | Schneiderman, Mark U. | 352 | $ 0.10 | $ 35.20 | Repro - Copies |
| 11/12/14 | Watson, Thomas C. | 395 | $ 0.10 | $ 39.50 | Repro - Copies |
| 11/12/14 | Watson, Thomas C. | 4,430 | $ 0.10 | $ 443.00 | Repro - Copies |
| 11/14/14 | Drinkwater, Emily C. C. | 3,200 | $ 0.10 | $ 320.00 | Repro - Copies |
| 11/14/14 | Drinkwater, Emily C. C. | 4,346 | $ 0.10 | $ 434.60 | Repro - Copies |
| 11/14/14 | Keranen, Kristin L. | 6 | $ 0.10 | $ 0.60 | Repro - Copies |
| 11/17/14 | Drinkwater, Emily C. C. | 1,260 | $ 0.10 | $ 126.00 | Repro - Copies |
| 11/17/14 | Kranzley, Alexa J. C. Y. L. | 265 | $ 0.10 | $ 26.50 | Repro - Copies |
| 11/18/14 | Drinkwater, Emily C. C. | 1,333 | $ 0.10 | $ 133.30 | Repro - Copies |
| 11/19/14 | Drinkwater, Emily C. C. | 2,753 | $ 0.10 | $ 275.30 | Repro - Copies |
| 11/20/14 | Drinkwater, Emily C. C. | 3,406 | $ 0.10 | $ 340.60 | Repro - Copies |
| 11/21/14 | Drinkwater, Emily C. C. | 703 | $ 0.10 | $ 70.30 | Repro - Copies |
| 11/25/14 | Drinkwater, Emily C. C. | 893 | $ 0.10 | $ 89.30 | Repro - Copies |
| **Repro - Copies Total** | | | | **$ 5,737.80** | |
| 11/21/14 | Hackler, Evan R. | 1 | $ 48.99 | $ 48.99 | Outside Printing |
| 11/21/14 | Hackler, Evan R. | 1 | $ 97.99 | $ 97.99 | Outside Printing |
| **Repro - Outside Printing Total** | | | | **$ 146.98** | |
| 11/12/14 | Dietderich, Andrew G. | 1 | $ 28.45 | $ 28.45 | Tele-conference |
| 11/24/14 | Dietderich, Andrew G. | 1 | $ 27.53 | $ 27.53 | Tele-conference |
| 11/26/14 | Altman, Zvi Daniel | 1 | $ 23.21 | $ 23.21 | Tele-conference |
| 11/26/14 | Dietderich, Andrew G. | 1 | $ 20.76 | $ 20.76 | Tele-conference |
| **Tele-conference Total** | | | | **$ 99.95** | |
| **Grand Total** | | | | **$ 12,425.15** | |

-14-

# EXHIBIT E

## Notice and Records of EFH Committee Members' Expenses

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[3] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline: February 13, 2015 at 4:00 p.m |

**FIRST MONTHLY EXPENSE STATEMENT OF MEMBERS OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ENERGY FUTURE HOLDINGS CORP., ENERGY FUTURE INTERMEDIATE HOLDING COMPANY, LLC, EFIH FINANCE INC., AND EECI, INC. FOR EXPENSES INCURRED FOR THE PERIOD OF OCTOBER 31, 2014 THROUGH NOVEMBER 30, 2014**

| **Name of Applicant** | **Members of the Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH Finance Inc., and EECI, Inc.[4]** |
|---|---|
| Date of Appointment: | October 27, 2014 |
| Period for which reimbursement is sought: | October 31, 2014 through November 30, 2014 |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $21,027.07 |

This is a(n) **X** monthly ___ interim ___ final application. No prior application filed for this Period.[5]

---

[3] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[4] Pursuant to the Notice of Appointment (as defined below), the members of the EFH Committee (as defined below) are: Mark. B. Landon, Brown & Zhou, LLC, Peter Tinkham, Shirley Fenicle, as successor-in-interest to the Estate of George Fenicle and David William Fahy (collectively, the "**EFH Committee Members**").

[5] Notice of this Monthly Expense Statement (as defined below) shall be served in accordance with the Interim Compensation Order and Fee Committee Order (each as defined below), and objections to the relief requested in this Monthly Expense Statement shall be addressed in accordance with the Interim Compensation Order.

SC1:3783689.3

Pursuant to section 503 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the *Notice of Appointment of Committee of Unsecured Creditors* [D. I. 2570] (the "**Notice of Appointment**"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals,* dated September 16, 2014 [D. I. 2066] (the "**Interim Compensation Order**"), and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the EFH Committee Members, as members of the official committee (the "**EFH Committee**") of unsecured creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. (collectively, the "**EFH Debtors**"), through their undersigned counsel, hereby submit this monthly expense statement (this "**Monthly Expense Statement**") for reimbursement of the actual and necessary expenses incurred in the performance of the duties of the EFH Committee, in the amount of $21,027.07, from October 31, 2014 through November 31, 2014 (the "**Expense Statement Period**").

