## <u>EXHIBIT A</u>

## SUMMARY OF FEES RENDERED BY TASK



**Federal Tax I.D. No. 23-0888490**

**PHILADELPHIA, PENNSYLVANIA**
**CHERRY HILL, NEW JERSEY**
**WILMINGTON, DELAWARE**
**BERWYN, PENNSYLVANIA**
**LINWOOD, NEW JERSEY**

## SUMMARY FOR FEE SERVICES RENDERED BY TASK

| Code | Description | Hours | Amount |
|---|---|---|---|
| 006 | Case Administration | 8.50 | $3,576.50 |
| 010 | Employment and Fee Applications (MMWR) | 9.70 | $5,842.00 |
| 021 | Hearings | 1.70 | $1,147.50 |
| 030 | Asbestos-Related Matters | 0.90 | $607.50 |
| | Matter Total | 20.80 | $11,173.50 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**