## **EXHIBIT B**

**ATTORNEYS AND PARALEGALS' INFORMATION**

The MMWR attorneys and paralegals that rendered professional services in these cases during the Fee Period are:

| Name of Professional Individual | Position of the Applicant and Year of Obtaining License to Practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **PARTNERS AND OF COUNSEL** | | | | |
| Natalie D. Ramsey | Partner; Joined Firm in 1985; Member of DE Bar since 2009 | $675.00 | 4.40 | $2,970.00 |
| Mark A. Fink | Of Counsel; Joined Firm in 2012; Member of DE Bar since 2000 | $590.00 | 8.30 | $4,897.00 |
| Davis Lee Wright | Of Counsel; Joined Firm in 2011; Member of DE Bar since 2002 | $535.00 | 5.50 | $2,942.50 |
| **TOTAL PARTNERS AND OF COUNSEL** | | | **18.20** | **$10,809.50** |
| **PARALEGALS & ADDITIONAL PROFESSIONALS** | | | | |
| Keith Mangan | Paralegal | $140.00 | 2.60 | $364.00 |
| **TOTAL PARALEGALS AND ADDITIONAL PROFESSIONALS** | | | **2.60** | **$364.00** |
| **TOTAL ALL PROFESSIONALS** | | | **20.80** | **$11,173.50** |