# **EXHIBIT C**

## **SUMMARY OF ACTUAL AND NECESSARY EXPENSES FOR THE FEE PERIOD**

**EXPENSE SUMMARY**

| Expense Category | Total Expenses |
| --- | --- |
| Postage | $445.90 |
| Telephone | $6.67 |
| Printing & Duplicating – Internal | $1,964.69 |
| Pacer | $325.60 |
| Federal Express | $91.65 |
| Transcript – Court | $30.00 |
| Delivery Service | $52.50 |
| Westlaw On-Line Legal Research | $213.84 |
| Filing Fee - Court | $150.00 |
| **Total:** | **$3,280.85** |