## EXHIBIT D

**DETAILED DESCRIPTION OF EXPENSES AND DISBURSEMENTS**

# MONTGOMERY McCRACKEN

### ATTORNEYS AT LAW

**Federal Tax I.D. No. 23-0888490**

**PHILADELPHIA, PENNSYLVANIA**
**CHERRY HILL, NEW JERSEY**
**WILMINGTON, DELAWARE**
**BERWYN, PENNSYLVANIA**
**LINWOOD, NEW JERSEY**

## Disbursements and Other Related Charges Incurred On Your Behalf

| Date | Description | | Amount |
|------|-------------|---|-------:|
| 11/30/14 | Postage | $ | 445.90 |
| 11/30/14 | Telephone | $ | 6.67 |
| 11/30/14 | Printing & Duplicating - Internal | $ | 1,964.69 |
| 11/30/14 | Pacer | $ | 325.60 |
| 08/08/14 | Federal Express Federal Express Package Energy Future Holdings Corp. - Invoice #:275088698 Richard L Schepacarter Office of the United States Tr 844 N KING ST WILMINGTON DE US 19801 Tracking #:780108194636 | $ | 11.10 |
| 08/08/14 | Federal Express Federal Express Package Energy Future Holdings Corp. - Invoice #:275088698 Anthony V Sexton Kirkland & Ellis LLP 300 N LASALLE ST CHICAGO IL US 60654 Tracking #:780108139139 | $ | 17.85 |
| 08/08/14 | Federal Express Federal Express Package Energy Future Holdings Corp. - Invoice #:275088698 Richard Cieri Kirkland & Ellis LLP 601 LEXINGTON AVE NEW YORK NY US 10022 Tracking #:780108024545 | $ | 11.10 |
| 08/08/14 | Federal Express Federal Express Package Energy Future Holdings Corp. - Invoice #:275088698 Mark D Collins Richards | $ | 11.10 |
| 08/08/14 | Federal Express Federal Express Package Energy Future Holdings Corp. - Invoice #:275088698 Chad J Husnick Kirkland & Ellis | $ | 17.85 |
| 08/08/14 | Federal Express Federal Express Package Energy Future Holdings - Invoice #:275088698 The Honorable Christopher S S United States Bankruptcy Court 824 N MARKET ST WILMINGTON DE US 19801 Tracking #:780109251323 | $ | 11.10 |
| 08/13/14 | Federal Express Federal Express Package - Invoice #:275837104 KEITH T MANGAN MONTGOMERY MCCRACKEN WALKER 123 S BROAD ST PHILADELPHIA PA US 19109 Tracking #:898755143149 | $ | 11.55 |
| 08/21/14 | Transcript-Court - PAID TO: Keith Mangan 08/13/14 Requested transcript from the Bankruptcy Court of Delaware | $ | 30.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

|                         |             |
|-------------------------|-------------|
| Invoice Date:           | 1/22/15     |
| Invoice Number:         | 717412      |
| Client Matter Number:   | 66471.00001 |
| I.D.#                   | 01051       |

| Date | Description | | Amount |
|------|-------------|---|--------|
| 08/27/14 | Delivery Service - PAID TO: Parcels Inc Courier service from MMWR-Wilm to Office of the U.S. Trustee delivered 8/11/14 SO# 404556 | $ | 7.50 |
| 08/27/14 | Delivery Service - PAID TO: Parcels Inc Courier service from MMWR-WIL to Judge Christopher S. Sontchi delivered 8/11/14 SO# 404557 | $ | 7.50 |
| 09/09/14 | Delivery Service - PAID TO: Parcels Inc Courier service from MMWR-Wilm to Office of the U.S. Trustee SO#406218 | $ | 7.50 |
| 09/30/14 | Delivery Service - PAID TO: Parcels Inc Courier service from MMWR-WIL to Judge Christopher Sontchi on 9/15/14 SO#408791 | $ | 7.50 |
| 10/27/14 | Westlaw On-Line Legal Research | $ | 213.84 |
| 11/12/14 | Filing Fee - Court - PAID TO: Clerk, U S District Court Fee re 5 Motions and Order for Motion Pro Hac Vice of Andrew G. Dietderich,Brian D. Glueckstein, Mark U. Schneiderman, Alexa J. Kranzley, and David R. Zylbergberg of Sullivan & Cromwell, LLP in New York | $ | 125.00 |
| 11/12/14 | Filing Fee - Court - PAID TO: Clerk, U.S. District Court  - Fee re Motion and Order for Admission Pro Hac Vice of Michael H. Torkin | $ | 25.00 |
| 11/19/14 | Delivery Service - PAID TO: Parcels Inc Courier service from MMWR-Wilm to Bankruptcy Court delivered 11/7/14 SO# 416400 | $ | 7.50 |
| 11/24/14 | Delivery Service - PAID TO: Parcels Inc Courier service from MMWR-WILM to Judge Christopher S. Sontchi on 1/12/14 SO# 416813 | $ | 7.50 |
| 11/24/14 | Delivery Service - PAID TO: Parcels Inc Courier service from MMWR-Wilm to US District Court on 11/12/14 SO# 416812 | $ | 7.50 |
| | Total Disbursements | $ | 3,280.85 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**