## EXHIBIT A

**Detailed Description of Expenses**

**Guggenheim Securities**
Expense Details

EXHIBIT A

**GUGGENHEIM SECURITIES, LLC**
**EXPENSE DETAILS FOR THE PERIOD OF**
**NOVEMBER 12, 2014 THROUGH NOVEMBER 30, 2014**

## Expense Details

| Date | Category | Expense Incurred | Voluntary Reduction | Requested Amount | Professionals | Vendor | Description |
|---|---|---|---|---|---|---|---|
| 11/13/2014 | Airfare | 24.00 | 0.00 | 24.00 | Michael Henkin | AGNT FEE 89006408231241 | Travel agency fee |
| 11/17/2014 | Airfare | 1,627.10 | (992.10) | 635.00 | Michael Henkin | Delta | One way coach equivalent airfare from SF to NY; EFH meetings |
| 11/20/2014 | Airfare | 1,913.10 | (1,430.10) | 483.00 | Michael Henkin | United Airlines | One way coach equivalent airfare from Newark to SF; Return from EFH meetings |
| 11/17/2014 | Hotel | 209.19 | (56.19) | 153.00 | Michael Henkin | Grand Hyatt | 3 night room tax |
| 11/17/2014 | Hotel | 1,347.00 | 0.00 | 1,347.00 | Michael Henkin | Grand Hyatt | 3 night room rate |
| 11/12/2014 | Ground Transportation | 5.60 | 0.00 | 5.60 | James Shovlin | NYC TAXI 5N55 | Taxi home after 9:00pm |
| 11/12/2014 | Ground Transportation | 2.50 | 0.00 | 2.50 | Michael Henkin | ALEPH GLOBAL | Related car service fee |
| 11/12/2014 | Ground Transportation | 48.45 | 0.00 | 48.45 | Michael Henkin | EXECUTIVE CHARGE INC | Car Service from EFH pitch to office |
| 11/12/2014 | Ground Transportation | 67.95 | 0.00 | 67.95 | Phil Laroche | BIG APPLE CAR INC | Car service home after 9:00pm |
| 11/12/2014 | Ground Transportation | 28.96 | 0.00 | 28.96 | Ronen Bojmel | EXECUTIVE CHARGE INC | Car service from office to EFH pitch at S&C |
| 11/13/2014 | Ground Transportation | 7.80 | 0.00 | 7.80 | James Shovlin | NYC TAXI 6D58 | Taxi home after 9pm |
| 11/13/2014 | Ground Transportation | 44.05 | 0.00 | 44.05 | Ronen Bojmel | UBER | Taxi to K&E re: EFH |
| 11/13/2014 | Ground Transportation | 43.88 | 0.00 | 43.88 | Ronen Bojmel | UBER TECHNOLOGIES INC | Taxi home after 9:00pm |
| 11/14/2014 | Ground Transportation | 38.55 | 0.00 | 38.55 | James Shovlin | BIG APPLE CAR INC | Car service home after 9:00pm |
| 11/14/2014 | Ground Transportation | 13.50 | 0.00 | 13.50 | Ofir Nitzan | NYC-TAXI | Taxi home after 9:00pm |
| 11/14/2014 | Ground Transportation | 67.95 | 0.00 | 67.95 | Phil Laroche | BIG APPLE CAR INC | Car service home after 9:00pm |
| 11/16/2014 | Ground Transportation | 153.75 | 0.00 | 153.75 | James Shovlin | EXECUTIVE CHARGE INC | Car service between home and office on weekend |
| 11/16/2014 | Ground Transportation | 66.92 | 0.00 | 66.92 | Phil Laroche | BIG APPLE CAR INC | Car service on weekend from office to home |
| 11/17/2014 | Ground Transportation | 69.30 | 0.00 | 69.30 | Michael Henkin | NYC-TAXI | Taxi from JFK to hotel |
| 11/17/2014 | Ground Transportation | 2.50 | 0.00 | 2.50 | Phil Laroche | ALEPH GLOBAL | Related car service fee |
| 11/17/2014 | Ground Transportation | 67.95 | 0.00 | 67.95 | Phil Laroche | BIG APPLE CAR INC | Car service home after 9:00pm |
