# Exhibit A

## In re: Energy Future Holdings Corp., et al.
## Case No. 14-10979 (CSS)

| Applicant | Compensation Period | Interim Fees Requested | Fee Committee's Fee Adjustments | Interim Expenses Requested | Fee Committee's Expense Adjustments | Interim Fees Approved | Interim Expenses Approved |
|---|---|---|---|---|---|---|---|
| Kirkland & Ellis, LLP and Kirkland & Ellis International, LLP D.I. 2683 | 4/29/14 - 8/31/14 | $25,600,790.50 | $1,088,863.18 | $1,248,049.03 | $125,188.99 | $24,511,927.32 | $1,122,860.04 |

12942551.1