# SIGN-IN SHEET

**CASE NAME:** Energy Future Holdings
**CASE NO:** 14-10979

**COURTROOM LOCATION:** 6
**DATE:** 1/26/15 at 12:00 P.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jarrett Vine | Polsinelli | TCEH Comm. |
| Chad Husnick | Kirkland & Ellis LLP | Debtors |
| Daniel J. DeFranceschi | Richards Layton & Finger | Debtors |
| Jason M. Madron | Richards Layton & Finger | Debtors |
| M. Fink | MNat | EFH Committee |
| Richard L Schepacarter | USDOJ - OUST | UST |
| Aaron Barker | Phillips Goldman | Fee Committee |
| Eric Wilson | Godfrey Kahn | Fee Committee |
| R. Stephen McNeill | Potter Anderson & Corroon | Deutsche Bank New York Branch |
| Ryan Bartley | Young Conaway Stargatt & Taylor LLP | Ad Hoc Group of TCEH First Lien Secured Creditors |
| Tom Lauria | White & Case | UMB Bank Indenture Trustee |
| Michael Cooke | Jeffries Hamilton | CSC |
| Colin R Robinson | Pachulski Stang Ziehl Jones | Second Lien Indenture Trustee |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# Court Conference

**Calendar Date:** 01/26/2015
**Calendar Time:** 12:00 PM ET

## U.S. Bankruptcy Court-Delaware (DE - US)

### Confirmed Telephonic Appearance Schedule
### Honorable Christopher S. Sontchi
### #6

Amended Calendar 01/26/2015 08:12 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6704345 | Jacob A. Adlerstein | (212) 373-3142 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Paul Weiss Rifkind Wharton & Garrison / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6704488 | Caitlin Barr | (312) 558-5600 | Winston & Strawn LLP | Interested Party, CenterPoint Energy Resources Corp. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6706743 | Matthew Brod | (212) 530-5460 | Millbank, Tweed, Hadley & McCloy, LLI | Creditor, CitiBank / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6707529 | Alice Byowitz | (212) 715-9100 | Kramer Levin Naftalis & Frankel LLP | Interested Party, Indenture Trustee for the 11% Senior Secured Second Lien Notes / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6704602 | Jeremy Coffey | (617) 856-8595 | Brown Rudnick LLP | Interested Party, Wilmington Savings Fund Society, FSB / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6706426 | Kent Collier | 212-588-8890 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6705189 | Michael L. Davitt | (214) 969-2938 | Jones Day | Representing, Oncor Electric Delivery Holdings Company LLC / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6704337 | Adam M. Denhoff | 212-373-3000 ext. 3471 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Paul Weiss Rifkind Wharton & Garrison / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6709030 | Justin Edelson | (302) 252-0925 | Polsinelli PC | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6708243 | Marita Erbeck | (973) 360-1100 | Drinker Biddle & Reath LLP | Creditor, CSC Trust Co. of Delaware / LISTEN ONLY |

| Debtor | Case # | Proceeding | Conf ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6706475 | Charles Garrison | (202) 887-4561 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Charles Garrison / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6708907 | Richard Gitlin - Client | (608) 284-2654 | Godfrey & Kahn, S. C. | Interested Party, Richard Gitlin / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6707075 | Seth Goldman | (213) 683-9554 | Munger, Tolles & Olson LLP | Interested Party, Munger, Tolles & Olson LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6704249 | Daniel J. Harris | (212) 336-4292 | Morrison & Foerster | Creditor, Creditors Committee / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6707674 | Patrick Holohan | (646) 378-3155 | Merger Market | Interested Party, Debtwire / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6704601 | Thomas Ross Hooper | (212) 574-1200 | Seward & Kissel LLP | Interested Party, Merger Market |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6709009 | Natasha Hwangpo | (212) 909-3198 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6704256 | Michele F. Kyrouz | (415) 391-8900 | Watershed Asset Management, LLC | Representing, Wilmington Trust N.A. as Successor First Leien Agent / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6708902 | Michael Lee | 212-317-3374 | Carl Marks Strategic | Interested Party, Watershed Asset Management, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6708332 | Robert K. Malone | (973) 549-7080 | Drinker Biddle & Reath LLP | Interested Party, Carl Marks Strategic / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6705091 | Andrea B. Schwartz | (212) 510-0500 | Office of the United States Trustee | Interested Party, CitiBank, N.A. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6707520 | Jennifer Sharret | 212-715-9516 | Kramer Levin Naftalis & Frankel LLP | U.S. Trustee, United States Trustee / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6708815 | Katherine Stadler | 608-284-2654 | Godfrey & Kahn, S. C. | Interested Party, Jennifer Sharret / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6704250 | Andrew M. Thau | (203) 862-6231 | Southpaw Asset Management | Interested Party, Godfrey & Kahn / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6707092 | Thomas Walper | (213) 683-9193 | Munger, Tolles & Olson LLP | Creditor, Southpaw Asset Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6689063 | Brady C. Williamson | 608-284-2642 | Godfrey & Kahn, S. C. | Interested Party, Munger, Tolles & Olson LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (14-5079 7) | Hearing | 6708827 | Ned S. Schodek | (212) 848-7052 | Shearman & Sterling LLP | Interested Party, Godfrey & Kahn, S.C. / LIVE |
| | | | | | | | Interested Party, Deutsche Bank / LISTEN ONLY |