**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

**FIRST MONTHLY FEE STATEMENT OF ALIXPARTNERS, LLP
FOR COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT
FOR EXPENSES INCURRED AS RESTRUCTURING ADVISORS TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS OF ENERGY FUTURE HOLDINGS
CORPORATION, ENERGY FUTURE INTERMEDIATE HOLDING COMPANY, LLC,
EFIH FINANCE INC., AND EECI, INC. FOR
THE PERIOD FROM NOVEMBER 20, 2014 THROUGH NOVEMBER 30, 2014**

| | |
|---|---|
| Name of Applicant: | AlixPartners, LLP |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance Inc., and EECI, Inc. |
| Date of Retention: | January 12, 2015, *nunc pro tunc* to November 20, 2014 |
| Period for which compensation and reimbursement are sought: | November 20, 2014 through November 30, 2014 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $56,556.80 (80% of $70,696.00) |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $ 361.81 |
| This is a(n): _X_ monthly ___ interim ___ final application | |

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| **ENERGY FUTURE HOLDINGS CORP., <u>et</u> <u>al.</u>,** | ) ) ) | Case No. 14-10979 (CSS) |
|  | ) | (Jointly Administered) |
| Debtors.[2] | ) ) ) | Hearing Date: TBD (if necessary) Objection Deadline: February 16, 2015 @ 4:00 p.m. |

**FIRST MONTHLY FEE STATEMENT OF ALIXPARTNERS, LLP
FOR COMPENSATION FOR SERVICES RENDERED AND FOR
REIMBURSEMENT FOR EXPENSES INCURRED AS RESTRUCTURING
ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
ENERGY FUTURE HOLDINGS CORPORATION, ENERGY FUTURE
INTERMEDIATE HOLDING COMPANY, LLC, EFIH FINANCE INC., AND EECI,
INC. FOR
<u>THE PERIOD FROM NOVEMBER 20, 2014 THROUGH NOVEMBER 30, 2014</u>**

This first Monthly Fee Statement for compensation and reimbursement of expenses (the "<u>Fee Statement</u>") is filed by AlixPartners, LLP ("<u>AlixPartners</u>") requesting payment for services rendered and reimbursement of costs expended as restructuring advisor for the Official Committee of Unsecured Creditors (the "Committee") of Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc., (the "<u>EFH Committee</u>") for the period of November 20, 2014 through November 30, 2014 (the "<u>Statement Period</u>"). In support of the Fee Statement AlixPartners states as follows:

---

[2] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

2

**Relief Requested**

1.	AlixPartners submits this Fee Statement pursuant to sections 328, 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure, the District of Delaware Local Bankruptcy Rules, and The Order Establishing Procedures for Interim Compensation and Reimbursement of Chapter 11 Professionals entered on September 16, 2014 (the "Administrative Order"). AlixPartners, restructuring advisors to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc., EFH Committee, hereby files its first monthly Fee Statement for compensation and reimbursement of fees and expenses incurred for the period of November 20, 2014 through November 30, 2014.  Specifically, AlixPartners seeks payment of $56,556.80 in fees (i.e., 80% of $70,696.00) and $361.81 in expenses, for a total of $56,918.61 in fees and expenses for the Statement Period.  The fees and expenses of AlixPartners are for the benefit of the EFH Committee and not the direct benefit of any Debtor and, accordingly, no allocation is proposed at this time by AlixPartners.

*[Remainder of page left intentionally blank.]*

In support of its Fee Statement, attached hereto are the following schedules:

a. **Schedule 1.**  A schedule of Compensation by Professional for the Statement Period.

b. **Schedule 2.**  A schedule of Compensation by Project Category for the Statement Period.

c. **Schedule 3.**  A schedule of Compensation by Expense Summary for the Statement Period.

In addition, attached hereto are the following exhibits:

d. **Exhibit A**.  The detail of expenses incurred by AlixPartners during the Statement Period.

e. **Exhibit B.**  Notice of Fee Statement.

f. **Exhibit C.**  Verification

WHEREFORE, AlixPartners respectfully requests (i) compensation for professional services in the amount of $56,556.80 (i.e. 80% of $70,696.00) and reimbursement for expenses incurred in the amount of $361.81 during the Fee Statement Period for a total of $56,918.61; and (ii) that this Court grant AlixPartners such other and further relief as is just.

Dated:  January 26, 2015                            ALIXPARTNERS, LLP

                                                    */s/ Alan D. Holtz*
                                                     Alan D. Holtz
                                                     Managing Director

**Schedule 1**

Energy Future Holdings Corp., et al.
Compensation by Professional for the period November 20, 2014 through November 30, 2014*

| Name of Professional | Description of Function | Hourly Rate | 14-Nov | Total Compensation |
|---|---|---|---|---|
| Alan Holtz | Managing Director | $ 990 | 23.1 | $ 22,869.00 |
| James A. Mesterharm | Managing Director | 990 | 3.0 | 2,970.00 |
| Robert D. Albergotti | Director | 715 | 23.6 | 16,874.00 |
| Matt Rogers | Director | 715 | 14.9 | 10,653.50 |
| Mark F. Rule | Director | 715 | 15.1 | 10,796.50 |
| Adam Z. Hollerbach | Vice President | 540 | 23.4 | 12,636.00 |
| Lowell Thomas | Vice President | 490 | 3.5 | 1,715.00 |
| | Sub Totals | | | 78,514.00 |
| | 50% of Travel** | | | (7,818.00) |
| | Grand Total | | | $ 70,696.00 |

* AlixPartners may determine, from time to time, to augment its professioinal staff with independent contractors (each an "Independent Contractor") in these chapter 11 cases. AlixPartners' standard practice in chapter 11 cases is to charge for an Independent Contractor's services at the rate equal to the compensation provided by AlixPartners to such Independent Contractor.

** Travel time is billed at 50% of normal rates pursuant to Delaware Local Rule 2016-2 (d) (viii).

**Schedule 2**

Energy Future Holdings Corp., et al.
Compensation by Project Category for the period November 20, 2014 through November 30, 2014

| Project Code | Description | November Hours | Amount |
|---|---|---|---|
| 9021.00100 | Engagement Planning | 26.7 | $20,058.00 |
| 9021.00105 | Business Analysis | 5.5 | 3,932.50 |
| 9021.00110 | Cash Management | 1.4 | 1,056.00 |
| 9021.00130 | Employee Issues | 25.4 | 17,191.00 |
| 9021.00135 | Tax Issues | 2.9 | 2,623.50 |
| 9021.00165 | Plan of Reorganization | 4.0 | 3,960.00 |
| 9021.00170 | Miscellaneous Motions | 1.1 | 786.50 |
| 9021.00178 | Potential Litigation: Solvency/Valuation | 5.1 | 3,646.50 |
| 9021.00190 | UCC Meetings | 6.7 | 5,358.00 |
| 9021.00197 | Fee Applications and Retention | 4.4 | 4,266.00 |
| 9021.00198 | Non-Working Travel (50%) | 23.4 | 7,818.00 |
| | | 106.6 | $70,696.00 |

**Schedule 3**

Energy Future Holdings Corp., et al.
Expense Summary for the period November 20, 2014 through November 30, 2014

| Expense Categories | | TOTAL |
|---|---|---|
| Meals & Tips | $ | 6.21 |
| Mileage | | 355.60 |
| **TOTAL** | **$** | **361.81** |