# **EXHIBIT C**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et. al.* | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) **Hearing Date: TBD (if necessary)** |
| | **Objection Deadline: February 16, 2015 @ 4:00 p.m.** |

### VERIFICATION

I, Alan D. Holtz, after being duly sworn according to law, deposes and says:

a) I am a Managing Director with the applicant firm, AlixPartners, LLP.

b) I am familiar with the work performed on behalf of the Debtors by the consultants in the firm.

c) I have reviewed the foregoing Statement and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. L.R. 2016-2, and submit that the Statement substantially complies with such order.

Dated: January 26, 2015

/s/ Alan D. Holtz
Alan D. Holtz
Managing Director, AlixPartners, LLP

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.