**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| Energy Future Holdings Corp., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| Debtors. | ) | (Jointly Administered) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 26, 2015, she caused a copy of the attached *First Monthly Fee Statement of AlixPartners, LLP for Compensation for Services Rendered and for Reimbursement for Expenses Incurred as Restructuring Advisors to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance Inc., and EECI, Inc. for the Period from November 20, 2014 through November 30, 2014* to be electronically filed through the Court's Case Management/Electronic Case File ("CM/ECF") system and served on all parties who have electronically entered a notice of appearance through the notice of filing generated by the Court's CM/ECF System.

The undersigned further certifies that on January 26, 2015, she caused a copy of the attached *First Monthly Fee Statement of AlixPartners, LLP for Compensation for Services Rendered and for Reimbursement for Expenses Incurred as Restructuring Advisors to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

*Future Intermediate Holding Company, LLC, EFIH Finance Inc., and EECI, Inc. for the Period from November 20, 2014 through November 30, 2014*to be served via U.S. first class mail, postage prepaid, on the parties identified on the list attached hereto as <u>Exhibit A</u>, pursuant to the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals Pursuant to Sections 105(a) and 331 of the Bankruptcy Code.

Dated: Wilmington, Delaware
       January 26, 2015

**MONTGOMERY McCRACKEN WALKER & RHOADS, LLP**

*/s/ Natalie D. Ramsey*
Natalie D. Ramsey, Esquire (DE Bar No. 5378)
Davis Lee Wright, Esquire (DE Bar No. 4324)
Mark A. Fink, Esquire (DE Bar No. 3946)
1105 North Market Street, 15th Floor
Wilmington, DE 19801
Telephone: (302) 504-7800
Facsimile: (302) 504-7820
E-mail:    nramsey@mmwr.com
              dwright@mmwr.com
              mfink@mmwr.com

**Exhibit A**

| | |
|---|---|
| Energy Future Holdings Corp., et al., 1601 Bryan Street, 43rd Floor Dallas, TX, 75201, Attn: Andrew M Wright Cecily Gooch | Kirkland & Ellis LLP 601 Lexington Avenue New York, NY 10022 Attn: Brian E. Schartz |
| Kirkland & Ellis LLP 300 North LaSalle Chicago, IL, 60654 Attn: Chad Husnick | Richards, Layton & Finger, P.A. 920 North King Street Wilmington, DE 19801 Attn: Daniel J. DeFranceschi Jason M. Madron |
| Roberta A. DeAngelis United States Trustee Region 3 J. Caleb Boggs Federal Building 844 King Street, Room 2207 Wilmington, DE 19801 Attn: Richard L. Schepacarter | U.S. Department of Justice Office of the U.S. Trustee U.S. Federal Building 201 Varic Street, Room 1006 New York, NY 10014 Attn: Andrew B. Schwartz |
| Shearman & Sterling LLP 599 Lexington Avenue New York, NY 10022 Attn: Ned Schodek Fredric Sosnick | Milbank, Tweed, Hadley & McCloy LLP 1 Chase Manhattan Plaza New York, NY 10005 Attn: Evan Fleck and Matthew Brod |
| Morrison & Foerster LLP 250 W. 55th Street New York, NY 10019 Attn: Brett H. Miller and Lorenzo Marinuzzi | Polsinelli PC 222 Delaware Avenue, Suite 1101 Wilmington, DE 19801 Attn: Christopher A. Ward |
| Godfrey & Kahn, S.C. One East Main Street Madison, WI 53703 Attn: Katherine Stadler | |