# EXHIBIT A

**Statement of Fees and Expenses By Subject Matter**

## COMPENSATION BY PROJECT CATEGORY
## DECEMBER 1, 2014 THROUGH DECEMBER 31, 2014

| Matter Number | Project Category | Total Hours | Total Fees |
|---|---|---:|---:|
| Applicable to All Debtors[1] | | | |
| 12 | Tax Analysis | 9.5 | $7,049.50 |
| 25 | Public Policy Advice | N/A | N/A |
| 30 | Case Administration, Employment and Fee Applications | 36.4 | $18,353.00 |
| 46 | Budget-Related Work | 1.5 | $879.50 |
| Total for All-Debtor Matters | | 47.4 | $26,282.00 |
| Applicable to TCEH Debtors | | | |
| 4 | Litigation: Disputes and Potential Litigation with Aurelius | N/A | N/A |
| 8 | Litigation: FPL v. TXU (Texas Supreme Court) | 7.3 | $4,963.00 |
| 13 | Litigation: FOIA Disputes and EPA Matters | 3.9 | $2,292.00 |
| 16 | Litigation: Sierra Club - Eastern District of Texas | N/A | N/A |
| 17 | Litigation: Sierra Club - Western District of Texas | 5.0 | $3,248.50 |
| 18 | Litigation: NSR Case | 110.3 | $85,928.50 |
| 22 | Litigation: 2004 FPL Lawsuit | 2.3 | $1,449.00 |
| 23 | Litigation: 2011 FPL Lawsuit | N/A | N/A |
| 24 | Litigation: FPL Offer Curves Dispute | N/A | N/A |
| 41 | SEC Matters | N/A | N/A |
| 43 | Corporate Matters | N/A | N/A |
| 44 | Non-Working Travel | N/A | N/A |
| Total for TCEH Matters | | 128.8 | $97,881.00 |
| Applicable to EFIH Debtors | | | |
| 27 | First Lien DIP Exchange Offer | N/A | N/A |
| 28 | Second Lien DIP Tender Offer | N/A | N/A |
| 29 | Second Lien DIP Notes Offering | N/A | N/A |
| 34 | SEC Matters | N/A | N/A |

---

[1]  Matter categories applicable to all Debtors are allocated to each Debtor in the same proportion as the amount incurred by each Debtor to its direct benefit on a monthly basis. In this Monthly Fee Statement, 84.5% of the fees ($22,211.17) shall be allocated to the TCEH estate, 0% of the fees ($0.00) shall be allocated to the EFIH estate, and 15.5% of the fees ($4,070.83) shall be allocated to the EFH estate.

RLF1 11419227v.1

| Matter Number | Project Category | Total Hours | Total Fees |
|---|---|---:|---:|
| 35 | Corporate Matters | N/A | N/A |
| 40 | Non-Working Travel | N/A | N/A |
| Total for EFIH Matters | | N/A | N/A |
| Applicable to EFH Debtors | | | |
| 31 | SEC Matters | 15.8 | $12,014.50 |
| 32 | Corporate Matters | 7.5 | $5,925.00 |
| 38 | Non-Working Travel | N/A | N/A |
| Total for EFH Matters | | 23.3 | 17,939.50 |
| **Total** | | **199.5** | **$142,102.50** |

**EXPENSE SUMMARY**
**DECEMBER 1, 2014 THROUGH DECEMBER 31, 2014**

| Expenses Category | Total Expenses |
|---|---:|
| Filing Fees | $10.29 |
| In House Duplication | $507.30 |
| **Total:** | |