# EXHIBIT B

**Attorneys and Paraprofessionals' Information**

The Gibson Dunn professionals and paraprofessionals who rendered professional services in these cases during the Fee Period are:

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| William B. Dawson | Partner. Joined firm as a Partner in 2011. Member of TX Bar since 1975. | $925.00 | 56.90 | $52,632.50 |
| James C. Ho | Partner. Became a Partner in 2010. Member of DC Bar since 2001, and TX Bar since 2006. | $885.00 | 3.8 | $3,363.00 |
| Brian J. Lane | Partner. Joined firm as a Partner in 2000. Member of MD Bar since 1983, and DC Bar since 2000. | $1,085.00 | 0.8 | $868.00 |
| Robert B. Little | Partner. Joined firm as a Partner in 2011. Member of TX Bar since 1998. | $790.00 | 21.2 | $16,748.00 |
| Michael L. Raiff* | Partner. Joined firm as a Partner in 2011. Member of TX Bar since 1992. | $840.00 | 44.1 | $27,783.00 |
| David L. Sinak | Partner. Joined firm as a Partner in 2002. Member of TX Bar since 1979. | $1,020.00 | 3.0 | $3,060.00 |
| Jeffrey Trinklein | Partner. Became a Partner in 1997. Member of NY Bar since 2007. | $980.00 | 0.6 | $588.00 |
| Ashley E. Johnson* | Of Counsel. Became an Of Counsel in 2014. Member of NC Bar since 2007, and TX Bar since 2009. | $740.00 | 1.4 | $904.00 |
| Jeffrey L. Steiner | Of Counsel. Joined firm as an of counsel in 2012. Member of MD Bar since 2004 & DC Bar since 2006. | $715.00 | 0.7 | $500.50 |

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Matthew G. Bouslog | Associate. Joined firm as an associate in 2012. Member of CA Bar since 2011. | $555.00 | 15.7 | $8,713.50 |
| Michael Q. Cannon | Associate. Joined firm as an Associate in 2014. Member of TX Bar since 2012. | $485.00 | 3.5 | $1,697.50 |
| Russell H. Falconer* | Associate. Joined firm as an Associate in 2011. Member of TX Bar since 2009. | $535.00 | 10.8 | $6,804.00 |
| Jeremy L. Graves | Associate. Joined firm as an Associate in 2008. Member of CO Bar since 2012. | $710.00 | 4.2 | $2,982.00 |
| Timothy P. Mullins | Associate. Joined firm as an associate in 2013. Member of CA Bar since 2013. | $440.00 | 1.1 | $484.00 |
| Kasey L. Robinson | Associate. Joined firm as an associate in 2011. Member of VA Bar since 2011 & DC Bar since 2012. | $555.00 | 0.4 | $222.00 |
| William T. Thompson | Associate. Joined firm as an associate in 2014. Member of TX Bar since 2013. | $440.00 | 3.3 | $1,452.00 |
| William C. Vaughn* | Associate. Joined firm as an associate in 2013. Member of TX Bar since 2013. | $440.00 | 7.0 | $4,410.00 |
| John-Paul Vojtisek | Associate. Joined firm as an Associate in 2005. Member of NY Bar since 2006. | $710.00 | 2.4 | $1,704.00 |

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Jonathan M. Whalen | Associate. Joined firm as an Associate in 2009. Member of TX Bar since 2009. | $575.00 | 0.8 | $460.00 |
| Duke K. Amponsah | Paralegal. Joined firm as a Paralegal in 2012. | $380.00 | 16.3 | $6,194.00 |
| Gaya K. Holman | Paralegal. Joined firm as a Paralegal in 2013. | $355.00 | 1.5 | $532.50 |
| **TOTAL** | | | | |
| **Blended Rate** | | | **$712.29** | |

\* The Debtors and Gibson Dunn have agreed to a blended hourly rate of $630.00 for Mr. Raiff and all litigation associates for work performed on matter numbers 13, 16-18, and 22-24. For all other matters, this attorney bills at the hourly rate specified herein.