# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

**EXPENSE SUMMARY**
**DECEMBER 1, 2014 THROUGH DECEMBER 31, 2014**

**Applicable to TCEH Debtors**

| Expenses Category | Total Expenses |
|---|---:|
| Filing Fees | $10.29 |
| In House Duplication | $507.30 |
| **Total:** | |

**TOTAL EXPENSES** **$517.59**