# **EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

| Invoice Number | Matter Name | Date | Name Of Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 2015012544 | TCEH | 20141219 | Scott J. Fulford | Filing Fees | N/A | N/A | $10.29 | Filing Fees/E-file and Serve/Filing With The 5th Court Of Appeals |
| 2015012544 | TCEH | 20141223 | N/A | In House Duplication | $.10 | 5,029 | $502.90 | Photocopies: 5,029 pages |
| 2015012544 | TCEH | 20141224 | N/A | In House Duplication | $.10 | 18 | $1.80 | Photocopies: 18 pages |
| 2015012544 | TCEH | 20141226 | N/A | In House Duplication | $.10 | 3 | $0.30 | Photocopies: 3 pages |
| 2015012544 | TCEH | 20141229 | N/A | In House Duplication | $.10 | 3 | $0.30 | Photocopies: 3 pages |
| 2015012544 | TCEH | 20141230 | N/A | In House Duplication | $.10 | 8 | $0.80 | Photocopies: 8 pages |
| 2015012544 | TCEH | 20141231 | N/A | In House Duplication | $.10 | 12 | $1.20 | Photocopies: 12 pages |

RLF1 11419227v.1