IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br><br>ENERGY FUTURE<br>HOLDINGS CORP., *et al.*,<br><br>　　　　Debtors. | )<br>)<br>)  Chapter 11<br>)<br>)  Case No. 14-10979 (CSS)<br>)<br>)  (Jointly Administered)<br>)<br>) |

## NOTICE OF LAW FIRM NAME CHANGE

PLEASE TAKE NOTICE that, effective January 22, 2015, Cole, Schotz, Meisel, Forman & Leonard, P.A. changed its name to Cole Schotz P.C. The firm and its lawyers' addresses, telephone and facsimile numbers have not been affected by this change. Please take notice of this change and update your records accordingly.

Dated: January 26, 2015
　　　　Wilmington, Delaware

COLE SCHOTZ P.C.

_____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: 302-652-3131
Facsimile: 302-652-3117
npernick@coleschotz.com
kstickles@coleschotz.com

-and-

Warren A. Usatine
25 Main Street
P.O. Box 800
Hackensack, NJ 07602
Telephone: 201-489-3000
Facsimile: 201-489-1536
wusatine@coleschotz.com

*Counsel for Delaware Trust Company,
as successor indenture trustee*