## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

-------------------------------------------------------------x
                                              :

In re                                       :     Chapter 11
                                              :

ENERGY FUTURE HOLDINGS CORP., ET AL.,   :     Case No. 14-10979 (CSS)
                                              :

                         Debtors.     :     (Jointly Administered)
-------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

I, Karen M. Wagner, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the noticing agent for the Official Committees of TCEH Unsecured Creditors and EFH Unsecured Creditors, in the above-captioned cases.

On January 23, 2015 at my direction and under my supervision, employees of KCC caused the following document to be served via E–Mail on the service list attached hereto as **Exhibit A** and First-Class Mail on the service list attached hereto as **Exhibit B**:

- Statement and Reservation of Rights of Official Committee of TCEH Unsecured Creditors to First Interim Applications for Reimbursement of Professional Fees and Expenses **[Docket No. 3357]**

Dated: January 23, 2015

                                                    Karen M. Wagner
                                                    Kurtzman Carson Consultants LLC
                                                    2335 Alaska Avenue
                                                    El Segundo, CA 90245
                                                    310.823.9000

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California     )
                         ) ss
County of Los Angeles )

Subscribed and sworn to (or affirmed) before me on this 23rd day of January 2015, by Karen M. Wagner, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

WITNESS my hand and official seal.

Signature: _____

JENNIFER GRAGEDA
Commission # 2013634
Notary Public - California
Los Angeles County
My Comm. Expires Mar 21, 2017

Exhibit A

Exhibit A

Fee Application Service List - E-Mail

| CreditorName | CreditorNoticeName | E-Mail | Party / Function |
|---|---|---|---|
| Godfrey & Kahn SC | Katherine Stadler | kstadler@gklaw.com; | Counsel to Fee Committee |
| Kirkland & Ellis LLP | Brian E Schartz | brian.schartz@kirkland.com; | Counsel to the Debtors |
| Kirkland & Ellis LLP | Chad Husnick | chad.husnick@kirkland.com; | Counsel to the Debtors |
| Milbank Tweed Haldey & McCloy LLP | Evan Fleck Matthew Brod | efleck@milbank.com; | Counsel for the agent of the TCEH DIP Financing Facility |
| Richards Layton & Finger PA | Daniel DeFranceschi Jason Madron | defranceschi@rlf.com; madron@rlf.com; | Co-Counsel to the Debtors |
| Sherman & Sterling LLP | Ned Schodek Fredric Sosnick | fsosnick@shearman.com; ned.schodek@shearman.com; | Counsel to for the Agent of the EFIH First Lien DIP Financing Facility |
| US Department of Justice | Andrea B Schwartz Office of US Trustee | andrea.b.schwartz@usdoj.gov; | Office of US Trustee |
| US Trustee Region 3 Roberta A DeAngelis | Richard L Schepacarter | richard.schepacarter@usdoj.gov; | Office of US Trustee |

Exhibit B

Exhibit B

Fee Application Service List - First-Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Party / Function |
|---|---|---|---|---|---|---|---|
| Energy Future Holdigs Corp et al | Andrew W Wright and Cecily Gooch | 1601 Bryan St 43rd Fl | | Dallas | TX | 75201 | Debtors |
| Godfrey & Kahn SC | Katherine Stadler | One East Main St | | Madison | WI | 53703 | Counsel to Fee Committee |
| Kirkland & Ellis LLP | Brian E Schartz | 601 Lexington Ave | | New York | NY | 10022 | Counsel to the Debtors |
| Kirkland & Ellis LLP | Chad Husnick | 300 N LaSalle St | | Chicago | IL | 60654 | Counsel to the Debtors |
| Milbank Tweed Haldey & McCloy LLP | Evan Fleck Matthew Brod | 1 Chase Manhattan Plaza | | New York | NY | 10005 | Counsel for the agent of the TCEH DIP Financing Facility |
| Richards Layton & Finger PA | Daniel DeFranceschi Jason Madron | 920 N King St | | Wilmington | DE | 19801 | Co-Counsel to the Debtors |
| Sherman & Sterling LLP | Ned Schodek Fredric Sosnick | 599 Lexington Ave | | New York | NY | 10022 | Counsel to for the Agent of the EFIH First Lien DIP Financing Facility |
| US Department of Justice | Andrea B Schwartz Office of US Trustee | 201 Varick St Rm 1006 | US Federal Building | New York | NY | 10014 | Office of US Trustee |
| US Trustee Region 3 Roberta A DeAngelis | Richard L Schepacarter | 844 King St Rm 2207 | J Caleb Boggs Federal Bldg | Wilmington | DE | 19801 | Office of US Trustee |

In re: Energy Future Holdings Corp., et al.
Case No. 14-10979 (CSS)

Page 1 of 1