# EXHIBIT A

## Statement of Fees and Expenses By Subject Matter

| Matter Number | Matter Description | Total Hours Billed | Total Fees Requested |
|---|---|---|---|
| 1 | Voucher Analysis Services[1] | 1,367.5 | $ 170,937.50 |
| 4 | Fee Statement and Fee Application Preparation | 191.2 | $ 54,889.90 |
| 5 | Retention Services | 10.4 | $ 3,380.00 |
| 9 | Loan Staff Services | 153.6 | $ 26,880.00 |
| 10 | IT Asset Management Services | 32.8 | $ 6,745.00 |
| 11 | Service Costing Assessment Services | 66.2 | $ 18,487.00 |
| 12 | SOX Phase II - On-Going Controls[1] | 1,818.7 | $ 301,009.20 |
| 13 | CAO Financial Reporting Support[1] | 447.9 | $ 98,538.00 |
| 14 | Service Costing Phase II - Model Remediation | 226.0 | $ 59,579.50 |
| 15 | SOX II - SDLC (Software Development Life Cycle) Services[1] | 1,033.5 | $ 198,258.00 |
| 16 | SOX Phase II - IAM Controls[1] | 590.1 | $ 120,939.90 |
| | **Total** | **5,937.9** | **$ 1,059,644.00**[2] |

| Service Description | Service Provider | Amount |
|---|---|---|
| Airfare | N/A | $ 20,405.97 |
| Lodging | N/A | $ 32,289.75 |
| Travel Meals | N/A | $ 4,794.64 |
| Ground Transportation | N/A | $ 9,177.25 |
| Miscellaneous | N/A | $ - |
| **Total** | | **$ 66,667.61**[3] |

---

[1] Includes fees from previous period /months due to delay in retention approval of these services or expansion of services.

[2] KPMG bills for services at discounted billing rates as specified in the Retention Application dated May 29, 2014. During the Fee Period, KPMG's standard rates for services rendered totaled $2,778,422.50. KPMG's services at the agreed upon discounted rates result in a voluntary discount of fees in the amount of $1,746,643.60 thus benefitting the Chapter 11 estate by same amount.

[3] Includes expenses from previous period /months associated with fees deferred due to delay in retention approval.