## EXHIBIT B

**Professionals' Information**

The KPMG professionals who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position & Department | | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|---|
| Berry, Denis | Principal - Advisory | | 3.0 | $ 350 | $ 1,050.00 |
| Cargile, David | Managing Director - Advisory | | 126.8 | $ 325 | $ 41,210.00 |
| Garcia, Susan | Managing Director - Advisory | | 3.8 | $ 325 | $ 1,235.00 |
| Panneck, Christopher | Director - Advisory | | 2.0 | $ 340 | $ 680.00 |
| Potter, Maria | Director - Advisory | | 70.6 | $ 340 | $ 24,004.00 |
| Amadei, Michael D | Director - Advisory | | 81.4 | $ 290 | $ 23,606.00 |
| Luis, Brett | Director - Advisory | | 46.9 | $ 290 | $ 13,601.00 |
| Seeman, Nick | Director - Advisory | * | 70.5 | $ 290 | $ 20,445.00 |
| Weaver, Wayne | Director - Advisory | | 157.6 | $ 290 | $ 45,704.00 |
| Plangman, Monica | Associate Director - Bankruptcy | * | 33.8 | $ 325 | $ 10,985.00 |
| Epelbaum, Leonard | Manager - Advisory | | 134.6 | $ 300 | $ 40,380.00 |
| Campbell, Celeste | Manager - Bankruptcy | * | 116.4 | $ 298 | $ 34,687.20 |
| Plangman, Monica | Manager - Bankruptcy | | 14.3 | $ 298 | $ 4,261.40 |
| Anjur, Kishore | Manager - Advisory | | 31.0 | $ 250 | $ 7,750.00 |
| Lofy, Michael | Manager - Advisory | | 119.5 | $ 250 | $ 29,875.00 |
| Seeman, Nick | Manager - Advisory | | 52.5 | $ 250 | $ 13,125.00 |
| Campbell, Celeste | Senior Associate - Bankruptcy | | 33.6 | $ 228 | $ 7,660.80 |
| Lange, Jolandi de | Senior Associate - Advisory | | 279.9 | $ 220 | $ 61,578.00 |
| Mehta, Anish | Senior Associate - Advisory | | 168.0 | $ 220 | $ 36,960.00 |
| Dami, Orland | Senior Associate - Advisory | | 29.0 | $ 190 | $ 5,510.00 |
| Ferguson, James | Senior Associate - Advisory | | 132.3 | $ 190 | $ 25,137.00 |
| Isakulov, Shokhrukh | Senior Associate - Advisory | | 443.1 | $ 190 | $ 84,189.00 |
| Wilborn, Blake | Senior Associate - Advisory | | 235.3 | $ 190 | $ 44,707.00 |
| Zanini, Joseph | Senior Associate - Advisory | | 478.2 | $ 190 | $ 90,858.00 |
| Breakiron, Rob | Senior Associate - Advisory | | 5.0 | $ 185 | $ 925.00 |
| Alves, Matthew | Senior Associate - Tax | * | 35.4 | $ 175 | $ 6,195.00 |
| Mohnkern, Colleen | Senior Associate - Advisory | | 262.1 | $ 125 | $ 32,762.50 |
| Garza, Juanita | Associate - Bankruptcy | | 3.5 | $ 193 | $ 675.50 |
| Kleiber, Katherine N | Associate - Tax | | 56.2 | $ 175 | $ 9,835.00 |
| Morton, David | Associate - Tax | | 62.0 | $ 175 | $ 10,850.00 |
| Bhai, Aamir | Associate - Advisory | | 158.1 | $ 125 | $ 19,762.50 |
| Douthey, Amy | Associate - Advisory | | 449.5 | $ 125 | $ 56,187.50 |
| Lariscy, Matthew R. | Associate - Advisory | | 356.0 | $ 125 | $ 44,500.00 |
| Milner, Aaron | Associate - Advisory | | 433.8 | $ 125 | $ 54,225.00 |
| Nebel, Bob | Associate - Advisory | | 373.0 | $ 125 | $ 46,625.00 |
| Ouyo, Lesley | Associate - Advisory | | 65.8 | $ 125 | $ 8,225.00 |
| Rangwala, Hussain | Associate - Advisory | | 329.7 | $ 125 | $ 41,212.50 |
| Shah, Meghna | Associate - Advisory | | 180.8 | $ 125 | $ 22,600.00 |
| Waggoner, Holly | Associate - Advisory | | 64.0 | $ 125 | $ 8,000.00 |
| Braun, Nancy | Contractor - Apptio SME | ** | 34.1 | $ 185 | $ 6,308.50 |
| Hayes, Chris | Contractor - Data SME | ** | 42.9 | $ 110 | $ 4,719.00 |
| Adedeji, Peju | Contractor | ** | 161.9 | $ 104 | $ 16,837.60 |
| **Total Hours and Fees** | | | **5,937.9** | | **$ 1,059,644.00** |

\* Promoted effective October 1, 2014
\*\* Contractors are passed through at cost.