## EXHIBIT C

## Summary of Actual and Necessary Expenses for the Fee Period

### ALL - Expense Summary

| Service Description | Service Provider | Amount |
|---|---|---:|
| Airfare | N/A | $ 20,405.97 |
| Lodging | N/A | $ 32,289.75 |
| Travel Meals | N/A | $ 4,794.64 |
| Ground Transportation | N/A | $ 9,177.25 |
| Miscellaneous | N/A | $ - |
| **Total** | | **$ 66,667.61** |

### EFH - Expense Summary

| Service Description | Service Provider | Amount |
|---|---|---:|
| Airfare | N/A | $ 20,405.97 |
| Lodging | N/A | $ 32,289.75 |
| Travel Meals | N/A | $ 4,794.64 |
| Ground Transportation | N/A | $ 9,177.25 |
| Miscellaneous | N/A | $ - |
| **Total** | | **$ 66,667.61** |