IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORPORATION., *et al.*, | Case No. 14-10979 (CSS) |
| | (Jointly Administered) |
| Debtor[1]. | |

### BWM SERVICES, LP's NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

*PLEASE TAKE NOTICE* that the attorneys set forth below hereby appear as counsel for BWM Services, LP pursuant to 11 U.S.C. § 1109(b) and Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). The undersigned requests that all notices given or required to be given in the above-captioned case (including but not limited to all papers filed and served in all adversary proceedings in such case, and to creditors and equity security holders who file with the Court and request that all notices be mailed to them) be given to and served on the following:

"J" Jackson Shrum, Esquire
Jshrum@werbsullivan.com
and
Duane D. Werb, Esquire
Dwerb@werbsullivan.com
Phone: 302-652-1100
Facsimile: 302-652-1111
Werb & Sullivan
300 Delaware Avenue
Suite 1300
Wilmington, Delaware 19801

---

[1] The last four digits on Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes without limitation all orders and notices of any application, motion petition, pleading, request, complaint, or demand, statement of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party in interest in this case, with respect to the (a) debtor, (b) property of the debtor's estate, or proceeds thereof, in which the debtor may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by the undersigned.

Dated:  January 27, 2015

Respectfully submitted,
WERB & SULLIVAN

/s/ Jack Shrum
"J" Jackson Shrum (No. 4757)
Duane Werb (No. 1042)
300 Delaware Avenue, Suite 1300
Wilmington, DE  19801
Telephone:  (302) 652-1100
Facsimile:  (302) 652-1111

Counsel to BWM Services