## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2015, I caused a true and correct copy of the foregoing to be served electronically via the Court's Electronic Filing System on all parties requesting notice in this proceeding.

|  |  |  |
|---|---|---|
|  |  | Respectfully submitted,<br>WERB & SULLIVAN |
| Dated:  January 27, 2015 | By: | */s/ Jack Shrum*<br>"J" Jackson Shrum (No. 4757)<br>Duane Werb (No. 1042)<br>300 Delaware Avenue, Suite 1300<br>Wilmington, DE  19801<br>Telephone:  (302) 652-1100<br>Facsimile:  (302) 652-1111<br><br>*Counsel to BWM Services* |