January 18, 2015
Ms. Monica Regina Hawkins
135 Country Bend Drive
Duncanville, Tx 75137

United States Bankruptcy Court
824 North Market Street 3rd Floor
Wilmington, Delaware 19801

Honorable Judge

I am very offened that I can not recieved my class action settlement. I feel like they should pay me for the damages. I provide all information that I could. All my documents are gone. They was auction off Public Storage Cedar Ridge Drive Duncanville, Tx 75137 which was under Gloria Hawkins Name. I could not get my own items out do to Name should have been transfer. I am requesting you treat me fair in this case. No, I do not want to fill Bankruptcy. I want my settlement.

Case: 14-10979 (CSS)
Energy Future Holdings Corp Debtors

Sincerely
Ms. Monica Regina Hawkins