# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF LAW FIRM NAME CHANGE

PLEASE TAKE NOTICE that, effective January 1, 2015, The Hogan Firm changed its name to Hogan McDaniel. The firm and its lawyers' addresses, telephone and facsimile numbers have not been affected by this change. Please take notice of this change and update your records accordingly.

Dated: January 28, 2015  
      Wilmington, Delaware

HOGAN♦McDANIEL

*/s/Garvan F. McDaniel*  
Garvan F. McDaniel (DE Bar No. 4167)  
1311 Delaware Avenue  
Wilmington, Delaware 19806  
Telephone: 302.656.7540  
Facsimile: 302.656.7599  
Email: gfmcdaniel@dkhogan.com