# EXHIBIT A

## Statement of Fees and Expenses By Subject Matter

| Description | Total Billed Hours | Total Fees |
|---|---|---|
| Chapter 11 | 99.40 | $ 110,155.00 |
| Governance | 59.80 | $ 63,707.00 |
| Plan and Disclosure | 56.80 | $ 62,044.00 |
| Intercompany Claims | 141.00 | $ 104,580.00 |
| Tax Issues | 99.60 | $ 99,602.00 |
| Oncor Sale Process | 35.20 | $ 36,089.00 |
| Financing | | |
| Employment and Fee Applications | 36.40 | $ 41,860.00 |
| Non-working Travel | 1.60 | $ 920.00 |
| Claims Litigation | 2.90 | $ 2,865.00 |
| **TOTAL** | **532.70** | **$ 521,822.00** |