## <u>EXHIBIT B</u>

### Attorney and Paraprofessionals Information

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Richard Levin | Partner | 1976 | Corporate | 1150 | 130.60 | $ 149,270.00 |
| Philip Gelston | Partner | 1979 | Corporate | 1150 | 120.40 | $ 138,460.00 |
| Stephen Gordon | Partner | 1982 | Tax | 1150 | 3.30 | $ 3,795.00 |
| Andrew Needham | Partner | 1995 | Tax | 1150 | 63.10 | $ 72,565.00 |
| Michael Paskin | Partner | 1996 | Litigation | 1130 | 59.30 | $ 67,009.00 |
| | | | | | | |
| Trevor Broad | Associate | 2009 | Litigation | 750 | 18.80 | $ 14,100.00 |
| Margot Miller | Associate | 2011 | Litigation | 680 | 53.30 | $ 36,244.00 |
| Michael Schwartz | Associate | *not admitted | Litigation | 490 | 29.90 | $ 14,651.00 |
| Antje Hagena | Associate | *not admitted | Tax | 665 | 30.80 | $ 20,482.00 |
| | | | | | | |
| Lauren Gorab | Legal Assistant | N/A | Litigation Support | 225 | 1.50 | $ 337.50 |
| James Wilkins | Legal Assistant | N/A | Litigation Support | 225 | 21.30 | $ 4,792.50 |
| Justin McMullen | Technical Litigation | N/A | Technical Litigation Support | 290 | 0.40 | $ 116.00 |
| | | | | | | |
| | | | | **TOTAL** | **532.70** | **$ 521,822.00** |