## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | | Amount |
|---|---|---|
| Travel | $ | 403.00 |
| Lexis | $ | 209.33 |
| Duplicating | $ | 317.40 |
| Duplicating-Color | $ | 513.50 |
| Binding/Graphics/Video | $ | 187.00 |
| Travel-A/P Voucher | $ | (25.00) |
| | | |
| **TOTAL** | **$** | **1,605.23** |