# EXHIBIT D

## Detailed Description of Expenses and Disbursements

| Matter | Date | Name | Title | Description | Amount | Narrative |
|---|---|---|---|---|---|---|
| 1 | 12/9/2014 | GORAB, L | LEGAL ASS'T | DUPLICATING | $74.00 | 740 copies, made on floor 38 in room 50 12:32:29 |
| 1 | 12/9/2014 | GORAB, L | LEGAL ASS'T | DUPLICATING-COLOR | $470.60 | 724 copies, made on floor 18 in room 00 12:51:54 |
| 1 | 12/9/2014 | GORAB, L | LEGAL ASS'T | DUPLICATING | $15.60 | 156 copies, made on floor 18 in room 00 11:59:28 |
| 1 | 11/19/2014 | HAGENA, ANTJE | ASSOCIATE | DUPLICATING-COLOR | $42.90 | 66 copies, made on floor 18 in room 00 14:59:54 |
| 1 | 11/19/2014 | HAGENA, ANTJE | ASSOCIATE | DUPLICATING | $61.00 | 610 copies, made on floor 18 in room 00 14:28:02 |
| 1 | 11/18/2014 | LEVIN, R | PARTNER | ULTRAMAR TRAVEL | $403.00 | Pas: LEVIN,RICHARD, tckt # 0000148961 ULTR TrvlDT: 11/20/14 Class: Business Class From: NEW YORK/PENN STA To: WILMINGTON Carrier: AMTRAK |
| 1 | 11/20/2014 | LEVIN, R | PARTNER | TRAVEL-A/P VOUCHER | $(25.00) | TICKET # 3225126033737 |
| 4 | 12/5/2014 | GORAB, L | LEGAL ASS'T | BINDING/GRAPHICS/VIDEO | $0.50 | 2 copies, made on floor 18 in room 00 15:45:44 |
| 4 | 12/16/2014 | GORAB, L | LEGAL ASS'T | DUPLICATING | $72.20 | 722 copies, made on floor 18 in room 00 15:48:41 |
| 4 | 12/16/2014 | GORAB, L | LEGAL ASS'T | DUPLICATING | $5.00 | 50 copies, made on floor 38 in room 50 16:07:03 |
| 4 | 12/16/2014 | GORAB, L | LEGAL ASS'T | DUPLICATING | $15.60 | 156 copies, made on floor 18 in room 00 15:45:22 |
| 4 | 12/16/2014 | GORAB, L | LEGAL ASS'T | DUPLICATING | $74.00 | 740 copies, made on floor 38 in room 50 16:07:50 |
| 4 | 12/16/2014 | GORAB, L | LEGAL ASS'T | BINDING/GRAPHICS/VIDEO | $185.00 | 740 copies, made on floor 38 in room 50 16:08:15 |
| 4 | 12/16/2014 | GORAB, L | LEGAL ASS'T | BINDING/GRAPHICS/VIDEO | $0.50 | 2 copies, made on floor 18 in room 00 15:49:01 |
| 4 | 12/16/2014 | GORAB, L | LEGAL ASS'T | BINDING/GRAPHICS/VIDEO | $0.50 | 2 copies, made on floor 18 in room 00 15:50:56 |
| 4 | 12/16/2014 | GORAB, L | LEGAL ASS'T | BINDING/GRAPHICS/VIDEO | 0.50 | 2 copies, made on floor 38 in room 50 16:07:27 |
| 4 | 12/23/2014 | LEVIN, R | PARTNER | LEXIS | $451.11 | Lexis Resch User ID: 11819, User: LEVIN, RICHARD |
| 4 | 12/31/2014 | PANELLA, D | RECS/LIB/CLKS | LEXIS | $(241.78) | LEXIS DECEMBER CREDITS |
| | | | | **TOTAL** | **$1,605.23** | |