# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket Nos. 3193, 3205, 3207 and 3209** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF NEW YORK )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 9, 2015, I caused to be served the:

   a) "Exhibit 1 [Engagement Letter]," *relating to the Application/Motion to Employ/Retain Goldin & Associates*, *LLC*, filed on January 8, 2015 [Docket No. 3193],

   b) "First Supplemental Declaration of Richard Levin in Support of Application for Order Approving the Employment of Cravath, Swaine & Moore LLP as Counsel to Energy Future Intermediate Holding Company LLC Under Sections 327(a) and 1107(b) of the Bankruptcy Code, Effective *Nunc Pro Tunc* to November 16, 2014," dated January 8, 2015 [Docket No. 3205],

   c) "Application for an Order Approving the Retention of Stevens & Lee, P.C. as Co-Counsel to Energy Future Intermediate Holding Company LLC Under Sections 327(e) and 1107(b) of the Bankruptcy Code, Effective Nunc Pro Tunc to November 16, 2014," dated December 24, 2014 [Docket No. 3207], and

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

-2-

d) "[Revised Proposed] Order Approving the Employment of Goldin Associates, LLC as Special Financial Advisor to Energy Future Intermediate Holding Company LLC Under Section 327(a) of the Bankruptcy Code, Effective Nunc Pro Tunc to December 11, 2014," filed on January 9, 2015 [Docket No. 3209],

by causing true and correct copies to be:

  i. delivered via electronic mail to those parties listed on the annexed Exhibit A, and

  ii. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Carol Zhang

Sworn to before me this
13th day of January, 2015

_____
Notary Public

ELLI KREMPA
Notary Public, State of New York
No. 01KR6175879
Qualified in Suffolk County
Commission Expires October 22, 2015

**EXHIBIT A**

# ENERGY FUTURE HOLDINGS CORP., ET AL.
## Consented to Email 2002 List Parties
### Email Notice

| Name | Party / Attention | Email Address |
|---|---|---|
| BAILEY BRAUER PLLC | (COUNSEL TO PINNACLE TECHNICAL RESOURCES INC) ATTN: BENJAMIN L STEWART ESQ | bstewart@baileybrauer.com |
| BARNES & THORNBURG LLP | (COUNSEL TO COVERDYN) ATTN: PAULA J JACOBI ESQ | pjacobi@btlaw.com |
| BARNES & THORNBURG LLP | (COUNSEL TO COVERDYN) ATTN: KEVIN G COLLINS ESQ | Kevin.Collins@btlaw.com |
| SEARCY & SEARCY PC | (COUNSEL TO D.COURTNEY CONSTRUCTION INC) ATTN: JOSHUA R SEARCY ESQ AND JOSHUA P SEARCY ESQ | joshsearcy@jrsearcylaw.com; jrspc@jrsearcylaw.com |

| | Total Email Count | 5 |
|---|---|---|

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| ABRAMS & BAYLISS LLP | (COUNSEL TO GOLDMAN, SACHS & CO.) KEVIN G. ABRAMS & JOHN M. SEAMAN 20 MONTCHANIN RD STE 200 WILMINGTON DE 19807 |
| AKERMAN LLP | (COUNSEL TO SIEMENS POWER GENERATION INC.) ATTN: SUNDEEP S. SIDHU 420 S ORANGE AVE STE 1200 ORLANDO FL 32801-4904 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | (COUNSEL TO AD HOC COMMITTEE OF EFIH UNSECURED NOTEHOLDERS AND EFIH SECOND LIEN DIP COMMITMENT) ATTN: IRA DIZENGOFF; ABID QURESHI; STEPHEN BALDINI MEREDITH LAHAIE; ROBERT BOLLER; CHRISTOPHER CARTY; LINDSAY ZAHRADKA ONE BRYANT PARK, BANK OF AMERICA TOWER NEW YORK NY 10036-6745 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | (COUNSEL TO AD HOC COMMITTEE OF EFIH UNSECURED NOTEHOLDERS AND EFIH SECOND LIEN DIP COMMITMENT) ATTN: SCOTT ALBERINO; JOANNA NEWDECK ROBERT S. STRAUSS BUILDING 1333 NEW HAMPSHIRE AVE, NW WASHINGTON DC 20036-1564 |
| ALDINE INDEPENDENT SCHOOL DISTRICT | ATTN: COURTENEY F HARRIS, ESQ 14910 ALDINE WESTFIELD RD HOUSTON TX 77032 |
| ALVAREZ & MARSAL | ATTN: PAUL KINEALY 55 W MONROE STE 4000 CHICAGO IL 60603 |
| AMERICAN STOCK TRANSFER & TRUST CO LLC | ATTN: GENERAL COUNSEL 6201 15TH AVE BROOKLYN NY 11219 |
| AMERICAN STOCK TRANSFER & TRUST CO LLC | ATTN: PAUL KIM 6201 15TH AVENUE BROOKLYN NY 11219 |
| ANDREWS KURTH LLP | (COUNSEL TO TITUS COUNTY FRESH WATER SUPPLY DISTRICT NO. 1) ATTN: LINO MENDIOLA 111 CONGRESS AVE STE 1700 AUSTIN TX 78701 |
| ASHBY & GEDDES, P.A. | (COUNSEL TO WILMINGTON SAVINGS/WSFS) ATTN: WILLIAM BOWDEN ESQ & GREGORY TAYLOR ESQ PO BOX 1150 WILMINGTON DE 19899 |
| BAKER BOTTS LLP | (COUNSEL TO CENTERPOINT) ATTN: JAMES PRINCE; OMAR J ALANIZ; IAN E ROBERTS 2001 ROSS AVE DALLAS TX 75201-2980 |
| BALLARD SPAHR LLP | (COUNSEL TO LOUISIANA ENERGY & URENCO) ATTN: MATTHEW G SUMMERS ESQ 919 N MARKET ST 11TH FL WILMINGTON DE 19801 |
| BARNES & THORNBURG LLP | (COUNSEL TO CONVERDYN) ATTN: KEVIN G COLLINS ESQ 1000 N WEST ST STE 1500 WILMINGTON DE 19801 |
| BARNES & THORNBURG LLP | (COUNSEL TO CONVERDYN) ATTN: PAULA K JACOBI ESQ ONE N WACKER DR STE 4400 CHICAGO IL 60606 |
| BAYARD PA | (COUNSEL TO CSC TRUST CO OF DELAWARE, SUCC TTEE UNDER THE TCEH 11.5% SR SECURED NOTES INDENTURE) ATTN: NEIL GLASSMAN ESQ 222 DELAWARE AVE STE 900 WILMINGTON DE 19801 |
| BENESCH FRIEDLANDER COPLAN & ARONOFF LLP | (COUNSEL TO THERMO FISHER SCIENTIFIC INC. AND ITS AFFILIATES AND SUBSIDIARIES) ATTN: KEVIN M. CAPUZZI 222 DELAWARE AVE STE 801 WILMINGTON DE 19801-1611 |
| BINGHAM MCCUTCHEN LLP | (COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO. LLC) ATTN: JULIA FROST-DAVIES ESQ & CHRISTOPHER L. CARTER ESQ ONE FEDERAL STREET BOSTON MA 02110-1726 |
| BLANK ROME LLP | (COUNSEL TO WILMINGTON TRUST, NA) ATTN: MICHAEL B. SCHAEDLE ONE LOGAN SQUARE 130 N 18TH ST PHILADELPHIA PA 19103 |
| BLANK ROME LLP | (COUNSEL TO WILMINGTON TRUST, NA) ATTN: MICHAEL DEBAECHE; STANLEY TARR 1201 MARKET ST STE 800 WILMINGTON DE 19801 |
| BLUME FAULKNER SKEEN & NORTHAM PLLC | (COUNSEL TO NATIONAL FIELD SERVICES) ATTN: BRETTON C. GERARD 111 W SPRING VALLEY RD STE 250 RICHARDSON TX 75081 |
| BRICKFIELD, BURCHETTE, RITTS & STONE, PC | (COUNSEL TO TEX-LA ELECTRIC COOPERATIVE OF TEXAS) ATTN: CHRISTINE C. RYAN 1025 THOMAS JEFFERSON STREET, NW WASHINGTON DC 20007 |
| BROWN & CONNERY, LLP | (COUNSEL TO SAP INDUSTRIES, INC.) ATTN: DONALD K. LUDMAN 6 NORTH BROAD ST STE 100 WOODBURY NJ 08096 |
| BROWN RUDNICK LLP | (COUNSEL TO WILMINGTON SAVINGS/WSFS) ATTN: EDWARD WEISFELNER ESQ SEVEN TIMES SQUARE NEW YORK NY 10036 |
| BROWN RUDNICK LLP | ATTN: JEREMY B. COFFEY SEVEN TIMES SQUARE NEW YORK NY 10036 |
| BROWN RUDNICK LLP | (COUNSEL TO WILMINGTON SAVINGS/WSFS) ATTN: HOWARD SIEGEL ESQ 185 ASYLUM ST HARTFORD CT 06103 |
| BROWN RUDNICK LLP | (COUNSEL TO WILMINGTON SAVINGS/WSFS) ATTN: JEFFREY JONAS ESQ, ANDREW STREHLE ESQ JEREMY COFFEY ESQ ONE FINANCIAL CENTER BOSTON MA 02111 |
| BRYAN CAVE LLP | (COUNSEL TO INDENTURE TRUSTEE OF 11% & 11.75% SR) ATTN: STEPHANIE WICKOUSKI; MICHELLE MCMAHON 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |

