# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ZCO LIQUIDATING CORPORATION (f/k/a OCZ Technology Group, Inc.), et al. | Case No. 13-13126 (LSS) |
| Debtors. | Jointly Administered |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS, RECEIPT OF NOTICES, AND INCLUSION ON NOTICE LISTS

**PLEASE TAKE NOTICE** that SEITZ ROSS ARONSTAM & MORITZ LLP hereby appears as counsel on behalf of Wilson Sonsini Goodrich & Rosati, P.C. in the above captioned case and hereby requests, pursuant to Bankruptcy Rules 2002, 9007 and 9010(b), and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in these cases be given and served upon the undersigned at the following address:

> David E. Ross (Bar No. 5228)
> SEITZ ROSS ARONSTAM & MORITZ LLP
> 100 S. West Street, Suite 400
> Wilmington, Delaware 19801
> Telephone: (302) 576-1600
> Facsimile: (302) 576-1100
> dross@seitzross.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, any order, application, motion, petition, pleading, request, complaint or demand, or any notice thereof, whether formal or informal, whether written or oral, and whether conveyed or transmitted by mail, delivery, telephone, telegraph, facsimile, or otherwise, made by the Debtors, the trustee, or any other party in the above-captioned case.

**PLEASE TAKE FURTHER NOTICE** that the submission and filing of this pleading is intended to constitute a special appearance to the extent that a general appearance would

2

constitute a waiver of any right, and is not intended to be, nor shall it be deemed, a consent to or a waiver of the right to challenge the jurisdiction of the United States Bankruptcy Court including, without limitation, the jurisdiction of the Court to adjudicate non-core matters, which right is hereby expressly reserved without prejudice.  In addition, it is not a waiver of any right to a jury trial, should such right be relevant in the course of these proceedings, which right is hereby expressly reserved.

|  |  |
|---|---|
| *Of Counsel*: | SEITZ ROSS ARONSTAM & MORITZ LLP |
|  | */s/ David E. Ross* |
| Robert A. Meyer (CA Bar No. 66847) | David E. Ross (Bar No. 5228) |
| Lance N. Jurich (CA Bar No. 132695) | 100 S. West Street, Suite 400 |
| Amanda J. Sherman (CA Bar No. 276138) | Wilmington, Delaware  19801 |
| LOEB & LOEB LLP | T: (302) 576-1600 |
| 10100 Santa Monica Boulevard, Suite 2200 | F: (302) 576-1100 |
| Los Angeles, California  90067 | dross@seitzross.com |
| T: (310) 282-2000 |  |
| F: (310) 282-2200 | *Counsel for Wilson Sonsini Goodrich & Rosati, P.C.* |
| rmeyer@loeb.com |  |
| ljurich@loeb.com |  |
| asherman@loeb.com |  |

Dated:   January 29, 2015
            Wilmington, Delaware