## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.* | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. 3398** |

## NOTICE OF WITHDRAWAL OF COUNSEL

**PLEASE TAKE NOTICE** that, pursuant to Local Rule 9010-2(b), David E. Ross of the law firm SEITZ ROSS ARONSTAM & MORITZ LLP, withdraws his appearance on behalf of WILSON SONSINI GOODRICH & ROSATI, P.C. in this action.

SEITZ ROSS ARONSTAM & MORITZ LLP

*/s/ David E. Ross*
David E. Ross (Bar No. 5228)
100 S. West Street, Suite 400
Wilmington, Delaware  19801
T: (302) 576-1600
F: (302) 576-1100
dross@seitzross.com

*Counsel for Wilson Sonsini Goodrich & Rosati, P.C.*

*Of Counsel*:

Robert A. Meyer (CA Bar No. 66847)
Lance N. Jurich (CA Bar No. 132695)
Amanda J. Sherman (CA Bar No. 276138)
LOEB & LOEB LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, California  90067
T: (310) 282-2000
F: (310) 282-2200
rmeyer@loeb.com
ljurich@loeb.com
asherman@loeb.com

Dated:  January 29, 2015
         Wilmington, Delaware