## EXHIBIT A

**Statement of Fees and Expenses By Subject Matter**

## COMPENSATION BY SUBJECT MATTER[1]
## DECEMBER 1, 2014 THROUGH DECEMBER 31, 2014

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 4 | General Environmental Matters | 35.70 | $12,200.50 |
| 7 | EPA NSR Litigation | 195.70 | $63,577.00 |
| 8 | EGU MACT | 11.50 | $5,064.50 |
| 9 | Texas PM2.5 Interstate Transport Rule | 3.60 | $1,692.00 |
| 11 | EPA Regional Haze Rulemaking | 275.90 | $89,674.50 |
| 12 | Big Brown CAA Citizen Suit | 0.40 | $188.00 |
| 16 | Big Brown Citizen Suit Appeal | 3.60 | $1,183.00 |
| 18 | EPA Affirmative Defense Litigation | 4.90 | $1,306.50 |
| 19 | EPA GHG Rules | 47.50 | $15,598.50 |
| 20 | We Energies Plant Service Agreement | 5.0 | $2,275.00 |
| 21 | Bankruptcy Application and Retention | 24.40 | $5,030.50 |
| 22 | Champion Creek | 30.70 | $15,503.50 |
| **Totals:** | | **638.9** | **$213,293.50** |

---

[1] The work performed and expenses incurred by Balch during the compensation period were entirely on behalf of Texas Competitive Electric Holdings Company, LLC and its debtor subsidiaries.

**EXPENSE SUMMARY**
**DECEMBER 1, 2014 THROUGH DECEMBER 31, 2014**

| Expense Category | Amount |
|---|---|
| Telephone Charges | $36.50 |
| Standard Copies or Prints | $28.70 |
| Color Copies or Prints | $28.00 |
| Deliveries | $951.17 |
| Travel Expense – Lodging | $881.72 |
| Airfare | $2,070.60 |
| Transportation to/from airport | $192.46 |
| Transportation | $81.56 |
| Travel Meals | $70.89 |
| Other Travel Expenses | $126.00 |
| Business Meals | $109.01 |
| Printing & Binding Services | $9,219.68 |
| **Total Expenses:** | **$13,796.29** |