## EXHIBIT B

**Attorneys and Paraprofessionals' Information**

The Balch attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| David R. Burkholder | Partner | 2003 | Litigation | $375.00 | 1.30 | $487.50 |
| Thomas L. Casey III | Partner | 2003 | Environmental | $350.00 | 69.90 | $24,465.00 |
| J. Michael Childers | Partner | 1990 | Energy | $505.00 | 30.70 | $15,503.50 |
| P. Stephen Gidiere | Partner | 1996 | Environmental | $470.00 | 148.0 | $69,560.00 |
| C. Grady Moore | Partner | 1992 | Environmental | $475.00 | 37.30 | $17,717.50 |
| Stephen C. Still | Partner | 1994 | Energy | $455.00 | 5.0 | $2,275.00 |
| Julia Barber | Associate | 2014 | Environmental | $230.00 | 7.40 | $1,702.00 |
| Ellen Burgin | Associate | 2014 | Environmental | $230.00 | 59.30 | $13,639.00 |
| Tom DeLawrence | Associate | 2006 | Environmental | $295.00 | 33.20 | $9,794.00 |
| Gretchen M. Frizzell | Associate | 2010 | Environmental | $255.00 | 32.20 | $8,211.00 |
| Jonathan Grayson | Associate | 2005 | Bankruptcy | $255.00 | 3.10 | $790.50 |
| David W. Mitchell | Associate | 2009 | Environmental | $260.00 | 106.2 | $27,612.00 |
| Irving Jones, Jr. | Staff Attorney | 2014 | Environmental | $215.00 | 12.50 | $2,687.50 |
| M. Talmadge Simpson | Staff Attorney | 2011 | Environmental | $230.00 | 42.90 | $9,867.00 |
| | | | | | **589.0** | **$204,311.50** |

The paraprofessionals of Balch who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Amy Benschoter | Paralegal | 6 years | Environmental | $180.00 | 49.90 | $8,982.00 |
| | | | | | **49.90** | **$8,982.00** |

| | |
|---|---|
| **Total Fees Requested** | **$213,293.50** |