# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

**EXPENSE SUMMARY**
**DECEMBER 1, 2014 THROUGH DECEMBER 31, 2014**

| Expense Category | Amount |
|---|---|
| Telephone Charges | $36.50 |
| Standard Copies or Prints | $28.70 |
| Color Copies or Prints | $28.00 |
| Deliveries | $951.17 |
| Travel Expense – Lodging | $881.72 |
| Airfare | $2,070.60 |
| Transportation to/from airport | $192.46 |
| Transportation | $81.56 |
| Travel Meals | $70.89 |
| Other Travel Expenses | $126.00 |
| Business Meals | $109.01 |
| Printing & Binding Services | $9,219.68 |
| **Total Expenses:** | **$13,796.29** |