# EXHIBIT D

**Detailed Description of Expenses and Disbursements**

**DETAILED EXPENSE SUMMARY**
**DECEMBER 1, 2014 THROUGH DECEMBER 31, 2014**

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 570495 | 007 | 2014.12.03 | P. Stephen Gidiere | Telephone Charges | | | $1.00 | Long Distance to Dallas, TX |
| 570495 | 007 | 2014.12.03 | P. Stephen Gidiere | Telephone Charges | | | $0.60 | Long Distance to Dallas, TX |
| 570495 | 007 | 2014.12.03 | P. Stephen Gidiere | Telephone Charges | | | $5.60 | Long Distance to Dallas, TX |
| 570495 | 007 | 2014.12.12 | P. Stephen Gidiere | Telephone Charges | | | $2.30 | Long Distance to Dallas, TX |
| 570945 | 007 | 2014.12.12 | P. Stephen Gidiere | Telephone Charges | | | $1.40 | Long Distance to Dallas, TX |
| 570495 | 007 | 2014.12.16 | P. Stephen Gidiere | Transportation to/from airport | | | $4.48 | Travel to Birmingham Airport – P. Stephen Gidiere |
| 570495 | 007 | 2014.12.16 | P. Stephen Gidiere | Travel Meals | | | $3.84 | Breakfast – P. Stephen Gidiere |
| 570495 | 007 | 2014.12.16 | P. Stephen Gidiere | Travel Meals | | | $20.24 | Breakfast – P. Stephen Gidiere |
| 570495 | 007 | 2014.12.16 | P. Stephen Gidiere | Transportation to/from airport | | | $25.50 | Cab fare from airport to client's office – P. Stephen Gidiere |
| 570495 | 007 | 2014.12.16 | P. Stephen Gidiere | Business Meals | | | $29.01 | Working lunch with client – P. Stephen Gidiere |
| 570495 | 007 | 2014.12.16 | P. Stephen Gidiere | Transportation | | | $10.65 | Cab fare from client's office to hotel – P. Stephen Gidiere |
| 570495 | 007 | 2014.12.16 | P. Stephen Gidiere | Transportation | | | $15.00 | Cab fare to client meeting – P. Stephen Gidiere |
| 570495 | 007 | 2014.12.16 | P. Stephen Gidiere | Transportation | | | $9.68 | Cab fare to client meeting – P. Stephen Gidiere |
| 570495 | 007 | 2014.12.16 | P. Stephen Gidiere | Transportation | | | $11.23 | Cab fare from client meeting – P. Stephen Gidiere |
| 570945 | 007 | 2014.12.16 to 2014.12.17 | P. Stephen Gidiere | Airfare | | | $690.20 | Roundtrip Travel to Dallas, TX from Birmingham, AL – P. Stephen Gidiere |
| 570495 | 007 | 2014.12.17 | P. Stephen Gidiere | Transportation | | | $10.00 | Cab fare from hotel to client's office – P. Stephen Gidiere |
| 570495 | 007 | 2014.12.17 | P. Stephen Gidiere | Transportation to/from airport | | | $30.00 | Cab fare from client's office to airport – P. Stephen Gidiere |
| 570495 | 007 | 2014.12.17 | P. Stephen Gidiere | Other Travel Expenses | | | $37.00 | Parking at Airport – P. Stephen Gidiere |
| 570495 | 007 | 2014.12.17 | C. Grady Moore | Transportation to/from airport | | | $24.00 | Cab fare from airport to client's office – C. Grady Moore |
| 570495 | 007 | 2014.12.17 | C. Grady Moore | Travel Meals | | | $7.77 | Breakfast – C. Grady Moore |
| 570495 | 007 | 2014.12.17 | C. Grady Moore | Travel Meals | | | $13.38 | Lunch – C. Grady Moore |
| 570495 | 007 | 2014.12.17 | C. Grady Moore | Transportation to/from airport | | | $53.00 | Cab fare from client's office to airport – C. Grady Moore |

