**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

IN THE MATTER OF: : Chapter 11
:
Energy Future Holdings Corp., *et al.* : Case No. 14-10979 (CSS)
:
: SECOND* AMENDED NOTICE OF
: APPOINTMENT OF
Debtors. : COMMITTEE OF UNSECURED
--------------------------------- : CREDITORS**

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Brown & Zhou, LLC**, Attn: Mabel C. Brown, CFA, c/o Belleair Aviation, LLC, 8000 Walton Parkway, Suite 200, New Albany, OH 43054 Phone: 614-581-7858

2. **Peter Tinkham**, 1010 Wimberly Court, Allen, TX 75013, Phone: 972-390-0171

3. **Shirley Fenicle, as successor-in-interest to the Estate of George Fenicle**, c/o Kazan, McClain, Satterley & Greenwood, PLC, Attn: Steven Kazan, 55 Harrison Street, Suite 400, Oakland, CA 94607, Phone: 510-302-1000, Fax: 510-835-4913

4. **David William Fahy**, c/o Early, Lucarelli, Sweeney & Meisenkothen, LLC, Attn: Ethan Early, One Century Tower, 11th Floor, 265 Church Street, New Haven, CT 06510, Phone: 203-777-7799, Fax: 203-785-1671

5. **American Stock Transfer & Trust Company, LLC**, c/o Erica J. Goodstein, Senior Counsel, 6201 15th Avenue, Brooklyn, NY 11219, Phone: 718-921-8180, Fax: 718-331-1852

ANDREW R. VARA
Acting United States Trustee, Region 3

*/s/ Richard L. Schepacarter for*
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: January 30, 2015

Attorney assigned to this Case: Richard L. Schepacarter, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Daniel J. DeFranceschi, Esquire, Phone: (302) 651-7700, Fax: (302) 651-7701

*Amended to reflect change of address for Committee member Brown & Zhou.

** This official committee of unsecured creditors is composed of creditors of Energy Future Holdings Corp.; Energy Future Intermediate Holding Company, LLC; EFIH Finance, Inc., and EECI, Inc. This committee represents the interests of the unsecured creditors of the aforementioned debtors and no others.