# **EXHIBIT A**

**[Statement of Fees by Subject Matter]**

| Description | Total Hours Billed | Total Fees |
|---|---|---|
| Case Administration | 9.3 | $2,124.50 |
| Retention and Fee Applications | 32.9 | $8,017.00 |
| **Total** | **42.2** | **$10,141.50** |