# **EXHIBIT B**

**[Attorney and Paraprofessionals Information]**

| Name of Professional Person | Position | Year Admitted and (State) | Department | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Thomas D. Bielli | Partner | 2006 (PA) | Bankruptcy | $295.00 | 0.8 | $236.00 |
| Ryan M. Ernst | Partner | 2006 (DE) 2006 (PA) 2006 (NJ) | Corporate | $270.00 | 0.6 | $162.00 |
| David M. Klauder | Partner | 2012 (DE) 2008 (PA) 1999 (VA) | Bankruptcy | $350.00 | 19.3 | $6,755.00 |
| Shannon J. Dougherty | Associate | 2012 (DE) | Bankruptcy | $180.00 | 5.5 | $990.00 |
| Cory Stephenson | Associate | 2015 (DE) | Bankruptcy | $120.00 | 0.3 | $36.00 |
| Amy M. Huber | Paralegal | *Not Admitted | Litigation Support | $125.00 | 15.7 | $1.962.50 |
| **Total** | | | | | **42.2** | **$10,141.50** |