# EXHIBIT C

**[Summary of Actual and Necessary Expenses for the Fee Period]**

| Expense Category | Total Expenses |
|---|---:|
| Filing/Court Fees | $91.80 |
| In-House Reproduction | $10.20 |
| Teleconference Charges | $88.00 |
| **Total** | **$190.00** |