## EXHIBIT D

**[Detailed Description of Expenses and Disbursements]**

| Date | Category | Description | Total Expenses |
|---|---|---|---:|
| 12/08/14 | In-House Reproduction | Photocopies (26 pages) | $2.60 |
| 12/15/14 | In-House Reproduction | Photocopies (47 pages) | $4.70 |
| 12/16/14 | In-House Reproduction | Photocopies (29 pages) | $2.90 |
| 12/16/14 | Filing/Court Fees | Pro Hac Vice Fees | $75.00 |
| 12/18/14 | Filing/Court Fees | PACER | $16.80 |
| 12/31/14 | Teleconference Charges | CourtCall | $88.00 |
|  |  | **Total** | **$190.00** |