## **EXHIBIT B**

**Summary of Fees Billed by Subject Matter for the First Interim Fee Period**

| **Activity Description** | **Sum of Hours** | **Sum of Amount** |
|---|---|---|
| 495 Balloting/Solicitation Consultation | 756.80 | $159,973.60 |
| 600 Case Admin | 28.00 | $10,780.00 |
| 645 SOFA/Schedule Prep | 140.30 | $33,952.60 |
| **Totals** | **925.10** | **$204,706.20** |

RLF1 11435474v.1