## EXHIBIT C

**Summary of Hours Billed by Professionals During the First Interim Fee Period**

| Professional | Position With Applicant | Hourly Billing Rate | Sum of Hours | Sum of Amount |
|---|---|---:|---:|---:|
| James Katchadurian | Practice Director | $385.00 | 28.00 | $10,780.00 |
| Jane Sullivan | Practice Director | $385.00 | 218.90 | $84,276.50 |
| Herbert Baer | Senior Consultant III | $242.00 | 0.30 | $72.60 |
| Stephenie Kjontvedt | Senior Consultant III | $242.00 | 89.40 | $21,634.80 |
| Kathryn Mailloux | Senior Consultant III | $242.00 | 20.60 | $4,985.20 |
| Bradley Tuttle | Senior Consultant III | $242.00 | 3.40 | 822.80 |
| Kathryn Tran | Senior Consultant II | $242.00 | 32.30 | $7,816.60 |
| Ho-King Ho | Senior Consultant II | $242.00 | 77.80 | $18,827.60 |
| David Ruhl | Senior Consultant II | $242.00 | 6.20 | $1,500.40 |
| Joseph Arena | Senior Consultant I | $176.00 | 45.50 | $8,008.00 |
| Joseph Arena | Case Manager II | $127.00 | 285.40 | $36,245.80 |
| John Chau | Case Manager I | $83.00 | 117.30 | $9,735.90 |
| **Totals** | | | **925.10** | **$204,706.20** |