## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: D.I. 765, 1570, 2638** |

### STATEMENT OF AMOUNTS PAID BY THE DEBTORS TO ORDINARY COURSE PROFESSIONALS FROM OCTOBER 1, 2014 THROUGH DECEMBER 31, 2014

PLEASE TAKE NOTICE that, pursuant to the *Order Authorizing the Retention and Compensation of Certain Professionals Utilized in the Ordinary Course of Business*, dated June 3, 2014 [D.I. 765], the above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby submit the attached chart which identifies: (i) the name of each ordinary course professional ("OCP") that provided services to the Debtors during the period from October 1, 2014 through and including December 31, 2014 (the "Fee Period"); (ii) the amounts paid as compensation for the services rendered and reimbursement of expenses incurred by each OCP during the Fee Period; (iii) the aggregate amounts paid as compensation for the services rendered and reimbursement of expenses incurred by each OCP for the period of April 29, 2014 through and including the last day of the Fee Period; and (iv) a general description of the type of services provided by each OCP during the Fee Period.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

PLEASE TAKE FURTHER NOTICE that the Debtors may pay or recognize

payments of certain amounts for services rendered and expenses incurred by any OCP during the

Fee Period at a later time, and any such payments will be disclosed in future statements.

Dated: February 2, 2015
      Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
        defranceschi@rlf.com
        madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
        stephen.hessler@kirkland.com
        brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
        marc.kieselstein@kirkland.com
        chad.husnick@kirkland.com
        steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession

