# EXHIBIT A

**Statement of Fees and Expenses by Subject Matter**

| Project Category Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 002 | Asset Disposition | 89.40 | $77,306.00 |
| 003 | Assumption and Rejection of Leases and Contracts | 6.80 | $5,679.00 |
| 005 | Budgeting (Case) | 2.60 | $1,807.00 |
| 006 | Business Operations | 2.80 | $2,750.50 |
| 007 | Case Administration | 83.50 | $60,823.00 |
| 008 | Claims Administration and Objections | 0.80 | $556.00 |
| 009 | Corporate Governance and Board Matters | 74.00 | $65,424.00 |
| 010 | Employee Benefits and Pensions | 30.60 | $20,722.50 |
| 011 | Employment and Fee Applications | 52.50 | $31,081.00 |
| 012 | Employment and Fee Application Objections | 0.70 | $577.50 |
| 013 | Financing and Cash Collateral | 1.10 | $958.50 |
| 014 | Other Litigation | 22.80 | $15,653.50 |
| 015 | Meetings and Communications with Creditors | 118.10 | $102,693.50 |
| 017 | Plan and Disclosure Statement | 31.10 | $29,290.00 |
| 021 | Tax | 446.10 | $318,683.00 |
| 023 | Discovery | 1,155.90 | $644,142.50 |
| 024 | Hearings | 10.70 | $9,090.50 |
| 026 | Claims Investigation | 868.60 | $613,176.00 |
| 027 | First Lien Investigation | 65.90 | $37,301.00 |
| 029 | Other Motions/Applications | 57.90 | $40,528.00 |
| 031 | Insurance | 15.60 | $13,134.50 |
| 032 | Time Entry Review | 28.30 | $23,238.50 |
| **Total Incurred** | | **3,165.8** | **$2,114,616.00** |
| **Less Client-Accommodation for Time Entry Review (100% of fees incurred)** | | | **$(23,238.50)** |
| **Total Requested** | | | **$2,091,377.50** |

| Service Description | Amount |
| --- | ---: |
| Color Copies | $288.00 |
| Reporting Fees | $493.10 |
| Search Fees | $2,312.00 |
| On-line Research – LEXIS | $12,221.86 |
| On-line Research – WESTLAW | $28,061.81 |
| EDiscovery Fees | $30,436.22 |
| Court Filing Service | $149.00 |
| Business Meals | $817.97 |
| Meals | $334.88 |
| Transportation | $843.92 |
| **Total:** | **$75,958.76** |

**EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The Morrison & Foerster attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Doufekias, Demme | Partner | 2004 | Litigation | $825.00 | 18.90 | 15,592.50 |
| Goren, Todd M. | Partner | 2003 | Business Restructuring & Insolvency | $825.00 | 130.00 | 107,250.00 |
| Humphreys, Thomas A. | Partner | 1977 | Tax | $1,250.00 | 68.10 | 85,125.00 |
| Kerr, Charles L. | Partner | 1984 | Litigation | $1,050.00 | 53.30 | 55,965.00 |
| Lawrence, J. Alexander | Partner | 1996 | Litigation | $895.00 | 167.30 | 149,733.50 |
| Levitt, Jamie A. | Partner | 1992 | Litigation | $950.00 | 34.00 | 32,300.00 |
| Marinuzzi, Lorenzo | Partner | 1996 | Business Restructuring & Insolvency | $995.00 | 133.70 | 133,031.50 |
| Miller, Brett H. | Partner | 1992 | Business Restructuring & Insolvency | $1,050.00 | 74.00 | 77,700.00 |
| Peck, Geoffrey R. | Partner | 1999 | Finance | $825.00 | 7.70 | 6,352.50 |
| Reigersman, Remmelt A. | Partner | 2007 | Tax | $825.00 | 67.90 | 56,017.50 |
| Abrams, Hanna | Associate | 2009 | Litigation | $695.00 | 106.60 | 74,087.00 |
| Alanis, Corinna | Associate | 2012 | Litigation | $485.00 | 69.20 | 33,562.00 |
| Arett, Jessica J. | Associate | 2014 | Business Restructuring & Insolvency | $415.00 | 43.50 | 18,052.50 |
| Bartel, Sara | Associate | 2013 | Litigation | $415.00 | 58.50 | 24,277.50 |
| Birkenfeld, Alexander | Associate | 2014 | Tax | $415.00 | 109.80 | 45,567.00 |
| Contreras, Andrea | Associate | 2012 | Litigation | $550.00 | 27.30 | 15,015.00 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| De Ruig, David N. | Associate | 2007 | Tax | $485.00 | 91.00 | 44,135.00 |
| Dort, Malcolm K. | Associate | 2011 | Litigation | $610.00 | 81.30 | 49,593.00 |
| Figueroa, Tiffani B. | Associate | 2014 | Litigation | $415.00 | 24.50 | 10,167.50 |
| Gizaw, Betre M. | Associate | 2011 | Litigation | $550.00 | 63.70 | 35,035.00 |
| Goett, David J. | Associate | 2012 | Tax | $550.00 | 23.50 | 12,925.00 |
| Harris, Daniel J. | Associate | 2008 | Business Restructuring & Insolvency | $695.00 | 172.10 | 119,609.50 |
| Hiensch, Kristin A. | Associate | 2007 | Business Restructuring & Insolvency | $735.00 | 42.10 | 30,943.50 |
| Hildbold, William M. | Associate | 2009 | Business Restructuring & Insolvency | $610.00 | 235.40 | 143,594.00 |
| Hung, Shiukay | Associate | 2009 | Tax | $695.00 | 1.80 | 1,251.00 |
| Hunt, Adam | Associate | 2011 | Litigation | $610.00 | 18.80 | 11,468.00 |
| Johnston, Ian Andrew | Associate | 2012 | Litigation | $485.00 | 112.90 | 54,756.50 |
| Kalansky, Shai | Associate | 2009 | Corporate | $695.00 | 31.90 | 22,170.50 |
| Lau, Matthew Y. | Associate | 2010 | Tax | $655.00 | 31.80 | 20,829.00 |
| Lim, Clara | Associate | 2010 | Tax | $610.00 | 80.10 | 48,861.00 |
| Manlove, Kendall Lewis | Associate | Admission Pending | Litigation | $415.00 | 92.40 | 38,346.00 |
| Martin, Samantha | Associate | 2008 | Business Restructuring & Insolvency | $725.00 | 66.20 | 47,995.00 |
| Moloff, Leda A. | Associate | 2009 | Litigation | $655.00 | 48.80 | 31,964.00 |
| Perkowski, Jacob Josep | Associate | Admission Pending | Litigation | $415.00 | 56.60 | 23,489.00 |
| Richards, Erica J. | Associate | 2007 | Business Restructuring & Insolvency | $725.00 | 35.10 | 25,447.50 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Jonathan C. Rothberg | Associate | 2008 | Litigation | $725.00 | 18.10 | 13,122.50 |
| Sigmon, Kirk | Associate | 2013 | Litigation | $415.00 | 29.30 | 12,159.50 |
| Sorrell, Michael R. | Associate | 2010 | Litigation | $610.00 | 54.30 | 33,123.00 |
| Tepfer, Cameron Andrew | Associate | 2014 | Litigation | $415.00 | 16.80 | 6,972.00 |
| Wang, Chenwei | Associate | 2011 | Litigation | $550.00 | 112.00 | 61,600.00 |
| Peck, James Michael | Senior Of Counsel | 1971 | Business Restructuring & Insolvency | $1,050.00 | 24.50 | 25,725.00 |
| Schaaf, Kathleen E. | Senior Of Counsel | 1978 | Business Restructuring & Insolvency | $850.00 | 12.10 | 10,285.00 |
| Hager, Melissa A. | Of Counsel | 1992 | Business Restructuring & Insolvency | $825.00 | 47.80 | 39,435.00 |
| Sadeghi, Kayvan B. | Of Counsel | 2004 | Litigation | $735.00 | 27.50 | 20,212.50 |
| Whitney, Craig B. | Of Counsel | 2001 | Litigation | $735.00 | 17.30 | 12,715.50 |
| Wishnew, Jordan A. | Of Counsel | 2002 | Business Restructuring & Insolvency | $750.00 | 78.10 | 58,575.00 |
| Damast, Craig A. | Attorney | 1992 | Business Restructuring & Insolvency | $775.00 | 89.70 | 69,517.50 |

