# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., et al.,[1] | ) ) | Case No. 14-10979 (CSS) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, David Primack, hereby certify that on February 2, 2015, true and correct copies of the **First Monthly Fee Statement of Munger, Tolles & Olson, LLP** and **Second Monthly Fee Statement of Munger, Tolles & Olson, LLP** were served upon the parties on the attached list as indicated.

Dated:  February 2, 2015

McElroy, Deutsch, Mulvaney
& Carpenter, LLP

/s/ David Primack
David Primack, Esq. (No. 4449)
300 Delaware Avenue – Suite 770
Wilmington, Delaware 19801
Tel: (302) 300-4515
Facsimile: (302) 654-4031
dprimack@mdmc-law.com

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

## SERVICE LIST

| | | |
|---|---|---|
| Energy Future Holdings Corp., et al.<br>Attn: Andrew M. Wright and Cecily Gooch<br>1601 Bryan Street, 43rd Floor<br>Dallas, TX 75201<br>(via Overnight Delivery) | Richards, Layton & Finger, P.A.<br>Attn: Daniel J. DeFranceschi and Jason M. Madron<br>920 North King Street,<br>Wilmington, DE 19801<br>(via Hand Delivery) | U.S. Department of Justice Office of the U.S. Trustee<br>Attn: Andrea B. Schwartz<br>U.S. Federal Building<br>201 Varick Street, Room 1006<br>New York, NY 10014<br>(via Overnight Delivery) |
| Sullivan & Cromwell LLP<br>Attn: Andrew G. Dietderich, Brian D. Glueckstein, Michael H. Torkin and Mark U. Schneiderman<br>125 Broad Street<br>New York, NY 10004<br>(via Overnight Delivery) | United States Trustee<br>Attn: Richard L. Schepacarter<br>J. Caleb Boggs Federal Building<br>844 King Street, Room 2207<br>Wilmington, DE 19801<br>(via Hand Delivery) | Montgomery, McCracken, Walker and Rhoades, LLP<br>Attn: Natalie D. Ramsey<br>1105 N. Market Street, 5th Floor<br>Wilmington, DE 19801<br>(via Hand Delivery) |
| Milbank, Tweed, Hadley & McCloy LLP<br>Attn: Evan Fleck and Matthew Brod<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>(via Overnight Delivery) | Polsinelli PC<br>Attn: Christopher A. Ward<br>222 Delaware Avenue, Suite 1101<br>Wilmington, DE 19801<br>(via Hand Delivery) | Morrison & Foerster LLP<br>Attn: Lorenzo Marinuzzi and Jennifer Marines<br>250 W. 55th Street<br>New York, NY 10019<br>(via Overnight Delivery) |
| Shearman & Sterling LLP<br>Attn: Ned Schodek and Fredric Sosnick<br>599 Lexington Avenue<br>New York, NY 10022<br>(via Overnight Delivery) | Kirkland & Ellis LLP<br>Attn: Chad Husnick<br>300 North LaSalle<br>Chicago, IL 60654<br>(via Overnight Delivery) | Kirkland & Ellis LLP<br>Attn: Brian E. Schartz<br>601 Lexington Avenue<br>New York, NY 10022<br>(via Overnight Delivery) |
| Godfrey & Kahn, S.C.<br>Attn: Katherine Stadler<br>One East Main Street<br>Madison, WI 53703<br>(via Overnight Delivery) | | |