# EXHIBIT A

## SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY

(See Guidelines C.8. for project category information.)

| Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|
| Asset Disposition | | | 3.40 | $ 1,634.00 |
| Assumption/Rejection of Leases & Contracts | | | 3.10 | $ 1,703.00 |
| Avoidance Action Analysis | | | 0.60 | $ 390.00 |
| Bankruptcy-Related Advice | | | 25.00 | $ 11,654.00 |
| Business Operations | | | 4.60 | $ 2,500.00 |
| Case Administration | | | 19.40 | $ 6,918.00 |
| Claims Administration & Objections | | | 10.30 | $ 5,787.00 |
| Corporate Governance & Board Matters | | | 1.50 | $ 825.00 |
| Employee Benefits/Pensions | | | 1.40 | $ 588.00 |
| Employment/Fee Application Objections | | | 0.20 | $ 72.00 |
| Employment/Fee Applications | | | 78.90 | $ 38,107.50 |
| Financing & Cash Collateral | | | 0.80 | $ 393.00 |
| General Bankruptcy Advice/Opinions | | | 0.40 | $ 144.00 |
| Litigation Contested Matters(excl assump/rejection motions | | | 7.90 | $ 3,931.50 |
| Meetings of & Communications with Creditors or the Comm | | | 10.70 | $ 5,702.50 |
| Plan & Disclosure Statement (including business plan) | | | 0.90 | $ 378.00 |
| Relief from Stay/Adequate Protection Proceedings | | | 0.60 | $ 332.00 |
| Restructurings | | | 0.10 | $ 65.00 |
| | | | 1.50 | $ 681.00 |
| | | | 171.30 | $ 81,805.50 |

49091408.1

# **EXHIBIT B**

49541422.1

SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION

| Name | Title | Section | Date of First Admission | Fees Billed | Hours Billed | Hourly Rate Billed in This Application | Hourly Rate Billed in First Interim Application | Number of Rate Increases Since Case Inception |
|---|---|---|---|---|---|---|---|---|
| Bird, James E. | Shareholder | FR Bankruptcy and Restructuring | 10/15/1980 | $ 118.00 | 0.20 | 590 | 590 | 0 |
| Ward, Chris A. | Shareholder | FR Bankruptcy and Restructuring | 12/15/1999 | $ 38,935.00 | 59.90 | 650 | 650 | 0 |
| Blakely Paquet, Elizabe | Associate | FR Bankruptcy and Restructuring | 05/01/2014 | $ 150.00 | 0.50 | 300 | 300 | 0 |
| Edelson, Justin K. | Associate | FR Bankruptcy and Restructuring | 05/01/2007 | $ 32,088.00 | 76.40 | 420 | 420 | 0 |
| Vine, Jarrett K. | Associate | FR Bankruptcy and Restructuring | 01/01/2009 | $ 5,400.00 | 15.00 | 360 | 360 | 0 |
| Suprum, Lindsey M. | Paralegal | FR Bankruptcy and Restructuring |  | $ 5,114.50 | 19.30 | 265 | 265 | 0 |
|  |  |  |  | $ 81,805.50 | 171.30 | 478 |  |  |

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS

( See Guidelines C.3. for definitions of terms used in this Exhibit.)

| Category of Timekeeper (using categories already maintained by the firm) | BLENDED HOURLY RATE | |
|---|---|---|
| | BILLED OR COLLECTED Firm or offices for preceding year, excluding bankruptcy | BILLED In this fee application |
| Shareholder | $ 445.13 | $ 649.80 |
| Associate | $ 278.85 | $ 409.55 |
| Paralegal | $ 192.55 | $ 265.00 |
| | | |
| All timekeeprs averaged | $ 305.51 | $ 441.45 |

49091408.1

**EXHIBIT C**

## SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY

(See Guidelines C.8. for project category information.)

| Category | Amount |
|---|---|
| Client Advance | $ 258.00 |
| Document Reproduction | $ 41.25 |
| Deliveries | $ 15.00 |
| Filing Fees | $ 891.00 |
| On-Line Searches | $ 244.70 |
| Meals | $ 1,294.28 |
| Transcript of Proceedings | $ 227.00 |
| | **$ 2,971.23** |

49091408.1

# EXHIBIT D

## Detailed Description of Expenses and Disbursements

49541422.1



**POLSINELLI**

222 Delaware Ave., Suite 1101, Wilmington, DE 19801 | Phone: (302) 252-0920 www.polsinelli.com

This invoice reflects services performed and expenses incurred on your behalf. Your prompt attention is appreciated. Please contact us immediately to discuss any questions you may have. Thank you for this opportunity to serve you.

