# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: D.I. 662, 2036** |

## SECOND SUPPLEMENTAL DECLARATION OF ROBERT B. LITTLE IN SUPPORT OF THE APPLICATION OF THE DEBTORS FOR AN ORDER AUTHORIZING THE DEBTORS TO RETAIN AND EMPLOY GIBSON, DUNN & CRUTCHER LLP AS SPECIAL COUNSEL FOR CERTAIN CORPORATE AND LITIGATION MATTERS, EFFECTIVE *NUNC PRO TUNC* TO THE PETITION DATE

I, Robert B. Little, declare and state as follows:

1. I am a Partner with Gibson, Dunn & Crutcher LLP ("Gibson Dunn"), which has a place of business at 2100 McKinney Avenue, Suite 1100, Dallas, TX 75201.

2. I submit this second supplemental declaration, pursuant to sections 327(a), 328, and 330 of title 11 of the United States Code (the "Bankruptcy Code"), Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure, and Rule 2014-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, in further support of the *Application of Energy Future Holdings Corp., et al., for an Order Authorizing the Debtors to Retain and Employ Gibson, Dunn & Crutcher LLP as Special Counsel for Certain Corporate and Litigation Matters, Effective* Nunc Pro Tunc *to the Petition*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

*Date* [D.I. 662] (the "Application").[2]  Except as otherwise noted herein, I have personal knowledge of the matters set forth herein.

3. On May 29, 2014, the Debtors filed the Application.  In support of the Application, the Debtors filed the *Declaration of Robert B. Little in Support of the Application of the Debtors for an Order Authorizing the Debtors to Retain and Employ Gibson, Dunn & Crutcher LLP as Special Counsel for Certain Corporate and Litigation Matters, Effective* Nunc Pro Tunc *to the Petition Date* [D.I. 662] (the "First Little Declaration"), which was attached as Exhibit B to the Application.

4. On September 16, 2014, the Debtors filed the *First Supplemental Declaration of Robert B. Little in Support of the Application of the Debtors for an Order Authorizing the Debtors to Retain and Employ Gibson, Dunn & Crutcher LLP as Special Counsel for Certain Corporate and Litigation Matters, Effective* Nunc Pro Tunc *to the Petition Date* [D.I. 2036].

5. The Court approved the Application by its *Order Authorizing the Debtors to Retain and Employ Gibson, Dunn & Crutcher LLP as Special Counsel for Certain Corporate and Litigation Matters, Effective* Nunc Pro Tunc *to the Petition Date* [D.I. 2058] (the "Retention Order").

6. In the First Little Declaration, I disclosed my billing rate in effect at that time for matters related to these chapter 11 cases.  I also disclosed that Gibson Dunn's billing rates are subject to periodic adjustments to reflect economic and other conditions.  Pursuant to the Retention Order, Gibson Dunn must provide notice of changes to its billing rates during these chapter 11 cases.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

7. In accordance with ordinary practice, Gibson Dunn has consulted with the Debtors as to appropriate billing rates for 2015, and, pursuant to agreement between Gibson Dunn and the Debtors, billing rates for individual partners, of counsel, associates, and paraprofessionals will change effective as of February 17, 2015. The rates will change due to promotion and/or rate increases. Gibson Dunn's billing rates that will take effect on February 17, 2015, for the individuals who will be performing most of the work on behalf of the Debtors, range as follows:

| **Billing Category** | **Range**[*] |
|---|---|
| Partners | $805 - $1,175 |
| Of Counsel | $690 - $955 |
| Associates | $425 - $755 |
| Paraprofessionals | $370 - $395 |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on February 3, 2015.

*/s/ Robert B. Little*
Robert B. Little

---

[*] In 2014, certain matters (13, 16-18, and 22-24) were billed at a blended rate structure for Mr. Raiff and litigation associates. Two of those matters (matters 16 and 17) have concluded, and the Debtors have agreed to discontinue any blended rate structure for all other matters. Instead, attorneys will bill pursuant to the agreed-upon hourly rates for all matters.

RLF1 11447858v.1