IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) | (Jointly Administered) |
| | ) | **Ref. Docket No. 3299** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                    ) ss.:
COUNTY OF NEW YORK  )

CHRISTINA SIGUENZA, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 14, 2015, I caused to be served the "Amended Declaration of Disinterestedness of Husch Blackwell LLP Pursuant to the Order Authorizing the Retention and Compensation of Certain Professionals Utilized in the Ordinary Course of Business," dated January 7, 2015 [Docket No. 3299], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Christina Siguenza

Sworn to before me this
15th day of January, 2015

_____
Notary Public

CAROL IRIS ZHANG
Notary Public, State of New York
No. 01ZH6284996
Qualified in Kings County
Commission Expires July 01, 2017

**EXHIBIT A**

| | |
|---|---|
| **EFH_(LIST2002.DBF, REC2002) \*\*\* 29 \*\*\***<br>ENERGY FUTURE HOLDINGS CORP ET AL<br>ATTN: ANDREW M WRIGHT<br>1601 BRYAN ST 43RD FL<br>DALLAS, TX 75201 | **EFH_(LIST2002.DBF, REC2002) \*\*\* 1 \*\*\***<br>KIRKLAND & ELLIS LLP<br>(COUNSEL TO EFHC DEBTORS)<br>ATTN: RICHARD CIERI ESQ, EDWARD SASSOWER PC<br>STEPHEN HESSLER ESQ & BRIAN SCHARTZ ESQ<br>601 LEXINGTON AVE<br>NEW YORK, NY 10022 |
| **EFH_(LIST2002.DBF, REC2002) \*\*\* 2 \*\*\***<br>KIRKLAND & ELLIS LLP<br>(COUNSEL TO EFHC DEBTORS)<br>ATTN: JAMES HM SPRAYREGEN PC<br>CHAD HUSNICK ESQ & STEVEN SERAJEDDINI ESQ<br>300 N LASALLE<br>CHICAGO, IL 60654 | **EFH_(LIST2002.DBF, REC2002) \*\*\* 239 \*\*\***<br>MORRISON & FOERSTER LLP<br>(COUNSEL TO THE EFH CREDITORS COMMITTEE)<br>ATTN: JAMES PECK ESQ, BRETT H MILLER ESQ<br>LORENZO MARINUZZI ESQ<br>250 W 55TH ST<br>NEW YORK, NY 10019 |
| **EFH_(LIST2002.DBF, REC2002) \*\*\* 4 \*\*\***<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ATTN: RICHARD L. SCHEPACARTER<br>J. CALEB BOGGS FEDERAL BUILDING<br>844 KING STREET, SUITE 2207<br>WILMINGTON, DE 19801 | **EFH_(LIST2002.DBF, REC2002) \*\*\* 234 \*\*\***<br>OFFICE OF THE UNITED STATES TRUSTEE<br>U.S. FEDERAL OFFICE BUILDING<br>ATTN: ANDREA SCHWARTZ<br>201 VARICK STREET, SUITE 1006<br>NEW YORK, NY 10014 |
| **EFH_(LIST2002.DBF, REC2002) \*\*\* 23 \*\*\***<br>SHEARMAN & STERLING LLP<br>(COUNSEL TO DEUTSCHE BANK, AGENT TO EFIH<br>FIRST LIEN DIP FINANCING)<br>ATTN: FREDERICK SOSNICK ESQ &<br>NED SHODEK ESQ<br>599 LEXINGTON AVE<br>NEW YORK, NY 10022 | |