**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |

## AFFIDAVIT OF PUBLICATION

I, Breona Graper, being duly sworn, deposes and says:

(a) I am the Media Manager at Epiq Systems Class Action & Claims Solutions, a noticing administrator. I am over the age of eighteen years and am not a party to the above-captioned action, and;

(b) The Notice of which the annexed is a copy was published in the following publications on the following dates:

*Newspaper Publications –*
  On-Sale Dates: 9.24.14 – 10.15.14
  **See Attachment A** post-run schedule for publications & page numbers*

*Trade Publications –*
  On-Sale Dates: 9.15.14 – 10.15.14
  **See Attachment A** post-run schedule for publications & page numbers*

*Labor Union Publications –*
  On-Sale Dates: 9.12.14 – 10.1.14
  **See Attachment A** post-run schedule for publications & page numbers*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

_____
Breona Graper

COUNTY OF Washington )
STATE OF Oregon )

SUBSCRIBED AND SWORN TO BEFORE ME this 9th day of January, 2015.

_____
Kathleen C. Komraus
NOTARY PUBLIC

MY COMMISSION EXPIRES:

March 5, 2017

OFFICIAL SEAL
KATHLEEN C KOMRAUS
NOTARY PUBLIC - OREGON
COMMISSION NO. 476294
MY COMMISSION EXPIRES MARCH 05, 2017

# Attachment A

## Energy Future Holdings Corp.
Bar Date Notice



**Page Number Confirmation Schedule**
1/9/2015

**Newspaper Publications**

| Coverage | Publication | On-sale Date | Page Number |
|---|---|---|---|
| Abilene, TX | Abilene Reporter-News | 9/24/14 | 4D |
| Albany, NY | Albany Times Union | 9/24/14 | B8 |
| Albuquerque, MN | Albuquerque Journal | 9/24/14 | D5 |
| Allentown, PA | Allentown Morning Call | 9/24/14 | 8 |
| Alton, IL | Alton Telegraph | 9/24/14 | 3C |
| Annapolis, MD | Annapolis Capital | 9/24/14 | B16 |
| Arcadia, FL | Arcadian | 9/25/14 | 22 |
| Tucson, AZ | Arizona Daily Star | 9/24/14 | B14 |
| Flagstaff, AZ | Arizona Daily Sun | 9/24/14 | C3 |
| Phoenix, AZ | Arizona Republic | 9/24/14 | C2 |
| Little Rock, AR | Arkansas Democrat-Gazette | 9/24/14 | 2D |
| Arlington, TX | Arlington Citizen-Journal | 10/1/14 | 2A |
| Asheville, NC | Asheville Citizen-Times | 9/24/14 | C4 |
| Athens, TX | Athens Daily Review | 9/24/14 | 9A |
| Athens, OH | Athens Messenger | 9/24/14 | A2 |
| Austin, TX | Austin American-Statesman | 9/24/14 | D11 |
