IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

**DEBTORS' MOTION FOR LEAVE TO FILE AND SERVE A LATE
REPLY IN RESPONSE TO ANY OBJECTIONS FILED IN CONNECTION
WITH "SECOND MOTION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*,
FOR ENTRY OF AN ORDER EXTENDING THE DEBTORS' EXCLUSIVE PERIODS
TO FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THEREOF
PURSUANT TO SECTION 1121 OF THE BANKRUPTCY CODE" [D.I. 3338]**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby file this motion for leave (the "Motion for Leave"), pursuant to Rule 9006-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), to file and serve a reply and any statements that conflicts matters counsel for each of the respective estates may file (collectively, the "Replies"), beyond the deadline set forth in Local Rule 9006-1(d),[2] in response to any responses that have been or may be filed by any of (i) the Official Committee of Unsecured Creditors of Energy Future Competitive Holdings Company LLC ("EFCH"), EFCH's direct subsidiary, Texas Competitive Electric Holdings

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Upon information and belief, conflicts matter counsel for each of (i) Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC (ii) Energy Future Holdings Corp. and (iii) Energy Future Intermediate Holdings Company LLC might wish to file joinders to the Reply; the Debtors respectfully request that the extension of their deadline to file the Reply also apply to any such joinders.

Company LLC and their direct and indirect subsidiaries, and EFH Corporate Services Company, (ii) the Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc., (the "EFH Creditors Committee") (iii) the Ad Hoc Committee of TCEH First Lien Creditors, (iv) the Ad Hoc Committee of EFIH Unsecured Noteholders, (v) Fidelity Management & Research Company and certain of its affiliates, (vi) the ad hoc group of EFIH Second Lien Noteholders, (vii) UMB Bank, N.A., and (viii) Alcoa Inc. (collectively, (i)-(viii), together with any other party that may file a response in connection with the *Second Motion of Energy Future Holdings Corp., et al., for Entry of an Order Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code*, dated January 20, 2015 [D.I. 3338] (the "Second Exclusivity Extension Motion") are the "Respondents"). In support of this Motion for Leave, the Debtors respectfully represent as follows:

## JURISDICTION

1. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.[3]

## BACKGROUND

2. On January 20, 2015, the Debtors filed the Second Exclusivity Extension Motion and the *Declaration of Paul Keglevic in Support of the Second Motion of Energy Future Holdings Corp., et al., for Entry of an Order Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code* [D.I. 3339]

---

[3] Pursuant to Local Rule 9013-1(f), the Debtors hereby confirm their consent to the entry of a final order by this Court in connection with this Motion for Leave if it is later determined that this Court, absent consent of the parties, cannot enter final orders or judgments in connection therewith consistent with Article III of the United States Constitution.

2

in support thereof. Pursuant to the Second Exclusivity Extension Motion, the Debtors are seeking entry of an order (a) extending the periods during which the Debtors have the exclusive right to file a chapter 11 plan to the end of the statutory period provided by section 1121 of the Bankruptcy Code, through and including October 29, 2015, and (b) extending the Filing Exclusivity Period for an additional 60 days to solicit votes on such a chapter 11 plan, as provided by section 1121 of the Bankruptcy Code, through and including December 29, 2015.

3. As described below, since the filing of the Second Exclusivity Extension Motion, the Debtors have engaged in discussions with a number of the Respondents regarding a revised form of order and have negotiated a consensual four-month extension of their exclusivity periods (through and including June 23, 2015), with an automatic two-month extension (through and including August 23, 2015) if the Debtors file a plan by June 23, 2015 (the "Negotiated Order"). A copy of the Negotiated Order and a redline of the Negotiated Order against the proposed order filed with the Second Exclusivity Extension Motion will be filed substantially contemporaneously herewith.

4. The Second Exclusivity Extension Motion is scheduled to be heard at the hearing scheduled to take place before the Court on February 10, 2015 starting at 9:30 a.m. (Eastern Standard Time) (the "Hearing"). Pursuant to the *Notice of "Second Motion of Energy Future Holdings Corp., et al., for Entry of an Order Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code" and Hearing Thereon* filed and served along with the Second Exclusivity Extension Motion, the deadline for all parties-in-interest to file responses or objections to the Second Exclusivity Extension Motion was 4:00 p.m. (Eastern Standard Time) on February 3, 2015 (the "Objection Deadline").

