**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**CERTIFICATION OF COUNSEL**
**(re: D.I. 3324)**

I, David M. Klauder, Esquire, of O'Kelly Ernst & Bielli, LLC, counsel to Energy Future Holdings Corp. (the "EFH Corp."), hereby certify the following:

On January 16, 2015, EFH Corp. filed the Debtor Energy Future Holdings Corp.'s Application for Entry of an Order Authorizing the Retention and Employment of SOLIC Capital Advisors, LLC as Financial Advisors for Debtor and Debtor in Possession Energy Future Holdings Corp. Effective *Nunc Pro Tunc* to December 18 2014 (the "Retention Application") (D.I. 3324).

After receiving informal comments to the Retention Application from counsel for the United States Trustee, I addressed several questions and amended the proposed form of order to the Retention Application. A true and correct copy of the revised proposed form of order I submitted to counsel for the United States Trustee is attached as Exhibit A. A black-lined copy of the proposed form of order showing changes from the form of order submitted with the Retention Application is attached as Exhibit B. Counsel for the United States Trustee has indicated that the United States Trustee's issues regarding the Retention Application have been addressed and that the United States Trustee has no objection to the Retention Application.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

The deadline to answer, object or otherwise respond to the Retention Application was February 2, 2015.  To date, I have received no answer, objection or other responsive pleading to the Retention Application.  Furthermore, I have reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Retention Application appears thereon.

It is hereby respectfully requested that the revised proposed order attached hereto as Exhibit A be entered at the earliest convenience of the Court.

**O'KELLY ERNST & BIELLI, LLC**

Date: February 5, 2015

*/s/ David M. Klauder*
David M. Klauder (No. 5769)
Shannon J. Dougherty (No. 5740)
901 N. Market Street, Suite 1000
Wilmington, DE 19801
Phone: (302) 778-4000
Fax: (302) 295-2873
dklauder@oeblegal.com
sdougherty@oeblegal.com

*Counsel to the Debtor*
*Energy Future Holdings Corp.*