IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |
|  | ) **Re: D.I. 2992, 3236** |
|  | ) |

**CERTIFICATION OF COUNSEL REGARDING
"DEBTORS' THIRD OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (NO SUPPORTING DOCUMENTATION) CLAIMS
PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1" [D.I. 2992]**

The undersigned hereby certifies as follows:

1. On December 12, 2014 the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed with the United States Bankruptcy Court for the District of Delaware (the "Court") the *Debtors' Third Omnibus (Non-Substantive) Objection to (No Supporting Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1* [D.I. 2992] (the "Objection").[2]

2. On January 12, 2015, the Court entered the *Order Sustaining Debtors' Third Omnibus (Non-Substantive) Objection to (No Supporting Documentation) Claims Pursuant to*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

*Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1* [D.I. 3236].

3. Responses to the Objection were to be filed on or before 4:00 p.m. (Eastern Daylight Time) on December 31, 2014 (the "Response Deadline").

4. Prior to the Response Deadline, the Debtors' received inquiries submitted to through their dedicated claims hotline from Sarah Myers regarding the Objection with respect to her claim, Proof of Claim number 219; Linda Gonzales regarding the Objection with respect to her claim, Proof of Claim number 850; Susan Littlefield regarding the Objection with respect to her claim, Proof of Claim number 1568; Isabel Garcia regarding the Objection with respect to her claim, Proof of Claim number 1925; and Shirley Coffman regarding the Objection with respect to her claim, Proof of Claim number 4675 (collectively, the "No Supporting Documentation Claims").

5. Ms. Wallace has since informed the Debtors that she agrees she does not have a claim against the Debtors.

6. Ms. Gonzales has since informed the Debtors that she does not intend to oppose the relief sought in the Objection.

7. The Debtors made repeated attempts to contact Ms. Littlefield, Ms. Garcia, and Ms. Coffman, including leaving several voicemails for each, which were never returned. The Debtors adjourned these claimants' No Supporting Documentation Claims out of an abundance of caution to provide the claimants ample time to assert a response to the Objection. The Debtors left each of Ms. Littlefield, Ms. Garcia, and Ms. Coffman a follow-up voicemail stating that they intend to move forward with their Objection to the No Supporting Documentation Claims and to please contact the Debtors by a certain date if they opposed the Objection. None

responded, and as such, the Debtors believe none of the claimants oppose the relief sought in the Objection.

8. Therefore, the Debtors seek to expunge the No Supporting Documentation Claims from the Claims Register, as set forth in the proposed order, attached hereto as **Exhibit A**.

*[Remainder of page intentionally left blank.]*

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order, substantially in the form attached hereto as **Exhibit A** at the convenience of the Court.

Dated: February 5, 2015
Wilmington, Delaware

/s/ *[signature]*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:    (302) 651-7701
Email:          collins@rlf.com
                    defranceschi@rlf.com
                    madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email:          edward.sassower@kirkland.com
                    stephen.hessler@kirkland.com
                    brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email:          james.sprayregen@kirkland.com
                    marc.kieselstein@kirkland.com
                    chad.husnick@kirkland.com
                    steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*