**Exhibit A**

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: D.I. 3212, 3352, 3355, 3386, 3389** |

**ORDER SUSTAINING DEBTORS'
SIXTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION
TO (INSUFFICIENT DOCUMENTATION) CLAIMS PURSUANT TO
SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1**

Upon the objection (the "Objection")[2] of the above-captioned debtors and debtors in

possession (collectively, the "Debtors"), for entry of an order (this "Order"), disallowing and

expunging the Insufficient Documentation Claims set forth on **Exhibit 1** attached hereto, all as

set forth in the Objection and the Kotarba Declaration; and the Court having found that it has

jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found

that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that

venue of this case and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and

1409; and the Court having found that the relief requested in the Objection is in the best interests

of the Debtors' estates, their creditors, and other parties in interest; and the Court having found

that the Debtors provided appropriate notice of the Objection and the opportunity for a hearing

---

[1]     The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]     Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

on the Objection (the "Hearing") under the circumstances; and the Court having reviewed the Objection and having heard the statements in support of the relief requested therein at the Hearing, if any; and the Court having determined that the legal and factual bases set forth in the Objection and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.    The Objection is sustained as set forth herein.

2.    The Insufficient Documentation Claims set forth on the attached **Exhibit 1** are hereby disallowed in their entirety.

3.    The Claims Agent is authorized to modify the Claims Register to comport with the entry of this Order.

4.    Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed:  (a) an admission as to the validity of any particular claim (including the Proofs of Claim) against a Debtor entity; (b) a waiver of the Debtors' rights to dispute any particular claim (including the Proofs of Claim) on any grounds; (c) a promise or requirement to pay any particular claim (including the Proofs of Claim); (d) an implication or admission that any particular claim is of a type specified or defined in this Objection (except as set forth herein); (e) an admission by the Debtors that any contract or lease is executory or unexpired, as applicable; (f) a waiver or limitation of the Debtors' rights under the Bankruptcy Code or any other applicable law; (g) a request or authorization to assume or reject any agreements under section 365 of the Bankruptcy Code; (h) a waiver of any party's rights to assert that any other party is in breach or default of any agreement; or (i) an admission that any contract or lease is integrated with any other contract or lease.

RLF1 11458979v.1

5.     Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6.     The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

7.     This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Dated: _____, 2015
          Wilmington, Delaware

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

RLF1 11458979v.1

**EXHIBIT 1** to **EXHIBIT A**

**Insufficient Documentation Claims**

ENERGY FUTURE HOLDINGS CORP., et al.

SIXTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | AGUILAR, MARIA GUADALUPE ADDRESS ON FILE | | No Debtor Asserted | 08/18/2014 | 3722 | $70,997.60 | Insufficient Documentation Claim |
| 2 | ANDERSON, FREDDIE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/06/2014 | 1345 | $12,475.00 | Insufficient Documentation Claim |
| 3 | BAPTASTE, BYRON ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 07/03/2014 | 2824 | $10,897.00 | Insufficient Documentation Claim |
| 4 | BARNES, VANESSA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/09/2014 | 1408 | $21,000.00 | Insufficient Documentation Claim |
| 5 | BEATY, KIMBERLY A ADDRESS ON FILE | | No Debtor Asserted | 10/24/2014 | 7628 | $22,643.96 | Insufficient Documentation Claim |
| 6 | BECNEL, LAWRENCE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/27/2014 | 217 | $10,000.00* | Insufficient Documentation Claim |
| 7 | BENNEFIELD, STEVEN ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/27/2014 | 386 | $50,000.00 | Insufficient Documentation Claim |
| 8 | BISHOP, ERIC ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/20/2014 | 2283 | $450,000.00 | Insufficient Documentation Claim |
| 9 | BOLTON, BLYTHE ADDRESS ON FILE | | No Debtor Asserted | 08/26/2014 | 3830 | $16,000.00 | Insufficient Documentation Claim |
| 10 | BOOKER, ERIC E ADDRESS ON FILE | | No Debtor Asserted | 06/27/2014 | 2631 | $18,000.00 | Insufficient Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

SIXTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 11 | BRANTLEY, JAMES ADDRESS ON FILE | | No Debtor Asserted | 09/12/2014 | 4327 | $5,000.00 | Insufficient Documentation Claim |
| 12 | BRIONES, ADOLFO ADDRESS ON FILE | | No Debtor Asserted | 05/23/2014 | 196 | $20,000.00* | Insufficient Documentation Claim |
| 13 | BUNCH, SHARRI KAY ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/03/2014 | 4105 | $4,000.00 | Insufficient Documentation Claim |
| 14 | BUTCHER, LINDA KAY ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/30/2014 | 899 | $10,000.00 | Insufficient Documentation Claim |
| 15 | BUTLER, SABRENA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/25/2014 | 2554 | $5,000.00 | Insufficient Documentation Claim |
| 16 | BUTTERFIELD, PATRICK ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 08/04/2014 | 3487 | $5,000.00 | Insufficient Documentation Claim |
| 17 | CAMPBELL, JENNIFER ADDRESS ON FILE | | No Debtor Asserted | 06/16/2014 | 2044 | $4,000.00 | Insufficient Documentation Claim |
| 18 | CAREY, DEVOLA ADDRESS ON FILE | | No Debtor Asserted | 05/28/2014 | 616 | $9,000.00 | Insufficient Documentation Claim |
| 19 | CARSON, SETH ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/27/2014 | 474 | $30,000.00 | Insufficient Documentation Claim |
| 20 | CHILDERS, OLLIE ADDRESS ON FILE | | No Debtor Asserted | 10/20/2014 | 5657 | $20,000.00 | Insufficient Documentation Claim |

*- Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

SIXTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 21 | CHIN, DICK MING ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/17/2014 | 2174 | $5,000.00 | Insufficient Documentation Claim |
| 22 | CHUKWURAH, OBIAGELI ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/06/2014 | 1329 | $5,479.38 | Insufficient Documentation Claim |
| 23 | CIRA, NAOMI ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 456 | $12,000.00 | Insufficient Documentation Claim |
| 24 | CISNEROS, MARIA ADDRESS ON FILE | | No Debtor Asserted | 07/28/2014 | 3351 | $85,000.00 | Insufficient Documentation Claim |
| 25 | CLARKE, ERIC ADDRESS ON FILE | | No Debtor Asserted | 10/27/2014 | 8045 | $27,562.00 | Insufficient Documentation Claim |
| 26 | COFFMAN, DAVID ADDRESS ON FILE | | No Debtor Asserted | 06/13/2014 | 1881 | $16,000.00 | Insufficient Documentation Claim |
| 27 | COTTRELL, BERETHA D ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 267 | $7,000.00 | Insufficient Documentation Claim |
| 28 | COUNTS, KIM DENISE ADDRESS ON FILE | | No Debtor Asserted | 06/09/2014 | 1397 | $5,000.00 | Insufficient Documentation Claim |
| 29 | CRAWFORD, JON ROBERT ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 325 | $1,000,000.00 | Insufficient Documentation Claim |
| 30 | CULLUM, BARBARA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/15/2014 | 4387 | $57,450.00 | Insufficient Documentation Claim |

*- Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

SIXTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 31 | DAVIS, BEVERLY BERNICE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 08/18/2014 | 3734 | $165,475.00 | Insufficient Documentation Claim |
| 32 | DAVIS, JANET ADDRESS ON FILE | | No Debtor Asserted | 05/30/2014 | 694 | $4,000.00 | Insufficient Documentation Claim |
| 33 | DE BOER, RUSS ADDRESS ON FILE | | No Debtor Asserted | 06/10/2014 | 1594 | $4,000.00* | Insufficient Documentation Claim |
| 34 | DERBYSHIRE, JOHN ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/27/2014 | 377 | $10,000.00 | Insufficient Documentation Claim |
| 35 | DEWEESE, JOE ROSS ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/10/2014 | 1667 | $7,500.00 | Insufficient Documentation Claim |
| 36 | DIXSON, IDA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/23/2014 | 198 | $30,000.00 | Insufficient Documentation Claim |
| 37 | DONELL GATES ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 07/10/2014 | 2995 | $40,000.00 | Insufficient Documentation Claim |
| 38 | DOUGLAS, NANCY ADDRESS ON FILE | | No Debtor Asserted | 10/31/2014 | 9717 | $100,000.00 | Insufficient Documentation Claim |
| 39 | ELI, DOROTHY ADDRESS ON FILE | | No Debtor Asserted | 07/23/2014 | 3290 | $12,475.00 | Insufficient Documentation Claim |
| 40 | ESCO, SANDRA LYNE ADDRESS ON FILE | | No Debtor Asserted | 06/16/2014 | 2050 | $7,500.00 | Insufficient Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

SIXTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 41 | FIELDS, VERNA K ADDRESS ON FILE | | No Debtor Asserted | 08/11/2014 | 3587 | $5,940.00 | Insufficient Documentation Claim |
| 42 | FONTENETT, ETHEL ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 502 | $30,000.00 | Insufficient Documentation Claim |
| 43 | FOSTER, EARL G ADDRESS ON FILE | | No Debtor Asserted | 07/14/2014 | 3051 | $10,000.00 | Insufficient Documentation Claim |
| 44 | FRAME, BRENDA F ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/25/2014 | 2551 | $15,600.00 | Insufficient Documentation Claim |
| 45 | GALVAN, DANIEL ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/27/2014 | 483 | $5,000.00 | Insufficient Documentation Claim |
| 46 | GARCIA, JUAN ADDRESS ON FILE | | No Debtor Asserted | 06/27/2014 | 2659 | $4,000.00 | Insufficient Documentation Claim |
| 47 | GARDNER, MARIA ADDRESS ON FILE | | No Debtor Asserted | 07/03/2014 | 2817 | $5,000.00 | Insufficient Documentation Claim |
| 48 | GBAKINRO, OPEYEMI ADDRESS ON FILE | 14-10989 (CSS) | TXU Electric Company, Inc. | 06/13/2014 | 1906 | $10,000.00 | Insufficient Documentation Claim |
| 49 | GIOSSI, DARRIN ADDRESS ON FILE | | No Debtor Asserted | 06/04/2014 | 1079 | $6,000.00 | Insufficient Documentation Claim |
| 50 | GONZALEZ, ROSALINDA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/30/2014 | 9694 | $5,000.00 | Insufficient Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 5 of 20

ENERGY FUTURE HOLDINGS CORP., et al.

SIXTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 51 | GRAY, ROBERT K ADDRESS ON FILE | | No Debtor Asserted | 05/30/2014 | 760 | $38,368.79 | Insufficient Documentation Claim |
| 52 | GROTHE, THOMAS M ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/09/2014 | 1478 | $15,000.00 | Insufficient Documentation Claim |
| 53 | GUERRA, ROBERT ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/23/2014 | 4633 | $3,950.00 | Insufficient Documentation Claim |
| 54 | HALL, KIMBERLY D ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/27/2014 | 540 | $5,000.00 | Insufficient Documentation Claim |
| 55 | HARDING, ANDRONIC ADDRESS ON FILE | | No Debtor Asserted | 11/03/2014 | 9784 | $40,000.00 | Insufficient Documentation Claim |
| 56 | HARRIS, FREDERICKA ADDRESS ON FILE | | No Debtor Asserted | 06/30/2014 | 2727 | $16,000.00 | Insufficient Documentation Claim |
| 57 | HAWES, JOHN ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 489 | $6,275.00 | Insufficient Documentation Claim |
| 58 | HAWKINS, DIANNE ADDRESS ON FILE | | No Debtor Asserted | 06/04/2014 | 1074 | $20,000,000.00 | Insufficient Documentation Claim |
| 59 | HEATH, YOLANDRIA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/22/2014 | 4584 | $20,500.00 | Insufficient Documentation Claim |
| 60 | HERNANDEZ, JANIE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/12/2014 | 1802 | $128,000.00 | Insufficient Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

SIXTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 61 | HICKS, J L ADDRESS ON FILE | | No Debtor Asserted | 07/03/2014 | 2819 | $192,516.00 | Insufficient Documentation Claim |
| 62 | HOFFMAN, JELAYNE ADDRESS ON FILE | | No Debtor Asserted | 06/12/2014 | 1803 | $7,000.00* | Insufficient Documentation Claim |
| 63 | HONGO, PANTHIA L ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/10/2014 | 1669 | $8,640.00* | Insufficient Documentation Claim |
| 64 | HOOD-OLAIYA, ANNETTE ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 319 | $66,000,000.00 | Insufficient Documentation Claim |
| 65 | HOPKINS, CYNTHIA L ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 275 | $65,829.00 | Insufficient Documentation Claim |
| 66 | HUFF, JULIUS ADDRESS ON FILE | | No Debtor Asserted | 06/12/2014 | 1779 | $9,600.00 | Insufficient Documentation Claim |
| 67 | HUFF, JULIUS ADDRESS ON FILE | | No Debtor Asserted | 06/12/2014 | 1780 | $9,600.00 | Insufficient Documentation Claim |
| 68 | HUFF, JULIUS ADDRESS ON FILE | | No Debtor Asserted | 06/12/2014 | 1781 | $9,600.00 | Insufficient Documentation Claim |
| 69 | HUFFORD, J W ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/10/2014 | 1650 | $31,000.00* | Insufficient Documentation Claim |
| 70 | HUNTER, CHARLEY ADDRESS ON FILE | | No Debtor Asserted | 05/30/2014 | 759 | $5,325.00 | Insufficient Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

SIXTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 71 | ITA-TOYO, ANWANA ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 291 | $4,897.00 | Insufficient Documentation Claim |
| 72 | JACKSON, SHELIA ADDRESS ON FILE | | No Debtor Asserted | 10/27/2014 | 8066 | $15,000.00 | Insufficient Documentation Claim |
| 73 | JAMES, ELLA ADDRESS ON FILE | | No Debtor Asserted | 06/13/2014 | 1972 | $7,000.00 | Insufficient Documentation Claim |
| 74 | JOHNSON, KATHY ADDRESS ON FILE | | No Debtor Asserted | 06/20/2014 | 2296 | $14,250.00 | Insufficient Documentation Claim |
| 75 | JOHNSON, MARIA ADDRESS ON FILE | | No Debtor Asserted | 06/12/2014 | 1822 | $26,756.34 | Insufficient Documentation Claim |
| 76 | JOHNSON, MIA ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 06/25/2014 | 2540 | $18,000.00 | Insufficient Documentation Claim |
| 77 | JOHNSON, ROSALIND ADDRESS ON FILE | | No Debtor Asserted | 06/17/2014 | 2176 | $317,000.00 | Insufficient Documentation Claim |
| 78 | JOHNSON, RUSSELL ADDRESS ON FILE | | No Debtor Asserted | 06/11/2014 | 1767 | $25,000.00 | Insufficient Documentation Claim |
| 79 | JOHNSON, RUTHIE ADDRESS ON FILE | | No Debtor Asserted | 06/26/2014 | 2606 | $28,000.00 | Insufficient Documentation Claim |
| 80 | JORDAN, ANNE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 07/07/2014 | 2877 | $5,000.00 | Insufficient Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 8 of 20

ENERGY FUTURE HOLDINGS CORP., et al.

SIXTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 81 | KARR, DENISSA ADDRESS ON FILE | | No Debtor Asserted | 07/14/2014 | 3107 | $23,047.83 | Insufficient Documentation Claim |
| 82 | KENDRICK, JOHNNY ADDRESS ON FILE | | No Debtor Asserted | 06/04/2014 | 1076 | $9,380.00 | Insufficient Documentation Claim |
| 83 | KERL, TIMOTHY ADDRESS ON FILE | | No Debtor Asserted | 07/24/2014 | 3309 | $5,000.00 | Insufficient Documentation Claim |
| 84 | KLEINE AUTOMATION ELECTRIC ADDRESS ON FILE | | No Debtor Asserted | 06/23/2014 | 2406 | $9,075.35 | Insufficient Documentation Claim |
| 85 | LANDUA, ALAN ADDRESS ON FILE | | No Debtor Asserted | 08/01/2014 | 3459 | $56,746.67 | Insufficient Documentation Claim |
| 86 | LAYTON, JOHN ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/18/2014 | 2515 | $12,680.00 | Insufficient Documentation Claim |
| 87 | LE, CANH ADDRESS ON FILE | | No Debtor Asserted | 06/20/2014 | 2274 | $13,378.45 | Insufficient Documentation Claim |
| 88 | LE, PAUL C ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 528 | $4,920.00 | Insufficient Documentation Claim |
| 89 | LEE, JANIA ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 287 | $300,000.00 | Insufficient Documentation Claim |
| 90 | LEE, LEROY ADDRESS ON FILE | | No Debtor Asserted | 06/06/2014 | 1253 | $18,000.00 | Insufficient Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

SIXTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 91 | LEWIS, JERRY R ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/13/2014 | 1981 | $9,000.00 | Insufficient Documentation Claim |
| 92 | LIMBRICK, JACQUELIN ADDRESS ON FILE | | No Debtor Asserted | 10/27/2014 | 7732 | $11,000.00 | Insufficient Documentation Claim |
| 93 | LITTEKEN, STEVE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/16/2014 | 2005 | $10,000.00 | Insufficient Documentation Claim |
| 94 | LOEFFELBEIN, LINDA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/09/2014 | 1443 | $8,000.00 | Insufficient Documentation Claim |
| 95 | LOOMMA, COMFORT ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/23/2014 | 2465 | $19,950.00 | Insufficient Documentation Claim |
| 96 | LOPEZ, MAYRA ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 08/15/2014 | 3687 | $8,300.00 | Insufficient Documentation Claim |
| 97 | LUCAS, ELIZABETH ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/16/2014 | 2073 | $50,998.99 | Insufficient Documentation Claim |
| 98 | MANSOOR, ALI ADDRESS ON FILE | | No Debtor Asserted | 08/04/2014 | 3479 | $13,310.00 | Insufficient Documentation Claim |
| 99 | MASON, DESIDERIA ADDRESS ON FILE | | No Debtor Asserted | 06/20/2014 | 2266 | $4,800.00 | Insufficient Documentation Claim |
| 100 | MASON, MICHAEL ADDRESS ON FILE | | Multiple Debtors Asserted | 05/30/2014 | 676 | $102,775.00 | Insufficient Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

SIXTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 101 | MCBRIDE, SHERRY ADDRESS ON FILE | | No Debtor Asserted | 05/28/2014 | 846 | $5,550.00 | Insufficient Documentation Claim |
| 102 | MCBRIDE, THOMAS R ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/30/2014 | 2708 | $8,400.00 | Insufficient Documentation Claim |
| 103 | MCCOWAN, MICHAEL E ADDRESS ON FILE | | No Debtor Asserted | 06/23/2014 | 2395 | $47,113.00 | Insufficient Documentation Claim |
| 104 | MCDERMOTT, RANDY ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/09/2014 | 1490 | $5,550.00 | Insufficient Documentation Claim |
| 105 | MCDUFFEY, KATRINA ADDRESS ON FILE | | No Debtor Asserted | 08/08/2014 | 3562 | $11,014.22 | Insufficient Documentation Claim |
| 106 | MCGEE, HAROLD ADDRESS ON FILE | 14-10989 (CSS) | TXU Electric Company, Inc. | 10/27/2014 | 9668 | $15,655.00 | Insufficient Documentation Claim |
| 107 | MCGEE, HAROLD ADDRESS ON FILE | 14-10989 (CSS) | TXU Electric Company, Inc. | 11/03/2014 | 9773 | $15,655.00 | Insufficient Documentation Claim |
| 108 | MCMILLAN, SIENNA ADDRESS ON FILE | | No Debtor Asserted | 10/30/2014 | 9689 | $39,800.00 | Insufficient Documentation Claim |
| 109 | MERCER, ROBERT ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 08/21/2014 | 3745 | $24,000.00* | Insufficient Documentation Claim |
| 110 | MILTON, CAROLYN RENETTE ADDRESS ON FILE | | No Debtor Asserted | 06/09/2014 | 1380 | $5,325.00 | Insufficient Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 11 of 20

ENERGY FUTURE HOLDINGS CORP., et al.

SIXTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 111 | MIMS, MARILYN ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 07/15/2014 | 3126 | $5,000.00 | Insufficient Documentation Claim |
| 112 | MOON, KEITH ADDRESS ON FILE | | No Debtor Asserted | 10/15/2014 | 5277 | $5,300.00 | Insufficient Documentation Claim |
| 113 | MORALES, MARIA ADDRESS ON FILE | | No Debtor Asserted | 06/09/2014 | 1420 | $5,550.00 | Insufficient Documentation Claim |
| 114 | MORGAN, ANNIE ADDRESS ON FILE | | No Debtor Asserted | 06/09/2014 | 1381 | $15,000.00 | Insufficient Documentation Claim |
| 115 | MORRIS, LORI ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/27/2014 | 8050 | $93,240.00 | Insufficient Documentation Claim |
| 116 | MULTI MASS INVESTMENTS ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/23/2014 | 2469 | $92,348.00 | Insufficient Documentation Claim |
| 117 | MYERS, RAY ADDRESS ON FILE | | No Debtor Asserted | 06/17/2014 | 2153 | $12,475.00 | Insufficient Documentation Claim |
| 118 | NASH, ROSETTA ADDRESS ON FILE | 14-10989 (CSS) | TXU Electric Company, Inc. | 10/27/2014 | 9667 | $15,655.00 | Insufficient Documentation Claim |
| 119 | NASH, ROSETTA ADDRESS ON FILE | 14-10989 (CSS) | TXU Electric Company, Inc. | 11/03/2014 | 9772 | $15,655.00 | Insufficient Documentation Claim |
| 120 | NELLUM, CONNIE ADDRESS ON FILE | | No Debtor Asserted | 05/28/2014 | 600 | $12,475.00 | Insufficient Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

SIXTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 121 | NEVERTHELESS COMMUNITY CHURCH ADDRESS ON FILE | | No Debtor Asserted | 06/13/2014 | 1893 | $10,000.00 | Insufficient Documentation Claim |
| 122 | NEWSON, JIMMY ADDRESS ON FILE | | No Debtor Asserted | 05/28/2014 | 843 | $12,000.00 | Insufficient Documentation Claim |
| 123 | NGUYEN, NAM ADDRESS ON FILE | | No Debtor Asserted | 06/30/2014 | 2705 | $8,600.00 | Insufficient Documentation Claim |
| 124 | OGENCHE, EDWARD ADDRESS ON FILE | | No Debtor Asserted | 06/02/2014 | 934 | $6,000.00 | Insufficient Documentation Claim |
| 125 | OJAKA, EMMAN ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/23/2014 | 2462 | $90,000.00 | Insufficient Documentation Claim |
| 126 | PADDA, SUKHDEEP ADDRESS ON FILE | | No Debtor Asserted | 06/13/2014 | 1880 | $270,000.00 | Insufficient Documentation Claim |
| 127 | PARISH, LISA ADDRESS ON FILE | | No Debtor Asserted | 10/20/2014 | 5736 | $83,288.88 | Insufficient Documentation Claim |
| 128 | PARKER, LILIAN LENN ADDRESS ON FILE | | No Debtor Asserted | 07/30/2014 | 3417 | $10,500.01 | Insufficient Documentation Claim |
| 129 | PATMAN, MICHAEL ADDRESS ON FILE | | No Debtor Asserted | 09/08/2014 | 4175 | $50,000.00* | Insufficient Documentation Claim |
| 130 | PENA, TARA ADDRESS ON FILE | | No Debtor Asserted | 10/24/2014 | 7528 | $8,000.00 | Insufficient Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

SIXTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 131 | PIEKOS, FRANK S<br>ADDRESS ON FILE | | No Debtor Asserted | 06/13/2014 | 1941 | $20,000.00 | Insufficient Documentation Claim |
| 132 | PINKSTON, SIDNEY<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/27/2014 | 515 | $5,200.00 | Insufficient Documentation Claim |
| 133 | POLK, JERRY<br>ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 07/21/2014 | 3192 | $6,000.00 | Insufficient Documentation Claim |
| 134 | PORTER, ADA<br>ADDRESS ON FILE | | No Debtor Asserted | 06/18/2014 | 2512 | $10,000.00* | Insufficient Documentation Claim |
| 135 | POWELL, KATHY<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/16/2014 | 2070 | $63,000.00 | Insufficient Documentation Claim |
| 136 | POWELL, SHONDA M<br>ADDRESS ON FILE | | No Debtor Asserted | 06/23/2014 | 2500 | $8,574.00 | Insufficient Documentation Claim |
| 137 | PUENTES, JOANN<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 08/25/2014 | 3790 | $40,000,000.00 | Insufficient Documentation Claim |
| 138 | RAABE, VICKI<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/09/2014 | 1373 | $5,000.00 | Insufficient Documentation Claim |
| 139 | RAMIREZ, MARIA<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/27/2014 | 892 | $60,000.00 | Insufficient Documentation Claim |
| 140 | RIFAI, MAHMOOD<br>ADDRESS ON FILE | | No Debtor Asserted | 06/06/2014 | 1294 | $250,000.00 | Insufficient Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

SIXTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 141 | ROCKWELL, WINNEFRED ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/22/2014 | 4581 | $5,000.00 | Insufficient Documentation Claim |
| 142 | RODRIGUEZ, SERGIO ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 11/03/2014 | 9785 | $15,275.00 | Insufficient Documentation Claim |
| 143 | RUSSELL, GARY D ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/20/2014 | 2335 | $5,000.00 | Insufficient Documentation Claim |
| 144 | SACHS, CHRISTINE ADDRESS ON FILE | | No Debtor Asserted | 09/25/2014 | 4665 | $120,000.00 | Insufficient Documentation Claim |
| 145 | SAHITI, PERPARIM ADDRESS ON FILE | | No Debtor Asserted | 06/13/2014 | 1888 | $15,000.00 | Insufficient Documentation Claim |
| 146 | SALDIVAR, GLORIA ADDRESS ON FILE | | No Debtor Asserted | 07/01/2014 | 2939 | $10,000.00 | Insufficient Documentation Claim |
| 147 | SALINAS, MARIA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/20/2014 | 5669 | $6,000.00 | Insufficient Documentation Claim |
| 148 | SANDS, WAYNE ALLEN ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/05/2014 | 1156 | $5,000.00* | Insufficient Documentation Claim |
| 149 | SCHENK, JANELLA ADDRESS ON FILE | | No Debtor Asserted | 09/02/2014 | 4004 | $8,000.00 | Insufficient Documentation Claim |
| 150 | SCHLESINGER, JAMES ROBERT ADDRESS ON FILE | | No Debtor Asserted | 10/28/2014 | 9628 | $4,000.00 | Insufficient Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 15 of 20

ENERGY FUTURE HOLDINGS CORP., et al.

SIXTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 151 | SCOTT, BARBARA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/30/2014 | 653 | $10,000.00 | Insufficient Documentation Claim |
| 152 | SHALABI, MAZAN ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/23/2014 | 2460 | $29,203.00 | Insufficient Documentation Claim |
| 153 | SHAW, KIM ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/09/2014 | 1519 | $226,600.00 | Insufficient Documentation Claim |
| 154 | SHOES 101 INC ADDRESS ON FILE | | No Debtor Asserted | 06/09/2014 | 1355 | $13,900.34 | Insufficient Documentation Claim |
| 155 | SILVA, LUPE ADDRESS ON FILE | | No Debtor Asserted | 10/23/2014 | 6163 | $5,000.00 | Insufficient Documentation Claim |
| 156 | SIMMONS, IDELLA ADDRESS ON FILE | | No Debtor Asserted | 09/11/2014 | 4307 | $25,000.00 | Insufficient Documentation Claim |
| 157 | SINGLETON, GEORGE WALTE ADDRESS ON FILE | | No Debtor Asserted | 06/10/2014 | 1680 | $1,000,000.00 | Insufficient Documentation Claim |
| 158 | STEWART JR, CHARLES L ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/30/2014 | 9692 | $20,000.00 | Insufficient Documentation Claim |
| 159 | STOKES, CYNTHIA ADDRESS ON FILE | | No Debtor Asserted | 10/27/2014 | 7750 | $100,000.00 | Insufficient Documentation Claim |
| 160 | STREIT-GREEN, MARIE M ADDRESS ON FILE | | No Debtor Asserted | 06/27/2014 | 2668 | $5,000.00 | Insufficient Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

SIXTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 161 | SZUMAL, CAROL ADDRESS ON FILE | | No Debtor Asserted | 06/10/2014 | 1570 | $4,000.00 | Insufficient Documentation Claim |
| 162 | TEAL, DANIEL ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/09/2014 | 4260 | $5,000.00 | Insufficient Documentation Claim |
| 163 | THOMASON, DONNA ADDRESS ON FILE | | No Debtor Asserted | 07/28/2014 | 3398 | $270,000.00* | Insufficient Documentation Claim |
| 164 | THOMASON, DONNA ADDRESS ON FILE | | No Debtor Asserted | 08/05/2014 | 3524 | $270,000.00* | Insufficient Documentation Claim |
| 165 | THOMPSON, GREG ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/15/2014 | 4404 | $6,000.00 | Insufficient Documentation Claim |
| 166 | THORN, MARLYN ADDRESS ON FILE | | No Debtor Asserted | 06/12/2014 | 2128 | $20,000.00* | Insufficient Documentation Claim |
| 167 | THORPE, RICHARD ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 06/16/2014 | 2012 | $4,304.18 | Insufficient Documentation Claim |
| 168 | TILLMAN, REGINA ADDRESS ON FILE | | No Debtor Asserted | 08/11/2014 | 3634 | $24,000.00 | Insufficient Documentation Claim |
| 169 | TOLBERT, DESMOND ADDRESS ON FILE | | No Debtor Asserted | 06/09/2014 | 1483 | $25,000.00 | Insufficient Documentation Claim |
| 170 | TRINH, TRINH ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/23/2014 | 2439 | $7,400.00 | Insufficient Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 17 of 20

ENERGY FUTURE HOLDINGS CORP., et al.

SIXTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 171 | TURNER, DANITA D ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 410 | $12,636.00 | Insufficient Documentation Claim |
| 172 | TURPIN, ANGELA ADDRESS ON FILE | 14-10989 (CSS) | TXU Electric Company, Inc. | 06/30/2014 | 2707 | $11,400.00 | Insufficient Documentation Claim |
| 173 | TYLER, YVONE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/16/2014 | 2068 | $5,000.00 | Insufficient Documentation Claim |
| 174 | URQUHART, RUBY N ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/21/2014 | 5764 | $12,475.00 | Insufficient Documentation Claim |
| 175 | VALDEZ, MICHAEL ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 07/21/2014 | 3194 | $11,000.00 | Insufficient Documentation Claim |
| 176 | VALDEZ, NOE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/24/2014 | 7658 | $20,000.00 | Insufficient Documentation Claim |
| 177 | VALENCIA, RICARDO ADDRESS ON FILE | | No Debtor Asserted | 07/01/2014 | 2769 | $6,500.00 | Insufficient Documentation Claim |
| 178 | WALLEY, KELLI ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/26/2014 | 2615 | $27,000.00 | Insufficient Documentation Claim |
| 179 | WASHINGTON, JAMES G ADDRESS ON FILE | | No Debtor Asserted | 06/04/2014 | 1075 | $5,000.00 | Insufficient Documentation Claim |
| 180 | WHITE, JOE ADDRESS ON FILE | | No Debtor Asserted | 06/05/2014 | 2100 | $12,000.00 | Insufficient Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

SIXTH OMNIBUS (NON-SUBSTANTIVE); EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 181 | WILLIAMAS, DELICA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/10/2014 | 1642 | $5,000.00 | Insufficient Documentation Claim |
| 182 | WILLIAMS, CHERI ADDRESS ON FILE | | No Debtor Asserted | 10/10/2014 | 5135 | $300,000.00 | Insufficient Documentation Claim |
| 183 | WILLIAMS, LASHONDA G ADDRESS ON FILE | | No Debtor Asserted | 07/25/2014 | 3331 | $48,000.00 | Insufficient Documentation Claim |
| 184 | WILLIAMS, MELVIN L ADDRESS ON FILE | | No Debtor Asserted | 06/20/2014 | 2307 | $5,550.00 | Insufficient Documentation Claim |
| 185 | WILLIAMS, MELVIN L ADDRESS ON FILE | | No Debtor Asserted | 06/19/2014 | 2516 | $5,550.00 | Insufficient Documentation Claim |
| 186 | WINN, LISA ADDRESS ON FILE | | No Debtor Asserted | 09/12/2014 | 4351 | $10,000.00* | Insufficient Documentation Claim |
| 187 | WOODS, RICHARD ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/17/2014 | 2171 | $5,000.00 | Insufficient Documentation Claim |
| 188 | WREN, MORACE E ADDRESS ON FILE | | No Debtor Asserted | 07/07/2014 | 2887 | $5,550.00 | Insufficient Documentation Claim |
| 189 | WURZBACH, MARY ADDRESS ON FILE | | No Debtor Asserted | 06/26/2014 | 2579 | $10,000.00* | Insufficient Documentation Claim |
| 190 | YBARRA, KARINA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/05/2014 | 1153 | $52,389.00 | Insufficient Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

SIXTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 191 | YELLE, CHERANA ADDRESS ON FILE | | No Debtor Asserted | 08/29/2014 | 3953 | $5,000.00 | Insufficient Documentation Claim |
| 192 | YOUNG, BURNEST ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 08/14/2014 | 3665 | $134,000.00 | Insufficient Documentation Claim |
| 193 | YOUNGBLOOD, VANESSA ADDRESS ON FILE | | No Debtor Asserted | 10/20/2014 | 5666 | $5,000.00 | Insufficient Documentation Claim |
| | | | | | TOTAL | 134,660,119.99* | |

\* - Indicates claim contains unliquidated and/or undetermined amounts