**Exhibit B**

**Redline of Exhibit 1**

**(No Liability Claims)**

ENERGY FUTURE HOLDINGS CORP., et al.

REDLINE OF SEVENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 to EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | DUNCAN, ANDREW N ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 5/27/2014 | 232 | $2,760.97 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim against any of the known Debtors. The claimed liability is due, if any, from Palm Harbor Homes, a third party that is not related to the Debtors. |
| 2 | ~~EDWARDS, DEANNA ADDRESS ON FILE~~ | ~~14-10979 (CSS)~~ | ~~Energy Future Holdings Corp.~~ | ~~10/27/2014~~ | ~~9422~~ | ~~Undetermined~~ | ~~No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim against any of the known Debtors. Any claimed liability is due from various third parties, not from Debtors.~~ |
| 3 | ~~EDWARDS, GERALD ADDRESS ON FILE~~ | ~~14-10979 (CSS)~~ | ~~Energy Future Holdings Corp.~~ | ~~10/27/2014~~ | ~~9423~~ | ~~Undetermined~~ | ~~No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim against any of the known Debtors. Any claimed liability is due from various third parties, not from Debtors.~~ |
| 4 | ~~WALDREP, RICHARD GARY ADDRESS ON FILE~~ | ~~14-10979 (CSS)~~ | ~~Energy Future Holdings Corp.~~ | ~~10/29/2014~~ | ~~9658~~ | ~~$128,000,000,128.00~~ | ~~No liability owed to claimant per Debtors' books and records. The statute of limitations governing claimant's alleged property damage claim has expired.~~ |
| | | | | | TOTAL | ~~$128,000,042,888.97~~ $2,760.97 | |

\* – ~~Indicates claim contains unliquidated and/or undetermined amounts~~