-6-

# EXHIBIT A

## Statement of Fees by Project Category

| Project Number | Project Name | Hours | Fee Amount |
|---|---|---|---|
| 00002 | ASSET ANALYSIS AND RECOVERY | - | $ - |
| 00003 | ASSET DISPOSITION | 155.60 | $ 111,544.50 |
| 00004 | ASSUMPTION AND REJECTION OF LEASES AND CONTRACT | 1.50 | $ 1,297.50 |
| 00005 | AVOIDANCE ACTION ANALYSIS | - | $ - |
| 00006 | BUSINESS OPERATIONS | - | $ - |
| 00007 | CASE ADMINISTRATION | 121.60 | $ 85,919.50 |
| 00008 | CLAIMS ADMINISTRATION AND OBJECTIONS | 41.50 | $ 36,760.50 |
| 00009 | CORPORATE GOVERNANCE AND BOARD MATTERS | - | $ - |
| 00010 | EMPLOYEE BENEFITS AND PENSIONS | 43.00 | $ 31,909.00 |
| 00011 | EMPLOYMENT AND FEE APPLICATIONS (S&C) | 213.10 | $ 156,245.50 |
| 00012 | EMPLOYMENT AND FEE APPLICATIONS (OTHERS) | 162.90 | $ 107,158.00 |
| 00013 | FINANCING, CASH COLLATERAL, MAKE WHOLE | 59.40 | $ 47,521.00 |
| 00014 | OTHER LITIGATION | 4.80 | $ 3,610.00 |
| 00015 | MEETINGS AND COMMUNICATIONS WITH CREDITORS | 88.70 | $ 89,986.50 |
| 00016 | NON-WORKING TRAVEL | 16.70 | $ 8,658.40 |
| 00017 | PLAN AND DISCLOSURE STATEMENT | - | $ - |
| 00018 | RELIEF FROM STAY AND ADEQUATE PROTECTION | 1.30 | $ 994.50 |
| 00019 | TAX | 245.50 | $ 189,416.50 |
| 00020 | VALUATION | - | $ - |
| 00021 | DISCOVERY | 12.20 | $ 8,642.00 |
| 00022 | HEARINGS | 25.30 | $ 18,140.00 |
| 00023 | FIRST AND SECOND DAY MOTIONS | - | $ - |
| 00024 | CLAIMS INVESTIGATION | 89.40 | $ 72,709.00 |
| 00025 | LIEN INVESTIGATION | 33.70 | $ 16,445.00 |
| 00026 | INTERCOMPANY CLAIMS | 192.40 | $ 114,686.50 |
| 00027 | OTHER MOTIONS / APPLICATIONS | 12.10 | $ 10,421.50 |
| 00028 | SCHEDULES AND STATEMENTS | - | $ - |
| 00029 | TIME ENTRY REVIEW | 37.00 | $ 12,487.00 |
| 00031 | BUDGETING (CASE) | 15.90 | $ 13,326.00 |
| | **Total** | **1,573.60** | **$ 1,137,878.40** |

