# **EXHIBIT A**

Invoice Date: 2/5/15
Invoice Number: 717901
Client Matter Number: 66471.00001
I.D.# 01051

## SUMMARY FOR FEE SERVICES RENDERED BY TASK

| Code | Description | Hours | Amount |
|---|---|---|---|
| 006 | Case Administration | 5.90 | $1,549.50 |
| 010 | Employment and Fee Applications (MMWR) | 49.50 | $28,133.00 |
| 011 | Employment and Fee Applications (Others) | 6.80 | $2,607.00 |
| 014 | Meetings and Communications with Creditors | 4.00 | $2,700.00 |
| 020 | Discovery | 0.60 | $321.00 |
| 030 | Asbestos-Related Matters | 5.10 | $3,280.50 |
| | Matter Total | 71.90 | $38,591.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**