The MMWR attorneys and paralegals that rendered professional services in these cases during the Fee Period are:

| Name of Professional Individual | Position of the Applicant and Year of Obtaining License to Practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **PARTNERS AND OF COUNSEL** | | | | |
| Natalie D. Ramsey | Partner; Joined Firm in 1985; Member of DE Bar since 2009 | $675.00 | 7.80 | $ 5,265.00 |
| Mark B. Sheppard | Partner; Joined Firm in 2009; Member of PA Bar since 1987 | $510.00 | 2.70 | $ 1,579.50 |
| Mark A. Fink | Of Counsel; Joined Firm in 2012; Member of DE Bar since 2000 | $590.00 | 29.70 | $ 17,523.00 |
| Davis Lee Wright | Of Counsel; Joined Firm in 2011; Member of DE Bar since 2002 | $535.00 | 23.90 | $ 12,786.50 |
| **TOTAL PARTNERS AND OF COUNSEL** | | | **64.1** | **$ 37,154.00** |
| **ASSOCIATES** | | | | |
| Katherine M. Fix | Associate; Joined Firm in 2012; Member of PA Bar since 2012 | $290.00 | 2.30 | $ 667.00 |
| **TOTAL ASSOCIATES** | | | **2.30** | **$ 667.00** |
| **PARALEGALS & ADDITIONAL PROFESSIONALS** | | | | |
| Keith Mangan | Paralegal | $140.00 | 5.50 | $ 770.00 |
| **TOTAL PARALEGALS AND ADDITIONAL PROFESSIONALS** | | | **5.50** | **$ 770.00** |
| **TOTAL ALL PROFESSIONALS** | | | **71.90** | **$ 38,591.00** |