**<u>EXHIBIT C</u>**

**EXPENSE SUMMARY**

| Expense Category | Total Expenses |
| --- | --- |
| Duplicating - Internal | $ 25.09 |
| Postage | $ 9.48 |
| Printing - Internal | $ 214.11 |
| Lunch/Dinner Conference | $ 98.24 |
| Telephone | $ 28.54 |
| Westlaw On-Line Legal Research | $ 668.16 |
| Pacer | $ 141.60 |
| **Total:** | **$ 1,185.25** |