# **EXHIBIT D**

| | |
|---|---|
| Invoice Date: | 2/5/15 |
| Invoice Number: | 717901 |
| Client Matter Number: | 66471.00001 |
| I.D.# | 01051 |

## Disbursements and Other Related Charges Incurred On Your Behalf

| Date | Description | | Amount |
|---|---|---|---|
| 12/31/14 | Postage | $ | 9.48 |
| 12/31/14 | Printing & Duplicating - Internal | $ | 239.20 |
| 12/31/14 | Pacer | $ | 141.60 |
| 11/07/14 | Westlaw On-Line Legal Research | $ | 44.46 |
| 11/08/14 | Westlaw On-Line Legal Research | $ | 35.64 |
| 11/16/14 | Westlaw On-Line Legal Research | $ | 53.46 |
| 11/18/14 | Westlaw On-Line Legal Research | $ | 17.82 |
| 11/19/14 | Westlaw On-Line Legal Research | $ | 71.28 |
| 11/22/14 | Westlaw On-Line Legal Research | $ | 285.12 |
| 11/23/14 | Westlaw On-Line Legal Research | $ | 106.92 |
| 12/08/14 | Westlaw On-Line Legal Research | $ | 53.46 |
| 12/29/14 | Telephone - PAID TO: Soundpath Legal Conferencing - Conference Call on 12/01/14 at 5:55pm with 7 people | $ | 27.61 |
| 12/29/14 | Telephone - PAID TO: Soundpath Legal Conferencing - Conference Call on 12/12/14 at 5:00pm with 2 people | $ | 0.93 |
| 12/31/14 | Lunch/Dinner Conference - PAID TO: American Express - PureBread Wilmington purchase on 11/20/14 (breakfast and lunch for clients re: hearing w/ clients today at 12:00 PM and Status conference w/ clients today at 4:00 PM | $ | 98.24 |
| | Total Disbursements | $ | 1,185.22 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**