## EXHIBIT A

**Detailed Description of Expenses**

**Guggenheim Securities**
Expense Details

EXHIBIT A

**GUGGENHEIM SECURITIES, LLC**
**EXPENSE DETAILS FOR THE PERIOD OF**
**DECEMBER 1, 2014 THROUGH DECEMBER 31, 2014**

### Expense Details

| Date | Category | Expense Incurred | Voluntary Reduction | Requested Amount | Professionals | Vendor | Description |
|---|---|---|---|---|---|---|---|
| 12/1/2014 | Airfare | 2,228.10 | (1,483.10) | 745.00 | Michael Henkin | American Airlines | One way coach equivalent airfare from SF to NY; EFH Settlement Plan Meeting |
| 12/1/2014 | Airfare | 24.00 | 0.00 | 24.00 | Michael Henkin | AGNT FEE 89006410805616 | Travel agency fee |
| 12/7/2014 | Airfare | 2,677.10 | (1,798.10) | 879.00 | Michael Henkin | United Airlines | One way coach equivalent airfare from SF to NY; EFH mtg w/ committee advisors |
| 12/7/2014 | Airfare | 24.00 | 0.00 | 24.00 | Michael Henkin | AGNT FEE 89006411567150 | Travel agent fee |
| 12/10/2014 | Airfare | 2,677.10 | (2,234.10) | 443.00 | Michael Henkin | United Airlines | One way coach equivalent airfare from NY to SF after mtg w/ committee advisors |
| 12/10/2014 | Airfare | 24.00 | 0.00 | 24.00 | Michael Henkin | AGNT FEE 89006411947235 | Travel agency fee |
| 12/17/2014 | Airfare | 1,208.99 | (807.99) | 401.00 | Michael Henkin | Jet Blue Airways | One way coach equivalent airfare from NY to SF after EFH meetings |
| 12/17/2014 | Airfare | 24.00 | 0.00 | 24.00 | Michael Henkin | AGNT FEE 89006415396415 | Travel Agency Fee |
| 12/1/2014 | Hotel | 222.47 | (159.47) | 63.00 | Michael Henkin | Residence Inn Marriott | Taxes and fees |
| 12/1/2014 | Hotel | 439.00 | 0.00 | 439.00 | Michael Henkin | Residence Inn Marriott | 1 night room rate |
| 12/1/2014 | Hotel | 998.00 | 0.00 | 998.00 | Michael Henkin | Residence Inn Marriott | 2 night room rate |
| 12/8/2014 | Hotel | 229.08 | (217.08) | 12.00 | Michael Henkin | Grand Hyatt | 2 night room tax |
| 12/8/2014 | Hotel | 988.00 | 0.00 | 988.00 | Michael Henkin | Grand Hyatt | 2 night room rate |
| 12/2/2014 | Ground Transportation | 63.00 | 0.00 | 63.00 | Michael Henkin | NYC TAXI 1G65 | Taxi from JFK to hotel |
| 12/2/2014 | Ground Transportation | 8.00 | (2.00) | 6.00 | Michael Henkin | NYC Taxi | Taxi from NY office to K&E for EFH meeting |
| 12/2/2014 | Ground Transportation | 9.50 | 0.00 | 9.50 | Ofir Nitzan | NYC-TAXI | Taxi from EFH meeting to office |
| 12/2/2014 | Ground Transportation | 13.50 | 0.00 | 13.50 | Ofir Nitzan | NYC TAXI-8T17 | Taxi home after 9:00pm |
| 12/2/2014 | Ground Transportation | 12.00 | 0.00 | 12.00 | Ofir Nitzan | NYC TAXI CCRMT | Taxi home after 9:00pm |
| 12/2/2014 | Ground Transportation | 67.95 | 0.00 | 67.95 | Phillip Laroche | BIG APPLE CAR INC | Car service home after 9:00pm |
| 12/2/2014 | Ground Transportation | 67.95 | 0.00 | 67.95 | Phillip Laroche | BIG APPLE CAR INC | Early a.m. car service night of 12/1/2014 |
| 12/2/2014 | Ground Transportation | 2.50 | 0.00 | 2.50 | Phillip Laroche | ALEPH GLOBAL | Related car service fee |
| 12/2/2014 | Ground Transportation | 2.50 | 0.00 | 2.50 | Phillip Laroche | ALEPH GLOBAL | Related car service fee |
| 12/2/2014 | Ground Transportation | 7.00 | 0.00 | 7.00 | James Shovlin | NYC-TAXI | Taxi home after 9:00pm |
| 12/4/2014 | Ground Transportation | 87.64 | 0.00 | 87.64 | Michael Henkin | EXECUTIVE CHARGE INC | Car service to Newark |
| 12/4/2014 | Ground Transportation | 2.50 | 0.00 | 2.50 | Michael Henkin | ALEPH GLOBAL | Related car service fee |
| 12/4/2014 | Ground Transportation | 59.45 | 0.00 | 59.45 | Phillip Laroche | EXECUTIVE CHARGE INC | Car service home after 9:00pm |
| 12/4/2014 | Ground Transportation | 2.50 | 0.00 | 2.50 | Phillip Laroche | ALEPH GLOBAL | Related car service fee |
| 12/5/2014 | Ground Transportation | 180.00 | 0.00 | 180.00 | Michael Henkin | SFO PARKINGCENTRAL-Q96 | Parking at SFO during trip |
| 12/6/2014 | Ground Transportation | 12.00 | 0.00 | 12.00 | Ofir Nitzan | NYC-TAXI | Taxi between home and office on weekend |
| 12/6/2014 | Ground Transportation | 14.00 | 0.00 | 14.00 | Ofir Nitzan | NYC TAXI 1H28 | Taxi between home and office on weekend |
| 12/7/2014 | Ground Transportation | 13.00 | 0.00 | 13.00 | Ofir Nitzan | NYC-TAXI | Taxi between home and office on weekend |
| 12/7/2014 | Ground Transportation | 8.00 | 0.00 | 8.00 | David Paulzak | NYC-TAXI | Taxi between home and office on weekend |
| 12/8/2014 | Ground Transportation | 13.91 | 0.00 | 13.91 | Ronen Bojmel | UBER | Taxi to EFH meeting w/ Committee Advisors |
| 12/8/2014 | Ground Transportation | 69.39 | 0.00 | 69.39 | Michael Henkin | NYC TAXI 6P27 | Taxi from airport to hotel |
| 12/8/2014 | Ground Transportation | 67.95 | 0.00 | 67.95 | Phillip Laroche | BIG APPLE CAR INC | Car service home after 9:00pm |
| 12/8/2014 | Ground Transportation | 8.00 | 0.00 | 8.00 | David Paulzak | NYC TAXI SBV161 | Taxi home after 9pm |
| 12/10/2014 | Ground Transportation | 2.50 | 0.00 | 2.50 | Ronen Bojmel | ALEPH GLOBAL | Related car service fee |
| 12/10/2014 | Ground Transportation | 25.26 | 0.00 | 25.26 | Ronen Bojmel | VELOCITY LIMO INC | Car service from office to meeting with Hugh Sawyer |
| 12/10/2014 | Ground Transportation | 108.00 | 0.00 | 108.00 | Michael Henkin | SFO PARKINGCENTRAL-Q96 | Parking at SFO during trip |
| 12/10/2014 | Ground Transportation | 69.38 | 0.00 | 69.38 | Michael Henkin | NYC TAXI 9C66 | Taxi from hotel to JFK |
| 12/11/2014 | Ground Transportation | 8.81 | 0.00 | 8.81 | Ronen Bojmel | UBER TECHNOLOGIES INC | Taxi to K&E meeting re EFH |
