# EXHIBIT A-1

**Legal Expenses of Guggenheim Securities, LLC**



Dentons US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

Salans FMC SNR Denton
dentons.com

GUGGENHEIM SECURITIES
Ronen Bojmel
330 MADISON AVENUE, 8TH FLOOR
NEW YORK, NY 10017
USA

January 15, 2015

**Invoice No. 1618893**

Client/Matter: 21421443-0045

Energy Future Holdings

Payment Due Upon Receipt

Total This Invoice     $     28,604.50

Please return this page with your payment

In the case of mail deliveries to:
Dentons US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
Dentons US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  Dentons US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
P. Maxcy
at 1 312 876 8000

**DENTONS**

Dentons US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

Salans FMC SNR Denton
dentons.com

GUGGENHEIM SECURITIES
Ronen Bojmel
330 MADISON AVENUE, 8TH FLOOR
NEW YORK, NY 10017
USA

January 15, 2015

**Invoice No. 1618893**

Client/Matter:  21421443-0045

Energy Future Holdings

For Professional Services Rendered through December 31, 2014:

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 12/1/14 | P. Maxcy | 0.20 | Conference with P. Laroche. |
| 12/1/14 | P. Maxcy | 0.30 | Conference with C. Ma re engagement letter. |
| 12/1/14 | P. Maxcy | 2.50 | Review and compare terms of engagement letter, Lazard retention and prepare summary. |
| 12/1/14 | G. Miller | 1.70 | Compare Lazard engagement letter to Guggenheim engagement letter. |
| 12/2/14 | G. Miller | 1.60 | Reviewed emails and proposed changes to Guggenheim engagement letter. |
| 12/2/14 | P. Maxcy | 1.50 | Work on various revisions and related matters to engagement agreement. |
| 12/3/14 | P. Maxcy | 1.50 | Draft agreement for R. Venerus. |
| 12/3/14 | P. Maxcy | 2.50 | Review and edit engagement letter and analysis of revised terms. |
| 12/3/14 | P. Maxcy | 0.80 | Review draft declaration and conflict information. |
| 12/3/14 | G. Miller | 1.20 | Reviewed order approving Lazard's retention to see for information on UST limitations. |
| 12/4/14 | G. Miller | 3.30 | Revise engagement letter and created blackline of changes to SC version; draft retention affidavit. |
| 12/4/14 | P. Maxcy | 0.80 | Revise engagement letter. |
| 12/4/14 | P. Maxcy | 1.50 | Revise Venerus letter and conference with H. Mortenson re conflict check. |
| 12/4/14 | P. Maxcy | 0.80 | Review draft retention affidavit and consideration of harmonizing with Guggenheim terms. |
| 12/5/14 | P. Maxcy | 0.20 | Review proposed changes to Venerus agreement. |
| 12/8/14 | G. Miller | 0.10 | Meeting with P. Maxcy re conflicts search results to include in retention affidavit. |
| 12/8/14 | G. Miller | 1.10 | Compare conflicts results with master list of parties. |

Energy Future Holdings

Matter: 21421443-0045
Invoice No.: 1618893

January 15, 2015

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 12/10/14 | P. Maxcy | 0.10 | Review draft changes to Venerus agreement. |
| 12/10/14 | P. Maxcy | 4.40 | Work on affidavit in support of retention and conflicts check. |
| 12/11/14 | P. Maxcy | 3.40 | Revise and edit draft retention application and coordinate with affidavit. |
| 12/11/14 | P. Maxcy | 1.80 | Prepare description of conflict search and conference H. Mortenson re same. |
| 12/11/14 | P. Maxcy | 0.80 | Review Guggenheim Securities retention application for comparison. |
| 12/11/14 | G. Miller | 1.30 | Update schedules in retention affidavit. |
| 12/12/14 | G. Miller | 0.90 | Revised retention affidavit and compare to S&C's version. |
| 12/12/14 | P. Maxcy | 1.70 | Review and revise retention documents based on Guggenheim Securities comments and various discussions re same. |
| 12/12/14 | P. Maxcy | 0.80 | Emails with S&C re draft retention documents and distribution of same. |
| 12/15/14 | P. Maxcy | 0.40 | Respond to P. Laroche questions re NDAs. |
| 12/17/14 | G. Miller | 0.50 | Create blackline of S&C comments. |
| 12/17/14 | G. Miller | 0.40 | Determine list of creditors that make up the EFH Committee. |
| 12/17/14 | G. Miller | 1.60 | Revise application and declaration and create redline of changes made. |
| 12/17/14 | G. Miller | 0.60 | Revise schedules to declaration and make redline of changes. |
| 12/17/14 | P. Maxcy | 0.80 | Review S&C edits to retention papers. |
| 12/17/14 | P. Maxcy | 2.50 | Revise and edit retention affidavit and application. |
| 12/17/14 | P. Maxcy | 0.90 | Work on conflict check issues and finalize draft per information from Guggenheim Securities. |
| 12/18/14 | P. Maxcy | 0.20 | Various emails re status of application. |
| 12/18/14 | P. Maxcy | 0.20 | Conference G. Miller re arranging final package and exhibits. |
| 12/18/14 | G. Miller | 1.00 | Finalize retention affidavit. |
| 12/19/14 | G. Miller | 1.70 | Revise retention affidavit. |
| 12/19/14 | P. Maxcy | 0.60 | Various emails and calls with S&C and client re preparation for filing of retention application. |
| 12/19/14 | P. Maxcy | 0.50 | Prepare final exhibits for retention application. |
| 12/22/14 | P. Maxcy | 0.60 | Various calls and emails re finalization of retention application and filing. |

Energy Future Holdings

Matter: 21421443-0045  
Invoice No.: 1618893

January 15, 2015

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 12/22/14 | G. Miller | 0.10 | Email retention affidavit schedules to P. Maxcy. |
| Total Hours | | 49.40 | |
| Fee Amount | | | $28,604.50 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| P. Maxcy | $695.00 | 32.30 | $22,448.50 |
| G. Miller | $360.00 | 17.10 | $6,156.00 |
| Totals | | 49.40 | $28,604.50 |

Fee Total         $   28,604.50

Invoice Total     $   28,604.50

20



Dentons US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

Salans FMC SNR Denton
dentons.com

For your Information - Open Invoices

GUGGENHEIM SECURITIES
Ronen Bojmel
330 MADISON AVENUE, 8TH FLOOR
NEW YORK, NY 10017
USA

January 15, 2015

Client/Matter #: 21421443-0045

Energy Future Holdings

## Statement of Account

According to our records, as of January 15, 2015, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Invoice Total |
|---|---|---|---|---|
| 01/15/15 | 1618893 | 28,604.50 | 0.00 | 28,604.50 |
| | | Total Outstanding Invoices | | 28,604.50 |

Questions should be directed to:
P. Maxcy
at 1 312 876 8000

Federal Tax I.D. Number 36-1796730

PCM/CH

21