# **EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

**SECOND MONTHLY EXPENSE STATEMENT OF ALIXPARTNERS, LLP**
**FOR REIMBURSEMENT FOR EXPENSES INCURRED AS RESTRUCTURING ADVISOR**
**TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ENERGY FUTURE**
**HOLDINGS CORPORATION, ENERGY FUTURE INTERMEDIATE HOLDING COMPANY,**
**LLC, EFIH FINANCE INC., AND EECI, INC. FOR THE PERIOD FROM**
**DECEMBER 1, 2014 THROUGH DECEMBER 31, 2014**

| | |
|---|---|
| **Name of Applicant** | **AlixPartners LLP** |
| Date of Appointment: | January 12, 2015, *nunc pro tunc* to November 20, 2014 |
| Period for which reimbursement is sought: | December 1, 2014 through December 31, 2014 |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $ 35,784.90 |

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.


## Itemization of Disbursements Incurred

| INVOICE NUMBER | MATTER NAME | DATE | NAME OF TIMEKEEPER | EXPENSE CATEGORY | UNIT COST | # OF UNITS | TOTAL | EXPENSE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 2064506 | Expenses | 20141121 | Rule, Mark F | Airfare (Coach) | | | $1,100.52 | Coach Airfare Mark Rule 2014-11-24 ORD - LGA |
| 2064506 | Expenses | 20141122 | Hollerbach, Adam Z | Airfare (Coach) | | | $1,504.53 | Coach Airfare Adam Hollerbach 2014-11-24 DTW - LGA |
| 2064506 | Expenses | 20141122 | Hollerbach, Adam Z | Airfare Service Charge | | | $9.00 | Airfare Service Charge Adam Hollerbach |
| 2064506 | Expenses | 20141124 | Albergotti, Robert D | Lodging | | | $623.20 | Lodging Robert Albergotti Sheraton - Forest Hills 11/24/2014 - 11/26/2014 |
| 2064506 | Expenses | 20141124 | Albergotti, Robert D | Meals & Tips | | | $4.17 | Meals & Tips Robert Albergotti - Breakfast |
| 2064506 | Expenses | 20141124 | Albergotti, Robert D | Train | | | $14.50 | Train Robert Albergotti - Nyc |
| 2064506 | Expenses | 20141124 | Rogers, Matt | Airfare (Coach) | | | $856.20 | Coach Airfare Matthew Rogers 2014-11-24 DCA - LGA |
| 2064506 | Expenses | 20141124 | Rogers, Matt | Cab Fare/Ground Transport | | | $45.90 | Cab Fare/Ground Transportation Matthew Rogers Airport to Office |
| 2064506 | Expenses | 20141124 | Rogers, Matt | Airfare Service Charge | | | $27.75 | Airfare Service Charge Matthew Rogers |
| 2064506 | Expenses | 20141124 | Rogers, Matt | Parking & Tolls | | | $25.00 | Parking & Tolls Matthew Rogers |
| 2064506 | Expenses | 20141124 | Rogers, Matt | Meals & Tips | | | $11.55 | Meals & Tips Matthew Rogers - Breakfast |
| 2064506 | Expenses | 20141124 | Rule, Mark F | Meals & Tips | | | $40.00 | I have opened client code #009161 for this project, with three open matters: Portion up to reimbursement limit - Meals & Tips Mark Rule - Dinner |
| 2064506 | Expenses | 20141124 | Rule, Mark F | Lodging | | | $417.45 | Lodging Mark Rule The London Nyc - New York 11/24/2014 - 11/25/2014 |
| 2064506 | Expenses | 20141124 | Rule, Mark F | Cab Fare/Ground Transport | | | $47.18 | Cab Fare/Ground Transportation Mark Rule LGa Airport to NY Office |
| 2064506 | Expenses | 20141124 | Rule, Mark F | Meals & Tips | | | $7.08 | Meals & Tips Mark Rule - Lunch |
