IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) | (Jointly Administered) |

**THIRD SUPPLEMENTAL DECLARATION OF MARY MCNULTY IN SUPPORT OF THE APPLICATION OF ENERGY FUTURE HOLDINGS, *ET AL.*, FOR ENTRY OF AN ORDER AUTHORIZING ENERGY FUTURE HOLDINGS CORP. TO RETAIN AND EMPLOY THOMPSON & KNIGHT LLP AS SPECIAL COUNSEL FOR CERTAIN TAX-RELATED MATTERS EFFECTIVE *NUNC PRO TUNC* TO THE PETITION DATE**

I, Mary McNulty, hereby declare, pursuant to 28 U.S.C. § 1746 under penalty of perjury as follows:

1.  I am a Partner at Thompson & Knight LLP ("T&K"), which has a place of business at One Arts Plaza, 1722 Routh Street, Suite 1500, Dallas, TX 75201.

2.  On May 29, 2014, the Debtors filed their Application of Energy Future Holdings, et al., for Entry of an Order Authorizing Energy Future Holdings Corp. to Retain and Employ Thompson & Knight LLP as Special Counsel for Certain Tax-Related Matters Effective Nunc Pro Tunc to the Petition Date [Dkt. 653] (the "TK Employment Application"). In support of the TK Employment Application, I submitted the Declaration of Mary McNulty in Support of the Application of Energy Future Holdings, et al., for Entry of an Order Authorizing Energy Future

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Holdings Corp. to Retain and Employ Thompson & Knight LLP as Special Counsel for Certain Tax-Related Matters Effective Nunc Pro Tunc to the Petition Date [Dkt. 653-3] (the "Original McNulty Declaration").

3. On September 16, 2014, in further support of the Application to Employ, I submitted the Supplemental Declaration of Mary McNulty in Support of the Application of Energy Future Holdings, et al., for Entry of an Order Authorizing Energy Future Holdings Corp. to Retain and Employ Thompson & Knight LLP as Special Counsel for Certain Tax-Related Matters Effective Nunc Pro Tunc to the Petition Date [Dkt. 2044] (the "First Supplemental McNulty Declaration"). By its order of even date [Dkt. 2061] (the "Retention Order"), the Court approved the TK Employment Application.

4. In the Original McNulty Declaration, I disclosed T&K's billing rates in effect at the time for services rendered on the Debtors in these Chapter 11 cases. I also disclosed that T&K's billing rates are subject to periodic adjustments to reflect economic and other conditions. I further stated that as set forth in the Retention Order, T&K would provide notice of changes to its billing rates during these chapter 11 cases. This supplemental declaration serves as notice, pursuant to paragraph 10 of the Retention Order, of increases in rates as set forth in the Application.

5. In accordance with ordinary practice, T&K has consulted with the Debtors as to appropriate billing rates for 2015, and, pursuant to agreement between T&K and the Debtors, billing rates for individual partners, associates, and paraprofessionals will change effective as of January 1, 2015 due to promotion and/or rate increases.[2] T&K's billing rates that will take effect

---

[2] The rate increases will be implemented ten business days after entry of this declaration and unless TK receives an objection the increases will be effective as of January 1, 2015.

508551 000027 13644411.3                    2

on January 1, 2015, for services on the Debtors' behalf, range as follows for individuals who are expected to perform work on the matters for which T&K has been retained:

| Billing Category | Range |
| --- | --- |
| Partners | $545-$995 |
| Associates | $330-$540 |
| Paraprofessionals | $140-$255 |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

**Executed on this 5th day of February, 2015**

*/s/ Mary McNulty*
Mary McNulty
Partner, Thompson & Knight LLP
