IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ) | Case No. 14-10979 (CSS) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] ) | |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | **Re: Docket No. 3338** |

**STATEMENT OF OFFICIAL COMMITTEE OF TCEH UNSECURED CREDITORS REGARDING THE SECOND MOTION OF ENERGY FUTURE HOLDINGS CORP.,** *ET AL.***, FOR ENTRY OF AN ORDER EXTENDING THE DEBTORS' EXCLUSIVE PERIOD TO FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCE THEREOF PURSUANT TO SECTION 1121 OF THE BANKRUPTCY CODE**

The Official Committee of Unsecured Creditors (the "**TCEH Committee**") of Energy Future Competitive Holdings Company LLC ("**EFCH**"), EFCH's direct subsidiary, Texas Competitive Electric Holdings Company LLC ("**TCEH**") and their direct and indirect subsidiaries, and EFH Corporate Services Company, by and through its undersigned counsel, hereby files this statement and reservation of rights (the "**Reservation of Rights**") in connection with the *Second Motion of Energy Future Holdings Corp., et al., for Entry of an Order Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code* (the "**Exclusivity Motion**") [Docket No. 3338].[2] In support of the Reservation of Rights, the TCEH Committee respectfully represents as follows:

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://efhcaseinfo.com.

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to such terms in the Exclusivity Motion.

ny-1174574

## STATEMENT AND RESERVATION OF RIGHTS

1.     The Exclusivity Motion comes at a time when these cases will benefit from the stability of continued exclusivity.  A great deal is in flux at the moment.  The sale process for Oncor has begun, document discovery in the Legacy investigation is nearly complete and claims will soon need to be identified (and, if necessary, pursued).  Importantly, there are currently active early stage negotiations regarding a plan of reorganization.

2.     The outcome of each of these and other pending tasks and the willingness of key constituents to compromise their differences are variables that will determine whether a consensual plan of reorganization is achievable.  Although the TCEH Committee is firmly committed to the view that a consensual resolution is the best path forward, any consensual plan must fairly allocate value to TCEH unsecured creditors.  Continued exclusivity should be used to achieve such a result.  The TCEH Committee understands that the Debtors have reached a resolution of certain of the objections by limiting their requested extension to 120 days. The TCEH Committee supports this limited extension but files this reservation of rights to ensure that such an extension is a means to a desirable end, and not a means to limit options for the TCEH unsecured creditors.

3.     The TCEH Committee has met with representatives of the Debtors and key creditor groups.  The TCEH Committee's advisors have also been engaged in a regular dialogue with Debtors' counsel and with conflicts counsel for TCEH regarding ways to effectively resolve these cases.  It is too soon to tell where these discussions will lead.

4.     In addition to these plan negotiations, the TCEH Committee is currently undertaking multiple investigations into potential intercompany and related party claims.  As the Debtors recognize in the Exclusivity Motion, the deadline to complete the production of

ny-1174574

documents in response to one of those investigations is February 9, 2015.[3] The TCEH Committee has been working diligently. This work is ongoing and expected to yield significant causes of action that will need to be addressed in any acceptable plan.

5.  The Debtors have focused their attention on a plan structure that calls for a sale of Oncor and a tax-free spin of TCEH. It is uncertain whether that approach will be value optimizing for TCEH unsecured creditors. For that reason, an extended extension of exclusivity carries with it risks that the plan process may, at some point, diverge from the goal of a consensual plan and become antagonistic to the interests of the TCEH unsecured creditors.

6.  Although the TCEH Committee does not oppose the modified request of a 120 day extension of the Exclusive Periods, should negotiations fail to adequately address the rights of the TCEH unsecured creditors or fail to consider advantageous alternative plan structures leading to a plan that does not provide fair value to TCEH unsecured creditors, the TCEH Committee reserves its right to seek to terminate the Exclusivity Periods (or oppose any further extension) to pursue an alternative plan that may provide more favorable recoveries to TCEH unsecured creditors.

[*Remainder of Page Intentionally Left Blank*]

---

[3] The TCEH Committee will then have until March 31, 2015 to disclose any material claims or causes of action for which the TCEH Committee intends to seek standing and until April 30, 2015 to file a standing motion for such claims or causes of action. The deadline for filing a complaint against the TCEH First Lien Lenders is March 13, 2015.

Dated: Wilmington, Delaware
February 6, 2015

**MORRISON & FOERSTER LLP**
James M. Peck
Brett H. Miller
Lorenzo Marinuzzi
Todd M. Goren
250 West 55th Street
New York, New York 10019-9601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
E-mail: jpeck@mofo.com
        brettmiller@mofo.com
        lmarinuzzi@mofo.com
        tgoren@mofo.com

-and-

*/s/ Christopher A. Ward*
**POLSINELLI PC**
Christopher A. Ward (Del. Bar No. 3877)
Justin K. Edelson (Del. Bar No. 5002)
Shanti M. Katona (Del. Bar No. 5352)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
E-mail: cward@polsinelli.com
        jedelson@polsinelli.com
        skatona@polsinelli.com

*Attorneys for the Official Committee of TCEH Unsecured Creditors*