**EXHIBIT 1** to **EXHIBIT A**

**No Supporting Documentation Claim**

RLF1 11457993v.1

ENERGY FUTURE HOLDINGS CORP., et al.

SECOND OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 to EXHIBIT A - No Supporting Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | WALLACE, SHIRLEY A. ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 08/25/2014 | 3804 | Undetermined* | No Supporting Documentation Claim |
| | | | | | TOTAL | Undetermined* | |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1