**EXHIBIT 1** to **EXHIBIT A**

**No Liability Claims**

ENERGY FUTURE HOLDINGS CORP., et al.

SEVENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 to EXHIBIT A - No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | DUNCAN, ANDREW N ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 5/27/2014 | 232 | $2,760.97 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim against any of the known Debtors. The claimed liability is due, if any, from Palm Harbor Homes, a third party that is not related to the Debtors. |
| | | | | | TOTAL | $2,760.97 | |