IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | **Objections due: February 27, 2015** |

**FIRST MONTHLY FEE STATEMENT OF STEVENS & LEE, P.C. FOR
ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES INCURRED FROM
NOVEMBER 26, 2014 THROUGH DECEMBER 31, 2014**

| Name of Applicant | Stevens & Lee, P.C. |
|---|---|
| Authorized to Provide Professional Services to: | **Energy Future Intermediate Holding Company LLC**, Debtor and Debtor in Possession |
| Date of Retention: | Retention Order Entered January 13, 2015 (effective as of November 26, 2014) |
| **Fee Period** for which compensation and reimbursement is sought: | November 26, 2014 through December 31, 2014 |
| Amount of Compensation sought as actual, reasonable and necessary: | $16,948.80 (80% of $21,186.00) |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $37.00 |

This is a **X** monthly __interim __final application. No prior application filed for this Fee Period.[2]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Notice of this Monthly Fee Statement is being served in accordance with the Interim Compensation Order and Fee Committee Order. Objections to the relief requested in this Monthly Fee Statement must be addressed in accordance with the Interim Compensation Order and Fee Committee Order.

The law firm of Stevens & Lee, P.C. ("**S&L**"), co-counsel with Cravath, Swayne and Moore as independent counsel for Energy Future Intermediate Holding Company LLC, debtor and debtor in possession ("**EFIH**"), files this Monthly Fee Statement under:

(a) Sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code,

(b) Rule 2016 of the Federal Rules of Bankruptcy Procedure,

(c) the *Order Approving the Employment of Stevens &Lee, P.C. as Counsel to Energy Future Intermediate Holding Company LLC Under Sections 327(e) and 1107(b) of the Bankruptcy Code, Effective Nunc Pro Tunc to November 26, 2014* [D.I. 3278],

(d) the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals, dated September 16, 2014* [D.I. 2066] (the "**Interim Compensation Order**"),

(e) the *Stipulation and Order Appointing a Fee Committee* [D.I. 1896] (the "**Fee Committee Order**"), and

(f) the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware,

for: (i) compensation in the amount of $16,948.80 for the reasonable and necessary legal services S&L rendered to the Debtors from November 26, 2014 through December 31, 2014 (the "**Fee Period**") (80% of $21,186.00); and (ii) reimbursement for the actual and necessary expenses that S&L incurred, in the amount of $37.00 during the Fee Period.

### Itemization of Services Rendered and Disbursements Incurred

1. In support of this Monthly Fee Statement, attached are the following exhibits:
   - **Exhibit A** is a schedule of the number of hours expended and fees incurred (on an aggregate basis) by S&L shareholders, associates, and paraprofessionals during

the Fee Period with respect to each of the subject matter categories S&L established in accordance with its internal billing procedures. As reflected in **Exhibit A**, S&L incurred $21,186.00 in fees during the Fee Period. S&K seeks reimbursement for 80% of such fees ($16,948.80 in the aggregate) under this Monthly Fee Statement.

- **Exhibit B** is a schedule of S&L attorneys and paraprofessionals for whose work on this chapter 11 case S&L seeks compensation in this Monthly Fee Statement, listing their positions, years of experience, hourly billing rates, and hours charged during the Fee Period. S&L is charging for a total of 31.80 hours of attorney and paraprofessional time in connection with this chapter 11 case during the Fee Period.

- **Exhibit C** is a schedule of the expenses, by type of expense, for which S&L seeks reimbursement for the Fee Period.

- **Exhibit D** is a detailed listing of expenses, by subject matter category, that S&L incurred during the Fee Period in rendering professional services to EFIH and for which it seeks reimbursement.

### Proposed Payment Allocation

2. In accordance with paragraph 5 of the Interim Compensation Order, all S&L's fees and expenses sought in this Application are allocated to EFIH.

### Representation

3. Although S&L has made reasonable efforts to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing. S&L reserves the right to further apply to this Court for allowance of such fees and expenses.

WHEREFORE, S&L requests allowance of its fees and expenses incurred during the Fee Period in the total amount of $16,985.80 consisting of (a) $16,948.80, which is 80% of the fees incurred by EFIH for reasonable and necessary professional services rendered by S&L in this case; and (b) $37.00 for actual and necessary costs and expenses incurred by S&L in this case, and that such fees and expenses be paid as administrative expenses of EFIH in accordance with

SL1 1348692v3 109285.00006

the Interim Compensation Order.

Dated: February 6, 2015

STEVENS & LEE, P.C.

/s/ *Joseph H. Huston, Jr.*
Joseph H. Huston, Jr. (No. 4035)
1105 North Market Street, Suite 700
Wilmington, Delaware 19801
Tel: (302) 425-3310
Fax: (610) 371-7927
Email: jhh@stevenslee.com

-and-

Camille C. Bent (*admitted pro hac vice*)
485 Madison Avenue, 20th Floor
New York, NY 10022
Telephone:    (212) 537-0418
Facsimile:    (610) 371-7920
Email: ccb@stevenslee.com

*Independent Co-Counsel for Energy Future Intermediate Holding Company LLC*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | : Case No. 14-10979 (CSS) |
| Debtors. | : (Jointly Administered) |

## VERIFICATION OF JOSEPH H. HUSTON, JR.

1. For all periods covered by this Application, I was a shareholder and director of the law firm of Stevens & Lee, P.C., located at 1105 North Market Street, Suite 700, Wilmington, Delaware 19801 ("**S&L**"). I am Co-Chair of S&L's Bankruptcy and Financial Restructuring Group and am the lead attorney from S&L working on this chapter 11 case. I am a member in good standing of the Bar of the State of Delaware. There are no disciplinary proceedings pending against me.

2. I have personally performed many, if not most, of the legal services rendered by S&L as co-counsel with Cravath, Swayne and Moore as independent counsel to Energy Future Intermediate Holding Company LLC ("**EFIH**") and am familiar with all other work performed on EFIH's behalf by the lawyers and other persons in the firm.

3. The facts set forth in the foregoing Monthly Fee Statement are true and correct to the best of my knowledge, information, and belief.

4. I have reviewed Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedures of the United States Bankruptcy Court for the District of Delaware and believe that

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

the Monthly Fee Statement for S&L complies with Rule 2016-2.

5.    I declare under penalty of perjury under 28 U.S.C. § 1746 that the foregoing is true and correct.

> Respectfully submitted,
>
> */s/Joseph H. Huston, Jr.*
> Joseph H. Huston, Jr.
> Shareholder, Stevens & Lee, P.C.

2