## EXHIBIT A
### Statement of Fees by Subject Matter

|  | Hours | Dollars |
|---|---|---|
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | |
| 109285-00001 Total: | 31.80 | $21,186.00 |
| Grand Total: | 31.80 | $21,186.00 |