# EXHIBIT B

## Attorney and Paraprofessionals Information

| Name of Professional | Title | Year Admitted | Practicing Group | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Joseph H. Huston, Jr. | Shareholder | 1975 (PA) 2001 (DE) | Bankruptcy and Financial Restructuring | 680 | 30.90 | $21,012.00 |
| Camille C. Bent | Associate | 2009 | Bankruptcy and Financial Restructuring | 310 | .20 | $62.00 |
| Stephanie L. Foster | Legal Assistant | N/A | Bankruptcy Support | 160 | .70 | $112.00 |
| | | | | TOTAL: | 31.80 | $21,186.00 |