## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | Amount |
|---|---|
| DOCUMENT REPRODUCTION | $37.00 |
| **TOTAL** | **$37.00** |

SL1 1348692v3 109285.00006