**EXHIBIT D**
**Detailed Description of Expenses and Disbursements**

| Matnum | MatName | PrtDate | CostItemName | Amount |
|---|---|---|---|---|
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 12/5/14 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 12/9/14 | DOCUMENT REPRODUCTION | $8.50 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 12/12/14 | DOCUMENT REPRODUCTION | $0.30 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 12/16/14 | DOCUMENT REPRODUCTION | $5.10 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 12/16/14 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 12/16/14 | DOCUMENT REPRODUCTION | $0.20 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 12/16/14 | DOCUMENT REPRODUCTION | $0.60 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 12/16/14 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 12/16/14 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 12/16/14 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 12/16/14 | DOCUMENT REPRODUCTION | $0.30 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 12/18/14 | DOCUMENT REPRODUCTION | $1.10 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 12/18/14 | DOCUMENT REPRODUCTION | $3.30 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 12/18/14 | DOCUMENT REPRODUCTION | $1.10 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 12/18/14 | DOCUMENT REPRODUCTION | $4.90 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 12/19/14 | DOCUMENT REPRODUCTION | $2.80 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 12/19/14 | DOCUMENT REPRODUCTION | $1.30 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 12/19/14 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 12/24/14 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 12/23/14 | DOCUMENT REPRODUCTION | $4.30 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 12/23/14 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 12/24/14 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 12/24/14 | DOCUMENT REPRODUCTION | $0.90 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 12/24/14 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 12/31/14 | DOCUMENT REPRODUCTION | $1.30 |

**TOTAL: $37.00**