**EXHIBIT 1** to **EXHIBIT A**

**Insufficient Documentation Claims**

ENERGY FUTURE HOLDINGS CORP., et al.

SIXTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | AGUILAR, MARIA GUADALUPE ADDRESS ON FILE | | No Debtor Asserted | 08/18/2014 | 3722 | $70,997.60 | Insufficient Documentation Claim |
| 2 | ANDERSON, FREDDIE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/06/2014 | 1345 | $12,475.00 | Insufficient Documentation Claim |
| 3 | BAPTASTE, BYRON ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 07/03/2014 | 2824 | $10,897.00 | Insufficient Documentation Claim |
| 4 | BARNES, VANESSA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/09/2014 | 1408 | $21,000.00 | Insufficient Documentation Claim |
| 5 | BEATY, KIMBERLY A ADDRESS ON FILE | | No Debtor Asserted | 10/24/2014 | 7628 | $22,643.96 | Insufficient Documentation Claim |
| 6 | BECNEL, LAWRENCE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/27/2014 | 217 | $10,000.00* | Insufficient Documentation Claim |
| 7 | BENNEFIELD, STEVEN ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/27/2014 | 386 | $50,000.00 | Insufficient Documentation Claim |
| 8 | BISHOP, ERIC ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/20/2014 | 2283 | $450,000.00 | Insufficient Documentation Claim |
| 9 | BOLTON, BLYTHE ADDRESS ON FILE | | No Debtor Asserted | 08/26/2014 | 3830 | $16,000.00 | Insufficient Documentation Claim |
| 10 | BOOKER, ERIC E ADDRESS ON FILE | | No Debtor Asserted | 06/27/2014 | 2631 | $18,000.00 | Insufficient Documentation Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

SIXTH OMNIBUS (NON-SUBSTANTIVE); EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 11 | BRANTLEY, JAMES ADDRESS ON FILE | | No Debtor Asserted | 09/12/2014 | 4327 | $5,000.00 | Insufficient Documentation Claim |
| 12 | BRIONES, ADOLFO ADDRESS ON FILE | | No Debtor Asserted | 05/23/2014 | 196 | $20,000.00* | Insufficient Documentation Claim |
| 13 | BUNCH, SHARRI KAY ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/03/2014 | 4105 | $4,000.00 | Insufficient Documentation Claim |
| 14 | BUTCHER, LINDA KAY ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/30/2014 | 899 | $10,000.00 | Insufficient Documentation Claim |
| 15 | BUTLER, SABRENA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/25/2014 | 2254 | $5,000.00 | Insufficient Documentation Claim |
| 16 | BUTTERFIELD, PATRICK ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 08/04/2014 | 3487 | $5,000.00 | Insufficient Documentation Claim |
| 17 | CAMPBELL, JENNIFER ADDRESS ON FILE | | No Debtor Asserted | 06/16/2014 | 2044 | $4,000.00 | Insufficient Documentation Claim |
| 18 | CAREY, DEVOLA ADDRESS ON FILE | | No Debtor Asserted | 05/28/2014 | 616 | $9,000.00 | Insufficient Documentation Claim |
| 19 | CARSON, SETH ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/27/2014 | 474 | $30,000.00 | Insufficient Documentation Claim |
| 20 | CHILDERS, OLLIE ADDRESS ON FILE | | No Debtor Asserted | 10/20/2014 | 5657 | $20,000.00 | Insufficient Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

