## **EXHIBIT 1** to **EXHIBIT A**

**Insufficient Documentation Claims**

RLF1 11457990v.1

ENERGY FUTURE HOLDINGS CORP., et al.

FIRST OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 to EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | MCMASTER-CARR SUPPLY COMPANY<br>6100 FULTON INDUSTRIAL BLVD.<br>ATLANTA, GA 30336 | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/12/2014 | 86 | $15,696.76 | Insufficient Documentation Claim |
| 2 | SILVA, DAVID<br>17110 PARSLEY HAWTHORN COURT<br>HOUSTON, TX 77059 | | Multiple Debtors Asserted | 09/11/2014 | 4319 | $7,500.00 | Insufficient Documentation Claim |
| | | | | | TOTAL | $23,196.76 | |