# EXHIBIT 1 to EXHIBIT A

**No Supporting Documentation Claims**

RLF1 11457997v.1

ENERGY FUTURE HOLDINGS CORP., et al.

THIRD OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 to EXHIBIT A – No Supporting Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | COFFMAN, SHIRLEY ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/25/2014 | 4675 | Undetermined* | No Supporting Documentation Claim |
| 2 | GARCIA, ISABEL ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/13/2014 | 1925 | Undetermined* | No Supporting Documentation Claim |
| 3 | GONZALES, LINDA ADDRESS ON FILE | | No Debtor Asserted | 06/02/2014 | 850 | Undetermined* | No Supporting Documentation Claim |
| 4 | LITTLEFIELD, SUSAN P ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/10/2014 | 1568 | Undetermined* | No Supporting Documentation Claim |
| 5 | MYERS, SARAH ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 219 | Undetermined* | No Supporting Documentation Claim |
| | | | | | TOTAL | Undetermined* | |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1