## EXHIBIT A

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**ORDER SUSTAINING DEBTORS'
NINTH OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (AMENDED AND SUPERSEDED,
EXACT DUPLICATE, NO SUPPORTING DOCUMENTATION,
AND INSUFFICIENT DOCUMENTATION) CLAIMS PURSUANT
TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1**

Upon the objection (the "Objection")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for entry of an order (this "Order"), disallowing and expunging the Disputed Claims set forth on **Exhibit 1**, **Exhibit 2**, **Exhibit 3**, and **Exhibit 4** attached hereto, all as set forth in the Objection and the Kotarba Declaration; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this case and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Objection is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having found that the Debtors provided appropriate notice of the

---

[1]     The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]     Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

Objection and the opportunity for a hearing on the Objection (the "Hearing") under the circumstances; and the Court having reviewed the Objection and having heard the statements in support of the relief requested therein at the Hearing, if any; and the Court having determined that the legal and factual bases set forth in the Objection and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Objection is sustained as set forth herein.

2.      The Amended and Superseded Claims set forth on the attached **Exhibit 1** are hereby disallowed in their entirety.

3.      The Exact Duplicate Claims set forth on the attached **Exhibit 2** are hereby disallowed in their entirety.

4.      The No Supporting Documentation Claims set forth on the attached **Exhibit 3** are hereby disallowed in their entirety.

5.      The Insufficient Documentation Claims set forth on the attached **Exhibit 4** are hereby disallowed in their entirety.

6.      The Claims Agent is authorized to modify the Claims Register to comport with the entry of this Order.

7.      Nothing set forth herein shall affect the parties' rights with respect to those claims identified as "Remaining Claims" on **Exhibit 1** or **Exhibit 2**, each attached hereto, and the parties' rights with respect to such "Remaining Claims" are reserved, including, for the avoidance of doubt, the Debtors' right to object on any grounds permitted by bankruptcy or nonbankruptcy law.

RLF1 11461979v.1

8.     Each of the claims identified as "Remaining Claims" on **Exhibit 1** and **Exhibit 2** attached hereto are deemed timely filed to the extent that such claim relates back to a claim which was filed on or before the applicable bar date.

9.     Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed:  (a) an admission as to the validity of any particular claim (including the Proofs of Claim) against a Debtor entity; (b) a waiver of the Debtors' rights to dispute any particular claim (including the Proofs of Claim) on any grounds; (c) a promise or requirement to pay any particular claim (including the Proofs of Claim); (d) an implication or admission that any particular claim is of a type specified or defined in this Objection (except as set forth herein); (e) an admission by the Debtors that any contract or lease is executory or unexpired, as applicable; (f) a waiver or limitation of the Debtors' rights under the Bankruptcy Code or any other applicable law; (g) a request or authorization to assume or reject any agreements under section 365 of the Bankruptcy Code; (h) a waiver of any party's rights to assert that any other party is in breach or default of any agreement; or (i) an admission that any contract or lease is integrated with any other contract or lease.

10.     Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

11.     The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

12.     This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Dated: _____, 2015
        Wilmington, Delaware

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

4

**EXHIBIT 1** to **EXHIBIT A**

**Amended and Superseded Claims**

## ENERGY FUTURE HOLDINGS CORP., et al.

### NINTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 to EXHIBIT A - Amended and Superseded Claims

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 1 ABL SERVICES, INC. P.O. BOX 8572 TYLER, TX 75711 | 06/11/2014 | 14-10979 (CSS) | 1775 | $70,749.19 | ABL SERVICES, INC. P.O. BOX 8572 TYLER, TX 75711 | 10/15/2014 | 14-10979 (CSS) | 5294 | $70,749.19 | Amended and superseded claim |
| 2 BHP BILLITON OLYMPIC DAM CORP PTY LTD C/O DOERNER SAUNDERS DANIEL ANDERSON LLP ATTN: SAM G. BRATTON II TWO WEST SECOND STREET, SUITE 700 TULSA, OK 74103-3117 | 11/25/2014 | 14-11032 (CSS) | 9890 | $3,475,415.00 | BHP BILLITON OLYMPIC DAM CORP PTY LTD C/O DOERNER SAUNDERS DANIEL ANDERSON LLP ATTN: SAM G. BRATTON II TWO WEST SECOND ST, STE 700 TULSA, OK 74103-3117 | 11/26/2014 | 14-11032 (CSS) | 9894 | $4,212,005.00 | Amended and superseded claim |
| | | | TOTAL | $3,546,164.19 | | | | | | |

