# EXHIBIT A



CRA No. D20680

January 15, 2015

William Hildbold
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019-9601

**CRA Invoice Number:**     **1015138**

**Re:**     **EFH Bankruptcy**

Activity Dates:  through August 31, 2014

| | |
|---|---|
| Professional Fees | 4,923.00 |
| **Total Invoice:** | **$ 4,923.00** |

**Please remit payment via:**

**Wire:**
CRA International
Account#. 1139714659
ABA#. 011500120
SWIFT#. CTZIUS33
RBS Citizens Bank
1 Citizens Dr
Riverside, RI 02915

**ACH:**
CRA International
Account#. 1139714659
ABA#. 211070175
RBS Citizens Bank
1 Citizens Dr
Riverside, RI 02915

**Lockbox:**
CRA International
PO Box 845960
Boston, MA  02284-5960

NOTE:        CRA International, Inc. is not subject to backup withholding.
             Our corporate Federal Taxpayer Identification Number is 04-2372210.

Invoices are due and payable upon receipt. CRA International, Inc. reserves the option to charge interest on invoices that are outstanding more than 30 days, at a rate equal to the lower of 1.5% per month or the maximum rate permitted under applicable law.

CRA No. D20680

January 15, 2015

William Hildbold
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019-9601

**CRA Invoice Number:**      **1015138**

**Re:**     **EFH Bankruptcy**

PROFESSIONAL SERVICES FOR THE PERIOD  THROUGH AUGUST 31, 2014

| PROFESSIONAL FEES | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Kaineg, Robert | 2.00 | 400.00 | 800.00 |
| Fox, Ryan | 13.30 | 310.00 | 4,123.00 |
| TOTAL PROFESSIONAL FEES | 15.30 | | $ 4,923.00 |
| | | **TOTAL INVOICE** | **$ 4,923.00** |