# **EXHIBIT A**



CRA No. D20680

January 15, 2015

William Hildbold
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019-9601

**CRA Invoice Number:**      **1015140**

**Re:**      **EFH Bankruptcy**

Activity Dates:  through September 30, 2014

| | |
|---|---:|
| Professional Fees | 44,812.00 |
| Expenses | 2,125.17 |
| **Total Invoice:** | **$ 46,937.17** |

**Please remit payment via:**

| Wire: | ACH: | Lockbox: |
|---|---|---|
| CRA International | CRA International | CRA International |
| Account#. 1139714659 | Account#. 1139714659 | PO Box 845960 |
| ABA#. 011500120 | ABA#. 211070175 | Boston, MA  02284-5960 |
| SWIFT#. CTZIUS33 | RBS Citizens Bank | |
| RBS Citizens Bank | 1 Citizens Dr | |
| 1 Citizens Dr | Riverside, RI 02915 | |
| Riverside, RI 02915 | | |

NOTE:      CRA International, Inc. is not subject to backup withholding.
                  Our corporate Federal Taxpayer Identification Number is 04-2372210.

Invoices are due and payable upon receipt. CRA International, Inc. reserves the option to charge interest on invoices that are outstanding more than 30 days, at a rate equal to the lower of 1.5% per month or the maximum rate permitted under applicable law.

CRA No. D20680

January 15, 2015

William Hildbold
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019-9601

**CRA Invoice Number:** 1015140

**Re:** **EFH Bankruptcy**

PROFESSIONAL SERVICES FOR THE PERIOD THROUGH SEPTEMBER 30, 2014

| PROFESSIONAL FEES | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Adamson, Seabron | 42.20 | 675.00 | 28,485.00 |
| Kaineg, Robert | 24.00 | 400.00 | 9,600.00 |
| Fox, Ryan | 21.70 | 310.00 | 6,727.00 |
| TOTAL PROFESSIONAL FEES | 87.90 | | $ 44,812.00 |

| EXPENSES | | |
|---|---|---|
| Communication Charges | | 43.63 |
| Travel & Meals | | 2,081.54 |
| TOTAL EXPENSES | | $ 2,125.17 |
| **TOTAL INVOICE** | | **$ 46,937.17** |

# **EXHIBIT B**

| Expenditure Date | Expenditure Type | Employee/Supplier Name | Bill Amount(USD) | Description | |
|---|---|---|---|---|---|
| **Travel & Meals** | | | | | |
| 18-Sep-14 | Lodging | Adamson, Seabron | 379.91 | Hotel room and taxes | Receipt 1 |
| 18-Sep-14 | Airfares & Trainfares | Adamson, Seabron | 1,497.20 | American Airlines | Receipt 2 |
| 22-Sep-14 | Meals - travel | Adamson, Seabron | 4.99 | Coffee | |
| 22-Sep-14 | Ground Transportation Fees | Adamson, Seabron | 50 | Cab from home to Logan | |
| 22-Sep-14 | Ground Transportation Fees | Adamson, Seabron | 58 | Cab from DFW to Hotel | |
| 22-Sep-14 | Meals - travel | Adamson, Seabron | 2.5 | Coffee | |
| 23-Sep-14 | Meals - travel | Adamson, Seabron | 4.71 | Breakfast | |
| 23-Sep-14 | Ground Transportation Fees | Adamson, Seabron | 50 | Cab from Logan to home | |
| 24-Sep-14 | Meals - travel | Adamson, Seabron | 34.23 | Room service | |
| | | | 2081.54 | | |
| **Communication Charges** | | | | | |
| 22-Sep-14 | Telecom-Internet Access | Adamson, Seabron | 20.95 | Internet | |
| 23-Sep-14 | Telecom-Internet Access | Adamson, Seabron | 22.68 | Internet | |
| | | | 43.63 | | |



 Print

## My Trips

Dallas Mon, Sep 22, 2014 2

### Cost and billing summary

**Hotel (1 night)**
1 guest
$329.00 avg/night — $329.00
Hotel charges — $6.32
Taxes and fees — $44.59

**Total due at booking** — **$379.91**

Prices listed are in USD unless noted.

This reservation was made on Thu, Sep 18, 2014 5:50 PM CDT.

**Billing information**
Card holder's name:
Seabron C Adamson
Card type:
American Express
Card number:
************1003
Billing Address:
200 Clarendon Street
Boston, MA 02116
US

### Hotel policies and additional billing information

**Cancellation:**
If you cancel or change your reservation after 4:00 PM on 9/22/14, the hotel will charge you for the total cost of your reservation.
All times mentioned are in local hotel time. If you need to change or cancel this hotel reservation, please do so through Orbitz rather than through the hotel directly.

**Pre-payment:**
Prepayment required

### Orbitz Rewards

Nice job! You earned $11.40 in Orbucks on this booking.

Use them to book a qualifying hotel for your next trip.

Spread the wealth! Tell your friends and you could each get a $25.00 thank you!

Learn more about Orbitz Rewards or check out all of your rewards at My Orbitz Rewards.

### Traveler Information

Name and contact information

### Hotel Information

Orbitz record locator: PBORB-164-962-4114

| | |
|---|---|
| Hotel | W Dallas - Victory   Hotel details | Map |
| Date and time | Check-in: Mon, Sep 22, 2014 | Check-out: Tue, Sep 23, 2014 |
| Reservation | Rooms: 1 | Guests: 1 | Nights: 1 |
| Hotel policies: | Avoid unexpected charges by reviewing these policies carefully. |

Close window

*EFH Dallas trip*



Print

## My Trips

**Dallas Mon, Sep 22, 2014**

### Cost and billing summary

**Flight**
Airline Ticket(1)                         $1,497.20
(Adult: 1)

**Total due at booking**                  $1,497.20
Taxes and fees included

Prices listed are in USD unless noted.
Additional baggage fees may apply.

This reservation was made on Thu, Sep 18, 2014 5:45 PM CDT

**Billing Information**
Card holder's name:
Seabron C Adamson

Card type:
American Express

Card number:
***********1003

Billing Address:
200 Clarendon Street
Boston, MA 02116
US

### Traveler Information

Traveler names, loyalty programs and ticket type

### Confirmation Numbers

Orbitz record locator: PBORB-911-317-7034
Airline record locator: Not yet available. The flight reservation request has been sent to the airline(s).

### Flight information

Terms and conditions | Fare rules

Show flight details

| | | | | | |
|---|---|---|---|---|---|
| Leave<br>Mon, Sep 22 | 4:10 PM<br>Boston BOS | 7:25 PM<br>Dallas DFW | non-stop<br>4hr 15min | | American Airlines 1448 |
| Return<br>Tue, Sep 23 | 5:30 PM<br>Dallas DFW | 10:05 PM<br>Boston BOS | non-stop<br>3hr 35min | | American Airlines 1600 |

Close window