# **EXHIBIT A**



CRA No. D20680

January 15, 2015

William Hildbold
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019-9601

**CRA Invoice Number:**     **1015142**

**Re:**     **EFH Bankruptcy**

Activity Dates:  through October 31, 2014

|  |  |
|---|---|
| Professional Fees | 35,658.50 |
| Expenses | 38.00 |
| **Total Invoice:** | **$ 35,696.50** |

**Please remit payment via:**

| Wire: | ACH: | Lockbox: |
|---|---|---|
| CRA International | CRA International | CRA International |
| Account#. 1139714659 | Account#. 1139714659 | PO Box 845960 |
| ABA#. 011500120 | ABA#. 211070175 | Boston, MA 02284-5960 |
| SWIFT#. CTZIUS33 | RBS Citizens Bank | |
| RBS Citizens Bank | 1 Citizens Dr | |
| 1 Citizens Dr | Riverside, RI 02915 | |
| Riverside, RI 02915 | | |

NOTE:     CRA International, Inc. is not subject to backup withholding.
Our corporate Federal Taxpayer Identification Number is 04-2372210.

Invoices are due and payable upon receipt. CRA International, Inc. reserves the option to charge interest on invoices that are outstanding more than 30 days, at a rate equal to the lower of 1.5% per month or the maximum rate permitted under applicable law.

CRA No. D20680

January 15, 2015

William Hildbold
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019-9601

**CRA Invoice Number:**     **1015142**

**Re:**    **EFH Bankruptcy**

PROFESSIONAL SERVICES FOR THE PERIOD THROUGH OCTOBER 31, 2014

| PROFESSIONAL FEES | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Adamson, Seabron | 29.90 | 675.00 | 20,182.50 |
| Kaineg, Robert | 8.00 | 400.00 | 3,200.00 |
| Fox, Ryan | 3.60 | 310.00 | 1,116.00 |
| Associate/Analyst | 36.00 | | 11,160.00 |
| TOTAL PROFESSIONAL FEES | 77.50 | | $ 35,658.50 |

| EXPENSES | | |
|---|---|---|
| Travel & Meals | | 38.00 |
| TOTAL EXPENSES | | $ 38.00 |
| | **TOTAL INVOICE** | **$ 35,696.50** |

# EXHIBIT B

| Expenditure Date | Expenditure Type | Employee/Supplier Name | Bill Amount(USD) | Description |
|---|---|---|---|---|
| 8-Oct-14 | Ground Transportation Fees | Adamson, Seabron | 38 | Parking for EFH meeting |