# EXHIBIT A



CRA No. D20680

January 15, 2015

William Hildbold
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019-9601

**CRA Invoice Number:**      **1015145**

**Re:**     **EFH Bankruptcy**

Activity Dates: through November 30, 2014

| | |
|---|---:|
| Professional Fees | 13,060.00 |
| **Total Invoice:** | **$ 13,060.00** |

**Please remit payment via:**

| Wire: | ACH: | Lockbox: |
|---|---|---|
| CRA International | CRA International | CRA International |
| Account#. 1139714659 | Account#. 1139714659 | PO Box 845960 |
| ABA#. 011500120 | ABA#. 211070175 | Boston, MA  02284-5960 |
| SWIFT#. CTZIUS33 | RBS Citizens Bank | |
| RBS Citizens Bank | 1 Citizens Dr | |
| 1 Citizens Dr | Riverside, RI 02915 | |
| Riverside, RI 02915 | | |

NOTE:     CRA International, Inc. is not subject to backup withholding.
                 Our corporate Federal Taxpayer Identification Number is 04-2372210.

Invoices are due and payable upon receipt. CRA International, Inc. reserves the option to charge interest on invoices that are outstanding more than 30 days, at a rate equal to the lower of 1.5% per month or the maximum rate permitted under applicable law.

CRA No. D20680

January 15, 2015

William Hildbold
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019-9601

**CRA Invoice Number:**     **1015145**

**Re:**     **EFH Bankruptcy**

PROFESSIONAL SERVICES FOR THE PERIOD THROUGH NOVEMBER 30, 2014

| PROFESSIONAL FEES | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Adamson, Seabron | 18.20 | 675.00 | 12,285.00 |
| Fox, Ryan | 1.50 | 310.00 | 465.00 |
| Associate/Analyst | 1.00 | | 310.00 |
| **TOTAL PROFESSIONAL FEES** | 20.70 | | $ 13,060.00 |
| | | **TOTAL INVOICE** | **$ 13,060.00** |

John Hancock Tower, 200 Clarendon Street, Boston, MA 02116-5092