# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline: February 27, 2015 at 4:00 p.m. |

## FIFTH MONTHLY FEE STATEMENT OF CHARLES RIVER ASSOCIATES AS NATURAL GAS AND ENERGY CONSULTANT FOR THE OFFICIAL COMMITTEE OF TCEH UNSECURED CREDITORS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM THE PERIOD OF DECEMBER 1, 2014 THROUGH DECEMBER 31, 2014

| Name of Applicant | Charles River Associates |
|---|---|
| Authorized to Provide Professional Services to: | Official Committee of TCEH Unsecured Creditors |
| Date of Retention: | December 17, 2014 *nunc pro tunc* to August 4, 2014 |
| Period for which compensation and reimbursement is sought: | December 1, 2014 through December 31, 2014 |
| Amount of compensation sought as actual, reasonable, and necessary: | $6,530.00 (80% = $5,224.00) |
| Amount of expense reimbursement sought as actual, reasonably, and necessary: | $0.00 |

This is a **X** monthly ___ interim ___ final application. No prior application was filed for this Fee Period.[2]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Notice of this Monthly Fee Statement shall be served in accordance with the Interim Compensation Order [Docket No. 2066] and Fee Committee Order [Docket No. 1896], and objections to the relief requested in this Monthly Fee Statement shall be addressed in accordance with the Interim Compensation Order and Fee Committee Order.

49674670.1

Pursuant to sections 328(a) and 1103 of Title 11 of the United States Code, (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the *Order Authorizing the TCEH Committee to Retain and Employ Charles River Associates as Natural Gas and Energy Consultant Effective as of August 4, 2014* [Docket No. 3049] (the "**Retention Order**"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals,* dated September 16, 2014 [Docket No. 2066] (the "**Interim Compensation Order**"), the *Stipulation and Order Appointing a Fee Committee* [Docket No. 1896] (the "**Fee Committee Order**"), and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Charles River Associates ("**CRA**"), natural gas and energy consultant to the Official Committee of TCEH Unsecured Creditors (the "**TCEH Committee**") of Energy Future Competitive Holdings Company LLC ("**EFCH**"), EFCH's direct subsidiary, Texas Competitive Electric Holdings Company LLC, and their direct and indirect subsidiaries (the "**TCEH Debtors**"), and EFH Corporate Services Company, files this monthly fee statement (this "**Monthly Fee Statement**") for compensation in the amount of $5,224.00 for the reasonable and necessary services CRA rendered to the TCEH Committee from December 1, 2014 through December 31, 2014 (the "**Fee Period**") (80% of $6,530.00).

### Itemization of Services Rendered

**IN SUPPORT OF THIS MONTHLY FEE STATEMENT, ATTACHED IS THE FOLLOWING EXHIBIT:**

- **Exhibit A** is a schedule of the number of hours expended and fees incurred (on an aggregate basis) by CRA's professionals during the Fee Period. As reflected in Exhibit A, CRA incurred $6,530.00 in fees during the Fee Period. Pursuant to this Monthly Fee Statement, CRA seeks reimbursement for 80% of such fees ($5,224.00).

49674670.1

WHEREFORE, CRA requests that it be allowed reimbursement for its fees incurred during the Fee Period in the total amount of $5,224.00, which is 80% of the fees incurred by the TCEH Committee for reasonable and necessary professional services rendered by CRA, and that such fees be paid as administrative expenses of the TCEH Debtors' estates.[3]

| | |
|---|---|
| Dated: Wilmington, Delaware<br>February 6, 2015 | **MORRISON & FOERSTER LLP**<br>James M. Peck<br>Brett H. Miller<br>Lorenzo Marinuzzi<br>Todd M. Goren<br>250 West 55th Street<br>New York, New York 10019-9601<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br>E-mail: jpeck@mofo.com<br>　　　　　brettmiller@mofo.com<br>　　　　　lmarinuzzi@mofo.com<br>　　　　　tgoren@mofo.com<br><br>-and-<br><br>/s/ Christopher A. Ward<br>Christopher A. Ward (Del. Bar No. 3877)<br>Justin K. Edelson (Del. Bar No. 5002)<br>Jarrett K. Vine (Del. Bar No. 5400)<br>**POLSINELLI PC**<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-0920<br>Facsimile: (302) 252-0921<br>E-mail: cward@polsinelli.com<br>　　　　　jedelson@polsinelli.com<br>　　　　　jvine@polsinelli.com<br><br>*Counsel to the Official Committee of TCEH Unsecured Creditors* |

---

[3] Paragraph 2(b) of the Interim Compensation Order requires Professionals (as defined in the Interim Compensation Order) to allocate any fees and expenses to the applicable Debtors for whose direct benefit such fees and expenses were incurred (such fees, the "**Direct Benefit Fees**"). CRA has incurred fees and expenses for the collective benefit of the TCEH Debtors, but has not performed any services directly for the benefit of EFH Corporate Services Company that could be allocated as Direct Benefit Fees pursuant to the Interim Compensation Order. As a result, CRA has not attempted to break out the specific Direct Benefit Fees performed for the benefit of the TCEH Debtors since all of its fees and expenses would be allocated to the TCEH Debtors regardless under the Interim Compensation Order. Thus, all of CRA's fees identified in this Monthly Fee Statement should be paid by the TCEH Debtors.

49674670.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[4]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered) |

### VERIFICATION OF JONATHAN D. YELLIN

1. I am the Vice President and General Counsel of Charles River Associates ("**CRA**"). CRA has rendered professional services to the Official Committee of TCEH Unsecured Creditors (the "**TCEH Committee**") in this chapter 11 case.

2. I have read the foregoing application of CRA for compensation (the "**Fee Statement**"). To the best of my knowledge, information and belief, as well as after reasonable inquiry, the facts set forth in the foregoing Fee Statement are true and correct and materially comply with the applicable orders, rules, guidelines, and requirements as set forth by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and Del. Bankr. L.R. 2016-2.

3. Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the forgoing is true and correct.

Respectfully submitted,

*/s/ Jonathan D. Yellin*
Jonathan D. Yellin
Vice President and General Counsel

---

[4] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

49674670.1