# EXHIBIT A

## Statement of Fees By Subject Matter

Case 14-10979-CSS    Doc 3483-2    Filed 02/06/15    Page 1 of 5

# EXHIBIT A

## Statement of Fees By Subject Matter

*Exhibit A*

*Combined - All Entities*
*Summary of Time Detail by Task*
*December 1, 2014 through December 31, 2014*

| *Task Description* | *Sum of Hours* | *Sum of Fees* |
|---|---:|---:|
| Accounting/Cut-off | 71.3 | $36,245.00 |
| Bankruptcy Support | 229.9 | $102,660.00 |
| Business Plan | 267.6 | $105,980.00 |
| Causes of Action | 106.4 | $55,785.00 |
| Claims | 815.1 | $355,530.00 |
| Contracts | 183.8 | $93,732.50 |
| Coordination & Communication with other Creditor Constituents | 45.1 | $22,090.00 |
| Coordination & Communication with UCC | 227.0 | $106,240.00 |
| Court | 0.5 | $362.50 |
| DIP Financing | 57.0 | $22,810.00 |
| Fee Applications | 71.7 | $29,032.50 |
| Motions and Orders | 0.3 | $270.00 |
| POR / Disclosure Statement | 433.7 | $215,445.00 |
| Retention | 12.8 | $6,230.00 |
| Status Meetings | 27.7 | $19,680.00 |
| Travel Time | 72.2 | $33,652.50 |
| UST Reporting Requirements | 15.9 | $8,325.00 |
| Vendor Management | 79.8 | $43,740.00 |
| *Total* | **2,717.8** | **$1,257,810.00** |

*Travel time billed at 50% of time incurred*

*Exhibit A*

**TCEH**
*Summary of Time Detail by Task*
*December 1, 2014 through December 31, 2014*

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Accounting/Cut-off | 54.8 | $27,838.75 |
| Bankruptcy Support | 148.1 | $63,501.22 |
| Business Plan | 164.5 | $65,407.46 |
| Causes of Action | 72.5 | $38,016.64 |
| Claims | 592.7 | $258,744.69 |
| Contracts | 148.6 | $75,189.92 |
| Coordination & Communication with other Creditor Constituents | 30.7 | $15,015.01 |
| Coordination & Communication with UCC | 139.0 | $64,777.15 |
| Court | 0.3 | $247.04 |
| DIP Financing | 30.3 | $12,187.18 |
| Fee Applications | 48.8 | $19,726.13 |
| Motions and Orders | 0.3 | $270.00 |
| POR / Disclosure Statement | 264.8 | $132,108.64 |
| Retention | 8.7 | $4,245.65 |
| Status Meetings | 19.0 | $13,449.48 |
| Travel Time | 49.2 | $22,933.67 |
| UST Reporting Requirements | 10.8 | $5,673.36 |
| Vendor Management | 68.9 | $38,079.38 |
| **Total** | **1,852.1** | **$857,411.35** |

*Travel time billed at 50% of time incurred*

*Exhibit A*

**EFH
Summary of Time Detail by Task
December 1, 2014 through December 31, 2014**

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Accounting/Cut-off | 16.5 | $8,406.25 |
| Bankruptcy Support | 55.5 | $26,683.65 |
| Business Plan | 62.0 | $24,371.94 |
| Causes of Action | 22.2 | $11,647.34 |
| Claims | 148.1 | $64,666.44 |
| Contracts | 34.8 | $18,421.34 |
| Coordination & Communication with other Creditor Constituents | 10.9 | $5,311.63 |
| Coordination & Communication with UCC | 64.4 | $29,861.87 |
| Court | 0.1 | $75.69 |
| DIP Financing | 0.8 | $271.43 |
| Fee Applications | 15.2 | $6,200.32 |
| POR / Disclosure Statement | 99.2 | $50,246.18 |
| Retention | 2.7 | $1,300.76 |
| Status Meetings | 5.8 | $4,131.75 |
| Travel Time | 15.1 | $7,026.30 |
| UST Reporting Requirements | 3.3 | $1,738.18 |
| Vendor Management | 10.9 | $5,660.63 |
| **Total** | **567.4** | **$266,021.68** |

*Travel time billed at 50% of time incurred*

*Exhibit A*

***EFIH***
***Summary of Time Detail by Task***
***December 1, 2014 through December 31, 2014***

| *Task Description* | *Sum of Hours* | *Sum of Fees* |
|---|---:|---:|
| Bankruptcy Support | 26.3 | $12,475.13 |
| Business Plan | 41.1 | $16,200.60 |
| Causes of Action | 11.7 | $6,121.02 |
| Claims | 74.3 | $32,118.88 |
| Contracts | 0.4 | $121.25 |
| Coordination & Communication with other Creditor Constituents | 3.5 | $1,763.36 |
| Coordination & Communication with UCC | 23.6 | $11,600.98 |
| Court | 0.1 | $39.78 |
| DIP Financing | 25.9 | $10,351.39 |
| Fee Applications | 7.8 | $3,106.05 |
| POR / Disclosure Statement | 69.7 | $33,090.18 |
| Retention | 1.4 | $683.59 |
| Status Meetings | 2.9 | $2,098.77 |
| Travel Time | 7.9 | $3,692.53 |
| UST Reporting Requirements | 1.7 | $913.46 |
| ***Total*** | **298.2** | **$134,376.97** |

*Travel time billed at 50% of time incurred*