**EXHIBIT B**

**Professionals' Information**

The A&M professionals who rendered services in these cases during the Fee Period are:

*Combined - All Entities*
*Summary of Time Detail by Professional*
*December 1, 2014 through December 31, 2014*

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $900.00 | 35.3 | $31,770.00 |
| Emmett Bergman | Managing Director | $750.00 | 90.9 | $68,175.00 |
| John Stuart | Managing Director | $725.00 | 230.8 | $167,330.00 |
| Steve Kotarba | Managing Director | $650.00 | 92.7 | $60,255.00 |
| Matt Frank | Director | $575.00 | 133.3 | $76,647.50 |
| Jodi Ehrenhofer | Director | $525.00 | 160.2 | $84,105.00 |
| Peter Mosley | Director | $525.00 | 45.6 | $23,940.00 |
| Kevin Sullivan | Director | $500.00 | 32.8 | $16,400.00 |
| Mark Zeiss | Director | $500.00 | 99.9 | $49,950.00 |
| Paul Kinealy | Director | $500.00 | 126.2 | $63,100.00 |
| David Blanks | Senior Associate | $450.00 | 179.7 | $80,865.00 |
| Taylor Atwood | Senior Associate | $450.00 | 153.8 | $69,210.00 |
| Jeff Dwyer | Associate | $425.00 | 74.0 | $31,450.00 |
| Richard Carter | Consultant | $400.00 | 123.7 | $49,480.00 |
| Daisy Fitzgerald | Associate | $400.00 | 98.6 | $39,440.00 |
| Scott Safron | Associate | $375.00 | 120.7 | $45,262.50 |
| Jon Rafpor | Analyst | $350.00 | 146.1 | $51,135.00 |
| Michael Dvorak | Analyst | $325.00 | 77.4 | $25,155.00 |
| Michael Williams | Analyst | $325.00 | 114.7 | $37,277.50 |
| Peyton Heath | Analyst | $325.00 | 246.3 | $80,047.50 |
| Robert Country | Analyst | $325.00 | 109.6 | $35,620.00 |
| Sarah Pittman | Analyst | $325.00 | 164.4 | $53,430.00 |
| Scott Hedges | Analyst | $325.00 | 33.2 | $10,790.00 |
| Mary Napoliello | Paraprofessional | $250.00 | 27.9 | $6,975.00 |
| | | ***Total*** | **2,717.8** | **$1,257,810.00** |

*Exhibit B*

### TCEH
### Summary of Time Detail by Professional
### December 1, 2014 through December 31, 2014

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $900.00 | 26.6 | $23,915.23 |
| Emmett Bergman | Managing Director | $750.00 | 72.0 | $53,996.70 |
| John Stuart | Managing Director | $725.00 | 134.0 | $97,147.31 |
| Steve Kotarba | Managing Director | $650.00 | 63.3 | $41,151.94 |
| Matt Frank | Director | $575.00 | 95.9 | $55,157.23 |
| Jodi Ehrenhofer | Director | $525.00 | 114.8 | $60,278.81 |
| Peter Mosley | Director | $525.00 | 33.6 | $17,645.65 |
| Kevin Sullivan | Director | $500.00 | 14.1 | $7,029.94 |
| Mark Zeiss | Director | $500.00 | 68.1 | $34,040.17 |
| Paul Kinealy | Director | $500.00 | 102.3 | $51,138.09 |
| David Blanks | Senior Associate | $450.00 | 101.4 | $45,637.07 |
| Taylor Atwood | Senior Associate | $450.00 | 104.6 | $47,069.41 |
| Jeff Dwyer | Associate | $425.00 | 56.2 | $23,906.11 |
| Richard Carter | Consultant | $400.00 | 85.7 | $34,293.20 |
| Daisy Fitzgerald | Associate | $400.00 | 90.3 | $36,114.70 |
| Scott Safron | Associate | $375.00 | 71.8 | $26,939.02 |
| Jon Rafpor | Analyst | $350.00 | 109.2 | $38,223.51 |
| Michael Dvorak | Analyst | $325.00 | 52.7 | $17,142.75 |
| Michael Williams | Analyst | $325.00 | 78.4 | $25,466.16 |
| Peyton Heath | Analyst | $325.00 | 151.8 | $49,347.55 |
| Robert Country | Analyst | $325.00 | 86.9 | $28,228.86 |
| Sarah Pittman | Analyst | $325.00 | 96.7 | $31,435.34 |
| Scott Hedges | Analyst | $325.00 | 22.6 | $7,353.22 |
| Mary Napoliello | Paraprofessional | $250.00 | 19.0 | $4,753.36 |
| | | *Total* | 1,852.1 | $857,411.35 |

