## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

*Combined*
*Energy Future Holdings Corp., et al.,*
*Summary of Expense Detail by Category*
*December 1, 2014 through December 31, 2014*

| *Expense Category* | *Sum of Expenses* |
|---|---|
| Airfare | $16,520.63 |
| Lodging | $12,807.02 |
| Meals | $1,264.50 |
| Miscellaneous | $162.76 |
| Transportation | $4,643.79 |
| *Total* | **$35,398.70** |

### TCEH
### Summary of Expense Detail by Category
### December 1, 2014 through December 31, 2014

| Expense Category | Sum of Expenses |
|---|---:|
| Airfare | $11,258.84 |
| Lodging | $8,727.99 |
| Meals | $861.72 |
| Miscellaneous | $110.92 |
| Transportation | $3,164.74 |
| **Total** | **$24,124.21** |

*EFH*
*Summary of Expense Detail by Category*
*December 1, 2014 through December 31, 2014*

| *Expense Category* | *Sum of Expenses* |
|---|---:|
| Airfare | $3,449.48 |
| Lodging | $2,674.08 |
| Meals | $264.03 |
| Miscellaneous | $33.99 |
| Transportation | $969.61 |
| *Total* | **$7,391.19** |

### EFIH
### Summary of Expense Detail by Category
### December 1, 2014 through December 31, 2014

| Expense Category | Sum of Expenses |
|---|---:|
| Airfare | $1,812.31 |
| Lodging | $1,404.95 |
| Meals | $138.75 |
| Miscellaneous | $17.85 |
| Transportation | $509.44 |
| **Total** | **$3,883.30** |