## **EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

*Exhibit D*

## Combined - All Entities
## Expense Detail by Category
## December 1, 2014 through December 31, 2014

*Airfare*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Daisy Fitzgerald | 12/1/2014 | $552.10 | Airfare coach one-way San Francisco/Dallas. |
| Daisy Fitzgerald | 12/4/2014 | $552.10 | Airfare coach one-way Dallas/San Francisco. |
| Daisy Fitzgerald | 12/8/2014 | $552.10 | Airfare coach one-way San Francisco/Dallas. |
| Daisy Fitzgerald | 12/10/2014 | $552.10 | Airfare coach one-way Dallas/San Francisco. |
| Emmett Bergman | 11/3/2014 | $585.10 | Airfare one-way coach San Francisco/Dallas. |
| Emmett Bergman | 11/6/2014 | $573.10 | Airfare one-way coach Dallas/San Francisco. |
| Emmett Bergman | 11/10/2014 | $573.10 | Airfare one-way coach San Francisco/Dallas. |
| Emmett Bergman | 11/12/2014 | $573.10 | Airfare one-way coach Dallas/San Francisco. |
| Emmett Bergman | 11/16/2014 | $573.10 | Airfare one-way coach San Francisco/Dallas. |
| Emmett Bergman | 11/20/2014 | $398.10 | Airfare one-way coach Dallas/San Francisco. |
| Emmett Bergman | 11/30/2014 | $493.10 | Airfare coach one-way San Francisco/Dallas. |
| Emmett Bergman | 12/4/2014 | $398.10 | Airfare coach one-way Dallas/San Francisco. |
| Emmett Bergman | 12/7/2014 | $398.10 | Airfare coach one-way San Francisco/Dallas. |
| Emmett Bergman | 12/10/2014 | $266.10 | Airfare coach one-way Dallas/San Francisco. |
| Jodi Ehrenhofer | 12/8/2014 | $343.10 | Airfare one-way coach Chicago/Dallas. |
| Jodi Ehrenhofer | 12/11/2014 | $427.70 | Airfare one-way coach Dallas/Chicago. |
| Jodi Ehrenhofer | 12/15/2014 | $343.10 | Airfare one-way coach Chicago/Dallas. |
| Jodi Ehrenhofer | 12/18/2014 | $343.10 | Airfare one-way coach Dallas/Chicago. |
| Mark Zeiss | 12/18/2014 | $470.20 | Airfare coach roundtrip Chicago/Dallas. |
| Matt Frank | 12/1/2014 | $367.10 | Airfare one-way coach airfare from Chicago/Dallas. |
| Matt Frank | 12/4/2014 | $211.10 | Airfare coach one-way Dallas/Chicago. |
| Matt Frank | 12/8/2014 | $367.10 | Airfare coach one-way Chicago/Dallas. |
| Matt Frank | 12/11/2014 | $364.10 | Airfare coach one-way coach Dallas/Chicago. |
| Matt Frank | 12/15/2014 | $367.10 | Airfare coach one-way Chicago/Dallas. |
| Michael Dvorak | 11/26/2014 | $367.10 | Airfare coach one-way Chicago/Dallas. |
| Michael Dvorak | 12/11/2014 | $343.10 | Airfare coach one-way Dallas/Chicago. |
| Michael Williams | 12/1/2014 | $855.40 | Airfare roundtrip coach Chicago/Dallas. |
| Richard Carter | 12/7/2014 | $364.10 | Airfare coach one-way Chicago/Dallas. |
| Richard Carter | 12/9/2014 | $364.10 | Airfare coach one-way Dallas/Chicago. |

*Exhibit D*

**Combined - All Entities**
*Expense Detail by Category*
*December 1, 2014 through December 31, 2014*

## *Airfare*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Richard Carter | 12/11/2014 | $686.20 | Airfare coach roundtrip Chicago/Dallas. |
| Robert Country | 12/1/2014 | $367.10 | Airfare one-way coach Chicago/Dallas. |
| Robert Country | 12/9/2014 | $531.10 | Airfare coach one-way Dallas/Chicago. |
| Robert Country | 12/11/2014 | $751.73 | Airfare coach one-way Dallas/Chicago. |
| Robert Country | 12/18/2014 | $373.10 | Airfare coach one-way Chicago/Dallas. |
| Steve Kotarba | 12/8/2014 | $488.40 | Airfare coach New York/Chicago. |
| Steve Kotarba | 12/10/2014 | $386.10 | Airfare coach one-way Dallas/Chicago. |
| **Expense Category Total** | | **$16,520.63** | |

