## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC and EFIH FINANCE INC., | ) ) ) |
| | ) |
| Plaintiffs, | ) |
| | ) Adversary Proceeding |
| v. | ) No. 14-51002 (CSS) |
| | ) |
| UMB BANK, N.A., as INDENTURE TRUSTEE, | ) ) |
| | ) |
| Defendant. | ) |

## NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON FEBRUARY 10, 2015 STARTING AT 9:30 A.M. (EST)[3]

I.    **CONTINUED MATTERS:**

1.    Motion of Pallas Realty Advisors, Inc. for Entry of an Order Extending the Deadline to File Proof of Claim, or Alternatively Allowing Late-Filed Proof of Claim [D.I. 2602; filed October 28, 2014]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] **Amended agenda items appear in bold.**

[3] The February 10, 2015 (the "February 10th Hearing") hearing will be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 beginning at 9:30 a.m. (EST). Any person who wishes to appear telephonically at the February 10th Hearing must **have** contac**ted** COURTCALL, LLC at 866-582-6878 prior to 12:00 p.m. (noon) (EST) on Monday, February 9, 2015 to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009.*

Response/Objection Deadline:        November 18, 2014 at 4:00 p.m. (EST); extended to March 3, 2015 at 4:00 p.m. (EST)

Responses/Objections Received:        None at this time.

Status: The hearing on this matter has been continued to the omnibus hearing scheduled for March 10, 2015 starting at 9:30 a.m. (EDT).

2.    Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing Luminant Generation Company LLC to Reject a Water Contract with Tarrant Regional Water District, Effective *Nunc Pro Tunc* to the Petition Date [D.I. 2662; filed October 30, 2014]

Response/Objection Deadline:        November 13, 2014 at 4:00 p.m. (EST)

Responses/Objections Received:

A.    Tarrant Regional Water District's Objection to Motion of Energy Future Holding Corp., *et al.*, for Entry of an Order Authorizing Luminant Generation Company, LLC to Reject a Water Contract with Tarrant Regional Water District, Effective *Nunc Pro Tunc* to the Petition Date [D.I. 2771; filed November 14, 2014]

B.    Debtors' Reply to Tarrant Regional Water District's Objection to Motion of Energy Future Holding Corp., *et al.*, for Entry of an Order Authorizing Luminant Generation Company, LLC to Reject a Water Contract with Tarrant Regional Water District Effective *Nunc Pro Tunc* to the Petition Date [D.I. 2798; filed November 18, 2014]

Related Documents:

i.    Declaration of Michael Carter, Senior Vice President, Corporate Planning, and Assistant Treasurer of EFH Corporate Services Company, in Support of Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing Luminant Generation Company LLC to Reject a Water Contract with Tarrant Regional Water District, Effective *Nunc Pro Tunc* to the Petition Date [D.I. 2663; filed October 30, 2014]

ii.    Declaration of Dan Buhman in Support of Tarrant Regional Water District's Objection to Motion of Energy Future Holding Corp., *et al.*, for Entry of an Order Authorizing Luminant Generation Company LLC to Reject a Water Contract with Tarrant Regional Water District, Effective Nunc Pro Tunc to the Petition Date [D.I. 2772; filed November 14, 2014]

iii.    Motion for Leave to File and Serve a Late Reply in Connection with "Tarrant Regional Water District's Objection to Motion of Energy Future Holding [sic] Corp., *et al.*, for Entry of an Order Authorizing Luminant

2

Generation Company, LLC to Reject a Water Contract with Tarrant Regional Water District, Effective *Nunc Pro Tunc* to the Petition Date" [D.I. 2771] [D.I. 2781; filed November 17, 2014]

iv. Order Granting Leave to File and Serve a Late Reply in Connection with "Tarrant Regional Water District's Objection to Motion of Energy Future Holding [sic] Corp., *et al.*, for Entry of an Order Authorizing Luminant Generation Company, LLC to Reject a Water Contract with Tarrant Regional Water District, Effective *Nunc Pro Tunc* to the Petition Date" [D.I. 2771] [D.I. 2796; filed November 18, 2014]

v. Declaration of Michael Carter, Senior Vice President, Corporate Planning, and Assistant Treasurer of EFH Corporate Services Company, in Support of the Reply to Tarrant Regional Water District's Objection to Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing Luminant Generation Company to Reject a Water Contract with Tarrant Regional Water District, Effective *Nunc Pro Tunc* to the Petition Date [D.I. 2803; filed November 18, 2014]

vi. Order Extending Deadline to Assume or Reject a Certain Nonresidential Real Property Lease Under Section 365(d)(4) of the Bankruptcy Code [D.I. 2838; filed November 21, 2014]

vii. Order Further Extending Deadline to Assume or Reject a Certain Nonresidential Real Property Lease Under Section 365(d)(4) of the Bankruptcy Code [D.I. 3115; filed December 22, 2014]

viii. Order Further Extending Deadline to Assume or Reject a Certain Nonresidential Real Property Lease Under Section 365(d)(4) of the Bankruptcy Code [D.I. 3181; filed January 7, 2015]

Status: By agreement of the parties, the hearing on this matter has been continued to the omnibus hearing scheduled for March 10, 2015 starting at 9:30 a.m. (EDT).

