**EXHIBIT A**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**SUMMARY OF HOURS BY PROFESSIONAL**
*FOR THE PERIOD NOVEMBER 1, 2014 TO NOVEMBER 30, 2014*

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Cavicchi, Joseph | Senior Managing Director | $ 685 | 6.1 | $ 4,178.50 |
| Conly, Albert S | Senior Managing Director | 925 | 2.7 | 2,497.50 |
| Davido, Scott | Senior Managing Director | 800 | 14.8 | 11,840.00 |
| Diaz, Matthew | Senior Managing Director | 925 | 62.7 | 57,997.50 |
| Eisenband, Michael | Senior Managing Director | 925 | 13.4 | 12,395.00 |
| Grant, Kenneth | Senior Managing Director | 650 | 13.4 | 8,710.00 |
| Joffe, Steven | Senior Managing Director | 925 | 16.9 | 15,632.50 |
| Jones, Scott | Senior Managing Director | 950 | 26.8 | 25,460.00 |
| Scruton, Andrew | Senior Managing Director | 925 | 29.5 | 27,287.50 |
| Simms, Steven | Senior Managing Director | 925 | 18.0 | 16,650.00 |
| Tranen, Jeffrey | Senior Managing Director | 725 | 53.5 | 38,787.50 |
| Cordasco, Michael | Managing Director | 765 | 64.4 | 49,266.00 |
| Greenberg, Mark | Managing Director | 765 | 31.1 | 23,791.50 |
| Park, Ji Yon | Managing Director | 735 | 65.9 | 48,436.50 |
| Arsenault, Ronald | Senior Director | 515 | 90.4 | 46,556.00 |
| Celli, Nicholas | Senior Consultant | 480 | 60.0 | 28,800.00 |
| Eisler, Marshall | Senior Consultant | 480 | 88.7 | 42,576.00 |
| Goad, David | Senior Consultant | 550 | 5.8 | 3,190.00 |
| Johnson, Tessa | Senior Consultant | 395 | 12.3 | 4,858.50 |
| Khaimov, Zhanna | Senior Consultant | 480 | 22.9 | 10,992.00 |
| Rauch, Adam | Senior Consultant | 550 | 113.8 | 62,590.00 |
| Brown, Patrick | Consultant | 335 | 2.4 | 804.00 |
| Budd, Eliza | Consultant | 335 | 60.0 | 20,100.00 |
| Connell, Daniel | Consultant | 335 | 0.7 | 234.50 |
| Eimer, Sean | Consultant | 385 | 162.1 | 62,408.50 |
| Friedrich, Steven | Consultant | 335 | 92.0 | 30,820.00 |
| Mond, Allison | Consultant | 325 | 86.9 | 28,242.50 |
| Reardon, Mia | Consultant | 335 | 2.5 | 837.50 |

**EXHIBIT A**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**SUMMARY OF HOURS BY PROFESSIONAL**
*FOR THE PERIOD NOVEMBER 1, 2014 TO NOVEMBER 30, 2014*

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---:|---:|---:|
| Hellmund-Mora, Marili | Associate | 250 | 15.2 | 3,800.00 |
| Jones, Rebekah | Associate | 305 | 1.8 | 549.00 |
| Moore, Teresa | Associate | 225 | 25.2 | 5,670.00 |
| **SUBTOTAL** | | | **1,261.9** | **695,958.50** |
| Less: 50% discount for non-working travel time | | | | 0.00 |
| **GRAND TOTAL** | | | **1,261.9** | **$ 695,958.50** |

**EXHIBIT B**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**SUMMARY OF HOURS BY TASK**
*FOR THE PERIOD NOVEMBER 1, 2014 TO NOVEMBER 30, 2014*

