**EXHIBIT A**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**SUMMARY OF HOURS BY PROFESSIONAL**
*FOR THE PERIOD DECEMBER 1, 2014 TO DECEMBER 31, 2014*

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Brady, Philip | Senior Managing Director | $ 550 | 4.5 | $ 2,475.00 |
| Cavicchi, Joseph | Senior Managing Director | 685 | 2.0 | 1,370.00 |
| Chertok, Mark | Senior Managing Director | 750 | 4.9 | 3,675.00 |
| Conly, Albert S | Senior Managing Director | 925 | 1.0 | 925.00 |
| Davido, Scott | Senior Managing Director | 800 | 11.2 | 8,960.00 |
| Diaz, Matthew | Senior Managing Director | 925 | 61.0 | 56,425.00 |
| Eisenband, Michael | Senior Managing Director | 925 | 11.6 | 10,730.00 |
| Grant, Kenneth | Senior Managing Director | 650 | 26.0 | 16,900.00 |
| Joffe, Steven | Senior Managing Director | 925 | 46.8 | 43,290.00 |
| Jones, Scott | Senior Managing Director | 950 | 28.3 | 26,885.00 |
| Scruton, Andrew | Senior Managing Director | 925 | 30.5 | 28,212.50 |
| Simms, Steven | Senior Managing Director | 925 | 14.8 | 13,690.00 |
| Smith, Ellen | Senior Managing Director | 675 | 21.0 | 14,175.00 |
| Tranen, Jeffrey | Senior Managing Director | 725 | 29.7 | 21,532.50 |
| Cordasco, Michael | Managing Director | 765 | 79.7 | 60,970.50 |
| Greenberg, Mark | Managing Director | 765 | 1.2 | 918.00 |
| Park, Ji Yon | Managing Director | 735 | 18.8 | 13,818.00 |
| Arsenault, Ronald | Senior Director | 515 | 53.7 | 27,655.50 |
| Hofstad, Ivo J | Director | 560 | 4.1 | 2,296.00 |
| Celli, Nicholas | Senior Consultant | 480 | 36.8 | 17,664.00 |
| Eisler, Marshall | Senior Consultant | 480 | 122.0 | 58,560.00 |
| Khaimov, Zhanna | Senior Consultant | 480 | 37.7 | 18,096.00 |
| Rauch, Adam | Senior Consultant | 550 | 102.7 | 56,485.00 |
| Budd, Eliza | Consultant | 335 | 51.6 | 17,286.00 |
| Campbell, Zachary | Consultant | 225 | 13.3 | 2,992.50 |
| Eimer, Sean | Consultant | 385 | 108.4 | 41,734.00 |
| Friedrich, Steven | Consultant | 335 | 23.9 | 8,006.50 |
| Mohr, Nicholas | Consultant | 200 | 27.0 | 5,400.00 |

**EXHIBIT A**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**SUMMARY OF HOURS BY PROFESSIONAL**
*FOR THE PERIOD DECEMBER 1, 2014 TO DECEMBER 31, 2014*

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Mond, Allison | Consultant | 325 | 16.2 | 5,265.00 |
| Hellmund-Mora, Marili | Associate | 250 | 12.6 | 3,150.00 |
| Moore, Teresa | Associate | 225 | 4.0 | 900.00 |
| **SUBTOTAL** | | | **1,007.0** | **590,442.00** |
| Less: 50% discount for non-working travel time | | | | (6,439.25) |
| **GRAND TOTAL** | | | **1,007.0** | **$ 584,002.75** |

**EXHIBIT B**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**SUMMARY OF HOURS BY TASK**
*FOR THE PERIOD DECEMBER 1, 2014 TO DECEMBER 31, 2014*

