## EXHIBIT A
### Statement of Fees by Subject Matter

| Task Code | Project Category Description | Hours | Total Fees (Prior to Holdback) | 80% of Total Fees |
|---|---|---|---|---|
| B160 | Fee/Employment Applications | 25.9 | $11,518.00 | $9,214.40 |
| B161 | Budget/Staffing Plan | 3.4 | $1,988.50 | $1,590.80 |
| B170 | Fee/Employment Objections | 5.6 | $2,120.00 | $1,696.00 |
| B171 | Fee Objection Discussion and Litigation | 0.6 | $336.00 | $268.80 |
| B210 | Business Operations | 0.5 | $215.00 | $172.00 |
| B240 | Tax Issues | 27.3 | $14,630.50 | $11,704.40 |
| | **Totals** | **63.3** | **$30,808.00** | **$24,646.40** |