# EXHIBIT B
## Attorneys and Paraprofessionals' Information

The T&K attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional | Position | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Fees (prior to holdback) |
|---|---|---|---|---|---|---|
| Liggins, Demetra | Partner | TX – 2000<br>NY – 2008 | Bankruptcy and Restructuring | $560 | 12.8 | $7,168.00 |
| McNulty, Mary | Partner | TX – 1989 | Tax | $725 | 10.8 | $7,830.00 |
| Parker, Emily | Partner | TX – 1973 | Tax | $930 | 0.5 | $465.00 |
| Wheat, David | Partner | TX – 1988<br>LA – 1988 | Tax | $805 | 1.8 | $1,449.00 |
| Bloom, Brandon | Associate | TX – 2006 | Tax | $515 | 9.6 | $4,944.00 |
| Meyercord, Leonora | Associate | TX – 2010 | Tax | $430 | 11.5 | $4,945.00 |
| Nylin, Meghan | Associate | TX – 2009 | Trial | $430 | 0.5 | $215.00 |
| | | | | **Total:** | **47.5** | **$27,016.00** |

The paraprofessional of T&K who rendered professionals services in these cases during the Fee Period is:

| Name of Paraprofessional | Position | Number of Years in Position | Department | Hourly Billing Rate | Total Billed Hours | Total Fees (prior to holdback) |
|---|---|---|---|---|---|---|
| LeMire, Caroline | Paralegal | 16 years | Bankruptcy and Restructuring | $240 | 15.8 | $3,792.00 |
| | | | | **Total:** | **15.8** | **$3,792.00** |