CASE# 14-10979(CSS)                                                2/5/2015

_TO_ THE BANKRUPTCY COURT FOR the district of
DELAWARE AND COUNSEL FOR the debtors, this is
in regard to the DEBTORS' Eight Omnibus (NON SUBSTANTIVE)
Objection to (INSUFFICIENT DOCUMENTATION) Claims pursuant
to Section 502(b) of the BANKRUPTCY Code, BANKRUPTCY
Rules 3001, 3003, And 3007 And LOCAL BANKRUPTCY RULE
3007-1.

* _Enclosed_ I'm Submitting Proof that I had AN
_Account_ with TXU ENERGY. the Account was Opened
on December 12th, 2011 Ending on May 5th 2014.
Account Ending in (3285)

Copies For (12/2/2013)(01/03/2014)(02/01/2014)(03,03,2014)
(04/03/2014.)

* _Claim#_ 2191

* _Claim Amount_ $2,775.00

* _CS#_ 14-10979(CSS)

* I'm Seeking Relief For the Amount of $2,775.00

                            I Thank the Court

                            [signature]
                            638 VALLEYVIEW Dr
                            Allen, Tx. 75002



↶ ⟪ → 🗑 Delete  📁 Move ⌄  ✖ Spam ⌄  ••• More ⌄                    ⬆ ⬇ ✕

∧  TXU Energy Payment Confirmation                          ┌─────────┐
                                                            │ Finance │
                                                            └─────────┘
   **noreply@txu.com**                                      Mar 3, 2014
   To  me

   **This message contains blocked images.** Show Images    Change this setting

   Sign in to your TXU Energy MyAccount for benefits and services 24/7

   TXU Energy                                               Call


## Payment Confirmation

                                                            View Your Ac

Dear Leo Griffin,

Thanks for your payment on your TXU Energy electricity account ending in
XXXXXXXXX3285.
                                                            Not Registered

Confirmation Number: 415571318
Payment Amount: 200.00
Payment Date: 03/03/2014

For even more convenience, sign in to TXU Energy MyAccount to enroll in.

- Paperless Billing to receive your statement online
- AutoPay to automatically pay your bill

Thank you for being a TXU Energy customer
Sincerely,
TXU Energy

noreply@txu.com

To me

**This message contains blocked images.** Show Images

Apr 3, 2014

TXU Energy

Sign in to your TXU Energy MyAccount for benefits and services 24/7

Change this eMail

## Payment Confirmation

Dear Leo Griffin,

Thanks for your payment on your TXU Energy electricity account ending in
XXXXXXXXX5385

View Your Ac

Confirmation Number: 418223333
Payment Amount: 202.37
Payment Date: 04/03/2014

Call

For even more convenience, sign up to TXU Energy MyAccount to enroll in:

- Paperless Billing to receive your statement online
- AutoPay to automatically pay your bill

Not Registered

Thank you for being a TXU Energy customer.
Sincerely,
TXU Energy



↰ ⤶ ➔  🗑 Delete   📤 Move ⌄   🚫 Spam ⌄   ••• More ⌄        ⬆ ⬇ ✕

^  Electricity Usage Report Update                                    Finance

**TXU Energy**                                                    Mar 6. 2014

To  me                                                    *3*

This message contains blocked images. Show Images              Change this setting

TXU Energy

### TXU Energy Electricity Usage Report Information

Dear LEO,

As a subscriber to our Electricity Usage Report, we know you depend on TXU Energy to supply accurate and helpful usage information. We've been experiencing system issues and have not been able to send out your report over the past few months.

We sincerely apologize for any inconvenience this may have caused and want to assure you that the weekly email will resume this week. As a courtesy, please use the promo code EUR214 at the Brighten® Online Energy Store, an energy savings solution from TXU Energy. You can save $20 on any of our energy-saving products that, like the Electricity Usage Report, can help you manage your usage and stay energy efficient.*

Thank you for being a TXU Energy customer. We appreciate your business and look forward to serving your electricity needs for many years to come.

P.S. Go to txu.com/energystore and enter promo code EUR214 when prompted at checkout to claim your $20 discount.*

*$20 off any purchase of $30 or more. Offer expires 5/30/2014.

The address we have for you is leogriffin52@yahoo.com. Please do not reply to this email; this email address is not monitored for inbound replies. If you have questions about the subject matter contained in this email, please contact us.

Privacy Policy

© 2014 TXU Energy Retail Company LLC. All rights reserved. REP #10004

**Reply, Reply All or Forward | More**

noreply@txu.com                                                          Dec 2, 2013

To  me

This message contains blocked images. Show Images                    Change this setting

4

Sign in to your TXU Energy MyAccount for benefits and services 24/7.

TXU Energy                                                                    Call

## Payment Confirmation

Dear Leo Griffin,                                                        View Your Ac

Thanks for your payment on your TXU Energy electricity account ending in
XXXXXXXXX3285.

Confirmation Number: 407669546                                          · Not Registere
Payment Amount: 120.07
Payment Date: 12/02/2013

For even more convenience, sign in to TXU Energy MyAccount to enroll in:

- Paperless Billing to receive your statement online
- AutoPay to automatically pay your bill

Thank you for being a TXU Energy customer.
Sincerely,
TXU Energy

noreply@txu.com

To  me

Feb 2, 2014

**This message contains blocked images.** Show Images

Change this setting

Sign in to your TXU Energy MyAccount for benefits and services 24/7.

TXU Energy

Call

# Payment Confirmation

Dear Leo Griffin,

View Your Ac

Thanks for your payment on your TXU Energy electricity account ending in XXXXXXXXX3285.

Confirmation Number: 412985146
Payment Amount: 306.08
Payment Date: 02/01/2014

Not Registere

For even more convenience, sign up to TXU Energy MyAccount to enroll in:

* Paperless Billing to receive your statement online
* AutoPay to automatically pay your bill

Thank you for being a TXU Energy customer.
Sincerely,
TXU Energy

**noreply@txu.com**

To  me

**This message contains blocked images.** Show Images

Jan 3, 2014

Change this setting

Sign in to your TXU Energy MyAccount for benefits and services 24/7

TXU Energy

Call

## Payment Confirmation

View Your A

Dear Leo Griffin,

Thanks for your payment on your TXU Energy electricity account ending in XXXXXXXXX3285.

Not Registere

Confirmation Number: 410431519
Payment Amount: 200.00
Payment Date: 01/03/2014

For even more convenience, sign in to TXU Energy MyAccount to enroll in:

- Paperless Billing to receive your statement online
- AutoPay to automatically pay your bill

Thank you for being a TXU Energy customer.
Sincerely,
TXU Energy