**CHRISTIE HOBBS**
PARTNER

DIRECT 682.422.0021
CHRISTIE@LEASORCRASS.COM

# LEASOR CRASS, P.C.

302 W. BROAD STREET
MANSFIELD, TEXAS 76063
682.422.0009
FAX 682.422.0008
WWW.LEASORCRASS.COM

February 2, 2015

*Via First Class Mail*
Clerk of Court
United States Bankruptcy Court
824 Market Street N, 3rd Floor
Wilmington, DE 19801

Re: Energy Future Holdings Corp., et al
Case No. 14-10979 (CSS)

Dear Sir/Ma'am:

As you may recall, this law firm represents the Duncanville Independent School District ("District") in the above-referenced case. Our firm has moved recently, and our mailing address has changed, effective immediately. The new mailing address is:

Leasor Crass, P.C.
302 W. Broad Street
Mansfield, Texas 76063

The phone number, fax number, and email addresses remain the same for the firm and all attorneys. We respectfully request that the U.S. Bankruptcy Court and all parties revise their records accordingly for future communications.

Please contact me if you have any questions.

Sincerely,

Christie Hobbs