January 28, 2015

Re: Energy Future Holdings Corp.
    Case No. 14-10979(CSS)

I Jackie McClain, 6908 Hunter Cove Dr. Arlington, TX 76001-6642, originally submitted as requested all the required documentation as identified as Claim Number 417 for $2,000.

If there is any additional documentation to be provided please notify me as to what specifically it is that you want or the form I should complete and I will provide it. Thank you.

I will be fax this to Mark Collins (302)651-7701; Edward O. Sassower (212)446-4900 and Marc Kieselstein (312) 862-2200. I will also as requested being mailing a copy to the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

*Jacqueline McClain*
Jackie McClain