# EXHIBIT 1
## Substantive Duplicate Claims

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 to EXHIBIT A – Substantive Duplicate Claims**

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 1 | 4IMPRINT 101 COMMERCE STREET OSHKOSH, WI 54901 | 05/23/2014 | 14-10979 (CSS) | 170 | $166.96 | 4IMPRINT INC 101 COMMERCE ST OSHKOSH, WI 54901 | 10/23/2014 | 14-10979 (CSS) | 6160 | $166.96 | Claimed invoice in remaining claim is contained in claim to be disallowed. |
| 2 | AIRFLOW SCIENCES CORPORATION 12190 HUBBARD ST LIVONIA, MI 48150-1737 | 09/08/2014 | 14-10979 (CSS) | 4183 | $6,600.00 | AIRFLOW SCIENCES CORPORATION 12190 HUBBARD ST LIVONIA, MI 48150-1737 | 10/08/2014 | 14-11022 (CSS) | 5010 | $6,600.00 | Identical to remaining claim, except Debtor classification asserted on remaining claim. |
| 3 | AMERICOM TELECOMMUNICATIONS INC 3544 ETC JESTER HOUSTON, TX 77018 | 09/02/2014 | 14-11032 (CSS) | 4009 | $10,668.52 | AMERICOM TELECOMMUNICATIONS INC 3544 E T C JESTER BLVD HOUSTON, TX 77018-6023 | 10/06/2014 | 14-11032 (CSS) | 4907 | $10,668.52 | Identical to remaining claim, except priority classification asserted on remaining claim. |
| 4 | BABECO FABRICATION & MACHINING 1101 CARLOS PARKER BLVD NW TAYLOR, TX 76574 | 09/02/2014 | 14-11042 (CSS) | 4020 | $2,649.64 | BABECO 1101 CARLOS PARKER BLVD NW TAYLOR, TX 76574 | 10/27/2014 | 14-11042 (CSS) | 8097 | $2,649.64 | Identical to remaining claim, except priority classification asserted on remaining claim. |

Page 1 of 3

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 to EXHIBIT A – Substantive Duplicate Claims**

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 5 | CO-AX VALVES INC. 1518 GRUNDYS LN BRISTOL, PA 19007 | 05/30/2014 | 14-10979 (CSS) | 749 | $10,967.00 | CO AX VALVES INC 1518 GRUNDYS LN BRISTOL, PA 19007-1521 | 08/27/2014 | 14-11032 (CSS) | 3918 | $10,967.00 | Claimed liability in remaining claim is contained in claim to be disallowed. |
| 6 | ITS A PIECE OF CAKE - CUSTOM CAKES 1209 BERKLEY DR. GRAPEVINE, TX 76051 | 09/15/2014 | | 4426 | $200.00 | ITS A PIECE OF CAKE - CUSTOM CAKES 1209 BERKLEY DR. GRAPEVINE, TX 76051 | 06/02/2014 | 14-10989 (CSS) | 918 | $200.00 | Claimed invoice in remaining claim is contained in claim to be disallowed. |
| 7 | SHAVERS CATERING 270 OCKLEY DR SHREVEPORT, LA 71105 | 06/09/2014 | | 1522 | $8,962.15 | SHAVER'S CRAWFISH & CATERING 270 OCKLEY DR SHREVEPORT, LA 71105-3025 | 09/02/2014 | 14-11032 (CSS) | 3976 | $8,962.15 | Claimed invoice in remaining claim is contained in claim to be disallowed. |
| 8 | STAR S. INDUSTRIES ATTN: D.W. SAXON 1820 CR 410 PITTSBURG, TX 75686 | 09/02/2014 | 14-11023 (CSS) | 4045 | $1,162.02 | SAXON, D.W. ADDRESS ON FILE | 09/12/2014 | | 4332 | $761.83 | Claimed invoices in remaining claim are contained in claim to be disallowed. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FOURTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 to EXHIBIT A – Substantive Duplicate Claims**

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 9 | TOP HAT SERVICES<br>PO BOX 546<br>ROCKDALE, TX 76567 | 06/12/2014 | 14-10979 (CSS) | 1873 | $72,691.50 | TOP HAT SERVICES<br>PO BOX 546<br>ROCKDALE, TX 76567 | 07/17/2014 | 14-10979 (CSS) | 3156 | $85,439.37 | Claimed invoices in claim to be disallowed appear to be included in remaining claim. |
| | | | | TOTAL | $114,067.79 | | | | | | |