## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |

### ORDER FURTHER EXTENDING DEADLINE TO ASSUME OR REJECT A CERTAIN NONRESIDENTIAL REAL PROPERTY LEASE UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE

Upon the *Stipulation Further Extending Deadline to Assume or Reject a Certain Nonresidential Real Property Lease Under Section 365(d)(4) of the Bankruptcy Code*, dated February 9, 2015 (the "Stipulation"),[2] a copy of which is attached hereto as **Exhibit 1**, and upon the record of these chapter 11 cases and due deliberation thereon, and good and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Stipulation is approved.

2. The date within which the Debtors must assume or reject the Lease is hereby extended up to and including March 31, 2015.

3. Nothing in this Order (the "Order") or the Stipulation shall prejudice the Debtors' right to seek further extensions of time within which the Debtors must assume or reject the Lease, consistent with section 365(d)(4) of the Bankruptcy Code, as applicable.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not defined herein shall have the same meaning as in the Stipulation.

RLF1 11464856v.1

4. Nothing contained in this Order or the Stipulation or any actions taken by the Parties pursuant to the relief granted herein is intended or should be construed as: (a) an admission that the Agreement is a lease under section 365(d)(4); (b) an admission as to the validity or amount of any particular claim against a Debtor entity; (c) a waiver of the Parties' rights to dispute any particular claim on any grounds; (d) a promise or requirement to pay any particular claim; (e) an admission by the Parties that any contract or lease, including the Lease, is executory or unexpired, as applicable; (f) a waiver or limitation of the Parties' rights under the Bankruptcy Code or any other applicable law, including the Debtors' right to assume, reject, and/or seek any other related relief with respect to any contract or lease; or (g) an alteration, amendment, or other modification of the terms of the Lease; or (h) an admission that any claim which TRWD may file in the event that the Court grants the Rejection Motion is subject to any cap, including but not limited to caps under section 502(b)(6).

5. Nothing contained in this Order or the Stipulation shall prejudice the Debtors' arguments set forth in the Rejection Motion or otherwise alter the rights and remedies of the Parties, including with respect to the applicability of section 365(d)(4) of the Bankruptcy Code to the Lease, and the rights and remedies of the Parties with respect to the Rejection Motion, any asserted claims or expenses, or related relief shall be without regard to the passage of time from the original date of the Hearing, November 20, 2014, to the date to which the Hearing is adjourned under the Stipulation.

6. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Stipulation.

7. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

8. All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

9. This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Dated: February _10_, 2015
Wilmington, Delaware

                                      THE HONORABLE CHRISTOPHER S. SONTCHI
                                      UNITED STATES BANKRUPTCY JUDGE