## Exhibit A

## Hours Expended by Goldin Professional

| | | |
|---|---|---:|
| Harrison J. Goldin | Sr. Managing Director | 4.0 |
| David Prager | Managing Director | 23.9 |
| Karthik Bhavaraju | Director | 48.6 |
| Pavel Hejsek | Sr. Analyst | 29.7 |
| Deborah Praga | Analyst | 52.9 |
| **Total** | | **159.1** |