# Exhibit D

## Expense Detail

GoldinAssociates, LLC

350 Fifth Avenue
The Empire State Building
New York, New York 10118

Tel.: 212 593 2255
Fax: 212 888 2841
www.goldinassociates.com

***Detailed Expenses by Category:*** EFIH

For Expenses Through 12/31/2014

| Expense | Start Date | End Date | Invoice Date | | Description | Charges |
|---|---|---|---|---|---|---|
| : Meals & Entertainment | | | | | | |
| | 12/30/2014 | 12/30/2014 | 12/30/14 | PHA | SeamlessWeb Inv # 1958591 - Working dinner - Ref # 1034164417 - P. Hejsek | $18.31 |
| Total: Meals & Entertainment | | | | | | $18.31 |
| : Office Supplies/Miscellaneous | | | | | | |
| | 12/1/2014 | 12/31/2014 | | PID | Photocopies - December 1st through December 31st - 413 pages at .07 per page | $28.91 |
| Total: Office Supplies/Miscellaneous | | | | | | $28.91 |
| : Research | | | | | | |
| | 12/1/2014 | 12/31/2014 | 12/1/14 | JB | Capital IQ - Allocated share of discounted monthly subscription; retail rate would equal $4843.38 | $1,758.47 |
| Total: Research | | | | | | $1,758.47 |
| Grand Total | | | | | | $1,805.69 |