# EXHIBIT A

## Statement of Fees and Expenses By Subject Matter

| Matter Number | Matter Description | Total Hours Billed | Total Fees Requested |
|---|---|---|---|
| 1 | Voucher Analysis Services | 397.2 | $ 49,650.00 |
| 4 | Fee Statement and Fee Application Preparation | 109.9 | $ 29,512.10 |
| 5 | Retention Services | 24.1 | $ 7,778.50 |
| 9 | Loan Staff Services | 176.0 | $ 30,800.00 |
| 12 | SOX Phase II - On-Going Controls | 1,201.7 | $ 199,239.60 |
| 13 | CAO Financial Reporting Support | 198.4 | $ 43,648.00 |
| 14 | Service Costing Phase II - Model Remediation | 52.8 | $ 8,088.00 |
| 15 | SOX II - SDLC (Software Development Life Cycle) Services | 462.4 | $ 92,946.20 |
| 16 | SOX Phase II - IAM Controls | 327.1 | $ 63,197.00 |
| 17 | HW Contract Advisor Services | 136.1 | $ 26,507.00 |
| 18 | Phase II IT Costing Apptio Service Catalog | 345.5 | $ 83,408.80 |
| 19 | Enterprise Architecture Strategy | 196.5 | $ 52,851.50 |
| | **Total** | **3,627.7** | **$ 687,626.70[1]** |

| Service Description | Service Provider | Amount |
|---|---|---|
| Airfare | N/A | $ 18,551.41 |
| Lodging | N/A | $ 22,283.75 |
| Travel Meals | N/A | $ 4,961.24 |
| Ground Transportation | N/A | $ 7,663.18 |
| Miscellaneous | N/A | $ - |
| **Total** | | **$ 53,459.58** |

---

[1] KPMG bills for services at discounted billing rates as specified in the Retention Application dated May 29, 2014. During the Fee Period, KPMG's standard rates for services rendered totaled $1,716,753.00. KPMG's services at the agreed upon discounted rates result in a voluntary discount of fees in the amount of $1,059,853.10 thus benefitting the Chapter 11 estate by same amount.