# EXHIBIT B

**Professionals' Information**

The KPMG professionals who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position & Department | | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|---|
| Berry, Denis | Principal - Advisory | | 12.1 | $ 350 | $ 4,235.00 |
| Garcia, Susan | Managing Director - Advisory | | 2.0 | $ 350 | $ 700.00 |
| Cargile, David | Managing Director - Advisory | | 55.4 | $ 325 | $ 18,005.00 |
| Garcia, Susan | Managing Director - Advisory | | 10.6 | $ 325 | $ 3,445.00 |
| Potter, Maria | Director - Advisory | | 48.0 | $ 340 | $ 16,320.00 |
| Naicker, Sagren | Director - Advisory | | 84.9 | $ 295 | $ 25,045.50 |
| Amadei, Michael D | Director - Advisory | | 13.2 | $ 290 | $ 3,828.00 |
| Kowalski, John | Director - Advisory | | 32.0 | $ 290 | $ 9,280.00 |
| Luis, Brett | Director - Advisory | | 95.5 | $ 290 | $ 27,695.00 |
| Seeman, Nick | Director - Advisory | * | 58.6 | $ 290 | $ 16,994.00 |
| Weaver, Wayne | Director - Advisory | | 45.3 | $ 290 | $ 13,137.00 |
| Plangman, Monica | Associate Director - Bankruptcy | * | 31.8 | $ 325 | $ 10,335.00 |
| Epelbaum, Leonard | Manager - Advisory | | 114.0 | $ 300 | $ 34,200.00 |
| Campbell, Celeste | Manager - Bankruptcy | * | 55.5 | $ 298 | $ 16,539.00 |
| Anjur, Kishore | Manager - Advisory | | 23.6 | $ 250 | $ 5,900.00 |
| Lofy, Michael | Manager - Advisory | | 96.8 | $ 250 | $ 24,200.00 |
| Mintori-Mampassi, Fabrice | Manager - Advisory | | 105.8 | $ 245 | $ 25,921.00 |
| Shaffer, Wendy | Senior Associate - Bankruptcy | | 40.1 | $ 228 | $ 9,142.80 |
| Lange, Jolandi de | Senior Associate - Advisory | | 83.5 | $ 220 | $ 18,370.00 |
| Mehta, Anish | Senior Associate - Advisory | | 114.9 | $ 220 | $ 25,278.00 |
| Bharadwaj, Harish | Senior Associate - Advisory | | 104.0 | $ 190 | $ 19,763.80 |
| Dami, Orland | Senior Associate - Advisory | | 20.0 | $ 190 | $ 3,800.00 |
| Ferguson, James | Senior Associate - Advisory | | 101.9 | $ 190 | $ 19,361.00 |
| Gay, Devin | Senior Associate - Advisory | | 101.2 | $ 190 | $ 19,228.00 |
| Isakulov, Shokhrukh | Senior Associate - Advisory | | 190.5 | $ 190 | $ 36,195.00 |
| Vencill, Daniel R | Senior Associate - Advisory | | 96.8 | $ 190 | $ 18,392.00 |
| Wilborn, Blake | Senior Associate - Advisory | | 93.4 | $ 190 | $ 17,746.00 |
| Zanini, Joseph | Senior Associate - Advisory | | 185.5 | $ 190 | $ 35,245.00 |
| Garza, Juanita | Associate - Bankruptcy | | 6.6 | $ 193 | $ 1,273.80 |
| Cobb, Caitlin L | Associate - Tax | | 61.4 | $ 175 | $ 10,745.00 |
| Kleiber, Katherine N | Associate - Tax | | 114.6 | $ 175 | $ 20,055.00 |
| Douthey, Amy | Associate - Advisory | | 126.0 | $ 125 | $ 15,750.00 |
| Lariscy, Matthew R. | Associate - Advisory | | 113.0 | $ 125 | $ 14,125.00 |
| Milner, Aaron | Associate - Advisory | | 129.2 | $ 125 | $ 16,150.00 |
| Nebel, Bob | Associate - Advisory | | 183.0 | $ 125 | $ 22,875.00 |
| Ouyo, Lesley | Associate - Advisory | | 139.3 | $ 125 | $ 17,412.50 |
| Rangwala, Hussain | Associate - Advisory | | 181.5 | $ 125 | $ 22,687.50 |
| Shah, Meghna | Associate - Advisory | | 163.8 | $ 125 | $ 20,475.00 |
| Waggoner, Holly | Associate - Advisory | | 142.0 | $ 125 | $ 17,750.00 |
| Braun, Nancy | Contractor - Apptio SME | ** | 30.4 | $ 185 | $ 5,624.00 |
| Serber, Mike | Contractor - Data Architect | ** | 24.9 | $ 150 | $ 3,735.00 |
| Hayes, Chris | Contractor - Data SME | ** | 62.9 | $ 110 | $ 6,919.00 |
| Adedeji, Peju | Contractor | ** | 132.2 | $ 104 | $ 13,748.80 |
| **Total Hours and Fees** | | | **3,627.7** | | **$ 687,626.70** |

* Promoted effective October 1, 2014     ** Contractors are passed through at cost.