# EXHIBIT C

## Summary of Actual and Necessary Expenses for the Fee Period

### ALL - Expense Summary

| Service Description | Service Provider | Amount |
|---|---|---:|
| Airfare | N/A | $ 18,551.41 |
| Lodging | N/A | $ 22,283.75 |
| Travel Meals | N/A | $ 4,961.24 |
| Ground Transportation | N/A | $ 7,663.18 |
| Miscellaneous | N/A | $ - |
| **Total** | | **$ 53,459.58** |

### EFH - Expense Summary

| Service Description | Service Provider | Amount |
|---|---|---:|
| Airfare | N/A | $ 18,551.41 |
| Lodging | N/A | $ 22,283.75 |
| Travel Meals | N/A | $ 4,961.24 |
| Ground Transportation | N/A | $ 7,663.18 |
| Miscellaneous | N/A | $ - |
| **Total** | | **$ 53,459.58** |