2/2/15

Hello.

In response to your letter I want to protest my exclusion from this lawsuit. There is absolutely no doubt in my mind that I have been damaged by the defendants and as such I am entitled to be a part of this legal action.

As such I stand ready, willing, and able to do whatever is legally necessary to make sure that my interests are represented.

Please advise.

Regards.

Jack R. Beard, Jr.

Chapter 11 bankruptcy case

Case No. 14-10979(CSS)

Tax ID No. 8810

Energy Futures Holdings Corporation, et al.

Debtors

*Jack R Beard*

2215 CR. 34

Angleton, TX.

77515