# **EXHIBIT A**

**Statement of Fees and Expenses by Subject Matter**

| Project Category Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---:|---:|
| 002 | Asset Disposition | 12.20 | 11,419.50 |
| 003 | Assumption and Rejection of Leases and Contracts | 2.00 | 1,390.00 |
| 005 | Budgeting (Case) | 1.50 | 1,282.50 |
| 006 | Business Operations | 1.30 | 1,083.50 |
| 007 | Case Administration | 68.70 | 49,685.00 |
| 008 | Claims Administration and Objections | 14.90 | 11,012.50 |
| 009 | Corporate Governance and Board Matters | 34.00 | 22,361.50 |
| 010 | Employee Benefits and Pensions | 38.80 | 29,327.50 |
| 011 | Employment and Fee Applications | 82.40 | 56,693.50 |
| 012 | Employment and Fee Application Objections | 3.50 | 1,547.00 |
| 013 | Financing and Cash Collateral | 0.80 | 640.00 |
| 014 | Other Litigation | 43.20 | 28,205.00 |
| 015 | Meetings and Communications with Creditors | 150.90 | 130,689.00 |
| 016 | Non-Working Travel | 8.20 | 8,159.00 |
| 017 | Plan and Disclosure Statement | 34.90 | 31,293.50 |
| 019 | Relief from Stay and Adequate Protection | 2.70 | 2,146.50 |
| 021 | Tax | 379.50 | 294,980.50 |
| 023 | Discovery | 1,138.10 | 619,651.00 |
| 024 | Hearings | 7.80 | 6,205.50 |
| 026 | Claims Investigation | 640.20 | 456,590.00 |
| 027 | First Lien Investigation | 3.60 | 2,810.00 |
| 029 | Other Motions/Applications | 36.80 | 25,595.50 |
| 031 | Insurance | 6.20 | 5,115.00 |
| 032 | Time Entry Review | 7.60 | 5,282.00 |
| 033 | Fee Objection Discussion and Litigation | 6.80 | 5,686.00 |
| **Total Incurred** | | **2,726.6** | **$1,808,851.00** |
| **Less Client-Accommodation for Non-Working Travel (50% of fees incurred)** | | | **$(4,079.50)** |
| **Less Client-Accommodation for Time Entry Review (100% of fees incurred)** | | | **$(5,282.00)** |
| **Total Requested** | | | **$1,799,489.50** |

| Service Description | Amount |
|---|---:|
| Photocopies | $42.60 |
| Color Copies | $522.00 |
| Filing Fees | $145.00 |
| Travel | $678.00 |
| Online Research – Lexis | $9,537.35 |
| Online Research - Westlaw | $6,076.32 |
| Online Research – Other Database | $320.70 |
| EDiscovery Fees | $22,281.75 |
| Court Filing Service | $74.00 |
| Business Meals | $2,190.95 |
| Meals | $184.69 |
| Transportation | $189.12 |
| Online Research – Other Database | $16.94 |
| **Total:** | **$42,259.42** |

# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

ny-1175945

The Morrison & Foerster attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Bell, Jeffery | Partner | 2001 | Corporate | $825.00 | 8.20 | $6,765.00 |
| Doufekias, Demme | Partner | 2004 | Litigation | $825.00 | 28.40 | $23,430.00 |
| Goren, Todd M. | Partner | 2003 | Business Restructuring & Insolvency | $825.00 | 117.60 | $97,020.00 |
| Humphreys, Thomas A. | Partner | 1977 | Tax | $1,250.00 | 63.80 | $79,750.00 |
| Kerr, Charles L. | Partner | 1984 | Litigation | $1,050.00 | 70.10 | $73,605.00 |
| Lawrence, J. Alexander | Partner | 1996 | Litigation | $895.00 | 157.60 | $141,052.00 |
| Levitt, Jamie A. | Partner | 1992 | Litigation | $950.00 | 15.10 | $14,345.00 |
| Marinuzzi, Lorenzo | Partner | 1996 | Business Restructuring & Insolvency | $995.00 | 117.10 | $116,514.50 |
| Miller, Brett H. | Partner | 1992 | Business Restructuring & Insolvency | $1,050.00 | 46.60 | $48,930.00 |
| Peck, Geoffrey R. | Partner | 1999 | Finance | $825.00 | 4.70 | $3,877.50 |
| Reigersman, Remmelt A. | Partner | 2007 | Tax | $825.00 | 55.40 | $45,705.00 |
| Abrams, Hanna | Associate | 2009 | Litigation | $695.00 | 53.40 | $37,113.00 |
| Alanis, Corinna | Associate | 2012 | Litigation | $485.00 | 108.60 | $52,671.00 |
| Arakawa, Chika | Associate | 2013 | Litigation | $415.00 | 32.00 | $13,280.00 |
| Arett, Jessica J. | Associate | 2014 | Business Restructuring & Insolvency | $415.00 | 9.20 | $3,818.00 |
| Bartel, Sara | Associate | 2013 | Litigation | $415.00 | 42.20 | $17,513.00 |
| Birkenfeld, Alexander | Associate | 2014 | Tax | $415.00 | 112.60 | $46,729.00 |

