# Exhibit 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**ORDER EXTENDING DEADLINE TO
ASSUME OR REJECT A CERTAIN NONRESIDENTIAL REAL
PROPERTY LEASE UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE**

Upon the *Second Agreement Extending Deadline to Assume or Reject a Certain Nonresidential Real Property Lease Under Section 365(d)(4) of the Bankruptcy Code*, dated February 11, 2015 (the "Second Agreement"),[2] a copy of which is attached hereto as **Exhibit A**, and upon the record of these chapter 11 cases and due deliberation thereon, and good and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Second Agreement is approved.

2. The date within which the Debtors must assume or reject the Lease is hereby extended up to and including May 25, 2015.

3. Nothing herein shall prejudice the Debtors' right to seek further extensions of time within which the Debtors must assume or reject the Lease, consistent with section 365(d)(4) of the Bankruptcy Code, as applicable.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms not otherwise defined herein have the meaning ascribed to them in the Second Agreement.

RLF1 11485526v.1

4.  Nothing herein or any actions taken by the Debtors pursuant to relief granted herein is intended or should be construed as: (a) an admission as to the validity or amount of any particular claim against a Debtor entity; (b) a waiver of the Debtors' rights to dispute any particular claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an admission by the Debtors that any contract or lease, including the Lease, is executory or unexpired, as applicable; (f) a waiver or limitation of the Parties' rights under the Bankruptcy Code or any other applicable law, including, without limitation, the Debtors' right to assume, reject, and/or seek any other related relief with respect to any contract or lease; or (g) an alteration, amendment, or other modification of the terms of the Lease.

5.  Nothing contained herein shall prejudice in any way or be deemed a waiver or limitation of any rights the Parties may have under section 365 of the Bankruptcy Code, and the Parties hereby reserve any and all rights with respect to the foregoing.

6.  The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Second Agreement.

7.  The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

8.  All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

9.  This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Dated: February _____, 2015
       Wilmington, Delaware

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

**Second Agreement**

## SECOND AGREEMENT EXTENDING DEADLINE TO ASSUME OR REJECT LEASE

Luminant Generation Company LLC ("Luminant"), a debtor in the chapter 11 cases captioned *In re Energy Future Holdings Corp., et al.*, Lead Case No. 14-10979 (the "Chapter 11 Cases"), and Oncor Electric Delivery Company LLC, a Delaware limited liability company, ("Oncor" and, together with Luminant, the "Parties"), by and through their undersigned counsel, hereby enter into this agreement (this "Second Agreement"), and agree as follows.

### Recitals

WHEREAS, Luminant is the lessee under the Sub-Sublease with Oncor, dated as of September 6, 2011, for premises located at 1601 Bryan Street, Dallas, Texas, 75201 (commonly known as Energy Plaza), for all of the leaseable space on the 21st, 22nd, 23rd, 24th, 27th, and 28th floors, containing, in the aggregate, 157,958 rentable square feet (the "Lease");

WHEREAS, on August 11, 2014, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Order, Pursuant to Section 365(d)(4) of the Bankruptcy Code, Extending the Debtors' Time to Assume or Reject Unexpired Leases of Nonresidential Real Property* [D.I. 1803], thereby extending the period within which the debtors in the Chapter 11 Cases (the "Debtors") must assume or reject unexpired leases of nonresidential real property through and including November 25, 2014;

WHEREAS, the Debtors are currently evaluating the Lease and related obligations before determining whether to assume or reject the Lease pursuant to section 365 of the Bankruptcy Code;

WHEREAS, the Debtors requested, and Oncor agreed to grant the Debtors, additional time to determine whether to assume or reject the Lease under section 365(d)(4) of the Bankruptcy Code, up to and including February 25, 2015 (the "Original Extension Deadline");

WHEREAS, the Court entered the *Order Extending Deadline to Assume or Reject a Certain Nonresidential Real Property lease Under Section 365(d)(4) of the Bankruptcy Code* [D.I. 2582], granting the Original Extension Deadline.

WHEREAS, the Debtors further requested, and Oncor agreed to grant the Debtors, additional time to determine whether to assume or reject the Lease under section 365(d)(4) of the Bankruptcy Code, up to and including May 25, 2015 (the "New Extension Deadline");

WHEREAS, the Parties desire to memorialize their agreement in this Second Agreement;

**NOW, THEREFORE**, it is hereby agreed to by and among the Parties as follows:

1. Pursuant to section 365(d)(4) of the Bankruptcy Code, the time period within which the Debtors must assume or reject the Lease is extended from the Original Extension Deadline, through and including the New Extension Deadline.

2. The Parties acknowledge and agree that this Second Agreement hereby constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and that no further consent of Oncor shall be required for the sole purpose of extending the time within which the Debtors must assume or reject the Lease through and including the New Extension Deadline.

*[Signatures follow.]*

IN WITNESS WHEREOF, the Parties hereby have caused this Second Agreement to be duly executed as of February 11, 2015.

_[signature]_  
**JONES DAY**

Patricia J. Villareal  
Michael L. Davitt  
2727 North Harwood Street  
Dallas, Texas 75214  

Corinne Ball  
222 East 41st Street  
New York, New York 10017  

Mark A. Cody  
77 West Wacker Drive  
Chicago, Illinois 60601  

*Counsel to Oncor Electric Delivery Company LLC*

_[signature]_  
**RICHARDS, LAYTON & FINGER, P.A.**

Mark D. Collins (No. 2981)  
Daniel J. DeFranceschi (No. 2732)  
Jason M. Madron (No. 4431)  
920 North King Street  
Wilmington, Delaware 19801  

*Co-Counsel to Luminant Generation Company LLC*

-and-

**KIRKLAND & ELLIS LLP**  
**KIRKLAND & ELLIS INTERNATIONAL LLP**  
Edward O. Sassower, P.C.  
Stephen E. Hessler  
Brian E. Schartz  
601 Lexington Avenue  
New York, New York 10022  

-and-

James H.M. Sprayregen, P.C.  
Marc Kieselstein  
Chad J. Husnick  
Steven N. Serajeddini  
300 North LaSalle  
Chicago, Illinois 60654  

*Co-Counsel to Luminant Generation Company LLC*