## EXHIBIT B

**Attorneys and Paraprofessionals' Information**

The RL&F attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Mark D. Collins | Director | 1991 | Bankruptcy | $800.00 | 9.6 | $7,680.00 |
| Daniel J. DeFranceschi | Director | 1989 | Bankruptcy | $725.00 | 84.5 | $61,262.50 |
| Russell Silberglied | Director | 1996 | Bankruptcy | $700.00 | 0.2 | $140.00 |
| Michael J. Merchant | Director | 1999 | Bankruptcy | $625.00 | 0.2 | $125.00 |
| Jason M. Madron | Counsel | 2003 | Bankruptcy | $490.00 | 192.5 | $94,325.00 |
| Joseph C. Barsalona, II | Associate | 2014 | Bankruptcy | $250.00 | 36.2 | $9,050.00 |
| Rachel L. Biblo | Associate | 2014 | Bankruptcy | $250.00 | 0.2 | $50.00 |
| Shawna C. Bray | Associate | 2014 | Bankruptcy | $250.00 | 152.0 | $38,000.00 |
| Cory D. Kandestin | Associate | 2007 | Bankruptcy | $465.00 | 31.7 | $14,740.50 |
| L. Katherine Good | Associate | 2008 | Bankruptcy | $465.00 | 0.1 | $46.50 |
| William A. Romanowicz | Associate | 2012 | Bankruptcy | $340.00 | 85.9 | $29,206.00 |
| Tyler D. Semmelman | Associate | 2009 | Bankruptcy | $415.00 | 165.8 | $68,807.00 |
| Marisa A. Terranova | Associate | 2009 | Bankruptcy | $440.00 | 22.5 | $9,900.00 |
| **Total** | | | | | **781.4** | **$333,332.50** |

The paraprofessionals of RL&F who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Barbara J. Witters | Paralegal | 14 | Bankruptcy | $235.00 | 103.8 | $24,393.00 |
| Ann Jerominski | Paralegal | 14 | Bankruptcy | $235.00 | 0.7 | $164.50 |
| Lindsey A. Edinger | Paralegal | 1 | Bankruptcy | $235.00 | 34.6 | $8,131.00 |
| Rebecca V. Speaker | Paralegal | 13 | Bankruptcy | $235.00 | 26.6 | $6,251.00 |
| Christopher Koran | Technical Support | 3 | Litigation MIS | $195.00 | 1.3 | $253.50 |
| Erica M. Nantais | Technical Support | 1 | Litigation MIS | $235.00 | 16.6 | $3,901.00 |
| Michael L. Collins | Technical Support | 6 | Litigation MIS | $235.00 | 2.1 | $493.50 |
| Daniel D. White | Technical/Trial Support | 11 | Litigation MIS | $235.00 | 10.3 | $2,420.50 |
| **Total** | | | | | **196.0** | **$46,008.00** |

**Total Fees**  $379,340.50