## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

## ALL - Expense Summary

| Service Description | Amount |
|---|---:|
| Binding | $97.45 |
| Business Meals | $11,738.10 |
| Conference Calling | $409.60 |
| Data Hosting | $0.00 |
| Document Retrieval | $2,153.27 |
| Electronic Legal Research | $6,939.92 |
| Equipment Rental | $1,152.40 |
| Filing Fees/Court Cost | $266.66 |
| Long distance Telephone Charges | $431.09 |
| Messenger and Delivery Service | $1,721.00 |
| Overtime | $3,215.02 |
| Photocopying/Printing - Outside Vendor | $6,268.29 |
| Photocopying/Printing | $3,014.54 |
| Postage | $41.19 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Storage | $38.98 |
| Travel Expense | $79.38 |
| **Total:** | **$37,566.89** |

## TCEH - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $3.98 |
| Business Meals | $479.65 |
| Conference Calling | $16.74 |
| Data Hosting | $0.00 |
| Document Retrieval | $87.99 |
| Electronic Legal Research | $283.58 |
| Equipment Rental | $47.09 |
| Filing Fees/Court Costs | $10.90 |
| Long distance Telephone Charges | $17.62 |
| Messenger and Delivery Service | $70.32 |
| Overtime | $131.37 |
| Photocopying/Printing - Outside Vendor | $256.14 |
| Photocopying/Printing | $123.18 |
| Postage | $1.68 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Storage | $1.59 |
| Travel Expense | $3.24 |
| **Total:** | **$1,535.07** |

## EFIH - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $8.57 |
| Business Meals | $1,032.17 |
| Conference Calling | $36.02 |
| Data Hosting | $0.00 |
| Document Retrieval | $189.34 |
| Electronic Legal Research | $610.25 |
| Equipment Rental | $101.33 |
| Filing Fees/Court Costs | $23.45 |
| Long distance Telephone Charges | $37.91 |
| Messenger and Delivery Service | $151.33 |
| Overtime | $282.71 |
| Photocopying/Printing - Outside Vendor | $551.19 |
| Photocopying/Printing | $265.08 |
| Postage | $3.62 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Storage | $3.43 |
| Travel Expense | $6.98 |
| **Total:** | **$3,303.38** |

## EFH - Expense Summary

| Service Description | Amount |
| --- | --- |
| Binding | $0.00 |
| Business Meals | $0.00 |
| Conference Calling | $0.00 |
| Data Hosting | $0.00 |
| Document Retrieval | $0.00 |
| Electronic Legal Research | $0.00 |
| Filing Fees/Court Costs | $0.00 |
| Long distance Telephone Charges | $0.00 |
| Messenger and Delivery Service | $0.00 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $0.00 |
| Photocopying/Printing | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $0.00 |
| **Total:** | **$0.00** |