# EXHIBIT E

## Detailed Description of Meal Expenses

| Date | Restaurant/ Provider | Meal | Number of People | Description | Average Amount Per Person | Amount |
|---|---|---|---|---|---|---|
| 10/03/2014 | Rodney Grille | Snacks | 20 | Snacks for visiting co-counsel, client representatives and estate professionals preparing for 10/8/14 hearing | $7.81 | $156.29 |
| 10/06/2014 | Rodney Grille | Lunch | 15 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with 10/8/14 hearing | $13.97 | $209.55 |
| 10/06/2014 | Washington Street Ale House | Dinner | 6 | Working meal for RL&F team members in connection with after-hours preparations for 10/8/14 hearing | $18.06 | $108.36 |
| 10/07/2014 | Cavanaugh's | Lunch | 30 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with 10/8/14 hearing | $14.77 | $443.00 |
| 10/07/2014 | Washington Street Ale House | Dinner | 6 | Working meal for RL&F team members in connection with after-hours preparations for 10/8/14 hearing | $17.62 | $105.71 |
| 10/07/2014 | Dimeo's | Dinner | 10 | Working meal for visiting co-counsel, client representatives and estate professionals preparing for 10/8/14 hearing | $15.98 | $159.77 |
| 10/08/2014 | Cavanaugh's | Lunch | 30 | Working meal for visiting co-counsel, client representatives and estate professionals preparing for 10/8/14 hearing | $16.27 | $488.00 |
| 10/08/2014 | Rodney Grille | Coffee/ Drinks | 5 | Beverages for visiting co-counsel, client representatives and estate professionals preparing for 10/8/14 hearing | $6.27 | $31.35 |
| 10/08/2014 | Rodney Grille | Breakfast | 30 | Working meal for visiting co-counsel, client representatives and estate professionals preparing for 10/8/14 hearing | $21.74 | $652.29 |
| 10/08/2014 | Mikimoto's | Dinner | 3 | Working meal for RL&F team members in connection with after-hours preparations for 10/9/14 hearing | $25.12 | $75.36 |
| 10/09/2014 | Rodney Grille | Breakfast | 20 | Working meal for visiting co-counsel, client representatives and estate professionals preparing for 10/9/14 hearing | $20.10 | $402.00 |

| Date | Vendor | Meal | # | Description | Per Person | Total |
|---|---|---|---|---|---|---|
| 10/09/2014 | Rodney Grille | Lunch | 20 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with 10/9/14 hearing | $16.31 | $326.15 |
| 10/14/2014 | Movable Feast | Dinner | 15 | Working meal for visiting co-counsel, client representatives and estate professionals preparing for 10/15/14 hearing | $76.80 | $1,152.00[1] |
| 10/15/2014 | Rodney Grille | Breakfast | 20 | Working meal for visiting co-counsel, client representatives and estate professionals preparing for 10/15/14 hearing | $21.35 | $426.90 |
| 10/15/2014 | Rodney Grille | Salad for Lunch | 20 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with 10/15/14 hearing | $2.99 | $59.80 |
| 10/15/2014 | Harry's Seafood | Dinner | 6 | Working meal for RL&F team members in connection with after-hours preparation for 10/16/14 deposition and 10/17/14 hearing | $41.99 | $251.96 |
| 10/15/2014 | Loma | Lunch (Sandwiches) | 30 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with 10/15/14 hearing | $8.85 | $265.59 |
| 10/16/2014 | Rodney Grille | Drinks | 12 | Beverages for visiting co-counsel, client representatives and estate professionals preparing for 10/17/14 hearing | $1.99 | $23.88 |
| 10/16/2014 | Rodney Grille | Breakfast | 15 | Working meal for visiting co-counsel, client representatives and estate professionals preparing for 10/17/14 hearing | $18.92 | $283.85 |
| 10/16/2014 | Rodney Grille | Water | 48 | Beverages for visiting co-counsel, client representatives and estate professionals preparing for 10/17/14 hearing | $1.49 | $71.52 |
| 10/16/2014 | Rodney Grille | Salad for Lunch | 20 | Working meal for visiting co-counsel, client representatives and estate professionals preparing for 10/17/14 hearing | $2.99 | $59.80 |
| 10/16/2014 | Loma | Lunch (Sandwiches) | 20 | Working meal for visiting co-counsel, client representatives and estate professionals preparing for 10/17/14 hearing | $11.48 | $229.55 |

---

[1] RL&F consents to a voluntary reduction of $327.00 in connection with this meal charge.

