**<u>SCHEDULE 1</u>**

| **Name of Entity Searched** | **Comments and/or Status** |
| --- | --- |
| Abbott Laboratories | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| ACE USA | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Adams, James | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |
| Adams, Robert | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |
| Adobe Systems Inc. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Aegis Insurance Company | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| AIG | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |

| **Name of Entity Searched** | **Comments and/or Status** |
| --- | --- |
| Alcatel Lucent | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Alexander, John | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |
| Allstate Insurance Company | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Alstom Inc. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| American Airlines, Inc. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| American Cyanamid | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| American Honda Motor Co. Inc. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters |

| Name of Entity Searched | Comments and/or Status |
|---|---|
|  | wholly unrelated to the debtors' chapter 11 case |
| American Multi-Cinema, Inc. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| American Residential | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| AMF Graphics Inc. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Anderson, Brenda | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |
| Anderson, David | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |
| AO Smith Corp. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Apple | MDMC may currently represent and/or may have in the past represented this entity and/or |

| Name of Entity Searched | Comments and/or Status |
|---|---|
| | certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Arco Corp. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Arkema, Inc. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Ascension Health | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Ashland, Inc. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Axis Insurance | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Baker Hughes Oilfield Operations, Inc. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 |

| **Name of Entity Searched** | **Comments and/or Status** |
|---|---|
| | case |
| Bank of America | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Bayer Corporation | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Bimbo Bakeries USA Inc. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| BMO Capital Markets | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| BNP Paribas | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| BP America Inc. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |

| **Name of Entity Searched** | **Comments and/or Status** |
|---|---|
| Burnham Corp. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Calanese | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Cameco Inc. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Capital One | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Carborundum Co. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Caremark | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Case, Richard | MDMC may currently represent and/or may have in the past represented a person with this |

| Name of Entity Searched | Comments and/or Status |
|---|---|
|  | name in matters wholly unrelated to the debtors' chapter 11 case |
| Caterpillar Financial Corp. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Caterpillar Inc. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Catholic Charities | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Chevron USA Inc. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Chubb Son | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Cintas Corp. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |

| **Name of Entity Searched** | **Comments and/or Status** |
|---|---|
| Citibank NA | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Citigroup | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| CitiMortgage | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Clark, Jack | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |
| Clayton Williams Energy, Inc. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Clearview | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Colorado School of Mines | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters |

| **Name of Entity Searched** | **Comments and/or Status** |
|---|---|
| | wholly unrelated to the debtors' chapter 11 case |
| Conning Asset Management | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Contrarian Capital Management LLC | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Cox, Robert | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |
| Cozen O'Connor | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Credit Suisse | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Crum Forster | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |

| **Name of Entity Searched** | **Comments and/or Status** |
|---|---|
| CSI International Inc. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| CSX Transportation | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Cytec Industries Inc. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Davis Polk & Wardwell, LLP | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Davis, Donald | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |
| Deutsche Asset Management | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Deutsche Bank | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters |

| **Name of Entity Searched** | **Comments and/or Status** |
|---|---|
| | wholly unrelated to the debtors' chapter 11 case |
| Do It Best Corp. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Drake, William | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |
| Dresser Inc. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| E.I. DuPont de Nemours and Co | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Eaton Corp. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| EIS | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |

| **Name of Entity Searched** | **Comments and/or Status** |
|---|---|
| Ernst Young | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Ethicon Inc. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Exxon Mobil Corp. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Federal Deposit Insurance Corp. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Federal Home Loan Bank of NY | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Federal Pacific Electric Company | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Fidelity | MDMC may currently represent and/or may have in the past represented this entity and/or |

| Name of Entity Searched | Comments and/or Status |
|---|---|
| | certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Fina, Michael | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |
| Firestone | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Fisher Scientific | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Flowserve US Inc. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Fortress Investment | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Franklin Services, Inc. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |

