# EXHIBIT C

**SAWYER DECLARATION**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtor. | Jointly Administered |

### DECLARATION OF HUGH E. SAWYER IN SUPPORT OF APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP AS DELAWARE COUNSEL TO DEBTORS AND DEBTORS IN POSSESSION ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY LLC AND TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC EFFECTIVE NUNC PRO TUNC TO JANUARY 12, 2015

I, Hugh E. Sawyer, being duly sworn, state the following under penalty of perjury:

1. I am a member of the Board of Managers of Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC, located at 1601 Bryan Street, Dallas, TX 75201.

2. I submit this declaration (the "Declaration") in support of *Debtors' Energy Future Competitive Holdings Company LLC And Texas Competitive Electric Holdings Company LLC's Application For Entry Of An Order Authorizing The Retention And Employment Of McElroy, Deutsch, Mulvaney & Carpenter, LLP As Delaware Counsel To Debtors And Debtors In Possession Energy Future Competitive Holdings Company LLC And Texas Competitive Electric Holdings Company LLC Effective Nunc Pro Tunc To January 12, 2015* (the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 7520 I. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

"Application").[2]  Except as otherwise noted, I have personal knowledge of the matters set forth herein.

### Disinterested Manager's Selection of Counsel

3.      I selected McElroy, Deutsch, Mulvaney & Carpenter, LLP ("MDMC") as the TCEH Debtors' Delaware counsel, reporting to me as the independent board member of the TCEH Debtors.  I recognize that a comprehensive review process is necessary when selecting and managing chapter 11 counsel to ensure that bankruptcy professionals are subject to the same client-driven market forces, scrutiny, and accountability as professionals in non-bankruptcy engagements.

4.      To that end, I employed a review process whereby I assessed potential counsel based on their expertise in the relevant legal issues and in similar proceedings.  Due to the potential legal complexities involved with this case that have arisen and may arise, I was particularly concerned with potential counsel's expertise in restructuring and corporate governance.  Using this review process, I retained Munger, Tolles & Olson LLP ("MTO") because of this experience.  I am advised that pursuant to the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), MTO is required to associate with Delaware counsel.  In addition, it is possible that a disabling conflict may arise for MTO on a particular matter and thus I needed to be sure that I retained a Delaware law firm which could fulfill both roles as required.  Therefore to that end, in consultation with MTO, I have selected MDMC.  I believe that MDMC is both well qualified and able to represent the TCEH Debtors in connection with "Conflict Matters," as defined in and pursuant to the authority delegated to me in the Resolutions, in an efficient and timely manner.

---

[2]  Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

**Rate Structure**

5. MDMC has informed the TCEH Debtors that its rates for bankruptcy representations are comparable to the rates MDMC charges for non-bankruptcy representations.

**Cost Supervision**

6. The TCEH Debtors and MDMC, in consultation with MTO, expect to develop a prospective budget and staffing plan to comply with the U.S. Trustee's requests for information and additional disclosures, and any other orders of the Court, for the period from January 12, 2015, to March 31, 2015, recognizing that in the course of this massive chapter 11 case, there may be unforeseeable fees and expenses that will need to be addressed by the TCEH Debtors and MDMC. The TCEH Debtors further recognize that it is their responsibility to monitor closely the billing practices of counsel to ensure the fees and expenses paid by the estate remain consistent with the TCEH Debtors' expectations and the exigencies of EFH Corp.'s chapter 11 cases. The TCEH Debtors will review the invoices that MDMC submits, and, together with MDMC, amend the budget and staffing plans periodically, as the case develops.

7. As with its other professionals, the TCEH Debtors will bring discipline, predictability, client involvement and accountability to the counsel fees and expenses reimbursement process. While every chapter 11 case is unique, these budgets will provide guidance on the periods of time involved, the level of the attorneys and professionals that will work on various matters, and projections of average hourly rates for the attorneys and professionals for various matters.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: February 11, 2015         By: */s/ Hugh E. Sawyer*
                                     Name:  Hugh E. Sawyer
                                     Title:    Authorized Manager of ECFH and TCEH