IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON FEBRUARY 17, 2015 STARTING AT 12:00 P.M. (NOON) (EST)[2]**

**I.   INTERIM FEE APPLICATIONS:[3]**

1. Interim Fee Application of Alvarez & Marsal North America, LLC, in their Capacity as Restructuring Advisors for the Debtors and Debtors in Possession, for the Period from April 29, 2014 through and Including August 31, 2014 [D.I. 2678; filed October 31, 2014]

    Response/Objection Deadline:        November 21, 2014 at 4:00 p.m. (EST)

    Responses/Objections Received:

    A.   Statement and Reservation of Rights of Official Committee of TCEH Unsecured Creditors to First Interim Applications for Reimbursement of Professional Fees and Expenses [D.I. 3357; filed January 23, 2015]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The February 17, 2015 (the "February 17th Hearing") hearing will be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 beginning at 12:00 p.m. (noon) (EST). Any person who wishes to appear telephonically at the February 17th Hearing must contact COURTCALL, LLC at 866-582-6878 prior to **12:00 p.m. (noon) (EST) on Friday, February 13, 2015** to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009.*

[3] In accordance with paragraph 7(D) of the *General Chambers Procedures of the United States Bankruptcy Court for the District of Delaware, Dated April 3, 2006*, "[A] representative for each applicant personally familiar with the services rendered and costs incurred that are the subject of the [interim fee application] shall appear in person at the [interim fee hearing] in support of the application. If such person is not local counsel, then arrangements may be made through [CourtCall, LLC] to appear telephonically [at the interim fee hearing]." See General Chambers Procedures at ¶ 7(D).

Related Documents:

i. Fee Committee Report (to be filed by February 13, 2015)

Status: The hearing on this matter will go forward on an uncontested basis. The parties intend to present a proposed form of agreed omnibus interim fee order to the Court for entry at the hearing.

2. Interim Fee Application of McDermott Will & Emery LLP, Special Counsel for the Debtors and Debtors in Possession, for the Period from April 29, 2014 through and Including August 31, 2014 [D.I. 2679; filed October 31, 2014]

Response/Objection Deadline:    November 21, 2014 at 4:00 p.m. (EST)

Responses/Objections Received:

A. Statement and Reservation of Rights of Official Committee of TCEH Unsecured Creditors to First Interim Applications for Reimbursement of Professional Fees and Expenses [D.I. 3357; filed January 23, 2015]

Related Documents:

i. Notice of Filing of Supplement to Interim Fee Application of McDermott Will & Emery LLP Dated October 31, 2014 [D.I. 2846; filed November 21, 2014]

ii. Fee Committee Report (to be filed by February 13, 2015)

Status: The hearing on this matter will go forward on an uncontested basis. The parties intend to present a proposed form of agreed omnibus interim fee order to the Court for entry at the hearing.

3. First Interim Fee Application of Evercore Group L.L.C., Debtors' Investment Banker and Financial Advisor for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred from April 29, 2014 through August 31, 2014 [D.I. 2700; filed November 4, 2014]

Response/Objection Deadline:    November 25, 2014 at 4:00 p.m. (EST)

Responses/Objections Received:

A. Statement and Reservation of Rights of Official Committee of TCEH Unsecured Creditors to First Interim Applications for Reimbursement of Professional Fees and Expenses [D.I. 3357; filed January 23, 2015]

Related Documents:

i. Fee Committee Report (to be filed by February 13, 2015)

> Status: The hearing on this matter will go forward on an uncontested basis. The parties intend to present a proposed form of agreed omnibus interim fee order to the Court for entry at the hearing.

4. First Interim Application of Lazard Frères and Co. LLC, as Investment Banker to the Official Committee of TCEH Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period May 14, 2014 through August 31, 2014 [D.I. 2726; filed November 10, 2014]

   Response/Objection Deadline:    December 1, 2014 at 4:00 p.m. (EST)

   Responses/Objections Received:    None.

   Related Documents:

   i.   Fee Committee Report (to be filed prior by February 13, 2015)

   Status: The hearing on this matter will go forward on an uncontested basis. The parties intend to present a proposed form of agreed omnibus interim fee order to the Court for entry at the hearing.

5. First Interim Fee Application of KPMG LLP for Compensation for Services Rendered and Reimbursement of Expenses as Bankruptcy Accounting and Tax Advisors to the Debtors and Debtors in Possession for the Period from April 29, 2014 through August 31, 2014 [D.I. 2806; filed November 18, 2014]

   Response/Objection Deadline:    December 9, 2014 at 4:00 p.m. (EST)

   Responses/Objections Received:

   A.   Statement and Reservation of Rights of Official Committee of TCEH Unsecured Creditors to First Interim Applications for Reimbursement of Professional Fees and Expenses [D.I. 3357; filed January 23, 2015]

   Related Documents:

   i.   Fee Committee Report (to be filed by February 13, 2015)

   Status: The hearing on this matter will go forward on an uncontested basis. The parties intend to present a proposed form of agreed omnibus interim fee order to the Court for entry at the hearing.

Dated: February 12, 2015
       Wilmington, Delaware

/s/ *signature*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
          defranceschi@rlf.com
          madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   edward.sassower@kirkland.com
          stephen.hessler@kirkland.com
          brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
          marc.kieselstein@kirkland.com
          chad.husnick@kirkland.com
          steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*