## <u>EXHIBIT A</u>

**Statement of Fees and Expenses By Subject Matter**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 3 | [ALL] Automatic Stay | 70.10 | $40,337.00 |
| 6 | [ALL] Case Administration | 156.20 | $83,854.00 |
| 7 | [ALL] Cash Management | 9.80 | $6,566.00 |
| 8 | [ALL] Claims Administration & Objections | 316.30 | $173,663.00 |
| 9 | [ALL] Contested Matters & Adv. Proceed. | 4,692.50 | $2,557,930.00 |
| 10 | [ALL] Corp. Governance and Sec. Issues | 222.30 | $196,670.50 |
| 11 | [ALL] Exec. Contracts & Unexpired Leases | 16.90 | $11,504.50 |
| 12 | [ALL] Hearings | 28.80 | $21,518.50 |
| 13 | [ALL] Insurance | 3.10 | $2,131.00 |
| 14 | [ALL] K&E Retention and Fee Applications | 732.80 | $353,133.00 |
| 16 | [ALL] Non-Debtor Affiliates | 5.90 | $3,687.50 |
| 17 | [ALL] Non-K&E Retentions & Fee Apps | 111.10 | $64,423.00 |
| 18 | [ALL] Non-Working Travel | 70.80 | $65,540.00 |
| 19 | [ALL] Official Committee Issues & Meet. | 19.40 | $12,283.00 |
| 21 | [ALL] Plan and Disclosure Statements | 1,298.10 | $1,090,393.00 |
| 26 | [ALL] Retiree and Employee Issues/OPEB | 370.90 | $268,735.50 |
| 29 | [ALL] Tax Issues | 403.40 | $352,774.50 |
| 30 | [ALL] U.S. Trustee Issues | 3.20 | $2,258.00 |
| 34 | [TCEH] Asset Dispositions and Purchases | 13.20 | $8,178.00 |
| 35 | [TCEH] Automatic Stay | 3.40 | $2,125.00 |
| 37 | [TCEH] Business Operations | 2.20 | $1,375.00 |
| 38 | [TCEH] Cash Collateral and DIP Financing | 11.80 | $8,175.00 |
| 39 | [TCEH] Claims Administration & Objection | 251.80 | $160,304.00 |
| 40 | [TCEH] Contested Matters & Advers. Proc. | 69.40 | $44,357.50 |
| 41 | [TCEH] Corp. Governance and Sec. Issues | 3.00 | $2,748.00 |
| 46 | [TCEH] Non-Debtor Affiliates | 0.50 | $295.00 |
| 47 | [TCEH] Non-K&E Retention & Fee Apps | 14.40 | $9,217.00 |
| 49 | [TCEH] Official Committee Issues & Meet. | 0.50 | $370.50 |
| 57 | [TCEH] Trading and Hedging Contracts | 11.00 | $6,875.00 |
| 62 | [TCEH] Vendor and Other Creditor Issues | 46.50 | $28,886.00 |
| 66 | [EFIH] Cash Collat./DIP Finan./Makewhole | 76.80 | $64,187.00 |
| 68 | [EFIH] Contested Matters & Advers. Pro. | 501.90 | $372,790.00 |
| 69 | [EFIH] Corp. Governance and Sec. Issues | 6.70 | $6,481.50 |
| 72 | [EFIH] Non-K&E Retention & Fee Applicat. | 7.10 | $4,326.50 |
| 73 | [EFIH] Non-Working Travel | 26.90 | $18,574.00 |
| 74 | [EFIH] Official Committee Issues & Meet. | 3.90 | $2,437.50 |
| 75 | [EFIH] Oncor | 1.10 | $1,009.50 |
| 76 | [EFIH] Plan / Disclosure Statement | 4.10 | $3,784.50 |
| 87 | [EFH] Corp. Governance and Sec. Issues | 3.60 | $3,520.00 |
| 89 | [EFH] EFH Properties | 60.20 | $36,467.00 |
| 95 | [EFH] Non-working Travel | 3.50 | $3,587.50 |
| 108 | [TCEH] Exec. Contracts & Unexpired Lease | 113.90 | $71,517.50 |
| **Totals:** | | **9,769.00** | **$6,168,990.50** |

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $2,233.82 |
| Standard Copies or Prints | $4,258.60 |
| Binding | $46.20 |
| Color Copies or Prints | $4,582.20 |
| CD-ROM Duplicates/Master | $14.00 |
| Production Blowbacks | $619.20 |
| Overnight Delivery | $184.77 |
| Outside Messenger Services | $124.16 |
| Local Transportation | $868.60 |
| Travel Expense | $50,466.95 |
| Airfare | $28,390.65 |
| Transportation to/from airport | $4,821.50 |
| Travel Meals | $1,574.80 |
| Other Travel Expenses | $577.43 |
| Court Reporter Fee/Deposition | $6,078.70 |
| Outside Contract Attorney Expense | $142,804.00 |
| Outside Copy/Binding Services | $6.97 |
| Working Meals/K&E Only | $60.00 |
| Working Meals/K&E and Others | $80.00 |
| Catering Expenses | $5,266.32 |
| Computer Database Research | $1,150.00 |
| Overtime Transportation | $2,268.72 |
| Overtime Meals - Non-Attorney | $95.29 |
| Overtime Meals - Attorney | $1,437.76 |
| Rental Expenses | $3,321.90 |
| **Total:** | **$261,332.54** |