# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The K&E attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Jack N Bernstein | Partner | 1995 | Employee Benefits | 965.00 | 6.10 | $5,886.50 |
| Andrew Calder, P.C. | Partner | 2003 | Corporate - M&A/Private Equity | 1,195.00 | 20.50 | $24,497.50 |
| Jeanne T Cohn-Connor | Partner | 1985 | Environment - Transactional | 895.00 | 65.80 | $58,891.00 |
| Cormac T Connor | Partner | 2002 | Litigation - Gov/Reg/Internal Investgn | 775.00 | 131.00 | $101,525.00 |
| Mark Filip, P.C. | Partner | 1993 | Litigation - General | 1,195.00 | 1.20 | $1,434.00 |
| Stephen Fraidin | Partner | 1965 | Corporate - M&A Private Equity | 1,245.00 | 5.80 | $7,221.00 |
| Gregory W Gallagher, P.C. | Partner | 1997 | Taxation | 1,195.00 | 98.70 | $117,946.50 |
| Jonathan F Ganter | Partner | 2010 | Litigation - General | 775.00 | 119.20 | $92,380.00 |
| Jeffrey M Gould | Partner | 2006 | Litigation - General | 795.00 | 165.90 | $131,890.50 |
| William Guerrieri | Partner | 2008 | Restructuring | 840.00 | 53.10 | $44,604.00 |
| Stephen E Hessler | Partner | 2001 | Restructuring | 995.00 | 149.20 | $148,454.00 |
| Richard U S Howell | Partner | 2006 | Litigation - General | 795.00 | 150.00 | $119,250.00 |
| Reid Huefner | Partner | 2007 | IP - Litigation | 775.00 | 27.20 | $21,080.00 |
| Chad J Husnick | Partner | 2004 | Restructuring | 915.00 | 145.00 | $132,675.00 |
| Marc Kieselstein, P.C. | Partner | 1988 | Restructuring | 1,125.00 | 108.00 | $121,500.00 |
| Michelle Kilkenney | Partner | 2002 | Corporate - Debt Finance | 995.00 | 8.50 | $8,457.50 |
| Brian R. Land | Partner | 1989 | Environmental - Transactional | 1,095.00 | 0.80 | $876.00 |
| Todd F Maynes, P.C. | Partner | 1988 | Taxation | 1,295.00 | 67.30 | $87,153.50 |
| Andrew R McGaan, P.C. | Partner | 1986 | Litigation - General | 1,025.00 | 124.70 | $127,817.50 |
| Mark E McKane | Partner | 1997 | Litigation - General | 925.00 | 146.30 | $135,327.50 |
| Amber J Meek | Partner | 2009 | Corporate - M&A/Private Equity | 840.00 | 23.80 | $19,992.000 |
| Linda K Myers, P.C. | Partner | 1990 | Corporate - Debt Finance | 1,245.00 | 11.10 | $13,819.50 |
| Benjamin D. Panter | Partner | 2006 | Executive Compensation | 875.00 | 0.50 | $437.50 |
| Matthew E Papez, P.C. | Partner | 1999 | Litigation - General | 880.00 | 26.40 | $23,232.00 |
| Michael A Petrino | Partner | 2008 | Litigation - General | 775.00 | 138.10 | $107,027.50 |
| Scott D Price | Partner | 1990 | Executive Compensation | 1,175.00 | 10.80 | $12,690.00 |
| William T Pruitt | Partner | 2004 | Litigation - General | 840.00 | 18.50 | $15,540.00 |
| Brenton A | Partner | 2007 | Litigation - General | 825.00 | 40.70 | $33,577.50 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Rogers | | | | | | |
| Joshua Samis | Partner | 2005 | Corporate - Debt Finance | 840.00 | 7.60 | $6,384.00 |
| Edward O Sassower, P.C. | Partner | 2000 | Restructuring | 1,125.00 | 126.80 | $142,650.00 |
| Brian E Schartz | Partner | 2008 | Restructuring | 840.00 | 179.80 | $151,032.00 |
| Michael B Slade | Partner | 1999 | Litigation - General | 905.00 | 21.80 | $19,729.00 |
| James H M Sprayregen, P.C. | Partner | 1985 | Restructuring | 1,245.00 | 143.20 | $178,284.00 |
| Bryan M Stephany | Partner | 2007 | Litigation - General | 795.00 | 180.10 | $143,179.50 |
| R. Timothy Stephenson | Partner | 1990 | Labor & Employment | 1,025.00 | 0.50 | $512.50 |
