# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

## ALL - Expense Summary

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $2,233.82 |
| Standard Copies or Prints | $3,494.40 |
| Binding | $45.50 |
| Color Copies or Prints | $4,226.40 |
| CD-ROM Duplicates/Master | $14.00 |
| Production Blowbacks | $234.40 |
| Overnight Delivery | $184.77 |
| Outside Messenger Services | $124.16 |
| Local Transportation | $868.60 |
| Travel Expense | $50,466.95 |
| Airfare | $28,390.65 |
| Transportation to/from airport | $4,821.50 |
| Travel Meals | $1,574.80 |
| Other Travel Expenses | $577.43 |
| Court Reporter Fee/Deposition | $6,078.70 |
| Outside Contract Attorney Expense | $142,804.00 |
| Outside Copy/Binding Services | $6.97 |
| Working Meals/K&E Only | $60.00 |
| Working Meals/K&E and Others | $80.00 |
| Catering Expenses | $5,266.32 |
| Computer Database Research | $1,150.00 |
| Overtime Transportation | $2,268.72 |
| Overtime Meals - Non-Attorney | $95.29 |
| Overtime Meals - Attorney | $1,437.76 |
| Rental Expenses | $3,321.90 |
| **Total:** | **$259,827.04** |

## TCEH - Expense Summary

| Service Description | Amount |
|---|---|
| Standard Copies or Prints | $78.50 |
| Color Copies or Prints | $16.80 |
| **Total:** | **$95.30** |

## EFIH - Expense Summary

| Service Description | Amount |
|---|---:|
| Standard Copies or Prints | $592.60 |
| Binding | $0.70 |
| Color Copies or Prints | $128.70 |
| Production Blowbacks | $384.80 |
| **Total:** | **$1,106.80** |

## **EFH - Expense Summary**

| Service Description | Amount |
|---|---:|
| Standard Copies or Prints | $93.10 |
| Color Copies or Prints | $210.30 |
| **Total:** | **$303.40** |