# Exhibit A

## Fee Summary by Professional for the Period September 1, 2014 through September 30, 2014

# EFH Corp
# Deloitte & Touche LLP
# Fees Summary by Professional
# September 01, 2014 - September 30, 2014

Bankruptcy Related Research Consultation and Transaction

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Carr, Vickie | Partner/Principal | $720.00 | 1.8 | $1,296.00 |
| Stokx, Randy | Partner/Principal | $720.00 | 4.5 | $3,240.00 |
| Wahrman, Julie | Partner/Principal | $720.00 | 5.9 | $4,248.00 |
| Sasso, Anthony | Director | $720.00 | 0.5 | $360.00 |
| Parker, Matt | Senior Manager | $620.00 | 5.3 | $3,286.00 |
| Murawski, Bryan | Senior Consultant | $425.00 | 11.4 | $4,845.00 |
| Andersen, Morgan | Consultant | $350.00 | 0.8 | $280.00 |
| Henry, Diane | Consultant | $350.00 | 0.6 | $210.00 |
| **Professional Subtotal :** | | | **30.8** | **$17,765.00** |

# EFH Corp
# Deloitte & Touche LLP
# Fees Summary by Professional
# September 01, 2014 - September 30, 2014

Financial Statement Audit and Related Services

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Benesh, Kay | Partner/Principal | $365.00 | 3.5 | $1,277.50 |
| Carr, Vickie | Partner/Principal | $365.00 | 6.2 | $2,263.00 |
| Durand, Danny | Partner/Principal | $365.00 | 0.6 | $219.00 |
| Hathway, Don | Partner/Principal | $365.00 | 0.6 | $219.00 |
| Hoffman, David | Partner/Principal | $365.00 | 1.0 | $365.00 |
| Odom, Dan | Partner/Principal | $365.00 | 0.6 | $219.00 |
| Stokx, Randy | Partner/Principal | $365.00 | 69.6 | $25,404.00 |
| Wahrman, Julie | Partner/Principal | $365.00 | 38.2 | $13,943.00 |
| Winger, Julie | Partner/Principal | $365.00 | 12.5 | $4,562.50 |
| Biltz, Meredith | Director | $365.00 | 0.6 | $219.00 |
| Craig, Valerie | Director | $365.00 | 66.7 | $24,345.50 |
| Favor, Rick | Director | $365.00 | 4.6 | $1,679.00 |
| Wittenburg, Dave | Director | $365.00 | 5.8 | $2,117.00 |
| Bowers, Rachel | Senior Manager | $290.00 | 105.9 | $30,711.00 |
| Fraass, Chuck | Senior Manager | $290.00 | 0.6 | $174.00 |
| Garrison, Amy | Senior Manager | $290.00 | 0.5 | $145.00 |
| Haber, Jeralyn | Senior Manager | $290.00 | 0.6 | $174.00 |
| Mishkin, Robyn | Senior Manager | $290.00 | 3.4 | $986.00 |
| Parker, Matt | Senior Manager | $290.00 | 160.7 | $46,603.00 |
| Poindexter, Heath | Senior Manager | $290.00 | 31.0 | $8,990.00 |
| Freeman, Mike | Manager | $265.00 | 137.7 | $36,490.50 |
| Glover, Ryan | Manager | $265.00 | 14.3 | $3,789.50 |
| Harold, Matt | Manager | $265.00 | 0.5 | $132.50 |
| Heath, John | Manager | $265.00 | 57.4 | $15,211.00 |
| Kidd, Erin | Manager | $265.00 | 47.4 | $12,561.00 |
| Stafford, Ted | Manager | $265.00 | 0.2 | $53.00 |
| Anderson, Whit | Senior Consultant | $215.00 | 8.1 | $1,741.50 |
| Apolzon, Micah | Senior Consultant | $215.00 | 95.8 | $20,597.00 |
| Babanova, Maria | Senior Consultant | $215.00 | 156.1 | $33,561.50 |
| Barker, Brittney | Senior Consultant | $215.00 | 16.9 | $3,633.50 |
| Coetzee, Rachelle | Senior Consultant | $215.00 | 1.1 | $236.50 |
| Jain, Shweta | Senior Consultant | $215.00 | 3.5 | $752.50 |
| Johnson, Holly | Senior Consultant | $215.00 | 106.1 | $22,811.50 |
| Morehead, David | Senior Consultant | $215.00 | 152.9 | $32,873.50 |
| Murawski, Bryan | Senior Consultant | $215.00 | 120.0 | $25,800.00 |
| Pritchett, Cody | Senior Consultant | $215.00 | 0.2 | $43.00 |
| Schneider, Stephen | Senior Consultant | $215.00 | 106.5 | $22,897.50 |
| Sreeram, Sreehari | Senior Consultant | $215.00 | 51.0 | $10,965.00 |
| Andersen, Morgan | Consultant | $175.00 | 38.0 | $6,650.00 |
| Baylis, Jessica | Consultant | $175.00 | 137.3 | $24,027.50 |
| Casey, Chris | Consultant | $175.00 | 124.0 | $21,700.00 |
| Henry, Diane | Consultant | $175.00 | 138.6 | $24,255.00 |
| Kidd, Matt | Consultant | $175.00 | 0.8 | $140.00 |

# EFH Corp
# Deloitte & Touche LLP
# Fees Summary by Professional
# September 01, 2014 - September 30, 2014

Financial Statement Audit and Related Services

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Continued | | | | |
| Persons, Hillary | Consultant | $175.00 | 9.8 | $1,715.00 |
| Pothoulakis, Tony | Consultant | $175.00 | 12.8 | $2,240.00 |
| Reynolds, Matt | Consultant | $175.00 | 37.9 | $6,632.50 |
| Twigge, Daniel | Consultant | $175.00 | 154.1 | $26,967.50 |
| **Professional Subtotal :** | | | **2,242.2** | **$523,093.50** |

# EFH Corp
# Deloitte & Touche LLP
# Fees Summary by Professional
# September 01, 2014 - September 30, 2014

Perform Market Research of Public Information in Accordance with Audit Standard No. 12

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Murawski, Bryan | Senior Consultant | $215.00 | 9.4 | $2,021.00 |
| Casey, Chris | Consultant | $175.00 | 0.7 | $122.50 |
| **Professional Subtotal :** | | | **10.1** | **$2,143.50** |

# EFH Corp
# Deloitte & Touche LLP
# Fees Summary by Professional
# September 01, 2014 - September 30, 2014

Preparation of Fee Applications

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Stokx, Randy | Partner/Principal | $365.00 | 0.9 | $328.50 |
| Parker, Matt | Senior Manager | $290.00 | 4.1 | $1,189.00 |
| Murawski, Bryan | Senior Consultant | $215.00 | 6.6 | $1,419.00 |
| Gutierrez, Dalia | Project Controller | $175.00 | 62.4 | $10,920.00 |
| **Professional Subtotal :** | | | **74.0** | **$13,856.50** |