# Exhibit A

## Fee Summary by Professional for the Period
## October 1, 2014 through October 31, 2014

# EFH Corp

## Deloitte & Touche LLP

## Fees Summary by Professional

## October 01, 2014 - October 31, 2014

Bankruptcy Related Research Consultation and Transaction

| Professional | Level | | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Carr, Vickie | Partner/Principal | | $720.00 | 6.6 | $4,752.00 |
| Hoffman, David | Partner/Principal | | $720.00 | 5.3 | $3,816.00 |
| Kushner, Jonathan | Partner/Principal | | $720.00 | 10.8 | $7,776.00 |
| Stokx, Randy | Partner/Principal | | $720.00 | 4.5 | $3,240.00 |
| Wahrman, Julie | Partner/Principal | | $720.00 | 0.6 | $432.00 |
| Wegener, Steve | Partner/Principal | | $720.00 | 4.7 | $3,384.00 |
| Favor, Rick | Director | | $720.00 | 5.3 | $3,816.00 |
| Perez Zaldivar, Ignacio | Director | | $720.00 | 1.7 | $1,224.00 |
| Alper, PJ | Senior Manager | | $620.00 | 17.0 | $10,540.00 |
| Handler, Benjamin | Senior Manager | | $620.00 | 7.3 | $4,526.00 |
| Parker, Matt | Senior Manager | | $620.00 | 9.1 | $5,642.00 |
| Poindexter, Heath | Senior Manager | | $620.00 | 0.8 | $496.00 |
| Quinn, Ed | Senior Manager | | $620.00 | 0.4 | $248.00 |
| Stanley, Ben | Senior Manager | | $620.00 | 9.3 | $5,766.00 |
| Pothoulakis, Tony | Consultant | | $350.00 | 1.2 | $420.00 |
| **Professional Subtotal :** | | | | **84.6** | **$56,078.00** |

# EFH Corp

## Deloitte & Touche LLP

## Fees Summary by Professional

## October 01, 2014 - October 31, 2014

Financial Statement Audit and Related Services

| Professional | Level | | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Aliff, Greg | Partner/Principal | | $365.00 | 1.0 | $365.00 |
| Becker, Paul | Partner/Principal | | $365.00 | 1.5 | $547.50 |
| Benesh, Kay | Partner/Principal | | $365.00 | 0.5 | $182.50 |
| Carr, Vickie | Partner/Principal | | $365.00 | 25.0 | $9,125.00 |
| Gullo, Randall | Partner/Principal | | $365.00 | 0.5 | $182.50 |
| Hoffman, David | Partner/Principal | | $365.00 | 9.7 | $3,540.50 |
| Kilkenny, Tom | Partner/Principal | | $365.00 | 0.5 | $182.50 |
| Kushner, Jonathan | Partner/Principal | | $365.00 | 4.6 | $1,679.00 |
| Pavlovsky, Katie | Partner/Principal | | $365.00 | 1.0 | $365.00 |
| Stokx, Randy | Partner/Principal | | $365.00 | 133.3 | $48,654.50 |
| Wahrman, Julie | Partner/Principal | | $365.00 | 16.9 | $6,168.50 |
| Wegener, Steve | Partner/Principal | | $365.00 | 1.1 | $401.50 |
| Winger, Julie | Partner/Principal | | $365.00 | 30.2 | $11,023.00 |
| Bihm, Christy | Director | | $365.00 | 0.7 | $255.50 |
| Craig, Valerie | Director | | $365.00 | 139.1 | $50,771.50 |
| Farmiga, Karen | Director | | $365.00 | 0.7 | $255.50 |
| Favor, Rick | Director | | $365.00 | 29.9 | $10,913.50 |
| Johnston, Josh | Director | | $365.00 | 1.9 | $693.50 |
| Potsic, Brian | Director | | $365.00 | 2.0 | $730.00 |
| Wittenburg, Dave | Director | | $365.00 | 10.6 | $3,869.00 |
| Bowers, Rachel | Senior Manager | | $290.00 | 147.3 | $42,717.00 |
| Degnan, Jen | Senior Manager | | $290.00 | 4.0 | $1,160.00 |
| Dwivedi, Rajesh | Senior Manager | | $290.00 | 2.0 | $580.00 |
| Garrison, Amy | Senior Manager | | $290.00 | 0.5 | $145.00 |
| Groves, Amy | Senior Manager | | $290.00 | 0.4 | $116.00 |
| Hamilton, Kristi | Senior Manager | | $290.00 | 0.4 | $116.00 |
| Handler, Benjamin | Senior Manager | | $290.00 | 3.3 | $957.00 |
| Horn, Dave | Senior Manager | | $290.00 | 7.7 | $2,233.00 |
| Khandelwal, Vinyas | Senior Manager | | $290.00 | 4.0 | $1,160.00 |
| Mishkin, Robyn | Senior Manager | | $290.00 | 0.9 | $261.00 |
| Parker, Matt | Senior Manager | | $290.00 | 187.2 | $54,288.00 |
| Poindexter, Heath | Senior Manager | | $290.00 | 21.1 | $6,119.00 |
| Alvarado, Jason | Manager | | $265.00 | 2.0 | $530.00 |
| Freeman, Mike | Manager | | $265.00 | 196.8 | $52,152.00 |
| Glover, Ryan | Manager | | $265.00 | 69.8 | $18,497.00 |
| Heath, John | Manager | | $265.00 | 36.1 | $9,566.50 |
| Kidd, Erin | Manager | | $265.00 | 67.1 | $17,781.50 |
| Stafford, Ted | Manager | | $265.00 | 10.3 | $2,729.50 |
| Varkey, Jamie | Manager | | $265.00 | 0.5 | $132.50 |
| Anderson, Whit | Senior Consultant | | $215.00 | 1.2 | $258.00 |
| Apolzon, Micah | Senior Consultant | | $215.00 | 13.1 | $2,816.50 |
| Babanova, Maria | Senior Consultant | | $215.00 | 202.5 | $43,537.50 |
| Coetzee, Rachelle | Senior Consultant | | $215.00 | 56.5 | $12,147.50 |

