# Exhibit A

## Fee Summary by Professional for the Period November 1, 2014 through November 30, 2014

# EFH Corp
## Deloitte & Touche LLP
## Fees Summary by Professional
## November 01, 2014 - November 30, 2014

**Bankruptcy Related Research Consultation and Transaction**

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| Hoffman, David | Partner/Principal | $720.00 | 1.1 | $792.00 |
| Kushner, Jonathan | Partner/Principal | $720.00 | 7.8 | $5,616.00 |
| Favor, Rick | Director | $720.00 | 1.0 | $720.00 |
| Perez Zaldivar, Ignacio | Director | $720.00 | 1.0 | $720.00 |
| Alper, PJ | Senior Manager | $620.00 | 4.0 | $2,480.00 |
| Murawski, Bryan | Senior Consultant | $425.00 | 0.3 | $127.50 |
| **Professional Subtotal :** | | | 15.2 | $10,455.50 |

# EFH Corp
## Deloitte & Touche LLP
## Fees Summary by Professional
## November 01, 2014 - November 30, 2014

### Financial Statement Audit and Related Services

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| Adams, Keith | Partner/Principal | $365.00 | 1.0 | $365.00 |
| Aliff, Greg | Partner/Principal | $365.00 | 2.0 | $730.00 |
| Carr, Vickie | Partner/Principal | $365.00 | 1.9 | $693.50 |
| Hoffman, David | Partner/Principal | $365.00 | 2.1 | $766.50 |
| Kushner, Jonathan | Partner/Principal | $365.00 | 1.5 | $547.50 |
| Odom, Dan | Partner/Principal | $365.00 | 1.8 | $657.00 |
| Stokx, Randy | Partner/Principal | $365.00 | 78.7 | $28,725.50 |
| Wahrman, Julie | Partner/Principal | $365.00 | 5.8 | $2,117.00 |
| Wegener, Steve | Partner/Principal | $365.00 | 1.1 | $401.50 |
| Winger, Julie | Partner/Principal | $365.00 | 16.4 | $5,986.00 |
| Biltz, Meredith | Director | $365.00 | 2.3 | $839.50 |
| Craig, Valerie | Director | $365.00 | 75.8 | $27,667.00 |
| Favor, Rick | Director | $365.00 | 13.9 | $5,073.50 |
| Wittenburg, Dave | Director | $365.00 | 2.6 | $949.00 |
| Bowers, Rachel | Senior Manager | $290.00 | 112.4 | $32,596.00 |
| Dwivedi, Rajesh | Senior Manager | $290.00 | 3.0 | $870.00 |
| Handler, Benjamin | Senior Manager | $290.00 | 5.5 | $1,595.00 |
| Hannagan, Peter | Senior Manager | $290.00 | 1.3 | $377.00 |
| Parker, Matt | Senior Manager | $290.00 | 11.1 | $3,219.00 |
| Poindexter, Heath | Senior Manager | $290.00 | 33.5 | $9,715.00 |
| Zuniga, Toni | Senior Manager | $290.00 | 0.5 | $145.00 |
| Freeman, Mike | Manager | $265.00 | 131.0 | $34,715.00 |
| Glover, Ryan | Manager | $265.00 | 49.9 | $13,223.50 |
| Heath, John | Manager | $265.00 | 2.3 | $609.50 |
| Kidd, Erin | Manager | $265.00 | 56.8 | $15,052.00 |
| Apolzon, Micah | Senior Consultant | $215.00 | 16.0 | $3,440.00 |
| Babanova, Maria | Senior Consultant | $215.00 | 121.8 | $26,187.00 |
| Coetzee, Rachelle | Senior Consultant | $215.00 | 78.5 | $16,877.50 |
| Jain, Shweta | Senior Consultant | $215.00 | 29.0 | $6,235.00 |
| Johnson, Holly | Senior Consultant | $215.00 | 46.9 | $10,083.50 |
| Morehead, David | Senior Consultant | $215.00 | 146.7 | $31,540.50 |
| Murawski, Bryan | Senior Consultant | $215.00 | 137.0 | $29,455.00 |
| Pandey, Akhilesh | Senior Consultant | $215.00 | 6.5 | $1,397.50 |
| Schneider, Stephen | Senior Consultant | $215.00 | 32.7 | $7,030.50 |
| Song, Harry | Senior Consultant | $215.00 | 143.4 | $30,831.00 |
| Aggarwal, Vaibhav | Consultant | $175.00 | 22.8 | $3,990.00 |
| Baylis, Jessica | Consultant | $175.00 | 85.8 | $15,015.00 |
| Brunson, Steve | Consultant | $175.00 | 58.0 | $10,150.00 |
| Casey, Chris | Consultant | $175.00 | 130.5 | $22,837.50 |
| Danishmund, Mohammad | Consultant | $175.00 | 2.1 | $367.50 |
| Grimm, Madison | Consultant | $175.00 | 43.0 | $7,525.00 |
| Henry, Diane | Consultant | $175.00 | 133.8 | $23,415.00 |
| Kidd, Matt | Consultant | $175.00 | 1.5 | $262.50 |

# EFH Corp

## Deloitte & Touche LLP

## Fees Summary by Professional

## November 01, 2014 - November 30, 2014

### Financial Statement Audit and Related Services

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| Continued | | | | |
| O'Donnell, Chris | Consultant | $175.00 | 10.4 | $1,820.00 |
| Persons, Hillary | Consultant | $175.00 | 130.2 | $22,785.00 |
| Pothoulakis, Tony | Consultant | $175.00 | 126.2 | $22,085.00 |
| Reynolds, Matt | Consultant | $175.00 | 140.3 | $24,552.50 |
| Salamon, David | Consultant | $175.00 | 4.4 | $770.00 |
| Twigge, Daniel | Consultant | $175.00 | 147.5 | $25,812.50 |
| Yadav, Devavrata | Consultant | $175.00 | 26.5 | $4,637.50 |
| **Professional Subtotal :** | | | 2,435.7 | $536,738.00 |

# EFH Corp
## Deloitte & Touche LLP
## Fees Summary by Professional
## November 01, 2014 - November 30, 2014

### Preparation of Fee Applications

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| Stokx, Randy | Partner/Principal | $365.00 | 7.1 | $2,591.50 |
| Craig, Valerie | Director | $365.00 | 2.3 | $839.50 |
| Bowers, Rachel | Senior Manager | $290.00 | 3.8 | $1,102.00 |
| Freeman, Mike | Manager | $265.00 | 4.0 | $1,060.00 |
| Coetzee, Rachelle | Senior Consultant | $215.00 | 0.3 | $64.50 |
| Murawski, Bryan | Senior Consultant | $215.00 | 27.2 | $5,848.00 |
| Andersen, Morgan | Consultant | $175.00 | 1.5 | $262.50 |
| Casey, Chris | Consultant | $175.00 | 7.6 | $1,330.00 |
| Henry, Diane | Consultant | $175.00 | 0.4 | $70.00 |
| Gutierrez, Dalia | Project Controller | $175.00 | 66.7 | $11,672.50 |
| Jones, Donna | Project Controller | $175.00 | 29.0 | $5,075.00 |
| Malinak, Kae | Project Controller | $175.00 | 16.0 | $2,800.00 |
| Sebelius, Kendra | Project Controller | $175.00 | 2.0 | $350.00 |
| **Professional Subtotal :** | | | 167.9 | $33,065.50 |