# Court Conference

**U.S. Bankruptcy Court-Delaware (DE - US)**
**Confirmed Telephonic Appearance Schedule**
**Honorable Christopher S. Sontchi**

Calendar Date: 02/12/2015
Calendar Time: 02:00 PM ET

#6

2nd Revision 02/12/2015 10:04 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6739662 | Phil Anker | 212-230-8890 | Wilmer Cutler Pickering Hale & Dorr, L | Creditor, CSC Trust Company of Delaware, as Indenture Trustee / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6744102 | Peg A. Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6744095 | Christopher L. Carter | (617) 951-8063 | Morgan Lewis & Bockius LLP | Creditor, Pacific Investment Management Company / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6744009 | Steven H. Church | (302) 661-7606 | Bloomberg LP | Interested Party, Bloomberg LP / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6741056 | Kent Collier | 212-588-8890 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6401114 | Daniel DeFranceschi | (302) 651-7700 | Richards, Layton & Finger, P.A. | Debtor, Energy Future Holdings Corp. / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6744053 | Justin Edelson | (302) 252-0925 | Polsinelli PC | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6740270 | Marita Erbeck | (973) 549-7076 | Drinker Biddle & Reath LLP | Creditor, CSC Trust Co. of Delaware / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6740265 | Moshe Fink | (212) 542-4736 ext. 00 | Kasowitz Benson Torres & Friedman | Interested Party, Kasowitz Benson Torres & Friedman / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6739668 | David Gringer | (202) 663-6000 | Wilmer Cutler Pickering Hale & Dorr, L | Representing, SMEDVIG Funds PLC / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6741328 | Gregory Horowitz | (212) 715-9571 | Kramer Levin Naftalis & Frankel LLP | Creditor, Trustee for Second Lien Notes / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | | 6740151 | Richard Howell | (312) 861-2287 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | ✓ | 6741141 | Natasha Hwangpo | (212) 909-3198 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | ✓ | 6743176 | Laura D. Jones | (302) 778-6401 | Pachulski Stang Ziehl & Jones | Creditor, Indenture Trustee & EFIH Second Lien Group / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | | 6742211 | Harold Kaplan | (312) 832-4393 | Foley & Lardner LLP | Creditor, UMB Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | ✓ | 6741087 | Raymond Lemisch | (302) 552-5503 | Klehr Harrison Harvey Branzburg LLP | Client, UMB Bank / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | | 6741703 | Michael G. Linn | (415) 421-2132 | Farallon Capital Management | Interested Party, Michael Linn / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | ✓ | 6739698 | Ross Martin | (617) 951-7266 | Ropes & Gray, LLP | Creditor, Delaware Trust Co. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | ✓ | 6740098 | Jason M. Madron | (302) 651-7793 | Richards, Layton & Finger, P.A. | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | ✓ | 6740124 | Andy McGaan | (202) 879-5082 ext. 00 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | ✓ | 6744411 | R. Stephen McNeill | (302) 984-6067 | Potter Anderson & Corroon LLP | Creditor, Deutsche Bank National Trust Company / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | ✓ | 6741267 | Matthew Nicholson | (212) 819-2606 | White & Case LLP | Creditor, The Ad Hoc Group of TCEH Unsecured Note Holders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | ✓ | 6741098 | Jeffrey M. Olinsky | (212) 250-5760 | Deutsche Bank | Creditor, Deutsche Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | ✓ | 6739674 | Norman L. Pernick | (302) 651-2000 | Cole, Schotz, Meisel, Forman & Leona | Creditor, CSC Trust Co. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | ✓ | 6740140 | Michael Petrino | (202) 879-5175 ext. 00 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | ✓ | 6741339 | Jennifer Sharret | 212-715-9516 | Kramer Levin Naftalis & Frankel LLP | Creditor, Trustee for Second Lien Notes / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | ✓ | 6740171 | Michael Slade | 312-861-2287 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | ✓ | 6742346 | Fredric Sosnick | 212-848-8571 | Shearman & Sterling LLP | Creditor, Deutsche Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | ✓ | 6739685 | J. Kate Stickles | (302) 651-2001 | Cole, Schotz, Meisel, Forman & Leona | Creditor, Delaware Trust Co. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | ✓ | 6741873 | Andrew M. Thau | (203) 862-6231 | Southpaw Asset Management | Creditor, Southpaw Asset Management / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | | 6742396 | Warren Usatine | 201-525-6233 | Cole, Schotz, Meisel, Forman & Leona Creditor, CSC Trust Co. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | ✓ | 6741344 | Daniel Vaillant | (212) 859-8234 | Fried Frank | Interested Party, Fidelity Managment & Research Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (14-5036) | Hearing | | 6741553 | Scott L. Alberino | (202) 887-4000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (14-5036) | Hearing | | 6741556 | Robert J. Boller | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (14-5036) | Hearing | | 6741042 | William Bowden | (302) 654-1888 | Ashby & Geddes | Interested Party, Wilmington Savings Fund Society / LIVE |
| Energy Future Holdings Corp. | 14-10979 (14-5036) | Hearing | | 6741040 | Adam M. Denhoff | 212-373-3000 ext. 3471 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Paul Weiss / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (14-5036) | Hearing | ✓ | 6744052 | Jonathan Friedman | (212) 682-7474 | Foley & Lardner LLP | Creditor, UMB Bank, N.A. / LIVE |
| Energy Future Holdings Corp. | 14-10979 (14-5036) | Hearing | ✓ | 6741532 | Charles Garrison | (202) 887-4561 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (14-5036) | Hearing | ✓ | 6741369 | William Hildbold | (212) 336-4063 | Morrison & Foerster | Creditor, Creditors Committee / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (14-5036) | Hearing | | 6741563 | Naomi Moss | (212) 872-8051 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (14-5036) | Hearing | ✓ | 6741542 | Abid Qureshi | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump / LISTEN ONLY |