# Exhibit A

**Fee Summary by Professional for the Period December 1, 2014 through December 31, 2014**

# EFH Corp
# Deloitte & Touche LLP
# Fees Summary by Professional
# December 01, 2014 - December 31, 2014

Bankruptcy Related Research Consultation and Transaction

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Murawski, Bryan | Senior Consultant | $425.00 | 7.0 | $2,975.00 |
| Salamon, David | Consultant | $350.00 | 0.8 | $280.00 |
| **Professional Subtotal :** | | | **7.8** | **$3,255.00** |

# EFH Corp
# Deloitte & Touche LLP
# Fees Summary by Professional
# December 01, 2014 - December 31, 2014

Financial Statement Audit and Related Services

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Benesh, Kay | Partner/Principal | $365.00 | 2.3 | $839.50 |
| Carr, Vickie | Partner/Principal | $365.00 | 9.2 | $3,358.00 |
| Fisher, Mark | Partner/Principal | $365.00 | 2.8 | $1,022.00 |
| Fogarty, john | Partner/Principal | $365.00 | 0.6 | $219.00 |
| Stokx, Randy | Partner/Principal | $365.00 | 69.0 | $25,185.00 |
| Wahrman, Julie | Partner/Principal | $365.00 | 6.1 | $2,226.50 |
| Winger, Julie | Partner/Principal | $365.00 | 13.1 | $4,781.50 |
| Craig, Valerie | Director | $365.00 | 77.1 | $28,141.50 |
| Favor, Rick | Director | $365.00 | 19.3 | $7,044.50 |
| Johnson, Michael | Director | $365.00 | 37.5 | $13,687.50 |
| Tuite, Patty | Director | $365.00 | 1.0 | $365.00 |
| Wittenburg, Dave | Director | $365.00 | 0.7 | $255.50 |
| Bowers, Rachel | Senior Manager | $290.00 | 78.9 | $22,881.00 |
| Groves, Amy | Senior Manager | $290.00 | 1.3 | $377.00 |
| Hannagan, Peter | Senior Manager | $290.00 | 2.3 | $667.00 |
| Parker, Matt | Senior Manager | $290.00 | 82.9 | $24,041.00 |
| Poindexter, Heath | Senior Manager | $290.00 | 24.2 | $7,018.00 |
| Zuniga, Toni | Senior Manager | $290.00 | 0.3 | $87.00 |
| Erra, Sirisha | Manager | $265.00 | 3.0 | $795.00 |
| Freeman, Mike | Manager | $265.00 | 96.8 | $25,652.00 |
| Glover, Ryan | Manager | $265.00 | 34.9 | $9,248.50 |
| Gustafson, Daniel | Manager | $265.00 | 8.0 | $2,120.00 |
| Heath, John | Manager | $265.00 | 2.3 | $609.50 |
| Kidd, Erin | Manager | $265.00 | 57.4 | $15,211.00 |
| Lorenz, Mike | Manager | $265.00 | 1.5 | $397.50 |
| Stafford, Ted | Manager | $265.00 | 0.3 | $79.50 |
| Apolzon, Micah | Senior Consultant | $215.00 | 14.0 | $3,010.00 |
| Babanova, Maria | Senior Consultant | $215.00 | 113.9 | $24,488.50 |
| Coetzee, Rachelle | Senior Consultant | $215.00 | 29.6 | $6,364.00 |
| Jain, Shweta | Senior Consultant | $215.00 | 1.5 | $322.50 |
| Johnson, Holly | Senior Consultant | $215.00 | 33.7 | $7,245.50 |
| Lackey, Chad | Senior Consultant | $215.00 | 0.3 | $64.50 |
| Morehead, David | Senior Consultant | $215.00 | 130.1 | $27,971.50 |
| Murawski, Bryan | Senior Consultant | $215.00 | 103.5 | $22,252.50 |
| Pritchett, Cody | Senior Consultant | $215.00 | 63.4 | $13,631.00 |
| Schneider, Stephen | Senior Consultant | $215.00 | 99.4 | $21,371.00 |
| Song, Harry | Senior Consultant | $215.00 | 130.9 | $28,143.50 |
| Agarwal, Gauree | Consultant | $175.00 | 5.5 | $962.50 |
| Aggarwal, Vaibhav | Consultant | $175.00 | 4.0 | $700.00 |
| Baylis, Jessica | Consultant | $175.00 | 14.8 | $2,590.00 |
| Brunson, Steve | Consultant | $175.00 | 130.0 | $22,750.00 |
| Casey, Chris | Consultant | $175.00 | 107.1 | $18,742.50 |
| Danishmund, Mohammad | Consultant | $175.00 | 2.0 | $350.00 |

# EFH Corp
# Deloitte & Touche LLP
# Fees Summary by Professional
# December 01, 2014 - December 31, 2014

Financial Statement Audit and Related Services

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Continued | | | | |
| Henry, Diane | Consultant | $175.00 | 148.1 | $25,917.50 |
| Kidd, Matt | Consultant | $175.00 | 0.3 | $52.50 |
| Lin, Silver | Consultant | $175.00 | 56.2 | $9,835.00 |
| Murarka, Vaishali | Consultant | $175.00 | 0.7 | $122.50 |
| O'Donnell, Chris | Consultant | $175.00 | 16.0 | $2,800.00 |
| Ogden, Aleesha | Consultant | $175.00 | 71.0 | $12,425.00 |
| Persons, Hillary | Consultant | $175.00 | 96.0 | $16,800.00 |
| Pothoulakis, Tony | Consultant | $175.00 | 137.9 | $24,132.50 |
| Reynolds, Matt | Consultant | $175.00 | 115.6 | $20,230.00 |
| Richards, Nick | Consultant | $175.00 | 9.9 | $1,732.50 |
| Twigge, Daniel | Consultant | $175.00 | 101.8 | $17,815.00 |
| Vemuri, Pramod | Consultant | $175.00 | 16.5 | $2,887.50 |
| Yadav, Devavrata | Consultant | $175.00 | 26.0 | $4,550.00 |
| **Professional Subtotal :** | | | **2,412.5** | **$536,569.00** |

# EFH Corp
# Deloitte & Touche LLP
# Fees Summary by Professional
# December 01, 2014 - December 31, 2014

Preparation of Fee Applications

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Stokx, Randy | Partner/Principal | $365.00 | 0.5 | $182.50 |
| Freeman, Mike | Manager | $265.00 | 0.5 | $132.50 |
| Murawski, Bryan | Senior Consultant | $215.00 | 8.5 | $1,827.50 |
| Ogden, Aleesha | Consultant | $175.00 | 1.5 | $262.50 |
| Austin, Carisa | Project Controller | $215.00 | 16.0 | $3,440.00 |
| Gutierrez, Dalia | Project Controller | $175.00 | 56.5 | $9,887.50 |
| **Professional Subtotal :** | | | **83.5** | **$15,732.50** |