**EXHIBIT D**

**Summary of Cravath, Swaine & Moore LLP Blended Hourly Rates**
**(Customary And Comparable Compensation Disclosures)**

| Timekeeper Category | Blended Hourly Rate | |
| --- | --- | --- |
| | Worked and Billed in 2014 (excluding Restructuring lawyers) | Billed in this Fee Application |
| Partners | $1079 | $1147 |
| Associates | $621 | $644 |
| Legal Assistants/Paralegals | $238 | $226 |
| Total | $646 | $980 |

| | |
| --- | --- |
| Case Name: | Energy Future Intermediate Holding Company LLC |
| Case Number: | 14-10979 (CSS) |
| Applicant's Name: | Cravath, Swaine & Moore LLP |
| Date of Application: | February 15, 2015 |
| Interim or Final: | Interim |