# EXHIBIT H

**Detailed Time Records for Cravath, Swaine & Moore LLP**

**CRAVATH, SWAINE & MOORE LLP Progress and Cost Report**   Work Thru:   12/31/2014
Client:   11205   ENERGY FUTURE INTERMEDIATE HOLDING COMPANY
Matter:   1   CHAPTER 11 GENERAL AND ADMINISTRATIVE

# TIME DETAIL REPORT

| Date | Name | Title | Description | Hours |
|---|---|---|---|---|
| 11/16/14 | GELSTON, P A | PARTNER | E-Mail correspondence with R. Levin and S. Gordon regarding scope of retention and scheduling of introductory meeting (0.5); prepare for meeting by reading court filings (2.0). | 2.50 |
| | LEVIN, R | PARTNER | Telephone call with C. Cremens, emails regarding engagement; next steps, informational meeting. | 0.70 |
| 11/17/14 | GELSTON, P A | PARTNER | Attendance at meeting at Kirkland and Ellis debtor advisors regarding background of case including tax issues. | 8.00 |
| | LEVIN, R | PARTNER | Meeting with Kirkland team for background presentation. | 5.70 |
| 11/18/14 | GELSTON, P A | PARTNER | Reviewed board resolutions for independent director (0.5); reviewed binder prepared by Kirkland & Ellis of principal documents in case (5.0). | 5.50 |
| | LEVIN, R | PARTNER | Telephone call with M. Paskin regarding background (.2); Meeting with M. Paskin, M. Miller regarding background (.5); Meeting with S. Dore regarding background and S. Hessler regarding revised bid procedures (1.5). | 2.20 |
| | PASKIN, M A | PARTNER | E-Mails and confs. w/ R. Levin re scope of engagement as independent counsel; meeting w/ Levin and Miller re background information for case; review presentations and documents re plan issues and procedural history. | 2.50 |
| 11/19/14 | GELSTON, P A | PARTNER | Telephone call with R. Levin re: scope of work (0.5); meeting with R. Levin and C. Cremens re: work plan (1.5); review Kirkland & Ellis binder re: case background (2.0); participated in meeting with Kirkland & Ellis re: E-side settlement prospects (2.0). | 6.00 |
| | LEVIN, R | PARTNER | Meeting with C. Cremens regarding background, strategy (1.7). | 1.70 |
| | MILLER, MARGOT | ASSOCIATE | Attendance at EFH and E-side meeting regarding next steps in light of the bankruptcy court's ruling; preparation for the same. | 5.60 |
| | MILLER, MARGOT | ASSOCIATE | Meeting with C. Cremens, R. Levin, P. Gelston and N. Needham regarding next steps in light of the bankruptcy court's ruling; preparation for the same. | 2.90 |
| 11/20/14 | GELSTON, P A | PARTNER | E-Mails with R. Levin and C. Husnick re: scheduling board call (0.1); review Kirkland & Ellis binder re: case history (3.5). | 4.60 |
| | LEVIN, R | PARTNER | Prepare for and attend hearing, including meetings with E. Sassower, M. Thomas, J. Marwil, regarding independent counsel issues; Telephone call with J. Sabin regarding background. | 5.70 |
| 11/21/14 | GELSTON, P A | PARTNER | Further review of case file (2.5). | 2.50 |
| | LEVIN, R | PARTNER | Telephone call with C. Cremens regarding admin matters (.5); Conference call with T. Walper, M. Thomas regarding independent counsel admin and procedural issues (1.0); Miscellaneous emails (.3); Telephone call with J. Sprayregan regarding status (.3). | 2.10 |
| 11/23/14 | GELSTON, P A | PARTNER | Further review of case file (1.5). | 1.50 |
| 11/24/14 | GELSTON, P A | PARTNER | Further review of file (2.2); | 2.20 |
| | PASKIN, M A | PARTNER | E-Mails re obtaining access to data room; emails and confs. w/ Levin re plan issues and anticipated schedule. | 1.00 |
| 11/25/14 | PASKIN, M A | PARTNER | E-Mails w/ various counsel and Levin re plan settlement conference; confs. Miller re same. | 0.70 |
| 11/26/14 | GELSTON, P A | PARTNER | E-Mails with R. Levin and C. Cremens (0.5); reviewed due diligence and background materials (4.0). | 4.50 |
| | LEVIN, R | PARTNER | Telephone call with J. Huston regarding Delaware counsel role, background (.4); telephone call with J. Sprayregan regarding status (.2). | 0.60 |
| | PASKIN, M A | PARTNER | E-Mails w/ various counsel for debtor entities re coordination call. | 0.50 |
| 11/27/14 | GELSTON, P A | PARTNER | Reviewed draft board materials (0.8). | 0.80 |
| 11/28/14 | PASKIN, M A | PARTNER | Prep for and attend conf. call with various independent counsel; consider issues re common interest agreement; att. to strategy issues and scope of potential investigation; emails re same w/ Levin, Miller. | 2.00 |

**CRAVATH, SWAINE & MOORE LLP Progress and Cost Report**         Work Thru:   12/31/2014
Client:    11205  ENERGY FUTURE INTERMEDIATE HOLDING COMPANY
Matter:      1   CHAPTER 11 GENERAL AND ADMINISTRATIVE

# TIME DETAIL REPORT

| Date | Name | Title | Description | Hours |
|---|---|---|---|---|
| 11/29/14 | GELSTON, P A | PARTNER | Reviewed background material (3.5). | 3.50 |
| 11/30/14 | PASKIN, M A | PARTNER | Review and comment on draft common interest agreement; emails Levin, Miller re same; review draft board materials re E-side sale process; review draft talking points for coordination call with various debtor counsel. | 1.30 |
| 12/01/14 | GELSTON, P A | PARTNER | Review of background binder and data room (2.0). | 2.00 |
| 12/02/14 | GELSTON, P A | PARTNER | Review background materials (2.0). | 2.00 |
| 12/05/14 | GELSTON, P A | PARTNER | Telephone Board meeting and follow-up conferences (1.0); review data room materials (2.5). | 3.50 |
|  | LEVIN, R | PARTNER | Joint Board Meeting (1.3); follow up regarding same (.2); telephone call with C. Cremens regarding bid procedures plan process, creditor negotiations, employment application, financial adviser (.6); telephone call with J. Sprayregen regarding same (.2) | 2.30 |
| 12/08/14 | GELSTON, P A | PARTNER | Further review of data room and background materials (1.5). | 1.50 |
|  | LEVIN, R | PARTNER | Telephone call with T. Walper regarding financial advisers; email C. Cremens regarding same. | 0.20 |
| 12/09/14 | GELSTON, P A | PARTNER | E-Mails and telephone call with R. Levin and A. Needham re: meetings (0.2). | 0.20 |
|  | LEVIN, R | PARTNER | Miscellaneous administrative e-mails | 0.20 |
| 12/11/14 | LEVIN, R | PARTNER | E-Mails regarding creditor meeting with C. Cremens. (.2) Review Board minutes, background documents. (1.6) | 1.80 |
| 12/12/14 | GELSTON, P A | PARTNER | Reviewed data room materials re: Oncor (1.5). | 1.50 |
|  | GELSTON, P A | PARTNER | Board telephone conference call and follow up call with C. Cremens. (2.0) | 2.00 |
|  | LEVIN, R | PARTNER | Board Meeting | 1.40 |
| 12/19/14 | GELSTON, P A | PARTNER | Board conference call (1.0); review board deck (1.0). | 2.00 |
|  | LEVIN, R | PARTNER | Review Board presentation materials (.2); Weekly Board meeting conference call (1.2) | 1.40 |
| 12/22/14 | GELSTON, P A | PARTNER | Reviewed final version of common interest agreement (0.2). | 0.20 |
|  | LEVIN, R | PARTNER | Miscellaneous file review. | 0.20 |
| 12/27/14 | GELSTON, P A | PARTNER | E-Mails with R. Levin and C. Cremens re: independent directors issues; particularly timing (0.2). | 0.20 |

