<u>**Exhibit D**</u>

**Budget and Staffing Plan**

**<u>Exhibit D-1</u>**

**September Budget and Staffing Plan**

<u>**Budget and Staffing Plan**</u>

**(For Matter Categories for the Period Beginning on September 1, 2014 and Ending on September 30, 2014)**

<u>**Budget**</u>

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted[1] |
|---|---|---|---|
| Applicable to All Debtors | | | |
| 12 | Tax Analysis | 0 | $0.00 |
| 25 | Public Policy Advice | 2 | $1,500.00 |
| 30 | Case Administration, Employment and Fee Applications | 85 | $45,000.00 |
| 46 | Budgeting | 4 | $3,000.00 |
| Applicable to TCEH Debtors | | | |
| 4 | Litigation:  Disputes and Potential Litigation with Aurelius | 0 | $0.00 |
| 8 | Litigation:  FPL v. TXU (Texas Supreme Court) | 0 | $0.00 |
| 13 | Litigation:  FOIA Disputes and EPA Matters | 8 | $5,000.00 |
| 16 | Litigation:  Sierra Club - Eastern District of Texas | 0 | $0.00 |
| 17 | Litigation:  Sierra Club - Western District of Texas | 90 | $70,000.00 |
| 18 | Litigation:  NSR Case | 20 | $15,000.00 |
| 22 | Litigation:  2004 FPL Lawsuit | 10 | $6,300.00 |
| 23 | Litigation:  2011 FPL Lawsuit | 10 | $6,300.00 |
| 24 | Litigation:  FPL Offer Curves Dispute | 0 | $0.00 |
| 41 | SEC Matters | 0 | $0.00 |
| 43 | Corporate Matters | 30 | $25,000.00 |
| 44 | Non-Working Travel | 0 | $0.00 |
| Applicable to EFIH Debtors | | | |
| 34 | SEC Matters | 0 | $0.00 |
| 35 | Corporate Matters | 0 | $0.00 |
| 40 | Non-Working Travel | 0 | $0.00 |
| Applicable to EFH Debtors | | | |
| 31 | SEC Matters | 6 | $5,000.00 |
| 32 | Corporate Matters | 25 | $15,000.00 |
| 38 | Non-Working Travel | 0 | $0.00 |
| **Total** | | | **$197,100.00** |

---

[1]    Budgeted numbers do not necessarily amount to a 1:1 ratio because they reflect a blended hourly rate and a variable allocation of timekeepers and hours, depending on the needs for each matter number.

**Staffing Plan**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate[2] |
|---|---|---|
| Partner | 14 | $780 |
| Of Counsel | 3 | $800 |
| Associate (4+ years since first admission) | 10 | $620 |
| Jr. Associate (1-3 years since first admission) | 8 | $565 |
| Paralegal | 2 | $375 |
| **Total Attorney** | 35 | **$695** |
| **Total Non-Attorney** | 2 | **$375** |
| **Total** | 37 | **$685** |

---

[2]    The Average Hourly Rate is a weighted average based on the individual hourly rate of, matters worked on, and projected number of hours worked by, each timekeeper over the course of the Chapter 11 Cases.

