## Exhibit E

## Voluntary Rate Disclosures

**Voluntary Rate Disclosures**

- The blended hourly rate for all Gibson Dunn domestic timekeepers (including both professionals and paraprofessionals) who billed to non-bankruptcy matters (collectively, the "Non-Bankruptcy Matters")[1] during the 12-month period beginning on January 1, 2014 and ending on December 31, 2014 (the "Comparable Period") was, in the aggregate, approximately **$654** per hour (the "Non-Bankruptcy Blended Hourly Rate").[2]

- The blended hourly rate for all Gibson Dunn timekeepers (including both professionals and paraprofessionals) who billed to the Debtors during the Fee Period was approximately **$611** per hour (the "Debtor Blended Hourly Rate").[3]

- A detailed comparison of these rates is as follows:

| Position at Gibson Dunn | Debtor Blended Hourly Rate for This Fee Application | Non-Bankruptcy Blended Hourly Rate |
|---|---|---|
| Partners | $788 | $916 |
| Of Counsels | $640 | $730 |
| Associates | $563 | $570 |
| Paralegals | $379 | $340 |
| **Attorneys & Paraprofessionals** | **$611** | **$654** |

---

[1] It is the nature of Gibson Dunn's practice that certain non-bankruptcy engagements require the advice and counsel of professionals and paraprofessionals who work primarily within Gibson Dunn's Restructuring Group. Accordingly, "Non-Bankruptcy Matters" consist of matters for which Gibson Dunn domestic timekeepers represented a client in a matter other than an in-court bankruptcy proceeding. Moreover, the Non-Bankruptcy Matters include time billed by Gibson Dunn domestic timekeepers who work primarily within Gibson Dunn's Restructuring Group.

[2] Gibson Dunn calculated the blended rate for Non-Bankruptcy Matters by dividing the *total dollar amount* billed by Gibson Dunn domestic timekeepers to the Non-Bankruptcy Matters during the Comparable Period by the *total number of hours* billed by Gibson Dunn domestic timekeepers to the Non-Bankruptcy Matters during the Comparable Period.

[3] Gibson Dunn calculated the blended rate for timekeepers who billed to the Debtors by dividing the *total dollar amount billed* by such timekeepers during the Fee Period by the *total number of hours billed* by such timekeepers during the Fee Period.