# Exhibit F

## Summary of Total Fees Incurred and Hours Billed During the Fee Period

## Attorneys and Paraprofessionals' Information

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Fee Application | Hours Billed In this Fee Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Fee Application at First Interim Fee Application Billing Rate |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | In this Fee Application | In the First Interim Fee Application | |
| William B. Dawson | Partner | Litigation | TX – 1975 | $89,447.50 | 96.7 | 0 | $925.00 | $925.00 | N/A |
| Amy L. Goodman | Partner | Corporate | MA – 1975 DC – 1999 | $860.00 | 0.8 | 0 | $1,075.00 | N/A | N/A |
| James C. Ho | Partner | Litigation | DC – 2001 TX – 2006 | $4,867.50 | 5.5 | 0 | $885.00 | $885.00 | N/A |
| Brian J. Lane | Partner | Corporate | MD – 1983 DC – 2000 | $1,085.00 | 1.0 | 0 | $1,085.00 | $1,085.00 | N/A |
| Robert B. Little | Partner | Corporate | TX – 1998 | $65,217.00 | 81.3 | 0 | $790.00 | $790.00 | N/A |
| John F. Olson | Partner | Corporate | DC – 1977 | $707.5 | 0.5 | 0 | $1,415.00 | $1,415.00 | N/A |
| Michael L. Raiff* | Partner | Litigation | TX – 1992 | $72,744.00 | 114.1 | 0 | $840.00 | $840.00 | N/A |
| David L. Sinak | Partner | Tax | TX – 1979 | $4,488.00 | 4.4 | 0 | $1,020.00 | $1,020.00 | N/A |
| Jeffrey Trinklein | Partner | Tax | NY – 2007 | $1,176.00 | 1.2 | 0 | $980.00 | $980.00 | N/A |
| Ashley E. Johnson | Of Counsel | Litigation | NC – 2007 TX – 2009 | $7,626.00 | 12.0 | 0 | $740.00 | $740.00 | N/A |
| Jeffrey L. Steiner | Of Counsel | Corporate | MD – 2004 DC – 2006 | $500.50 | 0.7 | 0 | $715.00 | $715.00 | N/A |
| Dina R. Bernstien | Associate | Corporate | CA – 2006 | $780.00 | 1.2 | 0 | $650.00 | $650.00 | N/A |
| Matthew G. Bouslog | Associate | Bankruptcy | CA – 2011 | $54,889.50 | 98.9 | 0 | $555.00 | $555.00 | N/A |
| Caitlin A. Calloway | Associate | Unassigned | TX – 2012 | $7,221.00 | 16.6 | 0 | $435.00 | $435.00 | N/A |
| Michael Q. Cannon | Associate | Tax | TX – 2012 | $2,328.00 | 4.8 | 0 | $485.00 | $485.00 | N/A |
| Katherine E. Cournoyer | Associate | Corporate | NY – 2012 TX – 2014 | $8,269.50 | 14.9 | 0 | $555.00 | $555.00 | N/A |
| Russell H. Falconer* | Associate | Litigation | TX – 2009 | $34,280.50 | 54.7 | 0 | $535.00 | $535.00 | N/A |

RLF1 11519081v.1

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Fee Application | Hours Billed In this Fee Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Fee Application at First Interim Fee Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Fee Application | In the First Interim Fee Application | |
| Scott J. Fulford* | Associate | Unassigned | TX – 2012 | $8,127.00 | 12.9 | 0 | $440.00 | $440.00 | N/A |
| Jeremy L. Graves | Associate | Litigation | CO – 2012 | $12,567.00 | 17.7 | 0 | $710.00 | $710.00 | N/A |
| Madison A. Jones | Associate | Corporate | TX – 2011 | $6,831.00 | 13.8 | 0 | $495.00 | $495.00 | N/A |
| Timothy P. Mullins | Associate | Unassigned | CA – 2013 | $484.00 | 1.1 | 0 | $440.00 | $440.00 | N/A |
| Joseph A. Orien | Associate | Unassigned | TX – 2013 | $4,928.00 | 11.2 | 0 | $440.00 | $440.00 | N/A |
| Kasey L. Robinson | Associate | Corporate | VA – 2011 DC – 2012 | $222.00 | 0.4 | 0 | $555.00 | $555.00 | N/A |
| Sean Sandoloski* | Associate | Litigation | TX – 2011 | $4,221.00 | 6.7 | 0 | $555.00 | $555.00 | N/A |
| Emily B. Speak | Associate | Unassigned | CA – 2013 | $11,704.00 | 26.6 | 0 | $440.00 | $440.00 | N/A |
| William T. Thompson | Associate | Unassigned | TX – 2013 | $1,452.00 | 3.3 | 0 | $440.00 | $440.00 | N/A |
| William C. Vaughn* | Associate | Unassigned | TX – 2013 | $4,410.00 | 7.0 | 0 | $440.00 | $440.00 | N/A |
| John-Paul Vojtisek | Associate | Tax | NY – 2006 | $6,958.00 | 9.8 | 0 | $710.00 | $710.00 | N/A |
| Jonathan M. Whalen | Associate | Corporate | TX – 2009 | $1,840.00 | 3.2 | 0 | $575.00 | $575.00 | N/A |
| Duke K. Amponsah | Paralegal. Joined firm as a Paralegal in 2012. | Bankruptcy | N/A | $63,232.00 | 166.4 | 0 | $380.00 | $380.00 | N/A |
| Gaya K. Holman | Paralegal. Joined firm as a Paralegal in 2013. | Litigation | N/A | $1,021.30 | 3.1 | 0 | $355.00 | $355.00 | N/A |
| **TOTAL (professionals and paraprofessionals)** | | | | **$484,484.80** | **792.5** | | | | |
| **TOTAL (professionals)** | | | | **$420,231.50** | **623.0** | | | | |
| **TOTAL (paraprofessionals)** | | | | **$64,253.30** | **169.5** | | | | |
| **Blended Rate (including paraprofessionals)** | | | | | | | **$611.34** | **$679.20** | |

F-2

RLF1 11519081v.1

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Fee Application | Hours Billed In this Fee Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Fee Application at First Interim Fee Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Fee Application | In the First Interim Fee Application | |
| **Blended Rate (excluding paraprofessionals)** | | | | | | | $674.53 | $688.83 | |

\*  The Debtors and Gibson Dunn have agreed to a blended hourly rate of $630.00 for Mr. Raiff and all associates for work performed on matter numbers 13, 16-18, and 22-24.  For all other matters, this attorney bills at the hourly rate specified herein.

F-3