## Exhibit G

**Summary of Actual and Necessary Expenses for the Fee Period**

RLF1 11519081v.1

**Summary of Actual and Necessary Expenses for the Fee Period**

| Expense | Amount |
|---|---:|
| Filing Fees | $10.29 |
| In House Duplication | $507.30 |
| Outside Services/Consultants | $408.26 |
| Telephone Charges | $9.12 |
| Travel - Parking | $12.00 |
| **Total** | **$946.97** |