**<u>Exhibit I</u>**

**Detailed Description of Services Provided**

**Exhibit I-1**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**October 2, 2014**

**Invoice No. 2014101452**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through September 30, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00013 | FOIA Disputes and EPA Matters | $ 3,654.00 | $ 0.00 | $ 3,654.00 |
|  | **Totals** | $ 3,654.00 | $ 0.00 | $ 3,654.00 |
|  | **Current Balance Due** |  |  | $ 3,654.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00013 | 06/03/14 | 2014063649 | $ 1,583.00 | $ 0.00 | $ 1,583.00 |
| 92772-00013 | 07/02/14 | 2014072934 | 3,843.00 | 0.00 | 3,843.00 |
| 92772-00013 | 08/04/14 | 2014092179 | 4,517.50 | 0.00 | 4,517.50 |
| 92772-00013 | 09/05/14 | 2014091415 | 8,450.00 | 0.00 | 8,450.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                              $   18,393.50

**TOTAL OUTSTANDING BALANCE DUE**              $   22,047.50

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas 75201**

**Federal Taxpayer ID #95-1611234**

**October 2, 2014**

**Invoice No. 2014101452**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through September 30, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00013 | FOIA Disputes and EPA Matters | $ 3,654.00 | $ 0.00 | $ 3,654.00 |
|  | **Totals** | $ 3,654.00 | $ 0.00 | $ 3,654.00 |
|  | **Current Balance Due** |  |  | $ 3,654.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00013 | 06/03/14 | 2014063649 | $ 1,583.00 | $ 0.00 | $ 1,583.00 |
| 92772-00013 | 07/02/14 | 2014072934 | 3,843.00 | 0.00 | 3,843.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA 90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No: 4600-146039
ABA No: 121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA 90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00013 | 08/04/14 | 2014092179 | 4,517.50 | 0.00 | 4,517.50 |
| 92772-00013 | 09/05/14 | 2014091415 | 8,450.00 | 0.00 | 8,450.00 |

**PREVIOUS BALANCE DUE**                                                 $   18,393.50

**TOTAL OUTSTANDING BALANCE DUE**                              $   22,047.50

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201


FOIA DISPUTES AND EPA MATTERS
92772-00013

_____

For Services Rendered Through September 30, 2014

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| MICHAEL L. RAIFF | 4.50 | $ 630.00 | $ 2,835.00 |
| RUSSELL H. FALCONER | 1.30 | 630.00 | 819.00 |
| **Total Services** | | | $ 3,654.00 |


| | |
|---|---|
| **Total Services, Costs/Charges** | 3,654.00 |
| **BALANCE DUE** | $  3,654.00 |

FOIA DISPUTES AND EPA MATTERS
92772-00013
_____

Detail Services:

09/01/14

| 1.10 | RAIFF, MICHAEL L | $630.00 | $693.00 | REVIEW BRIEFING IN OPPOSITION TO SIERRA CLUB'S INTERVENTION MOTION AND COMMUNICATIONS WITH TEAM REGARDING SAME (1.0); EMAIL REGARDING DISCLOSURES (.1). |

09/02/14

| 1.00 | RAIFF, MICHAEL L | $630.00 | $630.00 | WORK ON OPPOSITION TO SIERRA CLUB'S INTERVENTION AND COMMUNICATIONS REGARDING SAME (.8); ATTENTION TO AND COMMUNICATIONS REGARDING COURT CONFERENCE (.2). |
| 0.20 | FALCONER, RUSSELL H | $630.00 | $126.00 | STUDY INITIAL DISCLOSURES AND RESPONSE TO SC'S INTERVENTION MOTION. |

09/03/14

| 0.60 | RAIFF, MICHAEL L | $630.00 | $378.00 | REVIEW SIERRA CLUB'S INTERVENTION ███████ ████████ (.4); REVIEW BRIEF OPPOSING SIERRA CLUB'S INTERVENTION (.2). |

09/04/14

| 1.30 | RAIFF, MICHAEL L | $630.00 | $819.00 | REVIEW LATEST DRAFT OF BRIEF AND COMMUNICATIONS WITH TEAM REGARDING SAME (.5); FINALIZE AND SERVE DISCLOSURES AND REVIEW EPA'S DISCLOSURES (.8). |
| 0.90 | FALCONER, RUSSELL H | $630.00 | $567.00 | REVIEW EDITS TO RESPONSE TO SIERRA CLUB'S MOTION TO INTERVENE (0.5); RESEARCH AND PREPARE NOTICE OF INITIAL DISCLOSURE (0.4). |

09/29/14

| | | | | |
|---|---|---|---|---|
| 0.50 | RAIFF, MICHAEL L | $630.00 | $315.00 | REVIEW SIERRA CLUB'S MOTION TO PARTICIPATE IN COURT CONFERENCE, AND OUR RESPONSE, COURT DEADLINE. |
| 0.20 | FALCONER, RUSSELL H | $630.00 | $126.00 | CORRESPOND WITH TEAM REGARDING RESPONSE TO SIERRA CLUB'S MOTION TO PARTICIPATE. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**October 2, 2014**

**Invoice No. 2015021054**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through September 30, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00017 | Sierra Club - Western District of Texas 201200115 | $  64,826.80 | $     0.00 | $  64,826.80 |
|  | **Totals** | $   64,826.80 | $    0.00 | $  64,826.80 |
|  | **Current Balance Due** |  |  | $  64,826.80 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**October 2, 2014**

**Invoice No. 2015021054**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through September 30, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00017 | Sierra Club - Western District of Texas 201200115 | $  64,826.80 | $      0.00 | $  64,826.80 |
|  | **Totals** | $  64,826.80 | $    0.00 | $  64,826.80 |
|  | **Current Balance Due** |  |  | $  64,826.80 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


SIERRA CLUB - WESTERN DISTRICT OF TEXAS
92772-00017

_____

For Services Rendered Through September 30, 2014

| NAME | HOURS | RATE | TOTAL |
|------|------:|-----:|------:|
| WILLIAM B. DAWSON | 22.90 | $ 925.00 | $ 21,182.50 |
| AMY L. GOODMAN | 0.80 | 1,075.00 | 860.00 |
| MICHAEL L. RAIFF | 13.20 | 630.00 | 8,316.00 |
| ROBERT B. LITTLE | 6.00 | 955.00 | 5,730.00 |
| JOHN F. OLSON | 0.50 | 1,415.00 | 707.50 |
| RUSSELL H. FALCONER | 21.10 | 630.00 | 13,293.00 |
| SEAN SANDOLOSKI | 6.70 | 630.00 | 4,221.00 |
| KATHERINE E. COURNOYER | 11.40 | 555.00 | 6,327.00 |
| SCOTT J. FULFORD | 6.10 | 630.00 | 3,843.00 |
| GAYA K. HOLMAN | 1.20 | 289.00 | 346.80 |

**Total Services**                                    $  64,826.80



**Total Services, Costs/Charges**                        64,826.80

**BALANCE DUE**                                        $  64,826.80

**Due and Payable Upon Receipt**

SIERRA CLUB - WESTERN DISTRICT OF TEXAS
92772-00017
_____

Detail Services:

06/18/14

| 1.20 | HOLMAN, GAYA K | $289.00 | $346.80 | RESEARCH ███████████ |
|---|---|---|---|---|

09/02/14

| 2.20 | DAWSON, WILLIAM B | $925.00 | $2,035.00 | ANALYZE ████████████ ████ (1.9); CALL WITH LOCAL COUNSEL REGARDING SAME (0.3). |
|---|---|---|---|---|
| 1.10 | RAIFF, MICHAEL L | $630.00 | $693.00 | CONFERENCE CALL WITH CLIENTS (SPLIT)(.5); REVIEW NEXT STEPS RE FEE JUDGMENT (.5); COMMUNICATIONS ████████████ (.1). |
| 0.30 | FALCONER, RUSSELL H | $630.00 | $189.00 | REVIEW ███████ |

09/03/14

| 5.80 | DAWSON, WILLIAM B | $925.00 | $5,365.00 | WORK ON FEE CLAIM COLLECTION ████████████ ████ (2.1); ████████████ (1.2); PREPARE FOR AND CALL WITH CLIENT REGARDING SAME (1.8); CONFER WITH R. FALCONER REGARDING LEGAL ISSUES (0.7). |
|---|---|---|---|---|
| 0.30 | GOODMAN, AMY L | $1,075.00 | $322.50 | TELEPHONE CONFERENCE WITH R. LITTLE REGARDING LEGAL ISSUES. |
| 2.00 | LITTLE, ROBERT B | $955.00 | $1,910.00 | WORK ON LEGAL ISSUES RE FEE AWARD (1.7); TELEPHONE CONFERENCE WITH A. GOODMAN RE: LEGAL ISSUES (0.3). |
| 0.50 | OLSON, JOHN F | $1,415.00 | $707.50 | WORK ON LEGAL ISSUES RE FEE AWARD. |

| | | | | |
|---|---|---|---|---|
| 3.30 | FALCONER, RUSSELL H | $630.00 | $2,079.00 | BEGIN ANALYSIS OF ISSUES ██████████ (2.6); CONFER WITH B. DAWSON ON SAME (0.7). |
| 5.50 | COURNOYER, KATHERINE E | $555.00 | $3,052.50 | RESEARCH QUESTIONS REGARDING ██████ |

| | | | | |
|---|---|---|---|---|
| 09/04/14 | | | | |
| 1.80 | DAWSON, WILLIAM B | $925.00 | $1,665.00 | WORK ON ██████ FEE AWARD. (1.3); EMAILS FROM CLIENT AND RESPONSES REGARDING COMMUNICATIONS FROM SC ████████ (.5). |
| 0.50 | GOODMAN, AMY L | $1,075.00 | $537.50 | WORK ON LEGAL ISSUES RE FEE AWARD. |
| 0.30 | RAIFF, MICHAEL L | $630.00 | $189.00 | REVIEW AWARD, EXECUTION ██████ |
| 3.50 | LITTLE, ROBERT B | $955.00 | $3,342.50 | WORK ON OUTLINE REGARDING LEGAL ISSUES. |
| 0.80 | FALCONER, RUSSELL H | $630.00 | $504.00 | WORK WITH S. SANDOLOSKI TO FORMULATE RESEARCH PLAN ██████ |
| 0.20 | SANDOLOSKI, SEAN | $630.00 | $126.00 | TELECONFERENCE WITH R. FALCONER REGARDING ██ ██████ RESEARCH. |
| 4.50 | COURNOYER, KATHERINE E | $555.00 | $2,497.50 | RESEARCH QUESTIONS REGARDING ██████ |

| | | | | |
|---|---|---|---|---|
| 09/05/14 | | | | |
| 2.50 | DAWSON, WILLIAM B | $925.00 | $2,312.50 | WORK ON PREPARING ██ ██████ |

| | | | | |
|---|---|---|---|---|
| 0.80 | RAIFF, MICHAEL L | $630.00 | $504.00 | REVIEW ████ STRATEGIES, ████ |
| 0.50 | LITTLE, ROBERT B | $955.00 | $477.50 | CONFER WITH K. COURNOYER REGARDING LEGAL ISSUES RELATED TO FEE AWARD. |
| 1.70 | FALCONER, RUSSELL H | $630.00 | $1,071.00 | CONTINUE WORKING ON ████ STRATEGY. |
| 3.40 | SANDOLOSKI, SEAN | $630.00 | $2,142.00 | REVIEW AND ANALYZE CASE LAW ████ |
| 1.40 | COURNOYER, KATHERINE E | $555.00 | $777.00 | CONFER WITH R. LITTLE REGARDING POTENTIAL SETTLEMENT TERMS AND LEGAL ISSUES (0.5); REVIEW SAME (0.9). |

**09/07/14**

| | | | | |
|---|---|---|---|---|
| 2.10 | SANDOLOSKI, SEAN | $630.00 | $1,323.00 | REVIEW AND ANALYZE LEGAL ISSUES RELATED TO FEE AWARD. |

**09/08/14**

| | | | | |
|---|---|---|---|---|
| 0.20 | FALCONER, RUSSELL H | $630.00 | $126.00 | WORK WITH S. SANDOLOSKI ████ |
| 1.00 | SANDOLOSKI, SEAN | $630.00 | $630.00 | WORK REGARDING METHODS ████ (.8); CONFERENCE WITH R. FALCONER REGARDING SAME (.2). |

**09/09/14**

| | | | | |
|---|---|---|---|---|
| 0.90 | RAIFF, MICHAEL L | $630.00 | $567.00 | REVIEW ████ (0.3); PARTICIPATE IN CALL WITH CLIENTS (SPLIT) (0.6). |
| 2.30 | FALCONER, RUSSELL H | $630.00 | $1,449.00 | WORK ON LEGAL ISSUES REGARDING ████. |

**09/10/14**

| | | | | |
|---|---|---|---|---|
| 0.80 | DAWSON, WILLIAM B | $925.00 | $740.00 | WORK ████ |

| | | | | |
|---|---|---|---|---|
| 0.80 | RAIFF, MICHAEL L | $630.00 | $504.00 | ATTENTION TO AND COMMUNICATIONS REGARDING ███████ (.6); FOLLOW-UP COMMUNICATIONS (.2). |

**09/12/14**

| | | | | |
|---|---|---|---|---|
| 0.50 | FALCONER, RUSSELL H | $630.00 | $315.00 | WORK ON ████████ |

**09/18/14**

| | | | | |
|---|---|---|---|---|
| 2.50 | DAWSON, WILLIAM B | $925.00 | $2,312.50 | REVIEW INFORMATION FROM CLIENT (1.9); PREPARE FOR CALLS ███████████ (0.6). |
| 1.70 | RAIFF, MICHAEL L | $630.00 | $1,071.00 | ATTENTION TO AND COMMUNICATIONS REGARDING ██████ (.4); CONFERENCE RE SAME (1.3). |
| 1.40 | FALCONER, RUSSELL H | $630.00 | $882.00 | WORK ON FORMULATING AND REFINING ████████ STRATEGY. |

**09/19/14**

| | | | | |
|---|---|---|---|---|
| 1.30 | DAWSON, WILLIAM B | $925.00 | $1,202.50 | WORK ON ██████████ |
| 1.00 | RAIFF, MICHAEL L | $630.00 | $630.00 | WORK ON ██████████ AND STRATEGIES. |
| 6.20 | FALCONER, RUSSELL H | $630.00 | $3,906.00 | WORK RE ██████████ |

**09/20/14**

| | | | | |
|---|---|---|---|---|
| 2.50 | DAWSON, WILLIAM B | $925.00 | $2,312.50 | WORK ON ████████████ AND WORK ON ALTERNATIVE. |
| 0.20 | RAIFF, MICHAEL L | $630.00 | $126.00 | REVIEW ████████ ISSUES. |
| 1.40 | FALCONER, RUSSELL H | $630.00 | $882.00 | WORK RE SETTLEMENT. |

**09/21/14**

| | | | | |
|---|---|---|---|---|
| 1.20 | RAIFF, MICHAEL L | $630.00 | $756.00 | WORK REGARDING SETTLEMENT. |

**09/22/14**

| | | | | |
|---|---|---|---|---|
| 1.10 | RAIFF, MICHAEL L | $630.00 | $693.00 | WORK ON SETTLEMENT (.5); CONFERENCE CALL WITH CLIENTS AND CO-COUNSEL (.6). |

| 0.80 | FALCONER, RUSSELL H | $630.00 | $504.00 | WORK RE SETTLEMENT. |

**09/23/14**

| 0.80 | RAIFF, MICHAEL L | $630.00 | $504.00 | WORK REGARDING SETTLEMENT MATTERS (.4); FOLLOW-UP AND COMMUNICATIONS REGARDING SAME (.4). |
| 0.40 | FALCONER, RUSSELL H | $630.00 | $252.00 | PARTICIPATE IN WEEKLY CASE CONFERENCE CALL (SPLIT). |

**09/25/14**

| 1.50 | DAWSON, WILLIAM B | $925.00 | $1,387.50 | WORK ON SETTLEMENT AND COMMUNICATIONS REGARDING SAME. |
| 1.00 | RAIFF, MICHAEL L | $630.00 | $630.00 | WORK ON SETTLEMENT ISSUES (0.6); CONFERENCE CALLS AND EMAILS WITH CLIENT AND TEAM REGARDING SAME (0.4). |
| 0.60 | FALCONER, RUSSELL H | $630.00 | $378.00 | PARTICIPATE IN PART OF SETTLEMENT CALL AND CORRESPOND WITH TEAM REGARDING SAME (0.5); CORRESPOND REGARDING RESEARCH PROJECT (0.1). |

**09/26/14**

| 0.30 | RAIFF, MICHAEL L | $630.00 | $189.00 | REVIEW SIERRA CLUB'S APPEAL NOTICES AND NEXT STEPS (.3). |

**09/29/14**

| 0.50 | DAWSON, WILLIAM B | $925.00 | $462.50 | WORK ON POSSIBLE SETTLEMENT WITH SIERRA CLUB. |
| 0.20 | RAIFF, MICHAEL L | $630.00 | $126.00 | REVIEW FIFTH CIRCUIT FILING AND SETTLEMENT ISSUES (.2). |
| 0.20 | FALCONER, RUSSELL H | $630.00 | $126.00 | WORK ON RESEARCH TASKS. |
| 3.30 | FULFORD, SCOTT J | $630.00 | $2,079.00 | RESEARCH ███████ ███████ (3.1); CONFERENCE WITH R. FALCONER REGARDING THE SAME (0.2). |

09/30/14

| | | | | |
|---|---|---|---|---|
| 1.50 | DAWSON, WILLIAM B | $925.00 | $1,387.50 | CALL WITH LOCAL COUNSEL AND COMMUNICATIONS WITH CLIENT AND INTERNALLY ▇ ▇ |
| 1.80 | RAIFF, MICHAEL L | $630.00 | $1,134.00 | PARTICIPATE IN CLIENT CALL (SPLIT)(.3); WORK ON POSSIBLE SETTLEMENT, NEXT STEPS, AND MULTIPLE COMMUNICATIONS AND EMAILS REGARDING SAME (1.5). |
| 1.00 | FALCONER, RUSSELL H | $630.00 | $630.00 | WORK ON RESEARCH RESULTS. |
| 2.80 | FULFORD, SCOTT J | $630.00 | $1,764.00 | RESEARCH RE FEE AWARDS. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**October 2, 2014**

**Invoice No. 2014100582**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through September 30, 2014**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00018 | NSR Case 201300257 | $  11,581.50 | $     0.00 | $  11,581.50 |
| | **Totals** | $  11,581.50 | $     0.00 | $  11,581.50 |
| | **Current Balance Due** | | | $  11,581.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00018 | 06/03/14 | 2014081693 | $  4,334.00 | $   0.00 | $  4,334.00 |
| 92772-00018 | 07/02/14 | 2014073091 | 16,732.50 | 0.00 | 16,732.50 |
| 92772-00018 | 08/04/14 | 2014081692 | 32,791.00 | 0.00 | 32,791.00 |
| 92772-00018 | 09/04/14 | 2014090690 | 33,926.00 | 0.00 | 33,926.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                    $ 87,783.50

**TOTAL OUTSTANDING BALANCE DUE**                           $ 99,365.00

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**October 2, 2014**

**Invoice No. 2014100582**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through September 30, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00018 | NSR Case 201300257 | $  11,581.50 | $     0.00 | $  11,581.50 |
|  | **Totals** | $  11,581.50 | $   0.00 | $  11,581.50 |
|  | **Current Balance Due** |  |  | $  11,581.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00018 | 06/03/14 | 2014081693 | $  4,334.00 | $   0.00 | $  4,334.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|--------------|-------------|----------|-------|-------------|
| 92772-00018 | 07/02/14 | 2014073091 | 16,732.50 | 0.00 | 16,732.50 |
| 92772-00018 | 08/04/14 | 2014081692 | 32,791.00 | 0.00 | 32,791.00 |
| 92772-00018 | 09/04/14 | 2014090690 | 33,926.00 | 0.00 | 33,926.00 |

**PREVIOUS BALANCE DUE**                                    $  87,783.50

**TOTAL OUTSTANDING BALANCE DUE**                           $  99,365.00

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


NSR CASE
92772-00018

_____

For Services Rendered Through September 30, 2014

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| WILLIAM B. DAWSON | 2.10 | $ 925.00 | $   1,942.50 |
| MICHAEL L. RAIFF | 5.90 | 630.00 | 3,717.00 |
| RUSSELL H. FALCONER | 9.40 | 630.00 | 5,922.00 |
| **Total Services** | | | $   11,581.50 |

| | |
|---|---|
| **Total Services, Costs/Charges** | 11,581.50 |
| **BALANCE DUE** | $   11,581.50 |

NSR CASE
92772-00018

_____

Detail Services:

| Date | Hours | Name | Rate | Amount | Description |
|---|---|---|---|---|---|
| 09/02/14 | 0.80 | DAWSON, WILLIAM B | $925.00 | $740.00 | PARTICIPATE IN NSR CALL. |
| | 0.50 | RAIFF, MICHAEL L | $630.00 | $315.00 | TELEPHONE CALL WITH CLIENTS (SPLIT). |
| | 0.30 | FALCONER, RUSSELL H | $630.00 | $189.00 | PARTICIPATE IN PORTION OF WEEKLY STRATEGY CALL. |
| 09/09/14 | 1.30 | DAWSON, WILLIAM B | $925.00 | $1,202.50 | PREPARE FOR AND CONFERENCE CALL WITH CLIENT. |
| | 0.60 | RAIFF, MICHAEL L | $630.00 | $378.00 | PARTICIPATE IN CALL WITH CLIENTS (SPLIT). |
| 09/10/14 | 1.00 | FALCONER, RUSSELL H | $630.00 | $630.00 | WORK ON MOTION TO DISMISS. |
| 09/11/14 | 0.50 | RAIFF, MICHAEL L | $630.00 | $315.00 | WORK REGARDING ███████ (0.3); MULTIPLE COMMUNICATIONS WITH OPPOSING COUNSEL, COURT, AND CLIENTS REGARDING SAME (0.2). |
| 09/12/14 | 1.10 | FALCONER, RUSSELL H | $630.00 | $693.00 | BEGIN REVISING MOTION TO DISMISS. |
| 09/17/14 | 6.40 | FALCONER, RUSSELL H | $630.00 | $4,032.00 | FINISH REVISIONS TO MOTION TO DISMISS. |
| 09/18/14 | 0.30 | FALCONER, RUSSELL H | $630.00 | $189.00 | CORRESPOND WITH S. GIDIERE REGARDING ███████ |
| 09/22/14 | 2.00 | RAIFF, MICHAEL L | $630.00 | $1,260.00 | WORK ON MOTION TO DISMISS (0.8); REVIEW OF RELATED MATERIALS (0.9); COMMUNICATIONS WITH TEAM REGARDING SAME (0.3). |

| Date | Hours | Name | Rate | Amount | Description |
|---|---|---|---|---|---|
| 09/23/14 | 1.00 | RAIFF, MICHAEL L | $630.00 | $630.00 | WEEKLY CALL WITH CLIENTS (SPLIT)(.3); COMMUNICATIONS WITH DOJ (.1); ATTENTION TO MOTION TO DISMISS AND RELATED FLINGS (.6). |
| | 0.30 | FALCONER, RUSSELL H | $630.00 | $189.00 | PARTICIPATE IN WEEKLY CASE CONFERENCE CALL (SPLIT). |
| 09/24/14 | 1.00 | RAIFF, MICHAEL L | $630.00 | $630.00 | ATTENTION TO AND REVIEW MOTION TO DISMISS FILINGS AND MOTION TO SEAL (.7); COMMUNICATIONS WITH DOJ AND WITH CO-COUNSEL REGARDING SAME AND REGARDING SEALING ISSUES (.3). |
| 09/30/14 | 0.30 | RAIFF, MICHAEL L | $630.00 | $189.00 | PARTICIPATE IN CLIENT CALL (SPLIT)(.3). |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**October 2, 2014**

**Invoice No. 2014103512**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through September 30, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00022 | 2004 FPL Lawsuit | $   5,355.00 | $    0.00 | $   5,355.00 |
|  | **Totals** | $   5,355.00 | $    0.00 | $   5,355.00 |
|  | **Current Balance Due** |  |  | $   5,355.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00022 | 08/04/14 | 2014083442 | $  1,071.00 | $    0.00 | $   1,071.00 |

Remit By Wire To:
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

Remit By Mail To:
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                    $   1,071.00

**TOTAL OUTSTANDING BALANCE DUE**                           $   6,426.00

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**October 2, 2014**

**Invoice No. 2014103512**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through September 30, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00022 | 2004 FPL Lawsuit | $    5,355.00 | $      0.00 | $    5,355.00 |
|  | **Totals** | $    5,355.00 | $      0.00 | $    5,355.00 |
|  | **Current Balance Due** |  |  | $    5,355.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00022 | 08/04/14 | 2014083442 | $    1,071.00 | $    0.00 | $    1,071.00 |

Remit By Wire To:
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

Remit By Mail To:
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**PREVIOUS BALANCE DUE**                    $    1,071.00

**TOTAL OUTSTANDING BALANCE DUE**        $    6,426.00

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

2004 FPL LAWSUIT
92772-00022

_____

For Services Rendered Through September 30, 2014

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| MICHAEL L. RAIFF | 1.90 | $ 630.00 | $  1,197.00 |
| ASHLEY E. JOHNSON | 6.60 | 630.00 | 4,158.00 |
| **Total Services** | | | $  5,355.00 |

**Total Services, Costs/Charges**                                        5,355.00

**BALANCE DUE**                                                        $   5,355.00

**Due and Payable Upon Receipt**

2004 FPL LAWSUIT
92772-00022

_____

Detail Services:

| Date | Hours | Name | Rate | Amount | Description |
|---|---|---|---|---|---|
| 09/24/14 | 1.00 | RAIFF, MICHAEL L | $630.00 | $630.00 | ATTENTION TO AND COMMUNICATIONS REGARDING MOTION TO LIFT STAY (1.0). |
| | 2.20 | JOHNSON, ASHLEY E | $630.00 | $1,386.00 | REVISE DRAFT MOTION TO LIFT STAY. |
| 09/25/14 | 0.50 | RAIFF, MICHAEL L | $630.00 | $315.00 | ATTENTION TO AND EMAILS WITH TEAM REGARDING FPL1 CASE AND MOTION TO LIFT STAY (.5). |
| | 1.20 | JOHNSON, ASHLEY E | $630.00 | $756.00 | REVISE DRAFT MOTION TO LIFT STAY. |
| 09/26/14 | 0.40 | RAIFF, MICHAEL L | $630.00 | $252.00 | CONFERENCE WITH A. JOHNSON (.1); WORK ON AND COMMUNICATIONS WITH CLIENT REGARDING NOTICE OF APPEARANCE (.2); COMMUNICATIONS REGARDING BANKRUPTCY MOTION (.1). |
| | 0.80 | JOHNSON, ASHLEY E | $630.00 | $504.00 | REVIEW EMAIL CORRESPONDENCE (.7); CONFERENCE WITH M. RAIFF REGARDING CHANGES TO FPL BRIEF (.1). |
| 09/29/14 | 2.40 | JOHNSON, ASHLEY E | $630.00 | $1,512.00 | COMBINE REVISIONS TO MOTION TO STAY. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**October 3, 2014**

**Invoice No. 2014101460**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through September 30, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00023 | 2011 FPL Lawsuit | $    1,197.00 | $      0.00 | $    1,197.00 |
|  | **Totals** | $    1,197.00 | $      0.00 | $    1,197.00 |
|  | **Current Balance Due** |  |  | $    1,197.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00023 | 06/03/14 | 2014063644 | $    1,323.00 | $      0.00 | $    1,323.00 |
| 92772-00023 | 07/02/14 | 2014072935 | 1,260.00 | 0.00 | 1,260.00 |
| 92772-00023 | 08/04/14 | 2014092189 | 2,331.00 | 0.00 | 2,331.00 |
| 92772-00023 | 09/05/14 | 2014091413 | 945.00 | 0.00 | 945.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Invoice Date: October 3, 2014                                                                    Invoice No. 2014101460

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                  $   5,859.00

**TOTAL OUTSTANDING BALANCE DUE**                         $   7,056.00

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**October 3, 2014**

**Invoice No. 2014101460**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through September 30, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00023 | 2011 FPL Lawsuit | $    1,197.00 | $      0.00 | $   1,197.00 |
|  | **Totals** | $    1,197.00 | $     0.00 | $   1,197.00 |
|  | **Current Balance Due** |  |  | $   1,197.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00023 | 06/03/14 | 2014063644 | $   1,323.00 | $   0.00 | $   1,323.00 |
| 92772-00023 | 07/02/14 | 2014072935 | 1,260.00 | 0.00 | 1,260.00 |

<u>Remit By Wire To:</u>
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

<u>Remit By Mail To:</u>
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: October 3, 2014**                                                **Invoice No. 2014101460**

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00023 | 08/04/14 | 2014092189 | 2,331.00 | 0.00 | 2,331.00 |
| 92772-00023 | 09/05/14 | 2014091413 | 945.00 | 0.00 | 945.00 |

**PREVIOUS BALANCE DUE**                                    $   5,859.00

**TOTAL OUTSTANDING BALANCE DUE**                           $   7,056.00

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201


2011 FPL LAWSUIT
92772-00023

_____

For Services Rendered Through September 30, 2014

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| MICHAEL L. RAIFF | 1.90 | $ 630.00 | $ 1,197.00 |
| **Total Services** | | | $ 1,197.00 |




| **Total Services, Costs/Charges** | 1,197.00 |
|---|---|
| **BALANCE DUE** | $ 1,197.00 |

**Due and Payable Upon Receipt**

2011 FPL LAWSUIT
92772-00023

_____

Detail Services:

09/29/14
1.30    RAIFF, MICHAEL L    $630.00    $819.00    WORK ON JOINT MOTION AND
                                                  NEW PROPOSED SCHEDULING
                                                  ORDER IN LIGHT OF PENDING
                                                  APPEAL IN FPL1 (1.3).

09/30/14
0.60    RAIFF, MICHAEL L    $630.00    $378.00    FOLLOW-UP ON JOINT MOTION
                                                  AND COMMUNICATIONS
                                                  REGARDING SAME (.3);
                                                  FINALIZE AND FILE JOINT
                                                  MOTION (.3).

