**<u>Exhibit J</u>**

**Detailed Description of Expenses and Disbursements**

**<u>Exhibit J-1</u>**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**October 7, 2014**

**Invoice No. 2014103216**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through September 30, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00042 | TCEH Expenses and Disbursements | $    0.00 | $    417.38 | $    417.38 |
|  | **Totals** | $    0.00 | $    417.38 | $    417.38 |
|  | **Current Balance Due** |  |  | $    417.38 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING:**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00042 | 06/30/14 | 2014093412 | $    0.00 | $    2.20 | $    2.20 |
| 92772-00042 | 07/31/14 | 2014093415 | 0.00 | 6.80 | 6.80 |
| 92772-00042 | 08/29/14 | 2014093416 | 0.00 | 28.50 | 28.50 |
| 92772-00042 | 09/10/14 | 2014093060 | 0.00 | 26.98 | 26.98 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Invoice Date: October 7, 2014                                                                                                 Invoice No. 2014103216

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                    $      64.48

**TOTAL OUTSTANDING BALANCE DUE**                          $     481.86

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**October 7, 2014**

**Invoice No. 2014103216**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through September 30, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00042 | TCEH Expenses and Disbursements | $    0.00 | $    417.38 | $    417.38 |
|  | **Totals** | $    0.00 | $    417.38 | $    417.38 |
|  | **Current Balance Due** |  |  | $    417.38 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00042 | 06/30/14 | 2014093412 | $    0.00 | $    2.20 | $    2.20 |
| 92772-00042 | 07/31/14 | 2014093415 | 0.00 | 6.80 | 6.80 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|--------|--------------|-------------|----------|-------|-------------|
| 92772-00042 | 08/29/14 | 2014093416 | 0.00 | 28.50 | 28.50 |
| 92772-00042 | 09/10/14 | 2014093060 | 0.00 | 26.98 | 26.98 |

**PREVIOUS BALANCE DUE**                                            $      64.48

**TOTAL OUTSTANDING BALANCE DUE**                          $      481.86

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

TCEH EXPENSES AND DISBURSEMENTS
92772-00042

---

| COSTS/CHARGES | TOTAL |
|---|---|
| OUTSIDE SERVICES/CONSULTANTS | 408.26 |
| TELEPHONE CHARGES | 9.12 |

**Total Costs/Charges**                                              417.38


**BALANCE DUE**                                                  $    417.38

**Due and Payable Upon Receipt**

TCEH EXPENSES AND DISBURSEMENTS
92772-00042
_____

Detail Costs/Charges:
Outside Services/Consultants

| 06/17/13 | 408.26 | VENDOR: M&M SECURITY SERVICES, INC. INVOICE#: 22666 DATE: 6/17/2013  OUTSIDE SERVICES/CONSULTANTS/06/11-06/16/13 ROY HILL/WACO OUTSIDE SERVICES RENDERED |
|---|---|---|

Telephone Charges

| 09/19/14 | 1.14 | 1(205)226-8735 | 09/19/2014 BIRMINGHAM AL | |
|---|---|---|---|---|
| 09/30/14 | 1.14 | 1(254)776-3336 | 09/30/2014 WACO | TX |
| 09/30/14 | 6.84 | 1(254)776-3336 | 09/30/2014 WACO | TX |

**Invoice Date: October 7, 2014**                    **Invoice No. 2014103216**

**Due and Payable Upon Receipt**

**<u>Exhibit J-2</u>**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**November 12, 2014**

**Invoice No. 2014112988**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through October 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00042 | TCEH Expenses and Disbursements | $       0.00 | $     12.00 | $     12.00 |
|  | **Totals** | $      0.00 | $     12.00 | $      12.00 |
|  | **Current Balance Due** |  |  | $      12.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00042 | 06/30/14 | 2014093412 | $      0.00 | $     2.20 | $      2.20 |
| 92772-00042 | 07/31/14 | 2014093415 | 0.00 | 6.80 | 6.80 |
| 92772-00042 | 08/29/14 | 2014093416 | 0.00 | 28.50 | 28.50 |
| 92772-00042 | 09/10/14 | 2014093060 | 0.00 | 26.98 | 26.98 |
| 92772-00042 | 10/07/14 | 2014103216 | 0.00 | 417.38 | 417.38 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this
invoice with your payment in the enclosed
Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

