# EXHIBIT B

## Attorneys and Paraprofessionals' Information

The RL&F attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Mark D. Collins | Director | 1991 | Bankruptcy | $800.00 | 2.7 | $2,160.00 |
| Daniel J. DeFranceschi | Director | 1989 | Bankruptcy | $725.00 | 35.1 | $25,447.50 |
| Russell C. Silberglied | Director | 1996 | Bankruptcy | $700.00 | 0.1 | $70.00 |
| Jason M. Madron | Counsel | 2003 | Bankruptcy | $490.00 | 100.1 | $49,049.00 |
| Joseph C. Barsalona, II | Associate | 2014 | Bankruptcy | $250.00 | 7.4 | $1,850.00 |
| Shawna C. Bray | Associate | 2014 | Bankruptcy | $250.00 | 28.1 | $7,025.00 |
| Cory D. Kandestin | Associate | 2007 | Bankruptcy | $465.00 | 6.0 | $2,790.00 |
| William A. Romanowicz | Associate | 2012 | Bankruptcy | $340.00 | 41.4 | $14,076.00 |
| Tyler D. Semmelman | Associate | 2009 | Bankruptcy | $415.00 | 41.8 | $17,347.00 |
| Zachary I. Shapiro | Associate | 2008 | Bankruptcy | $465.00 | 1.4 | $651.00 |
| Amanda R. Steele | Associate | 2010 | Bankruptcy | $390.00 | 0.4 | $156.00 |
| **Total** | | | | | **264.5** | **$120,621.50** |

The paraprofessionals of RL&F who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Barbara J. Witters | Paralegal | 14 | Bankruptcy | $235.00 | 73.2 | $17,202.00 |
| Lindsey A. Edinger | Paralegal | 1 | Bankruptcy | $235.00 | 16.5 | $3,877.50 |
| Rebecca V. Speaker | Paralegal | 13 | Bankruptcy | $235.00 | 8.5 | $1,997.50 |
| Michael L. Collins | Technical Support | 6 | Litigation MIS | $235.00 | 0.5 | $117.50 |
| Daniel D. White | Technical/Trial Support | 11 | Litigation MIS | $235.00 | 3.5 | $822.50 |
| **Total** | | | | | **102.2** | **$24,017.00** |

| | |
|---|---|
| **Total Fees** | **$144,638.50** |