# EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

## ALL - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $6.30 |
| Business Meals | $259.27 |
| Conference Calling | $146.06 |
| Data Hosting | $0.00 |
| Document Retrieval | $1,510.66 |
| Electronic Legal Research | $1,312.40 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Cost | $0.00 |
| Long distance Telephone Charges | $40.87 |
| Messenger and Delivery Service | $83.09 |
| Overtime | $140.97 |
| Photocopying/Printing - Outside Vendor | $0.00 |
| Photocopying/Printing | $793.97 |
| Postage | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Storage | $0.00 |
| Travel Expense | $102.06 |
| **Total:** | **$4,395.65** |

## TCEH - Expense Summary

| Service Description | Amount |
|---|---:|
| Binding | $0.60 |
| Business Meals | $24.69 |
| Conference Calling | $13.91 |
| Data Hosting | $0.00 |
| Document Retrieval | $143.87 |
| Electronic Legal Research | $124.99 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Costs | $0.00 |
| Long distance Telephone Charges | $3.89 |
| Messenger and Delivery Service | $7.91 |
| Overtime | $13.43 |
| Photocopying/Printing - Outside Vendor | $0.00 |
| Photocopying/Printing | $75.62 |
| Postage | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Storage | $0.00 |
| Travel Expense | $9.72 |
| **Total:** | **$418.63** |

## EFIH - Expense Summary

| Service Description | Amount |
| --- | --- |
| Binding | $0.53 |
| Business Meals | $21.61 |
| Conference Calling | $12.17 |
| Data Hosting | $0.00 |
| Document Retrieval | $125.89 |
| Electronic Legal Research | $109.37 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Costs | $0.00 |
| Long distance Telephone Charges | $3.41 |
| Messenger and Delivery Service | $6.92 |
| Overtime | $11.75 |
| Photocopying/Printing - Outside Vendor | $0.00 |
| Photocopying/Printing | $66.16 |
| Postage | $0.00 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Storage | $0.00 |
| Travel Expense | $8.51 |
| **Total:** | **$366.32** |

## EFH - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.08 |
| Business Meals | $3.09 |
| Conference Calling | $1.74 |
| Data Hosting | $0.00 |
| Document Retrieval | $17.98 |
| Electronic Legal Research | $15.62 |
| Filing Fees/Court Costs | $0.00 |
| Long distance Telephone Charges | $0.49 |
| Messenger and Delivery Service | $0.99 |
| Overtime | $1.68 |
| Photocopying/Printing - Outside Vendor | $0.00 |
| Photocopying/Printing | $9.45 |
| Professional Services | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $1.22 |
| **Total:** | **$52.34** |