# EXHIBIT E

## Detailed Description of Meal Expenses

| Date | Restaurant/ Provider | Meal | Number of People | Description | Average Amount Per Person | Amount |
|---|---|---|---|---|---|---|
| 11/6/2014 | Grotto's Pizza | Dinner | 1 | Working meal for RL&F team member in connection with after-hours preparation for filing motion and motion to shorten re: non-proprietary trading (see D.I. 2710, 2711, 2712) | $19.00 | $19.00 |
| 11/21/2014 | Grotto's Pizza | Dinner | 1 | Working meal for RL&F team member in connection with after-hours filing of motion granting waiver of Local Rules 3007-1 and 3007-2 and 2015 insider compensation motion | $11.74 | $11.74 |
| 11/20/2014 | Manhattan Bagel | Breakfast | 15 | Working meal for visiting co-counsel, client representatives and estate professionals preparing for 11/20/14 hearing | $13.34 | $200.15 |
| 11/24/2014 | Grotto's Pizza | Dinner | 2 | Working meal for RL&F team members in connection with after-hours filing of Sierra Club 9019 motion | $22.50 | $45.00 |
| 11/25/2014 | Grotto's Pizza | Dinner | 2 | Working meal for RL&F team members in connection with after-hours preparation for filing KPMG and property taxes motions | $16.38 | $32.76 |
| **TOTAL** | | | | | | $308.65 |