## **EXHIBIT A**

### **Statement of Fees by Subject Matter**

| Task Code # | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| B110 | Case Administration | .20 | $103.00 |
| B160 | Fee/Employment Applications | 19.00 | $7,905.00 |
| B270 | Energy Trading | 70.20 | $51,462.50 |
| B290 | Utilities | 3.60 | $1,854.00 |
|  | **TOTAL** | **93.00** | **$61,324.50** |