Case 14-10979-CSS    Doc 3538-3    Filed 02/13/15    Page 1 of 1

## EXHIBIT B

### Professionals' Information

The McDermott Will & Emery LLP professionals who rendered professional services in this case during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Iskender H. Catto | Partner | $850 | 45.70 | $38,845.00 |
| Ryan A. Wagner | Associate | $515 | 39.30 | $20,239.50 |
| Andrea Duncliffe | Paralegal Manager | $280 | 8.00 | $2,240.00 |
| **Total** | | | **93.00** | **$61,324.50** |

DM_US 57998142-4.093681.0012