## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

**TCEH – Expense Summary**

| Service Description | Service Provider | Amount |
|---|---|---:|
| Business Meals | Various Vendors | $168.27 |
| Airfare | American/United | $2,531.60 |
| Lodging | Dallas Marriott | $2,917.23 |
| Transportation: | | |
| (a) Local Transportation | Local Taxi Companies | $313.44 |
| (b) Car Rental | Budget Rental/EzRac Rental | $553.75 |
| Parking | Various Vendors | $371.36 |
| Miscellaneous | | $84.73 |
| **TOTAL** | | **$6,940.38** |