# **EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

**Expense Detail by Category**

**December 1, 2014 through December 31, 2014**

*AIRFARE*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Ryan Wagner | December 8, 2014 | $ 309.20 | Airfare Round Trip Coach NY/Dallas |
| Iskender H. Catto | December 1, 2014 | $1,126.20 | Airfare Round Trip Coach NJ/Dallas |
| Iskender H. Catto | December 10, 2014 | $1,096.20 | Airfare Round Trip Coach NJ/Dallas |
| **Expense Category Total:** | | **$2,531.60** | |

*LODGING*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Ryan Wagner | December 8, 2014 | $344.63 | Dallas Marriott Hotel |
| Ryan Wagner | December 9, 2014 | $344.63 | Dallas Marriott Hotel |
| Ryan Wagner | December 10, 2014 | $344.63 | Dallas Marriott Hotel |
| Iskender H. Catto | December 1, 2014 | $321.57 | Dallas Marriott Hotel |
| Iskender H. Catto | December 4, 2014 | $321.57 | Dallas Marriott Hotel |
| Iskender H. Catto | December 10, 2014 | $344.63 | Dallas Marriott Hotel |
| Iskender H. Catto | December 11, 2014 | $344.63 | Dallas Marriott Hotel |
| Iskender H. Catto | December 17, 2014 | $275.47 | Dallas Marriott Hotel |
| Iskender H. Catto | December 18, 2014 | $275.47 | Dallas Marriott Hotel |
| **Expense Category Total:** | | **$2,917.23** | |

*MEALS*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Ryan Wagner | December 8, 2014 | $39.50 | Out of Town Dinner |
| Ryan Wagner | December 8, 2014 | $ 8.28 | Out of Town Lunch |
| Ryan Wagner | December 9 2014 | $40.00 | Out of Town Dinner |
| Ryan Wagner | December 9, 2014 | $ 9.46 | Out of Town Lunch |
| Ryan Wagner | December 10, 2014 | $26.00 | Out of Town Breakfast |
| Ryan Wagner | December 10, 2014 | $ 6.06 | Out of Town Lunch |
| Iskender H. Catto | December 17, 2014 | $38.97 | Out of Town Breakfast |
| **Expense Category Total:** | | **$168.27** | |

*TRANSPORTATION*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| **TAXI SERVICE** | | | |
| Ryan Wagner | December 8, 2014 | $87.21 | Elite Car Service to airport for travel to Dallas |

| Ryan Wagner | December 8, 2014 | $59.00 | Taxi from DFW to Hotel |
| Ryan Wagner | December 10, 2014 | $12.00 | Local Dallas Taxi |
| Ryan Wagner | December 11, 2014 | $59.00 | Taxi from Hotel to DFW |
| Ryan Wagner | December 11, 2014 | $96.23 | Elite Car Service from airport |
| **CAR RENTAL** | | | |
| Iskender H. Catto | December 1, 2014 | $135.39 | Budget Car Rental (2 days @ $67.69 tax included) |
| Iskender H. Catto | December 4, 2014 | $61.50 | Budget Car Rental (1 day @ $61.50 tax included) |
| Iskender H. Catto | December 10, 2014 | $224.25 | EzRac Rental (2 days @ $112.13 tax included) |
| Iskender H. Catto | December 17, 2014 | $132.61 | Budget Car Rental (2 days @ $66.30 tax included) |

**Expense Category Total:**   **$867.19**

## *PARKING*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | December 1, 2014 | $ 8.00 | Parking |
| Iskender H. Catto | December 1, 2014 | $27.06 | Hotel Parking |
| Iskender H. Catto | December 4, 2014 | $ 8.00 | Parking |
| Iskender H. Catto | December 4, 2014 | $27.06 | Hotel Parking |
| Iskender H. Catto | December 10, 2014 | $27.06 | Hotel Parking |
| Iskender H. Catto | December 10, 2014 | $10.00 | Parking |
| Iskender H. Catto | December 11, 2014 | $27.06 | Hotel Parking |
| Iskender H. Catto | December 12, 2014 | $99.00 | Newark Airport Parking |
| Iskender H. Catto | December 12, 2014 | $ 8.00 | Parking |
| Iskender H, Catto | December 17, 2014 | $27.06 | Hotel Parking |
| Iskender H. Catto | December 18, 2014 | $27.06 | Hotel Parking |
| Iskender H. Catto | December 19, 2014 | $76.00 | Newark Airport Parking |

**Expense Category Total:**   **$371.36**

## *MISCELLANEOUS*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Ryan Wagner | December 8, 2014 | $16.19 | Hotel WiFi |
| Ryan Wagner | December 8, 2014 | $14.95 | In flight Wifi |
| Ryan Wagner | December 9, 2014 | $16.19 | Hotel WiFi |
| Ryan Wagner | December 11, 2014 | $16.68 | In flight Wifi |
| Iskender H. Catto | December 2, 2014 | $ 3.15 | Gas |
| Iskender H. Catto | December 5, 2014 | $ 5.00 | Gas |
| Iskender H. Catto | December 12, 2014 | $ 4.49 | Gas |
| Iskender H. Catto | December 19, 2014 | $ 8.08 | Gas |

**Expense Category Total:**   **$84.73**