UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- X
In re                                                         :     Chapter 11
                                                              :
ENERGY FUTURE HOLDINGS CORP. *et al.*,                        :     Case No. 14-10979 (CSS)
                                                              :
        Debtors-in-Possession.                       :     (Jointly Administered)
                                                              :     (D.I. 1888)
                                                              :
                                                              :     Hearing Date: 3/10/2015 @ 9:30 a.m.
                                                              :     Objection Deadline: 3/3/2015
                                                              :
------------------------------------------------------------- X

**MOTION OF GODFREY & KAHN, S.C., COUNSEL TO THE FEE COMMITTEE, FOR AN EXTENSION OF TIME TO FILE ITS INTERIM FEE APPLICATION FOR THE FIRST INTERIM FEE PERIOD (AUGUST 19, 2014 THROUGH DECEMBER 31, 2014) AND STATEMENT OF POSITION ON EXTENSIONS FOR THE SECOND INTERIM FEE PERIOD**

      Godfrey & Kahn, S.C., counsel to the Fee Committee appointed in the above-referenced Chapter 11 cases, respectfully moves for an extension of time to file its first interim fee period application through and including March 9, 2015. In support of this motion, Godfrey & Kahn states as follows:

      1.      On September 16, 2014, the Court entered the Interim Compensation Order and the *Order Authorizing the Employment and Retention of Godfrey & Kahn, S.C. as Counsel to the Fee Committee* [D.I. 2065] (the "Retention Order").

      2.      Pursuant to the Retention Order and the *Stipulation and Order Appointing a Fee Committee* [D.I. 1896] (the "Fee Committee Order"), Godfrey & Kahn's first interim fee application could be filed on or before February 17, 2015.

3. Through this motion, Godfrey & Kahn requests an additional three weeks to prepare and file its first interim fee application. The requested extended deadline is March 9, 2015.

4. Godfrey & Kahn has focused its attention on the prior and pending applications for compensation filed by the Retained Professionals for the first interim fee period, culminating in the hearing scheduled for February 17, 2015.

5. The due date for fee applications for the second interim period is February 17, 2015.

6. In filing this motion, counsel to the Fee Committee does not suggest that any Retained Professional subject to the Interim Compensation Order and the Fee Committee Order needs to file a similar motion, if unable to meet the February 17, 2015 interim fee application deadline.

7. The Fee Committee has no objection to any reasonable extension of time beyond February 17, 2015, whether requested formally or informally, for Retained Professionals to file fee applications for the second interim fee period from September 1, 2014 through December 31, 2014.

## RELIEF REQUESTED

WHEREFORE, Godfrey & Kahn respectfully requests entry of the Proposed Order, attached hereto as Exhibit A, granting the relief requested herein and such other and further relief as the Court deems just and proper.

Dated: February 13, 2015.

                            PHILLIPS, GOLDMAN & SPENCE, P.A.

By:     */s/ Aaron C. Baker*
          Aaron C. Baker (Bar No. 5588)
          Stephen W. Spence
          PHILLIPS, GOLDMAN & SPENCE, P.A.
          1200 N. Broom Street
          Wilmington, DE 19806
          Phone: (302) 655-4200
          Fax:  (302) 655-4210
          E-mail: acb@pgslaw.com
                    sws@pgslaw.com

Katherine Stadler
GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, Wisconsin 53703
Phone: (608) 257-3911
Fax: (608) 257-0609
E-mail: kstadler@gklaw.com

*Attorneys for the Fee Committee*