UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | Case No. 14-10979 (CSS) |
| ENERGY FUTURE HOLDINGS CORP. *et al.*, | : | (Jointly Administered) |
| | : | (D.I. 1888) |
| | : | |
| Debtors-in-Possession. | : | Hearing Date: 3/10/2015 @ 9:30 a.m. |
| | : | Objection Deadline: 3/3/2015 |

---

## NOTICE OF MOTION

Godfrey Kahn, S.C., ("Godfrey Kahn"), counsel to the Fee Committee, has filed the *Motion of Godfrey & Kahn, S.C., Counsel to the Fee Committee, for an Extension of Time to File Its Interim Fee Application for the Period From August 19, 2014 Through December 31, 2014 and Statement of Position on Extensions* (the "Motion"), seeking to extend the time by which it must file its interim fee application with this Court.

Objections or responses to the Motion, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 North Market Street, 3rd Floor, Wilmington, DE 19801, on or before **March 3, 2015.**

At the same time, you must also serve a copy of the objection or response upon the undersigned counsel:

Stephen W. Spence, Esquire
Aaron C. Baker, Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

Katherine Stadler, Esquire
GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, Wisconsin 53703

A HEARING ON THE MOTION WILL TAKE PLACE BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, U.S. BANKRUPTCY COURT, 824 N. MARKET STREET, COURTROOM 6, WILMINGTON, DE ON MARCH 10, 2015 AT 9:30 A.M.

If no responses are filed or received, the Court may grant the Motion without further notice or hearing.

Dated: February 13, 2015.

                    PHILLIPS, GOLDMAN & SPENCE, P.A.

By:    */s/ Aaron C. Baker*
      Aaron C. Baker, Esquire (Bar No. 5588)
      Stephen W. Spence, Esquire (Bar No. 2033)
      PHILLIPS, GOLDMAN & SPENCE, P.A.
      1200 N. Broom Street
      Wilmington, DE 19806
      Phone: (302) 655-4200
      Fax: (302) 655-4210
      E-mail: acb@pgslaw.com
             sws@pgslaw.com

Katherine Stadler
GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, Wisconsin 53703
Phone: (608) 257-3911
Fax: (608) 257-0609
E-mail: kstadler@gklaw.com

*Attorneys for the Fee Committee*

13085689.1