## EXHIBIT A

Energy Future Holdings et. al
De Minimis Asset Sales Motion Reporting
For the Period January 1, 2015 to January 31, 2015

### *De Minimis Asset sales with a sales price less than $250,000*

| Aggregate net sales price |
|---|
| $2,300.00 |

### *De Minimis Asset sales / transfers with a sales price greater than $250,000*

| General Description of asset sold | Name of purchasing parties and details of relationship with EFH Debtors and their estates | Sales price | Details (net amount) of third parties receiving commission |
|---|---|---|---|
| Sweetwater Plant Salvage | PRC Environmental, Inc.<br>1149 Ellsworth Dr., Suite 135, Pasadena, TX 77506 | $393,611.94* | $109,093.14 |

### *De Minimis Asset Abandonments with an estimated book value less than $250,000*

| General Description of asset to be abandoned | Aggregate estimated book value of abandonments |
|---|---|
| None recorded during the period January 1, 2015 to January 31, 2015 | |

### *De Minimis Asset Abandonments with an estimated book value greater than $250,000*

| General Description of asset to be abandoned | Estimated book value |
|---|---|
| None recorded during the period January 1, 2015 to January 31, 2015 | |

*The salvage of the Sweetwater Generation Plant is currently estimated to produce less than $400,000 net cash to the company via sales occurring through January 31, 2015. Amounts reported are cumulative to date. For further information, see Notice of Sale [D.I. 2468] filed on 10/15/2014.