## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |
|  | ) |  |
|  | ) |  |

## SUMMARY OF SECOND INTERIM APPLICATION OF MORRISON & FOERSTER LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF TCEH UNSECURED CREDITORS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD SEPTEMBER 1, 2014 THROUGH DECEMBER 31, 2014

| Name of Applicant | Morrison & Foerster LLP |
|---|---|
| Authorized to Provide Professional Services to: | Official Committee of TCEH Unsecured Creditors |
| Date of Retention: | September 16, 2014 *nunc pro tunc* to May 12, 2014 |
| Period for which compensation and reimbursement is sought: | September 1, 2014 through December 31, 2014 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $8,588,175.50[2] |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $218,733.29 |

---

[1]   The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]   Amount of compensation requested reflects voluntary reductions totaling $131,148.50 in fees as client accommodations for non-working travel, time entry review, and transient timekeepers.

This is a(n):  ___ Monthly _**X**_ Interim ___ Final Fee Application.

Fees for the time expended for preparation of this Second Interim Fee Application are not sought herein.  Morrison & Foerster intends to seek those fees in the next fee application.

This is the Second Interim Fee Application for Morrison & Foerster.

ii

## SUMMARY OF FEES AND EXPENSES
## REQUESTED DURING COMPENSATION PERIOD

| Date and Docket No. | Compensation Period | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses | 20% Holdback |
|---|---|---|---|---|---|---|
| 11/21/2014 [Docket No. 2841] | 9/1/2014 – 9/30/2014 | $2,087,826.50 | $35,399.50 | N/A | N/A | $417,565.30 |
| 11/26/2014 [Docket No. 2899] | 10/1/2014 – 10/31/2014 | $2,582,784.00 | $65,115.61 | N/A | N/A | $516,556.80 |
| 2/2/2015 [Docket No. 3413] | 11/1/2014 – 11/30/2014 | $2,091,377.50 | $75,958.76 | N/A | N/A | $418,275.50 |
| 2/11/2015 [Docket No. 3512] | 12/1/2014 – 12/31/2014 | $1,799,489.50 | $42,259.42 | N/A | N/A | $359,897.90 |

**SUMMARY OF PROFESSIONAL SERVICES RENDERED BY
PROJECT CATEGORY BY MORRISON & FOERSTER ON
BEHALF OF THE COMMITTEE FOR THE COMPENSATION PERIOD**

| PROJECT CATEGORY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 001 | Asset Analysis and Recovery | 1.40 | $1,050.00 |
| 002 | Asset Disposition | 556.00 | $474,128.00 |
| 003 | Assumption and Rejection of Leases and Contracts | 58.80 | $39,445.00 |
| 004 | Avoidance Action Analysis | 0.00 | $0.00 |
| 005 | Budgeting | 4.10 | $3,089.50 |
| 006 | Business Operations | 37.70 | $34,295.00 |
| 007 | Case Administration | 350.60 | $257,947.00 |
| 008 | Claims Administration and Objections | 19.10 | $14,812.50 |
| 009 | Corporate Governance and Board Matters | 117.50 | $90,540.50 |
| 010 | Employee Benefits and Pensions | 95.80 | $69,161.00 |
| 011 | Employment and Fee Applications | 305.00 | $187,865.50 |
| 012 | Employment and Fee Applications | 46.20 | $35,753.50 |
| 013 | Financing and Cash Collateral | 51.10 | $39,579.50 |
| 014 | Other Litigation | 144.80 | $88,689.00 |
| 015 | Meetings and Communications with Creditors | 728.30 | $628,886.50 |
| 016 | Non-Working Travel | 57.70 | $50,659.00 |
| 017 | Plan and Disclosure Statement | 106.30 | $92,791.50 |
| 018 | Real Estate | 0.00 | $0.00 |
| 019 | Relief from Stay and Adequate Protection | 2.70 | $2,146.50 |
| 020 | Reporting | 0.00 | $0.00 |
| 021 | Tax | 1,910.90 | $1,353,319.50 |
| 022 | Valuation | 2.00 | $2,067.00 |
| 023 | Discovery | 3,873.40 | $2,307,132.00 |
| 024 | Hearings | 328.00 | $291,302.50 |
| 025 | First and Second Day Motions | 0.00 | $0.00 |
| 026 | Claims Investigation | 2,361.10 | $1,680,531.00 |
| 027 | First Lien Investigation | 999.60 | $678,307.50 |
| 028 | Intercompany Claims | 0.00 | $0.00 |
| 029 | Other Motions/Applications | 191.90 | $134,818.00 |
| 030 | Schedules and Statements | 6.40 | $4,554.50 |
| 031 | Insurance | 21.80 | $18,249.50 |
| 032 | Time Entry Review | 112.10 | $90,689.50 |
| 033 | Fee Objection Discussion and Litigation | 6.80 | $5,686.00 |
| **Total Incurred:** | | **12,497.10** | **$8,677,496.50** |
| **Deferred Fees from First Interim Fee Period:** | | | **$41,827.50** |
| **Less Client-Accommodation for Non-Working Travel:** | | | **$(25,329.50)** |
| **Less Client-Accommodation for Time Entry Review:** | | | **$(90,689.50)** |
| **Less Client-Accommodation for Transient Timekeepers:** | | | **$(15,129.50)** |
| **Total Requested:** | | | **$8,588,175.50** |

iv

### SUMMARY OF PROFESSIONAL SERVICES RENDERED
### BY MORRISON & FOERSTER ON BEHALF OF THE
### COMMITTEE FOR THE COMPENSATION PERIOD

The Morrison & Foerster attorneys who rendered professional services in these cases

