# EXHIBIT 2

## SUMMARY OF PROFESSIONALS

The Morrison & Foerster attorneys who rendered professional services in these cases during the Compensation Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Bell, Jeffery | Partner | 2001 | Corporate | $825.00 | 8.20 | $6,765.00 |
| Doufekias, Demme | Partner | 2004 | Litigation | $825.00 | 129.10 | $106,507.50 |
| Fioccola, David J. | Partner | 2000 | Litigation | $850.00 | 0.20 | $170.00 |
| Goren, Todd M. | Partner | 2003 | Business Restructuring & Insolvency | $825.00 | 559.20 | $461,340.00 |
| Hoffinger, Adam S. | Partner | 1983 | Litigation | $1,025.00 | 4.30 | $4,407.50 |
| Humphreys, Thomas A. | Partner | 1977 | Tax | $1,250.00 | 325.70 | $407,125.00 |
| Kerr, Charles L. | Partner | 1984 | Litigation | $1,050.00 | 472.50 | $496,125.00 |
| Lawrence, J. Alexander | Partner | 1996 | Litigation | $895.00 | 765.40 | $685,033.00 |
| Levitt, Jamie A. | Partner | 1992 | Litigation | $950.00 | 224.40 | $213,180.00 |
| Marinuzzi, Lorenzo | Partner | 1996 | Business Restructuring & Insolvency | $995.00 | 596.10 | $593,119.50 |
| McPherson, Mark David | Partner | 1997 | Litigation | $875.00 | 8.70 | $7,612.50 |
| Miller, Brett H. | Partner | 1992 | Business Restructuring & Insolvency | $1,050.00 | 305.10 | $320,355.00 |
| Peck, Geoffrey R. | Partner | 1999 | Finance | $825.00 | 46.10 | $38,032.50 |
| Reigersman, Remmelt A. | Partner | 2007 | Tax | $825.00 | 240.60 | $198,495.00 |
| Salerno, Robert A. | Partner | 1990 | Litigation | $850.00 | 3.50 | $2,975.00 |
| Shelley, Shane M. | Partner | 2005 | Tax | $745.00 | 2.10 | $1,564.50 |
| Abrams, Hanna | Associate | 2009 | Litigation | $695.00 | 210.90 | $146,575.50 |
| Alanis, Corinna J. | Associate | 2012 | Litigation | $485.00 | 290.50 | $140,892.50 |
| Arakawa, Chika | Associate | 2013 | Litigation | $415.00 | 32.00 | $13,280.00 |

1

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Arett, Jessica J. | Associate | 2014 | Business Restructuring & Insolvency | $415.00 | 86.40 | $35,856.00 |
| Bartel, Sara | Associate | 2014 | Litigation | $415.00 | 122.70 | $50,920.50 |
| Birkenfeld, Alexander I. | Associate | 2014 | Tax | $415.00 | 528.10 | $219,161.50 |
| Bonovich, Matt | Associate | 2007 | Financial Transactions | $610.00 | 1.50 | $1,087.50 |
| Bradley, Sara A. | Associate | 2013 | Litigation | $415.00 | 1.50 | $622.50 |
| Contreras, Andrea | Associate | 2012 | Litigation | $550.00 | 151.30 | $83,215.00 |
| Damast, Craig A. | Attorney | 1992 | Business Restructuring & Insolvency | $775.00 | 231.50 | $179,412.50 |
| David, Jeffrey M. | Associate | 2010 | Litigation | $610.00 | 19.10 | $11,651.00 |
| de Ruig, David N. | Associate | 2007 | Tax | $485.00 | 279.70 | $135,654.50 |
| Dort, Malcolm K. | Associate | 2011 | Litigation | $610.00 | 426.00 | $259,860.00 |
| Fang, Catherine | Associate | 2010 | Financial Transactions | $610.00 | 1.20 | $732.00 |
| Ference, Stephanie N. | Associate | 2014 | Corporate | $415.00 | 18.20 | $7,553.00 |
| Figueroa, Tiffani B. | Associate | 2014 | Litigation | $415.00 | 100.90 | $41,873.50 |
| Gizaw, Betre M. | Associate | 2011 | Litigation | $550.00 | 189.90 | $104,445.00 |
| Goett, David J. | Associate | 2012 | Tax | $550.00 | 101.80 | $55,990.00 |
| Grant, Christopher | Associate | 2012 | Corporate | $485.00 | 30.90 | $14,986.50 |
| Haney, Heather | Associate | 2011 | Financial Transactions | $550.00 | 37.80 | $20,790.00 |
| Harris, Daniel J. | Associate | 2008 | Business Restructuring & Insolvency | $695.00 | 760.70 | $528,686.50 |
| Hiensch, Kristin A. | Associate | 2006 | Business Restructuring & Insolvency | $735.00 | 48.30 | $35,500.50 |
| Hildbold, William M. | Associate | 2009 | Business Restructuring & Insolvency | $610.00 | 789.90 | $481,839.00 |
| Ho, Elizabeth C. | Associate | 2014 | Financial Transactions | $385.00 | 4.20 | $1,617.00 |
| Ho, Jonder | Associate | 2011 | Litigation | $550.00 | 32.90 | $18,095.00 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Hung, Shiukay | Associate | 2009 | Tax | $695.00 | 3.30 | $2,293.50 |
| Hunt, Adam J. | Associate | 2011 | Litigation | $610.00 | 45.30 | $27,633.00 |
| Johnston, Ian Andrew | Associate | 2013 | Litigation | $485.00 | 256.20 | $124,257.00 |
| Kalansky, Shai | Associate | 2009 | Corporate | $695.00 | 58.30 | $40,518.50 |
| Kwon, Kevin T. | Associate | 2012 | Litigation | $485.00 | 119.00 | $57,715.00 |
| Lau, Matthew Y. | Associate | 2010 | Tax | $655.00 | 59.90 | $39,234.50 |
| Lim, Clara | Associate | 2010 | Tax | $610.00 | 358.70 | $218,807.00 |
| Manlove, Kendall Lewis | Associate | 2014 | Litigation | $415.00 | 165.90 | $68,848.50 |
| Martin, Samantha | Associate | 2008 | Business Restructuring & Insolvency | $725.00 | 375.50 | $272,237.50 |
| Miyao, Klinton | Associate | 2009 | Litigation | $655.00 | 15.30 | $10,021.50 |
| Moloff, Leda A. | Associate | 2009 | Litigation | $655.00 | 128.40 | $84,102.00 |
| Perkowski, Jacob Josep | Associate | 2014 | Litigation | $415.00 | 161.80 | $67,147.00 |
| Petrovas, Sotirios | Associate | 2014 | Litigation | $415.00 | 0.20 | $83.00 |
| Richards, Erica J. | Associate | 2007 | Business Restructuring & Insolvency | $725.00 | $196.60 | $142,535.00 |
| Rothberg, Jonathan C. | Associate | 2008 | Litigation | $725.00 | 168.10 | $121,872.50 |
| Sigmon, Kirk | Associate | 2013 | Litigation | $415.00 | 132.90 | $55,153.50 |
| Sorrell, Michael R. | Associate | 2010 | Litigation | $610.00 | 116.80 | $71,248.00 |
| Tepfer, Cameron Andrew | Associate | 2014 | Litigation | $415.00 | 102.00 | $42,330.00 |
| Wang, Chenwei | Associate | 2011 | Litigation | $550.00 | 155.50 | $85,525.00 |
| Peck, James Michael | Senior Of Counsel | 1971 | Business Restructuring & Insolvency | $1,050.00 | 119.50 | $125,475.00 |
| Schaaf, Kathleen E. | Senior Of Counsel | 1978 | Business Restructuring & Insolvency | $850.00 | 35.10 | $29,835.00 |

