## **EXHIBIT 3**

**SUMMARY OF EXPENSES**

ny-1171492

| Expense Category | Total Expenses |
|---|---:|
| Air Freight | $81.18 |
| Business Meals | $5,653.42 |
| Color Copies | $2,857.10 |
| Court Filing Service | $1,425.00 |
| EDiscovery Fees | $64,292.39 |
| Filing Fees | $145.00 |
| Court Call Fees | $93.00 |
| Meals | $1,510.59 |
| On-line Legal Research (Lexis) | $52,055.47 |
| On-line Legal Research (Other Database) | $1,776.57 |
| On-line Research (Other Database) | $16.94 |
| On-line Research (Westlaw) | $62,635.21 |
| Photocopies | $868.70 |
| Reporting Fees | $6,819.45 |
| Search Fees | $3,775.10 |
| Transportation | $2,903.73 |
| Travel | $11,616.24 |
| Travel Meals | $208.20 |
| **Total:** | **$218,733.29** |