**EXHIBIT 3-A**

**EXPENSE DETAIL**

**September 2014**

**MORRISON | FOERSTER**

P.O. BOX 742335
LOS ANGELES
CALIFORNIA 90074-2335

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON D.C.,
DENVER, NORTHERN VIRGINIA,
SACRAMENTO

TOKYO, BEIJING, SHANGHAI,
HONG KONG, SINGAPORE

LONDON, BRUSSELS, BERLIN

Paul Keglevic
Energy Future Holdings Corp.
1601 Bryan Street
Dallas, Texas  75201

**Taxpayer ID #**
Invoice Number: 5386988
Invoice Date: November 18, 2014

Client/Matter Number: 073697-0000001

Matter Name:   BANKRUPTCY OF ENERGY FUTURE HOLDINGS

**RE:**   BANKRUPTCY OF ENERGY FUTURE HOLDINGS

*Disbursements Incurred through September 30, 2014*

|  | U.S.Dollars |
|---|---:|
| Current Disbursements | 35,399.50 |
| **Total This Invoice** | **35,399.50** |

**Payment may be made by Electronic Funds transfer to the firm's account**

# MORRISON | FOERSTER

073697-0000001  Invoice Number: 5386988
BANKRUPTCY OF ENERGY FUTURE HOLDINGS  Invoice Date: November 18, 2014

## Disbursement Detail

| Date | Description | Value |
|---|---|---:|
| 30-Sep-2014 | Photocopies | 131.70 |
| 30-Sep-2014 | Color Copies | 255.10 |
| 30-Sep-2014 | On-line Research - LEXIS | 18,857.51 |
| 30-Sep-2014 | On-line Research - WESTLAW | 13,655.95 |
| 05-Sep-2014 | Travel, train, D. Harris, travel to/from Delaware for hearing, 9/5/14 | 284.00 |
| 05-Sep-2014 | Travel, parking, train station, D. Harris, 9/5/14 | 21.00 |
| 07-Sep-2014 | Local travel, parking, J. Wishnew 9/7/14 (weekend) | 18.00 |
| 11-Sep-2014 | Travel, train, A. Hoffinger, travel to/from New York (from Washington D.C) for meeting, 9/11/14 | 312.00 |
| 13-Sep-2014 | Local travel, taxi/car service, D. Harris, 9/12/14, 9:58PM | 81.79 |
| 15-Sep-2014 | Travel, train, W. Hildbold, travel to/from Delaware for hearing, 9/16/14 | 348.00 |
| 15-Sep-2014 | Travel agency fee, B. Miller, travel to/from Delaware for hearing, 9/16/14 | 7.00 |
| 15-Sep-2014 | Travel, train, B. Miller, travel to/from Delaware for hearing, 9/16/14 | 348.00 |
| 16-Sep-2014 | Travel, train, L. Marinuzzi, travel to/from Delaware for hearing, 9/16/14 | 348.00 |
| 03-Sep-2014 | Local meals, A. Birkenfeld, 9/3/14, 8:27PM | 14.68 |
| 09-Sep-2014 | Local meals, A. Birkenfeld, 9/9/14, 8:06PM | 15.15 |
| 11-Sep-2014 | Local meals, A. Birkenfeld, 9/11/14, 8:19PM | 15.15 |
| 14-Sep-2014 | Local meals, M. Dort, 9/11/14, 7:06PM | 20.00 |
| 14-Sep-2014 | Local meals, M. Dort, 9/12/14, 6:26PM | 18.88 |
| 14-Sep-2014 | Local meals, D. Harris, 9/12/14, 8:07PM | 13.55 |
| 14-Sep-2014 | Local meals, W. Hildbold, 9/12/14, 8:07PM | 13.55 |
| 14-Sep-2014 | Local meals, A. Lawrence, 9/13/14 (weekend) | 20.00 |
| 14-Sep-2014 | Local meals, D. de Ruig, 9/2/14, 6:42PM | 20.00 |
| 14-Sep-2014 | Local meals, A. Lawrence, 9/4/14, 6:28PM | 20.00 |
| 14-Sep-2014 | Local meals, A. Lawrence, 9/5/14, 6:21PM | 20.00 |
| 14-Sep-2014 | Local meals, C. Tepfer, 9/9/14, 6:39PM | 16.09 |
| 14-Sep-2014 | Local meals, M. Dort, 9/9/14, 7:14PM | 19.71 |
| 14-Sep-2014 | Local meals, A. Lawrence, 9/9/14, 8:42PM | 20.00 |
| 14-Sep-2014 | Local meals, S. Martin, 9/10/14, 6:49PM | 20.00 |
| 14-Sep-2014 | Local meals, W. Hildbold, 9/10/14, 7:22PM | 20.00 |
| 20-Sep-2014 | Local meals, A. Birkenfeld, 9/20/14 (weekend) | 9.75 |
| 03-Sep-2014 | Local travel, taxi/car service, A. Birkenfeld, 9/3/14, 10:08PM | 8.50 |
| 03-Sep-2014 | Local travel, taxi/car service, D. de Ruig, 9/3/14, 10:13PM | 26.01 |
| 03-Sep-2014 | Local travel, taxi/car service, K. Sadeghi, 8/25/14, 11:12 PM | 123.63 |
| 03-Sep-2014 | Local travel, taxi/car service, K. Sadeghi, 8/26/14, 10:20PM | 123.63 |
| 08-Sep-2014 | Local travel, taxi/car service, C. Tepfer, 8/18/14, 11:15PM | 60.70 |
| 08-Sep-2014 | Local travel, taxi/car service, A. Birkenfeld, 9/8/14, 11:54PM | 8.10 |
| 09-Sep-2014 | Local travel, taxi/car service, A. Birkenfeld, 9/9/14, 10:13PM | 8.40 |
| 10-Sep-2014 | Local travel, taxi/car service, A. Birkenfeld, 9/10/14, 9:11PM | 9.00 |
| 11-Sep-2014 | Local travel, taxi/car service, A. Birkenfeld, 9/11/14, 9:06PM | 8.10 |
| 13-Sep-2014 | Local travel, taxi/car service, A. Lawrence, 9/13/14, 10:17PM | 24.00 |
| 14-Sep-2014 | Local travel, taxi/car service, W. Hildbold, 9/14/14 (weekend) | 9.00 |
| 16-Sep-2014 | Local travel, taxi/car service, W. Hildbold, 9/13/14 (weekend) | 25.87 |
| | Total Disbursements | 35,399.50 |

