## EXHIBIT 4

## SUMMARY OF TIME BY CATEGORY

| PROJECT CATEGORY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 001 | Asset Analysis and Recovery | 1.40 | $1,050.00 |
| 002 | Asset Disposition | 556.00 | $474,128.00 |
| 003 | Assumption and Rejection of Leases and Contracts | 58.80 | $39,445.00 |
| 004 | Avoidance Action Analysis | 0.00 | $0.00 |
| 005 | Budgeting | 4.10 | $3,089.50 |
| 006 | Business Operations | 37.70 | $34,295.00 |
| 007 | Case Administration | 350.60 | $257,947.00 |
| 008 | Claims Administration and Objections | 19.10 | $14,812.50 |
| 009 | Corporate Governance and Board Matters | 117.50 | $90,540.50 |
| 010 | Employee Benefits and Pensions | 95.80 | $69,161.00 |
| 011 | Employment and Fee Applications | 305.00 | $187,865.50 |
| 012 | Employment and Fee Applications | 46.20 | $35,753.50 |
| 013 | Financing and Cash Collateral | 51.10 | $39,579.50 |
| 014 | Other Litigation | 144.80 | $88,689.00 |
| 015 | Meetings and Communications with Creditors | 728.30 | $628,886.50 |
| 016 | Non-Working Travel | 57.70 | $50,659.00 |
| 017 | Plan and Disclosure Statement | 106.30 | $92,791.50 |
| 018 | Real Estate | 0.00 | $0.00 |
| 019 | Relief from Stay and Adequate Protection | 2.70 | $2,146.50 |
| 020 | Reporting | 0.00 | $0.00 |
| 021 | Tax | 1,910.90 | $1,353,319.50 |
| 022 | Valuation | 2.00 | $2,067.00 |
| 023 | Discovery | 3,873.40 | $2,307,132.00 |
| 024 | Hearings | 328.00 | $291,302.50 |
| 025 | First and Second Day Motions | 0.00 | $0.00 |
| 026 | Claims Investigation | 2,361.10 | $1,680,531.00 |
| 027 | First Lien Investigation | 999.60 | $678,307.50 |
| 028 | Intercompany Claims | 0.00 | $0.00 |
| 029 | Other Motions/Applications | 191.90 | $134,818.00 |
| 030 | Schedules and Statements | 6.40 | $4,554.50 |
| 031 | Insurance | 21.80 | $18,249.50 |
| 032 | Time Entry Review | 112.10 | $90,689.50 |
| 033 | Fee Objection Discussion and Litigation | 6.80 | $5,686.00 |
| **Total Incurred:** | | 12,497.10 | $8,677,496.50 |
| **Deferred Fees from First Interim Fee Period:** | | | $41,827.50 |
| **Less Client-Accommodation for Non-Working Travel:** | | | $(25,329.50) |
| **Less Client-Accommodation for Time Entry Review:** | | | $(90,689.50) |
| **Less Client-Accommodation for Transient Timekeepers:** | | | $(15,129.50) |
| **Total Requested:** | | | $8,588,175.50 |

ny-1171492