# EXHIBIT 6

# BUDGET AND STAFFING PLANS FOR COMPENSATION PERIOD

**September 2014**

*In re Energy Future Holdings, Corp., et al.*  
*Case No. 14-10979 (CSS)*

**Morrison Foerster LLP**
**EXHIBIT C-1 - September 2014**

| Task Code | Project Category | Estimated Hours | Estimated Fees |
|---|---|---|---|
| 1 | Asset Analysis and Recovery | 5.00 | $ 4,000.00 |
| 2 | Asset Disposition | 100.00 | $ 65,000.00 |
| 3 | Assumption and Rejection of Leases and Contracts | 40.00 | $ 25,000.00 |
| 4 | Avoidance Action Analysis | 0.00 | $ - |
| 5 | Budgeting (Case) | 3.00 | $ 2,400.00 |
| 6 | Business Operations | 30.00 | $ 25,000.00 |
| 7 | Case Administration | 90.00 | $ 60,000.00 |
| 8 | Claims Administration and Objections | 0.00 | $ - |
| 9 | Corporate Governance and Board Matters | 10.00 | $ 5,000.00 |
| 10 | Employee Benefits and Pensions | 20.00 | $ 15,000.00 |
| 11 | Employment and Fee Applications | 70.00 | $ 45,000.00 |
| 12 | Employment and Fee Application Objections | 25.00 | $ 20,000.00 |
| 13 | Financing and Cash Collateral | 25.00 | $ 18,000.00 |
| 14 | Other Litigation | 40.00 | $ 30,000.00 |
| 15 | Meetings and Communications with Creditors | 260.00 | $ 200,000.00 |
| 16 | Non-Working Travel | 10.00 | $ 5,000.00 |
| 17 | Plan and Disclosure Statement | 20.00 | $ 15,000.00 |
| 18 | Real Estate | 0.00 | $ - |
| 19 | Relief from Stay and Adequate Protecction | 5.00 | $ 4,000.00 |
| 20 | Reporting | 0.00 | $ - |
| 21 | Tax | 600.00 | $ 480,000.00 |
| 22 | Valuation | 5.00 | $ 4,000.00 |
| 23 | Discovery | 600.00 | $ 420,000.00 |
| 24 | Hearings | 30.00 | $ 17,000.00 |
| 25 | First and Second Day Motions | 0.00 | $ - |
| 26 | Claims Invetigation | 650.00 | $ 500,000.00 |
| 27 | First Lien Investigation | 450.00 | $ 315,000.00 |
| 28 | Intercompany Claims | 5.00 | $ 4,000.00 |
| 29 | Other Motions/Applications | 40.00 | $ 30,000.00 |
| 30 | Schedules and Statements | 30.00 | $ 20,000.00 |
| 31 | Insurance | 0.00 | $ - |
| | **Totals:** | **3,163.00** | **$ 2,328,400.00** |

*In re Energy Future Holdings, Corp., et al.*  **Morrison Foerster LLP**
*Case No. 14-10979 (CSS)*  **EXHIBIT C-2 - September 2014**

| CATEGORY OF TIMEKEEPER | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE BUDGET PERIOD | AVERAGE HOURLY RATE |
|---|---|---|
| Sr./Equity Partner/Shareholder | 14 | $ 935.00 |
| Of Counsel | 8 | $ 800.00 |
| Sr. Associate (7 or more years since first admission) | 5 | $ 729.00 |
| Associate (4-6 years since first admission) | 10 | $ 636.00 |
| Jr. Associate (1- 3 years since first admission) | 16 | $ 475.00 |
| Staff Attorney | 1 | $ 775.00 |
| Paralegal | 7 | $ 310.00 |
| eDiscovery Project Manager | 1 | $ 295.00 |

