# Exhibit D

**Timekeeper Fees Summary**

The Balch attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| David R. Burkholder | Partner | 2003 | Litigation | $375.00 | 3.50 | $1,312.50 |
| Thomas L. Casey III | Partner | 2003 | Environmental | $350.00 | 297.60 | $104,160.00 |
| J. Michael Childers | Partner | 1990 | Energy | $505.00 | 30.70 | $15,503.50 |
| P. Stephen Gidiere | Partner | 1996 | Environmental | $470.00 | 477.8 | $224,566.00 |
| C. Grady Moore | Partner | 1992 | Environmental | $475.00 | 77.80 | $36,955.00 |
| Jeremy Retherford | Partner | 2003 | Bankruptcy | $375.00 | 1.10 | $412.50 |
| Stephen C. Still | Partner | 1994 | Energy | $455.00 | 11.20 | $5,096.00 |
| W. Clark Watson | Partner | 1981 | Bankruptcy | $500.00 | 2.10 | $1,050.00 |
| Julia Barber | Associate | 2014 | Environmental | $230.00 | 122.00 | $28,060.00 |
| Ellen Burgin | Associate | 2014 | Environmental | $230.00 | 76.90 | $17,687.00 |
| Tom DeLawrence | Associate | 2006 | Environmental | $295.00 | 33.20 | $9,794.00 |
| Gretchen M. Frizzell | Associate | 2010 | Environmental | $255.00 | 104.20 | $26,571.00 |
| Jonathan Grayson | Associate | 2005 | Bankruptcy | $255.00 | 28.30 | $7,216.50 |
| David W. Mitchell | Associate | 2009 | Environmental | $260.00 | 214.60 | $55,796.00 |
| Patrick Runge | Associate | 2008 | Environmental | $250.00 | 110.70 | $27,675.00 |
| Irving Jones, Jr. | Staff Attorney | 2014 | Environmental | $215.00 | 37.07 | $7,970.05 |
| M. Talmadge Simpson | Staff Attorney | 2011 | Environmental | $230.00 | 90.20 | $20,746.00 |
| **Attorney Totals** | | | | | **1718.97** | **$590,571.05** |

The paraprofessionals of Balch who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Amy Benschoter | Paralegal | 6 years | Environmental | $180.00 | 123.60 | $22,248.00 |
| **Paraprofessional Totals** | | | | | **123.60** | **$22,248.00** |