# Exhibit E

**Expense Summary**

**EXPENSE SUMMARY**
**OCTOBER 1, 2014 THROUGH DECEMBER 31, 2014**

| Expense Category | Amount |
|---|---|
| Telephone Charges | $84.70 |
| Standard Copies or Prints | $192.00 |
| Color Copies or Prints | $41.00 |
| Deliveries | $1,088.35 |
| Travel Expense – Lodging | $1,529.47 |
| Airfare | $4,434.97 |
| Transportation to/from airport | $298.94 |
| Transportation | $81.56 |
| Travel Meals | $136.28 |
| Other Travel Expenses | $211.00 |
| Outside Retrieval Service | $68.00 |
| Business Meals | $159.66 |
| Printing & Binding Services | $13,194.68 |
| **Total Expenses:** | **$21,520.61** |