# Exhibit F

**Matter Categories Summary**

# COMPENSATION BY SUBJECT MATTER
## OCTOBER 1, 2014 THROUGH DECEMBER 31, 2014

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 3 | Martin Plant Clean Air Act Citizen Suit | 0.30 | $141.00 |
| 4 | General Environmental Matters | 79.40 | $25,388.50 |
| 7 | EPA NSR Litigation | 321.47 | $112,709.05 |
| 8 | EGU MACT | 23.40 | $10,151.00 |
| 9 | Texas PM2.5 Interstate Transport Rule | 10.40 | $4,840.00 |
| 10 | Supplemental §114 Response | 30.10 | $10,927.50 |
| 11 | EPA Regional Haze Rulemaking | 352.50 | $111,675.50 |
| 12 | Big Brown CAA Citizen Suit | 23.4 | $10,688.00 |
| 16 | Big Brown Citizen Suit Appeal | 11.10 | $36,2185.00 |
| 18 | EPA Affirmative Defense Litigation | 242.20 | $76,741.00 |
| 19 | EPA GHG Rules | 573.40 | $192,640.50 |
| 20 | We Energies Plant Service Agreement | 11.20 | $5,096.00 |
| 21 | Bankruptcy Application and Retention | 133.0 | $32,749.00 |
| 22 | Champion Creek | 30.70 | $15,503.50 |
| **Totals:** | | **1842.57** | **$612,819.05** |