# EXHIBIT B

## Attorneys and Paraprofessionals' Information

The RL&F attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Mark D. Collins | Director | 1991 | Bankruptcy | $800.00 | 6.5 | $5,200.00 |
| Daniel J. DeFranceschi | Director | 1989 | Bankruptcy | $725.00 | 28.0 | $20,300.00 |
| Paul N. Heath | Director | 1998 | Bankruptcy | $625.00 | 0.4 | $250.00 |
| Steven J. Fineman | Director | 2001 | Litigation | $550.00 | 0.2 | $110.00 |
| Jason M. Madron | Counsel | 2003 | Bankruptcy | $490.00 | 143.3 | $70,217.00 |
| Joseph C. Barsalona, II | Associate | 2014 | Bankruptcy | $250.00 | 1.0 | $250.00 |
| Shawna C. Bray | Associate | 2014 | Bankruptcy | $250.00 | 48.4 | $12,100.00 |
| William A. Romanowicz | Associate | 2012 | Bankruptcy | $340.00 | 19.5 | $6,630.00 |
| Tyler D. Semmelman | Associate | 2009 | Bankruptcy | $415.00 | 8.80 | $3,652.00 |
| Total | | | | | 256.1 | $118,709.00 |

The paraprofessionals of RL&F who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Barbara J. Witters | Paralegal | 14 | Bankruptcy | $235.00 | 70.0 | $16450.00 |
| Ann Jerominski | Paralegal | 14 | Bankruptcy | $235.00 | 13.4 | $3,149.00 |
| Lindsey A. Edinger | Paralegal | 1 | Bankruptcy | $235.00 | 6.7 | $1,574.50 |
| Rebecca V. Speaker | Paralegal | 13 | Bankruptcy | $235.00 | 5.2 | $1,222.00 |
| Daniel D. White | Technical/Trial Support | 11 | Litigation MIS | $235.00 | 0.9 | $211.50 |
| Total | | | | | 96.2 | $22,607.00 |

Total Fees $141,316.00