## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

### ALL - Expense Summary

| Service Description | Amount |
|---|---:|
| Binding | $18.00 |
| Business Meals | $399.23 |
| Conference Calling | $478.68 |
| Data Hosting | $0.00 |
| Document Retrieval | $1,281.20 |
| Electronic Legal Research | $0.00 |
| Filing Fees/Court Cost | $420.80 |
| Long distance Telephone Charges | $121.21 |
| Messenger and Delivery Service | $351.58 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $51.60 |
| Photocopying/Printing | $1,245.92 |
| Postage | $14.58 |
| Record Retrieval | $0.00 |
| Travel Expense | $0.00 |
| **Total:** | **$4,382.80** |

## TCEH - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $2.00 |
| Business Meals | $44.41 |
| Conference Calling | $53.25 |
| Data Hosting | $0.00 |
| Document Retrieval | $142.53 |
| Electronic Legal Research | $0.00 |
| Filing Fees/Court Costs | $46.81 |
| Long distance Telephone Charges | $13.48 |
| Messenger and Delivery Service | $39.11 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $5.74 |
| Photocopying/Printing | $138.61 |
| Postage | $1.62 |
| Record Retrieval | $0.00 |
| Travel Expense | $0.00 |
| **Total:** | **$487.56** |

## EFIH - Expense Summary

| Service Description | Amount |
|---|---:|
| Binding | $2.25 |
| Business Meals | $49.90 |
| Conference Calling | $59.84 |
| Data Hosting | $0.00 |
| Document Retrieval | $160.15 |
| Electronic Legal Research | $0.00 |
| Filing Fees/Court Costs | $52.60 |
| Long distance Telephone Charges | $15.15 |
| Messenger and Delivery Service | $43.95 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $6.45 |
| Photocopying/Printing | $155.74 |
| Room Rental | $0.00 |
| Postage | $1.82 |
| Record Retrieval | $0.00 |
| Travel Expense | $0.00 |
| **Total:** | **$547.85** |

## EFH - Expense Summary

| Service Description | Amount |
|---|---:|
| Binding | $0.25 |
| Business Meals | $5.50 |
| Conference Calling | $6.58 |
| Data Hosting | $0.00 |
| Document Retrieval | $17.62 |
| Electronic Legal Research | $0.00 |
| Filing Fees/Court Costs | $5.79 |
| Long distance Telephone Charges | $1.67 |
| Messenger and Delivery Service | $4.83 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $0.71 |
| Photocopying/Printing | $17.13 |
| Postage | $0.20 |
| Record Retrieval | $0.00 |
| Travel Expense | $0.00 |
| **Total:** | **$60.28** |