Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

January 30, 2015
Invoice 474133
Page 185

Client #  740489

| 12/19/14 | PACER | | DOCRETRI |
|---|---|---|---|
| | | Amount =   $0.20 | |
| 12/19/14 | PACER | | DOCRETRI |
| | | Amount =   $3.00 | |
| 12/19/14 | PACER | | DOCRETRI |
| | | Amount =   $0.20 | |
| 12/19/14 | PACER | | DOCRETRI |
| | | Amount =   $0.20 | |
| 12/19/14 | PACER | | DOCRETRI |
| | | Amount =   $0.40 | |
| 12/19/14 | PACER | | DOCRETRI |
| | | Amount =   $0.20 | |
| 12/19/14 | PACER | | DOCRETRI |
| | | Amount =   $3.00 | |
| 12/19/14 | PACER | | DOCRETRI |
| | | Amount =   $3.00 | |
| 12/19/14 | PACER | | DOCRETRI |
| | | Amount =   $1.30 | |
| 12/19/14 | PACER | | DOCRETRI |
| | | Amount =   $2.40 | |
| 12/19/14 | PACER | | DOCRETRI |
| | | Amount =   $0.20 | |
| 12/19/14 | PACER | | DOCRETRI |
| | | Amount =   $0.70 | |
| 12/19/14 | PACER | | DOCRETRI |
| | | Amount =   $0.50 | |
| 12/19/14 | PACER | | DOCRETRI |
| | | Amount =   $0.10 | |
| 12/19/14 | PACER | | DOCRETRI |
| | | Amount =   $0.30 | |
| 12/19/14 | PACER | | DOCRETRI |
| | | Amount =   $0.30 | |
| 12/19/14 | PACER | | DOCRETRI |
| | | Amount =   $2.40 | |
| 12/19/14 | PACER | | DOCRETRI |
| | | Amount =   $0.20 | |

Energy Future Competitive Holdings Co.  
Texas Competitive Electric Holdings Co.  
1601 Bryan Street  
Dallas TX  75201

January 30, 2015  
Invoice 474133  
Page 186

Client #  740489

| 12/19/14 | PACER | | DOCRETRI |
|---|---|---|---|
| | | Amount = $0.20 | |
| 12/19/14 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |
| 12/19/14 | PACER | | DOCRETRI |
| | | Amount = $0.50 | |
| 12/19/14 | PACER | | DOCRETRI |
| | | Amount = $0.70 | |
| 12/19/14 | PACER | | DOCRETRI |
| | | Amount = $1.40 | |
| 12/19/14 | PACER | | DOCRETRI |
| | | Amount = $0.70 | |
| 12/19/14 | PACER | | DOCRETRI |
| | | Amount = $0.40 | |
| 12/19/14 | PACER | | DOCRETRI |
| | | Amount = $2.50 | |
| 12/19/14 | PACER | | DOCRETRI |
| | | Amount = $0.50 | |
| 12/19/14 | PACER | | DOCRETRI |
| | | Amount = $0.40 | |
| 12/19/14 | PACER | | DOCRETRI |
| | | Amount = $0.30 | |
| 12/19/14 | PACER | | DOCRETRI |
| | | Amount = $0.30 | |
| 12/19/14 | PACER | | DOCRETRI |
| | | Amount = $1.30 | |
| 12/19/14 | PACER | | DOCRETRI |
| | | Amount = $0.50 | |
| 12/19/14 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 12/19/14 | PACER | | DOCRETRI |
| | | Amount = $0.50 | |
| 12/19/14 | PACER | | DOCRETRI |
| | | Amount = $2.40 | |
| 12/19/14 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

January 30, 2015
Invoice 474133
Page 187

Client #  740489

| Date | Description | Amount | Code |
|------|-------------|--------|------|
| 12/19/14 | PACER | | DOCRETRI |
| | | Amount =  $0.90 | |
| 12/19/14 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 12/19/14 | PACER | | DOCRETRI |
| | | Amount =  $1.40 | |
| 12/19/14 | PACER | | DOCRETRI |
| | | Amount =  $1.40 | |
| 12/19/14 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 12/19/14 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 12/19/14 | PACER | | DOCRETRI |
| | | Amount =  $1.40 | |
| 12/19/14 | PACER | | DOCRETRI |
| | | Amount =  $2.40 | |
| 12/19/14 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 12/19/14 | PACER | | DOCRETRI |
| | | Amount =  $0.90 | |
| 12/19/14 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 12/19/14 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 12/19/14 | PACER | | DOCRETRI |
| | | Amount =  $2.10 | |
| 12/19/14 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 12/19/14 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 12/19/14 | Printing | | DUP |
| | | Amount =  $0.50 | |
| 12/19/14 | Printing | | DUP |
| | | Amount =  $0.70 | |
| 12/19/14 | Printing | | DUP |
| | | Amount =  $2.50 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

January 30, 2015
Invoice 474133
Page 188

Client #  740489

| Date | Description | | Code |
|---|---|---|---|
| 12/19/14 | Printing | | DUP |
| | | Amount =  $0.40 | |
| 12/19/14 | Printing | | DUP |
| | | Amount =  $2.50 | |
| 12/19/14 | Printing | | DUP |
| | | Amount =  $0.40 | |
| 12/19/14 | Printing | | DUP |
| | | Amount =  $2.70 | |
| 12/19/14 | Printing | | DUP |
| | | Amount =  $0.40 | |
| 12/19/14 | Printing | | DUP |
| | | Amount =  $2.50 | |
| 12/19/14 | Printing | | DUP |
| | | Amount =  $2.70 | |
| 12/19/14 | Printing | | DUP |
| | | Amount =  $2.50 | |
| 12/19/14 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 12/19/14 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 12/19/14 | Printing | | DUP |
| | | Amount =  $0.90 | |
| 12/19/14 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 12/19/14 | Printing | | DUP |
| | | Amount =  $0.50 | |
| 12/19/14 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 12/19/14 | Printing | | DUP |
| | | Amount =  $0.90 | |
| 12/19/14 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 12/19/14 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 12/19/14 | Printing | | DUP |
| | | Amount =  $0.90 | |
| 12/19/14 | Printing | | DUP |
| | | Amount =  $1.50 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

