# EXHIBIT E

## Detailed Description of Meal Expenses

| Date | Restaurant/ Provider | Meal | Number of People | Description | Average Amount Per Person | Amount |
|---|---|---|---|---|---|---|
| 12/2/2014 | Rodney Grille | Breakfast | 5 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with meeting with representatives of the Office of the United States Trustee concerning 2015 insider compensation plans motion | $11.26 | $56.30 |
| 12/2/2014 | Cosi | Lunch | 10 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with meeting with representatives of the Office of the United States Trustee concerning 2015 insider compensation plans motion | $16.95 | $169.55 |
| 12/15/2014 | Rodney Grille | Bottled Water | 7 | Beverages for visiting co-counsel, client representatives and estate professionals in connection for 12/18/14 hearing | $5.10 | $35.76 |
| 12/17/2014 | Grotto's Pizza | Dinner | 1 | Working meal for RL&F team member in connection with after-hours preparation for filing Greenhill & Co. retention application | $17.78 | $17.78 |
| 12/18/2014 | Manhattan Bagel | Breakfast | 7 | Working meal for visiting co-counsel, client representatives and estate professionals in connection for 12/18/14 hearing | $15.00 | $105.00 |
| 12/23/2014 | Grotto's Pizza | Dinner | 1 | Working meal for RL&F team member in connection with after-hours preparation for filing of ADA Carbon claims settlement motion and supporting declaration | $10.03 | $10.03 |
| 12/29/2014 | Manhattan Bagel | Breakfast | 5 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with 12/29/14 hearing | $18.77 | $93.86 |
| 12/30/2014 | Grotto's Pizza | Dinner | 1 | Working meal for RL&F team member in connection with after-hours filings of notices of submission for second, third, | $10.76 | $10.76 |

|  |  |  |  | fourth & fifth omnibus claim objections and prepare claim binders related to same for Judge Sontchi |  |  |
|---|---|---|---|---|---|---|
| **TOTALS** |  |  |  |  |  | $499.04 |