EFH Fee Report Summary
First Interim Fee Period
April 29, 2014 - August 31, 2014
as of 2/10/2015

| Professional | Retention Application Filed | Retention Order Entered | Interim Application (date filed, docket number, period of interim application) | Fees Requested | Expenses Requested | Status of Fee Committee Review | Fees Approved by Committee | Expenses Approved by Committee | Contested Issues | Schedule Requested |
|---|---|---|---|---|---|---|---|---|---|---|
| **Debtors' Professionals** | | | | | | | | | | |
| Kirkland & Ellis LLP - *Counsel* | 5/29/2014 #660 | 9/16/2014 #2052 | **10/31/2014  #2683** 4/29 to 8/31/2014 | $25,600,790.50 | $1,248,049.03 | Confidential Letter Report Issued 1/9/2015 | $24,511,927.32 | $1,122,860.04 | None | Approved 1/26/2015 |
| Richards, Layton & Finger, P.A. - *Co-Counsel* | 5/29/2014 #659 | 10/24/2014 #2539 | Not on file | | | | | | | |
| Alvarez & Marsal North America, LLC - *Restructuring Advisor* | 5/29/2014 #661 | 9/16/2014 #2055 | **10/31/2014  #2678** 4/29 to 8/31/2014 | $6,393,405.00 | $262,727.78 | Confidential Letter Report issued 1/16/2015 | $6,322,122.50 | *$256,145.77* | None | Hearing 2/17/2015 |
| Deloitte & Touche LLP - *Independent Auditor* | 5/29/2014 #656 | 10/29/2014 #2617 | **11/26/2014  #2901** 4/29 to 8/31/2014 | $2,072,499.50 | | Confidential Letter Report to be issued at a date to be determined. | | | | Hearing to be held with Second Interim Fee Applications |
| Evercore Group LLC - *Investment Banker and Financial Advisor* | 5/29/2014 #651 | 9/26/2014 #2056 | **11/04/2014  #2700** 4/29 to 8/31/2014 | $7,600,000.00 | $368,611.55 | Confidential Letter Report issued 1/16/2015 | $7,600,000.00 | $351,707.98 | None | Hearing 2/17/2015 |
| KPMG - *Accounting and Tax Advisors* | 5/29/2014 #652 | 9/16/2014 #2054 | **11/18/2014  #2806** 4/29 to 8/31/2014 | $1,248,506.95 | $91,466.65 | Confidential Letter Report issued 1/16/2015 | $1,227,908.60 | $91,466.65 | None | Hearing 2/17/2015 |
| Filsinger Energy Partners - *Energy Consultant* | 9/2/2014 #650 | 9/26/2014 #2057 | **11/10/2014  #2733** 4/29 to 8/31/2014 | $3,798,436.00 | $192,989.61 | Confidential Letter Report issued 12/15/2014. | $3,736,612.00 | $191,972.15 | None | Approved 12/29/2014 |
| Gibson, Dunn & Crutcher LLP - *Special Counsel* | 5/29/2014 #662 | 9/16/2014 #2058 | **10/30/2014  #2657** 4/29 to 8/31/2014 | $786,925.00 | $1,835.07 | Confidential Letter Report issued 12/15/2014. | $775,347.00 | $1,793.65 | None | Approved 12/29/2014 |
| McDermott Will & Emery LLP - *Special Counsel* | 5/29/2014 #664 | 9/16/2014 #2062 | **10/31/2014  #2679** 4/29 to 8/31/2014 | $474,034.25 | $72,166.43 | Confidential Letter Report issued 1/15/2015 | $472,373.37 | $70,785.46 | None | Hearing 2/17/2015 |
| Sidley Austin LLP - *Special Counsel* | 5/29/2014 #665 | 9/16/2014 #2060 | **10/31/2014  #2693** 4/29 to 8/31/2014 | $2,327,235.30 | $24,009.87 | Confidential Letter Report issued 1/16/2015 | | | | Hearing to be held later |
| Thompson & Knight LLP - *Special Counsel-Tax-Related Matters* | 5/29/2014 #653 | 9/16/2014 #2061 | **11/17/2014  #2789** 4/29 to 8/31/2014 | $575,740.50 | $8,518.75 | Confidential Letter Report issued 12/15/2014. | $575,044.00 | $8,350.83 | None | Approved 12/29/2014 |
| EPIQ Bankruptcy Solutions, LLC - *Claims/Noticing Agent and Administrative Advisor* | 5/29/2014 #663 | 9/16/2014 #2053 | **01/30/2015  #3408** 4/29 to 8/31/2014 | $204,706.20 | $0.00 | Confidential Letter Report to be issued at a date to be determined. | | | | Hearing to be held with Second Interim Fee Applications |
| **T-Side Committee Professionals** | | | | | | | | | | |
| FTI Consulting, Inc. - *Financial Advisor* | 7/25/2014 #1699 | 10/20/2014 #2507 | **10/31/2014  #2672** 5/19 to 8/31/2014 | $3,300,549.00 | $142,783.00 | Confidential Letter Report issued 12/17/2014. | | | | Hearing to be held later |
| Lazard Freres & Co., LLC - *Investment Banker* | 7/25/2014 #1700 | 10/20/2014 #2509 | **11/10/2014  #2726** 5/14 to 8/31/2014 | $895,161.29 | $54,437.59 | Confidential Letter Report issued 12/16/2014. | $895,161.29 | $50,437.59 | None | Hearing 2/17/2015 |
| Morrison & Foerster LLP - *Counsel* | 7/25/2014 #1696 | 9/16/2014 #2064 | **10/30/2014  #2671** **11/25/2014  #2891 (supplement)** 5/12 to 8/31/2014 | $7,915,409.50 | $166,982.01 | Confidential Letter Report issued 12/16/2014. | $7,775,744.75 | $151,727.23 | None | Approved 12/29/2014 |
| Polsinelli PC - *Co-Counsel* | 7/25/2014 #1698 | 10/17/2014 #2491 | **10/31/2014  #2674** 5/13 to 8/31/2014 | $500,927.50 | $32,695.04 | Confidential Letter Report issued 1/15/2015 | | | | Hearing to be held later |
| **E-Side Committee Professionals** | | | | | | | | | | |
| **Total Previously Approved on 12/29/2014** | | | | | | | $12,862,747.75 | $353,843.86 | | |
| **Total Previously Approved on 1/26/2015** | | | | | | | $24,511,927.32 | $1,122,860.04 | | |
| **Total Submitted for Approval on 2/17/2015** | | | | | | | $16,517,565.76 | $820,543.45 | | |

12930194.1