**Exhibit D**

**Summary of Total Fees Incurred and Hours Billed During the Fee Period**

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Todd W. Filsinger | Senior Managing Director | $750 | 550.50 | $412,875.00 |
| Jean Agras | Managing Director | $720 | 443.10 | $319,032.00 |
| Gary Germeroth | Managing Director | $720 | 738.40 | $531,648.00 |
| Dave Andrus | Director | $645 | 352.50 | $227,362.50 |
| Don Chambless | Director | $525 | 80.00 | $42,000.00 |
| Scott Davis | Director | $545 | 834.00 | $454,530.00 |
| Paul Harmon | Director | $575 | 367.70 | $211,427.50 |
| Tim Wang | Director | $575 | 607.35 | $349,226.25 |
| Michael Gadsden | Managing Consultant | $460 | 521.35 | $239,821.00 |
| Jill Kawakami | Managing Consultant | $430 | 697.65 | $299,989.50 |
| Buck Monday | Managing Consultant | $450 | 163.00 | $73,350.00 |
| Michael Perry | Managing Consultant | $410 | 349.60 | $143,336.00 |
| Samuel Schreiber | Managing Consultant | $455 | 611.50 | $278,232.50 |
| Laura Hatanaka | Consultant | $390 | 586.35 | $228,676.50 |
| Pamela Morin | Consultant | $380 | 110.55 | $42,009.00 |
| Nathan Pollak | Consultant | $405 | 381.00 | $154,305.00 |
| Alex Vinton | Analyst | $275 | 673.50 | $185,212.50 |
| | Totals:[1] | **$519.71** | **8,068.05** | **$4,193,033.25** |

---

[1] Blended hourly rate shown.