## Exhibit E

**Summary of Actual and Necessary Expenses for the Fee Period**

| Expense | Amount |
|---|---:|
| Lodging | $71,161.17 |
| Airfare | $73,996.02 |
| Transportation to/from airport | $10,161.20 |
| Travel Meals | $15,877.40 |
| Other Travel Expenses | $10,336.28 |
| Market Research | $3,000.00 |
| Other Expenses | 33.90 |
| Vehicle Rental | $10,559.69 |
| **Totals:** | **$195,125.66** |