## Exhibit F

## Summary of Fees and Expenses by Project Category for the Fee Period

| Project Category Number | Project Category Description | Hours | Total Compensation | Expenses | Total |
|---|---|---|---|---|---|
| 1 | Long-Range Forecast | 759.50 | $422,396.00 | $0.00 | $422,396.00 |
| 2 | Metric Analysis | 517.70 | $279,793.50 | $0.00 | $279,793.50 |
| 3 | Generation Analysis | 619.30 | $316,686.00 | $0.00 | $316,686.00 |
| 4 | Retail Analysis | 538.90 | $235,971.50 | $0.00 | $235,971.50 |
| 5 | Commodity Analysis | 466.00 | $189,108.00 | $0.00 | $189,108.00 |
| 6 | Competitor Analysis | 265.40 | $120,861.50 | $0.00 | $120,861.50 |
| 7 | EBITDA Projection | 180.20 | $100,771.50 | $0.00 | $100,771.50 |
| 8 | Environmental Analysis | 590.50 | $326,664.50 | $0.00 | $326,664.50 |
| 9 | Short-Range Forecast | 220.10 | $128,651.00 | $0.00 | $128,651.00 |
| 10 | Capital Projects | 18.60 | $10,850.00 | $0.00 | $10,850.00 |
| 11 | Wholesale Operations | 157.90 | $96,422.00 | $0.00 | $96,422.00 |
| 12 | Retail Operations | 203.30 | $105,281.00 | $0.00 | $105,281.00 |
| 13 | T&D Operations | 731.70 | $347,676.50 | $0.00 | $347,676.50 |
| 14 | Data Collection and Diligence | 780.70 | $385,673.50 | $0.00 | $385,673.50 |
| 15 | Reports | 379.70 | $213,879.50 | $0.00 | $213,879.50 |
| 16 | Hearings | 275.40 | $180,075.00 | $11,537.56 | $191,612.56 |
| 17 | On Site Diligence | 539.40 | $287,442.75 | $183,588.10 | $471,030.85 |
| 18 | Project Management | 243.7 | $125,051.50 | $0.00 | $125,051.50 |
| 19 | Project Administration | 36.60 | $19,697.00 | $0.00 | $19,697.00 |
| 20 | T&D Forecast | 277.00 | $180,260.00 | $0.00 | $180,260.00 |
| 21 | Fee Negotiations | 1.00 | $455.00 | $0.00 | $455.00 |
| 22 | Fee Application | 265.45 | $119,366.00 | $0.00 | $119,366.00 |
| **Totals** | | **8,068.05** | **$4,193,033.25** | **$195,125.66** | **$4,388,158.91** |