# EXHIBIT A

## Statement of Fees and Expenses By Subject Matter

| Matter Number | Matter Description | Total Hours Billed | Total Fees Requested |
|---|---|---|---|
| 1 | Voucher Analysis Services | 344.9 | $ 43,112.50 |
| 2 | 2014 Property Tax Consulting | - | $ - |
| 3 | Sales and Use Tax Examination Consulting Services | - | $ - |
| 4 | Fee Statement and Fee Application Preparation | 177.4 | $ 46,305.30 |
| 5 | Retention Services | 7.2 | $ 2,296.80 |
| 6 | SOX Phase 0 | - | $ - |
| 7 | SOX Phase I | - | $ - |
| 8 | 2013 Tax Return Review | - | $ - |
| 9 | Loan Staff Services | 171.5 | $ 30,012.50 |
| 10 | IT Asset Management | - | $ - |
| 11 | Service Costing Assessment Services | - | $ - |
| 12 | SOX Phase II - On-Going Controls | 889.5 | $ 137,554.30 |
| 13 | CAO Financial Reporting Support | 118.0 | $ 25,960.00 |
| 14 | Service Costing Phase II - Model Remediation | 9.6 | $ 3,360.00 |
| 15 | SOX II - SDLC (Software Development Life Cycle) Services | 401.7 | $ 79,992.50 |
| 16 | SOX Phase II - IAM Controls | 357.4 | $ 70,012.50 |
| 17 | HW Contract Advisor Services | 102.5 | $ 20,082.50 |
| 18 | Phase II IT Costing Apptio Service Catalog | 575.2 | $ 113,774.50 |
| 19 | Enterprise Architecture Strategy | 233.2 | $ 63,270.00 |
| **Total** | | **3,388.1** | **$ 635,733.40**[1] |

---

[1] KPMG bills for services at discounted billing rates as specified in the Retention Application dated May 29, 2014. During the Fee Period, KPMG's standard rates for services rendered totaled $1,494,232.50. KPMG's services at the agreed upon discounted rates result in a voluntary discount of fees in the amount of $915,055.90 thus benefitting the Chapter 11 estate by same amount.

## **EXHIBIT A, continued**

### **Statement of Fees and Expenses By Subject Matter**

| Service Description | Service Provider | Amount | |
|---|---|---|---|
| Airfare | N/A | $ | 18,001.07 |
| Lodging | N/A | $ | 21,708.45 |
| Travel Meals | N/A | $ | 5,289.76 |
| Ground Transportation | N/A | $ | 8,196.43 |
| Miscellaneous | N/A | $ | 20.95 |
| **Total** | | **$** | **53,216.66** |

[*Remainder of page intentionally left blank.*]