**EXHIBIT B**

**Professionals' Information**

The KPMG professionals who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position & Department | | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|---|
| Berry, Denis | Principal - Advisory | | 9.6 | $ 350 | $ 3,360.00 |
| Garcia, Susan | Managing Director - Advisory | | 8.8 | $ 350 | $ 3,080.00 |
| Cargile, David | Managing Director - Advisory | | 44.7 | $ 325 | $ 14,527.50 |
| Garcia, Susan | Managing Director - Advisory | | 23.7 | $ 325 | $ 7,702.50 |
| Potter, Maria | Director - Advisory | | 20.0 | $ 340 | $ 6,800.00 |
| Naicker, Sagren | Director - Advisory | | 92.0 | $ 295 | $ 27,140.00 |
| Amadei, Michael D | Director - Advisory | | 11.6 | $ 290 | $ 3,364.00 |
| Kowalski, John | Director - Advisory | | 17.0 | $ 290 | $ 4,930.00 |
| Seeman, Nick | Director - Advisory | * | 53.9 | $ 290 | $ 15,631.00 |
| Weaver, Wayne | Director - Advisory | | 23.1 | $ 290 | $ 6,699.00 |
| Plangman, Monica | Associate Director - Bankruptcy | * | 18.4 | $ 325 | $ 5,980.00 |
| Epelbaum, Leonard | Manager - Advisory | | 120.0 | $ 300 | $ 36,000.00 |
| Campbell, Celeste | Manager - Bankruptcy | * | 74.1 | $ 298 | $ 22,081.80 |
| Anjur, Kishore | Manager - Advisory | | 26.9 | $ 250 | $ 6,725.00 |
| Lofy, Michael | Manager - Advisory | | 80.8 | $ 250 | $ 20,200.00 |
| Mintori-Mampassi, Fabrice | Manager - Advisory | | 122.0 | $ 245 | $ 29,890.00 |
| Shaffer, Wendy | Senior Associate - Bankruptcy | | 79.0 | $ 228 | $ 18,012.00 |
| Bharadwaj, Harish | Senior Associate - Advisory | | 114.5 | $ 225 | $ 25,762.50 |
| Mehta, Anish | Senior Associate - Advisory | | 118.0 | $ 220 | $ 25,960.00 |
| Dami, Orland | Senior Associate - Advisory | | 23.0 | $ 190 | $ 4,370.00 |
| Ferguson, James | Senior Associate - Advisory | | 97.7 | $ 190 | $ 18,563.00 |
| Gay, Devin | Senior Associate - Advisory | | 164.5 | $ 190 | $ 31,255.00 |
| Isakulov, Shokhrukh | Senior Associate - Advisory | | 181.6 | $ 190 | $ 34,504.00 |
| Vencill, Daniel R | Senior Associate - Advisory | | 75.0 | $ 190 | $ 14,250.00 |
| Wilborn, Blake | Senior Associate - Advisory | | 94.7 | $ 190 | $ 17,993.00 |
| Zanini, Joseph | Senior Associate - Advisory | | 147.2 | $ 190 | $ 27,968.00 |
| Alves, Matthew | Senior Associate - Tax | * | 7.6 | $ 175 | $ 1,330.00 |
| Garza, Juanita | Associate - Bankruptcy | | 13.1 | $ 193 | $ 2,528.30 |
| Cobb, Caitlin L | Associate - Tax | | 123.9 | $ 175 | $ 21,682.50 |
| Kleiber, Katherine N | Associate - Tax | | 40.0 | $ 175 | $ 7,000.00 |
| Douthey, Amy | Associate - Advisory | | 112.0 | $ 125 | $ 14,000.00 |
| Lariscy, Matthew R. | Associate - Advisory | | 78.5 | $ 125 | $ 9,812.50 |
| Milner, Aaron | Associate - Advisory | | 120.9 | $ 125 | $ 15,112.50 |
| Nebel, Bob | Associate - Advisory | | 171.9 | $ 125 | $ 21,487.50 |
| Ouyo, Lesley | Associate - Advisory | | 56.1 | $ 125 | $ 7,012.50 |
| Rangwala, Hussain | Associate - Advisory | | 102.6 | $ 125 | $ 12,825.00 |
| Shah, Meghna | Associate - Advisory | | 157.1 | $ 125 | $ 19,637.50 |
| Waggoner, Holly | Associate - Advisory | | 112.0 | $ 125 | $ 14,000.00 |
| Braun, Nancy | Contractor - Apptio SME | ** | 11.4 | $ 185 | $ 2,109.00 |
| Serber, Mike | Contractor - Data Architect | ** | 174.2 | $ 150 | $ 26,130.00 |
| Hayes, Chris | Contractor - Data SME | ** | 126.3 | $ 110 | $ 13,893.00 |
| Adedeji, Peju | Contractor | ** | 138.7 | $ 104 | $ 14,424.80 |
| **Total** | | | **3,388.1** | | **$ 635,733.40** |

\* Promoted effective October 1, 2014
\*\* Contractors are passed through at cost.