# EXHIBIT C

## Summary of Actual and Necessary Expenses for the Fee Period

### ALL - Expense Summary

| Service Description | Service Provider | Amount |
|---|---|---:|
| Airfare | N/A | $ 18,001.07 |
| Lodging | N/A | $ 21,708.45 |
| Travel Meals | N/A | $ 5,289.76 |
| Ground Transportation | N/A | $ 8,196.43 |
| Miscellaneous | N/A | $ 20.95 |
| **Total** | | **$ 53,216.66** |

### EFH - Expense Summary

| Service Description | Service Provider | Amount |
|---|---|---:|
| Airfare | N/A | $ 18,001.07 |
| Lodging | N/A | $ 21,708.45 |
| Travel Meals | N/A | $ 5,289.76 |
| Ground Transportation | N/A | $ 8,196.43 |
| Miscellaneous | N/A | $ 20.95 |
| **Total** | | **$ 53,216.66** |