# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
|  | ) Objection Deadline: March 10, 2015, at 4:00 p.m. ET |
|  | ) Hearing Date: To be determined |

## SUMMARY COVER SHEET TO THE FIRST
## INTERIM FEE APPLICATION OF O'KELLY ERNST & BIELLI, LLC,
## CO-COUNSEL FOR DEBTOR AND DEBTOR IN POSSESSION ENERGY FUTURE
## HOLDINGS CORP., FOR THE PERIOD FROM NOVEMBER 19, 2014
## THROUGH AND INCLUDING DECEMBER 31, 2014

In accordance with the Local Bankruptcy Rules for the District of Delaware (the "Local Bankruptcy Rules"), O'Kelly Ernst & Bielli, LLC ("OEB"), co-counsel for the debtor and debtor in possession Energy Future Holdings Corp. ("EFH Corp."), submits this summary (this "Summary") of fees and expenses sought as actual, reasonable, and necessary in the first interim fee application to which this Summary is attached (the "Fee Application")[2] for the period from November 19, 2014 through December 31, 2014 (the "Fee Period").

OEB submits the Fee Application as an interim fee application in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 2066] (the "Interim Compensation Order") and the *Stipulation and Order Appointment a Fee Committee* [D.I. 1896] (the "Fee Committee Order").

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined in this Summary shall have the meanings ascribed to such terms in the Fee Application.

*General Information*

| | |
|---|---|
| Name of Applicant: | O'Kelly Ernst & Bielli, LLC |
| Authorized to Provided Services to: | Energy Future Holdings Corp., Debtor and Debtor in Possession |
| Petition Date: | April 29, 2014 |
| Date of Order Authorizing EFH Corp. to Retain OEB [D.I. 3280]: | January 13, 2015, *nunc pro tunc* to November 19, 2014 |

*Summary of Fees and Expenses Sought in the Fee Application*[3]

| | |
|---|---|
| Period for Which Compensation and Reimbursement is Sought in the Fee Application: | November 19, 2014 through December 31, 2014 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary for the Fee Period: | $10,141.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary for the Fee Period: | $190.00 |
| Total Compensation and Expense Reimbursement Requested for the Fee Period: | $10,331.50 |

*Rate Increases Applicable to the Fee Period*

| | |
|---|---|
| Total Amount of Compensation Sought for the Fee Period, Calculated Use Rates as of Date of Retention: | $10, 141.50 |

*Summary of Past Requests for Compensation and Prior Payments*

| | |
|---|---|
| Total Amount of Compensation Previously Requested Pursuant to the Interim Compensation Order to Date: | N/A |

---

[3] Of the amount of fees and expenses sought in this Fee Application, $2,028.30 represents the amount for which OEB has not sought compensation in the monthly fee statement it has filed as of the date hereof for the following period: November 19, 2014 to December 31, 2014 [D.I. 3406] (the "Monthly Fee Statement"). Also, OEB renders legal serves only to EFH Corp.. Pursuant to paragraph 4 of the Retention Order, absent an order of the Court, the fees and expenses incurred by OEB are paid by EFH Corp. As such, no allocation pursuant to paragraph 2(b) of the Interim Compensation Order is applicable.

2

Total Amount of Expense
Reimbursement Previously Requested
Pursuant to the Interim Compensation Order to Date:     N/A

Total Compensation Approved
Pursuant to the Interim Compensation Order to Date:     N/A

Total Amount of Expense Reimbursement Approved
Pursuant to the Interim Compensation Order to Date:     N/A

Total Allowed Compensation Paid to Date:     N/A

Total Allowed Expenses Paid to Date:     N/A

Compensation Sought in this Application
Already Paid Pursuant to the Interim
Compensation Order but Not Yet Allowed:     $0.00

Expenses Sought in this Application
Already Paid Pursuant to the Interim
Compensation Order but Not Yet Allowed:     $0.00

[*Remainder of page intentionally left blank.*]

|  |  |
|---|---|
|  | **O'KELLY ERNST & BIELLI, LLC** |
| Date:  February 17, 2015 | */s/ David M. Klauder* |
|  | David M. Klauder (No. 5769) |

Shannon J. Dougherty (No. 5740)
901 N. Market Street, Suite 1000
Wilmington, DE  19801
Phone: (302) 778-4000
Fax: (302) 295-2873
dklauder@oeblegal.com
sdougherty@oeblegal.com

and

**PROSKAUER ROSE LLP**

Jeff J. Marwil (admitted *pro hac vice*)
Mark K. Thomas (admitted *pro hac vice*)
Peter J. Young (admitted *pro hac vice*)
Three First National Plaza
70 W. Madison Street, Suite 3800
Chicago, IL 60602
Phone:  (312) 962-3550
Fax:  (312) 962-3551
jmarwil@proskauer.com
mthomas@proskauer.com
pyoung@proskauer.com

*Co-Counsel to the Debtor*
*Energy Future Holdings Corp.*