## EXHIBIT C

**Summary of O'Kelly Ernst & Bielli, LLC Blended Hourly Rates**
**(Customary and Comparable Compensation Disclosures)**

| Timekeeper Category | Blended Hourly Rate | |
| --- | --- | --- |
| | **Worked and Billed in 2014** (excluding Restructuring lawyers) | **Billed in this Fee Application** |
| Partners | $360.00 | $345.56 |
| Associates | $192.50 | $176.90 |
| Legal Assistants/Paralegals | $107.50 | $125.00 |
| Total | **$220.00** | **$240.32** |

Case Name:              Energy Future Holdings Corp.

Case Number:            14-10979 (CSS)

Applicant's Name:       O'Kelly Ernst & Bielli, LLC

Date of Application:    February 17, 2015

Interim or Final:       Interim