**EXHIBIT D**

**Summary of O'Kelly Ernst & Bielli, LLC Hours Worked and Fees Incurred**

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Thomas Bielli | Partner | 2006[1] | Bankruptcy | $295.00 | 0.8 | $236.00 |
| Ryan Ernst | Partner | 2006 | Corporate Litigation | $270.00 | 0.6 | $162.00 |
| David Klauder | Partner | 2012 | Bankruptcy | $350.00 | 19.3 | $6,755.00 |
| Shannon Dougherty | Associate | 2012 | Bankruptcy | $180.00 | 5.5 | $990.00 |
| Cory Stephenson | Associate | 2015 | Bankruptcy | $120.00 | 0.3 | $36.00 |
| Amy Huber | Paralegal | N/A | Bankruptcy | $125.00 | 15.7 | $1,962.50 |
| **TOTAL** | | | | | **42.2** | **$10,141.50** |

---

[1] PA Bar