## EXHIBIT E

**Summary of O'Kelly Ernst & Bielli, LLC Expenses**

| Service Description | Amount |
|---|---|
| **Filing Fee/Court Costs** | **$ 179.80** |
| **Photocopying/Printing** | **$ 10.20** |
| | |
| Total | $ 190.00 |