**EXHIBIT F**

**Schedule of Hours Worked and Aggregate Fees for Each Matter Category**

| Matter Number | Matter Description | Total Billed Hours | Total Fees |
|---|---|---|---|
| 001 | Case Administration | 9.4 | $2,159.50 |
| | | | |
| 007 | Employment and Fee Applications | 32.8 | $7,982.00 |
| | | | |
| | **TOTAL** | **42.2** | **$10,141.50** |