# EXHIBIT G

**Detailed Time Records for O'Kelly Ernst & Bielli, LLC**

| Date | Description | Category | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11-26-2014 | Emails with Proskauer re: engagement and prepare engagement letter | Fee/Employment Applications | Klauder, David | 0.5 | $350.00 | $175.00 |
| 12-01-2014 | Emails with P. Young at Proskauer re: engagement and retention apps | Fee/Employment Applications | Klauder, David | 0.2 | $350.00 | $70.00 |
| 12-03-2014 | Emails with Proskauer re: retention app and status | Fee/Employment Applications | Klauder, David | 0.2 | $350.00 | $70.00 |
| 12-03-2014 | Edits to retention app | Fee/Employment Applications | Klauder, David | 0.4 | $350.00 | $140.00 |
| 12-04-2014 | Review of docket for relevant pleadings | Fee/Employment Applications | Klauder, David | 0.2 | $350.00 | $70.00 |
| 12-04-2014 | Review protocol for independent matters | Case Administration | Klauder, David | 0.3 | $350.00 | $105.00 |
| 12-04-2014 | Work on retention app papers and edits to application, declaration, order and accompanying documents | Fee/Employment Applications | Klauder, David | 1.4 | $350.00 | $490.00 |
| 12-04-2014 | Further edits to retention papers | Fee/Employment Applications | Klauder, David | 0.5 | $350.00 | $175.00 |
| 12-05-2014 | Emails with A. Huber and coordinate prep of retention apps and shorten notice motions | Fee/Employment Applications | Klauder, David | 0.3 | $350.00 | $105.00 |
| 12-05-2014 | Begin reviewing and making notes for conflict check and certification. | Fee/Employment Applications | Ernst, Ryan | 0.3 | $270.00 | $81.00 |
| 12-05-2014 | Work on OEB Retention Application. | Fee/Employment Applications | Huber, Amy | 1.4 | $125.00 | $175.00 |
| 12-05-2014 | Work on Proskauer Retention Application. | Fee/Employment Applications | Huber, Amy | 0.3 | $125.00 | $37.50 |
| 12-05-2014 | Prepare and work on Motion to shorten Notice re: Proskauer Retention Application. | Fee/Employment Applications | Huber, Amy | 0.4 | $125.00 | $50.00 |
| 12-05-2014 | Prepare and work on Service List. | Fee/Employment Applications | Huber, Amy | 1.6 | $125.00 | $200.00 |
| 12-06-2014 | Review edits retention papers and motions to shorten | Fee/Employment Applications | Klauder, David | 0.3 | $350.00 | $105.00 |
| 12-07-2014 | Edits to motions to shorten retention app | Fee/Employment Applications | Klauder, David | 0.7 | $350.00 | $245.00 |
| 12-08-2014 | Complete retention review and provide comments to DK | Case Administration | Ernst, Ryan | 0.3 | $270.00 | $81.00 |
| 12-08-2014 | Emails with Proskauer re: retention and engagement papers and coordinate prep of same | Fee/Employment Applications | Klauder, David | 0.2 | $350.00 | $70.00 |
| 12-08-2014 | Review of various retention and engagement papers | Fee/Employment Applications | Klauder, David | 0.4 | $350.00 | $140.00 |
| 12-08-2014 | Review retention list | Fee/Employment Applications | Dougherty, Shannon | 1.0 | $180.00 | $180.00 |
| 12-08-2014 | Edit Engagement Letter | Fee/Employment Applications | Dougherty, Shannon | 0.3 | $180.00 | $54.00 |
| 12-08-2014 | Edit OEB Retention App | Fee/Employment Applications | Dougherty, Shannon | 0.3 | $180.00 | $54.00 |

