# EXHIBIT H

### Detailed Expense Records for O'Kelly Ernst & Bielli, LLC

| Date | Provider | Category | Price | Qty | Amount |
|---|---|---|---|---|---|
| 12-08-2014 | O'Kelly Ernst & Bielli, LLC | Photocopying/Printing | $0.10 | 26 | $ 2.60 |
| 12-15-2014 | O'Kelly Ernst & Bielli, LLC | Photocopying/Printing | $0.10 | 47 | $ 4.70 |
| 12-16-2014 | O'Kelly Ernst & Bielli, LLC | Photocopying/Printing | $0.10 | 29 | $ 2.90 |
| 12-16-2014 | PACER | Filing/Court Fees | $ - | 0 | $ 75.00 |
| 12-18-2014 | PACER | Filing/Court Fees | $ - | 0 | $ 88.00 |
| 12-31-2014 | PACER | Filing/Court Fees | $ - | 0 | $ 16.80 |
|  |  |  |  |  |  |
| **Grand Total** |  |  |  |  | **$ 190.00** |