**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) | (Jointly Administered) |

**SUMMARY COVER SHEET TO THE FIRST INTERIM APPLICATION OF PROSKAUER ROSE LLP, COUNSEL FOR DEBTOR ENERGY FUTURE HOLDINGS CORP., FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FROM NOVEMBER 19, 2014 THROUGH DECEMBER 31, 2014**

In accordance with the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Proskauer Rose LLP ( "Proskauer"), counsel for Energy Future Holdings Corp. (the "Debtor"), submits this summary (this "Summary") of fees and expenses sought as actual, reasonable and necessary in the first interim fee application to which this Summary is attached (the "Fee Application") for the period November 19, 2014 through December 31, 2014 (the "Fee Period").

Proskauer submits the Fee Application as an interim fee application in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 2066] (the "Interim Compensation Order") and the *Stipulation and Order Appointing a Fee Committee* [D.I. 1896].

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

47261881v2

| *General Information* | |
|---|---|
| Name of Applicant: | Proskauer Rose LLP |
| Authorized to Provide Services to: | Energy Future Holdings Corp. |
| Petition Date: | April 29, 2014 |
| Date of Order Authorizing the Debtor to Retain Proskauer | Retention order entered on January 13, 2015 (effective as of November 19, 2014) [D.I. 3281] |

| *Summary of Fees and Expenses Sought in the Fee Application* | |
|---|---|
| Period for Which Compensation and Reimbursement is Sought in the Fee Application: | November 19, 2014 through December 31, 2014 |
| Voluntary Fee Waiver and Expense Reduction in this Fee Period: | Reduced expenses by $5,044.04 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary for the Fee Period: | $1,241,019.25 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary for the Fee Period: | $32,968.38 |
| Total Compensation and Expense Reimbursement Requested for the Fee Period: | $1,273,987.63 |

| *Rate Increases Applicable to the Fee Period* | |
|---|---|
| | None |

| *Summary of Past Requests for Compensation and Prior Payments* | |
|---|---|
| Total Amount of Compensation Previously Requested Pursuant to the Interim Compensation Order to Date: | $992,815.40 |
| Total Amount of Expense Reimbursement Previously Requested Pursuant to the Interim Compensation Order to Date: | $32,968.38 |
| Total Compensation Approved Pursuant to the Interim Compensation Order to Date: | $0 |

47261881v2

| | |
|---|---|
| Total Amount of Expense Reimbursement Approved Pursuant to the Interim Compensation Order to Date: | $0 |
| Total Allowed Compensation Paid to Date: | $0 |
| Total Allowed Expenses Paid to Date: | $0 |
| Compensation Sought in this Fee Application Already Paid Pursuant to the Interim Compensation Order But Not Yet Allowed: | $0[1] |
| Expenses Sought in this Fee Application Already Paid Pursuant to the Interim Compensation Order But Not Yet Allowed: | $0 |

Dated:  February 17, 2015  **PROSKAUER ROSE LLP**
           Chicago, Illinois

/s/ Jeff J. Marwil

Jeff J. Marwil (admitted *pro hac vice*)
Mark K. Thomas (admitted *pro hac vice*)
Peter J. Young (admitted *pro hac vice*)
Three First National Plaza
70 West Madison, Suite 3800
Chicago, IL  60602-4342
Telephone:  (312) 962-3550
Facsimile:  (312) 962-3551

*Counsel for Energy Future Holdings Corp.*

---

[1] Proskauer filed its first monthly fee statement on January 30, 2015 [D.I. 3407].  As of the filing of the Fee Application, Proskauer has not received any compensation or expense reimbursement sought in its first monthly fee statement.

47261881v2