## **Exhibit B**

[Attorneys' and Paraprofessionals' Information]

Proskauer attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Julie M. Allen | Partner | 1984 | Corporate | $1,275 | 71.20 | $90,780.00 |
| Richard M. Corn | Partner | 2005 | Tax | $875 | 27.30 | $23,887.50 |
| Michael A. Firestein | Partner | 1983 | Litigation | $975 | 39.10 | $38,122.50 |
| Daniel I. Ganitsky | Partner | 2001 | Corporate | $1,000 | 21.40 | $21,400.00 |
| Jeffrey W. Levitan | Partner | 1983 | Corporate | $1,125 | 37.60 | $42,300.00 |
| Jeff J. Marwil | Partner | 1986 | Corporate | $1,125 | 168.90 | $190,012.5 |
|  |  |  |  | $562.50 | 20.50 | $11,531.25[1] |
| Paul Possinger | Partner | 1993 | Corporate | $975 | 99.70 | $97,207.50 |
| Lary Alan Rappaport | Partner | 1979 | Litigation | $900 | 33.00 | $29,700.00 |
| Stuart L. Rosow | Partner | 1976 | Tax | $1,275 | 21.30 | $27,157.50 |
| Mark K. Thomas | Partner | 1981 | Corporate | $1,125 | 166.90 | $187,762.50 |
|  |  |  |  | $562.50 | 30.30 | $17,043.75[1] |
| Ronald E. Wood | Partner | 1988 | Litigation | $875 | 3.40 | $2,975.00 |
| Peter J. Young | Partner | 2002 | Corporate | $925 | 182.70 | $168,997.50 |
|  |  |  |  | $462.50 | 8.50 | $3,931.25[1] |
| Steven H. Holinstat | Senior Counsel | 1996 | Litigation | $825 | 32.40 | $26,730.00 |
| Jeffrey Chubak | Associate | 2007 | Corporate | $795 | 74.60 | $59,307.00 |
| Michael E. Ellis | Associate | 2007 | Corporate | $800 | 15.40 | $12,320.00 |
| Scott J. Fishwick | Associate | 2012 | Litigation | $660 | 57.60 | $38,016.00 |
| Joshua L. Kopple | Associate | 2013 | Litigation | $465 | 67.20 | $31,248.00 |
| Steve Ma | Associate | 2014 | Corporate | $465 | 1.60 | $744.00 |
| Jennifer L. Roche | Associate | 2007 | Litigation | $795 | 23.70 | $18,841.50 |
| Gary Silber | Associate | 2011 | Tax | $695 | 29.20 | $20,294.00 |
| Jeremy T. Stillings | Associate | 2003 | Corporate | $850 | 19.80 | $16,830.00 |
| Jared D. Zajac | Associate | 2009 | Corporate | $765 | 70.80 | $54,162.00 |
| **Total** |  |  |  |  | **1,324.10** | **$1,231,301.25** |

---

[1]     Represents a fifty percent (50%) reduction for non-working travel time.

Proskauer paraprofessionals who rendered professionals services in these cases during the

Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| J. Devoy Dubuque | Legal Assistant | 2.5 years | Corporate | $235 | 27.50 | $6,462.50 |
| Magali Lespinasse Lee | Senior Legal Assistant | 2 years | Corporate | $350 | 3.40 | $1,190.00 |
| Marlee E. Melendy | Legal Assistant | 0.5 years | Corporate | $195 | 4.30 | $838.50 |
| Rachael Hope Moller | Librarian | 9 years | Professional Resources | $240 | 1.0 | $240.00 |
| Corey I. Rogoff | Legal Assistant | 1 year | Litigation | $235 | 4.20 | $987.00 |
| **Total** | | | | | **40.40** | **$9,718.00** |

**TOTAL FOR PROFESSIONALS AND PARAPROFESSIONALS**      1,364.50      $1,241,019.25