## Exhibit C

[Summary of Actual and Necessary Expenses for the Fee Period]

| EXPENSE CATEGORY | AMOUNT |
|---|---:|
| Reproduction Costs (at $0.10 per page) | $2,780.40 |
| Telecommunications | $64.75 |
| Research (Lexis/Westlaw) | $11,090.84 |
| Litigation and Corporate Support Services[1] | $3,074.82 |
| Travel Out-of-Town – Transportation | $6,332.94[2] |
| Taxi, Carfare, Mileage, Parking | $1,957.68 |
| Messenger/Delivery | $62.16 |
| Business Meals | $1,221.65[3] |
| Out-of-Town Lodging | $6,383.14[4] |
| **Total** | **$32,968.38** |

---

[1] Consists of CourtCall, PACER and outside copying expenses.

[2] Includes non-refundable first-class airfare reduced by twenty-five percent (25%) to approximate the cost differential between non-refundable first-class airfare and refundable coach-class fare, addressing the reimbursable cap imposed by the fee committee.

[3] Includes a reduction of $1,226.20 for business meal expenses in excess of the reimbursable cap imposed by the fee committee.

[4] Includes a reduction of $2,029.32 for lodging expenses in excess of the reimbursable cap imposed by the fee committee.