## Exhibit D

[Statement of Fees by Subject Matter]

47261881v2

| MATTER NUMBER | MATTER DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 001 | Case Administration | 207.90 | $189,010.00 |
| 002 | Asset Disposition | 53.10 | $55,279.50 |
| 003 | EFH Business Operations | 1.70 | $1,712.50 |
| 005 | EFH Corporate Governance and Board Matters | 127.90 | $144,685.50 |
| 007 | Employment and Fee Applications | 134.40 | $121,605.00 |
| 009 | Financing and Cash Collateral | 205.10 | $188,846.50 |
| 010 | Hearings | 5.10 | $5,537.50 |
| 011 | Intercompany Claims Investigation and Analysis | 362.50 | $286,050.00 |
| 012 | Meetings and Communications with Creditors and Other Debtors | 66.20 | $74,400.00 |
| 014 | Non-Working Travel | 59.30 | $32,506.25[1] |
| 015 | Plan and Disclosure Statement | 33.50 | $37,132.50 |
| 016 | Tax | 107.30 | $103,791.50 |
| 017 | Time Entry Review | 0.50 | $462.50 |
| **TOTAL FOR ALL MATTER NOS.** | | **1364.50** | **$1,241,019.25** |

---

[1] Non-working travel time billed at fifty percent (50%).

47261881v2