**Exhibit F**

[Detailed Description of Expenses and Disbursements]

| Date | Narrative | Amount |
|------|-----------|--------|
| 11/19/2014 | YELLOW CAB, THOMAS, MARK K., DALLAS, TX, Transportation to airport, 11/19 - 21 meetings and court hearing | 62.00 |
| 11/19/2014 | A-1 AIRPORT LIMOUSINE SERVICE, INC., MARWIL, JEFF, J., CHICAGO, IL, Transportation to airport, 11/19 - 21 meetings and court hearing | 84.00 |
| 11/19/2014 | AIRFARE, MARWIL, JEFF J., PHILADELPHIA, PA, 11/19 - 21 meetings and court hearing | 686.88 |
| 11/19/2014 | AIRFARE, THOMAS, MARK, K., PHILADELPHIA, PA, 11/19 -21 meetings and court hearing | 480.40 |
| 11/19/2014 | TRAVEL MEALS, MARWIL, JEFF J., PHILADELPHIA, PA, 11/19 - 21 meetings and court hearing | 40.00 |
| 11/19/2014 | TRAVEL MEALS, THOMAS, MARK K. AND MARWIL, JEFF J., PHILADELPHIA, PA, 11/19 - 21 meetings and court hearing | 80.00 |
| 11/19/2014 | CHECKER CAB, MARWIL, JEFF J., PHILADELPHIA, PA, Transportation to hotel, 11/19 - 21 meetings and court hearing | 37.78 |
| 11/19/2014 | CHECKER CAB, THOMAS, MARK K., PHILADELPHIA, PA, Transportation to hotel, 11/19 - 21 meetings and court hearing | 40.00 |
| 11/19/2014 | LODGING, MARWIL, JEFF J., PHILADELPHIA, PA, 11/19 - 21 meetings and court hearing | 287.60 |
| 11/19/2014 | LODGING, THOMAS, MARK K., PHILADELPHIA, PA, 11/19 - 21 meetings and court hearing | 287.60 |
| 11/20/2014 | TAXICAB, THOMAS, MARK K. AND MARWIL, JEFF J., PHILADELPHIA, PA, Transportation to Amtrak station, 11/19 - 21 meetings and court hearing | 10.00 |
| 11/20/2014 | RAIL, MARWIL, JEFF, J., PHILADELPHIA, PA TO WILIMINGTON, DE TO NEW YORK, NY, 11/19 - 21 meetings and court hearing | 241.00 |
| 11/20/2014 | RAIL, THOMAS, MARK K., PHILADELPHIA, PA TO WILIMINGTON, DE TO NEW YORK, NY, 11/19 - 21 meetings and court hearing | 221.00 |
| 11/20/2014 | TRAVEL MEALS, MARWIL, JEFF J. AND THOMAS, MARK K., NEW YORK NY, 11/19 - 21 meetings and court hearing | 53.73 |
| 11/20/2014 | TRAVEL MEALS, MARWIL, JEFF J., PHILADELPHIA, PA, 11/19 - 21 meetings and court hearing | 27.76 |
| 11/20/2014 | TRAVEL MEALS, THOMAS, MARK K. AND MARWIL, JEFF J., NEW YORK, NY, 11/19 - 21 meetings and court hearing | 80.00 |
| 11/20/2014 | LODGING, MARWIL, JEFF J., NEW YORK, NY, 11/19 - 21 meetings and court hearing | 403.97 |
| 11/20/2014 | LODGING, THOMAS, MARK K., NEW YORK, NY, 11/19 - 21 meetings and court hearing | 403.97 |
| 11/20/2014 | TAXICAB, DUBUQUE, J. DEVOY, Overtime transportation | 26.00 |
| 11/21/2014 | TAXICAB, MARWIL, JEFF J., NEW YORK, NY, Local transportation, 11/19 - 21 meetings and court hearing | 10.10 |

| | | |
|---|---|---:|
| 11/21/2014 | TAXICAB, MARWIL, JEFF J., NEW YORK, NY, Transportation to airport, 11/19 - 21 meetings and court hearing | 46.50 |
| 11/21/2014 | TAXICAB, THOMAS, MARK K., NEW YORK, NY, Transportation to airport, 11/19 - 21 meetings and court hearing | 100.00 |
| 11/21/2014 | AIRFARE, MARWIL, JEFF J., NEW YORK, NY, 11/19 - 21 meetings and court hearing | 815.20 |
| 11/21/2014 | AIRFARE, THOMAS, MARK K., NEWARK, NJ, 11/19 - 21 meetings and court hearing | 672.07 |
| 11/21/2014 | TRAVEL MEALS, MARWIL, JEFF J., NEW YORK, NY, 11/19 - 21 meetings and court hearing | 40.00 |
| 11/21/2014 | A-1 AIRPORT LIMOUSINE SERVICE, INC., MARWIL, JEFF, J., Transportation from airport, 11/19 - 21 meetings and court hearing | 84.00 |
| 11/21/2014 | FAST PARK & RELAX, THOMAS, MARK K., PARKING FEE, 11/19 - 21 meetings and court hearing | 13.00 |
| 11/21/2014 | LAWYERS TRAVEL, THOMAS, MARK K., SERVICE FEE, 11/19 - 21 meetings and court hearing | 25.00 |
| 11/21/2014 | TAXICAB, DUBUQUE, J. DEVOY, Overtime transportation | 22.00 |
| 11/22/2014 | LOCAL MEALS, DUBUQUE, J. DEVOY, Overtime meal | 20.00 |
| 11/22/2014 | TAXICAB, DUBUQUE, J. DEVOY, Overtime transportation | 24.00 |
| 11/23/2014 | LOCAL MEALS, MARWIL, JEFF J., Working meal | 20.00 |
| 11/23/2014 | REPRODUCTION | 1.10 |
| 11/24/2014 | REPRODUCTION | 3.40 |
| 11/24/2014 | REPRODUCTION | 22.90 |
| 11/24/2014 | REPRODUCTION | 2.70 |
| 11/24/2014 | REPRODUCTION | 4.40 |
| 11/24/2014 | REPRODUCTION | 31.40 |
| 11/24/2014 | REPRODUCTION | 12.00 |
| 11/24/2014 | REPRODUCTION | 3.80 |
| 11/24/2014 | REPRODUCTION | 1.80 |
| 11/24/2014 | REPRODUCTION | 1.00 |
| 11/24/2014 | REPRODUCTION | 1.80 |
| 11/24/2014 | REPRODUCTION | 0.30 |
| 11/24/2014 | REPRODUCTION | 4.90 |
| 11/24/2014 | REPRODUCTION | 1.40 |
| 11/24/2014 | REPRODUCTION | 2.00 |
| 11/24/2014 | REPRODUCTION | 15.30 |
| 11/24/2014 | REPRODUCTION | 2.10 |
| 11/24/2014 | REPRODUCTION | 9.30 |
| 11/24/2014 | REPRODUCTION | 1.20 |
| 11/24/2014 | REPRODUCTION | 0.40 |
| 11/24/2014 | REPRODUCTION | 2.80 |

