**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) | (Jointly Administered) |
|  | ) ) ) | Objections due: March 10, 2015 at 4:00 p.m. (ET) |

**SUMMARY COVER SHEET TO THE FIRST INTERIM FEE
APPLICATION OF MUNGER, TOLLES & OLSON LLP, COUNSEL TO
DEBTORS AND DEBTORS IN POSSESSION ENERGY FUTURE COMPETITIVE
HOLDINGS COMPANY LLC AND TEXAS COMPETITIVE ELECTRIC
HOLDINGS COMPANY LLC, FOR THE PERIOD FROM
NOVEMBER 16, 2014 THROUGH AND INCLUDING DECEMBER 31, 2014**

In accordance with the Local Bankruptcy Rules for the District of Delaware (the "Local Bankruptcy Rules"), Munger, Tolles & Olson LLP ("MTO"), counsel for the debtors and debtors in possession Energy Future Competitive Holdings Company LLC ("EFCH") and Texas Competitive Electric Holdings Company LLC ("TCEH" and together with EFCH and their debtor subsidiaries, the "TCEH Debtors"), submits this summary of fees and expenses sought as actual, reasonable, and necessary in the first interim fee application to which this summary is attached (the "Fee Application")[2] for the period from November 16, 2014 through December 31, 2014 (the "Fee Period").

MTO submits the Fee Application as an interim fee application in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 2066] (the "Interim Compensation Order") and the *Stipulation and Order Appointing a Fee Committee* [D.I. 1896] (the "Fee Committee Order").

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined in this summary shall have the meanings ascribed to such terms in the Fee Application.

*General Information*

| | |
|---|---|
| Name of Applicant: | Munger, Tolles & Olson LLP |
| Authorized to Provide Services to: | Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC |
| Petition Date: | April 29, 2014 |
| Date of Order Authorizing the Debtors to Retain MTO [D.I. 3279]: | January 13, 2015, *nunc pro tunc* to November 16, 2014 |

*Summary of Fees and Expenses Sought in the Fee Application[3]*

| | |
|---|---|
| Period for Which Compensation and Reimbursement is Sought in the Fee Application: | November 16, 2014 through December 31, 2014 |
| Voluntary Fee Waiver and Expense Reduction in this Fee Period: | Reduced expenses by $3,983.28[4] |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary for the Fee Period: | $1,195,324.75 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary for the Fee Period: | $14,202.34 |
| Total Compensation and Expense Reimbursement Requested for the Fee Period: | $1,209,527.09 |

---

[3] Of the fees and expenses sought in this Fee Application, MTO has not sought compensation for $239,064.95 in the monthly fee statements it filed for November 16, 2014 to November 30, 2014 [D.I. 3414] and December 1, 2014 to December 31, 2014 [D.I. 3415] (collectively, the "Monthly Fee Statements").

[4] MTO voluntarily reduced its expenses by the amounts described above and consequently does not seek payment of these fees and expenses in this Fee Application.

| *Rate Increases Applicable to the Fee Period* | |
|---|---|
| Total Amount of Compensation Sought for the Fee Period, Calculated Using Rates as of the Date of Retention: | $1,195,324.75 |

| *Summary of Past Requests for Compensation and Prior Payments*[5] | |
|---|---|
| Total Amount of Compensation Previously Requested Pursuant to the Interim Compensation Order to Date: | $956,259.80 |
| Total Amount of Expense Reimbursement Previously Requested Pursuant to the Interim Compensation Order to Date: | $14,202.34 |
| Total Compensation Approved Pursuant to the Interim Compensation Order to Date: | $0 |
| Total Amount of Expense Reimbursement Approved Pursuant to the Interim Compensation Order to Date: | $0 |
| Total Allowed Compensation Paid to Date: | $0 |
| Total Allowed Expenses Paid to Date: | $0 |
| Compensation Sought in this Application Already Paid Pursuant to the Interim Compensation Order But Not Yet Allowed: | $0 |
| Expenses Sought In This Application Already Paid Pursuant to the Interim Compensation Order But Not Yet Allowed: | $0 |

---

[5] MTO filed Monthly Fee Statements on February 2, 2015. The deadline for objections to the Monthly Fee Statements is February 23, 2015. No objections have been received as of the date of filing this Fee Application. Because the objection period for the Monthly Fee Statements has not yet expired, MTO has not received any compensation sought in the Monthly Fee Statements as of the date of filing this Fee Application.

| | |
|---|---|
| Dated: February 17, 2015 | */s/ Todd J. Rosen* |
| | **MUNGER, TOLLES & OLSON LLP** |
| | Thomas B. Walper (admitted *pro hac vice*) |
| | Todd J. Rosen (admitted *pro hac vice*) |
| | Seth Goldman (admitted *pro hac vice*) |
| | 355 South Grand Avenue, 35th Floor |
| | Los Angeles, California 90071-1560 |

Telephone: (213) 683-9100
Facsimile: (213) 687-3702
Email: thomas.walper@mto.com
todd.rosen@mto.com
seth.goldman@mto.com

*Counsel to the TCEH Debtors*