**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>              Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>**[Re: D.I. 3358]** |

**CERTIFICATION OF NO OBJECTION REGARDING THE FIRST MONTHLY FEE STATEMENT OF SULLIVAN & CROMWELL LLP AS COUNSEL TO THE EFH COMMITTEE FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD NOVEMBER 5, 2014 THROUGH NOVEMBER 30, 2014 (NO ORDER REQUIRED)**

      1.      The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading (i) with respect to the *First Monthly Fee Statement of Sullivan & Cromwell LLP as Counsel to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc. and EECI, Inc. for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period November 5, 2014 through November 30, 2014*, filed by Sullivan & Cromwell LLP ("**S&C**") on January 23, 2015 [D.I. 3358] (the "**Monthly Fee Statement**") or (ii) with respect to the notice and records of EFH Committee Members' Expenses set forth in Exhibit E to the Monthly Fee Statement ("**Statement of Committee Expenses**"), other than comments from the Office of the United States Trustee for

---

[1]    The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

the District of Delaware (the "**U.S. Trustee**") that were responded to and have been resolved[2]

The undersigned further certifies that he has reviewed the Court's docket in these chapter 11 cases and no answer, objection or other responsive pleading to the Monthly Fee Statement or the Statement of Committee Expenses has been filed.  Pursuant to the Notice of Fee Statement filed with the Monthly Fee Statement, objections to the Monthly Fee Statement or the Statement of Committee Expenses were to be filed and served no later than February 13, 2015 at 4:00 p.m. (Eastern Daylight Time).  The Monthly Fee Statement was filed and served in accordance with the *Stipulation and Order Appointing a Fee Committee*, dated August 21, 2014 [D.I. 1896] and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals*, dated September 16, 2014 [D.I. 2066] (the "**Interim Compensation Order**").

2.    Consequently, pursuant the Interim Compensation Order, the above-captioned debtors and debtors in possession in these chapter 11 cases, are authorized to pay S&C eighty percent of the fees and one hundred percent of the expenses requested in the Monthly Fee Statement upon the filing of this certification without the need for a further order of the Court.  A summary of the fees and expenses sought by S&C is annexed hereto as **Exhibit A**.

3.    Consequently, pursuant the Interim Compensation Order, the above-captioned debtors and debtors in possession in these chapter 11 cases, are authorized to pay one hundred percent of the expenses requested by members of the official committee of unsecured

---

[2]    On January 30, 2015, S&C received comments from the U.S. Trustee concerning the S&C expenses detailed in the Monthly Fee Statement.  S&C responded by providing clarification concerning certain expenses.  The U.S. Trustee also commented on the Statement of Committee Expenses set forth in Exhibit E to the Monthly Fee Statement, and EFH Committee members responded by reducing certain expenses.  The U.S. Trustee has stated, notwithstanding the U.S. Trustee's reservation of rights with respect to objections to interim expense reimbursement requests, that the U.S. Trustee does not object to the Debtors' payment of eighty percent of fees and one hundred percent of expenses requested for S&C in the Monthly Fee Statement, nor does the U.S. Trustee object to the Debtor's payment of one hundred percent of expenses requested for EFH Committee members set forth in the Statement of Committee Expenses.

SC1:3805782.2

creditors ("**EFH Committee Members**") in the Statement of Committee Expenses upon the

filing of this certification without the need for a further order of the Court.  A summary of the

expenses sought by EFH Committee Members is annexed hereto as **Exhibit B**.

Dated:   Wilmington, Delaware
         February 17, 2015

**MONTGOMERY McCRACKEN WALKER & RHOADS, LLP**

_/s/  Davis Lee Wright_____
Natalie D. Ramsey, Esquire (DE Bar No. 5378)
Davis Lee Wright, Esquire (DE Bar No. 4324)
Mark A. Fink, Esquire (DE Bar No. 3946)
1105 North Market Street, 15th Floor
Wilmington, DE  19801
Telephone: (302) 504-7800
Facsimile: (302) 504 -7820
E-mail:     nramsey@mmwr.com
            dwright@mmwr.com
            mfink@mmwr.com

– and –

**SULLIVAN & CROMWELL LLP**

Andrew G. Dietderich
Brian D. Glueckstein
Michael H. Torkin
Alexa J. Kranzley
125 Broad Street
New York, New York  10004
Telephone:    (212) 558-4000
Facsimile:    (212) 558-3588
E-mail:       dietdericha@sullcrom.com
              gluecksteinb@sullcrom.com
              torkinm@sullcrom.com
              kranzleya@sullcrom.com

*Counsel for The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC; EFIH Finance, Inc.; and EECI, Inc.*

3

**EXHIBIT A**

**Professional Fees and Expenses**
**Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, Docket No. | Total Fees Requested[1] | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| Sullivan & Cromwell LLP 125 Broad Street New York, NY 10004 | First Monthly Fee Statement 11/5/2014 through 11/30/2014 Filed 1/23/15 Docket No. 3358 | $1,633,519.00 | $12,273.34[2] | February 13, 2015 | $1,306,815.20 | $12,273.34 | $326,703.80 |

---

[1] All services for which S&C requests compensation were performed for, or on behalf of, the EFH Committee. The EFH Committee represents creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. and S&C's compensation is proposed as an expense of each of these estates pursuant to section 328 of the Bankruptcy Code, jointly and severally. With respect to the allocation of fees and expenses contemplated by section 2(b) of the Interim Compensation Order, the fees and expenses of S&C are for the benefit of the EFH Committee and not for the direct benefit of any Debtor and, accordingly, no allocation is proposed at this time by S&C.

[2] The amount reflects a reduction of $151.81 for an expense that was erroneously included on the November Fee Statement.

**EXHIBIT B**

**EFH Committee Member Expenses**
**First Monthly Expense Statement for**
**10/31/2014 through 11/30/2014**
**Filed 1/23/15**
**Docket No. 3358**
**Objection Deadline: 2/13/15**

| Applicant | Expenses |
|---|---|
| **Mabel Brown** | $11,567.17[1] |
| **Steven Kazen** | $2,119.96 |
| **Peter Tinkham** | $5,051.11 |
| **Mark Landon** | $2,067.91 |
| **Total Amount of Expenses Authorized to be Paid at 100%[2]** | $20,806.15 |

---

[1]    Although the First Monthly Fee Statement reflected total expenses of $11,778.09 for Mabel Brown, these expenses have subsequently been adjusted downward to $11,567.17 based on comments by the U.S. Trustee.

[2]    Paragraph 2(b) of the Interim Compensation Order requires Professionals (as defined in the Interim Compensation Order) to allocate any fees and expenses to the applicable Debtors for whose direct benefit such fees and expenses were incurred. To the extent that Paragraph 2(b) of the Interim Compensation Order applies to reimbursement of EFH Committee Member expenses, the EFH Committee Members have incurred expenses in performance of the duties of the EFH Committee. Therefore, all of the EFH Committee Members' expenses identified in this Monthly Expense Statement should be paid by the EFH Debtors.