# **EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered) |

**CERTIFICATION UNDER GUIDELINES FOR FEES AND DISBURSEMENTS FOR PROFESSIONALS IN RESPECT TO THE FIRST INTERIM APPLICATION OF MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP AS DELAWARE BANKRUPTCY COUNSEL AND CONFLICT COUNSEL FOR THE EFH OFFICIAL COMMITTEE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD NOVEMBER 5, 2014 THROUGH DECEMBER 31, 2014**

1.  I am a partner with Montgomery, McCracken, Walker & Rhoads, LLP (the "**Firm**") with offices located at 1105 North Market Street, 15th Floor, Wilmington, DE 19801, which serves as co-counsel and conflict counsel to the EFH Official Committee. I am a member in good standing of the bars of the States of New York, Pennsylvania, and Delaware, and I have been admitted to practice in, among others, the state courts of New York, Pennsylvania, and Delaware as well as the District of Delaware.

2.  This certification is made in respect of the Firm's compliance with Local Rule 2016-2 (c)-(g) of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court of the District of Delaware (the "**Local Rule**"), in connection with the Firm's application, dated February 17, 2015 (the "**Application**"), for monthly compensation and

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

3820440

reimbursement of fees and expenses for the period commencing November 5, 2014 through and including December 31, 2014, in accordance with the Guidelines.

3. In respect of Section (g) of the Local Rule, I certify that I have reviewed the requirements of the Local Rule and to the best of my knowledge, information, and belief formed after reasonable inquiry, the Application complies with the Local Rule.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Dated: February 17, 2015<br>Wilmington, Delaware | **MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**<br><br>*/s/ Natalie D. Ramsey*<br>Natalie D. Ramsey, Esquire (DE Bar No. 5378)<br>1105 North Market Street, 15th Floor<br>Wilmington, DE  19801<br>Telephone: (302) 504-7800<br>Facsimile: (302) 504 -7820<br>E-mail:    nramsey@mmwr.com |