**EXHIBIT B**

## SUMMARY OF PROFESSIONAL SERVICES

The MMWR attorneys and paralegals that rendered professional services in these cases during the Fee Period are:

| Name of Professional Individual | Position of the Applicant and Year of Obtaining License to Practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **PARTNERS AND OF COUNSEL** | | | | |
| Natalie D. Ramsey | Partner; Joined Firm in 1985; Member of DE Bar since 2009 | $675.00 | 12.20 | $ 8,235.00 |
| Mark B. Sheppard | Partner; Joined Firm in 2009; Member of PA Bar since 1987 | $510.00 | 2.70 | $ 1,579.50 |
| Mark A. Fink | Of Counsel; Joined Firm in 2012; Member of DE Bar since 2000 | $590.00 | 38.00 | $ 22,420.00 |
| Davis Lee Wright | Of Counsel; Joined Firm in 2011; Member of DE Bar since 2002 | $535.00 | 29.40 | $ 15,729.00 |
| **TOTAL PARTNERS AND OF COUNSEL** | | | **82.30** | **$ 47,963.50** |
| **ASSOCIATES** | | | | |
| Katherine M. Fix | Associate; Joined Firm in 2012; Member of PA Bar since 2012 | $290.00 | 2.30 | $ 667.00 |
| **TOTAL ASSOCIATES** | | | **2.30** | **$ 667.00** |
| **PARALEGALS & ADDITIONAL PROFESSIONALS** | | | | |
| Keith Mangan | Paralegal | $140.00 | 8.10 | $ 1,134.00 |
| **TOTAL PARALEGALS AND ADDITIONAL PROFESSIONALS** | | | **8.10** | **$ 1,134.00** |
| **TOTAL ALL PROFESSIONALS** | | | | **$ 49,764.50** |