## **EXHIBIT C**

**SUMMARY OF ACTUAL AND NECESSARY EXPENSES INCURRED**

| Expense Category | Expense Amount |
|---|---:|
| Postage | $ 455.38 |
| Telephone | $ 35.21 |
| Printing & Duplicating - Internal | $ 2,203.89 |
| Lunch/Dinner Conference | $ 98.24 |
| Pacer | $ 467.20 |
| Federal Express | $ 91.65 |
| Transcript - Court | $ 30.00 |
| Delivery Service | $ 52.50 |
| Westlaw On-Line Legal Research | $ 882.00 |
| Filing Fee - Court | $ 150.00 |
| **Total** | **$ 4,466.07** |