**<u>EXHIBIT F</u>**

# NOVEMBER 2014

# MONTGOMERY McCRACKEN
## ATTORNEYS AT LAW

**Federal Tax I.D. No. 23-0888490**

**PHILADELPHIA, PENNSYLVANIA**
**CHERRY HILL, NEW JERSEY**
**WILMINGTON, DELAWARE**
**BERWYN, PENNSYLVANIA**
**LINWOOD, NEW JERSEY**

### SUMMARY FOR FEE SERVICES RENDERED BY TASK

| Code | Description | Hours | Amount |
|---|---|---|---|
| 006 | Case Administration | 8.50 | $3,576.50 |
| 010 | Employment and Fee Applications (MMWR) | 9.70 | $5,842.00 |
| 021 | Hearings | 1.70 | $1,147.50 |
| 030 | Asbestos-Related Matters | 0.90 | $607.50 |
| | Matter Total | 20.80 | $11,173.50 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

# MONTGOMERY McCRACKEN
ATTORNEYS AT LAW

Federal Tax I.D. No. 23-0888490

PHILADELPHIA, PENNSYLVANIA
CHERRY HILL, NEW JERSEY
WILMINGTON, DELAWARE
BERWYN, PENNSYLVANIA
LINWOOD, NEW JERSEY

**Detail for Fee Services Rendered - 006 Case Administration**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 11/6/14 | ND Ramsey | 006 | Telephone calls with D. Wright re preparation for initial action items | 0.40 |
| 11/6/14 | DL Wright | 006 | Preparing and filing notice of appearance (.4); preparing motions to appear pro hac vice for Sullivan & Cromwell attorneys (1.0) | 1.40 |
| 11/6/14 | DL Wright | 006 | Drafting e-mail to EFIH Committee Counsel regarding recently filed pleadings in bankruptcy case | 0.90 |
| 11/6/14 | DL Wright | 006 | Telephone calls with N. Ramsey re preparation for initial action items | 0.40 |
| 11/7/14 | DL Wright | 006 | Filing pro hac vice motions for Sullivan & Cromwell attorneys (.9); preparing e-mail to case filings to EFH Committee counsel team (.6) | 1.50 |
| 11/12/14 | KT Mangan | 006 | Reviewing EFH bankruptcy and adversary dockets and drafting update email to team members on status of same | 0.40 |
| 11/12/14 | KT Mangan | 006 | Requesting and preparing transcript for hearing on 10/28/2014 | 0.60 |
| 11/17/14 | KT Mangan | 006 | Reviewing docket and drafting update email to team members on status of the case | 0.40 |
| 11/19/14 | KT Mangan | 006 | Reviewing docket and drafting update email to team members on case status | 0.40 |
| 11/20/14 | KT Mangan | 006 | Reviewing docket and drafting update email to team members on status of the case | 0.40 |
| 11/20/14 | DL Wright | 006 | Conferring with A. Kranzley regarding case status and local filing requirements | 0.40 |
| 11/20/14 | DL Wright | 006 | Assembling recent case filings and circulating same to Sullivan & Cromwell team | 0.90 |
| 11/21/14 | KT Mangan | 006 | Reviewing docket and drafting update email to team members on status of case | 0.40 |

Task Total    8.50

MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP



**MONTGOMERY McCRACKEN**

ATTORNEYS AT LAW

Federal Tax I.D. No. 23-0888490

**PHILADELPHIA, PENNSYLVANIA**
**CHERRY HILL, NEW JERSEY**
**WILMINGTON, DELAWARE**
**BERWYN, PENNSYLVANIA**
**LINWOOD, NEW JERSEY**

## SUMMARY FOR FEE SERVICES RENDERED
### 006 Case Administration

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 09064 | Mangan, KT | 2.60 | $140.00 | $364.00 |
| 01051 | Ramsey, ND | 0.40 | $675.00 | $270.00 |
| 07717 | Wright, DL | 5.50 | $535.00 | $2,942.50 |
| | Task Total | 8.50 | | $3,576.50 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**



**MONTGOMERY McCRACKEN**
A T T O R N E Y S   A T   L A W

Federal Tax I.D. No. 23-0888490

**PHILADELPHIA, PENNSYLVANIA**
**CHERRY HILL, NEW JERSEY**
**WILMINGTON, DELAWARE**
**BERWYN, PENNSYLVANIA**
**LINWOOD, NEW JERSEY**

