**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Energy Future Holdings Corp., *et al.*,[1] | ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) ) | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 17, 2015, she caused a copy of the attached *First Interim Application of Montgomery, McCracken, Walker & Rhoads, LLP as Delaware Bankruptcy Counsel and Conflicts Counsel to the EFH Official Committee for Compensation and Reimbursement of Expenses for the Period from November 5, 2014 through December 31, 2014* to be electronically filed through the Court's Case Management/Electronic Case File ("CM/ECF") system and served on all parties who have electronically entered a notice of appearance through the notice of filing generated by the Court's CM/ECF System.

The undersigned further certifies that on February 17, 2015, she caused a copy of the attached *First Interim Application of Montgomery, McCracken, Walker & Rhoads, LLP as Delaware Bankruptcy Counsel and Conflicts Counsel to the EFH Official Committee for Compensation and Reimbursement of Expenses for the Period from November 5, 2014 through December 31, 2014* to be served via U.S. first class mail, postage prepaid, on the parties identified on the list attached hereto as Exhibit A, pursuant to the Order Establishing Procedures

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

-2-

for Interim Compensation and Reimbursement of Expenses of Professionals Pursuant to Sections

105(a) and 331 of the Bankruptcy Code.

Dated: Wilmington, Delaware
       February 17, 2015

                              **MONTGOMERY McCRACKEN WALKER & RHOADS, LLP**

                              */s/ Natalie D. Ramsey*
                              Natalie D. Ramsey, Esquire (DE Bar No. 5378)
                              Davis Lee Wright, Esquire (DE Bar No. 4324)
                              Mark A. Fink, Esquire (DE Bar No. 3946)
                              1105 North Market Street, 15th Floor
                              Wilmington, DE 19801
                              Telephone: (302) 504-7800
                              Facsimile: (302) 504-7820
                              E-mail:     nramsey@mmwr.com
                                                dwright@mmwr.com
                                                mfink@mmwr.com

**Exhibit A**

| | |
|---|---|
| Energy Future Holdings Corp., et al.,<br>1601 Bryan Street, 43rd Floor<br>Dallas, TX, 75201,<br>Attn: Andrew M Wright<br>Cecily Gooch | Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>Attn: Brian E. Schartz |
| Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, IL, 60654<br>Attn: Chad Husnick | Richards, Layton & Finger, P.A.<br>920 North King Street<br>Wilmington, DE 19801<br>Attn: Daniel J. DeFranceschi<br>Jason M. Madron |
| Roberta A. DeAngelis<br>United States Trustee Region 3<br>J. Caleb Boggs Federal Building<br>844 King Street, Room 2207<br>Wilmington, DE 19801<br>Attn: Richard L. Schepacarter | U.S. Department of Justice<br>Office of the U.S. Trustee<br>U.S. Federal Building<br>201 Varic Street, Room 1006<br>New York, NY 10014<br>Attn: Andrew B. Schwartz |
| Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>Attn: Ned Schodek<br>Fredric Sosnick | Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>Attn: Evan Fleck and Matthew Brod |
| Morrison & Foerster LLP<br>250 W. 55th Street<br>New York, NY 10019<br>Attn: Brett H. Miller and Lorenzo Marinuzzi | Polsinelli PC<br>222 Delaware Avenue, Suite 1101<br>Wilmington, DE 19801<br>Attn: Christopher A. Ward |
| Godfrey & Kahn, S.C.<br>One East Main Street<br>Madison, WI 53703<br>Attn: Katherine Stadler | Andrew G. Dietderich<br>Sullivan & Cromwell, LLP<br>125 Broad Street<br>New York, NY 10004-2498 |