**Exhibit E**

**Summary, by Individual Timekeeper, of Total
Fees Incurred and Hours Billed During the Fee Period**

**Summary, by Individual Timekeeper, of Total**
**Fees Incurred and Hours Billed During the Fee Period**

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed In this Application | Hourly Rate Billed In the First Interim Application | Fees Billed In this Application at First Interim Application Billing Rate[1] |
|---|---|---|---|---|---|---|---|---|---|
| Andrew Calder, P.C. | Partner | Corporate | 2003 | 202,433.00 | 169.40 | N/A | 1,195.00 | 1,195.00 | 202,433.00 |
| Richard M Cieri | Partner | Restructuring | 2004 | 59,013.00 | 47.40 | N/A | 1,245.00 | 1,245.00 | 59,013.00 |
| Mark Filip, P.C. | Partner | Litigation | 1995 | 5,138.50 | 4.30 | N/A | 1,195.00 | N/A | N/A |
| Gregory W Gallagher, P.C. | Partner | Taxation | 1997 | 375,349.50 | 314.10 | N/A | 1,195.00 | 1,195.00 | 375,349.50 |
| Stephen C Hackney | Partner | Litigation | 1997 | 915.00 | 1.00 | N/A | 915.00 | N/A | N/A |
| Stephen E Hessler | Partner | Restructuring | 2002 | 619,387.50 | 622.50 | N/A | 995.00 | 995.00 | 619,387.50 |
| Vicki V Hood | Partner | Employee Benefits | 1977 | 4,300.00 | 4.00 | N/A | 1,075.00 | 1,075.00 | 4,300.00 |
| Chad J Husnick | Partner | Restructuring | 2004 | 589,168.50 | 643.90 | N/A | 915.00 | 915.00 | 589,168.50 |
| Marc Kieselstein, P.C. | Partner | Restructuring | 1988 | 310,725.00 | 276.20 | N/A | 1,125.00 | N/A | N/A |
| Michelle Kilkenney | Partner | Corporate | 2002 | 22,288.00 | 22.40 | N/A | 995.00 | 995.00 | 22,288.00 |
| Gregg G Kirchhoefer, P.C. | Partner | IP - Transactional | 1982 | 13,867.50 | 12.90 | N/A | 1,075.00 | 1,075.00 | 13,867.50 |
| Brian R Land | Partner | Environment | 1989 | 876.00 | 0.80 | N/A | 1,095.00 | N/A | N/A |
| William A Levy, P.C. | Partner | Taxation | 1988 | 2,987.50 | 2.50 | N/A | 1,195.00 | 1,195.00 | 2,987.50 |
| Todd F Maynes, P.C. | Partner | Taxation | 1988 | 344,988.00 | 266.40 | N/A | 1,295.00 | 1,295.00 | 344,988.00 |
| Andrew R McGaan, P.C. | Partner | Litigation | 1986 | 466,990.00 | 455.60 | N/A | 1,025.00 | 1,025.00 | 466,990.00 |
| Mark E McKane | Partner | Litigation | 1999 | 751,840.00 | 812.80 | N/A | 925.00 | 925.00 | 751,840.00 |
| Andres C Mena | Partner | Corporate | 2001 | 9,154.00 | 9.20 | N/A | 995.00 | 995.00 | 9,154.00 |

[1] Where a timekeeper billed at multiple billing rates in the First Interim Application, K&E used the highest rate for purposes of calculating the fees billed in this application at the First Interim Application's billing rate. K&E has also disclosed the total amount of compensation sought for the fee period, calculated using rates as of the date of retention, on the summary cover sheet to the Fee Application.

