**Exhibit F**

**Summary, by Expense Type, of Actual and
Necessary Expenses Incurred During the Fee Period**

**Summary, by Expense Type, of Actual and
Necessary Expenses Incurred During the Fee Period**

| Expense | Vendor (if any)[1] | Unit Cost (if applicable) | Amount |
|---|---|---|---|
| Third Party Telephone Charges | Intercall | | $16,970.02 |
| Standard Copies or Prints | Internal (Kirkland & Ellis LLP) | $0.10 per page | $27,493.40 |
| Binding | Internal (Kirkland & Ellis LLP) | | $77.00 |
| Color Copies or Prints | Internal (Kirkland & Ellis LLP) | | $34,440.00 |
| CD-ROM Duplicates/Master | | | $14.00 |
| Production Blowbacks | Internal (Kirkland & Ellis LLP) | $0.10 per page | $8,293.40 |
| Closing/Mini Books | Internal (Kirkland & Ellis LLP) | $0.10 per page | $48.00 |
| Overnight Delivery | Federal Express | | $2,686.74 |
| Overnight Delivery - Refund | | | ($139.84) |
| Outside Messenger Services | | | $2,241.57 |
| Local Transportation | | | $5,719.26 |
| Travel Expense | | | $134,927.36 |
| Airfare | | | $150,691.33 |
| Transportation to/from airport | | | $36,969.16 |
| Travel Meals | | | $6,823.37 |
| Other Travel Expenses | | | $2,326.46 |
| Court Reporter Fee/Deposition | | | $40,393.18 |
| Filing Fees | | | $295.85 |
| Other Court Costs and Fees | | | $114.00 |
| Professional Fees | | | $11.58 |
| Outside Computer Services | | | $1.41 |
| Outside Contract Attorney Assistance | | | $1,151,039.00 |
| Outside Printing Services | | | $2,705.24 |
| Outside Copy/Binding Services | | | $22,653.02 |
| Working Meals/Kirkland Only | | | $324.70 |
| Working Meals/Kirkland and Others | | | $80.00 |
| Catering Expenses | | | $23,548.20 |
| Outside Retrieval Service | | | $195,045.96 |
| Computer Database Research | | | $82,161.18 |
| Overtime Transportation | | | $14,275.48 |
| Overtime Meals - Non-Attorney | Seamless North America Inc. | | $391.29 |
| Overtime Meals - Attorney | Seamless North America Inc. | | $6,866.23 |
| Rental Expenses | | | $25,445.77 |
| Electronic Data Storage | | | $2,246.58 |
| Cash Credits | | | ($12,307.00) |
| **Total** | | | **$1,984,872.90** |

---

[1] K&E may use one or more service providers. The service providers identified herein are the primary service providers for the categories described.