**Exhibit G**

**Summary, by Matter Category, of Actual
Fees and Expenses Incurred During the Fee Period**

## Summary, by Matter Category, of Actual
## Fees and Expenses Incurred During the Fee Period

| Matter Number | Project Category Description | Hours Billed | Total Compensation Billed | Expenses | Total |
|---|---|---|---|---|---|
| 0003 | [ALL] Automatic Stay | 155.90 | $96,421.50 | - | $96,421.50 |
| 0005 | [ALL] Business Operations | 6.20 | $4,025.00 | - | $4,025.00 |
| 0006 | [ALL] Case Administration | 503.70 | $280,953.50 | - | $280,953.50 |
| 0007 | [ALL] Cash Management | 28.90 | $18,350.50 | - | $18,350.50 |
| 0008 | [ALL] Claims Administration & Objections | 747.70 | $436,401.00 | - | $436,401.00 |
| 0009 | [ALL] Contested Matters & Adv. Proceed. | 11,517.70 | $6,264,617.50 | - | $6,264,617.50 |
| 0010 | [ALL] Corp. Governance and Sec. Issues | 2,039.90 | $1,634,689.00 | - | $1,634,689.00 |
| 0011 | [ALL] Exec. Contracts & Unexpired Leases | 540.20 | $343,064.00 | - | $343,064.00 |
| 0012 | [ALL] Hearings | 806.00 | $574,253.50 | - | $574,253.50 |
| 0013 | [ALL] Insurance | 21.00 | $11,528.50 | - | $11,528.50 |
| 0014 | [ALL] Kirkland Retention and Fee Applications | 2,635.20 | $1,402,288.50 | - | $1,402,288.50 |
| 0016 | [ALL] Non-Debtor Affiliates | 5.90 | $3,687.50 | - | $3,687.50 |
| 0017 | [ALL] Non-Kirkland Retentions & Fee Apps | 922.20 | $540,916.00 | - | $540,916.00 |
| 0018 | [ALL] Non-Working Travel | 514.80 | $429,665.50 | - | $429,665.50 |
| 0019 | [ALL] Official Committee Issues & Meet. | 76.80 | $56,057.50 | - | $56,057.50 |
| 0021 | [ALL] Plan and Disclosure Statements | 6,090.30 | $4,780,458.00 | - | $4,780,458.00 |
| 0022 | [ALL] Private Letter Ruling/IRS Matters | 91.20 | $102,580.00 | - | $102,580.00 |
| 0026 | [ALL] Retiree and Employee Issues/OPEB | 2,657.30 | $1,970,479.00 | - | $1,970,479.00 |
| 0027 | [ALL] Schedules, SoFAs | 38.10 | $29,485.50 | - | $29,485.50 |
| 0029 | [ALL] Tax Issues | 1,471.20 | $1,300,949.00 | - | $1,300,949.00 |
| 0032 | [ALL] Valuation | 2,009.30 | $1,204,307.50 | - | $1,204,307.50 |
| 0034 | [TCEH] Asset Dispositions and Purchases | 108.60 | $68,749.50 | - | $68,749.50 |
| 0035 | [TCEH] Automatic Stay | 53.80 | $32,605.50 | - | $32,605.50 |
| 0037 | [TCEH] Business Operations | 14.30 | $8,262.50 | - | $8,262.50 |
| 0038 | [TCEH] Cash Collateral and DIP Financing | 56.60 | $42,213.00 | - | $42,213.00 |
| 0039 | [TCEH] Claims Administration & Objection | 678.80 | $421,134.00 | - | $421,134.00 |
| 0040 | [TCEH] Contested Matters & Advers. Proc. | 915.50 | $620,198.50 | - | $620,198.50 |
| 0041 | [TCEH] Corp. Governance and Sec. Issues | 12.40 | $11,347.00 | - | $11,347.00 |
| 0042 | [TCEH] Environmental Issues | 35.90 | $16,647.00 | - | $16,647.00 |
| 0046 | [TCEH] Non-Debtor Affiliates | 71.40 | $38,804.50 | - | $38,804.50 |
| 0047 | [TCEH] Non-Kirkland Retention & Fee Apps | 23.50 | $15,533.00 | - | $15,533.00 |
| 0048 | [TCEH] Non-Working Travel | 7.40 | $6,501.00 | - | $6,501.00 |
| 0049 | [TCEH] Official Committee Issues & Meet. | 25.90 | $17,735.00 | - | $17,735.00 |
| 0051 | [TCEH] Plan and Disclosure Statements | 27.20 | $27,610.50 | - | $27,610.50 |
| 0057 | [TCEH] Trading and Hedging Contracts | 84.70 | $57,347.00 | - | $57,347.00 |
| 0058 | [TCEH] Transition Services | 3.50 | $2,630.00 | - | $2,630.00 |

2

| Matter Number | Project Category Description | Hours Billed | Total Compensation Billed | Expenses | Total |
|---|---|---|---|---|---|
| 0062 | [TCEH] Vendor and Other Creditor Issues | 266.00 | $161,141.00 | - | $161,141.00 |
| 0066 | [EFIH] Cash Collat./DIP Finan./Make-whole | 137.80 | $120,923.50 | - | $120,923.50 |
| 0067 | [EFIH] Claims Administration & Objection | 8.90 | $5,446.50 | - | $5,446.50 |
| 0068 | [EFIH] Contested Matters & Advers. Pro. | 1,910.50 | $1,292,362.00 | - | $1,292,362.00 |
| 0069 | [EFIH] Corp. Governance and Sec. Issues | 18.90 | $18,540.50 | - | $18,540.50 |
| 0072 | [EFIH] Non-Kirkland Retention & Fee Applicat. | 9.40 | $6,291.50 | - | $6,291.50 |
| 0073 | [EFIH] Non-Working Travel | 44.70 | $30,405.00 | - | $30,405.00 |
| 0074 | [EFIH] Official Committee Issues & Meet. | 3.90 | $2,437.50 | - | $2,437.50 |
| 0076 | [EFIH] Plan and Disclosure Statements | 15.80 | $16,270.00 | - | $16,270.00 |
| 0086 | [EFH] Contested Matters & Advers. Proc. | 1.50 | $1,867.50 | - | $1,867.50 |
| 0087 | [EFH] Corp. Governance and Sec. Issues | 6.80 | $6,462.00 | - | $6,462.00 |
| 0089 | [EFH] EFH Properties | 284.80 | $167,062.00 | - | $167,062.00 |
| 0094 | [EFH] Non-Kirkland Retention & Fee Apps | 2.10 | $1,735.50 | - | $1,735.50 |
| 0095 | [EFH] Non-Working Travel | 3.50 | $3,587.50 | - | $3,587.50 |
| 0096 | [EFH] Official Committee Issues & Meet. | 76.20 | $52,157.50 | - | $52,157.50 |
| 0108 | [TCEH] Exec. Contracts & Unexpired Lease | 524.80 | $324,878.50 | - | $324,878.50 |
| 0109 | [ALL] Expenses | - | - | $1,978,114.35 | $1,978,114.35 |
| 0110 | [TCEH] Expenses | - | - | $1,661.18 | $1,661.18 |
| 0111 | [EFIH] Expenses | - | - | $3,664.10 | $3,664.10 |
| 0112 | [EFH] Expenses | - | - | $1,433.27 | $1,433.27 |
| **Totals** | | **38,314.60** | **$25,084,064.00** | **$1,984,872.90** | **$27,068,936.90** |