<u>**Exhibit H**</u>

**Budget and Staffing Plan**

**Budget and Staffing Plan**

**For Matter Categories for the Period Beginning on
September 1, 2014 and Ending on December 31, 2014**

**Budget**

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted |
|---|---|---|---|
| Applicable to All Debtors | | | |
| 3 | [ALL] Automatic Stay | 145 - 175 | $95,000 - $106,000 |
| 4 | [ALL] Bond Issues | 0 | $0 |
| 5 | [ALL] Business Operations | 104 - 135 | $77,000 - $88,000 |
| 6 | [ALL] Case Administration | 1,350 - 1,530 | $900,000 - $1,010,000 |
| 7 | [ALL] Cash Management | 25 - 40 | $15,000 - $19,000 |
| 8 | [ALL] Claims Administration and Objections | 1,224 - 1,390 | $895,000 - $995,000 |
| 9 | [ALL] Contested Matters and Adversary Proceedings | 10,556 - 11,920 | $6,100,000 - $6,800,000 |
| 10 | [ALL] Corporate Governance and Securities Issues | 2,778 - 3,080 | $2,000,000 - $2,215,000 |
| 11 | [ALL] Exec. Contracts & Unexpired Leases | 181 - 220 | $115,000 - $131,000 |
| 12 | [ALL] Hearings | 370 - 415 | $230,000 - $256,000 |
| 13 | [ALL] Insurance | 89 - 115 | $46,000 - $53,000 |
| 14 | [ALL] Kirkland Retention and Fee Applications | 1,499 - 1,690 | $850,000 - $952,000 |
| 16 | [ALL] Non-Debtor Affiliates | 38 - 65 | $26,000 - $32,000 |
| 17 | [ALL] Non-Kirkland Retentions and Fee Applications | 789 - 890 | $460,000 - $510,000 |
| 18 | [ALL] Non-Working Travel | 710 - 795 | $560,000 - $622,000 |
| 19 | [ALL] Official Committee Issues and Meetings | 548 - 605 | $400,000 - $442,000 |
| 20 | [ALL] Oncor | 36 - 60 | $20,000 - $26,000 |
| 21 | [ALL] Plan and Disclosure Statement | 4,756 - 5,250 | $3,550,000 - $3,955,000 |
| 22 | [ALL] Private Letter Ruling/IRS Matters | 0 | $0 |
| 23 | [ALL] Regulatory Issues | 24 - 40 | $15,000 - $19,000 |
| 25 | [ALL] Retention of Professionals | 0 | $0 |
| 26 | [ALL] Retiree and Employee Issues/OPEB | 940 - 1,040 | $750,000 - $835,000 |
| 27 | [ALL] Schedules, SoFAs | 64 - 90 | $55,000 - $63,000 |
| 28 | [ALL] Shared Services | 25 - 40 | $15,000 - $18,000 |
| 29 | [ALL] Tax Issues | 1,432 - 1,590 | $1,400,000 - $1,552,000 |
| 30 | [ALL] U.S. Trustee Issues | 46 - 60 | $40,000 - $46,000 |
| 31 | [ALL] Utilities | 0 | $0 |
| 32 | [ALL] Valuation | 1,923 - 2,125 | $1,170,000 - $1,289,000 |
| 33 | [ALL] Vendor and Other Creditor Issues | 69 - 95 | $45,000 - $53,000 |
| Applicable to TCEH Debtors | | | |
| 34 | [TCEH] Asset Disposition | 178 - 210 | $115,000 - $128,000 |
| 35 | [TCEH] Automatic Stay | 90 - 115 | $65,000 - $73,000 |

