**<u>Exhibit I</u>**

**Summary, by Matter Category, of Fees
Budgeted and Fees Incurred During the Fee Period**

## Summary of Legal Services Rendered

| Matter Number | Project Category Description | Hours | | Total Compensation | |
|---|---|---|---|---|---|
| | | **Budgeted** | **Billed** | **Budgeted** | **Billed** |
| 0003 | [ALL] Automatic Stay | 145 - 175 | 155.90 | $95,000 - $106,000 | $96,421.50 |
| 0004 | [ALL] Bond Issues | 0 | 0 | $0 | $0 |
| 0005 | [ALL] Business Operations | 104 - 135 | 6.20 | $77,000 - $88,000 | $4,025.00 |
| 0006 | [ALL] Case Administration | 1,350 - 1,530 | 503.70 | $900,000 - $1,010,000 | $280,953.50 |
| 0007 | [ALL] Cash Management | 25 - 40 | 28.90 | $15,000 - $19,000 | $18,350.50 |
| 0008 | [ALL] Claims Administration & Objections | 1,224 - 1,390 | 747.70 | $895,000 - $995,000 | $436,401.00 |
| 0009 | [ALL] Contested Matters & Adv. Proceed. | 10,556 - 11,920 | 11,517.70 | $6,100,000 - $6,800,000 | $6,264,617.50 |
| 0010 | [ALL] Corp. Governance and Sec. Issues | 2,778 - 3,080 | 2,039.90 | $2,000,000 - $2,215,000 | $1,634,689.00 |
| 0011 | [ALL] Exec. Contracts & Unexpired Leases | 181 - 220 | 540.20 | $115,000 - $131,000 | $343,064.00 |
| 0012 | [ALL] Hearings | 370 - 415 | 806.00 | $230,000 - $256,000 | $574,253.50 |
| 0013 | [ALL] Insurance | 89 - 115 | 21.00 | $46,000 - $53,000 | $11,528.50 |
| 0014 | [ALL] Kirkland Retention and Fee Applications | 1,499 - 1,690 | 2,635.20 | $850,000 - $952,000 | $1,402,288.50 |
| 0016 | [ALL] Non-Debtor Affiliates | 38 - 65 | 5.90 | $26,000 - $32,000 | $3,687.50 |
| 0017 | [ALL] Non-Kirkland Retentions & Fee Apps | 789 - 890 | 922.20 | $460,000 - $510,000 | $540,916.00 |
| 0018 | [ALL] Non-Working Travel | 710 - 795 | 514.80 | $560,000 - $622,000 | $429,665.50 |
| 0019 | [ALL] Official Committee Issues & Meet. | 548 - 605 | 76.80 | $400,000 - $442,000 | $56,057.50 |
| 0020 | [ALL] Oncor | 36 - 60 | 0 | $20,000 - $26,000 | $0 |
| 0021 | [ALL] Plan and Disclosure Statements | 4,756 - 5,250 | 6,090.30 | $3,550,000 - $3,955,000 | $4,780,458.00 |
| 0022 | [ALL] Private Letter Ruling/IRS Matters | 0 | 91.20 | $0 | $102,580.00 |
| 0023 | [ALL] Regulatory Issues | 24 - 40 | 0 | $15,000 - $19,000 | $0 |
| 0026 | [ALL] Retiree and Employee Issues/OPEB | 940 - 1,040 | 2,657.30 | $750,000 - $835,000 | $1,970,479.00 |
| 0027 | [ALL] Schedules, SoFAs | 64 - 90 | 38.10 | $55,000 - $63,000 | $29,485.50 |

| Matter Number | Project Category Description | Hours | | Total Compensation | |
|---|---|---|---|---|---|
| | | Budgeted | Billed | Budgeted | Billed |
| 0028 | [ALL] Shared Services | 25 - 40 | 0 | $15,000 - $18,000 | $0 |
| 0029 | [ALL] Tax Issues | 1,432 - 1,590 | 1,471.20 | $1,400,000 - $1,552,000 | $1,300,949.00 |
| 0030 | [ALL] U.S. Trustee Issues | 46 - 60 | 0 | $40,000 - $46,000 | $0 |
| 0031 | [ALL] Utilities | 0 | 0 | $0 | $0 |
| 0032 | [ALL] Valuation | 1,923 - 2,125 | 2,009.30 | $1,170,000 - $1,289,000 | $1,204,307.50 |
| 0033 | [ALL] Vendor and Other Creditor Issues | 69 - 95 | 0 | $45,000 - $53,000 | $0 |
| 0034 | [TCEH] Asset Dispositions and Purchases | 178 - 210 | 108.60 | $115,000 - $128,000 | $68,749.50 |
| 0035 | [TCEH] Automatic Stay | 90 - 115 | 53.80 | $65,000 - $73,000 | $32,605.50 |
| 0036 | [TCEH] Bond Issues | 33 - 50 | 0 | $21,000 - $25,000 | $0 |
| 0037 | [TCEH] Business Operations | 395 - 455 | 14.30 | $240,000 - $271,000 | $8,262.50 |
| 0038 | [TCEH] Cash Collateral and DIP Financing | 64 - 90 | 56.60 | $50,000 - $56,000 | $42,213.00 |
| 0039 | [TCEH] Claims Administration & Objection | 364 - 410 | 678.80 | $250,000 - $278,000 | $421,134.00 |
| 0040 | [TCEH] Contested Matters & Advers. Proc. | 1,882 - 2,090 | 915.50 | $1,230,000 - $1,361,000 | $620,198.50 |
| 0041 | [TCEH] Corporate Governance and Securities Law Issues | 182 - 215 | 12.40 | $135,000 - $150,000 | $11,347.00 |
| 0042 | [TCEH] Environmental Issues | 41 - 65 | 35.90 | $25,000 - $30,000 | $16,647.00 |
| 0046 | [TCEH] Non-Debtor Affiliates | 172 - 200 | 71.40 | $110,000 - $122,000 | $38,804.50 |
| 0047 | [TCEH] Non-Kirkland Retention & Fee Apps | 80 - 90 | 23.50 | $45,000 - $50,000 | $15,533.00 |
| 0048 | [TCEH] Non-Working Travel | 21 - 35 | 7.40 | $15,000 - $18,000 | $6,501.00 |
| 0049 | [TCEH] Official Committee Issues & Meet. | 61 - 80 | 25.90 | $60,000 - $67,000 | $17,735.00 |
| 0051 | [TCEH] Plan/Disclosure Statement | 0 | 27.20 | $0 | $27,610.50 |
| 0056 | [TCEH] Shared Services | 33 - 55 | 0 | $20,000 - $26,000 | $0 |
| 0057 | [TCEH] Trading and Hedging Contracts | 38 - 60 | 84.70 | $25,000 - $31,000 | $57,347.00 |
| 0058 | [TCEH] Transition | 0 | 3.50 | $0 | $2,630.00 |

