**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Objection Deadline: June 2, 2015 at 4:00 p.m.** |

**FIRST INTERIM FEE APPLICATION  OF ALIXPARTNERS, LLP**
**SEEKING COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF**
**EXPENSES INCURRED AS RESTRUCTURING ADVISOR TO THE OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS OF ENERGY FUTURE HOLDINGS**
**CORPORATION, ENERGY FUTURE INTERMEDIATE HOLDING COMPANY, LLC,**
**EFIH FINANCE INC., AND EECI, INC.**
**FOR THE PERIOD FROM NOVEMBER 20, 2014 THROUGH DECEMBER 31, 2014**

| | |
|---|---|
| Name of Applicant: | AlixPartners, LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | January 12, 2015 *nunc pro tunc* to November 20, 2014 |
| Period for which compensation and reimbursement are sought: | November 20, 2014 through December 31, 2014 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $379,108.50[2] (100% of fees) |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $36,146.71 |

This is a(n): __monthly    _X_ interim    ___final application

---

1       The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

2       After an $18,818.00 reduction for 50% of non-working travel time.

**SUMMARY OF FEES AND EXPENSES REQUESTED TO DATE FOR SERVICES PERFORMED BY ALIXPARTNERS ON BEHALF OF THE EFH COMMITTEE**

| Date and Docket No. | Compensation Period | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses | 20% Holdback |
|---|---|---|---|---|---|---|
| 01/26/2015 [Docket No. 3370] | 11/20/2014- 11/30/2014 | $70,696.00 | $361.81 | N/A | N/A | $14,139.20 |
| 02/05/2015 [Docket No. 3458] | 12/01/2014- 12/31/2014 | 308,412.50 | 35,784.90 | N/A | N/A | 61,682.50 |

**SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROJECT CATEGORY BY ALIXPARTNERS LLP ON BEHALF OF THE EFH COMMITTEE FOR THE**
**COMPENSATION PERIOD NOVEMBER 20, 2014 THROUGH DECEMBER 31, 2014**

| Project Code | Description | Hours | Amount |
|---|---|---|---|
| 9021.00100 | Engagement Planning | 41.2 | $30,950.50 |
| 9021.00105 | Business Analysis | 37.3 | 24,289.50 |
| 9021.00110 | Cash Management | 49.9 | 31,368.50 |
| 9021.00120 | Current Financials | 34.0 | 21,395.00 |
| 9021.00130 | Employee Issues | 125.3 | 73,869.50 |
| 9021.00135 | Tax Issues | 10.0 | 9,652.50 |
| 9021.00145 | Intercompany Analysis | 41.4 | 27,981.00 |
| 9021.00150 | Shared Services | 40.3 | 22,269.50 |
| 9021.00155 | Claims Analysis | 15.5 | 11,217.50 |
| 9021.00160 | Recovery Analysis | 4.2 | 3,358.00 |
| 9021.00165 | Plan of Reorganization | 8.3 | 8,217.00 |
| 9021.00170 | Miscellaneous Motions | 3.0 | 2,310.00 |
| 9021.00175 | Potential Litigation: Other | 5.5 | 5,445.00 |
| 9021.00176 | Historical Cash Flow Analysis | 17.0 | 12,155.00 |
| 9021.00178 | Potential Litigation: Solvency/Valuation | 38.5 | 27,857.50 |
| 9021.00190 | UCC Meetings | 47.4 | 36,628.50 |
| 9021.00197 | Fee Applications and Retention | 12.9 | 11,326.00 |
| 9021.00198 | Non-Working Travel (Billed at 50%) | 57.4 | 37,636.00 |
| **Total Fees Incurred** | | **589.1** | **397,926.50** |
| **Less 50% Travel** | | | **-18,818.00** |
| **Total Fees Requested** | | | **$379,108.50** |

