## **EXHIBIT A**

**Assumption Schedule**

RLF1 11528800v.1

**Exhibit A**

| Ref. # | Details of Contract(s) to be Assumed | | Assumption Counterparty Information | | Cure Amount | Details of Material Amendments | Assumption Date |
|---|---|---|---|---|---|---|---|
| | Debtor(s) | Description of Contract/Lease | Contract Counterparty | Address | | | |
| 1 | Luminant Mining Company LLC<br>Luminant Big Brown Mining Company LLC<br>Oak Grove Management Company LLC | Standard Blanket for Serviced for Mining Heavy Equipment C0655043C dated April 16, 2010 and subsequent amendments | Warfab Inc. | 350 Joy Lane<br>Hallsville TV 75650<br>Attention: Charles Mikel | $ 1,117,988.37 | * Counterparty to materially reduce claim amount<br>* Multi-year contract extension with significant rate concessions | Upon entry of the Assumption Order |
| 2 | Luminant Generation Company LLC<br>Oak Grove Management Company LLC<br>Sandow Power Company LLC | Assigned Task Agreement for Machining Services No. S0551203C dated September 10, 2007 and subsequent amendments | Warfab Field Machining & Erection Corp. | 350 Joy Lane<br>Hallsville TV 75650<br>Attention: Charles Mikel | $ 82,618.07 | * Counterparty to materially reduce claim amount<br>* Multi-year contract extension with significant rate concessions | Upon entry of the Assumption Order |
| | | | | Warfab Subtotal | $ 1,200,606.44 | | |
| 3 | Luminant Mining Company LLC | Contract for sale dated August 30, 2012 in relation to Area 361, Tract 1217A (Virginia P. Howser) | Virginia P. Howser | 406 Twilight Court<br>Longview TX 75604 | 5.13 acres of land (approx. $2,565.00) | None | Upon entry of the Assumption Order |