# SIGN-IN SHEET

**CASE NAME:** EFH
**CASE NO:** 14-10979
**COURTROOM LOCATION:** 6
**DATE:** 2/18/15 at 11:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Brady Williamson | Godfrey & Kahn | EF Fee Committee |
| Richard Gitlin | Gitlin & Co | EF - Chairman / Fee Committee |
| Cara Lourish | Kleh Harrison | UMB Bank, N.A., Indenture Trustee |
| R. Stephen McNeill | Potter Anderson + Corroon | Indenture Bank New York |
| Jason M. Madron | Richard Layton + Finger | EFH |
| Aaron Baker | Phillips Goldman & Spence | Fee Committee |
| Richard L. Schepacarter | US Trustee | US Trustee |
| Jatin Edelson | Polsinelli | TCEH Committee |
| Esko R. Blensa | Polsinelli; Shay Zuck1 Ette | Indenture Trustee - 2nd Lien (Vitus) |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# Court Conference

## U.S. Bankruptcy Court-Delaware (DE - US)
## Confirmed Telephonic Appearance Schedule
## Honorable Christopher S. Sontchi
### #6

Calendar Date: 02/18/2015
Calendar Time: 11:00 AM ET

Amended Calendar 02/18/2015 06:29 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 13-10979 | Hearing | 6750635 | Jeremy Matican | (212) 822-7526 | Evercore Group, LLC | Interested Party, Evercore Group, LLC / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6751783 | Caitlin Barr | (312) 558-5600 | Winston & Strawn LLP | Interested Party, CenterPoint Energy Resources Corp. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6750221 | Iskender Catto | (212) 547-5400 | McDermott Will & Emery LLP | Interested Party, McDermott Will & Emery LLP / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6751894 | Mark A. Cody | (312) 269-4392 | Jones Day | Interested Party, Jones Day / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6751756 | ~~Jeremy Coffey~~ Jonathan Marshall | (617) 856-8595 | Brown Rudnick LLP | Interested Party, Wilmington Savings Fund Society, FSB / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6751734 | Kent Collier | 212-588-8890 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6752292 | Harrison Denman | (212) 819-2567 | White & Case LLP | Creditor, TCEH Unsecured Noteholders / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6751705 | Stacey Dore | (212) 446-6411 | Energy Future Holdings Corp. | Interested Party, Energy Future Holdings Corp. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6754334 | Moshe Fink | (212) 542-4736 ext. 00 | Kasowitz Benson Torres & Friedman | Interested Party, Kasowitz Benson Torres & Friedman / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6753378 | Beret Flom | (212) 408-5239 | Chadbourne & Parke LLP | Interested Party, Chadbourne & Parke LLP |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6751874 | ~~Chelsea Garrison~~ Catherine Eisenhuts | (202) 887-4561 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, NextEra Energy / Akin Gump Strauss Hauer & Feld LLP / LISTEN ONLY |

Peggy Drasal ext. 802

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6751916 | Mark F. Hebbeln | (312) 832-4394 | Foley & Lardner, LLP | Creditor, UMB Bank N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6751922 | Harold Kaplan | (312) 832-4393 | Foley & Lardner LLP | Creditor, UMB Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6752713 | Michele F. Kyrouz | (415) 391-8900 | Watershed Asset Management, LLC | Interested Party, Watershed Asset Management, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6752621 | Catherine LoTempio | (212) 574-1632 | Seward & Kissel LLP | Creditor, Wilmington Trust N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6752986 | Andrea B. Schwartz | (302) 573-6491 | Office of the United States Trustee | Interested Party, Office of the United States Trustee / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6749816 | Ryan A. Wagner | 212-547-5790 | McDermott Will & Emery LLP | Interested Party, McDermott Will & Emery LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6725441 | Brady C. Williamson | 608-284-2642 | Godfrey & Kahn, S. C. | Interested Party, Godfrey & Kahn, S.C. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6751703 | Aparna Yenamandra | (212) 446-4800 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (14-5079 7) | Hearing | 6752014 | Ned S. Schodek | (212) 848-7052 | Shearman & Sterling LLP | Interested Party, Deutsche Bank / LIVE |

Nic Kaluk

CourtConfCal2012    Page 3 of 4