Jesus A Moreno     claim #2730
10203 Fonville dr
Houston tx 77075

TO: United States Bankrupcy
Courts
824 North Market Street,
3rd Floor, Wilmington Delaware 19801

This is in response for my objection for the law suit, to energy Future Holdings or TxU who is actually the Company who I believe is making elegal bussines enrolling costumers in average billing. I Felt all these utilities companies take advantage of the need and make big profits during the whole year througout the country. I just want to express the way I Feel about these companies taking advantage of this service because it is a big need. But as long as they contribute for politacal campains They can do as they want. I don't have any proof because I did not kept a record, all I know TxU was even still robing from me just months ago and The Kno that

Cincerelly Jesus A Moreno