## **Exhibit A**

**Prior Statements, Applications and Allowances**

| **Filing, Date Filed, ECF** | **Period Covered** | **Total Fees (100%)** | **Requested** | | **Approved** | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | **Fees** | **Expenses** | **Fees** | **Expenses** |
| First Monthly Feb. 10, 2015 ECF 3505 | Dec. 11-31, 2014 | $150,000 | $120,000 (80%) | $1,805.69 | - | - |
| **Total** | | **$150,000** | **$120,000** | **$1,805.69** | | |

**Payments by Date**

None to date