**<u>Exhibit C</u>**

**Hours Expended by Subject Matter**

| | |
|---|---|
| Board/Director Communications | 13.8 |
| Intercompany Claims | 0.3 |
| Tax Issues | 0.5 |
| Plan Development | 1.8 |
| Sales Process | 114.8 |
| Retention/Fee Applications | 8.8 |
| General Case Matters/Other | 19.1 |
| **Total** | **159.1** |