**<u>Exhibit D</u>**

**Expenses by Category**

| | |
|---|---:|
| Meals | $18.31 |
| Photocopies | $28.91 |
| Research | 1,758.47 |
| **Total** | **$1,805.69** |