## EXHIBIT E--DETAIL OF HOURS EXPENDED

| TIMEKEEPER | TITLE | DATE | HOURS | SPECIFIC CODE | DESCRIPTION |
|---|---|---|---|---|---|
| Goldin, Harrison J. | Sr. Managing Director | 12/10/14 | 1.0 | 09 Retention/Fee | Discuss engagement with D. Prager;  call with R. Levin |
| Goldin, Harrison J. | Sr. Managing Director | 12/16/14 | 3.0 | 05 Sales Process | Meeting with Evercore re: sales process |
| **Goldin, Harrison J. Total** | | | **4.0** | | |

## EXHIBIT E--DETAIL OF HOURS EXPENDED

| TIMEKEEPER | TITLE | DATE | HOURS | SPECIFIC CODE | DESCRIPTION |
|---|---|---|---|---|---|
| Prager, David | Managing Director | 12/10/14 | 1.0 | 09 Retention/Fee Application | Discuss engagement with J. Goldin; call with R. Levin |
| Prager, David | Managing Director | 12/11/14 | 2.0 | 09 Retention/Fee Application | Staffing issues; review and comment on engagement letter |
| Prager, David | Managing Director | 12/12/14 | 1.0 | 05 Sales Process | Team briefing on case, sales process |
| Prager, David | Managing Director | 12/15/14 | 1.0 | 05 Sales Process | Team briefing on case and bid procedures |
| Prager, David | Managing Director | 12/16/14 | 0.8 | 05 Sales Process | Team meeting with J. Goldin on case and bid procedures |
| Prager, David | Managing Director | 12/16/14 | 3.0 | 05 Sales Process | Attend initial diligence meeting with Evercore re: sales process |
| Prager, David | Managing Director | 12/16/14 | 1.0 | 09 Retention/Fee Application | Engagment/fee discussion with J. Goldin; review of comments on engagement letter |
| Prager, David | Managing Director | 12/17/14 | 1.5 | 05 Sales Process | Review of bid procedures and conflicts matters |
| Prager, David | Managing Director | 12/17/14 | 1.0 | 09 Retention/Fee Application | Engagment/fee discussion with J. Goldin; call with C. Cremens re: same |
| Prager, David | Managing Director | 12/18/14 | 0.8 | 09 Retention/Fee Application | Call with C. Cremens re: engagment terms; review of retention papers |
| Prager, David | Managing Director | 12/19/14 | 1.0 | 10 General Case Matters/Other | Call with R. Levin re: initial tasks; prepare workplan |
| Prager, David | Managing Director | 12/21/14 | 1.0 | 09 Retention/Fee Application | Review and comment on retention papers and declaration |
| Prager, David | Managing Director | 12/22/14 | 0.5 | 01 Board/Director Communications | Call with C. Cremens re: initial tasks |
| Prager, David | Managing Director | 12/22/14 | 0.5 | 05 Sales Process | Prepare information and meeting request for Evercore re: sales process |
| Prager, David | Managing Director | 12/22/14 | 0.5 | 09 Retention/Fee Application | Review and comment on retention papers and declaration |
| Prager, David | Managing Director | 12/24/14 | 0.5 | 09 Retention/Fee Application | Review and comment on retention papers and declaration |
| Prager, David | Managing Director | 12/29/14 | 0.3 | 05 Sales Process | Correspondence re: bid diligence |
| Prager, David | Managing Director | 12/30/14 | 0.5 | 01 Board/Director Communications | Correspondence with C. Cremens and EFIH corporate secretaries office re: board calls and presentations |
| Prager, David | Managing Director | 12/30/14 | 3.5 | 05 Sales Process | Meeting with Evercore re: bid process and makewhole calculations |
| Prager, David | Managing Director | 12/30/14 | 1.0 | 05 Sales Process | Discuss bid process and board reporting with P. Hejsek |
| Prager, David | Managing Director | 12/31/14 | 0.5 | 01 Board/Director Communications | Provide bios and other information to corporate secretary |
| Prager, David | Managing Director | 12/31/14 | 1.0 | 05 Sales Process | Discuss case and bid procedures research and presentation with P. Hejsek |
| **Prager, David Total** | | | **23.9** | | |

