# EXHIBIT F--DETAIL OF EXPENSES INCURRED

| DATE | NAME OF TIMEKEEPER WHO INCURRED EXPENSE | EXPENSE CATEGORY | UNIT COST | # OF UNITS | TOTAL | EXPENSE DESCRIPTION |
|---|---|---|---|---|---|---|
| 12/30/14 | Hejsek, Pavel | Meals | | | 18.31 | SeamlessWeb Inv # 1958591 - Working dinner - Ref #1034164417 - P. Hejsek |
| 12/31/14 | | Office Supplies | 0.07 | 413 | 28.91 | Photocopies - December 11th through December 31st - 413 pages at .07 per page |
| 12/31/14 | | Research | | | 1,758.47 | Capital IQ - Allocated share of discounted monthly subscription; retail rate would equal $4843.38 (Dec 11-31) |
| **Total** | | | | | **1,805.69** | |