**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 3062, 3222, 3224, 3230, 3272, 3283** |
| | ) |
| | ) **Hearing Date: March 30, 2015 at 11:00 a.m.** |

**NOTICE OF FURTHER HEARING IN CONNECTION WITH
"APPLICATION OF ENERGY FUTURE COMPETITIVE HOLDINGS
COMPANY LLC AND TEXAS COMPETITIVE ELECTRIC HOLDINGS
COMPANY LLC FOR ENTRY OF AN ORDER AUTHORIZING THEM TO
RETAIN AND EMPLOY GREENHILL & CO., LLC AS INDEPENDENT
FINANCIAL ADVISOR EFFECTIVE *NUNC PRO TUNC* TO NOVEMBER 17, 2014"
[D.I. 3062] SOLELY TO CONSIDER APPROVAL OF TRANSACTION FEE**

PLEASE TAKE NOTICE that, on December 17, 2014, Energy Future Competitive Holdings Company LLC ("EFCH") and Texas Competitive Electric Holdings Company LLC ("TCEH" and together with EFCH and their debtor subsidiaries, the "TCEH Debtors"), certain of the above-captioned debtors and debtors in possession, filed the *Application of Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC for Entry of an Order Authorizing them to Retain and Employ Greenhill & Co., LLC as Independent Financial Advisor Effective Nunc Pro Tunc to November 17, 2014* [D.I. 3062] (the "Application") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). Pursuant to

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

the Application, the TCEH Debtors are seeking entry of an order authorizing them to retain and employ Greenhill & Co., LLC ("Greenhill") as their independent financial advisor effective *nunc pro tunc* to November 17, 2014, under the supervision of Hugh E. Sawyer, the independent board member of the TCEH Debtors (the "TCEH Debtors' Disinterested Manager"), in connection with "Conflict Matters," as defined in and pursuant to the authority delegated to the TCEH Debtors' Disinterested Manager in the respective resolutions of the EFCH and TCEH Board of Managers dated November 7, 2014 and December 9, 2014 attached to the Application as Exhibit B thereto, including the determination by the TCEH Debtors' Disinterested Manager of whether any matter constitutes a "Conflict Matter".

PLEASE TAKE FURTHER NOTICE that, pursuant to the *Notice of "Application of Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC for Entry of an Order Authorizing them to Retain and Employ Greenhill & Co., LLC as Independent Financial Advisor Effective Nunc Pro Tunc to November 17, 2014" and Hearing Thereon* filed and served contemporaneously with the Application, objections to the Application, if any, were to be filed no later than 4:00 p.m. (Eastern Standard Time) on December 31, 2014 (the "Objection Deadline"[2]) and an initial hearing to consider approval of the Application took place on January 13, 2015 at 9:30 a.m. (Eastern Standard Time).  **The Objection Deadline has now expired for all parties-in-interest and nothing in this notice in any way extends, modifies or otherwise affects the Objection Deadline.**

PLEASE TAKE FURTHER NOTICE that, in support of the Application, the TCEH Debtors filed the *Declaration of Bradley A. Robins in Support of Application for Entry of an Order Authorizing the Retention and Employment of Greenhill & Co., LLC as Independent*

---

[2] The Objection Deadline was extended for the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") and the TCEH Committee (as defined below) only to January 9, 2015.

*Financial Advisor to Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC Effective Nunc Pro Tunc to November 17, 2014*, which was filed as Exhibit C to the Application.

PLEASE TAKE FURTHER NOTICE that, on January 9, 2015, the TCEH Debtors filed the *First Supplemental Declaration of Bradley A. Robbins in Support of Application for Entry of an Order Authorizing the Retention and Employment of Greenhill & Co., LLC as Independent Financial Advisor to Debtors and Debtors in Possession Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC Effective Nunc Pro Tunc to November 17, 2014* [D.I. 3224] in further connection with, and in support of, the Application.

PLEASE TAKE FURTHER NOTICE that, on January 9, 2015, the Official Committee of Unsecured Creditors of Energy Future Competitive Holdings Company LLC ("EFCH"), EFCH's direct subsidiary, Texas Competitive Electric Holdings Company LLC and their direct and indirect subsidiaries, and EFH Corporate Services Company (the "TCEH Committee") filed the *Objection of Official Committee of TCEH Unsecured Creditors to Application of Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC for Entry of an Order Authorizing Them to Retain and Employ Greenhill & Co., LLC as Independent Financial Advisor Effective Nunc Pro Tunc to November 17, 2014* [D.I. 3222] (the "Limited Objection") in response to the Application.  Thereafter, on January 10, 2015, the ad hoc group of TCEH unsecured noteholders filed the *Joinder of the Ad Hoc Group of TCEH Unsecured Noteholders to the Objection of Official Committee of TCEH Unsecured Creditors to Application of Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC for Entry of an Order Authorizing Them to Retain and Employ Greenhill & Co., LLC as Independent Financial Advisor Effective Nunc Pro Tunc to November*

*17, 2014* [D.I. 3230] in support of the Limited Objection and in response to the Application. On January 12, 2015, the U.S. Trustee also filed a statement in connection with the Application. See D.I. 3272.[3]

PLEASE TAKE FURTHER NOTICE that, following a hearing to consider the Application and any pending responses or objections thereto, on January 13, 2015, the Bankruptcy Court entered its *Order Authorizing Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC to Retain and Employ Greenhill & Co. as Independent Financial Advisor Effective Nunc Pro Tunc to November 17, 2014* [D.I. 3283] (the "Retention Order").

PLEASE TAKE FURTHER NOTICE that, pursuant to the Retention Order, the Bankruptcy Court authorized and approved the retention of Greenhill as the independent financial advisor to the TCEH Debtors effective *nunc pro tunc* to November 17, 2014, provided, however, that the Retention Order provided that:

> [w]ithout prejudice to any party, the Application, solely with respect to approval of Greenhill's Transaction Fee, is deferred to a future hearing date determined by the TCEH Debtors and for which notice of not less than ten (10) business days shall be provided to all parties in interest and any determination related thereto shall be subject to a subsequent determination by and order of this Court.

See Retention Order at ¶ 7.

PLEASE TAKE FURTHER NOTICE that, consistent with the terms of the Retention Order, the TCEH Debtors hereby provide notice that a further hearing in connection with the Application solely to consider approval of the Transaction Fee (as such term is defined in the Application) will be held before The Honorable Christopher S. Sontchi at the Bankruptcy Court,

---

[3] The TCEH Debtors and Greenhill hereby expressly reserve all rights with respect to all objections filed, including with respect to timeliness.

824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **March 30, 2015 starting at 11:00 a.m. (Eastern Daylight Time).**

| | |
|---|---|
| Dated:  February 18, 2015<br>Wilmington, Delaware | */s/ David P. Primack*<br>**MCELROY, DEUTSCH, MULVANEY<br> & CARPENTER, LLP**<br>David P. Primack (No. 4449)<br>300 Delaware Avenue, Suite 770<br>Wilmington, Delaware 19801<br>Telephone:    (302) 300-4515<br>Facsimile:    (302) 654-4031<br>Email:    dprimack@mdmc-law.com<br><br>-and-<br><br>**MUNGER, TOLLES & OLSON LLP**<br>Todd J. Rosen<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, CA  90071<br>Telephone:    (213) 683-9100<br>Facsimile:    (213) 683-4022<br>Email:    Todd.Rosen@mto.com<br><br>*Counsel to the TCEH Debtors* |