IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | |
| Energy Future Holdings Corp. et al., | : | Case No. 14-10979 (CSS) |
| | : | |
| Debtors-in-Possession.[1] | : | (Jointly Administered) |
| | : | (D.I. 2678, 2700, 2806, 2679, and 2726) |

**CERTIFICATION OF COUNSEL REGARDING OMNIBUS ORDER AWARDING INTERIM ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES**

The undersigned counsel for Pelican Bay Group, Inc. (the "Debtor") hereby certifies the following to be true and correct to the best of his knowledge:

1.   On or about October 31, 2014, the interim fee applications (together D.I. 2678, 2700, 2806, 2679, and 2726, the "Applications") of: Alvarez & Marsal North America, LLC; Evercore Group LLC, KPMG, McDermott, Will & Emery, and Lazard Freres & Co., LLC (collectively, the "Applicants") were filed pursuant to sections 330(a) and 331 of the Bankruptcy Code, 11 U.S.C. §§ 101-1532, Rule 2016 of the Federal Rules of Bankruptcy Procedure and Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, for the interim allowance of certain fees, including all holdbacks, and expenses incurred by the Applicants for the specific period of time set forth in each of the Application (the "Compensation Period"), filed in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D. I.

---

[1] The last four digits of energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

1

2066] (the "Interim Compensation Order") and the *Stipulation and Order Approving a Fee Committee* [D.I. 1896] (the "Fee Committee Order")

2. On February 12, 2015, the Fee Committee filed the *Fee Committee's Report on First Interim Fee Applications Scheduled for Hearing on February 17, 2015* [D.I. 3522] (the "Fee Committee Report").

3. On February 18, 2015, a hearing was held before the Court on the Applications whereby the Court approved the Applications in the amounts set forth in the Fee Committee Report and amendment thereto and requested that a proposed order be submitted to the Court under Certification of Counsel.

4. A clean copy of the *Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and for Reimbursement of Expenses* (the "Order") is attached hereto as Exhibit 1.

5. Counsel requests that the Court enter the Order so that the Applicants may be paid in accordance with the Court's wishes as expressed at the hearing on February 18, 2015.

WHEREFORE, the Fee Committee respectfully requests the Court enter the order attached at Exhibit 1 at its earliest convenience.

PHILLIPS, GOLDMAN & SPENCE, P.A.

/s/ Aaron C. Baker
AARON C. BAKER, ESQUIRE (#5588)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210
sws@pgslaw.com
*Counsel to Fee Committee*

Date:  February 18, 2015