IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS ) | Case No. 14-10979 (CSS) |
| CORP., *et al.*,[1] ) | |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | **Objection Deadline: 3/10/2015** |
| ) | **Hearing Date: Only if Necessary** |

**COVER SHEET FOR NOVEMBER FEE STATEMENT
OF PHILLIPS, GOLDMAN & SPENCE, P.A. FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES AS DELAWARE
COUNSEL TO THE FEE COMMITTEE FOR THE PERIOD
NOVEMBER 21, 2014 THROUGH NOVEMBER 30, 2014**

| | |
|---|---|
| Name of Applicant: | Phillips, Goldman & Spence, P.A. (PG&S") |
| Authorized to Provide Services to: | Fee Committee |
| Date of Retention: | January 9, 2015, *Nunc Pro Tunc* to November 21, 2014 |
| Period for which Compensation and Reimbursement sought: | November 21, 2014 through November 30, 2014 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $795.00 |
| 80% of Fees to be Paid: | $636.00 |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total Fees @ 80% and Expenses @ 100%: | $636.00 |

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the Debtors' service address is 160 I Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efocaseinfo.com.

### ATTACHMENT B TO FEE STATEMENT

| Name of Professional Person | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Stephen W. Spence | Director/24 years/Admitted 1981/Bankruptcy | $450.00 | 0.00 | $0.00 |
| Aaron C. Baker | Associate/4 years/Admitted 2011/Bankruptcy | $270.00 | 0.00 | $0.00 |
| Celeste A. Hartman | Senior Paralegal/18 years/20 years prior experience/Bankruptcy | $150.00 | 5.30 | $795.00 |
| Grand Totals | | | 5.30 | $795.00 |
| Blended Rate | | | | $150.00 |

### COMPENSATION BY CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| PG&S Fee/Employment Applications | 5.30 | $795.00 |
| Total | 5.30 | $795.00 |

### EXPENSE SUMMARY
### No Expenses were incurred this month.

Date:  February 18, 2014         PHILLIPS, GOLDMAN & SPENCE, P.A.

　　　　　　　　　　　　　　　　　　　　/s/ Stephen W. Spence
　　　　　　　　　　　　　　　　Stephen W. Spence, Esquire (DE#2033)
　　　　　　　　　　　　　　　　1200 North Broom Street
　　　　　　　　　　　　　　　　Wilmington, DE 19806
　　　　　　　　　　　　　　　　Telephone (302) 655-4200
　　　　　　　　　　　　　　　　Facsimile (302) 655-4200
　　　　　　　　　　　　　　　　sws@pgslaw.com
　　　　　　　　　　　　　　　　*Delaware Counsel to the Fee Committee*