# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

# FOR THE TIME PERIOD
# NOVEMBER 21, 2014
# THROUGH NOVEMBER 30, 2014

Phillips, Goldman & Spence, P.A.

Page 2

January 19, 2015

File EFH-FEE/SWS
Invoice number 114244

Re:  In re: Energy Future Holdings Corp., et al.
     Fee Committee

| DATE | EMP | SERVICES | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/21/14 | CAH | PG&S FEE RETENTION APPLICATIONS | 5.3 | 795.00 |
| | | Subtotal for FEES only: 11/30/14 | 5.3 | $795.00 |

| RATE | SUMM | | HOURS | | | |
|---|---|---|---|---|---|---|
| 150.00 | CAH | 5.30 | 5.30 | 795.00 | 0.00 | 0.00 |
| Totals | | 5.30 | 5.30 | 795.00 | 0.00 | 0.00 |

```
FEE APP                                           LEGALMASTER MIRC for Transactions                                    1/19/2015  Pg 1
                                                              -Fees-

Sorts:  Grouping code             (Paginate)
        Client code
        Actual employee code      (Subtotal)
        Transaction date

Ranges:
        Include "Client code" from EFH to EFH
        Include "Grouping code" from Pf to Pf
        Include "Invoice Number" from 114244 to 114244

Grouping                                    Act    Trans                                                                  Billable    Billable   Gr
code    Grouping code description           Emp    Date      Transaction description                                      Hours       Dollars    Cd

Pf      PG&S FEE RETENTION                  CAH    11/21/14  Begin drafting Phillips, Goldman & Spence retention            3.70       555.00    Pf
        APPLICATIONS                                         application.

        PG&S FEE RETENTION                  CAH    11/21/14  E-mail to co-counsel requesting signed retention letter.       0.10        15.00
        APPLICATIONS

        PG&S FEE RETENTION                  CAH    11/24/14  Continue drafting retention application.                      0.90       135.00
        APPLICATIONS

        PG&S FEE RETENTION                  CAH    11/25/14  Complete Phillips, Goldman & Spence retention application      0.60        90.00
        APPLICATIONS                                         and declaration (.5) and forward to Stephen W. Spence to
                                                             review (.1).
                                                                                                                          -------    --------
                                                                                                                            5.30       795.00
                                                                                                                          -------    --------
                                                                                                                            5.30       795.00
                                                                                                                          =======    ========

Total records this group:   4

4 records printed.
```