# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

# FOR THE TIME PERIOD
# DECEMBER 1, 2014
# THROUGH DECEMBER 31, 2014

Phillips, Goldman & Spence, P.A.

Page   2

January 19, 2015

File   EFH-FEE/SWS
Invoice number   114245

Re:   In re: Energy Future Holdings Corp., et al.
      Fee Committee

|            | EMP  | SERVICES                        | HOURS | AMOUNT    |
|------------|------|---------------------------------|-------|-----------|
| 12/01/14   | CAH  | PG&S FEE RETENTION APPLICATIONS | 4.3   | 915.00    |
| 12/12/14   | CAH  | CASE ADMINISTRATION             | 7.3   | 1,539.00  |
| 12/15/14   | SWS  | FEE/EMPLOYMENT APPLICATIONS     | 7.5   | 1,827.00  |
|            |      | Subtotal for FEES only: 12/31/14 | 19.1  | $4,281.00 |

| RATE   | SUMM |       | HOURS |          |      |      |
|--------|------|-------|-------|----------|------|------|
| 450.00 | SWS  | 2.80  | 2.80  | 1,260.00 | 0.00 | 0.00 |
| 270.00 | AB   | 4.80  | 4.80  | 1,296.00 | 0.00 | 0.00 |
| 150.00 | CAH  | 11.50 | 11.50 | 1,725.00 | 0.00 | 0.00 |
| Totals |      | 19.10 | 19.10 | 4,281.00 | 0.00 | 0.00 |

```
FEE APP                              LEGALMASTER MIRC for Transactions                    1/19/2015  Pg 1
                                               -Fees-
```

Sorts:  Grouping code                       (Paginate)
        Client code
        Actual employee code                (Subtotal)
        Transaction date

Ranges:
        Include "Client code" from EFH to EFH
        Include "Invoice Number" from 114245 to 114245

| Cl | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| EFH | CASE ADMINISTRATION | AB | 12/18/14 | Preparation for attendance at status conference with Katie Stadler. | 3.20 | 864.00 | Ca |
| | | | | | ------ | ------ | |
| | | | | | 3.20 | 864.00 | |
| | | | | | ------ | ------ | |
| EFH | CASE ADMINISTRATION | CAH | 12/12/14 | Review of e-mails from various counsel (.5); send form of pro hac vice to co-counsel with proposed notice of fee app hearing (.1). | 0.60 | 90.00 | |
| EFH | CASE ADMINISTRATION | CAH | 12/15/14 | Save pro hac vice motions and location service list (.2); draft Certificate of Service for each of three motions (.2); file and serve and all send to Judge (.4). | 0.80 | 120.00 | |
| EFH | CASE ADMINISTRATION | CAH | 12/16/14 | Download pro hac vice motion for M. Hancock; draft Certificate of Service; file and serve and send to Judge. | 0.40 | 60.00 | |
| EFH | CASE ADMINISTRATION | CAH | 12/17/14 | E-mail to co-counsel (3x) concerning fee report and Hearing; conference with Aaron C. Baker re: same. | 0.30 | 45.00 | |
| EFH | CASE ADMINISTRATION | CAH | 12/18/14 | Update docket and download M. Hancock's order; e-mail to Kathleen. | 0.30 | 45.00 | |
| EFH | CASE ADMINISTRATION | CAH | 12/18/14 | Draft Certificate of Service; pay fee at DED; download pro hac and file for C. Andres and serve and send to Court. | 0.40 | 60.00 | |
| EFH | CASE ADMINISTRATION | CAH | 12/23/14 | Teleconference K. Bouchard and Ryan Nadick re: service by GCG. | 0.20 | 30.00 | |
| EFH | CASE ADMINISTRATION | CAH | 12/29/14 | Conference with Aaron C. Baker re: Hearing result. | 0.20 | 30.00 | |
| EFH | CASE ADMINISTRATION | CAH | 12/29/14 | E-mail to GCG (3x) re: service of documents. | 0.20 | 30.00 | |
| EFH | CASE ADMINISTRATION | CAH | 12/29/14 | Review of e-mail from K. Boucher and download pro hac vice for Brady Williamson. | 0.20 | 30.00 | |
| EFH | CASE ADMINISTRATION | CAH | 12/30/14 | Download pro hac vice for B. Williamson; pay fee and file; send to chambers and GCG to serve. | 0.30 | 45.00 | |
| | | | | | ------ | ------ | |
| | | | | | 3.90 | 585.00 | |
| | | | | | ------ | ------ | |

