# EXHIBIT B

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# EXPENSE RECORDS

# FOR THE TIME PERIOD
# DECEMBER 1, 2014
# THROUGH DECEMBER 31, 2014

Phillips, Goldman & Spence, P.A.

Page   2

January 19, 2015

File   EFH-FEE/SWS
Invoice number   114245

Re:   In re: Energy Future Holdings Corp., et al.
      Fee Committee

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 12/15/14 | Postage | 253.47 |
| 12/15/14 | Photocopies at $0.10 a page. | 234.30 |
| 12/18/14 | Postage | 102.24 |
| 12/18/14 | Photocopies at $0.10 a page. | 86.00 |
| 12/29/14 | Photocopies at $0.10 a page. | 3.20 |
| 12/31/14 | Check No.: 56319 - John C. Phillips, Jr. - Pro Hac Fee. | 25.00 |
| 12/31/14 | Check No.: 56319 - John C. Phillips, Jr. - Pro hac fees. | 75.00 |
| 12/31/14 | Check No.: 56319 - John C. Phillips, Jr. - Pro hac fee. | 25.00 |
| 12/31/14 | Check No.: 56319 - John C. Phillips, Jr. - Pro hac vice. | 25.00 |

Subtotal for COSTS only: 12/31/14   $829.21

PG&S is not requesting payment of the Pro Hac Vice Fees, they are listed for informational purposes only.