# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>Objection Deadline: March 11, 2105 at 4:00 p.m. |

**COVER SHEETS TO FIRST MONTHLY FEE STATEMENT OF GREENHILL & CO., LLC, AS FINANCIAL ADVISOR TO ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY LLC AND TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM NOVEMBER 17, 2014 THROUGH JANUARY 31, 2015**

| | |
|---|---|
| **Name of Applicant:** | **Greenhill & Co., LLC** |
| Authorized to provide professional services to: | Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC |
| Date of Retention: | January 13, 2015<br>*nunc pro tunc* to November 17, 2014 |
| Period for which compensation and reimbursement is sought ("the "Fee Period"): | November 17 - January 31, 2015 |
| Compensation sought as actual, reasonable, and necessary: | $493,333.33  (80% of $616,666.67 [1]) |
| Expense reimbursement sought as actual, reasonable, and necessary: | $7,181.08 |

This is a **monthly** fee statement.

---

[1] This amount reflects a pro-rated professional fee for the 14-day period from November 17, 2014 through November 30, 2014 [$250,000/30*14 = $116,666.67], $250,000 professional fee for December and $250,000 professional fee for January.

## **Prior Statements, Applications and Allowances**

- None to date.

# TIME DETAIL BY PROFESSIONAL

## ENERGY FUTURE HOLDINGS CORP., et al.
### (Case No. 14-10979 (CSS))

### November 17, 2014 Through January 31, 2015

**Time by Professional**

**Exhibit 1: Cumulative Hour Summary by Professional November 17 - 31, 2014**

| Name | Position | Total Hours |
|---|---|---|
| Bradley A. Robins | Head of Restructuring | 41.5 |
| Eric Mendelsohn | Managing Director | 20.5 |
| Gregory G. Randolph | Managing Director | 14.0 |
| Stephanie Shideler | Principal | 64.0 |
| Jochen Schmitz | Associate | 85.5 |
| Aparajita Tripathi | Analyst | 80.0 |
| Laurence Coman | Analyst | - |
| Timothy Mergenthal | Analyst | 99.0 |
| **Total** (*) | | **404.5** |

**Exhibit 2: Cumulative Hour Summary by Professional December 2014**

| Name | Position | Total Hours |
|---|---|---|
| Bradley A. Robins | Head of Restructuring | 146.0 |
| Eric Mendelsohn | Managing Director | 65.0 |
| Gregory G. Randolph | Managing Director | 15.5 |
| Stephanie Shideler | Principal | 126.0 |
| Jochen Schmitz | Associate | 157.5 |
| Aparajita Tripathi | Analyst | 160.0 |
| Laurence Coman | Analyst | - |
| Timothy Mergenthal | Analyst | 169.5 |
| **Total** (*) | | **839.5** |

**Exhibit 3: Cumulative Hour Summary by Professional January 2015**

| Name | Position | Total Hours |
|---|---|---|
| Bradley A. Robins | Head of Restructuring | 92.0 |
| Eric Mendelsohn | Managing Director | 75.0 |
| Gregory G. Randolph | Managing Director | 11.0 |
| Stephanie Shideler | Principal | 107.0 |
| Jochen Schmitz | Vice President | 139.5 |
| Aparajita Tripathi | Analyst | 56.5 |
| Laurence Coman | Analyst | 37.5 |
| Timothy Mergenthal | Analyst | 150.5 |
| **Total** (*) | | **669.0** |

*Note: Hours exclude certain Greenhill employees (such as legal, administrative and research personnel) who have worked on this matter during the period, but do not report their hours worked in connection with this matter.

# TIME DETAIL BY PROJECT CATEGORY

## ENERGY FUTURE HOLDINGS CORP., et al.
### (Case No. 14-10979 (CSS))

### November 17, 2014 Through January 31, 2015

**Time by Category**

**Exhibit 4: Cumulative Hour Summary by Project Category November 17 - 31, 2014**

| | Project Category | Total Billed Hours |
|---|---|---:|
| A - | Communication with Professionals and Parties-In-Interest | 80.5 |
| B - | Preparation and / or Review of Court Filings | - |
| C - | Court Testimony / Deposition and Preparation | - |
| D - | Valuation & Recoveries Analysis | 130.0 |
| E - | Capital Structure Review & Analysis | 4.0 |
| F - | Merger & Acquisition Research | 1.0 |
| G - | General Financial Analysis, Research & Diligence | 165.0 |
| H - | Plan of Reorganization | - |
| I - | General Case Administration & Other | 24.0 |
| | **Total** (*) | **404.5** |

**Exhibit 5: Cumulative Hour Summary by Project Category December 2014**

| | Project Category | Total Billed Hours |
|---|---|---:|
| A - | Communication with Professionals and Parties-In-Interest | 186.0 |
| B - | Preparation and / or Review of Court Filings | 4.0 |
| C - | Court Testimony / Deposition and Preparation | - |
| D - | Valuation & Recoveries Analysis | 232.0 |
| E - | Capital Structure Review & Analysis | 19.5 |
| F - | Merger & Acquisition Research | 42.0 |
| G - | General Financial Analysis, Research & Diligence | 281.5 |
| H - | Plan of Reorganization | - |
| I - | General Case Administration & Other | 74.5 |
| | **Total** (*) | **839.5** |

**Exhibit 6: Cumulative Hour Summary by Project Category January 2015**

| | Project Category | Total Billed Hours |
|---|---|---|
| A - | Communication with Professionals and Parties-In-Interest | 160.0 |
| B - | Preparation and / or Review of Court Filings | 6.0 |
| C - | Court Testimony / Deposition and Preparation | - |
| D - | Valuation & Recoveries Analysis | 174.0 |
| E - | Capital Structure Review & Analysis | 25.0 |
| F - | Merger & Acquisition Research | 5.0 |
| G - | General Financial Analysis, Research & Diligence | 255.5 |
| H - | Plan of Reorganization | - |
| I - | General Case Administration & Other | 43.5 |
| | **Total** [*] | **669.0** |

*Note: Hours exclude certain Greenhill employees (such as legal, administrative and research personnel) who have worked on this matter during the period, but do not report their hours worked in connection with this matter.

