## Exhibit A

**Catto Declaration**

DM_US 58651166-2.093681.001

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) | (Jointly Administered) |

**DECLARATION OF ISKENDER H. CATTO IN**
**SUPPORT OF THE SECOND INTERIM FEE APPLICATION OF**
**MCDERMOTT WILL & EMERY LLP, SPECIAL COUNSEL FOR THE**
**DEBTORS AND DEBTORS IN POSSESSION, FOR THE PERIOD OF**
**SEPTEMBER 1, 2014 THROUGH AND INCLUDING DECEMBER 31, 2014**

I, Iskender H. Catto, being duly sworn, state the following under penalty of perjury:

1. I am a partner in the law firm of McDermott Will & Emery LLP ("McDermott"),[2] located at 340 Madison Avenue, New York, New York 10173. I am a member in good standing of the Bars of the States of New York and New Jersey and the Bar of Washington, D.C., and I have been admitted to practice, *pro hac vice*, in the United States Bankruptcy Court for the District of Delaware in connection with this case. There are no disciplinary proceedings pending against me.

2. I have read the foregoing second interim fee application of McDermott, special counsel for the Debtors for certain energy-related transactional matters, for the Fee Period (the "Fee Application"). To the best of my knowledge, information and belief, the statements

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning as set forth in the Fee Application.

contained in the Fee Application are true and correct. In addition, I believe that the Fee Application complies with Del. Bankr. L.R. 2016-2.

3. In connection therewith, I hereby certify that:
   a) to the best of my knowledge, information, and belief, formed after reasonable inquiry, the fees and disbursements sought in the Fee Application are permissible under the relevant rules, court orders, and Bankruptcy Code provisions, except as specifically set forth herein;

   b) except to the extent disclosed in the Fee Application, the fees and disbursements sought in the Fee Application are billed at rates customarily employed by McDermott and generally accepted by McDermott's clients. In addition, none of the professionals seeking compensation varied their hourly rate based on the geographic location of the Debtors' case;

   c) in providing a reimbursable expense, McDermott does not make a profit on that expense, whether the service is performed by McDermott in-house or through a third party;

   d) in accordance with Rule 2016(a) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 504, no agreement or understanding exists between McDermott and any other person for the sharing of compensation to be received in connection with the above cases except as authorized pursuant to the Bankruptcy Code, Bankruptcy Rules, and Local Bankruptcy Rules; and

   e) all services for which compensation is sought were professional services on behalf of the TCEH Debtors and not on behalf of any other person.

Dated: February 18, 2015

Respectfully submitted,
*/s/ Iskender Catto*
Iskender H. Catto
Partner, McDermott Will & Emery LLP