# **Exhibit E**

**Summary of Total Fees Incurred and Hours Expended During the Fee Period**

DM_US 58651166-2.093681.0012

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed |
|---|---|---|---|---|---|---|---|
| Iskender Catto | Partner | Energy Advisory Department | 2000 | $189,337.50 | 230.50 | N/A | $850.00 |
| Robert M. Lamkin | Partner | Energy Advisory Department | 1996 | $ 684.00 | .90 | N/A | $760.00 |
| Jessica Bayles | Associate | Energy Advisory Department | 2014 | $ 1,270.50 | 3.30 | N/A | $385.00 |
| Ryan A. Wagner | Associate | Restructuring & Insolvency Department | 2012 | $137,994.25 | 274.70 | N/A | $515.00 |

| Paraprofessional Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed |
|---|---|---|---|---|---|---|---|
| Andrea Duncliffe | Paralegal Manager | Corporate Advisory Department | N/A | $ 14,336.00 | 51.20 | N/A | $ 280.00 |
| **TOTALS:** | | | | $343,622.25 | 560.60 | | |

DM_US 58651166-2.093681.001