# Exhibit F

**Summary of Actual and Necessary Expenses for the Fee Period**

**Summary of Actual and Necessary Expenses for the Fee Period**

| Expense | Vendor (if any) | Unit Cost (if applicable) | Amount |
|---|---|---|---|
| Word Processing | Williams Lea | | $    245.00 |
| Telecommunications | Conference Plus (aka Arkadin) | | $        0.60 |
| Express Mail | Federal Express | | $      10.05 |
| Airfare | American/United | | $13,540.40 |
| Lodging | Dallas Marriott | | $11,977.82 |
| Travel Meals | Various | | $    625.55 |
| Local Transportation | Various | | $    886.61 |
| Car Rental | Budget Rental | | $  1,985.52 |
| Parking | Various | | $  1,946.56 |
| Miscellaneous | Various | | $    146.44 |
| **Totals** | | | **$31,364.55** |