## **Exhibit G**

**Summary of Fees by Matter for the Fee Period**

| Project Category Description | Hours | Compensation |
|---|---|---|
| **Case Administration (B110)** | 1.40 | $ 721.00 |
| **Fee/Employment Applications (B160)** | 170.40 | $ 76,896.50 |
| **Energy Trading (B270)** | 342.00 | $245,783.00 |
| **Generating Assets (B280)** | .90 | $ 684.00 |
| **Utilities (B290)** | 11.10 | $ 5,716.50 |
| **Hearings (B340)** | 5.80 | $ 3,757.50 |
| **Non-Working Travel (B330)** | 29.00 | $ 10,063.75 |
| **TOTAL** | 560.60 | $343,622.25 |