**<u>Exhibit H</u>**

**Detailed Description of Services Provided**

# McDermott Will & Emery

**Invoice**

340 Madison Avenue
New York, NY  10173-1922
+1 212 547 5400

Luminant Energy Company
1601 Bryant Street
Dallas, TX  75201

| | |
|---|---|
| Client: | 093681 |
| Invoice: | 2704702 |
| Invoice Date: | 11/04/2014 |

## Client Copy
### Billing for services rendered through 09/30/2014

0012 Energy Future Holdings Chapter 11

| | |
|---|---:|
| Total Services | $ 84,975.75 |
| Total Costs and Other Charges Posted Through Billing Period | 11,089.82 |
| **Total This Invoice** | **$ 96,065.57** |

| Invoice | Date | |
|---|---|---:|
| 2709998 | 10/17/2014 | 225,583.40 |
| 2709999 | 10/17/2014 | 135,331.76 |
| 2710000 | 10/17/2014 | 67,013.57 |
| 2710002 | 10/17/2014 | 118,271.95 |
| Total Outstanding Balance | | 546,200.68 |
| Total Balance Due | | $ 642,266.25 |

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers).  If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

340 Madison Avenue
New York, NY 10173-1922
+1 212 547 5400

11/04/2014

Invoice: 2704702
Client: 093681

Luminant Energy Company
1601 Bryant Street
Dallas, TX 75201

For Services Rendered in Connection with:

Matter: 0012          Energy Future Holdings Chapter 11

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| B160 Fee/Employment Applications | | | | | |
| R. Wagner | 09/02/14 | Review and comment on supplemental Catto declaration and revised proposed retention order and attend to emails with K&E regarding same. | 1.30 | 515.00 | 669.50 |
| R. Wagner | 09/03/14 | Review and comment on revised retention order and attend to emails and discussions with A. Catto and K&E regarding same. | 0.80 | 515.00 | 412.00 |
| R. Wagner | 09/04/14 | Attend to conflicts and retention issues and discuss same with A. Catto. | 2.00 | 515.00 | 1,030.00 |
| R. Wagner | 09/05/14 | Attend to conflicts and retention issues. | 1.00 | 515.00 | 515.00 |
| R. Wagner | 09/08/14 | Attend to conflicts issues and supplemental schedule to Catto declaration. | 1.30 | 515.00 | 669.50 |
| R. Wagner | 09/09/14 | Attend to conflicts issues and supplemental schedule to Catto declaration. | 0.80 | 515.00 | 412.00 |
| R. Wagner | 09/10/14 | Attend to drafting of schedule II to supplemental Catto declaration (1.5); Review and comment on revised retention order and discuss same with K&E and A. Catto (.8). | 2.30 | 515.00 | 1,184.50 |

# McDermott
# Will & Emery

Luminant Energy Company

Client:          093681
Invoice:         2704702
Invoice Date:    11/04/2014

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| R. Wagner | 09/11/14 | Attend to emails and discussions with K&E and A. Catto regarding retention and conflicts issues (.4); Review revisions and comments to chart setting forth services to be provided by Debtors' professionals and discuss same with A. Catto. (.5); Attend to emails with internal conflicts personnel regarding conflicts review. (.2). | 1.10 | 515.00 | 566.50 |
| R. Wagner | 09/12/14 | Attend to emails and discussions with K&E and A. Catto regarding retention issues (.2); Review revisions and comments to chart setting forth services to be provided by Debtors' professionals and discuss same with A. Catto. (.2); Attend to conflicts review. (1.0). | 1.40 | 515.00 | 721.00 |
| R. Wagner | 09/13/14 | Attend to discussions with A. Catto and K&E regarding Catto supplemental declaration and provide comments to same. | 1.30 | 515.00 | 669.50 |
| R. Wagner | 09/14/14 | Attend to emails with K&E regarding retention order and supplemental declaration and discuss issues regarding same with A. Catto. | 1.00 | 515.00 | 515.00 |
| R. Wagner | 09/15/14 | Attend to discussions with K&E and A. Catto regarding retention issues and review and comment on revisions to declaration and order. | 2.10 | 515.00 | 1,081.50 |
| R. Wagner | 09/17/14 | Attend to discussions with A. Catto regarding retention issues. | 0.50 | 515.00 | 257.50 |
| R. Wagner | 09/18/14 | Attend to conflicts issues. | 0.70 | 515.00 | 360.50 |
| R. Wagner | 09/19/14 | Attend to preparation of monthly fee applications and discussions with accounting regarding same. (1.5); Attend to conflicts issues. (.4) | 1.90 | 515.00 | 978.50 |

# McDermott
# Will & Emery

Luminant Energy Company

Client:       093681
Invoice:     2704702
Invoice Date:  11/04/2014

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| A. Duncliffe | 09/22/14 | Template schedules created for monthly applications. Pre-bill reviewed for information for charts. | 2.30 | 280.00 | 644.00 |
| R. Wagner | 09/22/14 | Attend to preparation of monthly fee applications and discussions with accounting regarding same. (1.1); Attend to emails regarding fee committee issues. (.3). | 1.40 | 515.00 | 721.00 |
| A. Duncliffe | 09/23/14 | Charts for fees prepared for First Monthly Application to bankruptcy court. | 2.00 | 280.00 | 560.00 |
| R. Wagner | 09/23/14 | Attend to emails with A&M regarding projected run rates and related matters. (.5); Attend to preparation of monthly fee applications. (1.4). | 1.90 | 515.00 | 978.50 |
| I. Catto | 09/24/14 | Attend all-hands telephone conference re fee applications. | 0.50 | 850.00 | 425.00 |
| A. Duncliffe | 09/24/14 | Charts prepared for first monthly fee application | 2.30 | 280.00 | 644.00 |
| R. Wagner | 09/24/14 | Attend to preparation of monthly fee applications. | 1.60 | 515.00 | 824.00 |
| A. Duncliffe | 09/25/14 | Charts revised to reflect revised backup from accounting department. | 1.30 | 280.00 | 364.00 |
| R. Wagner | 09/25/14 | Attend to calls and emails with A. Duncliffe regarding preparation of fee application exhibits. | 0.60 | 515.00 | 309.00 |
| R. Wagner | 09/29/14 | Attend to monthly fee applications and related issues. | 2.60 | 515.00 | 1,339.00 |
| R. Wagner | 09/30/14 | Attend to monthly fee applications and related issues. | 0.80 | 515.00 | 412.00 |
| | | | | | 17,263.00 |

B270 Energy Trading

# McDermott
# Will & Emery

Luminant Energy Company

Client: 093681
Invoice: 2704702
Invoice Date: 11/04/2014

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| I. Catto | 09/02/14 | Review and analyze coal plant matter (2.2); conferences with T. Silvey re coal plant (.5); review and prepare for wind negotiation (1.6); review nuclear fuel agreements (1.7); correspondence and telephone conference with J. Bys re contract negotiation (.7). | 6.70 | 850.00 | 5,695.00 |
| I. Catto | 09/03/14 | Review revised draft order (.4); review fuel counterparty negotiation correspondence (.5); telephone conference with T. Silvey and J. Bys re wind negotiation (.7); telephone conferences with T. Silvey re trading agreements (.9); review draft trading agreement (.8). | 3.30 | 850.00 | 2,805.00 |
| I. Catto | 09/05/14 | Review and revise draft liquidation agreement (.5); telephone conference with contract team re potential rejection (.5); telephone conference with counterparty counsel re liquidation agreement (.3); telephone conferences with J. Bys re trading matters (.6); telephone conference with R. Talley re fuel contracts (.4). | 2.30 | 850.00 | 1,955.00 |
| R. Wagner | 09/08/14 | Draft, review and revise liquidation agreement and attend to emails regarding same with A. Catto. | 1.50 | 515.00 | 772.50 |
| I. Catto | 09/09/14 | Telephone conference with T. Silvey and K. Ray re coal plant matter (.8); telephone conference with M. Goering, R. Talley, and T. Silvey re fuel contracts (.7); review and revise draft liquidation agreement (.8). | 2.30 | 850.00 | 1,955.00 |
| R. Wagner | 09/09/14 | Draft, review and revise liquidation agreement and attend to emails regarding same with A. Catto. | 1.20 | 515.00 | 618.00 |