### Itemization of Disbursements Incurred

In support of this Monthly Expense Statement, attached is an Expense Chart setting forth the total amount of expenses for which the EFH Committee Members are seeking reimbursement in this Monthly Expense Statement.

WHEREFORE, the EFH Committee Members, by and through their undersigned counsel, request that they be allowed reimbursement in the total amount of $21,027.07 for actual and necessary costs and expenses incurred in the performance of the duties of the EFH

Committee, and that such expenses be paid as administrative expenses of the EFH Debtors' estates.[6]

---

[6] Paragraph 2(b) of the Interim Compensation Order requires Professionals (as defined in the Interim Compensation Order) to allocate any fees and expenses to the applicable Debtors for whose direct benefit such fees and expenses were incurred. To the extent that Paragraph 2(b) of the Interim Compensation Order applies to reimbursement of EFH Committee Member expenses, the EFH Committee Members have incurred expenses in performance of the duties of the EFH Committee. Therefore, all of the EFH Committee Members' expenses identified in this Monthly Expense Statement should be paid by the EFH Debtors.

## Expense Chart

| Date | Committee Member | Type of Expense | Expense Description | Amount |
|---|---|---|---|---:|
| 10/31 | Mabel Brown | Communication | Skype international and long distance discussions with creditors and advisors. | $10.00 |
| 11/2 | Mabel Brown | Transportation | American Air (CMH to LGA) (including luggage fee) | $1,379.97 |
| 11/3 | Mabel Brown | Communication | Verizon | $32.23 |
| 11/4 | Mabel Brown | Transportation | Mileage to airport | $4.00 |
| 11/4 | Mabel Brown | Meal | Blue Fin | $22.43 |
| 11/4 | Mabel Brown | Meal | Blue Fin dinner with Committee Members M. Landon, M. Brown, P.Tinkham | $203.02 |
| 11/4 | Mabel Brown | Transportation | Tolls to airport | $12.25 |
| 11/4 | Mabel Brown | Transportation | Uber from airport | $41.36 |
| 11/5 | Mabel Brown | Meal | Blue Fin | $78.50 |
| 11/6 | Mabel Brown | Meal | Au Bon Pain | $5.42 |
| 11/6 | Mabel Brown | Miscellaneous | NY Society of Security (Meeting Room for UCC Advisor Pitches) | $2,201.63 |
| 11/6 | Mabel Brown | Transportation | Taxi | $54.83 |
| 11/6 | Mabel Brown | Miscellaneous | Airport parking | $21.00 |
| 11/6 | Mabel Brown | Transportation | Mileage from airport | $4.00 |
| 11/7 | Mabel Brown | Miscellaneous | UCC web based electronic document storage | $50.00 |
| 11/7 | Mabel Brown | Miscellaneous | Airport parking | $3.00 |
| 11/7 | Mabel Brown | Hotel | W Hotel (11/4-11/6) (including meal) | $1,252.33 |
| 11/10 | Mabel Brown | Communication | Verizon prepaid phone for use for UCC business | $80.84 |

-2-

| 11/10 | Mabel Brown | Transportation | Mileage to airport | $4.00 |
|---|---|---|---|---|
| 11/10 | Mabel Brown | Meal | HMS Host | $4.09 |
| 11/10 | Mabel Brown | Transportation | Uber rides from airport/taxi to S&C offices | $64.32 |
| 11/11 | Mabel Brown | Meal | Landmarc | $32.13 |
| 11/11 | Mabel Brown | Miscellaneous | Fed Ex presentation materials for counsel presentation | $28.60 |
| 11/11 | Mabel Brown | Hotel | Expedia – Sheraton Tribeca | $300.71 |
| 11/11 | Mabel Brown | Transportation | Delta Airlines (CMH to LGA) | $1,389.20 |
| 11/11 | Mabel Brown | Transportation | Uber to and from S&C Offices | $66.95 |
| 11/12 | Mabel Brown | Meal | Kori Tribeca | $43.64 |
| 11/12 | Mabel Brown | Meal | Good Enough to Eat | $20.79 |
| 11/13 | Mabel Brown | Transportation | Ubers | $82.22 |
| 11/13 | Mabel Brown | Transportation | Mileage from airport | $4.00 |
| 11/13 | Mabel Brown | Meal | Sheraton Tribeca Lounge | $2.72 |
| 11/13 | Mabel Brown | Miscellaneous | Port Columbus Parking | $21.00 |
| 11/13 | Mabel Brown | Transportation | Delta | $25.00 |
| 11/14 | Mabel Brown | Communication | Verizon cellphone charges (80%) | $124.63 |
| 11/17 | Mabel Brown | Transportation | Mileage to/from airport | $12.00 |
| 11/17 | Mabel Brown | Meal | Starbucks | $2.78 |
| 11/17 | Mabel Brown | Meal | Johnny Rockets | $7.39 |