| 11/18/2014 | Ground Transportation | 8.30 | 0.00 | 8.30 | Phil Laroche | NYC-TAXI | Taxi from EFH meeting to office |
| 11/18/2014 | Ground Transportation | 8.40 | 0.00 | 8.40 | Phil Laroche | NYC TAXI 4F29 | Taxi to EFH Meeting |
| 11/18/2014 | Ground Transportation | 2.50 | 0.00 | 2.50 | Phil Laroche | ALEPH GLOBAL | Related car service fee |
| 11/18/2014 | Ground Transportation | 67.95 | 0.00 | 67.95 | Phil Laroche | BIG APPLE CAR INC | Car service home after 9:00pm |
| 11/18/2014 | Ground Transportation | 25.26 | 0.00 | 25.26 | Ronen Bojmel | VELOCITY LIMO INC | Car service home after 9:00pm |
| 11/18/2014 | Ground Transportation | 60.87 | 0.00 | 60.87 | Ronen Bojmel | VELOCITY LIMO INC | Car service from office to meeting at Akin Gump |
| 11/18/2014 | Ground Transportation | 43.30 | 0.00 | 43.30 | Ronen Bojmel | VELOCITY LIMO INC | Car service home after 9:00pm |
| 11/18/2014 | Ground Transportation | 37.77 | 0.00 | 37.77 | Ronen Bojmel | VELOCITY LIMO INC | Car service home after 9:00pm |
| 11/18/2014 | Ground Transportation | 2.50 | 0.00 | 2.50 | Ronen Bojmel | ALEPH GLOBAL | Related car service fee |
| 11/18/2014 | Ground Transportation | 2.50 | 0.00 | 2.50 | Ronen Bojmel | ALEPH GLOBAL | Related car service fee |
| 11/18/2014 | Ground Transportation | 2.50 | 0.00 | 2.50 | Ronen Bojmel | ALEPH GLOBAL | Related car service fee |
| 11/19/2014 | Ground Transportation | 26.46 | 0.00 | 26.46 | Ofir Nitzan | VELOCITY LIMO INC | Car service home after 9:00pm |
| 11/19/2014 | Ground Transportation | 2.50 | 0.00 | 2.50 | Phil Laroche | ALEPH GLOBAL | Related car service fee |
| 11/19/2014 | Ground Transportation | 67.95 | 0.00 | 67.95 | Phil Laroche | BIG APPLE CAR INC | Car service home after 9:00pm |
| 11/20/2014 | Ground Transportation | 144.00 | 0.00 | 144.00 | Michael Henkin | SFO PARKINGCENTRAL-Q96 | Parking at SFO during trip |
| 11/20/2014 | Ground Transportation | 102.63 | 0.00 | 102.63 | Michael Henkin | NYC TAXI 3L26 | Taxi from the office to Newark airport |
| 11/20/2014 | Ground Transportation | 31.15 | 0.00 | 31.15 | Ronen Bojmel | VELOCITY LIMO INC | Car service from office to meeting at PWP |
| 11/20/2014 | Ground Transportation | 2.50 | 0.00 | 2.50 | Ronen Bojmel | ALEPH GLOBAL | Related car service fee |
| 11/21/2014 | Ground Transportation | 2.50 | 0.00 | 2.50 | Phil Laroche | ALEPH GLOBAL | Related car service fee |
| 11/21/2014 | Ground Transportation | 67.95 | 0.00 | 67.95 | Phil Laroche | BIG APPLE CAR INC | Car service home after 9:00pm |
| 11/22/2014 | Ground Transportation | 34.11 | 0.00 | 34.11 | Phil Laroche | BIG APPLE CAR INC | Car service home after 9:00pm |
| 11/22/2014 | Ground Transportation | 2.50 | 0.00 | 2.50 | Phil Laroche | ALEPH GLOBAL | Related car service fee |
| 11/23/2014 | Ground Transportation | 9.60 | 0.00 | 9.60 | James Shovlin | NYC-TAXI | Taxi home after 9:00pm |