| Claim Name | Address Information |
|---|---|
| BRYAN CAVE LLP | ATTN: ROBERT E. PEDERSEN 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104-3300 |
| BUCHALTER NEMER, A PROFESSIONAL CORPORATION | (COUNSEL TO ORACLE AMERICA, INC.) ATTN: SHAWN M. CHRISTIANSON 55 SECOND ST 17TH FL SAN FRANCISCO CA 94105-3493 |
| BUCHANAN INGERSOLL & ROONEY PC | (COUNSEL TO CATERPILLAR FINANCIAL SERVICES CORP.) ATTN: KATHLEEN A. MURPHY 919 N MARKET ST STE 1500 WILMINGTON DE 19801 |
| CARMODY MACDONALD P.C. | (COUNSEL TO AUTOMATIC SYSTEMS, INC.) ATTN: GREGORY D. WILLARD 120 S CENTRAL AVE STE 1800 SAINT LOUIS MO 63105 |
| CHADBOURNE & PARKE LLP | (COUNSEL TO NEXTERA ENERGY RESOURCES, LLC) ATTN: HOWARD SEIFE, DAVID M LEMAY AND CHRISTY RIVERA ESQS 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019-6022 |
| CHIPMAN BROWN CICERO & COLE, LLP | (COUNSEL TO AD HOC COMMITTEE OF EFIH UNSECURED NOTEHOLDERS AND EFIH SECOND LIEN DIP COMMITMENT) ATTN: SCOTT COUSINS; MARK OLIVERE; ANN KASHISHIAN 1007 NO ORANGE ST STE 1110 WILMINGTON DE 19801 |
| CIARDI CIARDI & ASTIN | (COUNSEL TO ATMOS ENERGY; TXU 2007-1 RAILCAR, & RED BALL OXYGEN) ATTN: D ASTIN, J MCLAUGHLIN JR, J MCMAHON JR 1204 N KING STREET WILMINGTON DE 19801 |
| CITIBANK, N.A. | ZORI MIGLIORINI,STANDBY LETTER OF CREDIT DEPT, AS FRONTING BANK 388 GREENWICH ST 21ST FL NEW YORK NY 10013 |
| CITIBANK, N.A. | ATTN: ERIC O. LIGAN, VICE PRESIDENT 388 GREENWICH ST 32ND FL NEW YORK NY 10013 |
| CITIBANK, N.A. | ATTN: RYAN FALCONER 388 GREENWICH STREET NEW YORK NY 10013 |
| CITIBANK, N.A. | ATTN: OWEN COYLE 1615 BRETT ROAD, OPS III NEW CASTLE DE 19720 |
| CITIBANK, N.A. | BANK LOAN SYNDICATIONS DEPARTMENT 1615 BRETT ROAD, BUILDING III NEW CASTLE DE 19720 |
| CITIBANK, N.A. | ATTN: ANNEMARIE E. PAVCO SECURITIES PROCESSING SENIOR ANALYST GLOBAL LOANS, 1615 BRETT RD., OPS III NEW CASTLE DE 19720 |
| CITY OF FORT WORTH | ATTN: CHRISTOPHER B. MOSLEY 1000 THROCKMORTON ST FORT WORTH TX 76102 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | (COUNSEL TO J. ARON & COMPANY) ATTN: THOMAS MOLONEY; SEAN O'NEAL; HUMAYUN KHALID ONE LIBERTY PLAZA NEW YORK NY 10006 |
| COHEN & GRIGSBY, P.C. | (COUNSEL TO NOVA CHEMICALS INC.) ATTN: THOMAS D. MAXSON 625 LIBERTY AVE PITTSBURGH PA 15222-3152 |
| COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TX | OFFICE OF THE TEXAS ATTORNEY GENERAL BANKRUPTCY & COLLECTIONS DIVISION ATTN: RACHEL OBALDO & JOHN MARK STERN PO BOX 12548 AUSTIN TX 78711-2548 |
| COMPUTERSHARE | ATTN: TINA VITALE, BA; LL.B. 480 WASHINGTON BLVD JERSEY CITY NJ 07310 |
| COMPUTERSHARE TRUST COMPANY OF CANADA | ATTN: ALESSANDRA PANSERA 1500, UNIVERSITY ST., SUITE 700 MONTREAL QC H3A 3S8 CANADA |
| COWLES & THOMPSON | (COUNSEL TO ATMOS ENERGY CORPORATION) ATTN: STEPHEN C. STAPLETON BANK OF AMERICA PLAZA 901 MAIN ST STE 3900 DALLAS TX 75202 |
| COZEN O'CONNOR | (COUNSEL TO J. ARON & COMPANY) ATTN: MARK E. FELGER 1201 N MARKET ST STE 1001 WILMINGTON DE 19801 |
| CRAVATH SWAIN & MOORE LLP | (COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC/EFIH) ATTN: RICHARD LEVIN ESQ WORLDWIDE PLAZA 825 EIGHTH AVE NEW YORK NY 10019-7475 |
| CROSS & SIMON, LLC | (COUNSEL TO FIDELITY MANAGEMENT & RESEARCH CO.) ATTN: MICHAEL J. JOYCE ESQ 1105 N MARKET ST STE 901 WILMINGTON DE 19801 |
| CROWE & DUNLEVY, PC | (COUNSEL TO DEVON ENERGY) ATTN: JUDY HAMILTON MORSE ESQ 324 N ROBINSON AVE STE 100 OKLAHOMA CITY OK 73102 |
| CSC TRUST COMPANY OF DELAWARE | ATTN: SANDRA E. HORWITZ MANAGING DIRECTOR 2711 CENTERVILLE RD STE 400 WILMINGTON DE 19808 |
| DAVIS POLK & WARDWELL LLP | (COUNSEL TO GOLDMAN SACHS, ET AL) ATTN: MARSHALL HUEBNER; BENJAMIN KAMINETZKY; ELLIOT MOSKOWITZ; DAMON MEYER 450 LEXINGTON AVE NEW YORK NY 10017 |
| DEUTSCHE BANK | ATTN: MARCUS M. TARKINGTON 60 WALL STREET (NYCC60-0266) NEW YORK NY 10005-2836 |
| DORSEY & WHITNEY DELAWARE LLP | (COUNSEL TO U.S. BANK NATIONAL ASSOCIATION) ATTN: ERIC LOPEZ SCHNABEL, ROBERT W. MALLARD & ALESSANDRA GLORIOSO 300 DELAWARE AVE STE 1010 WILMINGTON DE 19801 |
| DRINKER BIDDLE & REATH LLP | (COUNSEL TO CITIBANK NA, TCEH DIP AGENT) ATTN: HOWARD A. COHEN & ROBERT K. MALONE 222 DELAWARE AVE STE 1410 WILMINGTON DE 19801-1621 |
| DYKEMA GOSSETT PLLC | (COUNSEL TO TEX-LA ELECTRIC COOPERATIVE OF TEXAS) ATTN: JEFFREY R FINE ESQ |