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 570495 | 007 | 2014.12.17 | C. Grady Moore | Other Travel Expenses | | | $16.00 | Parking at Airport – C. Grady Moore |
| 570495 | 007 | 2014.12.17 | P. Stephen Gidiere | Travel Expense – Lodging | | | $413.78 | Lodging in Dallas, TX – P. Stephen Gidiere |
| 570495 | 007 | 2014.12.17 | P. Stephen Gidiere | Other Travel Expenses | | | $5.00 | Baggage Handling Fee – P. Stephen Gidiere |
| 570495 | 007 | 2014.12.18 | P. Stephen Gidiere | In-house Copying | $0.10 | 1 | $0.10 | Standard Copies |
| 570495 | 007 | 2014.12.22 | Amy Benschoter | Deliveries | | | $11.47 | Fed-Ex Shipment |
| 570496 | 008 | 2014.12.04 | C. Grady Moore | Telephone Charges | | | $0.60 | Long Distance to Bala Cynwyd, PA |
| 570496 | 008 | 2014.12.04 | C. Grady Moore | Telephone Charges | | | $0.30 | Long Distance to Kansas City, MO |
| 570496 | 008 | 2014.12.08 | C. Grady Moore | Telephone Charges | | | $2.90 | Long Distance to San Antonio, TX |
| 570496 | 008 | 2014.12.15 | C. Grady Moore | Telephone Charges | | | $0.80 | Long Distance to Dallas, TX |
| 570498 | 011 | 2014.11.14 | P. Stephen Gidiere | Telephone Charges | | | $1.10 | Long Distance to Dallas, TX |
| 570498 | 011 | 2014.11.18 | P. Stephen Gidiere | Telephone Charges | | | $1.20 | Long Distance to Lowell, MA |
| 570498 | 011 | 2014.12.01 | P. Stephen Gidiere | Telephone Charges | | | $0.70 | Long Distance to Dallas, TX |
| 570498 | 011 | 2014.12.01 | P. Stephen Gidiere | In-house Copying | $0.10 | 268 | $26.80 | Standard Copies |
| 570498 | 011 | 2014.12.02 | P. Stephen Gidiere | Telephone Charges | | | $1.70 | Long Distance to Dallas, TX |
| 570498 | 011 | 2014.12.03 | P. Stephen Gidiere | Telephone Charges | | | $4.60 | Long Distance to Dallas, TX |
| 570498 | 011 | 2014.12.03 | David Mitchell | In-house Copying | $0.50 | 30 | $15.00 | Color Copies |
| 570498 | 011 | 2014.12.04 | P. Stephen Gidiere | Deliveries | | | $19.57 | Fed-Ex Shipment |
| 570498 | 011 | 2014.12.04 | P. Stephen Gidiere | Transportation to/from airport | | | $4.48 | Travel to Birmingham Airport – P. Stephen Gidiere |
| 570498 | 011 | 2014.12.04 | P. Stephen Gidiere | Travel Meals | | | $12.79 | Breakfast – P. Stephen Gidiere |
| 570498 | 011 | 2014.12.04 | P. Stephen Gidiere | Airfare | | | $356.10 | Travel to Dallas, TX from Birmingham, AL – P. Stephen Gidiere |
| 570498 | 011 | 2014.12.04 | David Mitchell | Travel Meals | | | $10.76 | Breakfast – David Mitchell |
| 570498 | 011 | 2014.12.04 | P. Stephen Gidiere | Transportation to/from airport | | | $25.00 | Cab fare from airport to client's office – P. Stephen Gidiere |
| 570498 | 011 | 2014.12.04 | P. Stephen Gidiere | Transportation | | | $25.00 | Cab fare to client event – P. Stephen Gidiere |
| 570498 | 011 | 2014.12.04 | P. Stephen Gidiere | Business Meals | | | $80.00 | Dinner with client – P. Stephen Gidiere |
| 570498 | 011 | 2014.12.04 | P. Stephen Gidiere | Airfare | | | $356.10 | Return Travel from Dallas, TX to Birmingham, AL – P. Stephen Gidiere |