2

**<u>Exhibit A</u>**

Ordinary Course Professional Quarterly Statement of Payments

| OCP | Service Description | For the Postpetition Period of October 01, 2014 to December 31, 2014 | | | Aggregate Postpetition Payments Through December 31, 2014 | |
|---|---|---|---|---|---|---|
| | | Compensation for Services / Expense Reimbursement [1] | Average Monthly Compensation [1] | Total Payments | Compensation for Services / Expense Reimbursement [1] | Total Payments |
| **Tier 1 OCP's** | | | | | | |
| Bracewell & Giuliani LLP | Environmental Advice / Political Consultant | 231,538.18 | 77,179.39 | 231,538.18 | 341,360.64 | 341,360.64 |
| Duff & Phelps LLC | Valuation – Impairment; Property Tax | 20,712.54 | 6,904.18 | 20,712.54 | 37,290.54 | 37,290.54 |
| Enoch Kever [2] | Regulatory Advice | 448,612.50 | 149,537.50 | 456,835.26 | 843,281.53 | 851,504.29 |
| Hawkins Parnell Thackston & Young | Litigation – Asbestos | 143.00 | 47.67 | 143.00 | 143.00 | 143.00 |
| Hunton & Williams LLP | Benefits–Immigration, Political Consultant | 256,100.35 | 85,366.78 | 256,100.35 | 485,067.46 | 485,067.46 |
| Morgan Lewis & Bockius LLP [3] | Regulatory (NRC) and Labor | 393,175.03 | 131,058.34 | 415,885.49 | 556,327.84 | 579,038.30 |
| Vinson & Elkins LLP | Regulatory, Real Estate Advice | 405,167.45 | 135,055.82 | 405,167.45 | 540,035.29 | 540,035.29 |
| **Tier 2 OCP's** | | | | | | |
| Alliance Consulting Group | Depreciation Study | - | - | - | - | - |
| Allison McCombe Small | Political Consultant | 9,000.00 | 3,000.00 | 9,000.00 | 18,000.00 | 18,000.00 |
| American Appraisal | Property Tax Expert for Litigation | - | - | - | - | - |
| Armstrong & Associates LLP | Litigation – Asbestos | - | - | - | 273.00 | 273.00 |
| Arnold & Porter LLP | Consulting Services | 131,250.00 | 43,750.00 | 131,250.00 | 210,000.00 | 210,000.00 |
| AYCO Company LP | Financial Executive counseling | - | - | - | 60,961.00 | 60,961.00 |
| Baker Botts LLP | IP, Transactional, and Contract Restructure | 29,991.39 | 9,997.13 | 29,991.39 | 59,461.39 | 59,461.39 |
| Beirne Maynard & Parsons LLP | Litigation – Asbestos | - | - | - | - | - |
| Beveridge and Diamond PC | Litigation – Water | 4,600.66 | 1,533.55 | 4,600.66 | 6,681.60 | 6,681.60 |
| Bluewater Strategies LLC | Consulting Services | 56,250.00 | 18,750.00 | 56,250.00 | 90,000.00 | 90,000.00 |
| Bradley Arant Boult Cummings LLP | Adv – Asbestos Exposure | - | - | - | - | - |
| Brady & Peavey, P.C. | Public affairs and political consulting services | 15,000.00 | 5,000.00 | 15,000.00 | 15,000.00 | 15,000.00 |
| Burford & Ryburn LLP | Litigation – General | - | - | - | 10,817.44 | 10,817.44 |
| Carl S. Richie, Jr. Attorney At Law | Political Consultant | 50,000.00 | 16,666.67 | 50,000.00 | 80,000.00 | 80,000.00 |
| DCI Group LLC | Consulting Services | 60,655.70 | 20,218.57 | 60,655.70 | 122,043.79 | 122,043.79 |
| Dykema Gossett | Counsel for TXU Chyba case | - | - | - | - | - |
| Eddie Cavazos | Political Consultant | 18,000.00 | 6,000.00 | 18,000.00 | 42,955.16 | 42,955.16 |
| Edward M. Shack | Political Activities Law Advice | 920.00 | 306.67 | 920.00 | 920.00 | 920.00 |
| Estes Okon Thorne & Carr PLLC | Litigation – General | 32,021.45 | 10,673.82 | 32,021.45 | 64,507.19 | 64,507.19 |
| Fish & Richardson PC | Litigation – General | - | - | - | - | - |
| Goldberg Godles Wiener & Wright | Regulatory Advice | 10,392.11 | 3,464.04 | 10,392.11 | 18,454.28 | 18,454.28 |
| Goodmans LLP | Canadian Counsel for Ebasco Services of | - | - | - | - | - |
| Gruber Hurst Johansen Hail | Litigation – General | 2,140.60 | 713.53 | 2,140.60 | 2,230.34 | 2,230.34 |
| Haley Olson | Environmental Litigation | 570.00 | 190.00 | 570.00 | 2,703.00 | 2,703.00 |
| Harris & Dickey LLC | Tax Consulting | - | - | - | - | - |
| HMWK LLC | Political Consultant | 22,500.00 | 7,500.00 | 22,500.00 | 52,500.00 | 52,500.00 |
| Husch Blackwell Sanders LLP | Employment Litigation/Political Consultant | - | - | - | - | - |
| Imperium Public Affairs | Political Consultant | 38,213.69 | 12,737.90 | 38,213.69 | 77,496.36 | 77,496.36 |
| Ireland Carroll & Kelley PC | Environmental Litigation | - | - | - | - | - |
| Jack Roberts | Political Consultant | 24,000.00 | 8,000.00 | 24,000.00 | 48,000.00 | 48,000.00 |
| Jack W Gullahorn PC | Political Consultant | 82,952.40 | 27,650.80 | 82,952.40 | 154,952.40 | 154,952.40 |