The paraprofessionals of Morrison & Foerster who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Berger, Lesley D. | Senior Paralegal | 4.5 years | Corporate | $300.00 | 26.50 | 7,950.00 |
| Curtis, Michael E. | Senior Paralegal | 13.5 years | Litigation | $335.00 | 58.80 | 19,698.00 |
| Guido, Laura | Senior Paralegal | 7.5 years | Business Restructuring & Insolvency | $300.00 | 17.80 | 5,340.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Braun, Danielle | Paralegal | 1 year | Business Restructuring & Insolvency | $290.00 | 22.20 | 6,438.00 |
| Bergelson, Vadim | eDiscovery Project Manager | 5 years | Litigation | $295.00 | 16.20 | 4,779.00 |
| Chan, David | Senior eDiscovery Analyst | 10.5 years | Litigation | $280.00 | 17.00 | 4,760.00 |
| **Total Incurred:** | | | | | **3,165.8** | **$2,114,616.00** |
| **Less Client-Accommodation for Time Entry Review (100% of fees incurred)** | | | | | | **$(23,238.50)** |
| **Total Requested** | | | | | | **$2,091,377.50** |

## **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

**ALL - Expense Summary**

| Service Description | Amount |
|---|---|
| Color Copies | $288.00 |
| Reporting Fees | $493.10 |
| Search Fees | $2,312.00 |
| On-line Research – LEXIS | $12,221.86 |
| On-line Research – WESTLAW | $28,061.81 |
| EDiscovery Fees | $30,436.22 |
| Court Filing Service | $149.00 |
| Business Meals | $817.97 |
| Meals | $334.88 |
| Transportation | $843.92 |
| **Total:** | **$75,958.76** |

# **EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

# MORRISON | FOERSTER

P O BOX 742335
LOS ANGELES
CALIFORNIA 90074-2335

TELEPHONE: 415 268 7000
FACSIMILE: 415 268 7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON D.C.,
DENVER, NORTHERN VIRGINIA,
SACRAMENTO

TOKYO, BEIJING, SHANGHAI,
HONG KONG, SINGAPORE

LONDON, BRUSSELS, BERLIN

Paul Keglevic
Energy Future Holdings Corp.
1601 Bryan Street
Dallas, Texas  75201

Invoice Number: 5404278
Invoice Date: January 30, 2015

Client/Matter Number: 073697-0000001

Matter Name:  BANKRUPTCY OF
              ENERGY FUTURE
              HOLDINGS

**RE:**   BANKRUPTCY OF ENERGY FUTURE HOLDINGS

---

*Disbursements Incurred through November 30, 2014*

|                          | U.S.Dollars |
|--------------------------|------------:|
| Current Disbursements    | 75,958.76   |
| **Total Disbursements**  | **75,958.76** |