## Disbursements

| Date | Description | Amount |
| --- | --- | --- |
|  | Document Reproduction | $41.25 |
| 10/21/14 | Meals - - VENDOR: U S Bank Purebread Wilmington | 247.95 |
| 10/22/14 | Meals - - VENDOR: U S Bank Cavanaugh's Restaurant | 46.65 |
| 10/22/14 | Filing Fees - - VENDOR: U S Bank Courtcall; Prepare for Hearing | 163.00 |
| 10/25/14 | Filing Fees - - VENDOR: U S Bank Courtcall; Telephonic Appearance Tom Humphreys | 198.00 |
| 10/27/14 | Meals - - VENDOR: U S Bank Brew Ha Ha | 75.00 |
| 10/28/14 | Meals - - VENDOR: U S Bank Cavanaugh's Restaurant | 49.75 |
| 10/30/14 | Filing Fees - - VENDOR: U S Bank Courtcall; Telephonic Appearance | 156.00 |
| 10/31/14 | Meals - - VENDOR: U S Bank Moss Brandywine Town Center | 196.00 |
| 11/04/14 | Meals - - VENDOR: U S Bank Cavanaugh's Restaurant | 47.95 |
| 11/05/14 | Filing Fees - - VENDOR: U S Bank Courts/USDC; FCM/ECF Filing, Wimington Trust/Endeavour | 50.00 |
| 11/05/14 | Filing Fees - - VENDOR: U S Bank Courtcall; Telephonic Appearance T Humphres | 184.00 |
| 11/06/14 | Filing Fees - - VENDOR: U S Bank Courts/USDC; J Vine Pro Hac CM/ECF Filing | 25.00 |
| 11/06/14 | Filing Fees - - VENDOR: U S Bank Courts/USDC | 25.00 |
| 11/10/14 | Meals - - VENDOR: U S Bank Cavanaugh's Restaurant | 46.70 |
| 11/10/14 | Meals - - VENDOR: U S Bank Cavanaugh's Restaurant | 96.25 |
| 11/13/14 | Meals - - VENDOR: U S Bank Cavanaugh's Restaurant | 31.25 |
| 11/14/14 | On-Line Searches (Pacers) | 3.40 |
| 11/16/14 | Meals DLS Discovery LLC Cactus Cantina | 41.28 |
| 11/20/14 | Meals - - VENDOR: U S Bank Cavanaugh's Restaurant | 70.85 |
| 11/20/14 | Meals - - VENDOR: U S Bank Brew Ha Ha | 48.40 |
| 11/24/14 | Transcript of Proceedings Veritext New York Reporting Co. transcript | 159.80 |
| 11/29/14 | On-Line Searches (Pacer) | 241.30 |
| 11/30/14 | Meals DLS Discovery LLC | 104.50 |
| 12/02/14 | Meals Caretta A. Whitten | 25.75 |
| 12/07/14 | Deliveries DLS Discovery LLC Pickup Delivery service | 15.00 |
| 12/08/14 | Filing Fees Caretta A. Whitten Telephonic Appearance hearing A6600235 | 30.00 |
| 12/08/14 | Filing Fees Caretta A. Whitten Telephonic Appearance for hearing A6594283 | 30.00 |
| 12/08/14 | Filing Fees Caretta A. Whitten Telephonic Appearance for hearing A6600226 | 30.00 |

**Late Payment Charge: 1% per month may be charged on outstanding balances**
**Polsinelli PC, Polsinelli LLP in California**



**222 Delaware Ave., Suite 1101, Wilmington, DE 19801 | Phone: (302) 252-0920 www.polsinelli.com**

This invoice reflects services performed and expenses incurred on your behalf. Your prompt attention is appreciated. Please contact us immediately to discuss any questions you may have. Thank you for this opportunity to serve you.

| Date | Description | Amount |
|---|---|---|
| 12/19/14 | Transcript of Proceedings Veritext New York Reporting Co. electronic copy of transcript | 67.20 |
| 12/21/14 | Meals DLS Discovery LLC meals | 61.00 |
| 12/24/14 | Meals DLS Discovery LLC meals | 90.00 |
| 12/24/14 | Meals DLS Discovery LLC meals | 15.00 |
| 12/29/14 | Client Advance DLS Discovery LLC Print b/w from tiff or pdf (double side or three hole) | 258.00 |
| | **Total Disbursements** | **$2,971.23** |

Total Disbursements                                                                 2,971.23

**Total Current Charges Due**                                                   **$84,776.73**