| Baltimore, MD | Baltimore Sun | 9/24/14 | 6 |
| Baton Rouge, LA | Baton Rouge Advocate | 9/24/14 | 5C |
| Bend, OR | Bend Bulletin | 9/24/14 | A5 |
| Billings, MT | Billings Gazette | 9/24/14 | 5E |
| Biloxi-Gulfport, MS | Biloxi-Gulfport Sun Herald | 9/24/14 | D2 |
| Bismarck, ND | Bismarck Tribune | 9/24/14 | 4C |
| Blytheville, AR | Blytheville Courier News | 9/25/14 | 15 |
| Bradenton, FL | Bradenton Herald | 9/24/14 | 3B |
| Brush, CO | Brush News-Tribune | 9/24/14 | 10 |
| Bryan, TX | Bryan/College Station Eagle | 9/24/14 | A6 |
| Buffalo, NY | Buffalo News | 9/24/14 | C2 |
| Camden, SC | Camden Chronicle-Independent | DNR | DNR |
| Cape Girardeau, MO | Cape Girardeau Southeast Missourian | 9/25/14 | 3B |
| Casper, WY | Casper Star-Tribune | 9/24/14 | C9 |
| Charleston, SC | Charleston Post And Courier | 9/24/14 | 4E |
| Charlotte, NC | Charlotte Observer | 9/24/14 | 3B |
| Rusk, TX | Cherokeean Herald | 9/24/14 | 8B |
| Chicago, IL | Chicago Tribune | 9/24/14 | 8 |
| Cincinnati, OH | Cincinnati Enquirer | 9/24/14 | D3 |
| Clatskanie, OR | Clatskanie Chief | 9/26/14 | 8 |
| Cleveland, MS | Cleveland Bolivar Commercial | 9/24/14 | 3 |
| Cleveland, OH | Cleveland Plain Dealer | 9/24/14 | G3 |
| Clinton, MO | Clinton Daily Democrat | 9/24/14 | 11 |
| Colorado City, TX | Colorado City Record | 9/25/14 | 4B |
| Bridgeport, CT | Connecticut Post | 9/24/14 | B11 |
| Plano, TX | Coppell Gazette | 9/28/14 | 10A |
| Corpus Christi, TX | Corpus Christi Caller-Times | 9/24/14 | 3E |
| Coshocton, OH | Coshocton Tribune | 9/24/14 | 5A |
| Dallas, TX | Dallas Morning News | 9/24/14 | 5B |
| Danville, VA | Danville Register & Bee | 9/24/14 | 7B |
| Darlington, SC | Darlington News & Press | 9/24/14 | 7B |
| Dayton, OH | Dayton Daily News | 9/24/14 | C4 |
| Denver, CO | Denver Post | 9/24/14 | 21A |
| Des Moines, IA | Des Moines Register | 9/24/14 | 7C |
| Duluth, MN | Duluth News-Tribune | 9/24/14 | D5 |
| Eastland, TX | Eastland County Today | 9/25/14 | D5 |
| Easton, PA | Easton Express-Times | 9/25/14 | A11 |
| Edwardsville, IL | Edwardsville Intelligencer | 9/24/14 | 9 |
| Dallas, TX | El Heraldo News | 9/26/14 | 6 |
| Elgin, TX | Elgin Courier | 9/24/14 | 8 |
| Fairfield, TX | Fairfield Recorder | 9/25/14 | 11 |
| Fargo, ND | Fargo Forum | 9/24/14 | C4 |