5. In order to facilitate constructive discussions with the Respondents concerning the relief requested by the Debtors in the Second Exclusivity Extension Motion, and in an effort to try

and resolve and/or limit the Respondents' concerns and potential objections to the Second Exclusivity Extension Motion, the Debtors agreed to extend the Objection Deadline for the vast majority of the Respondents to February 4, 2015 at 4:00 p.m. (Eastern Standard Time).

6.  As of the date hereof, three objections (the "Filed Objections"), one response, and a statement of support from the EFH Creditors' Committee supporting the Negotiated Order have been filed with respect to the Second Exclusivity Extension Motion. As will be detailed on the record at the Hearing, the Debtors have resolved two of the Filed Objections. That being said, a number of the Respondents have filed substantive responses to the Second Exclusivity Extension Motion. The Debtors would like the official docket and record to reflect the Debtors' views on these responses. In order to (a) thoughtfully respond to any such responses, (b) continue efforts to further resolve the remaining Filed Objection, and (c) provide the conflicts matter advisors with an opportunity to provide their views to the Court and all other stakeholders, the Debtors seek permission to file and serve the Replies after the deadline afforded under Local Rule 9006-1(d).

## RELIEF REQUESTED

7.  By this Motion for Leave, the Debtors seek authority, pursuant to Local Rule 9006-1(d), to file and serve the Replies on or before 12:00 p.m. (noon) (Eastern Standard Time) on February 9, 2015.[4]

## BASIS FOR RELIEF

8.  Pursuant to Local Rule 9006-1(d), "[r]eply papers may be filed and, if filed, shall be served so as to be received by 4:00 p.m. prevailing Eastern Time the day prior to the deadline for filing the agenda." See Del. Bankr. L.R. 9006-1(d).

9.  The agenda for the Hearing (currently set for February 10, 2015 starting at 9:30 a.m.

---

[4] Although on its face, the language of Local Rule 9006-1(d) sets a deadline for *service* of a reply, rather than a deadline for *filing* a reply, the Debtors seek a waiver of the rule out of an abundance of caution to the extent that the Court believes that the rule should be read to set a deadline for *serving* a reply.

(Eastern Standard Time)) is due to be filed with the Court by 12:00 p.m. (noon) (Eastern Standard Time) on Friday, February 6, 2015. As noted above, Local Rule 9006-1(d) therefore requires that the Debtors file and serve any replies with the Court on or before 4:00 p.m. (Eastern Standard Time) on Thursday, February 5, 2015. However, the Debtors' extension of the Objection Deadline for the Respondents does not provide them with sufficient time to prepare and file replies to any objections that might be filed by the Respondents within the time frame provided by Local Rule 9006-1(d). Accordingly, absent leave of Court, the Debtors will be unduly constrained in their ability to file and serve the Replies in full compliance with Local Rule 9006-1(d).

10. The Debtors submit, however, that the Court should grant an extension of the time in which to file the Replies under Local Rule 9006-1(d). As a result of the extension of the Objection Deadline for the Respondents, absent leave of Court, the Debtors will be unduly constrained in their ability to reply to any objections that the Respondents have filed or might file in response to the Second Exclusivity Extension Motion and to resolve the outstanding Filed Objection. At the same time, the Debtors respectfully submit that the Replies will assist the Court in its consideration of the issues raised in any objection that might be filed by any of the Respondents. Absent leave of Court to file the Replies, the Debtors may be unable to submit an appropriate written response to any objections or responses to the Second Exclusivity Extension Motion that the Respondents might file, putting the Debtors in the difficult position of presenting their arguments in reply for the first time at the Hearing. The Debtors believe that the Replies, will (i) fully inform the Court of the Debtors' arguments regarding the issues presented in the Second Exclusivity Extension Motion; (ii) assist the Court in deciding the merits of the Second Exclusivity Extension Motion and any objections or responses thereto; and (iii) help narrow disputed issues, if any, thereby serving to streamline the Hearing.

5

RLF1 11450908v.1

WHEREFORE the Debtors respectfully request that the Court enter an order, substantially in the form attached as **Exhibit A**, authorizing the Debtors to file and serve the Replies on or before Monday, February 9, 2015 at 12:00 p.m. (noon) (Eastern Standard Time).

*[Remainder of page intentionally left blank.]*

Dated: February 5, 2015
Wilmington, Delaware

/s/ Jason M. Madron

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
  defranceschi@rlf.com
  madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   edward.sassower@kirkland.com
  stephen.hessler@kirkland.com
  brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
  marc.kieselstein@kirkland.com
  chad.husnick@kirkland.com
  steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession

RLF1 11450908v.1