## **EXHIBIT B**

## **Attorneys and Paraprofessionals' Information**

| Timekeeper Name | Title | Year Admitted | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Dietderich, Andrew G. | Partner | 11/01/97 | $ 570.00* | 4.80 | $ 2,736.00 |
| Dietderich, Andrew G. | Partner | 11/01/97 | $ 1,140.00 | 76.60 | $ 87,324.00 |
| Glueckstein, Brian D. | Partner | 04/19/04 | $ 570.00* | 5.00 | $ 2,850.00 |
| Glueckstein, Brian D. | Partner | 04/19/04 | $ 1,140.00 | 71.40 | $ 81,396.00 |
| Hariton, David P. | Partner | 05/01/86 | $ 648.00* | 1.10 | $ 712.80 |
| Hariton, David P. | Partner | 05/01/86 | $ 1,295.00 | 25.50 | $ 33,022.50 |
| Jacobson, Eliyahu D. | Partner | 05/01/81 | $ 1,295.00 | 0.50 | $ 647.50 |
| Korry, Alexandra D. | Partner | 05/01/88 | $ 1,295.00 | 11.40 | $ 14,763.00 |
| Neuhaus, Joseph E. | Partner | 03/01/86 | $ 1,140.00 | 0.30 | $ 342.00 |
| Rosenberg, Mark F. | Partner | 05/01/81 | $ 1,140.00 | 7.80 | $ 8,892.00 |
| Simmons, Rebecca J. | Partner | 04/15/92 | $ 1,295.00 | 0.30 | $ 388.50 |
| Torkin, Michael H. | Partner | 11/22/99 | $ 1,140.00 | 3.50 | $ 3,990.00 |
| Trevino, Marc R. | Partner | 08/07/95 | $ 1,295.00 | 7.90 | $ 10,230.50 |
| **Partner Total** | | | | 216.10 | $ 247,294.80 |
| Jerome, John J. | Of Counsel | 10/17/62 | $ 1,140.00 | 49.10 | $ 55,974.00 |
| **Of Counsel Total** | | | | 49.10 | $ 55,974.00 |
| Altman, Zvi Daniel | Special Counsel | 03/29/06 | $ 498.00* | 1.10 | $ 547.80 |
| Altman, Zvi Daniel | Special Counsel | 03/29/06 | $ 995.00 | 46.90 | $ 46,665.50 |
| Barancik, Tia S. | Special Counsel | 03/23/87 | $ 1,140.00 | 17.90 | $ 20,406.00 |
| Brennan, Matthew J. | Special Counsel | 12/22/86 | $ 1,050.00 | 11.10 | $ 11,655.00 |
| Fiorini, Judith R. | Special Counsel | 12/07/98 | $ 995.00 | 48.80 | $ 48,556.00 |
| **Special Counsel Total** | | | | 125.80 | $ 127,830.30 |
| Biller, Daniel L. | Associate | 03/20/13 | $ 725.00 | 6.40 | $ 4,640.00 |
| Bradley, Adrienne R. W. | Associate | 03/28/13 | $ 725.00 | 70.60 | $ 51,185.00 |
| Coleman, Heather L. | Associate | 12/10/07 | $ 865.00 | 19.40 | $ 16,781.00 |
| Foushee, Matthew H. | Associate | In Process | $ 460.00 | 128.90 | $ 59,294.00 |
| Geiger, Mark S. | Associate | 03/20/13 | $ 725.00 | 0.10 | $ 72.50 |
| Ha, Alice YN | Associate | In Process | $ 460.00 | 77.30 | $ 35,558.00 |
| Heuer, Max S. | Associate | 05/24/12 | $ 830.00 | 20.90 | $ 17,347.00 |
| Jakus, David J. | Associate | 04/07/14 | $ 605.00 | 11.90 | $ 7,199.50 |
| Josephs, Adam M. | Associate | 12/08/14 | $ 460.00 | 18.70 | $ 8,602.00 |
| Keranen, Kristin L. | Associate | 07/07/08 | $ 865.00 | 1.70 | $ 1,470.50 |
| Khanna, Hargun S. | Associate | 02/04/15 | $ 460.00 | 24.10 | $ 11,086.00 |
| Kranzley, Alexa J. C. Y. L. | Associate | 03/23/09 | $ 433.00* | 3.30 | $ 1,428.90 |
| Kranzley, Alexa J. C. Y. L. | Associate | 03/23/09 | $ 865.00 | 124.70 | $ 107,865.50 |
| Loeser, Daniel R. | Associate | 02/03/14 | $ 605.00 | 52.20 | $ 31,581.00 |
| Ma, Chiansan | Associate | 07/02/12 | $ 830.00 | 120.20 | $ 99,766.00 |
| Mortensen, Todd A. | Associate | 09/04/13 | $ 725.00 | 1.30 | $ 942.50 |
| Rhein, Jonathan M. | Associate | 11/02/14 | $ 230.00* | 1.10 | $ 253.00 |
| Rhein, Jonathan M. | Associate | 11/02/14 | $ 460.00 | 48.30 | $ 22,218.00 |
| Schneiderman, Mark U. | Practice Area Associate | 06/27/06 | $ 433.00* | 0.30 | $ 129.90 |
| Schneiderman, Mark U. | Practice Area Associate | 06/27/06 | $ 865.00 | 6.90 | $ 5,968.50 |
| Taylor-Cohart, Daniel | Associate | 04/02/14 | $ 605.00 | 62.50 | $ 37,812.50 |