| 12/11/2014 | Ground Transportation | 21.60 | 0.00 | 21.60 | Ronen Bojmel | UBER TECHNOLOGIES INC | Taxi from K&E to office after Plan Settlement Meeting |
| 12/15/2014 | Ground Transportation | 12.00 | 0.00 | 12.00 | Ofir Nitzan | NYC TAXI 9D10 | Taxi home after 9:00pm |
| 12/15/2014 | Ground Transportation | 8.50 | 0.00 | 8.50 | David Paulzak | NYC-TAXI YELLOW CAB | Taxi home after 9:00pm |
| 12/16/2014 | Ground Transportation | 34.53 | 0.00 | 34.53 | Ronen Bojmel | EXECUTIVE CHARGE INC | Car service from office to meeting with Centerview |
| 12/16/2014 | Ground Transportation | 2.50 | 0.00 | 2.50 | Ronen Bojmel | ALEPH GLOBAL | Related car service fee |
| 12/17/2014 | Ground Transportation | 68.97 | 0.00 | 68.97 | Phillip Laroche | BIG APPLE CAR INC | Car service home after 9:00pm |
| 12/18/2014 | Ground Transportation | 27.85 | 0.00 | 27.85 | Ronen Bojmel | EXECUTIVE CHARGE INC | Car service to EFH professionals meeting at S&C |
| 12/18/2014 | Ground Transportation | 2.50 | 0.00 | 2.50 | Ronen Bojmel | ALEPH GLOBAL | Related car service fee |
| 12/18/2014 | Ground Transportation | 68.97 | 0.00 | 68.97 | Phillip Laroche | BIG APPLE CAR INC | Car service home after 9:00pm |
| 12/19/2014 | Ground Transportation | 151.59 | 0.00 | 151.59 | Phillip Laroche | VELOCITY LIMO INC | Car service home after 9:00pm |
| 12/19/2014 | Ground Transportation | 33.78 | 0.00 | 33.78 | James Shovlin | BIG APPLE CAR INC | Car service home after 9:00pm |
| 12/23/2014 | Ground Transportation | 76.27 | 0.00 | 76.27 | Phillip Laroche | VELOCITY LIMO INC | Car service home after 9:00pm |
| 12/1/2014 | Meals | 25.62 | (5.62) | 20.00 | Ronen Bojmel | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 12/1/2014 | Meals | 10.63 | 0.00 | 10.63 | Michael Henkin | NAPA FARMS MAR00002246 | 1 person travel meal |
| 12/1/2014 | Meals | 25.55 | (5.55) | 20.00 | Ofir Nitzan | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 12/1/2014 | Meals | 23.84 | (3.84) | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 12/1/2014 | Meals | 25.55 | (5.55) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 12/2/2014 | Meals | 16.22 | 0.00 | 16.22 | Michael Henkin | CAFE 42ND | 1 person travel meal - dinner |
| 12/2/2014 | Meals | 26.88 | 0.00 | 26.88 | Michael Henkin | PRET A MANGER 0070 | Lunch with Ronen Bojmel; discuss EFH |
| 12/2/2014 | Meals | 25.59 | (5.59) | 20.00 | Ofir Nitzan | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 12/2/2014 | Meals | 25.59 | (5.59) | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 12/2/2014 | Meals | 25.59 | (5.59) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 12/3/2014 | Meals | 59.26 | 0.00 | 59.26 | Michael Henkin | CAFE CENTRO | Breakfast meeting re: EFH e-side issues |
| 12/4/2014 | Meals | 25.52 | (5.52) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 12/6/2014 | Meals | 18.74 | 0.00 | 18.74 | Ofir Nitzan | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 12/6/2014 | Meals | 23.54 | (3.54) | 20.00 | David Paulzak | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 12/7/2014 | Meals | 23.19 | (3.19) | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 12/8/2014 | Meals | 14.59 | 0.00 | 14.59 | Michael Henkin | CAFE 42ND | 1 person travel meal - dinner |
| 12/7/2014 | Meals | 8.27 | 0.00 | 8.27 | Michael Henkin | TEMP NEWS 30096655 | 1 person travel meal - snack |
| 12/8/2014 | Meals | 23.81 | (3.81) | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 12/8/2014 | Meals | 25.22 | (5.22) | 20.00 | David Paulzak | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 12/10/2014 | Meals | 64.51 | 0.00 | 64.51 | Ronen Bojmel | MARRIOTT 337N4 NY EAST | Dinner w/ Hugh Sawyer re: EFH discussion |
| 12/10/2014 | Meals | 25.62 | (5.62) | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 12/11/2014 | Meals | 25.53 | (5.53) | 20.00 | David Paulzak | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 12/12/2014 | Meals | 23.64 | (3.64) | 20.00 | David Paulzak | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 12/14/2014 | Meals | 15.33 | 0.00 | 15.33 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 12/15/2014 | Meals | 24.68 | (4.68) | 20.00 | Ofir Nitzan | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 12/15/2014 | Meals | 24.68 | (4.68) | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 12/15/2014 | Meals | 24.68 | (4.68) | 20.00 | David Paulzak | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 12/15/2014 | Meals | 24.68 | (4.68) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 12/16/2014 | Meals | 21.58 | (1.58) | 20.00 | Ofir Nitzan | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 12/16/2014 | Meals | 24.60 | (4.60) | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 12/16/2014 | Meals | 23.01 | (3.01) | 20.00 | David Paulzak | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 12/16/2014 | Meals | 24.60 | (4.60) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 12/17/2014 | Meals | 25.62 | (5.62) | 20.00 | Ofir Nitzan | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 12/17/2014 | Meals | 24.74 | (4.74) | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 12/17/2014 | Meals | 24.73 | (4.73) | 20.00 | David Paulzak | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 12/17/2014 | Meals | 25.62 | (5.62) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 12/18/2014 | Meals | 25.50 | (5.50) | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |

Guggenheim Securities
Expense Details

EXHIBIT A

**GUGGENHEIM SECURITIES, LLC**
**EXPENSE DETAILS FOR THE PERIOD OF**
**DECEMBER 1, 2014 THROUGH DECEMBER 31, 2014**

### Expense Details

| Date | Category | Expense Incurred | Voluntary Reduction | Requested Amount | Professionals | Vendor | Description |
|---|---|---|---|---|---|---|---|
| 12/18/2014 | Meals | 25.52 | (5.52) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 12/19/2014 | Meals | 25.52 | (5.52) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 12/20/2014 | Meals | 25.25 | (5.25) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 12/21/2014 | Meals | 12.50 | 0.00 | 12.50 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 12/22/2014 | Meals | 25.36 | (5.36) | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 12/22/2014 | Meals | 25.36 | (5.36) | 20.00 | David Paulzak | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 12/23/2014 | Meals | 25.62 | (5.62) | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 12/23/2014 | Meals | 25.18 | (5.18) | 20.00 | David Paulzak | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 12/29/2014 | Meals | 25.52 | (5.52) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 12/30/2014 | Meals | 24.33 | (4.33) | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 12/30/2014 | Meals | 22.19 | (2.19) | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 12/31/2014 | Legal | 28,604.50 | 0.00 | 28,604.50 | | Dentons US LLP | Reimbursement of legal fees and expenses associated with Guggenheim's engagement by the UCC |