| 2064506 | Expenses | 20141124 | Rule, Mark F | Airfare Service Charge | | | $27.75 | Airfare Service Charge Mark Rule |
| 2064506 | Expenses | 20141124 | Rule, Mark F | Cab Fare/Ground Transport | | | $43.07 | Cab Fare/Ground Transportation Mark Rule Home to ORD Airport |
| 2064506 | Expenses | 20141124 | Holtz, Alan | Meals & Tips | | | $101.55 | Meals - Engagement Team Alan Holtz - Lunch - Robert Albergotti; Alan Holtz; Mark Rule; Matthew Rogers; Adam Hollerbach |
| 2064506 | Expenses | 20141124 | Hollerbach, Adam Z | Lodging | | | $311.60 | Lodging Adam Hollerbach - LeParker Meriden |
| 2064506 | Expenses | 20141124 | Hollerbach, Adam Z | Cab Fare/Ground Transport | | | $52.58 | Cab Fare/Ground Transportation Adam Hollerbach LGA Airport to NY Office |
| 2064506 | Expenses | 20141124 | Hollerbach, Adam Z | Meals & Tips | | | $5.78 | Meals & Tips Adam Hollerbach - Breakfast |
| 2064506 | Expenses | 20141124 | Hollerbach, Adam Z | Meals & Tips | | | $80.00 | Portion up to reimbursement limit - Meals - Engagement Team Adam Hollerbach - Dinner - Robert Albergotti; Adam Hollerbach |
| 2064506 | Expenses | 20141125 | Albergotti, Robert D | Airfare Service Charge | | | $9.00 | Airfare Service Charge Robert Albergotti |
| 2064506 | Expenses | 20141125 | Albergotti, Robert D | Meals & Tips | | | $7.25 | Meals & Tips Robert Albergotti - Breakfast |
| 2064506 | Expenses | 20141125 | Rule, Mark F | Meals & Tips | | | $11.63 | Meals & Tips Mark Rule - Lunch |
| 2064506 | Expenses | 20141125 | Rule, Mark F | Cab Fare/Ground Transport | | | $21.45 | Cab Fare/Ground Transportation Mark Rule ORD Airport to Home |
| 2064506 | Expenses | 20141125 | Rule, Mark F | Cab Fare/Ground Transport | | | $43.58 | Cab Fare/Ground Transportation Mark Rule Office to LGA Airport |
| 2064506 | Expenses | 20141125 | Rule, Mark F | Cab Fare/Ground Transport | | | $10.05 | Cab Fare/Ground Transportation Mark Rule ORD Airport (1st Cab Broke Down) to Home |
| 2064506 | Expenses | 20141125 | Holtz, Alan | Copy Costs (Outside Sourc | | | $19.30 | Copy Costs (Outside Source) Alan Holtz Compensation Review Materials Copies |
| 2064506 | Expenses | 20141125 | Hollerbach, Adam Z | Cab Fare/Ground Transport | | | $33.60 | Cab Fare/Ground Transportation Adam Hollerbach NY Office to LGA Airport |
| 2064506 | Expenses | 20141125 | Hollerbach, Adam Z | Parking & Tolls | | | $56.00 | Parking & Tolls Adam Hollerbach |
| 2064506 | Expenses | 20141125 | Hollerbach, Adam Z | Airfare Service Charge | | | $9.00 | Airfare Service Charge Adam Hollerbach |
| 2064506 | Expenses | 20141125 | Hollerbach, Adam Z | Meals & Tips | | | $7.23 | Meals & Tips Adam Hollerbach - Breakfast |
| 2064506 | Expenses | 20141126 | Albergotti, Robert D | Airfare (Coach) | | | $693.77 | Coach Airfare Robert Albergotti 2014-12-01 CLT - LGA |
| 2064506 | Expenses | 20141126 | Albergotti, Robert D | Cab Fare/Ground Transport | | | $22.00 | Cab Fare/Ground Transportation Robert Albergotti Office to Train |