SIXTH OMNIBUS (NON-SUBSTANTIVE); EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 21 | CHIN, DICK MING ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/17/2014 | 2174 | $5,000.00 | Insufficient Documentation Claim |
| 22 | CHUKWURAH, OBIAGELI ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/06/2014 | 1329 | $5,479.38 | Insufficient Documentation Claim |
| 23 | CIIRA, NAOMI ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 456 | $12,000.00 | Insufficient Documentation Claim |
| 24 | CISNEROS, MARIA ADDRESS ON FILE | | No Debtor Asserted | 07/28/2014 | 3351 | $85,000.00 | Insufficient Documentation Claim |
| 25 | CLARKE, ERIC ADDRESS ON FILE | | No Debtor Asserted | 10/27/2014 | 8045 | $27,562.00 | Insufficient Documentation Claim |
| 26 | COFFMAN, DAVID ADDRESS ON FILE | | No Debtor Asserted | 06/13/2014 | 1881 | $16,000.00 | Insufficient Documentation Claim |
| 27 | COTTRELL, BERETHA D ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 267 | $7,000.00 | Insufficient Documentation Claim |
| 28 | COUNTS, KIM DENISE ADDRESS ON FILE | | No Debtor Asserted | 06/09/2014 | 1397 | $5,000.00 | Insufficient Documentation Claim |
| 29 | CRAWFORD, JON ROBERT ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 325 | $1,000,000.00 | Insufficient Documentation Claim |
| 30 | CULLUM, BARBARA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/15/2014 | 4387 | $57,450.00 | Insufficient Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

SIXTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 31 | DAVIS, BEVERLY BERNICE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 08/18/2014 | 3734 | $165,475.00 | Insufficient Documentation Claim |
| 32 | DAVIS, JANET ADDRESS ON FILE | | No Debtor Asserted | 05/30/2014 | 694 | $4,000.00 | Insufficient Documentation Claim |
| 33 | DE BOER, RUSS ADDRESS ON FILE | | No Debtor Asserted | 06/10/2014 | 1594 | $4,000.00* | Insufficient Documentation Claim |
| 34 | DERBYSHIRE, JOHN ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/27/2014 | 377 | $10,000.00 | Insufficient Documentation Claim |
| 35 | DEWEESE, JOE ROSS ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/10/2014 | 1667 | $7,500.00 | Insufficient Documentation Claim |
| 36 | DIXON, IDA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/23/2014 | 198 | $30,000.00 | Insufficient Documentation Claim |
| 37 | DONEL, GATES ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 07/10/2014 | 2995 | $40,000.00 | Insufficient Documentation Claim |
| 38 | DOUGLAS, NANCY ADDRESS ON FILE | | No Debtor Asserted | 10/31/2014 | 9717 | $100,000.00 | Insufficient Documentation Claim |
| 39 | ELI, DOROTHY ADDRESS ON FILE | | No Debtor Asserted | 07/23/2014 | 3290 | $12,475.00 | Insufficient Documentation Claim |
| 40 | ESCO, SANDRALYNE ADDRESS ON FILE | | No Debtor Asserted | 06/16/2014 | 2050 | $7,500.00 | Insufficient Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

SIXTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 41 | FIELDS, VERNA K<br>ADDRESS ON FILE | | No Debtor Asserted | 06/11/2014 | 3587 | $5,940.00 | Insufficient Documentation Claim |
| 42 | FONTENETT, ETHEL<br>ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 502 | $30,000.00 | Insufficient Documentation Claim |
| 43 | FOSTER, EARL G<br>ADDRESS ON FILE | | No Debtor Asserted | 07/14/2014 | 3051 | $10,000.00 | Insufficient Documentation Claim |
| 44 | FRAME, BRENDA F<br>ADDRESS ON FILE | 14-10979<br>(CSS) | Energy Future Holdings Corp. | 06/25/2014 | 2551 | $15,600.00 | Insufficient Documentation Claim |
| 45 | GALVAN, DANIEL<br>ADDRESS ON FILE | 14-10979<br>(CSS) | Energy Future Holdings Corp. | 05/27/2014 | 483 | $5,000.00 | Insufficient Documentation Claim |
| 46 | GARCIA, JUAN<br>ADDRESS ON FILE | | No Debtor Asserted | 06/27/2014 | 2659 | $4,000.00 | Insufficient Documentation Claim |
| 47 | GARDNER, MARIA<br>ADDRESS ON FILE | | No Debtor Asserted | 07/03/2014 | 2817 | $5,000.00 | Insufficient Documentation Claim |
| 48 | GBAKINRO, OPEYEMI<br>ADDRESS ON FILE | 14-10989<br>(CSS) | TXU Electric Company, Inc. | 06/13/2014 | 1906 | $10,000.00 | Insufficient Documentation Claim |
| 49 | GIOSSI, DARRIN<br>ADDRESS ON FILE | | No Debtor Asserted | 06/04/2014 | 1079 | $6,000.00 | Insufficient Documentation Claim |
| 50 | GONZALEZ, ROSALINDA<br>ADDRESS ON FILE | 14-10979<br>(CSS) | Energy Future Holdings Corp. | 10/30/2014 | 9694 | $5,000.00 | Insufficient Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 5 of 20

ENERGY FUTURE HOLDINGS CORP., et al.