**EXHIBIT 2** to **EXHIBIT A**

**Exact Duplicate Claims**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**NINTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 to EXHIBIT A – Exact Duplicate Claims**

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **REASON FOR DISALLOWANCE** |
| 1 EL PASO COUNTY TREASURER P.O. BOX 2018 COLORADO SPRINGS, CO 80901-2018 | 10/14/2014 | 14-11032 (CSS) | 5225 | $2,659.44* | EL PASO COUNTY TREASURER P.O. BOX 2018 COLORADO SPRINGS, CO 80901-2018 | 09/29/2014 | 14-11032 (CSS) | 4763 | $2,659.44* | Exact Duplicate |
| 2 FOREST CREEK WIND FARM, LLC F/K/A AIRTRICITY FOREST CREEK WIND FARM C/O E.ON CLIMATE AND RENEWABLES 353 N CLARK ST, STE 3000 CHICAGO, IL 60654-3456 | 08/11/2014 | | 3604 | $1,679,600.30 | FOREST CREEK WIND FARM, LLC F/K/A AIRTRICITY FOREST CREEK WIND FARM C/O E.ON CLIMATE & RENEWABLES N. AMERICA 353 N CLARK ST, STE 3000 CHICAGO, IL 60654-3456 | 08/11/2014 | | 3603 | $1,679,600.30 | Exact Duplicate |
| 3 MANSKE, GENE ADDRESS ON FILE | 09/09/2014 | 14-10979 (CSS) | 4226 | $3,734.00 | MANSKE, GENE ADDRESS ON FILE | 09/09/2014 | 14-10979 (CSS) | 4225 | $3,734.00 | Exact Duplicate |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**NINTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 to EXHIBIT A – Exact Duplicate Claims**

| | | CLAIMS TO BE DISALLOWED | | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **REASON FOR DISALLOWANCE** |
| 4 NEBRASKA STATE TREASURER UNCLAIMED PROPERTY DIVISION 809 P STREET LINCOLN, NE 68508-1390 | 09/02/2014 | | 4083 | Undetermined* | NEBRASKA STATE TREASURER UNCLAIMED PROPERTY DIVISION 809 P STREET LINCOLN, NE 68508 | 09/02/2014 | | 4082 | Undetermined* | Exact Duplicate |
| 5 PIERCE PUMP CO LP PO BOX 560727 DALLAS, TX 75356-0727 | 07/07/2014 | | 2911 | $72,303.21 | PIERCE PUMP COMPANY PO BOX 560727 DALLAS, TX 75356-0727 | 07/07/2014 | | 2910 | $72,303.21 | Exact Duplicate |
| 6 TELECOM ELECTRIC SUPPLY COMPANY PO BOX 860307 PLANO, TX 75086-0307 | 08/26/2014 | 14-10979 (CSS) | 3897 | $175.04 | TELECOM ELECTRIC SUPPLY COMPANY PO BOX 860307 PLANO, TX 75086-0307 | 08/26/2014 | 14-10979 (CSS) | 3901 | $175.04 | Exact Duplicate |
| 7 TELECOM ELECTRIC SUPPLY COMPANY PO BOX 860307 PLANO, TX 75086-0307 | 08/26/2014 | 14-10979 (CSS) | 3900 | $262.56 | TELECOM ELECTRIC SUPPLY COMPANY P.O. BOX 860307 PLANO, TX 75086-0307 | 08/26/2014 | 14-10979 (CSS) | 3844 | $262.56 | Exact Duplicate |