### EFH
### Summary of Time Detail by Professional
### December 1, 2014 through December 31, 2014

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $900.00 | 5.7 | $5,086.21 |
| Emmett Bergman | Managing Director | $750.00 | 17.5 | $13,092.02 |
| John Stuart | Managing Director | $725.00 | 62.8 | $45,535.07 |
| Steve Kotarba | Managing Director | $650.00 | 19.4 | $12,634.20 |
| Matt Frank | Director | $575.00 | 32.1 | $18,476.76 |
| Jodi Ehrenhofer | Director | $525.00 | 30.0 | $15,726.82 |
| Peter Mosley | Director | $525.00 | 11.0 | $5,798.94 |
| Kevin Sullivan | Director | $500.00 | 4.4 | $2,177.05 |
| Mark Zeiss | Director | $500.00 | 20.9 | $10,429.05 |
| Paul Kinealy | Director | $500.00 | 16.1 | $8,039.24 |
| David Blanks | Senior Associate | $450.00 | 50.4 | $22,695.55 |
| Taylor Atwood | Senior Associate | $450.00 | 29.5 | $13,296.82 |
| Jeff Dwyer | Associate | $425.00 | 16.1 | $6,863.04 |
| Richard Carter | Consultant | $400.00 | 24.9 | $9,955.10 |
| Daisy Fitzgerald | Associate | $400.00 | 5.4 | $2,179.77 |
| Scott Safron | Associate | $375.00 | 36.4 | $13,652.96 |
| Jon Rafpor | Analyst | $350.00 | 30.5 | $10,661.03 |
| Michael Dvorak | Analyst | $325.00 | 16.2 | $5,252.11 |
| Michael Williams | Analyst | $325.00 | 23.8 | $7,742.45 |
| Peyton Heath | Analyst | $325.00 | 46.9 | $15,250.59 |
| Robert Country | Analyst | $325.00 | 14.9 | $4,844.97 |
| Sarah Pittman | Analyst | $325.00 | 39.8 | $12,922.80 |
| Scott Hedges | Analyst | $325.00 | 6.9 | $2,252.84 |
| Mary Napoliello | Paraprofessional | $250.00 | 5.8 | $1,456.31 |
| | | *Total* | **567.4** | **$266,021.68** |

*Exhibit B*

*EFIH*
*Summary of Time Detail by Professional*
*December 1, 2014 through December 31, 2014*

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $900.00 | 3.1 | $2,768.56 |
| Emmett Bergman | Managing Director | $750.00 | 1.4 | $1,086.28 |
| John Stuart | Managing Director | $725.00 | 34.0 | $24,647.62 |
| Steve Kotarba | Managing Director | $650.00 | 10.0 | $6,468.85 |
| Matt Frank | Director | $575.00 | 5.2 | $3,013.51 |
| Jodi Ehrenhofer | Director | $525.00 | 15.4 | $8,099.37 |
| Peter Mosley | Director | $525.00 | 0.9 | $495.41 |
| Kevin Sullivan | Director | $500.00 | 14.4 | $7,193.01 |
| Mark Zeiss | Director | $500.00 | 11.0 | $5,480.78 |
| Paul Kinealy | Director | $500.00 | 7.8 | $3,922.68 |
| David Blanks | Senior Associate | $450.00 | 27.8 | $12,532.38 |
| Taylor Atwood | Senior Associate | $450.00 | 19.7 | $8,843.77 |
| Jeff Dwyer | Associate | $425.00 | 1.6 | $680.85 |
| Richard Carter | Consultant | $400.00 | 13.1 | $5,231.70 |
| Daisy Fitzgerald | Associate | $400.00 | 2.9 | $1,145.53 |
| Scott Safron | Associate | $375.00 | 12.5 | $4,670.52 |
| Jon Rafpor | Analyst | $350.00 | 6.4 | $2,250.47 |
| Michael Dvorak | Analyst | $325.00 | 8.5 | $2,760.14 |
| Michael Williams | Analyst | $325.00 | 12.5 | $4,068.89 |
| Peyton Heath | Analyst | $325.00 | 47.5 | $15,449.36 |
| Robert Country | Analyst | $325.00 | 7.8 | $2,546.17 |
| Sarah Pittman | Analyst | $325.00 | 27.9 | $9,071.86 |
| Scott Hedges | Analyst | $325.00 | 3.6 | $1,183.94 |
| Mary Napoliello | Paraprofessional | $250.00 | 3.1 | $765.33 |
| | | *Total* | 298.2 | $134,376.97 |