## *Lodging*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Daisy Fitzgerald | 12/3/2014 | $726.02 | Hotel in Dallas - 3 nights. |
| Daisy Fitzgerald | 12/9/2014 | $464.08 | Hotel in Dallas - 2 nights. |
| Emmett Bergman | 11/6/2014 | $726.12 | Hotel in Dallas - 3 nights. |
| Emmett Bergman | 11/12/2014 | $484.08 | Hotel in Dallas - 2 nights. |
| Emmett Bergman | 11/20/2014 | $968.16 | Hotel in Dallas - 4 nights. |
| Emmett Bergman | 12/4/2014 | $968.16 | Hotel in Dallas - 4 nights. |
| Emmett Bergman | 12/10/2014 | $726.12 | Hotel in Dallas - 3 nights. |
| Jodi Ehrenhofer | 12/10/2014 | $690.00 | Lodging - 3 nights |
| Jodi Ehrenhofer | 12/17/2014 | $690.00 | Lodging - 3 nights |
| Matt Frank | 12/3/2014 | $726.12 | Hotel in Dallas - 3 nights. |
| Matt Frank | 12/11/2014 | $724.28 | Hotel in Dallas - 3 nights. |
| Matt Frank | 12/17/2014 | $726.12 | Hotel in Dallas - 3 nights. |
| Michael Dvorak | 12/11/2014 | $726.12 | Hotel in Dallas - 3 nights. |
| Michael Williams | 12/3/2014 | $708.94 | Hotel in Dallas - 3 nights. |
| Richard Carter | 12/10/2014 | $464.08 | Hotel in Dallas - 2 nights. |
| Richard Carter | 12/17/2014 | $464.08 | Hotel in Dallas - 2 nights. |
| Robert Country | 12/10/2014 | $791.82 | Hotel in Dallas - 3 nights. |

*Exhibit D*

### Combined - All Entities
### Expense Detail by Category
### December 1, 2014 through December 31, 2014

## Lodging

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Robert Country | 12/17/2014 | $722.67 | Hotel in Dallas - 3 nights. |
| Steve Kotarba | 12/10/2014 | $310.05 | Hotel in Dallas - 1 night. |
| **Expense Category Total** | | **$12,807.02** | |

## Meals

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Daisy Fitzgerald | 12/1/2014 | $10.29 | Out of town breakfast - D. Fitzgerald. |
| Daisy Fitzgerald | 12/1/2014 | $32.23 | Out of town dinner - D. Fitzgerald. |
| Daisy Fitzgerald | 12/2/2014 | $8.48 | Out of town breakfast - D. Fitzgerald. |
| Daisy Fitzgerald | 12/3/2014 | $5.78 | Out of town dinner - D. Fitzgerald. |
| Daisy Fitzgerald | 12/3/2014 | $10.37 | Out of town breakfast - D. Fitzgerald. |
| Daisy Fitzgerald | 12/4/2014 | $8.55 | Out of town breakfast - D. Fitzgerald. |
| Daisy Fitzgerald | 12/9/2014 | $10.26 | Out of town breakfast - D. Fitzgerald. |
| Daisy Fitzgerald | 12/10/2014 | $20.08 | Out of town breakfast - D. Fitzgerald. |
| Emmett Bergman | 11/3/2014 | $11.67 | Out of town breakfast - E. Bergman. |
| Emmett Bergman | 11/5/2014 | $13.98 | Out of town breakfast - E. Bergman. |
| Emmett Bergman | 11/6/2014 | $11.74 | Out of town breakfast - E. Bergman. |
| Emmett Bergman | 11/12/2014 | $5.48 | Out of town breakfast - E. Bergman. |
| Emmett Bergman | 11/20/2014 | $17.07 | Out of town breakfast - E. Bergman. |
| Emmett Bergman | 12/4/2014 | $6.81 | Out of town breakfast - E. Bergman. |
| Emmett Bergman | 12/7/2014 | $18.41 | Out of town dinner - E. Bergman. |
| Jodi Ehrenhofer | 12/8/2014 | $5.56 | Out of town breakfast - J. Ehrenhofer. |
| Jodi Ehrenhofer | 12/15/2014 | $5.56 | Out of town breakfast - J. Ehrenhofer. |
| Matt Frank | 12/1/2014 | $30.64 | Out of town dinner - M. Frank. |
| Matt Frank | 12/2/2014 | $80.00 | Out of town dinner - M. Frank, M. Williams - 2. |
| Matt Frank | 12/2/2014 | $8.16 | Out of town breakfast - M. Frank. |
| Matt Frank | 12/3/2014 | $8.16 | Out of town breakfast - M. Frank. |
| Matt Frank | 12/4/2014 | $9.50 | Out of town breakfast - M. Frank. |