3. Motion of Allen Shrode for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [D.I. 2896; filed November 26, 2014]

| Response/Objection Deadline: | December 11, 2014 at 4:00 p.m. (EST); extended to February 3, 2015 at 4:00 p.m. (EST); further extended to March 3, 2015 at 4:00 p.m. (EST) |
|---|---|
| Responses/Objections Received: | None at this time. |

Related Documents:

i.      Order Granting in Part Motion of Allen Shrode for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [D.I. 3211; filed January 9, 2015]

Status: On January 9, 2015, the Court entered an order granting the movant certain relief in connection with this matter and adjourning consideration of this matter as to all remaining relief, as now further agreed by the parties, to the omnibus hearing scheduled for March 10, 2015 starting at 9:30 a.m. (EDT).  Consequently, no hearing with respect to this matter is required at this time.

## II.     MATTERS WITH A CERTIFICATION OF COUNSEL:

4.      Debtors' First Omnibus (Non-Substantive) Objection to (Amended and Superseded, Exact Duplicate, and Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 2808; filed November 18, 2014]

Response/Objection Deadline:          December 11, 2014 at 4:00 p.m. (EST)

Responses/Objections Received:

A.      Response to Debtors' First Omnibus (Non-Substantive) Objection to (Amended and Superseded, Exact Duplicate, and Insufficient Documentation) Claims Pursuant to Sections 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 Filed by Koetter Fire Protection of Austin, LLC [D.I. 2950; filed December 5, 2014]

B.      Response to Debtors' First Omnibus (Non-Substantive) Objection to (Amended and Superseded, Exact Duplicate, and Insufficient Documentation) Claims Pursuant to Sections 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 Filed by Allied Electronics, Inc. [D.I. 2964; filed December 10, 2014]

C.      Emerson Network Power Liebert Services' Response to Debtors' Omnibus Objection to Proof of Claim #3297 [D.I. 2970; filed December 11, 2014]

Related Documents:

i.      Declaration of Steve R. Kotarba, Managing Director with Alvarez & Marsal North America, LLC, in Support of the Debtors' First Omnibus (Non-Substantive) Objection to (Amended and Superseded, Exact Duplicate and Insufficient Documentation) Claims Pursuant to Section

4

502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 2809; filed November 18, 2014]

ii.    Notice of Submission of Copies of Proofs of Claim Relating to "Debtors' First Omnibus (Non-Substantive) Objection to (Amended and Superseded, Exact Duplicate, and Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1" [D.I. 2948; filed December 4, 2014]

iii.    Order Sustaining Debtors' First Omnibus (Non-Substantive) Objection to (Amended and Superseded, Exact Duplicate, and Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 3046; filed December 17, 2014]

iv.    Certification of Counsel Regarding "Debtors' First Omnibus (Non-Substantive) Objection to (Amended and Superseded, Exact Duplicate, and Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1" [D.I. 2808] [D.I. 3449; filed February 5, 2015]

v.    **Order (Second) Sustaining Debtors' First Omnibus (Non-Substantive) Objection to (Amended and Superseded, Exact Duplicate, and Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 3469; filed February 6, 2015]**

Status: On December 17, 2014, the Court entered an order granting the objection with respect to certain claimants. **On February 6, 2015, the Court entered a further form of order in connection with this matter resolving additional claims subject thereto.** The individual status of each remaining claim subject to this matter is listed on the attached Exhibit A. **Consequently, no hearing with respect to this matter is required at this time.**

5.    Debtors' Second Omnibus (Non-Substantive) Objection to (Amended and Superseded, Exact Duplicate, No Supporting Documentation, and Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 2990; filed December 12, 2014]

Response/Objection Deadline:    December 31, 2014 at 4:00 p.m. (EST)

Responses/Objections Received:    None.

Related Documents:

i. Declaration of Steven R. Kotarba, Managing Director with Alvarez & Marsal North America, LLC, in Support of the Debtors' Second Omnibus (Non-Substantive) Objection to (Amended and Superseded, Exact Duplicate, No Supporting Documentation, and Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 2991; filed December 12, 2014]

ii. Notice of Submission of Copies of Proofs of Claim Relating to "Debtors' Second Omnibus (Non-Substantive) Objection to (Amended and Superseded, Exact Duplicate, No Supporting Documentation, and Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1" [D.I. 3159; filed December 30, 2014]

iii. Order Sustaining Debtors' Second Omnibus (Non-Substantive) Objection to (Amended and Superseded, Exact Duplicate, No Supporting Documentation, and Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 3237; filed January 12, 2015]

iv. Certification of Counsel Regarding "Debtors' Second Omnibus (Non-Substantive) Objection to (Amended and Superseded, Exact Duplicate, No Supporting Documentation, and Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1" [D.I. 2990] [D.I. 3450; filed February 5, 2015]

v. **Order (Second) Sustaining Debtors' Second Omnibus (Non-Substantive) Objection to (Amended and Superseded, Exact Duplicate, No Supporting Documentation, and Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 3464; filed February 6, 2015]**

Status: The individual status of each claim subject to this matter is listed on the attached Exhibit B. On January 12, 2015, the Court entered an order granting the objection with respect to certain claims subject thereto. **On February 6, 2015, the Court entered a further form of order in connection with this matter resolving the claim of Shirley Ann Wallace. Consequently, no hearing with respect to this matter is required at this time.**