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---:|---:|
| 1 | Current Operating Results & Events | 59.1 | $ 26,480.00 |
| 4 | Trade Vendor Issues | 0.4 | 306.00 |
| 6 | Asset Sales | 5.6 | 4,110.50 |
| 9 | Analysis of Employee Compensation Programs | 128.6 | 65,963.00 |
| 11 | Prepare for and Attendance at Court Hearings | 2.1 | 1,846.50 |
| 13 | Analysis of Other Miscellaneous Motions | 46.0 | 30,775.50 |
| 14 | Analysis of Claims/Liabilities Subject to Compromise | 16.6 | 9,409.00 |
| 15 | Analysis of Interco. Claims, Related Party Transactions | 140.4 | 78,683.50 |
| 16 | POR & DS - Analysis, Negotiation and Formulation | 7.1 | 6,567.50 |
| 18 | Investigations of Select Legacy Transactions | 180.0 | 97,417.00 |
| 21 | General Meetings with Committee & Committee Counsel | 20.7 | 18,433.50 |
| 22 | Meetings with Other Parties | 1.3 | 1,202.50 |
| 24 | Preparation of Fee Application | 147.0 | 59,349.50 |
| 28 | First Lien Investigation | 9.1 | 5,901.50 |
| 29 | Business Plan- Diligence of the Debtors' Long Range Plan | 81.3 | 47,267.00 |
| 30 | Business Plan- Understand and Assess ERCOT Market | 5.3 | 3,738.50 |
| 31 | Business Plan- Develop a Model for ERCOT Market | 68.2 | 23,425.00 |
| 32 | Business Plan- Determine and Sensitize Key EBITDA Drivers | 12.9 | 7,265.00 |
| 33 | Business Plan- Natural Gas / Coal Pricing | 31.1 | 18,680.50 |
| 34 | Business Plan- Environmental | 0.3 | 229.50 |
| 35 | Business Plan- New Entry Pricing | 122.9 | 74,182.50 |
| 36 | Business Plan- Communication with Debtors / Other Professionals | 12.1 | 9,641.50 |
| 37 | Analysis of Pre-Petition Tax Payments | 79.9 | 44,275.00 |
| 38 | Analysis of Tax Impact on Restructuring Scenarios | 83.9 | 60,808.50 |
| | **SUBTOTAL** | **1,261.9** | **695,958.50** |
| | Less: 50% discount for non-working travel time | | 0.00 |
| | **GRAND TOTAL** | **1,261.9** | **$ 695,958.50** |

**EXHIBIT C**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**SUMMARY OF EXPENSES**
*FOR THE PERIOD NOVEMBER 1, 2014 TO NOVEMBER 30, 2014*

| **Expense Type** | **Amount** |
|---|---:|
| Business Meals | $ 977.27 |
| Ground Transportation | 509.13 |
| Other | 40,989.07 |
| **Total** | **$ 42,475.47** |

**EXHIBIT D**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**EXPENSE DETAIL**
*FOR THE PERIOD NOVEMBER 1, 2014 TO NOVEMBER 30, 2014*

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 08/19/14 | Friedrich, Steven | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. (expense was not previously billed) | $ 20.00 |
| 08/20/14 | Friedrich, Steven | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. (expense was not previously billed) | 20.00 |
| 08/21/14 | Friedrich, Steven | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. (expense was not previously billed) | 20.00 |
| 08/26/14 | Friedrich, Steven | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. (expense was not previously billed) | 20.00 |
| 09/29/14 | Friedrich, Steven | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. (expense was not previously billed) | 20.00 |
| 10/02/14 | Friedrich, Steven | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. (expense was not previously billed) | 20.00 |
| 10/13/14 | Diaz, Matthew | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. (expense was not previously billed) | 20.00 |
| 10/14/14 | Diaz, Matthew | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. (expense was not previously billed) | 20.00 |
| 10/16/14 | Friedrich, Steven | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. (expense was not previously billed) | 20.00 |
| 10/20/14 | Friedrich, Steven | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. (expense was not previously billed) | 20.00 |
| 10/31/14 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. (expense was not previously billed) | 20.00 |
| 11/03/14 | Diaz, Matthew | Business Meals | In-office working lunch meeting with self with A. Scruton, M. Cordasco, M. Greenberg, D. Goad, A. Rauch, N. Celli, M. Eisler, S. Friedrich, and S. Eimer (all FTI). | 108.50 |
| 11/03/14 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 11/04/14 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 12.68 |
| 11/05/14 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 11/06/14 | Celli, Nicholas | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 17.82 |
| 11/06/14 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 18.23 |
| 11/07/14 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 9.50 |
| 11/10/14 | Celli, Nicholas | Business Meals | In-office working lunch meeting with self, M. Diaz, M. Greenberg, M. Cordasco, M. Eisler, S. Friedrich, and S. Eimer (all FTI). | 95.53 |
| 11/10/14 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 11/10/14 | Friedrich, Steven | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 11/11/14 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 11/11/14 | Mond, Allison | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 11/13/14 | Celli, Nicholas | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 18.39 |

**EXHIBIT D**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**EXPENSE DETAIL**
*FOR THE PERIOD NOVEMBER 1, 2014 TO NOVEMBER 30, 2014*