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---:|---:|
| 1 | Current Operating Results & Events | 23.6 | $ 11,813.50 |
| 6 | Asset Sales | 0.9 | 688.50 |
| 9 | Analysis of Employee Compensation Programs | 34.6 | 20,817.00 |
| 13 | Analysis of Other Miscellaneous Motions | 10.8 | 6,226.00 |
| 14 | Analysis of Claims/Liabilities Subject to Compromise | 4.8 | 4,440.00 |
| 15 | Analysis of Interco. Claims, Related Party Transactions | 170.4 | 92,565.00 |
| 16 | POR & DS - Analysis, Negotiation and Formulation | 16.0 | 14,800.00 |
| 18 | Investigations of Select Legacy Transactions | 175.7 | 87,135.50 |
| 21 | General Meetings with Committee & Committee Counsel | 15.1 | 13,472.50 |
| 22 | Meetings with Other Parties | 4.6 | 3,842.50 |
| 24 | Preparation of Fee Application | 22.1 | 6,662.50 |
| 25 | Non Working Travel Time | 21.9 | 12,878.50 |
| 28 | First Lien Investigation | 14.0 | 8,411.50 |
| 29 | Business Plan- Diligence of the Debtors' Long Range Plan | 55.7 | 35,364.50 |
| 30 | Business Plan- Understand and Assess ERCOT Market | 19.6 | 7,524.00 |
| 31 | Business Plan- Develop a Model for ERCOT Market | 6.2 | 2,411.00 |
| 32 | Business Plan- Determine and Sensitize Key EBITDA Drivers | 50.6 | 17,266.50 |
| 33 | Business Plan- Natural Gas / Coal Pricing | 11.0 | 9,232.00 |
| 34 | Business Plan- Environmental | 5.7 | 4,164.50 |
| 35 | Business Plan- New Entry Pricing | 86.9 | 58,757.50 |
| 36 | Business Plan- Communication with Debtors / Other Professionals | 7.9 | 6,395.50 |
| 37 | Analysis of Pre-Petition Tax Payments | 73.5 | 46,694.00 |
| 38 | Analysis of Tax Impact on Restructuring Scenarios | 175.4 | 118,879.50 |
| | **SUBTOTAL** | **1,007.0** | **590,442.00** |
| | Less: 50% discount for non-working travel time | | (6,439.25) |
| | **GRAND TOTAL** | **1,007.0** | **$ 584,002.75** |

**EXHIBIT C**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**SUMMARY OF EXPENSES**
*FOR THE PERIOD DECEMBER 1, 2014 TO DECEMBER 31, 2014*

| **Expense Type** | **Amount** |
| --- | ---: |
| Airfare | $ 1,404.14 |
| Business Meals | 554.59 |
| Ground Transportation | 317.50 |
| Lodging | 550.58 |
| Other | 29.66 |
| **Total** | **$ 2,856.47** |

**EXHIBIT D**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**EXPENSE DETAIL**
*FOR THE PERIOD DECEMBER 1, 2014 TO DECEMBER 31, 2014*