ny-1175945

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| David, Jeffrey M. | Associate | 2009 | Litigation | $610.00 | 14.60 | $8,906.00 |
| De Ruig, David N. | Associate | 2007 | Tax | $485.00 | 54.50 | $26,432.50 |
| Dort, Malcolm K. | Associate | 2011 | Litigation | $610.00 | 71.20 | $43,432.00 |
| Ference, Stephanie J. | Associate | Admission Pending | Corporate | $415.00 | 18.20 | $7,553.00 |
| Gizaw, Betre M. | Associate | 2011 | Litigation | $550.00 | 37.20 | $20,460.00 |
| Goett, David J. | Associate | 2012 | Tax | $550.00 | 52.50 | $28,875.00 |
| Haney, Heather Jo | Associate | 2011 | Financial Transactions | $550.00 | 2.30 | $1,265.00 |
| Harris, Daniel J. | Associate | 2008 | Business Restructuring & Insolvency | $695.00 | 161.70 | $112,381.50 |
| Hiensch, Kristin A. | Associate | 2007 | Business Restructuring & Insolvency | $735.00 | 6.20 | $4,557.00 |
| Hildbold, William M. | Associate | 2009 | Business Restructuring & Insolvency | $610.00 | 145.70 | $88,877.00 |
| Ho, Elizabeth C. | Associate | 2014 | Financial Transactions | $385.00 | 4.20 | $1,617.00 |
| Johnston, Ian Andrew | Associate | 2012 | Litigation | $485.00 | 109.00 | $52,865.00 |
| Kalansky, Shai | Associate | 2009 | Corporate | $695.00 | 21.60 | $15,012.00 |
| Kwon, Kevin T. | Associate | 2012 | Litigation | $485.00 | 99.20 | $48,112.00 |
| Lim, Clara | Associate | 2010 | Tax | $610.00 | 79.20 | $48,312.00 |
| Manlove, Kendall Lewis | Associate | Admission Pending | Litigation | $415.00 | 73.50 | $30,502.50 |
| Martin, Samantha | Associate | 2008 | Business Restructuring & Insolvency | $725.00 | 37.40 | $27,115.00 |
| Miyao, Klinton | Associate | 2009 | Litigation | $655.00 | 8.70 | $5,698.50 |
| Moloff, Leda A. | Associate | 2009 | Litigation | $655.00 | 11.80 | $7,729.00 |

ny-1175945

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Perkowski, Jacob Josep | Associate | Admission Pending | Litigation | $415.00 | 105.20 | $43,658.00 |
| Richards, Erica J. | Associate | 2007 | Business Restructuring & Insolvency | $725.00 | 52.50 | $38,062.50 |
| Jonathan C. Rothberg | Associate | 2008 | Litigation | $725.00 | 11.10 | $8,047.50 |
| Sorrell, Michael R. | Associate | 2010 | Litigation | $610.00 | 59.50 | $36,295.00 |
| Wang, Chenwei | Associate | 2011 | Litigation | $550.00 | 42.50 | $23,375.00 |
| Peck, James Michael | Senior Of Counsel | 1971 | Business Restructuring & Insolvency | $1,050.00 | 25.40 | $26,670.00 |
| Hager, Melissa A. | Of Counsel | 1992 | Business Restructuring & Insolvency | $825.00 | 41.70 | $34,402.50 |
| Sadeghi, Kayvan B. | Of Counsel | 2004 | Litigation | $735.00 | 4.20 | $3,087.00 |
| Whitney, Craig B. | Of Counsel | 2001 | Litigation | $735.00 | 49.60 | $36,456.00 |
| Wishnew, Jordan A. | Of Counsel | 2002 | Business Restructuring & Insolvency | $750.00 | 69.90 | $52,425.00 |
| Damast, Craig A. | Attorney | 1992 | Business Restructuring & Insolvency | $775.00 | 83.30 | $64,557.50 |