RLF1 11485128v.1

| Date | Vendor | Meal | # | Description | Unit | Total |
|---|---|---|---|---|---|---|
| 10/17/2014 | Rodney Grille | Breakfast | 20 | Working meal for visiting co-counsel, client representatives and estate professionals preparing for 10/20/14 hearing | $21.35 | $426.90 |
| 10/17/2014 | Cavanaugh's | Lunch | 30 | Working meal for visiting co-counsel, client representatives and estate professionals preparing for 10/20/14 hearing | $15.43 | $463.00 |
| 10/20/2014 | Rodney Grille | Drinks | 20 | Beverages for visiting co-counsel, client representatives and estate professionals in connection with 10/20/14 hearing | $1.19 | $23.88 |
| 10/20/2014 | Rodney Grille | Snacks | 9 | Snacks for visiting co-counsel, client representatives and estate professionals in connection with 10/20/14 hearing | $1.59 | $14.31 |
| 10/20/2014 | Rodney Grille | Drinks | 20 | Beverages for visiting co-counsel, client representatives and estate professionals preparing for 10/20/14 hearing | $3.21 | $64.20 |
| 10/20/2014 | Manhattan Bagel Company | Breakfast | 15 | Working meal for visiting co-counsel, client representatives and estate professionals preparing for 10/20/14 hearing | $32.00 | $480.00[2] |
| 10/20/2014 | Purebread | Lunch | 30 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with 10/20/14 hearing | $19.45 | $583.51 |
| 10/20/2014 | Movable Feast | Dinner | 30 | Working meal for visiting co-counsel, client representatives and estate professionals preparing for 10/21/14 hearing | $33.95 | $1,018.50 |
| 10/21/2014 | Rodney Grille | Breakfast | 30 | Working meal for visiting co-counsel, client representatives and estate professionals preparing for 10/21/14 hearing | $21.35 | $640.35 |
| 10/21/2014 | Rodney Grille | Drinks | 24 | Beverages for visiting co-counsel, client representatives and estate professionals in connection with 10/21/14 hearing | $1.99 | $47.76 |

---

[2] RL&F consents to a voluntary reduction of $105.00 in connection with this meal charge.

| Date | Vendor | Meal | # | Description | Cost/Person | Total |
|---|---|---|---|---|---|---|
| 10/21/2014 | Urban Cafe | Lunch | 30 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with 10/21/14 hearing | $14.82 | $444.70 |
| 10/24/2014 | Rodney Grille | Snacks | 50 | Snacks for visiting co-counsel, client representatives and estate professionals preparing for 10/28/14 hearing | $1.59 | $79.50 |
| 10/27/2014 | Rodney Grille | Water | 10 | Beverages for visiting co-counsel, client representatives and estate professionals preparing for 10/28/14 hearing | $7.00 | $70.00 |
| 10/27/2014 | Movable Feast | Dinner | 30 | Working meal for visiting co-counsel, client representatives and estate professionals preparing for 10/28/14 hearing | $31.95 | $958.50 |
| 10/27/2014 | Manhattan Bagel Company | Breakfast | 15 | Working meal for visiting co-counsel, client representatives and estate professionals preparing for 10/28/14 hearing | $17.33 | $260.00 |
| 10/27/2014 | Urban Café | Lunch | 30 | Working meal for visiting co-counsel, client representatives and estate professionals preparing for 10/28/14 hearing | $14.32 | $429.70 |
| 10/28/2014 | Sugarfoot Fine Foods | Lunch | 30 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with 10/28/14 hearing | $21.83 | $655.00 |
| 10/28/2014 | Manhattan Bagel Company | Breakfast | 15 | Working meal for visiting co-counsel, client representatives and estate professionals preparing for 10/28/14 hearing | $17.33 | $260.00 |
| 10/28/2014 | Daniel J. DeFranceschi (out of office lunch) | Lunch | 8 | Working meal for other visiting co-counsel, client representatives and estate professionals following 10/28/14 hearing | $27.45 | $219.60 |
| 10/30/2014 | Mikimoto's | Dinner | 2 | Working meal for RL&F team members handling after-hours filing of numerous motions | $47.89 | $95.77 |
| 10/31/2014 | Grotto's Pizza | Dinner | 2 | Working meal for RL&F team members handling after-hours filing and preparation of multiple professionals' monthly and interim fee applications | $16.04 | $32.07 |