| **Name of Entity Searched** | **Comments and/or Status** |
|---|---|
| Garcia, Jose | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |
| GE Capital | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| General Motors Corp. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Goodwin Proctor LLP | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Gould Electronics, Inc. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Gray, Robert | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |
| Green, James | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |

| **Name of Entity Searched** | **Comments and/or Status** |
|---|---|
| Green, John | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |
| Griffin, William | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |
| Hamilton, James | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |
| Harris, Mary | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |
| Hays, James | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |
| HB Fuller Co. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| HCC | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Herbert Smith LLP | MDMC may currently represent and/or may have in the past represented this entity and/or |

| Name of Entity Searched | Comments and/or Status |
|---|---|
| | certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Hercules Inc. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Honeywell International Inc. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| infoUSA, Inc. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| ITT | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| J. M. Huber Corp. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| JC Penney | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 |

| **Name of Entity Searched** | **Comments and/or Status** |
| --- | --- |
| | case |
| JNT Technical Services, Inc. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| John Hancock Life Insurance Company | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Johnson Matthey Inc. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Johnson, Keith | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |
| Johnsons Controls | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Jones, John | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |
| Jones, Paul | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the |

| **Name of Entity Searched** | **Comments and/or Status** |
|---|---|
|  | debtors' chapter 11 case |
| Jones, Ralph | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |
| JP Morgan | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| JP Morgan Asset Management | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| JP Morgan Chase | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Kelly, Gregory | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |
| KimberlyClark Corp. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Kinder Morgan Inc. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters |

| Name of Entity Searched | Comments and/or Status |
|---|---|
|  | wholly unrelated to the debtors' chapter 11 case |
| Kone Inc. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| KPMG, LLP | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Kraft Food | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Kraven Levin Neftalis Frankel | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| L3 Communications | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Liberty Mutual Life Insurance Co. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |

| **Name of Entity Searched** | **Comments and/or Status** |
|---|---|
| Litton Industries Inc. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Locke Lord LLP | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Loeb Partners | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Loomis Sayles | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Lucent Technologies Inc. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Margolis Edlstein | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Martin, William | MDMC may currently represent and/or may have in the past represented a person with this |

| **Name of Entity Searched** | **Comments and/or Status** |
|---|---|
| | name in matters wholly unrelated to the debtors' chapter 11 case |
| Massachusetts Financial | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Massachusetts Mutual Life Insurance Co. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| McCarter & English LLP | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Metropolitan Life Insurance Co. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Mettler-Toledo, Inc. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Michelin North American, Inc. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |

| **Name of Entity Searched** | **Comments and/or Status** |
|---|---|
| Mid South | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| MidValley Inc. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Miller, David | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |
| Mobil Oil | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Monitor Surety Managers Inc. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Moore, John | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |
| Moore, Kenneth | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |

| **Name of Entity Searched** | **Comments and/or Status** |
|---|---|
| Moore, William | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |
| Morgan Stanley | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Morgan Stanley Smith Barney LLC | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Morgan, Thomas | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |
| Motiva Enterprises LLC | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| National Grid | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Nationwide Insurance | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 |

| Name of Entity Searched | Comments and/or Status |
|---|---|
|  | case |
| Navigators Management Co Inc. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Nelson, William | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |
| Nestle USA Inc. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| NeuCo, Inc. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| New Jersey Natural Gas Co. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| New York Life | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Nissan Motor Acceptance Corp. | MDMC may currently represent and/or may have in the past represented this entity and/or |

| Name of Entity Searched | Comments and/or Status |
|---|---|
|  | certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Nixon Peabody LLP | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Norit Americas Inc. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| NRS | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| O'Brien, John | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |
| Occidental Chemical Corp. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| OceanConnect LLC | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |

| **Name of Entity Searched** | **Comments and/or Status** |
|---|---|
| OppenheimerFunds, Inc. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Optimus LLC | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Owens, Debra | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |
| Pacific Life Insurance | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Paragon Technologies, Inc. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Parker, Richard | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |
| Phoenix | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 |