| Sara B Zablotney | Partner | 2003 | Taxation | 1,095.00 | 52.00 | $56,940.00 |
| Julia Allen | Associate | 2012 | Litigation - General | 595.00 | 54.60 | $32,487.00 |
| Cristina Almendarez | Associate | 2014 | IP - Litigation | 450.00 | 31.50 | $14,175.00 |
| James Barolo | Associate | 2014 | Litigation - General | 450.00 | 110.30 | $49,635.00 |
| Andrew Barton | Associate | 2010 | Executive Compensation | 795.00 | 10.70 | $8,506.50 |
| Rebecca Blake Chaikin | Associate | Pending | Restructuring | 450.00 | 146.30 | $65,835.00 |
| Chris Burrichter | Associate | 2012 | Litigation - General | 595.00 | 26.20 | $15,589.00 |
| Megan Byrne | Associate | Pending | Litigation - General | 450.00 | 32.80 | $14,760.00 |
| Diana Chang | Associate | 2012 | Litigation - General | 595.00 | 30.10 | $17,909.50 |
| Kevin Chang | Associate | 2014 | Litigation - General | 450.00 | 136.60 | $61,470.00 |
| Elizabeth S Dalmut | Associate | 2013 | Litigation - General | 520.00 | 50.00 | $26,000.00 |
| Alexander Davis | Associate | 2012 | Litigation - General | 595.00 | 140.80 | $83,776.00 |
| George Desh | Associate | 2011 | IP - Litigation | 665.00 | 28.90 | $19,218.50 |
| Joseph F. Edell | Associate | 2009 | IP - Litigation | 710.00 | 63.10 | $44,801.00 |
| Michael Esser | Associate | 2009 | Litigation - General | 750.00 | 136.30 | $102,225.00 |
| Jason Fitterer | Associate | 2012 | IP - Litigation | 595.00 | 53.70 | $31,951.50 |
| Michael Gawley | Associate | 2013 | Litigation - General | 520.00 | 64.10 | $33,332.00 |
| Emily Geier | Associate | 2012 | Restructuring | 685.00 | 155.90 | $106,791.50 |
| Haris Hadzimuratovic | Associate | 2008 | Litigation - General | 710.00 | 71.40 | $50,694.00 |
| Beatrice Hahn | Associate | 2013 | IP - Litigation | 595.00 | 131.90 | $78,480.50 |
| Elliot C Harvey Schatmeier | Associate | 2014 | Litigation - General | 520.00 | 20.20 | $10,504.00 |
| Inbal Hasbani | Associate | 2010 | Litigation - General | 710.00 | 50.60 | $35,926.00 |
| Sean F Hilson | Associate | 2013 | Restructuring | 535.00 | 64.40 | $34,454.00 |
| Natasha Hwangpo | Associate | 2014 | Restructuring | 535.00 | 119.00 | $63,665.00 |
| Vinu Joseph | Associate | 2013 | Litigation - General | 520.00 | 83.00 | $43,160.00 |
| Lina Kaisey | Associate | Pending | Restructuring | 450.00 | 120.40 | $54,180.00 |
| Howard Kaplan | Associate | 2011 | Litigation - General | 665.00 | 44.90 | $29,858.50 |
| Austin Klar | Associate | 2013 | Litigation - General | 520.00 | 30.30 | $15,756.00 |
| Lucas J Kline | Associate | 2009 | Litigation - General | 750.00 | 136.40 | $102,300.00 |
| Max Klupchak | Associate | 2011 | Corporate - M&A/Private Equity | 755.00 | 3.30 | $2,491.50 |
| Sam Kwon | Associate | 2013 | IP - Litigation | | 68.70 | $40,876.50 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Nick Laird | Associate | 2013 | Litigation - General | 520.00 | 40.50 | $21,060.00 |
| Teresa Lii | Associate | 2014 | Restructuring | 535.00 | 139.70 | $74,739.50 |
| Jeffrey Lula | Associate | 2010 | Litigation - General | 710.00 | 51.70 | $36,707.00 |
| Melanie MacKay | Associate | 2010 | Litigation - General | 710.00 | 30.00 | $21,300.00 |
| Christopher J Maner | Associate | 2012 | Litigation - General | 595.00 | 65.50 | $38,972.50 |
| Allison McDonald | Associate | 2013 | Litigation - General | 520.00 | 39.20 | $20,384.00 |
| Eric Merin | Associate | 2014 | Litigation - General | 520.00 | 39.20 | $20,384.00 |