# EFH Corp

## Deloitte & Touche LLP

## Fees Summary by Professional

## October 01, 2014 - October 31, 2014

Financial Statement Audit and Related Services

| Professional | Level | | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Continued | | | | | |
| Jain, Shweta | Senior Consultant | | $215.00 | 33.4 | $7,181.00 |
| Johnson, Holly | Senior Consultant | | $215.00 | 41.2 | $8,858.00 |
| Morehead, David | Senior Consultant | | $215.00 | 193.4 | $41,581.00 |
| Murawski, Bryan | Senior Consultant | | $215.00 | 163.9 | $35,238.50 |
| Pandey, Akhilesh | Senior Consultant | | $215.00 | 5.9 | $1,268.50 |
| Schneider, Stephen | Senior Consultant | | $215.00 | 41.4 | $8,901.00 |
| Song, Harry | Senior Consultant | | $215.00 | 98.0 | $21,070.00 |
| Aggarwal, Vaibhav | Consultant | | $175.00 | 37.5 | $6,562.50 |
| Andersen, Morgan | Consultant | | $175.00 | 3.1 | $542.50 |
| Baylis, Jessica | Consultant | | $175.00 | 43.4 | $7,595.00 |
| Brunson, Steve | Consultant | | $175.00 | 82.3 | $14,402.50 |
| Casey, Chris | Consultant | | $175.00 | 165.5 | $28,962.50 |
| Danishmund, Mohammad | Consultant | | $175.00 | 1.3 | $227.50 |
| Henry, Diane | Consultant | | $175.00 | 190.2 | $33,285.00 |
| Kidd, Matt | Consultant | | $175.00 | 26.5 | $4,637.50 |
| Naseem, Juhi | Consultant | | $175.00 | 12.0 | $2,100.00 |
| Persons, Hillary | Consultant | | $175.00 | 147.0 | $25,725.00 |
| Platt, Bo | Consultant | | $175.00 | 2.5 | $437.50 |
| Pothoulakis, Tony | Consultant | | $175.00 | 185.4 | $32,445.00 |
| Reynolds, Matt | Consultant | | $175.00 | 26.6 | $4,655.00 |
| Salamon, David | Consultant | | $175.00 | 20.0 | $3,500.00 |
| Twigge, Daniel | Consultant | | $175.00 | 178.2 | $31,185.00 |
| **Professional Subtotal :** | | | | **3,144.1** | **$740,266.50** |

**EFH Corp**

**Deloitte & Touche LLP**

**Fees Summary by Professional**

**October 01, 2014 - October 31, 2014**

Non-Working Travel

| Professional | Level | | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Favor, Rick | Director | | $365.00 | 5.4 | $1,971.00 |
| Parker, Matt | Senior Manager | | $290.00 | 5.0 | $1,450.00 |
| Casey, Chris | Consultant | | $175.00 | 5.0 | $875.00 |
| Pothoulakis, Tony | Consultant | | $175.00 | 4.0 | $700.00 |
| Twigge, Daniel | Consultant | | $175.00 | 4.0 | $700.00 |
| **Professional Subtotal :** | | | | **23.4** | **$5,696.00** |
| Less 50% Non-Working Travel deduction | | | | | -$2,848.00 |
| Total: | | | | | **$2,848.00** |

# EFH Corp

## Deloitte & Touche LLP

## Fees Summary by Professional

## October 01, 2014 - October 31, 2014

Perform Market Research of Public Information in Accordance with Audit Standard No. 12

| Professional | Level | | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Stokx, Randy | Partner/Principal | | $365.00 | 0.2 | $73.00 |
| Parker, Matt | Senior Manager | | $290.00 | 1.0 | $290.00 |
| Murawski, Bryan | Senior Consultant | | $215.00 | 1.3 | $279.50 |
| Henry, Diane | Consultant | | $175.00 | 2.4 | $420.00 |
| **Professional Subtotal :** | | | | **4.9** | **$1,062.50** |

# EFH Corp

## Deloitte & Touche LLP

## Fees Summary by Professional

## October 01, 2014 - October 31, 2014

Preparation of Fee Applications

| Professional | Level | | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Cooper, Carla | Project Controller | | $215.00 | 2.7 | $580.50 |
| Gutierrez, Dalia | Project Controller | | $175.00 | 85.9 | $15,032.50 |
| **Professional Subtotal :** | | | | **88.6** | **$15,613.00** |