**CRAVATH, SWAINE & MOORE LLP Progress and Cost Report**  Work Thru: 12/31/2014

Client:  11205 ENERGY FUTURE INTERMEDIATE HOLDING COMPANY
Matter:  2 GOVERNANCE

## TIME DETAIL REPORT

| Date | Name | Title | Description | Hours |
|---|---|---|---|---|
| 11/21/14 | GELSTON, P A | PARTNER | Telephone conference call with MTO and Proskauer re: independent director protocol (1.0). | 1.00 |
| 11/24/14 | GELSTON, P A | PARTNER | Telephone call with counsel MTO, Proskauer & Kirkland & Ellis re: independent director counsel protocol (3.2); calls with Cremens re: duties (0.6). | 3.80 |
|  | LEVIN, R | PARTNER | Conference call with independent counsels regarding conflict issues (1.3); telephone call with T. Walper regarding same (.4); conference call with independent counsel regarding process issues (.5); Conference call with company (S. Dore) regarding same (1.1); Telephone call with C. Cremens regarding bid procedures, counsel process issues (.5). | 3.80 |
| 11/25/14 | GELSTON, P A | PARTNER | Phone call with independent firms re: EFIH/EFH/TCEh (1.0) | 1.00 |
|  | LEVIN, R | PARTNER | Conference call with Independent Counsel regarding employment resolution (.8). | 0.80 |
| 11/28/14 | GELSTON, P A | PARTNER | Telephone conference calls with independent counsel re: governance (1.5); coordination conference call with independent counsel and K&E (1.0); reviewed draft and revised resolutions (1.0); reviewed background materials (2.0). | 5.50 |
|  | LEVIN, R | PARTNER | Conference call with K&E, independent counsel regarding independent board resolutions, general status, plan process (1.0); conference call with independent counsel regarding board resolutions, common interest issues (.5), review and revise draft Board resolutions regarding same (.3); conference call regarding same (.6). | 2.40 |
|  | MILLER, MARGOT | ASSOCIATE | Call with other Independent Counsel and counsel for the Debtors regarding agenda for 12/2 meeting and status of independent counsel's investigations; preparation for the same. | 1.90 |
| 11/29/14 | GELSTON, P A | PARTNER | Reviewed revised resolutions (0.2). | 0.20 |
| 11/30/14 | GELSTON, P A | PARTNER | E-Mails with R. Levin and M. Miller re: resolutions and engagement letter (0.5); e-mails with R. Levin, M. Miller and S. Goldman re: common interest agreement (0.5); reviewed draft common interest agreement (1.0) | 2.00 |
|  | LEVIN, R | PARTNER | Revise Conflict Matters board resolution, Cravath engagement letter and Common Interest Agreement (1.4); Conference call with independents regarding common interest agreement (.5). | 1.90 |
|  | MILLER, MARGOT | ASSOCIATE | Reviewing and editing draft common interest agreement. | 1.20 |
|  | MILLER, MARGOT | ASSOCIATE | Call with other Independent Counsel regarding draft common interest agreement. | 0.50 |
| 12/01/14 | LEVIN, R | PARTNER | Review revised Common Interest Agreement and conference call with independents regarding same (.6); revise (.2). | 0.80 |
|  | MILLER, MARGOT | ASSOCIATE | Meeting with counsel for other independent directors regarding resolution procedures; preparation for the same. | 3.10 |
|  | MILLER, MARGOT | ASSOCIATE | Final review of draft common interest agreement for sign-off. | 0.90 |
|  | PASKIN, M A | PARTNER | Prep for and attend conf. call with counsel for various independent directors re common interest agreement; review draft of common interest agreement; emails w/ S. Goldman at MTO re draft common interest agreement; prep for and attend meeting of various independent counsel at K&E office. | 2.80 |
| 12/02/14 | GELSTON, P A | PARTNER | Emails with J. Marwil, B. Schneider and J. Allen re: Board Manager/Waiver; conference call re: same (2.0); emails with M. Thomas, J. Marwil and R. Levin re: resolutions (0.5). | 2.50 |
|  | LEVIN, R | PARTNER | Conference call with independent counsel regarding privilege, common interest (.5). | 0.50 |

**CRAVATH, SWAINE & MOORE LLP Progress and Cost Report**  Work Thru: 12/31/2014
Client:  11205 ENERGY FUTURE INTERMEDIATE HOLDING COMPANY
Matter:  2 GOVERNANCE