RLF1 11519081v.1

<u>**Exhibit D-2**</u>

**October Budget and Staffing Plan**

**Budget and Staffing Plan**

**(For Matter Categories for the Period Beginning on October 1, 2014 and Ending on October 31, 2014)**

**Budget**

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted[1] |
|---|---|---|---|
| Applicable to All Debtors | | | |
| 12 | Tax Analysis | 0 | $0.00 |
| 25 | Public Policy Advice | 2 | $1,500.00 |
| 30 | Case Administration, Employment and Fee Applications | 145 | $70,000.00 |
| 46 | Budgeting | 4 | $3,000.00 |
| Applicable to TCEH Debtors | | | |
| 4 | Litigation:  Disputes and Potential Litigation with Aurelius | 0 | $0.00 |
| 8 | Litigation:  FPL v. TXU (Texas Supreme Court) | 5 | $3,000.00 |
| 13 | Litigation:  FOIA Disputes and EPA Matters | 7 | $6,000.00 |
| 16 | Litigation:  Sierra Club - Eastern District of Texas | 0 | $0.00 |
| 17 | Litigation:  Sierra Club - Western District of Texas | 30 | $20,000.00 |
| 18 | Litigation:  NSR Case | 15 | $12,000.00 |
| 22 | Litigation:  2004 FPL Lawsuit | 6 | $4,000.00 |
| 23 | Litigation:  2011 FPL Lawsuit | 5 | $3,000.00 |
| 24 | Litigation:  FPL Offer Curves Dispute | 0 | $0.00 |
| 41 | SEC Matters | 0 | $0.00 |
| 43 | Corporate Matters | 0 | $0.00 |
| 44 | Non-Working Travel | 0 | $0.00 |
| Applicable to EFIH Debtors | | | |
| 34 | SEC Matters | 0 | $0.00 |
| 35 | Corporate Matters | 0 | $0.00 |
| 40 | Non-Working Travel | 0 | $0.00 |
| Applicable to EFH Debtors | | | |
| 31 | SEC Matters | 5 | $3,000.00 |
| 32 | Corporate Matters | 35 | $25,000.00 |
| 38 | Non-Working Travel | 0 | $0.00 |
| **Total** | | | **$150,500.00** |

---

[1]    Budgeted numbers do not necessarily amount to a 1:1 ratio because they reflect a blended hourly rate and a variable allocation of timekeepers and hours, depending on the needs for each matter number.

**Staffing Plan**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate[2] |
|---|---|---|
| Partner | 14 | $780 |
| Of Counsel | 3 | $800 |
| Associate (4+ years since first admission) | 10 | $620 |
| Jr. Associate (1-3 years since first admission) | 8 | $565 |
| Paralegal | 2 | $375 |
| **Total Attorney** | 35 | **$695** |
| **Total Non-Attorney** | 2 | **$375** |
| **Total** | 37 | **$685** |

---

[2]   The Average Hourly Rate is a weighted average based on the individual hourly rate of, matters worked on, and projected number of hours worked by, each timekeeper over the course of the Chapter 11 Cases.

**<u>Exhibit D-3</u>**

**November Budget and Staffing Plan**

### Budget and Staffing Plan

### (For Matter Categories for the Period Beginning on November 1, 2014 and Ending on November 30, 2014)

### Budget

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted[1] |
|---|---|---|---|
| Applicable to All Debtors | | | |
| 12 | Tax Analysis | 15 | $10,000.00 |
| 25 | Public Policy Advice | 2 | $1,500.00 |
| 30 | Case Administration, Employment and Fee Applications | 50 | $30,000.00 |
| 46 | Budgeting | 4 | $3,000.00 |
| Applicable to TCEH Debtors | | | |
| 4 | Litigation:  Disputes and Potential Litigation with Aurelius | 0 | $0.00 |
| 8 | Litigation:  FPL v. TXU (Texas Supreme Court) | 10 | $9,000.00 |
| 13 | Litigation:  FOIA Disputes and EPA Matters | 4 | $2,560.00 |
| 16 | Litigation:  Sierra Club - Eastern District of Texas | 15 | $10,000.00 |
| 17 | Litigation:  Sierra Club - Western District of Texas | 45 | $30,000.00 |
| 18 | Litigation:  NSR Case | 60 | $50,000.00 |
| 22 | Litigation:  2004 FPL Lawsuit | 4 | $2,560.00 |
| 23 | Litigation:  2011 FPL Lawsuit | 0 | $0.00 |
| 24 | Litigation:  FPL Offer Curves Dispute | 0 | $0.00 |
| 41 | SEC Matters | 5 | $4,000.00 |
| 43 | Corporate Matters | 10 | $8,000.00 |
| 44 | Non-Working Travel | 3 | $2,500.00 |
| Applicable to EFIH Debtors | | | |
| 34 | SEC Matters | 5 | $4,000.00 |
| 35 | Corporate Matters | 10 | $8,000.00 |
| 40 | Non-Working Travel | 0 | $0.00 |
| Applicable to EFH Debtors | | | |
| 31 | SEC Matters | 20 | $15,000.00 |
| 32 | Corporate Matters | 40 | $30,000.00 |
| 38 | Non-Working Travel | 0 | $0.00 |
| Total | | | $220,120.00 |

---

[1]    Budgeted numbers do not necessarily amount to a 1:1 ratio because they reflect a blended hourly rate and a variable allocation of timekeepers and hours, depending on the needs for each matter number.