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas 75201**

**Federal Taxpayer ID #95-1611234**

**October 4, 2014**

**Invoice No. 2014103922**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through September 30, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00030 | EFH Case Administration | $ 46,441.00 | $ 0.00 | $ 46,441.00 |
|  | **Totals** | $ 46,441.00 | $ 0.00 | $ 46,441.00 |
|  | **Current Balance Due** |  |  | $ 46,441.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00030 | 06/23/14 | 2014062395 | $ 20,108.00 | $ 0.00 | $ 20,108.00 |
| 92772-00030 | 07/15/14 | 2014071145 | 1,456.00 | 0.00 | 1,456.00 |
| 92772-00030 | 08/06/14 | 2014081005 | 4,921.50 | 0.00 | 4,921.50 |
| 92772-00030 | 09/08/14 | 2014091971 | 16,046.00 | 0.00 | 16,046.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA 90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No: 4600-146039
ABA No: 121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA 90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                          $   42,531.50

**TOTAL OUTSTANDING BALANCE DUE**                 $   88,972.50

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**October 4, 2014**

**Invoice No. 2014103922**

<u>**REMITTANCE COPY**</u>

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through September 30, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00030 | EFH Case Administration | $  46,441.00 | $     0.00 | $  46,441.00 |
|  | **Totals** | $  46,441.00 | $    0.00 | $  46,441.00 |
|  | **Current Balance Due** |  |  | $  46,441.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00030 | 06/23/14 | 2014062395 | $  20,108.00 | $    0.00 | $  20,108.00 |
| 92772-00030 | 07/15/14 | 2014071145 | 1,456.00 | 0.00 | 1,456.00 |

Remit By Wire To:
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

Remit By Mail To:
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|--------------|-------------|----------|-------|-------------|
| 92772-00030 | 08/06/14 | 2014081005 | 4,921.50 | 0.00 | 4,921.50 |
| 92772-00030 | 09/08/14 | 2014091971 | 16,046.00 | 0.00 | 16,046.00 |

**PREVIOUS BALANCE DUE**                                        $   42,531.50

**TOTAL OUTSTANDING BALANCE DUE**                          $   88,972.50

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

EFH CASE ADMINISTRATION
92772-00030

_____

For Services Rendered Through September 30, 2014

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| MICHAEL L. RAIFF | 1.30 | $ 840.00 | $   1,092.00 |
| ROBERT B. LITTLE | 5.80 | 790.00 | 4,582.00 |
| JOHN-PAUL VOJTISEK | 0.40 | 710.00 | 284.00 |
| JEREMY L. GRAVES | 9.70 | 710.00 | 6,887.00 |
| RUSSELL H. FALCONER | 1.90 | 535.00 | 1,016.50 |
| MATTHEW G. BOUSLOG | 27.70 | 555.00 | 15,373.50 |
| EMILY B. SPEAK | 10.00 | 440.00 | 4,400.00 |
| DUKE K. AMPONSAH | 33.70 | 380.00 | 12,806.00 |

**Total Services**                                           $   46,441.00

**Total Services, Costs/Charges**                                46,441.00

**BALANCE DUE**                                              $   46,441.00

**Due and Payable Upon Receipt**

EFH CASE ADMINISTRATION
92772-00030
_____

Detail Services:

**09/02/14**

| | | | | |
|---|---|---|---|---|
| 0.10 | GRAVES, JEREMY L | $710.00 | $71.00 | EMAILS WITH M. BOUSLOG RELATED TO GIBSON DUNN RETENTION APPLICATION. |
| 2.40 | AMPONSAH, DUKE K | $380.00 | $912.00 | CONTINUE COMPILING EXHIBITS FOR FEE STATEMENTS. |

**09/03/14**

| | | | | |
|---|---|---|---|---|
| 0.20 | LITTLE, ROBERT B | $790.00 | $158.00 | TELEPHONE CALL WITH C. GOOCH REGARDING FEE APPLICATION MATTERS. |
| 0.10 | GRAVES, JEREMY L | $710.00 | $71.00 | EMAILS WITH M. BOUSLOG RELATED TO GIBSON DUNN RETENTION APPLICATION. |
| 0.20 | BOUSLOG, MATTHEW G | $555.00 | $111.00 | REVIEW REVISED RETENTION ORDER (0.1); EMAILS WITH J. GRAVES AND D. AMPONSAH REGARDING SAME (0.1). |
| 3.10 | AMPONSAH, DUKE K | $380.00 | $1,178.00 | CONTINUE COMPILING EXHIBITS FOR FEE STATEMENTS. |

**09/04/14**

| | | | | |
|---|---|---|---|---|
| 0.20 | GRAVES, JEREMY L | $710.00 | $142.00 | EMAILS WITH M. BOUSLOG RELATED TO GIBSON DUNN RETENTION APPLICATION. |
| 0.10 | BOUSLOG, MATTHEW G | $555.00 | $55.50 | EMAILS WITH M. ROSENTHAL AND A. YENAMANDRA REGARDING REVISED RETENTION ORDER. |

**09/05/14**

| | | | | |
|---|---|---|---|---|
| 1.90 | BOUSLOG, MATTHEW G | $555.00 | $1,054.50 | EMAILS WITH M. SCHLAN, R. LITTLE,  J. GRAVES, AND D. AMPONSAH REGARDING FEE APPLICATIONS AND RETENTION (1.5); CALLS WITH J. GRAVES AND D. AMPONSAH REGARDING SAME (0.4). |

| | | | | |
|---|---|---|---|---|
| 2.80 | AMPONSAH, DUKE K | $380.00 | $1,064.00 | CONTINUE WORKING ON CHARTS FOR MONTHLY FEE APPLICATIONS (2.4); CONFER WITH M. BOUSLOG REGARDING SAME (0.4). |

09/08/14

| | | | | |
|---|---|---|---|---|
| 3.00 | AMPONSAH, DUKE K | $380.00 | $1,140.00 | CONTINUE WORKING ON CHARTS FOR MONTHLY FEE APPLICATIONS AND CONFER WITH TEAM REGARDING SAME. |

09/09/14

| | | | | |
|---|---|---|---|---|
| 0.80 | LITTLE, ROBERT B | $790.00 | $632.00 | REVIEW ORDERS AND APPLICATIONS. |
| 0.20 | GRAVES, JEREMY L | $710.00 | $142.00 | REVIEW AND COMMENT ON SUPPLEMENTAL DECLARATION REGARDING GIBSON DUNN RETENTION. |
| 3.00 | BOUSLOG, MATTHEW G | $555.00 | $1,665.00 | ANALYZE ADDITIONAL CONFLICTS LIST (0.7); DRAFT SUPPLEMENTAL DECLARATION REGARDING EMPLOYMENT APPLICATION (0.9); CALL WITH J. GRAVES REGARDING US TRUSTEE COMMENTS TO EMPLOYMENT APPLICATION (0.1); DRAFT RESPONSES REGARDING SAME (1.2); EMAILS WITH R. LITTLE AND J. GRAVES REGARDING SAME (0.1). |
| 3.10 | AMPONSAH, DUKE K | $380.00 | $1,178.00 | DRAFT SECTIONS OF MONTHLY FEE APPLICATIONS (2.8); CONFER WITH M. BOUSLOG AND R. ST. JOHN REGARDING SAME (0.3). |

09/10/14

| | | | | |
|---|---|---|---|---|
| 0.20 | GRAVES, JEREMY L | $710.00 | $142.00 | EMAILS WITH M. BOUSLOG REGARDING SUPPLEMENTAL DISCLOSURE. |

| | | | | |
|---|---|---|---|---|
| 3.60 | BOUSLOG, MATTHEW G | $555.00 | $1,998.00 | DRAFT SUPPLEMENTAL DECLARATION REGARDING EMPLOYMENT APPLICATION (1.4); EMAILS WITH A. YENAMANDRA, R. LITTLE, AND J. GRAVES REGARDING SAME (0.6); DRAFT FEE APPLICATION (1.1); CALLS WITH D. AMPONSAH AND R. ST. JOHN REGARDING SAME (0.4); EMAILS WITH R. LITTLE AND D. AMPONSAH REGARDING SAME (0.1). |
| 4.90 | AMPONSAH, DUKE K | $380.00 | $1,862.00 | CONTINUE WORKING ON CHARTS FOR MONTHLY FEE APPLICATIONS (4.5); CONFER WITH M. BOUSLOG REGARDING SAME (0.4). |

09/11/14

| | | | | |
|---|---|---|---|---|
| 0.50 | LITTLE, ROBERT B | $790.00 | $395.00 | WORK ON SUPPLEMENTAL DECLARATION. |
| 0.80 | GRAVES, JEREMY L | $710.00 | $568.00 | REVIEW AND COMMENT ON SUPPLEMENTAL RETENTION APPLICATION. |
| 3.60 | BOUSLOG, MATTHEW G | $555.00 | $1,998.00 | DRAFT FEE APPLICATION (2.4); CALLS WITH D. AMPONSAH AND E. SPEAK REGARDING SAME (0.2); EMAILS WITH R. LITTLE AND D. AMPONSAH REGARDING SAME (0.2); REVISE SUPPLEMENTAL DECLARATION (0.1); CALLS WITH J. GRAVES REGARDING EMPLOYMENT APPLICATION (0.4); EMAILS WITH A. YENAMANDRA, R. LITTLE AND J. GRAVES REGARDING SAME (0.3). |
| 5.00 | AMPONSAH, DUKE K | $380.00 | $1,900.00 | CONTINUE WORKING ON CHARTS FOR MONTHLY FEE APPLICATIONS (4.7); CONFER WITH M. BOUSLOG REGARDING SAME (0.3). |

09/12/14

| | | | | |
|---|---|---|---|---|
| 0.70 | LITTLE, ROBERT B | $790.00 | $553.00 | WORK ON BILLS TO BE SUBMITTED TO BANKRUPTCY COURT. |

| | | | | |
|---|---|---|---|---|
| 0.70 | GRAVES, JEREMY L | $710.00 | $497.00 | CORRESPOND WITH KIRKLAND REGARDING REVISIONS TO GIBSON DUNN SUPPLEMENTAL DECLARATION. |
| 2.50 | BOUSLOG, MATTHEW G | $555.00 | $1,387.50 | DRAFT FEE APPLICATION (1.5); EMAILS WITH R. LITTLE, E. SPEAK AND D. AMPONSAH REGARDING SAME (0.5); EMAILS WITH A. YENAMANDRA, R. LITTLE AND J. GRAVES REGARDING US TRUSTEE COMMENTS (0.2); CALL WITH J. GRAVES REGARDING SAME (0.3). |

09/13/14

| | | | | |
|---|---|---|---|---|
| 0.50 | LITTLE, ROBERT B | $790.00 | $395.00 | WORK ON SUPPLEMENTAL DECLARATION. |
| 2.10 | GRAVES, JEREMY L | $710.00 | $1,491.00 | CORRESPOND WITH KIRKLAND REGARDING REVISIONS TO GIBSON DUNN SUPPLEMENTAL DECLARATION (0.6); REVISE AND EDIT SAME (1.0); CORRESPOND WITH R. LITTLE AND M. BOUSLOG REGARDING SAME (0.5). |
| 0.60 | BOUSLOG, MATTHEW G | $555.00 | $333.00 | EMAILS WITH N. HWANGPO, A. YENAMANDRA, R. LITTLE, AND J. GRAVES REGARDING SUPPLEMENTAL DECLARATION REGARDING EMPLOYMENT APPLICATION AND US TRUSTEE COMMENTS. |

09/15/14

| | | | | |
|---|---|---|---|---|
| 0.30 | LITTLE, ROBERT B | $790.00 | $237.00 | REVIEW RETENTION ORDER. |
| 0.90 | GRAVES, JEREMY L | $710.00 | $639.00 | EMAILS REGARDING GIBSON DUNN RETENTION APPLICATION. |

| | | | | |
|---|---|---|---|---|
| 1.50 | BOUSLOG, MATTHEW G | $555.00 | $832.50 | CALLS WITH D. AMPONSAH REGARDING FEE APPLICATIONS (0.7); EMAILS WITH E. SPEAK AND D. AMPONSAH REGARDING SAME (0.2); EMAILS WITH A. YENAMANDRA, R. LITTLE AND J. GRAVES REGARDING EMPLOYMENT APPLICATION AND SUPPLEMENTAL DECLARATION (0.3); CALL WITH J. GRAVES REGARDING EMPLOYMENT (0.3). |
| 4.50 | SPEAK, EMILY B | $440.00 | $1,980.00 | REVIEW FEE AND EXPENSE STATEMENTS AND PREPARE DRAFTS OF FIRST, SECOND, THIRD, AND FOURTH FEE APPLICATIONS. |
| 3.80 | AMPONSAH, DUKE K | $380.00 | $1,444.00 | CONTINUE WORKING ON CHARTS FOR MONTHLY FEE APPLICATIONS (3.1); CONFER WITH M. BOUSLOG REGARDING SAME (0.7). |

09/16/14

| | | | | |
|---|---|---|---|---|
| 3.40 | GRAVES, JEREMY L | $710.00 | $2,414.00 | ATTEND GDC RETENTION HEARING TELEPHONICALLY (3.0); WORK ON FEE STATEMENTS (0.4). |
| 3.70 | BOUSLOG, MATTHEW G | $555.00 | $2,053.50 | PARTICIPATE TELEPHONICALLY IN HEARING REGARDING EMPLOYMENT APPLICATION (1.6); EMAILS WITH K. STADLER, R. LITTLE, J. GRAVES, AND D. AMPONSAH REGARDING EMPLOYMENT AND FEE APPLICATIONS (0.5); CALLS WITH J. GRAVES AND D. AMPONSAH REGARDING SAME (0.4); DRAFT FEE APPLICATIONS (0.7); REVIEW FEE COMMITTEE AND INTERIM COMPENSATION ORDERS (0.5). |
| 3.50 | SPEAK, EMILY B | $440.00 | $1,540.00 | REVIEW FEE AND EXPENSE STATEMENTS AND PREPARE DRAFTS OF FIRST, SECOND, THIRD, AND FOURTH FEE APPLICATIONS. |

| | | | | |
|---|---|---|---|---|
| 3.20 | AMPONSAH, DUKE K | $380.00 | $1,216.00 | CONTINUE WORKING ON CHARTS FOR MONTHLY FEE APPLICATIONS (2.6); CONFER WITH M. BOUSLOG REGARDING SAME (0.6). |

**09/17/14**

| | | | | |
|---|---|---|---|---|
| 0.60 | GRAVES, JEREMY L | $710.00 | $426.00 | TELECONFERENCE WITH M. BOUSLOG REGARDING FEE APPLICATIONS (0.3); EMAILS WITH M. BOUSLOG REGARDING SAME (0.1); CORRESPOND WITH A&M REGARDING GDC FEES (0.2). |
| 3.60 | BOUSLOG, MATTHEW G | $555.00 | $1,998.00 | CALLS WITH T. ATWOOD, S. PITTMAN, M. SCHLAN, J. GRAVES, E. SPEAK AND D. AMPONSAH REGARDING FEES AND BUDGETS (1.0); EMAILS WITH T. ATWOOD (0.2), S. PITTMAN (0.1), R. LITTLE (0.1), J. GRAVES (0.1), E. SPEAK (0.1) AND D. AMPONSAH (0.1) REGARDING SAME; DRAFT FEE APPLICATIONS (1.9). |
| 2.00 | SPEAK, EMILY B | $440.00 | $880.00 | REVIEW FEE AND EXPENSE STATEMENTS AND PREPARE DRAFTS OF FIRST, SECOND, THIRD, AND FOURTH FEE APPLICATIONS. |
| 2.40 | AMPONSAH, DUKE K | $380.00 | $912.00 | CONTINUE WORKING ON CHARTS FOR MONTHLY FEE APPLICATIONS (2.1); CONFER WITH M. BOUSLOG REGARDING SAME (0.3). |

**09/18/14**

| | | | | |
|---|---|---|---|---|
| 0.20 | BOUSLOG, MATTHEW G | $555.00 | $111.00 | EMAILS WITH R. LITTLE AND J. GRAVES REGARDING FEE STATEMENTS AND FEE COMMITTEE. |

**09/19/14**

| | | | | |
|---|---|---|---|---|
| 0.20 | LITTLE, ROBERT B | $790.00 | $158.00 | E-MAILS WITH C. GOOCH REGARDING MONTHLY FEE APPLICATIONS AND PROCESS. |
| 0.10 | BOUSLOG, MATTHEW G | $555.00 | $55.50 | EMAILS WITH C. GOOCH, R. LITTLE AND J. GRAVES REGARDING FEE REVIEW PROCESS. |

| 09/22/14 | | | | |
|---|---|---|---|---|
| 0.10 | BOUSLOG, MATTHEW G | $555.00 | $55.50 | EMAILS WITH A. YENAMANDRA AND N. HWANGPO REGARDING FEE COMMITTEE. |
| **09/24/14** | | | | |
| 0.70 | LITTLE, ROBERT B | $790.00 | $553.00 | PARTICIPATE IN CALL WITH C. GOOCH AND OTHER PROFESSIONALS REGARDING PROCESS (0.5); CONFER WITH M. BOUSLOG REGARDING CONTENT OF MONTHLY FEE APPLICATIONS AND INTERIM FEE APPLICATIONS (0.2). |
| 0.40 | GRAVES, JEREMY L | $710.00 | $284.00 | TELECONFERENCE WITH COMPANY FOR RETAINED PROFESSIONALS. |
| 2.10 | BOUSLOG, MATTHEW G | $555.00 | $1,165.50 | TELEPHONE CONFERENCE WITH C. GOOCH, D. KELLY, B. SCHARTZ, A. YENAMANDRA, AND OTHER PROFESSIONALS REGARDING FEE PROCEDURES (0.4); CALLS WITH R. LITTLE REGARDING SAME (0.3); DRAFT MEMO REGARDING INTERIM FEE APPLICATION PROCESS AND GUIDELINES (1.2); EMAILS WITH R. LITTLE REGARDING SAME (0.2). |
| **09/25/14** | | | | |
| 0.30 | RAIFF, MICHAEL L | $840.00 | $252.00 | WORK ON BILLING AND BANKRUPTCY MATTERS. |
| 1.20 | LITTLE, ROBERT B | $790.00 | $948.00 | WORK ON MATTER DESCRIPTIONS FOR FEE APPLICATIONS. |
| 0.40 | VOJTISEK, JOHN-PAUL | $710.00 | $284.00 | PREPARE DESCRIPTION OF SERVICES. |
| 0.30 | BOUSLOG, MATTHEW G | $555.00 | $166.50 | EMAILS WITH M. RAIFF, R. LITTLE, AND J. GRAVES REGARDING BILLING GUIDELINES. |
| **09/26/14** | | | | |
| 0.70 | LITTLE, ROBERT B | $790.00 | $553.00 | DRAFT MATTER DESCRIPTIONS FOR FEE APPLICATION. |

| Date / Hours | Name | Rate | Amount | Description |
|---|---|---|---|---|
| 09/29/14<br>1.90 | FALCONER, RUSSELL H | $535.00 | $1,016.50 | PREPARE BILLING SUMMARIES AND PERFORM REDACTIONS FOR UPCOMING FILING. |
| 09/30/14<br>1.00 | RAIFF, MICHAEL L | $840.00 | $840.00 | WORK ON REDACTIONS OF PRIVILEGED INFORMATION. |
| 0.60 | BOUSLOG, MATTHEW G | $555.00 | $333.00 | EMAILS WITH M. RAIFF (0.2) AND R. FALCONER (0.3) REGARDING FEE STATEMENTS; CALL WITH R. FALCONER REGARDING SAME (0.1). |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**October 4, 2014**

**Invoice No. 2014102211**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through September 30, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00031 | EFH SEC Matters | $  3,792.00 | $  0.00 | $  3,792.00 |
|  | **Totals** | $  3,792.00 | $  0.00 | $  3,792.00 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $  3,792.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**October 4, 2014**

**Invoice No. 2014102211**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through September 30, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00031 | EFH SEC Matters | $   3,792.00 | $      0.00 | $   3,792.00 |
|  | **Totals** | $   3,792.00 | $      0.00 | $   3,792.00 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $   3,792.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
**Invoice Date: October 4, 2014**                                **Invoice No. 2014102211**

**Due and Payable Upon Receipt**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

EFH SEC MATTERS
92772-00031

_____

For Services Rendered Through September 30, 2014

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ROBERT B. LITTLE | 4.80 | $ 790.00 | $ 3,792.00 |
| **Total Services** | | | $ 3,792.00 |

| | | |
|---|---|---|
| **Total Services, Costs/Charges** | | 3,792.00 |
| **BALANCE DUE** | | $ 3,792.00 |

EFH SEC MATTERS
92772-00031

_____

Detail Services:

09/22/14
  1.80      LITTLE, ROBERT B          $790.00    $1,422.00   WORK ON FORM 10-Q.

09/23/14
  3.00      LITTLE, ROBERT B          $790.00    $2,370.00   REVIEW AND REVISE FORM 10-Q.

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**October 4, 2014**

**Invoice No. 2014102214**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through September 30, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00032 | EFH Corporate Matters | $  14,014.00 | $      0.00 | $  14,014.00 |
|  | **Totals** | $  14,014.00 | $    0.00 | $  14,014.00 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $  14,014.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**October 4, 2014**

**Invoice No. 2014102214**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through September 30, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00032 | EFH Corporate Matters | $   14,014.00 | $      0.00 | $   14,014.00 |
|  | **Totals** | $   14,014.00 | $     0.00 | $   14,014.00 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $   14,014.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

EFH CORPORATE MATTERS
92772-00032

_____

For Services Rendered Through September 30, 2014

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ROBERT B. LITTLE | 8.20 | $ 790.00 | $ 6,478.00 |
| MADISON A. JONES | 6.70 | 495.00 | 3,316.50 |
| CAITLIN A. CALLOWAY | 9.70 | 435.00 | 4,219.50 |
| **Total Services** | | | $ 14,014.00 |

**Total Services, Costs/Charges**                                   14,014.00

**BALANCE DUE**                                              $  14,014.00

**Due and Payable Upon Receipt**

EFH CORPORATE MATTERS
92772-00032
_____

Detail Services:

09/03/14
| 1.00 | LITTLE, ROBERT B | $790.00 | $790.00 | TELEPHONE CALL WITH J. WALKER REGARDING CORPORATE GOVERNANCE MATTERS (0.3); PREPARE SUMMARY OF BEST PRACTICES FOR SUBSIDIARY CORPORATE GOVERNANCE (0.7). |
|---|---|---|---|---|

09/04/14
| 1.50 | LITTLE, ROBERT B | $790.00 | $1,185.00 | WORK ON SUBSIDIARY GOVERNANCE PROJECT FOR J. WALKER. |
|---|---|---|---|---|
| 0.80 | CALLOWAY, CAITLIN A | $435.00 | $348.00 | CONFER WITH R. LITTLE REGARDING OFFICER ELECTION AND SUBSIDIARY MANAGEMENT (0.2); PREPARE SLIDES REGARDING SAME (0.6). |

09/06/14
| 3.30 | CALLOWAY, CAITLIN A | $435.00 | $1,435.50 | PREPARE SLIDES RELATING TO OFFICER ELECTIONS AND SUBSIDIARY MANAGEMENT (2.0); ANALYZE STATUTES REGARDING SAME (1.3). |
|---|---|---|---|---|

09/08/14
| 0.80 | LITTLE, ROBERT B | $790.00 | $632.00 | REVIEW AND REVISE POWERPOINT PRESENTATION FOR J. WALKER REGARDING SUBSIDIARY GOVERNANCE AND OFFICER AND DIRECTOR ISSUES. |
|---|---|---|---|---|
| 1.30 | CALLOWAY, CAITLIN A | $435.00 | $565.50 | PREPARE PRESENTATION RELATING TO OFFICER ELECTION AND SUBSIDIARY MANAGEMENT (1.1); CONFER WITH R. LITTLE REGARDING SAME (0.2). |

| Date/Hours | Name | Rate | Amount | Description |
|---|---|---|---|---|
| 09/09/14<br>1.00 | LITTLE, ROBERT B | $790.00 | $790.00 | REVIEW AND REVISE SLIDES REGARDING CORPORATE GOVERNANCE (0.8); E-MAIL TO J. WALKER REGARDING SAME (0.2). |
| 0.70 | CALLOWAY, CAITLIN A | $435.00 | $304.50 | REVISE PRESENTATION (0.6); CONFER WITH R. LITTLE REGARDING SAME (0.1). |
| 09/16/14<br>0.60 | LITTLE, ROBERT B | $790.00 | $474.00 | TELEPHONE CALL WITH A. BURTON REGARDING CORPORATE GOVERNANCE REVIEW (0.4); CONFER WITH M. JONES REGARDING SAME (0.2). |
| 09/22/14<br>0.70 | LITTLE, ROBERT B | $790.00 | $553.00 | WORK ON COMMITTEE CHARTERS AND COMMITTEE WORK PLANS. |
| 6.70 | JONES, MADISON A | $495.00 | $3,316.50 | REVIEW AND PROVIDE COMMENTS TO AUDIT COMMITTEE CHARTER AND WORK PLAN, ORGANIZATIONAL AND COMPENSATION COMMITTEE CHARTER AND WORK PLAN, DIRECTOR D&O QUESTIONNAIRE AND OFFICER D&O QUESTIONNAIRE. |
| 09/23/14<br>0.60 | LITTLE, ROBERT B | $790.00 | $474.00 | REVIEW AND REVISE SUBSIDIARY MANAGEMENT POLICY (0.4); CONFER WITH C. CALLOWAY REGARDING REVISIONS TO SAME (0.2). |
| 1.30 | CALLOWAY, CAITLIN A | $435.00 | $565.50 | PREPARE REVISED SUBSIDIARY MANAGEMENT POLICY AND CONFER WITH R. LITTLE REGARDING SAME (0.5); ANALYZE PRECEDENT SUBSIDIARY MANAGEMENT POLICIES (0.4); PREPARE REVISED SUBSIDIARY MANAGEMENT POLICY (0.4). |
| 09/24/14<br>1.00 | LITTLE, ROBERT B | $790.00 | $790.00 | REVIEW AND REVISE FORM 10-Q. |

| | | | | |
|---|---|---|---|---|
| 0.40 | CALLOWAY, CAITLIN A | $435.00 | $174.00 | CONFER WITH R. LITTLE AND A. BURTON REGARDING SUBSIDIARY MANAGEMENT POLICY. |
| 09/25/14 1.10 | CALLOWAY, CAITLIN A | $435.00 | $478.50 | PREPARE REVISED SUBSIDIARY MANAGEMENT POLICY (0.9); CONFER WITH R. LITTLE REGARDING SAME (0.2). |
| 09/26/14 1.00 | LITTLE, ROBERT B | $790.00 | $790.00 | REVIEW AND REVISE SUBSIDIARY MANAGEMENT POLICY. |
| 0.80 | CALLOWAY, CAITLIN A | $435.00 | $348.00 | PREPARE SUBSIDIARY MANAGEMENT POLICY AND CONFER WITH A. BURTON REGARDING SAME. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**October 4, 2014**

**Invoice No. 2014103923**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through September 30, 2014**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00046 | Budgeting-Related Work | $  6,714.50 | $     0.00 | $  6,714.50 |
| | **Totals** | $   6,714.50 | $    0.00 | $   6,714.50 |
| | **TOTAL OUTSTANDING BALANCE DUE** | | | $   6,714.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**October 4, 2014**

**Invoice No. 2014103923**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through September 30, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00046 | Budgeting-Related Work | $   6,714.50 | $     0.00 | $   6,714.50 |
|  | **Totals** | $   6,714.50 | $     0.00 | $   6,714.50 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $   6,714.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
**Invoice Date: October 4, 2014**                                      **Invoice No. 2014103923**
**Due and Payable Upon Receipt**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


BUDGETING-RELATED WORK
92772-00046

_____

For Services Rendered Through September 30, 2014

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ROBERT B. LITTLE | 4.40 | $ 790.00 | $  3,476.00 |
| JEREMY L. GRAVES | 1.20 | 710.00 | 852.00 |
| MATTHEW G. BOUSLOG | 4.30 | 555.00 | 2,386.50 |
| **Total Services** | | | $   6,714.50 |



**Total Services, Costs/Charges**               6,714.50

**BALANCE DUE**                        $   6,714.50

BUDGETING-RELATED WORK
92772-00046
_____

Detail Services:

09/05/14

| 1.50 | LITTLE, ROBERT B | $790.00 | $1,185.00 | WORK ON BUDGET AND STAFFING MEMO. |
|------|------------------|---------|-----------|-----------------------------------|
| 1.20 | GRAVES, JEREMY L | $710.00 | $852.00 | REVIEW AND COMMENT ON BUDGETING AND STAFFING PLAN (0.9); TELECONFERENCES WITH M. BOUSLOG REGARDING SAME (0.3). |

09/12/14

| 0.50 | BOUSLOG, MATTHEW G | $555.00 | $277.50 | DRAFT BUDGET AND STAFFING PLAN (0.4); EMAILS WITH R. LITTLE REGARDING SAME (0.1). |
|------|--------------------|---------|-----------|-----------------------------------|

09/13/14

| 0.30 | LITTLE, ROBERT B | $790.00 | $237.00 | REVIEW EXHIBIT C TO BUDGET AND STAFFING MEMO. |
|------|------------------|---------|-----------|-----------------------------------|

09/15/14

| 0.30 | LITTLE, ROBERT B | $790.00 | $237.00 | WORK ON EXHIBIT C TO BUDGET AND STAFFING PLAN. |
|------|------------------|---------|-----------|-----------------------------------|
| 2.20 | BOUSLOG, MATTHEW G | $555.00 | $1,221.00 | REVIEW AND REVISE BUDGET AND STAFFING PLAN (2.1); EMAILS WITH R. LITTLE AND J. GRAVES REGARDING SAME (0.1). |

09/16/14

| 0.20 | LITTLE, ROBERT B | $790.00 | $158.00 | REVIEW EXHIBIT C TO BUDGET AND STAFFING MEMO. |
|------|------------------|---------|-----------|-----------------------------------|
| 0.10 | BOUSLOG, MATTHEW G | $555.00 | $55.50 | EMAILS WITH R. LITTLE REGARDING BUDGET AND STAFFING PLAN. |