**PREVIOUS BALANCE DUE**                                    $    481.86

**TOTAL OUTSTANDING BALANCE DUE**                          $    493.86

### GIBSON, DUNN & CRUTCHER LLP
### 2100 McKinney Avenue
### Suite 1100
### Dallas, Texas  75201

### Federal Taxpayer ID #95-1611234

### November 12, 2014

### Invoice No. 2014112988

### <u>REMITTANCE COPY</u>

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through October 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00042 | TCEH Expenses and Disbursements | $    0.00 | $    12.00 | $    12.00 |
|  | **Totals** | $    0.00 | $    12.00 | $    12.00 |
|  | **Current Balance Due** |  |  | $    12.00 |

**PREVIOUS INVOICE STATEMENT BALANCES OUTSTANDING**:

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00042 | 06/30/14 | 2014093412 | $    0.00 | $    2.20 | $    2.20 |
| 92772-00042 | 07/31/14 | 2014093415 | 0.00 | 6.80 | 6.80 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Due and Payable Upon Receipt**

| Matter | Invoice Date | Invoice No. | Services | Costs | Balance Due |
|---|---|---|---|---|---|
| 92772-00042 | 08/29/14 | 2014093416 | 0.00 | 28.50 | 28.50 |
| 92772-00042 | 09/10/14 | 2014093060 | 0.00 | 26.98 | 26.98 |
| 92772-00042 | 10/07/14 | 2014103216 | 0.00 | 417.38 | 417.38 |

**PREVIOUS BALANCE DUE**  $    481.86

**TOTAL OUTSTANDING BALANCE DUE**  $    493.86

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

TCEH EXPENSES AND DISBURSEMENTS
92772-00042

---

| COSTS/CHARGES | TOTAL |
|---|---|
| TRAVEL - PARKING | 12.00 |
| **Total Costs/Charges** | 12.00 |
| | |
| **BALANCE DUE** | $   12.00 |

**Due and Payable Upon Receipt**

TCEH EXPENSES AND DISBURSEMENTS
92772-00042

_____

Detail Costs/Charges:
Travel - Parking

| | | |
|---|---|---|
| 10/16/14 | 12.00 | VENDOR: MICHAEL L. RAIFF INVOICE#: 0676247810231911 DATE: 10/16/2014  PARKING/DALLAS, TX/EFH/NSR INTERVIEWS |

**Exhibit J-3**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**January 20, 2015**

**Invoice No. 2015012544**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

**For Services Rendered and Costs/Charges Advanced Through December 31, 2014**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00042 | TCEH Expenses and Disbursements | $    0.00 | $    517.59 | $    517.59 |
|  | **Totals** | $    0.00 | $    517.59 | $    517.59 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $    517.59 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

Invoice Date: January 20, 2015                                         Invoice No. 2015012544

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**2100 McKinney Avenue**
**Suite 1100**
**Dallas, Texas  75201**

**Federal Taxpayer ID #95-1611234**

**January 20, 2015**

**Invoice No. 2015012544**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201

<u>**For Services Rendered and Costs/Charges Advanced Through December 31, 2014**</u>

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 92772-00042 | TCEH Expenses and Disbursements | $    0.00 | $    517.59 | $    517.59 |
|  | **Totals** | $    0.00 | $    517.59 | $    517.59 |
|  | **TOTAL OUTSTANDING BALANCE DUE** |  |  | $    517.59 |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  4600-146039
ABA No:  121000248
Attn: Jane Chun, Telephone: (213) 229-7253
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: January 20, 2015**                                        **Invoice No. 2015012544**

**Due and Payable Upon Receipt**

Energy Future Holdings
Stacey Dore
General Counsel
1601 Bryan Street, 41st Floor
Dallas, TX 75201


TCEH EXPENSES AND DISBURSEMENTS
92772-00042

_____

|  | COSTS/CHARGES | TOTAL |
|---|---|---|
|  | FILING FEES | $  10.29 |
|  | IN HOUSE DUPLICATION | 507.30 |
|  | **Total Costs/Charges** | 517.59 |
|  | **BALANCE DUE** | $   517.59 |

**Due and Payable Upon Receipt**

TCEH EXPENSES AND DISBURSEMENTS
92772-00042

_____

Detail Costs/Charges:
Filing Fees

| 12/19/14 | 10.29 | VENDOR: SCOTT J. FULFORD INVOICE#: 0729395101062001 DATE: 12/19/2014  FILING FEES/EFILEANDSERVE/FILING WITH THE 5TH COURT OF APPEALS |

In House Duplication

| 12/23/14 | 502.90 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 12/23/14 |
| 12/24/14 | 1.80 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 12/24/14 |
| 12/26/14 | 0.30 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 12/26/14 |
| 12/29/14 | 0.30 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 12/29/14 |
| 12/30/14 | 0.80 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 12/30/14 |
| 12/31/14 | 1.20 | IN HOUSE DUPLICATION CHARGE VIA EQUITRAC - 12/31/14 |