during the Compensation Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Bell, Jeffery | Partner | 2001 | Corporate | $825.00 | 8.20 | $6,765.00 |
| Doufekias, Demme | Partner | 2004 | Litigation | $825.00 | 129.10 | $106,507.50 |
| Fioccola, David J. | Partner | 2000 | Litigation | $850.00 | 0.20 | $170.00 |
| Goren, Todd M. | Partner | 2003 | Business Restructuring & Insolvency | $825.00 | 559.20 | $461,340.00 |
| Hoffinger, Adam S. | Partner | 1983 | Litigation | $1,025.00 | 4.30 | $4,407.50 |
| Humphreys, Thomas A. | Partner | 1977 | Tax | $1,250.00 | 325.70 | $407,125.00 |
| Kerr, Charles L. | Partner | 1984 | Litigation | $1,050.00 | 472.50 | $496,125.00 |
| Lawrence, J. Alexander | Partner | 1996 | Litigation | $895.00 | 765.40 | $685,033.00 |
| Levitt, Jamie A. | Partner | 1992 | Litigation | $950.00 | 224.40 | $213,180.00 |
| Marinuzzi, Lorenzo | Partner | 1996 | Business Restructuring & Insolvency | $995.00 | 596.10 | $593,119.50 |
| McPherson, Mark David | Partner | 1997 | Litigation | $875.00 | 8.70 | $7,612.50 |
| Miller, Brett H. | Partner | 1992 | Business Restructuring & Insolvency | $1,050.00 | 305.10 | $320,355.00 |
| Peck, Geoffrey R. | Partner | 1999 | Finance | $825.00 | 46.10 | $38,032.50 |
| Reigersman, Remmelt A. | Partner | 2007 | Tax | $825.00 | 240.60 | $198,495.00 |
| Salerno, Robert A. | Partner | 1990 | Litigation | $850.00 | 3.50 | $2,975.00 |
| Shelley, Shane M. | Partner | 2005 | Tax | $745.00 | 2.10 | $1,564.50 |
| Abrams, Hanna | Associate | 2009 | Litigation | $695.00 | 210.90 | $146,575.50 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Alanis, Corinna J. | Associate | 2012 | Litigation | $485.00 | 290.50 | $140,892.50 |
| Arakawa, Chika | Associate | 2013 | Litigation | $415.00 | 32.00 | $13,280.00 |
| Arett, Jessica J. | Associate | 2014 | Business Restructuring & Insolvency | $415.00 | 86.40 | $35,856.00 |
| Bartel, Sara | Associate | 2014 | Litigation | $415.00 | 122.70 | $50,920.50 |
| Birkenfeld, Alexander I. | Associate | 2014 | Tax | $415.00 | 528.10 | $219,161.50 |
| Bonovich, Matt | Associate | 2007 | Financial Transactions | $610.00 | 1.50 | $1,087.50 |
| Bradley, Sara A. | Associate | 2013 | Litigation | $415.00 | 1.50 | $622.50 |
| Contreras, Andrea | Associate | 2012 | Litigation | $550.00 | 151.30 | $83,215.00 |
| Damast, Craig A. | Attorney | 1992 | Business Restructuring & Insolvency | $775.00 | 231.50 | $179,412.50 |
| David, Jeffrey M. | Associate | 2010 | Litigation | $610.00 | 19.10 | $11,651.00 |
| de Ruig, David N. | Associate | 2007 | Tax | $485.00 | 279.70 | $135,654.50 |
| Dort, Malcolm K. | Associate | 2011 | Litigation | $610.00 | 426.00 | $259,860.00 |
| Fang, Catherine | Associate | 2010 | Financial Transactions | $610.00 | 1.20 | $732.00 |
| Ference, Stephanie N. | Associate | 2014 | Corporate | $415.00 | 18.20 | $7,553.00 |
| Figueroa, Tiffani B. | Associate | 2014 | Litigation | $415.00 | 100.90 | $41,873.50 |
| Gizaw, Betre M. | Associate | 2011 | Litigation | $550.00 | 189.90 | $104,445.00 |
| Goett, David J. | Associate | 2012 | Tax | $550.00 | 101.80 | $55,990.00 |
| Grant, Christopher | Associate | 2012 | Corporate | $485.00 | 30.90 | $14,986.50 |
| Haney, Heather | Associate | 2011 | Financial Transactions | $550.00 | 37.80 | $20,790.00 |
| Harris, Daniel J. | Associate | 2008 | Business Restructuring & Insolvency | $695.00 | 760.70 | $528,686.50 |
| Hiensch, Kristin A. | Associate | 2006 | Business Restructuring & Insolvency | $735.00 | 48.30 | $35,500.50 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Hildbold, William M. | Associate | 2009 | Business Restructuring & Insolvency | $610.00 | 789.90 | $481,839.00 |
| Ho, Elizabeth C. | Associate | 2014 | Financial Transactions | $385.00 | 4.20 | $1,617.00 |
| Ho, Jonder | Associate | 2011 | Litigation | $550.00 | 32.90 | $18,095.00 |
| Hung, Shiukay | Associate | 2009 | Tax | $695.00 | 3.30 | $2,293.50 |
| Hunt, Adam J. | Associate | 2011 | Litigation | $610.00 | 45.30 | $27,633.00 |
| Johnston, Ian Andrew | Associate | 2013 | Litigation | $485.00 | 256.20 | $124,257.00 |
| Kalansky, Shai | Associate | 2009 | Corporate | $695.00 | 58.30 | $40,518.50 |
| Kwon, Kevin T. | Associate | 2012 | Litigation | $485.00 | 119.00 | $57,715.00 |
| Lau, Matthew Y. | Associate | 2010 | Tax | $655.00 | 59.90 | $39,234.50 |
| Lim, Clara | Associate | 2010 | Tax | $610.00 | 358.70 | $218,807.00 |
| Manlove, Kendall Lewis | Associate | 2014 | Litigation | $415.00 | 165.90 | $68,848.50 |
| Martin, Samantha | Associate | 2008 | Business Restructuring & Insolvency | $725.00 | 375.50 | $272,237.50 |
| Miyao, Klinton | Associate | 2009 | Litigation | $655.00 | 15.30 | $10,021.50 |
| Moloff, Leda A. | Associate | 2009 | Litigation | $655.00 | 128.40 | $84,102.00 |
| Perkowski, Jacob Josep | Associate | 2014 | Litigation | $415.00 | 161.80 | $67,147.00 |
| Petrovas, Sotirios | Associate | 2014 | Litigation | $415.00 | 0.20 | $83.00 |
| Richards, Erica J. | Associate | 2007 | Business Restructuring & Insolvency | $725.00 | $196.60 | $142,535.00 |
| Rothberg, Jonathan C. | Associate | 2008 | Litigation | $725.00 | 168.10 | $121,872.50 |
| Sigmon, Kirk | Associate | 2013 | Litigation | $415.00 | 132.90 | $55,153.50 |
| Sorrell, Michael R. | Associate | 2010 | Litigation | $610.00 | 116.80 | $71,248.00 |
| Tepfer, Cameron Andrew | Associate | 2014 | Litigation | $415.00 | 102.00 | $42,330.00 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Wang, Chenwei | Associate | 2011 | Litigation | $550.00 | 155.50 | $85,525.00 |
| Peck, James Michael | Senior Of Counsel | 1971 | Business Restructuring & Insolvency | $1,050.00 | 119.50 | $125,475.00 |
| Schaaf, Kathleen E. | Senior Of Counsel | 1978 | Business Restructuring & Insolvency | $850.00 | 35.10 | $29,835.00 |
| Cupp, Susannah S. | Of Counsel | 2002 | Real Estate | $750.00 | $0.90 | $675.00 |
| Ferkin, Zori G. | Of Counsel | 1981 | Corporate Environment and Energy | $700.00 | 0.50 | $350.00 |
| Froelich, Edward L. | Of Counsel | 1994 | Tax | $850.00 | 4.40 | $3,740.00 |
| Hager, Melissa A. | Of Counsel | 1992 | Business Restructuring & Insolvency | $825.00 | 144.60 | $119,295.00 |
| Sadeghi, Kayvan B. | Of Counsel | 2004 | Litigation | $735.00 | 256.50 | $188,527.50 |
| Whitney, Craig B. | Of Counsel | 2001 | Litigation | $735.00 | 160.70 | $118,114.50 |
| Wishnew, Jordan A. | Of Counsel | 2002 | Business Restructuring & Insolvency | $750.00 | 290.30 | $217,725.00 |