3

ny-1171492

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Cupp, Susannah S. | Of Counsel | 2002 | Real Estate | $750.00 | $0.90 | $675.00 |
| Ferkin, Zori G. | Of Counsel | 1981 | Corporate Environment and Energy | $700.00 | 0.50 | $350.00 |
| Froelich, Edward L. | Of Counsel | 1994 | Tax | $850.00 | 4.40 | $3,740.00 |
| Hager, Melissa A. | Of Counsel | 1992 | Business Restructuring & Insolvency | $825.00 | 144.60 | $119,295.00 |
| Sadeghi, Kayvan B. | Of Counsel | 2004 | Litigation | $735.00 | 256.50 | $188,527.50 |
| Whitney, Craig B. | Of Counsel | 2001 | Litigation | $735.00 | 160.70 | $118,114.50 |
| Wishnew, Jordan A. | Of Counsel | 2002 | Business Restructuring & Insolvency | $750.00 | 290.30 | $217,725.00 |

The paraprofessionals of Morrison & Foerster who rendered professionals services in these cases during the Compensation Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Bergelson, Vadim | eDiscovery Project Manager | 5 years | Litigation | $295.00 | 117.60 | $34,692.00 |
| Chan, David | eDiscovery Analyst | 10 years | Litigation | $280.00 | 23.60 | $6,608.00 |
| Berger, Lesley D. | Senior Paralegal | 5 years | Corporate | $300.00 | $50.90 | $15,270.00 |
| Braun, Danielle Eileen | Paralegal | 1.5 years | Business Restructuring & Insolvency | $290.00 | 91.80 | $26,622.00 |
| Curtis, Michael E. | Senior Paralegal | 13.5 years | Litigation | $335.00 | 244.50 | $81,907.50 |
| Guido, Laura | Senior Paralegal | 7.5 years | Business Restructuring & Insolvency | $300.00 | 118.00 | $35,400.00 |
| Keener, Chris | eDiscovery Analyst | 1.5 years | Litigation | $270.00 | 2.80 | $756.00 |
| Kline, John T. | Senior Paralegal | 8 years | Business Restructuring & Insolvency | $320.00 | 13.00 | $4,160.00 |
| Murphy, Lauren Grady | Research Analyst | 5 months | Library | $215.00 | 1.60 | $344.00 |

4

5

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Negron, Jeffrey M. | Senior Paralegal | 1.5 years | Real Estate | $310.00 | 3.40 | $1,054.00 |
| Schoerner, Jeffrey M. | Research Analyst | 24 years | Library | $225.00 | 1.80 | $405.00 |
| Shackleton, Mary E. | Research Analyst | 4.5 years | Library | $225.00 | 0.80 | $180.00 |
| Tice, Susan A.T. | Senior Paralegal | 10 years | Litigation | $320.00 | 1.00 | $320.00 |
| Warnick, Russell W. | Paralegal | 7 years | Litigation | $275.00 | 5.00 | $1,375.00 |
| **Total Incurred:** | | | | | 12,497.10 | $8,677,496.50 |
| **Deferred Compensation from First Interim Fee Period:** | | | | | | $41,827.50 |
| **Less Client-Accommodation for Non-Working Travel:** | | | | | | $(25,329.50) |
| **Less Client-Accommodation for Time Entry Review:** | | | | | | $(90,689.50) |
| **Less Client-Accommodation for Transient Timekeepers:** | | | | | | $(15,129.50) |
| **Total Requested:** | | | | | | $8,588,175.50 |