**Total This Invoice**    USD    **2,123,226.00**

2

**October 2014**

**MORRISON | FOERSTER**

P O BOX 742335
LOS ANGELES
CALIFORNIA 90074-2335

TELEPHONE: 415 268 7000
FACSIMILE: 415 268 7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON D.C.,
DENVER, NORTHERN VIRGINIA,
SACRAMENTO

TOKYO, BEIJING, SHANGHAI,
HONG KONG, SINGAPORE

LONDON, BRUSSELS, BERLIN

Paul Keglevic
Energy Future Holdings Corp.
1601 Bryan Street
Dallas, Texas 75201

Invoice Number: 5389453
Invoice Date: November 25, 2014

Client/Matter Number: 073697-0000001

Matter Name: BANKRUPTCY OF ENERGY FUTURE HOLDINGS

RE:   BANKRUPTCY OF ENERGY FUTURE HOLDINGS

For Professional Services Rendered and Disbursements Incurred through October 31, 2014

|  | U.S. Dollars |
|---|---:|
| Current Disbursements | 65,115.61 |
| **Total This Invoice** | 65,115.61 |

**MORRISON | FOERSTER**

073697-0000001  
BANKRUPTCY OF ENERGY FUTURE HOLDINGS

Invoice Number: 5389453  
Invoice Date: November 25, 2014

## Disbursement Detail

| Date | Description | Value |
|---|---|---:|
| 31-Oct-2014 | Photocopies | 694.40 |
| 31-Oct-2014 | Color Copies | 1,792.00 |
| 31-Oct-2014 | Air Freight | 81.18 |
| 31-Oct-2014 | On-line Research - LEXIS | 11,438.75 |
| 31-Oct-2014 | On-line Research - WESTLAW | 14,841.13 |
| 31-Oct-2014 | On-line Research - OTHER DATABASE | 1,455.87 |
| 13-Oct-2014 | Reporting Fees TSG REPORTING, INC., CASE: In Re Energy Future Holdings Corporation, et al.  Date: 10/03/2014 | 2,145.05 |
| 15-Oct-2014 | Reporting Fees VERITEXT/NEW YORK REPORTING COMPANY LLC, Exhibits - Linked ( SBF, PTZ, LEF ) | 25.00 |
| 24-Oct-2014 | Reporting Fees TSG REPORTING, INC., CASE: In Re Energy Future Holdings Corporation, et al. 10/08/2014 | 3,183.20 |
| 24-Oct-2014 | Reporting Fees TSG REPORTING, INC., Certified Transcript - Immediate Delivery | 973.10 |
| 10-Oct-2014 | Search Fees CT LIEN SOLUTIONS, Filing fees. | 1,463.10 |
| 01-Oct-2014 | Local travel, taxi/car service, T. Goren, 10/1/14, 10:38PM | 140.00 |
| 08-Oct-2014 | Travel, train, L. Marinuzzi, travel to/from Delaware for hearing, 10/8/14 | 358.00 |
| 09-Oct-2014 | Travel, train, L. Marinuzzi, travel to/from Delaware for hearing, 10/9/14 | 358.00 |
| 09-Oct-2014 | Travel, taxi/car service, L. Marinuzzi, ground travel from Penn Station to Ferry, 10/9/14 | 13.00 |
| 09-Oct-2014 | Local travel, taxi/car service, R. Reigersman, 10/9/14, 9:58PM | 10.70 |
| 15-Oct-2014 | Travel agency fee, B. Miller, travel to/from Delaware for hearing, 10/17/14 | 7.00 |
| 15-Oct-2014 | Travel, train, B. Miller, travel to/from Delaware for hearing, 10/17/14 | 358.00 |