*In re Energy Future Holdings, Corp., et al.*  
*Case No. 14-10979 (CSS)*

**Morrison Foerster LLP**
**EXHIBIT D-1 - September 2014**

| Task Code | Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|---|
| 1 | Asset Analysis and Recovery | 5.00 | $ 4,000.00 | 0.70 | $ 525.00 |
| 2 | Asset Disposition | 100.00 | $ 65,000.00 | 98.10 | $ 81,894.50 |
| 3 | Assumption and Rejection of Leases and Contracts | 40.00 | $ 25,000.00 | 33.50 | $ 21,822.00 |
| 4 | Avoidance Action Analysis | 0.00 | $ - | 0.00 | $ - |
| 5 | Budgeting (Case) | 3.00 | $ 2,400.00 | 0.00 | $ - |
| 6 | Business Operations | 30.00 | $ 25,000.00 | 28.20 | $ 24,912.00 |
| 7 | Case Administration | 90.00 | $ 60,000.00 | 85.30 | $ 64,860.50 |
| 8 | Claims Administration and Objections | 0.00 | $ - | 0.00 | $ - |
| 9 | Corporate Governance and Board Matters | 10.00 | $ 5,000.00 | 8.50 | $ 2,465.00 |
| 10 | Employee Benefits and Pensions | 20.00 | $ 15,000.00 | 13.60 | $ 9,964.50 |
| 11 | Employment and Fee Applications | 70.00 | $ 45,000.00 | 61.70 | $ 40,408.00 |
| 12 | Employment and Fee Application Objections | 25.00 | $ 20,000.00 | 42.00 | $ 33,629.00 |
| 13 | Financing and Cash Collateral | 25.00 | $ 18,000.00 | 48.10 | $ 37,651.00 |
| 14 | Other Litigation | 40.00 | $ 30,000.00 | 32.70 | $ 19,725.50 |
| 15 | Meetings and Communications with Creditors | 260.00 | $ 200,000.00 | 253.30 | $ 220,722.50 |
| 16 | Non-Working Travel | 10.00 | $ 5,000.00 | 3.00 | $ 1,830.00 |
| 17 | Plan and Disclosure Statement | 20.00 | $ 15,000.00 | 11.90 | $ 10,557.00 |
| 18 | Real Estate | 0.00 | $ - | 0.00 | $ - |
| 19 | Relief from Stay and Adequate Protecction | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 20 | Reporting | 0.00 | $ - | 0.00 | $ - |
| 21 | Tax | 600.00 | $ 480,000.00 | 509.10 | $ 361,975.00 |
| 22 | Valuation | 5.00 | $ 4,000.00 | 1.40 | $ 1,470.00 |
| 23 | Discovery | 600.00 | $ 420,000.00 | 613.30 | $ 406,936.50 |
| 24 | Hearings | 30.00 | $ 17,000.00 | 21.30 | $ 16,703.00 |
| 25 | First and Second Day Motions | 0.00 | $ - | 0.00 | $ - |
| 26 | Claims Investigation | 650.00 | $ 500,000.00 | 521.10 | $ 368,375.50 |
| 27 | First Lien Investigation | 450.00 | $ 315,000.00 | 457.70 | $ 330,054.50 |
| 28 | Intercompany Claims | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 29 | Other Motions/Applications | 40.00 | $ 30,000.00 | 37.70 | $ 27,706.00 |
| 30 | Schedules and Statements | 30.00 | $ 20,000.00 | 6.40 | $ 4,554.50 |
| 31 | Insurance | 0.00 | $ - | 0.00 | $ - |
| 32 | Time Entry Review | | | 40.60 | $ 33,617.00 |
| | **Totals:** | **3,163.00** | **$ 2,328,400.00** | **2,929.20** | **$ 2,122,358.50** |

**October 2014**

*In re Energy Future Holdings, Corp., et al.*  **Morrison Foerster LLP**
*Case No. 14-10979 (CSS)*  **EXHIBIT C-1 - October 2014**