January 30, 2015
Invoice 474133
Page 189

Client #  740489

| Date | Description | | | Code |
|---|---|---|---|---|
| 12/19/14 | Printing | | | DUP |
| | | Amount = | $1.50 | |
| 12/19/14 | Printing | | | DUP |
| | | Amount = | $0.30 | |
| 12/19/14 | Printing | | | DUP |
| | | Amount = | $0.60 | |
| 12/19/14 | Printing | | | DUP |
| | | Amount = | $0.10 | |
| 12/19/14 | Printing | | | DUP |
| | | Amount = | $0.10 | |
| 12/19/14 | Printing | | | DUP |
| | | Amount = | $0.10 | |
| 12/19/14 | Printing | | | DUP |
| | | Amount = | $0.10 | |
| 12/19/14 | Printing | | | DUP |
| | | Amount = | $0.10 | |
| 12/19/14 | Printing | | | DUP |
| | | Amount = | $0.10 | |
| 12/19/14 | Printing | | | DUP |
| | | Amount = | $0.10 | |
| 12/19/14 | Printing | | | DUP |
| | | Amount = | $0.10 | |
| 12/19/14 | Printing | | | DUP |
| | | Amount = | $0.10 | |
| 12/19/14 | Printing | | | DUP |
| | | Amount = | $0.10 | |
| 12/19/14 | Printing | | | DUP |
| | | Amount = | $0.10 | |
| 12/21/14 | 12148039660 Long Distance | | | LD |
| | | Amount = | $2.78 | |
| 12/21/14 | PACER | | | DOCRETRI |
| | | Amount = | $0.20 | |
| 12/21/14 | PACER | | | DOCRETRI |
| | | Amount = | $0.10 | |
| 12/21/14 | PACER | | | DOCRETRI |
| | | Amount = | $0.20 | |
| 12/21/14 | PACER | | | DOCRETRI |
| | | Amount = | $0.70 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

January 30, 2015
Invoice 474133
Page 190

Client #  740489

| 12/21/14 | PACER | | DOCRETRI |
|---|---|---|---|
| | | Amount =  $0.20 | |
| 12/21/14 | PACER | | DOCRETRI |
| | | Amount =  $0.60 | |
| 12/21/14 | PACER | | DOCRETRI |
| | | Amount =  $1.40 | |
| 12/21/14 | PACER | | DOCRETRI |
| | | Amount =  $2.40 | |
| 12/21/14 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 12/21/14 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 12/21/14 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 12/21/14 | PACER | | DOCRETRI |
| | | Amount =  $0.90 | |
| 12/21/14 | PACER | | DOCRETRI |
| | | Amount =  $1.40 | |
| 12/21/14 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 12/21/14 | PACER | | DOCRETRI |
| | | Amount =  $1.30 | |
| 12/21/14 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 12/21/14 | PACER | | DOCRETRI |
| | | Amount =  $0.50 | |
| 12/21/14 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 12/21/14 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 12/21/14 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 12/21/14 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 12/21/14 | Printing | | DUP |
| | | Amount =  $1.30 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

January 30, 2015
Invoice 474133
Page 191

Client #  740489

| Date | Description | | Code |
|---|---|---|---|
| 12/21/14 | Printing | | DUP |
| | | Amount =  $0.20 | |
| 12/21/14 | Printing | | DUP |
| | | Amount =  $1.00 | |
| 12/22/14 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 12/22/14 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 12/22/14 | PACER | | DOCRETRI |
| | | Amount =  $0.90 | |
| 12/22/14 | PACER | | DOCRETRI |
| | | Amount =  $2.90 | |
| 12/22/14 | PACER | | DOCRETRI |
| | | Amount =  $0.80 | |
| 12/22/14 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 12/22/14 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 12/22/14 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 12/22/14 | PACER | | DOCRETRI |
| | | Amount =  $0.50 | |
| 12/22/14 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 12/22/14 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 12/22/14 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 12/22/14 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 12/22/14 | PACER | | DOCRETRI |
| | | Amount =  $0.50 | |
| 12/22/14 | PACER | | DOCRETRI |
| | | Amount =  $0.60 | |
| 12/22/14 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

January 30, 2015
Invoice 474133
Page 192

Client #  740489

| 12/22/14 | PACER | | DOCRETRI |
|---|---|---|---|
| | | Amount =  $0.30 | |
| 12/22/14 | PACER | | DOCRETRI |
| | | Amount =  $0.60 | |
| 12/22/14 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 12/22/14 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 12/22/14 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 12/22/14 | PACER | | DOCRETRI |
| | | Amount =  $0.90 | |
| 12/22/14 | PACER | | DOCRETRI |
| | | Amount =  $0.60 | |
| 12/22/14 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 12/22/14 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 12/22/14 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 12/22/14 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 12/22/14 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 12/22/14 | PACER | | DOCRETRI |
| | | Amount =  $0.80 | |
| 12/22/14 | PACER | | DOCRETRI |
| | | Amount =  $1.00 | |
| 12/22/14 | PACER | | DOCRETRI |
| | | Amount =  $2.90 | |
| 12/22/14 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 12/22/14 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 12/22/14 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