1

| Date | Description | Category | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12-08-2014 | Work on Proskauer Retention Application. | Fee/Employment Applications | Huber, Amy | 0.3 | $125.00 | $37.50 |
| 12-08-2014 | Work on Motion to Shorten Notice re: Proskauer Retention Application. | Fee/Employment Applications | Huber, Amy | 0.9 | $125.00 | $112.50 |
| 12-08-2014 | Work on OEB Retention Application. | Fee/Employment Applications | Huber, Amy | 0.8 | $125.00 | $100.00 |
| 12-08-2014 | Prepare and work on Motion to Shorten Notice re: OEB Retention Application. | Fee/Employment Applications | Huber, Amy | 0.3 | $125.00 | $37.50 |
| 12-08-2014 | Work on Service List. | Fee/Employment Applications | Huber, Amy | 0.5 | $125.00 | $62.50 |
| 12-09-2014 | Work on review for retention of OEB | Case Administration | Bielli, Tom | 0.8 | $295.00 | $236.00 |
| 12-09-2014 | Work on Retention App | Fee/Employment Applications | Dougherty, Shannon | 0.1 | $180.00 | $18.00 |
| 12-09-2014 | Email to Pete Young re: retention papers | Fee/Employment Applications | Klauder, David | 0.1 | $350.00 | $35.00 |
| 12-09-2014 | Edits to declaration for retention app | Fee/Employment Applications | Klauder, David | 0.3 | $350.00 | $105.00 |
| 12-11-2014 | Review and respond to email from Pete Young re: status of retention apps | Fee/Employment Applications | Klauder, David | 0.2 | $350.00 | $70.00 |
| 12-11-2014 | Review Board resolutions | Fee/Employment Applications | Klauder, David | 0.1 | $350.00 | $35.00 |
| 12-12-2014 | Various emails re: representation | Fee/Employment Applications | Klauder, David | 0.1 | $350.00 | $35.00 |
| 12-15-2014 | Work on OEB Retention Application. | Fee/Employment Applications | Huber, Amy | 2.9 | $125.00 | $362.50 |
| 12-15-2014 | Emails with Pete Young at Proskauer re: status of retention apps | Fee/Employment Applications | Klauder, David | 0.2 | $350.00 | $70.00 |
| 12-15-2014 | Review edits to Proskauer retention app and other papers | Fee/Employment Applications | Klauder, David | 0.3 | $350.00 | $105.00 |
| 12-15-2014 | Review and edit engagement letter and declarations | Fee/Employment Applications | Klauder, David | 0.2 | $350.00 | $70.00 |
| 12-15-2014 | Review and edit OEB retention papers and coordinate same with A. Huber | Fee/Employment Applications | Klauder, David | 0.8 | $350.00 | $280.00 |
| 12-15-2014 | Review notices for retention apps | Fee/Employment Applications | Klauder, David | 0.1 | $350.00 | $35.00 |
| 12-15-2014 | Review revised declaration from client and emails with P. Young re: same | Fee/Employment Applications | Klauder, David | 0.2 | $350.00 | $70.00 |
| 12-15-2014 | Review email from Proskauer to UST re: retention apps | Fee/Employment Applications | Klauder, David | 0.1 | $350.00 | $35.00 |
| 12-15-2014 | Further edits to retention application papers in conjunction with revised declaration | Fee/Employment Applications | Klauder, David | 0.3 | $350.00 | $105.00 |
| 12-16-2014 | Research regarding pro hac vice motions | Case Administration | Dougherty, Shannon | 0.2 | $180.00 | $36.00 |
| 12-16-2014 | Work on preparations for 12/17 hearing | Case Administration | Dougherty, Shannon | 0.4 | $180.00 | $72.00 |
| 12-16-2014 | Confer w/DK regarding case status | Case Administration | Dougherty, Shannon | 0.6 | $180.00 | $108.00 |