2

| | | |
|---|---|---|
| 11/24/2014 | REPRODUCTION | 0.70 |
| 11/24/2014 | REPRODUCTION | 5.00 |
| 11/24/2014 | REPRODUCTION | 5.90 |
| 11/24/2014 | REPRODUCTION | 5.70 |
| 11/24/2014 | REPRODUCTION | 8.20 |
| 11/24/2014 | REPRODUCTION | 0.50 |
| 11/24/2014 | REPRODUCTION | 25.00 |
| 11/24/2014 | REPRODUCTION | 1.10 |
| 11/24/2014 | REPRODUCTION | 0.30 |
| 11/24/2014 | REPRODUCTION | 6.40 |
| 11/24/2014 | REPRODUCTION | 1.00 |
| 11/24/2014 | REPRODUCTION | 26.90 |
| 11/24/2014 | REPRODUCTION | 0.10 |
| 11/24/2014 | REPRODUCTION | 0.10 |
| 11/24/2014 | REPRODUCTION | 3.70 |
| 11/24/2014 | REPRODUCTION | 0.60 |
| 11/24/2014 | REPRODUCTION | 0.30 |
| 11/24/2014 | REPRODUCTION | 0.30 |
| 11/24/2014 | REPRODUCTION | 3.20 |
| 11/24/2014 | REPRODUCTION | 0.90 |
| 11/24/2014 | REPRODUCTION | 1.30 |
| 11/24/2014 | REPRODUCTION | 0.80 |
| 11/24/2014 | REPRODUCTION | 0.80 |
| 11/24/2014 | REPRODUCTION | 3.70 |
| 11/24/2014 | REPRODUCTION | 4.10 |
| 11/24/2014 | REPRODUCTION | 2.10 |
| 11/24/2014 | REPRODUCTION | 0.50 |
| 11/24/2014 | REPRODUCTION | 2.70 |
| 11/24/2014 | REPRODUCTION | 0.10 |
| 11/24/2014 | REPRODUCTION | 0.10 |
| 11/24/2014 | REPRODUCTION | 0.10 |
| 11/24/2014 | REPRODUCTION | 0.10 |
| 11/24/2014 | REPRODUCTION | 0.10 |
| 11/24/2014 | REPRODUCTION | 0.30 |
| 11/24/2014 | REPRODUCTION | 0.40 |
| 11/24/2014 | REPRODUCTION | 0.80 |
| 11/24/2014 | REPRODUCTION | 2.60 |
| 11/24/2014 | REPRODUCTION | 17.30 |
| 11/24/2014 | REPRODUCTION | 2.30 |
| 11/24/2014 | REPRODUCTION | 0.50 |
| 11/24/2014 | REPRODUCTION | 5.40 |

3

| | | |
|---|---|---|
| 11/24/2014 | REPRODUCTION | 3.50 |
| 11/24/2014 | REPRODUCTION | 1.60 |
| 11/24/2014 | REPRODUCTION | 0.80 |
| 11/24/2014 | REPRODUCTION | 1.50 |
| 11/24/2014 | REPRODUCTION | 3.30 |
| 11/24/2014 | REPRODUCTION | 1.40 |
| 11/24/2014 | REPRODUCTION | 0.50 |
| 11/24/2014 | REPRODUCTION | 0.90 |
| 11/24/2014 | REPRODUCTION | 0.60 |
| 11/24/2014 | REPRODUCTION | 2.40 |
| 11/24/2014 | REPRODUCTION | 2.30 |
| 11/24/2014 | REPRODUCTION | 2.90 |
| 11/24/2014 | REPRODUCTION | 3.30 |
| 11/25/2014 | REPRODUCTION | 7.10 |
| 11/25/2014 | REPRODUCTION | 2.70 |
| 11/25/2014 | REPRODUCTION | 3.80 |
| 11/25/2014 | REPRODUCTION | 0.40 |
| 11/25/2014 | REPRODUCTION | 0.10 |
| 11/25/2014 | REPRODUCTION | 0.80 |
| 11/25/2014 | REPRODUCTION | 2.80 |
| 11/25/2014 | REPRODUCTION | 0.30 |
| 11/25/2014 | REPRODUCTION | 7.70 |
| 11/25/2014 | REPRODUCTION | 2.80 |
| 11/25/2014 | REPRODUCTION | 1.20 |
| 11/25/2014 | REPRODUCTION | 0.20 |
| 11/25/2014 | REPRODUCTION | 4.90 |
| 11/25/2014 | REPRODUCTION | 2.70 |
| 11/25/2014 | REPRODUCTION | 0.40 |
| 11/25/2014 | REPRODUCTION | 5.90 |
| 11/25/2014 | REPRODUCTION | 45.20 |
| 11/25/2014 | REPRODUCTION | 0.40 |
| 11/25/2014 | REPRODUCTION | 0.10 |
| 11/25/2014 | REPRODUCTION | 0.10 |
| 11/25/2014 | REPRODUCTION | 0.20 |
| 11/25/2014 | WESTLAW, Computer database research | 165.68 |
| 11/25/2014 | TAXICAB, DUBUQUE, J. DEVOY, Overtime transportation | 25.00 |
| 11/25/2014 | LOCAL MEALS, DUBUQUE, J. DEVOY, Overtime meal | 20.00 |
| 11/26/2014 | LONG DISTANCE TELEPHONE, YOUNG, PETER J. | 0.70 |
| 11/26/2014 | REPRODUCTION | 0.60 |
| 11/26/2014 | REPRODUCTION | 3.30 |
| 11/26/2014 | REPRODUCTION | 5.00 |

4

| 11/26/2014 | REPRODUCTION | 2.10 |
| 11/26/2014 | WESTLAW, Computer database research | 1,086.48 |
| 11/30/2014 | REPRODUCTION | 5.70 |
| 11/30/2014 | GLOBAL LEGAL DISCOVERY OF CHICAGO, LLC, Outside copy, case documents | 2,800.12 |
| 11/30/2014 | TAXICAB, THOMAS, MARK K., TUCSON, AZ, Transportation to airport, 12/1 - 2 meetings | 52.00 |
| 12/1/2014 | A-1 AIRPORT LIMOUSINE SERVICE, INC., THOMAS, MARK K., CHICAGO, IL, Transportation from airport, 12/1 -2 meetings | 84.00 |
| 12/1/2014 | A-1 AIRPORT LIMOUSINE SERVICE, INC., MARWIL, JEFF, J., CHICAGO, IL, Transportation to airport, 12/1 -2 meetings | 84.00 |
| 12/1/2014 | TAXICAB, THOMAS, MARK K., CHICAGO, IL, Transportation to airport, 12/1 -2 meetings | 50.00 |
| 12/1/2014 | AIRFARE, MARWIL, JEFF J., NEW YORK, NY, 12/1 - 2 meetings | 930.90 |
| 12/1/2014 | TAXICAB, MARWIL, JEFF J., NEW YORK, NY, Transportation to hotel, 12/1 - 2 meetings | 45.30 |
| 12/1/2014 | TAXICAB, THOMAS, MARK K., NEW YORK, NY, Transportation to hotel, 12/1 - 2 meetings | 45.00 |
| 12/1/2014 | LODGING, MARWIL, JEFF J., NEW YORK, NY, 12/1 - 2 meetings | 500.00 |
| 12/1/2014 | TAXICAB, MARWIL, JEFF J., NEW YORK, NY, Local transportation, 12/1 - 2 meetings | 9.00 |
| 12/1/2014 | TAXICAB, MARWIL, JEFF J., NEW YORK, NY, Local transportation, 12/1 - 2 meetings | 9.00 |
| 12/1/2014 | TRAVEL MEALS, MARWIL, JEFF J. AND YOUNG, PETER J., NEW YORK NY, 12/1 - 2 meetings | 35.49 |
| 12/1/2014 | LOCAL MEALS, THOMAS, MARK K. AND POSSINGER, PAUL V., CHICAGO, IL, Working meal | 37.29 |
| 12/1/2014 | TRAVEL MEALS, THOMAS, MARK K., MARWIL, JEFF J. AND YOUNG, PETER J., NEW YORK NY, 12/1 - 2 meetings | 120.00 |
| 12/1/2014 | REPRODUCTION | 5.90 |
| 12/1/2014 | TAXICAB, YOUNG, PETER J., CHICAGO, IL, Transportation to airport, 12/1 - 2 meetings | 50.00 |
| 12/1/2014 | XYZ CAR SERVICE, YOUNG, PETER J., NEW YORK, NY, Transportation to hotel, 12/1 - 2 meetings | 95.23 |
| 12/1/2014 | REPRODUCTION | 0.30 |
| 12/1/2014 | REPRODUCTION | 0.20 |
| 12/1/2014 | REPRODUCTION | 0.20 |
| 12/1/2014 | REPRODUCTION | 0.30 |
| 12/1/2014 | REPRODUCTION | 0.80 |
| 12/1/2014 | REPRODUCTION | 5.70 |
| 12/1/2014 | REPRODUCTION | 0.30 |