### Detail for Fee Services Rendered - 010 Employment and Fee Applications (MMWR)

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 11/6/14 | MA Fink | 010 | Conference call with N. Ramsey re next steps follows our retention as co-counsel with Sullivan & Cromwell, LLP | 0.90 |
| 11/6/14 | ND Ramsey | 010 | Telephone call with A. Dietderich regarding retention applications and related initial filings | 0.40 |
| 11/6/14 | ND Ramsey | 010 | Email correspondence to R. Schepacarter regarding Committee's selection of counsel | 0.10 |
| 11/6/14 | ND Ramsey | 010 | Conference call with M. Fink re next steps following our retention as co-counsel with Sullivan & Cromwell, LLP | 0.90 |
| 11/11/14 | MA Fink | 010 | Reviewing materials for retention application | 2.70 |
| 11/13/14 | MA Fink | 010 | Beginning review of conflicts reports | 4.70 |
| | | | Task Total | 9.70 |



Federal Tax I.D. No. 23-0888490

**PHILADELPHIA, PENNSYLVANIA**
**CHERRY HILL, NEW JERSEY**
**WILMINGTON, DELAWARE**
**BERWYN, PENNSYLVANIA**
**LINWOOD, NEW JERSEY**

## SUMMARY FOR FEE SERVICES RENDERED
## 010 Employment and Fee Applications (MMWR)

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 8.30 | $590.00 | $4,897.00 |
| 01051 | Ramsey, ND | 1.40 | $675.00 | $945.00 |
| | Task Total | 9.70 | | $5,842.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**



**MONTGOMERY McCRACKEN**

ATTORNEYS AT LAW

**Federal Tax I.D. No. 23-0888490**

**PHILADELPHIA, PENNSYLVANIA**
**CHERRY HILL, NEW JERSEY**
**WILMINGTON, DELAWARE**
**BERWYN, PENNSYLVANIA**
**LINWOOD, NEW JERSEY**

## Detail for Fee Services Rendered - 021 Hearings

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 11/20/14 | ND Ramsey | 021 | Appearance at omnibus hearing and conferring with A. Dietderich and B. Glueckstein  re various matters | 1.70 |

Task Total    1.70

# MONTGOMERY McCRACKEN
### ATTORNEYS AT LAW

**Federal Tax I.D. No. 23-0888490**

**PHILADELPHIA, PENNSYLVANIA**
**CHERRY HILL, NEW JERSEY**
**WILMINGTON, DELAWARE**
**BERWYN, PENNSYLVANIA**
**LINWOOD, NEW JERSEY**

## SUMMARY FOR FEE SERVICES RENDERED
### 021 Hearings

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 01051 | Ramsey, ND | 1.70 | $675.00 | $1,147.50 |
| | Task Total | 1.70 | | $1,147.50 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**



**MONTGOMERY McCRACKEN**

ATTORNEYS AT LAW

Federal Tax I.D. No. 23-0888490

**PHILADELPHIA, PENNSYLVANIA**
**CHERRY HILL, NEW JERSEY**
**WILMINGTON, DELAWARE**
**BERWYN, PENNSYLVANIA**
**LINWOOD, NEW JERSEY**

### Detail for Fee Services Rendered - 030 Asbestos-Related Matters

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 11/12/14 | ND Ramsey | 030 | Drafting email report to A. Dieterich regarding pending asbestos matters | 0.90 |
| | | | Task Total | 0.90 |



**MONTGOMERY McCRACKEN**

ATTORNEYS AT LAW

**Federal Tax I.D. No. 23-0888490**

**PHILADELPHIA, PENNSYLVANIA**
**CHERRY HILL, NEW JERSEY**
**WILMINGTON, DELAWARE**
**BERWYN, PENNSYLVANIA**
**LINWOOD, NEW JERSEY**

## SUMMARY FOR FEE SERVICES RENDERED
### 030 Asbestos-Related Matters

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 01051 | Ramsey, ND | 0.90 | $675.00 | $607.50 |
| | Task Total | 0.90 | | $607.50 |

# MONTGOMERY McCRACKEN
## ATTORNEYS AT LAW

**Federal Tax I.D. No. 23-0888490**

**PHILADELPHIA, PENNSYLVANIA
CHERRY HILL, NEW JERSEY
WILMINGTON, DELAWARE
BERWYN, PENNSYLVANIA
LINWOOD, NEW JERSEY**

## SUMMARY FOR FEE SERVICES RENDERED

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 01051 | ND Ramsey | 4.40 | $675.00 | $2,970.00 |
| 07722 | MA Fink | 8.30 | $590.00 | $4,897.00 |
| 07717 | DL Wright | 5.50 | $535.00 | $2,942.50 |
| 09064 | KT Mangan | 2.60 | $140.00 | $364.00 |
| | Matter Total | 20.80 | | $11,173.50 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