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application at First Interim Application Billing Rate[1] |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | |
| Linda K Myers, P.C. | Partner | Corporate | 1990 | 36,229.50 | 29.10 | N/A | 1,245.00 | 1,245.00 | 36,229.50 |
| David M Nemecek, P.C. | Partner | Corporate | 2003 | 497.50 | 0.50 | N/A | 995.00 | 995.00 | 497.50 |
| Bridget K O'Connor | Partner | Litigation | 2003 | 412,356.00 | 490.90 | N/A | 840.00 | 840.00 | 412,356.00 |
| Matthew E Papez, P.C. | Partner | Litigation | 1999 | 63,888.00 | 72.60 | N/A | 880.00 | N/A | N/A |
| Adam C Paul | Partner | Restructuring | 1999 | 772.00 | 0.80 | N/A | 965.00 | 965.00 | 772.00 |
| Scott D Price | Partner | Executive Compensation | 1998 | 36,542.50 | 31.10 | N/A | 1,175.00 | 1,175.00 | 36,542.50 |
| Edward O Sassower, P.C. | Partner | Restructuring | 2000 | 812,587.50 | 722.30 | N/A | 1,125.00 | 1,125.00 | 812,587.50 |
| Michael B Slade | Partner | Litigation | 1999 | 56,743.50 | 62.70 | N/A | 905.00 | N/A | N/A |
| James H M Sprayregen, P.C. | Partner | Restructuring | 1985 | 534,603.00 | 429.40 | N/A | 1,245.00 | 1,245.00 | 534,603.00 |
| Sara B Zablotney | Partner | Taxation | 2003 | 175,090.50 | 159.90 | N/A | 1,095.00 | 1,095.00 | 175,090.50 |
| Jack N Bernstein | Partner | Employee Benefits | 1995 | 82,411.00 | 85.40 | N/A | 965.00 | 965.00 | 82,411.00 |
| Jeanne T Cohn-Connor | Partner | Environment | 1985 | 132,281.00 | 147.80 | N/A | 895.00 | 895.00 | 132,281.00 |
| Cormac T Connor | Partner | Litigation | 2006 | 343,790.00 | 443.60 | N/A | 775.00 | 775.00 | 343,790.00 |
| David R Dempsey | Partner | Litigation | 2006 | 458,617.50 | 555.90 | N/A | 825.00 | 825.00 | 458,617.50 |
| Stephen Fraidin | Partner | Corporate | 1965 | 10,956.00 | 8.80 | N/A | 1,245.00 | N/A | N/A |
| Jonathan F Ganter | Partner | Litigation | 2010 | 520,180.00 | 671.20 | N/A | 775.00 | 775.00 | 520,180.00 |
| Jeffrey Gettleman | Partner | Restructuring | 1974 | 895.00 | 1.00 | N/A | 895.00 | 895.00 | 895.00 |
| Jeffrey M Gould | Partner | Litigation | 2008 | 498,067.50 | 626.50 | N/A | 795.00 | 795.00 | 498,067.50 |
| William Guerrieri | Partner | Restructuring | 2008 | 285,012.00 | 339.30 | N/A | 840.00 | 840.00 | 285,012.00 |
| Erik Hepler | Partner | Corporate | 1990 | 2,189.00 | 2.20 | N/A | 995.00 | 995.00 | 2,189.00 |
| Edward B Holzwanger | Partner | Labor & Employment | 2004 | 825.00 | 1.00 | N/A | 825.00 | 825.00 | 825.00 |
| Richard U S Howell | Partner | Litigation | 2006 | 293,673.00 | 369.40 | N/A | 795.00 | N/A | N/A |
| Reid Huefner | Partner | IP - Litigation | 2007 | 21,080.00 | 27.20 | N/A | 775.00 | N/A | N/A |