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted |
|---|---|---|---|
| 36 | [TCEH] Bond Issues | 33 - 50 | $21,000 - $25,000 |
| 37 | [TCEH] Business Operations | 395 - 455 | $240,000 - $271,000 |
| 38 | [TCEH] Cash Collateral and DIP Financing | 64 - 90 | $50,000 - $56,000 |
| 39 | [TCEH] Claims Administration and Objections | 364 - 410 | $250,000 - $278,000 |
| 40 | [TCEH] Contested Matters and Adversary Proceedings | 1,882 - 2,090 | $1,230,000 - $1,361,000 |
| 41 | [TCEH] Corporate Governance and Securities Law Issues | 182 - 215 | $135,000 - $150,000 |
| 42 | [TCEH] Environmental Issues | 41 - 65 | $25,000 - $30,000 |
| 46 | [TCEH] Non-Debtor Affiliates | 172 - 200 | $110,000 - $122,000 |
| 47 | [TCEH] Non-Kirkland Retention and Fee Applications | 80 - 90 | $45,000 - $50,000 |
| 48 | [TCEH] Non-Working Travel | 21 - 35 | $15,000 - $18,000 |
| 49 | [TCEH] Official Committee Issues and Meetings | 61 - 80 | $60,000 - $67,000 |
| 51 | [TCEH] Plan/Disclosure Statement | 0 | $0 |
| 56 | [TCEH] Shared Services | 33 - 55 | $20,000 - $26,000 |
| 57 | [TCEH] Trading and Hedging Contracts | 38 - 60 | $25,000 - $31,000 |
| 58 | [TCEH] Transition Services | 0 | $0 |
| 59 | [TCEH] U.S. Trustee Issues | 20 -35 | $12,000 - $15,000 |
| 62 | [TCEH] Vendor and Other Creditor Issues | 427 - 475 | $280,000 - $311,000 |
| 108 | [TCEH] Exec. Contracts & Unexpired Leases | 716 - 810 | $475,000 - $528,000 |
| Applicable to EFIH Debtors | | | |
| 63 | [EFIH] Asset Disposition | 49 - 65 | $50,000 - $57,000 |
| 66 | [EFIH] Cash Collateral/DIP Financing/Make-whole Issues | 502 - 570 | $470,000 - $528,000 |
| 67 | [EFIH] Claims Administration and Objections | 0 | $0 |
| 68 | [EFIH] Contested Matters and Adversary Proceedings | 2,595 - 2,880 | $1,800,000 - $2,005,000 |
| 69 | [EFIH] Corporate Governance and Securities Law Issues | 11 - 15 | $10,000 - $11,000 |
| 72 | [EFIH] Non-Kirkland Retention and Fee Applications | 90 - 100 | $50,000 - $55,000 |
| 73 | [EFIH] Non-Working Travel | 23 - 35 | $15,000 - $18,000 |
| 74 | [EFIH] Official Committee Issues and Meetings | 0 | $0 |
| 75 | [EFIH] Oncor | 4 - 15 | $6,000 -$8,500 |
| 76 | [EFIH] Plan/Disclosure Statement | 36 - 40 | $16,000 - $18,000 |
| Applicable to EFH Corp. Debtors | | | |
| 82 | [EFH] Asset Disposition | 876 - 990 | $875,000 - $978,000 |
| 85 | [EFH] Claims Administration and Objections | 44 - 50 | $35,000 - $39,000 |
| 86 | [EFH] Contested Matters and Adversary Proceedings | 154 - 175 | $150,000 - $170,000 |

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted |
|---|---|---|---|
| 87 | [EFH] Corporate Governance and Securities Law Issues | 36 - 40 | $35,000 - $39,000 |
| 89 | [EFH] EFH Properties | 768 - 840 | $480,000 - $529,000 |
| 92 | [EFH] Non-Core Subsidiaries / Discontinued Operations | 305 -345 | $200,000 - $224,000 |
| 94 | [EFH] Non-Kirkland Retention and Fee Applications | 90 - 100 | $50,000 - $55,000 |
| 95 | [EFH] Non-Working Travel | 34 - 40 | $30,000 - $34,000 |
| 96 | [EFH] Official Committee Issues and Meetings | 30 - 40 | $25,000 - $28,000 |
| 97 | [EFH] Oncor | 0 | $0 |
| 101 | [EFH] Retiree and Employee Issues/OPEB | 107 - 120 | $120,000 - $135,000 |
| 105 | [EFH] Vendor and Other Creditor Issues | 0 | $0 |
| **Total** | | **40,272 - 45,455** | **$27,421,000 - $30,561,500** |

## Staffing Plan

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate[1] |
|---|---|---|
| Partner | 40 | $947 |
| Associate | 71 | $626 |
| Legal Assistant | 16 | $298 |
| Case Assistant | 2 | $186 |
| Project Assistants (and other support staff) | 22 | $278 |
| **Total Attorney** | **112** | **$731** |
| **Total Non-Attorney** | **40** | **$286** |
| **Total** | **150** | **$679** |

---

[1]    The "Average Hourly Rate" is a weighted average based on the individual hourly rate of, and projected number of hours worked by, each timekeeper over the course of the chapter 11 cases.