| Matter Number | Project Category Description | Hours | | Total Compensation | |
|---|---|---|---|---|---|
| | | Budgeted | Billed | Budgeted | Billed |
| | Services | | | | |
| 0059 | [TCEH] U.S. Trustee Issues | 20 -35 | 0 | $12,000 - $15,000 | $0 |
| 0062 | [TCEH] Vendor and Other Creditor Issues | 427 - 475 | 266.00 | $280,000 - $311,000 | $161,141.00 |
| 0063 | [EFIH] Asset Disposition | 49 - 65 | 0 | $50,000 - $57,000 | $0 |
| 0066 | [EFIH] Cash Collat./DIP Finan./Make-whole | 502 - 570 | 137.80 | $470,000 - $528,000 | $120,923.50 |
| 0067 | [EFIH] Claims Administration and Objections | 0 | 8.90 | $0 | $5,446.50 |
| 0068 | [EFIH] Contested Matters & Advers. Pro. | 2,595 - 2,880 | 1,910.50 | $1,800,000 - $2,005,000 | $1,292,362.00 |
| 0069 | [EFH] Corporate Governance and Securities Law Issues | 11 - 15 | 18.90 | $10,000 - $11,000 | $18,540.50 |
| 0072 | [EFIH] Non-Kirkland Retention and Fee Applications | 90 - 100 | 9.40 | $50,000 - $55,000 | $6,291.50 |
| 0073 | [EFIH] Non-Working Travel | 23 - 35 | 44.70 | $15,000 - $18,000 | $30,405.00 |
| 0074 | [EFIH] Official Committee Issues and Meetings | 0 | 3.90 | $0 | $2,437.50 |
| 0075 | [EFIH] Oncor | 4 - 15 | 0 | $6,000 -$8,500 | $0 |
| 0076 | [EFIH] Plan/Disclosure Statement | 36 - 40 | 15.80 | $16,000 - $18,000 | $16,270.00 |
| 0082 | [EFH] Asset Disposition | 876 - 990 | 0 | $875,000 - $978,000 | $0 |
| 0085 | [EFH] Claims Administration and Objections | 44 - 50 | 0 | $35,000 - $39,000 | $0 |
| 0086 | [EFH] Contested Matters & Advers. Proc. | 154 - 175 | 1.50 | $150,000 - $170,000 | $1,867.50 |
| 0087 | [EFH] Corp. Governance and Sec. Issues | 36 - 40 | 6.80 | $35,000 - $39,000 | $6,462.00 |
| 0089 | [EFH] EFH Properties | 768 - 840 | 284.80 | $480,000 - $529,000 | $167,062.00 |
| 0092 | [EFH] Non-Core Subs/Discontinued Op. | 305 -345 | 0 | $200,000 - $224,000 | $0 |
| 0094 | [EFH] Non-Kirkland Retention and Fee Applications | 90 - 100 | 2.10 | $50,000 - $55,000 | $1,735.50 |
| 0095 | [EFH] Non-Working Travel | 34 - 40 | 3.50 | $30,000 - $34,000 | $3,587.50 |
| 0096 | [EFH] Official Committee | 30 - 40 | 0.90 | $25,000 - | $52,157.50 |

3

| Matter Number | Project Category Description | Hours | | Total Compensation | |
|---|---|---|---|---|---|
| | | **Budgeted** | **Billed** | **Budgeted** | **Billed** |
| | Issues & Meet. | | | $28,000 | |
| 0097 | [EFH] Oncor | 0 | 0 | $0 | $0 |
| 0101 | [EFH] Retiree and Employee Issues/OPEB | 107 - 120 | 0 | $120,000 - $135,000 | $0 |
| 0105 | [EFH] Vendor and Other Creditor Issues | 0 | 0 | $0 | $0 |
| 0108 | [TCEH] Exec. Contracts & Unexpired Lease | 716 - 810 | 524.80 | $475,000 - $528,000 | $324,878.50 |
| **Total** | | **40,272 - 45,455** | **38,314.60** | **$27,421,000 - $30,561,500** | **$25,084,064.00** |