3

**SUMMARY OF PROFESSIONAL FEES EARNED BY ALIXPARTNERS LLP ON
BEHALF OF THE EFH COMMITTEE FOR THE COMPENSATION PERIOD
NOVEMBER 20, 2014 THROUGH DECEMBER 31, 2014**

| Name of Professional | Description of Function | Hourly Rate | Nov-14 | Dec-14 | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Alan Holtz | Managing Director | $990 | 23.1 | 55.1 | 78.2 | $77,418.00 |
| James A. Mesterharm | Managing Director | 990 | 3.0 | 9.8 | 12.8 | 12,672.00 |
| Robert D. Albergotti | Director | 715 | 23.6 | 121.8 | 145.4 | 103,961.00 |
| Matt Rogers | Director | 715 | 14.9 | 6.0 | 20.9 | 14,943.50 |
| Mark F. Rule | Director | 715 | 15.1 | 47.4 | 62.5 | 44,687.50 |
| Mercedes Arango | Director | 715 | - | 25.5 | 25.5 | 18,232.50 |
| Adam Z. Hollerbach | Vice President | 540 | 23.4 | 117.2 | 140.6 | 75,924.00 |
| Lowell Thomas | Vice President | 490 | 3.5 | 95.7 | 99.2 | 48,608.00 |
| Sherry Chen | Associate | 370 | - | 4.0 | 4.0 | 1,480.00 |
| | | | | | 589.1 | 397,926.50 |
| | | | | Less: 50% Travel | | (18,818.00) |
| | | | | | 589.1 | $379,108.50 |

**SUMMARY OF ACTUAL AND NECESSARY EXPENSES INCURRED BY
ALIXPARTNERS LLP ON BEHALF OF THE EFH COMMITTEE FOR THE
COMPENSATION PERIOD NOVEMBER 20, 2014 THROUGH DECEMBER 31, 2014**

| Expense Categories | November-14 | December-14 | TOTAL |
|---|---|---|---|
| Coach Airfare | - | $10,366.70 | $10,366.70 |
| Cab Fare / Ground Transportation | - | 1,488.60 | 1,488.60 |
| Copy Costs (outside source) | - | 19.30 | 19.30 |
| Phone - Internet Access | - | 84.88 | 84.88 |
| Lodging | - | 7,852.25 | 7,852.25 |
| Meals & Tips | 6.21 | 865.27 | 871.48 |
| Mileage | 355.60 | - | 355.60 |
| Train | - | 14.50 | 14.50 |
| Parking & Tolls | - | 94.90 | 94.90 |
| Sub-Contractors | - | 14,998.50 | 14,998.50 |
| **TOTAL** | **$361.81** | **$35,784.90** | **$36,146.71** |

.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.,* [3] | ) | Case No. 14-10979 (CSS) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Deadline: June 2, 2015 at 4:00 p.m. |

**FIRST INTERIM FEE APPLICATION  OF ALIXPARTNERS, LLP**
**SEEKING COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF**
**EXPENSES INCURRED AS RESTRUCTURING ADVISOR TO THE OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS OF ENERGY FUTURE HOLDINGS**
**CORPORATION, ENERGY FUTURE INTERMEDIATE HOLDING COMPANY, LLC,**
**EFIH FINANCE INC., AND EECI, INC.**
**FORTHE PERIOD FROM NOVEMBER 20, 2014 THROUGH DECEMBER 31, 2014**

Pursuant to sections 328 and 1103 of title 11 of the United States Code, and Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals,* entered on September 16, 2014 [Docket No. 2066] (the "***Interim Compensation Order***"), and the *Stipulation and Order Appointing a Fee Committee* [Docket No. 1896] (the "***Fee Committee Order***"), AlixPartners, LLP ("***AlixPartners***"), Restructuring Advisor to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance Inc., and EECI, Inc. (the "***EFH Committee***") in the above-captioned chapter 11 matter, hereby files its first interim fee application (the "***Fee Application***") seeking compensation for services rendered and reimbursement of expenses incurred during the period of November 20, 2014

---

3        The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

through December 31, 2014 (the "***Fee Period***"). Specifically, AlixPartners seeks approval of $379,108.50 (representing 100% of fees earned) and $36,146.71 in expenses incurred during the Fee Period, for a total of $415,255.21 payable. In support of its Fee Application, AlixPartners respectfully represents as follows:

## Background

1.    On April 29, 2014 (the "***Petition Date***"), the Debtors filed voluntary petitions for reorganization under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court, District of Delaware (the "***Chapter 11 Cases***").