## EXHIBIT E--DETAIL OF HOURS EXPENDED

| TIMEKEEPER | TITLE | DATE | HOURS | SPECIFIC CODE | DESCRIPTION |
|---|---|---|---|---|---|
| Bhavaraju, Karthik | Director | 12/12/14 | 2.8 | 05 Sales Process | Review EFH information in preparation for meeting with debtor's financial advisor re: sales process |
| Bhavaraju, Karthik | Director | 12/12/14 | 1.0 | 05 Sales Process | Meeting with D. Prager, D. Praga and P. Hejsek to review EFH sales issues and status |
| Bhavaraju, Karthik | Director | 12/15/14 | 0.5 | 03 Tax Issues | Review typical tax free spinoff transaction terms |
| Bhavaraju, Karthik | Director | 12/15/14 | 1.0 | 05 Sales Process | Meeting with D. Prager, P. Hejsek and D. Praga to discuss list of issues for discussion with Evercore |
| Bhavaraju, Karthik | Director | 12/15/14 | 1.5 | 05 Sales Process | Review documents and presentations including those related to sale process in preparation for meeting with Evercore |
| Bhavaraju, Karthik | Director | 12/15/14 | 0.4 | 05 Sales Process | Discuss sale process with P. Hejsek |
| Bhavaraju, Karthik | Director | 12/15/14 | 1.0 | 05 Sales Process | Prepare updates to list of issues for discussion with Evercore |
| Bhavaraju, Karthik | Director | 12/16/14 | 3.0 | 05 Sales Process | EFIH kick off meeting with Evercore, J. Goldin, D. Prager, P. Hejsek and D. Praga |
| Bhavaraju, Karthik | Director | 12/16/14 | 1.5 | 05 Sales Process | Review industry research and related information in preparation for meeting with Evercore re: sales process |
| Bhavaraju, Karthik | Director | 12/16/14 | 1.5 | 05 Sales Process | Review research from Barclays about utility industry and dynamics |
| Bhavaraju, Karthik | Director | 12/16/14 | 1.4 | 05 Sales Process | Research various M&A alternatives and related tax impacts being considered in Oncor |
| Bhavaraju, Karthik | Director | 12/16/14 | 1.1 | 10 General Case Matters/Other | Review first day motion in preparation for meeting with Evercore |
| Bhavaraju, Karthik | Director | 12/17/14 | 0.6 | 05 Sales Process | Review Evercore discussion materials for discussion with D. Prager |
| Bhavaraju, Karthik | Director | 12/17/14 | 0.6 | 05 Sales Process | Discuss comparables companies analysis information with P. Hejsek |
| Bhavaraju, Karthik | Director | 12/17/14 | 1.5 | 05 Sales Process | Review comparable companies analysis information prepared by P. Hejsek |
| Bhavaraju, Karthik | Director | 12/17/14 | 0.7 | 10 General Case Matters/Other | Review case summary materials prepared for EFIH |
| Bhavaraju, Karthik | Director | 12/19/14 | 0.3 | 02 Intercompany Claims | Analyze information received from R. Levin including intercompany claims lists |
| Bhavaraju, Karthik | Director | 12/19/14 | 0.5 | 05 Sales Process | Research potential financial buyers for Oncor based on largest infrastructure investors |
| Bhavaraju, Karthik | Director | 12/19/14 | 1.6 | 05 Sales Process | Analyze industry research related to transactions in the power and utility space |
| Bhavaraju, Karthik | Director | 12/19/14 | 0.7 | 05 Sales Process | Discuss transaction comparables analysis with D. Praga |
| Bhavaraju, Karthik | Director | 12/19/14 | 1.3 | 05 Sales Process | Research intrastate gas distribution companies for assessment of transaction comparables in the space |
| Bhavaraju, Karthik | Director | 12/19/14 | 0.7 | 05 Sales Process | Research potential Bloomberg indices for investment grade utilities bond spreads |
| Bhavaraju, Karthik | Director | 12/19/14 | 1.3 | 05 Sales Process | Research comparable companies analysis prepared by Evercore in comparison to Goldin list |
| Bhavaraju, Karthik | Director | 12/19/14 | 1.0 | 05 Sales Process | Review revised bid procedures drafts |
| Bhavaraju, Karthik | Director | 12/22/14 | 1.3 | 05 Sales Process | Research industry for information about the power and utility industry |
| Bhavaraju, Karthik | Director | 12/22/14 | 2.3 | 05 Sales Process | Review & comment on transaction comparables draft information prepared by D. Praga |
| Bhavaraju, Karthik | Director | 12/22/14 | 1.3 | 05 Sales Process | Research natural gas distribution companies for possible inclusion as transaction comparables for Oncor |