FEE APP                                LEGALMASTER MIRC for Transactions                                    1/19/2015  Pg 2
                                                 -Fees-

| Cl code | Grouping code description | Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---------|---------------------------|-----|------------|-------------------------|----------------|------------------|-------|
| EFH     | CASE ADMINISTRATION       | SWS | 12/22/14   | Review of draft notice of Hearing; memorandum to staff re: daily report of all filings in case related to fee applications. | 0.20 | 90.00 | Ca |
|         |                           |     |            |                         | ------ | ------ | |
|         |                           |     |            |                         | 0.20 | 90.00 | |
|         |                           |     |            |                         | ------ | ------ | |
|         |                           |     |            |                         | 7.30 | 1,539.00 | |
|         |                           |     |            |                         | ------ | ------ | |

Total records this group:  13

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| EFH | PG&S FEE RETENTION APPLICATIONS | CAH | 12/01/14 | Review of and revise retention application for Phillips, Goldman & Spence. | 0.40 | 60.00 | Pf |
| EFH | PG&S FEE RETENTION APPLICATIONS | CAH | 12/09/14 | Continue draft application (.2) and review of conflict list (.6). | 0.80 | 120.00 | |
| EFH | PG&S FEE RETENTION APPLICATIONS | CAH | 12/15/14 | E-mail to Stephen W. Spence re: retention application and conference with on same. | 0.20 | 30.00 | |
| EFH | PG&S FEE RETENTION APPLICATIONS | CAH | 12/16/14 | Continue revisions for retention application. | 0.70 | 105.00 | |
| EFH | PG&S FEE RETENTION APPLICATIONS | CAH | 12/19/14 | File electronically and serve Phillips, Goldman & Spence retention application. | 0.30 | 45.00 | |
| EFH | PG&S FEE RETENTION APPLICATIONS | CAH | 12/22/14 | Review of e-mail from Aaron C. Baker concerning Phillips, Goldman & Spence fee application (.2); teleconference and e-mail from R. Shepacarter concerning retention order language (.4); forward to Stephen W. Spence and Aaron C. Baker (.1). | 0.70 | 105.00 | |
| EFH | PG&S FEE RETENTION APPLICATIONS | CAH | | Review of and revise Stephen W. Spence supplemental declaration re: Phillips, Goldman & Spence retention. | 0.30 | 45.00 | |
| EFH | PG&S FEE RETENTION APPLICATIONS | | | | 3.40 | 510.00 | |
| EFH | PG&S FEE RETENTION APPLICATIONS | SWS | 12/01/14 | Review of conflict work; conference with Celeste A. Hartman concerning retention application. | 0.50 | 225.00 | |
| EFH | PG&S FEE RETENTION APPLICATIONS | SWS | 12/02/14 | Review of and revise application for retention to final. | 0.40 | 180.00 | |
| | | | | | 0.90 | 405.00 | |
| | | | | | 4.30 | 915.00 | |