**EXPENSE SUMMARY**

**ENERGY FUTURE HOLDINGS CORP., et al.**
**(Case No. 14-10979 (CSS))**

**November 17, 2014 Through January 31, 2015**

| Expense Summary | |
|---|---|
| **Disbursements and Charges** | **Amount** |
| Airfare | - |
| Hotel | - |
| Ground Transportation | $1,857 |
| Meals | 5,324 |
| Legal | - |
| Other | - |
| **Total** [*] | **$7,181** |

*Note: Reflects expenses processed to date. Greenhill may invoice additional expenses for the time period of this fee statement as appropriate.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>Objection Deadline:  March 11, 2105 at 4:00 p.m. |

**FIRST MONTHLY FEE STATEMENT OF GREENHILL & CO., LLC, AS FINANCIAL ADVISOR TO ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY LLC AND TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM NOVEMBER 17, 2014 THROUGH JANUARY 31, 2015**

Pursuant to sections 327, 328, 330, and 331 of chapter 11 of title 11 of the United States Code, (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the *Order Authorizing Energy Future Competitive Holdings Company LLC And Texas Competitive Electric Holdings Company LLC To Retain And Employ Greenhill Co. As Independent Financial Advisor Effective Nunc Pro Tunc To November 17, 2014*, dated January 13, 2015 [D.I. 3283] (the "**Retention Order**"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals,* dated September 16, 2014 [D.I. 2066] (the "**Interim Compensation Order**"), the *Stipulation and Order Appointing a Fee Committee* [D.I. 1896] (the "**Fee Committee Order**"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and the United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. §330, Greenhill & Co., LLC ("**Greenhill**"), financial advisor to Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC (the "**EFH Debtors**"), files this

monthly fee statement (the "**Monthly Fee Statement**") of compensation for professional services and reimbursement for expenses incurred in the amounts described in the cover sheet hereto during the above-captioned period (the "**Fee Period**").

### Itemization of Services Rendered and Expenses Incurred

1. Attached as **Exhibit A** to this Monthly Fee Statement is a detailed listing of Greenhill's expense records for the Fee Period, including invoices reflecting Greenhill's own legal expenses incurred during the Fee Period in connection with Greenhill's services to the EFH Debtors.

### Proposed Payment Allocation

2. All services for which Greenhill requests compensation were performed on behalf of the EFH Debtors. The EFH Debtors and Greenhill's compensation is proposed as a joint and several expense of each of these estates pursuant to Section 328 of the Bankruptcy Code. With respect to the allocation of fees and expenses contemplated by Section 2(b) of the Interim Compensation Order, the fees and expenses of Greenhill are for the benefit of the EFH Debtors, and, accordingly, no allocation between Debtors is proposed at this time by Greenhill. Upon information and belief, this approach to allocation of fees and expenses is substantially similar to that of other professionals of the EFH Debtors.

3. To the extent necessary, reallocation of the fees and expenses set forth above will occur in interim and/or final fee applications.

### Reservation of Rights and Notice

4. Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. Greenhill reserves the

right to make further application to this Court for allowance of such fees and expenses not included herein.

### Certification of Compliance and Waiver

5.    The undersigned representative of Greenhill certifies that he has reviewed the requirements of Local Rule 2016-2 and that the Application substantially complies with that Local Rule except to the extent waived by the Retention Order or otherwise modified by orders of this Court and related guidance of the Fee Committee in this case, as permitted by orders of this Court establishing the Fee Committee and interim compensation procedures. To the extent that the Application does not comply in all respects with the requirements of Local Rule 2016-2, as so modified, Greenhill believes that such deviations are not material and respectfully requests that any such requirement be waived.

WHEREFORE, Greenhill requests allowance of its fees and expenses incurred during the Fee Period in the total amount of $500,514.41 consisting of (a) $493,333.33, which is 80% of the fees incurred by the EFH Debtors for reasonable and necessary professional services rendered by Greenhill; and (b) $7,181.08 for actual and necessary costs and expenses, and that such fees and expenses be paid as administrative expenses of the Debtors' estates.