# McDermott
# Will & Emery

Luminant Energy Company

Client:       093681
Invoice:     2704702
Invoice Date:  11/04/2014

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| J. Bayles | 09/10/14 | Research Texas statutes and regulations regarding potential counterparty obligations. | 2.30 | 385.00 | 885.50 |
| I. Catto | 09/10/14 | Review and revise draft liquidation agreement (.6); review draft collateral report (.2); telephone conference with T. Silvey and R. Talley re coal transport contract (.5). | 1.30 | 850.00 | 1,105.00 |
| R. Wagner | 09/10/14 | Draft, review and revise liquidation agreement and attend to emails with client and A. Catto regarding same. | 1.30 | 515.00 | 669.50 |
| J. Bayles | 09/11/14 | Continue research and discuss research with R. Lamkin and draft summary for I. Catto. | 1.00 | 385.00 | 385.00 |
| I. Catto | 09/11/14 | Review nuclear fuel contract matter (1.6); telephone conference with T. Silvey and R. Talley re nuclear fuel contracts (1.0). | 2.60 | 850.00 | 2,210.00 |
| R. Wagner | 09/11/14 | Attend to research and emails with A. Catto regarding executory contract rejection issues. | 1.30 | 515.00 | 669.50 |
| I. Catto | 09/15/14 | Review wind PPA (1.1); prepare for conference with wind counterparty re wind PPA negotiations and conferences with T. Silvey and J. Bys re wind negotiation (2.6); conference with counterparty re wind negotiation (2.1); review draft coal transport agreement (1.3). | 7.10 | 850.00 | 6,035.00 |
| I. Catto | 09/17/14 | Review coal transport agreement (1.1); draft provision for transport agreement (.8); conferences with B. Lamb, T. Silvey, R. Talley and L. Adams re draft agreement (.7). | 2.60 | 850.00 | 2,210.00 |
| R. Wagner | 09/18/14 | Review and analyze recently-entered orders and discuss same with A. Catto. | 1.50 | 515.00 | 772.50 |

# McDermott
# Will & Emery

Luminant Energy Company

Client:        093681
Invoice:       2704702
Invoice Date:  11/04/2014

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| I. Catto | 09/19/14 | Review and revise draft contract amendments (2.2); telephone conference with T. Silvey re amendments (.4). | 2.60 | 850.00 | 2,210.00 |
| I. Catto | 09/22/14 | Conference with counterparty and counsel re trading arrangements (1.0); conferences with T. Silvey re potential contract rejection (.8); review and revise contract amendments (1.8). | 3.60 | 850.00 | 3,060.00 |
| I. Catto | 09/23/14 | Conferences with T. Silvey, M. Goering re fuel agreements (.7); review fuel agreements and history (2.2); draft correspondence with counterparties re potential amendments (1.4); | 4.30 | 850.00 | 3,655.00 |
| R. Wagner | 09/23/14 | Review and analyze credit agreement and related documents and determine negotiating strategy with counterparties (2.0); Discuss same with A. Catto (.3). | 2.30 | 515.00 | 1,184.50 |
| I. Catto | 09/24/14 | Review and revise draft liquidation agreement (.8); conference with J. Bys re contract negotiations (.5); review coal plant matter (1.1); conferences with T. Silvey re coal plant and trading contracts (1.2); review and revise draft correspondence with counterparty re contract negotiation (.9). | 4.50 | 850.00 | 3,825.00 |
| R. Wagner | 09/24/14 | Review and analyze credit agreement and related documents and determine negotiating strategy with counterparties and discuss same with A. Catto (1.2); Draft, review and revise liquidation agreements and discuss issues regarding same with A. Catto and T. Silvey. (1.0) | 2.20 | 515.00 | 1,133.00 |

# McDermott
# Will & Emery

Luminant Energy Company

Client:      093681
Invoice:     2704702
Invoice Date:  11/04/2014

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| I. Catto | 09/25/14 | Review and revise draft contract amendment (.7); review draft liquidation agreement (.4). | 1.10 | 850.00 | 935.00 |
| I. Catto | 09/29/14 | Review counterparty comments and telephone conference with counterparty counsel re draft liquidation agreement (1.5); revise draft amendment re wind agreement (.6). | 2.10 | 850.00 | 1,785.00 |
| R. Wagner | 09/29/14 | Attend to liquidation agreement issues and discuss same with I. Catto. | 2.00 | 515.00 | 1,030.00 |
| I. Catto | 09/30/14 | Review execution version of liquidation agreement (.3); review final contract amendment (.3); review contract liquidation agreement negotiation file (1.5). | 2.10 | 850.00 | 1,785.00 |
| | | | | | 49,345.00 |

### B280 Generating Assets

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| R. Lamkin | 09/09/14 | Discuss research on duty to serve of Texas electric cooperatives with A. Catto and J. Bayles. | 0.40 | 760.00 | 304.00 |
| R. Lamkin | 09/11/14 | Discuss research on obligation of Texas co-ops to provide service with J. Bayles (0.2); review summary of same (0.3). | 0.50 | 760.00 | 380.00 |
| | | | | | 684.00 |

### B290 Utilities

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| R. Wagner | 09/05/14 | Attend to review of and research regarding potential implications of proposed joint use agreements. | 2.10 | 515.00 | 1,081.50 |

# McDermott
# Will & Emery

Luminant Energy Company

Client:        093681
Invoice:      2704702
Invoice Date:  11/04/2014

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| R. Wagner | 09/08/14 | Review and analyze joint use agreement, and research law regarding ordinary course transactions, state and federal energy regulations and pleadings with respect potential regulatory issues and discuss same with A. Catto. | 3.60 | 515.00 | 1,854.00 |
| R. Wagner | 09/09/14 | Review and analyze joint use agreement, and review pleadings with respect potential regulatory issues and discuss same with A. Catto. | 1.80 | 515.00 | 927.00 |
| | | | | | 3,862.50 |

**B330 Non-Working Travel**

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| I. Catto | 09/15/14 | Travel to Dallas. | 3.50 | 425.00 | 1,487.50 |
| I. Catto | 09/18/14 | Return travel from Dallas. | 4.00 | 425.00 | 1,700.00 |
| I. Catto | 09/22/14 | Travel to Dallas. | 3.00 | 425.00 | 1,275.00 |
| R. Wagner | 09/22/14 | Travel from NY to Dallas. | 6.40 | 257.50 | 1,648.00 |
| I. Catto | 09/25/14 | Return travel from Dallas. | 2.00 | 425.00 | 850.00 |
| R. Wagner | 09/25/14 | Travel from Dallas to New York. | 7.10 | 257.50 | 1,828.25 |
| I. Catto | 09/30/14 | Travel to Dallas. | 3.00 | 425.00 | 1,275.00 |
| | | | | | 10,063.75 |

**B340 Hearings**

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| I. Catto | 09/16/14 | Attend hearing telephonically. | 2.30 | 850.00 | 1,955.00 |
| R. Wagner | 09/16/14 | Draft potential arguments and anticipated questions, prepare for, and telephonically attend hearing on McDermott retention application and related matters. | 3.50 | 515.00 | 1,802.50 |
| | | | | | 3,757.50 |

| | **Total** | | | | **$84,975.75** |
|---|---|---|---|---|---|

## Task Code Summary

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| B160 | Fee/Employment Applications | 36.80 | 17,263.00 |

# McDermott
# Will & Emery

Luminant Energy Company

Client:       093681
Invoice:      2704702
Invoice Date: 11/04/2014

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| B270 | Energy Trading | 65.10 | 49,345.00 |
| B280 | Generating Assets | 0.90 | 684.00 |
| B290 | Utilities | 7.50 | 3,862.50 |
| B330 | Non-Working Travel | 29.00 | 10,063.75 |
| B340 | Hearings | 5.80 | 3,757.50 |
| | | 145.10 | 84,975.75 |