| 11/17 | Mabel Brown | Transportation | Delta (CMH to LGA) (including luggage fees) | $727.10 |
|---|---|---|---|---|
| 11/17 | Mabel Brown | Hotel | Algonquin Hotel (11/17-11/18) | $876.80 |
| 11/18 | Mabel Brown | Transportation | Taxi and Uber rides | $106.25 |
| 11/18 | Mabel Brown | Meal | DB Bistro Moderne | $43.93 |
| 11/18 | Mabel Brown | Meal | DB Bistro Moderne | $27.86 |
| 11/19 | Mabel Brown | Transportation | Delta (LGA to CMH) | $677.10 |
| 11/19 | Mabel Brown | Transportation | Uber to airport | $39.88 |
| 11/19 | Mabel Brown | Miscellaneous | Parking | $14.00 |
| 11/22 | Mabel Brown | Transportation | Southwest (CAK to LGA to CAK) | $375.20 |
| 11/22 | Mabel Brown | Transportation | Mileage to/from airport | $140.00 |
| 11/22 | Mabel Brown | Transportation | Uber | $35.08 |
| 11/24 | Mabel Brown | Hotel | Warwick Hotel (11/23) | $219.77 |
| 11/24 | Mabel Brown | Transportation | Uber | $15.62 |
| 11/24 | Mabel Brown | Meal | FB Bakery | $4.75 |
| 11/24 | Mabel Brown | Meal | Monkey Bar, dinner with E-side Creditors | $178.02 |
| 11/25 | Mabel Brown | Meal | Subway | $6.59 |
| 11/25 | Mabel Brown | Miscellaneous | CAK Airport parking | $40.00 |
| 11/27 | Mabel Brown | Communication | Verizon mobile phone charges, includes overage above pre-paid minutes | $540.34 |

| 11/27 | Mabel Brown | Miscellaneous | Office supplies for notes taken during meetings | $16.82 |
|---|---|---|---|---|
| | | | **Total (Mable Brown):** | **$11,778.09** |

| Date | Committee Member | Type of Expense | Expense Description | Amount |
|---|---|---|---|---|
| 11/2 | Steven Kazan | Transportation | Refundable coach fare (SFO to JFK) | $1,940.20 |
| 11/4 | Steven Kazan | Transportation | Taxi to/from JFK | $130.00 |
| 11/5 | Steven Kazan | Miscellaneous | SkyPark | $17.88 |
| 11/5 | Steven Kazan | Transportation | Bridge toll | $5.00 |
| 11/5 | Steven Kazan | Transportation | Mileage | $26.88 |
| | | | **Total (Steven Kazan):** | **$2,119.96** |

| Date | Committee Member | Type of Expense | Expense Description | Amount |
|---|---|---|---|---|
| 11/4 | Peter Tinkham | Transportation | American Airlines (DFW to LGA) | $1,431.21 |
| 11/4 | Peter Tinkham | Hotel | W Hotel (11/4-11/5) | $599.05 |
| 11/4 | Peter Tinkham | Miscellaneous | DFW Parking | $58.46 |
| 11/12 | Peter Tinkham | Transportation | American Airlines (DFW to EWR) | $1,686.20 |
| 11/12 | Peter Tinkham | Hotel | Marriott Hotel (11/12-11/13) | $604.80 |
| | Peter Tinkham | Meal | Da Umberto dinner with Ms. Brown and Mr. Early | $ 449.93 |
| 11/12 | Peter Tinkham | Transportation | Taxi to/from airport | $163.00 |
| 11/13 | Peter Tinkham | Miscellaneous | DFW Parking | $58.46 |
| | | | **Total (Peter Tinkham):** | **$5,051.11** |

| Date | Committee Member | Type of Expense | Expense Description | Amount |
|---|---|---|---|---|
| 11/2 | Mark Landon | Transportation | Delta Airlines (CMH to LGA) | $1,354.20 |
| 11/4 | Mark Landon | Transportation | Taxi | $48.83 |
| 11/5 | Mark Landon | Hotel | Marriott Hotel (11/4-11/5) | $599.05 |

-5-

| 11/5 | Mark Landon | Transportation | Taxi | $40.83 |
|---|---|---|---|---|
| 11/5 | Mark Landon | Miscellaneous | Airport Parking | $25.00 |
| | | | **Total (Mark Landon):** | **$2,067.91** |
| | | | | |
| | | | **EFH Committee Members Total Expenses Incurred:** | **$21,017.07** |