| 11/23/2014 | Ground Transportation | 26.31 | 0.00 | 26.31 | Phil Laroche | BIG APPLE CAR INC | Car service home after 9:00pm |
| 11/23/2014 | Ground Transportation | 2.50 | 0.00 | 2.50 | Phil Laroche | ALEPH GLOBAL | Related car service fee |
| 11/24/2014 | Ground Transportation | 10.00 | (5.00) | 5.00 | David Paulzak | MTA | Subway to and from S&C meeting to office |
| 11/25/2014 | Ground Transportation | 14.50 | 0.00 | 14.50 | Ofir Nitzan | NYC TAXI 7L35 | Taxi home after 9:00pm |
| 11/25/2014 | Ground Transportation | 13.00 | 0.00 | 13.00 | Ofir Nitzan | NYC TAXI 1B71 | Taxi home after 9:00pm |
| 11/25/2014 | Ground Transportation | 85.47 | 0.00 | 85.47 | Phil Laroche | BIG APPLE CAR INC | Car service home after 9:00pm |
| 11/25/2014 | Ground Transportation | 67.95 | 0.00 | 67.95 | Phil Laroche | BIG APPLE CAR INC | Early a.m. car service night of 11/24/2014 |
| 11/25/2014 | Ground Transportation | 2.50 | 0.00 | 2.50 | Phil Laroche | ALEPH GLOBAL | Related car service fee |
| 11/25/2014 | Ground Transportation | 2.50 | 0.00 | 2.50 | Phil Laroche | ALEPH GLOBAL | Related car service fee |
| 11/26/2014 | Ground Transportation | 7.00 | 0.00 | 7.00 | James Shovlin | NYC-TAXI | Taxi home after 9:00pm |
| 11/29/2014 | Ground Transportation | 67.95 | 0.00 | 67.95 | Phil Laroche | BIG APPLE CAR INC | Car service home after 9:00pm |
| 11/29/2014 | Ground Transportation | 2.50 | 0.00 | 2.50 | Phil Laroche | ALEPH GLOBAL | Related car service fee |
| 11/12/2014 | Meals | 24.64 | (4.64) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 11/12/2014 | Meals | 24.64 | (4.64) | 20.00 | Ofir Nitzan | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 11/12/2014 | Meals | 24.64 | (4.64) | 20.00 | Phil Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 11/13/2014 | Meals | 25.52 | (5.52) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 11/13/2014 | Meals | 25.62 | (5.62) | 20.00 | Ofir Nitzan | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 11/14/2014 | Meals | 25.48 | (5.48) | 20.00 | Phil Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 11/16/2014 | Meals | 25.35 | (5.35) | 20.00 | Phil Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 11/16/2014 | Meals | 23.98 | (3.98) | 20.00 | Phil Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 11/17/2014 | Meals | 24.79 | (4.79) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 11/17/2014 | Meals | 16.40 | 0.00 | 16.40 | Michael Henkin | HUDSONNEWSSANFRANCISC | 1 person travel meal - dinner |
| 11/17/2014 | Meals | 24.79 | (4.79) | 20.00 | Ofir Nitzan | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 11/17/2014 | Meals | 24.80 | (4.80) | 20.00 | Phil Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 11/18/2014 | Meals | 25.60 | (5.60) | 20.00 | Phil Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 11/18/2014 | Meals | 2,027.93 | (1,867.93) | 160.00 | Ronen Bojmel | FOUR SEASONS | EFH Kick-off Team Dinner (8 attendees) |
| 11/19/2014 | Meals | 15.51 | 0.00 | 15.51 | Michael Henkin | CAFE 42ND | 1 person travel meal - dinner |