| Claim Name | Address Information |
|---|---|
| DYKEMA GOSSETT PLLC | 1717 MAIN ST STE 4200 DALLAS TX 75201 |
| EMC CORPORATION | C/O RECEIVABLE MANAGEMENT SERVICES (RMS) ATTN: RONALD L ROWLAND, AGENT 307 INTERNATIONAL CIRCLE STE 270 COCKEYSVILLE MD 21030 |
| EPIQ BANKRUPTY SOLUTIONS, LLC | (CLAIMS AGENT) ATTN: JAMES KATCHADURIAN, E.V.P. 757 THIRD AVE 3RD FL NEW YORK NY 10017 |
| FOLEY & LARDNER LLP | (COUNSEL TO UMB BANK, INDENTURE TRUSTEE) ATTN: HAROLD KAPLAN ESQ, MARK HEBBELN ESQ LARS PETERSON ESQ 321 N CLARK ST STE 2800 CHICAGO IL 60654-5313 |
| FOX ROTHSCHILD LLP | (COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS) ATTN: JEFFREY SCHLERF; JOHN STROCK; L. JOHN BIRD 919 N MARKET ST STE 300 WILMINGTON DE 19801 |
| FRANKGECKER LLP | (COUNSEL TO EXPERIAN; THE PI LAW FIRMS/ASBESTOS) ATTN: JOSEPH D FRANK ESQ AND REED HEILIGMAN ESQ 325 N LASALLE ST STE 625 CHICAGO IL 60654 |
| FRANKGECKER LLP | (COUNSEL TO THE PI LAW FIRMS/ASBESTOS CLAIMANTS) ATTN: FRANCES GECKER ESQ 325 N LASALLE ST STE 625 CHICAGO IL 60654 |
| FRIED FRANK HARRIS SHRIVER & JACOBSON LLP | (COUNSEL TO FIDELITY MANGEMENT & RESEARCH CO.) ATTN: BRAD E. SCHELER, GARY L. KAPLAN & MATTHEW M. ROOSE ONE NEW YORK PLAZA NEW YORK NY 10004 |
| GARDERE WYNNE SEWELL LLP | (COUNSEL TO ROMCO EQUIPMENT CO.) ATTN: JOHN P. MELKO & MICHAEL K. RIORDAN 1000 LOUISIANA, STE 3400 HOUSTON TX 77002 |
| GAY MCCALL ISAACKS GORDON & ROBERTS PC | (COUNSEL TO GARLAND INDEPENDENT SCHOOL DISTRICT & CITY OF GARLAND) ATTN: DUSTIN L BANKS ESQ 1919 S SHILOH RD STE 310 LB 40 GARLAND TX 75042 |
| GAY MCCALL ISAACKS GORDON & ROBERTS PC | (COUNSEL TO COLLIN COUNTY) ATTN: DAVID MCCALL ESQ 777 E 15TH ST PLANO TX 75074 |
| GELLERT SCALI BUSENKELL & BROWN, LLC | (COUNSEL TO AURELIUS) ATTN: MICHAEL G. BUSENKELL 913 N MARKET ST 10TH FL WILMINGTON DE 19801 |
| GIBBONS PC | (COUNSEL TO VEOLIA) ATTN: DALE E BARNEY ESQ ONE GATEWAY CENTER NEWARK NJ 07102-5310 |
| GIBBONS PC | (COUNSEL TO VEOLIA) ATTN: NATASHA M SONGONUGA ESQ 1000 N WEST ST STE 1200 WILMINGTON DE 19801-1058 |
| GOODWIN PROCTER LLP | (COUNSEL TO AURELIUS CAPITAL MANAGEMENT, LP) ATTN: WILLIAM P. WEINTRAUB; KIZZY L. JARASHOW THE NEW YORK TIMES BUILDING 620 EIGHTH AVENUE NEW YORK NY 10018 |
| HAYNES AND BOONE LLP | (COUNSEL TO AIRGAS USA, LLC) ATTN: JONATHAN HOOK 30 ROCKEFELLER CENTER, 26TH FL NEW YORK NY 10112 |
| HAYNES AND BOONE LLP | (COUNSEL TO BNSF RAILWAY COMPNAY) ATTN: IAN T. PECK 201 MAIN ST STE 2200 FORT WORTH TX 76102-3126 |
| HAYNES AND BOONE LLP | (COUNSEL TO AIRGAS USA, LLC) ATTN: PATRICK L. HUGHES 1221 MCKINNEY ST STE 2100 HOUSTON TX 77010 |
| HINCKLEY ALLEN | (COUNSEL TO INVENSYS SYSTEMS, INC.) ATTN: JENNIFER V. DORAN 28 STATE ST BOSTON MA 02109 |
| HOLLAND & KNIGHT LLP | (COUNSEL TO TEX-LA ELECTRIC COOPERATIVE OF TEXAS) ATTN: CHRISTINE C RYAN ESQ 800 17TH ST NW STE 1100 WASHINGTON DC 20006 |
| INTERNAL REVENUE SERVICE | PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | DEPARTMENT OF THE TREASURY OGDEN UT 84201 |
| JACKSON WALKER, LLP | (COUNSEL TO HOLT TEXAS, LTD. D/B/A HOLT CAT) ATTN: MONICA S. BLACKER 901 MAIN ST STE 6000 DALLAS TX 75202 |
| JACKSON WALKER, LLP | (COUNSEL TO HOLT TEXAS, LTD. D/B/A HOLT CAT) ATTN: J. SCOTT ROSE WESTON CENTRE 112 E PECAN ST STE 2400 SAN ANTONIO TX 78205 |
| JONES DAY | (COUNSEL TO ONCOR) ATTN: PATRICIA VILLAREAL 2727 N HARWOOD STREET DALLAS TX 75201 |
| JONES DAY | (COUNSEL TO ONCOR) ATTN: MICHAEL L. DAVITT 2727 N HARWOOD STREET DALLAS TX 75201 |
| KASOWITZ BENSON TORRES & FRIEDMAN LLP | (COUNSEL TO AD HOC GROUP OF EFH LEGACY NOTEHOLDER) ATTN: DAVID ROSNER, ANDREW GLENN, DANIEL FLIMAN 1633 BROADWAY NEW YORK NY 10019 |
| KELLEY DRYE & WARREN LLP | (COUNSEL TO CSC TRUST OF DE, AS PROPOSED SUCC INDENTURE TTEE FOR 7.46% & 7.48% TCEH SECURED FACILITY BONDS) ATTN: JAMES S. CARR, BENJAMINN D. FEDER & GILBERT R. SAYDAH 101 PARK AVE NEW YORK NY 10178 |