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 570498 | 011 | 2014.12.04 to 2014.12.05 | David Mitchell | Airfare | | | $668.20 | Roundtrip Travel to Dallas, TX from Birmingham, AL – David Mitchell |
| 570498 | 011 | 2014.12.05 | P. Stephen Gidiere | Travel Expense - Lodging | | | $233.97 | Lodging in Dallas, TX – P. Stephen Gidiere |
| 570498 | 011 | 2014.12.05 | P. Stephen Gidiere | Travel Expense – Lodging | | | $233.97 | Lodging in Dallas, TX – David Mitchell |
| 570498 | 011 | 2014.12.05 | P. Stephen Gidiere | Other Travel Expenses | | | $7.00 | Baggage Handling Fee – P. Stephen Gidiere and David Mitchell |
| 570498 | 011 | 2014.12.05 | P. Stephen Gidiere | Transportation to/from airport | | | $26.00 | Cab fare from client's office to airport – P. Stephen Gidiere |
| 570498 | 011 | 2014.12.05 | P. Stephen Gidiere | Travel Meals | | | $2.11 | Lunch – P. Stephen Gidiere |
| 570498 | 011 | 2014.12.05 | David Mitchell | Other Travel Expenses | | | $24.00 | Parking at Airport – David Mitchell |
| 570498 | 011 | 2014.12.05 | P. Stephen Gidiere | Other Travel Expenses | | | $37.00 | Parking at Airport – P. Stephen Gidiere |
| 570498 | 011 | 2014.12.05 | P. Stephen Gidiere | In-house Copying | $0.50 | 26 | $13.00 | Color Copies |
| 570498 | 011 | 2014.12.08 | P. Stephen Gidiere | Telephone Charges | | | $1.90 | Long Distance to New York, NY |
| 570498 | 011 | 2014.12.11 | P. Stephen Gidiere | Telephone Charges | | | $0.20 | Long Distance to Dallas, TX |
| 570499 | 012 | 2014.12.01 | P. Stephen Gidiere | Telephone Charges | | | $1.20 | Long Distance to Dallas, TX |
| 570500 | 016 | 2014.29.12 | P. Stephen Gidiere | Telephone Charges | | | $0.70 | Long Distance to Dallas, TX |
| 570558 | 019 | 2014.12.01 | P. Stephen Gidiere | Telephone Charges | | | $0.90 | Long Distance to Dallas, TX |
| 570558 | 019 | 2014.12.12 | P. Stephen Gidiere | In-house Copying | $0.10 | 18 | $1.80 | Standard Copies |
| 570558 | 019 | 2014.12.12 | P. Stephen Gidiere | Deliveries | | | $51.91 | Fed-Ex Shipment |
| 570558 | 019 | 2014.12.12 | P. Stephen Gidiere | Deliveries | | | $50.05 | Fed-Ex Shipment |
| 570558 | 019 | 2014.12.12 | P. Stephen Gidiere | Deliveries | | | $51.98 | Fed-Ex Shipment |
| 570558 | 019 | 2014.12.12 | P. Stephen Gidiere | Deliveries | | | $51.98 | Fed-Ex Shipment |
| 570558 | 019 | 2014.12.12 | P. Stephen Gidiere | Deliveries | | | $50.05 | Fed-Ex Shipment |
| 570558 | 019 | 2014.12.12 | P. Stephen Gidiere | Deliveries | | | $51.98 | Fed-Ex Shipment |
| 570558 | 019 | 2014.12.12 | P. Stephen Gidiere | Deliveries | | | $51.98 | Fed-Ex Shipment |
| 570558 | 019 | 2014.12.12 | P. Stephen Gidiere | Deliveries | | | $51.98 | Fed-Ex Shipment |
| 570558 | 019 | 2014.12.12 | P. Stephen Gidiere | Deliveries | | | $50.05 | Fed-Ex Shipment |
| 570558 | 019 | 2014.12.12 | P. Stephen Gidiere | Deliveries | | | $50.05 | Fed-Ex Shipment |

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 570558 | 019 | 2014.12.12 | P. Stephen Gidiere | Deliveries | | | $51.98 | Fed-Ex Shipment |
| 570558 | 019 | 2014.12.12 | P. Stephen Gidiere | Deliveries | | | $50.05 | Fed-Ex Shipment |
| 570558 | 019 | 2014.12.12 | P. Stephen Gidiere | Deliveries | | | $51.98 | Fed-Ex Shipment |
| 570558 | 019 | 2014.12.12 | P. Stephen Gidiere | Deliveries | | | $51.98 | Fed-Ex Shipment |
| 570558 | 019 | 2014.12.12 | P. Stephen Gidiere | Deliveries | | | $50.05 | Fed-Ex Shipment |
| 570558 | 019 | 2014.12.12 | P. Stephen Gidiere | Deliveries | | | $50.05 | Fed-Ex Shipment |
| 570558 | 019 | 2014.12.12 | P. Stephen Gidiere | Deliveries | | | $51.98 | Fed-Ex Shipment |
| 570558 | 019 | 2014.12.12 | P. Stephen Gidiere | Deliveries | | | $50.05 | Fed-Ex Shipment |
| 570558 | 019 | 2014.12.31 | P. Stephen Gidiere | Printing & Binding Services | | | $9,219.68 | Professional Services related to Luminant's Response to Proposed EPA Regulations |
| 570502 | 020 | 2014.12.16 | Stephen C. Still | Telephone Charges | | | $6.80 | Long Distance to Dallas, TX |
| **Total Expenses:** | | | | | | | **$13,796.29** | |