Ordinary Course Professional Quarterly Statement of Payments

| OCP | Service Description | For the Postpetition Period of October 01, 2014 to December 31, 2014 | | | Aggregate Postpetition Payments Through December 31, 2014 | |
|---|---|---|---|---|---|---|
| | | Compensation for Services / Expense Reimbursement [1] | Average Monthly Compensation | Total Payments | Compensation for Services / Expense Reimbursement [1] | Total Payments |
| Jackson Kelly PLLC | Regulatory - MSHA/OSHA | 28,548.94 | 9,516.31 | 28,548.94 | 36,332.93 | 36,332.93 |
| Jackson Lewis, P.C. | Legal Advice - Labor and Employment | - | - | - | - | - |
| Jackson Sjoberg Mccarthy | Real Estate Mining | 57,657.85 | 19,219.28 | 57,657.85 | 57,657.85 | 57,657.85 |
| John Hildreth | Political Consultant | 30,000.00 | 10,000.00 | 30,000.00 | 70,000.00 | 70,000.00 |
| John Sherwood | Collections for TXU | - | - | - | 6,000.00 | 6,000.00 |
| K&L Gates | Transaction Advice; Non-Income Tax Litigation | 132,054.50 | 44,018.17 | 132,054.50 | 132,054.50 | 132,054.50 |
| Kelly Hart & Hallman | Litigation - Environmental and General | - | - | - | - | - |
| Kyle Bibb | Federal Income Tax Advice | - | - | - | 928.00 | 928.00 |
| Lam Lyn & Philip PC | Collections for TXU | - | - | - | - | - |
| Laurie Fenstemaker Pair | Ethics Consultant | 12,250.00 | 4,083.33 | 12,250.00 | 32,033.33 | 32,033.33 |
| Law Offices Of Dan Gus | Litigation - General | 2,800.00 | 933.33 | 2,800.00 | 2,800.00 | 2,800.00 |
| LeClairRyan | Retail Advice | 4,087.10 | 1,362.37 | 4,087.10 | 6,588.58 | 6,588.58 |
| Lillard Wise Szygenda PLLC | Litigation - General | 1,250.85 | 416.95 | 1,250.85 | 1,250.85 | 1,250.85 |
| Lisa Garcia | Political Consultant | 30,774.95 | 10,258.32 | 30,774.95 | 53,532.74 | 53,532.74 |
| Littler Mendelson PC | Employment Litigation | 9,451.88 | 3,150.63 | 9,451.88 | 11,045.98 | 11,045.98 |
| Locke Lord Bissell & Liddell | Benefits Advice | 19,403.40 | 6,467.80 | 19,403.40 | 19,403.40 | 19,403.40 |
| LPI Consulting Inc | Consulting Services | 50,000.00 | 16,666.67 | 50,000.00 | 80,000.00 | 80,000.00 |
| Madison Group LLC | Consulting Services | 56,280.00 | 18,760.00 | 56,280.00 | 136,280.00 | 136,280.00 |
| McConnell & Jones LLP | Employee Benefits Auditor | 34,250.00 | 11,416.67 | 34,250.00 | 52,250.00 | 52,250.00 |
| McGivney & Kluger P.C | Litigation - Asbestos | - | - | - | 216.00 | 216.00 |
| McGlinchey Stafford PLLC | Bankruptcy For TXU | 48,620.88 | 16,206.96 | 48,620.88 | 54,973.68 | 54,973.68 |
| Mcguirewoods LLP | Federal Political Consultant | 78,563.74 | 26,187.91 | 78,563.74 | 125,215.63 | 125,215.63 |
| Mehlman Vogel Castagnetti Inc | Consulting Services | 75,000.00 | 25,000.00 | 75,000.00 | 120,000.00 | 120,000.00 |
| Mercer Global | 401k Consulting | 14,680.00 | 4,893.33 | 14,680.00 | 35,299.37 | 35,299.37 |
| Mgroup Strategies | Political Consultant | 39,737.99 | 13,246.00 | 39,737.99 | 79,077.92 | 79,077.92 |
| Mignon McGarry | Political Consultant | 19,000.00 | 6,333.33 | 19,000.00 | 47,500.00 | 47,500.00 |
| Mike Kelly | Political Consultant | 17,499.00 | 5,833.00 | 17,499.00 | 40,831.00 | 40,831.00 |
| Miller & Chevalier Chartered | Federal Income Tax and Benefits Legal Advice | 7,534.60 | 2,511.53 | 7,534.60 | 7,534.60 | 7,534.60 |
| Norton Rose Fulbright | Legal Counsel for Gross Receipts Tax Matters | 722.75 | 240.92 | 722.75 | 1,594.63 | 1,594.63 |
| O'Neill, Athy & Casey PC | Consulting Services | 30,000.00 | 10,000.00 | 30,000.00 | 52,500.00 | 52,500.00 |
| Perry Street Communications LLC | Financial communications | 65,675.50 | 21,891.83 | 65,675.50 | 142,607.63 | 142,607.63 |
| Phenix & Crump, PLLC | Local Counsel in Partition Actions | 1,943.50 | 647.83 | 1,943.50 | 1,943.50 | 1,943.50 |
| Phil Gamble | Political Consultant | 30,000.00 | 10,000.00 | 30,000.00 | 60,566.20 | 60,566.20 |
| Philips & Meachum Public Affairs | Political Consultant | 43,500.00 | 14,500.00 | 43,500.00 | 87,000.00 | 87,000.00 |
| Pillsbury Winthrop Shaw Pittman | Litigation - General | - | - | - | 12,214.00 | 12,214.00 |
| Polan Culley Advocacy Group | Political Consultant | 37,024.41 | 12,341.47 | 37,024.41 | 73,024.41 | 73,024.41 |
| Prickett Jones & Elliott PA | Delaware Corp. Law Advice | - | - | - | - | - |
| Public Strategies Inc | Consulting Services | - | - | - | - | - |
| R. H. Sweeney Associates | Leadership Development & Recruiting | - | - | - | - | - |
| Reed Smith | Litigation - General | - | - | - | - | - |