# MORRISON | FOERSTER

073697-0000001
BANKRUPTCY OF ENERGY FUTURE HOLDINGS

Invoice Number: 5404278
Invoice Date: January 30, 2015

## Disbursement Detail

| Date | Description | Value |
|------|-------------|-------|
| 30-Nov-2014 | Color Copies | 288.00 |
| 30-Nov-2014 | On-line Research - LEXIS | 12,221.86 |
| 30-Nov-2014 | On-line Research - WESTLAW | 28,061.81 |
| 17-Nov-2014 | Reporting Fees LEGALINK, INC., Transcripts and Interactive Realtime attended by C. Kerr | 493.10 |
| 20-Nov-2014 | Search Fees CT LIEN SOLUTIONS, Search fees | 2,312.00 |
| 03-Nov-2014 | Local meals, I. Johnston, 11/3/14, 8:21PM | 20.00 |
| 04-Nov-2014 | Local meals, I. Johnston, 11/4/14, 7:21PM | 20.00 |
| 09-Nov-2014 | Local meals, A. Lawrence, 10/27/14, 8:03PM | 20.00 |
| 09-Nov-2014 | Local meals, A. Lawrence, 10/28/14, 7:45PM | 20.00 |
| 09-Nov-2014 | Local meals, A. Lawrence, 10/29/14, 9:34PM | 20.00 |
| 09-Nov-2014 | Local meals, K. Sadeghi, 10/30/14, 7:45PM | 20.00 |
| 09-Nov-2014 | Local meals, A. Lawrence, 11/3/14, 7:57PM | 20.00 |
| 09-Nov-2014 | Local meals, K. Sadeghi, 11/4/14, 8:18PM | 20.00 |
| 10-Nov-2014 | Local meals, A. Birkenfeld, 11/10/14, 8:23PM | 18.41 |
| 11-Nov-2014 | Local meals, A. Birkenfeld, 11/11/14, 8:24PM | 18.52 |
| 13-Nov-2014 | Local meals, A. Birkenfeld, 11/13/14, 8:10PM | 16.85 |
| 22-Nov-2014 | Local meals, J. Arett, 11/22/14, 9:29PM (weekend) | 20.00 |
| 23-Nov-2014 | Local meals, A. Birkenfeld, 11/23/14, 1:31PM (weekend) | 16.13 |
| 23-Nov-2014 | Local meals, A. Lawrence, 11/22/14, 12:46PM (weekend) | 17.83 |
| 23-Nov-2014 | Local meals, A. Lawrence, 11/19/14, 10:42PM | 17.84 |
| 23-Nov-2014 | Local meals, A. Lawrence, 11/16/14, 11:28AM (weekend) | 20.00 |
| 24-Nov-2014 | Local meals, A. Birkenfeld, 11/24/14, 8:40PM | 13.00 |
| 25-Nov-2014 | Local meals, A. Birkenfeld, 11/25/14, 8:50PM | 16.30 |
| 17-Oct-2014 | Local travel, taxi/car service, C. Tepfer, 10/9/14, 11:57PM | 60.70 |
| 31-Oct-2014 | Local travel, taxi/car service, M. Dort, 10/20/14, 9:26PM | 92.25 |
| 04-Nov-2014 | Local travel, taxi/car service, V. Bergelson, 10/27/14, 10:17PM | 87.79 |
| 05-Nov-2014 | Local travel, taxi/car service, K. Sadeghi, 10/28/14, 10:03PM | 139.70 |
| 07-Nov-2014 | Local travel, taxi/car service, M. Dort, 10/21/14, 10:40PM | 87.89 |
| 11-Nov-2014 | Local travel, taxi/car service, D. Harris, 11/11/14, 9:03PM | 118.09 |
| 12-Nov-2014 | Local travel, taxi/car service, A. Birkenfeld, 11/12/14, 10:04PM | 8.30 |
| 12-Nov-2014 | Local travel, taxi/car service, K. Sadeghi, 11/4/14, 10:56PM | 116.42 |
| 13-Nov-2014 | Local travel, taxi/car service, A. Birkenfeld, 11/13/14, 9:20PM | 9.25 |
| 17-Nov-2014 | Local travel, taxi/car service, S. Martin, 11/17/14, 9:11PM | 23.10 |
| 17-Nov-2014 | Local travel, taxi/car service, J. Arett, 11/17/14, 10:10PM | 40.29 |
| 20-Nov-2014 | Local travel, taxi/car service, J. Arett, 11/20/14, 10:21PM | 44.04 |
| 24-Nov-2014 | Local travel, taxi/car service, A. Birkenfeld, 11/24/14, 9:59PM | 7.50 |
| 25-Nov-2014 | Local travel, taxi/car service, A. Birkenfeld, 11/25/14, 10:23PM | 8.60 |
| 31-Oct-2014 | EDiscovery Fees IRIS DATA SERVICES, INC., Data processing. Relativity database support and user fees. Project Management - October 2014 | 17,139.68 |
| 30-Nov-2014 | EDiscovery Fees IRIS DATA SERVICES, INC., IT Supplies & Services rendered through, eDiscovery support and Project management, hosting | 13,296.54 |
| 05-Nov-2014 | Court Filing Service, W. Hildbold, Court Call | 149.00 |
| 06-Nov-2014 | Business meals, 10 attendees, EFH meeting with B. Miller, 11/6/14 | 142.03 |
| 09-Nov-2014 | Business meals, 10 attendees, EFH meeting lunch with A. Lawrence, 11/3/14 | 153.56 |
| 10-Nov-2014 | Business meals, 8 attendees, Committee meeting with B. Miller, 11/10/14 | 153.64 |
| 23-Nov-2014 | Business meals, 12 attendees, EFH meeting dinner with B. Miller, 11/19/14 | 109.61 |

**MORRISON** | **FOERSTER**

073697-0000001
BANKRUPTCY OF ENERGY FUTURE HOLDINGS

Invoice Number:  5404278
Invoice Date: January 30, 2015

| Date | Description | Value |
|------|-------------|-------|
| 23-Nov-2014 | Business meals, 10 attendees, EFH meeting dinner with B. Miller, 11/12/14 | 156.86 |
| 24-Nov-2014 | Business meals, 7 attendees, Committee call dinner with B. Miller, 11/24/14 | 102.27 |
| | Total Disbursements | 75,958.76 |