| City | Publication | Date | Page |
|---|---|---|---|
| Jacksonville, FL | *Florida Times-Union* | 9/24/14 | B3 |
| Forrest City, AR | *Forrest City Times-Herald* | 10/2/14 | 7 |
| Rosenberg, TX | *Fort Bend Herald* | 9/24/14 | 7A |
| Fort Worth, TX | *Fort Worth Star-Telegram* | 9/24/14 | 12C |
| Franklin, TX | *Franklin News Weekly* | 9/24/14 | 5 |
| Fairfield, TX | *Freestone County Times* | 9/24/14 | 4D |
| Galveston, TX | *Galveston County Daily News* | 9/24/14 | C3 |
| Glen Rose, TX | *Glen Rose News* | 9/18/14 | 5 |
| Glen Rose, TX | *Glen Rose Reporter* | 10/9/14 | B6 |
| Douglas, WY | *Glenrock Independent* | 9/25/14 | B5 |
| Goldsboro, NC | *Goldsboro News-Argus* | 9/24/14 | 2B |
| Graham, TX | *Graham Leader* | 9/24/14 | 11 |
| Grand Rapids, MI | *Grand Rapids Press* | 9/25/14 | A4 |
| Groesbeck, TX | *Groesbeck Journal* | 9/25/14 | 8B |
| Lewis Center, OH | *Grove City Record* | 9/25/14 | A30 |
| Harrisburg, PA | *Harrisburg Patriot-News* | 9/25/14 | B6 |
| Hartford, CT | *Hartford Courant* | 9/24/14 | C7 |
| Helena, AR | *Helena Daily World* | 9/26/14 | 9 |
| Henderson, TX | *Henderson Daily News* | 9/24/14 | 6 |
| Highland, IL | *Highland News Leader* | 9/25/14 | D2 |
| Jackson, MS | *Hinds Ledger* | 9/24/14 | 3A |
| Granbury, TX | *Hood County News* | 10/4/14 | 2B |
| Houston, TX | *Houston Chronicle* | 9/24/14 | B2 |
| Indiana, PA | *Indiana Gazette* | 9/24/14 | 19 |
| Indianapolis, IN | *Indianapolis Star* | 9/24/14 | C3 |
| Lancaster, PA | *Intelligencer Journal/Lancaster New Era* | 9/24/14 | D5 |
| Jackson, MS | *Jackson Clarion Ledger* | 9/24/14 | 11A |
| Jackson, TN | *Jackson Sun* | 9/26/14 | A6 |
| Jacksonville, TX | *Jacksonville Daily Progress* | 9/25/14 | A14 |
| North Little Rock, AR | *Jacksonville Patriot/North Little Rock Times/Sherwood Voice Combo* | 9/25/14 | 5B |
| Jamestown, NY | *Jamestown Post-Journal* | 9/24/14 | B2 |
| Johnstown, PA | *Johnstown Tribune-Democrat* | 9/24/14 | B3 |
| Joplin, MO | *Joplin Globe* | 9/24/14 | 1D |
| Junction, TX | *Junction Eagle* | 9/24/14 | 10 |
| Kansas City, MO | *Kansas City Star* | 9/24/14 | B2 |
| Lehighton, PA | *Lehighton Times News* | 9/24/14 | 18 |
| Lexington, TX | *Lexington Leader* | 9/25/14 | D3 |
| Longview, TX | *Longview News-Journal* | 9/24/14 | 6B |
| Lumberton, NC | *Lumberton Robesonian* | 9/24/14 | 3B |
| Madison, FL | *Madison Enterprise Recorder* | 9/26/14 | 13 |
| Mabank, TX | *Malakoff News* | 9/26/14 | 11 |
| Malvern, AR | *Malvern Daily Record* | 9/24/14 | 9 |
| Memphis, TN | *Memphis Commercial Appeal* | 9/24/14 | 2C |
| Virginia, MN | *Mesabi Daily News* | 9/24/14 | B3 |
| Mesquite, TX | *Mesquite News* | 10/2/14 | 6A |
| Mexia, TX | *Mexia News* | 9/25/14 | 7 |
| Miami, FL | *Miami Herald* | 9/24/14 | 6D |
| Middleburg, PA | *Middleburg Union County Times* | 9/26/14 | 7 |
| Milwaukee, WI | *Milwaukee Journal Sentinel* | 9/24/14 | 3B |
| Minneapolis, MN | *Minneapolis Star Tribune* | 9/24/14 | K1 |
| Monahans, TX | *Monahans News* | 9/25/14 | 9 |
| Morgan City, LA | *Morgan City Daily Review* | 9/24/14 | 3 |
| Mount Vernon, TX | *Mount Vernon Optic-Herald* | 9/25/14 | A5 |
| Mount Pleasant, TX | *Mt. Pleasant Daily Tribune* | 9/24/14 | 9A |
| Nashville, TN | *Nashville Tennessean* | 9/24/14 | 3C |
| Natchez, MS | *Natchez Democrat* | 9/24/14 | 2A |
| New Orleans, LA | *New Orleans Times-Picayune* | 9/24/14 | D3 |
| New York, NY | *New York Times* | 9/24/14 | B5 |
| Newark, NJ | *Newark Star-Ledger* | 9/24/14 | 35 |
| Melville, NY | *Newsday* | 9/24/14 | B8 |
| Niagara Falls, NY | *Niagara Gazette* | 9/24/14 | 6B |
| Odessa, TX | *Odessa American* | 9/24/14 | 3D |
| Omaha, NE | *Omaha World-Herald* | 9/24/14 | 6B |
| Orlando, FL | *Orlando Sentinel* | 9/24/14 | C7 |
| Osawatomie, KS | *Osawatomie Graphic* | 9/24/14 | A10 |