SC1:3797490.3

| Timekeeper Name | Title | Year Admitted | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Weiss, Noam R. | Associate | 04/30/14 | $ 605.00 | 127.10 | $ 76,895.50 |
| White, Amaris R. | Associate | 04/08/13 | $ 725.00 | 31.20 | $ 22,620.00 |
| Zhang, Xin | Associate | 09/29/14 | $ 460.00 | 70.40 | $ 32,384.00 |
| Zylberberg, David R. | Associate | 03/02/11 | $ 855.00 | 10.20 | $ 8,721.00 |
| **Associate Total** | | | | 1,039.70 | $ 661,821.80 |
| **Lawyers Total** | | | | 1,430.70 | $ 1,092,920.90 |
| Balsdon, Nicholas J. | Electronic Discovery / Compliance | N/A | $ 315.00 | 2.00 | $ 630.00 |
| Betin, Darya A. | Research Analyst | N/A | $ 355.00 | 0.50 | $ 177.50 |
| Council, Kimberly N. | Research Analyst | N/A | $ 355.00 | 3.30 | $ 1,171.50 |
| Drinkwater, Emily C. C. | Legal Assistant | N/A | $ 275.00 | 49.50 | $ 13,612.50 |
| Gorman, Teresa A. | Research Analyst | N/A | $ 355.00 | 1.40 | $ 497.00 |
| Khwaja, Tariq | Research Analyst | N/A | $ 355.00 | 2.70 | $ 958.50 |
| Langston, Nicole E. | Electronic Discovery / Compliance | N/A | $ 355.00 | 3.10 | $ 1,100.50 |
| Nolan, Brian J. | Research Analyst | N/A | $ 355.00 | 3.00 | $ 1,065.00 |
| Noller, Denise J. | Research Analyst | N/A | $ 355.00 | 0.50 | $ 177.50 |
| Normile, Michael R. | Research Analyst | N/A | $ 355.00 | 1.00 | $ 355.00 |
| Petit, Gregoire M. | Research Analyst | N/A | $ 355.00 | 1.30 | $ 461.50 |
| Seeger, Evelyn H. | Research Analyst | N/A | $ 355.00 | 1.50 | $ 532.50 |
| Tully, John K. | Research Analyst | N/A | $ 355.00 | 1.30 | $ 461.50 |
| Voizard, Marshall R. | Research Analyst | N/A | $ 355.00 | 2.40 | $ 852.00 |
| Watson, Thomas C. | Legal Assistant | N/A | $ 275.00 | 16.40 | $ 4,510.00 |
| Whalen, Sean S. | Legal Assistant Clerk | N/A | $ 145.00 | 2.00 | $ 290.00 |
| Zweber, Zara E. | Legal Assistant | N/A | $ 355.00 | 51.00 | $ 18,105.00 |
| **Non Legal Personnel Total** | | | | 142.90 | $ 44,957.50 |
| **Grand Total** | | | | 1,573.60 | $ 1,137,878.40 |

---

\*   Half-rates appear where fees were charged for non-working travel.

## EXHIBIT C

## Summary of Actual and Necessary Expenses for the Fee Period

| Disbursement Summary | |
|---|---|
| **Description** | **Amount** |
| Local Transportation | $ 715.78 |
| Meals - Conference Catering | $ 232.45 |
| Meals - Overtime | $ 930.31 |
| Outside Vendor - Epiq eDiscovery Solutions | $ 750.00 |
| Repro - Binding | $ 3.25 |
| Repro - BW Copies | $ 682.70 |
| Tele-conference | $ 193.01 |
| Travel - Out of Town | $ 363.00 |
| Delivery Services/Messengers | $ 77.50 |
| Total | $ 3,948.00 |

## EXHIBIT D

## Detailed Description of Expenses and Disbursements

| Work Date | Timekeeper Name | Quantity | Rate | Amount | Cost Description |
|---|---|---|---|---|---|
| 12/13/14 | Keranen, Kristin L. | 1 | $ 44.68 | $ 44.68 | Delivery Services/Messengers |
| 12/13/14 | Keranen, Kristin L. | 1 | $ 32.82 | $ 32.82 | Delivery Services/Messengers |
| **Delivery Services/Messengers Total** | | | | **$ 77.50** | |
| 12/08/14 | Keranen, Kristin L. | 1 | $ 750.00 | $ 750.00 | Epiq eDiscovery Solutions |
| **Outside Vendor Total** | | | | **$ 750.00** | |
| 12/1/2014 | Dietderich, Andrew G. | 1 | $ 27.79 | $ 27.79 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Kirkland and Ellis NY, NY; Purpose: Meeting* |
| 12/1/2014 | Ha, Alice YN | 1 | $ 14.50 | $ 14.50 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pick-up Time: 22:24 |
| 12/1/2014 | Josephs, Adam M. | 1 | $ 24.27 | $ 24.27 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pick-up Time: 22:47 |
| 12/1/2014 | Ma, Chiansan | 1 | $ 67.10 | $ 67.10 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pick-up Time: 22:27 |
| 12/1/2014 | Rhein, Jonathan M. | 1 | $ 5.00 | $ 5.00 | Local Transportation - Transportation Type: Subway; Starting Point: Kirkland and Ellis NY, NY; End Point: 125 Broad St. NY, NY; Purpose: Meeting* |
| 12/2/2014 | Dietderich, Andrew G. | 1 | $ 27.78 | $ 27.78 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Kirkland and Ellis NY, NY; Purpose: Meeting* |
| 12/2/2014 | Kranzley, Alexa J. C. Y. L. | 1 | $ 27.78 | $ 27.78 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Kirkland and Ellis NY, NY; Purpose: Meeting* |