| 2064506 | Expenses | 20141126 | Albergotti, Robert D | Airfare Service Charge | | | $9.00 | Airfare Service Charge Robert Albergotti |
| 2064506 | Expenses | 20141126 | Albergotti, Robert D | Meals & Tips | | | $40.00 | Portion up to reimbursement limit - Meals & Tips Robert Albergotti - Dinner |
| 2064506 | Expenses | 20141126 | Hollerbach, Adam Z | Airfare (Coach) | | | $1,505.43 | Coach Airfare Adam Hollerbach 2014-12-01 DTW - LGA |
| 2064506 | Expenses | 20141126 | Hollerbach, Adam Z | Airfare Service Charge | | | $9.00 | Airfare Service Charge Adam Hollerbach |
| 2064506 | Expenses | 20141127 | Albergotti, Robert D | Airfare Service Charge | | | $10.00 | Airfare Service Charge Robert Albergotti |
| 2064506 | Expenses | 20141127 | Albergotti, Robert D | Parking & Tolls | | | $13.90 | Parking & Tolls Robert Albergotti |
| 2064506 | Expenses | 20141201 | Albergotti, Robert D | Meals & Tips | | | $41.00 | Meals - Engagement Team Robert Albergotti - Lunch - Robert Albergotti; Adam Hollerbach; Alan Holtz; Lowell Thomas |
| 2064506 | Expenses | 20141201 | Albergotti, Robert D | Cab Fare/Ground Transport | | | $76.00 | Cab Fare/Ground Transportation Robert Albergotti Airport to New York Office |
| 2064506 | Expenses | 20141201 | Albergotti, Robert D | Meals & Tips | | | $8.31 | Meals & Tips Robert Albergotti - Breakfast |
| 2064506 | Expenses | 20141201 | Albergotti, Robert D | Cab Fare/Ground Transport | | | $60.00 | Cab Fare/Ground Transportation Robert Albergotti Home to Airport |
| 2064506 | Expenses | 20141201 | Albergotti, Robert D | Lodging | | | $2,000.00 | Portion up to reimbursement limit - Lodging Robert Albergotti Hyatt Hotels - New York 12/01/2014 - 12/05/2014 |
| 2064506 | Expenses | 20141201 | Hollerbach, Adam Z | Lodging | | | $1,500.00 | Portion up to reimbursement limit - Lodging Adam Hollerbach W Hotel Times Square - New York 12/01/2014 - 12/04/2014 |
| 2064506 | Expenses | 20141201 | Hollerbach, Adam Z | Cab Fare/Ground Transport | | | $97.20 | Cab Fare/Ground Transportation Adam Hollerbach Home to DTW Airport |
| 2064506 | Expenses | 20141201 | Hollerbach, Adam Z | Meals & Tips | | | $9.40 | Meals & Tips Adam Hollerbach - Breakfast |
| 2064506 | Expenses | 20141201 | Hollerbach, Adam Z | Airfare Service Charge | | | $10.00 | Airfare Service Charge Adam Hollerbach |
| 2064506 | Expenses | 20141201 | Hollerbach, Adam Z | Cab Fare/Ground Transport | | | $50.79 | Cab Fare/Ground Transportation Adam Hollerbach LGA Airport to NY Office |
| 2064506 | Expenses | 20141201 | Hollerbach, Adam Z | Meals & Tips | | | $40.00 | Portion up to reimbursement limit - Meals & Tips Adam Hollerbach - Dinner |
| 2064506 | Expenses | 20141201 | Hollerbach, Adam Z | Phone - Internet Access | | | $18.97 | Phone - Internet Access Adam Hollerbach |
| 2064506 | Expenses | 20141202 | Albergotti, Robert D | Airfare (Coach) | | | $492.70 | Coach Airfare Robert Albergotti 2014-12-08 CLT - LGA |
| 2064506 | Expenses | 20141202 | Albergotti, Robert D | Airfare Service Charge | | | $9.00 | Airfare Service Charge Robert Albergotti |