SIXTH OMNIBUS (NON-SUBSTANTIVE); EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|------|-------------|-------------|------------|---------|--------------|-------------------------|
| 51 | GRAY, ROBERT K ADDRESS ON FILE | | No Debtor Asserted | 05/30/2014 | 760 | $38,368.79 | Insufficient Documentation Claim |
| 52 | GROTHE, THOMAS M ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/09/2014 | 1478 | $15,000.00 | Insufficient Documentation Claim |
| 53 | GUERRA, ROBERT ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/23/2014 | 4633 | $3,950.00 | Insufficient Documentation Claim |
| 54 | HALL, KIMBERLY D ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/27/2014 | 540 | $5,000.00 | Insufficient Documentation Claim |
| 55 | HARDING, ANDRONIC ADDRESS ON FILE | | No Debtor Asserted | 11/03/2014 | 9784 | $40,000.00 | Insufficient Documentation Claim |
| 56 | HARRIS, FREDERICKA ADDRESS ON FILE | | No Debtor Asserted | 06/30/2014 | 2727 | $16,000.00 | Insufficient Documentation Claim |
| 57 | HAWES, JOHN ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 489 | $6,275.00 | Insufficient Documentation Claim |
| 58 | HAWKINS, DIANNE ADDRESS ON FILE | | No Debtor Asserted | 06/04/2014 | 1074 | $20,000,000.00 | Insufficient Documentation Claim |
| 59 | HEATH, YOLANDRIA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/22/2014 | 4584 | $20,500.00 | Insufficient Documentation Claim |
| 60 | HERNANDEZ, JANIE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/12/2014 | 1802 | $128,000.00 | Insufficient Documentation Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

SIXTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 61 | HICKS, J L ADDRESS ON FILE | | No Debtor Asserted | 07/03/2014 | 2819 | $192,516.00 | Insufficient Documentation Claim |
| 62 | HOFFMAN, JELAYNE ADDRESS ON FILE | | No Debtor Asserted | 06/12/2014 | 1803 | $7,000.00* | Insufficient Documentation Claim |
| 63 | HONGO, PANTHIA L ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/10/2014 | 1669 | $8,640.00* | Insufficient Documentation Claim |
| 64 | HOOD-OLAIYA, ANNETTE ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 319 | $66,000,000.00 | Insufficient Documentation Claim |
| 65 | HOPKINS, CYNTHIA L ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 275 | $65,829.00 | Insufficient Documentation Claim |
| 66 | HUFF, JULIUS ADDRESS ON FILE | | No Debtor Asserted | 06/12/2014 | 1779 | $9,600.00 | Insufficient Documentation Claim |
| 67 | HUFF, JULIUS ADDRESS ON FILE | | No Debtor Asserted | 06/12/2014 | 1780 | $9,600.00 | Insufficient Documentation Claim |
| 68 | HUFF, JULIUS ADDRESS ON FILE | | No Debtor Asserted | 06/12/2014 | 1781 | $9,600.00 | Insufficient Documentation Claim |
| 69 | HUFFORD, J W ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/10/2014 | 1650 | $31,000.00* | Insufficient Documentation Claim |
| 70 | HUNTER, CHARLEY ADDRESS ON FILE | | No Debtor Asserted | 05/30/2014 | 759 | $5,325.00 | Insufficient Documentation Claim |

* - indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

SIXTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 71 | ITA-TOYO, ANWANA ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 291 | $4,897.00 | Insufficient Documentation Claim |
| 72 | JACKSON, SHELIA ADDRESS ON FILE | | No Debtor Asserted | 10/02/2014 | 8066 | $15,000.00 | Insufficient Documentation Claim |
| 73 | JAMES, ELLA ADDRESS ON FILE | | No Debtor Asserted | 06/13/2014 | 1972 | $7,000.00 | Insufficient Documentation Claim |
| 74 | JOHNSON, KATHY ADDRESS ON FILE | | No Debtor Asserted | 06/20/2014 | 2296 | $14,250.00 | Insufficient Documentation Claim |
| 75 | JOHNSON, MARIA ADDRESS ON FILE | | No Debtor Asserted | 06/12/2014 | 1822 | $26,756.34 | Insufficient Documentation Claim |
| 76 | JOHNSON, MIA ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 06/25/2014 | 2540 | $18,000.00 | Insufficient Documentation Claim |
| 77 | JOHNSON, ROSALIND ADDRESS ON FILE | | No Debtor Asserted | 06/17/2014 | 2176 | $317,000.00 | Insufficient Documentation Claim |
| 78 | JOHNSON, RUSSELL ADDRESS ON FILE | | No Debtor Asserted | 06/11/2014 | 1767 | $25,000.00 | Insufficient Documentation Claim |
| 79 | JOHNSON, RUTHIE ADDRESS ON FILE | | No Debtor Asserted | 06/26/2014 | 2606 | $28,000.00 | Insufficient Documentation Claim |
| 80 | JORDAN, ANNE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 07/07/2014 | 2877 | $5,000.00 | Insufficient Documentation Claim |

*- Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

SIXTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 81 | KARR, DENISSA ADDRESS ON FILE | | No Debtor Asserted | 07/14/2014 | 3107 | $23,047.83 | Insufficient Documentation Claim |
| 82 | KENDRICK, JOHNNY ADDRESS ON FILE | | No Debtor Asserted | 06/04/2014 | 1076 | $9,360.00 | Insufficient Documentation Claim |
| 83 | KERL, TIMOTHY ADDRESS ON FILE | | No Debtor Asserted | 07/24/2014 | 3309 | $5,000.00 | Insufficient Documentation Claim |
| 84 | KLEINE AUTOMATION ELECTRIC ADDRESS ON FILE | | No Debtor Asserted | 06/23/2014 | 2406 | $9,075.35 | Insufficient Documentation Claim |
| 85 | LANDUA, ALAN ADDRESS ON FILE | | No Debtor Asserted | 08/01/2014 | 3459 | $56,746.67 | Insufficient Documentation Claim |
| 86 | LAYTON, JOHN ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/18/2014 | 2515 | $12,680.00 | Insufficient Documentation Claim |
| 87 | LE, CANH ADDRESS ON FILE | | No Debtor Asserted | 06/20/2014 | 2274 | $13,378.45 | Insufficient Documentation Claim |
| 88 | LE, PAUL C ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 528 | $4,920.00 | Insufficient Documentation Claim |
| 89 | LEE, JANIA ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 287 | $300,000.00 | Insufficient Documentation Claim |
| 90 | LEE, LEROY ADDRESS ON FILE | | No Debtor Asserted | 06/06/2014 | 1253 | $18,000.00 | Insufficient Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

SIXTH OMNIBUS (NON-SUBSTANTIVE); EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 91 | LEWIS, JERRY R ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/13/2014 | 1981 | $9,000.00 | Insufficient Documentation Claim |
| 92 | LIMBRICK, JACQUELIN ADDRESS ON FILE | | No Debtor Asserted | 10/27/2014 | 7732 | $11,000.00 | Insufficient Documentation Claim |
| 93 | LITTEKEN, STEVE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/16/2014 | 2005 | $10,000.00 | Insufficient Documentation Claim |
| 94 | LOEFFELBEIN, LINDA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/09/2014 | 1443 | $8,000.00 | Insufficient Documentation Claim |
| 95 | LOOMMA, COMFORT ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/23/2014 | 2465 | $19,950.00 | Insufficient Documentation Claim |
| 96 | LOPEZ, MAYRA ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 08/15/2014 | 3687 | $8,300.00 | Insufficient Documentation Claim |
| 97 | LUCAS, ELIZABETH ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/16/2014 | 2073 | $50,998.99 | Insufficient Documentation Claim |
| 98 | MANSOOR, ALI ADDRESS ON FILE | | No Debtor Asserted | 08/04/2014 | 3479 | $13,310.00 | Insufficient Documentation Claim |
| 99 | MASON, DESIDERIA ADDRESS ON FILE | | No Debtor Asserted | 06/20/2014 | 2266 | $4,800.00 | Insufficient Documentation Claim |
| 100 | MASON, MICHAEL ADDRESS ON FILE | | Multiple Debtors Asserted | 05/30/2014 | 676 | $102,775.00 | Insufficient Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

SIXTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 101 | MCBRIDE, SHERRY ADDRESS ON FILE | | No Debtor Asserted | 05/28/2014 | 846 | $5,550.00 | Insufficient Documentation Claim |
| 102 | MCBRIDE, THOMAS R ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/30/2014 | 2708 | $8,400.00 | Insufficient Documentation Claim |
| 103 | MCCOWAN, MICHAEL E ADDRESS ON FILE | | No Debtor Asserted | 06/23/2014 | 2395 | $47,113.00 | Insufficient Documentation Claim |
| 104 | MCDERMOTT, RANDY ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/09/2014 | 1490 | $5,550.00 | Insufficient Documentation Claim |
| 105 | MCDUFFEY, KATRINA ADDRESS ON FILE | | No Debtor Asserted | 08/08/2014 | 3562 | $11,014.22 | Insufficient Documentation Claim |
| 106 | MCGEE, HAROLD ADDRESS ON FILE | 14-10989 (CSS) | TXU Electric Company, Inc. | 10/27/2014 | 9668 | $15,655.00 | Insufficient Documentation Claim |
| 107 | MCGEE, HAROLD ADDRESS ON FILE | 14-10989 (CSS) | TXU Electric Company, Inc. | 11/03/2014 | 9773 | $15,655.00 | Insufficient Documentation Claim |
| 108 | MCMILLAN, SIENNA ADDRESS ON FILE | | No Debtor Asserted | 10/30/2014 | 9689 | $39,800.00 | Insufficient Documentation Claim |
| 109 | MERCER, ROBERT ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 08/21/2014 | 3745 | $24,000.00* | Insufficient Documentation Claim |
| 110 | MILTON, CAROLYN RENETTE ADDRESS ON FILE | | No Debtor Asserted | 06/09/2014 | 1380 | $5,325.00 | Insufficient Documentation Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

SIXTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 111 | MIMS, MARILYN ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 07/15/2014 | 3126 | $5,000.00 | Insufficient Documentation Claim |
| 112 | MOON, KEITH ADDRESS ON FILE | | No Debtor Asserted | 10/15/2014 | 5277 | $5,300.00 | Insufficient Documentation Claim |
| 113 | MORALES, MARIA ADDRESS ON FILE | | No Debtor Asserted | 06/09/2014 | 1420 | $5,550.00 | Insufficient Documentation Claim |
| 114 | MORGAN, ANNIE ADDRESS ON FILE | | No Debtor Asserted | 06/09/2014 | 1381 | $15,000.00 | Insufficient Documentation Claim |
| 115 | MORRIS, LORI ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/27/2014 | 8050 | $93,240.00 | Insufficient Documentation Claim |
| 116 | MULTI MASS INVESTMENTS ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/23/2014 | 2469 | $92,348.00 | Insufficient Documentation Claim |
| 117 | MYERS, RAY ADDRESS ON FILE | | No Debtor Asserted | 06/17/2014 | 2153 | $12,475.00 | Insufficient Documentation Claim |
| 118 | NASH, ROSETTA ADDRESS ON FILE | 14-10989 (CSS) | TXU Electric Company, Inc. | 10/27/2014 | 9667 | $15,655.00 | Insufficient Documentation Claim |
| 119 | NASH, ROSETTA ADDRESS ON FILE | 14-10989 (CSS) | TXU Electric Company, Inc. | 11/03/2014 | 9772 | $15,655.00 | Insufficient Documentation Claim |
| 120 | NELLUM, CONNIE ADDRESS ON FILE | | No Debtor Asserted | 05/28/2014 | 600 | $12,475.00 | Insufficient Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

SIXTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 121 | NEVERTHELESS COMMUNITY CHURCH ADDRESS ON FILE | | No Debtor Asserted | 06/13/2014 | 1893 | $10,000.00 | Insufficient Documentation Claim |
| 122 | NEWSON, JIMMY ADDRESS ON FILE | | No Debtor Asserted | 05/28/2014 | 843 | $12,000.00 | Insufficient Documentation Claim |
| 123 | NGUYEN, NAM ADDRESS ON FILE | | No Debtor Asserted | 06/30/2014 | 2705 | $8,600.00 | Insufficient Documentation Claim |
| 124 | OGENCHE, EDWARD ADDRESS ON FILE | | No Debtor Asserted | 06/02/2014 | 934 | $6,000.00 | Insufficient Documentation Claim |
| 125 | OJIAKA, EMMAN ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/23/2014 | 2462 | $90,000.00 | Insufficient Documentation Claim |
| 126 | PADDA, SUKHDEEP ADDRESS ON FILE | | No Debtor Asserted | 06/13/2014 | 1880 | $270,000.00 | Insufficient Documentation Claim |
| 127 | PARISH, LISA ADDRESS ON FILE | | No Debtor Asserted | 10/20/2014 | 5736 | $83,288.88 | Insufficient Documentation Claim |
| 128 | PARKER, LILIAN LENN ADDRESS ON FILE | | No Debtor Asserted | 07/30/2014 | 3417 | $10,500.01 | Insufficient Documentation Claim |
| 129 | PATMAN, MICHAEL ADDRESS ON FILE | | No Debtor Asserted | 09/08/2014 | 4175 | $50,000.00* | Insufficient Documentation Claim |
| 130 | PENA, TARA ADDRESS ON FILE | | No Debtor Asserted | 10/24/2014 | 7528 | $8,000.00 | Insufficient Documentation Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

SIXTH OMNIBUS (NON-SUBSTANTIVE); EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 131 | PIEKOS, FRANK S ADDRESS ON FILE | | No Debtor Asserted | 06/13/2014 | 1941 | $20,000.00 | Insufficient Documentation Claim |
| 132 | PINKSTON, SIDNEY ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/27/2014 | 515 | $5,200.00 | Insufficient Documentation Claim |
| 133 | POLK, JERRY ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 07/21/2014 | 3192 | $6,000.00 | Insufficient Documentation Claim |
| 134 | PORTER, ADA ADDRESS ON FILE | | No Debtor Asserted | 06/18/2014 | 2512 | $10,000.00* | Insufficient Documentation Claim |
| 135 | POWELL, KATHY ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/16/2014 | 2070 | $63,000.00 | Insufficient Documentation Claim |
| 136 | POWELL, SHONDA M ADDRESS ON FILE | | No Debtor Asserted | 06/23/2014 | 2500 | $8,574.00 | Insufficient Documentation Claim |
| 137 | PUENTES, JOANN ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 08/25/2014 | 3790 | $40,000,000.00 | Insufficient Documentation Claim |
| 138 | RAABE, VICKI ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/09/2014 | 1373 | $5,000.00 | Insufficient Documentation Claim |
| 139 | RAMIREZ, MARIA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/27/2014 | 892 | $60,000.00 | Insufficient Documentation Claim |
| 140 | RIFAI, MAHMOOD ADDRESS ON FILE | | No Debtor Asserted | 06/06/2014 | 1294 | $250,000.00 | Insufficient Documentation Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

SIXTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 141 | ROCKWELL, WINNEFRED ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/22/2014 | 4581 | $5,000.00 | Insufficient Documentation Claim |
| 142 | RODRIGUEZ, SERGIO ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 11/03/2014 | 9785 | $15,275.00 | Insufficient Documentation Claim |
| 143 | RUSSELL, GARY D ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/20/2014 | 2335 | $5,000.00 | Insufficient Documentation Claim |
| 144 | SACHS, CHRISTINE ADDRESS ON FILE | | No Debtor Asserted | 09/25/2014 | 4665 | $120,000.00 | Insufficient Documentation Claim |
| 145 | SAHITI, PERPARIM ADDRESS ON FILE | | No Debtor Asserted | 06/13/2014 | 1888 | $15,000.00 | Insufficient Documentation Claim |
| 146 | SALDIVAR, GLORIA ADDRESS ON FILE | | No Debtor Asserted | 07/01/2014 | 2939 | $10,000.00 | Insufficient Documentation Claim |
| 147 | SALINAS, MARIA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/20/2014 | 5669 | $6,000.00 | Insufficient Documentation Claim |
| 148 | SANDS, WAYNE ALLEN ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/05/2014 | 1156 | $5,000.00* | Insufficient Documentation Claim |
| 149 | SCHENK, JANELLA ADDRESS ON FILE | | No Debtor Asserted | 09/02/2014 | 4004 | $6,000.00 | Insufficient Documentation Claim |
| 150 | SCHLESINGER, JAMES ROBERT ADDRESS ON FILE | | No Debtor Asserted | 10/29/2014 | 9628 | $4,000.00 | Insufficient Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

SIXTH OMNIBUS (NON-SUBSTANTIVE); EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 151 | SCOTT, BARBARA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/30/2014 | 653 | $10,000.00 | Insufficient Documentation Claim |
| 152 | SHALABI, MAZAN ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/23/2014 | 2460 | $29,203.00 | Insufficient Documentation Claim |
| 153 | SHAW, KIM ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/09/2014 | 1519 | $226,600.00 | Insufficient Documentation Claim |
| 154 | SHOES 101 INC ADDRESS ON FILE | | No Debtor Asserted | 06/09/2014 | 1355 | $13,900.34 | Insufficient Documentation Claim |
| 155 | SILVA, LUPE ADDRESS ON FILE | | No Debtor Asserted | 10/23/2014 | 6163 | $5,000.00 | Insufficient Documentation Claim |
| 156 | SIMMONS, IDELLA ADDRESS ON FILE | | No Debtor Asserted | 09/11/2014 | 4307 | $25,000.00 | Insufficient Documentation Claim |
| 157 | SINGLETON, GEORGE WALTE ADDRESS ON FILE | | No Debtor Asserted | 06/10/2014 | 1680 | $1,000,000.00 | Insufficient Documentation Claim |
| 158 | STEWART JR, CHARLES L ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/30/2014 | 9692 | $20,000.00 | Insufficient Documentation Claim |
| 159 | STOKES, CYNTHIA ADDRESS ON FILE | | No Debtor Asserted | 10/2/2014 | 7750 | $100,000.00 | Insufficient Documentation Claim |
| 160 | STREIT-GREEN, MARIE M ADDRESS ON FILE | | No Debtor Asserted | 06/27/2014 | 2668 | $5,000.00 | Insufficient Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

SIXTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 161 | SZUMAL, CAROL ADDRESS ON FILE | | No Debtor Asserted | 06/10/2014 | 1570 | $4,000.00 | Insufficient Documentation Claim |
| 162 | TEAL, DANIEL ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/09/2014 | 4260 | $5,000.00 | Insufficient Documentation Claim |
| 163 | THOMASON, DONNA ADDRESS ON FILE | | No Debtor Asserted | 07/28/2014 | 3398 | $270,000.00* | Insufficient Documentation Claim |
| 164 | THOMASON, DONNA ADDRESS ON FILE | | No Debtor Asserted | 08/05/2014 | 3524 | $270,000.00* | Insufficient Documentation Claim |
| 165 | THOMPSON, GREG ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/15/2014 | 4404 | $6,000.00 | Insufficient Documentation Claim |
| 166 | THORN, MARLYN ADDRESS ON FILE | | No Debtor Asserted | 06/12/2014 | 2128 | $20,000.00* | Insufficient Documentation Claim |
| 167 | THORPE, RICHARD ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 06/16/2014 | 2012 | $4,304.18 | Insufficient Documentation Claim |
| 168 | TILLMAN, REGINA ADDRESS ON FILE | | No Debtor Asserted | 08/11/2014 | 3634 | $24,000.00 | Insufficient Documentation Claim |
| 169 | TOLBERT, DESMOND ADDRESS ON FILE | | No Debtor Asserted | 06/09/2014 | 1483 | $25,000.00 | Insufficient Documentation Claim |
| 170 | TRINH, TRINH ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/23/2014 | 2439 | $7,400.00 | Insufficient Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 17 of 20

ENERGY FUTURE HOLDINGS CORP., et al.

SIXTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 171 | TURNER, DANITA D ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 410 | $12,636.00 | Insufficient Documentation Claim |
| 172 | TURPIN, ANGELA ADDRESS ON FILE | 14-10989 (CSS) | TXU Electric Company, Inc. | 06/30/2014 | 2707 | $11,400.00 | Insufficient Documentation Claim |
| 173 | TYLER, YVONE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/16/2014 | 2068 | $5,000.00 | Insufficient Documentation Claim |
| 174 | URQUHART, RUBY N ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/21/2014 | 5764 | $12,475.00 | Insufficient Documentation Claim |
| 175 | VALDEZ, MICHAEL ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 07/21/2014 | 3194 | $11,000.00 | Insufficient Documentation Claim |
| 176 | VALDEZ, NOE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/24/2014 | 7658 | $20,000.00 | Insufficient Documentation Claim |
| 177 | VALENCIA, RICARDO ADDRESS ON FILE | | No Debtor Asserted | 07/01/2014 | 2769 | $6,500.00 | Insufficient Documentation Claim |
| 178 | WALLEY, KELLI ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/26/2014 | 2615 | $27,000.00 | Insufficient Documentation Claim |
| 179 | WASHINGTON, JAMES G ADDRESS ON FILE | | No Debtor Asserted | 06/04/2014 | 1075 | $5,000.00 | Insufficient Documentation Claim |
| 180 | WHITE, JOE ADDRESS ON FILE | | No Debtor Asserted | 06/05/2014 | 2100 | $12,000.00 | Insufficient Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

SIXTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 181 | WILLIAMAS, DELICA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/10/2014 | 1642 | $5,000.00 | Insufficient Documentation Claim |
| 182 | WILLIAMS, CHERI ADDRESS ON FILE | | No Debtor Asserted | 10/10/2014 | 5135 | $300,000.00 | Insufficient Documentation Claim |
| 183 | WILLIAMS, LASHONDA G ADDRESS ON FILE | | No Debtor Asserted | 07/25/2014 | 3331 | $48,000.00 | Insufficient Documentation Claim |
| 184 | WILLIAMS, MELVIN L ADDRESS ON FILE | | No Debtor Asserted | 06/20/2014 | 2307 | $5,550.00 | Insufficient Documentation Claim |
| 185 | WILLIAMS, MELVIN L ADDRESS ON FILE | | No Debtor Asserted | 06/19/2014 | 2516 | $5,550.00 | Insufficient Documentation Claim |
| 186 | WINN, LISA ADDRESS ON FILE | | No Debtor Asserted | 09/12/2014 | 4351 | $10,000.00* | Insufficient Documentation Claim |
| 187 | WOODS, RICHARD ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/17/2014 | 2171 | $5,000.00 | Insufficient Documentation Claim |
| 188 | WREN, MORACE E ADDRESS ON FILE | | No Debtor Asserted | 07/07/2014 | 2887 | $5,550.00 | Insufficient Documentation Claim |
| 189 | WURZBACH, MARY ADDRESS ON FILE | | No Debtor Asserted | 06/26/2014 | 2579 | $10,000.00* | Insufficient Documentation Claim |
| 190 | YBARRA, KARINA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/05/2014 | 1153 | $52,389.00 | Insufficient Documentation Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

SIXTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 191 | YELLE, CHERANA ADDRESS ON FILE | | No Debtor Asserted | 08/29/2014 | 3953 | $5,000.00 | Insufficient Documentation Claim |
| 192 | YOUNG, BURNEST ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 08/14/2014 | 3665 | $134,000.00 | Insufficient Documentation Claim |
| 193 | YOUNGBLOOD, VANESSA ADDRESS ON FILE | | No Debtor Asserted | 10/20/2014 | 5666 | $5,000.00 | Insufficient Documentation Claim |
| | | | | | TOTAL | 134,660,119.99* | |

\* - Indicates claim contains unliquidated and/or undetermined amounts