## ENERGY FUTURE HOLDINGS CORP., et al.

### NINTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 to EXHIBIT A – Exact Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 8 | UNITED SITE SERVICES OF TEXAS INC C/O UNITED SITE SERVICES, INC. 50 WASHINGTON STREET, SUITE 1000 WESTBOROUGH, MA 01581 | 10/09/2014 | 14-10989 (CSS) | 5541 | $181.85 | UNITED SITE SERVICES OF TEXAS INC C/O UNITED SITE SERVICES, INC. 50 WASHINGTON STREET, SUITE 1000 WESTBOROUGH, MA 01581 | 10/09/2014 | 14-10989 (CSS) | 5062 | $181.85 | Exact Duplicate |
| 9 | UNITED SITE SERVICES OF TEXAS INC C/O UNITED SITE SERVICES, INC. 50 WASHINGTON STREET, SUITE 1000 WESTBOROUGH, MA 01581 | 10/09/2014 | 14-11032 (CSS) | 5542 | $485.46 | UNITED SITE SERVICES OF TEXAS INC C/O UNITED SITE SERVICES, INC. 50 WASHINGTON STREET, SUITE 1000 WESTBOROUGH, MA 01581 | 10/09/2014 | 14-11032 (CSS) | 5061 | $485.46 | Exact Duplicate |

TOTAL    $1,759,401.86*

**EXHIBIT 3** to **EXHIBIT A**

**No Supporting Documentation Claims**

## ENERGY FUTURE HOLDINGS CORP., et al.

### NINTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 to EXHIBIT A - No Supporting Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BALLENGER, JIMMY W. ADDRESS ON FILE | | No Debtor Asserted | 09/29/2014 | 4743 | Undetermined* | No Supporting Documentation Claim |
| 2 | BARRETT, LAURENE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 07/23/2014 | 3287 | $150,000.00 | No Supporting Documentation Claim |
| 3 | BIRD, SANDRA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/02/2014 | 968 | $33,000.00 | No Supporting Documentation Claim |
| 4 | BISHOP, JOHNNY ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/12/2014 | 4358 | Undetermined* | No Supporting Documentation Claim |
| 5 | BLACK, LUCILLE ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 338 | Undetermined* | No Supporting Documentation Claim |
| 6 | BROOKS, NOEL ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 400 | Undetermined* | No Supporting Documentation Claim |
| 7 | BURNS, CLARICA ANN ADDRESS ON FILE | | No Debtor Asserted | 06/04/2014 | 1077 | Undetermined* | No Supporting Documentation Claim |
| 8 | CANNADY, LOIS ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 566 | Undetermined* | No Supporting Documentation Claim |
| 9 | CARLILE, LARRY ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/27/2014 | 238 | $27,450.00 | No Supporting Documentation Claim |
| 10 | CROUCH-GRUBAUGH, SARAH ADDRESS ON FILE | | No Debtor Asserted | 06/24/2014 | 2519 | Undetermined* | No Supporting Documentation Claim |

## ENERGY FUTURE HOLDINGS CORP., et al.

### NINTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 to EXHIBIT A - No Supporting Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 11 | DALTON, BOBBY H ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 211 | Undetermined* | No Supporting Documentation Claim |
| 12 | DANA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/10/2014 | 1690 | Undetermined* | No Supporting Documentation Claim |
| 13 | DRIVER, DON ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/08/2014 | 4176 | Undetermined* | No Supporting Documentation Claim |
| 14 | DURAN, IVONNE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 08/14/2014 | 3669 | $2,775.00* | No Supporting Documentation Claim |
| 15 | ESTRADA, BONNIE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/21/2014 | 5754 | Undetermined* | No Supporting Documentation Claim |
| 16 | FINLEY, H DEAN ADDRESS ON FILE | | No Debtor Asserted | 06/30/2014 | 2672 | $18,000.00 | No Supporting Documentation Claim |
| 17 | GARDNER, SHARON L ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/26/2014 | 2607 | $2,775.00 | No Supporting Documentation Claim |
| 18 | GRUBAUGH, TIMOTHY D ADDRESS ON FILE | | No Debtor Asserted | 06/24/2014 | 2518 | Undetermined* | No Supporting Documentation Claim |
| 19 | HARBORTH, OPAL ADDRESS ON FILE | | No Debtor Asserted | 09/11/2014 | 4301 | Undetermined* | No Supporting Documentation Claim |
| 20 | HARDING, BARBARA ADDRESS ON FILE | | No Debtor Asserted | 10/27/2014 | 8082 | Undetermined* | No Supporting Documentation Claim |
| 21 | HOLLINGSWORTH, JAMES ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/10/2014 | 1689 | Undetermined* | No Supporting Documentation Claim |