*Exhibit D*

**Combined - All Entities**
*Expense Detail by Category*
*December 1, 2014 through December 31, 2014*

### Meals

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Matt Frank | 12/4/2014 | $9.14 | Out of town dinner - M. Frank. |
| Matt Frank | 12/8/2014 | $5.97 | Out of town breakfast - M. Frank. |
| Matt Frank | 12/9/2014 | $80.47 | Out of town dinner - D. Fitzgerald, M. Frank, E. Bergman - 3. |
| Matt Frank | 12/10/2014 | $184.26 | Out of town dinner - M. Frank, M. Dvorak, M. Williams, R. Carter, R. Country - 5. |
| Matt Frank | 12/15/2014 | $8.95 | Out of town breakfast - M. Frank. |
| Matt Frank | 12/15/2014 | $160.00 | Out of town dinner - M. Frank, M. Williams, P. Kinealy, R. Country - 4. |
| Matt Frank | 12/16/2014 | $4.91 | Out of town breakfast - M. Frank. |
| Matt Frank | 12/16/2014 | $40.00 | Out of town dinner - M. Frank. |
| Matt Frank | 12/17/2014 | $9.85 | Out of town breakfast - M. Frank. |
| Matt Frank | 12/17/2014 | $29.39 | Out of town dinner - M. Frank. |
| Matt Frank | 12/18/2014 | $12.20 | Out of town dinner - M. Frank. |
| Matt Frank | 12/18/2014 | $9.16 | Out of town breakfast - M. Frank. |
| Michael Dvorak | 11/26/2014 | $1.15 | Out of town breakfast - M. Dvorak. |
| Michael Dvorak | 12/8/2014 | $17.00 | Out of town breakfast - M. Dvorak. |
| Michael Dvorak | 12/9/2014 | $8.28 | Out of town dinner - M. Dvorak. |
| Michael Dvorak | 12/9/2014 | $9.92 | Out of town breakfast - M. Dvorak. |
| Michael Dvorak | 12/10/2014 | $14.75 | Out of town breakfast - M. Dvorak. |
| Michael Dvorak | 12/11/2014 | $17.46 | Out of town breakfast - M. Dvorak. |
| Michael Williams | 12/1/2014 | $20.32 | Out of town dinner - M. Williams. |
| Richard Carter | 12/9/2014 | $8.28 | Out of town dinner - R. Carter. |
| Richard Carter | 12/9/2014 | $9.39 | Out of town breakfast - R. Carter. |
| Richard Carter | 12/10/2014 | $11.74 | Out of town breakfast - R. Carter. |
| Richard Carter | 12/11/2014 | $6.48 | Out of town dinner - R. Carter. |
| Richard Carter | 12/11/2014 | $8.40 | Out of town breakfast - R. Carter. |
| Richard Carter | 12/15/2014 | $9.15 | Out of town breakfast - R. Carter. |
| Richard Carter | 12/17/2014 | $8.96 | Out of town breakfast - R. Carter. |
| Richard Carter | 12/17/2014 | $23.79 | Out of town dinner - R. Carter. |
| Richard Carter | 12/18/2014 | $12.83 | Out of town dinner - R. Carter. |