6

6.  Debtors' Third Omnibus (Non-Substantive) Objection to (No Supporting Documentation) Customer Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 2992; filed December 12, 2014]

    Response/Objection Deadline:        December 31, 2014 at 4:00 p.m. (EST)

    Responses/Objections Received:

    A.  Response to Debtors' Third Omnibus (Non-Substantive) Objection to (No Supporting Documentation) Customer Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 filed by Mason Guy [D.I. 3153; filed December 29, 2014]

    B.  Objection to Debtors' Third Omnibus (Non-Substantive) Objection to (No Supporting Documentation) Customer Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 filed by Forrest J. Royal [D.I. 3154; filed December 29, 2014]

    C.  Response to Debtors' Third Omnibus (Non-Substantive) Objection to (No Supporting Documentation) Customer Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 filed by Rosalyn Crowler [D.I. 3156; filed December 24, 2014]

    D.  Objection to Debtors' Third Omnibus (Non-Substantive) Objection to (No Supporting Documentation) Customer Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 filed by Susan Keyes [D.I. 3164; filed December 31, 2014]

    E.  Objection to Debtors' Third Omnibus (Non-Substantive) Objection to (No Supporting Documentation) Customer Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 filed by Ruth Caesar [D.I. 3171; filed January 5, 2015]

    F.  Objection to Debtors' Third Omnibus (Non-Substantive) Objection to (No Supporting Documentation) Customer Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 filed by Maria Soto [Not on Docket]

    Related Documents:

    i.  Declaration of Steven R. Kotarba, Managing Director with Alvarez & Marsal North America, LLC, in Support of the Debtors' Third Omnibus

7

(Non-Substantive) Objection to (No Supporting Documentation) Customer Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 2993; filed December 12, 2014]

ii.      Notice of Submission of Copies of Proofs of Claim Relating to "Debtors' Third Omnibus (Non-Substantive) Objection to (No Supporting Documentation) Customer Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1" [D.I. 3160; filed December 30, 2014]

iii.     Order Sustaining Debtors' Third Omnibus (Non-Substantive) Objection to (No Supporting Documentation) Customer Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 3236; filed January 12, 2015]

iv.      Certification of Counsel Regarding "Debtors' Third Omnibus (Non-Substantive) Objection to (No Supporting Documentation) Customer Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1" [D.I. 2992] [D.I. 3451; filed February 5, 2015]

v.       **Order (Second) Sustaining Debtors' Third Omnibus (Non-Substantive) Objection to (No Supporting Documentation) Customer Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 3470; filed February 6, 2015]**

Status: The individual status of each claim subject to this matter is listed on the attached Exhibit C.  On January 12, 2015, the Court entered an order granting the objection with respect to certain claims subject thereto, and continuing the hearing on this matter solely with respect to the claims of Sarah Myers, Maria Soto, Kimberly Olbrish, Linda Gonzales, Cynthia Smith, Kathey Neal, Susan Littlefield, Isabel Garcia, Maria Navejar Delgado, Nanette Nedd-Johnson, Mason Guy, Harry Struble, Susan Keyes, Shammika Jacobs, Janeese Wright, Barbara Bettes, Shirley Coffman, Ruth Caesar and Lisa Townley to the omnibus hearing scheduled for February 10, 2014 starting at 9:30 a.m. (EST). **On February 6, 2015, the Court entered a further form of order in connection with this matter resolving additional claims subject thereto. Consequently, no hearing with respect to this matter is required at this time.**

7.       Debtors' Sixth Omnibus (Non-Substantive) Objection to (Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 3212; filed January 9, 2015]

Response/Objection Deadline:        January 23, 2015 at 4:00 p.m. (EST)

Responses/Objections Received:

A.    Response to Sixth Omnibus (Non-Substantive) Objection to (Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 filed by Deborah Moore [D.I. 3352; filed January 23, 2015]

B.    Response to Sixth Omnibus (Non-Substantive) Objection to (Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 filed by Stephen W. Mitchell [D.I. 3355; filed January 23, 2015]

C.    Response to Sixth Omnibus (Non-Substantive) Objection to (Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 filed by Monica Regina Hawkins [D.I. 3386; filed January 27, 2015]

D.    Response to Sixth Omnibus (Non-Substantive) Objection to (Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 filed by JoAnn M. Robinson [D.I. 3389; filed January 28, 2015]

Related Documents:

i.    Declaration of Steven R. Kotarba, Managing Director with Alvarez & Marsal North America, LLC, in Support of the Debtors' Sixth Omnibus (Non-Substantive) Objection to (Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 3213; filed January 9, 2015]

ii.    Notice of Submission of Copies of Proofs of Claim Relating to "Debtors' Sixth Omnibus (Non-Substantive) Objection to (Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1" [D.I. 3374; filed January 27, 2015]

iii.    Certification of Counsel Regarding "Debtors' Sixth Omnibus (Non-Substantive) Objection to (Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1" [D.I. 3212] [D.I. 3453; filed February 5, 2015]

9

     iv.    **Order Sustaining Debtors' Sixth Omnibus (Non-Substantive) Objection to (Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 3468; filed February 6, 2015]**