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 11/14/14 | Celli, Nicholas | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 16.91 |
| 11/17/14 | Celli, Nicholas | Business Meals | In-office working lunch meeting with self, M. Cordasco, J. Park, A. Rauch, M. Eisler, S. Friedrich, S. Eimer (all FTI). | 107.13 |
| 11/17/14 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 11/18/14 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 15.25 |
| 11/18/14 | Friedrich, Steven | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 11/19/14 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 11/20/14 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 18.00 |
| 11/21/14 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 11/24/14 | Budd, Eliza | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 11/24/14 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 11/25/14 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 19.33 |
| 11/25/14 | Friedrich, Steven | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 11/25/14 | Khaimov, Zhanna | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 11/30/14 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work the weekend. | 20.00 |
| | | **Business Meals Total**[1] | | **977.27** |
| 08/18/14 | Friedrich, Steven | Ground Transportation | Taxi - office to residence after working late in the office. (expense was not previously billed) | 9.50 |
| 08/19/14 | Friedrich, Steven | Ground Transportation | Taxi - office to residence after working late in the office. (expense was not previously billed) | 9.50 |
| 08/25/14 | Friedrich, Steven | Ground Transportation | Taxi - office to residence after working late in the office. (expense was not previously billed) | 9.50 |
| 09/10/14 | Friedrich, Steven | Ground Transportation | Taxi - office to residence after working late in the office. (expense was not previously billed) | 10.00 |
| 09/30/14 | Friedrich, Steven | Ground Transportation | Taxi - office to residence after working late in the office. (expense was not previously billed) | 8.40 |
| 09/30/14 | Friedrich, Steven | Ground Transportation | Taxi - office to residence after working late in the office. (expense was not previously billed) | 11.70 |
| 10/01/14 | Friedrich, Steven | Ground Transportation | Taxi - In-person Committee meeting at MoFo office to home. | 21.00 |
| 10/20/14 | Friedrich, Steven | Ground Transportation | Taxi - office to residence after working late in the office. (expense was not previously billed) | 10.80 |
| 10/21/14 | Friedrich, Steven | Ground Transportation | Taxi - office to residence after working late in the office. (expense was not previously billed) | 12.00 |

**EXHIBIT D**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**EXPENSE DETAIL**
*FOR THE PERIOD NOVEMBER 1, 2014 TO NOVEMBER 30, 2014*

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 10/22/14 | Friedrich, Steven | Ground Transportation | Taxi - office to residence after working late in the office. (expense was not previously billed) | 12.60 |
| 10/31/14 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office. (expense was not previously billed) | 22.06 |
| 11/03/14 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office. | 21.92 |
| 11/04/14 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office. | 24.73 |
| 11/05/14 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office. | 19.70 |
| 11/06/14 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office. | 22.04 |
| 11/06/14 | Friedrich, Steven | Ground Transportation | Taxi - office to residence after working late in the office. | 9.50 |
| 11/07/14 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office. | 22.38 |
| 11/10/14 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office. | 22.05 |
| 11/11/14 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office. | 12.48 |
| 11/12/14 | Friedrich, Steven | Ground Transportation | Taxi - office to residence after working late in the office. | 11.30 |
| 11/13/14 | Celli, Nicholas | Ground Transportation | Taxi - office to residence after working late in the office. | 9.00 |
| 11/13/14 | Friedrich, Steven | Ground Transportation | Taxi - office to residence after working late in the office. | 11.30 |
| 11/17/14 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office. | 16.25 |
| 11/18/14 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office. | 23.62 |
| 11/19/14 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office. | 24.00 |
| 11/19/14 | Park, Ji Yon | Ground Transportation | Taxi - office to residence after working late in the office. | 10.80 |
| 11/23/14 | Diaz, Matthew | Ground Transportation | Taxi - residence to office while working on the weekend. | 10.00 |
| 11/23/14 | Diaz, Matthew | Ground Transportation | Taxi - residence to office while working on the weekend. | 9.00 |
| 11/24/14 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office. | 24.25 |
| 11/25/14 | Eimer, Sean | Ground Transportation | Taxi - residence to office after working late in the office. | 22.10 |
| 11/25/14 | Friedrich, Steven | Ground Transportation | Taxi - office to residence after working late in the office. | 11.00 |
| 11/25/14 | Park, Ji Yon | Ground Transportation | Taxi - office to residence after working late in the office. | 10.40 |
| 11/30/14 | Eimer, Sean | Ground Transportation | Taxi - residence to office while working on the weekend. | 24.25 |

**EXHIBIT D**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**EXPENSE DETAIL**
*FOR THE PERIOD NOVEMBER 1, 2014 TO NOVEMBER 30, 2014*

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| | | **Ground Transportation Total** | | **509.13** |
| 11/01/14 | Friedrich, Steven | Other | Monthly charge for Factiva research used for this engagement. | 189.07 |
| 11/30/14 | Grant, Kenneth | Other | Cambridge Energy Solutions ("CES") November 2014 invoice.[2] | 40,800.00 |
| | | **Other Total** | | **40,989.07** |
| | | **Grand Total** | | **$ 42,475.47** |

**Notes:**

(1) Meals over $20.00 have been reduced to $20.00 to comply with the Amended Guidelines for Fees and Disbursements for Professionals in Delaware District Bankruptcy Cases. Each of these meals were in fact greater than $20.00 and do not represent a per diem.

(2) As disclosed in paragraph 6 of the Retention Order and the *Supplemental Declaration of Steven Simms in Support of Application for the Official Committee of Unsecured Creditors of Energy Future Holdings Corp., et al, for Entry of an Order Under Section 328(a) and 1103(a) of the Bankruptcy Code Authorizing the Employment and Retention of FTI Consulting, Inc. as Financial Advisor Effective May 19, 2014 .*