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 12/03/14 | Arsenault, Ronald | Airfare | One-way coach airfare - Boston, MA to Dallas, TX (12/11/2014). | $ 227.98 |
| 12/03/14 | Arsenault, Ronald | Airfare | Travel agent fee associated with airfare charges. | 32.00 |
| 12/03/14 | Smith, Ellen | Airfare | One-way coach airfare - Boston, MA to Dallas, TX (12/11/2014). | 227.98 |
| 12/03/14 | Smith, Ellen | Airfare | Travel agent fees associated with airfare charges. | 24.00 |
| 12/12/14 | Arsenault, Ronald | Airfare | One-way coach airfare - Dallas, TX to Boston, MA (12/12/2014). | 395.32 |
| 12/12/14 | Arsenault, Ronald | Airfare | Travel agent fee associated with airfare charges. | 32.00 |
| 12/12/14 | Smith, Ellen | Airfare | One-way coach airfare - Dallas, TX/Boston, MA (12/12/2014). | 440.86 |
| 12/12/14 | Smith, Ellen | Airfare | Travel agent fees associated with airfare charges. | 24.00 |
| | | **Airfare Total** | | **1,404.14** |
| 12/01/14 | Diaz, Matthew | Business Meals | In-office working lunch meeting with self with S. Scruton, M. Cordasco, L. Park, A. Rauch, N. Celli, M. Eisler, S. Friedrich, and S. Eimer (all FTI). | 140.00 |
| 12/04/14 | Davido, Scott | Business Meals | Out of town meal/breakfast for self. | 19.86 |
| 12/04/14 | Davido, Scott | Business Meals | Out of town meal/lunch for self. | 8.12 |
| 12/04/14 | Davido, Scott | Business Meals | Out of town meal/dinner for self. | 40.00 |
| 12/08/14 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 10.42 |
| 12/09/14 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 12/10/14 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 12/12/14 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 12/12/14 | Smith, Ellen | Business Meals | Out of town meal/dinner for self with R. Arsenault (FTI). | 80.00 |
| 12/15/14 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 16.19 |
| 12/16/14 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 12/17/14 | Diaz, Matthew | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 12/17/14 | Eisler, Marshall | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 12/18/14 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 12/19/14 | Diaz, Matthew | Business Meals | In-office working lunch meeting with self with A. Rauch, S. Eimer, and M. Eisler (all FTI). | 80.00 |

**EXHIBIT D**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**EXPENSE DETAIL**
*FOR THE PERIOD DECEMBER 1, 2014 TO DECEMBER 31, 2014*

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 12/19/14 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| | | **Business Meals Total** [1] | | **554.59** |
| 12/01/14 | Davido, Scott | Ground Transportation | Car Service - New York airport to hotel in New York. | 30.92 |
| 12/08/14 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office. | 19.20 |
| 12/09/14 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office. | 23.50 |
| 12/10/14 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office. | 20.43 |
| 12/11/14 | Scruton, Andrew | Ground Transportation | Taxi - meeting at MoFo office to FTI office. | 11.00 |
| 12/11/14 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office. | 18.60 |
| 12/12/14 | Arsenault, Ronald | Ground Transportation | Parking - Boston, MA airport - 2 days (12/11/2014 - 12/12/2014). | 58.00 |
| 12/12/14 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office. | 23.90 |
| 12/15/14 | Cordasco, Michael | Ground Transportation | Round trip rail coach/economy - New York office to Fee Committee meeting. | 5.00 |
| 12/15/14 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office. | 21.05 |
| 12/16/14 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office. | 23.00 |
| 12/17/14 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office. | 19.10 |
| 12/18/14 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office. | 22.10 |
| 12/19/14 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office. | 21.70 |
| | | **Grand Transportation Total** | | **317.50** |
| 12/05/14 | Davido, Scott | Lodging | Lodging in New York, NY - 1 night (12/04/2014 - 12/05/2014) attending meetings with other creditor constituencies and UCC professionals. | 276.58 |
| 12/12/14 | Arsenault, Ronald | Lodging | Lodging in Dallas, TX - 1 night (12/11/2014 - 12/12/2014) for site visits. | 137.00 |
| 12/12/14 | Smith, Ellen | Lodging | Lodging in Dallas, TX - 1 night (12/11/2014 - 12/12/2014) for site visits. | 137.00 |
| | | **Lodging Total** | | **550.58** |
| 12/01/14 | Davido, Scott | Other | Internet services while working on plane during travel. | 6.98 |
| 12/12/14 | Arsenault, Ronald | Other | Internet services while working on plane during travel. | 22.68 |
| | | **Other Total** | | **29.66** |

**EXHIBIT D**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**EXPENSE DETAIL**
*FOR THE PERIOD DECEMBER 1, 2014 TO DECEMBER 31, 2014*

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| | | **Grand Total** | | **$ 2,856.47** |

**Notes:**
(1) Meals over $20.00 have been reduced to $20.00 to comply with the Amended Guidelines for Fees and Disbursements for Professionals in Delaware District Bankruptcy Cases. Each of these meals were in fact greater than $20.00 and do not represent a per diem.