The paraprofessionals of Morrison & Foerster who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Berger, Lesley D. | Senior Paralegal | 4.5 years | Corporate | $300.00 | 3.30 | $990.00 |
| Curtis, Michael E. | Senior Paralegal | 13.5 years | Litigation | $335.00 | 41.60 | $13,936.00 |
| Guido, Laura | Senior Paralegal | 7.5 years | Business Restructuring & Insolvency | $300.00 | 28.40 | $8,520.00 |
| Braun, Danielle | Paralegal | 1 year | Business Restructuring & Insolvency | $290.00 | 19.30 | $5,597.00 |

| Warnick, Russell W. | Paralegal | 7 years | Litigation | $275.00 | 5.00 | $1,375.00 |
|---|---|---|---|---|---|---|
| Bergelson, Vadim | eDiscovery Project Manager | 5 years | Litigation | $295.00 | 26.20 | $7,729.00 |
| Chan, David | Senior eDiscovery Analyst | 10.5 years | Litigation | $280.00 | 6.60 | $1,848.00 |
| **Total Incurred:** | | | | | 2,726.6 | **$1,808,851.00** |
| **Less Client-Accommodation for Non-Working Travel (50% of fees incurred)** | | | | | | **$(4,079.50)** |
| **Less Client-Accommodation for Time Entry Review (100% of fees incurred)** | | | | | | **$(5,282.00)** |
| **Total Requested** | | | | | | **$1,799,489.50** |

ny-1175945

# EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

ny-1175945

## ALL - Expense Summary

| Service Description | Amount |
|---|---:|
| Photocopies | $42.60 |
| Color Copies | $522.00 |
| Filing Fees | $145.00 |
| Travel | $678.00 |
| Online Research – Lexis | $9,537.35 |
| Online Research - Westlaw | $6,076.32 |
| Online Research – Other Database | $320.70 |
| EDiscovery Fees | $22,281.75 |
| Court Filing Service | $74.00 |
| Business Meals | $2,190.95 |
| Meals | $184.69 |
| Transportation | $189.12 |
| Online Research – Other Database | $16.94 |
| **Total:** | **$42,259.42** |

# EXHIBIT D

**Detailed Description of Expenses and Disbursements**

ny-1175945

**MORRISON | FOERSTER**

P.O. BOX 742335
LOS ANGELES
CALIFORNIA 90074-2335

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON D.C.,
DENVER, NORTHERN VIRGINIA,
SACRAMENTO

TOKYO, BEIJING, SHANGHAI,
HONG KONG, SINGAPORE

LONDON, BRUSSELS, BERLIN

Paul Keglevic
Energy Future Holdings Corp.
1601 Bryan Street
Dallas, Texas  75201

**Taxpayer ID #**
Invoice Number: 5405904
Invoice Date: February 10, 2015

Client/Matter Number: 073697-0000001

Matter Name: BANKRUPTCY OF ENERGY FUTURE HOLDINGS

**RE:**    BANKRUPTCY OF ENERGY FUTURE HOLDINGS

*Disbursements Incurred through December 31, 2014*

|  | U.S.Dollars |
|---|---:|
| Current Disbursements | 42,259.42 |
| **Total This Invoice** | **42,259.42** |

**Payment may be made by Electronic Funds transfer to the firm's account**

[redacted]