| Name of Entity Searched | Comments and/or Status |
|---|---|
| | case |
| PIMCO | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Praxair Inc. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Preferred Freezer Services | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Princeton | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Principal Financial Group | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Principal Life Insurance Co. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |

| **Name of Entity Searched** | **Comments and/or Status** |
| --- | --- |
| Protective Life Insurance | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Prudential Insurance | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Putnam Investments | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Ray, Lawrence | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |
| RBC Capital Markets | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Reagent Chemical Research Inc. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Regions Bank | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters |

| Name of Entity Searched | Comments and/or Status |
|---|---|
|  | wholly unrelated to the debtors' chapter 11 case |
| Reliance Electric Co. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Reliance Insurance Co. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Remington Arms | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Rice, Susan | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |
| Rice, Thomas | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |
| Richemont North America, Inc. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Rinker Materials | MDMC may currently represent and/or may have in the past represented this entity and/or |

| **Name of Entity Searched** | **Comments and/or Status** |
|---|---|
| | certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| RLI Insurance Company | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Rockspace Hosting, Inc. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Rockwell Automation | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Rolled Alloys, Inc. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Royal  Bank of Canada | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Russell, Thomas | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |

| **Name of Entity Searched** | **Comments and/or Status** |
| --- | --- |
| Safeco Insurance Co. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Schulte Roth Zabel | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Sears | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| SGS | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Shared Systems Technology, Inc. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Sherwin Williams | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Sidney Austin LLP | MDMC may currently represent and/or may have in the past represented this entity and/or |

| Name of Entity Searched | Comments and/or Status |
|---|---|
| | certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Smith, Amy | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |
| Smith, Bonnier | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |
| Smith, Carl | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |
| Smith, David | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |
| Smith, Edward | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |
| Smith, Michael | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |
| Solar Turbines, Inc. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 |

| **Name of Entity Searched** | **Comments and/or Status** |
|---|---|
| | case |
| Starr Insurance | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Starwood Hotels & Resorts | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| State Street Global Advisors | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Stein, Margaret | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |
| Stewart & Stevenson Services, Inc. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Sullivan, Joseph | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |
| Sunoco, Inc. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters |

| Name of Entity Searched | Comments and/or Status |
|---|---|
| | wholly unrelated to the debtors' chapter 11 case |
| Taylor, George | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |
| Taylor, John | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |
| TD Bank | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Tektronix, Inc. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Terminix International | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Texaco Inc. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| The Bank of New York | MDMC may currently represent and/or may have in the past represented this entity and/or |

| **Name of Entity Searched** | **Comments and/or Status** |
|---|---|
|  | certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| The Shaw Group, Inc. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Thomas, Henry | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |
| Thompson, Donald | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |
| Thompson, Mary | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |
| TIAA CREF | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Trane Co. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| TRW Inc. | MDMC may currently represent and/or may have in the past represented this entity and/or |

| Name of Entity Searched | Comments and/or Status |
|---|---|
| | certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| UBS | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Valero Energy Corp. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Vanguard | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Veritext LLC | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Verizon | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Verizon Wireless | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 |

| Name of Entity Searched | Comments and/or Status |
|---|---|
| | case |
| VR Global Partners LP | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Watson, David | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |
| Wells Fargo | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Wells, James | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |
| Wilder, Jay | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |
| Williams, John | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |
| Williams, Patricia | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |

| **Name of Entity Searched** | **Comments and/or Status** |
|---|---|
| Williams, Thomas | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |
| Witco Corp. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Wood, Mark | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |
| Worley Parsons Group Inc. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| WW Grainger Inc. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Xerox Corp. | MDMC may currently represent and/or may have in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the debtors' chapter 11 case |
| Young, Patricia | MDMC may currently represent and/or may have in the past represented a person with this name in matters wholly unrelated to the debtors' chapter 11 case |