| Timothy Mohan | Associate | 2014 | Restructuring | 535.00 | 133.40 | $71,369.00 |
| Roxana Mondragon-Motta | Associate | 2011 | Litigation - General | 665.00 | 29.50 | $19,617.50 |
| Madelyn Morris | Associate | 2014 | Litigation - General | 450.00 | 27.10 | $12,195.00 |
| Maryam F Mujahid | Associate | 2012 | Environment - Transactional | 625.00 | 2.00 | $1,250.00 |
| Brett Murray | Associate | 2013 | Restructuring | 625.00 | 161.20 | $100,750.00 |
| Veronica Nunn | Associate | 2010 | Corporate - General | 685.00 | 2.00 | $1,370.00 |
| Patrick Park | Associate | 2014 | IP - Litigation | 450.00 | 96.20 | $43,290.00 |
| Jessica Peet | Associate | 2014 | Restructuring | 625.00 | 5.00 | $3,125.00 |
| Samara L Penn | Associate | 2010 | Litigation - General | 710.00 | 67.40 | $47,854.00 |
| Jonah Peppiatt | Associate | Pending | Restructuring | 535.00 | 183.10 | $97,958.50 |
| Carl Pickerill | Associate | 2008 | Restructuring | 620.00 | 32.00 | $19,840.00 |
| Alan Rabinowitz | Associate | 2010 | IP - Litigation | 665.00 | 80.00 | $53,200.00 |
| Carleigh T Rodriguez | Associate | 2013 | Environment - Transactional | 535.00 | 56.10 | $30,013.50 |
| Jeremy Roux | Associate | 2014 | IP - Litigation | 450.00 | 30.10 | $13,545.00 |
| Mark Salomon | Associate | Pending | Litigation - General | 450.00 | 42.10 | $18,945.00 |
| Alexandra Samowitz | Associate | Pending | Litigation - General | 450.00 | 38.90 | $17,505.00 |
| Benjamin D Sandahl | Associate | 2009 | Litigation - General | 750.00 | 7.00 | $5,250.00 |
| Michael Saretsky | Associate | 2010 | Environment - Transactional | 450.00 | 5.00 | $2,250.00 |
| Max Schlan | Associate | 2012 | Restructuring | 625.00 | 134.30 | $83,937.50 |
| Mark F Schottinger | Associate | 2012 | Litigation - General | 595.00 | 44.10 | $26,239.50 |
| Steven Serajeddini | Associate | 2010 | Restructuring | 795.00 | 132.90 | $105,655.50 |
| Anthony Sexton | Associate | 2011 | Taxation | 645.00 | 62.50 | $40,312.50 |
| Christina Sharkey | Associate | 2014 | IP - Litigation | 450.00 | 33.20 | $14,940.00 |
| Stephanie Shropshire | Associate | 2014 | Litigation - General | 520.00 | 13.50 | $7,020.00 |
| Ellen Sise | Associate | Pending | Litigation - General | 450.00 | 25.80 | $11,610.00 |
| Aaron Slavutin | Associate | 2011 | Restructuring | 625.00 | 149.90 | $93,687.50 |
| Justin Sowa | Associate | 2013 | Litigation - General | 595.00 | 125.10 | $74,434.50 |
| Benjamin Steadman | Associate | Pending | Restructuring | 450.00 | 222.30 | $100,035.00 |
| Sarah Stock | Associate | 2013 | Litigation - General | 520.00 | 33.50 | $17,420.00 |
| Thayne Stoddard | Associate | Pending | Litigation - General | 450.00 | 24.80 | $11,160.00 |
| Pierson Stoecklein | Associate | 2011 | Corporate - General | 625.00 | 2.50 | $1,562.50 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Nathan Taylor | Associate | Pending | Litigation - General | 450.00 | 34.10 | $15,345.00 |
| Adam Teitcher | Associate | 2013 | Litigation - General | 595.00 | 178.50 | $106,207.50 |
| Anna Terteryan | Associate | 2014 | Litigation - General | 450.00 | 116.90 | $52,605.00 |
| Stephanie S Thibault | Associate | 2009 | Litigation - General | 750.00 | 69.50 | $52,125.00 |
| Steven Torrez | Associate | 2014 | Restructuring | 450.00 | 152.70 | $68,715.00 |
| Holly R Trogdon | Associate | 2014 | Litigation - General | 450.00 | 162.00 | $72,900.00 |