## TIME DETAIL REPORT

| Date | Name | Title | Description | Hours |
|---|---|---|---|---|
| | PASKIN, M A | PARTNER | Review revised draft of common interest agreement and emails w/ conflict counsel re same. | 1.00 |
| 12/03/14 | GELSTON, P A | PARTNER | Telephone call with Cremens re: governance. | 0.50 |
| | GELSTON, P A | PARTNER | Telephone conference call re: Resolutions/Common Interest (0.5); emails with R. Levin, S. Goldman and J. Allen re: same (0.5); reviewed and revised resolutions (0.8); reviewed Common Interest waiver letter (0.5). | 2.30 |
| | LEVIN, R | PARTNER | Conference with independent counsel regarding Board Resolutions (.6); conference call with independent counsel and K&E regarding Board resolutions (.3) | 0.90 |
| | PASKIN, M A | PARTNER | Review revised draft common interest agreement and emails re same. | 0.50 |
| 12/04/14 | GELSTON, P A | PARTNER | E-Mail exchange MTO and PR re: Common Interest/draft waiver letter. | 0.50 |
| | LEVIN, R | PARTNER | E-Mails regarding Board resolutions (.1); Review and revise Board resolutions, telephone call with M. Miller regarding same (.4). | 0.50 |
| | MILLER, MARGOT | ASSOCIATE | Drafting EFIH Board Resolutions. | 2.90 |
| | PASKIN, M A | PARTNER | E-Mails re revisions to common interest agreement; review draft board resolutions; emails w/ Levin, Miller and conflict counsel re same. | 1.70 |
| 12/05/14 | GELSTON, P A | PARTNER | Call with Cremens re: sales process(0.5). | 0.50 |
| 12/07/14 | GELSTON, P A | PARTNER | E-Mails with J. Marwil and S. Goldman re: draft resolutions (0.2); reviewed and revised new resolutions (0.5). | 0.70 |
| 12/08/14 | GELSTON, P A | PARTNER | Conference call with MTO and PR re: revised resoltuion (0.8); reviewed revised resoltuions (0.4). | 1.20 |
| | LEVIN, R | PARTNER | Conference call with independents regarding Board resolutions. | 0.60 |
| | LEVIN, R | PARTNER | Telephone call with S. Dore regarding Board resolutions (.2); Review PIK & T-side corerspondence regarding governance (.3) | 0.50 |
| 12/09/14 | GELSTON, P A | PARTNER | E-Mail with C. Husnick re: Board resolutions; reviewed Board resolutions; (0.5). | 0.50 |
| | PASKIN, M A | PARTNER | Attention to revised board resolutions. | 0.40 |
| 12/11/14 | GELSTON, P A | PARTNER | Reviewed board materials (0.5); email exchange with R. Levin re: Board call (0.5). | 1.00 |
| 12/15/14 | GELSTON, P A | PARTNER | Telephone calls with MTO and PR re: advisor confidentiality (1.2); call with S. Fraidin re: advisor confidentiality (1.0); draft email for Fraidin re: advisor confidentiality (1.0). | 3.20 |
| | LEVIN, R | PARTNER | Telephone call with P. Gelston regarding Director privilege issue. | 0.20 |
| 12/16/14 | GELSTON, P A | PARTNER | E-Mails S. Goldman, J. Spiegel, J. Marwil, J. Allen and R. Levin re: Director Waiver of Access (1.2). | 1.20 |
| | LEVIN, R | PARTNER | E-Mails regarding privilege and confidentiality. | 0.20 |
| 12/17/14 | GELSTON, P A | PARTNER | E-Mails with M. Thomas and E. Sassower re: common interest agreement (0.2); Conferenece call with MOT and PR re: advisor confidentiality (1.0). | 1.20 |
| 12/19/14 | GELSTON, P A | PARTNER | E-Mail exchange with K&E, MTO and PR re: advisor confidentiality (1.0). | 1.00 |

**CRAVATH, SWAINE & MOORE LLP Progress and Cost Report**  Work Thru: 12/31/2014
Client:   11205  ENERGY FUTURE INTERMEDIATE HOLDING COMPANY
Matter:   3  PLAN AND DISCLOSURE STATEMENT

## TIME DETAIL REPORT

| Date | Name | Title | Description | Hours |
|---|---|---|---|---|
| 11/19/14 | LEVIN, R | PARTNER | Attend E-side constituents meeting (2.0). | 2.00 |
|  | PASKIN, M A | PARTNER | Review background materials re plan issues; meeting w/ M. Miller re update from meeting with debtors and creditors and meeting with client. | 1.30 |
| 11/20/14 | PASKIN, M A | PARTNER | E-Mails w/ Levin, client re local counsel; continued review of background materials re plan. | 1.40 |
| 11/23/14 | LEVIN, R | PARTNER | Telephone call with A. Dietderich regarding UCC positions (.5) | 0.50 |
| 11/25/14 | GELSTON, P A | PARTNER | Email exchange with E. Sassower re: settlement meetings (0.5); reviewed due diligence materials (3.0); meeting with Akin Gump re: PIK perspectives and follow up e-mails (1.5). | 5.00 |
|  | LEVIN, R | PARTNER | Meeting with Akin, Centerview regarding PIK positions on bid procedures, claims (1.2). | 1.20 |
| 11/28/14 | GELSTON, P A | PARTNER | Emails with Levin, Alberino, Goldman re: meeting with C. Cremens (0.5). | 0.50 |
| 11/30/14 | LEVIN, R | PARTNER | Conference call with independents and Kirkland regarding plan meetings (.5). | 0.50 |
|  | MILLER, MARGOT | ASSOCIATE | Call with other Independent Counsel and counsel for the Debtor's regarding agenda for 12/2 meeting. | 0.50 |
| 12/01/14 | LEVIN, R | PARTNER | Meeting with Kirkland, independent counsel regarding plan process meetings (2.8). | 2.80 |
|  | PASKIN, M A | PARTNER | Review emails re plan settlement meeting scheduled for 12/2. | 0.30 |
| 12/02/14 | GELSTON, P A | PARTNER | Telephone meeting re: plan settlement (1.2) | 1.20 |
|  | LEVIN, R | PARTNER | Plan negotiation meeting with Kirkland and E-side (2.2); telephone call with J. Rosenbaum (York) regarding PIKs (.2); telephone call with S. Alberino regarding PIK meeting (.2); emails regarding same (.2) | 2.80 |
|  | MILLER, MARGOT | ASSOCIATE | Attendance at plan settlement conference; preparation for the same. | 3.50 |
|  | PASKIN, M A | PARTNER | Conference with Miller re follow up from plan settlement meeting; att to strategy re plan settlement issues. | 1.00 |
| 12/03/14 | LEVIN, R | PARTNER | Telephone call with E. Sassower regarding plan negotiations (.3); Meeting with PIK holders and advisers and C. Cremens regarding plan; follow on meeting with C. Cremens (3.1); telephone call with J. Sprayregan regarding plan negotiations (.1); emails regarding PIK meeting (.1). | 3.60 |
| 12/04/14 | GELSTON, P A | PARTNER | E-Mail with A. Yemamandra re: Settlement Analysis. | 0.50 |
|  | GELSTON, P A | PARTNER | Further review of background including past Board materials. | 3.50 |
|  | LEVIN, R | PARTNER | Telephone call with R. Mason regarding plan, background (.3) | 0.30 |
| 12/05/14 | GELSTON, P A | PARTNER | E-Mails with J. Mercado, S. Hessler and R. Levin re: Term Sheet Meeting (0.2); emails with E. Sassower re: Settlement meeting (0.1). | 0.30 |
|  | LEVIN, R | PARTNER | Telephone call with E. Sassower regarding plan process, sale process (.3) | 0.30 |
| 12/08/14 | GELSTON, P A | PARTNER | Attendance at meetings with Kirkland and Ellis re: PIK proposal (1.0). | 1.00 |
|  | GELSTON, P A | PARTNER | E-Mail with R. Levin re: creditor correspondence; reviewed correspondence (0.5) | 0.50 |
|  | GELSTON, P A | PARTNER | Meeting with WLRK and Blackstone and follow up re: sponsor perspectives. | 1.50 |
|  | LEVIN, R | PARTNER | Meeting with R. Mason, S. Zelin regarding plan negotiations (2.2); Meeting with Kirkland and PIK professionals regarding same. (1.5) | 3.70 |
| 12/10/14 | GELSTON, P A | PARTNER | Meeting at Kirkland & Ellis re: draft plan term sheet. | 1.50 |
|  | LEVIN, R | PARTNER | Attend plan meeting at Kirkland regarding term sheet. (2.9) Telephone call with C. Cremens, P. Gelston regarding plan process. (.6) | 3.50 |
| 12/11/14 | GELSTON, P A | PARTNER | Attendance at meetings re: E side settlement (2.0). | 2.00 |
|  | LEVIN, R | PARTNER | E side meeting regarding plan process. (2.4) Telephone call with S. Dore regarding plan process (.4) | 2.80 |
|  | MILLER, MARGOT | ASSOCIATE | Attendance at settlement conference; preparation for the same. | 2.80 |