**Staffing Plan**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate[2] |
|---|---|---|
| Partner | 14 | $780 |
| Of Counsel | 3 | $800 |
| Associate (4+ years since first admission) | 10 | $620 |
| Jr. Associate (1-3 years since first admission) | 8 | $565 |
| Paralegal | 2 | $375 |
| **Total Attorney** | 35 | **$695** |
| **Total Non-Attorney** | 2 | **$375** |
| **Total** | 37 | **$685** |

[2]    The Average Hourly Rate is a weighted average based on the individual hourly rate of, matters worked on, and projected number of hours worked by, each timekeeper over the course of the Chapter 11 Cases.

## Exhibit D-4

**December Budget and Staffing Plan**

## Budget and Staffing Plan

**(For Matter Categories for the Period Beginning on December 1, 2014 and Ending on December 31, 2014)**

## Budget

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted[1] |
|---|---|---|---|
| Applicable to All Debtors | | | |
| 12 | Tax Analysis | 10 | $7,000.00 |
| 25 | Public Policy Advice | 2 | $1,500.00 |
| 30 | Case Administration, Employment and Fee Applications | 65 | $40,000.00 |
| 46 | Budgeting | 4 | $3,000.00 |
| Applicable to TCEH Debtors | | | |
| 4 | Litigation:  Disputes and Potential Litigation with Aurelius | 0 | $0.00 |
| 8 | Litigation:  FPL v. TXU (Texas Supreme Court) | 10 | $9,000.00 |
| 13 | Litigation:  FOIA Disputes and EPA Matters | 4 | $2,560.00 |
| 16 | Litigation:  Sierra Club - Eastern District of Texas | 8 | $5,000.00 |
| 17 | Litigation:  Sierra Club - Western District of Texas | 8 | $5,000.00 |
| 18 | Litigation:  NSR Case | 90 | $75,000.00 |
| 22 | Litigation:  2004 FPL Lawsuit | 4 | $2,560.00 |
| 23 | Litigation:  2011 FPL Lawsuit | 0 | $0.00 |
| 24 | Litigation:  FPL Offer Curves Dispute | 0 | $0.00 |
| 41 | SEC Matters | 5 | $4,000.00 |
| 43 | Corporate Matters | 10 | $8,000.00 |
| 44 | Non-Working Travel | 3 | $2,500.00 |
| Applicable to EFIH Debtors | | | |
| 34 | SEC Matters | 5 | $4,000.00 |
| 35 | Corporate Matters | 10 | $8,000.00 |
| 40 | Non-Working Travel | 0 | $0.00 |
| Applicable to EFH Debtors | | | |
| 31 | SEC Matters | 10 | $8,000.00 |
| 32 | Corporate Matters | 20 | $15,000.00 |
| 38 | Non-Working Travel | 0 | $0.00 |
| **Total** | | | **$200,120.00** |

---

[1]    Budgeted numbers do not necessarily amount to a 1:1 ratio because they reflect a blended hourly rate and a variable allocation of timekeepers and hours, depending on the needs for each matter number.

**Staffing Plan**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate[2] |
|---|---|---|
| Partner | 14 | $780 |
| Of Counsel | 3 | $800 |
| Associate (4+ years since first admission) | 10 | $620 |
| Jr. Associate (1-3 years since first admission) | 8 | $565 |
| Paralegal | 2 | $375 |
| **Total Attorney** | 35 | **$695** |
| **Total Non-Attorney** | 2 | **$375** |
| **Total** | 37 | **$685** |

---

[2]    The Average Hourly Rate is a weighted average based on the individual hourly rate of, matters worked on, and projected number of hours worked by, each timekeeper over the course of the Chapter 11 Cases.

RLF1 11519081v.1