09/25/14

| 1.80 | LITTLE, ROBERT B | $790.00 | $1,422.00 | WORK ON BUDGET AND STAFFING MEMO. |
|------|------------------|---------|-----------|-----------------------------------|
| 0.50 | BOUSLOG, MATTHEW G | $555.00 | $277.50 | DRAFT BUDGET AND STAFFING PLAN (0.3); EMAILS WITH R. LITTLE REGARDING SAME (0.2). |

09/30/14

| | | | | |
|---|---|---|---|---|
| 0.30 | LITTLE, ROBERT B | $790.00 | $237.00 | ATTENTION TO BUDGET AND STAFFING MEMO. |
| 1.00 | BOUSLOG, MATTHEW G | $555.00 | $555.00 | DRAFT BUDGET AND STAFFING PLAN (0.7); EMAILS WITH R. LITTLE AND J. GRAVES REGARDING SAME (0.3). |

**<u>Exhibit I-2</u>**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**November 11, 2014**

**Invoice No. 2014111812**

Energy Future Holdings
Attn:  Stacey H. Dore
1601 Bryan Street, 6th Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through October 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00008 | FPL v. TXU (Texas Supreme Court) | $   1,504.50 | $      0.00 | $   1,504.50 |
|  | **Totals** | $   1,504.50 | $      0.00 | $   1,504.50 |
|  | **Current Balance Due** |  |  | $   1,504.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00008 | 06/03/14 | 2014103798 | $  18,241.00 | $    0.00 | $  18,241.00 |
| 92772-00008 | 07/02/14 | 2014103799 | 1,285.00 | 0.00 | 1,285.00 |
| 92772-00008 | 08/04/14 | 2014092103 | 148.00 | 0.00 | 148.00 |
| 92772-00008 | 09/03/14 | 2014092114 | 265.50 | 0.00 | 265.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                          $  19,939.50

**TOTAL OUTSTANDING BALANCE DUE**                 $  21,444.00

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**November 11, 2014**

**Invoice No. 2014111812**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Attn:  Stacey H. Dore
1601 Bryan Street, 6th Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through October 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00008 | FPL v. TXU (Texas Supreme Court) | $    1,504.50 | $       0.00 | $    1,504.50 |
|  | **Totals** | $    1,504.50 | $       0.00 | $    1,504.50 |
|  | **Current Balance Due** |  |  | $    1,504.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00008 | 06/03/14 | 2014103798 | $  18,241.00 | $     0.00 | $  18,241.00 |
| 92772-00008 | 07/02/14 | 2014103799 | 1,285.00 | 0.00 | 1,285.00 |
| 92772-00008 | 08/04/14 | 2014092103 | 148.00 | 0.00 | 148.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: November 11, 2014**                                                      **Invoice No. 2014111812**

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00008 | 09/03/14 | 2014092114 | 265.50 | 0.00 | 265.50 |

**PREVIOUS BALANCE DUE**                                   $   19,939.50

**TOTAL OUTSTANDING BALANCE DUE**                          $   21,444.00

Energy Future Holdings
Attn:  Stacey H. Dore
1601 Bryan Street, 6th Floor
Dallas, TX  75201


FPL V. TXU (TEXAS SUPREME COURT)
92772-00008

_____

For Services Rendered Through October 31, 2014

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| JAMES C. HO | 1.70 | $ 885.00 | $ 1,504.50 |
| **Total Services** | | | $  1,504.50 |

| | |
|---|---|
| **Total Services, Costs/Charges** | 1,504.50 |
| **BALANCE DUE** | $   1,504.50 |

FPL V. TXU (TEXAS SUPREME COURT)
92772-00008
_____

Detail Services:

| Date | Hours | Timekeeper | Rate | Amount | Description |
|---|---|---|---|---|---|
| 09/24/14 | 0.20 | HO, JAMES C | $885.00 | $177.00 | CORRESPONDENCE REGARDING DRAFT MOTION TO LIFT BANKRUPTCY STAY. |
| 09/26/14 | 0.30 | HO, JAMES C | $885.00 | $265.50 | CONFER WITH M. RAIFF REGARDING DRAFT MOTION AND SUBSTITUTION OF COUNSEL. |
| 10/15/14 | 0.30 | HO, JAMES C | $885.00 | $265.50 | ANALYZE ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (0.1); CONFERENCE CALL REGARDING SAME (0.2). |
| 10/16/14 | 0.30 | HO, JAMES C | $885.00 | $265.50 | CONFER WITH B. MESCHES REGARDING LIFTING BANKRUPTCY STAY (0.2); FOLLOW-UP CORRESPONDENCE REGARDING SAME (0.1). |
| 10/17/14 | 0.20 | HO, JAMES C | $885.00 | $177.00 | CORRESPONDENCE REGARDING DISCUSSIONS WITH FPL COUNSEL REGARDING LIFTING BANKRUPTCY STAY AND REINSTATING APPEAL. |
| 10/20/14 | 0.10 | HO, JAMES C | $885.00 | $88.50 | CORRESPONDENCE REGARDING LIFTING BANKRUPTCY STAY AND REINSTATING APPEAL. |
| 10/27/14 | 0.30 | HO, JAMES C | $885.00 | $265.50 | REVIEW DRAFT JOINT STIPULATION TO LIFT BANKRUPTCY STAY (0.2); CORRESPONDENCE REGARDING SAME (0.1). |

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**November 12, 2014**

**Invoice No. 2014113373**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through October 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00013 | FOIA Disputes and EPA Matters | $   5,355.00 | $      0.00 | $   5,355.00 |
|  | **Totals** | $   5,355.00 | $   0.00 | $   5,355.00 |
|  | **Current Balance Due** |  |  | $   5,355.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00013 | 06/03/14 | 2014063649 | $    316.60 | $   0.00 | $    316.60 |
| 92772-00013 | 07/02/14 | 2014072934 | 768.60 | 0.00 | 768.60 |
| 92772-00013 | 08/04/14 | 2014092179 | 903.50 | 0.00 | 903.50 |
| 92772-00013 | 09/05/14 | 2014091415 | 1,690.00 | 0.00 | 1,690.00 |
| 92772-00013 | 10/02/14 | 2014101452 | 3,654.00 | 0.00 | 3,654.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Invoice Date: November 12, 2014                                    Invoice No. 2014113373

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                        $    7,332.70

**TOTAL OUTSTANDING BALANCE DUE**                          $    12,687.70

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**November 12, 2014**

**Invoice No. 2014113373**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through October 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00013 | FOIA Disputes and EPA Matters | $   5,355.00 | $     0.00 | $   5,355.00 |
|  | **Totals** | $   5,355.00 | $     0.00 | $   5,355.00 |
|  | **Current Balance Due** |  |  | $   5,355.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00013 | 06/03/14 | 2014063649 | $   316.60 | $   0.00 | $   316.60 |
| 92772-00013 | 07/02/14 | 2014072934 | 768.60 | 0.00 | 768.60 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|--------------|-------------|----------|-------|-------------|
| 92772-00013 | 08/04/14 | 2014092179 | 903.50 | 0.00 | 903.50 |
| 92772-00013 | 09/05/14 | 2014091415 | 1,690.00 | 0.00 | 1,690.00 |
| 92772-00013 | 10/02/14 | 2014101452 | 3,654.00 | 0.00 | 3,654.00 |

**PREVIOUS BALANCE DUE**  $   7,332.70

**TOTAL OUTSTANDING BALANCE DUE**  $   12,687.70

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

FOIA DISPUTES AND EPA MATTERS
92772-00013

_____

For Services Rendered Through October 31, 2014

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| MICHAEL L. RAIFF | 7.70 | $ 630.00 | $ 4,851.00 |
| RUSSELL H. FALCONER | 0.80 | 630.00 | 504.00 |
| **Total Services** | | | $ 5,355.00 |

**Total Services, Costs/Charges**     5,355.00

**BALANCE DUE**     $  5,355.00

FOIA DISPUTES AND EPA MATTERS
92772-00013

_____

Detail Services:

| Date | Hours | Name | Rate | Amount | Description |
|---|---|---|---|---|---|
| 10/03/14 | 1.50 | RAIFF, MICHAEL L | $630.00 | $945.00 | WORK ON OUR RESPONSES TO SIERRA CLUB'S MOTION TO PARTICIPATE ORDER (1.2); FINALIZE, FILE AND SERVE BRIEF (0.2); REVIEW SIERRA CLUB'S REPLY BRIEF REGARDING INTERVENTION (0.1). |
| | 0.10 | FALCONER, RUSSELL H | $630.00 | $63.00 | ASSIST M. ACUNA IN PREPARATION OF PROPOSED ORDER. |
| 10/06/14 | 0.50 | RAIFF, MICHAEL L | $630.00 | $315.00 | REVIEW AND ATTENTION TO ██████████, BRIEF, AND REVISIONS. |
| | 0.20 | FALCONER, RUSSELL H | $630.00 | $126.00 | REVIEW DRAFT SUR-REPLY ON SIERRA CLUB'S MOTION FOR INTERVENTION. |
| 10/07/14 | 0.20 | RAIFF, MICHAEL L | $630.00 | $126.00 | ATTENTION TO SIERRA CLUB INTERVENTION ISSUES AND SUR-REPLY. |
| 10/08/14 | 0.50 | RAIFF, MICHAEL L | $630.00 | $315.00 | WORK ON ANALYSIS AND REVIEW OF PRIOR FILINGS FOR PURPOSES OF OCTOBER 9 HEARING. |
| 10/09/14 | 3.00 | RAIFF, MICHAEL L | $630.00 | $1,890.00 | CONFERENCE CALL WITH GRADY MOORE (0.3); WORK ON REVIEWING PRIOR PLEADINGS (0.7); FOLLOW-UP ON RECORD PROVIDED BY EPA (0.3); PREPARE ARGUMENTS FOR AND PARTICIPATE IN HEARING ON SCHEDULING AND SIERRA CLUB'S INTERVENTION (1.4); FOLLOW-UP COMMUNICATIONS WITH CO-COUNSEL AND CLIENT (0.3). |

| Date | Timekeeper | Rate | Amount | Description |
|---|---|---|---|---|
| 10/14/14 0.70 | RAIFF, MICHAEL L | $630.00 | $441.00 | CONFERENCE CALL WITH CLIENTS (0.5); WORK ON NEXT STEPS RELATING TO SCHEDULING ORDER (0.2). |
| 0.50 | FALCONER, RUSSELL H | $630.00 | $315.00 | PARTICIPATE IN WEEKLY CONFERENCE CALL (SPLIT). |
| 10/15/14 0.20 | RAIFF, MICHAEL L | $630.00 | $126.00 | COMMUNICATIONS WITH EPA'S ATTORNEY (0.1); FOLLOW-UP ON PROPOSAL FOR COURT (0.1). |
| 10/17/14 0.90 | RAIFF, MICHAEL L | $630.00 | $567.00 | WORK ON SCHEDULING ORDER (0.5); CALL AND EMAILS WITH EPA'S COUNSEL (0.3); EMAILS WITH COURT (0.1). |
| 10/20/14 0.20 | RAIFF, MICHAEL L | $630.00 | $126.00 | REVIEW COURT'S ORDER (0.1); COMMUNICATE WITH CO-COUNSEL REGARDING SCHEDULING ORDER (0.1). |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**November 4, 2014**

**Invoice No. 2014112128**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through October 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00017 | Sierra Club - Western District of Texas 201200115 | $  18,299.00 | $       0.00 | $  18,299.00 |
|  | **Totals** | $   18,299.00 | $   0.00 | $   18,299.00 |
|  | **Current Balance Due** |  |  | $   18,299.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00017 | 06/03/14 | 2014081689 | $  49,855.00 | $   0.00 | $  49,855.00 |
| 92772-00017 | 07/02/14 | 2014073090 | 2,835.00 | 0.00 | 2,835.00 |
| 92772-00017 | 08/04/14 | 2014081688 | 45,286.50 | 0.00 | 45,286.50 |
| 92772-00017 | 09/03/14 | 2014091251 | 49,206.50 | 0.00 | 49,206.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|--------------|-------------|----------|-------|-------------|
| 92772-00017 | 10/02/14 | 2014100591 | 65,681.80 | 0.00 | 65,681.80 |

**PREVIOUS BALANCE DUE**                                                  $ 212,864.80

**TOTAL OUTSTANDING BALANCE DUE**                               $ 231,163.80

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**November 4, 2014**

**Invoice No. 2014112128**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through October 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00017 | Sierra Club - Western District of Texas 201200115 | $  18,299.00 | $  0.00 | $  18,299.00 |
|  | **Totals** | $  18,299.00 | $  0.00 | $  18,299.00 |
|  | **Current Balance Due** |  |  | $  18,299.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|--------------|-------------|----------|-------|-------------|
| 92772-00017 | 06/03/14 | 2014081689 | $  49,855.00 | $    0.00 | $  49,855.00 |
| 92772-00017 | 07/02/14 | 2014073090 | 2,835.00 | 0.00 | 2,835.00 |
| 92772-00017 | 08/04/14 | 2014081688 | 45,286.50 | 0.00 | 45,286.50 |
| 92772-00017 | 09/03/14 | 2014091251 | 49,206.50 | 0.00 | 49,206.50 |
| 92772-00017 | 10/02/14 | 2014100591 | 65,681.80 | 0.00 | 65,681.80 |

**PREVIOUS BALANCE DUE**                               $  212,864.80

**TOTAL OUTSTANDING BALANCE DUE**                 $  231,163.80

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


SIERRA CLUB - WESTERN DISTRICT OF TEXAS
92772-00017

_____

For Services Rendered Through October 31, 2014

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| WILLIAM B. DAWSON | 8.00 | $ 925.00 | $  7,400.00 |
| MICHAEL L. RAIFF | 7.60 | 630.00 | 4,788.00 |
| RUSSELL H. FALCONER | 2.90 | 630.00 | 1,827.00 |
| SCOTT J. FULFORD | 6.80 | 630.00 | 4,284.00 |

**Total Services**                                     $  18,299.00



**Total Services, Costs/Charges**                         18,299.00

**BALANCE DUE**                                        $   18,299.00

**Due and Payable Upon Receipt**

SIERRA CLUB - WESTERN DISTRICT OF TEXAS
92772-00017
_____

Detail Services:

10/01/14
| | | | | |
|---|---|---|---|---|
| 1.50 | DAWSON, WILLIAM B | $925.00 | $1,387.50 | ANALYSIS AND CALLS WITH CLIENT ██████████████ |
| 1.60 | RAIFF, MICHAEL L | $630.00 | $1,008.00 | WORK ON POSSIBLE NEXT STEPS WITH SIERRA CLUB AND PROPOSED ORDER (.5); CONFERENCE CALL WITH CLIENTS AND CO-COUNSEL (.8); FOLLOW-UP TELEPHONE CALLS (.3). |
| 2.80 | FULFORD, SCOTT J | $630.00 | $1,764.00 | RESEARCH ██████████████ |

10/02/14
| | | | | |
|---|---|---|---|---|
| 0.30 | DAWSON, WILLIAM B | $925.00 | $277.50 | WORK ██████████████ |
| 0.20 | RAIFF, MICHAEL L | $630.00 | $126.00 | ATTENTION TO AND COMMUNICATION REGARDING SETTLEMENT TALKS. |

10/03/14
| | | | | |
|---|---|---|---|---|
| 0.50 | DAWSON, WILLIAM B | $925.00 | $462.50 | WORK ON SETTLEMENT ISSUES WITH SIERRA CLUB. |

10/06/14
| | | | | |
|---|---|---|---|---|
| 0.50 | DAWSON, WILLIAM B | $925.00 | $462.50 | ANALYSIS ██████████ (0.3); COMMUNICATE WITH CLIENT REGARDING SAME (0.2). |
| 0.20 | RAIFF, MICHAEL L | $630.00 | $126.00 | ATTENTION TO 5TH CIRCUIT APPEAL AND CONSOLIDATION ISSUE. |
| 4.00 | FULFORD, SCOTT J | $630.00 | $2,520.00 | CONDUCT RESEARCH ██████████████ |

| 10/07/14 | | | | |
|---|---|---|---|---|
| 1.00 | RAIFF, MICHAEL L | $630.00 | $630.00 | CLIENT CALL (SPLIT)(.5); ATTENTION TO SETTLEMENT ISSUES AND NEXT STEPS (.5). |
| 0.50 | FALCONER, RUSSELL H | $630.00 | $315.00 | PARTICIPATE IN WEEKLY CASE CONFERENCE CALL (SPLIT). |
| 10/08/14 | | | | |
| 1.30 | DAWSON, WILLIAM B | $925.00 | $1,202.50 | REVIEW SIERRA CLUB RESPONSE TO SETTLEMENT PROPOSAL AND COMMENTS ON SAME. |
| 1.50 | RAIFF, MICHAEL L | $630.00 | $945.00 | WORK ON SETTLEMENT ISSUES, DOCUMENTATION, ANALYSIS (1.1); MULTIPLE TEAM COMMUNICATIONS RE: SAME (0.4). |
| 10/09/14 | | | | |
| 0.50 | DAWSON, WILLIAM B | $925.00 | $462.50 | SETTLEMENT ANALYSIS. |
| 0.40 | RAIFF, MICHAEL L | $630.00 | $252.00 | WORK ON AND COMMUNICATIONS WITH TEAM REGARDING SETTLEMENT EFFORTS AND DOCUMENTATION. |
| 10/10/14 | | | | |
| 0.40 | FALCONER, RUSSELL H | $630.00 | $252.00 | REVIEW SETTLEMENT PAPERS AND MOTION FOR INTERVENTION (0.2); CORRESPOND WITH S. MOORE REGARDING SAME (0.2). |
| 10/14/14 | | | | |
| 0.50 | RAIFF, MICHAEL L | $630.00 | $315.00 | WORK ON SETTLEMENT, POSSIBLE PROVISIONS (0.3); RELATED COMMUNICATIONS WITH TEAM (0.2). |
| 0.70 | FALCONER, RUSSELL H | $630.00 | $441.00 | PARTICIPATE IN WEEKLY CONFERENCE CALL (SPLIT) (0.5); ▮▮▮▮▮▮▮▮ (0.2). |
| 10/15/14 | | | | |
| 0.80 | DAWSON, WILLIAM B | $925.00 | $740.00 | SETTLEMENT AGREEMENT WORK AND COMMENTS. |

| | | | | |
|---|---|---|---|---|
| 0.80 | RAIFF, MICHAEL L | $630.00 | $504.00 | WORK ON SETTLEMENT EFFORTS AND DOCUMENTATION REVIEW. |
| 0.20 | FALCONER, RUSSELL H | $630.00 | $126.00 | REVIEW LATEST DRAFTS OF SETTLEMENT DOCUMENTS AND CORRESPONDENCE REGARDING SAME. |

**10/21/14**

| | | | | |
|---|---|---|---|---|
| 1.80 | DAWSON, WILLIAM B | $925.00 | $1,665.00 | WORK ON SETTLEMENT AGREEMENT DOCUMENTS (1.4); COMMUNICATIONS REGARDING SAME (0.4). |
| 1.20 | RAIFF, MICHAEL L | $630.00 | $756.00 | WORK ON SETTLEMENT ISSUES (.6); CONFERENCE CALL WITH CLIENTS (SPLIT)(.6). |
| 1.10 | FALCONER, RUSSELL H | $630.00 | $693.00 | PARTICIPATE IN WEEKLY CASE CONFERENCE CALL. |

**10/23/14**

| | | | | |
|---|---|---|---|---|
| 0.80 | DAWSON, WILLIAM B | $925.00 | $740.00 | REVIEW AND COMMENT ON SETTLEMENT DRAFT. |
| 0.20 | RAIFF, MICHAEL L | $630.00 | $126.00 | REVIEW INFORMATION AND CORRESPONDENCE REGARDING SETTLEMENT DOCUMENTATION. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**November 4, 2014**

**Invoice No. 2014113374**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through October 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00018 | NSR Case 201300257 | $  10,791.00 | $  0.00 | $  10,791.00 |
|  | **Totals** | $  10,791.00 | $  0.00 | $  10,791.00 |
|  | **Current Balance Due** |  |  | $  10,791.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00018 | 06/03/14 | 2014081693 | $  866.80 | $  0.00 | $  866.80 |
| 92772-00018 | 07/02/14 | 2014073091 | 3,346.50 | 0.00 | 3,346.50 |
| 92772-00018 | 08/04/14 | 2014081692 | 6,558.20 | 0.00 | 6,558.20 |
| 92772-00018 | 09/04/14 | 2014090690 | 6,785.20 | 0.00 | 6,785.20 |
| 92772-00018 | 10/02/14 | 2014100582 | 11,581.50 | 0.00 | 11,581.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                    $   29,138.20

**TOTAL OUTSTANDING BALANCE DUE**                           $   39,929.20

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**November 4, 2014**

**Invoice No. 2014113374**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through October 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00018 | NSR Case 201300257 | $  10,791.00 | $      0.00 | $  10,791.00 |
|  | **Totals** | $   10,791.00 | $   0.00 | $   10,791.00 |
|  | **Current Balance Due** |  |  | $   10,791.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00018 | 06/03/14 | 2014081693 | $   866.80 | $   0.00 | $   866.80 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|--------------|-------------|----------|-------|-------------|
| 92772-00018 | 07/02/14 | 2014073091 | 3,346.50 | 0.00 | 3,346.50 |
| 92772-00018 | 08/04/14 | 2014081692 | 6,558.20 | 0.00 | 6,558.20 |
| 92772-00018 | 09/04/14 | 2014090690 | 6,785.20 | 0.00 | 6,785.20 |
| 92772-00018 | 10/02/14 | 2014100582 | 11,581.50 | 0.00 | 11,581.50 |

**PREVIOUS BALANCE DUE**  $  29,138.20

**TOTAL OUTSTANDING BALANCE DUE**  $  39,929.20

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


NSR CASE
92772-00018

_____

For Services Rendered Through October 31, 2014

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| WILLIAM B. DAWSON | 5.80 | $ 925.00 | $   5,365.00 |
| MICHAEL L. RAIFF | 7.50 | 630.00 | 4,725.00 |
| RUSSELL H. FALCONER | 1.00 | 630.00 | 630.00 |
| GAYA K. HOLMAN | 0.20 | 355.00 | 71.00 |

|  |  |  |  |
|------|-------|------|-------|
| **Total Services** |  |  | $   10,791.00 |



| **Total Services, Costs/Charges** | 10,791.00 |
|------|------|
| **BALANCE DUE** | $   10,791.00 |

**Due and Payable Upon Receipt**

NSR CASE
92772-00018
_____

Detail Services:

| Date | Hours | Name | Rate | Amount | Description |
|------|-------|------|------|--------|-------------|
| 10/07/14 | 0.80 | RAIFF, MICHAEL L | $630.00 | $504.00 | CLIENT CALL (SPLIT) (0.5); ATTENTION TO █████████ COMMUNICATIONS REGARDING TEAM MEMBERS REGARDING SAME (0.3). |
| | 0.50 | FALCONER, RUSSELL H | $630.00 | $315.00 | PARTICIPATE IN WEEKLY CASE CONFERENCE CALL (SPLIT). |
| 10/14/14 | 0.50 | RAIFF, MICHAEL L | $630.00 | $315.00 | CONFERENCE CALL WITH CLIENTS. |
| 10/15/14 | 0.50 | DAWSON, WILLIAM B | $925.00 | $462.50 | PREPARE FOR MEETINGS/CALLS █████ █████. |
| 10/16/14 | 4.30 | DAWSON, WILLIAM B | $925.00 | $3,977.50 | PREPARE FOR AND ████████████████████ |
| | 4.70 | RAIFF, MICHAEL L | $630.00 | $2,961.00 | PARTICIPATE ██████ AND TEAM MEETINGS. |
| 10/21/14 | 1.00 | DAWSON, WILLIAM B | $925.00 | $925.00 | PREPARE FOR AND PARTICIPATE IN WEEKLY CALL. |
| | 0.50 | RAIFF, MICHAEL L | $630.00 | $315.00 | CONFERENCE CALL WITH CLIENTS (SPLIT). |
| 10/22/14 | 0.20 | HOLMAN, GAYA K | $355.00 | $71.00 | ORGANIZE ████████████ ███████████████ ██████████ |
| 10/24/14 | 1.00 | RAIFF, MICHAEL L | $630.00 | $630.00 | BEGIN REVIEWING AND DISCUSSING WITH CLIENTS AND BALCH LAWYERS ████████████ ████████████ |

| 0.50 | FALCONER, RUSSELL H | $630.00 | $315.00 | STUDY GOVERNMENT'S MTD RESPONSE ███████ |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**November 12, 2014**

**Invoice No. 2014111764**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through October 31, 2014**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00022 | 2004 FPL Lawsuit | $   3,635.00 | $   0.00 | $   3,635.00 |
| | **Totals** | $   3,635.00 | $   0.00 | $   3,635.00 |
| | **Current Balance Due** | | | $   3,635.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00022 | 08/04/14 | 2014083442 | $   214.20 | $   0.00 | $   214.20 |
| 92772-00022 | 10/02/14 | 2014103512 | 5,355.00 | 0.00 | 5,355.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                              $    5,569.20

**TOTAL OUTSTANDING BALANCE DUE**                     $    9,204.20

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**November 12, 2014**

**Invoice No. 2014111764**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through October 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00022 | 2004 FPL Lawsuit | $   3,635.00 | $       0.00 | $   3,635.00 |
|  | **Totals** | $   3,635.00 | $     0.00 | $   3,635.00 |
|  | **Current Balance Due** |  |  | $   3,635.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00022 | 08/04/14 | 2014083442 | $    214.20 | $    0.00 | $    214.20 |
| 92772-00022 | 10/02/14 | 2014103512 | 5,355.00 | 0.00 | 5,355.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: November 12, 2014**                                        **Invoice No. 2014111764**

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                    $   5,569.20

**TOTAL OUTSTANDING BALANCE DUE**                          $   9,204.20

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201


2004 FPL LAWSUIT
92772-00022

_____

For Services Rendered Through October 31, 2014

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| MICHAEL L. RAIFF | 3.30 | $ 630.00 | $ 2,079.00 |
| ASHLEY E. JOHNSON | 2.40 | 648.33 | 1,556.00 |
| **Total Services** | | | $ 3,635.00 |

| | |
|---|---|
| **Total Services, Costs/Charges** | 3,635.00 |
| **BALANCE DUE** | $   3,635.00 |

**Due and Payable Upon Receipt**

2004 FPL LAWSUIT
92772-00022
_____

Detail Services:

10/01/14
| 1.70 | RAIFF, MICHAEL L | $630.00 | $1,071.00 | WORK ON MOTION TO LIFT STAY AND ARGUMENTS ON STAY ISSUES (1.5); COMMUNICATIONS REGARDING SAME (0.2). |

10/02/14
| 0.40 | JOHNSON, ASHLEY E | $740.00 | $296.00 | OVERSEE FILING OF SUBSTITUTION OF COUNSEL. |

10/14/14
| 0.60 | RAIFF, MICHAEL L | $630.00 | $378.00 | CONFERENCE CALL WITH CLIENT AND BANKRUPTCY COUNSEL. |
| 1.00 | JOHNSON, ASHLEY E | $630.00 | $630.00 | TELEPHONE CONFERENCE REGARDING LIFTING STAY IN FPL LITIGATION. |

10/15/14
| 0.70 | JOHNSON, ASHLEY E | $630.00 | $441.00 | TELEPHONE CONFERENCE WITH J. HO REGARDING OBTAINING STAY IN FPL LITIGATION (0.5); EMAIL CORRESPONDENCE WITH M. RAIFF REGARDING SAME (0.2). |

10/20/14
| 0.20 | RAIFF, MICHAEL L | $630.00 | $126.00 | WORK ON STAY ISSUES (0.1); COMMUNICATIONS WITH CLIENTS REGARDING SAME (0.1). |

10/27/14
| 0.30 | JOHNSON, ASHLEY E | $630.00 | $189.00 | EDIT STIPULATION TO LIFT STAY. |

10/30/14
| 0.50 | RAIFF, MICHAEL L | $630.00 | $315.00 | WORK ON STIPULATION TO LIFT STAY (.5). |

10/31/14
| 0.30 | RAIFF, MICHAEL L | $630.00 | $189.00 | WORK ON PROPOSED STIPULATION AND COMMUNICATIONS WITH TEAM REGARDING SAME (.3). |

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**November 12, 2014**

**Invoice No. 2014111766**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through October 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00023 | 2011 FPL Lawsuit | $    764.00 | $    0.00 | $    764.00 |
|  | **Totals** | $    764.00 | $    0.00 | $    764.00 |
|  | **Current Balance Due** |  |  | $    764.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00023 | 06/03/14 | 2014063644 | $    264.60 | $    0.00 | $    264.60 |
| 92772-00023 | 07/02/14 | 2014072935 | 252.00 | 0.00 | 252.00 |
| 92772-00023 | 08/04/14 | 2014092189 | 466.20 | 0.00 | 466.20 |
| 92772-00023 | 09/05/14 | 2014091413 | 189.00 | 0.00 | 189.00 |
| 92772-00023 | 10/03/14 | 2014101460 | 1,197.00 | 0.00 | 1,197.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                     $   2,368.80

**TOTAL OUTSTANDING BALANCE DUE**                           $   3,132.80

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**November 12, 2014**

**Invoice No. 2014111766**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through October 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00023 | 2011 FPL Lawsuit | $    764.00 | $    0.00 | $    764.00 |
|  | **Totals** | $    764.00 | $    0.00 | $    764.00 |
|  | **Current Balance Due** |  |  | $    764.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00023 | 06/03/14 | 2014063644 | $    264.60 | $    0.00 | $    264.60 |
| 92772-00023 | 07/02/14 | 2014072935 | 252.00 | 0.00 | 252.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: November 12, 2014**                                             **Invoice No. 2014111766**

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|-------------|-------------|----------|-------|-------------|
| 92772-00023 | 08/04/14 | 2014092189 | 466.20 | 0.00 | 466.20 |
| 92772-00023 | 09/05/14 | 2014091413 | 189.00 | 0.00 | 189.00 |
| 92772-00023 | 10/03/14 | 2014101460 | 1,197.00 | 0.00 | 1,197.00 |

**PREVIOUS BALANCE DUE**                                    $   2,368.80

**TOTAL OUTSTANDING BALANCE DUE**                           $   3,132.80

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

2011 FPL LAWSUIT
92772-00023

_____

For Services Rendered Through October 31, 2014

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| MICHAEL L. RAIFF | 1.10 | $ 630.00 | $ 693.00 |
| GAYA K. HOLMAN | 0.20 | 355.00 | 71.00 |
| **Total Services** | | | $ 764.00 |

| | |
|---|---|
| **Total Services, Costs/Charges** | 764.00 |
| **BALANCE DUE** | $ 764.00 |

**Invoice Date: November 12, 2014**          **Due and Payable Upon Receipt**          **Invoice No. 2014111766**

2011 FPL LAWSUIT
92772-00023

_____

Detail Services:

10/03/14
0.60    RAIFF, MICHAEL L        $630.00    $378.00    CONFERENCE CALL WITH
                                                      COURT ADMINISTRATOR (0.2);
                                                      WORK ON CORRESPONDENCE
                                                      TO COURT ADMINISTRATOR
                                                      (0.3); COMMUNICATE WITH
                                                      CLIENT (0.1).