The paraprofessionals of Morrison & Foerster who rendered professionals services in these cases during the Compensation Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Bergelson, Vadim | eDiscovery Project Manager | 5 years | Litigation | $295.00 | 117.60 | $34,692.00 |
| Chan, David | eDiscovery Analyst | 10 years | Litigation | $280.00 | 23.60 | $6,608.00 |
| Berger, Lesley D. | Senior Paralegal | 5 years | Corporate | $300.00 | $50.90 | $15,270.00 |
| Braun, Danielle Eileen | Paralegal | 1.5 years | Business Restructuring & Insolvency | $290.00 | 91.80 | $26,622.00 |
| Curtis, Michael E. | Senior Paralegal | 13.5 years | Litigation | $335.00 | 244.50 | $81,907.50 |
| Guido, Laura | Senior Paralegal | 7.5 years | Business Restructuring & Insolvency | $300.00 | 118.00 | $35,400.00 |

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Keener, Chris | eDiscovery Analyst | 1.5 years | Litigation | $270.00 | 2.80 | $756.00 |
| Kline, John T. | Senior Paralegal | 8 years | Business Restructuring & Insolvency | $320.00 | 13.00 | $4,160.00 |
| Murphy, Lauren Grady | Research Analyst | 5 months | Library | $215.00 | 1.60 | $344.00 |
| Negron, Jeffrey M. | Senior Paralegal | 1.5 years | Real Estate | $310.00 | 3.40 | $1,054.00 |
| Schoerner, Jeffrey M. | Research Analyst | 24 years | Library | $225.00 | 1.80 | $405.00 |
| Shackleton, Mary E. | Research Analyst | 4.5 years | Library | $225.00 | 0.80 | $180.00 |
| Tice, Susan A.T. | Senior Paralegal | 10 years | Litigation | $320.00 | 1.00 | $320.00 |
| Warnick, Russell W. | Paralegal | 7 years | Litigation | $275.00 | 5.00 | $1,375.00 |
| **Total Incurred:** | | | | | **12,497.10** | **$8,677,496.50** |
| **Deferred Compensation from First Interim Fee Period:** | | | | | | **$41,827.50** |
| **Less Client-Accommodation for Non-Working Travel:** | | | | | | **$(25,329.50)** |
| **Less Client-Accommodation for Time Entry Review:** | | | | | | **$(90,689.50)** |
| **Less Client-Accommodation for Transient Timekeepers:** | | | | | | **$(15,129.50)** |
| **Total Requested:** | | | | | | **$8,588,175.50** |

ix

### Total Partners, Of Counsel, Associates and Paraprofessionals

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Attorneys (without Paraprofessionals) | $716.37 | 11,821.30 | $8,468,403.00 |
| Attorneys and Paraprofessionals | $694.36 | 12,497.10 | $8,677,496.50 |
| **Total Incurred:** | | | **$8,677,496.50** |
| **Deferred Compensation from First Interim Fee Period:** | | | **$41,827.50** |
| **Less Client-Accommodation for Non-Working Travel:** | | | **$(25,329.50)** |
| **Less Client-Accommodation for Time Entry Review:** | | | **$(90,689.50)** |
| **Less Client-Accommodation for Transient Timekeepers:** | | | **$(15,129.50)** |
| **Total Requested:** | | | **$8,588,175.50** |

x

**SUMMARY OF ACTUAL AND NECESSARY EXPENSES
INCURRED BY MORRISON & FOERSTER ON BEHALF
OF THE COMMITTEE FOR THE COMPENSATION PERIOD**

| Expense Category | Total Expenses |
|---|---|
| Air Freight | $81.18 |
| Business Meals | $5,653.42 |
| Color Copies | $2,857.10 |
| Court Filing Service | $1,425.00 |
| EDiscovery Fees | $64,292.39 |
| Filing Fees | $145.00 |
| Court Call Fees | $93.00 |
| Meals | $1,510.59 |
| On-line Legal Research (Lexis) | $52,055.47 |
| On-line Legal Research (Other Database) | $1,776.57 |
| On-line Research (Other Database) | $16.94 |
| On-line Research (Westlaw) | $62,635.21 |
| Photocopies | $868.70 |
| Reporting Fees | $6,819.45 |
| Search Fees | $3,775.10 |
| Transportation | $2,903.73 |
| Travel | $11,616.24 |
| Travel Meals | $208.20 |
| **Total:** | **$218,733.29** |

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | Jointly Administered |

### SECOND INTERIM APPLICATION OF MORRISON & FOERSTER LLP
### AS COUNSEL FOR THE OFFICIAL COMMITTEE OF TCEH UNSECURED
### CREDITORS FOR COMPENSATION AND REIMBURSEMENT
### OF EXPENSES INCURRED FOR THE PERIOD
### SEPTEMBER 1, 2014 THROUGH DECEMBER 31, 2014

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, entered on September 16, 2014 [Docket No. 2066] (the "**Interim Compensation Order**"), and the *Stipulation and Order Appointing a Fee Committee* [Docket No. 1896] (the "**Fee Committee Order**"), Morrison & Foerster LLP ("**Morrison & Foerster**" or the "**Firm**") hereby submits this Second Interim Application (the "**Application**") as Counsel to the Official Committee of Unsecured Creditors (the "**TCEH Committee**") of Energy Future Competitive Holdings Company LLC ("**EFCH**"), EFCH's direct subsidiary, Texas Competitive Electric Holdings Company LLC ("**TCEH**"), and their direct and indirect subsidiaries, and EFH

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Corporate Services Company (collectively with EFCH and TCEH, the "**TCEH Debtors**")[2] for allowance of compensation and reimbursement of expenses incurred for the period September 1, 2014 through December 31, 2014 (the "**Compensation Period**").  In support of the Application, Morrison & Foerster respectfully represents as follows:

## BACKGROUND

1.     On April 29, 2014 (the "**Petition Date**"), the Debtors filed voluntary petitions for reorganization under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court, District of Delaware (the "**Chapter 11 Cases**").  On May 12, 2014, the United States Trustee for the District of Delaware appointed a seven (7) member TCEH Committee pursuant to section 1102(a)(1) of the Bankruptcy Code [Docket No. 420].  The TCEH Committee selected Morrison & Foerster to serve as its lead counsel.