| 16-Oct-2014 | Travel, taxi/car service, C. Kerr, ground travel to train station for hearing in Delaware, 10/16/14 | 182.55 |
| 16-Oct-2014 | Travel, train, T. Goren, travel to/from Delaware for hearing, 10/16/14-10/17/14 | 365.00 |
| 16-Oct-2014 | Travel agency fee, T. Goren, travel to/from Delaware for hearing, 10/16/14-10/17/14 | 7.00 |
| 16-Oct-2014 | Travel, train, D. Harris, travel to/from Delaware for hearing, 10/16/14-10/17/14 | 372.00 |
| 16-Oct-2014 | Travel, train, C. Kerr, travel to Delaware for hearing, 10/16/14 | 186.00 |
| 16-Oct-2014 | Travel, hotel, C. Kerr, Hotel Dupont, one night stay in Delaware for hearing, 10/16/14 | 300.00 |
| 16-Oct-2014 | Travel, parking, train station, T. Goren, 10/16/14 | 42.00 |
| 16-Oct-2014 | Travel, hotel, T. Goren, Hotel DuPont, one night stay in Delaware for hearing, 10/16/14 | 300.00 |
| 16-Oct-2014 | Travel, hotel, D. Harris, Hotel DuPont, one night stay in Delaware for hearing, 10/16/14 | 300.00 |
| 16-Oct-2014 | Travel, parking, train station, D. Harris, 10/16/14 | 42.00 |
| 16-Oct-2014 | Travel, taxi/car service, D. Harris, in Delaware for hearing, 10/17/14 | 15.00 |
| 17-Oct-2014 | Travel, train, A. Lawrence, travel to/from Delaware for hearing, 10/17/14 | 290.00 |
| 17-Oct-2014 | Travel agency fee, A. Lawrence, change fee | 27.00 |
| 17-Oct-2014 | Travel, train, C. Kerr, travel from Delaware following hearing, 10/17/14 | 186.00 |
| 17-Oct-2014 | Travel agency fee, T. Goren, change fee | 27.00 |
| 17-Oct-2014 | Travel agency fee, B. Miller, travel to/from Delaware for hearing, 10/20/14 | 14.00 |
| 17-Oct-2014 | Travel, train, B. Miller, travel to/from Delaware for hearing, 10/20/14 | 179.00 |
| 17-Oct-2014 | Travel, taxi/car service, A. Lawrence, ground travel to train station for hearing in Delaware, 10/17/14 | 18.50 |
| 19-Oct-2014 | Travel, train, B. Miller, travel to/from Delaware for hearing, 10/20/14 | 179.00 |
| 19-Oct-2014 | Travel agency fee, B. Miller, travel to/from Delaware for hearing, 10/20/14 | 7.00 |
| 20-Oct-2014 | Travel, taxi/car service, C. Kerr, to train station for hearing in Delaware, 10/20/14 | 182.55 |
| 20-Oct-2014 | Travel, taxi/car service, T. Goren, ground travel in Delaware for hearing, 10/20/14 | 11.00 |
| 20-Oct-2014 | Travel, train, T. Goren, travel to Delaware for hearing, 10/20/14 | 186.00 |
| 20-Oct-2014 | Travel agency fee, T. Goren, travel to Delaware for hearing, 10/20/14 | 7.00 |
| 20-Oct-2014 | Travel, C. Kerr, one night stay at Hotel Westin in Delaware for hearing, 10/20/14 | 300.00 |