| Task Code | Project Category | Estimated Hours | Estimated Fees |
|---|---|---:|---:|
| 1 | Asset Analysis and Recovery | 5.00 | $ 4,000.00 |
| 2 | Asset Disposition | 350.00 | $ 300,000.00 |
| 3 | Assumption and Rejection of Leases and Contracts | 20.00 | $ 15,000.00 |
| 4 | Avoidance Action Analysis | 0.00 | $ - |
| 5 | Budgeting (Case) | 3.00 | $ 2,400.00 |
| 6 | Business Operations | 10.00 | $ 8,000.00 |
| 7 | Case Administration | 150.00 | $ 100,000.00 |
| 8 | Claims Administration and Objections | 5.00 | $ 4,000.00 |
| 9 | Corporate Governance and Board Matters | 5.00 | $ 4,000.00 |
| 10 | Employee Benefits and Pensions | 20.00 | $ 15,000.00 |
| 11 | Employment and Fee Applications | 120.00 | $ 80,000.00 |
| 12 | Employment and Fee Application Objections | 0.00 | $ - |
| 13 | Financing and Cash Collateral | 5.00 | $ 4,000.00 |
| 14 | Other Litigation | 50.00 | $ 40,000.00 |
| 15 | Meetings and Communications with Creditors | 200.00 | $ 150,000.00 |
| 16 | Non-Working Travel | 50.00 | $ 25,000.00 |
| 17 | Plan and Disclosure Statement | 30.00 | $ 25,000.00 |
| 18 | Real Estate | 0.00 | $ - |
| 19 | Relief from Stay and Adequate Protecction | 0.00 | $ - |
| 20 | Reporting | 0.00 | $ - |
| 21 | Tax | 600.00 | $ 400,000.00 |
| 22 | Valuation | 5.00 | $ 4,000.00 |
| 23 | Discovery | 1,000.00 | $ 800,000.00 |
| 24 | Hearings | 300.00 | $ 275,000.00 |
| 25 | First and Second Day Motions | 0.00 | $ - |
| 26 | Claims Invetigation | 350.00 | $ 250,000.00 |
| 27 | First Lien Investigation | 500.00 | $ 350,000.00 |
| 28 | Intercompany Claims | 0.00 | $ - |
| 29 | Other Motions/Applications | 60.00 | $ 40,000.00 |
| 30 | Schedules and Statements | 0.00 | $ - |
| 31 | Insurance | 0.00 | $ - |
| | **Totals:** | **3,838.00** | **$ 2,895,400.00** |

*In re Energy Future Holdings, Corp., et al.*  **Morrison Foerster LLP**
*Case No. 14-10979 (CSS)*  **EXHIBIT C-2 - October 2014**

| CATEGORY OF TIMEKEEPER | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE BUDGET PERIOD | AVERAGE HOURLY RATE |
|---|---|---|
| Sr./Equity Partner/Shareholder | 13 | $ 941.00 |
| Of Counsel | 7 | $ 827.00 |
| Sr. Associate (7 or more years since first admission) | 3 | $ 725.00 |
| Associate (4-6 years since first admission) | 12 | $ 643.00 |
| Jr. Associate (1- 3 years since first admission) | 16 | $ 483.00 |
| Staff Attorney | 1 | $ 775.00 |
| Paralegal | 5 | $ 307.00 |
| eDiscovery Project Manager | 1 | $ 295.00 |