January 30, 2015
Invoice 474133
Page 193

Client #  740489

| Date | Description | Amount | Code |
|------|-------------|--------|------|
| 12/22/14 | PACER | Amount = $3.00 | DOCRETRI |
| 12/22/14 | PACER | Amount = $0.30 | DOCRETRI |
| 12/22/14 | PACER | Amount = $0.10 | DOCRETRI |
| 12/22/14 | PACER | Amount = $0.60 | DOCRETRI |
| 12/22/14 | PACER | Amount = $0.10 | DOCRETRI |
| 12/22/14 | PACER | Amount = $3.00 | DOCRETRI |
| 12/22/14 | PACER | Amount = $0.20 | DOCRETRI |
| 12/22/14 | PACER | Amount = $0.40 | DOCRETRI |
| 12/22/14 | PACER | Amount = $0.50 | DOCRETRI |
| 12/22/14 | PACER | Amount = $0.40 | DOCRETRI |
| 12/22/14 | PACER | Amount = $0.40 | DOCRETRI |
| 12/22/14 | PACER | Amount = $0.90 | DOCRETRI |
| 12/22/14 | PACER | Amount = $0.20 | DOCRETRI |
| 12/22/14 | PACER | Amount = $0.40 | DOCRETRI |
| 12/22/14 | PACER | Amount = $0.20 | DOCRETRI |
| 12/22/14 | PACER | Amount = $0.30 | DOCRETRI |
| 12/22/14 | PACER | Amount = $0.30 | DOCRETRI |
| 12/22/14 | PACER | Amount = $0.30 | DOCRETRI |

Energy Future Competitive Holdings Co.  
Texas Competitive Electric Holdings Co.  
1601 Bryan Street  
Dallas TX  75201

January 30, 2015  
Invoice 474133  
Page 194  

Client #  740489

| Date | Description | | |
|---|---|---|---|
| 12/22/14 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 12/22/14 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 12/22/14 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 12/22/14 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 12/22/14 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 12/22/14 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 12/22/14 | PACER | | DOCRETRI |
| | | Amount =  $0.50 | |
| 12/22/14 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 12/22/14 | PACER | | DOCRETRI |
| | | Amount =  $0.60 | |
| 12/22/14 | PACER | | DOCRETRI |
| | | Amount =  $1.30 | |
| 12/22/14 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 12/22/14 | PACER | | DOCRETRI |
| | | Amount =  $0.90 | |
| 12/22/14 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 12/22/14 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 12/22/14 | PACER | | DOCRETRI |
| | | Amount =  $0.60 | |
| 12/22/14 | PACER | | DOCRETRI |
| | | Amount =  $0.90 | |
| 12/22/14 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 12/22/14 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

January 30, 2015
Invoice 474133
Page 195

Client #  740489

| 12/22/14 | PACER | | DOCRETRI |
|---|---|---|---|
| | | Amount =  $3.00 | |
| 12/22/14 | PACER | | DOCRETRI |
| | | Amount =  $1.80 | |
| 12/22/14 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 12/22/14 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 12/22/14 | PACER | | DOCRETRI |
| | | Amount =  $0.50 | |
| 12/22/14 | PACER | | DOCRETRI |
| | | Amount =  $0.50 | |
| 12/22/14 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 12/22/14 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 12/22/14 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 12/22/14 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 12/22/14 | PACER | | DOCRETRI |
| | | Amount =  $0.50 | |
| 12/22/14 | PACER | | DOCRETRI |
| | | Amount =  $0.60 | |
| 12/22/14 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 12/22/14 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 12/22/14 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 12/22/14 | PACER | | DOCRETRI |
| | | Amount =  $0.70 | |
| 12/22/14 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 12/22/14 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |

Energy Future Competitive Holdings Co.  
Texas Competitive Electric Holdings Co.  
1601 Bryan Street  
Dallas TX  75201

January 30, 2015  
Invoice 474133  
Page 196

Client #  740489

| Date | Description | | Code |
|------|-------------|---|------|
| 12/22/14 | PACER | | DOCRETRI |
| | Amount = | $0.50 | |
| 12/22/14 | Printing | | DUP |
| | Amount = | $0.50 | |
| 12/22/14 | Printing | | DUP |
| | Amount = | $0.10 | |
| 12/22/14 | Printing | | DUP |
| | Amount = | $0.10 | |
| 12/22/14 | Printing | | DUP |
| | Amount = | $0.10 | |
| 12/22/14 | Printing | | DUP |
| | Amount = | $0.40 | |
| 12/22/14 | Printing | | DUP |
| | Amount = | $0.10 | |
| 12/22/14 | Printing | | DUP |
| | Amount = | $0.10 | |
| 12/22/14 | Printing | | DUP |
| | Amount = | $0.40 | |
| 12/22/14 | Printing | | DUP |
| | Amount = | $0.10 | |
| 12/22/14 | Printing | | DUP |
| | Amount = | $0.10 | |
| 12/22/14 | Printing | | DUP |
| | Amount = | $0.40 | |
| 12/22/14 | Printing | | DUP |
| | Amount = | $0.10 | |
| 12/23/14 | GROTTO PIZZA, INC.: Food Service 12/23 | | MEALSCL |
| | Amount = | $10.03 | |
| 12/23/14 | Messenger and delivery | | MESS |
| | Amount = | $5.40 | |
| 12/23/14 | PACER | | DOCRETRI |
| | Amount = | $3.00 | |
| 12/23/14 | PACER | | DOCRETRI |
| | Amount = | $0.70 | |
| 12/23/14 | PACER | | DOCRETRI |
| | Amount = | $0.60 | |
| 12/23/14 | PACER | | DOCRETRI |
| | Amount = | $0.10 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