| Date | Description | Category | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12-16-2014 | Work on PHV Admissions | Case Administration | Dougherty, Shannon | 0.5 | $180.00 | $90.00 |
| 12-16-2014 | Review various revisions to Evans Declaration and Proskauer retention app and compare with OEB retention papers | Fee/Employment Applications | Klauder, David | 0.7 | $350.00 | $245.00 |
| 12-16-2014 | Review memo from Proskauer with edited retention papers and various emails with P. Young re: same | Fee/Employment Applications | Klauder, David | 0.4 | $350.00 | $140.00 |
| 12-16-2014 | Coordinate Courtcall access for Proskauer attorney and various emails with P. Young re: same | Fee/Employment Applications | Klauder, David | 0.3 | $350.00 | $105.00 |
| 12-16-2014 | Prep and edit pro hac vice motions for Proskauer attorneys and discuss same with S. Dougherty | Case Administration | Klauder, David | 0.5 | $350.00 | $175.00 |
| 12-16-2014 | Review and edit notices for retention applications | Fee/Employment Applications | Klauder, David | 0.3 | $350.00 | $105.00 |
| 12-16-2014 | Review budget and staffing plan | Fee/Employment Applications | Klauder, David | 0.2 | $350.00 | $70.00 |
| 12-16-2014 | Emails with Jason Madron at RLF re: engagement and service of same | Fee/Employment Applications | Klauder, David | 0.2 | $350.00 | $70.00 |
| 12-16-2014 | Review further edits to Proskauer retention app and edit with OEB retention papers | Fee/Employment Applications | Klauder, David | 0.5 | $350.00 | $175.00 |
| 12-16-2014 | Review various emails between Proskauer and Kirkland re: edits to retention papers | Fee/Employment Applications | Klauder, David | 0.2 | $350.00 | $70.00 |
| 12-16-2014 | Review filed retention papers for Cravath | Fee/Employment Applications | Klauder, David | 0.2 | $350.00 | $70.00 |
| 12-16-2014 | Review last round of edits to Proskauer retention app and edit OEB retention app accordingly and coordinate all for filing | Fee/Employment Applications | Klauder, David | 2.7 | $350.00 | $945.00 |
| 12-16-2014 | Confer with D. Klauder regarding OEB and Proskauer Retention Applications. | Fee/Employment Applications | Huber, Amy | 0.3 | $125.00 | $37.50 |
| 12-16-2014 | Work on Proskauer Retention Application | Fee/Employment Applications | Huber, Amy | 1.3 | $125.00 | $162.50 |
| 12-16-2014 | Work on OEB Retention Application | Fee/Employment Applications | Huber, Amy | 1.9 | $125.00 | $237.50 |
| 12-16-2014 | Work on J. Marwil's PHV Motion. | Case Administration | Huber, Amy | 0.3 | $125.00 | $37.50 |
| 12-16-2014 | Work on M. Thomas' PHV Motion. | Case Administration | Huber, Amy | 0.3 | $125.00 | $37.50 |
| 12-16-2014 | Work on P. Young's PHV Motion. | Case Administration | Huber, Amy | 0.3 | $125.00 | $37.50 |
| 12-16-2014 | Work on OEB Retention App | Fee/Employment Applications | Dougherty, Shannon | 1.0 | $180.00 | $180.00 |
| 12-17-2014 | Work on J. Marwil's PHV Motion. | Case Administration | Huber, Amy | 0.3 | $125.00 | $37.50 |