47261881v2

| Date | Description | Amount |
|---|---|---|
| 12/1/2014 | REPRODUCTION | 0.20 |
| 12/1/2014 | REPRODUCTION | 0.10 |
| 12/1/2014 | REPRODUCTION | 0.10 |
| 12/1/2014 | REPRODUCTION | 0.10 |
| 12/1/2014 | REPRODUCTION | 1.30 |
| 12/1/2014 | REPRODUCTION | 0.10 |
| 12/1/2014 | REPRODUCTION | 6.00 |
| 12/1/2014 | REPRODUCTION | 3.80 |
| 12/1/2014 | REPRODUCTION | 46.40 |
| 12/1/2014 | REPRODUCTION | 2.80 |
| 12/1/2014 | REPRODUCTION | 0.10 |
| 12/2/2014 | TRAVEL MEALS, MARWIL, JEFF J., NEW YORK, NY, 12/1 - 2 meetings | 19.33 |
| 12/2/2014 | XYZ CAR SERVICE, MARWIL, JEFF J., NEW YORK, NY, Transportation to airport, 12/1 - 2 meetings | 56.24 |
| 12/2/2014 | TRAVEL MEALS, THOMAS, MARK K., NEW YORK, NY, 12/1 - 2 meetings | 40.00 |
| 12/2/2014 | AIRFARE, YOUNG, PETER J., NEW YORK, NY, 12/1 - 2 meetings | 567.90 |
| 12/2/2014 | TAXICAB, YOUNG, PETER J., NEW YORK, NY, Local transportation, 12/1 - 2 meetings | 10.00 |
| 12/2/2014 | TRAVEL MEALS, YOUNG, PETER J., NEW YORK, NY, 12/1 - 2 meetings | 8.00 |
| 12/2/2014 | LODGING, YOUNG, PETER J., NEW YORK, NY, 12/1 - 2 meetings | 500.00 |
| 12/2/2014 | GRATUITIES, YOUNG, PETER J., NEW YORK, NY, 12/1 - 2 meetings | 40.00 |
| 12/2/2014 | TAXICAB, YOUNG, PETER J., CHICAGO, IL, Transportation from airport, 12/1 - 2 meetings | 55.00 |
| 12/2/2014 | A-1 AIRPORT LIMOUSINE SERVICE, INC., MARWIL, JEFF, J., CHICAGO, IL, Transportation from airport, 12/1 - 2 meetings | 84.00 |
| 12/2/2014 | REPRODUCTION | 1.00 |
| 12/2/2014 | REPRODUCTION | 0.30 |
| 12/2/2014 | REPRODUCTION | 0.10 |
| 12/2/2014 | REPRODUCTION | 0.30 |
| 12/2/2014 | REPRODUCTION | 0.10 |
| 12/2/2014 | REPRODUCTION | 0.30 |
| 12/2/2014 | REPRODUCTION | 0.10 |
| 12/2/2014 | REPRODUCTION | 0.20 |
| 12/2/2014 | REPRODUCTION | 0.10 |
| 12/2/2014 | REPRODUCTION | 10.00 |
| 12/2/2014 | REPRODUCTION | 0.10 |
| 12/2/2014 | REPRODUCTION | 1.70 |
| 12/2/2014 | REPRODUCTION | 27.30 |
| 12/2/2014 | REPRODUCTION | 0.10 |

6

| | | |
|---|---|---|
| 12/2/2014 | REPRODUCTION | 0.10 |
| 12/2/2014 | REPRODUCTION | 0.60 |
| 12/2/2014 | REPRODUCTION | 0.10 |
| 12/2/2014 | REPRODUCTION | 7.60 |
| 12/2/2014 | REPRODUCTION | 0.10 |
| 12/2/2014 | REPRODUCTION | 0.60 |
| 12/2/2014 | REPRODUCTION | 5.20 |
| 12/2/2014 | REPRODUCTION | 0.90 |
| 12/2/2014 | REPRODUCTION | 28.10 |
| 12/2/2014 | REPRODUCTION | 0.70 |
| 12/2/2014 | REPRODUCTION | 0.50 |
| 12/2/2014 | REPRODUCTION | 0.70 |
| 12/2/2014 | REPRODUCTION | 0.50 |
| 12/3/2014 | XYZ CAR SERVICE, THOMAS, MARK K., NEW YORK, NY, Transportation to airport, 12/1 - 2 meetings | 56.24 |
| 12/3/2014 | REPRODUCTION | 0.40 |
| 12/3/2014 | REPRODUCTION | 1.70 |
| 12/3/2014 | REPRODUCTION | 0.10 |
| 12/3/2014 | REPRODUCTION | 0.60 |
| 12/3/2014 | REPRODUCTION | 10.00 |
| 12/3/2014 | REPRODUCTION | 0.50 |
| 12/3/2014 | REPRODUCTION | 5.20 |
| 12/3/2014 | REPRODUCTION | 0.90 |
| 12/3/2014 | REPRODUCTION | 0.50 |
| 12/3/2014 | REPRODUCTION | 0.70 |
| 12/3/2014 | REPRODUCTION | 4.40 |
| 12/3/2014 | REPRODUCTION | 10.00 |
| 12/3/2014 | REPRODUCTION | 0.10 |
| 12/3/2014 | REPRODUCTION | 1.70 |
| 12/3/2014 | REPRODUCTION | 0.10 |
| 12/3/2014 | REPRODUCTION | 0.20 |
| 12/3/2014 | REPRODUCTION | 5.10 |
| 12/3/2014 | REPRODUCTION | 0.90 |
| 12/3/2014 | REPRODUCTION | 0.70 |
| 12/3/2014 | REPRODUCTION | 0.50 |
| 12/3/2014 | REPRODUCTION | 10.00 |
| 12/3/2014 | REPRODUCTION | 1.80 |
| 12/3/2014 | REPRODUCTION | 0.20 |
| 12/3/2014 | REPRODUCTION | 0.20 |
| 12/3/2014 | REPRODUCTION | 0.10 |
| 12/3/2014 | REPRODUCTION | 0.70 |