# **<u>DECEMBER 2014</u>**

Invoice Date:                        2/5/15
Invoice Number:                   717901
Client Matter Number:  66471.00001
I.D.#                                   01051

## SUMMARY FOR FEE SERVICES RENDERED BY TASK

| Code | Description | Hours | Amount |
|------|-------------|-------|--------|
| 006 | Case Administration | 5.90 | $1,549.50 |
| 010 | Employment and Fee Applications (MMWR) | 49.50 | $28,133.00 |
| 011 | Employment and Fee Applications (Others) | 6.80 | $2,607.00 |
| 014 | Meetings and Communications with Creditors | 4.00 | $2,700.00 |
| 020 | Discovery | 0.60 | $321.00 |
| 030 | Asbestos-Related Matters | 5.10 | $3,280.50 |
| | Matter Total | 71.90 | $38,591.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

| | |
|---|---|
| Invoice Date: | 2/5/15 |
| Invoice Number: | 717901 |
| Client Matter Number: | 66471.00001 |
| I.D.# | 01051 |

**Detail for Fee Services Rendered - 006 Case Administration**

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| 12/1/14 | KT Mangan | 006 | Reviewing EFH bankruptcy and adversary dockets and drafting update email to team members on status of the case | 0.30 |
| 12/2/14 | KM Fix | 006 | Coordinating servicing procedures for role as local counsel for upcoming filings | 0.30 |
| 12/8/14 | KT Mangan | 006 | Reviewing docket and drafting update email to team members on status of the case | 0.40 |
| 12/9/14 | KT Mangan | 006 | Reviewing docket and drafting update email to team members on status of the case | 0.40 |
| 12/12/14 | DL Wright | 006 | Reviewing section 1102 joinder and providing comments to S&C | 1.00 |
| 12/15/14 | KM Fix | 006 | Coordinating filing and service of joinder | 1.10 |
| 12/15/14 | KT Mangan | 006 | Preparing and filing joinder to order regarding creditor access | 0.70 |
| 12/15/14 | KT Mangan | 006 | Preparing service list and related documents for joinder to order regarding creditor access | 0.40 |
| 12/17/14 | KT Mangan | 006 | Reviewing docket and drafting update email to team members on status of the case | 0.40 |
| 12/23/14 | KT Mangan | 006 | Preparing and filing certification of counsel re stipulation | 0.60 |
| 12/23/14 | DL Wright | 006 | Filing stipulation re discovery protocols | 0.30 |

Task Total    5.90

Invoice Date:                          2/5/15
Invoice Number:                       717901
Client Matter Number:  66471.00001
I.D.#                                   01051

## SUMMARY FOR FEE SERVICES RENDERED
### 006 Case Administration

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 07870 | Fix, KM | 1.40 | $290.00 | $406.00 |
| 09064 | Mangan, KT | 3.20 | $140.00 | $448.00 |
| 07717 | Wright, DL | 1.30 | $535.00 | $695.50 |
| | Task Total | 5.90 | | $1,549.50 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

| | |
|---|---|
| Invoice Date: | 2/5/15 |
| Invoice Number: | 717901 |
| Client Matter Number: | 66471.00001 |
| I.D.# | 01051 |