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application at First Interim Application Billing Rate[1] |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | |
| Ellen M Jakovic | Partner | Litigation | 1985 | 2,340.00 | 2.40 | N/A | 975.00 | 975.00 | 2,340.00 |
| Daniel Lewis | Partner | IP - Transactional | 2008 | 2,940.00 | 3.50 | N/A | 840.00 | 840.00 | 2,940.00 |
| Amber J Meek | Partner | Corporate | 2009 | 73,780.00 | 95.20 | 1 | 775.00 | 775.00 | 73,780.00 |
| Amber J Meek | Partner | Corporate | 2009 | 101,640.00 | 121.00 | | 840.00 | 775.00 | 93,775.00 |
| Roberto S Miceli | Partner | Real Estate | 2000 | 531.00 | 0.60 | N/A | 885.00 | 885.00 | 531.00 |
| JoAnne Nagjee | Partner | Taxation | 2009 | 41,080.50 | 45.90 | N/A | 895.00 | 895.00 | 41,080.50 |
| Benjamin D Panter | Partner | Executive Compensation | 2006 | 437.50 | 0.50 | N/A | 875.00 | 875.00 | 437.50 |
| Michael A Petrino | Partner | Litigation | 2008 | 406,100.00 | 524.00 | N/A | 775.00 | 775.00 | 406,100.00 |
| William T Pruitt | Partner | Litigation | 2004 | 206,052.00 | 245.30 | N/A | 840.00 | 840.00 | 206,052.00 |
| Brenton A Rogers | Partner | Litigation | 2007 | 100,980.00 | 122.40 | N/A | 825.00 | N/A | N/A |
| Joshua Samis | Partner | Corporate | 2007 | 24,276.00 | 28.90 | N/A | 840.00 | 840.00 | 24,276.00 |
| Brian E Schartz | Partner | Restructuring | 2008 | 643,020.00 | 765.50 | N/A | 840.00 | 840.00 | 643,020.00 |
| Bryan M Stephany | Partner | Litigation | 2007 | 556,977.00 | 700.60 | N/A | 795.00 | 795.00 | 556,977.00 |
| R Timothy Stephenson | Partner | Labor & Employment | 1990 | 512.50 | 0.50 | N/A | 1,025.00 | 1,025.00 | 512.50 |
| David M Tarr | Partner | Corporate | 2007 | 525.00 | 0.60 | N/A | 875.00 | 875.00 | 525.00 |
| Vincent Thorn | Partner | Taxation | 2009 | 259.50 | 0.30 | N/A | 865.00 | N/A | N/A |
| Julia Allen | Associate | Litigation | 2012 | 224,315.00 | 377.00 | N/A | 595.00 | 595.00 | 224,315.00 |
| Cristina Almendarez | Associate | IP - Litigation | 2014 | 14,175.00 | 31.50 | N/A | 450.00 | N/A | N/A |
| James Barolo | Associate | Litigation | 2014 | 101,160.00 | 224.80 | N/A | 450.00 | N/A | N/A |
| Andrew Barton | Associate | Executive Compensation | 2010 | 18,444.00 | 23.20 | N/A | 795.00 | 795.00 | 18,444.00 |
| Rebecca Blake Chaikin | Associate | Restructuring | 2015 | 161,145.00 | 358.10 | N/A | 450.00 | N/A | N/A |
| Katherine Bolanowski | Associate | Corporate | 2009 | 2,067.00 | 2.60 | N/A | 795.00 | 795.00 | 2,067.00 |
| Peter Bryce | Associate | Litigation | 2014 | 15,132.00 | 29.10 | N/A | 520.00 | 520.00 | 15,132.00 |

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application at First Interim Application Billing Rate[1] |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | |
| Chris Burrichter | Associate | Litigation | 2012 | 62,058.50 | 104.30 | N/A | 595.00 | N/A | N/A |
| Megan Byrne | Associate | Litigation | Pending | 14,760.00 | 32.80 | N/A | 450.00 | N/A | N/A |
| Diana Chang | Associate | Litigation | 2012 | 77,647.50 | 130.50 | N/A | 595.00 | 595.00 | 77,647.50 |
| Kevin Chang | Associate | Litigation | 2014 | 136,350.00 | 303.00 | N/A | 450.00 | N/A | N/A |
| Elizabeth S Dalmut | Associate | Litigation | 2013 | 218,348.00 | 419.90 | N/A | 520.00 | 520.00 | 218,348.00 |
| Alexander Davis | Associate | Litigation | 2012 | 399,542.50 | 671.50 | N/A | 595.00 | 595.00 | 399,542.50 |
| Kristen L Derhaag | Associate | Corporate | 2012 | 2,123.50 | 3.10 | N/A | 685.00 | 595.00 | 1,844.50 |
| George Desh | Associate | IP - Litigation | 2011 | 19,218.50 | 28.90 | N/A | 665.00 | N/A | N/A |
| Joseph F Edell | Associate | IP - Litigation | 2009 | 44,801.00 | 63.10 | N/A | 710.00 | N/A | N/A |
| Jennifer Elliott | Associate | Employee Benefits | 2012 | 8,562.50 | 13.70 | N/A | 625.00 | 625.00 | 8,562.50 |
| Michael Esser | Associate | Litigation | 2009 | 583,200.00 | 777.60 | N/A | 750.00 | 750.00 | 583,200.00 |
| Jason Fitterer | Associate | IP - Litigation | 2012 | 31,951.50 | 53.70 | N/A | 595.00 | N/A | N/A |
| Arjun Garg | Associate | Litigation | 2008 | 465.00 | 0.60 | N/A | 775.00 | 775.00 | 465.00 |
| Michael Gawley | Associate | Litigation | 2013 | 125,060.00 | 240.50 | N/A | 520.00 | 520.00 | 125,060.00 |
| Emily Geier | Associate | Restructuring | 2012 | 575,674.00 | 840.40 | N/A | 685.00 | 685.00 | 575,674.00 |
| Matthew Goldberger | Associate | Restructuring | 2014 | 8,346.00 | 15.60 | N/A | 535.00 | 535.00 | 8,346.00 |
| Andrew W Grindrod | Associate | Litigation | 2012 | 67,949.00 | 114.20 | N/A | 595.00 | 595.00 | 67,949.00 |
| Ryan Guerrero | Associate | Corporate | 2013 | 23,540.00 | 44.00 | N/A | 535.00 | 535.00 | 23,540.00 |
| Michele E Gutrick | Associate | Litigation | 2008 | 387.50 | 0.50 | N/A | 775.00 | 775.00 | 387.50 |
| Haris Hadzimuratovic | Associate | Litigation | 2008 | 221,094.00 | 311.40 | N/A | 710.00 | 710.00 | 221,094.00 |
| Beatrice Hahn | Associate | IP - Litigation | 2013 | 93,653.00 | 157.40 | N/A | 595.00 | N/A | N/A |
| Elliot C Harvey Schatmeier | Associate | Litigation | 2014 | 14,040.00 | 27.00 | N/A | 520.00 | N/A | N/A |
| Inbal Hasbani | Associate | Litigation | 2010 | 57,510.00 | 81.00 | N/A | 710.00 | N/A | N/A |