2.    On October 27, 2014, the Office of the United States Trustee for the District of Delaware (the "***U.S. Trustee***") pursuant to section 1102 of the Bankruptcy Code, appointed the EFH Committee to represent the interests of unsecured creditors[4] in these Chapter 11 Cases pursuant to section 1102(a)(1) of the Bankruptcy Code [Docket No. 2570]. The U.S. Trustee selected the following five parties to serve as members of the EFH Committee: (i) Mark B. Landon; (ii) Brown & Zhou, LLC, c/o Belleair Aviation, LLC (Attn.: Mabel Brown); (iii) Peter Tinkham; (iv) Shirley Fenicle, as successor-in-interest to the Estate of George Fenicle, c/o Kazan, McClain, Satterley & Greenwood, PLC, (Attn.: Steven Kazan); (v) David William Fahy, c/o Early, Lucarelli, Sweeney & Meisenkothen, LLC (Attn.: Ethan Early).

3.    On January 12, 2015, the Court entered an Order Authorizing the EFH Committee to Employ and Retain AlixPartners as its Restructuring Advisor *Nunc Pro Tunc* to November 20, 2014 (the "***Retention Order***") [Docket No. 3242] in accordance with the terms and conditions of AlixPartners' Engagement Letter with the EFH Committee (as referenced and defined in the Retention Order).

---

4        Composed of Energy Future Holdings Corp.; Energy Future Intermediate Holding Company, LLC; EFIH Finance, Inc., and EECI, Inc., this committee represents the interests of the unsecured creditor of the aforementioned debtors and no others.

4.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

**Monthly Statements and Services Rendered**

5.      Pursuant to the Engagement Letter, as approved and amended by the terms of the Retention Order, AlixPartners is entitled to compensation for fees earned and reimbursement of expenses incurred in its role advising the EFH Committee during the pendency of the Debtors' Chapter 11 Cases.

6.      This Fee Application and the description of services set forth herein for work performed are in compliance with the requirements of Del.Bankr.L.R. 2016-2, and the applicable guidelines and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the Executive Office for the United States Trustee. A true and correct copy of the Certification of Alan D. Holtz is attached hereto as **Exhibit 1.**

7.      By this application, AlixPartners seeks allowance pursuant to the Interim Compensation Order with respect to the sum of $379,108.50 as compensation and $36,146.71 for reimbursement of actual and necessary expenses for a total of $415,255.21 for the Compensation Period.

8.      All services for which compensation is requested by AlixPartners in this Application were performed for or on behalf of the EFH Committee. AlixPartners has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between AlixPartners and any other person for the sharing of compensation to be received for services rendered in these cases.

9.      Annexed hereto as **Exhibit 2** is a schedule setting forth all AlixPartners professionals who performed services in these Chapter 11 cases during the Compensation Period, the capacities in which such individuals are employed by AlixPartners, the hourly billing rates charged by AlixPartners for services performed by such individuals, and the aggregate number of hours expended and fees billed.

10.     Annexed hereto as **Exhibit 3** is a schedule specifying the categories of expenses for which AlixPartners is seeking reimbursement and the total amount for each expense category. Annexed hereto as **Exhibit 3-A** is a detailed schedule of all of the expenses incurred during the Compensation Period. Annexed hereto as **Exhibit 3-B** are copies of any and all necessary receipts as required by the Fee Committee.

11.     Annexed hereto as **Exhibit 4** is a summary of AlixPartners time billed during the Compensation Period, broken down by project categories, as hereinafter described[5].