## EXHIBIT E--DETAIL OF HOURS EXPENDED

| TIMEKEEPER | TITLE | DATE | HOURS | SPECIFIC CODE | DESCRIPTION |
|---|---|---|---|---|---|
| Bhavaraju, Karthik | Director | 12/22/14 | 1.0 | 10 General Case Matters/Other | Review certain first day affidavits in EFH bankruptcy as background information for case |
| Bhavaraju, Karthik | Director | 12/23/14 | 2.4 | 01 Board/Director Communications | Prepare draft make whole calculations for EFIH first lien notes in preparation of meeting with Evercore per request of C Cremins |
| Bhavaraju, Karthik | Director | 12/23/14 | 1.0 | 01 Board/Director Communications | Review information respecting impact of make whole scenarios on the EFIH capital structure claims |
| Bhavaraju, Karthik | Director | 12/23/14 | 2.6 | 01 Board/Director Communications | Gather indenture for the EFIH capital structure in order to assess make whole terms |
| Bhavaraju, Karthik | Director | 12/23/14 | 0.6 | 05 Sales Process | Review areas of focus for review of Evercore discussion materials with D. Praga |
| Bhavaraju, Karthik | Director | 12/23/14 | 1.2 | 05 Sales Process | Review and verify Evercore presentation materials for information with information from Bloomberg |
| Bhavaraju, Karthik | Director | 12/23/14 | 0.5 | 05 Sales Process | Discuss sales process and comps with D. Praga |
| Bhavaraju, Karthik | Director | 12/30/14 | 0.3 | 05 Sales Process | Conference call with P. Hejsek to discuss information received from Evercore |
| Bhavaraju, Karthik | Director | 12/30/14 | 2.6 | 05 Sales Process | Conference call with D. Prager, P. Hejsek, and B. Hiltz, J. Matican of Evercore |
| Bhavaraju, Karthik | Director | 12/31/14 | 1.5 | 01 Board/Director Communications | Conference call with N. Patel of Evercore to review makewhole calculations |
| Bhavaraju, Karthik | Director | 12/31/14 | 2.5 | 01 Board/Director Communications | Review information backup for makewhole calculations from Evercore |

**Bhavaraju, Karthik Total**   **48.6**

**EXHIBIT E--DETAIL OF HOURS EXPENDED**

| TIMEKEEPER | TITLE | DATE | HOURS | SPECIFIC CODE | DESCRIPTION |
|---|---|---|---|---|---|
| Hejsek, Pavel | Sr. Analyst | 12/12/14 | 1.0 | 10 General Case Matters/Other | Discuss case with D. Prager, K. Bhavaraju and D. Praga |
| Hejsek, Pavel | Sr. Analyst | 12/15/14 | 2.3 | 05 Sales Process | Reviewed E-side updates, bid procedures and related filings |
| Hejsek, Pavel | Sr. Analyst | 12/15/14 | 0.4 | 05 Sales Process | Discuss sales process with K. Bhavaraju |
| Hejsek, Pavel | Sr. Analyst | 12/15/14 | 0.9 | 10 General Case Matters/Other | E-side research |
| Hejsek, Pavel | Sr. Analyst | 12/15/14 | 1.6 | 10 General Case Matters/Other | Internal kick-off meeting |
| Hejsek, Pavel | Sr. Analyst | 12/16/14 | 1.8 | 04 Plan Development | Research related to contemplated tax structures |
| Hejsek, Pavel | Sr. Analyst | 12/16/14 | 0.9 | 05 Sales Process | Research related to Oncor bid procedures |
| Hejsek, Pavel | Sr. Analyst | 12/16/14 | 1.6 | 05 Sales Process | Historical public comparables analysis |
| Hejsek, Pavel | Sr. Analyst | 12/16/14 | 3.6 | 05 Sales Process | Kick-off meeting with Evercore |
| Hejsek, Pavel | Sr. Analyst | 12/16/14 | 0.6 | 05 Sales Process | Discuss sales process with K. Bhavaraju |
| Hejsek, Pavel | Sr. Analyst | 12/17/14 | 1.4 | 05 Sales Process | Historical public comparables analysis |
| Hejsek, Pavel | Sr. Analyst | 12/29/14 | 0.8 | 05 Sales Process | Analyzed Evercore's selection of bidders |
| Hejsek, Pavel | Sr. Analyst | 12/29/14 | 0.9 | 05 Sales Process | Analyzed Evercore's public comparables |
| Hejsek, Pavel | Sr. Analyst | 12/29/14 | 1.2 | 05 Sales Process | Analyzed Evercore's discussion materials dated 12/16/2014 |
| Hejsek, Pavel | Sr. Analyst | 12/30/14 | 1.0 | 05 Sales Process | Met with D. Prager to discuss the sales process presentation |
| Hejsek, Pavel | Sr. Analyst | 12/30/14 | 3.5 | 05 Sales Process | Follow-up meeting with Evercore team to discuss the sales process and makewhole calculations |
| Hejsek, Pavel | Sr. Analyst | 12/30/14 | 0.6 | 05 Sales Process | Analyzed Evercore's selection of bidders |
| Hejsek, Pavel | Sr. Analyst | 12/31/14 | 0.5 | 01 Board/Director Communications | Reviewed the makewhole calculation model |
| Hejsek, Pavel | Sr. Analyst | 12/31/14 | 0.5 | 01 Board/Director Communications | Call with Evercore regarding the makewhole calculation model |
| Hejsek, Pavel | Sr. Analyst | 12/31/14 | 0.9 | 01 Board/Director Communications | Reviewed the makewhole calculation model |
| Hejsek, Pavel | Sr. Analyst | 12/31/14 | 3.7 | 05 Sales Process | Sales process presentation |
| **Hejsek, Pavel Total** | | | **29.7** | | |