Total records this group:   9

| FEE APP | | LEGALMASTER MlRC for Transactions<br>-Fees- | | | 1/19/2015 Pg 4 |
|---|---|---|---|---|---|
| Cl code<br>Grouping code description | Act<br>Emp | Trans<br>Date | Transaction description | Billable<br>Hours | Billable<br>Dollars | Gr<br>Cd |
| FEE/EMPLOYMENT APPLICATIONS | AB | 12/29/14 | Preparation for and attendance at Hearing concerning fee applications. | 0.90 | 243.00 | fa |
| FEE/EMPLOYMENT APPLICATIONS | AB | 12/29/14 | Review of revised report and coordination with staff concerning filing of same. | 0.30 | 81.00 | |
| FEE/EMPLOYMENT APPLICATIONS | AB | 12/29/14 | Review of fee committee report and coordination with staff re: filing; conference with Katherine Stadler re: filing of a revise report and notice of filing entered in error. | 0.40 | 108.00 | |
| | | | | 1.60 | 432.00 | |
| FEE/EMPLOYMENT APPLICATIONS | CAH | 12/16/14 | Download Fee Committee Report and create Certificate of Service; file and serve same. | 0.30 | 45.00 | |
| FEE/EMPLOYMENT APPLICATIONS | CAH | 12/17/14 | Teleconference Judy at Bankruptcy Court re: fee committee designation. | 0.30 | 45.00 | |
| FEE/EMPLOYMENT APPLICATIONS | CAH | 12/22/14 | Review of e-mail from K. Boucher. | 0.10 | 15.00 | |
| FEE/EMPLOYMENT APPLICATIONS | CAH | 12/23/14 | Review of incoming e-mails regarding fee report (.2); review of and revise Notice of Hearing and forward to Stephen W. Spence to review (.3); e-mail back to Godfrey Kahn after further revising to remove Lazard (as per K. Bouchard) (.2). | 0.70 | 105.00 | |
| FEE/EMPLOYMENT APPLICATIONS | CAH | 12/23/14 | Scan and file Notice of Hearing; label and send to GCG to serve. | 0.20 | 30.00 | |
| FEE/EMPLOYMENT APPLICATIONS | CAH | 12/23/14 | Scan file and send Stephen W. Spence supplemental declaration to GCG to serve. | 0.20 | 30.00 | |
| FEE/EMPLOYMENT APPLICATIONS | CAH | 12/28/14 | Teleconference Aaron C. Baker and Stephen W. Spence; review of e-mails and file Fee Commission Report; combined and send to GCG to serve. | 0.70 | 105.00 | |
| FEE/EMPLOYMENT APPLICATIONS | CAH | 12/29/14 | Update docket and check on filings (.2); teleconference Aaron C. Baker (.2); e-mail to Aaron C. Baker and K. Stadler (.2); review of and revise pleadings and file (.2); prepare binder for Hearing (.3); e-mail to Judge's chambers concerning report for hearing (.1). | 1.20 | 180.00 | |
| FEE/EMPLOYMENT APPLICATIONS | CAH | 12/29/14 | Review of e-mail from R. Shepacarter and respond with proposed language. | 0.30 | 45.00 | |
| FEE/EMPLOYMENT APPLICATIONS | CAH | 12/29/14 | E-mail to R. Shepacarter language already in order; review of response; conference with Aaron C. Baker on retention order language. | 0.20 | 30.00 | |
| | | | | 4.20 | 630.00 | |

```
FEE APP                              LEGALMASTER MIRC for Transactions                           1/19/2015  Pg 5
                                                 -Fees-

Cl code Grouping code description    Act  Trans                                                  Billable  Billable  Gr
                                     Emp  Date    Transaction description                        Hours     Dollars   Cd

EFH     FEE/EMPLOYMENT APPLICATIONS  SWS  12/15/14 Review of and revise draft letter to court concerning        0.30    135.00  fa
                                                   status; phone conference with Celeste A. Hartman to finish
                                                   retention application.
EFH     FEE/EMPLOYMENT APPLICATIONS  SWS  12/16/14 Review of final version of status report.                    0.10     45.00
EFH     FEE/EMPLOYMENT APPLICATIONS  SWS  12/23/14 Review of and execute Notice of Hearing in connection with   0.10     45.00
                                                   first interim applications.
EFH     FEE/EMPLOYMENT APPLICATIONS  SWS  12/24/14 Review of draft report in connection with uncontested        0.50    225.00
                                                   applications; send K. Stadler minor comments re: proposed
                                                   corrections.
EFH     FEE/EMPLOYMENT APPLICATIONS  SWS  12/26/14 Review of second draft of the fee report; forward            0.40    180.00
                                                   uncontested application with note approval with Celeste A.
                                                   Hartman.
EFH     FEE/EMPLOYMENT APPLICATIONS  SWS  12/28/14 Review of final draft of report; phone conference with       0.30    135.00
                                                   Celeste A. Hartman to authorize filing.
                                                                                                              ------   -------
                                                                                                                1.70    765.00
                                                                                                                7.50  1,827.00
                                                                                                              ------   -------
Total records this group:    19                                                                                19.10  4,281.00
                                                                                                              ======   =======

19 records printed.
```