Dated:    February 16, 2015

_____
Greenhill & Co., LLC
Bradley A. Robins
Managing Director
300 Park Avenue
New York, NY 10022

# EXHIBIT A

## Detailed Description of Expenses

**Greenhill & Co.**

Expense Details                                             EXHIBIT A

# GREENHILL & CO., LLC
# EXPENSE DETAILS FOR THE PERIOD OF
# NOVEMBER 17, 2014 THROUGH JANUARY 31, 2015

| Date | Category | Expense Incurred | Requested Amount | Professional(s) | Description |
|---|---|---|---|---|---|
| 11/17/2014 | Ground Transportation | $17.00 | $17.00 | Tripathi Aparajita | Taxi home after 8:30pm / weekends |
| 11/17/2014 | Ground Transportation | 11.50 | 11.50 | Mergenthal Timothy | Taxi home after 8:30pm / weekends |
| 11/17/2014 | Ground Transportation | 12.00 | 12.00 | Schmitz Jochen | Taxi home after 8:30pm / weekends |
| 11/18/2014 | Ground Transportation | 18.50 | 18.50 | Tripathi Aparajita | Taxi home after 8:30pm / weekends |
| 11/18/2014 | Ground Transportation | 12.00 | 12.00 | Mergenthal Timothy | Taxi home after 8:30pm / weekends |
| 11/18/2014 | Ground Transportation | 27.06 | 27.06 | Schmitz Jochen | Taxi home after 8:30pm / weekends |
| 11/19/2014 | Ground Transportation | 103.79 | 103.79 | Mendelsohn Eric | Car service to client dinner and home after 8:30pm |
| 11/19/2014 | Ground Transportation | 25.50 | 25.50 | Tripathi Aparajita | Taxi home after 8:30pm / weekends |
| 11/19/2014 | Ground Transportation | 13.20 | 13.20 | Schmitz Jochen | Taxi home after 8:30pm / weekends |
| 11/20/2014 | Ground Transportation | 24.00 | 24.00 | Tripathi Aparajita | Taxi home after 8:30pm / weekends |
| 11/20/2014 | Ground Transportation | 14.30 | 14.30 | Schmitz Jochen | Taxi home after 8:30pm / weekends |
| 11/21/2014 | Ground Transportation | 20.00 | 20.00 | Tripathi Aparajita | Taxi home after 8:30pm / weekends |
| 11/21/2014 | Ground Transportation | 13.50 | 13.50 | Mergenthal Timothy | Taxi home after 8:30pm / weekends |
| 11/21/2014 | Ground Transportation | 13.70 | 13.70 | Schmitz Jochen | Taxi home after 8:30pm / weekends |
| 11/22/2014 | Ground Transportation | 10.00 | 10.00 | Mergenthal Timothy | Taxi home after 8:30pm / weekends |
| 11/22/2014 | Ground Transportation | 12.50 | 12.50 | Schmitz Jochen | Taxi home after 8:30pm / weekends |
| 11/23/2014 | Ground Transportation | 8.90 | 8.90 | Tripathi Aparajita | Taxi home after 8:30pm / weekends |
| 11/23/2014 | Ground Transportation | 21.50 | 21.50 | Tripathi Aparajita | Taxi home after 8:30pm / weekends |
| 11/23/2014 | Ground Transportation | 11.50 | 11.50 | Mergenthal Timothy | Taxi home after 8:30pm / weekends |
| 11/23/2014 | Ground Transportation | 13.80 | 13.80 | Schmitz Jochen | Taxi home after 8:30pm / weekends |
| 11/24/2014 | Ground Transportation | 18.00 | 18.00 | Tripathi Aparajita | Taxi home after 8:30pm / weekends |
| 11/25/2014 | Ground Transportation | 32.50 | 32.50 | Tripathi Aparajita | Taxi home after 8:30pm / weekends |
| 11/25/2014 | Ground Transportation | 11.90 | 11.90 | Schmitz Jochen | Taxi home after 8:30pm / weekends |
| 11/28/2014 | Ground Transportation | 23.30 | 23.30 | Mergenthal Timothy | Taxi home after 8:30pm / weekends |
| 11/29/2014 | Ground Transportation | 18.00 | 18.00 | Tripathi Aparajita | Taxi home after 8:30pm / weekends |
| 11/29/2014 | Ground Transportation | 11.75 | 11.75 | Mergenthal Timothy | Taxi home after 8:30pm / weekends |
| 12/1/2014 | Ground Transportation | 22.50 | 22.50 | Tripathi Aparajita | Taxi home after 8:30pm / weekends |
| 12/1/2014 | Ground Transportation | 13.00 | 13.00 | Mergenthal Timothy | Taxi home after 8:30pm / weekends |
| 12/1/2014 | Ground Transportation | 12.00 | 12.00 | Schmitz Jochen | Taxi home after 8:30pm / weekends |
| 12/2/2014 | Ground Transportation | 21.71 | 21.71 | Tripathi Aparajita | Taxi home after 8:30pm / weekends |
| 12/2/2014 | Ground Transportation | 19.54 | 19.54 | Schmitz Jochen | Taxi home after 8:30pm / weekends |
| 12/3/2014 | Ground Transportation | 21.50 | 21.50 | Tripathi Aparajita | Taxi home after 8:30pm / weekends |
| 12/3/2014 | Ground Transportation | 13.70 | 13.70 | Mergenthal Timothy | Taxi home after 8:30pm / weekends |
| 12/3/2014 | Ground Transportation | 19.00 | 19.00 | Schmitz Jochen | Taxi home after 8:30pm / weekends |
| 12/4/2014 | Ground Transportation | 25.97 | 25.97 | Schmitz Jochen | Taxi home after 8:30pm / weekends |
| 12/5/2014 | Ground Transportation | 12.50 | 12.50 | Mergenthal Timothy | Taxi home after 8:30pm / weekends |
| 12/6/2014 | Ground Transportation | 20.00 | 20.00 | Tripathi Aparajita | Taxi home after 8:30pm / weekends |
| 12/6/2014 | Ground Transportation | 38.65 | 38.65 | Tripathi Aparajita | Taxi home after 8:30pm / weekends |
| 12/6/2014 | Ground Transportation | 12.50 | 12.50 | Mergenthal Timothy | Taxi home after 8:30pm / weekends |
| 12/6/2014 | Ground Transportation | 12.50 | 12.50 | Schmitz Jochen | Taxi home after 8:30pm / weekends |
| 12/7/2014 | Ground Transportation | 24.00 | 24.00 | Tripathi Aparajita | Taxi home after 8:30pm / weekends |
| 12/7/2014 | Ground Transportation | 21.00 | 21.00 | Tripathi Aparajita | Taxi home after 8:30pm / weekends |