## Costs and Other Charges

| Description | Amount |
|-------------|--------|
| Express Mail | 10.05 |
| Telecommunications | 0.60 |
| Transportation/Parking | 1,019.02 |
| Travel Expenses | 9,815.15 |
| Word Processing | 245.00 |

**Total Costs and Other Charges**   **$11,089.82**

**Total This Invoice**   **$96,065.57**

# McDermott
# Will & Emery

340 Madison Avenue
New York, NY  10173-1922
+1 212 547 5400

Luminant Energy Company
Invoice: 2704702

11/04/2014

## Invoice Totals

| | Matter Name | Hours | Fees | Costs and Other Charges | Retainer | Total |
|---|---|---|---|---|---|---|
| 0012 | Energy Future Holdings Chapter 11 | 145.10 | 84,975.75 | 11,089.82 | 0.00 | 96,065.57 |

# McDermott
# Will & Emery

**Invoice**

340 Madison Avenue
New York, NY 10173-1922
+1 212 547 5400

Luminant Energy Company
1601 Bryant Street
Dallas, TX 75201

| | |
|---|---|
| Client: | 093681 |
| Invoice: | 2718022 |
| Invoice Date: | 12/04/2014 |

## Client Copy
### Billing for services rendered through 10/31/2014

0012 Energy Future Holdings Chapter 11

| | |
|---|---|
| Total Services | $ 111,405.50 |
| Total Costs and Other Charges Posted Through Billing Period | 5,254.12 |
| **Total This Invoice** | **$ 116,659.62** |

| Invoice | Date | |
|---|---|---|
| 2709998 | 10/17/2014 | 40,150.55 |
| 2709999 | 10/17/2014 | 23,099.90 |
| 2710000 | 10/17/2014 | 10,969.80 |
| 2710002 | 10/17/2014 | 20,586.60 |
| 2704702 | 11/04/2014 | 96,065.57 |

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers). If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Luminant Energy Company

Client:          093681
Invoice:         2718022
Invoice Date:    12/04/2014

Total Outstanding Balance                                    19O,872.42

Total Balance Due                                          $ 307,532.04

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.
Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

340 Madison Avenue
New York, NY  10173-1922
+1 212 547 5400

12/04/2014

Invoice: 2718022
Client: 093681

Luminant Energy Company
1601 Bryant Street
Dallas, TX  75201

For Services Rendered in Connection with:

Matter: 0012        Energy Future Holdings Chapter 11

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| B110 Case Administration | | | | | |
| R. Wagner | 10/06/14 | Draft Catto pro hac motion and attend to emails with K&E and RLF regarding same. | 0.60 | 515.00 | 309.00 |
| R. Wagner | 10/07/14 | Coordinate with RLF for filing of Catto pro hac. | 0.40 | 515.00 | 206.00 |
| R. Wagner | 10/17/14 | Attend to emails with K&E regarding fiscal year-end issues. | 0.20 | 515.00 | 103.00 |
| | | | | | 618.00 |
| B160 Fee/Employment Applications | | | | | |
| R. Wagner | 10/01/14 | Attend to monthly fee applications. | 2.20 | 515.00 | 1,133.00 |
| I. Catto | 10/02/14 | Review draft fee applications. | 1.00 | 850.00 | 850.00 |
| A. Duncliffe | 10/02/14 | Charts for First Application of Fee Payment revised. | 0.80 | 280.00 | 224.00 |
| R. Wagner | 10/02/14 | Attend to preparation of monthly fee statements and review of time detail. (1.7); Attend to emails regarding fee committee issues. (.4). | 2.10 | 515.00 | 1,081.50 |
| A. Duncliffe | 10/03/14 | Template to charts revised to reflect updates (.40). June chart for Second Fee Application worked on (1.7). | 2.10 | 280.00 | 588.00 |
| R. Wagner | 10/03/14 | Attend to preparation of monthly fee statements and review of time detail. (1.5); Review fee committee memo and participate on conference call with professionals and fee committee members (.7). | 2.20 | 515.00 | 1,133.00 |

# McDermott
# Will & Emery

Luminant Energy Company

Client: 093681
Invoice: 2718022
Invoice Date: 12/04/2014

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| A. Duncliffe | 10/06/14 | Charts revised for June Fee Application (2.20). Expense reports pulled for breakdown of travel expenses (.40). Information updated with respect to accounting revisions (.20). | 2.80 | 280.00 | 784.00 |
| R. Wagner | 10/06/14 | Attend to preparation and drafting of monthly fee statements. (3.8); Review revised monthly circulated by K&E. (.3). | 4.10 | 515.00 | 2,111.50 |
| A. Duncliffe | 10/07/14 | Figures from expense reports broken out for June Fee Application (6.0). Form of Exhibits revised (.20). | 6.20 | 280.00 | 1,736.00 |
| R. Wagner | 10/07/14 | Review latest fee committee memo. (.6); Attend to preparation and drafting of monthly fee statements. (1.5). | 2.10 | 515.00 | 1,081.50 |
| R. Wagner | 10/08/14 | Draft, review and revise monthly fee statements. | 2.50 | 515.00 | 1,287.50 |
| R. Wagner | 10/09/14 | Draft, review and revise budget and staffing memorandum for November 2014 and attend to emails with I. Catto regarding same. (2.0); Review form interim fee application and attend to emails with K&E and I. Catto regarding same. (.6). | 2.60 | 515.00 | 1,339.00 |
| A. Duncliffe | 10/10/14 | Exhibit Charts to fee applications revised and reviewed (3.0). Final Fee Applications assembled (1.3). | 4.30 | 280.00 | 1,204.00 |
| R. Wagner | 10/10/14 | Prepare monthly fee statements and review and analyze expenses and expense reports (1.8); Attend to emails with A. Catto regarding monthly fee statements. (.5) | 2.30 | 515.00 | 1,184.50 |
| A. Duncliffe | 10/13/14 | Revisions and double checking of travel expenses to determine discrepancy with pre-bill (.70). Discussed with D. Mnaymneh (.10). | 0.80 | 280.00 | 224.00 |

# McDermott
# Will & Emery

Luminant Energy Company

Client:          093681
Invoice:          2718022
Invoice Date:     12/04/2014

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| R. Wagner | 10/13/14 | Attend to monthly fee statements and review and expenses. | 1.70 | 515.00 | 875.50 |
| I. Catto | 10/14/14 | Review and revise draft budget and staffing memos. | 1.50 | 850.00 | 1,275.00 |
| A. Duncliffe | 10/14/14 | Fee application exhibits reviewed and revised (3.3). Copies made (.60). Meeting with R. Wagner and D. Mnaymneh (.40). | 4.30 | 280.00 | 1,204.00 |
| R. Wagner | 10/14/14 | Draft, review and revise budget and staffing memorandum and attend to emails regarding same (1.8); Attend to preparation of monthly fee statements and review of expenses. (2.5) | 4.30 | 515.00 | 2,214.50 |
| A. Duncliffe | 10/15/14 | Fee applications revised to remove exhibits (1.0). Phone calls with Accounting and I. Catto (.30). | 1.30 | 280.00 | 364.00 |
| R. Wagner | 10/15/14 | Attend to preparation of monthly fee statements and review of expenses and discussions with accounting staff regarding same. (2.9); Attend to emails with A. Catto regarding monthly fee statements and open issues with respect thereto. (.6). | 3.50 | 515.00 | 1,802.50 |
| R. Wagner | 10/16/14 | Attend to preparation and finalizing of monthly fee statements and review of expenses and discussions with accounting staff regarding same. (3.1); Attend to emails with A. Catto regarding monthly fee statements and open issues with respect thereto. (.3); Coordinate with RLF to file monthly fee statements. (.5). | 3.90 | 515.00 | 2,008.50 |