**Guggenheim Securities**
Expense Details                                                                                           EXHIBIT A

## GUGGENHEIM SECURITIES, LLC
## EXPENSE DETAILS FOR THE PERIOD OF
## NOVEMBER 12, 2014 THROUGH NOVEMBER 30, 2014

### Expense Details

| Date | Category | Expense Incurred | Voluntary Reduction | Requested Amount | Professionals | Vendor | Description |
|---|---|---|---|---|---|---|---|
| 11/21/2014 | Meals | 10.50 | 0.00 | 10.50 | James Shovlin | CHIPOTLE 1255 | 1 person - Overtime working meals |
| 11/22/2014 | Meals | 15.33 | 0.00 | 15.33 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 11/22/2014 | Meals | 23.20 | (3.20) | 20.00 | Phil Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 11/22/2014 | Meals | 22.63 | (2.63) | 20.00 | Phil Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 11/23/2014 | Meals | 19.13 | 0.00 | 19.13 | Phil Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 11/24/2014 | Meals | 25.59 | (5.59) | 20.00 | Ofir Nitzan | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 11/24/2014 | Meals | 25.59 | (5.59) | 20.00 | Phil Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 11/25/2014 | Meals | 25.62 | (5.62) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 11/25/2014 | Meals | 25.62 | (5.62) | 20.00 | Ofir Nitzan | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 11/25/2014 | Meals | 25.62 | (5.62) | 20.00 | Phil Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 11/30/2014 | Legal | 20,552.50 | 0.00 | 20,552.50 | | Dentons US LLP | Reimbursement of legal fees and expenses associated with Guggenheim's engagement and retention by the UCC |

# EXHIBIT A-1

**Legal Expenses of Guggenheim Securities, LLC**

**DENTONS**

Dentons US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

Salans FMC SNR Denton
dentons.com

GUGGENHEIM SECURITIES
Ronen Bojmel
330 MADISON AVENUE, 8TH FLOOR
NEW YORK, NY 10017
USA

December 12, 2014

**Invoice No. 1613809**

Client/Matter: 21421443-0045

Energy Future Holdings

Payment Due Upon Receipt

Total This Invoice                                                    $        20,552.50

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
| --- | --- | --- |
| Dentons US LLP | | Dentons US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL 60606-6306 |

Payment by wire transfer should be sent to:

Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name: Dentons US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
P. Maxcy
at 1 312 876 8000

83568507\V-1

17

**DENTONS**

Dentons US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

Salans FMC SNR Denton
dentons.com

GUGGENHEIM SECURITIES
Ronen Bojmel
330 MADISON AVENUE, 8TH FLOOR
NEW YORK, NY 10017
USA

December 12, 2014

**Invoice No. 1613809**

Client/Matter:  21421443-0045

Energy Future Holdings

For Professional Services Rendered through November 30, 2014:

| Date | Timekeeper | Hours | Narrative |
| --- | --- | --- | --- |
| 11/13/14 | P. Maxcy | 0.90 | Review cases re regular associate. |
| 11/13/14 | P. Maxcy | 0.40 | Conference J. Robinson re: retention issues. |
| 11/13/14 | P. Maxcy | 0.30 | Conference with M. Henkin re: retention. |
| 11/13/14 | P. Maxcy | 1.90 | Analysis of disclosure issues and preparation for retention application. |
| 11/13/14 | P. Maxcy | 1.10 | Review EFH retention application and orders for retained professionals. |
| 11/13/14 | G. Miller | 2.60 | Locate Guggenheim retention applications filed in Exide and Kior case (.3); researched extent of conflicts check needed for regular associate under §504 (2.3). |
| 11/14/14 | P. Maxcy | 1.70 | Review draft engagement agreement and compare to other GS engagement letters. |
| 11/14/14 | P. Maxcy | 0.60 | Conference H. Mortenson re conflict search and follow up email re same. |
| 11/14/14 | P. Maxcy | 0.50 | Conference with GS re changes to letter. |
| 11/14/14 | P. Maxcy | 2.40 | Prepare edits to engagement letter. |
| 11/15/14 | P. Maxcy | 0.30 | Various emails re status of engagement letter. |
| 11/15/14 | P. Maxcy | 0.70 | Review revised engagement letter. |
| 11/16/14 | P. Maxcy | 0.90 | Review materials and conference with R. Bojmel re retention issues. |
| 11/16/14 | P. Maxcy | 1.10 | Review GS affidavits and disclosures from similar cases and advise on same. |
| 11/17/14 | G. Miller | 0.20 | Pull Kior retention application for Guggenheim and email to P. Maxcy. |
| 11/17/14 | P. Maxcy | 0.40 | Review final draft of engagement letter. |
| 11/19/14 | P. Maxcy | 0.40 | Conference M. Henkin and R. Bojmel re engagement issues. |
| 11/20/14 | P. Maxcy | 1.00 | Conferences H. Mortenson et al re scope of conflict search. |