| Claim Name | Address Information |
|---|---|
| KELLY HART & HALLMAN LLP | (COUNSEL TO ONCOR STEERING COMMITTEE) ATTN: MICHAEL MCCONNELL ESQ & CLAY TAYLOR ESQ KATHERINE THOMAS ESQ 201 MAIN ST STE 2500 FORT WORTH TX 76102 |
| KLEHR HARRISON HARVEY BRANZBURG LLP | (COUNSEL TO UMB BANK, N.A. INDENTURE TRUSTEE) ATTN: RAYMOND H. LEMISCH 919 MARKET ST STE 1000 WILMINGTON DE 19801 |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | (COUNSEL TO INDENTURE TRUSTEE OF 11% & 11.75% SR) ATTN: THOMAS MOERS MAYER; GREGORY HOROWITZ; JOSHUA BRODY; PHILIP BENTLEY 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| LACKEY HERSHMAN, LLP | (COUNSEL TO THE RICHARDS GROUP INC) ATTN: JAMIE R WELTON ESQ 3102 OAK LAWN AVE STE 777 DALLAS TX 75219 |
| LANDIS RATH & COBB LLP | (COUNSEL TO MARATHON MGMT, ALCOA AND NEXTERA ENERGY RESOURCES, LLC) ATTN: ADAM G LANDIS ESQ, MATTHEW B MCGUIRE ESQ 919 MARKET ST STE 1800 WILMINGTON DE 19801 |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK | ATTN: FRANK GODINO, VP 400 MADISON AVE STE 4D NEW YORK NY 10017 |
| LAW OFFICE OF PATRICIA WILLIAMS PREWITT | (COUNSEL TO TARGA GAS MARKETING; KINDER MORGAN TEXAS PIPELINE; KINDER MORGAN TEJAS PIPELINE LLCS; NAT. GAS PIPELINE CO OF AMERICA; EL PASO NAT. GAS) ATTN: PATRICIA WILLIAMS PREWITT 10953 VISTA LAKE COURT NAVASOTA TX 77868 |
| LAW OFFICES OF ROBERT E LUNA PC | (COUNSEL TO CARROLLTON-FARMERS BRANCH ISD) ATTN: DANIEL K BEARDEN ESQ 4411 N CENTRAL EXPRESSWAY DALLAS TX 75205 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | (COUNSEL TO TARRANT & DALLAS COUNTY) ATTN: ELIZABETH WELLER ESQ 2777 N STEMMONS FWY STE 1000 DALLAS TX 75207 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | (COUNSEL TO HARRIS, ANGELINA & FORT BEND COUNTIES) ATTN: JOHN P DILLMAN ESQ PO BOX 3064 HOUSTON TX 77253-3064 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | (COUNSEL TO WALNUT SPRINGS ISD, FRANKLIN ISD, ROBERTSON CTY, LEE CTY, MCLENNAN CTY, FALLS CTY, ROUND ROCK ISD, NEUCES CTY, LIMESTONE CTY) ATTN: DIANE WADE SANDERS PO BOX 17428 AUSTIN TX 78760 |
| LLOYD GOSSELINK ROCHELLE & TOWNSEND PC | (COUNSEL TO ONCOR STEERING COMMITTEE) ATTN: GEOFFREY GAY ESQ 816 CONGRESS AVE STE 1900 AUSTIN TX 78701 |
| LOCKE LORD LLP | (COUNSEL TO BP AMERICA PRODUCTION COMPANY) ATTN: C. DAVIN BOLDISSAR ESQ 601 POYDRAS ST STE 2660 NEW ORLEANS LA 70130-6036 |
| LOCKE LORD LLP | (COUNSEL TO AMECO, FLUOR, & AMERICAN EQUIPMENT) ATTN: PHILIP EISENBERG ESQ 2800 JPMORGAN CHASE TOWER 600 TRAVIS HOUSTON TX 77002 |
| LOWER COLORADO RIVER AUTHORITY | LOWER COLORADO RIVER AUTHORITY TRANSMISSION SERVICES CORPORATION (LCRA TSC) LEGAL SERVICES ATTN: WILLIAM T. MEDAILLE PO BOX 220 AUSTIN TX 78767 |
| MANION GAYNOR & MANNING LLP | (COUNSEL TO ONCOR STEERING COMMITTEE) ATTN: MARC PHILLIPS ESQ THE NEMOURS BUILDING 1007 N ORANGE ST 10TH FL WILMINGTON DE 19801 |
| MARGOLIS EDELSTEIN | (COUNSEL TO URS ENERGY & CONSTRUCTION, INC.) ATTN: JAMES E. HUGGETT & AMY D. BROWN 300 DELAWARE AVE STE 800 WILMINGTON DE 19801 |
| MASLON EDELMAN BORMAN & BRAND, LLP | (COUNSEL TO U.S. BANK NATIONAL ASSOCIATION) ATTN: CLARK T. WHITMORE, ANA CHILINGARISHVILI & KOREY G. KALLSTROM 90 S SEVENTH ST STE 3300 MINNEAPOLIS MN 55402 |
| MCCATHERN, PLLC | (COUNSEL TO RED BALL OXYGEN COMPANY) ATTN: JONATHAN L. HOWELL REGENCY PLAZA 3710 RAWLINS, SUITE 1600 DALLAS TX 75219 |
| MCCREARY, VESELKA, BRAGG & ALLEN, PC | (COUNSEL TO TEXAS AD VALOREM TAXING JURISDICTIONS) ATTN: LEE GORDON PO BOX 1269 ROUND ROCK TX 78680 |
| MCKOOL SMITH | (COUNSEL TO ALCOA) ATTN: PETER S. GOODMAN; MICHAEL R. CARNEY ONE BRYANT PARK, 47TH FL NEW YORK NY 10036 |
| MCKOOL SMITH | (COUNSEL TO ALCOA) ATTN: PAUL D. MOAK, ESQ. 600 TRAVIS ST STE 7000 HOUSTON TX 77002 |
| MICHAEL G. SMITH | (COUNSEL TO VALERO TEXAS POWER MARKETING, INC.) 111 N 6TH ST PO BOX 846 CLINTON OK 73601 |
| MILBANK, TWEED, HADLEY & MCCLOY LLP | (COUNSEL TO CITIBANK NA, TCEH DIP AGENT) ATTN: DENNIS F. DUNNE, EVAN R. FLECK & KAREN GARTENBERG 1 CHASE MANHATTAN PLAZA NEW YORK NY 10005 |
| MILBANK, TWEED, HADLEY & MCCLOY LLP | ATTN: JONATHAN BROWN 1 CHASE MANHATTAN PLAZA NEW YORK NY 10005 |
| MISSOURI DEPARTMENT OF REVENUE | BANKRUPTCY UNIT ATTN: STEVEN A. GINTHER PO BOX 475 JEFFERSON CITY MO 65105-0475 |