2 -of- 3

Ordinary Course Professional Quarterly Statement of Payments

| OCP | Service Description | For the Postpetition Period of October 01, 2014 to December 31, 2014 | | | Aggregate Postpetition Payments Through December 31, 2014 | |
|---|---|---|---|---|---|---|
| | | Compensation for Services / Expense Reimbursement [1] | Average Monthly Compensation | Total Payments | Compensation for Services / Expense Reimbursement [1] | Total Payments |
| Rissise Strategic | External Federal Lobbyist | - | - | - | - | - |
| Robert Half Finance & Accounting | Tax Consulting | - | - | - | 31,720.00 | 31,720.00 |
| Ryan LLC | Tax abatement/reduction strategies for new build | - | - | - | - | - |
| Ryan Mackinnon Vasapoli & Berzok | Consulting Services | 45,788.69 | 15,262.90 | 45,788.69 | 122,207.94 | 122,207.94 |
| SAK Consulting, LLC | Tax Consulting | 36,418.90 | 12,139.63 | 36,418.90 | 36,418.90 | 36,418.90 |
| Scheef & Stone LLP | Bankruptcy Advice | - | - | - | - | - |
| SHL US Inc | Recruiting | - | - | - | - | - |
| Simpson Thacher & Bartlett LLP | Corporate and Financing Advice | 55,723.73 | 18,574.58 | 55,723.73 | 55,723.73 | 55,723.73 |
| Slover & Loftus | Transportation Advice | 10,000.00 | 3,333.33 | 10,000.00 | 10,000.00 | 10,000.00 |
| Stroz Friedberg LLC | IT and Data Security Advisor | 28,903.63 | 9,634.54 | 28,903.63 | 41,012.49 | 41,012.49 |
| Susman Godfrey LLP | Litigation – General | 1,704.30 | 568.10 | 1,704.30 | 5,939.90 | 5,939.90 |
| Sutherland Asbill & Brennan LLP | Regulatory Advice | 27,000.00 | 9,000.00 | 27,000.00 | 54,000.00 | 54,000.00 |
| Swetman Baxter Massenburg LLC | Litigation – Asbestos | - | - | - | - | - |
| Talley & Associates | Consulting Services | 30,000.00 | 10,000.00 | 30,000.00 | 60,000.00 | 60,000.00 |
| The Bashear Group, Inc. | Public Relations and Community Affairs | 44,204.34 | 14,734.78 | 44,204.34 | 66,076.18 | 66,076.18 |
| The EOP Group | Consulting Services | 75,000.00 | 25,000.00 | 75,000.00 | 120,000.00 | 120,000.00 |
| The Schlueter Group | Political Consultant | 42,500.00 | 14,166.67 | 42,500.00 | 72,500.00 | 72,500.00 |
| Thomas Long Niesen & Kennard | Regulatory Advice | - | - | - | - | - |
| TLG Services, Inc. | Nuclear Decommissioning Study | - | - | - | - | - |
| Towers Watson Pennsylvania, Inc. | Compensation Advisor | 133,828.67 | 44,609.56 | 133,828.67 | 148,322.60 | 148,322.60 |
| Travis Eugene Jernigan | Political Consultant | 35,887.37 | 11,962.46 | 35,887.37 | 82,218.58 | 82,218.58 |
| Weber Shandwick | Media relations, visual comm | - | - | - | 32,976.52 | 32,976.52 |
| WebFilings LLC | XBRL coding, application hosting | 55,814.04 | 18,604.68 | 55,814.04 | 61,814.04 | 61,814.04 |
| Winston & Strawn LLP | Regulatory Advice | 35,220.15 | 11,740.05 | 35,220.15 | 68,972.71 | 68,972.71 |

1. For purposes of this report, includes aggregate amounts paid as compensation for services rendered and reimbursement of expenses incurred unless otherwise noted
2. Total Payments for Enoch Kever include $8,222.76 for reimbursement of expenses incurred during the 10/1/14-12/31/14 time period
3. Total Payments for Morgan Lewis & Bockius LLP include $22,710.46 for reimbursement of expenses incurred during the 10/1/14-12/31/14 time period

3 -of- 3