| Coverage | Publication | On-sale Date | Page Number |
|---|---|---|---|
| West Monroe, LA | *Ouachita Citizen* | 9/25/14 | 6B |
| Paducah, KY | *Paducah Sun* | 9/24/14 | 3B |
| Palatka, FL | *Palatka Daily News* | 9/24/14 | 11A |
| West Palm Beach, FL | *Palm Beach Post* | 9/24/14 | A7 |
| Carthage, TX | *Panola Watchman* | 9/24/14 | 4B |
| Paris, TX | *Paris News* | 9/24/14 | 6 |
| Philadelphia, PA | *Philadelphia Inquirer* | 9/24/14 | B7 |
| Pittsburg, TX | *Pittsburg Gazette* | DNR | DNR |
| Williston, ND | *Plains Reporter* | 9/24/14 | A7 |
| Plano, TX | *Plano Star Courier* | 9/28/14 | 12A |
| Port Lavaca, TX | *Port Lavaca Wave* | 9/24/14 | B5 |
| Portland, OR | *Portland Oregonian* | 9/24/14 | C6 |
| Pottsville, PA | *Pottsville Republican & Herald* | 9/24/14 | 16 |
| Provo, UT | *Provo Daily Herald* | 9/24/14 | C4 |
| Raleigh, NC | *Raleigh News & Observer* | 9/24/14 | 7A |
| Springfield, TN | *Robertson County Times* | 9/24/14 | B4 |
| Rockdale, TX | *Rockdale Reporter* | 9/25/14 | 5C |
| West Harrison, NY | *Rockland Express* | 10/9/14 | 4 |
| Greenville, TX | *Rockwall County Herald-Banner* | 9/26/14 | A2 |
| Salt Lake City, UT | *Salt Lake Tribune/Deseret News Combo* | 9/24/14 | 12D |
| San Angelo, TX | *San Angelo Standard-Times* | 9/24/14 | 4D |
| San Antonio, TX | *San Antonio Express-News* | 9/24/14 | C6 |
| Sarasota, FL | *Sarasota Herald-Tribune* | 9/24/14 | B2 |
| Scappoose, OR | *Scappoose Spotlight* | 9/26/14 | B5 |
| Sherman, TX | *Sherman Herald Democrat* | 9/24/14 | B9 |
| Shreveport, LA | *Shreveport Times* | 9/24/14 | 8B |
| Sioux City, IA | *Sioux City Journal* | 9/24/14 | C9 |
| Middleburg, PA | *Snyder County Times* | 9/26/14 | 10 |
| Fort Lauderdale, FL | *South Florida Sun-Sentinel* | 9/24/14 | 17A |
| Springfield, IL | *Springfield State Journal Register* | 9/24/14 | 15 |
| Saint Augustine, FL | *St. Augustine Record* | 9/24/14 | 3B |
| Boutte, LA | *St. Charles Herald-Guide* | 9/25/14 | 4B |
| Saint Louis, MO | *St. Louis Post Dispatch* | 9/24/14 | C11 |
| Sulphur Springs, TX | *Sulphur Springs News-Telegram* | 9/24/14 | 7 |
| Sunbury, PA | *Sunbury Daily Item* | 9/24/14 | C6 |
| Saint Petersburg, FL | *Tampa Bay Times* | 9/24/14 | 2F |
| Teague, TX | *Teague Chronicle* | 9/25/14 | B6 |
| Texarkana, TX | *Texarkana Gazette* | 9/24/14 | 3D |
| Town And Country, MO | *Town And Country Suburban Journals* | 10/15/14 | B7 & B9 |
| Tyler, TX | *Tyler Morning Telegraph/Courier Times-Telegraph* | 9/24/14 | 7C |
| National | *USA Today* | 9/24/14 | 5B |
| Victoria, TX | *Victoria Advocate* | 9/24/14 | E3 |
| Waco, TX | *Waco Tribune-Herald* | 9/24/14 | 4C |
| National | *Wall Street Journal* | 9/24/14 | C15 |
| Waterloo, IA | *Waterloo Courier* | 9/24/14 | C8 |
| Watertown, NY | *Watertown Daily Times - NY* | 9/24/14 | C5 |
| White Plains, NY | *White Plains Journal News* | 10/3/14 | 11C |
| Wichita, KS | *Wichita Eagle* | 9/24/14 | 3D |
| Wichita Falls, TX | *Wichita Falls Times Record News* | 9/24/14 | 2B |
| Wilmington, NC | *Wilmington Star-News* | 9/24/14 | 5E |
| Decatur, TX | *Wise County Messenger* | 9/24/14 | 10 |
| Tempe, AZ | *Wrangler News* | 10/4/14 | 31 |
| York, PA | *York Newspaper Company* | 9/24/14 | C3 & B6 |