SC1:3797490.3

| Work Date | Timekeeper Name | Quantity | Rate | Amount | Cost Description |
|---|---|---|---|---|---|
| 12/2/2014 | Weiss, Noam R. | 1 | $ 27.78 | $ 27.78 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pick-up Time: 00:22 |
| 12/3/2014 | Dietderich, Andrew G. | 1 | $ 28.59 | $ 28.59 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Morrison Foerster NY, NY; Purpose: Meeting* |
| 12/3/2014 | Foushee, Matthew H. | 1 | $ 30.50 | $ 30.50 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pick-up Time: 21:55 |
| 12/3/2014 | Ha, Alice YN | 1 | $ 14.00 | $ 14.00 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pick-up Time: 21:15 |
| 12/3/2014 | Ma, Chiansan | 1 | $ 60.19 | $ 60.19 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pick-up Time: 23:22 |
| 12/4/2014 | Altman, Zvi Daniel | 1 | $ 5.00 | $ 5.00 | Local Transportation - Transportation Type: Subway; Starting Point: 125 Broad St. NY, NY; End Point: Kirkland and Ellis; Purpose: Meeting* |
| 12/4/2014 | Ha, Alice YN | 1 | $ 6.00 | $ 6.00 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pick-up Time: 21:00 |
| 12/4/2014 | Kranzley, Alexa J. C. Y. L. | 1 | $ 27.39 | $ 27.39 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pick-up Time: 21:04 |
| 12/4/2014 | Weiss, Noam R. | 1 | $ 27.79 | $ 27.79 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pick-up Time: 22:01 |

SC1:3797490.3

| Work Date | Timekeeper Name | Quantity | Rate | Amount | Cost Description |
|---|---|---|---|---|---|
| 12/5/2014 | Ma, Chiansan | 1 | $ 60.02 | $ 60.02 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pick-up Time: 00:30 |
| 12/8/2014 | Dietderich, Andrew G. | 1 | $ 27.78 | $ 27.78 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Paul Weiss NY, NY; Purpose: Meeting* |
| 12/10/2014 | Bradley, Adrienne R. W. | 1 | $ 24.27 | $ 24.27 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pick-up Time: 21:18 |
| 12/10/2014 | Ma, Chiansan | 1 | $ 59.58 | $ 59.58 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pick-up Time: 00:05 |
| 12/12/2014 | Bradley, Adrienne R. W. | 1 | $ 24.28 | $ 24.28 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pick-up Time: 21:50 |
| 12/16/2014 | Bradley, Adrienne R. W. | 1 | $ 7.00 | $ 7.00 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pick-up Time: 22:20 |
| 12/16/2014 | Ma, Chiansan | 1 | $ 60.63 | $ 60.63 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pick-up Time: 22:43 |
| 12/17/2014 | Bradley, Adrienne R. W. | 1 | $ 24.76 | $ 24.76 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pick-up Time: 21:25 |
| 12/18/2014 | Ha, Alice YN | 1 | $ 6.00 | $ 6.00 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pick-up Time: 21:00 |