| 2064506 | Expenses | 20141202 | Hollerbach, Adam Z | Airfare (Coach) | | | $1,515.42 | Coach Airfare Adam Hollerbach 2014-12-08 DTW - LGA |
| 2064506 | Expenses | 20141202 | Hollerbach, Adam Z | Cab Fare/Ground Transport | | | $34.00 | Cab Fare/Ground Transportation Adam Hollerbach NY Office to Hotel |
| 2064506 | Expenses | 20141202 | Hollerbach, Adam Z | Cab Fare/Ground Transport | | | $12.00 | Cab Fare/Ground Transportation Adam Hollerbach NY Office to Sullivan & Cromwell Office |
| 2064506 | Expenses | 20141202 | Hollerbach, Adam Z | Airfare Service Charge | | | $9.00 | Airfare Service Charge Adam Hollerbach |
| 2064506 | Expenses | 20141202 | Hollerbach, Adam Z | Meals & Tips | | | $80.00 | Portion up to reimbursement limit - Meals - Engagement Team Adam Hollerbach - Dinner - Robert Albergotti; Adam Hollerbach |
| 2064506 | Expenses | 20141202 | Hollerbach, Adam Z | Meals & Tips | | | $7.50 | Meals & Tips Adam Hollerbach - Breakfast |
| 2064506 | Expenses | 20141202 | Hollerbach, Adam Z | Phone - Internet Access | | | $18.98 | Phone - Internet Access Adam Hollerbach |
| 2064506 | Expenses | 20141203 | Hollerbach, Adam Z | Meals & Tips | | | $40.00 | Portion up to reimbursement limit - Meals & Tips Adam Hollerbach - Dinner |
| 2064506 | Expenses | 20141203 | Hollerbach, Adam Z | Meals & Tips | | | $7.28 | Meals & Tips Adam Hollerbach - Breakfast |
| 2064506 | Expenses | 20141203 | Hollerbach, Adam Z | Cab Fare/Ground Transport | | | $10.20 | Cab Fare/Ground Transportation Adam Hollerbach Hotel to NY Office |
| 2064506 | Expenses | 20141203 | Hollerbach, Adam Z | Phone - Internet Access | | | $19.95 | Phone - Internet Access Adam Hollerbach |
| 2064506 | Expenses | 20141204 | Albergotti, Robert D | Airfare Service Charge | | | $9.00 | Airfare Service Charge Robert Albergotti |
| 2064506 | Expenses | 20141204 | Albergotti, Robert D | Meals & Tips | | | $9.54 | Meals & Tips Robert Albergotti - Breakfast |
| 2064506 | Expenses | 20141204 | Albergotti, Robert D | Meals & Tips | | | $40.41 | Meals & Tips Robert Albergotti - Dinner |
| 2064506 | Expenses | 20141204 | Albergotti, Robert D | Airfare (Coach) | | | $382.50 | Coach Airfare Robert Albergotti 2014-12-08 CLT - LGA |
| 2064506 | Expenses | 20141204 | Hollerbach, Adam Z | Cab Fare/Ground Transport | | | $108.00 | Cab Fare/Ground Transportation Adam Hollerbach DTW Airport to Home |
| 2064506 | Expenses | 20141204 | Hollerbach, Adam Z | Meals & Tips | | | $7.10 | Meals & Tips Adam Hollerbach - Dinner |
| 2064506 | Expenses | 20141204 | Hollerbach, Adam Z | Meals & Tips | | | $9.46 | Meals & Tips Adam Hollerbach - Breakfast |
| 2064506 | Expenses | 20141204 | Hollerbach, Adam Z | Cab Fare/Ground Transport | | | $50.70 | Cab Fare/Ground Transportation Adam Hollerbach NY Office to LGA Airport |
| 2064506 | Expenses | 20141205 | Albergotti, Robert D | Cab Fare/Ground Transport | | | $79.00 | Cab Fare/Ground Transportation Robert Albergotti NYO to Airport |