## ENERGY FUTURE HOLDINGS CORP., et al.

### NINTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 to EXHIBIT A - No Supporting Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 22 | HOLLINGSWORTH, V D<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/10/2014 | 1688 | Undetermined* | No Supporting Documentation Claim |
| 23 | HUNT, NORMA L<br>ADDRESS ON FILE | | No Debtor Asserted | 06/09/2014 | 1510 | Undetermined* | No Supporting Documentation Claim |
| 24 | IBACH, SALLY<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/30/2014 | 2719 | Undetermined* | No Supporting Documentation Claim |
| 25 | KIMMEL, RICHARD D<br>ADDRESS ON FILE | | No Debtor Asserted | 06/02/2014 | 802 | Undetermined* | No Supporting Documentation Claim |
| 26 | LAMBERT, GARY<br>ADDRESS ON FILE | | No Debtor Asserted | 06/12/2014 | 1797 | Undetermined* | No Supporting Documentation Claim |
| 27 | LAMBERT, GARY<br>ADDRESS ON FILE | | No Debtor Asserted | 06/12/2014 | 1798 | Undetermined* | No Supporting Documentation Claim |
| 28 | LAMBERT, GARY<br>ADDRESS ON FILE | | No Debtor Asserted | 06/12/2014 | 1799 | Undetermined* | No Supporting Documentation Claim |
| 29 | LEWIS, LLISA<br>ADDRESS ON FILE | | No Debtor Asserted | 08/04/2014 | 3500 | $7,000.00 | No Supporting Documentation Claim |
| 30 | LEWIS, TOM<br>ADDRESS ON FILE | | No Debtor Asserted | 08/04/2014 | 3499 | $7,000.00 | No Supporting Documentation Claim |
| 31 | LOMOSI, JACQUETTA<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/27/2014 | 8037 | $5,700.00* | No Supporting Documentation Claim |
| 32 | MALANGA, KELSEY<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/09/2014 | 1424 | $10,000.00* | No Supporting Documentation Claim |

## ENERGY FUTURE HOLDINGS CORP., et al.

### NINTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 to EXHIBIT A - No Supporting Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 33 | MORRIS, JAMIE L<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/06/2014 | 2110 | $3,000.00 | No Supporting Documentation Claim |
| 34 | NUNLEY, PELE J<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 07/21/2014 | 3205 | $7,200.00 | No Supporting Documentation Claim |
| 35 | PARRISH, SUE<br>ADDRESS ON FILE | | No Debtor Asserted | 10/23/2014 | 6170 | Undetermined* | No Supporting Documentation Claim |
| 36 | PHILLIPS, BARBARA<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/09/2014 | 1368 | Undetermined* | No Supporting Documentation Claim |
| 37 | PHILLIPS, JIM P<br>ADDRESS ON FILE | | No Debtor Asserted | 07/11/2014 | 3028 | Undetermined* | No Supporting Documentation Claim |
| 38 | POLKEY, AMY<br>ADDRESS ON FILE | | No Debtor Asserted | 06/20/2014 | 2300 | $100,000.00 | No Supporting Documentation Claim |
| 39 | RAMAGE, J F<br>ADDRESS ON FILE | | No Debtor Asserted | 06/06/2014 | 1209 | Undetermined* | No Supporting Documentation Claim |
| 40 | SAYEN, CHARLIE<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/06/2014 | 1340 | Undetermined* | No Supporting Documentation Claim |
| 41 | SLOAN, CARRIE<br>ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 475 | Undetermined* | No Supporting Documentation Claim |
| 42 | SMARTT, RALPH<br>ADDRESS ON FILE | | No Debtor Asserted | 10/27/2014 | 8084 | $1,500.00 | No Supporting Documentation Claim |
| 43 | STEPHENS, SANDRA<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/06/2014 | 4899 | Undetermined* | No Supporting Documentation Claim |