*Exhibit D*

### Combined - All Entities
### Expense Detail by Category
### December 1, 2014 through December 31, 2014

## *Meals*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Richard Carter | 12/18/2014 | $11.74 | Out of town breakfast - R. Carter. |
| Robert Country | 12/8/2014 | $18.16 | Out of town dinner - R. Country. |
| Robert Country | 12/8/2014 | $6.69 | Out of town breakfast - R. Country. |
| Robert Country | 12/9/2014 | $10.45 | Out of town dinner - R. Country. |
| Robert Country | 12/9/2014 | $7.56 | Out of town breakfast - R. Country. |
| Robert Country | 12/10/2014 | $7.12 | Out of town breakfast - R. Country. |
| Robert Country | 12/11/2014 | $6.69 | Out of town breakfast - R. Country. |
| Robert Country | 12/15/2014 | $6.69 | Out of town breakfast - R. Country. |
| Robert Country | 12/16/2014 | $8.29 | Out of town breakfast - R. Country. |
| Robert Country | 12/17/2014 | $8.80 | Out of town breakfast - R. Country. |
| Robert Country | 12/17/2014 | $30.60 | Out of town dinner - R. Country. |
| Robert Country | 12/18/2014 | $10.02 | Out of town breakfast - R. Country. |
| Steve Kotarba | 12/10/2014 | $37.19 | Out of town dinner - S. Kotarba. |
| Steve Kotarba | 12/10/2014 | $13.52 | Out of town breakfast - S. Kotarba. |
| **Expense Category Total** | | **$1,264.50** | |

## *Miscellaneous*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Daisy Fitzgerald | 12/1/2014 | $4.06 | Verizon conference call charges. |
| Daisy Fitzgerald | 12/1/2014 | $3.67 | Verizon conference call charges. |
| Emmett Bergman | 12/1/2014 | $17.55 | Verizon conference call charges. |
| Emmett Bergman | 12/1/2014 | $17.55 | Verizon conference call charges. |
| Jeff Dwyer | 12/1/2014 | $1.85 | Verizon conference call charges. |
| Jodi Ehrenhofer | 12/1/2014 | $22.06 | Verizon conference call charges. |
| John Stuart | 12/12/2014 | $14.02 | Internet online access charge. |
| John Stuart | 12/13/2014 | $14.95 | Internet online access charge. |
| Matt Frank | 12/1/2014 | $7.17 | Verizon conference call charges. |
| Matt Frank | 12/13/2014 | $39.95 | Internet online access fee for the month. |

*Exhibit D*

### Combined - All Entities
### Expense Detail by Category
### December 1, 2014 through December 31, 2014

## *Miscellaneous*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Robert Country | 12/11/2014 | $6.99 | Wifi charge on the airplane. |
| Scott Safron | 12/5/2014 | $12.94 | GOGO Inflight internet to send work related emails. |
| **Expense Category Total** | | **$162.76** | |