    Status: The individual status of each claim subject to this matter is listed on the attached <u>Exhibit D</u>. **On February 6, 2015, the Court entered an order in connection with this matter resolving various claims subject thereto. Consequently, no hearing with respect to this matter is required at this time.**

8.    Debtors' Seventh Omnibus (Substantive) Objection to Certain No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 3218; filed January 9, 2015]

    <u>Response/Objection Deadline</u>:    January 23, 2015 at 4:00 p.m. (EST)

    <u>Responses/Objections Received</u>:

    A.    Response to Seventh Omnibus (Substantive) Objection to Certain No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 filed by Richard Gary Waldrep [D.I. 3354; filed January 23, 2015]

    B.    Response to Seventh Omnibus (Substantive) Objection to Certain No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 filed by DeAnna Edwards [D.I. 3388; filed January 28, 2015]

    <u>Related Documents</u>:

    i.    Declaration of Steven R. Kotarba, Managing Director with Alvarez & Marsal North America, LLC, in Support of the Debtors' Seventh Omnibus (Substantive) Objection to No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 3219; filed January 9, 2015]

    ii.    Notice of Submission of Copies of Proofs of Claim Relating to "Debtors' Seventh Omnibus (Substantive) Objection to Certain No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1" [D.I. 3375; filed January 27, 2015]

    iii.    Certification of Counsel Regarding "Debtors' Seventh Omnibus (Substantive) Objection to Certain No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007,

and Local Bankruptcy Rule 3007-1" [D.I. 3218] [D.I. 3454; filed February 5, 2015]

iv.     **Order Sustaining Debtors' Seventh Omnibus (Substantive) Objection to Certain No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 3465; filed February 6, 2015]**

Status: The individual status of each claim subject to this matter is listed on the attached Exhibit E.  **On February 6, 2015, the Court entered an order in connection with this matter resolving various claims subject thereto.  Consequently, no hearing with respect to this matter is required at this time.**

9.     Debtor Energy Future Holdings Corp.'s Application for Entry of an Order Authorizing the Retention and Employment of Solic Capital Advisors, LLC as Financial Advisor for Debtor and Debtor in Possession Energy Future Holdings Corp. Effective *Nunc Pro Tunc* to December 18, 2014 [D.I. 3324; filed January 16, 2015]

Response/Objection Deadline:          February 2, 2015 at 4:00 p.m. (EST)

Responses/Objections Received:          None.

Related Documents:

i.     Certification of Counsel [D.I. 3448; filed February 5, 2015]

ii.    **Order Authorizing the Retention and Employment of Solic Capital Advisors, LLC as Financial Advisor for Debtor and Debtor in Possession Energy Future Holdings Corp. Effective *Nunc Pro Tunc* to December 18, 2014 [D.I. 3467; filed February 6, 2015]**

Status: **On February 6, 2015, the Court entered an order granting the movant the relief requested in connection with this matter.  Consequently, no hearing with respect to this matter is required.**

## III.    CONTESTED MATTERS GOING FORWARD:

10.    Debtors' Fourth Omnibus (Substantive) Objection to Certain Substantive Duplicate and No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 2994; filed December 12, 2014]

Response/Objection Deadline:          December 31, 2014 at 4:00 p.m. (EST)

Responses/Objections Received:

A.      Objection to Debtors' Fourth Omnibus (Substantive) Objection to Certain Substantive Duplicate and No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 filed by Robert Guierrez [D.I. 3138; filed December 24, 2014]

Related Documents:

i.      Declaration of Steven R. Kotarba, Managing Director with Alvarez & Marsal North America, LLC, in Support of the Debtors' Fourth Omnibus (Substantive) Objection to Certain Substantive Duplicate and No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 2995; filed December 12, 2014]

ii.     Notice of Submission of Copies of Proofs of Claim Relating to "Debtors' Fourth Omnibus (Substantive) Objection to Certain Substantive Duplicate and No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1" [D.I. 3161; filed December 30, 2014]

iii.    Order Sustaining Debtors' Fourth Omnibus (Substantive) Objection to Certain Substantive Duplicate and No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 3234; filed January 12, 2014]

Status: The individual status of each claim subject to this matter is listed on the attached Exhibit F.  On January 12, 2015, the Court entered an order granting the objection with respect to certain claims subject thereto, and continuing the hearing on this matter with respect to the claim of Annie Brinkley and the "Substantive Duplicate" claims to the omnibus hearing scheduled for February 10, 2014 starting at 9:30 a.m. (EST).  At the direction of the Court, a hearing on this matter solely with respect to each of the "Substantive Duplicate" claims subject thereto will go forward.