**MORRISON | FOERSTER**

073697-0000001  
BANKRUPTCY OF ENERGY FUTURE HOLDINGS

Invoice Number: 5405904  
Invoice Date: February 10, 2015

## Disbursement Detail

| Date | Description | Value |
|---|---|---:|
| 31-Dec-2014 | Photocopies | 42.60 |
| 31-Dec-2014 | Color Copies | 522.00 |
| 31-Dec-2014 | On-line Research - LEXIS | 9,537.35 |
| 31-Dec-2014 | On-line Research - WESTLAW | 6,076.32 |
| 31-Dec-2014 | On-line Research - OTHER DATABASE | 320.70 |
| 08-Dec-2014 | Filing Fees (NCR) NATIONAL CORPORATE RESEARCH, LTD., Certified Copy of All Charter Documents - Electronic | 145.00 |
| 18-Dec-2014 | Travel, train, L. Marinuzzi, to/from Delaware for status conference, 12/18/14 | 358.00 |
| 29-Dec-2014 | Travel, train, L. Marinuzzi, to/from Delaware for hearing, 12/29/14 | 320.00 |
| 02-Dec-2014 | Local meals, A. Birkenfeld, 12/2/14, 8:12PM | 14.21 |
| 04-Dec-2014 | Local meals, S. Martin, 12/4/14, 7:52PM | 20.00 |
| 08-Dec-2014 | Local meals, A. Birkenfeld, 12/8/14, 8:25PM | 15.22 |
| 09-Dec-2014 | Local meals, A. Birkenfeld, 12/9/14, 9:09PM | 17.43 |
| 21-Dec-2014 | Local meals, A. Lawrence, 12/14/14, 12:59PM (weekend) | 17.83 |
| 21-Dec-2014 | Local meals, A. Lawrence, 12/10/14, 7:50PM | 20.00 |
| 21-Dec-2014 | Local meals, K. Manlove, 12/12/14, 7:28PM | 20.00 |
| 21-Dec-2014 | Local meals, J. Perkowski, 12/8/14, 8:02PM | 20.00 |
| 21-Dec-2014 | Local meals, J. Perkowski, 12/9/14, 8:04PM | 20.00 |
| 21-Dec-2014 | Local meals, J. Perkowski, 12/12/14, 8:19PM | 20.00 |
| 25-Nov-2014 | Local travel, taxi/car service, S. Martin, 11/25/14, 10:01PM | 16.12 |
| 01-Dec-2014 | Local travel, taxi/car service, D. Harris, 12/1/14, 9:55PM | 87.30 |
| 02-Dec-2014 | Local travel, taxi/car service, S. Martin, 12/2/14, 10:25PM | 26.10 |
| 02-Dec-2014 | Local travel, taxi/car service, A. Birkenfeld, 12/2/14, 9:37PM | 8.75 |
| 03-Dec-2014 | Local travel, taxi/car service, S. Martin, 12/3/14, 11:20PM | 15.60 |
| 05-Dec-2014 | Local travel, taxi/car service, S. Martin, 12/5/14, 00:20AM | 18.75 |
| 08-Dec-2014 | Local travel, taxi/car service, A. Birkenfeld, 12/8/14, 9:48PM | 9.00 |
| 09-Dec-2014 | Local travel, taxi/car service, A. Birkenfeld, 12/9/14, 10:06PM | 7.50 |
| 31-Dec-2014 | EDiscovery Fees IRIS DATA SERVICES, INC., Project Management, processing, Storage & hosting, December 2014 | 22,281.75 |
| 29-Dec-2014 | Court Filing Service Daniel Harris, Court Call | 44.00 |
| 30-Dec-2014 | Court Filing Service Daniel Harris, Court Call | 30.00 |
| 03-Dec-2014 | Business meals, 7 attendees, TXU meeting with S. Martin, 12/3/14 | 110.65 |
| 04-Dec-2014 | Business meals, 30 attendees, client meeting with B. Miller, 12/4/14 | 510.30 |
| 04-Dec-2014 | Business meals, 40 attendees, client meeting with B. Miller, 12/4/14 | 800.00 |
| 06-Dec-2014 | Business meals, 7 attendees, client meeting with B. Miller, 11/24/14 | 140.00 |
| 08-Dec-2014 | Business meals, 8 attendees, TXU Committee call, 12/8/14 | 134.57 |
| 15-Dec-2014 | Business meals, 10 attendees, TXU Committee call, 12/15/14 | 200.00 |
| 18-Dec-2014 | Business meals, 10 attendees, EFH meeting, 12/18/14 | 118.07 |
| 22-Dec-2014 | Business meals, 10 attendees, TXU Committee meeting, 12/22/14 | 177.36 |
| 31-Dec-2014 | On-line Research - OTHER DATABASE 6375 IN RE: ENERGY FUTURE HOLDINGS 21 | 8.47 |
| 31-Dec-2014 | On-line Research - OTHER DATABASE 6400 CSC TRUST CO. OF DELAWARE V. ENERGY FUTURE HOLDI 21 | 8.47 |

Total Disbursements     42,259.42

**Total This Invoice**     USD     **42,259.42**