| Andrew J Welz | Associate | 2011 | Litigation - General | 710.00 | 139.70 | $99,187.00 |
| Charles D Wineland, III | Associate | 2013 | IP - Litigation | 520.00 | 126.10 | $65,572.00 |
| Sara Winik | Associate | 2014 | Litigation - General | 450.00 | 17.50 | $7,875.00 |
| Spencer A Winters | Associate | 2013 | Restructuring | 535.00 | 163.00 | $87,205.00 |
| Aparna Yenamandra | Associate | 2013 | Restructuring | 625.00 | 188.40 | $117,750.00 |
| **Grand Total** | | | | | **8,549.10** | **$5,831,078.00** |

The paraprofessionals of K&E who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Stephanie Ding | Case Assistant | 1 year | Litigation - General | 195.00 | 25.20 | $4,914.00 |
| Jason Douangsanith | Case Assistant | 2 months | Litigation - General | 195.00 | 48.50 | $9,457.50 |
| John Nedeau | Case Assistant | 1 year | Restructuring | 170.00 | 30.70 | $5,219.00 |
| Katelyn B. Whitfield | Case Assistant | 7 months | IP - Litigation | $195.00 | 9.80 | $1,911.00 |
| Gary A Duncan | Legal Assistant | 6 years | Litigation - General | 280.00 | 190.00 | $53,200.00 |
| Michael S Fellner | Legal Assistant | 9.5 years | Litigation - General | 250.00 | 8.50 | $2,125.00 |
| Beth Friedman | Legal Assistant | 10 years | Restructuring | 355.00 | 22.00 | $7,810.00 |
| Jacob Goldfinger | Legal Assistant | 10 years | Restructuring | 320.00 | 52.90 | $16,928.00 |
| Shavone Green | Legal Assistant | 1.5 years | Restructuring | 265.00 | 8.00 | $2,120.00 |
| Lisa A Horton | Legal Assistant | 13 years | Litigation - General | 330.00 | 58.90 | $19,437.00 |
| Adrienne Levin | Legal Assistant | 7.5 years | Litigation - General | 310.00 | 111.20 | $34,472.00 |
| Maureen McCarthy | Legal Assistant | 12 years | Restructuring | 330.00 | 6.00 | $1,980.00 |
| Lauren Mitchell-Dawson | Legal Assistant | 17 years | Environment - Transactional | 325.00 | 17.20 | $5,590.00 |
| Carrie Oppenheim | Legal Assistant | 6 years | Restructuring | $290.00 | 0.30 | $87.00 |
| Robert Orren | Legal | 4 years | Restructuring | 290.00 | 60.30 | $17,487.00 |

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| | Assistant | | | | | |
| Sharon G Pace | Legal Assistant | 2 years | Litigation - General | 250.00 | 104.90 | $26,225.00 |
| Meghan Rishel | Legal Assistant | 9 months | Litigation - General | 250.00 | 62.80 | $15,700.00 |
| Kenneth J Sturek | Legal Assistant | 15 years | Litigation - General | 330.00 | 15.40 | $5,082.00 |
| Colleen C Caamano | Litigation Suppt Cons | 2.5 years | Litigation - General | 290.00 | 13.70 | $3,973.00 |
| Jason Goodman | Litigation Suppt Cons | 9 years | Litigation - General | 290.00 | 1.80 | $522.00 |
| William G Marx | Litigation Suppt Cons | 4.5 years | Litigation - General | 295.00 | 25.20 | $7,434.00 |
| Chad M Papenfuss | Litigation Suppt Cons | 1.5 years | Litigation - General | 295.00 | 160.60 | $47,377.00 |
| Mark Cuevas | Litigation Suppt Spec | 2 years | Litigation - General | 290.00 | 43.20 | $12,528.00 |
| Stephanie D Frye | Other | 6.5 years | Admin Services | 270.00 | 65.70 | $17,739.00 |
| Allison Graybill | Other | 1.5 years | Admin Services | 225.00 | 49.30 | $11,092.50 |
| Linda A Scussel | Other | 10 years | Admin Services | 310.00 | 18.10 | $5,611.00 |
| Michele Cohan | Project Assistant | 3 months | Restructuring | 195.00 | 9.70 | $1,891.50 |
| **Grand Total** | | | | | **1,219.90** | **$337,912.50** |

| | | |
|---|---|---|
| | **Total Fees Requested** | **$6,168,990.50** |

RLF1 11515136v.1