**CRAVATH, SWAINE & MOORE LLP Progress and Cost Report**    Work Thru:    12/31/2014
Client:    11205  ENERGY FUTURE INTERMEDIATE HOLDING COMPANY
Matter:    3  PLAN AND DISCLOSURE STATEMENT

## TIME DETAIL REPORT

| Date | Name | Title | Description | Hours |
|---|---|---|---|---|
| | NEEDHAM, A | PARTNER | attended E-side settlement conference at Kirkland & Ellis w/ R. Levin, P. Gelston, A. Hagena | 3.20 |
| 12/18/14 | LEVIN, R | PARTNER | Telephone call with S. Alberino regarding plan proposal. | 0.50 |
| 12/31/14 | LEVIN, R | PARTNER | Telephone call with S. Alberino regarding PIK proposal; follow up email (.4); telephone call with J. Sprayregen regarding plan term sheet. (.2); telephone call with S. Alberino regarding same. (.2) | 0.80 |

**CRAVATH, SWAINE & MOORE LLP** Progress and Cost Report　　　　　　　　　　　　　　　Work Thru:　12/31/2014

Client:　11205　ENERGY FUTURE INTERMEDIATE HOLDING COMPANY
Matter:　4　INTERCOMPANY CLAIMS

## TIME DETAIL REPORT

| Date | Name | Title | Description | Hours |
|---|---|---|---|---|
| 12/01/14 | PASKIN, M A | PARTNER | Attention to planning for investigation of intercompany claims; emails w/ Miller, Levin re same; emails w/ McKane re investigation of intercompany claims. | 2.20 |
| 12/03/14 | PASKIN, M A | PARTNER | Attention to planning for investigation of intercompany claims and review of relevant materials. | 0.70 |
| 12/08/14 | PASKIN, M A | PARTNER | Attention to analysis of intercompany claims, including review of Sidley LBO memo. | 2.00 |
| 12/09/14 | GORAB, L | LEGAL ASS'T | Attention to preparing materials for upcoming phone call as per M. Miller | 1.00 |
|  | MILLER, MARGOT | ASSOCIATE | Reading memorandums prepared by Sidley Austin for purposes of advising client. | 2.80 |
|  | PASKIN, M A | PARTNER | Continued review of materials for investigation of intercompany claims; emails re same w/ Levin, Miller; review documents circulated by K&E as prep for 12/10 meeting re intercompany claims. | 3.80 |
| 12/10/14 | GELSTON, P A | PARTNER | Meeting with Levin and Paskin re: intercompany claims. | 1.00 |
|  | LEVIN, R | PARTNER | Meeting with M. Paskin, M. Miller regarding overview of intercompany claims (.8); follow up emails (.2) Telephone call with J. Spiegel regarding due diligence on intercompany claims. (.2.) Email regarding claims due diligence (.2) | 1.40 |
|  | MILLER, MARGOT | ASSOCIATE | Meeting with R. Levin, M. Paskin and P. Gelston to discuss strategy for reviewing intercompany claims work product; preparation for the same. | 2.60 |
|  | PASKIN, M A | PARTNER | Meeting with Levin, Miller re overview of intercompany claims; att to strategy for investigation of intercompany claims; continued review of work product re intercompany claims. | 3.00 |
| 12/11/14 | PASKIN, M A | PARTNER | Continued review of work product re intercompany claims; att to scheduling of due diligence session. | 2.50 |
| 12/12/14 | MILLER, MARGOT | ASSOCIATE | Reading memorandums prepared by Sidley Austin for purposes of advising client. | 2.30 |
|  | PASKIN, M A | PARTNER | Continued review of work product re intercompany claims. | 2.30 |
| 12/15/14 | BROAD, TREVOR M. | ASSOCIATE | Meeting with M. Paskin and M. Miller re Cravath's engagement and work plan (0.5); review of LBO memoranda by Sidley Austin (2.0). | 2.50 |
|  | LEVIN, R | PARTNER | Telephone call with M. Paskin regarding claims analysis (.2); Review Liab Management Program memos (2.0) | 2.20 |
|  | MILLER, MARGOT | ASSOCIATE | Meeting with M. Paskin and T. Broad to discuss strategy for evaluating intercompany claims; preparation for the same. | 2.20 |
|  | PASKIN, M A | PARTNER | Prep for and attend team meeting w/ M. Miller, T. Broad re claims investigation (1.2); continued review of work product re intercompany claims (1.5). | 2.70 |
| 12/16/14 | BROAD, TREVOR M. | ASSOCIATE | Meeting with M. Miller and M. Schwartz re strategy for a preliminary work plan (0.5); review of LBO memoranda by Sidley Austin (3.0); review of C. Cremens 10/8/14 deposition transcript" (0.5) | 4.00 |
|  | GORAB, L | LEGAL ASS'T | Attention to preparing materials for upcoming phone call as per T. Broad | 0.50 |
|  | MCMULLEN, J | LIT. TECH. SUP | Attention to creating an eDist database as requested by S. Middlemas. Attention to granting attorneys/paralegals access to databases as requested by S. Middlemas. | 0.40 |
|  | MILLER, MARGOT | ASSOCIATE | Meeting with T. Broad and M. Schwartz to discuss strategy for evaluating intercompany claims; preparation for the same. | 0.90 |
|  | PASKIN, M A | PARTNER | Continued review of work product materials circulated in advance of due diligence meeting. | 3.60 |
|  | SCHWARTZ, MICHAEL | ASSOCIATE | Meeting with T. Broad and M. Miller; background reading of factual circumstances of IPO. | 4.50 |
| 12/17/14 | BROAD, TREVOR M. | ASSOCIATE | Meeting with M. McKane, R. Levin, M. Paskin, M. Miller and M. Schwartz re intercompany claims due diligence (2.2); review of Project Olympus memoranda by Kirkland & Ellis LLP (4.0). | 6.20 |
|  | LEVIN, R | PARTNER | Meeting with Kirkland for overview of intercompany claims. | 3.40 |
|  | MILLER, MARGOT | ASSOCIATE | Communicating with Kirkland & Ellis regarding location of discovery materials. | 0.70 |