10/06/14
0.20    HOLMAN, GAYA K          $355.00    $71.00     REVIEW CLERK'S NOTICE AND
                                                      DOCKET DEADLINE TO FILE
                                                      NOTICE OF APPEARANCE.

10/08/14
0.50    RAIFF, MICHAEL L        $630.00    $315.00    FOLLOW-UP ON AND
                                                      ATTENTION TO NEW
                                                      SCHEDULING ORDER AND NEW
                                                      DEADLINES (0.4);
                                                      COMMUNICATIONS
                                                      REGARDING SAME (0.1).

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**November 12, 2014**

**Invoice No. 2014112985**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through October 31, 2014**

|            |                        | Services Rendered | Costs/ Charges | Totals |
|------------|------------------------|-------------------|----------------|--------------|
| 92772-00030 | EFH Case Administration | $  68,117.50     | $     0.00     | $  68,117.50 |
|            | **Totals**             | $  68,117.50      | $   0.00       | $  68,117.50 |
|            | **Current Balance Due** |                   |                | $  68,117.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|--------------|-------------|----------|-------|-------------|
| 92772-00030 | 06/23/14 | 2014062395 | $  4,021.60 | $   0.00 | $  4,021.60 |
| 92772-00030 | 07/15/14 | 2014071145 | 1,456.00 | 0.00 | 1,456.00 |
| 92772-00030 | 08/06/14 | 2014081005 | 4,921.50 | 0.00 | 4,921.50 |
| 92772-00030 | 09/08/14 | 2014091971 | 16,046.00 | 0.00 | 16,046.00 |
| 92772-00030 | 10/04/14 | 2014103922 | 46,441.00 | 0.00 | 46,441.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                    $  72,886.10

**TOTAL OUTSTANDING BALANCE DUE**                    $  141,003.60

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**November 12, 2014**

**Invoice No. 2014112985**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through October 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00030 | EFH Case Administration | $  68,117.50 | $      0.00 | $  68,117.50 |
|  | **Totals** | $  68,117.50 | $      0.00 | $  68,117.50 |
|  | **Current Balance Due** |  |  | $  68,117.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00030 | 06/23/14 | 2014062395 | $  4,021.60 | $    0.00 | $  4,021.60 |
| 92772-00030 | 07/15/14 | 2014071145 | 1,456.00 | 0.00 | 1,456.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00030 | 08/06/14 | 2014081005 | 4,921.50 | 0.00 | 4,921.50 |
| 92772-00030 | 09/08/14 | 2014091971 | 16,046.00 | 0.00 | 16,046.00 |
| 92772-00030 | 10/04/14 | 2014103922 | 46,441.00 | 0.00 | 46,441.00 |

**PREVIOUS BALANCE DUE**                                      $  72,886.10

**TOTAL OUTSTANDING BALANCE DUE**                     $  141,003.60

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


EFH CASE ADMINISTRATION
92772-00030

---

For Services Rendered Through October 31, 2014

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| MICHAEL L. RAIFF | 2.80 | $ 840.00 | $   2,352.00 |
| ROBERT B. LITTLE | 3.60 | 790.00 | 2,844.00 |
| JOHN-PAUL VOJTISEK | 0.70 | 710.00 | 497.00 |
| JEREMY L. GRAVES | 2.60 | 710.00 | 1,846.00 |
| JONATHAN M. WHALEN | 1.80 | 575.00 | 1,035.00 |
| MATTHEW G. BOUSLOG | 39.00 | 555.00 | 21,645.00 |
| KATHERINE E. COURNOYER | 3.50 | 555.00 | 1,942.50 |
| EMILY B. SPEAK | 16.60 | 440.00 | 7,304.00 |
| DUKE K. AMPONSAH | 75.40 | 380.00 | 28,652.00 |

**Total Services**                                                $  68,117.50


**Total Services, Costs/Charges**                          68,117.50

**BALANCE DUE**                                              $   68,117.50

EFH CASE ADMINISTRATION
92772-00030

_____

Detail Services:

10/01/14

| | | | | |
|---|---|---|---|---|
| 1.50 | RAIFF, MICHAEL L | $840.00 | $1,260.00 | WORK ON REDACTING PRIVILEGE INFORMATION FROM VARIOUS LITIGATION BILLS (1.1); COMMUNICATE WITH TEAM AND CLIENTS REGARDING SAME (0.4). |
| 1.20 | BOUSLOG, MATTHEW G | $555.00 | $666.00 | REVIEW AND REVISE FEE STATEMENTS (0.4); EMAILS WITH K. STADLER, A. YENAMANDRA, M. SCHLAN AND R. LITTLE REGARDING FEE GUIDELINES (0.6); TELEPHONE CONFERENCE WITH D. AMPONSAH REGARDING SAME (0.2). |
| 4.20 | AMPONSAH, DUKE K | $380.00 | $1,596.00 | REVIEW AND REVISE MONTHLY FEE STATEMENT EXHIBITS (2.3); REVIEW SEPTEMBER 2014 PREBILLS FOR COMPLIANCE WITH UST GUIDELINES (1.9). |

10/02/14

| | | | | |
|---|---|---|---|---|
| 0.70 | VOJTISEK, JOHN-PAUL | $710.00 | $497.00 | ANALYZE FEE INVOICES AND PRECEDENT FEE APPLICATION (0.4); PREPARE DESCRIPTION OF SERVICES (0.3). |
| 1.20 | BOUSLOG, MATTHEW G | $555.00 | $666.00 | REVIEW AND REVISE FEE STATEMENTS (0.6); EMAILS WITH J. MADRON, M. ROMANCZUK, REGARDING FEE STATEMENTS AND FEE GUIDELINES (0.6). |
| 3.60 | AMPONSAH, DUKE K | $380.00 | $1,368.00 | REVIEW AND REVISE MONTHLY FEE STATEMENT EXHIBITS. |

10/03/14

| | | | | |
|---|---|---|---|---|
| 0.80 | RAIFF, MICHAEL L | $840.00 | $672.00 | WORK ON ATTORNEY FEE SUBMISSION ISSUES AND COMMUNICATIONS. |

**Due and Payable Upon Receipt**

| | | | | |
|---|---|---|---|---|
| 0.90 | LITTLE, ROBERT B | $790.00 | $711.00 | PARTICIPATE IN CALL WITH C. GOOCH AND OTHER PROFESSIONALS REGARDING FEE PROCESS (0.5); REVIEW MEMO FROM COUNSEL TO FEE COMMITTEE REGARDING FEE PROCESS (0.2); E-MAIL TO BILLING PARTNERS REGARDING SAME (0.2). |
| 0.70 | GRAVES, JEREMY L | $710.00 | $497.00 | REVIEW FEE COMMITTEE MEMO (0.3); TELECONFERENCE WITH FEE COMMITTEE MEMBERS REGARDING SAME (0.4). |
| 1.80 | WHALEN, JONATHAN M | $575.00 | $1,035.00 | PREPARE SUMMARY OF SERVICES FOR FEE APPLICATION. |
| 2.30 | BOUSLOG, MATTHEW G | $555.00 | $1,276.50 | REVIEW MEMO FROM FEE COMMITTEE (0.3); TELEPHONE CONFERENCE WITH C. GOOCH AND OTHERS REGARDING NEW FEE COMMITTEE GUIDELINES (0.6); DRAFT MEMO REGARDING UPDATED BILLING GUIDELINES (0.9); EMAILS WITH C. GOOCH, M. RAIFF, R. LITTLE, J. WHALEN AND D. AMPONSAH REGARDING FEE STATEMENTS AND BILLING GUIDELINES (0.3); CALLS WITH R. LITTLE AND J. WHALEN REGARDING SAME (0.2). |
| 3.50 | COURNOYER, KATHERINE E | $555.00 | $1,942.50 | DRAFT INTERIM FEE APPLICATION SECTIONS. |
| 2.90 | AMPONSAH, DUKE K | $380.00 | $1,102.00 | REVIEW AND REVISE MONTHLY FEE STATEMENT EXHIBITS. |
| 10/06/14 | | | | |
| 3.00 | BOUSLOG, MATTHEW G | $555.00 | $1,665.00 | REVIEW AND REVISE FEE STATEMENTS (1.9); EMAILS WITH D. AMPONSAH AND J. MADRON REGARDING SAME (0.5); CALLS WITH D. AMPONSAH (0.3) AND R. ST. JOHN (0.3) REGARDING SAME. |

| | | | | |
|---|---|---|---|---|
| 8.40 | AMPONSAH, DUKE K | $380.00 | $3,192.00 | PREPARE DRAFTS OF FIRST, SECOND, THIRD, AND FOURTH MONTHLY FEE APPLICATION (6.7); CONFER WITH M. BOUSLOG REGARDING SAME (0.5); REVIEW SEPTEMBER 2014 PREBILLS FOR COMPLIANCE WITH UST GUIDELINES (1.2). |

10/07/14

| | | | | |
|---|---|---|---|---|
| 0.20 | GRAVES, JEREMY L | $710.00 | $142.00 | REVIEW FEE COMMITTEE MEMO AND DISCUSS SAME WITH M. BOUSLOG. |
| 4.40 | BOUSLOG, MATTHEW G | $555.00 | $2,442.00 | REVIEW FEE COMMITTEE MEMO REGARDING FEE REVIEW PROCESS (0.4); REVIEW AND REVISE FEE STATEMENTS (1.6); EMAILS WITH J. MADRON (0.4), R. LITTLE (0.3), M. RAIFF (0.3), J. GRAVES (0.3), E. SPEAK (0.3) AND M. RAIFF (0.3) REGARDING FEE STATEMENTS AND FEE APPLICATION; CALLS WITH D. AMPONSAH REGARDING SAME (0.5). |
| 0.80 | SPEAK, EMILY B | $440.00 | $352.00 | DRAFT MATTER DESCRIPTIONS FOR FIRST INTERIM FEE APPLICATION. |
| 4.90 | AMPONSAH, DUKE K | $380.00 | $1,862.00 | REVISE DRAFTS OF FIRST, SECOND, THIRD, AND FOURTH MONTHLY FEE APPLICATION (3.7); UPLOAD SAME TO FEE COMMITTEE WEBSITE (0.4); CONFER WITH M. BOUSLOG REGARDING SAME (0.5); REVIEW SEPTEMBER 2014 PREBILLS FOR COMPLIANCE WITH UST GUIDELINES (1.3). |

10/08/14

| | | | | |
|---|---|---|---|---|
| 0.30 | BOUSLOG, MATTHEW G | $555.00 | $166.50 | EMAILS WITH E. SPEAK, D. AMPONSAH, AND M. SCHLAN REGARDING FEE APPLICATION (0.1); CALL WITH D. AMPONSAH REGARDING SAME (0.2). |

| | | | | |
|---|---|---|---|---|
| 2.80 | AMPONSAH, DUKE K | $380.00 | $1,064.00 | REVIEW SEPTEMBER 2014 PREBILLS FOR COMPLIANCE WITH UST GUIDELINES (1.3); REVIEW AND REVISE EXHIBITS FOR INTERIM FEE APPLICATION (1.5). |

**10/09/14**

| | | | | |
|---|---|---|---|---|
| 1.00 | BOUSLOG, MATTHEW G | $555.00 | $555.00 | DRAFT FEE APPLICATION (0.8); EMAILS WITH E. SPEAK AND D. AMPONSAH REGARDING SAME (0.2). |
| 4.70 | SPEAK, EMILY B | $440.00 | $2,068.00 | DRAFT FIRST INTERIM FEE APPLICATION. |
| 1.60 | AMPONSAH, DUKE K | $380.00 | $608.00 | REVIEW SEPTEMBER 2014 PREBILLS FOR COMPLIANCE WITH UST GUIDELINES (1.3); REVIEW AND REVISE EXHIBITS FOR INTERIM FEE APPLICATION (1.5). |

**10/10/14**

| | | | | |
|---|---|---|---|---|
| 0.10 | BOUSLOG, MATTHEW G | $555.00 | $55.50 | EMAILS WITH E. SPEAK REGARDING FEE APPLICATION. |
| 3.60 | AMPONSAH, DUKE K | $380.00 | $1,368.00 | REVIEW SEPTEMBER 2014 PREBILLS FOR COMPLIANCE WITH UST GUIDELINES (1.8); REVIEW AND REVISE EXHIBITS FOR INTERIM FEE APPLICATION (1.8). |

**10/13/14**

| | | | | |
|---|---|---|---|---|
| 2.00 | BOUSLOG, MATTHEW G | $555.00 | $1,110.00 | DRAFT FEE APPLICATION (0.8); CALL WITH E. SPEAK REGARDING SAME (0.2); EMAILS WITH M. RAIFF, E. SPEAK AND D. AMPONSAH REGARDING SAME (0.8); EMAILS WITH FEE COMMITTEE REGARDING PROCEDURES (0.2). |
| 6.50 | SPEAK, EMILY B | $440.00 | $2,860.00 | REVISE FIRST INTERIM FEE APPLICATION. |
| 3.60 | AMPONSAH, DUKE K | $380.00 | $1,368.00 | REVIEW AND REVISE INTERIM FEE APPLICATION (3.3); CONFER WITH E. SPEAK AND M. BOUSLOG REGARDING SAME (0.3). |

| | | | | |
|---|---|---|---|---|
| **10/14/14** | | | | |
| 4.80 | BOUSLOG, MATTHEW G | $555.00 | $2,664.00 | DRAFT FEE APPLICATION (4.6); EMAILS WITH J. GRAVES, E. SPEAK, AND D. AMPONSAH REGARDING SAME (0.2). |
| 1.20 | SPEAK, EMILY B | $440.00 | $528.00 | REVISE FIRST INTERIM FEE APPLICATION. |
| 4.00 | AMPONSAH, DUKE K | $380.00 | $1,520.00 | REVIEW AND REVISE INTERIM FEE APPLICATION (3.7); CONFER WITH E. SPEAK AND M. BOUSLOG REGARDING SAME (0.3). |
| **10/15/14** | | | | |
| 0.50 | RAIFF, MICHAEL L | $840.00 | $420.00 | WORK ON BANKRUPTCY ADMINISTRATION MATTERS. |
| 1.20 | BOUSLOG, MATTHEW G | $555.00 | $666.00 | DRAFT FEE APPLICATION (0.3); EMAILS WITH D. KELLY, J. MADRON, M. RAIFF, E. SPEAK, AND D. AMPONSAH REGARDING SAME (0.8); TELEPHONE CONFERENCE WITH E. SPEAK REGARDING SAME (0.1). |
| 3.40 | SPEAK, EMILY B | $440.00 | $1,496.00 | REVISE FIRST INTERIM FEE APPLICATION. |
| 2.40 | AMPONSAH, DUKE K | $380.00 | $912.00 | REVIEW AND REVISE INTERIM FEE APPLICATION (2.1); CONFER WITH E. SPEAK AND M. BOUSLOG REGARDING SAME (0.3). |
| **10/16/14** | | | | |
| 0.60 | GRAVES, JEREMY L | $710.00 | $426.00 | TELECONFERENCE WITH M. ROSENTHAL AND M. BOUSLOG REGARDING GIBSON DUNN FEE APPLICATION. |
| 3.20 | BOUSLOG, MATTHEW G | $555.00 | $1,776.00 | DRAFT FEE APPLICATION (2.4); CALLS WITH J. GRAVES REGARDING SAME (0.6); EMAILS WITH J. MADRON, W. ROMANOWICZ, AND M. ROSENTHAL REGARDING SAME (0.1); EMAILS WITH FEE COMMITTEE, R. LITTLE AND J. GRAVES REGARDING FEE COMMITTEE TELECONFERENCE (0.1). |

| | | | | |
|---|---|---|---|---|
| 3.50 | AMPONSAH, DUKE K | $380.00 | $1,330.00 | REVIEW AND REVISE INTERIM FEE APPLICATION (3.2); CONFER WITH E. SPEAK AND M. BOUSLOG REGARDING SAME (0.3). |

**10/17/14**

| | | | | |
|---|---|---|---|---|
| 0.20 | BOUSLOG, MATTHEW G | $555.00 | $111.00 | EMAILS WITH D. AMPONSAH AND R. ST. JOHN REGARDING FEE APPLICATION. |
| 2.70 | AMPONSAH, DUKE K | $380.00 | $1,026.00 | REVIEW AND REVISE INTERIM FEE APPLICATION (1.5); PREPARE INITIAL DRAFT OF SEPTEMBER 2014 MONTHLY FEE STATEMENT (1.2). |

**10/20/14**

| | | | | |
|---|---|---|---|---|
| 2.70 | AMPONSAH, DUKE K | $380.00 | $1,026.00 | REVIEW AND REVISE INTERIM FEE APPLICATION (2.4); CONFER WITH M. BOUSLOG REGARDING SAME (0.3). |

**10/21/14**

| | | | | |
|---|---|---|---|---|
| 2.30 | BOUSLOG, MATTHEW G | $555.00 | $1,276.50 | REVIEW AND REVISE FEE APPLICATION (1.4); EMAILS WITH M. ROSENTHAL, R. LITTLE, J. GRAVES AND D. AMPONSAH REGARDING SAME (0.3); CALLS WITH M. ROSENTHAL, E. SPEAK, AND D. AMPONSAH REGARDING SAME (0.4); EMAILS WITH D. KELLY AND A. WRIGHT REGARDING INVOICE DISCLOSURES (0.2). |
| 2.90 | AMPONSAH, DUKE K | $380.00 | $1,102.00 | PREPARE INITIAL DRAFT OF SEPTEMBER 2014 MONTHLY FEE STATEMENT (2.6); CONFER WITH M. BOUSLOG REGARDING SAME (0.3). |

**10/22/14**

| | | | | |
|---|---|---|---|---|
| 1.20 | LITTLE, ROBERT B | $790.00 | $948.00 | PARTICIPATE IN CALL WITH PROFESSIONALS AND FEE COMMITTEE (0.6); REVIEW AND REVISE INTERIM FEE APPLICATION (0.6). |

| | | | | |
|---|---|---|---|---|
| 1.70 | BOUSLOG, MATTHEW G | $555.00 | $943.50 | REVIEW AND REVISE FEE APPLICATION (0.2); EMAILS WITH G. MOOR (0.3), J. MADRON (0.3), R. LITTLE (0.3) AND D. AMPONSAH (0.2) REGARDING FEE APPLICATION AND FEE STATEMENTS; TELEPHONE CONFERENCE WITH FEE COMMITTEE (0.4). |
| 3.80 | AMPONSAH, DUKE K | $380.00 | $1,444.00 | WORK ON DRAFT OF SEPTEMBER 2014 MONTHLY FEE STATEMENT (2.6); UPDATE FIRST INTERIM FEE APPLICATION(0.9); CONFER WITH M. BOUSLOG REGARDING SAME (0.3). |

**10/23/14**

| | | | | |
|---|---|---|---|---|
| 0.10 | BOUSLOG, MATTHEW G | $555.00 | $55.50 | EMAILS WITH G. MOOR REGARDING FEE STATEMENTS. |
| 3.50 | AMPONSAH, DUKE K | $380.00 | $1,330.00 | WORK ON DRAFT OF SEPTEMBER 2014 MONTHLY FEE STATEMENT. |

**10/24/14**

| | | | | |
|---|---|---|---|---|
| 0.40 | LITTLE, ROBERT B | $790.00 | $316.00 | REVIEW SLIDES REGARDING PAYMENT LOGISTICS (0.2); E-MAILS WITH C. GOOCH AND M. BOUSLOG REGARDING SAME (0.2). |
| 0.50 | GRAVES, JEREMY L | $710.00 | $355.00 | PREPARE FOR AND ATTEND TELECONFERENCE WITH A&M REGARDING FEE PROTOCOL. |
| 0.60 | BOUSLOG, MATTHEW G | $555.00 | $333.00 | EMAILS WITH J. GRAVES, D. AMPONSAH AND J. DWYER REGARDING FEE STATEMENTS AND FEE APPLICATION (0.2); REVIEW EFH POWERPOINT REGARDING PROFESSIONAL OVERVIEW PROCEDURES (0.2); TELEPHONE CONFERENCE WITH J. DWYER AND J. GRAVES REGARDING SAME (0.2). |

**10/27/14**

| | | | | |
|---|---|---|---|---|
| 0.30 | LITTLE, ROBERT B | $790.00 | $237.00 | EMAILS REGARDING BILL SUBMISSIONS. |

| | | | | |
|---|---|---|---|---|
| 0.50 | GRAVES, JEREMY L | $710.00 | $355.00 | TELECONFERENCE WITH PROFESSIONALS REGARDING FEE PROTOCOL. |
| 1.30 | BOUSLOG, MATTHEW G | $555.00 | $721.50 | REVISE FEE APPLICATION (0.3); EMAILS WITH A. WRIGHT (0.1), G. MOOR (0.1), M. ROSENTHAL (0.1) AND D. AMPONSAH (0.2) REGARDING FEE APPLICATION AND FEE STATEMENTS; TELEPHONE CONFERENCE WITH C. GOOCH REGARDING FEE PROCEDURES (0.5). |
| 5.00 | AMPONSAH, DUKE K | $380.00 | $1,900.00 | UPDATE DRAFT OF FIRST INTERIM FEE APPLICATION (1.9); PREPARE DRAFTS OF MONTHLY FEE INVOICE SUMMARY STATEMENT (1.6); DRAFT EXHIBIT A FOR THE CERTIFICATE OF NO OBJECTION (1.2); CONFER WITH M. BOUSLOG REGARDING SAME(0.3). |

10/28/14

| | | | | |
|---|---|---|---|---|
| 0.10 | GRAVES, JEREMY L | $710.00 | $71.00 | TELECONFERENCE WITH M. BOUSLOG REGARDING FEE APPLICATION. |
| 1.60 | BOUSLOG, MATTHEW G | $555.00 | $888.00 | REVISE FEE APPLICATION (0.6); REVIEW MONTHLY FEE INVOICE SUMMARIES FOR SUBMISSION TO CLIENT (0.4); EMAILS WITH D. KELLY, M. ROSENTHAL, AND D. AMPONSAH REGARDING FEE APPLICATION (0.1); CALLS WITH J. GRAVES (0.2) AND D. AMPONSAH (0.3) REGARDING SAME. |
| 1.80 | AMPONSAH, DUKE K | $380.00 | $684.00 | UPDATE DRAFT OF FIRST INTERIM FEE APPLICATION (0.3); REVISE DRAFTS OF MONTHLY FEE INVOICE SUMMARY STATEMENT (0.7); REVISE EXHIBIT A FOR THE CERTIFICATE OF NO OBJECTION (0.5); CONFER WITH M. BOUSLOG REGARDING SAME (0.3). |

**Due and Payable Upon Receipt**

10/29/14

| | | | | |
|---|---|---|---|---|
| 0.50 | LITTLE, ROBERT B | $790.00 | $395.00 | REVIEW FEE APPLICATION (0.3); CONFER WITH M. BOUSLOG REGARDING SAME (0.2). |
| 3.60 | BOUSLOG, MATTHEW G | $555.00 | $1,998.00 | REVIEW AND REVISE MONTHLY INVOICE SUMMARIES (0.4); REVISE FEE APPLICATION (1.8); DRAFT CERTIFICATE OF NO OBJECTION TO FEE STATEMENTS (0.4); EMAILS WITH J. DWYER, J. STEGENGA, J. MADRON AND D. AMPONSAH REGARDING FEE STATEMENTS AND FEE APPLICATION (0.4); CALLS WITH R. LITTLE, J. STEGENGA, AND R. ST. JOHN REGARDING SAME (0.6). |
| 3.50 | AMPONSAH, DUKE K | $380.00 | $1,330.00 | UPDATE DRAFT OF SEPTEMBER MONTHLY FEE STATEMENT (1.3); REVISE DRAFTS OF MONTHLY FEE INVOICE SUMMARY STATEMENT (0.7); REVISE EXHIBIT A FOR THE CERTIFICATE OF NO OBJECTION (0.4); UPDATE DRAFT OF FIRST INTERIM FEE APPLICATION (0.8); CONFER WITH M. BOUSLOG RE: SAME(0.3). |

10/30/14

| | | | | |
|---|---|---|---|---|
| 0.30 | LITTLE, ROBERT B | $790.00 | $237.00 | E-MAILS WITH C. GOOCH AND G. MOOR REGARDING PAYMENT ISSUES. |
| 2.70 | BOUSLOG, MATTHEW G | $555.00 | $1,498.50 | REVIEW AND REVISE CERTIFICATES OF NO OBJECTION RE FEE STATEMENTS (0.2); CALLS WITH C. GOOCH, M. ROSENTHAL, M. RAIFF, J. GRAVES AND D. AMPONSAH RE FEE STATEMENTS AND APPLICATION (0.5); EMAILS WITH A. WRIGHT, C. GOOCH, G. MOOR, J. MADRON, R. LITTLE, AND D. AMPONSAH RE SAME (0.9); REVISE FEE APPLICATION (0.9); REVISE FEE STATEMENT INVOICE SUMMARIES (0.2). |

| | | | | |
|---|---|---|---|---|
| 3.20 | AMPONSAH, DUKE K | $380.00 | $1,216.00 | UPDATE EXHIBITS OF FIRST INTERIM FEE APPLICATION (1.3); PREPARE SAME FOR SUBMISSION TO THE FEE COMMITTEE WEBSITE (0.6); CONFER WITH M. BOUSLOG RE: SAME (0.3); REVISE SEPTEMBER MONTHLY FEE STATEMENT (1.0) |
| 10/31/14 | | | | |
| 0.20 | BOUSLOG, MATTHEW G | $555.00 | $111.00 | EMAILS WITH D. AMPONSAH AND G. MOOR RE FEE STATEMENTS. |
| 0.80 | AMPONSAH, DUKE K | $380.00 | $304.00 | REVISE SEPTEMBER MONTHLY FEE STATEMENT. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**November 12, 2014**

**Invoice No. 2014112986**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through October 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00031 | EFH SEC Matters | $   2,686.00 | $      0.00 | $   2,686.00 |
|  | **Totals** | $   2,686.00 | $      0.00 | $   2,686.00 |
|  | **Current Balance Due** |  |  | $   2,686.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00031 | 06/23/14 | 2014062908 | $    126.50 | $   0.00 | $    126.50 |
| 92772-00031 | 07/15/14 | 2014071146 | 4,171.50 | 0.00 | 4,171.50 |
| 92772-00031 | 08/06/14 | 2014081006 | 15,112.50 | 0.00 | 15,112.50 |
| 92772-00031 | 10/04/14 | 2014102211 | 3,792.00 | 0.00 | 3,792.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                      $   23,202.50

**TOTAL OUTSTANDING BALANCE DUE**                            $   25,888.50

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**November 12, 2014**

**Invoice No. 2014112986**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through October 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00031 | EFH SEC Matters | $   2,686.00 | $      0.00 | $   2,686.00 |
|  | **Totals** | $    2,686.00 | $     0.00 | $   2,686.00 |
|  | **Current Balance Due** |  |  | $   2,686.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00031 | 06/23/14 | 2014062908 | $    126.50 | $   0.00 | $    126.50 |
| 92772-00031 | 07/15/14 | 2014071146 | 4,171.50 | 0.00 | 4,171.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: November 12, 2014**                                    **Invoice No. 2014112986**

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00031 | 08/06/14 | 2014081006 | 15,112.50 | 0.00 | 15,112.50 |
| 92772-00031 | 10/04/14 | 2014102211 | 3,792.00 | 0.00 | 3,792.00 |

**PREVIOUS BALANCE DUE** $ 23,202.50

**TOTAL OUTSTANDING BALANCE DUE** $ 25,888.50

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


EFH SEC MATTERS
92772-00031

_____

For Services Rendered Through October 31, 2014

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ROBERT B. LITTLE | 3.40 | $ 790.00 | $  2,686.00 |
| **Total Services** | | | $   2,686.00 |

| | | |
|---|---|---|
| **Total Services, Costs/Charges** | | 2,686.00 |
| **BALANCE DUE** | | $    2,686.00 |

**Due and Payable Upon Receipt**

EFH SEC MATTERS
92772-00031
_____

Detail Services:

10/13/14
| 1.60 | LITTLE, ROBERT B | $790.00 | $1,264.00 | TELEPHONE CALL WITH K. FRAZIER REGARDING COMPENSATION DISCLOSURE (0.1); EXAMINE COMPENSATION DISCLOSURE ISSUE (1.5). |

10/14/14
| 1.80 | LITTLE, ROBERT B | $790.00 | $1,422.00 | EXAMINE COMPENSATION DISCLOSURE REQUIREMENTS (0.5); PREPARE E-MAIL TO J. WALKER AND K. FRAZIER REGARDING COMPENSATION DISCLOSURE ISSUE (0.5); REVIEW AND REVISE DRAFT DISCLOSURES REGARDING SAME (0.8). |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**November 12, 2014**