2.     On July 25, 2014, Morrison & Foerster filed the *Application of the Official Committee of Unsecured Creditors of Energy Future Holdings Corp., et al. for Entry of an Order Pursuant to Sections 328(a) and 1103(a) of the Bankruptcy Code and Fed. R. Bankr. P. 2014 for Authority to Retain and Employ Morrison & Foerster LLP Effective as of May 12, 2014* [Docket No. 1696].  On September 16, 2014, the Court entered the *Order Authorizing the Official Committee of Unsecured Creditors to Retain and Employ Morrison & Foerster LLP Effective as of May 12, 2014* [Docket No. 2064].

3.     Pursuant to the Interim Compensation Order, each professional may file on or after the 21st day of each calendar month a Monthly Fee Application (as defined in the Interim Compensation Order) seeking interim approval and allowance of compensation for services rendered and reimbursement of expenses incurred during the immediately preceding month.  If

---

2       Although EFH Corporate Services Company is not a subsidiary of TCEH, for ease of reference EFH Corporate Services Company is included in the definition "TCEH Debtors".

no objections are raised prior to the expiration of the applicable Objection Deadline (as defined in the Interim Compensation Order), the Debtors are authorized to pay each professional an amount equal to the lesser of (i) 80% of the fees and 100% of the expenses requested in the Monthly Fee Application or (ii) 80% of the fees and 100% of the expenses not subject to an objection.  (Interim Compensation Order ¶ 2.)  In addition, the Interim Compensation Order provides that each professional may file with the Court an interim fee application for compensation and reimbursement of expenses at three-month intervals, with the Second Interim Compensation Period covering the period from September 1, 2014 through December 31, 2014. (*Id.*)

**SUMMARY OF PROFESSIONAL COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES REQUESTED**

4.      This Application has been prepared in accordance with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Interim Compensation Order, the Fee Committee Order, Rule 2016-2 (c)–(g) of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court of the District of Delaware (the "**Local Rule**"), and the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 for Attorneys in Larger Chapter 11 Cases, effective June 11, 2013 (the "**UST Guidelines**" and, together with the Local Rule, the "**Guidelines**").  Pursuant to the Guidelines, a certification of Lorenzo Marinuzzi regarding compliance with the Local Rule is attached hereto as **Exhibit 1**.

5.      By this Application, Morrison & Foerster seeks allowance pursuant to the Interim Compensation Order with respect to the sum of $8,588,175.50[3] as compensation and

---

[3]    This amount includes $41,827.50 of fees incurred during the first interim fee period (May 2014 – August 2014) approval of which was voluntarily deferred by Morrison & Foerster to this Application.

ny-1171492

$218,733.29 for reimbursement of actual and necessary expenses for a total of $8,806,908.79 for the Compensation Period.

6.    All services for which compensation is requested by Morrison & Foerster in this Application were performed for or on behalf of the TCEH Committee. Morrison & Foerster has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between Morrison & Foerster and any other person (other than the partners of Morrison & Foerster) for the sharing of compensation to be received for services rendered in these cases.

7.    During the course of these Chapter 11 Cases, Morrison & Foerster exercised its billing discretion and, as discussed in more detail below, voluntarily wrote-off certain fees and expenses in connection with the Monthly Fee Statements (defined below). Morrison & Foerster believes the foregoing rates are the market rates that the majority of law firms charges clients for services they have been asked to provide. In addition, Morrison & Foerster believes that these charges are in accordance with the American Bar Association's ("**ABA**") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges. During the Compensation Period, Morrison & Foerster voluntarily reduced its requested compensation by $131,148.50 as accommodations for non-working travel, time entry review and transient timekeepers.

8.    Pursuant to the Guidelines, annexed hereto as **Exhibit 2** is a schedule setting forth all Morrison & Foerster professionals and paraprofessionals who performed services in these Chapter 11 Cases during the Compensation Period, the capacities in which such individuals are employed by Morrison & Foerster, the hourly billing rates charged by Morrison & Foerster for

4

services performed by such individuals, and the aggregate number of hours expended and fees billed.

9.    Annexed hereto as **Exhibit 3** is a schedule specifying the categories of expenses for which Morrison & Foerster is seeking reimbursement and the total amount for each expense category.  Annexed hereto as **Exhibit 3-A** is a schedule of all of the expenses incurred during the Compensation Period. Regarding providers of online legal research (e.g., LEXIS, WESTLAW, and PACER), Morrison & Foerster charges the standard usage rates these providers charge, which, due to contractual flat fees, may not always equal Morrison & Foerster's actual cost. Morrison & Foerster pays these providers a flat fee every month.  Charging its clients the online providers' standard usage rates allows Morrison & Foerster to cover adequately the monthly flat fees it must pay to these types of providers.

10.    Annexed hereto as **Exhibit 4** is a summary of Morrison & Foerster's time billed during the Compensation Period, broken down by project categories, as hereinafter described.

11.    Annexed hereto as **Exhibit 5** is Morrison & Foerster's time detail for the Compensation Period.

12.    Annexed hereto as **Exhibit 6** is Morrison & Foerster's budget and staffing plan for the Compensation Period and a comparison of hours and fees budgeted for each matter category to which Morrison & Foerster professionals and paraprofessionals billed time during the Compensation Period against the hours and fees for which Morrison & Foerster seeks compensation in the Application.