# MORRISON | FOERSTER

073697-0000001  
BANKRUPTCY OF ENERGY FUTURE HOLDINGS

Invoice Number: 5389453  
Invoice Date: November 25, 2014

| Date | Description | Value |
|---|---|---:|
| 20-Oct-2014 | Travel, taxi/car service, C. Kerr, ground travel in Delaware, 10/20/14 | 12.00 |
| 20-Oct-2014 | Travel, train, C. Kerr, travel to Delaware for hearing, 10/20/14 | 186.00 |
| 20-Oct-2014 | Travel, hotel, T. Goren, Hotel DuPont, one night stay in Delaware for hearing, 10/20/14 | 300.00 |
| 20-Oct-2014 | Travel, train, S. Martin, travel to/from Delaware for meeting with K&E, 10/20/14 | 292.00 |
| 20-Oct-2014 | Travel, parking, train station, D. Harris, 10/20/14 | 42.00 |
| 20-Oct-2014 | Travel, train, D. Harris, travel to/from Delaware for hearing, 10/20/14-10/21/14 | 365.00 |
| 20-Oct-2014 | Travel, hotel, D. Harris, Hotel DuPont, one night stay in Delaware for hearing, 10/20/14 | 300.00 |
| 20-Oct-2014 | Travel, train, J. Levitt, travel to/from Delaware for presentation, 10/20/14 | 285.00 |
| 20-Oct-2014 | Travel agency fee, J. Levitt, travel to/from Delaware for presentation, 10/20/14 | 7.00 |
| 20-Oct-2014 | Travel, taxi/car service, J. Levitt, ground travel from train station, 10/20/14 | 14.30 |
| 20-Oct-2014 | Travel, taxi/car service, A. Lawrence, ground travel to train station, 10/20/14 | 22.00 |
| 21-Oct-2014 | Travel, taxi/car service, D. Harris, ground travel in Delaware for hearing, 10/20/14 | 10.00 |
| 21-Oct-2014 | Travel, train, A. Lawrence, travel from Delaware following hearing, 10/21/14 | 186.00 |
| 21-Oct-2014 | Travel, train, C. Kerr, travel from Delaware following hearing, 10/21/14 | 186.00 |
| 21-Oct-2014 | Travel, hotel, A. Lawrence, Westin Hotel, one night stay in Delaware for hearing, 10/20/14 | 300.00 |
| 24-Oct-2014 | Travel agency fee, B. Miller, travel to/from Delaware for hearing, 10/27/14 | 7.00 |
| 24-Oct-2014 | Travel, train, B. Miller, travel to/from Delaware for hearing, 10/27/14 | 320.00 |
| 27-Oct-2014 | Travel, parking, train station, T. Goren, 10/27/14 | 21.00 |
| 27-Oct-2014 | Travel, taxi/car service, T. Goren, ground travel to train station, 10/27/14 | 10.00 |
| 27-Oct-2014 | Travel, taxi/car service, C. Kerr, ground travel to train station for hearing, 10/27/14 | 182.55 |
| 27-Oct-2014 | Travel, train, C. Kerr, travel to Delaware for hearing, 10/27/14 | 186.00 |
| 27-Oct-2014 | Travel, taxi/car service, C. Kerr, ground travel in Delaware for hearing, 10/27/14 | 9.00 |
| 27-Oct-2014 | Travel, train, C. Kerr, return travel from Delaware for hearing, 10/27/14 | 179.00 |
| 27-Oct-2014 | Travel, train, W. Hildbold, travel to/from Delaware for hearing, 10/27/14 | 372.00 |
| 27-Oct-2014 | Travel, taxi/car service, D. Harris, from court to train station, 10/27/14 | 10.00 |
| 27-Oct-2014 | Travel, parking, train station, D. Harris, 10/27/14 | 21.00 |
| 27-Oct-2014 | Travel, taxi/car service, A. Lawrence, ground travel to train station, 10/27/14 | 23.30 |
| 27-Oct-2014 | Travel, train, A. Lawrence, travel to/from Delaware for hearing, 10/27/14 | 334.00 |
| 28-Oct-2014 | Travel, taxi/car service, W. Hildbold, ground travel in Delaware for hearing, 10/28/14 | 18.00 |
| 08-Sep-2014 | Local meals, S. Martin, 9/8/14, 8:33PM | 8.57 |
| 15-Sep-2014 | Local meals, S. Martin, 9/15/14, 8:27PM | 20.00 |
| 20-Sep-2014 | Local meals, T. Humphreys, 9/20/14 (weekend) | 10.48 |
| 28-Sep-2014 | Local meals, A. Lawrence, 9/17/14, 6:58PM | 20.00 |
| 28-Sep-2014 | Local meals, A. Lawrence, 9/20/14, 5:08PM (weekend) | 14.41 |
| 28-Sep-2014 | Local meals, A. Lawrence, 9/21/14, 2:31PM (weekend) | 20.00 |
| 28-Sep-2014 | Local meals, A. Lawrence, 9/22/14, 7:07PM | 20.00 |
| 28-Sep-2014 | Local meals, A. Lawrence, 9/23/14, 7:08PM | 20.00 |
| 28-Sep-2014 | Local meals, A. Lawrence, 9/25/14, 7:06PM | 20.00 |
| 28-Sep-2014 | Local meals, A. Lawrence, 9/27/14, 7:06PM (weekend) | 20.00 |
| 28-Sep-2014 | Local meals, C. Tepfer, 9/15/14, 7:33PM | 20.00 |
| 28-Sep-2014 | Local meals, D. de Ruig, 9/16/14, 6:39PM | 20.00 |
| 29-Sep-2014 | Local meals, J. Arett, 9/29/14, 7:08PM | 4.24 |
| 12-Oct-2014 | Local meals, R. Reigersman, 10/9/14, 8:01PM | 20.00 |
| 12-Oct-2014 | Local meals, A. Lawrence, 10/10/14, 6:42PM | 20.00 |
| 12-Oct-2014 | Local meals, A. Lawrence, 9/30/14, 6:42PM | 20.00 |
| 12-Oct-2014 | Local meals, A. Lawrence, 10/1/14, 7:00PM | 20.00 |
| 12-Oct-2014 | Local meals, S. Martin, 10/1/14, 7:29PM | 20.00 |
| 12-Oct-2014 | Local meals, C. Tepfer, 10/1/14, 7:29PM | 14.41 |
| 12-Oct-2014 | Local meals, A. Lawrence, 10/2/14, 6:53PM | 20.00 |
| 12-Oct-2014 | Local meals, K. Sadeghi, 10/6/14, 7:29PM | 20.00 |
| 12-Oct-2014 | Local meals, A. Lawrence, 10/11/14, 1:27PM (weekend) | 20.00 |

# MORRISON | FOERSTER

073697-0000001  Invoice Number: 5389453
BANKRUPTCY OF ENERGY FUTURE HOLDINGS  Invoice Date: November 25, 2014