*In re Energy Future Holdings, Corp., et al.*  
*Case No. 14-10979 (CSS)*

**Morrison Foerster LLP**  
**EXHIBIT D-1 - October 2014**

| Task Code | Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|---|
| 1 | Asset Analysis and Recovery | 5.00 | $ 4,000.00 | 0.70 | $ 525.00 |
| 2 | Asset Disposition | 350.00 | $ 300,000.00 | 356.30 | $ 303,508.00 |
| 3 | Assumption and Rejection of Leases and Contracts | 20.00 | $ 15,000.00 | 16.50 | $ 10,554.00 |
| 4 | Avoidance Action Analysis | 0.00 | $ - | 0.00 | $ - |
| 5 | Budgeting (Case) | 3.00 | $ 2,400.00 | 0.00 | $ - |
| 6 | Business Operations | 10.00 | $ 8,000.00 | 5.40 | $ 5,549.00 |
| 7 | Case Administration | 150.00 | $ 100,000.00 | 113.10 | $ 82,578.50 |
| 8 | Claims Administration and Objections | 5.00 | $ 4,000.00 | 3.40 | $ 3,244.00 |
| 9 | Corporate Governance and Board Matters | 5.00 | $ 4,000.00 | 1.00 | $ 290.00 |
| 10 | Employee Benefits and Pensions | 20.00 | $ 15,000.00 | 12.80 | $ 9,146.50 |
| 11 | Employment and Fee Applications | 120.00 | $ 80,000.00 | 108.40 | $ 59,683.00 |
| 12 | Employment and Fee Application Objections | 0.00 | $ - | 0.00 | $ - |
| 13 | Financing and Cash Collateral | 5.00 | $ 4,000.00 | 1.10 | $ 330.00 |
| 14 | Other Litigation | 50.00 | $ 40,000.00 | 46.10 | $ 25,105.00 |
| 15 | Meetings and Communications with Creditors | 200.00 | $ 150,000.00 | 206.00 | $ 174,781.50 |
| 16 | Non-Working Travel | 50.00 | $ 25,000.00 | 46.50 | $ 40,670.00 |
| 17 | Plan and Disclosure Statement | 30.00 | $ 25,000.00 | 28.40 | $ 21,651.00 |
| 18 | Real Estate | 0.00 | $ - | 0.00 | $ - |
| 19 | Relief from Stay and Adequate Protection | 5.00 | $ - | 0.00 | $ - |
| 20 | Reporting | 0.00 | $ - | 0.00 | $ - |
| 21 | Tax | 600.00 | $ 400,000.00 | 576.20 | $ 377,681.00 |
| 22 | Valuation | 5.00 | $ 4,000.00 | 0.60 | $ 597.00 |
| 23 | Discovery | 1000.00 | $ 800,000.00 | 966.10 | $ 636,402.00 |
| 24 | Hearings | 300.00 | $ 275,000.00 | 288.20 | $ 259,303.50 |
| 25 | First and Second Day Motions | 0.00 | $ - | 0.00 | $ - |
| 26 | Claims Investigation | 350.00 | $ 250,000.00 | 331.20 | $ 242,389.50 |
| 27 | First Lien Investigation | 500.00 | $ 350,000.00 | 472.40 | $ 308,142.00 |
| 28 | Intercompany Claims | 0.00 | $ - | 0.00 | $ - |
| 29 | Other Motions/Applications | 60.00 | $ 40,000.00 | 59.50 | $ 40,988.50 |
| 30 | Schedules and Statements | 0.00 | $ - | 0.00 | $ - |
| 31 | Insurance | 0.00 | $ - | 0.00 | $ - |
| 32 | Time Entry Review | 0.00 | $ - | 35.60 | $ 33,617.00 |
| | **Totals:** | **3,843.00** | **$ 2,895,400.00** | **3,675.50** | **$ 2,636,736.00** |

**November 2014**

*In re Energy Future Holdings, Corp., et al.*  **Morrison Foerster LLP**
*Case No. 14-10979 (CSS)*  **EXHIBIT C-1 - November 2014**

| Task Code | Project Category | Estimated Hours | Estimated Fees |
|---|---|---|---|
| 1 | Asset Analysis and Recovery | 10.00 | $ 8,000.00 |
| 2 | Asset Disposition | 400.00 | $ 320,000.00 |
| 3 | Assumption and Rejection of Leases and Contracts | 25.00 | $ 20,000.00 |
| 4 | Avoidance Action Analysis | 5.00 | $ 4,000.00 |
| 5 | Budgeting (Case) | 3.00 | $ 2,400.00 |
| 6 | Business Operations | 10.00 | $ 8,000.00 |
| 7 | Case Administration | 175.00 | $ 140,000.00 |
| 8 | Claims Administration and Objections | 50.00 | $ 40,000.00 |
| 9 | Corporate Governance and Board Matters | 5.00 | $ 4,000.00 |
| 10 | Employee Benefits and Pensions | 30.00 | $ 24,000.00 |
| 11 | Employment and Fee Applications | 25.00 | $ 20,000.00 |
| 12 | Employment and Fee Application Objections | 5.00 | $ 4,000.00 |
| 13 | Financing and Cash Collateral | 20.00 | $ 16,000.00 |
| 14 | Other Litigation | 20.00 | $ 16,000.00 |
| 15 | Meetings and Communications with Creditors | 175.00 | $ 140,000.00 |
| 16 | Non-Working Travel | 5.00 | $ 4,000.00 |
| 17 | Plan and Disclosure Statement | 50.00 | $ 40,000.00 |
| 18 | Real Estate | 0.00 | $ - |
| 19 | Relief from Stay and Adequate Protecction | 5.00 | $ 4,000.00 |
| 20 | Reporting | 0.00 | $ - |
| 21 | Tax | 600.00 | $ 480,000.00 |
| 22 | Valuation | 5.00 | $ 4,000.00 |
| 23 | Discovery | 1400.00 | $ 1,120,000.00 |
| 24 | Hearings | 25.00 | $ 20,000.00 |
| 25 | First and Second Day Motions | 0.00 | $ - |
| 26 | Claims Investigation | 250.00 | $ 200,000.00 |
| 27 | First Lien Investigation | 400.00 | $ 320,000.00 |
| 28 | Intercompany Claims | 75.00 | $ 60,000.00 |
| 29 | Other Motions/Applications | 50.00 | $ 40,000.00 |
| 30 | Schedules and Statements | 10.00 | $ 8,000.00 |
| 31 | Insurance | 0.00 | $ - |
| | **Totals:** | **3833.00** | **$ 3,066,400.00** |