January 30, 2015
Invoice 474133
Page 197

Client #  740489

| Date | Description | | Code |
|---|---|---|---|
| 12/23/14 | PACER | | DOCRETRI |
| | | Amount = $0.60 | |
| 12/23/14 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 12/23/14 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |
| 12/23/14 | PACER | | DOCRETRI |
| | | Amount = $2.90 | |
| 12/23/14 | PACER | | DOCRETRI |
| | | Amount = $0.50 | |
| 12/23/14 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |
| 12/23/14 | PACER | | DOCRETRI |
| | | Amount = $0.10 | |
| 12/23/14 | Printing | | DUP |
| | | Amount = $0.10 | |
| 12/23/14 | Printing | | DUP |
| | | Amount = $0.10 | |
| 12/23/14 | Printing | | DUP |
| | | Amount = $0.10 | |
| 12/23/14 | Printing | | DUP |
| | | Amount = $0.10 | |
| 12/23/14 | Printing | | DUP |
| | | Amount = $0.40 | |
| 12/23/14 | Printing | | DUP |
| | | Amount = $0.10 | |
| 12/23/14 | Printing | | DUP |
| | | Amount = $0.10 | |
| 12/23/14 | Printing | | DUP |
| | | Amount = $0.40 | |
| 12/26/14 | PACER | | DOCRETRI |
| | | Amount = $0.10 | |
| 12/26/14 | PACER | | DOCRETRI |
| | | Amount = $0.80 | |
| 12/26/14 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

January 30, 2015
Invoice 474133
Page 198

Client #  740489

| Date | Description | | Type |
|---|---|---|---|
| 12/26/14 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 12/26/14 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 12/26/14 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 12/26/14 | PACER | | DOCRETRI |
| | | Amount =  $0.50 | |
| 12/26/14 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 12/26/14 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 12/28/14 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 12/29/14 | MANHATTAN BAGEL COMPANY: Food Service 12/29 | | MEALSCL |
| | | Amount =  $93.86 | |
| 12/29/14 | ENERGY FUTURE HOLDING CORP/EPIQ BKR - Messenger and delivery | | MESS |
| | | Amount =  $10.80 | |
| 12/29/14 | CourtCall | | CONFCALL |
| | | Amount =  $250.00 | |
| 12/29/14 | Photocopies | | DUP |
| | | Amount =  $1.50 | |
| 12/29/14 | 12148124600 Long Distance | | LD |
| | | Amount =  $2.78 | |
| 12/29/14 | Messenger and delivery | | MESS |
| | | Amount =  $5.40 | |
| 12/29/14 | PACER | | DOCRETRI |
| | | Amount =  $1.20 | |
| 12/29/14 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 12/29/14 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 12/29/14 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |

Energy Future Competitive Holdings Co.  
Texas Competitive Electric Holdings Co.  
1601 Bryan Street  
Dallas TX  75201

January 30, 2015  
Invoice 474133  
Page 199

Client #  740489

| Date | Description | | Category |
|---|---|---|---|
| 12/29/14 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |
| 12/29/14 | PACER | | DOCRETRI |
| | | Amount = $0.70 | |
| 12/29/14 | PACER | | DOCRETRI |
| | | Amount = $1.30 | |
| 12/29/14 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |
| 12/29/14 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 12/29/14 | PACER | | DOCRETRI |
| | | Amount = $0.10 | |
| 12/29/14 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 12/29/14 | PACER | | DOCRETRI |
| | | Amount = $0.30 | |
| 12/29/14 | PACER | | DOCRETRI |
| | | Amount = $0.50 | |
| 12/29/14 | PACER | | DOCRETRI |
| | | Amount = $2.20 | |
| 12/29/14 | PACER | | DOCRETRI |
| | | Amount = $2.20 | |
| 12/29/14 | PACER | | DOCRETRI |
| | | Amount = $0.40 | |
| 12/29/14 | PACER | | DOCRETRI |
| | | Amount = $0.40 | |
| 12/29/14 | PACER | | DOCRETRI |
| | | Amount = $0.40 | |
| 12/29/14 | PACER | | DOCRETRI |
| | | Amount = $0.10 | |
| 12/29/14 | PACER | | DOCRETRI |
| | | Amount = $0.50 | |
| 12/29/14 | PACER | | DOCRETRI |
| | | Amount = $1.90 | |
| 12/29/14 | PACER | | DOCRETRI |
| | | Amount = $0.60 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

January 30, 2015
Invoice 474133
Page 200

Client #  740489

| Date | | | |
|------|---|---|---|
| 12/29/14 | PACER | | DOCRETRI |
| | | Amount =   $2.60 | |
| 12/29/14 | PACER | | DOCRETRI |
| | | Amount =   $3.00 | |
| 12/29/14 | PACER | | DOCRETRI |
| | | Amount =   $0.20 | |
| 12/29/14 | PACER | | DOCRETRI |
| | | Amount =   $1.20 | |
| 12/29/14 | PACER | | DOCRETRI |
| | | Amount =   $0.70 | |
| 12/29/14 | PACER | | DOCRETRI |
| | | Amount =   $1.10 | |
| 12/29/14 | PACER | | DOCRETRI |
| | | Amount =   $0.20 | |
| 12/29/14 | PACER | | DOCRETRI |
| | | Amount =   $0.70 | |
| 12/29/14 | PACER | | DOCRETRI |
| | | Amount =   $1.40 | |
| 12/29/14 | PACER | | DOCRETRI |
| | | Amount =   $2.30 | |
| 12/29/14 | PACER | | DOCRETRI |
| | | Amount =   $0.10 | |
| 12/29/14 | PACER | | DOCRETRI |
| | | Amount =   $0.40 | |
| 12/29/14 | PACER | | DOCRETRI |
| | | Amount =   $0.70 | |
| 12/29/14 | PACER | | DOCRETRI |
| | | Amount =   $3.00 | |
| 12/29/14 | PACER | | DOCRETRI |
| | | Amount =   $0.20 | |
| 12/29/14 | PACER | | DOCRETRI |
| | | Amount =   $0.20 | |
| 12/29/14 | PACER | | DOCRETRI |
| | | Amount =   $1.30 | |
| 12/29/14 | PACER | | DOCRETRI |
| | | Amount =   $1.70 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