3

| Date | Description | Category | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12-17-2014 | Work on M. Thomas' PHV Motion. | Case Administration | Huber, Amy | 0.3 | $125.00 | $37.50 |
| 12-17-2014 | Work on P. Young's PHV Motion. | Case Administration | Huber, Amy | 0.3 | $125.00 | $37.50 |
| 12-17-2014 | Prepare and work on Proskauer and OEB Entry of Appearance. | Case Administration | Huber, Amy | 0.5 | $125.00 | $62.50 |
| 12-17-2014 | Work on Proskauer Retention Application. | Fee/Employment Applications | Huber, Amy | 0.1 | $125.00 | $12.50 |
| 12-17-2014 | Work on OEB Retention Application. | Fee/Employment Applications | Huber, Amy | 0.1 | $125.00 | $12.50 |
| 12-17-2014 | Review Munger Tolles retention app | Fee/Employment Applications | Klauder, David | 0.2 | $350.00 | $70.00 |
| 12-17-2014 | Review pro hac vice applications and send to Proskauer team | Case Administration | Klauder, David | 0.2 | $350.00 | $70.00 |
| 12-17-2014 | Emails with Pete Young at Proskauer re: PHV motions and engagement letter | Case Administration | Klauder, David | 0.2 | $350.00 | $70.00 |
| 12-17-2014 | Review and edit PHV motions and EOA and coordinate for filing | Case Administration | Klauder, David | 0.3 | $350.00 | $105.00 |
| 12-17-2014 | Work on Motions for Admissions PHV | Case Administration | Dougherty, Shannon | 0.8 | $180.00 | $144.00 |
| 12-17-2014 | Further edits to Pro hac motions and EOA | Case Administration | Klauder, David | 0.3 | $350.00 | $105.00 |
| 12-17-2014 | Review signed engagement letter and send to P. Young | Fee/Employment Applications | Klauder, David | 0.2 | $350.00 | $70.00 |
| 12-17-2014 | Review various filings in case | Case Administration | Klauder, David | 0.1 | $350.00 | $35.00 |
| 12-17-2014 | Review agenda for 12/18 hearing | Case Administration | Klauder, David | 0.1 | $350.00 | $35.00 |
| 12-17-2014 | Discuss work flow issues in the matter with T. Bielli and S. Dougherty | Case Administration | Klauder, David | 0.4 | $350.00 | $140.00 |
| 12-18-2014 | Correspond w/AH regarding PHV motions | Case Administration | Dougherty, Shannon | 0.1 | $180.00 | $18.00 |
| 12-18-2014 | Updated client file with new documents | Case Administration | Stephenson, Cory | 0.3 | $120.00 | $36.00 |
| 12-18-2014 | Update on recent filings and discuss with S. Dougherty | Case Administration | Klauder, David | 0.2 | $350.00 | $70.00 |
| 12-18-2014 | Review UST fee guidelines | Fee/Employment Applications | Klauder, David | 0.2 | $350.00 | $70.00 |
| 12-19-2014 | Review docket and discuss pro hac vice with S. Dougherty | Case Administration | Klauder, David | 0.1 | $350.00 | $35.00 |
| 12-22-2014 | Confer w/court clerk regarding PHV motions, correspond w/DK regarding same | Case Administration | Dougherty, Shannon | 0.2 | $180.00 | $36.00 |
| 12-22-2014 | Discuss status of pro hac applications with S. Dougherty | Case Administration | Klauder, David | 0.1 | $350.00 | $35.00 |
| 12-22-2014 | Review apps to employ Sullivan & Cromwell and MMWR | Fee/Employment Applications | Klauder, David | 0.1 | $350.00 | $35.00 |

4

| Date | Description | Category | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12-22-2014 | Review Marwil supplemental declaration, emails with co-counsel and coordinate filing of same | Fee/Employment Applications | Klauder, David | 0.3 | $350.00 | $105.00 |
| 12-22-2014 | Work on Supplemental Declaration of J. Marwil in Support of Proskauer Retention Application. | Fee/Employment Applications | Huber, Amy | 0.3 | $125.00 | $37.50 |
| 12-23-2014 | Review various emails with Epiq re: service | Fee/Employment Applications | Klauder, David | 0.1 | $350.00 | $35.00 |
| 12-23-2014 | Review message from Texas gov't entity re: service of papers | Case Administration | Klauder, David | 0.1 | $350.00 | $35.00 |
| 12-26-2014 | Review Stevens & Lee retention | Fee/Employment Applications | Klauder, David | 0.1 | $350.00 | $35.00 |
| 12-26-2014 | Review affidavit of service re: supp declaration and emails with Epic re: same | Fee/Employment Applications | Klauder, David | 0.2 | $350.00 | $70.00 |
| 12-29-2014 | Review recent filings | Fee/Employment Applications | Klauder, David | 0.1 | $350.00 | $35.00 |
| 12-29-2014 | Emails with co-counsel re: revised order language for retention and request for more time | Fee/Employment Applications | Klauder, David | 0.2 | $350.00 | $70.00 |
| 12-29-2014 | Review email from Committee counsel re: extension deadline | Fee/Employment Applications | Klauder, David | 0.1 | $350.00 | $35.00 |
| 12-29-2014 | Review application of EFIH to retain Goldin & Assocs. | Fee/Employment Applications | Klauder, David | 0.1 | $350.00 | $35.00 |
| 12-30-2014 | Phone call and emails with UST re: retention app and extension of deadline | Fee/Employment Applications | Klauder, David | 0.2 | $350.00 | $70.00 |
| 12-30-2014 | Emails with co-counsel re: UST review of retention app | Fee/Employment Applications | Klauder, David | 0.1 | $350.00 | $35.00 |
| 12-30-2014 | Review of Guggenheim Securities retention app | Fee/Employment Applications | Klauder, David | 0.2 | $350.00 | $70.00 |
| **Grand Total** | | | | **42.2** | | **$10,141.50** |