7

| 12/3/2014 | REPRODUCTION | 5.20 |
|---|---|---|
| 12/3/2014 | REPRODUCTION | 0.70 |
| 12/3/2014 | REPRODUCTION | 0.80 |
| 12/3/2014 | REPRODUCTION | 0.70 |
| 12/3/2014 | REPRODUCTION | 0.40 |
| 12/3/2014 | REPRODUCTION | 0.50 |
| 12/3/2014 | REPRODUCTION | 0.90 |
| 12/3/2014 | REPRODUCTION | 1.10 |
| 12/3/2014 | REPRODUCTION | 4.80 |
| 12/3/2014 | A-1 AIRPORT LIMOUSINE SERVICE, INC., THOMAS, MARK K., NEW YORK, NY, Transportation from airport, 12/1 - 2 meetings | 84.00 |
| 12/4/2014 | TRAVEL MEALS, THOMAS, MARK K., NEW YORK, NY, 12/1 - 2 meetings | 21.24 |
| 12/4/2014 | LODGING, THOMAS, MARK K., NEW YORK, NY, 12/1 - 2 meetings | 1,000.00 |
| 12/4/2014 | REPRODUCTION | 0.70 |
| 12/4/2014 | REPRODUCTION | 0.70 |
| 12/4/2014 | REPRODUCTION | 0.30 |
| 12/4/2014 | REPRODUCTION | 4.80 |
| 12/4/2014 | REPRODUCTION | 2.70 |
| 12/4/2014 | REPRODUCTION | 0.40 |
| 12/4/2014 | REPRODUCTION | 5.90 |
| 12/4/2014 | REPRODUCTION | 4.90 |
| 12/4/2014 | REPRODUCTION | 0.20 |
| 12/4/2014 | REPRODUCTION | 1.20 |
| 12/4/2014 | REPRODUCTION | 0.60 |
| 12/4/2014 | REPRODUCTION | 0.10 |
| 12/4/2014 | REPRODUCTION | 0.10 |
| 12/4/2014 | REPRODUCTION | 0.20 |
| 12/4/2014 | REPRODUCTION | 0.40 |
| 12/7/2014 | IMPARK, THOMAS, MARK K., CHICAGO, IL, Local transportation expense, 12/9 - 10 meetings | 7.50 |
| 12/7/2014 | AIRFARE, THOMAS, MARK K., BOSTON, MA, 12/9 - 10 meetings | 130.90 |
| 12/8/2014 | A-1 AIRPORT LIMOUSINE SERVICE, INC., MARWIL, JEFF, J., CHICAGO, IL, Transportation to airport, 12/9 - 10 meetings | 84.00 |
| 12/8/2014 | AIRFARE, MARWIL, JEFF J., NEW YORK, NY, 12/9 - 10 meetings | 1,158.15 |
| 12/8/2014 | TRAVEL MEALS, MARWIL, JEFF J., NEW YORK, NY, 12/9 - 10 meetings | 37.54 |
| 12/8/2014 | TAXICAB, MARWIL, JEFF J., NEW YORK, NY, Transportation to hotel, 12/9 - 10 meetings | 53.78 |
| 12/8/2014 | LODGING, MARWIL, JEFF J., NEW YORK, NY, 12/9 - 10 meetings | 1,500.00 |
| 12/8/2014 | RAIL, THOMAS, MARK K., PROVIDENCE, RI TO NEW YORK, NY, 12/9 - 10 meetings | 152.50 |

8

| | | |
|---|---|---:|
| 12/8/2014 | LODGING, THOMAS, MARK K., NEW YORK, NY, 12/9 - 10 meetings | 1,500.00 |
| 12/8/2014 | TRAVEL MEALS, THOMAS,  MARK K., NEW YORK, NY, 12/9 - 10 meetings | 20.00 |
| 12/8/2014 | REPRODUCTION | 3.40 |
| 12/8/2014 | LOCAL MEALS, SILBER, GARY, Overtime meal | 20.00 |
| 12/8/2014 | TAXICAB, SILBER, GARY, Overtime transportation | 90.77 |
| 12/8/2014 | REPRODUCTION | 2.10 |
| 12/8/2014 | REPRODUCTION | 0.10 |
| 12/8/2014 | REPRODUCTION | 0.10 |
| 12/8/2014 | REPRODUCTION | 14.50 |
| 12/8/2014 | REPRODUCTION | 17.60 |
| 12/8/2014 | REPRODUCTION | 3.80 |
| 12/8/2014 | REPRODUCTION | 0.10 |
| 12/8/2014 | REPRODUCTION | 22.50 |
| 12/8/2014 | REPRODUCTION | 18.50 |
| 12/8/2014 | REPRODUCTION | 4.00 |
| 12/8/2014 | REPRODUCTION | 1.00 |
| 12/8/2014 | REPRODUCTION | 0.10 |
| 12/8/2014 | TELEPHONE CONFERENCE CALL CHARGE | 2.03 |
| 12/8/2014 | REPRODUCTION | 1.10 |
| 12/8/2014 | REPRODUCTION | 0.10 |
| 12/8/2014 | REPRODUCTION | 1.00 |
| 12/9/2014 | TAXICAB, THOMAS, MARK K., NEW YORK, NY, Local transportation, 12/9 - 10 meetings | 20.00 |
| 12/9/2014 | TAXICAB, MARWIL, JEFF J., NEW YORK, NY, Local transportation, 12/9 - 10 meetings | 9.60 |
| 12/9/2014 | TAXICAB, MARWIL, JEFF J., NEW YORK, NY, Local transportation, 12/9 - 10 meetings | 10.80 |
| 12/9/2014 | TRAVEL MEALS, MARWIL, JEFF J. AND THOMAS, MARK K., NEW YORK, NY, 12/9 - 10 meetings | 63.62 |
| 12/9/2014 | TRAVEL MEALS, THOMAS,  MARK K., ALLEN, JULIE M. AND MARWIL, JEFF J., NEW YORK, NY, 12/9 - 10 meetings | 100.00 |
| 12/9/2014 | REPRODUCTION | 0.10 |
| 12/9/2014 | REPRODUCTION | 0.10 |
| 12/9/2014 | REPRODUCTION | 0.10 |
| 12/9/2014 | REPRODUCTION | 0.10 |
| 12/9/2014 | REPRODUCTION | 0.40 |
| 12/9/2014 | REPRODUCTION | 0.10 |
| 12/9/2014 | REPRODUCTION | 0.10 |
| 12/9/2014 | REPRODUCTION | 0.10 |
| 12/9/2014 | REPRODUCTION | 0.10 |