**Detail for Fee Services Rendered - 010 Employment and Fee Applications (MMWR)**

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| 12/1/14 | MA Fink | 010 | Reviewing and revising of retention application based on conflicts received | 2.40 |
| 12/2/14 | MA Fink | 010 | Reviewing of various conflict reports for application to retain MMWR | 8.60 |
| 12/3/14 | MA Fink | 010 | Continuing review of various conflict reports | 1.80 |
| 12/4/14 | MA Fink | 010 | Continuing to review conflicts and update chart accordingly | 2.40 |
| 12/4/14 | DL Wright | 010 | Responding to requests from fee committee regarding document distribution (.3); reviewing budgeting projections (.4) | 0.70 |
| 12/5/14 | DL Wright | 010 | Drafting retention application for MMWR committee counsel | 2.90 |
| 12/8/14 | DL Wright | 010 | Drafting MMWR retention application | 1.80 |
| 12/8/14 | DL Wright | 010 | Reviewing M. Brown declaration (.9); revising N. Ramsey declaration to MMWR application (.6); reviewing conflicts reports (1.7) | 3.20 |
| 12/11/14 | ND Ramsey | 010 | Conferring with M. Sheppard re retention application | 0.40 |
| 12/11/14 | ND Ramsey | 010 | Email correspondence with M. Fink re retention application | 0.10 |
| 12/11/14 | MB Sheppard | 010 | Reviewing retention application language (.5); conferring with N. Ramsey re same (.4) | 0.90 |
| 12/11/14 | DL Wright | 010 | Drafting N. Ramsey declaration in support of MMWR retention (.9); reviewing conflicts information (1.8) | 2.70 |
| 12/11/14 | MA Fink | 010 | Continuing review and analysis of conflicts (12.6); updating chart for purposes of MMWR draft retention (1.8); correspondence with N. Ramsey re same (.1) | 14.50 |
| 12/12/14 | KM Fix | 010 | Finalizing MMWR retention application | 0.40 |
| 12/12/14 | DL Wright | 010 | Finalizing MMWR retention application with exhibits (1.3); reviewing M. Brown declaration in support of retention applications (.8); drafting e-mail to US Trustee forwarding MMWR retention application (.2) | 2.30 |
| 12/17/14 | DL Wright | 010 | Revising M. Brown declaration from Committee with respect to MMWR retention provisions | 2.10 |
| 12/19/14 | DL Wright | 010 | Revising MMWR retention application and Brown declaration in support (2.1); drafting e-mail to US Trustees forwarding revised application (.1); drafting e-mail to C. Ma, J. Jerome and A. Kranzley regarding MMWR changes to retention application (.1) | 2.30 |

Task Total 49.50

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

| | |
|---|---|
| Invoice Date: | 2/5/15 |
| Invoice Number: | 717901 |
| Client Matter Number: | 66471.00001 |
| I.D.# | 01051 |

### SUMMARY FOR FEE SERVICES RENDERED
### 010 Employment and Fee Applications (MMWR)

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 29.70 | $590.00 | $17,523.00 |
| 07870 | Fix, KM | 0.40 | $290.00 | $116.00 |
| 01051 | Ramsey, ND | 0.50 | $675.00 | $337.50 |
| 07249 | Sheppard, MB | 0.90 | $585.00 | $526.50 |
| 07717 | Wright, DL | 18.00 | $535.00 | $9,630.00 |
| | Task Total | 49.50 | | $28,133.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:                  2/5/15
Invoice Number:                717901
Client Matter Number: 66471.00001
I.D.#                          01051

**Detail for Fee Services Rendered - 011 Employment and Fee Applications (Others)**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 12/8/14 | DL Wright | 011 | Reviewing S&C retention application for compliance with local practice and procedure | 1.00 |
| 12/11/14 | DL Wright | 011 | Reviewing Sullivan & Cromwell application for retention (1.0) | 1.00 |
| 12/18/14 | DL Wright | 011 | Reviewing KCC retention application | 0.80 |
| 12/22/14 | DL Wright | 011 | Reviewing retention applications for S&C, MMWR, Alix Partners & Guggenheim, including arranging service of same | 1.20 |
| 12/22/14 | KT Mangan | 011 | Preparing and filing retention applications of Guggenheim, Alix, MMWR, and Sullivan and Cromwell | 2.30 |
| 12/22/14 | KM Fix | 011 | Finalizing and overseeing filing of retention applications | 0.50 |

Task Total    6.80

| | |
|---|---|
| Invoice Date: | 2/5/15 |
| Invoice Number: | 717901 |
| Client Matter Number: | 66471.00001 |
| I.D.# | 01051 |

### SUMMARY FOR FEE SERVICES RENDERED
### 011 Employment and Fee Applications (Others)

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07870 | Fix, KM | 0.50 | $290.00 | $145.00 |
| 09064 | Mangan, KT | 2.30 | $140.00 | $322.00 |
| 07717 | Wright, DL | 4.00 | $535.00 | $2,140.00 |
| | Task Total | 6.80 | | $2,607.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:              2/5/15
Invoice Number:           717901
Client Matter Number:  66471.00001
I.D.#                      01051