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application at First Interim Application Billing Rate[1] |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | |
| Sean F Hilson | Associate | Restructuring | 2013 | 133,161.50 | 248.90 | N/A | 535.00 | 535.00 | 133,161.50 |
| Sam Hong | Associate | IP - Transactional | 2008 | 9,316.00 | 13.60 | N/A | 685.00 | 685.00 | 9,316.00 |
| Natasha Hwangpo | Associate | Restructuring | 2014 | 368,347.50 | 688.50 | N/A | 535.00 | 535.00 | 368,347.50 |
| Ashley G James | Associate | Labor & Employment | 2010 | 2,911.00 | 4.10 | N/A | 710.00 | 710.00 | 2,911.00 |
| Vinu Joseph | Associate | Litigation | 2013 | 132,600.00 | 255.00 | N/A | 520.00 | 520.00 | 132,600.00 |
| Lina Kaisey | Associate | Restructuring | Pending | 160,920.00 | 357.60 | N/A | 450.00 | N/A | N/A |
| Lauren R Kanzer | Associate | Restructuring | 2014 | 26,215.00 | 49.00 | N/A | 535.00 | 535.00 | 26,215.00 |
| Howard Kaplan | Associate | Litigation | 2011 | 87,913.00 | 132.20 | N/A | 665.00 | 665.00 | 87,913.00 |
| Austin Klar | Associate | Litigation | 2013 | 67,600.00 | 130.00 | N/A | 520.00 | 520.00 | 67,600.00 |
| Lucas J Kline | Associate | Litigation | 2009 | 412,875.00 | 550.50 | N/A | 750.00 | 750.00 | 412,875.00 |
| Max Klupchak | Associate | Corporate | 2011 | 52,019.50 | 68.90 | N/A | 755.00 | N/A | N/A |
| Sam Kwon | Associate | IP - Litigation | 2013 | 40,876.50 | 68.70 | N/A | 595.00 | N/A | N/A |
| Nick Laird | Associate | Litigation | 2013 | 123,136.00 | 236.80 | N/A | 520.00 | 520.00 | 123,136.00 |
| Teresa Lii | Associate | Restructuring | 2014 | 317,736.50 | 593.90 | N/A | 535.00 | 535.00 | 317,736.50 |
| Ashley Littlefield | Associate | Litigation | 2011 | 18,154.50 | 27.30 | N/A | 665.00 | 665.00 | 18,154.50 |
| Jeffery Lula | Associate | Litigation | 2010 | 36,707.00 | 51.70 | N/A | 710.00 | N/A | N/A |
| Melanie MacKay | Associate | Litigation | 2010 | 143,846.00 | 202.60 | N/A | 710.00 | 710.00 | 143,846.00 |
| Christopher J Maner | Associate | Litigation | 2012 | 91,511.00 | 153.80 | N/A | 595.00 | 595.00 | 91,511.00 |
| Allison McDonald | Associate | Litigation | 2013 | 30,680.00 | 59.00 | N/A | 520.00 | N/A | N/A |
| Eric Merin | Associate | Litigation | 2014 | 87,464.00 | 168.20 | N/A | 520.00 | 520.00 | 87,464.00 |
| Timothy Mohan | Associate | Restructuring | 2014 | 293,340.50 | 548.30 | N/A | 535.00 | 535.00 | 293,340.50 |
| Roxana Mondragon-Motta | Associate | Litigation | 2011 | 84,455.00 | 127.00 | N/A | 665.00 | 665.00 | 84,455.00 |
| John S Moran | Associate | Litigation | 2012 | 19,929.00 | 27.30 | N/A | 730.00 | N/A | N/A |