12.     Annexed hereto as **Exhibit 5** is AlixPartners' time detail for the Compensation Period.

## SUMMARY OF PROFESSIONAL SERVICES RENDERED

13.     On or about January 26, 2015, AlixPartners submitted its first monthly statement seeking allowance of compensation for services rendered in the amount of $70,696.00 and reimbursement of expenses in the amount of $361.81 for the period from November 20, 2014 through November 30, 2014. AlixPartners has not received any payment from the EFH Committee with respect to this period, as of the date hereof.

---

5       AlixPartners may determine, from time to time, to augment its professional staff with independent contractors (each an "Independent Contractor") in these chapter 11 cases. AlixPartners' standard practice in chapter 11 cases is to charge for an Independent Contractor's services at the rate equal to the compensation provided by AlixPartners to such Independent Contractor. Such charges are included herein as a reimbursable expense.

14.     On or about February 5, 2014, AlixPartners submitted its second monthly statement seeking allowance of compensation for services rendered in the amount of $308,412.50 and reimbursement of expenses in the amount of $35,784.90 for the period from December 1, 2014 through December 31, 2014.  The deadline to object to this fee statement has not passed.

15.     On January 22, 2015, AlixPartners filed its first supplemental declaration to address any increased billing rates for 2015 along with additional related party disclosures.

16.     During this Fee Period, AlixPartners provided complex and intricate services to the EFH Committee. All services for which compensation is requested by AlixPartners were performed for or on behalf of the EFH Committee.

17.     Services provided to the EFH Committee for the Fee Period more specifically included the following:

**A.  ENGAGEMENT PLANNING**

18.     During the Application Period, services performed in connection with this category relate to, work planning and coordination with the engagement team and other EFH Committee professionals. This limited amount of planning work helps ensure that all of the other work we perform for the EFH Committee is done so in an effective and efficient manner. AlixPartners seeks compensation for 41.2 hours of reasonable and necessary professional fees incurred for Engagement Planning during the Compensation Period in the total amount of $30,950.50

**B.  BUSINESS ANALYSIS**

19.     During the Application Period, services performed in connection with this category relate to detailed review and analysis of the various businesses of the Debtors to understand, monitor, and analyze the operations, structure, and potential impacts of various

restructuring scenarios. AlixPartners seeks compensation for 37.3 hours of reasonable and necessary professional fees incurred for Business Analysis during the Compensation Period in the total amount of $24,289.50.

### C.  CASH MANAGEMENT

20.    During the Application Period, services performed in connection with this category relate to review and analysis of the Debtors' liquidity position and forecasts and related Orders of the Court. AlixPartners seeks compensation for 49.9 hours of reasonable and necessary professional fees incurred for Cash Management during the Compensation Period in the total amount of $31,368.50.

### D.  CURRENT FINANCIALS

21.    During the Application Period, services performed in connection with this category relate to detailed review and analysis of monthly operating reports to monitor and assess the current operating performance of the Debtors and reporting findings to the EFH Committee. AlixPartners seeks compensation for 34.0 hours of reasonable and necessary professional fees incurred for Current Financials during the Compensation Period in the total amount of $21,395.00.

### E.  EMPLOYEE ISSUES

22.    During the Application Period, services performed in connection with this category relate to potential bonus payments, severance, pension and OPEB or other issues related to employee retention and compensation, in particular the 2015 Insider Executive Annual Incentive Plan; 2015 Key Leader Performance Program; 2015 Luminant Commercial Incentive Plan; and SPC LTIP that were the subject of the Debtors' motion heard by the Court on December 18, 2014. AlixPartners seeks compensation for 125.3 hours of reasonable and necessary professional fees incurred for Employee Issues in the total amount of $73,869.50.

11

**F. TAX ISSUES**

23.    During the Application Period, services performed in connection with this category relate to investigating and analyzing the Debtors' tax position, tax attributes (assets and liabilities) and other tax issues that impact recoveries to unsecured creditors and have implications on potential transactions associated with reorganization. AlixPartners seeks compensation for 10.0 hours of reasonable and necessary professional fees incurred for Tax Issues in the total amount of $9,652.50.