## EXHIBIT E--DETAIL OF HOURS EXPENDED

| TIMEKEEPER | TITLE | DATE | HOURS | SPECIFIC CODE | DESCRIPTION |
|---|---|---|---|---|---|
| Praga, Deborah | Analyst | 12/9/14 | 0.7 | 05 Sales Process | Discuss transaction comps with K. Bhavaraju |
| Praga, Deborah | Analyst | 12/12/14 | 1.0 | 10 General Case Matters/Other | Reviewing first day affidavit |
| Praga, Deborah | Analyst | 12/12/14 | 1.0 | 10 General Case Matters/Other | Meeting with D. Prager, K. Bhavaraju and P. Hejsek regarding new engagement |
| Praga, Deborah | Analyst | 12/14/14 | 3.5 | 10 General Case Matters/Other | Reviewing first day affidavit |
| Praga, Deborah | Analyst | 12/15/14 | 4.0 | 10 General Case Matters/Other | Analyzing EFIH chapter 11 documents |
| Praga, Deborah | Analyst | 12/15/14 | 1.0 | 10 General Case Matters/Other | Meeting with D. Prager, K. Bhavaraju, P. Hejsek re: bid procedures |
| Praga, Deborah | Analyst | 12/16/14 | 3.0 | 05 Sales Process | Meeting at Evercore re: sales process |
| Praga, Deborah | Analyst | 12/16/14 | 1.0 | 05 Sales Process | Internal meeting with J. Goldin, D. Prager, K. Bhavaraju, P. Hejsek |
| Praga, Deborah | Analyst | 12/17/14 | 1.0 | 10 General Case Matters/Other | Analyzing relevant chapter 11 documents |
| Praga, Deborah | Analyst | 12/19/14 | 0.8 | 05 Sales Process | Meetings with K. Bhavaraju regarding transaction comp set |
| Praga, Deborah | Analyst | 12/19/14 | 1.5 | 05 Sales Process | T&D industry research |
| Praga, Deborah | Analyst | 12/19/14 | 0.8 | 05 Sales Process | Comparable company analysis |
| Praga, Deborah | Analyst | 12/19/14 | 2.5 | 05 Sales Process | Transaction comp analysis |
| Praga, Deborah | Analyst | 12/21/14 | 3.0 | 05 Sales Process | Transaction comp analysis |
| Praga, Deborah | Analyst | 12/22/14 | 7.0 | 05 Sales Process | Transaction comparable analysis |
| Praga, Deborah | Analyst | 12/23/14 | 0.4 | 01 Board/Director Communications | Review of internal make-whole calculation schedule |
| Praga, Deborah | Analyst | 12/23/14 | 1.0 | 05 Sales Process | Analyzing Evercore industry bond spread chart |
| Praga, Deborah | Analyst | 12/23/14 | 0.5 | 05 Sales Process | Meetings with K. Bhavaraju regarding transaction comp set and next steps re: sales process |
| Praga, Deborah | Analyst | 12/23/14 | 4.8 | 05 Sales Process | Transaction comparable analysis |
| Praga, Deborah | Analyst | 12/24/14 | 4.5 | 05 Sales Process | Transaction comparable analysis |
| Praga, Deborah | Analyst | 12/26/14 | 4.5 | 05 Sales Process | Transaction comparable analysis |
| Praga, Deborah | Analyst | 12/29/14 | 2.5 | 05 Sales Process | Transaction comparables table |
| Praga, Deborah | Analyst | 12/29/14 | 0.3 | 10 General Case Matters/Other | Meeting with P. Hejsek to discuss open items |
| Praga, Deborah | Analyst | 12/30/14 | 2.6 | 05 Sales Process | Call with Evercore, D. Prager, K. Bhavaraju and P. Hejsek re: sales process review |
| **Praga, Deborah Total** | | | **52.9** | | |
| **Grand Total** | | | **159.1** | | |