| 12/7/2014 | Ground Transportation | 11.40 | 11.40 | Schmitz Jochen | Taxi home after 8:30pm / weekends |
| 12/7/2014 | Ground Transportation | 16.10 | 16.10 | Schmitz Jochen | Taxi home after 8:30pm / weekends |
| 12/7/2014 | Ground Transportation | 13.80 | 13.80 | Schmitz Jochen | Taxi home after 8:30pm / weekends |
| 12/7/2014 | Ground Transportation | 16.20 | 16.20 | Schmitz Jochen | Taxi home after 8:30pm / weekends |
| 12/7/2014 | Ground Transportation | 21.33 | 21.33 | Schmitz Jochen | Taxi home after 8:30pm / weekends |
| 12/8/2014 | Ground Transportation | 18.00 | 18.00 | Tripathi Aparajita | Taxi home after 8:30pm / weekends |
| 12/8/2014 | Ground Transportation | 12.50 | 12.50 | Mergenthal Timothy | Taxi home after 8:30pm / weekends |
| 12/8/2014 | Ground Transportation | 15.00 | 15.00 | Schmitz Jochen | Taxi home after 8:30pm / weekends |
| 12/9/2014 | Ground Transportation | 156.00 | 156.00 | Mendelsohn Eric | Car service to dinner meeting and home after 8:30pm |
| 12/9/2014 | Ground Transportation | 18.50 | 18.50 | Tripathi Aparajita | Taxi home after 8:30pm / weekends |
| 12/9/2014 | Ground Transportation | 12.38 | 12.38 | Mergenthal Timothy | Taxi home after 8:30pm / weekends |
| 12/9/2014 | Ground Transportation | 7.10 | 7.10 | Schmitz Jochen | Taxi home after 8:30pm / weekends |
| 12/10/2014 | Ground Transportation | 21.65 | 21.65 | Tripathi Aparajita | Taxi home after 8:30pm / weekends |
| 12/10/2014 | Ground Transportation | 14.67 | 14.67 | Schmitz Jochen | Taxi home after 8:30pm / weekends |
| 12/11/2014 | Ground Transportation | 9.50 | 9.50 | Mergenthal Timothy | Taxi home after 8:30pm / weekends |
| 12/11/2014 | Ground Transportation | 22.19 | 22.19 | Schmitz Jochen | Taxi home after 8:30pm / weekends |
| 12/12/2014 | Ground Transportation | 12.50 | 12.50 | Schmitz Jochen | Taxi home after 8:30pm / weekends |
| 12/13/2014 | Ground Transportation | 11.75 | 11.75 | Mergenthal Timothy | Taxi home after 8:30pm / weekends |
| 12/13/2014 | Ground Transportation | 9.50 | 9.50 | Tripathi Aparajita | Taxi home after 8:30pm / weekends |
| 12/13/2014 | Ground Transportation | 17.50 | 17.50 | Tripathi Aparajita | Taxi home after 8:30pm / weekends |
| 12/14/2014 | Ground Transportation | 18.00 | 18.00 | Tripathi Aparajita | Taxi home after 8:30pm / weekends |
| 12/14/2014 | Ground Transportation | 16.00 | 16.00 | Tripathi Aparajita | Taxi home after 8:30pm / weekends |
| 12/15/2014 | Ground Transportation | 41.26 | 41.26 | Tripathi Aparajita | Taxi home after 8:30pm / weekends |
| 12/16/2014 | Ground Transportation | 13.10 | 13.10 | Schmitz Jochen | Taxi home after 8:30pm / weekends |
| 12/17/2014 | Ground Transportation | 16.75 | 16.75 | Mergenthal Timothy | Taxi home after 8:30pm / weekends |
| 12/17/2014 | Ground Transportation | 14.30 | 14.30 | Schmitz Jochen | Taxi home after 8:30pm / weekends |
| 12/18/2014 | Ground Transportation | 14.00 | 14.00 | Mergenthal Timothy | Taxi home after 8:30pm / weekends |
| 12/18/2014 | Ground Transportation | 14.90 | 14.90 | Schmitz Jochen | Taxi home after 8:30pm / weekends |
| 12/19/2014 | Ground Transportation | 13.80 | 13.80 | Schmitz Jochen | Taxi home after 8:30pm / weekends |
| 12/20/2014 | Ground Transportation | 11.80 | 11.80 | Mergenthal Timothy | Taxi home after 8:30pm / weekends |
| 12/20/2014 | Ground Transportation | 14.00 | 14.00 | Mergenthal Timothy | Taxi home after 8:30pm / weekends |
| 12/20/2014 | Ground Transportation | 11.40 | 11.40 | Schmitz Jochen | Taxi home after 8:30pm / weekends |
| 12/21/2014 | Ground Transportation | 9.50 | 9.50 | Mergenthal Timothy | Taxi home after 8:30pm / weekends |
| 12/21/2014 | Ground Transportation | 15.60 | 15.60 | Schmitz Jochen | Taxi home after 8:30pm / weekends |
| 12/21/2014 | Ground Transportation | 10.70 | 10.70 | Schmitz Jochen | Taxi home after 8:30pm / weekends |
| 12/22/2014 | Ground Transportation | 12.50 | 12.50 | Mergenthal Timothy | Taxi home after 8:30pm / weekends |
| 12/28/2014 | Ground Transportation | 8.30 | 8.30 | Mergenthal Timothy | Taxi home after 8:30pm / weekends |
| 12/28/2014 | Ground Transportation | 12.00 | 12.00 | Mergenthal Timothy | Taxi home after 8:30pm / weekends |
| 12/29/2014 | Ground Transportation | 12.20 | 12.20 | Mergenthal Timothy | Taxi home after 8:30pm / weekends |
| 12/30/2014 | Ground Transportation | 12.35 | 12.35 | Mergenthal Timothy | Taxi home after 8:30pm / weekends |
| 12/31/2014 | Ground Transportation | 14.37 | 14.37 | Mergenthal Timothy | Taxi home after 8:30pm / weekends |
| 1/4/2015 | Ground Transportation | 11.42 | 11.42 | Mergenthal Timothy | Taxi home after 8:30pm / weekends |
| 1/5/2015 | Ground Transportation | 11.42 | 11.42 | Mergenthal Timothy | Taxi home after 8:30pm / weekends |
| 1/6/2015 | Ground Transportation | 13.30 | 13.30 | Mergenthal Timothy | Taxi home after 8:30pm / weekends |
| 1/7/2015 | Ground Transportation | 13.03 | 13.03 | Schmitz Jochen | Taxi home after 8:30pm / weekends |
| 1/8/2015 | Ground Transportation | 11.85 | 11.85 | Mergenthal Timothy | Taxi home after 8:30pm / weekends |