# McDermott
# Will & Emery

Luminant Energy Company

Client:         093681
Invoice:        2718022
Invoice Date:   12/04/2014

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| R. Wagner | 10/17/14 | Attend to emails with client regarding budget and staffing issues. (.3); Review language of retention application, order UST guidelines and fee committee memos and attend to discussions with A. Catto regarding same. (1.3); Attend to emails with RLF regarding monthly fee statements. (.2); Review final bills and narratives for May-August 2014. (1.0). | 2.80 | 515.00 | 1,442.00 |
| R. Wagner | 10/20/14 | Attend to May-August bills. (.8); Attend to first interim fee application and related issues. (1.8). | 2.60 | 515.00 | 1,339.00 |
| A. Duncliffe | 10/21/14 | Interim fee application exhibits prepared (3.6). Expense backup submissions compiled for first four monthly fee applications (1.2). | 4.80 | 280.00 | 1,344.00 |
| R. Wagner | 10/21/14 | Attend to drafting of first interim fee application. (2.0) Review expense backup information and submit same along with monthly fee statements to fee committee. (1.1). | 3.10 | 515.00 | 1,596.50 |
| I. Catto | 10/22/14 | Telephone conference with fee committee. | 0.50 | 850.00 | 425.00 |
| A. Duncliffe | 10/22/14 | Review of final interim fee application exhibits | 0.50 | 280.00 | 140.00 |
| R. Wagner | 10/22/14 | Attend to first interim fee application. (1.5); Prepare for and attend fee committee call. (.8). | 2.30 | 515.00 | 1,184.50 |
| R. Wagner | 10/23/14 | Review final bills for May-August (1.0); Discuss same with A. Catto (.4); Attend to emails with T. Silvey, G. Moor and A. Catto regarding same. (.5); Draft, review and revise McDermott's first interim fee application. (1.5). | 3.40 | 515.00 | 1,751.00 |
| R. Wagner | 10/24/14 | Draft, review and revise first interim fee application. | 1.20 | 515.00 | 618.00 |

# McDermott
# Will & Emery

Luminant Energy Company

Client:       093681
Invoice:      2718022
Invoice Date:  12/04/2014

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| A. Duncliffe | 10/27/14 | Conference call with fee committee re: Fee Applications. | 0.50 | 280.00 | 140.00 |
| R. Wagner | 10/27/14 | Prepare for and attend conference call with fee committee (.6); Review fee committee power point (.4); Draft first interim fee application. (.5). | 1.50 | 515.00 | 772.50 |
| A. Duncliffe | 10/28/14 | Revisions to schedules to Interim Fee Application | 0.80 | 280.00 | 224.00 |
| R. Wagner | 10/28/14 | Draft, review and revise first interim fee application. | 2.30 | 515.00 | 1,184.50 |
| R. Wagner | 10/30/14 | Draft, review and revise first interim fee application and accompanying chart. (3.0); Attend to calls with A. Catto regarding same. (.5). | 3.50 | 515.00 | 1,802.50 |
| A. Duncliffe | 10/31/14 | Exhibits to interim fee application revised and figures reviewed. | 2.50 | 280.00 | 700.00 |
| R. Wagner | 10/31/14 | Draft, review and revise first interim fee application and accompanying chart and coordinate filing of same. (2.7); Attend to calls with A. Catto regarding same. (.4). | 3.10 | 515.00 | 1,596.50 |
| | | | | | 41,965.50 |

B270 Energy Trading

| | | | | | |
|---|---|---|---|---|---|
| I. Catto | 10/01/14 | Review nuclear fuel agreements (1.5); review trading agreements re potential rejection (.7); conferences with T. Silvey re potential rejection (.6); review and revise wind amendment (.7); conferences with J. Bys re wind amendment (.4). | 3.90 | 850.00 | 3,315.00 |
| R. Wagner | 10/01/14 | Attend to liquidation agreements and notice issues. | 1.50 | 515.00 | 772.50 |

# McDermott
# Will & Emery

Luminant Energy Company

| | | | Client: | 093681 |
| | | | Invoice: | 2718022 |
| | | | Invoice Date: | 12/04/2014 |

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| I. Catto | 10/02/14 | Review contract rejection materials and conferences with T. Silvey re contracts rejection (1.9); conference with R. Talley re contract negotiation (.6); conference with J. Bys re contract negotiation (.7). | 3.20 | 850.00 | 2,720.00 |
| R. Wagner | 10/02/14 | Attend to liquidation agreements and notice issues. | 1.60 | 515.00 | 824.00 |
| I. Catto | 10/03/14 | Review and revise draft liquidation notice (.6); review draft rejection motion and contract rejection materials (1.7). | 2.30 | 850.00 | 1,955.00 |
| R. Wagner | 10/03/14 | Draft, review and revise form of liquidation notice and attend to emails with A. Catto regarding same. | 1.60 | 515.00 | 824.00 |
| R. Wagner | 10/06/14 | Attend to emails regarding liquidation agreements with counterparties. | 0.30 | 515.00 | 154.50 |
| R. Wagner | 10/07/14 | Attend to liquidation agreements and notice regarding same. (.8); Attend to emails with T. Silvey and A. Catto regarding liquidation notice. (.3). | 1.10 | 515.00 | 566.50 |
| R. Wagner | 10/08/14 | Attend to liquidation notice issues and discuss same with K&E and A. Catto. | 1.00 | 515.00 | 515.00 |
| I. Catto | 10/09/14 | Conference with T. Silvey, M. Goering, J. Kollar, R. Talley re nuclear fuels matter (.7); prepare for telephone conference (.4); telephone conference with wind counterparty re amendment (1.0); Telephone conference with contracts team (1.3). | 3.40 | 850.00 | 2,890.00 |

# McDermott
# Will & Emery

Luminant Energy Company

Client:          093681
Invoice:        2718022
Invoice Date:   12/04/2014

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| R. Wagner | 10/09/14 | Attend to discussions with Epiq and I. Catto regarding liquidation notice issues. (1.5); Attend to liquidation agreement issues with counterparties. (1.2). | 2.70 | 515.00 | 1,390.50 |
| I. Catto | 10/13/14 | Review revised draft amendment (.7); correspondence with S. Muscato T. Silvey re trading (.9); telephone conferences with T. Silvey re trading (.6). | 2.20 | 850.00 | 1,870.00 |
| R. Wagner | 10/13/14 | Attend to liquidation notice issues and discuss same with A. Catto, T. Silvey, K&E and Epiq. | 1.60 | 515.00 | 824.00 |
| I. Catto | 10/14/14 | Conferences with T. Silvey re trading (2.1); prepare for telephone conference with PPA counterparty (.6); telephone conference with counterparty re amendment (.9). | 3.60 | 850.00 | 3,060.00 |
| I. Catto | 10/15/14 | Review counterparty draft PPA amendment (.6); review counterparty proposed settlement and conferences with R. Talley, J. Kollar, T. Silvey re proposal (2.1); review draft settlement (.8); conferences with T. Silvey re trading (1.0). | 4.50 | 850.00 | 3,825.00 |
| I. Catto | 10/16/14 | Review nuclear fuel negotiation proposal and conference with J. Kollar and W. Eshelman. | 2.10 | 850.00 | 1,785.00 |
| I. Catto | 10/17/14 | Telephone conference with T. Silvey and O. Marx re negotiations (.5); telephone conferences with W. Eshelman and R. Talley re contract negotiations (1.4); | 1.90 | 850.00 | 1,615.00 |