18

83568507\V-1

Energy Future Holdings  
Matter: 21421443-0045  
Invoice No.: 1613809

December 12, 2014

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 11/20/14 | P. Maxcy | 0.50 | Various emails and calls re arrange for filing of retention application and timing of same. |
| 11/20/14 | G. Miller | 1.20 | Search for Creditor's Committee Retention Application on docket (.2); research when retention app needs to be filed to be heard on next omnibus date (0.1). |
| 11/21/14 | P. Maxcy | 1.90 | Draft certification of conflict status for Guggenheim associates and various emails re same. |
| 11/21/14 | P. Maxcy | 1.50 | Analysis of necessary disclosures for Guggenheim associates. |
| 11/21/14 | P. Maxcy | 0.50 | Various emails with R. Bojmel, et al re status of retention. |
| 11/21/14 | P. Maxcy | 0.50 | Telecon R. Venerus re engagement process. |
| 11/22/14 | P. Maxcy | 1.50 | Conference J. Robinson and draft information requests for retention affidavit. |
| 11/23/14 | P. Maxcy | 2.80 | Draft retention affidavit and incorporate revisions based on Guggenheim search process. |
| 11/23/14 | P. Maxcy | 0.40 | Various emails re status of filing applications. |
| 11/24/14 | P. Maxcy | 0.50 | Review EFH docket re professional retention schedules. |
| 11/24/14 | P. Maxcy | 0.90 | Review various committee professional applications and orders. |
| 11/24/14 | P. Maxcy | 0.40 | Telecon S&C counsel re application process. |
| 11/24/14 | P. Maxcy | 0.90 | Draft memo to client re next steps. |
| 11/24/14 | P. Maxcy | 0.20 | Conference P. LaRoche re application process. |
| 11/26/14 | P. Maxcy | 0.40 | Calls and emails with P. Laroche, et al re status of application and engagement letter. |

Total Hours 31.50  
Fee Amount $20,552.50

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| P. Maxcy | $695.00 | 27.50 | $19,112.50 |
| G. Miller | $360.00 | 4.00 | $1,440.00 |
| Totals | | 31.50 | $20,552.50 |

19

83568507\V-1

Energy Future Holdings

Matter: 21421443-0045
Invoice No.: 1613809

December 12, 2014

| | | |
|---|---|---:|
| Fee Total | $ | 20,552.50 |
| Invoice Total | $ | 20,552.50 |

20

83568507\V-1



233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

Salans FMC SNR Denton
dentons.com

For your Information - Open Invoices

GUGGENHEIM SECURITIES
Ronen Bojmel
330 MADISON AVENUE, 8TH FLOOR
NEW YORK, NY 10017
USA

December 12, 2014

Client/Matter #: 21421443-0045

Energy Future Holdings

## Statement of Account

According to our records, as of December 12, 2014, the amounts shown below are outstanding on this matter. If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Invoice Total |
|---|---|---|---|---|
| 12/12/14 | 1613809 | 20,552.50 | 0.00 | 20,552.50 |
| | | Total Outstanding Invoices | | 20,552.50 |

Questions should be directed to:
P. Maxcy
at 1 312 876 8000

Federal Tax I.D. Number 36-1796730

PCM/CH

83568507\V-1

21