| Claim Name | Address Information |
|---|---|
| MONTGOMERY MCCRACKEN WALKER & RHOADS LLP | (COUNSEL TO TCEH CREDITORS COMMITTEE) ATTN: NATALIE D RAMSEY ESQ, DAVIS LEE WRIGHT ESQ MARK A FINK ESQ 1105 N MARKET ST 15TH FL WILMINGTON DE 19801 |
| MORGAN LEWIS BOCKIUS LLP | (COUNSEL TO PACFIC INVESTMENT MANAGEMENT COMPANY) ATTN: JULIA FROST-DAVIES ESQ, PATRICK STRAWBRIDGE CHRISTOPHER L CARTER ESQ ONE FEDERAL ST BOSTON MA 02119 |
| MORRIS JAMES LLP | (COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NY) ATTN: STEPHEN M. MILLER PO BOX 2306 WILMINGTON DE 19899-2306 |
| MORRIS NICHOLS ARSHT & TUNNELL LLP | (COUNSEL TO THE "EFH EQUITY INTEREST HOLDERS") ATTN: DERK ABBOTT; ANDREW REMMING; ERIN FAY 1201 N MARKET ST STE 1600 WILMINGTON DE 19801 |
| MORRISON & FOERSTER LLP | (COUNSEL TO TCEH CREDITORS COMMITTEE) ATTN: JAMES PECK ESQ, BRETT H MILLER ESQ LORENZO MARINUZZI ESQ 250 W 55TH ST NEW YORK NY 10019 |
| MUNSCH HARDT KOPF & HARR PC | (COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF TEXAS/ ERCOT) ATTN: KEVIN M LIPPMAN ESQ 500 N AKARD ST STE 3800 DALLAS TX 75201-6659 |
| MUNSCH HARDT KOPF & HARR PC | (COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF TEXAS/ ERCOT) ATTN: RUSSELL L MUNSCH ESQ 3050 FROST BANK TOWER 401 CONGRESS AVE AUSTIN TX 78701-4071 |
| MYERS HILL | (COUNSEL TO PROPERTY TAX PARTNERS) ATTN: ROBERT J. MYERS 2525 RIDGMAR BLVD STE 150 FORT WORTH TX 76116 |
| NAMAN HOWELL SMITH & LEE PLLC | (COUNSEL TO BUFFALO INDUSTRIAL SUPPLY INC) ATTN: KERRY L HALIBURTON ESQ PO BOX 1470 WACO TX 76703-1470 |
| NELSON MULLINS RILEY & SCARBOROUGH LLP | (COUNSEL TO MICHELIN NORTH AMERICA INC.) ATTN: JODY A. BEDENBAUGH AND GEORGE B. CAUTHEN 1320 MAIN ST 17TH FL PO BOX 11070 (29211) COLUMBIA SC 29201 |
| NIXON PEABODY | (COUNSEL TO AMERICAN STOCK TRANSFER & TRUST CO) ATTN: RICHARD C. PEDONE; AMANDA D. DARWIN 100 SUMMER ST BOSTON MA 02110 |
| O'KELLY ERNST & BIELLI LLC | (OF COUNSEL TO ENERGY FUTURE HOLDINGS CORP) ATTN: DAVID M KLAUDER ESQ & SHANNON DOUGHERTY ESQ 901 N MARKET ST STE 100 WILMINGTON DE 19801 |
| O'MELVENY & MYERS LLP | (COUNSEL TO APOLLO GLOBAL MANAGEMENT, LLC) ATTN: GEORGE A. DAVIS 7 TIMES SQUARE NEW YORK NY 10036 |
| OFFICE OF THE TEXAS ATTORNEY GENERAL | (COUNSEL TO PUBLIC UTILITY COMMISSION OF TEXAS) ATTN: HAL MORRIS & ASHLEY BARTRAM BANKRUPTCY REGULATORY SECTION BANKRUPTCY & COLLECTIONS DIVISION PO BOX 12548 AUSTIN TX 78711-2548 |
| OFFICE OF THE TEXAS ATTORNEY GENERAL | (COUNSEL TO TEXAS COMMISSION ON ENVIRONMENTAL QUALITY & RAILROAD COMMISSION) ATTN: HAL F MORRIS ESQ & ASHLEY BARTRAM ESQ BANKRUPTCY REGULATORY SECTION BANKRUPTCY & COLLECTIONS DIVISION PO BOX 12548 AUSTIN TX 78711-2548 |
| OFFICE OF THE UNITED STATES ATTORNEY | ATTN: ELLEN SLIGHTS, ESQ. PO BOX 2046 WILMINGTON DE 19899-2046 |
| OFFICE OF THE UNITED STATES TRUSTEE | U.S. FEDERAL OFFICE BUILDING ATTN: ANDREA SCHWARTZ 201 VARICK STREET, SUITE 1006 NEW YORK NY 10014 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: RICHARD L. SCHEPACARTER J. CALEB BOGGS FEDERAL BUILDING 844 KING STREET, SUITE 2207 - LOCKBOX #35 WILMINGTON DE 19801 |
| PACHULSKI STANG ZIEHL & JONES LLP | (COUNSEL TO INDENTURE TRUSTEE OF 11% & 11.75% SR) ATTN: LAURA DAVIS JONES ESQ; ROBERT FEINSTEIN ESQ PO BOX 8705 WILMINGTON DE 19899 |
| PATTERSON BELKNAP WEBB & TYLER LLP | (COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NY) ATTN: DANIEL A. LOWENTHAL; CRAIG W. DENT 1133 AVENUE OF THE AMERICAS NEW YORK NY 10036-6710 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | (COUNSEL TO AD HOC COMMITTEE OF TCEH FIRST LIEN) ATTN: ALAN KORNBERG; KELLEY CORNISH; BRIAN HERMANN JACOB ADLERSTEIN 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| PENSION BENEFIT GUARANTY CORPORATION (PBGC) | OFFICE OF THE CHIEF COUNSEL ATTN: DESIREE M. AMADOR, ATTY 1200 K STREET, NW WASHINGTON DC 20005-4026 |
| PENSION BENEFIT GUARANTY CORPORATION (PBGC) | ATTN: JON CHATALIAN OFFICE OF THE CHIEF COUNSEL 1200 K STREET, NW WASHINGTON DC 20005-4026 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO SOMERVELL COUNTY ET AL) ATTN: ELIZABETH BANDA CALVO ESQ 500 E BORDER ST STE 640 ARLINGTON TX 76010 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO YOUNG CTY, GRAHAM ISD, GRAHAM HOSPITAL DISTRICT & NORTH CENTRAL TEXAS COLLEGE DISTRICT) ATTN: JEANMARIE BAER PO BOX 8188 WICHITA FALLS TX 76307 |