**Trade Publications**

| Coverage | Publication | On-sale Date | Page Number |
|---|---|---|---|
| National | *AWCI's Construction Dimensions* | 10/15/14 | 50 |
| National | *Contractor Magazine* | 10/9/14 | 242 |
| National | *EC&M (Electrical Construction & Maintenance)* | 9/23/14 | 53 |
| National | *Electrical Contractor* | 10/15/14 | 110 |
| National | *Insulation Outlook* | 10/1/14 | 35 |
| National | *PHC News* | 10/10/14 | 26 |
| National | *Plumbing & Mechanical* | 10/10/14 | 69 |
| National | *Walls & Ceilings* | 10/3/14 | 48 |
| National | *Western Roofing/Insulation/Siding* | 9/15/14 | 22 |

**Labor Union Publications**

| Coverage | Publication | On-sale Date | Page Number |
|---|---|---|---|
| Cleveland, OH | *Cleveland Citizen/Ohio Labor Citizen* | 9/12/14 | 27 |
| Detroit, MI | *Detroit Building Tradesman* | 9/12/14 | 4 |
| Duluth, MN | *Duluth Labor World* | 9/24/14 | 6 |
| Kansas City, MO/KS | *Kansas City Labor Beacon* | 9/15/14 | 3 |
| Minneapolis, MN | *Minneapolis Labor Review* | 9/26/14 | 9 |
| Peoria, IL | *Labor Paper* | 9/18/14 | 7 |
| Chicago, IL | *Labor Record* | 9/11/14 | 8 |
| Portland, OR | *Northwest Labor Press* | 9/19/14 | 5 |
| Sacramento, CA | *Sacramento Valley Bulletin* | 10/1/14 | 16 |
| St. Louis, MO/IL | *St. Louis Labor Tribune* | 9/18/14 | 19 |
| St. Paul, MN | *St. Paul Union Advocate* | 10/1/14 | 5 |
| San Mateo, CA | *San Mateo Co. Labor* | DNR | DNR |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

In re:
ENERGY FUTURE HOLDINGS CORP., et al.,[1]
Debtors.

Chapter 11
Case No. 14-10979 (CSS)
Jointly Administered

**NOTICE OF DEADLINES FOR THE FILING OF NON-CUSTOMER PROOFS OF CLAIM, INCLUDING REQUESTS FOR PAYMENTS UNDER SECTION 503(b)(9) OF THE BANKRUPTCY CODE**

**THE GENERAL BAR DATE IS OCTOBER 27, 2014**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

**Deadlines for Filing Proofs of Claim**. On August 18, 2014, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order [D.I. 1866] (the "Bar Date Order") establishing certain deadlines for the filing of proofs of claim, including requests for payment under section 503(b)(9) of the Bankruptcy Code, in the chapter 11 cases of the following debtors and debtors in possession (collectively, the "Debtors"):