SC1:3797490.3

| Work Date | Timekeeper Name | Quantity | Rate | Amount | Cost Description |
|---|---|---|---|---|---|
| **Local Transportation Total** | | | | **$ 715.78** | |
| 12/18/14 | Dietderich, Andrew G. | 1 | $ 232.45 | $ 232.45 | Conference Catering - 14 People |
| **Meals - Conference Catering Total** | | | | **$ 232.45** | |
| 12/01/14 | Altman, Zvi Daniel | 1 | $ 20.00 | $ 20.00 | Meals - Overtime; Project(s): 00007, 00015, 00016, 00019 |
| 12/01/14 | Foushee, Matthew H. | 1 | $ 20.00 | $ 20.00 | Meals - Overtime; Project(s): 00007, 00012, 00024 |
| 12/01/14 | Ha, Alice YN | 1 | $ 20.00 | $ 20.00 | Meals - Overtime; Project(s): 00007, 00026 |
| 12/01/14 | Josephs, Adam M. | 1 | $ 20.00 | $ 20.00 | Meals - Overtime; Project(s): 00010 |
| 12/01/14 | Khanna, Hargun S. | 1 | $ 20.00 | $ 20.00 | Meals - Overtime; Project(s): 00003, 00007 |
| 12/01/14 | Ma, Chiansan | 1 | $ 19.79 | $ 19.79 | Meals - Overtime; Project(s): 00007, 00011, 00012, 00015, 00019, 00026 |
| 12/01/14 | Taylor-Cohart, Daniel | 1 | $ 20.00 | $ 20.00 | Meals - Overtime; Project(s): 00007, 00008, 00019 |
| 12/01/14 | Weiss, Noam R. | 1 | $ 20.00 | $ 20.00 | Meals - Overtime; Project(s): 00007, 00024, 00026 |
| 12/01/14 | Zhang, Xin | 1 | $ 20.00 | $ 20.00 | Meals - Overtime; Project(s): 00003, 00007, 00025 |
| 12/02/14 | Foushee, Matthew H. | 1 | $ 20.00 | $ 20.00 | Meals - Overtime; Project(s): 00011, 00012 |
| 12/02/14 | Ha, Alice YN | 1 | $ 20.00 | $ 20.00 | Meals - Overtime; Project(s): 00025, 00026 |
| 12/02/14 | Taylor-Cohart, Daniel | 1 | $ 20.00 | $ 20.00 | Meals - Overtime; Project(s): 00019, 00026 |
| 12/02/14 | Zhang, Xin | 1 | $ 20.00 | $ 20.00 | Meals - Overtime; Project(s): 00003, 00025 |
| 12/03/14 | Foushee, Matthew H. | 1 | $ 20.00 | $ 20.00 | Meals - Overtime; Project(s): 00011, 00012 |
| 12/03/14 | Ha, Alice YN | 1 | $ 20.00 | $ 20.00 | Meals - Overtime; Project(s): 00026 |
| 12/03/14 | Loeser, Daniel R. | 1 | $ 20.00 | $ 20.00 | Meals - Overtime; Project(s): 00019 |
| 12/03/14 | Ma, Chiansan | 1 | $ 19.83 | $ 19.83 | Meals - Overtime; Project(s): 00011, 00012, 00019 |
| 12/03/14 | Weiss, Noam R. | 1 | $ 17.21 | $ 17.21 | Meals - Overtime; Project(s): 00007, 00026 |
| 12/04/14 | Foushee, Matthew H. | 1 | $ 20.00 | $ 20.00 | Meals - Overtime; Project(s): 00007, 00011, 00012 |
| 12/04/14 | Ha, Alice YN | 1 | $ 20.00 | $ 20.00 | Meals - Overtime; Project(s): 00026 |
| 12/04/14 | Kranzley, Alexa J. C. Y. L. | 1 | $ 20.00 | $ 20.00 | Meals - Overtime; Project(s): 00007, 00008, 00011, 00015, 00019, 00021, 00024, 00025 |
| 12/04/14 | Loeser, Daniel R. | 1 | $ 20.00 | $ 20.00 | Meals - Overtime; Project(s): 00007 |
| 12/04/14 | Ma, Chiansan | 1 | $ 20.00 | $ 20.00 | Meals - Overtime; Project(s): 00007, 00011, 00012, 00019, 00024 |

SC1:3797490.3

| Work Date | Timekeeper Name | Quantity | Rate | Amount | Cost Description |
|---|---|---|---|---|---|
| 12/04/14 | Taylor-Cohart, Daniel | 1 | $ 20.00 | $ 20.00 | Meals - Overtime; Project(s): 00007, 00019 |
| 12/04/14 | Weiss, Noam R. | 1 | $ 17.21 | $ 17.21 | Meals - Overtime; Project(s): 00007, 00014, 00026 |
| 12/04/14 | Zhang, Xin | 1 | $ 20.00 | $ 20.00 | Meals - Overtime; Project(s): 00007, 00008, 00025 |
| 12/09/14 | Ha, Alice YN | 1 | $ 20.00 | $ 20.00 | Meals - Overtime; Project(s): 00026 |
| 12/09/14 | Ma, Chiansan | 1 | $ 19.74 | $ 19.74 | Meals - Overtime; Project(s): 00011, 00012, 00019 |
| 12/09/14 | Rhein, Jonathan M. | 1 | $ 20.00 | $ 20.00 | Meals - Overtime; Project(s): 00019 |
| 12/09/14 | White, Amaris R. | 1 | $ 20.00 | $ 20.00 | Meals - Overtime; Project(s): 00024 |
| 12/10/14 | Bradley, Adrienne R. W. | 1 | $ 20.00 | $ 20.00 | Meals - Overtime; Project(s): 00003 |
| 12/10/14 | Foushee, Matthew H. | 1 | $ 20.00 | $ 20.00 | Meals - Overtime; Project(s): 00011, 00012 |
| 12/10/14 | Ha, Alice YN | 1 | $ 20.00 | $ 20.00 | Meals - Overtime; Project(s): 00026 |
| 12/10/14 | Ma, Chiansan | 1 | $ 19.50 | $ 19.50 | Meals - Overtime; Project(s): 00011, 00012, 00025, 00026 |
| 12/11/14 | Foushee, Matthew H. | 1 | $ 20.00 | $ 20.00 | Meals - Overtime; Project(s): 00011, 00012 |
| 12/11/14 | Ma, Chiansan | 1 | $ 19.24 | $ 19.24 | Meals - Overtime; Project(s): 00007, 00011, 00012 |
| 12/11/14 | Zhang, Xin | 1 | $ 20.00 | $ 20.00 | Meals - Overtime; Project(s): 00003, 00025 |
| 12/15/14 | Foushee, Matthew H. | 1 | $ 20.00 | $ 20.00 | Meals - Overtime; Project(s): 00007, 00011, 00012 |
| 12/15/14 | Ha, Alice YN | 1 | $ 20.00 | $ 20.00 | Meals - Overtime; Project(s): 00007, 00026 |
| 12/15/14 | Rhein, Jonathan M. | 1 | $ 20.00 | $ 20.00 | Meals - Overtime; Project(s): 00007, 00019 |
| 12/16/14 | Foushee, Matthew H. | 1 | $ 20.00 | $ 20.00 | Meals - Overtime; Project(s): 00011, 00012 |
| 12/16/14 | Ha, Alice YN | 1 | $ 20.00 | $ 20.00 | Meals - Overtime; Project(s): 00026 |
| 12/16/14 | Ma, Chiansan | 1 | $ 20.00 | $ 20.00 | Meals - Overtime; Project(s): 00011, 00012 |
| 12/17/14 | Bradley, Adrienne R. W. | 1 | $ 20.00 | $ 20.00 | Meals - Overtime; Project(s): 00013 |
| 12/18/14 | Weiss, Noam R. | 1 | $ 17.79 | $ 17.79 | Meals - Overtime; Project(s): 00007, 00015, 00026 |
| 12/22/14 | Altman, Zvi Daniel | 1 | $ 20.00 | $ 20.00 | Meals - Overtime; Project(s): 00019 |
| 12/23/14 | Altman, Zvi Daniel | 1 | $ 20.00 | $ 20.00 | Meals - Overtime; Project(s): 00019 |
| **Meals - Overtime Total** | | | | $ 930.31 | |
| 12/09/14 | Watson, Thomas C. | 1 | $ 3.25 | $ 3.25 | Repro - Binding |
| **Repro - Binding Total** | | | | $ 3.25 | |
| 12/09/14 | Watson, Thomas C. | 254 | $ 0.10 | $ 25.40 | Repro - BW Copies |