| INVOICE NUMBER | MATTER NAME | DATE | NAME OF TIMEKEEPER | EXPENSE CATEGORY | UNIT COST | # OF UNITS | TOTAL | EXPENSE DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 2064506 | Expenses | 20141205 | Albergotti, Robert D | Meals & Tips | | | $8.54 | Meals & Tips Robert Albergotti - Breakfast |
| 2064506 | Expenses | 20141205 | Albergotti, Robert D | Airfare Service Charge | | | $10.00 | Airfare Service Charge Robert Albergotti |
| 2064506 | Expenses | 20141205 | Albergotti, Robert D | Airfare Service Charge | | | $10.00 | Airfare Service Charge Robert Albergotti |
| 2064506 | Expenses | 20141205 | Hollerbach, Adam Z | Airfare Service Charge | | | $10.00 | Airfare Service Charge Adam Hollerbach |
| 2064506 | Expenses | 20141206 | Albergotti, Robert D | Cab Fare/Ground Transport | | | $60.00 | Cab Fare/Ground Transportation Robert Albergotti Airport to Home |
| 2064506 | Expenses | 20141206 | Albergotti, Robert D | Meals & Tips | | | $14.19 | Meals & Tips Robert Albergotti - Dinner |
| 2064506 | Expenses | 20141206 | Albergotti, Robert D | Meals & Tips | | | $40.00 | Portion up to reimbursement limit - Meals & Tips Robert Albergotti - Dinner |
| 2064506 | Expenses | 20141208 | Albergotti, Robert D | Cab Fare/Ground Transport | | | $60.00 | Cab Fare/Ground Transportation Robert Albergotti Home to Airport |
| 2064506 | Expenses | 20141208 | Albergotti, Robert D | Meals & Tips | | | $17.33 | Meals & Tips Robert Albergotti - Dinner |
| 2064506 | Expenses | 20141208 | Albergotti, Robert D | Lodging | | | $1,500.00 | Portion up to reimbursement limit - Lodging Robert Albergotti Sheraton - Forest Hills 12/08/2014 - 12/11/2014 |
| 2064506 | Expenses | 20141208 | Albergotti, Robert D | Cab Fare/Ground Transport | | | $86.00 | Cab Fare/Ground Transportation Robert Albergotti Office to Airport |
| 2064506 | Expenses | 20141208 | Albergotti, Robert D | Airfare (Coach) | | | $395.70 | Coach Airfare Robert Albergotti 2014-12-15 CLT - LGA |
| 2064506 | Expenses | 20141208 | Albergotti, Robert D | Airfare Service Charge | | | $9.00 | Airfare Service Charge Robert Albergotti |
| 2064506 | Expenses | 20141208 | Albergotti, Robert D | Meals & Tips | | | $5.61 | Meals & Tips Robert Albergotti - Breakfast |
| 2064506 | Expenses | 20141208 | Hollerbach, Adam Z | Lodging | | | $1,500.00 | Portion up to reimbursement limit - Lodging Adam Hollerbach P M Hotel Assoc - Forest Hills 12/08/2014 - 12/11/2014 |
| 2064506 | Expenses | 20141208 | Hollerbach, Adam Z | Meals & Tips | | | $2.99 | Meals & Tips Adam Hollerbach - Breakfast |
| 2064506 | Expenses | 20141208 | Hollerbach, Adam Z | Meals & Tips | | | $5.04 | Meals & Tips Adam Hollerbach - Breakfast |
| 2064506 | Expenses | 20141208 | Hollerbach, Adam Z | Cab Fare/Ground Transport | | | $57.30 | Cab Fare/Ground Transportation Adam Hollerbach LGA Airport to NY Office |
| 2064506 | Expenses | 20141208 | Hollerbach, Adam Z | Phone - Internet Access | | | $4.50 | Phone - Internet Access Adam Hollerbach |
| 2064506 | Expenses | 20141208 | Hollerbach, Adam Z | Phone - Internet Access | | | $4.50 | Phone - Internet Access Adam Hollerbach |