## ENERGY FUTURE HOLDINGS CORP., et al.

### NINTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 to EXHIBIT A - No Supporting Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 44 | STERBA, DEBORAH ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 365 | Undetermined* | No Supporting Documentation Claim |
| 45 | TAYLOR, PAMELA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/06/2014 | 4908 | $50,000.00 | No Supporting Documentation Claim |
| 46 | VAN AMBURGH, RUTH E ADDRESS ON FILE | | No Debtor Asserted | 06/03/2014 | 1038 | Undetermined* | No Supporting Documentation Claim |
| 47 | VILLARREAL, MARTIN ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/12/2014 | 1833 | Undetermined* | No Supporting Documentation Claim |
| 48 | YELL, SHANNON ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 07/03/2014 | 2858 | $1,000,000.00* | No Supporting Documentation Claim |
| | | | | | TOTAL | $1,425,400.00* | |

**EXHIBIT 4** to **EXHIBIT A**

**Insufficient Documentation Claims**

## ENERGY FUTURE HOLDINGS CORP., et al.

### NINTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 4 to EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BACKSNAP ENTERPRISE INC DBA ACTION CHIRO ADDRESS ON FILE | | No Debtor Asserted | 07/28/2014 | 3361 | $10,000.00 | Insufficient Documentation Claim |
| 2 | BARANY, LINDA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/27/2014 | 425 | $500.00 | Insufficient Documentation Claim |
| 3 | BAUTZ, LISA ADDRESS ON FILE | | No Debtor Asserted | 07/28/2014 | 3357 | Undetermined* | Insufficient Documentation Claim |
| 4 | BOSTON, JOSEPH ADDRESS ON FILE | | No Debtor Asserted | 06/09/2014 | 1491 | $3,200.00 | Insufficient Documentation Claim |
| 5 | BROOKS, WILLIE V. ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/27/2014 | 7765 | $6,000.00* | Insufficient Documentation Claim |
| 6 | CHRISTIAN BROTHERS CONSTRUCTION LLC 804 TYE CROSSING CT BURLESON, TX 76028-6672 | | No Debtor Asserted | 08/11/2014 | 3614 | $2,000.00 | Insufficient Documentation Claim |
| 7 | DICK, SUSAN ADDRESS ON FILE | | No Debtor Asserted | 06/04/2014 | 1081 | Undetermined* | Insufficient Documentation Claim |
| 8 | DICK, SUSAN ADDRESS ON FILE | | No Debtor Asserted | 06/04/2014 | 1082 | Undetermined* | Insufficient Documentation Claim |
| 9 | DICK, SUSAN ADDRESS ON FILE | | No Debtor Asserted | 06/04/2014 | 1083 | Undetermined* | Insufficient Documentation Claim |
| 10 | DORAN, MARK J ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/30/2014 | 668 | $630.95 | Insufficient Documentation Claim |