## *Transportation*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Daisy Fitzgerald | 12/1/2014 | $24.00 | Taxi from Dallas Airport to Energy. |
| Daisy Fitzgerald | 12/1/2014 | $15.00 | Taxi from Energy to hotel. |
| Daisy Fitzgerald | 12/1/2014 | $55.00 | Taxi from home to San Francisco Airport. |
| Daisy Fitzgerald | 12/3/2014 | $15.00 | Taxi from hotel to client. |
| Daisy Fitzgerald | 12/4/2014 | $29.00 | Taxi from Energy to Dallas Airport. |
| Daisy Fitzgerald | 12/8/2014 | $27.00 | Taxi from Dallas Airport to Energy. |
| Daisy Fitzgerald | 12/8/2014 | $60.00 | Taxi from home to San Francisco Airport. |
| Daisy Fitzgerald | 12/9/2014 | $5.00 | Taxi from hotel to client. |
| Daisy Fitzgerald | 12/10/2014 | $23.77 | Taxi from Energy to Dallas Airport. |
| Daisy Fitzgerald | 12/10/2014 | $10.00 | Taxi from hotel to client. |
| Daisy Fitzgerald | 12/10/2014 | $60.00 | Taxi from San Francisco Airport to home. |
| Emmett Bergman | 11/3/2014 | $40.00 | Taxi from Dallas airport to hotel. |
| Emmett Bergman | 11/3/2014 | $124.20 | Taxi from home to San Francisco Airport. |
| Emmett Bergman | 11/6/2014 | $40.00 | Taxi from EFH to airport. |
| Emmett Bergman | 11/6/2014 | $120.00 | Taxi from San Francisco Airport to home. |
| Emmett Bergman | 11/10/2014 | $124.20 | Taxi from home to San Francisco Airport. |
| Emmett Bergman | 11/10/2014 | $40.00 | Taxi from Dallas airport to hotel. |
| Emmett Bergman | 11/10/2014 | $7.80 | Taxi from EFH to hotel. |
| Emmett Bergman | 11/12/2014 | $35.00 | Taxi from EFH to airport. |
| Emmett Bergman | 11/12/2014 | $110.00 | Taxi from San Francisco Airport to home. |
| Emmett Bergman | 11/16/2014 | $38.00 | Taxi from Dallas airport to hotel. |
| Emmett Bergman | 11/16/2014 | $124.20 | Taxi from home to San Francisco Airport. |

*Exhibit D*

## Combined - All Entities
## Expense Detail by Category
## December 1, 2014 through December 31, 2014

### Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Emmett Bergman | 11/17/2014 | $15.00 | Taxi from hotel to EFH. |
| Emmett Bergman | 11/20/2014 | $35.00 | Taxi from EFH to airport. |
| Emmett Bergman | 11/20/2014 | $124.20 | Taxi from San Francisco Airport to home. |
| Emmett Bergman | 11/30/2014 | $124.20 | Taxi from home to San Francisco Airport. |
| Emmett Bergman | 11/30/2014 | $40.00 | Taxi from Dallas airport to hotel. |
| Emmett Bergman | 12/2/2014 | $15.00 | Taxi from EFH to hotel. |
| Emmett Bergman | 12/3/2014 | $15.00 | Taxi from EFH to hotel. |
| Emmett Bergman | 12/4/2014 | $120.00 | Taxi from San Francisco Airport to home. |
| Emmett Bergman | 12/4/2014 | $35.00 | Taxi from EFH to Dallas airport. |
| Emmett Bergman | 12/7/2014 | $120.00 | Taxi from home to San Francisco Airport. |
| Emmett Bergman | 12/7/2014 | $35.00 | Taxi from airport to hotel. |
| Emmett Bergman | 12/8/2014 | $20.00 | Taxi to dinner. |
| Emmett Bergman | 12/9/2014 | $15.00 | Taxi to hotel. |
| Emmett Bergman | 12/10/2014 | $35.00 | Taxi from EFH to airport. |
| Emmett Bergman | 12/10/2014 | $110.00 | Taxi from San Francisco Airport to home. |
| Jodi Ehrenhofer | 12/8/2014 | $41.18 | Taxi from home to O'Hare Airport. |
| Jodi Ehrenhofer | 12/11/2014 | $268.74 | Rental car in Dallas - 4 days. |
| Jodi Ehrenhofer | 12/11/2014 | $40.00 | Taxi from O'Hare Airport to home. |
| Jodi Ehrenhofer | 12/15/2014 | $39.26 | Taxi from home to O'Hare Airport. |
| Jodi Ehrenhofer | 12/18/2014 | $40.00 | Taxi from Chicago O'Hare to home. |
| Jodi Ehrenhofer | 12/18/2014 | $279.42 | Rental car in Dallas - 4 days. |
| Matt Frank | 12/1/2014 | $65.00 | Taxi from home to Chicago O'Hare. |
| Matt Frank | 12/1/2014 | $60.00 | Taxi from DFW Airport to client. |
| Matt Frank | 12/3/2014 | $15.00 | Taxi from client to dinner. |
| Matt Frank | 12/3/2014 | $13.00 | Taxi from dinner to hotel. |
| Matt Frank | 12/4/2014 | $65.00 | Taxi from Chicago O'Hare to home. |
| Matt Frank | 12/4/2014 | $60.00 | Taxi from client to DFW Airport. |
| Matt Frank | 12/8/2014 | $60.00 | Taxi from DFW Airport to client. |
| Matt Frank | 12/8/2014 | $65.00 | Taxi from home to Chicago O'Hare. |