11.     Second Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code [D.I. 3338; filed January 20, 2015]

Response/Objection Deadline:          February 3, 2015 at 4:00 p.m. (EST)

RLF1 11464652v.1

Responses/Objections Received:

A.      Limited Objection of Alcoa Inc. to Second Motion of Energy Futures Holdings Corp., *et al.*, for Entry of an Order Extending Luminant's Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Bankruptcy Code § 1121 [D.I. 3418; filed February 3, 2015]

B.      Limited Objection of Wilmington Savings Fund Society, FSB to Second Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code [D.I. 3419; filed February 3, 2015]

C.      Limited Objection of EFIH Ad Hoc Committee to Second Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code [D.I. 3431; filed February 4, 2015]

D.      Response of the Ad Hoc Committee of TCEH First Lien Creditors to the Second Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code [D.I. 3439; filed February 4, 2015]

E.      Response of the EFH Official Committee to the Second Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code [D.I. 3443; filed February 4, 2015]

F.      Statement of Official Committee of TCEH Unsecured Creditor Regarding the Second Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code [D.I. 3461; filed February 6, 2015]

G.      **Statement of the Ad Hoc Group of TCEH Unsecured Noteholders in Support of the Second Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code [D.I. 3484; filed February 6, 2015]**

H.      **Omnibus Reply of Energy Future Holdings Corp., *et al.*, to Certain Objections and Responses Filed in Connection with the Second**

13

**Motion of Energy Future Holdings Corp.,** *et al.,* **for Entry of an Order Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code [D.I. 3485; filed February 9, 2015]**

Related Documents:

i.    Declaration of Paul Keglevic, Executive Vice President, Chief Financial Officer, and Co-Chief Restructuring Officer of Energy Future Holdings Corp., *et al.,* in Support of the Second Motion of Energy Future Holdings Corp., *et al.,* for Entry of an Order Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code [D.I. 3339; filed January 20, 2015]

ii.   Debtors' Motion for Leave to File and Serve a Late Reply in Response to any Objections Filed in Connection with "Second Motion of Energy Future Holdings Corp., *et al.,* for Entry of an Order Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code" [D.I. 3338] [D.I. 3444; filed February 5, 2015]

iii.  Notice of Filing of Amended Proposed Order Extending the Debtors' Exclusivity Periods [D.I. 3445; filed February 5, 2015]

iv.   Order Granting Leave to File and Serve a Late Replies in Response to any Objections Filed in Connection with "Second Motion of Energy Future Holdings Corp., *et al.,* for Entry of an Order Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code" [D.I. 3338] [D.I. 3447; filed February 5, 2015]

Status: The hearing on this matter will go forward.

## IV.    PRE-TRIAL CONFERENCE IN ADVERSARY 14-51002:

12.   Adversary Complaint for Declaratory Judgment of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. [D.I. 3039/Adv. D.I. 1; filed December 16, 2014]

Answer Deadline:       February 6, 2015 at 4:00 p.m. (EST)

Responses/Objections Received:       None at this time.

Related Documents:

i.    Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. D.I. 3; filed December 17, 2014]

14

ii.    Order Granting Stipulation Between Debtors and Debtors in Possession and UMB Bank, N.A., as Indenture Trustee to Extend the Time to Answer, Move or Otherwise Plead in Response to the Complaint [Adv. D.I. 5; filed January 16, 2015]

iii.    **UMB Bank, N.A.'s Motion to Dismiss the Complaint [Adv. D.I. 7; filed February 6, 2015]**

iv.    **Memorandum of Law in Support of UMB Bank, N.A.'s Motion to Dismiss [Adv. D.I. 8; filed February 6, 2015]**

Status: **By agreement of the parties, and with permission from Chambers, the pre-trial conference in connection with this matter has been continued to the omnibus hearing scheduled for March 10, 2015 starting at 9:30 a.m. (EDT).**

*[Remainder of page intentionally left blank.]*

Dated: February **9**, 2015
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Facsimile:     (302) 651-7701
Email:          collins@rlf.com
                   defranceschi@rlf.com
                   madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900
Email:          edward.sassower@kirkland.com
                   stephen.hessler@kirkland.com
                   brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email:          james.sprayregen@kirkland.com
                   marc.kieselstein@kirkland.com
                   chad.husnick@kirkland.com
                   steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

16

**EXHIBIT A**

Energy Future Holdings Corp.
First Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| Allied Electronics Inc. | 3312 | Response filed on 12/10/14. [Docket No. 2964]. The hearing on this claim has been continued to March 10, 2015 starting at 9:30 a.m. (EDT). |
| Allied Electronics Inc. | 3313 | Response filed on 12/10/14. [Docket No. 2964]. The hearing on this claim has been continued to March 10, 2015 starting at 9:30 a.m. (EDT). |
| Emerson Network Power Liebert Services | 3297 | Response filed on 12/10/14. [Docket No. 2970]. The hearing on this claim has been continued to March 10, 2015 starting at 9:30 a.m. (EDT). |
| Koetter Fire Protection of Austin, LLC | 3118 | Response filed on 12/5/14. [Docket No. 2950]. The hearing on this claim has been continued to March 10, 2015 starting at 9:30 a.m. (EDT). |
| McMaster-Carr Supply Company | 86 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| Silva, David | 4319 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |

11464559_1

**EXHIBIT B**

Energy Future Holdings Corp.
Second Omnibus (Non-Substantive) Objection to Claims

**Exhibit 3 to Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| Wallace, Shirley A. | 3804 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |

11464565_1

**EXHIBIT C**

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| BETTS, BARBARA | 3831 | The hearing on this claim has been continued to March 10, 2015 starting at 9:30 a.m. (EDT). |
| CAESAR, RUTH | 5630 | Response filed on January 5, 2015. [Docket No. 3171]. The hearing on this claim has been continued to March 10, 2015 starting at 9:30 a.m. (EDT). |
| COFFMAN, SHIRLEY | 4675 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| DELGADO, MARIA NAVEJAR | 2004 | The hearing on this claim has been continued to March 10, 2015 starting at 9:30 a.m. (EDT). |
| GARCIA, ISABEL | 1925 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| GONZALES, LINDA | 850 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| GUY, MASON | 2738 | Response filed on December 29, 2014. [Docket No. 3153]. The hearing on this claim has been continued to March 10, 2015 starting at 9:30 a.m. (EDT). |
| JACOBS, SHAMMIKA | 2990 | The hearing on this claim has been continued to March 10, 2015 starting at 9:30 a.m. (EDT). |
| KEYES, SUSAN | 2891 | Response filed on December 31, 2014. [Docket No. 3164]. The hearing on this claim has been continued to March 10, 2015 starting at 9:30 a.m. (EDT). |
| LITTLEFIELD, SUSAN P | 1568 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| MYERS, SARAH | 219 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| NEAL, KATHEY | 1499 | The hearing on this claim has been continued to March 10, 2015 starting at 9:30 a.m. (EDT). |
| NEDD-JOHNSON, NANNETTE | 2021 | The hearing on this claim has been continued to March 10, 2015 starting at 9:30 a.m. (EDT). |
| OLBRISH, KIMBERLY | 669 | The hearing on this claim has been continued to March 10, 2015 starting at 9:30 a.m. (EDT). |

1

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| SMITH, CYNTHIA | 1423 | The hearing on this claim has been continued to March 10, 2015 starting at 9:30 a.m. (EDT). |
| SOTO, MARIA | 428 | Informal response received. The hearing on this claim has been continued to March 10, 2015 starting at 9:30 a.m. (EDT). |
| STRUBLE, HARRY | 2755 | The Debtors' intend to submit a further form of unopposed order expunging this claim prior to the hearing. |
| TOWNLEY, LISA | 4011 | The Debtors' intend to submit a further form of unopposed order expunging this claim prior to the hearing. |
| WRIGHT, JANEESE | 3643 | The hearing on this claim has been continued to March 10, 2015 starting at 9:30 a.m. (EDT). |

2

RLF-11464656_1

**EXHIBIT D**

Energy Future Holdings Corp.
Sixth Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| AGUILAR, MARIA GUADALUPE | 3722 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| ANDERSON, FREDDIE | 1345 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| BAPTASTE, BYRON | 2824 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| BARNES, VANESSA | 1408 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| BEATY, KIMBERLY A | 7628 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| BECNEL, LAWRENCE | 217 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| BENNEFIELD, STEVEN | 386 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| BISHOP, ERIC | 2283 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| BOLTON, BLYTHE | 3830 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| BOOKER, ERIC E | 2631 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| BRANTLEY, JAMES | 4327 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| BRIONES, ADOLFO | 196 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| BUNCH, SHARRI KAY | 4105 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| BUTCHER, LINDA KAY | 899 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| BUTLER, SABRENA | 2554 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| BUTTERFIELD, PATRICK | 3487 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |

1

Energy Future Holdings Corp.
Sixth Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| Exhibit A | | |
| CAMPBELL, JENNIFER | 2044 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| CAREY, DEVOLA | 616 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| CARSON, SETH | 474 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| CHILDERS, OLLIE | 5657 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| CHIN, DICK MING | 2174 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| CHUKWURAH, OBIAGELI | 1329 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| CIIRA, NAOMI | 456 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| CISNEROS, MARIA | 3351 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| CLARKE, ERIC | 8045 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| COFFMAN, DAVID | 1881 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| COTTRELL, BERETHA D | 267 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| COUNTS, KIM DENISE | 1397 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| CRAWFORD, JON ROBERT | 325 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| CULLUM, BARBARA | 4387 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| DAMIANI, ANNA | 3393 | The hearing on this claim has been continued to March 10, 2015 starting at 9:30 a.m. (EDT). |
| DAVIS, BEVERLY BERNICE | 3734 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |

RLF1-11464669_1

2

Energy Future Holdings Corp.
Sixth Omnibus (No-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| DAVIS, JANET | 694 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| DE BOER, RUSS | 1594 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| DE LA CERDA JR., JOE F. | 1324 | The hearing on this claim has been continued to March 10, 2015 starting at 9:30 a.m. (EDT). |
| DERBYSHIRE, JOHN | 377 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| DEWEESE, JOE ROSS | 1667 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| DIXSON, IDA | 198 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| DONELL GATES | 2995 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| DOUGLAS, NANCY | 9717 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| ELI, DOROTHY | 3290 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| ESCO, SANDRALYNE | 2050 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| FIELDS, VERNA K | 3587 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| FONTENETT, ETHEL | 502 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| FOSTER, EARL G | 3051 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| FRAME, BRENDA F | 2551 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| GALVAN, DANIEL | 483 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| GARCIA, JUAN | 2659 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |

RLF-11464669_1

Energy Future Holdings Corp.
Sixth Omnibus (No-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| GARDNER, MARIA | 2817 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| GBAKINRO, OPEYEMI | 1906 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| GIOSSI, DARRIN | 1079 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| GONZALEZ, ROSALINDA | 9694 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| GRAY, ROBERT K | 760 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| GROTHE, THOMAS M | 1478 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| GUERRA, ROBERT | 4633 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| HALL, KIMBERLY D | 540 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| HARDING, ANDRONIC | 9784 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| HARRIS, FREDERICKA | 2727 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| HAWES, JOHN | 489 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| HAWKINS, DIANNE | 1074 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| HAWKINS, MONICA R | 1868 | Response filed on 1/27/15. [Docket No. 3386]. The hearing on this claim has been continued to March 10, 2015 starting at 9:30 a.m. (EDT). |
| HEATH, YOLANDRIA | 4584 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| HERNANDEZ, JANIE | 1802 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |

RLF-11464669_1

Energy Future Holdings Corp.
Sixth Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| HICKS, J L | 2819 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| HOFFMAN, JELAYNE | 1803 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| HONGO, PANTHIA L | 1669 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| HOOD-OLAIYA, ANNETTE | 319 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| HOPKINS, CYNTHIA L | 275 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| HUFF, JULIUS | 1779 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| HUFF, JULIUS | 1780 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| HUFF, JULIUS | 1781 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| HUFFORD, J W | 1650 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| HUNTER, CHARLEY | 759 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| ITA-TOYO, ANWANA | 291 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| JACKSON, SHELIA | 8066 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| JAMES, ELLA | 1972 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| JOHNSON, KATHY | 2296 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| JOHNSON, MARIA | 1822 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| JOHNSON, MIA | 2540 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |

Energy Future Holdings Corp.
Sixth Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| JOHNSON, ROSALIND | 2176 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| JOHNSON, RUSSELL | 1767 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| JOHNSON, RUTHIE | 2606 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| JORDAN, ANNE | 2877 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| KARR, DENISSA | 3107 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| KENDRICK, JOHNNY | 1076 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| KERL, TIMOTHY | 3309 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| KLEINE AUTOMATION ELECTRIC | 2406 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| LANDUA, ALAN | 3459 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| LAYTON, JOHN | 2515 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| LE, CANH | 2274 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| LE, PAUL C | 528 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| LEE, JANIA | 287 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| LEE, LEROY | 1253 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| LEWIS, JERRY R | 1981 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| LIMBRICK, JACQUELIN | 7732 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |

6

Energy Future Holdings Corp.
Sixth Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| Exhibit A | | |
| LITTEKEN, STEVE | 2005 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| LOEFFELBEIN, LINDA | 1443 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| LOOMMA, COMFORT | 2465 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| LOPEZ, MAYRA | 3687 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| LUCAS, ELIZABETH | 2073 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| MANSOOR, ALI | 3479 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| MASON, DESIDERIA | 2266 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| MASON, MICHAEL | 676 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| MCBRIDE, SHERRY | 846 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| MCBRIDE, THOMAS R | 2708 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| MCCOWAN, MICHAEL E | 2395 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| MCDERMOTT, RANDY | 1490 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| MCDUFFEY, KATRINA | 3562 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| MCGEE, HAROLD | 9668 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| MCGEE, HAROLD | 9773 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| MCMILLAN, SIENNA | 9689 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |

7

RLF-11464669_1

Energy Future Holdings Corp.
Sixth Omnibus (No-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| MERCER, ROBERT | 3745 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| MILTON, CAROLYN RENETTE | 1380 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| MIMS, MARILYN | 3126 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| MITCHELL, STEPHEN | 2636 | The hearing on this claim has been continued to March 10, 2015 starting at 9:30 a.m. (EDT). |
| MOON, KEITH | 5277 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| MOORE, DEBORAH D | 3927 | The hearing on this claim has been continued to March 10, 2015 starting at 9:30 a.m. (EDT). |
| MORALES, MARIA | 1420 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| MORGAN, ANNIE | 1381 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| MORRIS, LORI | 8050 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| MULTI MASS INVESTMENTS | 2469 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| MYERS, RAY | 2153 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| NASH, ROSETTA | 9667 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| NASH, ROSETTA | 9772 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| NELLUM, CONNIE | 600 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| NEVERTHELESS COMMUNITY CHURCH | 1893 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| NEWSON, JIMMY | 843 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |

8

Energy Future Holdings Corp.
Sixth Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| NGUYEN, NAM | 2705 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| OGENCHE, EDWARD | 934 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| OJIAKA, EMMAN | 2462 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| PADDA, SUKHDEEP | 1880 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| PARISH, LISA | 5736 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| PARKER, LILIAN LENN | 3417 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| PATMAN, MICHAEL | 4175 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| PENA, TARA | 7528 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| PIEKOS, FRANK S | 1941 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| PINKSTON, SIDNEY | 515 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| POLK, JERRY | 3192 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| PORTER, ADA | 2512 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| POWELL, KATHY | 2070 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| POWELL, SHONDA M | 2500 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| PUENTES, JOANN | 3790 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| RAABE, VICKI | 1373 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |

Energy Future Holdings Corp.
Sixth Omnibus (No-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| RAMIREZ, MARIA | 892 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| RIFAT, MAHMOOD | 1294 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| ROBINSON, JOANN M | 4959 | Response filed on 1/28/15. [Docket No. 3389]. The hearing on this claim has been continued to March 10, 2015 starting at 9:30 a.m. (EDT). |
| ROCKWELL, WINNEFRED | 4581 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| RODRIGUEZ, SERGIO | 9785 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| RUSSELL, GARY D | 2335 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| SACHS, CHRISTINE | 4665 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| SAHITI, PERPARIM | 1888 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| SALDIVAR, GLORIA | 2939 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| SALINAS, MARIA | 5669 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| SANDS, WAYNE ALLEN | 1156 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| SCHENK, JANELLA | 4004 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| SCHLESINGER, JAMES ROBERT | 9628 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| SCOTT, BARBARA | 653 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| SHALABI, MAZAN | 2460 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |

10

Energy Future Holdings Corp.
Sixth Omnibus (No-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| SHAW, KIM | 1519 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| SHOES 101 INC | 1355 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| SILVA, LUPE | 6163 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| SIMMONS, IDELLA | 4307 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| SINGLETON, GEORGE WALTE | 1680 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| STEWART JR, CHARLES L | 9692 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| STOKES, CYNTHIA | 7750 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| STREIT-GREEN, MARIE M | 2668 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| SZUMAL, CAROL | 1570 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| TEAL, DANIEL | 4260 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| THOMASON, DONNA | 3398 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| THOMASON, DONNA | 3524 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| THOMPSON, GREG | 4404 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| THORN, MARLYN | 2128 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| THORPE, RICHARD | 2012 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| TILLMAN, REGINA | 3634 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |

Energy Future Holdings Corp.
Sixth Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| TOLBERT, DESMOND | 1483 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| TRINH, TRINH | 2439 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| TURNER, DANITA D | 410 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| TURPIN, ANGELA | 2707 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| TYLER, YVONE | 2068 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| URQUHART, RUBY N | 5764 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| VALDEZ, MICHAEL | 3194 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| VALDEZ, NOE | 7658 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| VALENCIA, RICARDO | 2769 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| WALLEY, KELLI | 2615 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| WASHINGTON, JAMES G | 1075 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| WHITE, JOE | 2100 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| WILLIAMS, DELICA | 1642 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| WILLIAMS, CHERI | 5135 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| WILLIAMS, LASHONDA G | 3331 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| WILLIAMS, MELVIN L | 2307 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |

12

RLF1-11464669_1

Energy Future Holdings Corp.
Sixth Omnibus (No-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| WILLIAMS, MELVIN L | 2516 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| WINN, LISA | 4351 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| WOODS, RICHARD | 2171 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| WOODS, SHANTA | 2899 | The hearing on this claim has been continued to March 10, 2015 starting at 9:30 a.m. (EDT). |
| WREN, MORACE E | 2887 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| WURZBACH, MARY | 2579 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| YBARRA, KARINA | 1153 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| YELLE, CHERANA | 3953 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| YOUNG, BURNEST | 3665 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| YOUNGBLOOD, VANESSA | 5666 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |

13

**EXHIBIT E**

Energy Future Holdings Corp.
Seventh Omnibus (Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| DUNCAN, ANDREW N | 232 | On February 6, 2015 the Court entered an order granting the objection in connection with this claim. |
| EDWARDS, DEANNA | 9922 | Response filed on 1/28/15. [Docket No. 3388]. The hearing on this claim has been continued to March 10, 2015 starting at 9:30 a.m. (EDT). |
| EDWARDS, GERALD | 9923 | Response filed on 1/28/15. [Docket No. 3388]. The hearing on this claim has been continued to March 10, 2015 starting at 9:30 a.m. (EDT). |
| WALDREP, RICHARD GARY | 9658 | Response filed on 1/23/15. [Docket No. 3354]. The hearing on this claim has been continued to March 10, 2015 starting at 9:30 a.m. (EDT). |

RLF-11464681_1

**EXHIBIT F**

Energy Future Holdings Corp.
Fourth Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit 1 to Exhibit A** | | |
| 4IMprint 101 Commerce Street | 170/6160 | The hearing on this matter will go forward in connection with this claim. |
| Airflow Sciences Corporation | 4183/5010 | The hearing on this matter will go forward in connection with this claim. |
| Americom Telecommunic Ations Inc. | 4009/4907 | The hearing on this matter will go forward in connection with this claim. |
| Babcco Fabrication & Machining | 4020/8097 | The hearing on this matter will go forward in connection with this claim. |
| Co-Ax Valves Inc. | 749/5918 | The hearing on this matter will go forward in connection with this claim. |
| It's a Piece of Cake-Custom Cakes | 4426/918 | The hearing on this matter will go forward in connection with this claim. |
| Shavers Catering | 1522/3976 | The hearing on this matter will go forward in connection with this claim. |
| Star S. Industries | 4045/4332 | The hearing on this matter will go forward in connection with this claim. |
| Top Hat Services | 1873/3156 | The hearing on this matter will go forward in connection with this claim. |

11464668_1

Energy Future Holdings Corp.
Fourth Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit 3 to Exhibit A** | | |
| Brinkley, Anne | 2345 | The hearing on this claim has been continued to March 10, 2015 starting at 9:30 a.m. (EDT). |

11464668_1