**CRAVATH, SWAINE & MOORE LLP Progress and Cost Report**　　　　　　　　　　　　Work Thru:　12/31/2014

Client:　　11205  ENERGY FUTURE INTERMEDIATE HOLDING COMPANY
Matter:　　4  INTERCOMPANY CLAIMS

## TIME DETAIL REPORT

| Date | Name | Title | Description | Hours |
|---|---|---|---|---|
| | MILLER, MARGOT | ASSOCIATE | Meeting with Kirkland & Ellis to discuss memoranda and supporting materials for potential intercompany claims; preparation for the same. | 3.60 |
| | PASKIN, M A | PARTNER | Prep for and attend meeting with K&E and conflict counsel re due diligence for claims investigation (3.7); continued review of work product for claims investigation (2.2); confs. w/ Levin, Miller, Broad, Schwartz re strategy and process for claims investigation (0.3). | 6.20 |
| | SCHWARTZ, MICHAEL | ASSOCIATE | Meting at Kirkland & Ellis with R. Levin, M. Paskin, T. Broad, M. Miller and co-counsel; reviewing potential claims documents and background legal analysis. | 7.10 |
| | WILKINS, J | LEGAL ASS'T | Attention to processing documents referenced in potential claims memo per M. Schwartz | 3.20 |
| 12/18/14 | BROAD, TREVOR M. | ASSOCIATE | Review of Kirkland & Ellis memorandum on UCC First Lien Investigation Presentation (0.5); review of BLT 26 LLC transaction memorandum (0.3); review of memorandum on 2011 "amend and extend" transaction (0.5); review of memorandum on 2007 credit agreement (0.5); review of memorandum on January 2013 credit agreement extension (0.3); review of Kirkland & Ellis memorandum on liability management program (1.0); review of Kirkland & Ellis memorandum on additional intercompany claims memorandum (1.0); review of 6/12/13 Liability Management Program presentation slide deck (1.0); review of Sidley Austin memorandum on facts and circumstances of the 2007 LBO (1.0). | 6.10 |
| | LEVIN, R | PARTNER | Review intercompany claim memos from Kirkland and regarding LBO. | 1.40 |
| | PASKIN, M A | PARTNER | Continued review of work product and documentation re claims investigation. | 2.90 |
| | SCHWARTZ, MICHAEL | ASSOCIATE | Reviewing potential claims documents and background legal analysis. | 3.00 |
| | WILKINS, J | LEGAL ASS'T | Attention to processing documents referenced in potential claims memo per M. Schwartz | 2.80 |
| 12/19/14 | PASKIN, M A | PARTNER | Continued review of work product and analysis re intercompany claims. | 2.30 |
| | SCHWARTZ, MICHAEL | ASSOCIATE | Reviewing potential claims documents and background legal analysis. | 1.00 |
| | WILKINS, J | LEGAL ASS'T | Attention to processing documents referenced in potential claims memo per M. Schwartz | 3.40 |
| 12/20/14 | LEVIN, R | PARTNER | Review Sidley fraudulent transfer memo. | 1.00 |
| 12/22/14 | PASKIN, M A | PARTNER | Continued review of memoranda and identification of issues to investigate re intercompany claims. | 3.00 |
| | SCHWARTZ, MICHAEL | ASSOCIATE | Background legal research. | 1.50 |
| | WILKINS, J | LEGAL ASS'T | Attention to processing produced documents per M. Schwartz | 2.20 |
| | WILKINS, J | LEGAL ASS'T | Attention to processing produced documents per M. Schwartz | 6.20 |
| 12/23/14 | LEVIN, R | PARTNER | Research intercompany avoiding power issues. | 0.30 |
| | PASKIN, M A | PARTNER | Attention to continued investigation of intercompany claims and legal memos re same (2.3); emails w/ internal team re process and timing for investigation (0.4). | 2.70 |
| | SCHWARTZ, MICHAEL | ASSOCIATE | Background legal research. | 1.70 |
| | WILKINS, J | LEGAL ASS'T | Attention to processing produced/EDGAR documents per M. Schwartz | 3.50 |
| 12/24/14 | GELSTON, P A | PARTNER | Reviewed e-mail re:  creditor proposal to settle intercompany claims (0.9). | 0.90 |
| | SCHWARTZ, MICHAEL | ASSOCIATE | Background legal research. | 2.00 |
| 12/26/14 | MILLER, MARGOT | ASSOCIATE | Review of document repositories for January EFIH board presentations and tolling agreement. | 2.10 |
| 12/29/14 | LEVIN, R | PARTNER | Review January tolling agreement and related Board minutes. | 0.40 |

**CRAVATH, SWAINE & MOORE LLP Progress and Cost Report**  Work Thru: 12/31/2014

Client: 11205 ENERGY FUTURE INTERMEDIATE HOLDING COMPANY
Matter: 4 INTERCOMPANY CLAIMS

# TIME DETAIL REPORT

| Date | Name | Title | Description | Hours |
|---|---|---|---|---|
| | SCHWARTZ, MICHAEL | ASSOCIATE | Reviewing transactions and underlying documents in liability management program. | 5.80 |
| 12/30/14 | SCHWARTZ, MICHAEL | ASSOCIATE | Reviewing transactions and underlying documents in liability management program. | 2.30 |
| 12/31/14 | SCHWARTZ, MICHAEL | ASSOCIATE | Reviewing transactions and underlying documents in liability management program. | 1.00 |

**CRAVATH, SWAINE & MOORE LLP** Progress and Cost Report                                Work Thru:   12/31/2014
Client:   11205    ENERGY FUTURE INTERMEDIATE HOLDING COMPANY
Matter:   5    TAX ISSUES