**Invoice No. 2014112987**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through October 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00032 | EFH Corporate Matters | $  22,602.00 | $      0.00 | $  22,602.00 |
|  | **Totals** | $  22,602.00 | $    0.00 | $  22,602.00 |
|  | **Current Balance Due** |  |  | $  22,602.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00032 | 06/23/14 | 2014062396 | $    525.90 | $   0.00 | $    525.90 |
| 92772-00032 | 07/15/14 | 2014071156 | 4,144.00 | 0.00 | 4,144.00 |
| 92772-00032 | 08/06/14 | 2014081008 | 21,775.00 | 0.00 | 21,775.00 |
| 92772-00032 | 09/06/14 | 2014091812 | 8,508.50 | 0.00 | 8,508.50 |
| 92772-00032 | 10/04/14 | 2014102214 | 14,014.00 | 0.00 | 14,014.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                    $  48,967.40

**TOTAL OUTSTANDING BALANCE DUE**                           $  71,569.40

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**November 12, 2014**

**Invoice No. 2014112987**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through October 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00032 | EFH Corporate Matters | $  22,602.00 | $      0.00 | $  22,602.00 |
|  | **Totals** | $   22,602.00 | $      0.00 | $   22,602.00 |
|  | **Current Balance Due** |  |  | $   22,602.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00032 | 06/23/14 | 2014062396 | $     525.90 | $    0.00 | $     525.90 |
| 92772-00032 | 07/15/14 | 2014071156 | 4,144.00 | 0.00 | 4,144.00 |

<u>Remit By Wire To:</u>
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

<u>Remit By Mail To:</u>
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
**Invoice Date: November 12, 2014**                                                        **Invoice No. 2014112987**
**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|--------------|-------------|----------|-------|-------------|
| 92772-00032 | 08/06/14 | 2014081008 | 21,775.00 | 0.00 | 21,775.00 |
| 92772-00032 | 09/06/14 | 2014091812 | 8,508.50 | 0.00 | 8,508.50 |
| 92772-00032 | 10/04/14 | 2014102214 | 14,014.00 | 0.00 | 14,014.00 |

**PREVIOUS BALANCE DUE**                                    $   48,967.40

**TOTAL OUTSTANDING BALANCE DUE**                           $   71,569.40

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

EFH CORPORATE MATTERS
92772-00032

---

For Services Rendered Through October 31, 2014

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ROBERT B. LITTLE | 12.70 | $ 790.00 | $  10,033.00 |
| DINA R. BERNSTEIN | 1.20 | 650.00 | 780.00 |
| JONATHAN M. WHALEN | 0.60 | 575.00 | 345.00 |
| MADISON A. JONES | 7.10 | 495.00 | 3,514.50 |
| CAITLIN A. CALLOWAY | 6.90 | 435.00 | 3,001.50 |
| JOSEPH A. ORIEN | 11.20 | 440.00 | 4,928.00 |

**Total Services**                                       $  22,602.00

**Total Services, Costs/Charges**                            22,602.00

**BALANCE DUE**                                          $   22,602.00

**Due and Payable Upon Receipt**

EFH CORPORATE MATTERS
92772-00032
_____

Detail Services:

10/01/14
| 1.10 | LITTLE, ROBERT B | $790.00 | $869.00 | TELEPHONE CALL WITH A. BURTON REGARDING D&O QUESTIONNAIRE AND OTHER GOVERNANCE DOCUMENTS (0.4); WORK ON D&O QUESTIONNAIRE AND OTHER GOVERNANCE DOCUMENT ISSUES (0.7). |
| 1.70 | JONES, MADISON A | $495.00 | $841.50 | CALL WITH A. BURTON (0.4); REVISE D&O QUESTIONNAIRES (0.8); REVIEW CORPORATE GOVERNANCE GUIDELINES (0.5). |

10/02/14
| 1.20 | JONES, MADISON A | $495.00 | $594.00 | REVISE D&O QUESTIONNAIRES. |
| 0.80 | CALLOWAY, CAITLIN A | $435.00 | $348.00 | PREPARE EMAIL TO R. LITTLE REGARDING SUBSIDIARY GOVERNANCE AND MANAGEMENT POLICY. |

10/03/14
| 1.50 | LITTLE, ROBERT B | $790.00 | $1,185.00 | WORK ON GOVERNANCE PROJECT FOR J. WALKER. |
| 1.40 | CALLOWAY, CAITLIN A | $435.00 | $609.00 | PREPARE SUBSIDIARY MANAGEMENT POLICY AND SLIDES AND CONFER WITH R. LITTLE REGARDING SAME. |

10/04/14
| 0.60 | CALLOWAY, CAITLIN A | $435.00 | $261.00 | PREPARE SUBSIDIARY MANAGEMENT POLICY AND SLIDES RELATING TO APPOINTMENT AND ELECTION OF OFFICERS AND DIRECTORS. |

10/05/14
| 1.30 | CALLOWAY, CAITLIN A | $435.00 | $565.50 | PREPARE SUBSIDIARY MANAGEMENT POLICY AND SLIDES REGARDING ELECTING AND APPOINTING OFFICERS AND DIRECTORS. |

| Date/Hours | Name | Rate | Amount | Description |
|---|---|---|---|---|
| 10/06/14 | | | | |
| 1.30 | LITTLE, ROBERT B | $790.00 | $1,027.00 | REVIEW AND REVISE POWERPOINT SLIDES REGARDING GOVERNANCE MATTERS (1.0); REVIEW AND REVISE SUBSIDIARY MANAGEMENT POLICY (0.3). |
| 0.60 | CALLOWAY, CAITLIN A | $435.00 | $261.00 | PREPARE SUBSIDIARY MANAGEMENT POLICY AND SLIDES AND CONFER WITH R. LITTLE REGARDING SAME. |
| 10/08/14 | | | | |
| 0.40 | LITTLE, ROBERT B | $790.00 | $316.00 | E-MAILS WITH A. BURTON OF EFH REGARDING AUDIT COMMITTEE CHARTER QUESTION. |
| 0.60 | JONES, MADISON A | $495.00 | $297.00 | REVIEW AUDIT COMMITTEE CHARTER LANGUAGE RELATING TO PCAOB RULES. |
| 10/13/14 | | | | |
| 1.40 | LITTLE, ROBERT B | $790.00 | $1,106.00 | TELEPHONE CALL WITH J. WALKER AND A. BURTON REGARDING COMMITTEE CHARTERS (0.6); REVIEW AND REVISE SAME (0.8). |
| 0.40 | BERNSTEIN, DINA R | $650.00 | $260.00 | ADDRESS 10-K DISCLOSURE QUESTIONS. |
| 2.10 | JONES, MADISON A | $495.00 | $1,039.50 | PREPARE FOR AND ATTEND CALL RE CHARTERS (0.5); REVISE AUDIT COMMITTEE AND ORGANIZATIONAL AND COMPENSATION COMMITTEE CHARTERS (1.0); REVIEW AND ANALYZE SEC RULES RE PERQUISITES AND PREPARE PROPOSED LANGUAGE RE SECURITY ASSESSMENT FOR EXECUTIVE OFFICERS (0.6). |
| 10/14/14 | | | | |
| 0.50 | LITTLE, ROBERT B | $790.00 | $395.00 | REVIEW AND REVISE COMMITTEE CHARTERS. |

**Due and Payable Upon Receipt**

| Date/Hours | Name | Rate | Amount | Description |
|---|---|---|---|---|
| 10/15/14 2.00 | LITTLE, ROBERT B | $790.00 | $1,580.00 | WORK ON COMPENSATION CONSULTANT INDEPENDENCE ISSUE (0.5); DRAFT E-MAIL TO J. WALKER REGARDING SAME (0.5); TELEPHONE CALL WITH J. WALKER REGARDING SAME AND SUBSIDIARY GOVERNANCE MATTERS (1.0). |
| 0.80 | BERNSTEIN, DINA R | $650.00 | $520.00 | ADDRESS QUESTIONS REGARDING 10-K DISCLOSURE. |
| 1.50 | JONES, MADISON A | $495.00 | $742.50 | REVIEW AND ANALYZE ITEM 407(E)(3)(IV) OF REG. S-K AND ITS APPLICABILITY TO COMPANIES THAT DO NOT ELECT DIRECTORS VIA A PROXY STATEMENT. |
| 10/20/14 0.30 | LITTLE, ROBERT B | $790.00 | $237.00 | TELEPHONE CALL WITH J. WALKER REGARDING GOVERNANCE MATTERS. |
| 10/21/14 0.20 | LITTLE, ROBERT B | $790.00 | $158.00 | TELEPHONE CALL WITH J. WALKER REGARDING GOVERNANCE ISSUE. |
| 0.60 | WHALEN, JONATHAN M | $575.00 | $345.00 | ANALYSIS REGARDING CORPORATE AUTHORIZATION TO VOTE EFH SHARES (0.3); DISCUSSIONS WITH A. BURTON WITH RESPECT TO THE SAME (0.3). |
| 10/23/14 0.20 | LITTLE, ROBERT B | $790.00 | $158.00 | TELEPHONE CALL WITH J. WALKER REGARDING ANNUAL ELECTION OF DIRECTORS. |
| 10/24/14 2.50 | LITTLE, ROBERT B | $790.00 | $1,975.00 | EXAMINE OFFICER ELECTION/APPOINTMENT ISSUES FOR J. WALKER. |
| 1.10 | CALLOWAY, CAITLIN A | $435.00 | $478.50 | CONFER WITH R. LITTLE AND J. ORIEN REGARDING ELECTING AND APPOINTING OFFICERS AND PREPARE EMAILS REGARDING SAME. |

| | | | | |
|---|---|---|---|---|
| 1.80 | ORIEN, JOSEPH A | $440.00 | $792.00 | ANALYZE AND RESEARCH ELECTION VERSUS APPOINTMENT ISSUE. |
| 10/27/14 | | | | |
| 1.10 | CALLOWAY, CAITLIN A | $435.00 | $478.50 | CONFER WITH J. ORIEN AND R. LITTLE REGARDING ELECTION AND APPOINTMENT OF OFFICERS. |
| 3.10 | ORIEN, JOSEPH A | $440.00 | $1,364.00 | ANALYZE ELECTION VERSUS APPOINTMENT ISSUE AND WRITE MEMORANDUM RE THE SAME. |
| 10/28/14 | | | | |
| 1.30 | LITTLE, ROBERT B | $790.00 | $1,027.00 | REVIEW AND REVISE MEMO REGARDING OFFICER ELECTIONS/APPOINTMENTS FOR J. WALKER. |
| 6.30 | ORIEN, JOSEPH A | $440.00 | $2,772.00 | ANALYZE ELECTION VERSUS APPOINTMENT ISSUE AND WRITE MEMORANDUM RE THE SAME (5.8); INCORPORATE COMMENTS TO MEMORANDUM (0.5). |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**November 12, 2014**

**Invoice No. 2014112989**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through October 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00046 | Budgeting-Related Work | $    1,900.00 | $    0.00 | $    1,900.00 |
|  | **Totals** | $   1,900.00 | $   0.00 | $   1,900.00 |
|  | **Current Balance Due** |  |  | $   1,900.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00046 | 10/04/14 | 2014103923 | $   6,714.50 | $   0.00 | $   6,714.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                    $    6,714.50

**TOTAL OUTSTANDING BALANCE DUE**                          $    8,614.50

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**November 12, 2014**

**Invoice No. 2014112989**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through October 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00046 | Budgeting-Related Work | $    1,900.00 | $      0.00 | $    1,900.00 |
|  | **Totals** | $    1,900.00 | $     0.00 | $    1,900.00 |
|  | **Current Balance Due** |  |  | $    1,900.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00046 | 10/04/14 | 2014103923 | $   6,714.50 | $     0.00 | $    6,714.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: November 12, 2014**                              **Invoice No. 2014112989**

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                    $   6,714.50

**TOTAL OUTSTANDING BALANCE DUE**                          $   8,614.50

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


BUDGETING-RELATED WORK
92772-00046

_____

For Services Rendered Through October 31, 2014

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ROBERT B. LITTLE | 1.00 | $ 790.00 | $   790.00 |
| MATTHEW G. BOUSLOG | 2.00 | 555.00 | 1,110.00 |
| **Total Services** | | | $   1,900.00 |

| | |
|---|---|
| **Total Services, Costs/Charges** | 1,900.00 |
| **BALANCE DUE** | $   1,900.00 |

**Due and Payable Upon Receipt**

BUDGETING-RELATED WORK
92772-00046
_____

Detail Services:

| 10/07/14 | | | | |
|---|---|---|---|---|
| 0.50 | LITTLE, ROBERT B | $790.00 | $395.00 | PREPARE AND DISTRIBUTE MEMO TO BILLING PARTNERS REGARDING NEW BUDGETING GUIDELINES. |
| **10/15/14** | | | | |
| 0.50 | LITTLE, ROBERT B | $790.00 | $395.00 | WORK ON NOVEMBER BUDGET. |
| 1.60 | BOUSLOG, MATTHEW G | $555.00 | $888.00 | DRAFT BUDGET AND STAFFING PLAN (1.1); EMAILS WITH C. GOOCH, R. LITTLE, M. RAIFF, B. DAWSON AND J. HO RE SAME (0.5). |
| **10/22/14** | | | | |
| 0.20 | BOUSLOG, MATTHEW G | $555.00 | $111.00 | REVISE BUDGET (0.1); EMAILS WITH D. KELLY, R. LITTLE, AND M. RAIFF REGARDING SAME (0.1). |
| **10/23/14** | | | | |
| 0.10 | BOUSLOG, MATTHEW G | $555.00 | $55.50 | EMAILS WITH A. WRIGHT REGARDING BUDGET. |
| **10/30/14** | | | | |
| 0.10 | BOUSLOG, MATTHEW G | $555.00 | $55.50 | EMAILS WITH C. GOOCH AND J. GRAVES RE NOVEMBER BUDGET. |

**Exhibit I-3**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**December 8, 2014**

**Invoice No. 2014122605**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through November 30, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00012 | Tax Analysis | $  7,119.50 | $  0.00 | $  7,119.50 |
|  | **Totals** | $  7,119.50 | $  0.00 | $  7,119.50 |
|  | **Current Balance Due** |  |  | $  7,119.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00012 | 06/13/14 | 2014092994 | $  1,857.30 | $  0.00 | $  1,857.30 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                          $   1,857.30

**TOTAL OUTSTANDING BALANCE DUE**                 $   8,976.80

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**December 8, 2014**

**Invoice No. 2014122605**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through November 30, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00012 | Tax Analysis | $    7,119.50 | $       0.00 | $    7,119.50 |
|  | **Totals** | $    7,119.50 | $      0.00 | $    7,119.50 |
|  | **Current Balance Due** |  |  | $    7,119.50 |

**<u>PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING</u>:**

| <u>Matter</u> | <u>Invoice Date</u> | <u>Invoice No.</u> | <u>Services</u> | <u>Costs</u> | <u>Balance Due</u> |
|---|---|---|---|---|---|
| 92772-00012 | 06/13/14 | 2014092994 | $   1,857.30 | $      0.00 | $    1,857.30 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: December 8, 2014**                                    **Invoice No. 2014122605**

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                          $   1,857.30

**TOTAL OUTSTANDING BALANCE DUE**                 $   8,976.80

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201


TAX ANALYSIS
92772-00012

_____

For Services Rendered Through November 30, 2014

| NAME | HOURS | RATE | TOTAL |
|------|------:|-----:|------:|
| DAVID L. SINAK | 1.40 | $1,020.00 | $  1,428.00 |
| JEFFREY TRINKLEIN | 0.60 | 980.00 | 588.00 |
| JOHN-PAUL VOJTISEK | 6.30 | 710.00 | 4,473.00 |
| MICHAEL Q. CANNON | 1.30 | 485.00 | 630.50 |
| **Total Services** | | | $  7,119.50 |

**Total Services, Costs/Charges**                7,119.50

**BALANCE DUE**                                  $   7,119.50

Invoice Date: December 8, 2014

**Due and Payable Upon Receipt**

Invoice No. 2014122605

TAX ANALYSIS
92772-00012
_____

Detail Services:

11/04/14

| | | | | |
|---|---|---|---|---|
| 0.50 | TRINKLEIN, JEFFREY | $980.00 | $490.00 | CALL WITH B. LOVELACE TO DISCUSS DEBT-RELATED ISSUES (0.2); DISCUSS ANALYSIS WITH J. VOJTISEK (0.3). |
| 2.10 | VOJTISEK, JOHN-PAUL | $710.00 | $1,491.00 | CONFERENCE WITH J. TRINKLEIN (0.3); RESEARCH AND ADVISE REGARDING CANCELLATION OF INDEBTEDNESS INCOME (1.8). |

11/05/14

| | | | | |
|---|---|---|---|---|
| 2.30 | VOJTISEK, JOHN-PAUL | $710.00 | $1,633.00 | RESEARCH AND ADVISE REGARDING CANCELLATION OF INDEBTEDNESS INCOME. |

11/06/14

| | | | | |
|---|---|---|---|---|
| 0.10 | TRINKLEIN, JEFFREY | $980.00 | $98.00 | REVIEW J. VOJTISEK COMMENTS. |
| 1.90 | VOJTISEK, JOHN-PAUL | $710.00 | $1,349.00 | CONFERENCE WITH J. TRINKLEIN (0.2); RESEARCH AND ADVISE REGARDING CANCELLATION OF INDEBTEDNESS INCOME (1.0); PREPARE OUTLINE OF ADVICE REGARDING CANCELLATION OF INDEBTEDNESS INCOME (0.7). |

11/24/14

| | | | | |
|---|---|---|---|---|
| 0.40 | SINAK, DAVID L | $1,020.00 | $408.00 | TELEPHONE CONFERENCE WITH B. LOVELACE AND N. POLITAN REGARDING NEW SOLAR PROJECT TAX ISSUES. |

11/25/14

| | | | | |
|---|---|---|---|---|
| 1.00 | SINAK, DAVID L | $1,020.00 | $1,020.00 | TELEPHONE CONFERENCE WITH EFH REGARDING NEW SOLAR PROJECT TAX, STRUCTURE ISSUES. |
| 1.30 | CANNON, MICHAEL Q | $485.00 | $630.50 | CALL REGARDING POTENTIAL SOLAR PROJECT. |

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**December 8, 2014**

**Invoice No. 2014121947**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through November 30, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00013 | FOIA Disputes and EPA Matters | $   2,457.00 | $     0.00 | $   2,457.00 |
|  | **Totals** | $   2,457.00 | $     0.00 | $   2,457.00 |
|  | **Current Balance Due** |  |  | $   2,457.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00013 | 06/03/14 | 2014063649 | $     316.60 | $     0.00 | $     316.60 |
| 92772-00013 | 07/02/14 | 2014072934 | 768.60 | 0.00 | 768.60 |
| 92772-00013 | 08/04/14 | 2014092179 | 903.50 | 0.00 | 903.50 |
| 92772-00013 | 09/05/14 | 2014091415 | 1,690.00 | 0.00 | 1,690.00 |
| 92772-00013 | 10/02/14 | 2014101452 | 3,654.00 | 0.00 | 3,654.00 |
| 92772-00013 | 11/12/14 | 2014113373 | 5,355.00 | 0.00 | 5,355.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                   $   12,687.70

**TOTAL OUTSTANDING BALANCE DUE**                          $   15,144.70

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**December 8, 2014**

**Invoice No. 2014121947**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through November 30, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00013 | FOIA Disputes and EPA Matters | $   2,457.00 | $     0.00 | $   2,457.00 |
|  | **Totals** | $   2,457.00 | $     0.00 | $   2,457.00 |
|  | **Current Balance Due** |  |  | $   2,457.00 |

**<u>PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING</u>:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00013 | 06/03/14 | 2014063649 | $   316.60 | $   0.00 | $   316.60 |
| 92772-00013 | 07/02/14 | 2014072934 | 768.60 | 0.00 | 768.60 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
**Invoice Date: December 8, 2014**                                          **Invoice No. 2014121947**
**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|--------------|-------------|----------|-------|-------------|
| 92772-00013 | 08/04/14 | 2014092179 | 903.50 | 0.00 | 903.50 |
| 92772-00013 | 09/05/14 | 2014091415 | 1,690.00 | 0.00 | 1,690.00 |
| 92772-00013 | 10/02/14 | 2014101452 | 3,654.00 | 0.00 | 3,654.00 |
| 92772-00013 | 11/12/14 | 2014113373 | 5,355.00 | 0.00 | 5,355.00 |

**PREVIOUS BALANCE DUE**                              $   12,687.70

**TOTAL OUTSTANDING BALANCE DUE**               $   15,144.70

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

FOIA DISPUTES AND EPA MATTERS
92772-00013

---

For Services Rendered Through November 30, 2014

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| MICHAEL L. RAIFF | 3.60 | $ 630.00 | $ 2,268.00 |
| RUSSELL H. FALCONER | 0.30 | 630.00 | 189.00 |
| **Total Services** | | | $ 2,457.00 |

| | |
|---|---|
| **Total Services, Costs/Charges** | 2,457.00 |
| **BALANCE DUE** | $ 2,457.00 |

Invoice Date: December 8, 2014

**Due and Payable Upon Receipt**

Invoice No. 2014121947

FOIA DISPUTES AND EPA MATTERS
92772-00013

_____

Detail Services:

| | | | | |
|---|---|---|---|---|
| 11/11/14 0.30 | FALCONER, RUSSELL H | $630.00 | $189.00 | PARTICIPATE IN WEEKLY CASE CONFERENCE CALL. |
| 11/17/14 0.20 | RAIFF, MICHAEL L | $630.00 | $126.00 | COMMUNICATIONS WITH EPA'S COUNSEL AND FOLLOW-UP ON RECORD FILING. |
| 11/18/14 0.30 | RAIFF, MICHAEL L | $630.00 | $189.00 | PARTICIPATE IN WEEKLY CLIENT CALL. |
| 11/19/14 0.20 | RAIFF, MICHAEL L | $630.00 | $126.00 | COMMUNICATIONS TO AND FROM EPA'S ATTORNEY (0.1); COMMUNICATIONS WITH CLIENTS (0.1). |
| 11/20/14 0.40 | RAIFF, MICHAEL L | $630.00 | $252.00 | REVIEW ███████████ ███████████████ |
| 11/21/14 0.30 | RAIFF, MICHAEL L | $630.00 | $189.00 | COMMUNICATIONS REGARDING AND WORK ON NEXT STEPS, ███████████ |
| 11/23/14 0.30 | RAIFF, MICHAEL L | $630.00 | $189.00 | WORK ON ██████████ █ NEXT STEPS. |
| 11/24/14 0.70 | RAIFF, MICHAEL L | $630.00 | $441.00 | WORK ON ██████ █ NEXT STEPS ████ (0.4); ATTENTION TO DOJ'S ADMINISTRATIVE RECORD FILING (0.2); COMMUNICATIONS WITH EPA'S COUNSEL (0.1). |

| | | | | |
|---|---|---|---|---|
| 11/25/14 | | | | |
| 1.20 | RAIFF, MICHAEL L | $630.00 | $756.00 | WORK ON NEXT FOIA STEPS (0.2); CONFERENCE CALL WITH G. MOORE AND D. KELLY (0.2); CONFERENCE CALL WITH EPA AND FOLLOW-UP WITH G. MOORE (0.5); REVISE, FILE, AND SERVE NOTICE AND EMAILS REGARDING SAME (0.3). |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**December 8, 2014**

**Invoice No. 2014121763**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through November 30, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00017 | Sierra Club - Western District of Texas 201200115 | $    945.00 | $    0.00 | $    945.00 |
|  | **Totals** | $    945.00 | $    0.00 | $    945.00 |
|  | **Current Balance Due** |  |  | $    945.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00017 | 06/03/14 | 2014081689 | $  9,971.00 | $   0.00 | $  9,971.00 |
| 92772-00017 | 07/02/14 | 2014073090 | 567.00 | 0.00 | 567.00 |
| 92772-00017 | 08/04/14 | 2014081688 | 9,057.30 | 0.00 | 9,057.30 |
| 92772-00017 | 09/03/14 | 2014091251 | 9,841.30 | 0.00 | 9,841.30 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|--------------|-------------|----------|-------|-------------|
| 92772-00017 | 10/02/14 | 2014100591 | 65,681.80 | 0.00 | 65,681.80 |
| 92772-00017 | 11/04/14 | 2014112128 | 18,299.00 | 0.00 | 18,299.00 |

**PREVIOUS BALANCE DUE**                                    $  113,417.40

**TOTAL OUTSTANDING BALANCE DUE**                          $  114,362.40

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**December 8, 2014**

**Invoice No. 2014121763**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through November 30, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00017 | Sierra Club - Western District of Texas 201200115 | $    945.00 | $    0.00 | $    945.00 |
|  | **Totals** | $    945.00 | $    0.00 | $    945.00 |
|  | **Current Balance Due** |  |  | $    945.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|

<u>Remit By Wire To:</u>
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

<u>Remit By Mail To:</u>
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: December 8, 2014**                                    **Invoice No. 2014121763**

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00017 | 06/03/14 | 2014081689 | $ 9,971.00 | $ 0.00 | $ 9,971.00 |
| 92772-00017 | 07/02/14 | 2014073090 | 567.00 | 0.00 | 567.00 |
| 92772-00017 | 08/04/14 | 2014081688 | 9,057.30 | 0.00 | 9,057.30 |
| 92772-00017 | 09/03/14 | 2014091251 | 9,841.30 | 0.00 | 9,841.30 |
| 92772-00017 | 10/02/14 | 2014100591 | 65,681.80 | 0.00 | 65,681.80 |
| 92772-00017 | 11/04/14 | 2014112128 | 18,299.00 | 0.00 | 18,299.00 |

**PREVIOUS BALANCE DUE**  $ 113,417.40

**TOTAL OUTSTANDING BALANCE DUE**  $ 114,362.40

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

SIERRA CLUB - WESTERN DISTRICT OF TEXAS
92772-00017

_____

For Services Rendered Through November 30, 2014

| NAME | HOURS | RATE | | TOTAL |
|------|-------|------|---|-------|
| MICHAEL L. RAIFF | 1.50 | $ 630.00 | $ | 945.00 |
| **Total Services** | | | $ | 945.00 |
| **Total Services, Costs/Charges** | | | | 945.00 |
| **BALANCE DUE** | | | $ | 945.00 |

Invoice Date: December 8, 2014

**Due and Payable Upon Receipt**

Invoice No. 2014121763

SIERRA CLUB - WESTERN DISTRICT OF TEXAS
92772-00017

_____

Detail Services:

| | | | | |
|---|---|---|---|---|
| 11/11/14 | | | | |
| 0.40 | RAIFF, MICHAEL L | $630.00 | $252.00 | CLIENT CALL AND ATTENTION TO SETTLEMENT ISSUES. |
| 11/18/14 | | | | |
| 0.20 | RAIFF, MICHAEL L | $630.00 | $126.00 | COMMUNICATIONS REGARDING SETTLEMENT STATUS AND PAPERS. |
| 11/24/14 | | | | |
| 0.20 | RAIFF, MICHAEL L | $630.00 | $126.00 | FOLLOW-UP AND COMMUNICATIONS REGARDING SETTLEMENT. |
| 11/25/14 | | | | |
| 0.50 | RAIFF, MICHAEL L | $630.00 | $315.00 | WORK ON GOING THROUGH SETTLEMENT DOCUMENTATION FILED WITH BANKRUPTCY COURT AND FOLLOW-UP COMMUNICATIONS REGARDING SAME. |
| 11/26/14 | | | | |
| 0.20 | RAIFF, MICHAEL L | $630.00 | $126.00 | COMMUNICATIONS REGARDING SETTLEMENT AND 5TH CIRCUIT FILING. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**December 8, 2014**

**Invoice No. 2014121764**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through November 30, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00018 | NSR Case 201300257 | $   6,910.00 | $      0.00 | $   6,910.00 |
|  | **Totals** | $   6,910.00 | $      0.00 | $   6,910.00 |
|  | **Current Balance Due** |  |  | $   6,910.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00018 | 06/03/14 | 2014081693 | $     866.80 | $     0.00 | $     866.80 |
| 92772-00018 | 07/02/14 | 2014073091 | 3,346.50 | 0.00 | 3,346.50 |
| 92772-00018 | 08/04/14 | 2014081692 | 6,558.20 | 0.00 | 6,558.20 |
| 92772-00018 | 09/04/14 | 2014090690 | 6,785.20 | 0.00 | 6,785.20 |
| 92772-00018 | 10/02/14 | 2014100582 | 11,581.50 | 0.00 | 11,581.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: December 8, 2014**                                                                **Invoice No. 2014121764**

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00018 | 11/04/14 | 2014113374 | 10,791.00 | 0.00 | 10,791.00 |

**PREVIOUS BALANCE DUE**                                                $   39,929.20

**TOTAL OUTSTANDING BALANCE DUE**                          $   46,839.20

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**December 8, 2014**

**Invoice No. 2014121764**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through November 30, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00018 | NSR Case 201300257 | $   6,910.00 | $      0.00 | $   6,910.00 |
|  | **Totals** | $   6,910.00 | $   0.00 | $   6,910.00 |
|  | **Current Balance Due** |  |  | $   6,910.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00018 | 06/03/14 | 2014081693 | $   866.80 | $   0.00 | $   866.80 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: December 8, 2014**                                    **Invoice No. 2014121764**

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00018 | 07/02/14 | 2014073091 | 3,346.50 | 0.00 | 3,346.50 |
| 92772-00018 | 08/04/14 | 2014081692 | 6,558.20 | 0.00 | 6,558.20 |
| 92772-00018 | 09/04/14 | 2014090690 | 6,785.20 | 0.00 | 6,785.20 |
| 92772-00018 | 10/02/14 | 2014100582 | 11,581.50 | 0.00 | 11,581.50 |
| 92772-00018 | 11/04/14 | 2014113374 | 10,791.00 | 0.00 | 10,791.00 |

**PREVIOUS BALANCE DUE**                                    $  39,929.20

**TOTAL OUTSTANDING BALANCE DUE**                          $  46,839.20

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


NSR CASE
92772-00018

_____

For Services Rendered Through November 30, 2014

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| WILLIAM B. DAWSON | 1.00 | $ 925.00 | $    925.00 |
| MICHAEL L. RAIFF | 4.30 | 630.00 | 2,709.00 |
| RUSSELL H. FALCONER | 5.20 | 630.00 | 3,276.00 |
| **Total Services** | | | $   6,910.00 |




| | |
|---|---|
| **Total Services, Costs/Charges** | 6,910.00 |
| **BALANCE DUE** | $   6,910.00 |