## MORRISON & FOERSTER FEE STATEMENTS

13.    Morrison & Foerster maintains computerized records of time spent by all Morrison & Foerster attorneys and paraprofessionals in connection with the representation of the TCEH Committee.  Morrison & Foerster submitted monthly fee statements to the Notice Parties

(as that term is defined in the Interim Compensation Order) in the format specified by the Guidelines, and as requested by the Fee Committee, allowing each of the Notice Parties an opportunity to review and object to the Monthly Fee Statements. During the Compensation Period, Morrison & Foerster provided the Notice Parties with the following Monthly Fee Statements:

- For September 1, 2014 through September 30, 2014 – fees of $2,087,826.50 and expenses of $35,399.50 (the "**September 2014 Statement**");

- For October 1, 2014 through October 31, 2014 – fees of $2,582,784.00 and expenses of $65,115.61 (the "**October 2014 Statement**");

- For November 1, 2014 through November 30, 2014 – fees of $2,091,377.50 and expenses of $75,958.76 (the "**November 2014 Statement**"); and

- For December 1, 2014 through December 31, 2014 – fees of $1,799,489.50 and expenses of $42,259.42 (the "**December 2014 Statement**," together with the September 2014 Statement, the October 2014 Statement and the November 2014, the "**Monthly Fee Statements**").

14.   In total, Morrison & Foerster submitted Monthly Fee Statements during the Compensation Period for fees of $8,561,477.50 and expenses of $218,733.29. Prior to submitting the Monthly Fee Statements, Morrison & Foerster conducted an internal review of the fees and expenses incurred during each applicable period and determined to voluntarily write-off fees in the amount of $131,148.50. At the time of this application, Morrison & Foerster has received payment on account of the November 2014 Statement and the December 2014 Statement.

15.   In total, therefore, pursuant to this Application, Morrison & Foerster respectfully requests that the Court enter an order awarding Morrison & Foerster on an interim basis fees in an aggregate amount of $8,588,175.50 and the reimbursement of actual and necessary expenses Morrison & Foerster incurred during the Compensation Period in the aggregate amount of $218,733.29.

## SUMMARY OF LEGAL SERVICES RENDERED

16.    Morrison & Foerster has prepared and/or assisted in the preparation of various applications and orders submitted to the Court for consideration, advised the TCEH Committee on a regular basis with respect to numerous matters in connection with these Chapter 11 Cases, and performed all necessary professional services.

17.    To provide an orderly and meaningful summary of the services rendered by Morrison & Foerster on behalf of the TCEH Committee during the Compensation Period, the Firm has established separate task codes in connection with these Chapter 11 Cases.    The following is a summary of the most significant professional services rendered by Morrison & Foerster during the Compensation Period, organized in accordance with the Firm's internal system of task codes.    A more detailed report of the actual services provided is set forth on the attached **Exhibit 5**.

18.    The summary is divided according to the project billing codes that Morrison & Foerster created to best reflect the categories of tasks that it was required to perform in connection with these Chapter 11 Cases.    Nevertheless, under the circumstances, and given the interconnectedness of the issues in these Chapter 11 Cases, certain of these categories may overlap with one another.

A.    Asset Analysis and Recovery – 001

Fees: $1,050.00; Total Hours: 1.4

19.    This category includes time spent identifying additional unencumbered assets potentially available for distribution to unsecured creditors and performing legal and factual diligence to determine if there were additional unsecured assets not previously identified by the Debtors.

7

B.      Asset Disposition – 002

Fees: $474,128.00; Total Hours: 556.0

20.     This category includes time spent by Morrison & Foerster reviewing and analyzing asset sales conducted, or proposed to be conducted, by the Debtors during the Compensation Period, including the Debtors' decision to engage in a formal marketing process to sell their indirect interests in Oncor (the "**Oncor Sale**").  On September 19, 2014, the Debtors filed a motion to establish bidding procedures for the Oncor Sale [Docket No. 2087] (the "**Bidding Procedures Motion**"), which described the process by which the Debtors intended to dispose of the Oncor assets and the tax implications of an Oncor Sale on the Debtors' tax position.  Prior to and after the filing of the Bidding Procedures Motion, Morrison & Foerster, along with FTI and the TCEH Committee's investment banker, Lazard, met with the Debtors and the Debtors' professionals on several occasions to discuss the Oncor Sale, and held numerous internal discussions and strategy sessions regarding potential impact on the TCEH estates.

21.     On October 10, 2015, in an effort to protect the interests of the TCEH estates, the TCEH Committee objected to the Bidding Procedures Motion [Docket No. 2377].  To prepare the objection and supporting declarations, Morrison & Foerster spent significant time during the Compensation Period regularly coordinating with other case professionals in an effort to avoid duplication of effort and argument.  Morrison & Foerster attorneys also spent a significant amount of time preparing witnesses and attending the four-day hearing held by the Court on the Bidding Procedures Motion in October to prosecute the TCEH Committee's objection.

22.     On November 5, 2014, the Court issued a ruling on the Debtors' Bidding Procedures Motion conditionally granting the motion (the "**Bidding Procedures Ruling**"). Subsequently, Morrison & Foerster evaluated and analyzed the implications of the Ruling on the

8

corporate governance procedures in place for the TCEH entities.   During the Compensation Period Morrison & Foerster coordinated and formulated an appropriate response to the Bidding Procedures Ruling with other professionals, and worked with the Debtors and other parties in interest on the selection of independent legal and financial advisor for EFCH/TCEH and their subsidiaries.  Finally, Morrison & Foerster attorneys also reviewed and revised numerous drafts of the order approving the Bidding Procedures Motion and the bidding procedures to ensure consistency with the Bidding Procedures Ruling.

     C.     <u>Assumption and Rejection of Leases and Contracts – 003</u>

     Fees: $39,445.00; Total Hours: 58.8

23.     This category also includes time spent reviewing the Debtors' motions to reject certain leases and abandon property, negotiating with the Debtors on appropriate forms of order with respect to the lease rejection motions, and coordinating with FTI regarding the diligence necessary to support the Debtors' request.   In addition, Morrison & Foerster also spent time during the Compensation Period reviewing the Debtors' requests to assume or reject contracts regarding renewable energy credits.

     D.     <u>Budgeting – 005</u>

     Fees: $3,089.50; Total Hours: 4.1

24.     This category includes time spent by Morrison & Foerster attorneys preparing and reviewing budgets as required by the UST Guidelines.

     E.     <u>Business Operations – 006</u>

     Fees: $34,295.00; Total Hours: 37.7

25.     This category includes time spent by Morrison & Foerster reviewing matters involving the Debtors' business operations and evaluating the Debtors' business plans.  During

9

the Compensation Period, Morrison & Foerster reviewed and analyzed the Debtors' business plan, monthly operating reports, and draft reports prepared by FTI regarding the Debtors' operations. Morrison and Foerster also prepared for and participated in meetings with the Debtors' advisors concerning the business plan.