| Date | Description | Value |
|---|---|---|
| 12-Oct-2014 | Local meals, A. Lawrence, 10/12/14, 12:16PM (weekend) | 20.00 |
| 12-Oct-2014 | Local meals, K. Sadeghi, 9/29/14, 7:54PM | 20.00 |
| 12-Oct-2014 | Local meals, A. Lawrence, 10/9/14, 7:02PM | 20.00 |
| 12-Oct-2014 | Local meals, S. Martin, 10/9/14, 7:46PM | 20.00 |
| 26-Oct-2014 | Local meals, A. Lawrence, 10/21/14, 8:18PM | 20.00 |
| 26-Oct-2014 | Local meals, A. Lawrence, 10/22/14, 6:44PM | 20.00 |
| 26-Oct-2014 | Local meals, A. Lawrence, 10/19/14, 7:34PM (weekend) | 20.00 |
| 26-Oct-2014 | Local meals, M. Dort, 10/21/14, 7:23PM | 20.00 |
| 26-Oct-2014 | Local meals, A. Lawrence, 10/24/14, 6:45PM | 20.00 |
| 26-Oct-2014 | Local meals, W. Hildbold, 10/24/14, 7:17PM | 20.00 |
| 26-Oct-2014 | Local meals, A. Lawrence, 10/13/14, 7:13PM | 20.00 |
| 26-Oct-2014 | Local meals, A. Lawrence, 10/14/14, 7:30PM | 20.00 |
| 26-Oct-2014 | Local meals, J. Arett, 10/15/14, 8:37PM | 15.88 |
| 26-Oct-2014 | Local meals, A. Lawrence, 10/19/14, 11:31AM (weekend) | 20.00 |
| 28-Oct-2014 | Local meals, A. Birkenfeld, 10/28/14, 8:05PM | 15.58 |
| 30-Oct-2014 | Local meals, S. Martin, 10/30/14, 8:27PM | 10.94 |
| 03-Sep-2014 | Local travel, parking, C. Kerr, 9/3/14 | 23.00 |
| 05-Sep-2014 | Local travel, taxi/car service, M. Dort, 8/26/14, 11:41PM | 49.56 |
| 12-Sep-2014 | Local travel, taxi/car service, M. Dort, 9/5/14, 9:35PM | 68.50 |
| 14-Sep-2014 | Local travel, parking, C. Kerr, 9/14/14 | 23.00 |
| 16-Sep-2014 | Local travel, taxi/car service, C. Whitney, 9/16/14, 12:07AM | 41.84 |
| 19-Sep-2014 | Local travel, taxi/car service, M. Dort, 9/9/14, 10:33PM | 49.56 |
| 19-Sep-2014 | Local travel, taxi/car service, M. Dort, 9/12/14, 9:28PM | 59.59 |
| 19-Sep-2014 | Local travel, taxi/car service, C. Tepfer, 9/11/14, 12:37AM | 71.28 |
| 19-Sep-2014 | Local travel, taxi/car service, C. Tepfer, 9/9/14, 11:38PM | 60.70 |
| 23-Sep-2014 | Local travel, taxi/car service, W. Hildbold, 9/12/14, 10:37PM | 29.25 |
| 26-Sep-2014 | Local travel, taxi/car service, M. Dort, 9/9/14, 12:03AM | 49.56 |
| 30-Sep-2014 | Local travel, taxi/car service, W. Hildbold, 9/10/14, 9:01PM | 25.87 |
| 30-Sep-2014 | Local travel, taxi/car service, S. Martin, 9/30/14, 10:57PM | 21.54 |
| 01-Oct-2014 | Local travel, taxi/car service, S. Martin, 10/1/14, 10:55PM | 18.62 |
| 01-Oct-2014 | Local travel, parking, C. Kerr, 10/1/14 | 20.00 |
| 04-Oct-2014 | Local travel, parking, C. Kerr, 10/4/14 | 20.00 |
| 05-Oct-2014 | Local travel, parking, C. Kerr, 10/5/14 | 20.00 |
| 06-Oct-2014 | Local travel, parking, C. Kerr, 10/6/14 | 20.00 |
| 08-Oct-2014 | Local travel, parking, C. Kerr, 10/8/14 | 20.00 |
| 08-Oct-2014 | Local travel, taxi/car service, K. Sadeghi, 9/29/14, 10:18PM | 128.36 |
| 10-Oct-2014 | Local travel, taxi/car service, S. Martin, 10/10/14, 1:28AM | 19.04 |
| 10-Oct-2014 | Local travel, taxi/car service, C. Tepfer, 10/2/14, 12:03AM | 60.70 |
| 11-Oct-2014 | Local travel, parking, C. Kerr, 10/11/14 | 20.00 |
| 15-Oct-2014 | Local travel, parking, C. Kerr, 10/15/14 | 20.00 |
| 15-Oct-2014 | Local travel, taxi/car service, K. Sadeghi, 10/06/14, 11:29PM | 125.85 |
| 15-Oct-2014 | Local travel, taxi/car service, K. Sadeghi, 10/2/14, 12:20AM | 130.28 |
| 18-Oct-2014 | Local travel, parking, C. Kerr, 10/18/14 | 23.00 |
| 19-Oct-2014 | Local travel, parking, C. Kerr, 10/19/14 | 23.00 |
| 20-Oct-2014 | Local travel, taxi/car service, S. Martin, 10/20/14, 10:42PM | 23.41 |
| 22-Oct-2014 | Local travel, taxi/car service, K. Sadeghi, 10/10/14, 12:16AM | 128.62 |
| 22-Oct-2014 | Local travel, taxi/car service, W. Hildbold, 10/22/14, 10:37PM | 7.00 |
| 28-Oct-2014 | Local travel, taxi/car service, A. Birkenfeld, 10/28/14, 9:14PM | 8.75 |
| 28-Oct-2014 | Local travel, taxi/car service, W. Hildbold, 10/24/14, 10:48PM | 25.87 |
| 30-Sep-2014 | EDiscovery Fees IRIS DATA SERVICES, INC., eDiscovery support and Project management | 11,574.42 |
| 26-Sep-2014 | Court Filing Service D. Harris, Court Call | 93.00 |

# MORRISON | FOERSTER

073697-0000001  Invoice Number: 5389453
BANKRUPTCY OF ENERGY FUTURE HOLDINGS  Invoice Date: November 25, 2014