*In re Energy Future Holdings, Corp., et al.*  **Morrison Foerster LLP**
*Case No. 14-10979 (CSS)*  **EXHIBIT C-2 - November 2014**

| CATEGORY OF TIMEKEEPER | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE BUDGET PERIOD | AVERAGE HOURLY RATE |
|---|---|---|
| Sr./Equity Partner/Shareholder | 15 | $ 948.00 |
| Of Counsel | 7 | $ 810.00 |
| Sr. Associate (7 or more years since first admission) | 4 | $ 725.00 |
| Associate (4-6 years since first admission) | 10 | $ 649.00 |
| Jr. Associate (1- 3 years since first admission) | 21 | $ 474.00 |
| Staff Attorney | 1 | $ 775.00 |
| Paralegal | 4 | $ 306.25 |
| eDiscovery Project Manager | 1 | $ 295.00 |

| Task Code | Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|---|
| 1 | Asset Analysis and Recovery | 10.00 | $ 8,000.00 | 0.00 | $ - |
| 2 | Asset Disposition | 400.00 | $ 320,000.00 | 89.40 | $ 77,306.00 |
| 3 | Assumption and Rejection of Leases and Contracts | 25.00 | $ 20,000.00 | 6.80 | $ 5,679.00 |
| 4 | Avoidance Action Analysis | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 5 | Budgeting (Case) | 3.00 | $ 2,400.00 | 2.60 | $ 1,807.00 |
| 6 | Business Operations | 10.00 | $ 8,000.00 | 2.80 | $ 2,750.50 |
| 7 | Case Administration | 175.00 | $ 140,000.00 | 83.50 | $ 60,823.00 |
| 8 | Claims Administration and Objections | 50.00 | $ 40,000.00 | 0.80 | $ 556.00 |
| 9 | Corporate Governance and Board Matters | 5.00 | $ 4,000.00 | 74.00 | $ 65,424.00 |
| 10 | Employee Benefits and Pensions | 30.00 | $ 24,000.00 | 30.60 | $ 20,722.50 |
| 11 | Employment and Fee Applications | 25.00 | $ 20,000.00 | 52.50 | $ 31,081.00 |
| 12 | Employment and Fee Application Objections | 5.00 | $ 4,000.00 | 0.70 | $ 577.50 |
| 13 | Financing and Cash Collateral | 20.00 | $ 16,000.00 | 1.10 | $ 958.50 |
| 14 | Other Litigation | 20.00 | $ 16,000.00 | 22.80 | $ 15,653.50 |
| 15 | Meetings and Communications with Creditors | 175.00 | $ 140,000.00 | 118.10 | $ 102,693.50 |
| 16 | Non-Working Travel | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 17 | Plan and Disclosure Statement | 50.00 | $ 40,000.00 | 31.10 | $ 29,290.00 |
| 18 | Real Estate | 0.00 | $ - | 0.00 | $ - |
| 19 | Relief from Stay and Adequate Protection | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 20 | Reporting | 0.00 | $ - | 0.00 | $ - |
| 21 | Tax | 600.00 | $ 480,000.00 | 446.10 | $ 318,683.00 |
| 22 | Valuation | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 23 | Discovery | 1400.00 | $ 1,120,000.00 | 1,155.90 | $ 644,142.50 |
| 24 | Hearings | 25.00 | $ 20,000.00 | 10.70 | $ 9,090.50 |
| 25 | First and Second Day Motions | 0.00 | $ - | 0.00 | $ - |
| 26 | Claims Investigation | 250.00 | $ 200,000.00 | 868.60 | $ 613,176.00 |
| 27 | First Lien Investigation | 400.00 | $ 320,000.00 | 65.90 | $ 37,301.00 |
| 28 | Intercompany Claims | 75.00 | $ 60,000.00 | 0.00 | |
| 29 | Other Motions/Applications | 50.00 | $ 40,000.00 | 57.90 | $ 40,528.00 |
| 30 | Schedules and Statements | 10.00 | $ 8,000.00 | 0.00 | $ - |
| 31 | Insurance | 0.00 | $ - | 15.60 | $ 13,134.50 |
| 32 | Time Entry Review | 0.00 | $ - | 28.30 | $ 23,238.50 |
| | **Totals:** | **3,833.00** | **$ 3,066,400.00** | **3,165.80** | **$ 2,114,616.00** |