January 30, 2015
Invoice 474133
Page 201

Client #  740489

| 12/29/14 | PACER | | DOCRETRI |
|---|---|---|---|
| | | Amount = $0.10 | |
| 12/29/14 | PACER | | DOCRETRI |
| | | Amount = $0.40 | |
| 12/29/14 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |
| 12/29/14 | PACER | | DOCRETRI |
| | | Amount = $0.50 | |
| 12/29/14 | PACER | | DOCRETRI |
| | | Amount = $1.00 | |
| 12/29/14 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 12/29/14 | PACER | | DOCRETRI |
| | | Amount = $1.30 | |
| 12/29/14 | PACER | | DOCRETRI |
| | | Amount = $0.30 | |
| 12/29/14 | PACER | | DOCRETRI |
| | | Amount = $0.10 | |
| 12/29/14 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 12/29/14 | PACER | | DOCRETRI |
| | | Amount = $0.60 | |
| 12/29/14 | PACER | | DOCRETRI |
| | | Amount = $0.10 | |
| 12/29/14 | PACER | | DOCRETRI |
| | | Amount = $0.10 | |
| 12/29/14 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |
| 12/29/14 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 12/29/14 | PACER | | DOCRETRI |
| | | Amount = $0.40 | |
| 12/29/14 | PACER | | DOCRETRI |
| | | Amount = $0.40 | |
| 12/29/14 | PACER | | DOCRETRI |
| | | Amount = $1.30 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

January 30, 2015
Invoice 474133
Page 202

Client #  740489

| Date | Description | | Amount | Code |
|------|-------------|---|--------|------|
| 12/29/14 | PACER | Amount = $0.10 | | DOCRETRI |
| 12/29/14 | PACER | Amount = $0.20 | | DOCRETRI |
| 12/29/14 | PACER | Amount = $0.90 | | DOCRETRI |
| 12/29/14 | PACER | Amount = $0.30 | | DOCRETRI |
| 12/29/14 | PACER | Amount = $0.20 | | DOCRETRI |
| 12/29/14 | PACER | Amount = $1.40 | | DOCRETRI |
| 12/29/14 | PACER | Amount = $3.00 | | DOCRETRI |
| 12/29/14 | PACER | Amount = $0.80 | | DOCRETRI |
| 12/29/14 | PACER | Amount = $2.40 | | DOCRETRI |
| 12/29/14 | PACER | Amount = $3.00 | | DOCRETRI |
| 12/29/14 | PACER | Amount = $1.30 | | DOCRETRI |
| 12/29/14 | PACER | Amount = $1.30 | | DOCRETRI |
| 12/29/14 | PACER | Amount = $0.40 | | DOCRETRI |
| 12/29/14 | PACER | Amount = $2.40 | | DOCRETRI |
| 12/29/14 | PACER | Amount = $1.00 | | DOCRETRI |
| 12/29/14 | PACER | Amount = $0.50 | | DOCRETRI |
| 12/29/14 | PACER | Amount = $0.40 | | DOCRETRI |
| 12/29/14 | PACER | Amount = $3.00 | | DOCRETRI |

Energy Future Competitive Holdings Co.                    January 30, 2015
Texas Competitive Electric Holdings Co.                   Invoice 474133
1601 Bryan Street                                         Page 203
Dallas TX  75201

                                                         Client #  740489

| 12/29/14 | PACER | | DOCRETRI |
| | | Amount =  $1.30 | |
| 12/29/14 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 12/29/14 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 12/29/14 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 12/29/14 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 12/29/14 | PACER | | DOCRETRI |
| | | Amount =  $1.30 | |
| 12/29/14 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 12/29/14 | PACER | | DOCRETRI |
| | | Amount =  $1.80 | |
| 12/29/14 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 12/29/14 | PACER | | DOCRETRI |
| | | Amount =  $1.70 | |
| 12/29/14 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 12/29/14 | PACER | | DOCRETRI |
| | | Amount =  $2.40 | |
| 12/29/14 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 12/29/14 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 12/29/14 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 12/29/14 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 12/29/14 | Printing | | DUP |
| | | Amount =  $0.60 | |
| 12/29/14 | Printing | | DUP |
| | | Amount =  $0.40 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

January 30, 2015
Invoice 474133
Page 204

Client #  740489

| 12/29/14 | Printing | | DUP |
|---|---|---|---|
| | | Amount =    $0.20 | |
| 12/29/14 | Printing | | DUP |
| | | Amount =    $0.50 | |
| 12/29/14 | Printing | | DUP |
| | | Amount =    $0.10 | |
| 12/29/14 | Printing | | DUP |
| | | Amount =    $1.70 | |
| 12/29/14 | Printing | | DUP |
| | | Amount =    $0.20 | |
| 12/29/14 | Printing | | DUP |
| | | Amount =    $0.10 | |
| 12/29/14 | Printing | | DUP |
| | | Amount =    $0.30 | |
| 12/29/14 | Printing | | DUP |
| | | Amount =    $0.10 | |
| 12/29/14 | Printing | | DUP |
| | | Amount =    $0.40 | |
| 12/29/14 | Printing | | DUP |
| | | Amount =    $0.80 | |
| 12/29/14 | Printing | | DUP |
| | | Amount =    $0.40 | |
| 12/29/14 | Printing | | DUP |
| | | Amount =    $4.00 | |
| 12/29/14 | Printing | | DUP |
| | | Amount =    $0.40 | |
| 12/29/14 | Printing | | DUP |
| | | Amount =    $1.30 | |
| 12/29/14 | Printing | | DUP |
| | | Amount =    $2.50 | |
| 12/29/14 | Printing | | DUP |
| | | Amount =    $0.10 | |
| 12/29/14 | Printing | | DUP |
| | | Amount =    $0.10 | |
| 12/29/14 | Printing | | DUP |
| | | Amount =    $1.70 | |
| 12/29/14 | Printing | | DUP |
| | | Amount =    $0.10 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