| Date | Description | Category | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12-04-2014 | Review protocol for independent matters | Case Administration | Klauder, David | 0.3 | $350.00 | $105.00 |
| 12-08-2014 | Complete retention review and provide comments to DK | Case Administration | Ernst, Ryan | 0.3 | $270.00 | $81.00 |
| 12-09-2014 | Work on review for retention of OEB | Case Administration | Bielli, Tom | 0.8 | $295.00 | $236.00 |
| 12-16-2014 | Research regarding pro hac vice motions | Case Administration | Dougherty, Shannon | 0.2 | $180.00 | $36.00 |
| 12-16-2014 | Work on preparations for 12/17 hearing | Case Administration | Dougherty, Shannon | 0.4 | $180.00 | $72.00 |
| 12-16-2014 | Confer w/DK regarding case status | Case Administration | Dougherty, Shannon | 0.6 | $180.00 | $108.00 |
| 12-16-2014 | Work on PHV Admissions | Case Administration | Dougherty, Shannon | 0.5 | $180.00 | $90.00 |
| 12-16-2014 | Prep and edit pro hac vice motions for Proskauer attorneys and discuss same with S. Dougherty | Case Administration | Klauder, David | 0.5 | $350.00 | $175.00 |
| 12-16-2014 | Work on J. Marwil's PHV Motion. | Case Administration | Huber, Amy | 0.3 | $125.00 | $37.50 |
| 12-16-2014 | Work on M. Thomas' PHV Motion. | Case Administration | Huber, Amy | 0.3 | $125.00 | $37.50 |
| 12-16-2014 | Work on P. Young's PHV Motion. | Case Administration | Huber, Amy | 0.3 | $125.00 | $37.50 |
| 12-17-2014 | Work on J. Marwil's PHV Motion. | Case Administration | Huber, Amy | 0.3 | $125.00 | $37.50 |
| 12-17-2014 | Work on M. Thomas' PHV Motion. | Case Administration | Huber, Amy | 0.3 | $125.00 | $37.50 |
| 12-17-2014 | Work on P. Young's PHV Motion. | Case Administration | Huber, Amy | 0.3 | $125.00 | $37.50 |
| 12-17-2014 | Prepare and work on Proskauer and OEB Entry of Appearance. | Case Administration | Huber, Amy | 0.5 | $125.00 | $62.50 |
| 12-17-2014 | Review pro hac vice applications and send to Proskauer team | Case Administration | Klauder, David | 0.2 | $350.00 | $70.00 |
| 12-17-2014 | Emails with Pete Young at Proskauer re: PHV motions and engagement letter | Case Administration | Klauder, David | 0.2 | $350.00 | $70.00 |
| 12-17-2014 | Review and edit PHV motions and EOA and coordinate for filing | Case Administration | Klauder, David | 0.3 | $350.00 | $105.00 |
| 12-17-2014 | Work on Motions for Admissions PHV | Case Administration | Dougherty, Shannon | 0.8 | $180.00 | $144.00 |
| 12-17-2014 | Further edits to Pro hac motions and EOA | Case Administration | Klauder, David | 0.3 | $350.00 | $105.00 |
| 12-17-2014 | Review various filings in case | Case Administration | Klauder, David | 0.1 | $350.00 | $35.00 |
| 12-17-2014 | Review agenda for 12/18 hearing | Case Administration | Klauder, David | 0.1 | $350.00 | $35.00 |
| 12-17-2014 | Discuss work flow issues in the matter with T. Bielli and S. Dougherty | Case Administration | Klauder, David | 0.4 | $350.00 | $140.00 |
| 12-18-2014 | Correspond w/AH regarding PHV motions | Case Administration | Dougherty, Shannon | 0.1 | $180.00 | $18.00 |
| 12-18-2014 | Updated client file with new documents | Case Administration | Stephenson, Cory | 0.3 | $120.00 | $36.00 |
| 12-18-2014 | Update on recent filings and discuss with S. Dougherty | Case Administration | Klauder, David | 0.2 | $350.00 | $70.00 |
| 12-19-2014 | Review docket and discuss pro hac vice with S. Dougherty | Case Administration | Klauder, David | 0.1 | $350.00 | $35.00 |