9

| | | |
|---|---|---:|
| 12/9/2014 | REPRODUCTION | 0.10 |
| 12/9/2014 | REPRODUCTION | 0.10 |
| 12/9/2014 | REPRODUCTION | 0.10 |
| 12/9/2014 | REPRODUCTION | 0.10 |
| 12/9/2014 | REPRODUCTION | 0.10 |
| 12/9/2014 | REPRODUCTION | 0.10 |
| 12/9/2014 | REPRODUCTION | 0.10 |
| 12/9/2014 | REPRODUCTION | 0.10 |
| 12/9/2014 | REPRODUCTION | 0.10 |
| 12/9/2014 | REPRODUCTION | 0.10 |
| 12/9/2014 | REPRODUCTION | 0.10 |
| 12/9/2014 | REPRODUCTION | 0.10 |
| 12/9/2014 | REPRODUCTION | 4.30 |
| 12/9/2014 | REPRODUCTION | 35.90 |
| 12/10/2014 | REPRODUCTION | 0.10 |
| 12/10/2014 | REPRODUCTION | 0.10 |
| 12/10/2014 | REPRODUCTION | 0.30 |
| 12/10/2014 | REPRODUCTION | 4.40 |
| 12/10/2014 | REPRODUCTION | 0.10 |
| 12/10/2014 | REPRODUCTION | 0.10 |
| 12/10/2014 | REPRODUCTION | 0.10 |
| 12/10/2014 | REPRODUCTION | 36.70 |
| 12/10/2014 | REPRODUCTION | 31.70 |
| 12/10/2014 | REPRODUCTION | 7.70 |
| 12/10/2014 | TRAVEL MEALS, MARWIL, JEFF J., NEW YORK, NY, 12/9 - 11 meetings | 38.10 |
| 12/10/2014 | REPRODUCTION | 0.70 |
| 12/10/2014 | REPRODUCTION | 0.50 |
| 12/10/2014 | REPRODUCTION | 3.20 |
| 12/10/2014 | REPRODUCTION | 2.00 |
| 12/10/2014 | TAXICAB, MARWIL, JEFF J., NEW YORK, NY, Local transportation, 12/9 - 10 meetings | 7.10 |
| 12/10/2014 | MTA NYC TRANSIT, MARWIL, JEFF J., NEW YORK, NY, Local transportation expense, 12/9 - 10 meetings | 10.00 |
| 12/11/2014 | TRAVEL MEALS, MARWIL, JEFF J. AND THOMAS, MARK K., NEW YORK, NY, 12/9 - 10 meetings | 56.17 |
| 12/11/2014 | XYZ CAR SERVICE, THOMAS, MARK K., NEW YORK, NY, Transportation to airport, 12/9 - 10 meetings | 56.24 |
| 12/11/2014 | AIRFARE, THOMAS, MARK K., NEW YORK, NY, 12/9 - 10 meetings | 403.54 |
| 12/11/2014 | O'HARE INTERNATIONAL AIRPORT, THOMAS, MARK K., CHICAGO, IL, Local transportation expense, 12/9 -10 meetings | 114.50 |

10

| | | |
|---|---|---|
| 12/11/2014 | REPRODUCTION | 0.10 |
| 12/11/2014 | REPRODUCTION | 4.60 |
| 12/11/2014 | REPRODUCTION | 3.00 |
| 12/11/2014 | REPRODUCTION | 6.90 |
| 12/11/2014 | REPRODUCTION | 1.60 |
| 12/11/2014 | LONG DISTANCE TELEPHONE, YOUNG, PETER J. | 1.74 |
| 12/11/2014 | REPRODUCTION | 0.30 |
| 12/11/2014 | REPRODUCTION | 0.30 |
| 12/12/2014 | REPRODUCTION | 3.60 |
| 12/12/2014 | REPRODUCTION | 3.10 |
| 12/13/2014 | REPRODUCTION | 6.90 |
| 12/13/2014 | REPRODUCTION | 0.10 |
| 12/15/2014 | REPRODUCTION | 0.10 |
| 12/15/2014 | REPRODUCTION | 0.10 |
| 12/15/2014 | REPRODUCTION | 7.00 |
| 12/15/2014 | REPRODUCTION | 7.00 |
| 12/15/2014 | LONG DISTANCE TELEPHONE, YOUNG, PETER J. | 0.35 |
| 12/16/2014 | LONG DISTANCE TELEPHONE, YOUNG, PETER J. | 0.35 |
| 12/16/2014 | REPRODUCTION | 0.60 |
| 12/16/2014 | REPRODUCTION | 0.60 |
| 12/16/2014 | REPRODUCTION | 2.20 |
| 12/16/2014 | REPRODUCTION | 7.20 |
| 12/16/2014 | REPRODUCTION | 7.50 |
| 12/16/2014 | LONG DISTANCE TELEPHONE, YOUNG, PETER J. | 5.21 |
| 12/16/2014 | REPRODUCTION | 0.50 |
| 12/16/2014 | REPRODUCTION | 0.70 |
| 12/16/2014 | REPRODUCTION | 2.00 |
| 12/16/2014 | REPRODUCTION | 3.20 |
| 12/16/2014 | REPRODUCTION | 0.30 |
| 12/16/2014 | REPRODUCTION | 0.10 |
| 12/16/2014 | REPRODUCTION | 4.40 |
| 12/16/2014 | REPRODUCTION | 3.90 |
| 12/16/2014 | REPRODUCTION | 2.50 |
| 12/16/2014 | REPRODUCTION | 36.70 |
| 12/16/2014 | REPRODUCTION | 7.70 |
| 12/16/2014 | REPRODUCTION | 31.70 |
| 12/16/2014 | REPRODUCTION | 0.90 |
| 12/16/2014 | REPRODUCTION | 8.80 |
| 12/16/2014 | REPRODUCTION | 8.80 |
| 12/16/2014 | REPRODUCTION | 8.80 |
| 12/16/2014 | REPRODUCTION | 63.40 |

11

| | | |
|---|---|---|
| 12/16/2014 | REPRODUCTION | 63.40 |
| 12/16/2014 | REPRODUCTION | 63.40 |
| 12/16/2014 | REPRODUCTION | 0.10 |
| 12/16/2014 | REPRODUCTION | 7.70 |
| 12/16/2014 | REPRODUCTION | 31.70 |
| 12/16/2014 | REPRODUCTION | 36.70 |
| 12/16/2014 | REPRODUCTION | 0.10 |
| 12/16/2014 | REPRODUCTION | 4.40 |
| 12/16/2014 | REPRODUCTION | 0.30 |
| 12/16/2014 | REPRODUCTION | 0.40 |
| 12/16/2014 | REPRODUCTION | 1.00 |
| 12/16/2014 | REPRODUCTION | 4.80 |
| 12/16/2014 | REPRODUCTION | 2.10 |
| 12/16/2014 | REPRODUCTION | 2.90 |
| 12/17/2014 | REPRODUCTION | 36.70 |
| 12/17/2014 | REPRODUCTION | 36.70 |
| 12/17/2014 | REPRODUCTION | 0.10 |
| 12/17/2014 | REPRODUCTION | 0.10 |
| 12/17/2014 | REPRODUCTION | 0.10 |
| 12/17/2014 | REPRODUCTION | 4.40 |
| 12/17/2014 | REPRODUCTION | 4.40 |
| 12/17/2014 | REPRODUCTION | 7.70 |
| 12/17/2014 | REPRODUCTION | 7.70 |
| 12/17/2014 | REPRODUCTION | 0.30 |
| 12/17/2014 | REPRODUCTION | 0.30 |
| 12/17/2014 | REPRODUCTION | 7.70 |
| 12/17/2014 | REPRODUCTION | 31.70 |
| 12/17/2014 | REPRODUCTION | 31.70 |
| 12/17/2014 | REPRODUCTION | 0.10 |
| 12/17/2014 | REPRODUCTION | 0.30 |
| 12/17/2014 | FOOD SERVICE/CONF. DINING | 1.63 |
| 12/17/2014 | FOOD SERVICE/CONF. DINING | 9.25 |
| 12/17/2014 | REPRODUCTION | 1.10 |
| 12/17/2014 | REPRODUCTION | 0.70 |
| 12/17/2014 | REPRODUCTION | 0.40 |
| 12/17/2014 | REPRODUCTION | 0.40 |
| 12/17/2014 | REPRODUCTION | 0.50 |
| 12/17/2014 | REPRODUCTION | 0.20 |
| 12/17/2014 | REPRODUCTION | 0.20 |
| 12/17/2014 | REPRODUCTION | 9.80 |
| 12/17/2014 | REPRODUCTION | 10.40 |