**Detail for Fee Services Rendered - 014 Meetings and Communications with Credito**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 12/15/14 | ND Ramsey | 014 | Participating in weekly telephonic meeting of the creditors' committee | 0.40 |
| 12/19/14 | ND Ramsey | 014 | Telephone conference among M. Rosenberg, B. Glueckstein, M. Brennan, debtor representatives regarding informal discovery requests | 0.90 |
| 12/22/14 | ND Ramsey | 014 | Preparing for and participating in weekly telephonic meeting of committee | 1.20 |
| 12/29/14 | ND Ramsey | 014 | Participating in weekly committee call regarding liquidation analysis, other matters | 1.50 |

Task Total    4.00

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:                          2/5/15
Invoice Number:                       717901
Client Matter Number:  66471.00001
I.D.#                                   01051

### SUMMARY FOR FEE SERVICES RENDERED
### 014 Meetings and Communications with Creditors

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 01051 | Ramsey, ND | 4.00 | $675.00 | $2,700.00 |
| | Task Total | 4.00 | | $2,700.00 |

Invoice Date:              2/5/15
Invoice Number:           717901
Client Matter Number:  66471.00001
I.D.#                      01051

**Detail for Fee Services Rendered - 020 Discovery**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 12/23/14 | DL Wright | 020 | Reviewing stipulation to extend discovery protocols (.3); communicating with S&C counsel regarding stipulation comments and filing approvals (.3) | 0.60 |
| | | | Task Total | 0.60 |

| | | |
|---|---|---|
| Invoice Date: | | 2/5/15 |
| Invoice Number: | | 717901 |
| Client Matter Number: | 66471.00001 | |
| I.D.# | | 01051 |

## SUMMARY FOR FEE SERVICES RENDERED
### 020 Discovery

| TK# | Timekeeper Name | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07717 | Wright, DL | | 0.60 | $535.00 | $321.00 |
| | | Task Total | 0.60 | | $321.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

| | |
|---|---|
| Invoice Date: | 2/5/15 |
| Invoice Number: | 717901 |
| Client Matter Number: | 66471.00001 |
| I.D.# | 01051 |

**Detail for Fee Services Rendered - 030 Asbestos-Related Matters**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 12/2/14 | ND Ramsey | 030 | Reviewing asbestos discovery (.3); participating in telephone conference with M. Rosenberg, B. Gluckstein, M. Brennan, S. Kazan and E. Early regarding asbestos matters (.5) | 0.80 |
| 12/2/14 | MB Sheppard | 030 | Analysis of asbestos issues (.7); conferring with N. Ramsey re same (.2) | 0.90 |
| 12/2/14 | ND Ramsey | 030 | Conferring with M. Sheppard re asbestos issues | 0.20 |
| 12/4/14 | ND Ramsey | 030 | Conferring with M. Sheppard re asbestos issues | 0.90 |
| 12/4/14 | MB Sheppard | 030 | Conferring with N. Ramsey re asbestos issues | 0.90 |
| 12/4/14 | ND Ramsey | 030 | Email exchange with B. Gluekstein and A. Kranzley re asbestos discovery (.2); telephone calls with B. Gluekstein and A. Dieterich re same (,6); telephone call with S. Kazan re same (.3) | 1.10 |
| 12/29/14 | ND Ramsey | 030 | Telephone call with S. Kazan re asbestos history | 0.30 |

Task Total    5.10

Invoice Date:                2/5/15
Invoice Number:              717901
Client Matter Number:  66471.00001
I.D.#                        01051

## SUMMARY FOR FEE SERVICES RENDERED
### 030 Asbestos-Related Matters

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 01051 | Ramsey, ND | 3.30 | $675.00 | $2,227.50 |
| 07249 | Sheppard, MB | 1.80 | $585.00 | $1,053.00 |
| | Task Total | 5.10 | | $3,280.50 |

---

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

| | | | |
|---|---|---|---|
| Invoice Date: | | | 2/5/15 |
| Invoice Number: | | | 717901 |
| Client Matter Number: | | | 66471.00001 |
| I.D.# | | | 01051 |

## SUMMARY FOR FEE SERVICES RENDERED

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 01051 | ND Ramsey | 7.80 | $675.00 | $5,265.00 |
| 07249 | MB Sheppard | 2.70 | $585.00 | $1,579.50 |
| 07722 | MA Fink | 29.70 | $590.00 | $17,523.00 |
| 07717 | DL Wright | 23.90 | $535.00 | $12,786.50 |
| 07870 | KM Fix | 2.30 | $290.00 | $667.00 |
| 09064 | KT Mangan | 5.50 | $140.00 | $770.00 |
| | Matter Total | 71.90 | | $38,591.00 |