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application at First Interim Application Billing Rate[1] |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | |
| Madelyn Morris | Associate | Litigation | 2014 | 12,195.00 | 27.10 | N/A | 450.00 | N/A | N/A |
| Jaran R Moten | Associate | Litigation | 2013 | 26,156.00 | 50.30 | N/A | 520.00 | 520.00 | 26,156.00 |
| Maryam F Mujahid | Associate | Environment | 2012 | 1,562.50 | 2.50 | N/A | 625.00 | N/A | N/A |
| Michael Muna | Associate | Corporate | 2013 | 19,575.00 | 43.50 | N/A | 450.00 | 450.00 | 19,575.00 |
| Brett Murray | Associate | Restructuring | 2013 | 414,937.50 | 663.90 | N/A | 625.00 | 625.00 | 414,937.50 |
| Caroline Nguyen | Associate | Restructuring | 2013 | 1,875.00 | 3.00 | N/A | 625.00 | N/A | N/A |
| Veronica Nunn | Associate | Corporate | 2010 | 190,293.00 | 277.80 | N/A | 685.00 | 685.00 | 190,293.00 |
| Patrick Park | Associate | IP - Litigation | 2014 | 61,110.00 | 135.80 | N/A | 450.00 | N/A | N/A |
| Jessica Peet | Associate | Restructuring | 2014 | 35,437.50 | 56.70 | N/A | 625.00 | 625.00 | 35,437.50 |
| Samara L Penn | Associate | Litigation | 2010 | 284,710.00 | 401.00 | N/A | 710.00 | 710.00 | 284,710.00 |
| Jonah Peppiatt | Associate | Restructuring | Pending | 245,939.50 | 459.70 | N/A | 535.00 | N/A | N/A |
| Gregory F Pesce | Associate | Restructuring | 2011 | 1,644.00 | 2.40 | N/A | 685.00 | N/A | N/A |
| Carl Pickerill | Associate | Restructuring | 2008 | 31,124.00 | 50.20 | N/A | 620.00 | N/A | N/A |
| Alan Rabinowitz | Associate | IP - Litigation | 2010 | 59,916.50 | 90.10 | N/A | 665.00 | N/A | N/A |
| Vivek Ratnam | Associate | Taxation | Pending | 1,900.00 | 4.00 | N/A | 475.00 | N/A | N/A |
| Carleigh T Rodriguez | Associate | Environment | 2013 | 50,343.50 | 94.10 | N/A | 535.00 | 535.00 | 50,343.50 |
| Bradford B Rossi | Associate | Corporate | 2011 | 21,062.50 | 33.70 | 1 | 625.00 | 625.00 | 21,062.50 |
| Bradford B Rossi | Associate | Corporate | 2011 | 23,221.50 | 33.90 | | 685.00 | 625.00 | 21,187.50 |
| Jeremy Roux | Associate | IP - Litigation | 2014 | 13,545.00 | 30.10 | N/A | 450.00 | N/A | N/A |
| Mark Salomon | Associate | Litigation | Pending | 18,945.00 | 42.10 | N/A | 450.00 | N/A | N/A |
| Alexandra Samowitz | Associate | Litigation | 2014 | 17,505.00 | 38.90 | N/A | 450.00 | N/A | N/A |
| Benjamin D Sandahl | Associate | Litigation | 2009 | 26,775.00 | 35.70 | N/A | 750.00 | N/A | N/A |
| Michael Saretsky | Associate | Environment | 2010 | 3,375.00 | 7.50 | N/A | 450.00 | N/A | N/A |