**G.    INTERCOMPANY ANALYSIS**

24.    During the Application Period, services performed in connection with this category relate to relationships and transactions between various Debtor entities and non-debtor related parties in connection with potential avoidance actions or other causes of action. Services performed included detailed review of historical intercompany transactions and balances; review of historical cash flows, and analysis of filed intercompany claims. AlixPartners seeks compensation for 41.4 hours of reasonable and necessary professional fees incurred for Intercompany Analysis in the total amount of $27,981.00

**H.    SHARED SERVICES**

25.    During the Application Period, services performed in connection with this category relate to review of the function of EFH Corporate Services Company; review and analysis of the allocation methods for corporate costs to the different operating entities and review and analysis of the historical cost levels and allocations of corporate costs. AlixPartners seeks compensation for 40.3 hours of reasonable and necessary professional fees incurred for Shared Services in the total amount of $22,269.50.

**I.    CLAIMS ANALYSIS**

26.    During the Application Period, services performed in connection with this category relate to review of the claims reconciliation process, the de minimis asset sale motion, and contract rejections/assumptions. AlixPartners seeks compensation for 15.5 hours of reasonable and necessary professional fees incurred for Claims Analysis in the total amount of $11,217.50.

## J.  RECOVERY ANALYSIS

27.    During the Application Period, services performed in connection with this category relate to review of potential recoveries to the unsecured creditors. AlixPartners seeks compensation for 4.2 hours of reasonable and necessary professional fees incurred for Recovery Analysis in the total amount of $3,358.00.

## K.  PLAN OF REORGANIZATION

28.    During the Application Period, services performed in connection with this category relate to analysis of potential Plan of Reorganization scenarios and the ramifications thereof, including discussion of positions of various other constituents in the case. AlixPartners seeks compensation for 8.3 hours of reasonable and necessary professional fees incurred for Plan of Reorganization in the total amount of $8,217.00.

## L.  MISCELLANEOUS MOTIONS

29.    During the Application Period, services performed in connection with this category relate to review and analysis of various miscellaneous court filings not attributable to a different work stream, including a settlement of property tax issues and with Sierra Club litigation. AlixPartners seeks compensation for 3.0 hours of reasonable and necessary professional fees incurred for Miscellaneous Motions in the total amount of $2,310.00.

## M.  POTENTIAL LITIGATION: OTHER

30.     During the Application Period, services performed in connection with this category relate to review of historical solvency and valuation issues as related to potential causes of action of different constituencies in these Chapter 11 cases. AlixPartners seeks compensation for 5.5 hours of reasonable and necessary professional fees incurred for Potential Litigation: Other in the total amount of $5,445.00.

### N.   HISTORICAL CASH FLOW ANALYSIS

31.     During the Application Period, services performed in connection with this category relate to reviewing subsidiary cash flows since the time of the Debtors' leverage buyout, in connection with potential causes of action of different constituencies in the cases. AlixPartners seeks compensation for 17.0 hours of reasonable and necessary professional fees incurred for Historical Cash Flow Analysis in the total amount of $12,155.00

### O.   POTENTIAL LITIGATION: SOLVENCY/VALUATION

32.     During the Application Period, services performed in connection with this category relate to review and analysis of documents related to solvency and potential valuation of TCEH and its subsidiaries in connection with potential causes of action of different constituencies in these cases. AlixPartners seeks compensation for 38.5 hours of reasonable and necessary professional fees incurred for Potential Litigation: Solvency/Valuation in the total amount of $27,857.50

### P.   UCC MEETINGS

33.     During the Application Period, services performed in connection with this category relate to preparing for and attending telephonic and in-person meetings with the EFH Committee. AlixPartners' participation in these meeting was important because we shared information and advice based on the work we performed for the EFH Committee gained the insights of work performed by other EFH Committee professionals, and participated in

14

strategic discussions with the EFH Committee. AlixPartners seeks compensation for 47.4 hours of reasonable and necessary professional fees incurred for participation in EFH Committee Meetings in the total amount of $36,628.50.