| Date | Category | Expense Incurred | Requested Amount | Professional(s) | Description |
|---|---|---|---|---|---|
| 1/9/2015 | Ground Transportation | 17.15 | 17.15 | Mergenthal Timothy | Taxi home after 8:30pm / weekends |
| 1/10/2015 | Ground Transportation | 12.25 | 12.25 | Mergenthal Timothy | Taxi home after 8:30pm / weekends |
| 1/11/2015 | Ground Transportation | 12.22 | 12.22 | Schmitz Jochen | Taxi home after 8:30pm / weekends |
| 1/11/2015 | Ground Transportation | 12.25 | 12.25 | Mergenthal Timothy | Taxi home after 8:30pm / weekends |
| 1/11/2015 | Ground Transportation | 12.95 | 12.95 | Mergenthal Timothy | Taxi home after 8:30pm / weekends |
| 1/12/2015 | Ground Transportation | 11.70 | 11.70 | Mergenthal Timothy | Taxi home after 8:30pm / weekends |
| 1/13/2015 | Ground Transportation | 14.41 | 14.41 | Schmitz Jochen | Taxi home after 8:30pm / weekends |
| 1/13/2015 | Ground Transportation | 17.87 | 17.87 | Robins Bradley A. | Home to NYP |
| 1/13/2015 | Ground Transportation | 13.30 | 13.30 | Robins Bradley A. | NYP to Office |
| 1/15/2015 | Ground Transportation | 11.75 | 11.75 | Mergenthal Timothy | Taxi home after 8:30pm / weekends |
| 1/18/2015 | Ground Transportation | 12.80 | 12.80 | Mergenthal Timothy | Taxi home after 8:30pm / weekends |
| 1/19/2015 | Ground Transportation | 11.15 | 11.15 | Mergenthal Timothy | Taxi home after 8:30pm / weekends |
| 1/20/2015 | Ground Transportation | 13.30 | 13.30 | Mergenthal Timothy | Taxi home after 8:30pm / weekends |
| 1/21/2015 | Ground Transportation | 10.30 | 10.30 | Mergenthal Timothy | Taxi home after 8:30pm / weekends |
| 1/22/2015 | Ground Transportation | 12.25 | 12.25 | Mergenthal Timothy | Taxi home after 8:30pm / weekends |
| 1/25/2015 | Ground Transportation | 14.75 | 14.75 | Mergenthal Timothy | Taxi home after 8:30pm / weekends |
| 1/27/2015 | Ground Transportation | 11.60 | 11.60 | Mergenthal Timothy | Taxi home after 8:30pm / weekends |
| | **Subtotal** | **$1,857.19** | **$1,857.19** | | |
| 11/17/2014 | Meals | $462.00 | $462.00 | Robins Bradley A. | Client dinner |
| 11/18/2014 | Meals | 106.03 | 106.03 | Bok Scott L., Robins Bradley A. | Client lunch |
| 11/18/2014 | Meals | 24.87 | 24.87 | Mergenthal Timothy | 1-person - Overtime working meals from Seamless |
| 11/18/2014 | Meals | 25.44 | 25.44 | Schmitz Jochen | 1-person - Overtime working meals from Seamless |
| 11/19/2014 | Meals | 716.09 | 716.09 | Mendelsohn Eric | Client dinner |
| 11/19/2014 | Meals | 25.91 | 25.91 | Mergenthal Timothy | 1-person - Overtime working meals from Seamless |
| 11/19/2014 | Meals | 26.05 | 26.05 | Tripathi Aparajita | 1-person - Overtime working meals from Seamless |
| 11/19/2014 | Meals | 25.44 | 25.44 | Schmitz Jochen | 1-person - Overtime working meals from Seamless |
| 11/20/2014 | Meals | 26.09 | 26.09 | Tripathi Aparajita | 1-person - Overtime working meals from Seamless |
| 11/20/2014 | Meals | 22.68 | 22.68 | Schmitz Jochen | 1-person - Overtime working meals from Seamless |
| 11/20/2014 | Meals | 23.67 | 23.67 | Mergenthal Timothy | 1-person - Overtime working meals from Seamless |
| 11/21/2014 | Meals | 11.92 | 11.92 | Mergenthal Timothy | 1-person - Overtime working meals from Seamless |
| 11/21/2014 | Meals | 16.67 | 16.67 | Tripathi Aparajita | 1-person - Overtime working meals from Seamless |
| 11/21/2014 | Meals | 10.05 | 10.05 | Tripathi Aparajita | 1-person - Overtime working meals from Seamless |
| 11/22/2014 | Meals | 16.04 | 16.04 | Mergenthal Timothy | 1-person - Overtime working meals from Seamless |
| 11/22/2014 | Meals | 9.62 | 9.62 | Mergenthal Timothy | 1-person - Overtime working meals from Seamless |
| 11/23/2014 | Meals | 13.35 | 13.35 | Mergenthal Timothy | 1-person - Overtime working meals from Seamless |
| 11/23/2014 | Meals | 26.02 | 26.02 | Tripathi Aparajita | 1-person - Overtime working meals from Seamless |
| 11/23/2014 | Meals | 12.43 | 12.43 | Mergenthal Timothy | 1-person - Overtime working meals from Seamless |
| 11/24/2014 | Meals | 26.25 | 26.25 | Tripathi Aparajita | 1-person - Overtime working meals from Seamless |
| 11/25/2014 | Meals | 26.25 | 26.25 | Tripathi Aparajita | 1-person - Overtime working meals from Seamless |
| 11/25/2014 | Meals | 21.12 | 21.12 | Mergenthal Timothy | 1-person - Overtime working meals from Seamless |
| 11/26/2014 | Meals | 26.25 | 26.25 | Tripathi Aparajita | 1-person - Overtime working meals from Seamless |
| 11/26/2014 | Meals | 26.25 | 26.25 | Mergenthal Timothy | 1-person - Overtime working meals from Seamless |
| 11/29/2014 | Meals | 21.99 | 21.99 | Mergenthal Timothy | 1-person - Overtime working meals from Seamless |
| 11/29/2014 | Meals | 25.91 | 25.91 | Tripathi Aparajita | 1-person - Overtime working meals from Seamless |
| 11/29/2014 | Meals | 3.58 | 3.58 | Mergenthal Timothy | 1-person - Overtime working meals from Seamless |