# McDermott
# Will & Emery

Luminant Energy Company

Client: 093681
Invoice: 2718022
Invoice Date: 12/04/2014

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| I. Catto | 10/20/14 | Review and revise draft wind amendment (.5); telephone conference with T. Silvey and A. Sareen re wind amendment (.7); review and revise draft fuel amendment (.8). | 2.00 | 850.00 | 1,700.00 |
| I. Catto | 10/22/14 | Contracts team telephone conference (1.0);  review draft correspondence with trading counterparty (.2); review potential contract rejection (.9). | 2.10 | 850.00 | 1,785.00 |
| R. Wagner | 10/22/14 | Attend to calls and emails with A. Catto regarding energy trading and counter party issues. (.7); Attend to research and analysis of executory contract issues in connection with counterparty agreements. (1.8). | 2.50 | 515.00 | 1,287.50 |
| I. Catto | 10/23/14 | Review and revise draft amendment and assumption motion. | 1.60 | 850.00 | 1,360.00 |
| R. Wagner | 10/23/14 | Attend to emails with T. Silvey and A. Catto regarding liquidation notice and procedure issues. | 0.50 | 515.00 | 257.50 |
| I. Catto | 10/24/14 | Revise and revise draft amendment (1.1). | 1.10 | 850.00 | 935.00 |
| R. Wagner | 10/24/14 | Attend to discussions with A. Catto, K&E, and A&M regarding counterparty assumption motions (.8); Review and analyze draft documents in connection with counterparty assumption motion. (2.8); Discuss resolution of counterparty claim with A. Catto and review underlying documents in connection with same. (1.3). | 4.90 | 515.00 | 2,523.50 |
| R. Wagner | 10/25/14 | Attend to emails with A. Catto and K&E regarding counterparty assumption motion. | 0.40 | 515.00 | 206.00 |

# McDermott
# Will & Emery

Luminant Energy Company

Client:    093681
Invoice:    2718022
Invoice Date:    12/04/2014

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| R. Wagner | 10/26/14 | Review draft amendments and underlying documents with respect to potential assumption motion and discuss same with A. Catto. (1.4); Attend to drafting of background section with respect to counterparty assumption motion and attend to emails with A. Catto regarding same. (1.2). | 2.60 | 515.00 | 1,339.00 |
| I. Catto | 10/27/14 | Review and revise draft trading agreement (2.2); review draft restructured amendment (1.4); review and revise draft stipulation (1.1). | 4.70 | 850.00 | 3,995.00 |
| R. Wagner | 10/27/14 | Draft, review and revise background section to counterparty assumption motion and attend to discussions with A. Catto regarding same (.8); Attend to emails with K&E regarding counterparty assumption motion (.5); Review and analyze terms of original wind purchase agreement with counterparty (1.0); Review underlying documents and proofs of claim and draft stipulation resolving claims of contract counterparty. (3.1); Discuss draft counterparty stipulation with A. Catto (.4). | 5.80 | 515.00 | 2,987.00 |
| I. Catto | 10/28/14 | Conference with team re terminated contracts (1.2); review and revise draft stipulation (1.6); review and revise draft amendment and assumption motion (1.7). | 4.50 | 850.00 | 3,825.00 |

# McDermott
# Will & Emery

Luminant Energy Company

Client:      093681
Invoice:     2718022
Invoice Date:  12/04/2014

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| R. Wagner | 10/28/14 | Attend to issues with respect to counterparty assumption motion (1.8); Review draft assumption motion (.7); Attend to calls with A&M regarding assumption motion (.3); Review and analyze terms of original and amended wind purchase agreements with counterparty (1.5); Draft, review and revise stipulation resolving claims of contract counterparty. (.7); Discuss draft counterparty stipulation with A. Catto (.2). | 5.20 | 515.00 | 2,678.00 |
| I. Catto | 10/29/14 | Telephone conference with team re contract assumption (.7); review and revise draft purchase agreement (2.0); review hedge plan material (.6); review and revise draft motion (.9). | 4.20 | 850.00 | 3,570.00 |
| R. Wagner | 10/29/14 | Review and comment on multiple versions of draft assumption motion (1.1); Prepare for and attend conference call with company and K&E regarding assumption motion and related issues (.6); Attend to emails with A. Catto regarding liquidation agreements (.2); Attend to issues in connection with draft liquidation agreements with counterparties. (3.1). | 5.00 | 515.00 | 2,575.00 |
| I. Catto | 10/30/14 | Review and revise draft motion and order (2.1); conferences with T. Silvey and K&E re motion and order (1.1); review draft assumption motion and correspondence with team (.9). | 4.10 | 850.00 | 3,485.00 |

# McDermott
# Will & Emery

Luminant Energy Company

| | |
|---|---|
| Client: | 093681 |
| Invoice: | 2718022 |
| Invoice Date: | 12/04/2014 |

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| R. Wagner | 10/30/14 | Review and comment on multiple versions of draft assumption motion (1.2); Attend to assumption motion issues and discuss same with A. Catto. (1.6); Attend to issues in connection with draft liquidation agreements with counterparties. (2.0); Draft, review and revise stipulation resolving prepetition claims of counterparty and attend to emails with company regarding same. (1.5). | 6.30 | 515.00 | 3,244.50 |
| R. Wagner | 10/31/14 | Attend to assumption motion issues and emails with K&E and company regarding same. (1.7); Attend to issues in connection with draft liquidation agreements with counterparties. (1.4); Draft, review and revise stipulation resolving prepetition claims of counterparty. (1.1). | 4.20 | 515.00 | 2,163.00 |
| | | | | | 68,822.00 |

**Total**                                                    **$111,405.50**

## Task Code Summary

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| B110 | Case Administration | 1.20 | 618.00 |
| B160 | Fee/Employment Applications | 94.00 | 41,965.50 |
| B270 | Energy Trading | 100.20 | 68,822.00 |
| | | 195.40 | 111,405.50 |

## Costs and Other Charges

| Description | Amount |
|---|---|
| Transportation/Parking | 287.30 |

# McDermott
# Will & Emery

Luminant Energy Company

| | | |
|---|---|---|
| Client: | 093681 |
| Invoice: | 2718022 |
| Invoice Date: | 12/04/2014 |

## Description                                                    Amount

Travel Expenses                                                   4,966.82

**Total Costs and Other Charges**        **$5,254.12**

**Total This Invoice**        **$116,659.62**

# McDermott
# Will & Emery

340 Madison Avenue
New York, NY 10173-1922
+1 212 547 5400

Luminant Energy Company
Invoice: 2718022

12/04/2014

## Invoice Totals

| Matter Name | Hours | Fees | Costs and Other Charges | Retainer | Total |
|---|---|---|---|---|---|
| 0012 Energy Future Holdings Chapter 11 | 195.40 | 111,405.50 | 5,254.12 | 0.00 | 116,659.62 |

**Invoice**

# McDermott Will & Emery

340 Madison Avenue
New York, NY  10173-1922
+1 212 547 5400

Luminant Energy Company
1601 Bryant Street
Dallas, TX  75201

| | |
|---|---|
| Client: | 093681 |
| Invoice: | 2727143 |
| Invoice Date: | 12/30/2014 |

---

## Client Copy
### Billing for services rendered through 11/30/2014

---

0012 Energy Future Holdings Chapter 11

| | |
|---|---|
| Total Services | $ 85,916.50 |
| Total Costs and Other Charges Posted Through Billing Period | 8,681.27 |
| **Total This Invoice** | **$ 94,597.77** |

| Invoice | Date | |
|---|---|---|
| 2709998 | 10/17/2014 | 40,150.55 |
| 2709999 | 10/17/2014 | 23,099.90 |
| 2710000 | 10/17/2014 | 10,969.80 |
| 2710002 | 10/17/2014 | 20,586.60 |
| 2704702 | 11/04/2014 | 16,995.15 |
| 2718022 | 12/04/2014 | 116,659.62 |

McDermott Will & Emery LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers).  If you prefer, you can mail payment to your local office.