| Claim Name | Address Information |
|---|---|
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO GALENA PARK ISD) ATTN: OWEN M SONIK ESQ 1235 N LOOP WEST STE 600 HOUSTON TX 77008 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO CAMERON ISD, THORNDALE ISD BUCKHOLTS ISD, COPPERAS COVE ISD, MCALLEN ISD, HIDALGO COUNTY & HIDALGO COUNTY DRAINAGE DIST #1) ATTN: JOHN T BANKS ESQ 3301 NORTHLAND DR STE 505 AUSTIN TX 78731 |
| PERKINS COIE LLP | (COUNSEL TO DELAWARE TRUST COMPANY, AS SUCC TTEE UNDER TCEH 11.5% SENIOR SECURED NOTES INDENTURE) ATTN: TINA N MOSS ESQ 30 ROCKEFELLER PLAZA 22ND FL NEW YORK NY 10112-0015 |
| PINCKNEY, WEIDINGER, URBAN & JOYCE LLC | (COUNSEL TO AUTOMATIC SYSTEMS, INC.) ATTN: GREGORY T. DONILON, ESQ. 1220 N MARKET ST STE 950 WILMINGTON DE 19801 |
| POLSINELLI PC | (COUNSEL TO TCEH CREDITORS COMMITTEE) ATTN: EDWARD FOX ESQ 900 THIRD AVE 21ST FL NEW YORK NY 10022 |
| POLSINELLI PC | (COUNSEL TO TCEH CREDITORS COMMITTEE) ATTN: CHRISTOPHER WARD ESQ, JUSTIN EDELSON ESQ SHANTI KATONA ESQ 222 DELAWARE AVE STE 1101 WILMINGTON DE 19801 |
| POPE HARDWICKE CHRISTIE SCHELL KELLY & RAY, LLP | (COUNSEL TO TARRANT REGIONAL WATER DISTRICT & NORTH TEXAS MUNICIPAL WATER DISTRICT) ATTN: MICHAEL L. ATCHLEY; MATTHEW T. TAPLETT 500 W 7TH ST STE 600 FORT WORTH TX 76102 |
| POTTER ANDERSON & CORROON LLP | (COUNSEL TO DEUTSCHE BANK, AGENT TO DIP FINANCING) ATTN: LAURIE SILVERSTEIN ESQ & JEREMY RYAN ESQ PO BOX 951 WILMINGTON DE 19801 |
| PROSKAUER ROSE LLP | (OF COUNSEL TO ENERGY FUTURE HOLDINGS CORP) ATTN: JEFF J MARWIL ESQ, MARK K THOMAS ESQ PETER J YOUNG ESQ THREE FIRST NATIONAL PLAZA 70 W MADISON ST STE 3800 CHICAGO IL 60602 |
| PURDUE AWSUMB & BAUDLER PA | (COUNSEL TO BARR ENGINEERING CO) ATTN: AMY R BAUDLER 4700 W 77TH ST STE 240 MINNEAPOLIS MN 55435 |
| QUARLES & BRADY LLP | (COUNSEL TO TXU 2007-1 RAILCAR LEASING LLC) ATTN: HOHN A. HARRIS; JASON D. CURRY RENAISSANCE ONE TWO N CENTRAL AVE PHOENIX AZ 85004-2391 |
| REED SMITH LLP | (COUNSEL TO THE BANK OF NEW YORK MELLON AND THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., AS INDENTURE TRUSTEES) ATTN: KURT F. GWYNE; KIMBERLY E.C. LAWSON 1201 MARKET ST STE 1500 WILMINGTON DE 19801 |
| REED SMITH LLP | (COUNSEL TO THE BANK OF NEW YORK MELLON, SOLELY IN ITS CAPACITY AS TRUSTEE) ATTN: RICHARD A. ROBINSON 1201 MARKET ST STE 1500 WILMINGTON DE 19801 |
| REED SMITH LLP | (COUNSEL TO THE BANK OF NEW YORK MELLON SOLEY IN ITS CAPACITY AS TRUSTEE UNDER ENUMERATED TRUST) INDENTURE TRUSTEES) 1201 MARKET ST STE 1500 WILMINGTON DE 19801 |
| REED SMITH LLP | (COUNSEL TO THE BANK OF NEW YORK MELLON SOLEY IN ITS CAPACITY AS TRUSTEE UNDER ENUMERATED TRUST) INDENTURE TRUSTEES) ATTN: AMY M. TONTI, ESQ. REED SMITH CENTRE 225 FIFTH AVE STE 1200 PITTSBURGH PA 15222 |
| RIDDELL WILLIAMS P.S. | (COUNSEL TO MICROSOFT) ATTN: JOSEPH E SHICKICH JR & HILARY B MOHR ESQS 1001 – 4TH AVE STE 4500 SEATTLE WA 98154 |
| ROPES & GRAY LLP | ATTN: MARK R. SOMERSTEIN 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| SATTERLEE STEPHENS BURKE & BURKE LLP | (COUNSEL TO MOODY'S ANALYTICS) ATTN: CHRISTOPHER R BELMONTE ESQ AND PAMELA A BOSSWICK ESQ 230 PARK AVE NEW YORK NY 10169 |
| SAUL EWING LLP | (COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF TEXAS/ ERCOT) ATTN: MARK MINUTI ESQ PO BOX 1266 WILMINGTON DE 19899 |
| SAUL EWING LLP | (COUNSEL TO JOHNSON MATTHEY) ATTN: LUCIAN B MURLEY ESQ 222 DELAWARE AVE STE 1200 WILMINGTON DE 19899 |
| SECURITIES AND EXCHANGE COMMISSION | 100 F STREET, NE WASHINGTON DC 20549 |
| SEWARD & KISSEL LLP | (COUNSEL TO WILMINGTON TRUST, NA) ATTN: JOHN ASHMEAD; KALYAN DAS; ARLENE ALVES ONE BATTERY PARK PLAZA NEW YORK NY 10014 |
| SHEARMAN & STERLING LLP | (COUNSEL TO DEUTSCHE BANK, AGENT TO DIP FINANCING) ATTN: FREDERIC SOSNICK ESQ & NED SCHODEK ESQ 599 LEXINGTON AVE NEW YORK NY 10022 |
| SHEEHY, LOVELACE & MAYFIELD, PC | (COUNSEL TO CENTRAL TEXAS SECURITY & FIRE EQUIPMENT, INC.) ATTN: STEVEN M. BURTON 510 N VALLEY MILLS DR STE 500 WACO TX 76710 |
| SILLS CUMMIS & GROSS P.C. | (COUNSEL TO BENBROOK ELECTRIC PARTNERS, LLC) ATTN: VALERIE A. HAMILTON, ESQ. |