**Debtor and Case Number**
Energy Future Holdings Corp. 14-10979 (CSS) 4Change Energy Company 14-10980 (CSS) 4Change Energy Holdings LLC 14-10981 (CSS) Big Brown 3 Power Company LLC 14-10983 (CSS) Big Brown Lignite Company LLC 14-10986 (CSS) Big Brown Power Company LLC 14-10988 (CSS) Brighten Energy LLC 14-10991 (CSS) Brighten Holdings LLC 14-10995 (CSS) Collin Power Company LLC 14-10998 (CSS) Dallas Power & Light Company, Inc. 14-11000 (CSS) DeCordova II Power Company LLC 14-11003 (CSS) DeCordova Power Company LLC 14-10982 (CSS) Eagle Mountain Power Company LLC 14-10984 (CSS) EBASCO SERVICES OF CANADA LIMITED 14-10987 (CSS) EEC Holdings, Inc. 14-10990 (CSS) EECI, Inc. 14-10992 (CSS) EFH Australia (No. 2) Holdings Company LLC 14-10994 (CSS) EFH CG Holdings Company LP 14-11047 (CSS) EFH CG Management Company LLC 14-11048 (CSS) EFH Corporate Services Company 14-10996 (CSS) EFH Finance (No. 2) Holdings Company 14-10999 (CSS) EFH FS Holdings Company 14-11004 (CSS) EFH Renewables Company LLC 14-11006 (CSS) EFIH FINANCE INC. 14-11001 (CSS) Energy Future Competitive Holdings Company LLC 14-11005 (CSS) Energy Future Intermediate Holding Company LLC 14-11008 (CSS) Generation Development Company LLC 14-11017 (CSS) Generation MT Company LLC 14-11021 (CSS) Generation SVC Company 14-11025 (CSS) Lake Creek 3 Power Company LLC 14-11029 (CSS) Lone Star Energy Company, Inc. 14-11031 (CSS) Lone Star Pipeline Company, Inc. 14-11036 (CSS) LSGT Gas Company LLC 14-11039 (CSS) LSGT SACROC, Inc. 14-11012 (CSS) Luminant Big Brown Mining Company LLC 14-11018 (CSS) Luminant Energy Company LLC 14-11023 (CSS) Luminant Energy Trading California Company 14-11026 (CSS) Luminant ET Services Company 14-11030 (CSS) Luminant Generation Company LLC 14-11032 (CSS) Luminant Holding Company LLC 14-11037 (CSS) Luminant Mineral Development Company LLC 14-11040 (CSS) Luminant Mining Company LLC 14-11042 (CSS) Luminant Renewables Company LLC 14-11044 (CSS) Martin Lake 4 Power Company LLC 14-11010 (CSS) Monticello 4 Power Company LLC 14-11011 (CSS) Morgan Creek 7 Power Company LLC 14-11014 (CSS) NCA Development Company LLC 14-11016 (CSS) NCA Resources Development Company LLC 14-11019 (CSS) Oak Grove Management Company LLC 14-11022 (CSS) Oak Grove Mining Company LLC 14-11024 (CSS) Oak Grove Power Company LLC 14-11027 (CSS) Sandow Power Company LLC 14-11033 (CSS) Southwestern Electric Service Company, Inc. 14-11035 (CSS) TCEH Finance, Inc. 14-11028 (CSS) Texas Competitive Electric Holdings Company LLC 14-10978 (CSS) Texas Electric Service Company, Inc. 14-11034 (CSS) Texas Energy Industries Company, Inc. 14-11038 (CSS) Texas Power & Light Company, Inc. 14-11041 (CSS) Texas Utilities Company, Inc. 14-11043 (CSS) Texas Utilities Electric Company, Inc. 14-11045 (CSS) Tradinghouse 3 & 4 Power Company LLC 14-11046 (CSS) Tradinghouse Power Company LLC 14-10985 (CSS) TXU Electric Company, Inc. 14-10989 (CSS) TXU Energy Receivables Company LLC 14-10993 (CSS) TXU Energy Retail Company LLC 14-10997 (CSS) TXU Energy Solutions Company LLC 14-11002 (CSS) TXU Receivables Company 14-11007 (CSS) TXU Retail Services Company 14-11009 (CSS) TXU SEM Company 14-11013 (CSS) Valley NG Power Company LLC 14-11015 (CSS) Valley Power Company LLC 14-11020 (CSS)