-15-

| Work Date | Timekeeper Name | Quantity | Rate | Amount | Cost Description |
|---|---|---|---|---|---|
| 12/10/14 | Watson, Thomas C. | 6,573 | $ 0.10 | $ 657.30 | Repro - BW Copies |
| **Repro - BW Copies Total** | | | | **$ 682.70** | |
| 12/02/14 | Kranzley, Alexa J. C. Y. L. | 1 | $ 14.62 | $ 14.62 | Tele-conference |
| 12/05/14 | Dietderich, Andrew G. | 1 | $ 23.82 | $ 23.82 | Tele-conference |
| 12/09/14 | Kranzley, Alexa J. C. Y. L. | 1 | $ 18.03 | $ 18.03 | Tele-conference |
| 12/12/14 | Dietderich, Andrew G. | 1 | $ 32.43 | $ 32.43 | Tele-conference |
| 12/18/14 | Dietderich, Andrew G. | 1 | $ 32.15 | $ 32.15 | Tele-conference |
| 12/18/14 | Kranzley, Alexa J. C. Y. L. | 1 | $ 30.52 | $ 30.52 | Tele-conference |
| 12/22/14 | Kranzley, Alexa J. C. Y. L. | 1 | $ 41.44 | $ 41.44 | Tele-conference |
| **Tele-conference Total** | | | | **$ 193.01** | |
| 12/18/14 | Glueckstein, Brian D. | 1 | $ 363.00 | $ 363.00 | Amtrak ticket for December 18, 2014 - NY/DE ($358); local transportation ($5) |
| **Travel - Out of Town Total** | | | | **$ 363.00** | |
| **Grand Total** | | | | **$ 3,948.00** | |

\*   Whenever possible, S&C lawyers share rides going to/from client meetings.

SC1:3797490.3

# EXHIBIT E

## Notice and Records of EFH Committee Members' Expenses

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[3] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: February 26, 2015 at 4:00 p.m** |

**SECOND MONTHLY EXPENSE STATEMENT OF MEMBERS OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ENERGY FUTURE HOLDINGS CORP., ENERGY FUTURE INTERMEDIATE HOLDING COMPANY, LLC, EFIH FINANCE INC., AND EECI, INC. FOR EXPENSES INCURRED FOR THE PERIOD OF DECEMBER 1, 2014 THROUGH DECEMBER 31, 2014**

| **Name of Applicant** | **Members of the Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH Finance Inc., and EECI, Inc.[4]** |
|---|---|
| Date of Appointment: | October 27, 2014 |
| Period for which reimbursement is sought: | December 1, 2014 to December 31, 2014 |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $9,867.39 |

This is a(n) **X** monthly ___ interim ___ final application. No prior application filed for this Period.[5]

---

[3] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[4] Pursuant to the Notice of Appointment (as defined below), the members of the EFH Committee (as defined below) are: Mark. B. Landon, Brown & Zhou, LLC, Peter Tinkham, Shirley Fenicle, as successor-in-interest to the Estate of George Fenicle and David William Fahy (collectively, the "**EFH Committee Members**").