| 2064506 | Expenses | 20141208 | Hollerbach, Adam Z | Meals & Tips | | | $40.00 | Portion up to reimbursement limit - Meals & Tips Adam Hollerbach - Dinner |
| 2064506 | Expenses | 20141208 | Hollerbach, Adam Z | Phone - Internet Access | | | $10.99 | Phone - Internet Access Adam Hollerbach |
| 2064506 | Expenses | 20141209 | Albergotti, Robert D | Meals & Tips | | | $11.32 | Meals & Tips Robert Albergotti - Breakfast |
| 2064506 | Expenses | 20141209 | Hollerbach, Adam Z | Meals & Tips | | | $7.28 | Meals & Tips Adam Hollerbach - Breakfast |
| 2064506 | Expenses | 20141209 | Hollerbach, Adam Z | Phone - Internet Access | | | -$4.50 | Phone - Internet Access Adam Hollerbach |
| 2064506 | Expenses | 20141209 | Hollerbach, Adam Z | Phone - Internet Access | | | -$4.50 | Phone - Internet Access Adam Hollerbach |
| 2064506 | Expenses | 20141210 | Hollerbach, Adam Z | Meals & Tips | | | $9.89 | Meals & Tips Adam Hollerbach - Breakfast |
| 2064506 | Expenses | 20141210 | Hollerbach, Adam Z | Meals & Tips | | | $40.00 | Portion up to reimbursement limit - Meals & Tips Adam Hollerbach - Dinner |
| 2064506 | Expenses | 20141210 | Hollerbach, Adam Z | Phone - Internet Access | | | $15.99 | Phone - Internet Access Adam Hollerbach |
| 2064506 | Expenses | 20141211 | Albergotti, Robert D | Cab Fare/Ground Transport | | | $60.00 | Cab Fare/Ground Transportation Robert Albergotti Airport to Home |
| 2064506 | Expenses | 20141211 | Albergotti, Robert D | Cab Fare/Ground Transport | | | $160.00 | Cab Fare/Ground Transportation Robert Albergotti Office to Airport |
| 2064506 | Expenses | 20141211 | Albergotti, Robert D | Meals & Tips | | | $10.72 | Meals & Tips Robert Albergotti - Breakfast |
| 2064506 | Expenses | 20141211 | Hollerbach, Adam Z | Meals & Tips | | | $8.93 | Meals & Tips Adam Hollerbach - Breakfast |
| 2064506 | Expenses | 20141211 | Hollerbach, Adam Z | Cab Fare/Ground Transport | | | $108.00 | Cab Fare/Ground Transportation Adam Hollerbach DTW Airport to Home |
| 2064506 | Expenses | 20141212 | Albergotti, Robert D | Meals & Tips | | | $27.19 | Meals & Tips Robert Albergotti - Dinner |
| 2064506 | Expenses | 20141215 | Holtz, Alan | Sub-Contractors | | | $13,464.00 | Sub-Contractors - - VENDOR: Kenneth J. Malek Nov 20 2014 - Dec 15 2014 |
| 2064506 | Expenses | 20141229 | Albergotti, Robert D | Airfare (Coach) | | | $200.00 | Coach Airfare Robert Albergotti 2015-01-05 CLT - LGA |
| 2064506 | Expenses | 20141229 | Albergotti, Robert D | Airfare Service Charge | | | $9.00 | Airfare Service Charge Robert Albergotti |
| 2064506 | Expenses | 20141230 | Hollerbach, Adam Z | Airfare Service Charge | | | $9.00 | Airfare Service Charge Adam Hollerbach |
| 2064506 | Expenses | 20141230 | Hollerbach, Adam Z | Airfare (Coach) | | | $1,505.43 | Coach Airfare Adam Hollerbach 2015-01-05 DTW - LGA |
| 2064506 | Expenses | 20141230 | Albergotti, Robert D | Airfare Service Charge | | | $10.00 | Airfare Service Charge Robert Albergotti |
| 2064506 | Expenses | 20141231 | Holtz, Alan | Sub-Contractors | | | $1,534.50 | Sub-Contractors - - VENDOR: Kenneth J. Malek December 16-31 2014 |