## ENERGY FUTURE HOLDINGS CORP., et al.

### NINTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 4 to EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 11 | GRAVITT, TAMRA<br>ADDRESS ON FILE | | No Debtor Asserted | 06/09/2014 | 1500 | $100.00 | Insufficient Documentation Claim |
| 12 | GREEN, MARY<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/02/2014 | 963 | $1,521.88 | Insufficient Documentation Claim |
| 13 | GROW, MICHAEL R<br>ADDRESS ON FILE | | No Debtor Asserted | 05/28/2014 | 598 | $5,000.00 | Insufficient Documentation Claim |
| 14 | HALLETT, KAREN<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 08/01/2014 | 3460 | Undetermined* | Insufficient Documentation Claim |
| 15 | HARRISON, STEVE<br>ADDRESS ON FILE | | No Debtor Asserted | 08/11/2014 | 3615 | $2,000.00 | Insufficient Documentation Claim |
| 16 | HOUGLAND, HAROLD<br>ADDRESS ON FILE | | No Debtor Asserted | 06/24/2014 | 2931 | Undetermined* | Insufficient Documentation Claim |
| 17 | HOWARD, DAN<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/20/2014 | 5631 | Undetermined* | Insufficient Documentation Claim |
| 18 | HUTCHINS, BOB<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/10/2014 | 1681 | $24,000.00 | Insufficient Documentation Claim |
| 19 | HUTCHISON, TRAVIS<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/03/2014 | 4108 | Undetermined* | Insufficient Documentation Claim |
| 20 | JOHNSON, LAURA<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/27/2014 | 8057 | Undetermined* | Insufficient Documentation Claim |
| 21 | KIM, JOSHUA<br>ADDRESS ON FILE | | No Debtor Asserted | 07/25/2014 | 3334 | $490.00 | Insufficient Documentation Claim |

## ENERGY FUTURE HOLDINGS CORP., et al.

### NINTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 4 to EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|------|-------------|-------------|------------|---------|--------------|--------------------------|
| 22 | KNUPPEL, PAULA<br>ADDRESS ON FILE | | No Debtor Asserted | 07/10/2014 | 3000 | $760.65 | Insufficient Documentation Claim |
| 23 | KULL, WILLIAM J<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/09/2014 | 1446 | Undetermined* | Insufficient Documentation Claim |
| 24 | LEATHERMAN, ETHEL<br>ADDRESS ON FILE | | No Debtor Asserted | 06/09/2014 | 1369 | Undetermined* | Insufficient Documentation Claim |
| 25 | LUI, LAWRENCE<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/20/2014 | 2271 | Undetermined* | Insufficient Documentation Claim |
| 26 | NUCKOLLS, RONALD<br>ADDRESS ON FILE | | No Debtor Asserted | 08/18/2014 | 3707 | $5,000.00* | Insufficient Documentation Claim |
| 27 | RAMPELLI, DIANA<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 08/15/2014 | 3681 | $2,000.00 | Insufficient Documentation Claim |
| 28 | RODDY, WILBUR R<br>ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 418 | Undetermined* | Insufficient Documentation Claim |
| 29 | SHODIPO, ABIOLA<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/13/2014 | 1922 | $980.00 | Insufficient Documentation Claim |
| 30 | TAPP, DAVID L<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/12/2014 | 1817 | Undetermined* | Insufficient Documentation Claim |
| 31 | THOMAS, SERENA<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 07/14/2014 | 3070 | $637.34 | Insufficient Documentation Claim |
| 32 | TORRES, JOSE<br>ADDRESS ON FILE | | No Debtor Asserted | 10/20/2014 | 5633 | Undetermined* | Insufficient Documentation Claim |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**NINTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 4 to EXHIBIT A – Insufficient Documentation Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 33 | VANDERWIEL, ROBERT W ADDRESS ON FILE | | No Debtor Asserted | 05/30/2014 | 758 | $5,000.00 | Insufficient Documentation Claim |
| 34 | WHITBECK, ELAINE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/02/2014 | 949 | Undetermined* | Insufficient Documentation Claim |
| 35 | WHITE, RANDY ADDRESS ON FILE | | No Debtor Asserted | 06/06/2014 | 1343 | $3,650.00 | Insufficient Documentation Claim |
| 36 | WOODY, MALCOLM ADDRESS ON FILE | | No Debtor Asserted | 06/11/2014 | 1766 | $30,000.00 | Insufficient Documentation Claim |
| | | | | | TOTAL | $103,470.82* | |