*Exhibit D*

## Combined - All Entities
## Expense Detail by Category
## December 1, 2014 through December 31, 2014

### Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Matt Frank | 12/10/2014 | $20.00 | Taxi from client to dinner. |
| Matt Frank | 12/11/2014 | $65.00 | Taxi from Chicago O'Hare to home. |
| Matt Frank | 12/11/2014 | $60.00 | Taxi from client to DFW Airport. |
| Matt Frank | 12/11/2014 | $15.00 | Taxi from hotel to client. |
| Matt Frank | 12/15/2014 | $60.00 | Taxi from DFW Airport to client. |
| Matt Frank | 12/15/2014 | $65.00 | Taxi from home to Chicago O'Hare. |
| Matt Frank | 12/15/2014 | $35.00 | Taxi from dinner to hotel. |
| Matt Frank | 12/16/2014 | $28.00 | Taxi from client to dinner. |
| Matt Frank | 12/16/2014 | $25.00 | Taxi from dinner to hotel. |
| Matt Frank | 12/17/2014 | $15.00 | Taxi from client to hotel. |
| Matt Frank | 12/18/2014 | $65.00 | Taxi from Chicago O'Hare to home. |
| Matt Frank | 12/18/2014 | $60.00 | Taxi from client to DFW Airport. |
| Michael Dvorak | 11/26/2014 | $5.00 | Taxi to hotel. |
| Michael Dvorak | 12/8/2014 | $41.18 | Taxi from Dallas Airport to client. |
| Michael Dvorak | 12/11/2014 | $40.62 | Taxi from client to Dallas Airport. |
| Michael Williams | 12/1/2014 | $60.00 | Taxi from DFW Airport to client. |
| Michael Williams | 12/1/2014 | $43.34 | Taxi from home to O'Hare Airport. |
| Michael Williams | 12/3/2014 | $5.00 | Taxi from dinner to hotel. |
| Michael Williams | 12/4/2014 | $50.00 | Taxi from O'Hare Airport to home. |
| Michael Williams | 12/4/2014 | $60.00 | Taxi from client to DFW Airport. |
| Richard Carter | 12/9/2014 | $57.60 | Taxi from DFW Airport to Energy. |
| Richard Carter | 12/11/2014 | $105.00 | Parking at O'Hare airport. |
| Richard Carter | 12/17/2014 | $60.06 | Taxi from Energy to DFW Airport. |
| Richard Carter | 12/17/2014 | $105.00 | Parking at O'Hare airport. |
| Robert Country | 12/8/2014 | $60.00 | Taxi from DFW Airport to Energy. |
| Robert Country | 12/8/2014 | $39.02 | Taxi from home to Chicago O'Hare. |
| Robert Country | 12/10/2014 | $10.96 | Taxi to dinner. |
| Robert Country | 12/15/2014 | $40.70 | Taxi from home to Chicago O'Hare. |
| Robert Country | 12/15/2014 | $34.00 | Taxi to dinner. |

*Exhibit D*

*Combined - All Entities*
*Expense Detail by Category*
*December 1, 2014 through December 31, 2014*

*Transportation*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Robert Country | 12/18/2014 | $46.14 | Taxi from home to Chicago O'Hare. |
| Steve Kotarba | 12/9/2014 | $60.00 | Taxi from home to Midway Airport. |
| Steve Kotarba | 12/10/2014 | $25.00 | Taxi from Dallas Airport to Energy. |
| Steve Kotarba | 12/11/2014 | $25.00 | Taxi from Energy to Dallas Airport. |
| Steve Kotarba | 12/11/2014 | $60.00 | Taxi from Midway Airport to home. |
| **Expense Category Total** | | **$4,643.79** | |
| *Grand Total* | | **$35,398.70** | |