# TIME DETAIL REPORT

| Date | Name | Title | Description | Hours |
|---|---|---|---|---|
| 11/14/14 | NEEDHAM, A | PARTNER | review of Omnibus Tax Memorandum and other court filings by debtors and various creditor groups (1.8 hrs), research on tax treatment of T side spin-off to T creditors (1.0 hr) | 2.80 |
| 11/16/14 | NEEDHAM, A | PARTNER | email corr w/ R. Levin, S. Gordon, P. Gelston re mtg at K&E on 11/17, review of Omnibus Tax Memorandum from K&E | 1.50 |
| 11/17/14 | NEEDHAM, A | PARTNER | attended bankruptcy overview meeting at K&E (4.4 hrs); review of slide deck presentation on proposed plan of reorganization (0.5 hrs), review of slide deck presentation on original plan of reorganization (0.6 hrs), tax research re various issues in G reorganizations and spin-offs in bankruptcy (1.3 hrs) | 6.80 |
| 11/18/14 | GORDON, S L | PARTNER | Conference with Rich Levin and A. Needham re tax issues, incl. ruling request and related issues and various other tax issues (1); review ruling request and supplement | 2.00 |
|  | LEVIN, R | PARTNER | Meeting with A. Needham, S. Gordon regarding tax strategy (.6). | 0.60 |
|  | NEEDHAM, A | PARTNER | review of PLR request on current plan of reorganization (1.8 hrs), review of supplemental submission to PLR request (1.6 hrs), tax research on secondary liability for stranded income taxes (1.5 hrs), attn to tax issues in proposed G reorganization/spin-off of T side business to creditors (1.2 hrs), mtg w/ R. Levin and S. Gordon to discuss meeting at K&E (0.6 hrs) | 6.70 |
| 11/19/14 | HAGENA, ANTJE | ASSOCIATE | Read documents, tax memorandum; discuss with Andy Needham. | 4.00 |
|  | NEEDHAM, A | PARTNER | review of competitive TSA (1.2 hrs), review of revised bidding procedures and related court order (0.8 hrs), add'l tax research on secondary liability of T side or E side entities for stranded income taxes of EFH (1.2 hrs), attn to other tax issues in proposed G reorganization/spin-off of T side business (1.3 hrs), meeting at K&E with client to discuss process, next steps (1.5 hrs) | 6.00 |
| 11/20/14 | HAGENA, ANTJE | ASSOCIATE | Read documents (tax memo, PLR request). | 3.50 |
|  | NEEDHAM, A | PARTNER | review of PLR request on current plan (2.2 hrs), review of supplemental submission to PLR request (1.7 hrs), attn to various tax issues in PLR request (1.2 hrs) | 5.10 |
| 11/21/14 | HAGENA, ANTJE | ASSOCIATE | Read PLR supplement; discuss with Andy Needham re: proposed structure/355(d) issues. | 2.50 |
|  | NEEDHAM, A | PARTNER | review of 2013 PLR request from IRS (0.8 hrs), conf w/ T. Maynes at K&E to discuss private letter ruling (0.3 hrs), mtg w/ A. Hagena to discuss §355(d) issues in plan of reorganization (0.7 hrs) | 1.80 |
| 11/22/14 | NEEDHAM, A | PARTNER | call w/ R. Levin to discuss 2013 transaction (0.2 hrs), review of T side & E side court filings, depositions and other bankruptcy related documents (2.2 hrs) | 2.40 |
| 11/23/14 | NEEDHAM, A | PARTNER | review of T side & E side court filings, depositions and other bankruptcy related documents (1.7 hrs), email corr w/ R. Levin & S. Gordon on tax issue (0.2 hrs) | 1.90 |
| 11/24/14 | NEEDHAM, A | PARTNER | review of T side & E side court filings and related documents (1.4 hrs), prepared for call w/ K&E on 11/25 to discuss tax issues related to plan of reorganization (1.7 hrs) | 3.10 |
| 11/25/14 | GORDON, S L | PARTNER | Other -- conf. call with Kirkland and Ellis (Todd Maynes) re tax issues, conf. A. Needham and A. Hagena | 1.30 |
|  | HAGENA, ANTJE | ASSOCIATE | Telephone call with EHF counsel (Todd Maynes, Kirkland & Ellis); Andy Needham, Steve Gordon re: status, background information. | 1.50 |
|  | NEEDHAM, A | PARTNER | call w/ T. Maynes at K&E to discuss tax issues in plan of reorganization, private letter ruling request (0.8 hrs), review of PLR request (1.2 hrs) review of T side & E side court filings and related documents (1.3 hrs) | 3.30 |
| 11/26/14 | LEVIN, R | PARTNER | Telephone call with A. Needham regarding IRS PLR requests (.2). | 0.20 |
|  | NEEDHAM, A | PARTNER | call w/ R. Levin to discuss 11/25 call with T. Maynes | 0.50 |
| 11/27/14 | NEEDHAM, A | PARTNER | corr w/ T. Maynes re meeting at K&E on 12/1; review of file | 0.80 |
| 11/30/14 | NEEDHAM, A | PARTNER | review of documents in tax folder of virtual dataroom | 1.50 |
| 12/01/14 | LEVIN, R | PARTNER | Review memo regarding tax issues (.2); follow up (.2). | 0.40 |
|  | NEEDHAM, A | PARTNER | attended mtg at Kirkland to discuss claims under tax sharing agreements (2.5 hrs), prepared summary of meeting for R. Levin (0.5 hrs) | 2.50 |

**CRAVATH, SWAINE & MOORE LLP** Progress and Cost Report                                            Work Thru:   12/31/2014
Client:   11205   ENERGY FUTURE INTERMEDIATE HOLDING COMPANY
Matter:   5   TAX ISSUES

## TIME DETAIL REPORT

| Date | Name | Title | Description | Hours |
|---|---|---|---|---|
| 12/04/14 | NEEDHAM, A | PARTNER | review of intercompany claim settlement analysis from K&E (0.7 hrs), mtg w/ A. Hagena to discuss tax meeting at K&E on 12/1 (0.8 hrs) | 1.50 |
| 12/05/14 | HAGENA, ANTJE | ASSOCIATE | Review data room (tax documents); discuss status with Andy Needham. | 1.50 |
| 12/08/14 | HAGENA, ANTJE | ASSOCIATE | Weekly tax status call; discuss with Andy Needham. | 1.20 |
|  | NEEDHAM, A | PARTNER | weekly tax call w/ K&E and counsel to T-side & E-side debtors | 1.30 |
| 12/09/14 | HAGENA, ANTJE | ASSOCIATE | Read court documents, tax sharing agreements. | 1.40 |
|  | NEEDHAM, A | PARTNER | mtg w/ P. Gelston & R. Levin, review of tax sharing agreement and related notes | 1.10 |
| 12/10/14 | GELSTON, P A | PARTNER | Meeting with R. Levin and A. Needham re: tax issues (1.0). | 1.00 |
|  | HAGENA, ANTJE | ASSOCIATE | Review board materials for tax-related matters. | 1.50 |
|  | LEVIN, R | PARTNER | Meeting with A. Needham, P. Gelston regarding tax claims, NOL's, basis step up. | 0.60 |
|  | NEEDHAM, A | PARTNER | review of minutes and related documents from post-filing joint board meetings of debtors | 1.70 |
| 12/11/14 | HAGENA, ANTJE | ASSOCIATE | Review board materials and competitive TSA, discuss with Andy Needham, attend settlement meeting at K&E | 4.20 |
|  | LEVIN, R | PARTNER | Telephone call with A. Needham regarding deconsolidation. | 0.20 |
| 12/12/14 | HAGENA, ANTJE | ASSOCIATE | Draft email with respect to TSA treatment of capital gains, allocation of taxes, discuss with Andy Needham | 2.20 |
|  | NEEDHAM, A | PARTNER | review of additional documents in data room (2.3 hrs); mtg w/ A. Hagena to discuss TRA claims (0.6 hrs) | 2.90 |
| 12/14/14 | LEVIN, R | PARTNER | Review Omnibus Tax Memo | 1.00 |
| 12/15/14 | NEEDHAM, A | PARTNER | prepared for call with K&E on background of intercompany claims under tax sharing agreement, mtg w/ A. Hagena to discuss same | 1.40 |
| 12/16/14 | NEEDHAM, A | PARTNER | review of additional bankruptcy documents in dataroom, conf w/ A. Hagena re same | 1.20 |
| 12/17/14 | HAGENA, ANTJE | ASSOCIATE | Telephone call with Kirkland on TSA/netting issues, discuss with Andy Needham, summarize call | 2.50 |
|  | NEEDHAM, A | PARTNER | review of tax omnibus memo, call w/ Kirkland & Ellis on history of intercompany tax claims | 1.40 |
| 12/18/14 | HAGENA, ANTJE | ASSOCIATE | Summarize 12/17 call with Kirkland tax on TSA/netting issues w/r/t intercompany claims | 2.20 |
| 12/19/14 | HAGENA, ANTJE | ASSOCIATE | Review data room documents | 0.80 |
| 12/22/14 | GELSTON, P A | PARTNER | E-Mails with A. Needham and A. Hagena; reviewed summary of tax call (0.8). | 0.80 |
|  | HAGENA, ANTJE | ASSOCIATE | Tax call with Kirkland re: status, summarize call, internal emails | 1.80 |
|  | LEVIN, R | PARTNER | Review tax memos regarding background. | 0.40 |
|  | NEEDHAM, A | PARTNER | weekly tax call w/ Kirkland & Ellis | 0.70 |
| 12/23/14 | LEVIN, R | PARTNER | Research tax sharing issues. | 0.40 |