**Due and Payable Upon Receipt**

NSR CASE
92772-00018

_____

Detail Services:

| | | | | |
|---|---|---|---|---|
| 11/04/14 | | | | |
| 1.00 | DAWSON, WILLIAM B | $925.00 | $925.00 | PREPARE FOR AND PARTICIPATE IN WEEKLY CALL. |
| 11/05/14 | | | | |
| 2.20 | FALCONER, RUSSELL H | $630.00 | $1,386.00 | STUDY DRAFT OF REPLY BRIEF AND PROVIDE COMMENTS ON SAME. |
| 11/06/14 | | | | |
| 0.50 | RAIFF, MICHAEL L | $630.00 | $315.00 | WORK ON REPLY AND REVIEW LATEST DRAFT. |
| 11/11/14 | | | | |
| 0.50 | RAIFF, MICHAEL L | $630.00 | $315.00 | WORK ON REPLY BRIEF (0.3); CALL WITH CLIENTS REGARDING SAME (0.2). |
| 11/12/14 | | | | |
| 0.30 | RAIFF, MICHAEL L | $630.00 | $189.00 | COMMUNICATIONS REGARDING REPLY BRIEF AND REVISIONS. |
| 2.50 | FALCONER, RUSSELL H | $630.00 | $1,575.00 | PROPOSE REVISIONS TO MOTION TO DEMAND REPLY BRIEF (2.2); CONFER WITH S. GIDIERE REGARDING SAME (0.3). |
| 11/18/14 | | | | |
| 0.50 | RAIFF, MICHAEL L | $630.00 | $315.00 | CLIENT CALL (0.3); WORK ON ███████ (0.2). |
| 0.50 | FALCONER, RUSSELL H | $630.00 | $315.00 | PARTICIPATE IN WEEKLY CASE CONFERENCE CALL. |
| 11/19/14 | | | | |
| 0.10 | RAIFF, MICHAEL L | $630.00 | $63.00 | COMMUNICATIONS TO AND FROM DOJ. |
| 11/20/14 | | | | |
| 0.40 | RAIFF, MICHAEL L | $630.00 | $252.00 | COMMUNICATIONS TO AND FROM DOJ AND COMMUNICATIONS WITH CO-COUNSEL (0.2); WORK ON ███████ (0.2). |

| Date / Hours | Timekeeper | Rate | Amount | Description |
|---|---|---|---|---|
| 11/24/14 0.10 | RAIFF, MICHAEL L | $630.00 | $63.00 | COMMUNICATIONS WITH DOJ. |
| 11/25/14 0.40 | RAIFF, MICHAEL L | $630.00 | $252.00 | COMMUNICATIONS WITH DOJ (0.1); ATTENTION TO ▉▉▉▉▉▉▉▉▉▉ (0.3). |
| 11/29/14 1.30 | RAIFF, MICHAEL L | $630.00 | $819.00 | WORK ON SCHEDULING ORDER AND RELATED COMMUNICATIONS. |
| 11/30/14 0.20 | RAIFF, MICHAEL L | $630.00 | $126.00 | COMMUNICATIONS WITH TEAM REGARDING PROPOSED SCHEDULING AND COMMUNICATIONS WITH DOJ. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**December 8, 2014**

**Invoice No. 2014121819**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through November 30, 2014**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00022 | 2004 FPL Lawsuit | $  2,205.00 | $  0.00 | $  2,205.00 |
| | **Totals** | $  2,205.00 | $  0.00 | $  2,205.00 |
| | **Current Balance Due** | | | $  2,205.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00022 | 08/04/14 | 2014083442 | $  214.20 | $  0.00 | $  214.20 |
| 92772-00022 | 10/02/14 | 2014103512 | 5,355.00 | 0.00 | 5,355.00 |
| 92772-00022 | 11/12/14 | 2014111764 | 3,635.00 | 0.00 | 3,635.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                $    9,204.20

**TOTAL OUTSTANDING BALANCE DUE**                       $   11,409.20

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas 75201**

**Federal Taxpayer ID #95-1611234**

**December 8, 2014**

**Invoice No. 2014121819**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through November 30, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00022 | 2004 FPL Lawsuit | $ 2,205.00 | $ 0.00 | $ 2,205.00 |
|  | **Totals** | $ 2,205.00 | $ 0.00 | $ 2,205.00 |
|  | **Current Balance Due** |  |  | $ 2,205.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00022 | 08/04/14 | 2014083442 | $ 214.20 | $ 0.00 | $ 214.20 |
| 92772-00022 | 10/02/14 | 2014103512 | 5,355.00 | 0.00 | 5,355.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA 90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No: 4600-146039
ABA No: 121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA 90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
**Invoice Date: December 8, 2014**                                                   **Invoice No. 2014121819**
**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00022 | 11/12/14 | 2014111764 | 3,635.00 | 0.00 | 3,635.00 |

**PREVIOUS BALANCE DUE**                                    $   9,204.20

**TOTAL OUTSTANDING BALANCE DUE**                           $   11,409.20

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

2004 FPL LAWSUIT
92772-00022

_____

For Services Rendered Through November 30, 2014

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| MICHAEL L. RAIFF | 1.90 | $ 630.00 | $ 1,197.00 |
| ASHLEY E. JOHNSON | 1.60 | 630.00 | 1,008.00 |
| **Total Services** | | | $ 2,205.00 |

**Total Services, Costs/Charges**                                     2,205.00

**BALANCE DUE**                                                 $ 2,205.00

Invoice Date: December 8, 2014                    Invoice No. 2014121819

**Due and Payable Upon Receipt**

2004 FPL LAWSUIT
92772-00022

_____

Detail Services:

11/07/14
| | | | | |
|---|---|---|---|---|
| 0.30 | RAIFF, MICHAEL L | $630.00 | $189.00 | WORK ON STAY ISSUES AND STIPULATION. |
| 0.40 | JOHNSON, ASHLEY E | $630.00 | $252.00 | REVIEW AND COMMENT ON REVISED STIPULATION REGARDING STAY. |

11/10/14
| | | | | |
|---|---|---|---|---|
| 0.80 | RAIFF, MICHAEL L | $630.00 | $504.00 | WORK ON STIPULATIONS AND REVIEW OF PRIOR RELATED EMAILS (0.7); COMMUNICATIONS WITH TEAM REGARDING SAME (0.1). |
| 1.20 | JOHNSON, ASHLEY E | $630.00 | $756.00 | WORK ON STIPULATION RELATING TO STAY OF FPL APPEAL. |

11/17/14
| | | | | |
|---|---|---|---|---|
| 0.30 | RAIFF, MICHAEL L | $630.00 | $189.00 | WORK ON STIPULATION ISSUES (0.2); RELATED COMMUNICATIONS WITH TEAM (0.1). |

11/26/14
| | | | | |
|---|---|---|---|---|
| 0.50 | RAIFF, MICHAEL L | $630.00 | $315.00 | WORK ON BANKRUPTCY STIPULATION EDITS AND NEW DRAFT AND SEND COMMENTS BACK TO TEAM. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**December 8, 2014**

**Invoice No. 2014122606**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through November 30, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00030 | EFH Case Administration | $  20,075.50 | $  0.00 | $  20,075.50 |
|  | **Totals** | $  20,075.50 | $  0.00 | $  20,075.50 |
|  | **Current Balance Due** |  |  | $  20,075.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00030 | 06/23/14 | 2014062395 | $  4,021.60 | $  0.00 | $  4,021.60 |
| 92772-00030 | 07/15/14 | 2014071145 | 291.20 | 0.00 | 291.20 |
| 92772-00030 | 08/06/14 | 2014081005 | 984.30 | 0.00 | 984.30 |
| 92772-00030 | 09/08/14 | 2014091971 | 3,209.20 | 0.00 | 3,209.20 |
| 92772-00030 | 10/04/14 | 2014103922 | 46,441.00 | 0.00 | 46,441.00 |
| 92772-00030 | 11/12/14 | 2014112985 | 68,117.50 | 0.00 | 68,117.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Invoice Date: December 8, 2014                                    Invoice No. 2014122606
**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                        $  123,064.80

**TOTAL OUTSTANDING BALANCE DUE**                              $  143,140.30

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**December 8, 2014**

**Invoice No. 2014122606**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through November 30, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00030 | EFH Case Administration | $  20,075.50 | $      0.00 | $  20,075.50 |
|  | **Totals** | $  20,075.50 | $      0.00 | $  20,075.50 |
|  | **Current Balance Due** |  |  | $  20,075.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00030 | 06/23/14 | 2014062395 | $  4,021.60 | $    0.00 | $  4,021.60 |
| 92772-00030 | 07/15/14 | 2014071145 | 291.20 | 0.00 | 291.20 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00030 | 08/06/14 | 2014081005 | 984.30 | 0.00 | 984.30 |
| 92772-00030 | 09/08/14 | 2014091971 | 3,209.20 | 0.00 | 3,209.20 |
| 92772-00030 | 10/04/14 | 2014103922 | 46,441.00 | 0.00 | 46,441.00 |
| 92772-00030 | 11/12/14 | 2014112985 | 68,117.50 | 0.00 | 68,117.50 |

**PREVIOUS BALANCE DUE**          $ 123,064.80

**TOTAL OUTSTANDING BALANCE DUE**          $ 143,140.30

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

EFH CASE ADMINISTRATION
92772-00030

_____

For Services Rendered Through November 30, 2014

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| MATTHEW G. BOUSLOG | 8.10 | $ 555.00 | $   4,495.50 |
| DUKE K. AMPONSAH | 41.00 | 380.00 | 15,580.00 |
| **Total Services** | | | $  20,075.50 |

| | |
|---|---|
| **Total Services, Costs/Charges** | 20,075.50 |
| **BALANCE DUE** | $  20,075.50 |

**Due and Payable Upon Receipt**

EFH CASE ADMINISTRATION
92772-00030

---

Detail Services:

**11/03/14**

| | | | | |
|---|---|---|---|---|
| 0.70 | BOUSLOG, MATTHEW G | $555.00 | $388.50 | REVIEW AND REVISE MONTHLY FEE STATEMENT (0.6); EMAILS WITH D. AMPONSAH RE SAME (0.1). |
| 1.70 | AMPONSAH, DUKE K | $380.00 | $646.00 | REVISE SEPTEMBER MONTHLY FEE STATEMENT (1.4); CONFER WITH M. BOUSLOG REGARDING SAME (0.3). |

**11/04/14**

| | | | | |
|---|---|---|---|---|
| 1.70 | BOUSLOG, MATTHEW G | $555.00 | $943.50 | REVIEW AND REDACT INVOICES (0.4); EMAILS WITH C. GOOCH, D. KELLY, K. STADLER, J. GRAVES AND D. AMPONSAH RE FEE APPLICATION (0.6); CALLS WITH C. GOOCH, J. GRAVES, R. ST. JOHN, AND D. AMPONSAH RE SAME (0.7). |
| 3.00 | AMPONSAH, DUKE K | $380.00 | $1,140.00 | REVISE SEPTEMBER MONTHLY FEE STATEMENT (0.7); REUPLOAD FILES TO FEE COMMITTE WEBSITE (0.4); PREPARE LEDES FILES REGARDING FIRST INTERIM FEE APPLICATION FOR REDACTION (1.6); CONFER WITH M. BOUSLOG REGARDING SAME (0.3). |

**11/05/14**

| | | | | |
|---|---|---|---|---|
| 1.10 | BOUSLOG, MATTHEW G | $555.00 | $610.50 | REVIEW LEDES FILES FOR SUBMISSION TO FEE COMMITTEE AND UST (0.4); EMAILS WITH K. STADLER, L. VIOLA, A. YENAMANDRA, J. MADRON AND D. AMPONSAH RE FEE STATEMENTS AND FEE APPLICATION (0.5); CALLS WITH L. VIOLA AND D. AMPONSAH RE SAME (0.2). |

| | | | | |
|---|---|---|---|---|
| 3.10 | AMPONSAH, DUKE K | $380.00 | $1,178.00 | REVISE SEPTEMBER MONTHLY FEE STATEMENT (0.6); PREPARE LEDES FILES REGARDING FIRST INTERIM FEE APPLICATION FOR REDACTION (1.5); UPLOAD SAME FILES TO FEE COMMITTEE WEBSITE (0.6); CONFER WITH M. BOUSLOG REGARDING SAME (0.4). |

**11/06/14**

| | | | | |
|---|---|---|---|---|
| 0.70 | BOUSLOG, MATTHEW G | $555.00 | $388.50 | REVIEW AND REVISE FEE STATEMENT (0.2); EMAILS WITH L. VIOLA, J. MADRON AND D. AMPONSAH RE FEE STATEMENT AND FEE APPLICATION (0.3); CALLS WITH D. AMPONSAH RE SAME (0.2). |
| 2.60 | AMPONSAH, DUKE K | $380.00 | $988.00 | REVISE SEPTEMBER MONTHLY FEE STATEMENT (1.1); PREPARE LEDES FILES REGARDING FIRST INTERIM FEE APPLICATION FOR REDACTION (0.5); UPLOAD SAME FILES TO FEE COMMITTEE WEBSITE (0.6); CONFER WITH M. BOUSLOG REGARDING SAME (0.4). |

**11/07/14**

| | | | | |
|---|---|---|---|---|
| 0.20 | BOUSLOG, MATTHEW G | $555.00 | $111.00 | REVISE FEE STATEMENT (0.1); EMAILS WITH J. MADRON AND D. AMPONSAH RE SAME (0.1). |
| 3.00 | AMPONSAH, DUKE K | $380.00 | $1,140.00 | REVISE SEPTEMBER 2014 MONTHLY FEE STATEMENT (1.1); UPLOAD RECENTLY FILED FEE STATEMENT AND CORRESPONDING EXPENSE DOCUMENTS TO FEE COMMITTEE'S WEBSITE (0.4); CONFER WITH M. BOUSLOG REGARDING SAME (0.3); REVIEW OCTOBER 2014 PREBILLS FOR COMPLIANCE WITH UST GUIDELINES (1.2). |

| Date / Hours | Name | Rate | Amount | Description |
|---|---|---|---|---|
| 11/10/14 1.20 | BOUSLOG, MATTHEW G | $555.00 | $666.00 | REVIEW AND REVISE FEE STATEMENT (0.7); CALLS WITH D. AMPONSAH AND R. ST. JOHN RE SAME (0.4); EMAILS WITH D. AMPONSAH RE SAME (0.1). |
| 11/11/14 2.10 | AMPONSAH, DUKE K | $380.00 | $798.00 | REVIEW OCTOBER 2014 PREBILLS FOR COMPLIANCE WITH UST GUIDELINES. |
| 11/12/14 2.10 | AMPONSAH, DUKE K | $380.00 | $798.00 | REVIEW OCTOBER 2014 PREBILLS FOR COMPLIANCE WITH UST GUIDELINES. |
| 11/13/14 0.10 | BOUSLOG, MATTHEW G | $555.00 | $55.50 | EMAILS WITH D. AMPONSAH RE FEE STATEMENT. |
| 4.20 | AMPONSAH, DUKE K | $380.00 | $1,596.00 | BEGIN PREPARING DRAFT OF OCTOBER 2014 MONTHLY FEE STATEMENT. |
| 11/14/14 0.60 | BOUSLOG, MATTHEW G | $555.00 | $333.00 | REVIEW AND REVISE FEE STATEMENT (0.5); EMAILS WITH D. AMPONSAH AND R. ST. JOHN RE SAME (0.1). |
| 3.80 | AMPONSAH, DUKE K | $380.00 | $1,444.00 | REVISE DRAFT OF OCTOBER 2014 MONTHLY FEE STATEMENT. |
| 11/15/14 0.10 | BOUSLOG, MATTHEW G | $555.00 | $55.50 | EMAILS WITH D. AMPONSAH AND R. ST. JOHN RE FEE STATEMENT. |
| 11/17/14 0.50 | BOUSLOG, MATTHEW G | $555.00 | $277.50 | EMAILS WITH R. LITTLE, M. RAIFF AND D. AMPONSAH RE FEE STATEMENTS (0.3); CALL WITH D. AMPONSAH RE SAME (0.2). |
| 2.40 | AMPONSAH, DUKE K | $380.00 | $912.00 | UPDATE DRAFT OF OCTOBER 2014 MONTHLY FEE STATEMENT (2.1); CONFER WITH M. BOUSLOG REGARDING SAME (0.3). |

| | | | | |
|---|---|---|---|---|
| **11/19/14** | | | | |
| 0.10 | BOUSLOG, MATTHEW G | $555.00 | $55.50 | EMAILS WITH R. LITTLE AND D. AMPONSAH RE FEE STATEMENT. |
| 0.40 | AMPONSAH, DUKE K | $380.00 | $152.00 | UPDATE DRAFT OF OCTOBER 2014 MONTHLY FEE STATEMENT. |
| **11/20/14** | | | | |
| 0.30 | BOUSLOG, MATTHEW G | $555.00 | $166.50 | REVIEW AND REVISE FEE STATEMENT (0.1); EMAILS WITH J. MADRON, R. LITTLE AND D. AMPONSAH RE SAME (0.2). |
| 3.50 | AMPONSAH, DUKE K | $380.00 | $1,330.00 | UPDATE DRAFT OF OCTOBER 2014 MONTHLY FEE STATEMENT (1.2); UPDATE EXHIBIT TO OCTOBER CERTIFICATE OF NO OBJECTION AND OCTOBER 2014 MONTHLY INVOICE (1.1); CONFER WITH M. BOUSLOG REGARDING SAME (0.3); CREATE TIMELINE FOR MONTHLY FEE STATEMENT AND PREPARATION (0.4); UPDATE EXHIBITS FOR FEE STATEMENTS AND FEE APPLICATIONS (0.5). |
| **11/21/14** | | | | |
| 0.10 | BOUSLOG, MATTHEW G | $555.00 | $55.50 | EMAILS WITH D. AMPONSAH RE FEE STATEMENT. |
| 4.40 | AMPONSAH, DUKE K | $380.00 | $1,672.00 | UPDATE DRAFT OF OCTOBER 2014 MONTHLY FEE STATEMENT (1.1); UPDATE EXHIBIT TO SEPTEMBER AND OCTOBER CERTIFICATE OF NO OBJECTION AND SEPTEMBER AND OCTOBER 2014 MONTHLY INVOICE (1.6); MONITOR DOCKET FOR FILING OF OCTOBER 2014 MONTHLY FEE STATEMENT (0.6); CREATE TIMELINE FOR MONTHLY FEE STATEMENT AND PREPARATION (0.6); UPDATE EXHIBITS FOR FEE STATEMENTS AND FEE APPLICATIONS (0.5). |

| Date | Hours | Name | Rate | Amount | Description |
|---|---|---|---|---|---|
| 11/24/14 | 0.50 | BOUSLOG, MATTHEW G | $555.00 | $277.50 | REVIEW AND REVISE FEE STATEMENT INVOICE SUMMARIES (0.3); EMAILS WITH J. GRAVES AND D. AMPONSAH RE FEE STATEMENTS (0.1); CALL WITH L. VIOLA RE SAME (0.1). |
| | 3.30 | AMPONSAH, DUKE K | $380.00 | $1,254.00 | PREPARE OCTOBER 2014 MONTHLY FEE STATEMENT FOR SUBMISSION TO THE FEE COMMITTEE WEBSITE (0.6); UPDATE EXHIBIT TO SEPTEMBER AND OCTOBER CERTIFICATE OF NO OBJECTION AND SEPTEMBER AND OCTOBER 2014 MONTHLY INVOICE (1.3); CONFER WITH M. BOUSLOG RE: SAME (0.3); CREATE TIMELINE FOR MONTHLY FEE STATEMENT AND PREPARATION (0.6); UPDATE EXHIBITS FOR FEE STATEMENTS AND FEE APPLICATIONS (0.5). |
| 11/25/14 | 0.20 | BOUSLOG, MATTHEW G | $555.00 | $111.00 | EMAILS WITH J. GRAVES AND D. AMPONSAH RE FEE STATEMENTS. |
| | 0.80 | AMPONSAH, DUKE K | $380.00 | $304.00 | CREATE TIMELINE FOR MONTHLY FEE STATEMENT AND PREPARATION (0.3); UPDATE EXHIBITS FOR FEE STATEMENTS AND FEE APPLICATIONS (0.5). |
| 11/26/14 | 0.60 | AMPONSAH, DUKE K | $380.00 | $228.00 | UPDATE EXHIBITS FOR FEE STATEMENTS AND FEE APPLICATIONS. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**December 8, 2014**

**Invoice No. 2014122607**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through November 30, 2014**

|              |                | Services Rendered | Costs/ Charges | Totals |
|--------------|----------------|-------------------|----------------|--------|
| 92772-00031  | EFH SEC Matters | $    612.00      | $    0.00      | $    612.00 |
|              | **Totals**     | $    612.00       | $    0.00      | $    612.00 |
|              | **Current Balance Due** |          |                | $    612.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|--------------|-------------|----------|-------|-------------|
| 92772-00031 | 06/23/14 | 2014062908 | $    126.50 | $   0.00 | $    126.50 |
| 92772-00031 | 07/15/14 | 2014113678 | 834.30 | 0.00 | 834.30 |
| 92772-00031 | 08/06/14 | 2014081006 | 3,022.50 | 0.00 | 3,022.50 |
| 92772-00031 | 10/04/14 | 2014102211 | 3,792.00 | 0.00 | 3,792.00 |
| 92772-00031 | 11/12/14 | 2014112986 | 2,686.00 | 0.00 | 2,686.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Invoice Date: December 8, 2014                                     Invoice No. 2014122607
**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                          $   10,461.30

**TOTAL OUTSTANDING BALANCE DUE**                 $   11,073.30

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**December 8, 2014**

**Invoice No. 2014122607**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through November 30, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00031 | EFH SEC Matters | $    612.00 | $    0.00 | $    612.00 |
|  | **Totals** | $    612.00 | $    0.00 | $    612.00 |
|  | **Current Balance Due** |  |  | $    612.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00031 | 06/23/14 | 2014062908 | $    126.50 | $    0.00 | $    126.50 |
| 92772-00031 | 07/15/14 | 2014113678 | 834.30 | 0.00 | 834.30 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00031 | 08/06/14 | 2014081006 | 3,022.50 | 0.00 | 3,022.50 |
| 92772-00031 | 10/04/14 | 2014102211 | 3,792.00 | 0.00 | 3,792.00 |
| 92772-00031 | 11/12/14 | 2014112986 | 2,686.00 | 0.00 | 2,686.00 |

**PREVIOUS BALANCE DUE**                                    $   10,461.30

**TOTAL OUTSTANDING BALANCE DUE**                  $   11,073.30

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

EFH SEC MATTERS
92772-00031

_____

For Services Rendered Through November 30, 2014

| NAME | HOURS | RATE | | TOTAL |
|------|-------|------|---|-------|
| BRIAN J. LANE | 0.20 | $1,085.00 | $ | 217.00 |
| ROBERT B. LITTLE | 0.50 | 790.00 | | 395.00 |
| **Total Services** | | | $ | 612.00 |

| | | |
|---|---|---|
| **Total Services, Costs/Charges** | | 612.00 |
| **BALANCE DUE** | $ | 612.00 |

**Due and Payable Upon Receipt**

EFH SEC MATTERS
92772-00031

_____

Detail Services:

11/20/14

| 0.20 | LANE, BRIAN J | $1,085.00 | $217.00 | CONFER WITH R. LITTLE REGARDING 8-K ISSUE. |
| 0.50 | LITTLE, ROBERT B | $790.00 | $395.00 | TELEPHONE CALL WITH A. WRIGHT AND K. FRAZIER OF EFH REGARDING 8-K ISSUE (0.1); EXAMINE ISSUE REGARDING 8-K FILING FOR COMPENSATION MATTER (0.4). |

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**December 8, 2014**

**Invoice No. 2014122608**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through November 30, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00032 | EFH Corporate Matters | $   7,505.00 | $   0.00 | $   7,505.00 |
|  | **Totals** | $   7,505.00 | $   0.00 | $   7,505.00 |
|  | **Current Balance Due** |  |  | $   7,505.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00032 | 06/23/14 | 2014062396 | $    525.90 | $    0.00 | $    525.90 |
| 92772-00032 | 07/15/14 | 2014113679 | 828.80 | 0.00 | 828.80 |
| 92772-00032 | 08/06/14 | 2014081008 | 4,355.00 | 0.00 | 4,355.00 |
| 92772-00032 | 09/06/14 | 2014091812 | 1,701.70 | 0.00 | 1,701.70 |
| 92772-00032 | 10/04/14 | 2014102214 | 14,014.00 | 0.00 | 14,014.00 |
| 92772-00032 | 11/12/14 | 2014112987 | 22,602.00 | 0.00 | 22,602.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Invoice Date: December 8, 2014                                                    Invoice No. 2014122608

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                        $   44,027.40

**TOTAL OUTSTANDING BALANCE DUE**                              $   51,532.40

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**December 8, 2014**

**Invoice No. 2014122608**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through November 30, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00032 | EFH Corporate Matters | $    7,505.00 | $      0.00 | $    7,505.00 |
|  | **Totals** | $    7,505.00 | $     0.00 | $   7,505.00 |
|  | **Current Balance Due** |  |  | $    7,505.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00032 | 06/23/14 | 2014062396 | $    525.90 | $   0.00 | $    525.90 |
| 92772-00032 | 07/15/14 | 2014113679 | 828.80 | 0.00 | 828.80 |

<u>**Remit By Wire To:**</u>
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

<u>**Remit By Mail To:**</u>
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: December 8, 2014**                                    **Invoice No. 2014122608**

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00032 | 08/06/14 | 2014081008 | 4,355.00 | 0.00 | 4,355.00 |
| 92772-00032 | 09/06/14 | 2014091812 | 1,701.70 | 0.00 | 1,701.70 |
| 92772-00032 | 10/04/14 | 2014102214 | 14,014.00 | 0.00 | 14,014.00 |
| 92772-00032 | 11/12/14 | 2014112987 | 22,602.00 | 0.00 | 22,602.00 |

**PREVIOUS BALANCE DUE**                                    $  44,027.40

**TOTAL OUTSTANDING BALANCE DUE**                   $  51,532.40

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

EFH CORPORATE MATTERS
92772-00032

_____

For Services Rendered Through November 30, 2014

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ROBERT B. LITTLE | 9.50 | $ 790.00 | $ 7,505.00 |
| **Total Services** | | | $ 7,505.00 |

| | | |
|---|---|---|
| **Total Services, Costs/Charges** | | 7,505.00 |
| **BALANCE DUE** | | $ 7,505.00 |

Invoice Date: December 8, 2014                                           Invoice No. 2014122608
                            **Due and Payable Upon Receipt**

EFH CORPORATE MATTERS
92772-00032
_____

Detail Services:

| 11/04/14 | | | | |
|---|---|---|---|---|
| 3.00 | LITTLE, ROBERT B | $790.00 | $2,370.00 | REVIEW AND REVISE RISK FACTORS FOR DISCLOSURE STATEMENT. |

| 11/05/14 | | | | |
|---|---|---|---|---|
| 2.50 | LITTLE, ROBERT B | $790.00 | $1,975.00 | WORK ON RISK FACTORS IN DISCLOSURE STATEMENT. |

| 11/07/14 | | | | |
|---|---|---|---|---|
| 2.00 | LITTLE, ROBERT B | $790.00 | $1,580.00 | REVIEW AND REVISE RISK FACTORS IN DISCLOSURE STATEMENT. |

| 11/10/14 | | | | |
|---|---|---|---|---|
| 2.00 | LITTLE, ROBERT B | $790.00 | $1,580.00 | REVIEW AND REVISE RISK FACTORS IN DISCLOSURE STATEMENT. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**December 8, 2014**

**Invoice No. 2014122609**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through November 30, 2014**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00046 | Budgeting-Related Work | $ 1,323.50 | $ 0.00 | $ 1,323.50 |
| | **Totals** | $ 1,323.50 | $ 0.00 | $ 1,323.50 |
| | **Current Balance Due** | | | $ 1,323.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00046 | 10/04/14 | 2014103923 | $ 6,714.50 | $ 0.00 | $ 6,714.50 |
| 92772-00046 | 11/12/14 | 2014112989 | 1,900.00 | 0.00 | 1,900.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Invoice Date: December 8, 2014                                    Invoice No. 2014122609
**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                       $    8,614.50

**TOTAL OUTSTANDING BALANCE DUE**                             $    9,938.00

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**December 8, 2014**

**Invoice No. 2014122609**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through November 30, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00046 | Budgeting-Related Work | $ 1,323.50 | $ 0.00 | $ 1,323.50 |
|  | **Totals** | $ 1,323.50 | $ 0.00 | $ 1,323.50 |
|  | **Current Balance Due** |  |  | $ 1,323.50 |

**<u>PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING</u>:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00046 | 10/04/14 | 2014103923 | $ 6,714.50 | $ 0.00 | $ 6,714.50 |
| 92772-00046 | 11/12/14 | 2014112989 | 1,900.00 | 0.00 | 1,900.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                    $   8,614.50

**TOTAL OUTSTANDING BALANCE DUE**                           $   9,938.00

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


BUDGETING-RELATED WORK
92772-00046

_____

For Services Rendered Through November 30, 2014

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ROBERT B. LITTLE | 0.20 | $ 790.00 | $    158.00 |
| MATTHEW G. BOUSLOG | 2.10 | 555.00 | 1,165.50 |
| **Total Services** | | | $   1,323.50 |

| | |
|---|---|
| **Total Services, Costs/Charges** | 1,323.50 |
| **BALANCE DUE** | $   1,323.50 |