     F.    <u>Case Administration – 007</u>

     Fees: $257,947.00; Total Hours: 350.6

26.    This category includes all matters related to the internal administration of the Debtors' cases, including attending meetings with Debtors' counsel and other TCEH Committee professionals regarding general case issues and strategy. It also involved managing tasks, monitoring the case docket and tracking deadlines.

27.    This category also includes time spent coordinating case matters internally and, with the Debtors. Morrison & Foerster also participated in numerous meetings with the other TCEH Committee professionals during the Compensation Period to address and evaluate case status and strategy on behalf of the TCEH Committee. Morrison & Foerster, in accordance with past practice in cases of this size and complexity, hosts a weekly meeting during which the attorneys bearing material responsibility for every active workstream in the Chapter 11 Cases engage in discussions addressing a wide range of topics, including case strategy and restructuring considerations. Such discussions, which address many interrelated matters, directly assisted Morrison & Foerster's professionals in understanding the impact of issues arising in one workstream on various other workstreams, and are vital to the coordination of overall case strategy and planning.

G.    Claims Administration and Objections – 008

Fees: $14,812.50; Total Hours: 19.1

28.    This category includes all matters relating to claims asserted against the Debtors and the bar date process.  During the Compensation Period, Morrison & Foerster reviewed matters relating to asbestos claims and a request for a separate bar date for asbestos claimants. Morrison & Foerster also reviewed and analyzed the Debtors' first through fourth omnibus claims objections.

H.    Corporate Governance and Board Matters – 009

Fees: $90,540.50; Total Hours: 117.5

29.    This category includes time spent addressing the corporate governance concerns raised by the Court in the Bidding Procedures Ruling.  During the Compensation Period, Morrison & Foerster attorneys spent time coordinating with other case professionals regarding selection of independent advisors for EFCH/TCEH and their subsidiaries.  In addition, Morrison & Foerster met with the new independent advisors to TCEH in an effort to bring them up to speed on the case dynamics and the matters of importance to the TCEH Committee.  These efforts involved numerous conference calls and meetings with the independent advisors during the Compensation Period.

I.    Employee Benefits and Pensions – 010

Fees: $69,161.00; Total Hours: 95.8

30.    This category includes time spent by Morrison & Foerster reviewing and analyzing the Debtors' motion to pay insider compensation for the 2015 fiscal year filed on November 22, 2014 [Docket No. 2852] (the "**2015 Compensation Motion**").  In connection with the 2015 Compensation Motion, Morrison & Foerster discussed the relief sought with FTI, analyzed the Debtors' proposals, and summarized for the TCEH Committee, both regarding the

11

2015 Compensation Motion and the U.S. Trustee's objection to the motion.  Morrison & Foerster engaged in negotiations with the Debtors to modify the terms of the proposed order.  Ultimately, Morrison & Foerster was able to resolve all of the Committee's outstanding issues with respect to the 2015 Compensation Motion.

      J.       Employment and Fee Applications – 011

            Fees: $187,865.50; Total Hours: 305.0

31.    During the Compensation Period, Morrison & Foerster undertook a number of tasks relating to its retention and the retention of other TCEH Committee professionals, Charles River Associates and Kurtzman Carson Consultants.  Morrison & Foerster also finalized retention orders for itself, Polsinelli, FTI and Lazard as professionals representing the TCEH Committee, and reviewed and provided comments to the Interim Compensation Order.  During the Compensation Period, Morrison & Foerster also prepared and filed the Monthly Fee Statements and reviewed and prepared summaries of monthly fee statements filed by the Debtors' professionals.  Morrison & Foerster also prepared a proposed order regarding the first interim fee application and coordinated with other TCEH Committee professionals in connection with approval of their fees.

32.    During the Compensation Period, Morrison & Foerster also reviewed and analyzed the retention applications for the new independent advisors for EFCH/TCEH and its subsidiaries, Munger, Tolles & Olsen and Greenhill & Co. ("**Greenhill**").  Specifically, Morrison & Foerster analyzed the retention application and compensation structure sought by Greenhill as independent financial advisor to TCEH, and began negotiations regarding the transaction fee contained in the Greenhill engagement letter.

K.    Employment and Fee Application Objections – 012

Fees: $35,753.50; Total Hours: 46.2

33.    During the Compensation Period, Morrison & Foerster reviewed and analyzed the

U.S. Trustee's objection to the Debtors' retention of PriceWaterhouse Coopers.

L.    Financing and Cash Collateral – 013

Fees: $39,579.50; Total Hours: 51.1

34.    In June 2014, TCEH obtained Court authority to enter into a $4.475 billion

debtor-in-possession facility (the "**TCEH DIP**") and EFIH sought authority to enter into a $5.4

billion debtor-in-possession facility (the "**EFIH DIP**").   TCEH also obtained approval to

continue using use of cash collateral under the prepetition First Lien Credit Agreement (as

defined in the final cash collateral order [Docket No. 855] (the "**Final Cash Collateral Order**"))

(together with the motions seeking approval of the TCEH DIP and EFIH DIP, the "**DIP and**

**Cash Collateral Motions**").   During the Compensation Period, Morrison & Foerster continued

to review the DIP and Cash Collateral Orders and the underlying facilities to analyze the impact

on unsecured creditors.   Morrison & Foerster also spent time during the Compensation Period

analyzing the respective interests of creditor constituencies based upon, among other things, the

existing intercreditor agreements between and among the Debtors' several creditors.

M.    Other Litigation – 014

Fees: $88,689.00; Total Hours: 144.8

35.    This category includes time spent by Morrison & Foerster relating to, among

other things, the EFIH first and second lien makewhole litigations, the litigation with the EFIH

unsecured noteholders regarding the entitlement to payment for a redemption premium (together,

the "**Makewhole Litigations**") and the appeal of the Court's order approving the EFIH first lien

makewhole settlement.   During the Compensation Period, Morrison & Foerster considered the

13

implications of the Makewhole Litigations on the TCEH Debtors and analyzed the arguments set forth by the parties. In addition, Morrison & Foerster considered the legal arguments made by Debtors and the EFIH first and second lien trustees, and conducted legal research regarding recent case law developments in this area.