| Date | Description | Value |
|---|---|---:|
| 10-Oct-2014 | Court Filing Service W. Hildbold, Court Call | 226.00 |
| 14-Oct-2014 | Court Filing Service W. Hildbold, Court Call | 170.00 |
| 20-Oct-2014 | Court Filing Service W. Hildbold, Court Call | 275.00 |
| 22-Oct-2014 | Court Filing Service W. Hildbold, Court Call | 163.00 |
| 25-Oct-2014 | Court Filing Service W. Hildbold, Court Call | 212.00 |
| 30-Oct-2014 | Court Filing Service W. Hildbold, Court Call | 156.00 |
| 18-Sep-2014 | Business meals, 7 attendees, client meeting with B. Miller, 9/18/14 | 60.77 |
| 24-Sep-2014 | Business meals, 16 attendees, client meeting breakfast with B. Miller and T. Humphreys, 9/24/14 | 320.00 |
| 24-Sep-2014 | Business meals, 14 attendees, client meeting lunch with B. Miller, 9/24/14 | 280.00 |
| 28-Sep-2014 | Business meals, 9 attendees, dinner with S. Martin, 9/25/14 | 142.30 |
| 29-Sep-2014 | Business meals, 8 attendees, lunch with S. Martin, 9/29/14 | 160.00 |
| 30-Sep-2014 | Business meals, 15 attendees, client dinner with the Committee, 9/30/14 | 600.00 |
| 01-Oct-2014 | Business meals, 18 attendees, client meeting with B. Miller, 10/01/2014 | 360.00 |
| 01-Oct-2014 | Business meals, 18 attendees, client meeting with B. Miller, 10/01/2014 | 360.00 |
| 16-Oct-2014 | Business meals, 5 attendees, with C. Kerr, in Delaware for hearing, 10/16/14 | 200.00 |
| 22-Oct-2014 | Business meals, 10 attendees, client meeting with B. Miller, 10/22/2014 | 161.43 |
| 09-Oct-2014 | Travel meals, L. Marinuzzi breakfast, in Delaware for hearing, 10/9/14 | 26.00 |
| 16-Oct-2014 | Travel meals, T. Goren lunch, in Delaware for hearing, 10/16/14 | 5.22 |
| 16-Oct-2014 | Travel, taxi/car service, C. Kerr, in Delaware for hearing, 10/16/14 | 9.00 |
| 17-Oct-2014 | Travel meals, T. Goren breakfast, in Delaware for hearing, 10/17/14 | 26.00 |
| 17-Oct-2014 | Travel meals, A. Lawrence breakfast, in Delaware for hearing, 10/17/14 | 6.50 |
| 17-Oct-2014 | Travel meals, A. Lawrence lunch, in Delaware for hearing, 10/17/14 | 10.99 |
| 20-Oct-2014 | Travel meals, A. Lawrence breakfast, in Delaware for hearing, 10/20/14 | 5.55 |
| 20-Oct-2014 | Travel meals, J. Levitt dinner, in Delaware for hearing, 10/20/14 | 20.65 |
| 20-Oct-2014 | Travel meals, 2 attendees, dinner with T. Goren, in Delaware for hearing, 10/20/14 | 40.00 |
| 20-Oct-2014 | Travel meals, T. Goren breakfast, in Delaware for hearing, 10/20/14 | 4.90 |
| 21-Oct-2014 | Travel meals, T. Goren breakfast, in Delaware for hearing, 10/21/14 | 5.25 |
| 21-Oct-2014 | Travel meals, A. Lawrence breakfast, in Delaware for hearing, 10/21/14 | 3.30 |
| 21-Oct-2014 | Travel meals, A. Lawrence dinner, in Delaware for hearing, 10/21/14 | 14.67 |
| 27-Oct-2014 | Travel meals, A. Lawrence breakfast, traveling to Delaware for hearing, 10/27/14 | 9.88 |
| 27-Oct-2014 | Travel meals, A. Lawrence lunch, in Delaware for hearing, 10/27/14 | 10.50 |
| 27-Oct-2014 | Travel meals, T. Goren breakfast, traveling to Delaware for hearing, 10/27/14 | 3.62 |
| 27-Oct-2014 | Travel meals, J. Levitt dinner, in Delaware for presentation, 10/20/14 | 6.17 |
| | Total Disbursements | 65,115.61 |

5

**November 2014**

# MORRISON | FOERSTER

P O BOX 742335
LOS ANGELES
CALIFORNIA 90074-2335

TELEPHONE: 415 268 7000
FACSIMILE: 415 268 7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON D.C.,
DENVER, NORTHERN VIRGINIA,
SACRAMENTO

TOKYO, BEIJING, SHANGHAI,
HONG KONG, SINGAPORE

LONDON, BRUSSELS, BERLIN

Paul Keglevic
Energy Future Holdings Corp.
1601 Bryan Street
Dallas, Texas 75201

Invoice Number: 5404278
Invoice Date: January 30, 2015

Client/Matter Number: 073697-0000001

Matter Name: BANKRUPTCY OF ENERGY FUTURE HOLDINGS

RE: BANKRUPTCY OF ENERGY FUTURE HOLDINGS

*Disbursements Incurred through November 30, 2014*

|   | U.S. Dollars |
|---|---:|
| Current Disbursements | 75,958.76 |
| **Total Disbursements** | **75,958.76** |