**December 2014**

*In re Energy Future Holdings, Corp., et al.*  **Morrison Foerster LLP**
*Case No. 14-10979 (CSS)*  **EXHIBIT C-1 - December 2014**

| Task Code | Project Category | Estimated Hours | Estimated Fees |
|---|---|---|---|
| 1 | Asset Analysis and Recovery | 10.00 | $ 8,000.00 |
| 2 | Asset Disposition | 100.00 | $ 80,000.00 |
| 3 | Assumption and Rejection of Leases and Contracts | 25.00 | $ 20,000.00 |
| 4 | Avoidance Action Analysis | 5.00 | $ 4,000.00 |
| 5 | Budgeting (Case) | 3.00 | $ 2,400.00 |
| 6 | Business Operations | 10.00 | $ 8,000.00 |
| 7 | Case Administration | 175.00 | $ 140,000.00 |
| 8 | Claims Administration and Objections | 50.00 | $ 40,000.00 |
| 9 | Corporate Governance and Board Matters | 5.00 | $ 4,000.00 |
| 10 | Employee Benefits and Pensions | 30.00 | $ 24,000.00 |
| 11 | Employment and Fee Applications | 25.00 | $ 20,000.00 |
| 12 | Employment and Fee Application Objections | 5.00 | $ 4,000.00 |
| 13 | Financing and Cash Collateral | 20.00 | $ 16,000.00 |
| 14 | Other Litigation | 20.00 | $ 16,000.00 |
| 15 | Meetings and Communications with Creditors | 175.00 | $ 140,000.00 |
| 16 | Non-Working Travel | 5.00 | $ 4,000.00 |
| 17 | Plan and Disclosure Statement | 50.00 | $ 40,000.00 |
| 18 | Real Estate | 0.00 | $ - |
| 19 | Relief from Stay and Adequate Protecction | 5.00 | $ 4,000.00 |
| 20 | Reporting | 0.00 | $ - |
| 21 | Tax | 500.00 | $ 400,000.00 |
| 22 | Valuation | 5.00 | $ 4,000.00 |
| 23 | Discovery | 1000.00 | $ 800,000.00 |
| 24 | Hearings | 25.00 | $ 20,000.00 |
| 25 | First and Second Day Motions | 0.00 | $ - |
| 26 | Claims Investigation | 200.00 | $ 160,000.00 |
| 27 | First Lien Investigation | 20.00 | $ 40,000.00 |
| 28 | Intercompany Claims | 15.00 | $ 10,000.00 |
| 29 | Other Motions/Applications | 50.00 | $ 40,000.00 |
| 30 | Schedules and Statements | 10.00 | $ 8,000.00 |
| 31 | Insurance | 0.00 | $ - |
| | **Totals:** | **2543.00** | **$ 2,056,400.00** |

*In re Energy Future Holdings, Corp., et al.*  
*Case No. 14-10979 (CSS)*

**Morrison Foerster LLP**
**EXHIBIT C-2 - December 2014**

| CATEGORY OF TIMEKEEPER | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE BUDGET PERIOD | AVERAGE HOURLY RATE |
|---|---|---|
| Sr./Equity Partner/Shareholder | 15 | $ 948.00 |
| Of Counsel | 7 | $ 810.00 |
| Sr. Associate (7 or more years since first admission) | 4 | $ 725.00 |
| Associate (4-6 years since first admission) | 10 | $ 649.00 |
| Jr. Associate (1- 3 years since first admission) | 21 | $ 474.00 |
| Staff Attorney | 1 | $ 775.00 |
| Paralegal | 4 | $ 306.25 |
| eDiscovery Project Manager | 1 | $ 295.00 |