January 30, 2015
Invoice 474133
Page 205

Client #  740489

| Date | Description | | Code |
|------|-------------|---|------|
| 12/29/14 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 12/29/14 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 12/29/14 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 12/29/14 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 12/29/14 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 12/29/14 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 12/29/14 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 12/29/14 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 12/29/14 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 12/29/14 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 12/29/14 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 12/29/14 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 12/29/14 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 12/29/14 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 12/29/14 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 12/29/14 | Printing | | DUP |
| | | Amount =  $0.40 | |
| 12/29/14 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 12/30/14 | GROTTO PIZZA, INC.: Food Service 12/30 | | MEALSCL |
| | | Amount =  $10.76 | |
| 12/30/14 | CourtCall | | CONFCALL |
| | | Amount =  $120.00 | |

Energy Future Competitive Holdings Co.  
Texas Competitive Electric Holdings Co.  
1601 Bryan Street  
Dallas TX  75201  

January 30, 2015  
Invoice 474133  
Page 206  

Client #  740489  

| Date | Description | | Code |
|---|---|---|---|
| 12/30/14 | Photocopies | | DUP |
| | Amount = | $0.60 | |
| 12/30/14 | Photocopies | | DUP |
| | Amount = | $0.10 | |
| 12/30/14 | PACER | | DOCRETRI |
| | Amount = | $3.00 | |
| 12/30/14 | PACER | | DOCRETRI |
| | Amount = | $0.50 | |
| 12/30/14 | PACER | | DOCRETRI |
| | Amount = | $3.00 | |
| 12/30/14 | PACER | | DOCRETRI |
| | Amount = | $1.20 | |
| 12/30/14 | PACER | | DOCRETRI |
| | Amount = | $0.90 | |
| 12/30/14 | PACER | | DOCRETRI |
| | Amount = | $1.30 | |
| 12/30/14 | PACER | | DOCRETRI |
| | Amount = | $0.90 | |
| 12/30/14 | PACER | | DOCRETRI |
| | Amount = | $0.50 | |
| 12/30/14 | PACER | | DOCRETRI |
| | Amount = | $0.20 | |
| 12/30/14 | PACER | | DOCRETRI |
| | Amount = | $1.30 | |
| 12/30/14 | PACER | | DOCRETRI |
| | Amount = | $0.70 | |
| 12/30/14 | PACER | | DOCRETRI |
| | Amount = | $0.30 | |
| 12/30/14 | PACER | | DOCRETRI |
| | Amount = | $0.70 | |
| 12/30/14 | PACER | | DOCRETRI |
| | Amount = | $0.90 | |
| 12/30/14 | PACER | | DOCRETRI |
| | Amount = | $3.00 | |
| 12/30/14 | PACER | | DOCRETRI |
| | Amount = | $0.40 | |

Energy Future Competitive Holdings Co.  January 30, 2015
Texas Competitive Electric Holdings Co.  Invoice 474133
1601 Bryan Street  Page 207
Dallas TX  75201

Client #  740489

| 12/30/14 | PACER | | DOCRETRI |
|---|---|---|---|
| | | Amount =  $0.20 | |
| 12/30/14 | PACER | | DOCRETRI |
| | | Amount =  $1.40 | |
| 12/30/14 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 12/30/14 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 12/30/14 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 12/30/14 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 12/30/14 | PACER | | DOCRETRI |
| | | Amount =  $2.20 | |
| 12/30/14 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 12/30/14 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 12/30/14 | PACER | | DOCRETRI |
| | | Amount =  $0.50 | |
| 12/30/14 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 12/30/14 | PACER | | DOCRETRI |
| | | Amount =  $0.50 | |
| 12/30/14 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 12/30/14 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 12/30/14 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 12/30/14 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 12/30/14 | PACER | | DOCRETRI |
| | | Amount =  $0.90 | |
| 12/30/14 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

January 30, 2015
Invoice 474133
Page 208

Client #  740489

| 12/30/14 | PACER | | DOCRETRI |
|---|---|---|---|
| | | Amount =   $1.10 | |
| 12/30/14 | PACER | | DOCRETRI |
| | | Amount =   $3.00 | |
| 12/30/14 | PACER | | DOCRETRI |
| | | Amount =   $0.50 | |
| 12/30/14 | PACER | | DOCRETRI |
| | | Amount =   $0.30 | |
| 12/30/14 | PACER | | DOCRETRI |
| | | Amount =   $2.40 | |
| 12/30/14 | PACER | | DOCRETRI |
| | | Amount =   $3.00 | |
| 12/30/14 | PACER | | DOCRETRI |
| | | Amount =   $0.30 | |
| 12/30/14 | PACER | | DOCRETRI |
| | | Amount =   $0.60 | |
| 12/30/14 | PACER | | DOCRETRI |
| | | Amount =   $0.40 | |
| 12/30/14 | PACER | | DOCRETRI |
| | | Amount =   $0.40 | |
| 12/30/14 | PACER | | DOCRETRI |
| | | Amount =   $0.10 | |
| 12/30/14 | PACER | | DOCRETRI |
| | | Amount =   $0.80 | |
| 12/30/14 | PACER | | DOCRETRI |
| | | Amount =   $0.80 | |
| 12/30/14 | PACER | | DOCRETRI |
| | | Amount =   $1.30 | |
| 12/30/14 | PACER | | DOCRETRI |
| | | Amount =   $0.40 | |
| 12/30/14 | PACER | | DOCRETRI |
| | | Amount =   $3.00 | |
| 12/30/14 | PACER | | DOCRETRI |
| | | Amount =   $0.30 | |
| 12/30/14 | PACER | | DOCRETRI |
| | | Amount =   $3.00 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

January 30, 2015
Invoice 474133
Page 209

Client #  740489

| Date | | | |
|---|---|---|---|
| 12/30/14 | PACER | | DOCRETRI |
| | | Amount =  $0.80 | |
| 12/30/14 | PACER | | DOCRETRI |
| | | Amount =  $1.20 | |
| 12/30/14 | PACER | | DOCRETRI |
| | | Amount =  $0.90 | |
| 12/30/14 | PACER | | DOCRETRI |
| | | Amount =  $2.40 | |
| 12/30/14 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 12/30/14 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 12/30/14 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 12/30/14 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 12/30/14 | PACER | | DOCRETRI |
| | | Amount =  $2.40 | |
| 12/30/14 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 12/30/14 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 12/30/14 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 12/30/14 | PACER | | DOCRETRI |
| | | Amount =  $2.20 | |
| 12/30/14 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 12/30/14 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 12/30/14 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 12/30/14 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 12/30/14 | PACER | | DOCRETRI |
| | | Amount =  $0.50 | |