6

| Date | Description | Category | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12-22-2014 | Confer w/court clerk regarding PHV motions, correspond w/DK regarding same | Case Administration | Dougherty, Shannon | 0.2 | $180.00 | $36.00 |
| 12-22-2014 | Discuss status of pro hac applications with S. Dougherty | Case Administration | Klauder, David | 0.1 | $350.00 | $35.00 |
| 12-23-2014 | Review message from Texas gov't entity re: service of papers | Case Administration | Klauder, David | 0.1 | $350.00 | $35.00 |
| **Subtotal** | | **Case Administration** | | **9.4** | | **$ 2,159.50** |
| 11-26-2014 | Emails with Proskauer re: engagement and prepare engagement letter | Fee/Employment Applications | Klauder, David | 0.5 | $350.00 | $175.00 |
| 12-01-2014 | Emails with P. Young at Proskauer re: engagement and retention apps | Fee/Employment Applications | Klauder, David | 0.2 | $350.00 | $70.00 |
| 12-03-2014 | Emails with Proskauer re: retention app and status | Fee/Employment Applications | Klauder, David | 0.2 | $350.00 | $70.00 |
| 12-03-2014 | Edits to retention app | Fee/Employment Applications | Klauder, David | 0.4 | $350.00 | $140.00 |
| 12-04-2014 | Review of docket for relevant pleadings | Fee/Employment Applications | Klauder, David | 0.2 | $350.00 | $70.00 |
| 12-04-2014 | Work on retention app papers and edits to application, declaration, order and accompanying documents | Fee/Employment Applications | Klauder, David | 1.4 | $350.00 | $490.00 |
| 12-04-2014 | Further edits to retention papers | Fee/Employment Applications | Klauder, David | 0.5 | $350.00 | $175.00 |
| 12-05-2014 | Emails with A. Huber and coordinate prep of retention apps and shorten notice motions | Fee/Employment Applications | Klauder, David | 0.3 | $350.00 | $105.00 |
| 12-05-2014 | Begin reviewing and making notes for conflict check and certification. | Fee/Employment Applications | Ernst, Ryan | 0.3 | $270.00 | $81.00 |
| 12-05-2014 | Work on OEB Retention Application. | Fee/Employment Applications | Huber, Amy | 1.4 | $125.00 | $175.00 |
| 12-05-2014 | Work on Proskauer Retention Application. | Fee/Employment Applications | Huber, Amy | 0.3 | $125.00 | $37.50 |
| 12-05-2014 | Prepare and work on Motion to shorten Notice re: Proskauer Retention Application. | Fee/Employment Applications | Huber, Amy | 0.4 | $125.00 | $50.00 |
| 12-05-2014 | Prepare and work on Service List. | Fee/Employment Applications | Huber, Amy | 1.6 | $125.00 | $200.00 |
| 12-06-2014 | Review edits retention papers and motions to shorten | Fee/Employment Applications | Klauder, David | 0.3 | $350.00 | $105.00 |
| 12-07-2014 | Edits to motions to shorten retention app | Fee/Employment Applications | Klauder, David | 0.7 | $350.00 | $245.00 |
| 12-08-2014 | Emails with Proskauer re: retention and engagement papers and coordinate prep of same | Fee/Employment Applications | Klauder, David | 0.2 | $350.00 | $70.00 |
| 12-08-2014 | Review of various retention and engagement papers | Fee/Employment Applications | Klauder, David | 0.4 | $350.00 | $140.00 |
| 12-08-2014 | Review retention list | Fee/Employment Applications | Dougherty, Shannon | 1.0 | $180.00 | $180.00 |