47261881v2

| 12/17/2014 | REPRODUCTION | 0.70 |
|---|---|---|
| 12/17/2014 | REPRODUCTION | 1.10 |
| 12/17/2014 | REPRODUCTION | 0.40 |
| 12/17/2014 | REPRODUCTION | 0.20 |
| 12/17/2014 | REPRODUCTION | 0.50 |
| 12/17/2014 | REPRODUCTION | 0.40 |
| 12/17/2014 | REPRODUCTION | 4.40 |
| 12/17/2014 | REPRODUCTION | 0.10 |
| 12/17/2014 | REPRODUCTION | 0.30 |
| 12/17/2014 | REPRODUCTION | 0.20 |
| 12/17/2014 | REPRODUCTION | 31.70 |
| 12/17/2014 | REPRODUCTION | 7.70 |
| 12/17/2014 | REPRODUCTION | 36.70 |
| 12/17/2014 | REPRODUCTION | 0.50 |
| 12/17/2014 | REPRODUCTION | 0.70 |
| 12/17/2014 | REPRODUCTION | 2.40 |
| 12/17/2014 | REPRODUCTION | 2.00 |
| 12/17/2014 | REPRODUCTION | 3.20 |
| 12/17/2014 | REPRODUCTION | 1.10 |
| 12/17/2014 | REPRODUCTION | 0.10 |
| 12/17/2014 | REPRODUCTION | 0.80 |
| 12/17/2014 | REPRODUCTION | 0.60 |
| 12/17/2014 | REPRODUCTION | 0.10 |
| 12/17/2014 | REPRODUCTION | 0.60 |
| 12/17/2014 | REPRODUCTION | 1.10 |
| 12/17/2014 | REPRODUCTION | 3.30 |
| 12/17/2014 | REPRODUCTION | 3.30 |
| 12/17/2014 | REPRODUCTION | 4.90 |
| 12/17/2014 | REPRODUCTION | 4.90 |
| 12/17/2014 | REPRODUCTION | 0.50 |
| 12/17/2014 | REPRODUCTION | 0.40 |
| 12/17/2014 | REPRODUCTION | 1.10 |
| 12/17/2014 | REPRODUCTION | 0.10 |
| 12/17/2014 | REPRODUCTION | 0.20 |
| 12/17/2014 | REPRODUCTION | 0.40 |
| 12/17/2014 | REPRODUCTION | 0.70 |
| 12/17/2014 | REPRODUCTION | 0.20 |
| 12/17/2014 | REPRODUCTION | 1.00 |
| 12/17/2014 | REPRODUCTION | 2.20 |
| 12/17/2014 | REPRODUCTION | 2.00 |
| 12/17/2014 | REPRODUCTION | 2.50 |

13

| 12/17/2014 | REPRODUCTION | 1.00 |
| 12/17/2014 | REPRODUCTION | 3.50 |
| 12/17/2014 | REPRODUCTION | 2.00 |
| 12/17/2014 | REPRODUCTION | 5.50 |
| 12/17/2014 | REPRODUCTION | 0.60 |
| 12/17/2014 | REPRODUCTION | 0.50 |
| 12/17/2014 | REPRODUCTION | 0.30 |
| 12/17/2014 | REPRODUCTION | 36.70 |
| 12/17/2014 | REPRODUCTION | 0.20 |
| 12/17/2014 | REPRODUCTION | 1.10 |
| 12/17/2014 | REPRODUCTION | 0.40 |
| 12/17/2014 | REPRODUCTION | 0.50 |
| 12/17/2014 | REPRODUCTION | 0.20 |
| 12/17/2014 | REPRODUCTION | 0.70 |
| 12/17/2014 | REPRODUCTION | 0.40 |
| 12/18/2014 | MESSENGER/DELIVERY, Outside messenger service delivery to THOMAS, MARK K. | 27.99 |
| 12/18/2014 | MESSENGER/DELIVERY, Outside messenger service delivery to THOMAS, MARK K. | 34.17 |
| 12/18/2014 | REPRODUCTION | 4.70 |
| 12/18/2014 | REPRODUCTION | 1.40 |
| 12/18/2014 | REPRODUCTION | 0.20 |
| 12/18/2014 | REPRODUCTION | 1.40 |
| 12/18/2014 | REPRODUCTION | 1.10 |
| 12/18/2014 | REPRODUCTION | 1.10 |
| 12/18/2014 | REPRODUCTION | 1.20 |
| 12/18/2014 | REPRODUCTION | 2.10 |
| 12/18/2014 | REPRODUCTION | 3.30 |
| 12/18/2014 | REPRODUCTION | 3.30 |
| 12/18/2014 | LOCAL MEALS, SILBER, GARY, Overtime meal | 20.00 |
| 12/18/2014 | REPRODUCTION | 16.60 |
| 12/18/2014 | REPRODUCTION | 0.90 |
| 12/18/2014 | REPRODUCTION | 2.30 |
| 12/18/2014 | REPRODUCTION | 1.80 |
| 12/18/2014 | REPRODUCTION | 0.10 |
| 12/18/2014 | REPRODUCTION | 0.70 |
| 12/18/2014 | LEXIS, Computer database research | 202.00 |
| 12/18/2014 | REPRODUCTION | 0.20 |
| 12/18/2014 | REPRODUCTION | 0.20 |
| 12/18/2014 | REPRODUCTION | 4.80 |
| 12/18/2014 | REPRODUCTION | 0.40 |

14

| 12/18/2014 | REPRODUCTION | 1.10 |
| 12/18/2014 | REPRODUCTION | 0.20 |
| 12/18/2014 | REPRODUCTION | 1.10 |
| 12/18/2014 | REPRODUCTION | 0.70 |
| 12/18/2014 | REPRODUCTION | 0.40 |
| 12/18/2014 | REPRODUCTION | 0.50 |
| 12/18/2014 | REPRODUCTION | 0.20 |
| 12/18/2014 | REPRODUCTION | 0.40 |
| 12/18/2014 | REPRODUCTION | 0.70 |
| 12/18/2014 | REPRODUCTION | 0.50 |
| 12/18/2014 | REPRODUCTION | 3.20 |
| 12/18/2014 | REPRODUCTION | 4.80 |
| 12/18/2014 | REPRODUCTION | 4.60 |
| 12/18/2014 | REPRODUCTION | 5.00 |
| 12/18/2014 | REPRODUCTION | 4.80 |
| 12/18/2014 | REPRODUCTION | 4.80 |
| 12/18/2014 | REPRODUCTION | 4.40 |
| 12/18/2014 | REPRODUCTION | 5.20 |
| 12/18/2014 | REPRODUCTION | 4.80 |
| 12/18/2014 | REPRODUCTION | 4.60 |
| 12/18/2014 | REPRODUCTION | 4.60 |
| 12/18/2014 | REPRODUCTION | 4.60 |
| 12/18/2014 | REPRODUCTION | 4.40 |
| 12/18/2014 | REPRODUCTION | 10.80 |
| 12/18/2014 | REPRODUCTION | 4.60 |
| 12/18/2014 | REPRODUCTION | 4.60 |
| 12/18/2014 | REPRODUCTION | 4.60 |
| 12/18/2014 | REPRODUCTION | 0.20 |
| 12/18/2014 | REPRODUCTION | 0.20 |
| 12/18/2014 | REPRODUCTION | 0.20 |
| 12/18/2014 | REPRODUCTION | 0.20 |
| 12/18/2014 | REPRODUCTION | 0.20 |
| 12/18/2014 | REPRODUCTION | 0.20 |
| 12/18/2014 | REPRODUCTION | 0.20 |
| 12/18/2014 | REPRODUCTION | 0.20 |
| 12/18/2014 | REPRODUCTION | 0.20 |
| 12/18/2014 | REPRODUCTION | 0.20 |
| 12/18/2014 | REPRODUCTION | 0.20 |
| 12/18/2014 | REPRODUCTION | 0.20 |
| 12/18/2014 | REPRODUCTION | 0.20 |