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed In this Application | Hourly Rate Billed In the First Interim Application | Fees Billed In this Application at First Interim Application Billing Rate[1] |
|---|---|---|---|---|---|---|---|---|---|
| Max Schlan | Associate | Restructuring | 2012 | 524,437.50 | 839.10 | N/A | 625.00 | 625.00 | 524,437.50 |
| Mark F Schottinger | Associate | Litigation | 2012 | 240,796.50 | 404.70 | N/A | 595.00 | 595.00 | 240,796.50 |
| Steven Serajeddini | Associate | Restructuring | 2010 | 558,249.00 | 702.20 | N/A | 795.00 | 795.00 | 558,249.00 |
| Anthony Sexton | Associate | Taxation | 2011 | 120,292.50 | 186.50 | N/A | 645.00 | 685.00 | 127,752.50 |
| Anthony Sexton | Associate | Taxation | 2011 | 78,775.00 | 115.00 | N/A | 685.00 | 685.00 | 78,775.00 |
| Christina Sharkey | Associate | IP - Litigation | 2014 | 14,940.00 | 33.20 | N/A | 450.00 | N/A | N/A |
| Stephanie Shropshire | Associate | Litigation | 2014 | 91,000.00 | 175.00 | N/A | 520.00 | 520.00 | 91,000.00 |
| Ellen Sise | Associate | Litigation | 2015 | 14,265.00 | 31.70 | N/A | 450.00 | N/A | N/A |
| Aaron Slavutin | Associate | Restructuring | 2011 | 454,562.50 | 727.30 | N/A | 625.00 | 625.00 | 454,562.50 |
| John Song | Associate | Litigation | 2015 | 225.00 | 0.50 | N/A | 450.00 | N/A | N/A |
| Justin Sowa | Associate | Litigation | 2013 | 222,232.50 | 373.50 | N/A | 595.00 | 595.00 | 222,232.50 |
| Benjamin Steadman | Associate | Restructuring | Pending | 151,425.00 | 336.50 | N/A | 450.00 | N/A | N/A |
| Sarah Stock | Associate | Litigation | 2013 | 81,796.00 | 157.30 | N/A | 520.00 | 520.00 | 81,796.00 |
| Thayne Stoddard | Associate | Litigation | Pending | 11,160.00 | 24.80 | N/A | 450.00 | N/A | N/A |
| Pierson Stoecklein | Associate | Corporate | 2011 | 33,687.50 | 53.90 | N/A | 625.00 | 625.00 | 33,687.50 |
| Jessica Subler | Associate | Corporate | 2014 | 1,444.50 | 2.70 | N/A | 535.00 | 450.00 | 1,215.00 |
| Nathan Taylor | Associate | Litigation | Pending | 17,010.00 | 37.80 | N/A | 450.00 | N/A | N/A |
| Adam Teitcher | Associate | Litigation | 2013 | 336,115.50 | 564.90 | N/A | 595.00 | 595.00 | 336,115.50 |
| Anna Terteryan | Associate | Litigation | 2014 | 75,690.00 | 168.20 | N/A | 450.00 | N/A | N/A |
| Stephanie S Thibault | Associate | Litigation | 2009 | 246,075.00 | 328.10 | N/A | 750.00 | 750.00 | 246,075.00 |
| David Thompson | Associate | Corporate | 2013 | 21,105.00 | 46.90 | N/A | 450.00 | 450.00 | 21,105.00 |
| Steven Torrez | Associate | Restructuring | 2014 | 184,005.00 | 408.90 | N/A | 450.00 | N/A | N/A |
| Holly R Trogdon | Associate | Litigation | 2014 | 319,140.00 | 709.20 | N/A | 450.00 | 450.00 | 319,140.00 |