### Q. FEE APPLICATIONS AND RETENTION

34.     During the Application Period, services performed in connection with this category relate to preparation and review of various documents and schedules to facilitate retentions and fee applications. AlixPartners seeks compensation for 12.9 hours of reasonable and necessary professional fees incurred for Fee Applications and Retention in the total amount of $11,326.00.

### R. NON-WORKING TRAVEL

35.     During the Application Period, services performed in connection with this category relate to travel to and from meetings related to these Chapter 11 cases during which AlixPartners professionals were not conducting otherwise chargeable work. AlixPartners seeks compensation for 57.4 hours of reasonable and necessary professional fees incurred for Non-Working Travel in the total amount of $37,636.00 and is only seeking compensation for 50% of this amount, or $18,818.00.

### STATEMENT OF ALIXPARTNERS

36.     The foregoing professional services performed by AlixPartners were appropriate and necessary to the effective administration of these Chapter 11 Cases. They were in the best interests of creditors, the Debtors' estates, and other parties-in-interest. Compensation for the foregoing services as requested is commensurate with the complexity, importance, and nature of the issues involved. Professional services rendered by AlixPartners were performed in an appropriately expeditious and efficient manner. In addition,

AlixPartners has made every effort to minimize its disbursements in these Chapter 11 Cases. The actual expenses incurred in providing professional services were necessary, reasonable, and justified under the circumstances to serve the needs of the EFH Committee.

## THE REQUESTED COMPENSATION SHOULD BE ALLOWED

37.    The services for which AlixPartners seeks compensation in this Application were, at the time rendered, necessary for, beneficial to, and in the best interests of, the EFH Committee and the Debtors' estates. During the Compensation Period, AlixPartners worked diligently to maximize the value of the Debtors' estates for the benefit of all unsecured creditors. The services rendered by AlixPartners were consistently performed in a timely manner commensurate with the complexity, importance, and nature of the issues involved. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by AlixPartners is fair and reasonable given (a) the complexity of these Chapter 11 Cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services.

## RELIEF REQUESTED

38.    At the time of this Application, AlixPartners has not received any payments on account of the Monthly Fee Statements. Therefore, and pursuant to the Administrative Order, AlixPartners is hereby requesting payment of 100% of its fees earned of $379,108.50 and 100% of its expenses incurred of $36,146.71 for a total of $415,255.21.[6] In accordance with the Administrative Order, notice of this Fee Application has been given to the Notice Parties identified in paragraph 2 (a) of the Administrative Order. Because of the nature of the relief requested, the EFH Committee submits that such notice is sufficient and that no further notice of the relief requested in the Fee Application need be provided.

---

[6]        The fees and expenses of AlixPartners are for the benefit of the EFH Committee and not the direct benefit of any Debtor and, accordingly, no allocation is proposed at this time by AlixPartners.

**NO PRIOR REQUEST**

39.    No prior application for the relief requested herein has been made to this or any other Court.

**RESERVATION OF RIGHTS AND NOTICE**

40.    Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Interim  Fee Statement due to delays caused by accounting and processing during the Fee Period. AlixPartners reserves the right to make further application to this Court for allowance of such fees and expenses not included herein.


WHEREFORE, AlixPartners respectfully requests (i) that this Court enter an order awarding payment of 100% of compensation for professional services rendered in the amount of $379,108.50 and reimbursement for expenses incurred in the amount of $36,146.71 during the Fee Period, for a total of $415,255.21, (ii) that this Court authorize payment of the 100% fees and expenses for the Fee Period and (iii) that this Court grant AlixPartners such other and further relief as is just.


Dated:  February 17, 2015          ALIXPARTNERS, LLP

                    /s/ Alan D. Holtz
                    Alan D. Holtz
                    Managing Director
                    40 W. 57th Street
                    New York, NY 10019