| 12/1/2014 | Meals | 25.47 | 25.47 | Tripathi Aparajita | 1-person - Overtime working meals from Seamless |
| 12/1/2014 | Meals | 22.68 | 22.68 | Schmitz Jochen | 1-person - Overtime working meals from Seamless |
| 12/2/2014 | Meals | 26.17 | 26.17 | Tripathi Aparajita | 1-person - Overtime working meals from Seamless |
| 12/2/2014 | Meals | 24.91 | 24.91 | Schmitz Jochen | 1-person - Overtime working meals from Seamless |
| 12/3/2014 | Meals | 26.00 | 26.00 | Mergenthal Timothy | 1-person - Overtime working meals from Seamless |
| 12/3/2014 | Meals | 26.20 | 26.20 | Tripathi Aparajita | 1-person - Overtime working meals from Seamless |
| 12/3/2014 | Meals | 24.91 | 24.91 | Schmitz Jochen | 1-person - Overtime working meals from Seamless |
| 12/4/2014 | Meals | 26.21 | 26.21 | Schmitz Jochen | 1-person - Overtime working meals from Seamless |
| 12/4/2014 | Meals | 22.06 | 22.06 | Mergenthal Timothy | 1-person - Overtime working meals from Seamless |
| 12/4/2014 | Meals | 24.14 | 24.14 | Tripathi Aparajita | 1-person - Overtime working meals from Seamless |
| 12/5/2014 | Meals | 26.25 | 26.25 | Mergenthal Timothy | 1-person - Overtime working meals from Seamless |
| 12/5/2014 | Meals | 26.25 | 26.25 | Tripathi Aparajita | 1-person - Overtime working meals from Seamless |
| 12/6/2014 | Meals | 15.76 | 15.76 | Tripathi Aparajita | 1-person - Overtime working meals from Seamless |
| 12/6/2014 | Meals | 10.49 | 10.49 | Tripathi Aparajita | 1-person - Overtime working meals from Seamless |
| 12/6/2014 | Meals | 13.52 | 13.52 | Mergenthal Timothy | 1-person - Overtime working meals from Seamless |
| 12/6/2014 | Meals | 7.27 | 7.27 | Mergenthal Timothy | 1-person - Overtime working meals from Seamless |
| 12/7/2014 | Meals | 26.09 | 26.09 | Tripathi Aparajita | 1-person - Overtime working meals from Seamless |
| 12/8/2014 | Meals | 26.17 | 26.17 | Tripathi Aparajita | 1-person - Overtime working meals from Seamless |
| 12/8/2014 | Meals | 24.91 | 24.91 | Schmitz Jochen | 1-person - Overtime working meals from Seamless |
| 12/9/2014 | Meals | 620.15 | 620.15 | Robins Bradley A. | Client dinner |
| 12/9/2014 | Meals | 23.55 | 23.55 | Tripathi Aparajita | 1-person - Overtime working meals from Seamless |
| 12/9/2014 | Meals | 2.52 | 2.52 | Tripathi Aparajita | 1-person - Overtime working meals from Seamless |
| 12/9/2014 | Meals | 26.19 | 26.19 | Mergenthal Timothy | 1-person - Overtime working meals from Seamless |
| 12/9/2014 | Meals | 15.88 | 15.88 | Schmitz Jochen | 1-person - Overtime working meals from Seamless |
| 12/10/2014 | Meals | 24.14 | 24.14 | Tripathi Aparajita | 1-person - Overtime working meals from Seamless |
| 12/10/2014 | Meals | 24.91 | 24.91 | Schmitz Jochen | 1-person - Overtime working meals from Seamless |
| 12/10/2014 | Meals | 25.40 | 25.40 | Mergenthal Timothy | 1-person - Overtime working meals from Seamless |
| 12/11/2014 | Meals | 26.22 | 26.22 | Tripathi Aparajita | 1-person - Overtime working meals from Seamless |
| 12/11/2014 | Meals | 24.63 | 24.63 | Mergenthal Timothy | 1-person - Overtime working meals from Seamless |
| 12/11/2014 | Meals | 15.67 | 15.67 | Schmitz Jochen | 1-person - Overtime working meals from Seamless |
| 12/12/2014 | Meals | 26.20 | 26.20 | Tripathi Aparajita | 1-person - Overtime working meals from Seamless |
| 12/12/2014 | Meals | 26.25 | 26.25 | Mergenthal Timothy | 1-person - Overtime working meals from Seamless |
| 12/13/2014 | Meals | 26.25 | 26.25 | Tripathi Aparajita | 1-person - Overtime working meals from Seamless |
| 12/14/2014 | Meals | 26.20 | 26.20 | Tripathi Aparajita | 1-person - Overtime working meals from Seamless |
| 12/15/2014 | Meals | 26.12 | 26.12 | Mergenthal Timothy | 1-person - Overtime working meals from Seamless |
| 12/15/2014 | Meals | 24.97 | 24.97 | Tripathi Aparajita | 1-person - Overtime working meals from Seamless |
| 12/16/2014 | Meals | 26.13 | 26.13 | Mergenthal Timothy | 1-person - Overtime working meals from Seamless |
| 12/16/2014 | Meals | 26.13 | 26.13 | Tripathi Aparajita | 1-person - Overtime working meals from Seamless |
| 12/16/2014 | Meals | 24.60 | 24.60 | Schmitz Jochen | 1-person - Overtime working meals from Seamless |
| 12/18/2014 | Meals | 24.97 | 24.97 | Tripathi Aparajita | 1-person - Overtime working meals from Seamless |
| 12/18/2014 | Meals | 25.94 | 25.94 | Mergenthal Timothy | 1-person - Overtime working meals from Seamless |
| 12/19/2014 | Meals | 26.19 | 26.19 | Tripathi Aparajita | 1-person - Overtime working meals from Seamless |
| 12/19/2014 | Meals | 19.36 | 19.36 | Mergenthal Timothy | 1-person - Overtime working meals from Seamless |
| 12/20/2014 | Meals | 24.28 | 24.28 | Tripathi Aparajita | 1-person - Overtime working meals from Seamless |
| 12/21/2014 | Meals | 24.54 | 24.54 | Tripathi Aparajita | 1-person - Overtime working meals from Seamless |
| 12/22/2014 | Meals | 25.63 | 25.63 | Tripathi Aparajita | 1-person - Overtime working meals from Seamless |