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Luminant Energy Company

Client:        093681
Invoice:       2727143
Invoice Date:  12/30/2014

Total Outstanding Balance                                    228,461.62

Total Balance Due                                          $ 323,059.39

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

340 Madison Avenue
New York, NY  10173-1922
+1 212 547 5400

12/30/2014

Invoice: 2727143
Client: 093681

Luminant Energy Company
1601 Bryant Street
Dallas, TX  75201

For Services Rendered in Connection with:

Matter: 0012          Energy Future Holdings Chapter 11

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| B160 Fee/Employment Applications | | | | | |
| R. Wagner | 11/03/14 | Draft September monthly fee statement. | 1.20 | 515.00 | 618.00 |
| A. Duncliffe | 11/04/14 | September fee application schedules worked on. | 0.50 | 280.00 | 140.00 |
| R. Wagner | 11/04/14 | Draft September monthly fee statement and discuss expenses with accounting. (1.0); Call with Godfrey & Kahn regarding McDermott fee statements (.2); Discuss same with A. Catto. (.2). | 1.40 | 515.00 | 721.00 |
| A. Duncliffe | 11/05/14 | Revised 5th Fee Application schedules confirmed against revised prebill. | 1.00 | 280.00 | 280.00 |
| R. Wagner | 11/06/14 | Attend to responses to fee committee requests and discussions with accounting department regarding same. (.5); Attend to September monthly fee statement. (.7). | 1.20 | 515.00 | 618.00 |
| R. Wagner | 11/07/14 | Attend to September monthly fee statement. (.5); Attend to emails with company regarding prepetition billing information. (.6). | 1.10 | 515.00 | 566.50 |
| A. Duncliffe | 11/10/14 | Follow up on expense report (.1); Prebill update to revise schedules for fifth fee application (.2). | 0.30 | 280.00 | 84.00 |

# McDermott
# Will & Emery

Luminant Energy Company

Client:        093681
Invoice:       2727143
Invoice Date:  12/30/2014

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| R. Wagner | 11/10/14 | Attend to emails with company regarding prepetition billing information. (.4); Draft, review and revise September fee statement. (.8). | 1.20 | 515.00 | 618.00 |
| A. Duncliffe | 11/11/14 | Review of updated pre-bill for fifth fee application. | 0.30 | 280.00 | 84.00 |
| R. Wagner | 11/11/14 | Attend to CNOs in connection with McDermott fee statements and discuss same with RLF. (.8); Attend to September monthly fee statement issues. (.5). | 1.30 | 515.00 | 669.50 |
| R. Wagner | 11/12/14 | Draft, review and revise December 2014 budget and staffing plan and attend to emails with A. Catto regarding same. (1.7); Call with fee committee member regarding submission of electronic invoices and clean-up items (.3); Draft, review and revise September 2014 monthly fee statement. (.7). | 2.70 | 515.00 | 1,390.50 |
| R. Wagner | 11/13/14 | Draft, review and revise September 2014 monthly fee statement and discuss same with A. Catto. (1.0); Review LEDES formatted invoices and attend to emails with RLF regarding same. (.7). | 1.70 | 515.00 | 875.50 |
| R. Wagner | 11/14/14 | Attend to emails with K&E and A. Catto regarding interim fee applications. (.3); Attend to calls and emails with A. Catto regarding September fee statement. (.6). | 0.90 | 515.00 | 463.50 |
| R. Wagner | 11/18/14 | Attend to voluntary rate disclosure in connection with first interim fee application. | 0.70 | 515.00 | 360.50 |
| R. Wagner | 11/19/14 | Prepare voluntary rate disclosure exhibit and discuss same with A. Catto. | 1.00 | 515.00 | 515.00 |

# McDermott
# Will & Emery

Luminant Energy Company

Client:     093681
Invoice:    2727143
Invoice Date:   12/30/2014

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| R. Wagner | 11/20/14 | Draft supplement to McDermott interim fee application and notice regarding same. | 0.80 | 515.00 | 412.00 |
| R. Wagner | 11/21/14 | Finalize supplement to interim fee application and coordinate with RLF to get filed. (1.0); Prepare McDermott payment packages. (.8). | 1.80 | 515.00 | 927.00 |
| A. Duncliffe | 11/25/14 | Schedules for 6th Fee Application worked on. | 1.50 | 280.00 | 420.00 |
| | | | | | 9,763.00 |

B270 Energy Trading

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| I. Catto | 11/03/14 | Telephone conference re draft motion and order (1.0); revise draft motion and order (3.6). | 4.60 | 850.00 | 3,910.00 |
| R. Wagner | 11/03/14 | Review and analyze ISDAs and termination letters with respect to potential counterparty liquidation agreements. (5.1); Attend to negotiations regarding same. (1.4). | 6.50 | 515.00 | 3,347.50 |
| I. Catto | 11/04/14 | Review and revise draft power agreement (2.1); review and revise draft motion and order (3.1); conferences with T. Silvey and J. Ho re draft motions and stipulations (1.9). | 7.10 | 850.00 | 6,035.00 |
| R. Wagner | 11/04/14 | Review and analyze ISDAs and termination letters with respect to potential counterparty liquidation agreements. (4.2); Discuss same with A. Catto. (.3). | 4.50 | 515.00 | 2,317.50 |
| I. Catto | 11/05/14 | Review draft fuel amendment (.5); review and revise draft motion (2.6); conferences with team re draft motion (1.4); conference with O. Marx and T. Silvey re swap agreements (.6); review swap agreements (1.0). | 6.10 | 850.00 | 5,185.00 |

# McDermott
# Will & Emery

Luminant Energy Company

Client:          093681
Invoice:        2727143
Invoice Date:   12/30/2014

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| R. Wagner | 11/05/14 | Draft certificates of no objection with respect to liquidation notices (1.5); Discuss same with A. Catto and T. Silvey (.6); Review and analyze ISDAs and termination letters and draft liquidation agreement between TCEH and counterparties regarding same (2.6); Review and analyze prepetition swap transactions with counterparties and discuss same with A. Catto. (2.0). | 6.70 | 515.00 | 3,450.50 |
| I. Catto | 11/06/14 | Review and revise draft motion and declaration (4.5); conferences re draft motion (1.6); conference with contract review team (.8). | 6.90 | 850.00 | 5,865.00 |
| R. Wagner | 11/06/14 | Review and analyze ISDAs with various counterparties and discuss same with A. Catto (3.2); Attend to review of counterparty termination letters (1.8); Discuss same with A. Catto and company (1.1). | 6.10 | 515.00 | 3,141.50 |
| I. Catto | 11/07/14 | Review and revise draft agreement (2.6); review and revise draft amendment (1.6). | 4.20 | 850.00 | 3,570.00 |
| R. Wagner | 11/07/14 | Review and analyze ISDAs with various counterparties (2.0); Attend to issues with respect to termination notices (.8).; Discuss certificate of no objection re: termination notice with K&E (.3); Draft stipulation resolving prepetition claim of counterparty. (2.5). | 5.60 | 515.00 | 2,884.00 |
| I. Catto | 11/10/14 | Review and revise draft agreement (2.7); conferences with A. Sareen and T. Silvey re wind agreements (1.7). | 4.40 | 850.00 | 3,740.00 |
| R. Wagner | 11/10/14 | Draft, review and revise stipulations with counterparties. | 1.70 | 515.00 | 875.50 |

# McDermott
# Will & Emery

Luminant Energy Company

Client:      093681
Invoice:     2727143
Invoice Date:   12/30/2014

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| I. Catto | 11/11/14 | Conference with contracts team re contract disposition (1.0); review draft confidentiality agreement and conferences with A. Alaman re agreement (1.1); review and revise draft stipulation (.6); conference with M. Goering re draft declaration (.4); review fuel agreements and conferences with T. Silvey and S. Kim re fuel agreements (2.1). | 5.20 | 850.00 | 4,420.00 |
| R. Wagner | 11/11/14 | Attend to stipulation resolving prepetition claim of counterparty (1.2); Attend to discussions with A. Catto and K&E regarding same. (.7); Attend to emails and discussions with K&E regarding counterparty CNO. (.8). | 2.70 | 515.00 | 1,390.50 |
| I. Catto | 11/12/14 | Review and revise draft power agreement (3.1). | 3.10 | 850.00 | 2,635.00 |
| R. Wagner | 11/12/14 | Draft stipulations resolving prepetition claims of counterparties. | 1.80 | 515.00 | 927.00 |
| I. Catto | 11/13/14 | Review and revise draft power purchase agreements. | 5.50 | 850.00 | 4,675.00 |
| R. Wagner | 11/13/14 | Draft stipulations resolving prepetition claims of counterparty. | 1.40 | 515.00 | 721.00 |
| I. Catto | 11/14/14 | Review draft PPA and revision (2.4); telephone conference with T. Silvey and K. Blenk re PPA (1.5); review hedge order proposal (.4); | 4.30 | 850.00 | 3,655.00 |
| I. Catto | 11/17/14 | Telephone conference with T. Silvey. K. Blenk re PPA (1.1); review revised PPS (1.9); revise draft amendment (.5). | 3.50 | 850.00 | 2,975.00 |
| R. Wagner | 11/17/14 | Attend to issues regarding resolution of prepetition claims with counterparties and discuss same with A. Catto. | 1.30 | 515.00 | 669.50 |