| Claim Name | Address Information |
|---|---|
| SILLS CUMMIS & GROSS P.C. | 600 COLLEGE RD EAST PRINCETON NJ 08540 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | (COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC) ATTN: JAY M GOFFMAN ESQ FOUR TIMES SQUARE NEW YORK NY 10036-6522 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | (COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC) ATTN: MARK S CHEHI ESQ; KRISTHY M PEGUERO ESQ PO BOX 636 WILMINGTON DE 19899-0636 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | (COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC) ATTN: GEORGE N PANAGAKIS ESQ; CARL T TULLSON ESQ 155 N WACKER DR STE 2700 CHICAGO IL 60606-1720 |
| SMITH, KATZENSTEIN & JENKINS LLP | (COUNSEL TO AIRGAS USA, LLC & VALERO TEXAS POWER) ATTN: KATHLEEN M. MILLER PO BOX 410 WILMINGTON DE 19899 |
| SNELL & WILMER LLP | (COUNSEL TO HEADWATERS RESOURCES, INC.) ATTN: DAVID E. LETA 15 W SOUTH TEMPLE STE 1200 SALT LAKE CITY UT 84101 |
| SQUIRE SANDERS (US) LLP | (COUNSEL TO ARCELORMITTLA USA LLC) ATTN: STEPHEN D. LERNER & ANDREW M. SIMON 221 E FOURTH ST STE 2900 CINCINNATI OH 45202 |
| STEFFES VINGIELLO & MCKENZIE LLC | (COUNSEL TO SETPOINT INTEGRATED SOLUTIONS) ATTN: NOEL STEFFES MELANCON ESQ 13702 COURSEY BLVD BLDG 3 BATON ROUGE LA 70817 |
| STEVENS & LEE PC | (COUNSEL TO ENERGY FUTURE INTERMIEDIATE HOLDING COMPANY LLC/EFIH) ATTN: JOSEPH H HUSTON JR ESQ 1105 N MARKET ST STE 700 WILMINGTON DE 19801 |
| STREUSAND, LANDON & OZBURN, LLP | (COUNSEL TO ALLEN SHRODE) ATTN: SABRINA L. STREUSAND 811 BARTON SPRINGS RD STE 811 AUSTIN TX 78704 |
| SULLIVAN & CROMWELL LLP | (COUNSEL TO EFH CREDITORS COMMITTEE) ATTN: ANDREW G DIETDERICH, BRIAN D GLUECKSTEIN MICHAEL H TORKIN ESQS 125 BROAD ST NEW YORK NY 10004 |
| SULLIVAN HAZELTINE ALLINSON LLC | (COUNSEL TO HENRY PRATT COMPANY, LLC) ATTN: ELIHU E. ALLINSON, III 901 N MARKET ST STE 1300 WILMINGTON DE 19801 |
| TAYLOR ENGLISH DUMA LLP | (COUNSEL TO HENRY PRATT COMPANY LLC) ATTN: STEPHEN C GREENBERG ESQ 1600 PARKWOOD CIR STE 400 ATLANTA GA 30339 |
| TEXAS OFFICE OF PUBLIC UTILITY COUNSEL (OPUC) | BANKRUPTCY & COLLECTIONS DIVISION ATTN: JASON A STARKS, ASST ATTORNEY GENERAL PO BOX 12548 AUSTIN TX 78711-2548 |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY ATTN: THOMAS VLAHAKIS,VP 385 RIFLE CAMP RD 3RD FL WOODLAND PARK NJ 07424 |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY ATTN: RAFAEL MARTINEZ,VP - CSM 601 TRAVIS ST 16TH FL HOUSTON TX 77002 |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY ATTN: DENNIS ROEMLEIN 601 TRAVIS ST 16TH FL HOUSTON TX 77002 |
| THE HOGAN FIRM | (COUNSEL TO THE RICHARDS GROUP; PI LAW FIRMS/ ASBESTOS CLAIMANTS) ATTN: DANIEL K HOGAN ESQ 1311 DELAWARE AVE WILMINGTON DE 19806 |
| THE HOGAN FIRM | (COUNSEL TO AD HOC GROUP OF EFH LEGACY NOTEHOLDER) ATTN: GARVAN F MCDANIEL ESQ 1311 DELAWARE AVE WILMINGTON DE 19806 |
| THE TAUBMAN COMPANY AND THE TAUBMAN LANDLORDS | ATTN: ANDREW S CONWAY ESQ 200 E LONG LAKE RD STE 300 BLOOMFIELD HILLS MI 48304 |
| THE UNIVERSITY OF TEXAS SYSTEM | ON BEHALF OF THE UNIVERSITY OF TEXAS AT ARLINGTON OFFICE OF GENERAL COUNSEL ATTN: TRACI L COTTON ESQ 201 W SEVENTH ST AUSTIN TX 78701 |
| THOMPSON COBURN LLP | (COUNSEL TO MARTIN ENGINEERING COMPANY) ATTN: DAVID D. FARRELL ONE US BANK PLAZA, STE 3200 SAINT LOUIS MO 63101 |
| TRAVIS COUNTY | ATTN: KAY D. BROCK, ASSISTANT COUNTY ATTORNEY PO BOX 1748 AUSTIN TX 78767 |
| TROUTMAN SANDERS LLP | (COUNSEL TO WILMINGTON SAVINGS FUND SOCIETY, FSG, IN ITS CAPACITY AS SUCCESSOR INDENTURE TTEE (WSFS) ATTN: HUGH MCDONALD ESQ, LOUIS CURCIO ESQ & BRETT GOODMAN ESQ, CHRYSLER BUILDING 405 LEXINGTON AVE NEW YORK NY 10174 |
| TUCKER ARENSBERG, P.C. | (COUNSEL TO THERMO FISHER SCIENTIFIC INC. AND AFFILIATES AND SUBSIDIARIES) ATTN: JORDAN S. BLASK, LARA E. SHIPKOVITZ 1500 ONE PPG PLACE PITTSBURGH PA 15222 |
| TW TELECOM INC | ATTN: LINDA BOYLE 10475 PARK MEADOWS DR #400 LITTLETON CO 80124 |
| UMB BANK, N.A. | ATTN: LAURA ROBERSON, VP 2 S BROADWAY STE 600 ST. LOUIS MO 63102 |
| UNION PACIFIC RAILROAD COMPANY | ATTN: MARY ANN KILGORE & JENNIE L. ANDERSON 1400 DOUGLAS ST STOP 1580 OMAHA NE 68179 |