**The General Bar Date**. Pursuant to the Bar Date Order, *all* entities, including governmental units, individuals, partnerships, estates, and trusts who have a claim or potential claim against the Debtors that arose prior to April 29, 2014, no matter how remote or contingent such right to payment or equitable remedy may be, *including* requests for payment under section 503(b)(9) of the Bankruptcy Code, MUST FILE A PROOF OF CLAIM on or before **October 27, 2014 at 5:00 p.m., prevailing Eastern Time** (the "General Bar Date").

**ANY PERSON OR ENTITY WHO FAILS TO FILE A PROOF OF CLAIM, INCLUDING ANY REQUEST FOR PAYMENT UNDER SECTION 503(b)(9) OF THE BANKRUPTCY CODE ON OR BEFORE THE GENERAL BAR DATE, SHALL NOT BE TREATED AS A CREDITOR WITH RESPECT TO SUCH CLAIM FOR THE PURPOSES OF VOTING AND DISTRIBUTION ON ANY CHAPTER 11 PLAN.**

**Filing a Proof of Claim**. Each proof of claim must be filed, including supporting documentation, by U.S. Mail or other hand delivery system, so as to be **actually received** by the Debtors' notice and claims agent, Epiq Bankruptcy Solutions, LLC ("Epiq") on or before the General Bar Date (or, where applicable, on or before any other bar date as set forth in the Bar Date Order) at one of the following addresses:

If by First-Class Mail:

Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
Grand Central Station, P.O. Box 4613
New York, NY 10163-4613

If by Hand Delivery or Overnight Mail:

Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017

**Contents of Proofs of Claim**. Each proof of claim must (i) be written in English; (ii) include a claim amount denominated in United States dollars; (iii) clearly identify the Debtor against which the claim is asserted; (iv) conform substantially with the Proof of Claim Form provided by the Debtors or Official Form 10; (v) be signed by the claimant or by an authorized agent or legal representative of the claimant; and (vi) include as attachments any and all supporting documentation on which the claim is based. **Please note** that each proof of claim must state a claim against only one Debtor and clearly indicate the specific Debtor against which the claim is asserted. To the extent more than one Debtor is listed on the proof of claim, a proof of claim is treated as if filed only against the first-listed Debtor, or if a proof of claim is otherwise filed without identifying a specific Debtor, the proof of claim may be deemed as filed only against Energy Future Holdings Corp.

**Section 503(b)(9) Requests for Payment**. Any proof of claim and/or priority asserting a claim arising under section 503(b)(9) of the Bankruptcy Code must also (i) include the value of the goods delivered to and received by the Debtors in the 20 days prior to the Petition Date; (ii) attach any documentation identifying the particular invoices for which such 503(b)(9) claim is being asserted; and (iii) attach documentation of any reclamation demand made to the Debtors under section 546(c) of the Bankruptcy Code (if applicable).

**Additional Information**. If you require additional information regarding the filing of a proof of claim, you may contact the Debtors' claims agent, Epiq, directly by writing to: Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Bankruptcy Solutions, LLC, Grand Central Station, P.O. Box 4613, New York, NY 10163-4613 or contact the Debtors' restructuring hotline at: (877) 276-7311. **Please note** that Epiq **cannot** offer legal advice or advise whether you should file a proof of claim.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.