[5] Notice of this Monthly Expense Statement (as defined below) shall be served in accordance with the Interim Compensation Order and Fee Committee Order (each as defined below), and objections to the relief requested in this Monthly Expense Statement shall be addressed in accordance with the Interim Compensation Order.

-17-

Pursuant to section 503 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the *Notice of Appointment of Committee of Unsecured Creditors* [D. I. 2570] (the "**Notice of Appointment**"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals,* dated September 16, 2014 [D. I. 2066] (the "**Interim Compensation Order**"), and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the EFH Committee Members, as members of the official committee (the "**EFH Committee**") of unsecured creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. (collectively, the "**EFH Debtors**"), through their undersigned counsel, hereby submit this monthly expense statement (this "**Monthly Expense Statement**") for reimbursement of the actual and necessary expenses incurred in the performance of the duties of the EFH Committee, in the amount of $9,867.39, from December 1, 2014 through December 31, 2014 (the "**Expense Statement Period**").

## Itemization of Disbursements Incurred

In support of this Monthly Expense Statement, attached is an Expense Chart setting forth the total amount of expenses for which the EFH Committee Members are seeking reimbursement in this Monthly Expense Statement.

WHEREFORE, the EFH Committee Members, by and through their undersigned counsel, request that they be allowed reimbursement in the total amount of $9,867.39 for actual and necessary costs and expenses incurred in the performance of the duties of the EFH

Committee, and that such expenses be paid as administrative expenses of the EFH Debtors' estates.[6]

---

[6] Paragraph 2(b) of the Interim Compensation Order requires Professionals (as defined in the Interim Compensation Order) to allocate any fees and expenses to the applicable Debtors for whose direct benefit such fees and expenses were incurred. To the extent that Paragraph 2(b) of the Interim Compensation Order applies to reimbursement of EFH Committee Member expenses, the EFH Committee Members have incurred expenses in performance of the duties of the EFH Committee. Therefore, all of the EFH Committee Members' expenses identified in this Monthly Expense Statement should be paid by the EFH Debtors.

## Expense Chart

| Date | Committee Member | Type of Expense | Expense Description | Amount |
|---|---|---|---|---|
| 12/3 | Mabel Brown | Meal | Lindey Restaurant: lunch with outside counsel (2 people; Columbus, OH) | $ 94.56 |
| 12/4 | Mabel Brown | Transportation | Uber car from Downtown Columbus to airport to meet with Guggenheim | $ 28.47 |
| 12/4 | Mabel Brown | Hotel | Hilton meeting facilities for meeting with outside counsel (Columbus, OH) | $ 235.33 |
| 12/4 | Mabel Brown | Meal | Hilton Galerie- GGS (Columbus, OH) | $ 61.06 |
| 12/5 | Mabel Brown | Miscellaneous | Staples – Printing case-related documents (Columbus, OH) | $ 43.54 |
| 12/8 | Mabel Brown | Transportation | Mileage to/from CMH Airport | $ 11.20 |
| 12/8 | Mabel Brown | Transportation | Delta roundtrip flight (CMH to LGA) (including sales tax) | $ 1,414.20 |
| 12/8 | Mabel Brown | Hotel | Royalton Hotel (12/8) (NYC) | $ 384.57 |
| 12/8 | Mabel Brown | Miscellaneous | Airport parking (Port Columbus Parking Garage – Columbus, OH) | $ 17.00 |
| 12/8 | Mabel Brown | Transportation | Uber car from LGA to meeting in Midtown Manhattan | $ 48.24 |
| 12/8 | Mabel Brown | Meal | Great American Bagel: breakfast. (Alone; Columbus, OH) | $ 4.98 |
| 12/8 | Mabel Brown | Meal | Le Pain Quotidien: lunch. (Alone; NYC) | $ 21.32 |
| 12/8 | Mabel Brown | Miscellaneous | Tips to bellman and housekeeping at Royalton Hotel | $ 20.00 |
| 12/9 | Mabel Brown | Miscellaneous | Walmart – Printing case-related documents (Columbus, OH) | $ 19.84 |
| 12/10 | Mabel Brown | Transportation | Delta roundtrip flight (CMH to LGA) (including change fee) | $ 1,366.00 |
| 12/15 | Mabel Brown | Transportation | Mileage to/from CMH airport | $ 11.20 |
| 12/15 | Mabel Brown | Transportation | Uber cars (from LGA to hotel; hotel to meeting in Midtown Manhattan with creditor; from meeting with creditor to hotel) | $ 72.34 |
| 12/15 | Mabel Brown | Meal | Mandarin Oriental Restaurant: dinner. (Alone; NYC) | $ 90.00 |
| 12/15 | Mabel Brown | Meal | Starbucks: breakfast. (Alone; Columbus, OH) | $ 2.96 |
| 12/15 | Mabel Brown | Meal | Great American Bagel: breakfast. (Alone; Columbus, OH) | $ 1.99 |
| 12/16 | Mabel Brown | Meal | Celeste Italian: dinner. (Alone; NYC) | $ 80.00 |
| 12/16 | Mabel Brown | Meal | Chocolo Bolo: lunch. (Alone; NYC) | $ 44.65 |
| 12/16 | Mabel Brown | Transportation | Uber cars (from hotel to meal in Uptown Manhattan; from restaurant to hotel) | $ 39.47 |
| 12/16 | Mabel Brown | Transportation | Uber car from hotel in Manhattan to Guggenheim offices in Manhattan | $ 16.69 |
| 12/17 | Mabel Brown | Miscellaneous | Tips to bellman and housekeeping at Gramercy Park Hotel | $ 20.00 |
| 12/17 | Mabel Brown | Transportation | Uber car from dinner in Manhattan to hotel in Manhattan | $ 37.48 |
| 12/17 | Mabel Brown | Transportation | Taxi from hotel in Manhattan to LGA | $ 43.33 |
| 12/17 | Mabel Brown | Miscellaneous | Airport parking (Port Columbus Parking Garage – Columbus, OH) | $ 46.00 |
| 12/18 | Mabel Brown | Miscellaneous | Parking to drop off paper to M. Landon | $ 3.25 |
| 12/18 | Mabel Brown | Hotel | Gramercy Park Hotel (12/15-12/17) (NYC) | $ 957.12 |