**CRAVATH, SWAINE & MOORE LLP** Progress and Cost Report        Work Thru:  12/31/2014
Client:   11205   ENERGY FUTURE INTERMEDIATE HOLDING COMPANY
Matter:      6   ONCOR SALE PROCESS

## TIME DETAIL REPORT

| Date | Name | Title | Description | Hours |
|---|---|---|---|---|
| 11/18/14 | LEVIN, R | PARTNER | Conference call with C. Cremens, P. Gelston regarding new bid procedures (.5); review bid procedures and order (.8); review Bid Procedures ruling (.5). | 1.80 |
|  | MILLER, MARGOT | ASSOCIATE | Reviewing bid procedures motion and hearing transcripts for purposes of advising EFIH independent board director. | 4.10 |
| 11/20/14 | MILLER, MARGOT | ASSOCIATE | Reviewing corporate history, bid procedures motion and hearing transcripts for purposes of advising EFIH independent board director. | 3.10 |
| 11/21/14 | GELSTON, P A | PARTNER | Telephone calls with R. Levin re: board meeting and sales process issues (0.5); Emails with R. Levin re: decision process (0.5). | 1.00 |
| 11/23/14 | GELSTON, P A | PARTNER | Telephone conference call with R. Levin and S&C re: creditor committees views on sales process (0.5). | 0.50 |
| 11/24/14 | LEVIN, R | PARTNER | Telephone call with D.LeMay (Chadbourne) regarding bid procedures (.2); telephone call with T. Walper regarding bid procedures (.2). | 0.40 |
| 11/25/14 | GELSTON, P A | PARTNER | E-Mail with R. Levin and C. Cremens re: bid procedures timing (0.5). | 0.50 |
|  | MILLER, MARGOT | ASSOCIATE | Reviewing corporate history, bid procedures motion and hearing transcripts for purposes of advising EFIH independent board director. | 2.10 |
| 11/26/14 | LEVIN, R | PARTNER | Conference call with C. Cremens, P. Gelston regarding status bid procedures, Delaware counsel PIK meeting (.7). | 0.70 |
| 11/27/14 | PASKIN, M A | PARTNER | Review draft board materials re E-Side sale process. | 1.00 |
| 12/01/14 | LEVIN, R | PARTNER | Review Evercore presentation regarding M&A process (.3) | 0.30 |
| 12/03/14 | GELSTON, P A | PARTNER | Call with Cremens re: sales process (0.5). | 0.50 |
| 12/05/14 | LEVIN, R | PARTNER | Review board presentation (.4); | 0.40 |
| 12/07/14 | LEVIN, R | PARTNER | Review Bid procedures ruling. | 0.60 |
| 12/09/14 | LEVIN, R | PARTNER | Telephone call with C. Cremens regarding bid procedures, miscelleaneous admin matters (.7); telephone call with P. Gelston regarding same (.3). | 1.00 |
| 12/12/14 | LEVIN, R | PARTNER | Telephone call with C. Cremens regarding bid procedures. | 0.70 |
|  | LEVIN, R | PARTNER | Telephone call with T. Walper regarding bid procedures approval process, employment applications. | 0.50 |
| 12/15/14 | GELSTON, P A | PARTNER | E-Mails with R. Levin and J. Sprayregen re: Bid Procedures (0.5). | 0.50 |
|  | LEVIN, R | PARTNER | Prepare email to Kirkland regarding bid procedures (.5); telephone call with M. Kiesselstein regarding same (.2) | 0.70 |
| 12/16/14 | GELSTON, P A | PARTNER | E-Mail exchange with R. Levin and D. Prager re: Bidding Procedures (0.2); Meeting at Evercore re: bidding procedures and follow-up (2.5). | 2.70 |
|  | LEVIN, R | PARTNER | Meeting with C. Cremens, Evercore, Goldin regarding bid procedures, sale process. | 3.20 |
| 12/17/14 | GELSTON, P A | PARTNER | E-Mails with R. Levin S. Hessler and S. Goldman re: Bid Procedures Process (0.5); conference call with MTO and PR re: Timing (1.0). | 1.50 |
|  | LEVIN, R | PARTNER | Telephone call with M. Kisselstein regarding bid procedures process (.2); email independents regarding same (.2); telephone call with C. Cremens regarding same (.2); conference call with independents regarding same (.8). | 1.40 |
| 12/18/14 | GELSTON, P A | PARTNER | Telephone conference call re: Bid procedures and review of court order (1.5). | 1.50 |
|  | LEVIN, R | PARTNER | Telephone call with S. Dore regarding bid procedures (.5); Telephone call with C. Cremens regarding same (.2); Review Board materials regarding same (.4); Conference call with independents regarding bid procedures ruling, next steps (1.3). | 2.40 |
| 12/19/14 | LEVIN, R | PARTNER | Telephone call with P. Gelston regarding sale process (.2); telephone call with D. Prager regarding same (.2). | 0.40 |
| 12/20/14 | LEVIN, R | PARTNER | Telephone call with S. Hessler regarding bid procedures approval process. | 0.40 |
| 12/23/14 | LEVIN, R | PARTNER | Telephone call with M. Thomas, J. Marwil regarding bid procedures process. | 0.40 |
| 12/31/14 | LEVIN, R | PARTNER | Conference call with S. Hessler, J. Marwil regarding bid procedures notice (.5); emails regarding same (.4). | 0.90 |

**CRAVATH, SWAINE & MOORE LLP** Progress and (  
Client:    11205   ENERGY FUTURE INTERMEDIATE HOLDING COMPANY  
Matter:        8   EMPLOYMENT AND FEE APPLICATIONS