BUDGETING-RELATED WORK
92772-00046
_____

Detail Services:

| 11/05/14 0.30 | BOUSLOG, MATTHEW G | $555.00 | $166.50 | EMAILS WITH R. LITTLE REGARDING BUDGET. |
|---|---|---|---|---|
| 11/07/14 0.20 | LITTLE, ROBERT B | $790.00 | $158.00 | PREPARE BUDGET FOR DECEMBER. |
| 11/10/14 0.10 | BOUSLOG, MATTHEW G | $555.00 | $55.50 | ANALYZE AND DRAFT DECEMBER BUDGET. |
| 11/12/14 0.10 | BOUSLOG, MATTHEW G | $555.00 | $55.50 | EMAILS WITH G. MOOR AND D. KELLY REGARDING DECEMBER BUDGET. |
| 11/13/14 0.80 | BOUSLOG, MATTHEW G | $555.00 | $444.00 | PREPARE BUDGET (0.2); EMAILS WITH R. LITTLE, M. RAIFF, B. DAWSON AND J. HO REGARDING SAME (0.6). |
| 11/14/14 0.10 | BOUSLOG, MATTHEW G | $555.00 | $55.50 | EMAIL G. MOOR AND D. KELLY REGARDING DECEMBER BUDGET. |
| 11/17/14 0.60 | BOUSLOG, MATTHEW G | $555.00 | $333.00 | EMAILS WITH D. KELLY AND R. LITTLE REGARDING BUDGET. |
| 11/19/14 0.10 | BOUSLOG, MATTHEW G | $555.00 | $55.50 | CALL WITH D. KELLY REGARDING BUDGET. |

**Exhibit I-4**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**January 20, 2015**

**Invoice No. 2015011938**

Energy Future Holdings
Attn:  Stacey H. Dore
1601 Bryan Street, 6th Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through December 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00008 | FPL v. TXU (Texas Supreme Court) | $  4,963.00 | $      0.00 | $  4,963.00 |
|  | **Totals** | $   4,963.00 | $      0.00 | $   4,963.00 |
|  | **Current Balance Due** |  |  | $  4,963.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00008 | 11/12/14 | 2014111812 | $     300.90 | $      0.00 | $    300.90 |
|  | **PREVIOUS BALANCE DUE** |  |  |  | $    300.90 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  |  | $   5,263.90 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**January 20, 2015**

**Invoice No. 2015011938**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Attn:  Stacey H. Dore
1601 Bryan Street, 6th Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through December 31, 2014**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00008 | FPL v. TXU (Texas Supreme Court) | $   4,963.00 | $     0.00 | $   4,963.00 |
| | **Totals** | $   4,963.00 | $     0.00 | $   4,963.00 |
| | **Current Balance Due** | | | $   4,963.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00008 | 11/12/14 | 2014111812 | $   300.90 | $   0.00 | $     300.90 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: January 20, 2015**                                              **Invoice No. 2015011938**

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                              $      300.90

**TOTAL OUTSTANDING BALANCE DUE**                                    $    5,263.90

Energy Future Holdings
Attn:  Stacey H. Dore
1601 Bryan Street, 6th Floor
Dallas, TX  75201


FPL V. TXU (TEXAS SUPREME COURT)
92772-00008

---

For Services Rendered Through December 31, 2014

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| JAMES C. HO | 3.80 | $ 885.00 | $  3,363.00 |
| ASHLEY E. JOHNSON | 0.20 | 740.00 | 148.00 |
| WILLIAM T. THOMPSON | 3.30 | 440.00 | 1,452.00 |
| **Total Services** | | | $  4,963.00 |

**Total Services, Costs/Charges**                                         4,963.00

**BALANCE DUE**                                                     $   4,963.00

FPL V. TXU (TEXAS SUPREME COURT)
92772-00008
_____

Detail Services:

| | | | | |
|---|---|---|---|---|
| 12/15/14 | | | | |
| 0.50 | HO, JAMES C | $885.00 | $442.50 | REVIEW CORRESPONDENCE FROM B. MESCHES REGARDING REINSTATEMENT OF APPEAL BEFORE DALLAS COURT OF APPEALS AND ANALYZE POTENTIAL RESPONSES. |
| 12/16/14 | | | | |
| 1.80 | HO, JAMES C | $885.00 | $1,593.00 | REVIEW CORRESPONDENCE REGARDING JOINT MOTION TO REINSTATE APPEAL WITH THE DALLAS COURT OF APPEALS (0.4); CONFER WITH D. KELLY AND S. SOESBE REGARDING SAME (0.2); REVISE LANGUAGE FOR JOINT MOTION TO REINSTATE APPEAL, AND CORRESPONDENCE WITH B. MESCHES REGARDING SAME (0.6); PREPARE AND FINALIZE JOINT MOTION TO REINSTATE APPEAL (0.6). |
| 1.60 | THOMPSON, WILLIAM T | $440.00 | $704.00 | DRAFT AND REVISE MOTION TO REINSTATE APPEAL (1.1); RESEARCH TEXAS RULES OF APPELLATE PROCEDURE (0.5). |
| 12/17/14 | | | | |
| 0.30 | HO, JAMES C | $885.00 | $265.50 | REVIEW COURT CORRESPONDENCE ███████████████. |
| 12/18/14 | | | | |
| 0.50 | HO, JAMES C | $885.00 | $442.50 | FINALIZE MOTION TO REINSTATE APPEAL. |
| 0.90 | THOMPSON, WILLIAM T | $440.00 | $396.00 | RESEARCH TEXAS RULES OF APPELLATE PROCEDURE AND PREPARE ORDER FOR FILING. |

| | | | | |
|---|---|---|---|---|
| 12/19/14 | | | | |
| 0.50 | HO, JAMES C | $885.00 | $442.50 | FINALIZE MOTION TO REINSTATE APPEAL AND CERTIFIED COPY OF BANKRUPTCY COURT ORDER (0.2); ▮▮▮▮▮ (0.3). |
| 0.80 | THOMPSON, WILLIAM T | $440.00 | $352.00 | FILE MOTION AND CIRCULATE TO CO-COUNSEL (0.5); ▮▮▮▮▮ (0.3). |
| 12/21/14 | | | | |
| 0.10 | HO, JAMES C | $885.00 | $88.50 | REVIEW CORRESPONDENCE ▮▮▮▮▮ |
| 12/22/14 | | | | |
| 0.10 | JOHNSON, ASHLEY E | $740.00 | $74.00 | E-MAIL CORRESPONDENCE REGARDING FPL APPEAL. |
| 12/31/14 | | | | |
| 0.10 | HO, JAMES C | $885.00 | $88.50 | CONFER WITH M. RAIFF REGARDING NEXT STEPS ▮▮▮▮▮ |
| 0.10 | JOHNSON, ASHLEY E | $740.00 | $74.00 | CONFERENCE WITH M. RAIFF REGARDING NEXT STEPS IN LITIGATION. |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**January 7, 2015**

**Invoice No. 2015010933**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through December 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00012 | Tax Analysis | $ 7,049.50 | $ 0.00 | $ 7,049.50 |
|  | **Totals** | $  7,049.50 | $  0.00 | $  7,049.50 |
|  | **Current Balance Due** |  |  | $  7,049.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00012 | 12/08/14 | 2014122605 | $  7,119.50 | $  0.00 | $  7,119.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                              $   7,119.50

**TOTAL OUTSTANDING BALANCE DUE**                     $   14,169.00

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**January 7, 2015**

**Invoice No. 2015010933**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201

**For Services Rendered and Costs/Charges Advanced Through December 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00012 | Tax Analysis | $   7,049.50 | $       0.00 | $   7,049.50 |
|  | **Totals** | $   7,049.50 | $      0.00 | $   7,049.50 |
|  | **Current Balance Due** |  |  | $   7,049.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00012 | 12/08/14 | 2014122605 | $  7,119.50 | $     0.00 | $   7,119.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: January 7, 2015**                                                    **Invoice No. 2015010933**

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                        $    7,119.50

**TOTAL OUTSTANDING BALANCE DUE**                              $   14,169.00

Energy Future Holdings
Attn:  Andrew M. Wright
1601 Bryan Street
43rd Floor
Dallas, TX  75201


TAX ANALYSIS
92772-00012

_____

For Services Rendered Through December 31, 2014

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| DAVID L. SINAK | 3.00 | $1,020.00 | $   3,060.00 |
| JEFFREY TRINKLEIN | 0.60 | 980.00 | 588.00 |
| JOHN-PAUL VOJTISEK | 2.40 | 710.00 | 1,704.00 |
| MICHAEL Q. CANNON | 3.50 | 485.00 | 1,697.50 |
| **Total Services** | | | $   7,049.50 |



| **Total Services, Costs/Charges** | 7,049.50 |
|-----------------------------------|----------|
| **BALANCE DUE** | $   7,049.50 |

TAX ANALYSIS
92772-00012

_____

Detail Services:

12/01/14

| | | | | |
|---|---|---|---|---|
| 0.60 | TRINKLEIN, JEFFREY | $980.00 | $588.00 | PREPARE FOR CALL (0.1); CALL WITH J. VOJTISEK REGARDING TAX ISSUES (0.5). |
| 2.40 | VOJTISEK, JOHN-PAUL | $710.00 | $1,704.00 | RESEARCH AND ADVISE REGARDING CANCELLATION OF INDEBTEDNESS INCOME (1.4); CONFERENCE WITH J. TRINKLEIN REGARDING TAX ISSUES (0.4); PREPARE FOR AND PARTICIPATE IN TELEPHONE CONFERENCE (0.6). |

12/03/14

| | | | | |
|---|---|---|---|---|
| 1.10 | SINAK, DAVID L | $1,020.00 | $1,122.00 | REVIEW SOLAR TAX CREDIT MODEL TO PREPARE FOR TELEPHONE CONFERENCE (0.8); DRAFT E-MAIL LIST OF INITIAL QUESTIONS (0.3). |
| 1.20 | CANNON, MICHAEL Q | $485.00 | $582.00 | ANALYZE EXCEL ITC MODEL FOR PROPOSED SOLAR FARM. |

12/05/14

| | | | | |
|---|---|---|---|---|
| 1.10 | SINAK, DAVID L | $1,020.00 | $1,122.00 | TELEPHONE CONFERENCE WITH B. LOVELACE, ET AL. REGARDING SOLAR TAX CREDIT SPREADSHEET MODEL (0.8); DRAFT E-MAIL DESCRIBING ONE FOLLOW-UP TAX ISSUE WITH THE MODEL (0.3). |
| 1.00 | CANNON, MICHAEL Q | $485.00 | $485.00 | CALL WITH CLIENT REGARDING EXCEL ITC MODEL. |

12/12/14

| | | | | |
|---|---|---|---|---|
| 0.80 | SINAK, DAVID L | $1,020.00 | $816.00 | TELEPHONE CONFERENCE WITH B. LOVELACE REGARDING SPREADSHEET MODEL FOR SOLAR PROJECT WITH TAX CREDITS. |

| | | | | |
|---|---|---|---|---|
| 1.30 | CANNON, MICHAEL Q | $485.00 | $630.50 | CALL WITH EFH TO DISCUSS MODEL FOR SOLAR FARM (0.5); ANALYZE EXCEL MODEL FOR PROPOSED SOLAR INVESTMENT TO ASCERTAIN WHY CAPITAL ACCOUNT BALANCES ARE NEGATIVE (0.4); CONFERENCE WITH D. SINAK REGARDING PROPOSED EXCEL MODEL FOR TAX-EQUITY INVESTMENT IN SOLAR WIND FARM (0.4). |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**January 22, 2015**

**Invoice No. 2015012766**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through December 31, 2014**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00013 | FOIA Disputes and EPA Matters | $ 2,292.00 | $ 0.00 | $ 2,292.00 |
| | **Totals** | $ 2,292.00 | $ 0.00 | $ 2,292.00 |
| | **Current Balance Due** | | | $ 2,292.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00013 | 10/02/14 | 2014101452 | $ 730.80 | $ 0.00 | $ 730.80 |
| 92772-00013 | 11/12/14 | 2014113373 | 1,071.00 | 0.00 | 1,071.00 |
| 92772-00013 | 12/08/14 | 2014121947 | 2,457.00 | 0.00 | 2,457.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                    $    4,258.80

**TOTAL OUTSTANDING BALANCE DUE**                           $    6,550.80

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**January 22, 2015**

**Invoice No. 2015012766**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

<u>**For Services Rendered and Costs/Charges Advanced Through December 31, 2014**</u>

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00013 | FOIA Disputes and EPA Matters | $   2,292.00 | $     0.00 | $   2,292.00 |
|  | **Totals** | $   2,292.00 | $     0.00 | $   2,292.00 |
|  | **Current Balance Due** |  |  | $   2,292.00 |

**<u>PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING</u>:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00013 | 10/02/14 | 2014101452 | $    730.80 | $   0.00 | $    730.80 |
| 92772-00013 | 11/12/14 | 2014113373 | 1,071.00 | 0.00 | 1,071.00 |

<u>Remit By Wire To:</u>
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

<u>Remit By Mail To:</u>
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00013 | 12/08/14 | 2014121947 | 2,457.00 | 0.00 | 2,457.00 |

**PREVIOUS BALANCE DUE** $ 4,258.80

**TOTAL OUTSTANDING BALANCE DUE** $ 6,550.80

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201


FOIA DISPUTES AND EPA MATTERS
92772-00013

_____

For Services Rendered Through December 31, 2014

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| MICHAEL L. RAIFF | 3.30 | $ 630.00 | $  2,079.00 |
| GAYA K. HOLMAN | 0.60 | 355.00 | 213.00 |
| **Total Services** | | | $  2,292.00 |
| **Total Services, Costs/Charges** | | | 2,292.00 |
| **BALANCE DUE** | | | $  2,292.00 |

Invoice Date: January 22, 2015

Due and Payable Upon Receipt

Invoice No. 2015012766

FOIA DISPUTES AND EPA MATTERS
92772-00013
_____

Detail Services:

| 12/02/14 0.30 | RAIFF, MICHAEL L | $630.00 | $189.00 | CONFERENCE CALL WITH CLIENTS AND CO-COUNSEL (SPLIT). |
|---|---|---|---|---|
| 12/04/14 0.20 | RAIFF, MICHAEL L | $630.00 | $126.00 | COMMUNICATIONS REGARDING NEXT STEPS ███ ███████ |
| 12/08/14 0.50 | RAIFF, MICHAEL L | $630.00 | $315.00 | FOLLOW-UP ON UPCOMING DEADLINES AND COMMUNICATIONS WITH CO-COUNSEL AND EPA REGARDING SAME (0.3); FOLLOW-UP ON ADMINISTRATIVE RECORD AND COMMUNICATIONS WITH CO-COUNSEL AND U.S. ATTORNEY REGARDING SAME (0.2). |
| 12/09/14 0.20 | RAIFF, MICHAEL L | $630.00 | $126.00 | COMMUNICATIONS WITH U.S. ATTORNEY AND WORK ON EXTENSION. |
| 12/11/14 1.80 | RAIFF, MICHAEL L | $630.00 | $1,134.00 | WORK ON MOTION TO EXTEND DISCOVERY MOTION DEADLINE AND DRAFT ORDER (1.4); DISCUSS WITH CLIENTS AND OPPOSING COUNSEL REGARDING SAME (0.4). |
| 12/12/14 0.30 | RAIFF, MICHAEL L | $630.00 | $189.00 | FINALIZE AND FILE UNOPPOSED MOTION AND PROPOSED ORDER REGARDING DEADLINES. |
| 12/23/14 0.60 | HOLMAN, GAYA K | $355.00 | $213.00 | ORGANIZE ADMINISTRATIVE RECORD DOCUMENTS FOR REVIEW BY R. FALCONER AND M. RAIFF. |

**Invoice Date: January 22, 2015**

**Due and Payable Upon Receipt**

**Invoice No. 2015012766**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**January 5, 2015**

**Invoice No. 2015011724**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through December 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00017 | Sierra Club - Western District of Texas 201200115 | $  3,248.50 | $  0.00 | $  3,248.50 |
|  | **Totals** | $  3,248.50 | $  0.00 | $  3,248.50 |
|  | **Current Balance Due** |  |  | $  3,248.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00017 | 10/02/14 | 2014100591 | $  13,136.36 | $  0.00 | $  13,136.36 |
| 92772-00017 | 11/04/14 | 2014112128 | 3,659.80 | 0.00 | 3,659.80 |
| 92772-00017 | 12/08/14 | 2014121763 | 945.00 | 0.00 | 945.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: January 5, 2015**                                  **Invoice No. 2015011724**
**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                              $  17,741.16

**TOTAL OUTSTANDING BALANCE DUE**                     $  20,989.66

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**January 5, 2015**

**Invoice No. 2015011724**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through December 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00017 | Sierra Club - Western District of Texas 201200115 | $   3,248.50 | $      0.00 | $   3,248.50 |
|  | **Totals** | $   3,248.50 | $   0.00 | $   3,248.50 |
|  | **Current Balance Due** |  |  | $   3,248.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|

Remit By Wire To:
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

Remit By Mail To:
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00017 | 10/02/14 | 2014100591 | $ 13,136.36 | $ 0.00 | $ 13,136.36 |
| 92772-00017 | 11/04/14 | 2014112128 | 3,659.80 | 0.00 | 3,659.80 |
| 92772-00017 | 12/08/14 | 2014121763 | 945.00 | 0.00 | 945.00 |

**PREVIOUS BALANCE DUE**      $ 17,741.16

**TOTAL OUTSTANDING BALANCE DUE**      $ 20,989.66

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


SIERRA CLUB - WESTERN DISTRICT OF TEXAS
92772-00017

---

For Services Rendered Through December 31, 2014

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| WILLIAM B. DAWSON | 0.80 | $ 925.00 | $    740.00 |
| MICHAEL L. RAIFF | 0.20 | 630.00 | 126.00 |
| RUSSELL H. FALCONER | 3.50 | 630.00 | 2,205.00 |
| GAYA K. HOLMAN | 0.50 | 355.00 | 177.50 |
| **Total Services** | | | $   3,248.50 |

| | |
|---|---|
| **Total Services, Costs/Charges** | 3,248.50 |
| **BALANCE DUE** | $   3,248.50 |

**Due and Payable Upon Receipt**

SIERRA CLUB - WESTERN DISTRICT OF TEXAS
92772-00017
_____

Detail Services:

12/02/14
0.80    DAWSON, WILLIAM B    $925.00    $740.00    REVIEW ███████████
███████ (0.5); COMMUNICATE
WITH CLIENT ████████████
██████████████ (0.3).

12/17/14
3.50    FALCONER, RUSSELL H    $630.00    $2,205.00    ATTEND ███████████
████████ (2.6); PARTICIPATE IN
████████ (0.9).

12/19/14
0.50    HOLMAN, GAYA K    $355.00    $177.50    REVIEW RELATED
BANKRUPTCY PROCEEDING
FOR PURPOSES OF OBTAINING
ORDER APPROVING
SETTLEMENT (0.3); GATHER
ADDITIONAL ████████████
███████████████████
FOR ATTORNEY REVIEW (0.2).

12/29/14
0.20    RAIFF, MICHAEL L    $630.00    $126.00    ATTENTION TO AND
COMMUNICATIONS
REGARDING SETTLEMENT AND
NOTIFICATION TO FIFTH
CIRCUIT.

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**January 5, 2015**

**Invoice No. 2015011725**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through December 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00018 | NSR Case 201300257 | $  85,928.50 | $    0.00 | $  85,928.50 |
|  | **Totals** | $  85,928.50 | $    0.00 | $  85,928.50 |
|  | **Current Balance Due** |  |  | $  85,928.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00018 | 10/02/14 | 2014100582 | $  2,316.30 | $    0.00 | $  2,316.30 |
| 92772-00018 | 11/04/14 | 2014113374 | 2,158.20 | 0.00 | 2,158.20 |
| 92772-00018 | 12/08/14 | 2014121764 | 6,910.00 | 0.00 | 6,910.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE** $ 11,384.50

**TOTAL OUTSTANDING BALANCE DUE** $ 97,313.00

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**January 5, 2015**

**Invoice No. 2015011725**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through December 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00018 | NSR Case 201300257 | $  85,928.50 | $      0.00 | $  85,928.50 |
|  | **Totals** | $  85,928.50 | $    0.00 | $  85,928.50 |
|  | **Current Balance Due** |  |  | $  85,928.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00018 | 10/02/14 | 2014100582 | $  2,316.30 | $    0.00 | $  2,316.30 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: January 5, 2015**                                                                **Invoice No. 2015011725**

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00018 | 11/04/14 | 2014113374 | 2,158.20 | 0.00 | 2,158.20 |
| 92772-00018 | 12/08/14 | 2014121764 | 6,910.00 | 0.00 | 6,910.00 |

**PREVIOUS BALANCE DUE**                                $  11,384.50

**TOTAL OUTSTANDING BALANCE DUE**                       $  97,313.00

Energy Future Holdings Corporation
Stacey H. Dore
Senior Vice President & General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


NSR CASE
92772-00018

_____

For Services Rendered Through December 31, 2014

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| WILLIAM B. DAWSON | 56.10 | $ 925.00 | $  51,892.50 |
| MICHAEL L. RAIFF | 39.50 | 630.00 | 24,885.00 |
| RUSSELL H. FALCONER | 7.30 | 630.00 | 4,599.00 |
| WILLIAM C. VAUGHN | 7.00 | 630.00 | 4,410.00 |
| GAYA K. HOLMAN | 0.40 | 355.00 | 142.00 |

**Total Services**                                                  $   85,928.50


**Total Services, Costs/Charges**                                   85,928.50

**BALANCE DUE**                                                     $   85,928.50

NSR CASE
92772-00018

_____

Detail Services:

12/01/14
| 1.50 | DAWSON, WILLIAM B | $925.00 | $1,387.50 | WORK ON JOINT REPORT (0.5); AND CASE PREPARATION (1.0). |

| 1.40 | RAIFF, MICHAEL L | $630.00 | $882.00 | COMMUNICATIONS WITH DOJ (0.1); COMMUNICATIONS WITH TEAM (0.1); WORK ON ████████ (1.2). |

| 1.80 | VAUGHN, WILLIAM C | $630.00 | $1,134.00 | REVIEW PROPOSED DISCOVERY ORDER (1.2); ████ (0.6). |

12/02/14
| 3.20 | RAIFF, MICHAEL L | $630.00 | $2,016.00 | CONFERENCE CALL WITH CLIENTS AND CO-COUNSEL (0.4); WORK ON ████████ (2.6); ATTENTION TO ████ (0.2). |

| 0.70 | FALCONER, RUSSELL H | $630.00 | $441.00 | PARTICIPATE IN WEEKLY CASE CONFERENCE CALL. |

| 0.60 | VAUGHN, WILLIAM C | $630.00 | $378.00 | PARTICIPATE IN LITIGATION TEAM TELEPHONE CONFERENCE REGARDING CASE STATUS AND PROPOSED SCHEDULING ORDER. |

**Due and Payable Upon Receipt**

| 12/03/14 | | | | |
|---|---|---|---|---|
| 3.90 | RAIFF, MICHAEL L | $630.00 | $2,457.00 | WORK ON ███████ ████ (0.7); ANALYSIS OF ████████ ███ AND PREPARE FOR CALL WITH DOJ (1.5); CONFERENCE CALL WITH DOJ AND FOLLOW-UP CALLS WITH CO-COUNSEL AND THEN WITH CLIENTS (1.7). |
| 0.30 | FALCONER, RUSSELL H | $630.00 | $189.00 | WORK WITH M. RAIFF AND C. VAUGHAN ON POTENTIAL PROTECTIVE-ORDER LANGUAGE. |
| 0.40 | HOLMAN, GAYA K | $355.00 | $142.00 | ASSEMBLE KEY DOCUMENTS FOR REVIEW AND ANALYSIS. |
| 12/04/14 | | | | |
| 1.50 | RAIFF, MICHAEL L | $630.00 | $945.00 | WORK ON JOINT REPORT (0.4); SCHEDULING ORDER (0.4); DISCOVERY ISSUES (0.4); AND RELATED COMMUNICATIONS (0.3). |
| 12/05/14 | | | | |
| 5.30 | DAWSON, WILLIAM B | $925.00 | $4,902.50 | WORK ON JOINT REPORT AND DRAFT AND ████████ (5.0); CALLS WITH TEAM REGARDING SAME (0.3). |
| 3.80 | RAIFF, MICHAEL L | $630.00 | $2,394.00 | CONFERENCE CALL WITH CLIENTS AND CO-COUNSEL (1.2); WORK ON JOINT REPORT, SCHEDULING ORDER, ████████ AND E-MAILS REGARDING SAME (2.6). |
| 0.20 | FALCONER, RUSSELL H | $630.00 | $126.00 | STUDY REVISED DRAFT OF PROPOSED SCHEDULING ORDER. |
| 1.00 | VAUGHN, WILLIAM C | $630.00 | $630.00 | PARTICIPATE IN LITIGATION TEAM CALL REGARDING CASE STATUS AND PROPOSED SCHEDULING ORDER. |

| Date | Hours | Name | Rate | Amount | Description |
|---|---|---|---|---|---|
| 12/08/14 | 6.50 | DAWSON, WILLIAM B | $925.00 | $6,012.50 | REVIEW CASE ANALYSIS (4.2); CALL WITH S. GIDIERE AND D. KELLY REGARDING SAME (0.3); REVIEW ▮▮▮▮▮▮ (2.0). |
| 12/09/14 | 3.50 | DAWSON, WILLIAM B | $925.00 | $3,237.50 | CLIENT CALL REGARDING JOINT REPORT TO COURT, SCHEDULE, AND OTHER MATTERS (0.8); WORK ON CASE STRATEGY ▮▮▮▮▮▮ (2.7). |
| | 1.80 | RAIFF, MICHAEL L | $630.00 | $1,134.00 | CONFERENCE CALL WITH CLIENTS AND CO-COUNSEL (1.3); WORK ON JOINT STATUS REPORT AND WORK WITH DOJ ON LANGUAGE AND AGREEMENTS (0.5). |
| | 1.20 | FALCONER, RUSSELL H | $630.00 | $756.00 | PARTICIPATE IN WEEKLY CASE CONFERENCE CALL. |
| | 2.40 | VAUGHN, WILLIAM C | $630.00 | $1,512.00 | READ ▮▮▮▮▮▮ |
| 12/10/14 | 3.80 | DAWSON, WILLIAM B | $925.00 | $3,515.00 | WORK ON JOINT REPORT TO COURT, SCHEDULE, AND CASE STRATEGY. |
| | 7.10 | RAIFF, MICHAEL L | $630.00 | $4,473.00 | ▮▮▮▮▮▮ (3.7); CONFERENCE CALL AND E-MAILS WITH CLIENTS AND CO-COUNSEL (0.8); E-MAILS WITH AND CONFERENCE CALL WITH DOJ (0.4); WORK ON REVISING JOINT STATUS REPORT AND COMMUNICATIONS REGARDING NEXT STEPS (2.2). |
| 12/11/14 | 3.30 | DAWSON, WILLIAM B | $925.00 | $3,052.50 | DEVELOP ▮▮▮▮▮▮. |

| | | | | |
|---|---|---|---|---|
| 1.30 | RAIFF, MICHAEL L | $630.00 | $819.00 | WORK ON CASE PLANNING AND SCHEDULING AND RELATED COMMUNICATIONS WITH TEAM. |
| 1.20 | VAUGHN, WILLIAM C | $630.00 | $756.00 | READ ███████████████ |

**12/12/14**

| | | | | |
|---|---|---|---|---|
| 2.80 | DAWSON, WILLIAM B | $925.00 | $2,590.00 | REVIEW, ANALYZE, AND CALLS WITH CLIENT REGARDING JOINT REPORT AND SCHEDULE (0.8); WORK ON CASE STRATEGY (2.0). |
| 4.70 | RAIFF, MICHAEL L | $630.00 | $2,961.00 | WORK ON JOINT STATUS REPORT, SCHEDULING, DISCOVERY PLANS (3.2); COMMUNICATIONS WITH TEAM AND OPPOSING COUNSEL REGARDING SAME (0.3); FINALIZE AND FILE JOINT STATUS REPORT AND EXHIBITS (1.2). |

**12/15/14**

| | | | | |
|---|---|---|---|---|
| 4.30 | DAWSON, WILLIAM B | $925.00 | $3,977.50 | WORK ON ██████████ (4.1); COMMUNICATIONS WITH CLIENT AND WITH S. GIDIERE REGARDING SAME (0.2). |
| 0.30 | RAIFF, MICHAEL L | $630.00 | $189.00 | WORK ON DISCOVERY ISSUES ████████████████ |

**12/16/14**

| | | | | |
|---|---|---|---|---|
| 2.30 | DAWSON, WILLIAM B | $925.00 | $2,127.50 | DRAFT OUTLINE ████████████████ |
| 0.40 | RAIFF, MICHAEL L | $630.00 | $252.00 | ATTENTION TO CASE STRATEGIES AND PREP ██████ |

**12/17/14**

| | | | | |
|---|---|---|---|---|
| 6.00 | DAWSON, WILLIAM B | $925.00 | $5,550.00 | MEETING AT EFH AND POST MEETING WORK ██████████ (5.5); REVIEW EXXON FINDINGS/CONCLUSIONS IN SC RELATED CASE (0.5). |

| 7.50 | RAIFF, MICHAEL L | $630.00 | $4,725.00 | WORK ON ███████ (1.3); ATTEND TEAM MEETINGS ███████ AND FOLLOW-UP COMMUNICATIONS (6.2). |

**12/18/14**

| 3.30 | DAWSON, WILLIAM B | $925.00 | $3,052.50 | MEETING ███████ (2.2); REVIEW AND WORK ON OUR CASE ANALYSIS (1.1). |
| 0.50 | RAIFF, MICHAEL L | $630.00 | $315.00 | WORK ON CASE STRATEGIES ███████ |

**12/19/14**

| 2.50 | DAWSON, WILLIAM B | $925.00 | $2,312.50 | CASE ANALYSIS/REVIEW ███████ |

**12/22/14**

| 5.00 | DAWSON, WILLIAM B | $925.00 | $4,625.00 | CONFER WITH R. FALCONER, AND G. MOORE ███████ (3.8); REVIEW CASE (1.2). |
| 1.90 | RAIFF, MICHAEL L | $630.00 | $1,197.00 | CONFERENCE CALL WITH G. MOORE REGARDING DOCUMENT ISSUES (0.4); WORK ON ███████ AND NEXT STEPS (1.5). |
| 3.80 | FALCONER, RUSSELL H | $630.00 | $2,394.00 | CONFER WITH B. DAWSON AND G. MOORE ███████ |