N.     <u>Meetings and Communications with Creditors – 015</u>

        Fees: $628,886.50; Total Hours: 728.3

36.     This category includes time spent by Morrison & Foerster relating to TCEH Committee matters, in-person meetings and weekly conference calls with the TCEH Committee as a whole, with individual TCEH Committee members, and with other creditor groups and their representatives. Morrison & Foerster coordinates with the TCEH Committee's other advisors to address all of the TCEH Committee's activities, including attending to member concerns and setting agendas for TCEH Committee conference calls and meetings. During the Compensation Period, Morrison & Foerster held numerous regularly scheduled conference calls and meetings with the full TCEH Committee and its advisors related to the various issues permeating the case. Given the level of activity in these Chapter 11 Cases to date, these TCEH Committee meetings and calls required extensive preparation by Morrison & Foerster. During the Compensation Period, Morrison & Foerster also had numerous conference calls with individual TCEH Committee members, the TCEH Committee co-chairpersons, as well as conference calls with FTI and Lazard in preparation for TCEH Committee meetings and TCEH Committee calls.

37.     During TCEH Committee calls, Morrison & Foerster discussed key case matters with the full TCEH Committee and its advisors. Prior to such meetings, Morrison & Foerster attorneys reviewed pending matters requiring the TCEH Committee's attention and underlying documentation in connection therewith and coordinated advice with FTI and Lazard. Thereafter, Morrison & Foerster discussed each of these matters with the TCEH Committee, as well as

14

individual TCEH Committee members, and assisted the TCEH Committee in formulating a position with respect to each matter. Morrison & Foerster also prepared and presented comprehensive presentations to the TCEH Committee and the independent legal and financial advisor to EFCH/TCEH and their subsidiaries with respect to various matters during the Compensation Period. In addition, during the Compensation Period, Morrison & Foerster provided TCEH Committee members with frequent (and sometimes daily) case update emails to provide TCEH Committee members with up-to-date information regarding the status of case issues and any new pleadings or issues that may arise between TCEH Committee meetings or TCEH Committee calls.

  O. Non-Working Travel – 016

    Fees: $50,659.00; Total Hours: 57.7

38. This category includes time spent by Morrison & Foerster in non-working travel while representing the TCEH Committee. Morrison & Foerster billed one-half of the total non-working travel time.

  P. Plan and Disclosure Statement – 017

    Fees: $92,791.50; Total Hours: 106.3

39. This category includes time spent by Morrison & Foerster during the Compensation Period considering plan structures and conducting legal research regarding plan alternatives. Consistent with the Bidding Procedures Ruling, Morrison & Foerster also spent time coordinating plan meetings and engaging in preliminary plan discussions with the Debtors and other stakeholders.

40. In addition, on July 23, 2014, the Debtors filed a motion seeking to extend their exclusive periods for filing and soliciting acceptances of a proposed chapter 11 plan by a period of 180 days [Docket No. 1683] (the "**Exclusivity Motion**"). Morrison & Foerster evaluated the

15

Debtors' proposed extension of exclusivity in the context of these cases, and filed a statement on behalf of the TCEH Committee in support of the Debtors' Exclusivity Motion on September 15, 2014.

Q.    <u>Relief from Stay and Adequate Protection – 019</u>

Fees: $2,146.50; Total Hours: 2.7

41.    During the Compensation Period, Morrison & Foerster reviewed and analyzed a stipulation between the Debtors and FPL Energy Pecos Wind I, LP, FPL Energy Pecos Wind II, LP, and NWP Indian Mesa Wind Farm, L.P. regarding relief from the automatic stay.

R.    <u>Tax – 021</u>

Fees: $1,353,319.50; Total Hours: 1,910.9

42.    As the Court is aware, tax considerations play a central part in these Chapter 11 Cases.  As a result, Morrison & Foerster has spent a substantial amount of time during the Compensation Period reviewing the various tax matters related to the Chapter 11 Cases and the Debtors' current tax positions.  Such tasks included, among other things: reviewing and analyzing the Debtors' 2007 tax memorandum and tax settlement motion; reviewing, analyzing, and summarizing the Competitive Tax Allocation Agreement (the "**Competitive TSA**"); researching and assessing issues involving the IRS as a creditor; researching, analyzing, and summarizing research on potential claims arising from the Competitive TSA; assessing the impact of the Bidding Procedures Motion on tax and restructuring alternatives; and drafting and revising several tax diligence requests.  Morrison & Foerster also spent significant time reviewing and analyzing the Debtors' Omnibus Tax Memorandum [Docket No. 2296] and preparing a draft response to same.

43.    During the Compensation Period, Morrison & Foerster also participated in weekly update calls with the Debtors' tax professionals regarding tax matters.  The weekly calls with the

Debtors and their professionals are critical for Morrison & Foerster to understand the Debtors' tax position and the evolving tax landscape. Morrison & Foerster also regularly coordinates discussions with other TCEH Committee professionals and individual TCEH Committee members regarding critical tax considerations and their implications on the Debtors' restructuring efforts.

S.    Valuation – 022

Fees: $2,067.00; Total Hours: 2.0

44.    This category includes all matters related to valuation and the impact of recent economic developments on the Debtors' value on recoveries for TCEH unsecured creditors.

T.    Discovery – 023

Fees: $2,307,132.00; Total Hours: 3,873.4

45.    This category includes time spent by Morrison & Foerster engaging in all aspects of the discovery process during the Compensation Period, including drafting and serving document demands, preparing for and attending depositions, conducting legal research associated with formal and informal discovery, and tracking and reviewing the discovery obtained from various parties since the commencement of these Chapter 11 Cases.

46.    In particular, Morrison & Foerster conducted formal discovery during the Compensation Period with respect to the Bidding Procedures Motion and continued its expansive investigation regarding potential legacy claims. As part of these efforts, Morrison & Foerster reviewed several hundred thousand documents produced by the Debtors and other parties in interest in connection with these matters. The TCEH Committee's broad discovery necessitated careful internal coordination and meetings with FTI and Lazard to discuss a concurrent legal and financial strategy and an analysis of documents to support the TCEH Committee's investigation.

Morrison & Foerster met and conferred with numerous parties during all stages of the discovery process to resolve discovery disputes without Court intervention.

U.    Hearings – 024

Fees: $291,302.50; Total Hours: 328.0

47.    During the Compensation Period, the Court held 11 hearings with respect to a wide variety of issues related to these cases, in addition to a number of conferences (both in-court and telephonic) on specific issues raised during contested matters.  Morrison & Foerster spent a significant amount of time preparing for and participating in each of the hearings held during the Compensation Period.  Morrison & Foerster also spent a significant amount of time negotiating with the Debtors and various other parties in attempting to resolve the TCEH Committee's concerns in advance of these hearings in an effort to shorten the duration of hearings.