MORRISON | FOERSTER

073697-0000001  
BANKRUPTCY OF ENERGY FUTURE HOLDINGS

Invoice Number: 5404278  
Invoice Date: January 30, 2015

## Disbursement Detail

| Date | Description | Value |
|---|---|---:|
| 30-Nov-2014 | Color Copies | 288.00 |
| 30-Nov-2014 | On-line Research - LEXIS | 12,221.86 |
| 30-Nov-2014 | On-line Research - WESTLAW | 28,061.81 |
| 17-Nov-2014 | Reporting Fees LEGALINK, INC., Transcripts and Interactive Realtime attended by C. Kerr | 493.10 |
| 20-Nov-2014 | Search Fees CT LIEN SOLUTIONS, Search fees | 2,312.00 |
| 03-Nov-2014 | Local meals, I. Johnston, 11/3/14, 8:21PM | 20.00 |
| 04-Nov-2014 | Local meals, I. Johnston, 11/4/14, 7:21PM | 20.00 |
| 09-Nov-2014 | Local meals, A. Lawrence, 10/27/14, 8:03PM | 20.00 |
| 09-Nov-2014 | Local meals, A. Lawrence, 10/28/14, 7:45PM | 20.00 |
| 09-Nov-2014 | Local meals, A. Lawrence, 10/29/14, 9:34PM | 20.00 |
| 09-Nov-2014 | Local meals, K. Sadeghi, 10/30/14, 7:45PM | 20.00 |
| 09-Nov-2014 | Local meals, A. Lawrence, 11/3/14, 7:57PM | 20.00 |
| 09-Nov-2014 | Local meals, K. Sadeghi, 11/4/14, 8:18PM | 20.00 |
| 10-Nov-2014 | Local meals, A. Birkenfeld, 11/10/14, 8:23PM | 18.41 |
| 11-Nov-2014 | Local meals, A. Birkenfeld, 11/11/14, 8:24PM | 18.52 |
| 13-Nov-2014 | Local meals, A. Birkenfeld, 11/13/14, 8:10PM | 16.85 |
| 22-Nov-2014 | Local meals, J. Arett, 11/22/14, 9:29PM (weekend) | 20.00 |
| 23-Nov-2014 | Local meals, A. Birkenfeld, 11/23/14, 1:31PM (weekend) | 16.13 |
| 23-Nov-2014 | Local meals, A. Lawrence, 11/22/14, 12:46PM (weekend) | 17.83 |
| 23-Nov-2014 | Local meals, A. Lawrence, 11/19/14, 10:42PM | 17.84 |
| 23-Nov-2014 | Local meals, A. Lawrence, 11/16/14, 11:28AM (weekend) | 20.00 |
| 24-Nov-2014 | Local meals, A. Birkenfeld, 11/24/14, 8:40PM | 13.00 |
| 25-Nov-2014 | Local meals, A. Birkenfeld, 11/25/14, 8:50PM | 16.30 |
| 17-Oct-2014 | Local travel, taxi/car service, C. Tepfer, 10/9/14, 11:57PM | 60.70 |
| 31-Oct-2014 | Local travel, taxi/car service, M. Dort, 10/20/14, 9:26PM | 92.25 |
| 04-Nov-2014 | Local travel, taxi/car service, V. Bergelson, 10/27/14, 10:17PM | 87.79 |
| 05-Nov-2014 | Local travel, taxi/car service, K. Sadeghi, 10/28/14, 10:03PM | 139.70 |
| 07-Nov-2014 | Local travel, taxi/car service, M. Dort, 10/21/14, 10:40PM | 87.89 |
| 11-Nov-2014 | Local travel, taxi/car service, D. Harris, 11/11/14, 9:03PM | 118.09 |
| 12-Nov-2014 | Local travel, taxi/car service, A. Birkenfeld, 11/12/14, 10:04PM | 8.30 |
| 12-Nov-2014 | Local travel, taxi/car service, K. Sadeghi, 11/4/14, 10:56PM | 116.42 |
| 13-Nov-2014 | Local travel, taxi/car service, A. Birkenfeld, 11/13/14, 9:20PM | 9.25 |
| 17-Nov-2014 | Local travel, taxi/car service, S. Martin, 11/17/14, 9:11PM | 23.10 |
| 17-Nov-2014 | Local travel, taxi/car service, J. Arett, 11/17/14, 10:10PM | 40.29 |
| 20-Nov-2014 | Local travel, taxi/car service, J. Arett, 11/20/14, 10:21PM | 44.04 |
| 24-Nov-2014 | Local travel, taxi/car service, A. Birkenfeld, 11/24/14, 9:59PM | 7.50 |
| 25-Nov-2014 | Local travel, taxi/car service, A. Birkenfeld, 11/25/14, 10:23PM | 8.60 |
| 31-Oct-2014 | EDiscovery Fees IRIS DATA SERVICES, INC., Data processing. Relativity database support and user fees. Project Management - October 2014 | 17,139.68 |
| 30-Nov-2014 | EDiscovery Fees IRIS DATA SERVICES, INC., IT Supplies & Services rendered through, eDiscovery support and Project management, hosting | 13,296.54 |
| 05-Nov-2014 | Court Filing Service, W. Hildbold, Court Call | 149.00 |
| 06-Nov-2014 | Business meals, 10 attendees, EFH meeting with B. Miller, 11/6/14 | 142.03 |
| 09-Nov-2014 | Business meals, 10 attendees, EFH meeting lunch with A. Lawrence, 11/3/14 | 153.56 |
| 10-Nov-2014 | Business meals, 8 attendees, Committee meeting with B. Miller, 11/10/14 | 153.64 |
| 23-Nov-2014 | Business meals, 12 attendees, EFH meeting dinner with B. Miller, 11/19/14 | 109.61 |

2

MORRISON | FOERSTER

073697-0000001  Invoice Number: 5404278
BANKRUPTCY OF ENERGY FUTURE HOLDINGS  Invoice Date: January 30, 2015

| Date | Description | Value |
|---|---|---|
| 23-Nov-2014 | Business meals, 10 attendees, EFH meeting dinner with B. Miller, 11/12/14 | 156.86 |
| 24-Nov-2014 | Business meals, 7 attendees, Committee call dinner with B. Miller, 11/24/14 | 102.27 |
| | Total Disbursements | 75,958.76 |

3

**December 2014**

**MORRISON | FOERSTER**

P.O. BOX 742335
LOS ANGELES
CALIFORNIA 90074-2335

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON D.C.,
DENVER, NORTHERN VIRGINIA,
SACRAMENTO

TOKYO, BEIJING, SHANGHAI,
HONG KONG, SINGAPORE

LONDON, BRUSSELS, BERLIN

Paul Keglevic
Energy Future Holdings Corp.
1601 Bryan Street
Dallas, Texas  75201