*In re Energy Future Holdings, Corp., et al.*  
*Case No. 14-10979 (CSS)*

**Morrison Foerster LLP**  
**EXHIBIT D-1 - December 2014**

| Task Code | Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|---|
| 1 | Asset Analysis and Recovery | 10.00 | $ 8,000.00 | | |
| 2 | Asset Disposition | 100.00 | $ 80,000.00 | 12.20 | $ 11,419.50 |
| 3 | Assumption and Rejection of Leases and Contracts | 25.00 | $ 20,000.00 | 2.00 | $ 1,390.00 |
| 4 | Avoidance Action Analysis | 5.00 | $ 4,000.00 | 0.00 | $ - |
| 5 | Budgeting (Case) | 3.00 | $ 2,400.00 | 1.50 | $ 1,282.50 |
| 6 | Business Operations | 10.00 | $ 8,000.00 | 1.30 | $ 1,083.50 |
| 7 | Case Administration | 175.00 | $ 140,000.00 | 68.70 | $ 49,685.00 |
| 8 | Claims Administration and Objections | 50.00 | $ 40,000.00 | 14.90 | $ 11,012.50 |
| 9 | Corporate Governance and Board Matters | 5.00 | $ 4,000.00 | 34.00 | $ 22,361.50 |
| 10 | Employee Benefits and Pensions | 30.00 | $ 24,000.00 | 38.80 | $ 29,327.50 |
| 11 | Employment and Fee Applications | 25.00 | $ 20,000.00 | 82.40 | $ 56,693.50 |
| 12 | Employment and Fee Application Objections | 5.00 | $ 4,000.00 | 3.50 | $ 1,547.00 |
| 13 | Financing and Cash Collateral | 20.00 | $ 16,000.00 | 0.80 | $ 640.00 |
| 14 | Other Litigation | 20.00 | $ 16,000.00 | 43.20 | $ 28,205.00 |
| 15 | Meetings and Communications with Creditors | 175.00 | $ 140,000.00 | 150.90 | $ 130,689.00 |
| 16 | Non-Working Travel | 5.00 | $ 4,000.00 | 8.20 | $ 8,159.00 |
| 17 | Plan and Disclosure Statement | 50.00 | $ 40,000.00 | 34.90 | $ 31,293.50 |
| 18 | Real Estate | 0.00 | $ - | 0.00 | $ - |
| 19 | Relief from Stay and Adequate Protection | 5.00 | $ 4,000.00 | 2.70 | $ 2,146.50 |
| 20 | Reporting | 0.00 | $ - | 0.00 | $ - |
| 21 | Tax | 500.00 | $ 400,000.00 | 379.50 | $ 294,980.50 |
| 22 | Valuation | 5.00 | $ 4,000.00 | - | $ - |
| 23 | Discovery | 1000.00 | $ 800,000.00 | 1,138.10 | $ 619,651.00 |
| 24 | Hearings | 25.00 | $ 20,000.00 | 7.80 | $ 6,205.50 |
| 25 | First and Second Day Motions | 0.00 | $ - | 0.00 | $ - |
| 26 | Claims Investigation | 200.00 | $ 160,000.00 | 640.20 | $ 456,590.00 |
| 27 | First Lien Investigation | 20.00 | $ 40,000.00 | 3.60 | $ 2,810.00 |
| 28 | Intercompany Claims | 15.00 | $ 10,000.00 | | |
| 29 | Other Motions/Applications | 50.00 | $ 40,000.00 | 36.80 | $ 25,595.50 |
| 30 | Schedules and Statements | 10.00 | $ 8,000.00 | 0.00 | $ - |
| 31 | Insurance | 0.00 | $ - | 6.20 | $ 5,115.00 |
| 32 | Time Entry Review | 0.00 | $ - | 7.60 | $ 5,282.00 |
| 33 | Fee Objection Discussion and Litigation | | | 6.80 | $ 5,686.00 |
| | **Totals:** | **2,543.00** | **$ 2,056,400.00** | **2,726.60** | **$ 1,808,851.00** |