Energy Future Competitive Holdings Co.                   January 30, 2015
Texas Competitive Electric Holdings Co.                  Invoice 474133
1601 Bryan Street                                        Page 210
Dallas TX  75201
                                                         Client #  740489

| 12/30/14 | PACER | | DOCRETRI |
| | | Amount = $1.80 | |
| 12/30/14 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 12/30/14 | Printing | | DUP |
| | | Amount = $0.10 | |
| 12/30/14 | Printing | | DUP |
| | | Amount = $0.10 | |
| 12/30/14 | Printing | | DUP |
| | | Amount = $0.10 | |
| 12/30/14 | Printing | | DUP |
| | | Amount = $0.10 | |
| 12/30/14 | Printing | | DUP |
| | | Amount = $0.20 | |
| 12/30/14 | Printing | | DUP |
| | | Amount = $0.20 | |
| 12/30/14 | Printing | | DUP |
| | | Amount = $0.10 | |
| 12/30/14 | Printing | | DUP |
| | | Amount = $0.10 | |
| 12/30/14 | Printing | | DUP |
| | | Amount = $0.10 | |
| 12/30/14 | Printing | | DUP |
| | | Amount = $0.10 | |
| 12/30/14 | Printing | | DUP |
| | | Amount = $0.10 | |
| 12/30/14 | Printing | | DUP |
| | | Amount = $0.40 | |
| 12/30/14 | Printing | | DUP |
| | | Amount = $0.40 | |
| 12/30/14 | Printing | | DUP |
| | | Amount = $0.40 | |
| 12/30/14 | Printing | | DUP |
| | | Amount = $0.40 | |
| 12/30/14 | Printing | | DUP |
| | | Amount = $14.60 | |
| 12/30/14 | Printing | | DUP |
| | | Amount = $0.50 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

January 30, 2015
Invoice 474133
Page 211

Client #  740489

| Date | Description | | Type |
|------|-------------|---|------|
| 12/30/14 | Printing | | DUP |
| | | Amount =  $4.40 | |
| 12/30/14 | Printing | | DUP |
| | | Amount =  $0.60 | |
| 12/30/14 | Printing | | DUP |
| | | Amount =  $5.30 | |
| 12/30/14 | Printing | | DUP |
| | | Amount =  $0.60 | |
| 12/30/14 | Printing | | DUP |
| | | Amount =  $2.40 | |
| 12/30/14 | Printing | | DUP |
| | | Amount =  $0.50 | |
| 12/30/14 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 12/30/14 | Printing | | DUP |
| | | Amount =  $0.20 | |
| 12/30/14 | Printing | | DUP |
| | | Amount =  $0.20 | |
| 12/30/14 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 12/30/14 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 12/30/14 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 12/30/14 | Printing | | DUP |
| | | Amount =  $0.20 | |
| 12/30/14 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 12/30/14 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 12/30/14 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 12/30/14 | Printing | | DUP |
| | | Amount =  $0.30 | |
| 12/30/14 | Printing | | DUP |
| | | Amount =  $0.30 | |
| 12/30/14 | Printing | | DUP |
| | | Amount =  $0.30 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

January 30, 2015
Invoice 474133
Page 212

Client #  740489

| Date | Description | | Code |
|---|---|---|---|
| 12/30/14 | Printing | | DUP |
| | | Amount =  $0.30 | |
| 12/31/14 | Conference Calls for December 20014 Conference Calling | | CONFCALL |
| | | Amount =  $6.35 | |
| 12/31/14 | Photocopies | | DUP |
| | | Amount =  $0.10 | |
| 12/31/14 | Richards Layton and Finger/Bankruptcy Court Messenger and delivery charges | | MESS |
| | | Amount =  $22.85 | |
| 12/31/14 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 12/31/14 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 12/31/14 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 12/31/14 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 12/31/14 | PACER | | DOCRETRI |
| | | Amount =  $0.50 | |
| 12/31/14 | PACER | | DOCRETRI |
| | | Amount =  $2.50 | |
| 12/31/14 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 12/31/14 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 12/31/14 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 12/31/14 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 12/31/14 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 12/31/14 | PACER | | DOCRETRI |
| | | Amount =  $0.70 | |
| 12/31/14 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |

Energy Future Competitive Holdings Co.                          January 30, 2015
Texas Competitive Electric Holdings Co.                         Invoice 474133
1601 Bryan Street                                               Page 213
Dallas TX  75201

                                                               Client #  740489

| 12/31/14 | PACER | | DOCRETRI |
|---|---|---|---|
| | | Amount =  $2.50 | |
| 12/31/14 | PACER | | DOCRETRI |
| | | Amount =  $0.90 | |
| 12/31/14 | PACER | | DOCRETRI |
| | | Amount =  $0.90 | |
| 12/31/14 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 12/31/14 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 12/31/14 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 12/31/14 | PACER | | DOCRETRI |
| | | Amount =  $1.40 | |
| 12/31/14 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 12/31/14 | PACER | | DOCRETRI |
| | | Amount =  $0.80 | |
| 12/31/14 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 12/31/14 | PACER | | DOCRETRI |
| | | Amount =  $2.20 | |
| 12/31/14 | PACER | | DOCRETRI |
| | | Amount =  $1.30 | |
| 12/31/14 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 12/31/14 | PACER | | DOCRETRI |
| | | Amount =  $0.50 | |
| 12/31/14 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 12/31/14 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 12/31/14 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 12/31/14 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |

Energy Future Competitive Holdings Co.             January 30, 2015
Texas Competitive Electric Holdings Co.            Invoice 474133
1601 Bryan Street                                  Page 214
Dallas TX  75201

                                                   Client #  740489

| 12/31/14 | PACER | | DOCRETRI |
|---|---|---|---|
| | | Amount =  $1.90 | |
| 12/31/14 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 12/31/14 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 12/31/14 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 12/31/14 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 12/31/14 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 12/31/14 | PACER | | DOCRETRI |
| | | Amount =  $0.90 | |
| 12/31/14 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 12/31/14 | PACER | | DOCRETRI |
| | | Amount =  $0.70 | |
| 12/31/14 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 12/31/14 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 12/31/14 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 12/31/14 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 12/31/14 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 12/31/14 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 12/31/14 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 12/31/14 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 12/31/14 | PACER | | DOCRETRI |
| | | Amount =  $0.60 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

January 30, 2015
Invoice 474133
Page 215
Client #  740489

| Date | | | |
|---|---|---|---|
| 12/31/14 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |
| 12/31/14 | PACER | | DOCRETRI |
| | | Amount = $0.60 | |
| 12/31/14 | PACER | | DOCRETRI |
| | | Amount = $0.60 | |
| 12/31/14 | PACER | | DOCRETRI |
| | | Amount = $0.10 | |
| 12/31/14 | PACER | | DOCRETRI |
| | | Amount = $1.30 | |
| 12/31/14 | PACER | | DOCRETRI |
| | | Amount = $0.90 | |
| 12/31/14 | PACER | | DOCRETRI |
| | | Amount = $0.50 | |
| 12/31/14 | PACER | | DOCRETRI |
| | | Amount = $1.30 | |
| 12/31/14 | PACER | | DOCRETRI |
| | | Amount = $0.40 | |
| 12/31/14 | PACER | | DOCRETRI |
| | | Amount = $0.30 | |
| 12/31/14 | PACER | | DOCRETRI |
| | | Amount = $0.40 | |
| 12/31/14 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |
| 12/31/14 | PACER | | DOCRETRI |
| | | Amount = $0.30 | |
| 12/31/14 | PACER | | DOCRETRI |
| | | Amount = $2.00 | |
| 12/31/14 | PACER | | DOCRETRI |
| | | Amount = $0.50 | |
| 12/31/14 | PACER | | DOCRETRI |
| | | Amount = $0.10 | |
| 12/31/14 | PACER | | DOCRETRI |
| | | Amount = $0.30 | |
| 12/31/14 | PACER | | DOCRETRI |
| | | Amount = $1.50 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

January 30, 2015
Invoice 474133
Page 216

Client #  740489

| | | | |
|---|---|---|---|
| 12/31/14 | PACER | | DOCRETRI |
| | | Amount =   $0.80 | |
| 12/31/14 | PACER | | DOCRETRI |
| | | Amount =   $0.40 | |
| 12/31/14 | Printing | | DUP |
| | | Amount =   $0.40 | |
| 12/31/14 | Printing | | DUP |
| | | Amount =   $0.40 | |
| 12/31/14 | Printing | | DUP |
| | | Amount =   $0.40 | |
| 12/31/14 | Printing | | DUP |
| | | Amount =   $0.40 | |
| 12/31/14 | Printing | | DUP |
| | | Amount =   $0.10 | |
| 12/31/14 | Printing | | DUP |
| | | Amount =   $0.40 | |
| 12/31/14 | Printing | | DUP |
| | | Amount =   $1.30 | |
| 12/31/14 | Printing | | DUP |
| | | Amount =   $0.20 | |
| 12/31/14 | Printing | | DUP |
| | | Amount =   $0.10 | |
| 12/31/14 | Printing | | DUP |
| | | Amount =   $0.20 | |
| 12/31/14 | Printing | | DUP |
| | | Amount =   $0.10 | |
| 12/31/14 | Printing | | DUP |
| | | Amount =   $0.10 | |
| 12/31/14 | Printing | | DUP |
| | | Amount =   $0.10 | |
| 12/31/14 | Printing | | DUP |
| | | Amount =   $0.10 | |
| 12/31/14 | Printing | | DUP |
| | | Amount =   $0.30 | |
| 12/31/14 | Printing | | DUP |
| | | Amount =   $0.10 | |
| 12/31/14 | Printing | | DUP |
| | | Amount =   $4.40 | |

Energy Future Competitive Holdings Co.

January 30, 2015

Texas Competitive Electric Holdings Co.

Invoice 474133

1601 Bryan Street

Page 217

Dallas TX  75201

Client #  740489

| 12/31/14 | Printing | | DUP |
|---|---|---|---|
| | | Amount =  $0.60 | |
| 12/31/14 | Printing | | DUP |
| | | Amount =  $14.60 | |
| 12/31/14 | Printing | | DUP |
| | | Amount =  $0.50 | |
| 12/31/14 | Printing | | DUP |
| | | Amount =  $5.30 | |
| 12/31/14 | Printing | | DUP |
| | | Amount =  $0.60 | |
| 12/31/14 | Printing | | DUP |
| | | Amount =  $2.40 | |
| 12/31/14 | Printing | | DUP |
| | | Amount =  $0.50 | |
| 12/31/14 | Printing | | DUP |
| | | Amount =  $0.40 | |
| 12/31/14 | Printing | | DUP |
| | | Amount =  $0.70 | |
| 12/31/14 | Printing | | DUP |
| | | Amount =  $0.70 | |
| 12/31/14 | Printing | | DUP |
| | | Amount =  $2.10 | |
| 12/31/14 | Printing | | DUP |
| | | Amount =  $0.40 | |
| 12/31/14 | Printing | | DUP |
| | | Amount =  $0.40 | |
| 12/31/14 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 12/31/14 | Printing | | DUP |
| | | Amount =  $0.80 | |

TOTALS FOR   740489            Energy Future Holdings Corp., et al.

Expenses    $5,478.49