7

| Date | Description | Category | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12-08-2014 | Edit Engagement Letter | Fee/Employment Applications | Dougherty, Shannon | 0.3 | $180.00 | $54.00 |
| 12-08-2014 | Edit OEB Retention App | Fee/Employment Applications | Dougherty, Shannon | 0.3 | $180.00 | $54.00 |
| 12-08-2014 | Work on Proskauer Retention Application. | Fee/Employment Applications | Huber, Amy | 0.3 | $125.00 | $37.50 |
| 12-08-2014 | Work on Motion to Shorten Notice re: Proskauer Retention Application. | Fee/Employment Applications | Huber, Amy | 0.9 | $125.00 | $112.50 |
| 12-08-2014 | Work on OEB Retention Application. | Fee/Employment Applications | Huber, Amy | 0.8 | $125.00 | $100.00 |
| 12-08-2014 | Prepare and work on Motion to Shorten Notice re: OEB Retention Application. | Fee/Employment Applications | Huber, Amy | 0.3 | $125.00 | $37.50 |
| 12-08-2014 | Work on Service List. | Fee/Employment Applications | Huber, Amy | 0.5 | $125.00 | $62.50 |
| 12-09-2014 | Work on Retention App | Fee/Employment Applications | Dougherty, Shannon | 0.1 | $180.00 | $18.00 |
| 12-09-2014 | Email to Pete Young re: retention papers | Fee/Employment Applications | Klauder, David | 0.1 | $350.00 | $35.00 |
| 12-09-2014 | Edits to declaration for retention app | Fee/Employment Applications | Klauder, David | 0.3 | $350.00 | $105.00 |
| 12-11-2014 | Review and respond to email from Pete Young re: status of retention apps | Fee/Employment Applications | Klauder, David | 0.2 | $350.00 | $70.00 |
| 12-11-2014 | Review Board resolutions | Fee/Employment Applications | Klauder, David | 0.1 | $350.00 | $35.00 |
| 12-12-2014 | Various emails re: representation | Fee/Employment Applications | Klauder, David | 0.1 | $350.00 | $35.00 |
| 12-15-2014 | Work on OEB Retention Application. | Fee/Employment Applications | Huber, Amy | 2.9 | $125.00 | $362.50 |
| 12-15-2014 | Emails with Pete Young at Proskauer re: status of retention apps | Fee/Employment Applications | Klauder, David | 0.2 | $350.00 | $70.00 |
| 12-15-2014 | Review edits to Proskauer retention app and other papers | Fee/Employment Applications | Klauder, David | 0.3 | $350.00 | $105.00 |
| 12-15-2014 | Review and edit engagement letter and declarations | Fee/Employment Applications | Klauder, David | 0.2 | $350.00 | $70.00 |
| 12-15-2014 | Review and edit OEB retention papers and coordinate same with A. Huber | Fee/Employment Applications | Klauder, David | 0.8 | $350.00 | $280.00 |
| 12-15-2014 | Review notices for retention apps | Fee/Employment Applications | Klauder, David | 0.1 | $350.00 | $35.00 |
| 12-15-2014 | Review revised declaration from client and emails with P. Young re: same | Fee/Employment Applications | Klauder, David | 0.2 | $350.00 | $70.00 |
| 12-15-2014 | Review email from Proskauer to UST re: retention apps | Fee/Employment Applications | Klauder, David | 0.1 | $350.00 | $35.00 |
| 12-15-2014 | Further edits to retention application papers in conjunction with revised declaration | Fee/Employment Applications | Klauder, David | 0.3 | $350.00 | $105.00 |
| 12-16-2014 | Review various revisions to Evans Declaration and Proskauer retention app and compare with OEB retention papers | Fee/Employment Applications | Klauder, David | 0.7 | $350.00 | $245.00 |