47261881v2

| | | |
|---|---|---|
| 12/18/2014 | REPRODUCTION | 0.20 |
| 12/18/2014 | REPRODUCTION | 0.20 |
| 12/18/2014 | REPRODUCTION | 0.20 |
| 12/18/2014 | REPRODUCTION | 0.20 |
| 12/18/2014 | REPRODUCTION | 0.20 |
| 12/18/2014 | REPRODUCTION | 0.20 |
| 12/18/2014 | REPRODUCTION | 0.80 |
| 12/18/2014 | REPRODUCTION | 0.20 |
| 12/18/2014 | REPRODUCTION | 0.20 |
| 12/18/2014 | REPRODUCTION | 0.20 |
| 12/18/2014 | REPRODUCTION | 0.20 |
| 12/18/2014 | REPRODUCTION | 0.20 |
| 12/18/2014 | REPRODUCTION | 0.20 |
| 12/18/2014 | REPRODUCTION | 1.40 |
| 12/18/2014 | REPRODUCTION | 0.20 |
| 12/18/2014 | REPRODUCTION | 0.20 |
| 12/18/2014 | REPRODUCTION | 0.20 |
| 12/18/2014 | REPRODUCTION | 0.20 |
| 12/18/2014 | REPRODUCTION | 0.20 |
| 12/18/2014 | REPRODUCTION | 0.20 |
| 12/18/2014 | REPRODUCTION | 0.20 |
| 12/18/2014 | REPRODUCTION | 0.20 |
| 12/18/2014 | REPRODUCTION | 0.20 |
| 12/18/2014 | REPRODUCTION | 0.20 |
| 12/18/2014 | REPRODUCTION | 0.20 |
| 12/18/2014 | REPRODUCTION | 0.20 |
| 12/18/2014 | REPRODUCTION | 0.10 |
| 12/18/2014 | REPRODUCTION | 0.20 |
| 12/18/2014 | REPRODUCTION | 0.20 |
| 12/18/2014 | REPRODUCTION | 0.20 |
| 12/18/2014 | REPRODUCTION | 0.20 |
| 12/18/2014 | REPRODUCTION | 0.20 |
| 12/18/2014 | REPRODUCTION | 0.20 |
| 12/18/2014 | REPRODUCTION | 0.20 |
| 12/18/2014 | REPRODUCTION | 0.20 |
| 12/18/2014 | REPRODUCTION | 0.20 |
| 12/18/2014 | REPRODUCTION | 0.20 |
| 12/18/2014 | REPRODUCTION | 0.20 |
| 12/18/2014 | REPRODUCTION | 0.20 |
| 12/18/2014 | REPRODUCTION | 0.20 |

16

| | | |
|---|---|---:|
| 12/18/2014 | REPRODUCTION | 0.20 |
| 12/18/2014 | REPRODUCTION | 0.20 |
| 12/18/2014 | REPRODUCTION | 0.20 |
| 12/18/2014 | REPRODUCTION | 6.40 |
| 12/18/2014 | REPRODUCTION | 7.60 |
| 12/18/2014 | REPRODUCTION | 4.40 |
| 12/18/2014 | REPRODUCTION | 2.60 |
| 12/18/2014 | REPRODUCTION | 34.00 |
| 12/18/2014 | REPRODUCTION | 28.20 |
| 12/18/2014 | REPRODUCTION | 44.00 |
| 12/18/2014 | REPRODUCTION | 4.80 |
| 12/18/2014 | REPRODUCTION | 4.80 |
| 12/18/2014 | REPRODUCTION | 4.60 |
| 12/18/2014 | REPRODUCTION | 4.40 |
| 12/18/2014 | REPRODUCTION | 4.40 |
| 12/18/2014 | REPRODUCTION | 4.40 |
| 12/18/2014 | REPRODUCTION | 5.20 |
| 12/18/2014 | REPRODUCTION | 4.60 |
| 12/18/2014 | REPRODUCTION | 4.60 |
| 12/18/2014 | REPRODUCTION | 0.30 |
| 12/18/2014 | REPRODUCTION | 4.60 |
| 12/18/2014 | REPRODUCTION | 2.60 |
| 12/18/2014 | REPRODUCTION | 1.30 |
| 12/18/2014 | REPRODUCTION | 2.60 |
| 12/18/2014 | REPRODUCTION | 2.60 |
| 12/18/2014 | REPRODUCTION | 2.60 |
| 12/18/2014 | REPRODUCTION | 2.60 |
| 12/18/2014 | REPRODUCTION | 2.60 |
| 12/18/2014 | REPRODUCTION | 4.40 |
| 12/18/2014 | REPRODUCTION | 4.60 |
| 12/18/2014 | REPRODUCTION | 34.00 |
| 12/18/2014 | REPRODUCTION | 24.20 |
| 12/18/2014 | REPRODUCTION | 97.60 |
| 12/18/2014 | REPRODUCTION | 4.40 |
| 12/18/2014 | REPRODUCTION | 5.60 |
| 12/18/2014 | REPRODUCTION | 6.60 |
| 12/18/2014 | REPRODUCTION | 4.60 |
| 12/18/2014 | REPRODUCTION | 2.60 |
| 12/18/2014 | REPRODUCTION | 2.60 |
| 12/18/2014 | REPRODUCTION | 2.60 |
| 12/18/2014 | REPRODUCTION | 2.60 |

17

| | | |
|---|---|---|
| 12/18/2014 | REPRODUCTION | 2.60 |
| 12/18/2014 | REPRODUCTION | 2.60 |
| 12/18/2014 | REPRODUCTION | 2.60 |
| 12/18/2014 | REPRODUCTION | 2.60 |
| 12/18/2014 | REPRODUCTION | 2.60 |
| 12/18/2014 | REPRODUCTION | 2.60 |
| 12/18/2014 | REPRODUCTION | 2.60 |
| 12/18/2014 | REPRODUCTION | 3.00 |
| 12/18/2014 | REPRODUCTION | 2.60 |
| 12/18/2014 | REPRODUCTION | 2.60 |
| 12/18/2014 | REPRODUCTION | 2.60 |
| 12/18/2014 | REPRODUCTION | 2.60 |
| 12/18/2014 | REPRODUCTION | 3.00 |
| 12/18/2014 | REPRODUCTION | 2.60 |
| 12/18/2014 | REPRODUCTION | 2.60 |
| 12/18/2014 | REPRODUCTION | 4.60 |
| 12/18/2014 | REPRODUCTION | 4.60 |
| 12/18/2014 | REPRODUCTION | 5.00 |
| 12/18/2014 | REPRODUCTION | 4.40 |
| 12/18/2014 | REPRODUCTION | 22.00 |
| 12/18/2014 | REPRODUCTION | 4.60 |
| 12/18/2014 | REPRODUCTION | 22.00 |
| 12/18/2014 | REPRODUCTION | 10.40 |
| 12/18/2014 | REPRODUCTION | 4.40 |
| 12/18/2014 | REPRODUCTION | 4.60 |
| 12/18/2014 | REPRODUCTION | 4.40 |
| 12/18/2014 | REPRODUCTION | 24.20 |
| 12/18/2014 | REPRODUCTION | 2.30 |
| 12/18/2014 | REPRODUCTION | 4.40 |
| 12/18/2014 | REPRODUCTION | 0.60 |
| 12/19/2014 | LONG DISTANCE TELEPHONE, YOUNG, PETER J. | 2.43 |
| 12/19/2014 | REPRODUCTION | 0.20 |
| 12/19/2014 | REPRODUCTION | 1.40 |
| 12/19/2014 | REPRODUCTION | 1.50 |
| 12/19/2014 | REPRODUCTION | 1.20 |
| 12/19/2014 | REPRODUCTION | 2.40 |
| 12/19/2014 | REPRODUCTION | 35.70 |
| 12/19/2014 | REPRODUCTION | 11.10 |
| 12/19/2014 | REPRODUCTION | 1.20 |
| 12/19/2014 | REPRODUCTION | 1.20 |
| 12/19/2014 | REPRODUCTION | 2.70 |