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed In this Application | Hourly Rate Billed In the First Interim Application | Fees Billed In this Application at First Interim Application Billing Rate[1] |
|---|---|---|---|---|---|---|---|---|---|
| Andrew J Welz | Associate | Litigation | 2011 | 459,228.00 | 646.80 | N/A | 710.00 | 710.00 | 459,228.00 |
| Jason Whiteley | Associate | Corporate | 2010 | 98,580.00 | 124.00 | N/A | 795.00 | 795.00 | 98,580.00 |
| Charles D Wineland, III | Associate | IP - Litigation | 2013 | 75,972.00 | 146.10 | N/A | 520.00 | N/A | N/A |
| Sara Winik | Associate | Litigation | 2014 | 7,875.00 | 17.50 | N/A | 450.00 | N/A | N/A |
| Spencer A Winters | Associate | Restructuring | 2013 | 392,315.50 | 733.30 | N/A | 535.00 | 535.00 | 392,315.50 |
| Eric P Yeager | Associate | Litigation | 2013 | 5,928.00 | 11.40 | N/A | 520.00 | N/A | N/A |
| Aparna Yenamandra | Associate | Restructuring | 2013 | 512,312.50 | 817.70 | N/A | 625.00 | 625.00 | 512,312.50 |
| **Totals** | | | | **$23,698,381.50** | **33,355.80** | | | | |

| Paraprofessional Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed In this Application | Hourly Rate Billed In the First Interim Application | Fees Billed In this Application at First Interim Application Billing Rate[2] |
|---|---|---|---|---|---|---|---|---|---|
| Jim Castro | Legal Assistant | Corporate | N/A | 609.50 | 2.30 | N/A | 265.00 | 265.00 | 609.50 |
| Gary A Duncan | Legal Assistant | Litigation | N/A | 57,540.00 | 205.50 | N/A | 280.00 | N/A | N/A |
| Michael S Fellner | Legal Assistant | Litigation | N/A | 9,375.00 | 37.50 | N/A | 250.00 | 250.00 | 9,375.00 |
| Beth Friedman | Legal Assistant | Restructuring | N/A | 56,445.00 | 159.00 | N/A | 355.00 | 355.00 | 56,445.00 |

---

[2] Where a timekeeper billed at multiple billing rates in the First Interim Application, K&E used the highest rate for purposes of calculating the fees billed in this application at the First Interim Application's billing rate. K&E has also disclosed the total amount of compensation sought for the fee period, calculated using rates as of the date of retention, on the summary cover sheet to the Fee Application.

| Paraprofessional Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed In this Application | Hourly Rate Billed In the First Interim Application | Fees Billed In this Application at First Interim Application Billing Rate[2] |
|---|---|---|---|---|---|---|---|---|---|
| Jacob Goldfinger | Legal Assistant | Restructuring | N/A | 76,672.00 | 239.60 | N/A | 320.00 | 320.00 | 76,672.00 |
| Shavone Green | Legal Assistant | Restructuring | N/A | 14,336.50 | 54.10 | N/A | 265.00 | 265.00 | 14,336.50 |
| Lisa A Horton | Legal Assistant | Litigation | N/A | 86,691.00 | 262.70 | N/A | 330.00 | 330.00 | 86,691.00 |
| Adrienne Levin | Legal Assistant | Litigation | N/A | 113,584.00 | 366.40 | N/A | 310.00 | 310.00 | 113,584.00 |
| Maureen McCarthy | Legal Assistant | Restructuring | N/A | 20,130.00 | 61.00 | N/A | 330.00 | 330.00 | 20,130.00 |
| Lauren Mitchell-Dawson | Legal Assistant | Environment | N/A | 11,635.00 | 35.80 | N/A | 325.00 | 325.00 | 11,635.00 |
| Carrie Oppenheim | Legal Assistant | Restructuring | N/A | 174.00 | 0.60 | N/A | 290.00 | 290.00 | 174.00 |
| Robert Orren | Legal Assistant | Restructuring | N/A | 88,856.00 | 306.40 | N/A | 290.00 | 290.00 | 88,856.00 |
| Sharon G Pace | Legal Assistant | Litigation | N/A | 99,975.00 | 399.90 | N/A | 250.00 | 250.00 | 99,975.00 |
| Meghan Rishel | Legal Assistant | Litigation | N/A | 62,650.00 | 250.60 | N/A | 250.00 | 250.00 | 62,650.00 |
| Mark Ruggiero | Legal Assistant | Litigation | N/A | 2,016.00 | 7.20 | N/A | 280.00 | N/A | N/A |
| Laura Saal | Legal Assistant | Restructuring | N/A | 6,360.00 | 21.20 | N/A | 300.00 | 300.00 | 6,360.00 |
| Kenneth J Sturek | Legal Assistant | Litigation | N/A | 100,155.00 | 303.50 | N/A | 330.00 | 330.00 | 100,155.00 |
| Stephanie Ding | Case Assistant | Litigation | N/A | 62,224.50 | 319.10 | N/A | 195.00 | 195.00 | 62,224.50 |
| Jason Douangsanith | Case Assistant | Litigation | N/A | 33,891.00 | 173.80 | N/A | 195.00 | N/A | N/A |
| John Nedeau | Case Assistant | Restructuring | N/A | 19,414.00 | 114.20 | N/A | 170.00 | 170.00 | 19,414.00 |
| Maria Negron | Case Assistant | Litigation | N/A | 1,365.00 | 7.00 | N/A | 195.00 | N/A | N/A |
| Lorena Salazar | Case Assistant | IP - Transactional | N/A | 3,588.00 | 18.40 | N/A | 195.00 | N/A | N/A |
| Katelyn B Whitfield | Case Assistant | IP - Litigation | N/A | 1,911.00 | 9.80 | N/A | 195.00 | N/A | N/A |
| Michele Cohan | Project Assistant | Restructuring | N/A | 11,700.00 | 60.00 | N/A | 195.00 | N/A | N/A |
| Linda M Chuk | Support Staff | Admin Services | N/A | 562.50 | 2.50 | N/A | 225.00 | 205.00 | 512.50 |
| Laurie K Dombrowski | Support Staff | Admin Services | N/A | 59.00 | 0.20 | N/A | 295.00 | N/A | N/A |
| Stephanie D Frye | Support Staff | Admin Services | N/A | 21,627.00 | 80.10 | N/A | 270.00 | 270.00 | 21,627.00 |