| Date | Category | Expense Incurred | Requested Amount | Professional(s) | Description |
|---|---|---|---|---|---|
| 12/23/2014 | Meals | 26.17 | 26.17 | Tripathi Aparajita | 1-person - Overtime working meals from Seamless |
| 12/27/2014 | Meals | 23.82 | 23.82 | Tripathi Aparajita | 1-person - Overtime working meals from Seamless |
| 12/28/2014 | Meals | 25.44 | 25.44 | Mergenthal Timothy | 1-person - Overtime working meals from Seamless |
| 12/28/2014 | Meals | 26.22 | 26.22 | Tripathi Aparajita | 1-person - Overtime working meals from Seamless |
| 12/29/2014 | Meals | 23.82 | 23.82 | Tripathi Aparajita | 1-person - Overtime working meals from Seamless |
| 12/29/2014 | Meals | 26.25 | 26.25 | Mergenthal Timothy | 1-person - Overtime working meals from Seamless |
| 12/30/2014 | Meals | 25.67 | 25.67 | Mergenthal Timothy | 1-person - Overtime working meals from Seamless |
| 12/30/2014 | Meals | 25.66 | 25.66 | Tripathi Aparajita | 1-person - Overtime working meals from Seamless |
| 12/31/2014 | Meals | 25.44 | 25.44 | Mergenthal Timothy | 1-person - Overtime working meals from Seamless |
| 12/31/2014 | Meals | 18.83 | 18.83 | Tripathi Aparajita | 1-person - Overtime working meals from Seamless |
| 1/1/2015 | Meals | 26.10 | 26.10 | Tripathi Aparajita | 1-person - Overtime working meals from Seamless |
| 1/2/2015 | Meals | 26.25 | 26.25 | Mergenthal Timothy | 1-person - Overtime working meals from Seamless |
| 1/2/2015 | Meals | 23.25 | 23.25 | Tripathi Aparajita | 1-person - Overtime working meals from Seamless |
| 1/2/2015 | Meals | 0.01 | 0.01 | Mergenthal Timothy | 1-person - Overtime working meals from Seamless |
| 1/2/2015 | Meals | 2.05 | 2.05 | Tripathi Aparajita | 1-person - Overtime working meals from Seamless |
| 1/3/2015 | Meals | 18.70 | 18.70 | Tripathi Aparajita | 1-person - Overtime working meals from Seamless |
| 1/3/2015 | Meals | 0.89 | 0.89 | Tripathi Aparajita | 1-person - Overtime working meals from Seamless |
| 1/4/2015 | Meals | 16.60 | 16.60 | Mergenthal Timothy | 1-person - Overtime working meals from Seamless |
| 1/4/2015 | Meals | 21.42 | 21.42 | Tripathi Aparajita | 1-person - Overtime working meals from Seamless |
| 1/5/2015 | Meals | 26.25 | 26.25 | Tripathi Aparajita | 1-person - Overtime working meals from Seamless |
| 1/5/2015 | Meals | 26.21 | 26.21 | Mergenthal Timothy | 1-person - Overtime working meals from Seamless |
| 1/5/2015 | Meals | 21.82 | 21.82 | Schmitz Jochen | 1-person - Overtime working meals from Seamless |
| 1/6/2015 | Meals | 26.13 | 26.13 | Mergenthal Timothy | 1-person - Overtime working meals from Seamless |
| 1/6/2015 | Meals | 26.16 | 26.16 | Tripathi Aparajita | 1-person - Overtime working meals from Seamless |
| 1/7/2015 | Meals | 26.07 | 26.07 | Mergenthal Timothy | 1-person - Overtime working meals from Seamless |
| 1/7/2015 | Meals | 26.07 | 26.07 | Tripathi Aparajita | 1-person - Overtime working meals from Seamless |
| 1/7/2015 | Meals | 25.96 | 25.96 | Schmitz Jochen | 1-person - Overtime working meals from Seamless |
| 1/8/2015 | Meals | 15.88 | 15.88 | Schmitz Jochen | 1-person - Overtime working meals from Seamless |
| 1/8/2015 | Meals | 26.12 | 26.12 | Mergenthal Timothy | 1-person - Overtime working meals from Seamless |
| 1/8/2015 | Meals | 21.87 | 21.87 | Tripathi Aparajita | 1-person - Overtime working meals from Seamless |
| 1/9/2015 | Meals | 26.15 | 26.15 | Mergenthal Timothy | 1-person - Overtime working meals from Seamless |
| 1/9/2015 | Meals | 26.15 | 26.15 | Tripathi Aparajita | 1-person - Overtime working meals from Seamless |
| 1/10/2015 | Meals | 22.68 | 22.68 | Tripathi Aparajita | 1-person - Overtime working meals from Seamless |
| 1/10/2015 | Meals | 14.99 | 14.99 | Mergenthal Timothy | 1-person - Overtime working meals from Seamless |
| 1/10/2015 | Meals | 11.26 | 11.26 | Mergenthal Timothy | 1-person - Overtime working meals from Seamless |
| 1/11/2015 | Meals | 15.38 | 15.38 | Mergenthal Timothy | 1-person - Overtime working meals from Seamless |
| 1/11/2015 | Meals | 25.63 | 25.63 | Tripathi Aparajita | 1-person - Overtime working meals from Seamless |
| 1/12/2015 | Meals | 24.00 | 24.00 | Schmitz Jochen | 1-person - Overtime working meals from Seamless |
| 1/12/2015 | Meals | 18.70 | 18.70 | Tripathi Aparajita | 1-person - Overtime working meals from Seamless |
| 1/13/2015 | Meals | 24.87 | 24.87 | Mergenthal Timothy | 1-person - Overtime working meals from Seamless |
| 1/13/2015 | Meals | 26.25 | 26.25 | Tripathi Aparajita | 1-person - Overtime working meals from Seamless |
| 1/13/2015 | Meals | 24.91 | 24.91 | Schmitz Jochen | 1-person - Overtime working meals from Seamless |
| 1/14/2015 | Meals | 25.77 | 25.77 | Tripathi Aparajita | 1-person - Overtime working meals from Seamless |