# McDermott
# Will & Emery

Luminant Energy Company

Client:      093681
Invoice:     2727143
Invoice Date:   12/30/2014

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| I. Catto | 11/18/14 | Telephone conference with T. Silvey and J. Kollar re draft amendment (.6); contracts disposition team conference (1.0); review draft order and telephone conference with T. Silvey re same (.5). | 2.10 | 850.00 | 1,785.00 |
| I. Catto | 11/19/14 | Telephone conference with team re draft order (.8); review and revise draft order (1.9); telephone conferences with T. Silvey re trading matters (.7). | 3.40 | 850.00 | 2,890.00 |
| R. Wagner | 11/19/14 | Review Brazos assumption order. (.3); Attend to counterparty termination issues. (.5) | 0.80 | 515.00 | 412.00 |
| R. Wagner | 11/20/14 | Attend to emails with K&E and A. Catto regarding settlement of counterparty claims. (6); Review and comment on draft order regarding same. (.5). | 1.10 | 515.00 | 566.50 |
| R. Wagner | 11/21/14 | Attend to negotiations and stipulation with respect to settlement of counterparty claims. | 1.20 | 515.00 | 618.00 |
| I. Catto | 11/24/14 | Review and revise draft stipulation (.5); telephone conferences with T. Silvey re fuel matter (.2); review and revise draft contract amendment (.6); review draft agreement (.3). | 1.60 | 850.00 | 1,360.00 |
| R. Wagner | 11/24/14 | Attend to stipulations with respect to settlement of counterparty claims. | 0.80 | 515.00 | 412.00 |
| I. Catto | 11/25/14 | Review and revise draft gas agreement (.9); telephone conference with T. Silvey re gas agreement (.7). | 1.60 | 850.00 | 1,360.00 |
| R. Wagner | 11/25/14 | Attend to emails and calls with A. Catto and K&E regarding negotiations to resolve counterparty prepetition claims. | 0.70 | 515.00 | 360.50 |
|  |  |  |  |  | 76,153.50 |

# McDermott
# Will & Emery

Luminant Energy Company

Client: 093681
Invoice: 2727143
Invoice Date: 12/30/2014

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | **Total** | | | **$85,916.50** |

## Task Code Summary

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| B160 | Fee/Employment Applications | 20.60 | 9,763.00 |
| B270 | Energy Trading | 106.50 | 76,153.50 |
| | | 127.10 | 85,916.50 |

## Costs and Other Charges

| Description | Amount |
|---|---|
| Transportation/Parking | 281.07 |
| Travel Expenses | 8,400.20 |
| **Total Costs and Other Charges** | **$8,681.27** |
| **Total This Invoice** | **$94,597.77** |

# McDermott
# Will & Emery

340 Madison Avenue
New York, NY  10173-1922
+1 212 547 5400

Luminant Energy Company
Invoice: 2727143

12/30/2014

## Invoice Totals

| | Matter Name | Hours | Fees | Costs and Other Charges | Retainer | Total |
|---|---|---|---|---|---|---|
| 0012 | Energy Future Holdings Chapter 11 | 127.10 | 85,916.50 | 8,681.27 | 0.00 | 94,597.77 |

# McDermott
# Will & Emery

**Invoice**

340 Madison Avenue
New York, NY  10173-1922
+1 212 547 5400

Luminant Energy Company
1601 Bryant Street
Dallas, TX  75201

| | |
|---|---|
| Client: | 093681 |
| Invoice: | 2739127 |
| Invoice Date: | 02/11/2015 |

## Client Copy
### Billing for services rendered through 12/31/2014

0012 Energy Future Holdings Chapter 11

| | |
|---|---:|
| Total Services | $ 61,324.50 |
| Total Costs and Other Charges Posted Through Billing Period | 6,940.38 |
| **Total This Invoice** | **$ 68,264.88** |

| Invoice | Date | |
|---|---|---:|
| 2709998 | 10/17/2014 | 40,150.55 |
| 2709999 | 10/17/2014 | 23,099.90 |
| 2710000 | 10/17/2014 | 10,969.80 |
| 2710002 | 10/17/2014 | 20,586.60 |
| 2704702 | 11/04/2014 | 16,995.15 |
| 2718022 | 12/04/2014 | 22,281.10 |
| 2727143 | 12/30/2014 | 94,597.77 |

| | |
|---|---:|
| Total Outstanding Balance | 228,680.87 |
| Total Balance Due | $ 296,945.75 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**Mail Payment To:**
McDermott Will & Emery LLP
P.O. Box 6043
Chicago, IL 60680-6043

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

340 Madison Avenue
New York, NY  10173-1922
+1 212 547 5400

02/11/2015

Invoice: 2739127
Client: 093681

Luminant Energy Company
1601 Bryant Street
Dallas, TX  75201

For Services Rendered in Connection with:

Matter: 0012        Energy Future Holdings Chapter 11

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| B110 Case Administration | | | | | |
| R. Wagner | 12/12/14 | Attend to emails with A. Catto regarding omnibus hearing dates and scheduling issues. | 0.20 | 515.00 | 103.00 |
| | | | | | 103.00 |
| B160 Fee/Employment Applications | | | | | |
| A. Duncliffe | 12/02/14 | Charts prepared for October Fee Application. | 1.50 | 280.00 | 420.00 |
| R. Wagner | 12/04/14 | Draft, review and revise October 2014 monthly fee statement (1.2); Discuss same with accounting and A. Catto (.6). | 1.80 | 515.00 | 927.00 |
| R. Wagner | 12/05/14 | Draft, review and revise October 2014 monthly fee statement and coordinate filing of same with RLF. (.9); Attend to calls with RLF regarding CNO filings. (.2). | 1.10 | 515.00 | 566.50 |
| A. Duncliffe | 12/08/14 | Receipts assembled to accompany 6th fee application submission. | 0.40 | 280.00 | 112.00 |
| R. Wagner | 12/08/14 | Draft January 2015 budget and staffing memorandum and attend to emails with A. Catto regarding same. | 0.80 | 515.00 | 412.00 |
| R. Wagner | 12/09/14 | Draft, review and revise January 2015 budget and staffing memorandum and attend to emails with client regarding same. | 0.60 | 515.00 | 309.00 |

# McDermott
# Will & Emery

Luminant Energy Company

Client: 093681
Invoice: 2739127
Invoice Date: 02/11/2015

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| R. Wagner | 12/17/14 | Calls with K&E and A. Catto regarding supplemental disclosure issues. | 0.90 | 515.00 | 463.50 |
| R. Wagner | 12/18/14 | Attend to emails and calls with A. Catto regarding fee application issues (.2); Review and comment on CNO and attend to emails with RLF regarding same. (.3). | 0.50 | 515.00 | 257.50 |
| R. Wagner | 12/19/14 | Review prebill and attend to emails regarding November fee statement. | 0.40 | 515.00 | 206.00 |
| R. Wagner | 12/22/14 | Attend to emails with company regarding McDermott payment package. | 0.30 | 515.00 | 154.50 |
| A. Duncliffe | 12/24/14 | Schedules to 7th Fee Application worked on. | 3.30 | 280.00 | 924.00 |
| R. Wagner | 12/29/14 | Attend to certificate of no objection and discuss same with A. Catto and RLF (.7); Draft supplemental declaration of A. Catto (1.6). | 2.30 | 515.00 | 1,184.50 |
| R. Wagner | 12/30/14 | Coordinate with RLF regarding filing of CNO (.3); Prepare payment package for October fees and send same to client (.5); Attend to November bill and discuss same with A. Catto and accounting. (.8). | 1.60 | 515.00 | 824.00 |
| A. Duncliffe | 12/31/14 | Seventh Fee Application Schedules updated (2.60), Receipts prepared for submission (.20). | 2.80 | 280.00 | 784.00 |
| R. Wagner | 12/31/14 | Attend to November bill and discuss same with A. Catto (.5); Draft email to client regarding November invoice (.2). | 0.70 | 515.00 | 360.50 |
| | | | | | 7,905.00 |