| Claim Name | Address Information |
|---|---|
| UNITED STATES DEPARTMENT OF JUSTICE | (COUNSEL TO THE UNITED STATES OF AMERICA) ATTN: ARI D KUNOFSKY ESQ & WARD D BENSON ESQ PO BOX 227 BEN FRANKLIN STATION WASHINGTON DC 20044 |
| UNITED STATES DEPARTMENT OF JUSTICE | (ON BEHALF OF UNITED STATES OF AMERICA, DEPT. OF AGRICULTURE, RURAL UTILITIES SERVICE) ATTN: MATTHEW J TROY ESQ CIVIL DIVISION PO BOX 875 BEN FRANKLIN STATION WASHINGTON DC 20044-0875 |
| UNITED STATES DEPARTMENT OF JUSTICE | (COUNSEL TO THE UNITED STATES OF AMERICA) FEDERAL COMMUNICATIONS COMMISSION ATTN: MATTHEW J TROY, CIVIL DIVISION PO BOX 875 BEN FRANKLIN STATION WASHINGTON DC 20044-0875 |
| VARNUM LLP | (COUNSEL TO APPLABS) ATTN: MARY KAY SHAVER ESQ BRIDGEWATER PLACE PO BOX 352 GRAND RAPIDS MI 49501-0352 |
| VEDDER PRICE PC | (COUNSEL TO FIRST UNION RAIL CORPORATION) ATTN: MICHAEL L SCHEIN ESQ 1633 BROADWAY 47TH FL NEW YORK NY 10019 |
| VENABLE LLP | (COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO. LLC) ATTN: JEFFREY S. SABIN ESQ 1270 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| WACHTELL, LIPTON, ROSEN & KATZ | (COUNSEL TO THE "EFH EQUITY INTEREST HOLDERS") ATTN: RICHARD MASON; EMIL KLEINHAUS; AUSTIN WITT 51 W 52ND ST NEW YORK NY 10019 |
| WEINSTEIN RADCLIFF LLP | (COUNSEL TO MARIO SINACOLA & SONS EXCAVATING, INC) ATTN: GREGORY M WEINSTEIN ESQ 6688 N CENTRAL EXPY STE 675 DALLAS TX 75206 |
| WEIR & PARTNERS LLP | (COUNSEL TO EVERCORE GROUP LLC) ATTN: JEFFREY S CIANCIULLI ESQ 824 N MARKET ST STE 800 WILMINGTON DE 19801 |
| WHITE & CASE LLP | (COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS) ATTN: J. CHRISTOPHER SHORE; GREGORY STARNER 1155 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| WHITE & CASE LLP | (COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS) ATTN: THOMAS LAURIA; MATTHEW BROWN 200 S BISCAYNE BLVD STE 4900 MIAMI FL 33131 |
| WILMER CUTLER PICKERING HALE & DORR LLP | (COUNSEL TO MARATHON ASSET MGMT) ATTN: PHILIP ANKER ESQ & GEORGE SHUSTER ESQ 7 WORLD TRADE CENTER, 205 GREENWICH ST NEW YORK NY 10007 |
| WILMER CUTLER PICKERING HALE & DORR LLP | (COUNSEL TO CSC TRUST COMPANY OF DELAWARE AS IND. & COLLATERAL TTEE FOR 10% SR SECUR NOTES DUE 2020) ATTN: PHILIP D ANKER; CHARLES C PLATT; DENNIS L JENKINS & GEORGE W SHUSTER JR ESQ 7 WORLD TRADE CENTER 250 GREENWICH ST NEW YORK NY 10007 |
| WILMER CUTLER PICKERING HALE & DORR LLP | (COUNSEL TO MARATHON ASSET MGMT) ATTN: BENJAMIN LOVELAND ESQ 60 STATE ST BOSTON MA 02109 |
| WILMINGTON SAVINGS FUND SOCIETY | ATTN: PATRICK J. HEALY 500 DELAWARE AVENUE WILMINGTON DE 19801 |
| WILMINGTON TRUST FSB | ATTN: JEFFREY T. ROSE 50 S SIXTH ST STE 1290 MINNEAPOLIS MN 55402 |
| WINSTON & STRAWN LLP | (COUNSEL TO CHICAGO BRIDGE & IRON COMPANY N.V.) ATTN: DAVID NEIER, ESQ. 200 PARK AVE NEW YORK NY 10166 |
| WOMAC LAW | (COUNSEL TO 2603 AUGUST INVESTORS LP) ATTN: STACEY L KREMLING ESQ 8301 KATY FREEWAY HOUSTON TX 77024 |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP | (COUNSEL TO CENTERPOINT) ATTN: STEVEN K KORTANEK; MARK L DESGROSSEILLIERS 222 DELAWARE AVE STE 1501 WILMINGTON DE 19801 |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP | (COUNSEL TO HOLT TEXAS, LTD. D/B/A HOLT CAT) ATTN: MARK L DESGROSSEILLIERS ESQ 222 DELAWARE AVE STE 1501 WILMINGTON DE 19801 |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP | (COUNSEL TO AMECO, FLUOR, & AMERICAN EQUIPMENT) ATTN: FRANCIS A MONACO JR & KEVIN J MANGAN ESQS 222 DELAWARE AVE STE 1501 WILMINGTON DE 19801 |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP | (COUNSEL TO ALLTITE) ATTN: 222 DELAWARE AVE STE 1501 WILMINGTON DE 19801 |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | (COUNSEL TO AD HOC COMMITTEE OF TCEH FIRST LIEN) ATTN: PAULINE MORGAN; JOEL WAITE; RYAN BARTLEY; ANDREW MAGAZINER RODNEY SQUARE 1000 NORTH KING STREET WILMINGTON DE 19801 |

**Total Creditor count  210**