| Date | Committee Member | Type of Expense | Expense Description | Amount |
|---|---|---|---|---|
| 12/19 | Mabel Brown | Miscellaneous | Printing case-related documents | $ 120.00 |
| 12/19 | Mabel Brown | Meal | Hilton lunch with outside counsel (2 people; Columbus, OH) | $ 118.20 |
| 12/21 | Mabel Brown | Transportation | Uber car from LGA to New York Palace Hotel | $ 45.70 |
| 12/21 | Mabel Brown | Transportation | Uber car from home to CMH Airport | $ 23.12 |
| 12/21 | Mabel Brown | Meal | Starbucks: breakfast. (Alone; NYC) | $ 10.47 |
| 12/21 | Mabel Brown | Hotel | New York Palace Hotel (12/21-12/23) (including gift shop food charges) (NYC) | $ 647.28 |
| 12/21 | Mabel Brown | Transportation | American Airlines roundtrip flight (CMH to LGA) (including sales tax) | $ 1,550.20 |
| 12/21 | Mabel Brown | Miscellaneous | Verizon cellphone charges related to discussions with creditors and UCC professionals | $ 124.69 |
| 12/22 | Mabel Brown | Meal | Le Pain Quotidien: lunch. (Alone; NYC) | $ 34.31 |
| 12/22 | Mabel Brown | Meal | Ramen Noodle: dinner. (Alone; NYC) | $ 13.89 |
| 12/23 | Mabel Brown | Transportation | Uber car from New York Palace Hotel to LGA | $ 36.40 |
| 12/23 | Mabel Brown | Meal | New York Palace Hotel – 5 meals (all eaten alone; NYC)<br>(12/21 b'fast - $ 24.77;<br>12/21 snack - $ 4.25;<br>12/22 dinner - $ 56.94;<br>12/23 b'fast - $ 27.60;<br>12/23 lunch - $34.95) | $ 148.51 |
| 12/23 | Mabel Brown | Miscellaneous | Tips to bellman and housekeeping at New York Palace Hotel | $ 20.00 |
| 12/24 | Mabel Brown | Transportation | Uber car from CMH to home | $ 22.63 |
| 12/25 | Mabel Brown | Transportation | Delta roundtrip flight 1/8/15 – 1/14/15 (CMH to LGA) | $ 422.20 |
| 12/28 | Mabel Brown | Hotel | New York Palace Hotel (1/5/2015) (NYC) | $ 289.80 |
| 12/28 | Mabel Brown | Transportation | American Airlines roundtrip flight (CMH to LGA) (including baggage fee) | $ 1,003.20 |
| | | | **Total (Mable Brown):** | **$ 9,867.39** |
| | | | **EFH Committee Members Total Expenses Incurred:** | **$ 9,867.39** |

-2-