Work Thru:   12/31/2014

# TIME DETAIL REPORT

| Date | Name | Title | Description | Hours |
|---|---|---|---|---|
| 11/18/14 | LEVIN, R | PARTNER | Telephone call with J. Edmonson regarding application (.2); review engagement materials, interested parties (.3); telephone call with S. Dore regarding engagement letter (.2); Prepare Employment Application; ProHac motion; Notice of Appearance (2.6). | 3.30 |
| 11/21/14 | LEVIN, R | PARTNER | Telephone call with B. Williamson regarding fee committee and guidelines (.3); Telephone call with R. DeAngelis regarding employment (.1); Emails regarding Delaware counsel issues (.5). | 0.90 |
| 11/23/14 | LEVIN, R | PARTNER | E-Mail regarding financial advisor; related research. (.4) Telephone call with M. Lastowski regarding Delaware counsel (.2). | 0.60 |
| 11/24/14 | LEVIN, R | PARTNER | Emails regarding financial advisor (.2). | 0.20 |
|  | LEVIN, R | PARTNER | Prepare employment application (.6). | 0.60 |
|  | LEVIN, R | PARTNER | Telephone call with J. Goldin regarding financial advisor engagement (.2). | 0.20 |
| 11/25/14 | LEVIN, R | PARTNER | Telephone call with M. Lastowski (Duane Morris) regarding Delaware counsel (.2); telephone call with J. Goldin regarding Financial Advisor employment; emails and telephone calls regarding Delaware counsel (.5) | 0.70 |
| 11/26/14 | LEVIN, R | PARTNER | Confer with O. Bryant regarding connections disclosure (.2). | 0.20 |
| 11/28/14 | LEVIN, R | PARTNER | Telephone call with R. DeAngelis regarding 2014 issues (.2). | 0.20 |
| 11/30/14 | LEVIN, R | PARTNER | Review and revise Employment Application and Declaration (3.2). | 3.20 |
| 12/01/14 | LEVIN, R | PARTNER | Revise employment application (.4). | 0.40 |
| 12/02/14 | LEVIN, R | PARTNER | Emails regarding engagement letter with A. Wright (.2). | 0.20 |
|  | LEVIN, R | PARTNER | Review Fee Committee requirement(.6) | 0.60 |
| 12/03/14 | GELSTON, P A | PARTNER | E-Mail with R. Levin re: Employment matters; reviewed engagement letter, employment application and Rule 2014 disclosure declaration. | 1.00 |
|  | LEVIN, R | PARTNER | Emails regarding employment matters (.3); | 0.30 |
| 12/04/14 | LEVIN, R | PARTNER | Telephone call with J. Goldin regarding financial advisor role (.2) | 0.20 |
|  | LEVIN, R | PARTNER | Review conflict list; prepare check (.4); emails regarding employment application, conflicts (.2). | 0.60 |
| 12/05/14 | LEVIN, R | PARTNER | Prepare Levin & Cremens employment declarations, revise application, prepare order (3.8) | 3.80 |
| 12/07/14 | LEVIN, R | PARTNER | Review 2014 disclosures. | 0.20 |
| 12/10/14 | LEVIN, R | PARTNER | Telephone call with J. Goldin regarding FA employment. | 0.20 |
| 12/11/14 | GELSTON, P A | PARTNER | Reviewed Goldin engagement letter (0.5). | 0.50 |
|  | LEVIN, R | PARTNER | Review and revise Goldin engagement letter (.7); emails regarding same (.2); follow up (.2). | 1.10 |
| 12/12/14 | LEVIN, R | PARTNER | Telephone call with A. Schwartz, R. Schepacarter, regarding employment applications (.4); follow up emails. (.2). | 0.60 |
| 12/13/14 | GELSTON, P A | PARTNER | E-Mail with R. Levin re: Goldin Engagement letter; reviewed engagement letter (1.0). | 1.00 |
| 12/14/14 | LEVIN, R | PARTNER | Revise employment application for Resolution and UST comments, prepare conflicts list for court filing (5.3); Telephone call with J. Huston regarding same (.2); Emails regarding same (.5) Review and revise Goldin engagement letter. (.2) | 6.20 |
|  | LEVIN, R | PARTNER | Review and comment on Steven's & Lee engagement letter, employment application. | 0.50 |
| 12/15/14 | GELSTON, P A | PARTNER | E-Mails with R. Levin and A. Wright re: Form of Employment Application & Engagement Letter; (0.5). | 0.50 |
|  | LEVIN, R | PARTNER | Telephone call with C. Cremens regarding employment application, Goldin engagement (.2); emails regarding same from A. Wright (.1); revise application (.4); telephone call with A. Wright regarding same (.2); telephone call with J. Huston regarding same (.3); Review Kirkland comments and revise (.8) | 2.00 |
| 12/16/14 | LEVIN, R | PARTNER | Finalize employment application for filing; emails regarding same. (.5) Emails regarding Goldin engagement letter; review revised letter. (.4) | 0.90 |

**CRAVATH, SWAINE & MOORE LLP** Progress and (  Work Thru: 12/31/2014
Client: 11205  ENERGY FUTURE INTERMEDIATE HOLDING COMPANY
Matter: 8  EMPLOYMENT AND FEE APPLICATIONS

## TIME DETAIL REPORT

| Date | Name | Title | Description | Hours |
|---|---|---|---|---|
| 12/17/14 | LEVIN, R | PARTNER | Telephone call with C. Cremens regarding Goldin engagement. | 0.20 |
| 12/18/14 | LEVIN, R | PARTNER | Telephone call with B. Williamson regarding budgets, reports. | 0.10 |
| 12/20/14 | LEVIN, R | PARTNER | Review and revise Stevens & Lee engagement letter; emails regarding same. | 0.50 |
| 12/22/14 | LEVIN, R | PARTNER | Review and revise S&L employment application and related emails. (.8) Review other employment applications. (.4) Review and revise Goldin employment application. (.5) | 1.70 |
| 12/23/14 | LEVIN, R | PARTNER | Review Goldin Application (.1); Conference call with J. Goldin, J. Huston regarding same (.4); revise order (.5); emails regarding Goldin application and order (.4); review Greenhill application (.1). | 1.40 |
| 12/24/14 | LEVIN, R | PARTNER | E-Mails regarding Goldin and Stevens employment applications (.5); review and revise same (.5). | 1.00 |
| 12/29/14 | LEVIN, R | PARTNER | Telephone call with A. Dietderich regarding Goldin engagement, professionals. (.3) Emails regarding employment order language, objection deadlines. (.3) | 0.60 |

**CRAVATH, SWAINE & MOORE LLP** Progress and Cost　　　　　　　　　　　　　　　Work Thru:　12/31/2014

Client:　　11205　ENERGY FUTURE INTERMEDIATE HOLDING COMPANY
Matter:　　　　9　NON-WORKING TRAVEL

## TIME DETAIL REPORT

| Date | Name | Title | Description | Hours |
|---|---|---|---|---|
| 11/20/14 | LEVIN, R | PARTNER | Nonworking travel to and from hearing. | 1.60 |

**CRAVATH, SWAINE & MOORE LLP Progress and Cost Report**  Work Thru:  12/31/2014
Client:    11205  ENERGY FUTURE INTERMEDIATE HOLDING COMPANY
Matter:        10 CLAIMS LITIGATION

## TIME DETAIL REPORT

| Date | Name | Title | Description | Hours |
|---|---|---|---|---|
| 11/21/14 | LEVIN, R | PARTNER | Telephone call with C. Husnick regarding make-whole litigation (.1). | 0.10 |
| 11/24/14 | LEVIN, R | PARTNER | Telephone call with M. McCane regarding LBO/fraudulent transfer claims (.1). | 0.10 |
| 12/11/14 | GELSTON, P A | PARTNER | Telephone call with rre: PIK litigation (1.0). | 1.00 |
| 12/11/14 | LEVIN, R | PARTNER | Conference call with C. Cremens, A. McKane regarding make-whole litigation. | 0.70 |
| 12/11/14 | MILLER, MARGOT | ASSOCIATE | Call with C. Cremens and Kirkland to discuss proposal regarding makewhole and interest rate litigation against the PIKs. | 1.00 |