**12/23/14**

| 3.50 | DAWSON, WILLIAM B | $925.00 | $3,237.50 | WORK ON ███████ (1.3); CONFERENCE CALL WITH R. FALCONER (1.1); CASE ANALYSIS WORK (1.1). |
| 1.10 | FALCONER, RUSSELL H | $630.00 | $693.00 | CONFER WITH B. DAWSON AND T. SIMPSON ███████ |

| Date | | | | | |
|---|---|---|---|---|---|
| 12/29/14 2.50 | DAWSON, WILLIAM B | $925.00 | $2,312.50 | CASE ANALYSIS WORK (2.2); ████████████ (0.3). | |
| 12/30/14 0.20 | RAIFF, MICHAEL L | $630.00 | $126.00 | CONFERENCE CALL WITH CLIENTS. | |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**January 22, 2015**

**Invoice No. 2015012767**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through December 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00022 | 2004 FPL Lawsuit | $    1,449.00 | $      0.00 | $    1,449.00 |
|  | **Totals** | $    1,449.00 | $      0.00 | $    1,449.00 |
|  | **Current Balance Due** |  |  | $    1,449.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00022 | 10/02/14 | 2014103512 | $    1,071.00 | $      0.00 | $    1,071.00 |
| 92772-00022 | 11/12/14 | 2014111764 | 727.00 | 0.00 | 727.00 |
| 92772-00022 | 12/08/14 | 2014121819 | 2,205.00 | 0.00 | 2,205.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: January 22, 2015**                                                    **Invoice No. 2015012767**

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                               $    4,003.00

**TOTAL OUTSTANDING BALANCE DUE**                      $    5,452.00

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**January 22, 2015**

**Invoice No. 2015012767**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through December 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00022 | 2004 FPL Lawsuit | $    1,449.00 | $       0.00 | $    1,449.00 |
|  | **Totals** | $    1,449.00 | $     0.00 | $    1,449.00 |
|  | **Current Balance Due** |  |  | $    1,449.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00022 | 10/02/14 | 2014103512 | $    1,071.00 | $    0.00 | $    1,071.00 |
| 92772-00022 | 11/12/14 | 2014111764 | 727.00 | 0.00 | 727.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|--------------|-------------|----------|-------|-------------|
| 92772-00022 | 12/08/14 | 2014121819 | 2,205.00 | 0.00 | 2,205.00 |

**PREVIOUS BALANCE DUE**                                                $    4,003.00

**TOTAL OUTSTANDING BALANCE DUE**                                $    5,452.00

Energy Future Holdings
Daniel J. Kelly
Vice President & Associate General Counsel
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

2004 FPL LAWSUIT
92772-00022

_____

For Services Rendered Through December 31, 2014

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| MICHAEL L. RAIFF | 1.10 | $ 630.00 | $  693.00 |
| ASHLEY E. JOHNSON | 1.20 | 630.00 | 756.00 |
| **Total Services** | | | $  1,449.00 |

| | |
|---|---|
| **Total Services, Costs/Charges** | 1,449.00 |
| **BALANCE DUE** | $   1,449.00 |

2004 FPL LAWSUIT
92772-00022

_____

Detail Services:

| Date | Hours | Timekeeper | Rate | Amount | Description |
|---|---|---|---|---|---|
| 12/08/14 | 0.20 | RAIFF, MICHAEL L | $630.00 | $126.00 | COMMUNICATIONS REGARDING STAY ISSUE. |
| 12/10/14 | 0.20 | RAIFF, MICHAEL L | $630.00 | $126.00 | ATTENTION TO AND E-MAILS WITH CLIENTS REGARDING STIPULATION REGARDING STAY. |
| 12/15/14 | 0.20 | JOHNSON, ASHLEY E | $630.00 | $126.00 | REVIEW PAST E-MAIL CORRESPONDENCE REGARDING APPEAL IN LITIGATION WITH WIND FARMS. |
| 12/16/14 | 0.30 | RAIFF, MICHAEL L | $630.00 | $189.00 | ATTENTION TO AND COMMUNICATIONS WITH TEAM REGARDING LIFTING STAY AND JOINT MOTION WITH APPELLATE COUNSEL. |
|  | 0.70 | JOHNSON, ASHLEY E | $630.00 | $441.00 | E-MAIL CORRESPONDENCE WITH TEAM REGARDING WIND FARMS' MOTION TO REINSTATE APPEAL (0.3); COORDINATE WITH W. THOMPSON REGARDING PREPARATION OF JOINT MOTION (0.4). |
| 12/19/14 | 0.40 | RAIFF, MICHAEL L | $630.00 | $252.00 | FOLLOW-UP ON LIFTING STAY AND FILINGS WITH COURT (0.2); COMMUNICATIONS WITH TEAM REGARDING MEDIATION AND NEXT STEPS (0.2). |
|  | 0.30 | JOHNSON, ASHLEY E | $630.00 | $189.00 | E-MAIL CORRESPONDENCE WITH W. THOMPSON REGARDING MOTION TO REINSTATE APPEAL (0.2); E-MAIL CORRESPONDENCE WITH M. RAIFF REGARDING APPEAL (0.1). |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**January 7, 2015**

**Invoice No. 2015010935**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through December 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00030 | EFH Case Administration | $   18,353.00 | $      0.00 | $  18,353.00 |
|  | **Totals** | $   18,353.00 | $      0.00 | $  18,353.00 |
|  | **Current Balance Due** |  |  | $  18,353.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00030 | 10/04/14 | 2014103922 | $   9,288.20 | $   0.00 | $   9,288.20 |
| 92772-00030 | 11/12/14 | 2014112985 | 13,623.50 | 0.00 | 13,623.50 |
| 92772-00030 | 12/08/14 | 2014122606 | 20,075.50 | 0.00 | 20,075.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE** $\underline{\text{\$  42,987.20}}$

**TOTAL OUTSTANDING BALANCE DUE** $\underline{\text{\$  61,340.20}}$

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**January 7, 2015**

**Invoice No. 2015010935**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through December 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00030 | EFH Case Administration | $  18,353.00 | $  0.00 | $  18,353.00 |
|  | **Totals** | $  18,353.00 | $  0.00 | $  18,353.00 |
|  | **Current Balance Due** |  |  | $  18,353.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00030 | 10/04/14 | 2014103922 | $  9,288.20 | $  0.00 | $  9,288.20 |
| 92772-00030 | 11/12/14 | 2014112985 | 13,623.50 | 0.00 | 13,623.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00030 | 12/08/14 | 2014122606 | 20,075.50 | 0.00 | 20,075.50 |

**PREVIOUS BALANCE DUE**                                    $   42,987.20

**TOTAL OUTSTANDING BALANCE DUE**                  $   61,340.20

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

EFH CASE ADMINISTRATION
92772-00030

_____

For Services Rendered Through December 31, 2014

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ROBERT B. LITTLE | 1.50 | $ 790.00 | $    1,185.00 |
| JEREMY L. GRAVES | 4.20 | 710.00 | 2,982.00 |
| MATTHEW G. BOUSLOG | 14.40 | 555.00 | 7,992.00 |
| DUKE K. AMPONSAH | 16.30 | 380.00 | 6,194.00 |
| **Total Services** | | | $   18,353.00 |

| | |
|---|---|
| **Total Services, Costs/Charges** | 18,353.00 |
| **BALANCE DUE** | $   18,353.00 |

**Due and Payable Upon Receipt**

EFH CASE ADMINISTRATION
92772-00030
_____

Detail Services:

| Date | Hours | Name | Rate | Amount | Description |
|------|-------|------|------|--------|-------------|
| 12/01/14 | | | | | |
| | 0.40 | BOUSLOG, MATTHEW G | $555.00 | $222.00 | REVIEW CNO AND FEE INVOICE SUMMARY REGARDING FEE STATEMENT (0.1); E-MAILS WITH J. MADRON AND R. ST. JOHN REGARDING FEE STATEMENT (0.3). |
| 12/03/14 | | | | | |
| | 0.40 | BOUSLOG, MATTHEW G | $555.00 | $222.00 | REVIEW AND REVISE FEE INVOICE SUMMARY (0.1); E-MAILS WITH J. MADRON AND G. MOOR REGARDING FEE STATEMENT (0.3). |
| | 0.80 | AMPONSAH, DUKE K | $380.00 | $304.00 | REVIEW NOVEMBER 2014 PREBILLS FOR COMPLIANCE WITH UST GUIDELINES. |
| 12/04/14 | | | | | |
| | 0.10 | BOUSLOG, MATTHEW G | $555.00 | $55.50 | E-MAILS WITH G. MOOR REGARDING FEE STATEMENT. |
| 12/08/14 | | | | | |
| | 0.20 | BOUSLOG, MATTHEW G | $555.00 | $111.00 | E-MAILS WITH D. KELLY REGARDING FEE APPLICATION. |
| | 1.20 | AMPONSAH, DUKE K | $380.00 | $456.00 | REVIEW NOVEMBER 2014 PREBILLS FOR COMPLIANCE WITH UST GUIDELINES. |
| 12/09/14 | | | | | |
| | 0.10 | BOUSLOG, MATTHEW G | $555.00 | $55.50 | E-MAILS WITH R. LITTLE REGARDING FEE STATEMENTS. |
| | 1.50 | AMPONSAH, DUKE K | $380.00 | $570.00 | PREPARE DRAFT OF NOVEMBER 2014 MONTHLY FEE STATEMENT. |
| 12/10/14 | | | | | |
| | 1.00 | AMPONSAH, DUKE K | $380.00 | $380.00 | REVISE DRAFT OF NOVEMBER 2014 MONTHLY FEE STATEMENT. |
| 12/12/14 | | | | | |
| | 2.40 | AMPONSAH, DUKE K | $380.00 | $912.00 | REVISE DRAFT OF NOVEMBER 2014 MONTHLY FEE STATEMENT. |

| Date/Hours | Name | Rate | Amount | Description |
|---|---|---|---|---|
| 12/15/14 0.60 | BOUSLOG, MATTHEW G | $555.00 | $333.00 | REVIEW AND REVISE CERTIFICATE OF NO OBJECTION REGARDING FEE STATEMENT (0.1); E-MAILS WITH J. MADRON AND D. AMPONSAH REGARDING SAME (0.1); ANALYZE FEE COMMITTEE LETTER REGARDING FEE APPLICATION (0.3); E-MAILS WITH J. GRAVES REGARDING SAME (0.1). |
| 2.00 | AMPONSAH, DUKE K | $380.00 | $760.00 | UPDATE DRAFT OF NOVEMBER 2014 MONTHLY FEE STATEMENT (1.7); CONFER WITH M. BOUSLOG REGARDING SAME (0.3). |
| 12/16/14 0.30 | GRAVES, JEREMY L | $710.00 | $213.00 | TELECONFERENCE WITH M. BOUSLOG REGARDING CORRESPONDENCE FROM FEE COMMITTEE. |
| 0.90 | BOUSLOG, MATTHEW G | $555.00 | $499.50 | E-MAILS WITH J. MADRON REGARDING FEE STATEMENT AND CERTIFICATE OF NO OBJECTION (0.1); E-MAILS WITH R. LITTLE AND J. GRAVES REGARDING FEE COMMITTEE LETTER (0.5); CALL WITH J. GRAVES REGARDING SAME (0.3). |
| 2.10 | AMPONSAH, DUKE K | $380.00 | $798.00 | RESEARCH REGARDING AFFIDAVITS REGARDING FEE DISCLOSURES. |
| 12/17/14 0.80 | LITTLE, ROBERT B | $790.00 | $632.00 | REVIEW LETTER FROM FEE COMMITTEE (0.2); TELEPHONE CALL WITH C. GOOCH REGARDING SAME (0.5); REVIEW RESPONSE TO FEE COMMITTEE LETTER (0.1). |

| | | | | |
|---|---|---|---|---|
| 1.30 | GRAVES, JEREMY L | $710.00 | $923.00 | PREPARE FOR AND ATTEND TELECONFERENCE WITH C. GOOCH REGARDING FEE COMMITTEE ISSUES (0.7); FOLLOW UP WITH M. BOUSLOG REGARDING SAME (0.2); REVIEW AND REVISE DRAFT E-MAIL TO FEE COMMITTEE (0.4). |
| 3.00 | BOUSLOG, MATTHEW G | $555.00 | $1,665.00 | ANALYZE FEE COMMITTEE LETTER AND DRAFT RESPONSES REGARDING SAME (2.2); CALLS WITH J. GRAVES REGARDING SAME (0.4); E-MAILS WITH G. MOOR, R. LITTLE AND J. GRAVES REGARDING FEES AND FEE STATEMENTS (0.4). |

**12/18/14**

| | | | | |
|---|---|---|---|---|
| 0.40 | GRAVES, JEREMY L | $710.00 | $284.00 | ATTEND STATUS CONFERENCE REGARDING FEE APPLICATION PROCESS. |
| 2.50 | BOUSLOG, MATTHEW G | $555.00 | $1,387.50 | TELEPHONIC APPEARANCE AT STATUS HEARING (1.2); E-MAILS WITH J. MADRON, A. YENAMANDRA, AND J. GRAVES REGARDING FEE HEARING AND ORDER (0.5); DRAFT SUPPLEMENTAL RATE DISCLOSURES (0.4); E-MAILS WITH D. AMPONSAH REGARDING SAME (0.4). |
| 1.90 | AMPONSAH, DUKE K | $380.00 | $722.00 | PREPARE DRAFT OF GIBSON DUNN SUPPLEMENTAL DECLARATION (1.6); CONFER WITH M. BOUSLOG REGARDING SAME (0.3). |

**12/19/14**

| | | | | |
|---|---|---|---|---|
| 0.30 | LITTLE, ROBERT B | $790.00 | $237.00 | E-MAILS WITH COUNSEL TO FEE COMMITTEE REGARDING ADJUSTMENTS TO BILLS. |
| 1.00 | GRAVES, JEREMY L | $710.00 | $710.00 | TELECONFERENCE WITH FEE COMMITTEE AND FOLLOW-UP REGARDING SAME (0.5); E-MAILS WITH FEE COMMITTEE REGARDING PROPOSED REDUCTIONS (0.5). |

| | | | | |
|---|---|---|---|---|
| 1.30 | BOUSLOG, MATTHEW G | $555.00 | $721.50 | DRAFT SUPPLEMENTAL RATE DISCLOSURE (1.0); E-MAILS WITH R. LITTLE AND D. AMPONSAH REGARDING SAME (0.1); E-MAILS WITH J. GRAVES REGARDING FEE REDUCTIONS (0.2). |
| 1.60 | AMPONSAH, DUKE K | $380.00 | $608.00 | UPDATE DRAFT OF GIBSON DUNN SUPPLEMENTAL DECLARATION (1.3); CONFER WITH M. BOUSLOG REGARDING SAME (0.3). |
| 12/20/14 | | | | |
| 0.50 | GRAVES, JEREMY L | $710.00 | $355.00 | E-MAILS WITH FEE COMMITTEE REGARDING PROPOSED REDUCTIONS. |
| 12/22/14 | | | | |
| 0.10 | GRAVES, JEREMY L | $710.00 | $71.00 | E-MAILS RELATED TO APPROVAL OF FEE APPLICATION. |
| 1.00 | BOUSLOG, MATTHEW G | $555.00 | $555.00 | REVISE SUPPLEMENTAL RATE DISCLOSURE (0.1); E-MAILS WITH R. LITTLE REGARDING SAME (0.1); REVIEW AND REVISE FEE STATEMENT (0.4); CALL AND E-MAILS WITH D. AMPONSAH REGARDING SAME (0.2); E-MAILS WITH K. STADLER AND J. GRAVES REGARDING FEE REDUCTION (0.2). |
| 1.40 | AMPONSAH, DUKE K | $380.00 | $532.00 | UPDATE DRAFT OF NOVEMBER 2014 MONTHLY FEE STATEMENT (1.1); CONFER WITH M. BOUSLOG REGARDING SAME (0.3). |
| 12/23/14 | | | | |
| 0.40 | LITTLE, ROBERT B | $790.00 | $316.00 | REVIEW NOVEMBER FEE STATEMENT (0.1); E-MAILS TO C. GOOCH, G. MOOR, A. WRIGHT AND D. KELLY REGARDING RATE ADJUSTMENT ISSUES (0.2); TELEPHONE CALL WITH C. GOOCH REGARDING SAME (0.1). |

| | | | | |
|---|---|---|---|---|
| 0.20 | BOUSLOG, MATTHEW G | $555.00 | $111.00 | E-MAILS WITH R. LITTLE AND J. MADRON REGARDING FEE STATEMENT. |
| 0.40 | AMPONSAH, DUKE K | $380.00 | $152.00 | UPLOAD NOVEMBER 2014 MONTHLY FEE STATEMENT TO FEE COMMITTEE WEBSITE. |
| 12/27/14 0.20 | BOUSLOG, MATTHEW G | $555.00 | $111.00 | E-MAILS WITH J. MADRON REGARDING INTERIM FEE ORDER. |
| 12/29/14 0.60 | GRAVES, JEREMY L | $710.00 | $426.00 | CORRESPOND WITH M. BOUSLOG REGARDING FEE HEARING (0.2); TELEPHONICALLY PARTICIPATE IN SAME (0.4). |
| 2.70 | BOUSLOG, MATTHEW G | $555.00 | $1,498.50 | PREPARE FOR AND PARTICIPATE TELEPHONICALLY IN FEE HEARING (0.8); REVISE FEE ALLOCATION AND DRAFT INTERIM FEE SUMMARY (1.2); CALLS WITH R. ST. JOHN REGARDING SAME (0.5); E-MAILS WITH G. MOOR, J. DWYER AND R. LITTLE REGARDING SAME (0.2). |
| 12/30/14 0.80 | BOUSLOG, MATTHEW G | $555.00 | $444.00 | E-MAILS WITH G. MOOR, M. SCHLAN AND R. LITTLE REGARDING APPROVED INTERIM FEES (0.4); CALLS WITH M. SCHLAN, J. GRAVES AND R. ST. JOHN REGARDING SAME (0.4). |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**January 7, 2015**

**Invoice No. 2015010936**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through December 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00031 | EFH SEC Matters | $  12,014.50 | $      0.00 | $  12,014.50 |
|  | **Totals** | $  12,014.50 | $    0.00 | $  12,014.50 |
|  | **Current Balance Due** |  |  | $  12,014.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00031 | 10/04/14 | 2014102211 | $   758.40 | $   0.00 | $   758.40 |
| 92772-00031 | 11/12/14 | 2014112986 | 537.20 | 0.00 | 537.20 |
| 92772-00031 | 12/08/14 | 2014122607 | 612.00 | 0.00 | 612.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: January 7, 2015**                                          **Invoice No. 2015010936**
**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                $   1,907.60

**TOTAL OUTSTANDING BALANCE DUE**                       $   13,922.10

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**January 7, 2015**

**Invoice No. 2015010936**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through December 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00031 | EFH SEC Matters | $  12,014.50 | $      0.00 | $  12,014.50 |
|  | **Totals** | $  12,014.50 | $     0.00 | $  12,014.50 |
|  | **Current Balance Due** |  |  | $  12,014.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00031 | 10/04/14 | 2014102211 | $    758.40 | $   0.00 | $    758.40 |
| 92772-00031 | 11/12/14 | 2014112986 | 537.20 | 0.00 | 537.20 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: January 7, 2015**                                      **Invoice No. 2015010936**

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00031 | 12/08/14 | 2014122607 | 612.00 | 0.00 | 612.00 |

**PREVIOUS BALANCE DUE**                                    $    1,907.60

**TOTAL OUTSTANDING BALANCE DUE**                 $   13,922.10

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

EFH SEC MATTERS
92772-00031

_____

For Services Rendered Through December 31, 2014

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| BRIAN J. LANE | 0.80 | $1,085.00 | $    868.00 |
| ROBERT B. LITTLE | 12.00 | 790.00 | 9,480.00 |
| JEFFREY L. STEINER | 0.70 | 715.00 | 500.50 |
| JONATHAN M. WHALEN | 0.80 | 575.00 | 460.00 |
| KASEY L. ROBINSON | 0.40 | 555.00 | 222.00 |
| TIMOTHY P. MULLINS | 1.10 | 440.00 | 484.00 |

**Total Services**                                            $  12,014.50

**Total Services, Costs/Charges**                                12,014.50

**BALANCE DUE**                                              $  12,014.50

**Due and Payable Upon Receipt**

EFH SEC MATTERS
92772-00031

_____

Detail Services:

12/08/14

| | | | | |
|---|---|---|---|---|
| 0.60 | LITTLE, ROBERT B | $790.00 | $474.00 | EXAMINE CONFLICT MINERALS ISSUES. |
| 0.80 | WHALEN, JONATHAN M | $575.00 | $460.00 | ANALYSIS REGARDING SEC FILING AND DISCLOSURE OBLIGATIONS WITH RESPECT TO CONFLICT MINERALS. |
| 0.40 | ROBINSON, KASEY L | $555.00 | $222.00 | E-MAIL CORRESPONDENCE WITH J. WHALEN, A. GOODMAN AND T. MULLINS REGARDING CONFLICT MINERALS FILINGS FOR ELECTRIC UTILITIES. |
| 1.10 | MULLINS, TIMOTHY P | $440.00 | $484.00 | REVIEW AND RESEARCH PRESENCE OF ELECTRIC UTILITIES COMPANIES IN COMPANIES SURVEYED FOR CONFLICT MINERALS CLIENT ALERT. |

12/09/14

| | | | | |
|---|---|---|---|---|
| 4.00 | LITTLE, ROBERT B | $790.00 | $3,160.00 | REVIEW AND REVISE RISK FACTORS FOR FORM 10-K. |

12/11/14

| | | | | |
|---|---|---|---|---|
| 0.70 | STEINER, JEFFREY L | $715.00 | $500.50 | REVIEW AND REVISE RISK FACTOR RELATING TO DERIVATIVES. |

12/15/14

| | | | | |
|---|---|---|---|---|
| 4.50 | LITTLE, ROBERT B | $790.00 | $3,555.00 | PREPARE FOR CALL WITH J. WALKER REGARDING RELATED PARTY TRANSACTIONS (0.6); PARTICIPATE IN CALL WITH J. WALKER REGARDING SAME AND OTHER GOVERNANCE MATTERS (0.5); PREPARE QUESTIONNAIRE FOR SIGNIFICANT STOCKHOLDERS (0.4); REVIEW AND REVISE FORM 10-K RISK FACTORS (3.0). |

12/17/14

| | | | | |
|---|---|---|---|---|
| 0.60 | LITTLE, ROBERT B | $790.00 | $474.00 | FINALIZE FORM 10-K RISK FACTOR REVISIONS. |

| Date/Hours | Name | Rate | Amount | Description |
|---|---|---|---|---|
| 12/23/14<br>0.30 | LITTLE, ROBERT B | $790.00 | $237.00 | REVIEW AND REVISE FORM 8-K FOR COMPENSATION CHANGES. |
| 12/24/14<br>0.10 | LITTLE, ROBERT B | $790.00 | $79.00 | REVIEW FORM 8-K. |
| 12/30/14<br>0.80 | LANE, BRIAN J | $1,085.00 | $868.00 | CONFER WITH R. LITTLE REGARDING ACCOUNTING ISSUE (0.3); REVIEW GUIDANCE (0.5). |
| 1.90 | LITTLE, ROBERT B | $790.00 | $1,501.00 | REVIEW SEC COMMENT LETTER (0.1); TELEPHONE CALL WITH A. WRIGHT REGARDING PROPOSED FOOTNOTE DISCLOSURE (0.2); ANALYZE REQUIREMENT FOR DISCLOSURE (0.8); TELEPHONE CALLS WITH B. LANE REGARDING IMPACT ON FORM 10-QS IN 2014 (0.2); DRAFT E-MAIL TO A. WRIGHT REGARDING SAME (0.6). |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**January 7, 2015**

**Invoice No. 2015010937**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through December 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00032 | EFH Corporate Matters | $    5,925.00 | $      0.00 | $   5,925.00 |
|  | **Totals** | $   5,925.00 | $   0.00 | $   5,925.00 |
|  | **Current Balance Due** |  |  | $   5,925.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00032 | 10/04/14 | 2014102214 | $   2,802.80 | $   0.00 | $   2,802.80 |
| 92772-00032 | 11/12/14 | 2014112987 | 4,520.40 | 0.00 | 4,520.40 |
| 92772-00032 | 12/08/14 | 2014122608 | 7,505.00 | 0.00 | 7,505.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: January 7, 2015**                                                                    **Invoice No. 2015010937**

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                          $   14,828.20

**TOTAL OUTSTANDING BALANCE DUE**                 $   20,753.20

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**January 7, 2015**

**Invoice No. 2015010937**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through December 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00032 | EFH Corporate Matters | $ 5,925.00 | $ 0.00 | $ 5,925.00 |
|  | **Totals** | $ 5,925.00 | $ 0.00 | $ 5,925.00 |
|  | **Current Balance Due** |  |  | $ 5,925.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00032 | 10/04/14 | 2014102214 | $ 2,802.80 | $ 0.00 | $ 2,802.80 |
| 92772-00032 | 11/12/14 | 2014112987 | 4,520.40 | 0.00 | 4,520.40 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: January 7, 2015**                                        **Invoice No. 2015010937**

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00032 | 12/08/14 | 2014122608 | 7,505.00 | 0.00 | 7,505.00 |

**PREVIOUS BALANCE DUE**                                                    $   14,828.20

**TOTAL OUTSTANDING BALANCE DUE**                          $   20,753.20

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


EFH CORPORATE MATTERS
92772-00032

_____

For Services Rendered Through December 31, 2014

| NAME | HOURS | RATE | | TOTAL |
|------|-------|------|---|-------|
| ROBERT B. LITTLE | 7.50 | $ 790.00 | $ | 5,925.00 |
| **Total Services** | | | $ | 5,925.00 |
| **Total Services, Costs/Charges** | | | | 5,925.00 |
| **BALANCE DUE** | | | $ | 5,925.00 |

**Due and Payable Upon Receipt**

EFH CORPORATE MATTERS
92772-00032
_____

Detail Services:

| Date | Hours | | Rate | Amount | Description |
|------|-------|--|------|--------|-------------|
| 12/08/14 | 0.50 | LITTLE, ROBERT B | $790.00 | $395.00 | LOCATE CONFIDENTIALITY AGREEMENT FOR OAKTREE (0.3); E-MAILS REGARDING SAME (0.2). |
| 12/22/14 | 3.10 | LITTLE, ROBERT B | $790.00 | $2,449.00 | TELEPHONE CALL WITH J. WALKER REGARDING ONCOR GOVERNANCE MATTERS (0.4); EXAMINE LLC AGREEMENTS, PUC ORDER AND PUC TESTIMONY REGARDING SAME (2.4); E-MAIL TO J. WALKER REGARDING SAME (0.3). |
| 12/29/14 | 3.90 | LITTLE, ROBERT B | $790.00 | $3,081.00 | REVIEW ONCOR HOLDINGS AND ONCOR ELECTRIC LLC AGREEMENTS, LLC STATUTE AND COMMENTARY ON DELAWARE LLC AGREEMENT INTERPRETATION ISSUES IN RESPONSE TO QUESTIONS POSED BY J. WALKER REGARDING ONCOR HOLDINGS BOARD (2.8); DRAFT E-MAIL TO J. WALKER REGARDING SAME (1.1). |

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**January 7, 2015**

**Invoice No. 2015010938**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through December 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00046 | Budgeting-Related Work | $   879.50 | $   0.00 | $   879.50 |
|  | **Totals** | $   879.50 | $   0.00 | $   879.50 |
|  | **Current Balance Due** |  |  | $   879.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00046 | 10/04/14 | 2014103923 | $   1,342.90 | $   0.00 | $   1,342.90 |
| 92772-00046 | 11/12/14 | 2014112989 | 380.00 | 0.00 | 380.00 |
| 92772-00046 | 12/08/14 | 2014122609 | 1,323.50 | 0.00 | 1,323.50 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE** <u>$   3,046.40</u>

**TOTAL OUTSTANDING BALANCE DUE** <u>$   3,925.90</u>

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**January 7, 2015**

**Invoice No. 2015010938**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through December 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00046 | Budgeting-Related Work | $    879.50 | $    0.00 | $    879.50 |
|  | **Totals** | $    879.50 | $    0.00 | $    879.50 |
|  | **Current Balance Due** |  |  | $    879.50 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00046 | 10/04/14 | 2014103923 | $  1,342.90 | $    0.00 | $  1,342.90 |
| 92772-00046 | 11/12/14 | 2014112989 | 380.00 | 0.00 | 380.00 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00046 | 12/08/14 | 2014122609 | 1,323.50 | 0.00 | 1,323.50 |

**PREVIOUS BALANCE DUE**                                       $    3,046.40

**TOTAL OUTSTANDING BALANCE DUE**                    $    3,925.90

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

BUDGETING-RELATED WORK
92772-00046

_____

For Services Rendered Through December 31, 2014

| NAME | HOURS | RATE | | TOTAL |
|------|-------|------|---|-------|
| ROBERT B. LITTLE | 0.20 | $ 790.00 | $ | 158.00 |
| MATTHEW G. BOUSLOG | 1.30 | 555.00 | | 721.50 |
| **Total Services** | | | $ | 879.50 |

| | | |
|---|---|---|
| **Total Services, Costs/Charges** | | 879.50 |
| **BALANCE DUE** | $ | 879.50 |

BUDGETING-RELATED WORK
92772-00046

_____

Detail Services:

12/05/14
  0.10   BOUSLOG, MATTHEW G    $555.00    $55.50   EMAILS WITH R. LITTLE REGARDING BUDGET.

12/08/14
  0.20   BOUSLOG, MATTHEW G    $555.00   $111.00   E-MAILS WITH G. MOOR, R. LITTLE AND J. HO REGARDING BUDGET.

12/11/14
  0.20   LITTLE, ROBERT B     $790.00   $158.00   WORK ON JANUARY BUDGET.

  0.70   BOUSLOG, MATTHEW G    $555.00   $388.50   DRAFT BUDGET (0.3); E-MAILS WITH R. LITTLE, B. DAWSON AND M. RAIFF REGARDING SAME (0.4).

12/15/14
  0.30   BOUSLOG, MATTHEW G    $555.00   $166.50   DRAFT BUDGET (0.2); E-MAILS WITH G. MOOR AND D. KELLY REGARDING SAME (0.1).