V.    Claims Investigation – 026

Fees: $1,680,531.00; Total Hours: 2,361.1

48.    This category includes time spent by Morrison & Foerster analyzing and investigating potential claims that may be brought by the TCEH Committee on behalf of the TCEH Debtor estates against affiliates and/or third parties.  During the Compensation Period, Morrison & Foerster undertook a thorough investigation of potential claims that required professionals to conducted numerous tasks, including: preparation of detailed legal memoranda of the potential claims and related legal considerations, conducting significant legal and factual research with respect to potential legal questions associated with the claims, reviewing and summarizing voluminous public documents and documents produced to the TCEH Committee that describe numerous transactions undertaken by the Debtors, and creating internal presentations summarizing potential claims.

18

49.     In connection with the claims investigation, Morrison & Foerster worked with FTI and Lazard to obtain from the Debtors the diligence materials necessary to determine the intercompany claims that may be asserted.  In that regard, Morrison & Foerster reviewed and analyzed presentations prepared by FTI and Lazard and, as necessary, provided comments and advice with respect to legal issues identified therein.  In addition, Morrison & Foerster hosted and coordinated numerous internal meetings and meetings with FTI and Lazard to discuss intercompany claims strategies and the status of the investigations.  These nearly weekly calls are necessary for the TCEH Committee professionals to keep the TCEH Committee updated with respect to the potential claims that may be asserted for the benefit of unsecured creditors.

W.      First Lien Investigation – 027[4]

Fees: $678,307.50; Total Hours: 999.6

50.     Pursuant to the Final Cash Collateral Order, the TCEH Committee has a certain period of time within which it can challenge the TCEH Debtors' Stipulations (as defined in the Final Cash Collateral Order) and the liens securing the First Lien Facilities (as defined in the Final Cash Collateral Order) and the Prepetition First Lien Obligations (as defined in the Final Cash Collateral Order).  Accordingly, the TCEH Committee continued its review of the collateral packages of the relevant facilities, including a review of UCC financing statements, collateral documents, and related materials. During the Compensation Period, Morrison & Foerster also researched legal matters raised by a potential challenge of the liens granted as part of the First Lien Facilities or the Prepetition First Lien Obligations and spent a significant

---

[4] Consistent with the *Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and for Reimbursement of Expenses* [Docket No. 3148], in recognition of paragraph 16 of the *Final Order (A) Authorizing Use of Cash Collateral for Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates, (B) Granting Adequate Protection and (C) Modifying the Automatic Stay* [Docket No. 855], Morrison & Foerster is seeking approval of it fees incurred as part of the First Lien Investigation but has agreed that the Debtors shall not pay those fees without further order of the Court.  For the avoidance of doubt, all parties' rights to object to the final allowance or payment of such fees are fully reserved.

amount of time researching and drafting a standing motion and related complaint.  As there has been an ongoing review of the rolling production of millions of pages of documents being produced by the Debtors and other parties in interest, the standing motion, complaint and underlying analyses were updated over time.

      X.      <u>Other Motions – 029</u>

      Fees: $134,818.00; Total Hours: 191.9

51.      This category includes time spent reviewing, analyzing, and summarizing other motions filed by the Debtors and other parties in these cases.  During the Compensation Period, Morrison & Foerster reviewed and provided recommendations to the TCEH Committee with respect to the legal and financial aspects of the following motions, among others: (a) the Debtors' motion to approve capital investment and purchases procedures, (b) the Debtors' motion to withdraw from the Comanche Peak joint venture agreement, (c) the Debtors' motion regarding the rejection of the Brazos energy contract, (d) the Debtors' motion to approve a tax settlement adjustment with the IRS, and (e) the Debtors' motion to enter into a claims stipulation with creditor ADA Carbon.  Morrison & Foerster also spent a significant amount of time preparing the TCEH Committee's 1102 motion and negotiating changes to the proposed order with the U.S. Trustee and creditor groups.

      Y.      <u>Schedules and Statements – 030</u>

      Fees: $4,554.50; Total Hours: 6.4

52.      This category includes time spent reviewing, analyzing, and summarizing the Debtors' schedules of assets and liabilities and statements of financial affairs.  During the Compensation Period, Morrison & Foerster, in conjunction with FTI, continued their review of the Debtors' amended schedules.

Z.    Insurance – 031

Fees: $18,249.50; Total Hours: 21.8

53.    This category includes time spent reviewing and analyzing the Debtors' insurance policies and legal framework with respect to same.

AA.    Fee Objection Discussion and Litigation – 031

Fees: $5,686.00; Total Hours: 6.8

54.    This category includes time spent reviewing and analyzing communications with the Fee Committee regarding the first interim fee period and responding to questions raised in such communication.

## STATEMENT OF MORRISON & FOERSTER

55.    The foregoing professional services performed by Morrison & Foerster were appropriate and necessary to the effective administration of these Chapter 11 Cases. They were in the best interests of creditors, the Debtors' estate, and other parties-in-interest. Compensation for the foregoing services as requested is commensurate with the complexity, importance and nature of the problems, issues or tasks involved. The professional services were performed in an appropriately expeditious and efficient manner. In addition, Morrison & Foerster has made every effort to minimize its disbursements in these cases. The actual expenses incurred in providing professional services were absolutely necessary, reasonable, and justified under the circumstances to serve the needs of the TCEH Committee.

## THE REQUESTED COMPENSATION SHOULD BE ALLOWED

56.    The services for which Morrison & Foerster seeks compensation in this Application were, at the time rendered, necessary for, beneficial to, and in the best interests of, the TCEH Committee and the Debtors' estates. During the Compensation Period, Morrison &

21

Foerster worked diligently to maximize the value of the Debtors' estates for the benefit of all unsecured creditors. The services rendered by Morrison & Foerster were consistently performed in a timely manner commensurate with the complexity, importance, and nature of the issues involved. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by Morrison & Foerster is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

WHEREFORE, Morrison & Foerster respectfully requests that the Court enter an order (a) awarding Morrison & Foerster the interim allowance of (i) fees in the Compensation Period in the amount of $8,588,175.50, and (ii) reimbursement for actual and necessary expenses in the Compensation Period in the amount of $218,733.29, (b) that such sums be paid to Morrison & Foerster pursuant to the Interim Compensation Order, (c) and for such other and further relief as this Court may deem just and proper.

Dated: February 13, 2015
       New York, New York

/s/ Lorenzo Marinuzzi
**MORRISON & FOERSTER LLP**
James M. Peck
Brett H. Miller
Lorenzo Marinuzzi
Todd M. Goren
250 West 55th Street
New York, New York 10019-9601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
E-mail:       jpeck@mofo.com
              brettmiller@mofo.com
              lmarinuzzi@mofo.com
              tgoren@mofo.com

*Attorneys for The Official Committee of Unsecured Creditors*

ny-1171492