**Taxpayer ID #** ▮▮▮▮▮▮▮
Invoice Number: 5405904
Invoice Date: February 10, 2015

Client/Matter Number: 073697-0000001

Matter Name:  BANKRUPTCY OF ENERGY FUTURE HOLDINGS

**RE:**   BANKRUPTCY OF ENERGY FUTURE HOLDINGS

*Disbursements Incurred through December 31, 2014*

|  | U.S.Dollars |
|---|---:|
| Current Disbursements | 42,259.42 |
| **Total This Invoice** | **42,259.42** |

**Payment may be made by Electronic Funds transfer to the firm's account**

[redacted]

**MORRISON | FOERSTER**

073697-0000001  
BANKRUPTCY OF ENERGY FUTURE HOLDINGS

Invoice Number: 5405904  
Invoice Date: February 10, 2015

## Disbursement Detail

| Date | Description | Value |
|---|---|---:|
| 31-Dec-2014 | Photocopies | 42.60 |
| 31-Dec-2014 | Color Copies | 522.00 |
| 31-Dec-2014 | On-line Research - LEXIS | 9,537.35 |
| 31-Dec-2014 | On-line Research - WESTLAW | 6,076.32 |
| 31-Dec-2014 | On-line Research - OTHER DATABASE | 320.70 |
| 08-Dec-2014 | Filing Fees (NCR) NATIONAL CORPORATE RESEARCH, LTD., Certified Copy of All Charter Documents - Electronic | 145.00 |
| 18-Dec-2014 | Travel, train, L. Marinuzzi, to/from Delaware for status conference, 12/18/14 | 358.00 |
| 29-Dec-2014 | Travel, train, L. Marinuzzi, to/from Delaware for hearing, 12/29/14 | 320.00 |
| 02-Dec-2014 | Local meals, A. Birkenfeld, 12/2/14, 8:12PM | 14.21 |
| 04-Dec-2014 | Local meals, S. Martin, 12/4/14, 7:52PM | 20.00 |
| 08-Dec-2014 | Local meals, A. Birkenfeld, 12/8/14, 8:25PM | 15.22 |
| 09-Dec-2014 | Local meals, A. Birkenfeld, 12/9/14, 9:09PM | 17.43 |
| 21-Dec-2014 | Local meals, A. Lawrence, 12/14/14, 12:59PM (weekend) | 17.83 |
| 21-Dec-2014 | Local meals, A. Lawrence, 12/10/14, 7:50PM | 20.00 |
| 21-Dec-2014 | Local meals, K. Manlove, 12/12/14, 7:28PM | 20.00 |
| 21-Dec-2014 | Local meals, J. Perkowski, 12/8/14, 8:02PM | 20.00 |
| 21-Dec-2014 | Local meals, J. Perkowski, 12/9/14, 8:04PM | 20.00 |
| 21-Dec-2014 | Local meals, J. Perkowski, 12/12/14, 8:19PM | 20.00 |
| 25-Nov-2014 | Local travel, taxi/car service, S. Martin, 11/25/14, 10:01PM | 16.12 |
| 01-Dec-2014 | Local travel, taxi/car service, D. Harris, 12/1/14, 9:55PM | 87.30 |
| 02-Dec-2014 | Local travel, taxi/car service, S. Martin, 12/2/14, 10:25PM | 26.10 |
| 02-Dec-2014 | Local travel, taxi/car service, A. Birkenfeld, 12/2/14, 9:37PM | 8.75 |
| 03-Dec-2014 | Local travel, taxi/car service, S. Martin, 12/3/14, 11:20PM | 15.60 |
| 05-Dec-2014 | Local travel, taxi/car service, S. Martin, 12/5/14, 00:20AM | 18.75 |
| 08-Dec-2014 | Local travel, taxi/car service, A. Birkenfeld, 12/8/14, 9:48PM | 9.00 |
| 09-Dec-2014 | Local travel, taxi/car service, A. Birkenfeld, 12/9/14, 10:06PM | 7.50 |
| 31-Dec-2014 | EDiscovery Fees IRIS DATA SERVICES, INC., Project Management, processing, Storage & hosting, December 2014 | 22,281.75 |
| 29-Dec-2014 | Court Filing Service Daniel Harris, Court Call | 44.00 |
| 30-Dec-2014 | Court Filing Service Daniel Harris, Court Call | 30.00 |
| 03-Dec-2014 | Business meals, 7 attendees, TXU meeting with S. Martin, 12/3/14 | 110.65 |
| 04-Dec-2014 | Business meals, 30 attendees, client meeting with B. Miller, 12/4/14 | 510.30 |
| 04-Dec-2014 | Business meals, 40 attendees, client meeting with B. Miller, 12/4/14 | 800.00 |
| 06-Dec-2014 | Business meals, 7 attendees, client meeting with B. Miller, 11/24/14 | 140.00 |
| 08-Dec-2014 | Business meals, 8 attendees, TXU Committee call, 12/8/14 | 134.57 |
| 15-Dec-2014 | Business meals, 10 attendees, TXU Committee call, 12/15/14 | 200.00 |
| 18-Dec-2014 | Business meals, 10 attendees, EFH meeting, 12/18/14 | 118.07 |
| 22-Dec-2014 | Business meals, 10 attendees, TXU Committee meeting, 12/22/14 | 177.36 |
| 31-Dec-2014 | On-line Research - OTHER DATABASE 6375 IN RE: ENERGY FUTURE HOLDINGS 21 | 8.47 |
| 31-Dec-2014 | On-line Research - OTHER DATABASE 6400 CSC TRUST CO. OF DELAWARE V. ENERGY FUTURE HOLDI 21 | 8.47 |

|  | Total Disbursements | 42,259.42 |
|---|---|---:|
|  | **Total This Invoice** USD | **42,259.42** |

2