| Date | Description | Category | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12-16-2014 | Review memo from Proskauer with edited retention papers and various emails with P. Young re: same | Fee/Employment Applications | Klauder, David | 0.4 | $350.00 | $140.00 |
| 12-16-2014 | Coordinate Courtcall access for Proskauer attorney and various emails with P. Young re: same | Fee/Employment Applications | Klauder, David | 0.3 | $350.00 | $105.00 |
| 12-16-2014 | Review and edit notices for retention applications | Fee/Employment Applications | Klauder, David | 0.3 | $350.00 | $105.00 |
| 12-16-2014 | Review budget and staffing plan | Fee/Employment Applications | Klauder, David | 0.2 | $350.00 | $70.00 |
| 12-16-2014 | Emails with Jason Madron at RLF re: engagement and service of same | Fee/Employment Applications | Klauder, David | 0.2 | $350.00 | $70.00 |
| 12-16-2014 | Review further edits to Proskauer retention app and edit with OEB retention papers | Fee/Employment Applications | Klauder, David | 0.5 | $350.00 | $175.00 |
| 12-16-2014 | Review various emails between Proskauer and Kirkland re: edits to retention papers | Fee/Employment Applications | Klauder, David | 0.2 | $350.00 | $70.00 |
| 12-16-2014 | Review filed retention papers for Cravath | Fee/Employment Applications | Klauder, David | 0.2 | $350.00 | $70.00 |
| 12-16-2014 | Review last round of edits to Proskauer retention app and edit OEB retention app accordingly and coordinate all for filing | Fee/Employment Applications | Klauder, David | 2.7 | $350.00 | $945.00 |
| 12-16-2014 | Confer with D. Klauder regarding OEB and Proskauer Retention Applications. | Fee/Employment Applications | Huber, Amy | 0.3 | $125.00 | $37.50 |
| 12-16-2014 | Work on Proskauer Retention Application | Fee/Employment Applications | Huber, Amy | 1.3 | $125.00 | $162.50 |
| 12-16-2014 | Work on OEB Retention Application | Fee/Employment Applications | Huber, Amy | 1.9 | $125.00 | $237.50 |
| 12-16-2014 | Work on OEB Retention App | Fee/Employment Applications | Dougherty, Shannon | 1.0 | $180.00 | $180.00 |
| 12-17-2014 | Work on Proskaeur Retention Application. | Fee/Employment Applications | Huber, Amy | 0.1 | $125.00 | $12.50 |
| 12-17-2014 | Work on OEB Retention Application. | Fee/Employment Applications | Huber, Amy | 0.1 | $125.00 | $12.50 |
| 12-17-2014 | Review Munger Tolles retention app | Fee/Employment Applications | Klauder, David | 0.2 | $350.00 | $70.00 |
| 12-17-2014 | Review signed engagement letter and send to P. Young | Fee/Employment Applications | Klauder, David | 0.2 | $350.00 | $70.00 |
| 12-18-2014 | Review UST fee guidelines | Fee/Employment Applications | Klauder, David | 0.2 | $350.00 | $70.00 |
| 12-22-2014 | Review apps to employ Sullivan & Cromwell and MMWR | Fee/Employment Applications | Klauder, David | 0.1 | $350.00 | $35.00 |
| 12-22-2014 | Review Marwil supplemental declaration, emails with co-counsel and coordinate filing of same | Fee/Employment Applications | Klauder, David | 0.3 | $350.00 | $105.00 |
| 12-22-2014 | Work on Supplemental Declaration of J. Marwil in Support of Proskauer Retention Application. | Fee/Employment Applications | Huber, Amy | 0.3 | $125.00 | $37.50 |

9

| Date | Description | Category | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12-23-2014 | Review various emails with Epiq re: service | Fee/Employment Applications | Klauder, David | 0.1 | $350.00 | $35.00 |
| 12-26-2014 | Review Stevens & Lee retention | Fee/Employment Applications | Klauder, David | 0.1 | $350.00 | $35.00 |
| 12-26-2014 | Review affidavit of service re: supp declaration and emails with Epic re: same | Fee/Employment Applications | Klauder, David | 0.2 | $350.00 | $70.00 |
| 12-29-2014 | Review recent filings | Fee/Employment Applications | Klauder, David | 0.1 | $350.00 | $35.00 |
| 12-29-2014 | Emails with co-counsel re: revised order language for retention and request for more time | Fee/Employment Applications | Klauder, David | 0.2 | $350.00 | $70.00 |
| 12-29-2014 | Review email from Committee counsel re: extension deadline | Fee/Employment Applications | Klauder, David | 0.1 | $350.00 | $35.00 |
| 12-29-2014 | Review application of EFIH to retain Goldin & Assocs. | Fee/Employment Applications | Klauder, David | 0.1 | $350.00 | $35.00 |
| 12-30-2014 | Phone call and emails with UST re: retention app and extension of deadline | Fee/Employment Applications | Klauder, David | 0.2 | $350.00 | $70.00 |
| 12-30-2014 | Emails with co-counsel re: UST review of retention app | Fee/Employment Applications | Klauder, David | 0.1 | $350.00 | $35.00 |
| 12-30-2014 | Review of Guggenheim Securities retention app | Fee/Employment Applications | Klauder, David | 0.2 | $350.00 | $70.00 |
| **Subtotal** | | **Fee/Employment Applications** | | **32.8** | | **$ 7,982.00** |
| | | | | | | |
| **Grand Total** | | | | **42.2** | | **$ 10,141.50** |