18

| | | |
|---|---|---:|
| 12/19/2014 | REPRODUCTION | 2.70 |
| 12/19/2014 | REPRODUCTION | 7.20 |
| 12/19/2014 | REPRODUCTION | 1.50 |
| 12/19/2014 | REPRODUCTION | 5.40 |
| 12/19/2014 | REPRODUCTION | 4.80 |
| 12/19/2014 | REPRODUCTION | 3.00 |
| 12/19/2014 | REPRODUCTION | 1.20 |
| 12/19/2014 | REPRODUCTION | 1.20 |
| 12/19/2014 | REPRODUCTION | 3.30 |
| 12/19/2014 | REPRODUCTION | 3.30 |
| 12/19/2014 | REPRODUCTION | 2.40 |
| 12/19/2014 | REPRODUCTION | 1.80 |
| 12/19/2014 | REPRODUCTION | 1.50 |
| 12/19/2014 | REPRODUCTION | 2.10 |
| 12/19/2014 | REPRODUCTION | 36.30 |
| 12/19/2014 | REPRODUCTION | 13.80 |
| 12/19/2014 | REPRODUCTION | 24.20 |
| 12/19/2014 | REPRODUCTION | 0.20 |
| 12/19/2014 | REPRODUCTION | 0.70 |
| 12/19/2014 | REPRODUCTION | 1.00 |
| 12/19/2014 | LEXIS, Computer database research | 280.75 |
| 12/19/2014 | LEXIS, Computer database research | 532.00 |
| 12/19/2014 | REPRODUCTION | 4.40 |
| 12/19/2014 | REPRODUCTION | 0.40 |
| 12/19/2014 | REPRODUCTION | 0.10 |
| 12/19/2014 | REPRODUCTION | 0.20 |
| 12/19/2014 | REPRODUCTION | 2.30 |
| 12/20/2014 | COURT CALL FEE | 58.00 |
| 12/22/2014 | REPRODUCTION | 8.00 |
| 12/22/2014 | REPRODUCTION | 0.20 |
| 12/22/2014 | REPRODUCTION | 0.20 |
| 12/22/2014 | REPRODUCTION | 8.10 |
| 12/22/2014 | LOCAL MEALS, SILBER, GARY, Overtime meal | 20.00 |
| 12/22/2014 | REPRODUCTION | 1.70 |
| 12/22/2014 | REPRODUCTION | 0.60 |
| 12/22/2014 | REPRODUCTION | 0.30 |
| 12/22/2014 | LEXIS, Computer database research | 232.00 |
| 12/22/2014 | LEXIS, Computer database research | 95.00 |
| 12/23/2014 | REPRODUCTION | 8.00 |
| 12/23/2014 | REPRODUCTION | 0.20 |
| 12/23/2014 | LEXIS, Computer database research | 133.00 |

19

| | | |
|---|---|---:|
| 12/23/2014 | REPRODUCTION | 4.80 |
| 12/23/2014 | REPRODUCTION | 2.90 |
| 12/24/2014 | WESTLAW, Computer database research | 361.00 |
| 12/25/2014 | LEXIS, Computer database research | 76.00 |
| 12/29/2014 | REPRODUCTION | 1.30 |
| 12/29/2014 | REPRODUCTION | 0.10 |
| 12/29/2014 | REPRODUCTION | 1.50 |
| 12/29/2014 | REPRODUCTION | 6.90 |
| 12/29/2014 | REPRODUCTION | 8.40 |
| 12/29/2014 | REPRODUCTION | 0.40 |
| 12/29/2014 | LOCAL MEALS, SILBER, GARY, Overtime meal | 20.00 |
| 12/29/2014 | REPRODUCTION | 0.80 |
| 12/29/2014 | REPRODUCTION | 4.70 |
| 12/29/2014 | REPRODUCTION | 1.80 |
| 12/29/2014 | REPRODUCTION | 0.60 |
| 12/29/2014 | WESTLAW, Computer database research | 60.00 |
| 12/30/2014 | REPRODUCTION | 2.60 |
| 12/30/2014 | REPRODUCTION | 5.00 |
| 12/30/2014 | REPRODUCTION | 2.60 |
| 12/30/2014 | REPRODUCTION | 0.60 |
| 12/30/2014 | REPRODUCTION | 0.30 |
| 12/30/2014 | REPRODUCTION | 3.70 |
| 12/30/2014 | REPRODUCTION | 6.70 |
| 12/30/2014 | LEXIS, Computer database research | 40.00 |
| 12/30/2014 | LEXIS, Computer database research | 19.00 |
| 12/30/2014 | REPRODUCTION | 60.10 |
| 12/30/2014 | REPRODUCTION | 0.30 |
| 12/30/2014 | REPRODUCTION | 0.10 |
| 12/30/2014 | REPRODUCTION | 2.30 |
| 12/30/2014 | REPRODUCTION | 0.60 |
| 12/30/2014 | REPRODUCTION | 0.40 |
| 12/30/2014 | REPRODUCTION | 0.80 |
| 12/30/2014 | REPRODUCTION | 0.80 |
| 12/30/2014 | REPRODUCTION | 1.20 |
| 12/30/2014 | REPRODUCTION | 0.20 |
| 12/30/2014 | REPRODUCTION | 0.20 |
| 12/30/2014 | REPRODUCTION | 0.40 |
| 12/30/2014 | REPRODUCTION | 0.90 |
| 12/30/2014 | REPRODUCTION | 16.60 |
| 12/30/2014 | REPRODUCTION | 7.70 |
| 12/30/2014 | REPRODUCTION | 0.10 |

20

| | | |
|---|---|---:|
| 12/30/2014 | REPRODUCTION | 0.20 |
| 12/30/2014 | REPRODUCTION | 0.10 |
| 12/30/2014 | REPRODUCTION | 0.10 |
| 12/30/2014 | REPRODUCTION | 0.10 |
| 12/30/2014 | REPRODUCTION | 0.30 |
| 12/30/2014 | WESTLAW, Computer database research | 7,788.93 |
| 12/31/2014 | PACER CHARGE | 194.40 |
| 12/31/2014 | PACER CHARGE | 22.30 |
| 12/31/2014 | TELEPHONE CONFERENCE CALL CHARGE | 51.94 |
| 12/31/2014 | REPRODUCTION | 3.20 |
| 12/31/2014 | LEXIS, Computer database research | 19.00 |
| **TOTAL** | | 32,968.38 |

47261881v2