| Paraprofessional Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application at First Interim Application Billing Rate[2] |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | |
| Allison Graybill | Support Staff | Admin Services | N/A | 24,457.50 | 108.70 | N/A | 225.00 | 180.00 | 19,566.00 |
| Michael Lim | Support Staff | Admin Services | N/A | 147.50 | 0.50 | N/A | 295.00 | N/A | N/A |
| Linda A Scussel | Support Staff | Admin Services | N/A | 22,878.00 | 73.80 | N/A | 310.00 | 295.00 | 21,771.00 |
| Paige Barnum | Support Staff | Litigation | N/A | 235.00 | 1.00 | N/A | 235.00 | N/A | N/A |
| Raul D Catungal | Support Staff | Litigation | N/A | 580.00 | 2.00 | N/A | 290.00 | 290.00 | 580.00 |
| Mark Cuevas | Support Staff | Litigation | N/A | 70,847.00 | 244.30 | N/A | 290.00 | 290.00 | 70,847.00 |
| Kate Marino | Support Staff | Litigation | N/A | 117.50 | 0.50 | N/A | 235.00 | N/A | N/A |
| Muhammad A Rashid | Support Staff | Litigation | N/A | 870.00 | 3.00 | N/A | 290.00 | 290.00 | 870.00 |
| Colleen C Caamano | Support Staff | Litigation | N/A | 22,127.00 | 76.30 | N/A | 290.00 | 290.00 | 22,127.00 |
| Jason Goodman | Support Staff | Litigation | N/A | 16,066.00 | 55.40 | N/A | 290.00 | 290.00 | 16,066.00 |
| Thomas Mangne | Support Staff | Litigation | N/A | 324.50 | 1.10 | N/A | 295.00 | 295.00 | 324.50 |
| William G Marx | Support Staff | Litigation | N/A | 49,206.00 | 166.80 | N/A | 295.00 | 295.00 | 49,206.00 |
| Chad M Papenfuss | Support Staff | Litigation | N/A | 180,274.50 | 611.10 | N/A | 295.00 | 295.00 | 180,274.50 |
| Jonathan Rousseau | Support Staff | Litigation | N/A | 145.00 | 0.50 | N/A | 290.00 | N/A | N/A |
| Katelyn Ye | Support Staff | Litigation | N/A | 14,761.00 | 50.90 | N/A | 290.00 | 290.00 | 14,761.00 |
| Giang Pettinati | Support Staff | Litigation | N/A | 2,392.50 | 8.70 | N/A | 275.00 | N/A | N/A |
| Joshua L Urban | Support Staff | Litigation | N/A | 357.50 | 1.30 | N/A | 275.00 | N/A | N/A |
| Will E Thomas | Support Staff | Litigation | N/A | 16,350.00 | 54.50 | N/A | 300.00 | N/A | N/A |
| **Totals** | | | | **$1,385,682.50** | **4,958.80** | | | | |