| 1/14/2015 | Meals | 16.91 | 16.91 | Mergenthal Timothy | 1-person - Overtime working meals from Seamless |
| 1/15/2015 | Meals | 26.09 | 26.09 | Mergenthal Timothy | 1-person - Overtime working meals from Seamless |
| 1/15/2015 | Meals | 23.82 | 23.82 | Tripathi Aparajita | 1-person - Overtime working meals from Seamless |
| 1/16/2015 | Meals | 26.23 | 26.23 | Tripathi Aparajita | 1-person - Overtime working meals from Seamless |
| 1/16/2015 | Meals | 26.08 | 26.08 | Mergenthal Timothy | 1-person - Overtime working meals from Seamless |
| 1/19/2015 | Meals | 10.50 | 10.50 | Mergenthal Timothy | 1-person - Overtime working meals from Seamless |
| 1/20/2015 | Meals | 25.59 | 25.59 | Tripathi Aparajita | 1-person - Overtime working meals from Seamless |
| 1/20/2015 | Meals | 21.44 | 21.44 | Schmitz Jochen | 1-person - Overtime working meals from Seamless |
| 1/20/2015 | Meals | 25.67 | 25.67 | Mergenthal Timothy | 1-person - Overtime working meals from Seamless |
| 1/21/2015 | Meals | 25.80 | 25.80 | Tripathi Aparajita | 1-person - Overtime working meals from Seamless |
| 1/21/2015 | Meals | 24.43 | 24.43 | Mergenthal Timothy | 1-person - Overtime working meals from Seamless |
| 1/21/2015 | Meals | 24.43 | 24.43 | Schmitz Jochen | 1-person - Overtime working meals from Seamless |
| 1/22/2015 | Meals | 24.48 | 24.48 | Mergenthal Timothy | 1-person - Overtime working meals from Seamless |
| 1/22/2015 | Meals | 24.48 | 24.48 | Schmitz Jochen | 1-person - Overtime working meals from Seamless |
| 1/22/2015 | Meals | 26.25 | 26.25 | Coman Laurence | 1-person - Overtime working meals from Seamless |
| 1/22/2015 | Meals | 26.25 | 26.25 | Tripathi Aparajita | 1-person - Overtime working meals from Seamless |
| 1/23/2015 | Meals | 26.24 | 26.24 | Coman Laurence | 1-person - Overtime working meals from Seamless |
| 1/23/2015 | Meals | 26.24 | 26.24 | Tripathi Aparajita | 1-person - Overtime working meals from Seamless |
| 1/23/2015 | Meals | 24.87 | 24.87 | Mergenthal Timothy | 1-person - Overtime working meals from Seamless |
| 1/24/2015 | Meals | 26.25 | 26.25 | Coman Laurence | 1-person - Overtime working meals from Seamless |
| 1/25/2015 | Meals | 23.82 | 23.82 | Tripathi Aparajita | 1-person - Overtime working meals from Seamless |
| 1/25/2015 | Meals | 26.25 | 26.25 | Coman Laurence | 1-person - Overtime working meals from Seamless |
| 1/25/2015 | Meals | 12.03 | 12.03 | Mergenthal Timothy | 1-person - Overtime working meals from Seamless |
| 1/25/2015 | Meals | 14.22 | 14.22 | Mergenthal Timothy | 1-person - Overtime working meals from Seamless |
| 1/26/2015 | Meals | 26.25 | 26.25 | Coman Laurence | 1-person - Overtime working meals from Seamless |
| 1/26/2015 | Meals | 26.21 | 26.21 | Mergenthal Timothy | 1-person - Overtime working meals from Seamless |
| 1/27/2015 | Meals | 22.91 | 22.91 | Mergenthal Timothy | 1-person - Overtime working meals from Seamless |
| 1/27/2015 | Meals | 22.91 | 22.91 | Tripathi Aparajita | 1-person - Overtime working meals from Seamless |
| 1/27/2015 | Meals | 20.18 | 20.18 | Mergenthal Timothy | 1-person - Overtime working meals from Seamless |
| 1/28/2015 | Meals | 21.42 | 21.42 | Tripathi Aparajita | 1-person - Overtime working meals from Seamless |
| 1/28/2015 | Meals | 26.25 | 26.25 | Coman Laurence | 1-person - Overtime working meals from Seamless |
| 1/28/2015 | Meals | 24.11 | 24.11 | Mergenthal Timothy | 1-person - Overtime working meals from Seamless |
| 1/29/2015 | Meals | 25.80 | 25.80 | Tripathi Aparajita | 1-person - Overtime working meals from Seamless |
| 1/29/2015 | Meals | 24.53 | 24.53 | Schmitz Jochen | 1-person - Overtime working meals from Seamless |
| 1/29/2015 | Meals | 26.06 | 26.06 | Coman Laurence | 1-person - Overtime working meals from Seamless |
| 1/30/2015 | Meals | 26.25 | 26.25 | Coman Laurence | 1-person - Overtime working meals from Seamless |
| 1/31/2015 | Meals | 26.04 | 26.04 | Coman Laurence | 1-person - Overtime working meals from Seamless |
| 1/31/2015 | Meals | 26.25 | 26.25 | Tripathi Aparajita | 1-person - Overtime working meals from Seamless |
| 1/31/2015 | Meals | 0.21 | 0.21 | Coman Laurence | 1-person - Overtime working meals from Seamless |
| 2/1/2015 | Meals | 19.82 | 19.82 | Mergenthal Timothy | 1-person - Overtime working meals from Seamless |
| 2/1/2015 | Meals | 17.25 | 17.25 | Coman Laurence | 1-person - Overtime working meals from Seamless |
| 2/1/2015 | Meals | 8.75 | 8.75 | Coman Laurence | 1-person - Overtime working meals from Seamless |
| **Subtotal** | | **$5,323.89** | **$5,323.89** | | |
| **Total** | | **$7,181.08** | **$7,181.08** | | |

*Note: Reflects expenses processed to date. Greenhill may invoice additional expenses for the time period of this fee statement as appropriate.