B270 Energy Trading

# McDermott
# Will & Emery

Luminant Energy Company

Client:    093681
Invoice:    2739127
Invoice Date:    02/11/2015

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| I. Catto | 12/01/14 | Review and revise draft agreement (3.1); review and revise draft liquidation agreement (.4); conference with T. Silvey re draft agreements (.3). | 3.80 | 850.00 | 3,230.00 |
| R. Wagner | 12/01/14 | Attend to emails with A. Catto regarding counterparty liquidation agreement. | 0.40 | 515.00 | 206.00 |
| I. Catto | 12/02/14 | Telephone conference with counterparty re potential enabling agreement (1.0); review draft agreement (1.1); review hedging and trading matter (.8); conference with T. Silvey re trading matters (.6). | 3.50 | 850.00 | 2,975.00 |
| I. Catto | 12/04/14 | Revise draft trading agreement (2.2); review trading matter and conferences with T. Silvey (2.0). | 4.20 | 850.00 | 3,570.00 |
| R. Wagner | 12/04/14 | Review and analyze ISDAs and proposed liquidation agreements with counterparties (2.0); Discuss same with A. Catto (.2). | 2.20 | 515.00 | 1,133.00 |
| I. Catto | 12/05/14 | Review and revise draft power purchase agreement (3.8); telephone conference with T. Silvey and O. Marx re liquidated agreements (.5). | 4.30 | 850.00 | 3,655.00 |
| R. Wagner | 12/05/14 | Attend to review of underlying documentation and drafting of liquidation agreements with various counterparties. | 2.30 | 515.00 | 1,184.50 |
| R. Wagner | 12/07/14 | Draft, review and revise liquidation agreement with counterparty and attend to emails with A. Catto regarding same. | 0.80 | 515.00 | 412.00 |
| I. Catto | 12/08/14 | Review and revise draft liquidation agreement (.5); review material in re prepare for negotiation re contract termination (1.2); review and analyze proof of claim (.3). | 2.00 | 850.00 | 1,700.00 |

# McDermott
# Will & Emery

Luminant Energy Company

Client:      093681
Invoice:     2739127
Invoice Date:   02/11/2015

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| R. Wagner | 12/08/14 | Discuss counterparty termination and liquidation agreement issues with A. Catto (.3); Review and analyze underlying documents regarding same. (1.2); Draft, review and revise liquidation agreement and attend to emails with A. Catto and T. Silvey regarding same. (.8). | 2.30 | 515.00 | 1,184.50 |
| I. Catto | 12/09/14 | Review and revise draft power purchase agreement. | 2.10 | 850.00 | 1,785.00 |
| R. Wagner | 12/09/14 | Attend to emails regarding liquidation agreement with counterparty (.5); Draft, review and revise liquidation agreement. (1.1). | 1.60 | 515.00 | 824.00 |
| I. Catto | 12/10/14 | Review and revise draft power purchase agreement (2.5); telephone conference with counterparty counsel re swap termination (.5); conference with T. Silvey re trading agreements (.6). | 3.60 | 850.00 | 3,060.00 |
| I. Catto | 12/11/14 | Review and revise draft agreement. | 1.90 | 850.00 | 1,615.00 |
| R. Wagner | 12/11/14 | Attend to counterparty termination issues (1.5); Discuss same with A. Catto (.2); Review and analyze ISDAs and attend to discussions with A. Catto regarding same. (2.4) | 4.10 | 515.00 | 2,111.50 |
| I. Catto | 12/12/14 | Review and revise draft correspondence with counterparty (.9); conference with T. Silvey, K, Blenk,  S. Caraway re draft agreement (1.7); conference with T. Silvey, R. Talley re agreement (.6); review and revise draft agreement (2.9). | 6.10 | 850.00 | 5,185.00 |

# McDermott
# Will & Emery

Luminant Energy Company

Client:      093681
Invoice:     2739127
Invoice Date:  02/11/2015

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| R. Wagner | 12/12/14 | Draft email to counterparty in response to invoice and decision to move forward with rejection (.5); Attend to follow-up emails with A. Catto and T. Silvey regarding same. (.3); Review underlying documentation, including ISDA and termination letter, and draft liquidation agreement with counterparty. (.9). | 1.70 | 515.00 | 875.50 |
| I. Catto | 12/15/14 | Revise draft settlement correspondence (.4); review and revise draft rejection motion and declaration (1.1); review and revise draft PPA (1.5). | 3.00 | 850.00 | 2,550.00 |
| R. Wagner | 12/15/14 | Review underlying documentation, including ISDA and termination letter, and draft, review and revise liquidation agreement with counterparty. | 0.80 | 515.00 | 412.00 |
| R. Wagner | 12/16/14 | Attend to drafting of liquidation agreements with counterparties. | 1.30 | 515.00 | 669.50 |
| I. Catto | 12/17/14 | Review and revise draft power agreement. | 1.60 | 850.00 | 1,360.00 |
| I. Catto | 12/18/14 | Conference with counterparty re potential claim (.3); contracts team conference (.6); review and revise draft agreement (2.7); review and revise draft settlement agreements (2.9). | 6.50 | 850.00 | 5,525.00 |
| R. Wagner | 12/18/14 | Review and analyze ERCOT issues and attend to emails with A. Catto regarding same. (2.2); Draft, review and revise liquidation agreement and attend to emails with A. Catto regarding same. (1.3). | 3.50 | 515.00 | 1,802.50 |
| I. Catto | 12/19/14 | Review and revise draft power agreement. | 3.10 | 850.00 | 2,635.00 |

# McDermott
# Will & Emery

Luminant Energy Company

Client: 093681
Invoice: 2739127
Invoice Date: 02/11/2015

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| R. Wagner | 12/19/14 | Attend to issues regarding liquidation agreements with counterparties. | 0.80 | 515.00 | 412.00 |
| R. Wagner | 12/29/14 | Review and analyze recently-filed pleadings. | 1.20 | 515.00 | 618.00 |
| R. Wagner | 12/30/14 | Attend to issues regarding liquidation agreements with counterparties. | 1.50 | 515.00 | 772.50 |
| | | | | | 51,462.50 |
| B290 Utilities | | | | | |
| R. Wagner | 12/08/14 | Attend to review and analysis of issues with respect to potential joint use agreement and discuss same with A. Catto | 3.60 | 515.00 | 1,854.00 |
| | | | | | 1,854.00 |
| | | **Total** | | | **$61,324.50** |

## Task Code Summary

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| B110 | Case Administration | 0.20 | 103.00 |
| B160 | Fee/Employment Applications | 19.00 | 7,905.00 |
| B270 | Energy Trading | 70.20 | 51,462.50 |
| B290 | Utilities | 3.60 | 1,854.00 |
| | | 93.00 | 61,324.50 |

## Costs and Other Charges

| Description | Amount |
|---|---|
| Transportation/Parking | 259.44 |
| Travel Expenses | 6,680.94 |
| **Total Costs and Other Charges** | **$6,940.38** |

# McDermott
# Will & Emery

Luminant Energy Company

Client:          093681
Invoice:         2739127
Invoice Date:    02/11/2015

**Total This Invoice        $68,264.88**

# McDermott
# Will & Emery

340 Madison Avenue
New York, NY  10173-1922
+1 212 547 5400

Luminant Energy Company
Invoice: 2739127

02/11/2015

## Invoice Totals

| Matter Name | Hours | Fees | Costs and Other Charges | Retainer | Total |
|---|---|---|---|---|---|
| 0012 Energy Future Holdings Chapter 11 | 93.00 | 61,324.50 | 6,940.38 | 0.00 | 68,264.88 |

U.S. practice conducted through McDermott Will & Emery LLP.