**Exhibit I**
**Detailed Description of Expenses and Disbursements**
*September 1, 2014 through September 30, 2014*
*AIRFARE*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Ryan Wagner | September 22, 2014 | $ 914.20 | Airfare Round Trip Coach NY/Dallas |
| Iskender H. Catto | September 15, 2014 | $ 1,612.20 | Airfare Round Trip Coach NJ/Dallas |
| Iskender H. Catto | September 22, 2014 | $ 1,272.20 | Airfare Coach NJ/Dallas/Houston |
| Iskender H. Catto | September 28, 2014 | $ 1,384.20 | Airfare Coach NJ/Dallas |
| **Expense Category Total:** | | **$    5,182.80** | |

*LODGING*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Ryan Wagner | September 22, 2014 | $ 367.68 | Dallas Marriott Hotel |
| Ryan Wagner | September 23, 2014 | $ 367.68 | Dallas Marriott Hotel |
| Ryan Wagner | September 24, 2014 | $ 367.68 | Dallas Marriott Hotel |
| Iskender H. Catto | September 15, 2014 | $ 402.26 | Dallas Marriott Hotel |
| Iskender H. Catto | September 16, 2014 | $ 402.26 | Dallas Marriott Hotel |
| Iskender H. Catto | September 17, 2014 | $ 402.26 | Dallas Marriott Hotel |
| Iskender H. Catto | September 22, 2014 | $ 344.63 | Dallas Marriott Hotel |
| Iskender H. Catto | September 23, 2014 | $ 344.63 | Dallas Marriott Hotel |
| Iskender H. Catto | September 24, 2014 | $ 344.63 | Dallas Marriott Hotel |
| Iskender H. Catto | September 30, 2014 | $ 344.63 | Dallas Marriott Hotel |
| **Expense Category Total:** | | **$  3,688.34** | |

*MEALS*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | September 16, 2014 | $ 40.00 | Out of Town Dinner |
| Iskender H. Catto | September 30, 2014 | $ 19.49 | Out of Town Breakfast |
| Ryan Wagner | September 22, 2014 | $ 8.28 | Out of Town Lunch |
| Ryan Wagner | September 22, 2014 | $ 37.74 | Out of Town Dinner |
| Ryan Wagner | September 23, 2014 | $ 26.00 | Out of Town Breakfast |
| Ryan Wagner | September 23, 2014 | $ 8.92 | Out of Town Lunch |
| Ryan Wagner | September 23, 2014 | $ 40.00 | Out of Town Dinner |
| Ryan Wagner | September 24, 2014 | $ 39.00 | Out of Town Breakfast |
| Ryan Wagner | September 24, 2014 | $ 36.01 | Out of Town Dinner |
| **Expense Category Total:** | | **$    244.03** | |

### *TRANSPORTATION*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Ryan Wagner | September 22, 2014 | $    92.56 | Car Service to LGA |
| Ryan Wagner | September 22, 2014 | $    60.00 | Taxi from Airport to Hotel |
| Ryan Wagner | September 26, 2014 | $    83.54 | Car Service from LGA |
| Ryan Wagner | September 26, 2014 | $    56.00 | Taxi from Hotel to Airport |
| | **SUBTOTAL:** | **$    292.10** | |
| Iskender H. Catto | September 15, 2014 | $    327.04 | Car Rental |
| Iskender H. Catto | September 22, 2014 | $    241.41 | Car Rental |
| Iskender H. Catto | September 30, 2014 | $    166.67 | Car Rental |
| | **SUBTOTAL:** | **$    735.12** | |

**Expense Category Total:**                          **$  1,027.22**

### *PARKING*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | September 15, 2014 | $    8.00 | Parking |
| Iskender H. Catto | September 15, 2014 | $    27.06 | Hotel Parking |
| Iskender H. Catto | September 16, 2014 | $    27.06 | Hotel Parking |
| Iskender H. Catto | September 17, 2014 | $    27.06 | Hotel Parking |
| Iskender H. Catto | September 18, 2014 | $    10.00 | Parking |
| Iskender H. Catto | September 18, 2014 | $    132.00 | Airport Parking |
| Iskender H. Catto | September 22, 2014 | $    10.00 | Parking |
| Iskender H. Catto | September 22, 2014 | $    165.00 | Airport Parking |
| Iskender H. Catto | September 22, 2014 | $    27.06 | Hotel Parking |
| Iskender H. Catto | September 23, 2014 | $    27.06 | Hotel Parking |
| Iskender H. Catto | September 24, 2014 | $    27.06 | Hotel Parking |
| Iskender H. Catto | September 30, 2014 | $    27.06 | Hotel Parking |
| Iskender H. Catto | September 30, 2014 | $    8.00 | Parking |
| Iskender H. Catto | September 30, 2014 | $    132.00 | Airport Parking |

**Expense Category Total:**                          **$  654.42**

### *MISCELLANEOUS*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Ryan Wagner | September 22, 2014 | $    12.95 | In Flight Wifi |
| Ryan Wagner | September 25, 2014 | $    14.02 | In Flight Wifi |
| Iskender H. Catto | September 18, 2014 | $    6.76 | Gas |
| Iskender H. Catto | September 25,2014 | $    3.63 | Gas |

**Expense Category Total:**                          **$    37.36**

*__October 1, 2014 through October 31, 2014__*

*__AIRFARE__*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | October 9, 2014 | $1,092.20 | Airfare Round Trip Coach Newark/Dallas |
| Iskender H. Catto | October 27, 2014 | $1,096.20 | Airfare Round Trip Coach Newark/Dallas |
| **Expense Category Total:** | | **$2,188.40** | |

*__LODGING__*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | October 1, 2014 | $ 344.63 | Dallas Marriott Hotel |
| Iskender H. Catto | October 2, 2014 | $ 344.63 | Dallas Marriott Hotel |
| Iskender H. Catto | October 13, 2014 | $ 298.52 | Dallas Marriott Hotel |
| Iskender H. Catto | October 14, 2014 | $ 298.52 | Dallas Marriott Hotel |
| Iskender H. Catto | October 15, 2014 | $ 298.52 | Dallas Marriott Hotel |
| Iskender H. Catto | October 27, 2014 | $ 321.57 | Dallas Marriott Hotel |
| Iskender H. Catto | October 28, 2014 | $ 321.57 | Dallas Marriott Hotel |
| **Expense Category Total:** | | **$2,227.96** | |

*__MEALS__*

| | |
|---|---|
| **Expense Category Total:** | **$-0-** |

*__TRANSPORTATION__*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | October 13, 2014 | $200.59 | Budget Car Rental |
| Iskender H. Catto | October 29, 2014 | $161.84 | Budget Car Rental |
| **Expense Category Total:** | | **$362.43** | |

*__PARKING__*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | October 1, 2014 | $ 27.06 | Parking at Marriott |
| Iskender H. Catto | October 2, 2014 | $ 27.06 | Parking at Marriott |
| Iskender H. Catto | October 3, 2014 | $ 10.00 | Parking at Lanier Parking |
| Iskender H. Catto | October 13, 2014 | $132.00 | Parking at Newark Airport |
| Iskender H. Catto | October 13, 2014 | $ 27.06 | Parking at Marriott |
| Iskender H. Catto | October 13, 2014 | $ 10.00 | Parking at Lanier Parking |
| Iskender H. Catto | October 14, 2014 | $ 27.06 | Parking at Marriott |
| Iskender H. Catto | October 15, 2014 | $ 27.06 | Parking at Marriott |
| Iskender H. Catto | October 27, 2014 | $ 8.00 | Parking at Lanier Parking |

| Iskender H. Catto | October 27, 2014 | $ 27.06 | Parking at Marriot |
| Iskender H. Catto | October 27, 2014 | $ 99.00 | Parking at Newark Airport |
| Iskender H. Catto | October 28, 2014 | $ 27.06 | Parking at Marriott |
| Iskender H. Catto | October 29, 2014 | $ 10.00 | Parking at Lanier |
| **Expense Category Total:** | | **$458.42** | |

### *MISCELLANEOUS*

| Professional/Service | Date | Expense | Expense Description |
| --- | --- | --- | --- |
| Iskender H. Catto | October 3, 2014 | $ 5.93 | Gas |
| Iskender H. Catto | October 29, 2014 | $10.98 | Gas |
| **Expense Category Total:** | | **$16.91** | |

### *November 1, 2014 through November 30, 2014*

### *AIRFARE*

| Professional/Service | Date | Expense | Expense Description |
| --- | --- | --- | --- |
| Ryan Wagner | November 3, 2014 | $1,153.20 | Airfare Round Trip Coach NY/Dallas |
| Iskender H. Catto | November 4, 2014 | $1,388.20 | Airfare Round Trip Coach NJ/Dallas |
| Iskender H. Catto | November 10, 2014 | $1,096.20 | Airfare Round Trip Coach NJ/Dallas |
| **Expense Category Total:** | | **$3,637.60** | |

### *LODGING*

| Professional/Service | Date | Expense | Expense Description |
| --- | --- | --- | --- |
| Ryan Wagner | November 3, 2014 | $ 350.00 | Dallas Marriott Hotel |
| Ryan Wagner | November 4, 2014 | $ 350.00 | Dallas Marriott Hotel |
| Ryan Wagner | November 5, 2014 | $ 350.00 | Dallas Marriott Hotel |
| Iskender H. Catto | November 4, 2014 | $ 350.00 | Dallas Marriott Hotel |
| Iskender H. Catto | November 5, 2014 | $ 350.00 | Dallas Marriott Hotel |
| Iskender H. Catto | November 6, 2014 | $ 350.00 | Dallas Marriott Hotel |
| Iskender H. Catto | November 10, 2014 | $ 339.57 | Dallas Marriott Hotel |
| Iskender H. Catto | November 11, 2014 | $ 339.57 | Dallas Marriott Hotel |
| Iskender H. Catto | November 12, 2014 | $ 365.15 | Dallas Marriott Hotel |
| **Expense Category Total:** | | **$3,144.29** | |

### *MEALS*

| Professional/Service | Date | Expense | Expense Description |
| --- | --- | --- | --- |
| Ryan Wagner | November 3, 2014 | $ 20.00 | Out of Town Lunch |
| Ryan Wagner | November 3, 2014 | $  8.28 | Out of Town Dinner |
| Ryan Wagner | November 4, 2014 | $ 37.00 | Out of Town Dinner |

| Ryan Wagner | November 5, 2014 | $ 17.00 | Out of Town Breakfast |
| Iskender H. Catto | November 4, 2014 | $ 20.61 | Out of Town Dinner |
| Iskender H. Catto | November 5, 2014 | $ 80.00 | Out of Town Dinner – I. Catto and R. Wagner |
| Iskender H. Catto | November 5, 2014 | $ 30.36 | Out of Town Lunch |
| **Expense Category Total:** | | **$213.25** | |

### *TRANSPORTATION*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| **Taxi Service** | | | |
| Ryan Wagner | November 3, 2014 | $ 58.00 | Taxi from Airport to Hotel |
| Ryan Wagner | November 6, 2014 | $ 58.00 | Taxi from Hotel to Airport |
| Ryan Wagner | November 3, 2014 | $ 89.55 | Elite Car Service to Airport |
| Ryan Wagner | November 6, 2014 | $ 75.52 | Elite Car Service from Airport |
| **Car Rental** | | | |
| Iskender H. Catto | November 4, 2014 | $168.13 | Car Rental |
| Iskender H. Catto | November 10, 2014 | $166.09 | Car Rental |
| **Expense Category Total:** | | **$615.29** | |

### *PARKING*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | November 4, 2014 | $ 27.06 | Hotel Parking |
| Iskender H. Catto | November 4, 2014 | $ 10.00 | Lanier Parking |
| Iskender H. Catto | November 4, 2014 | $132.00 | Parking at Newark Airport |
| Iskender H. Catto | November 5, 2014 | $ 27.06 | Hotel Parking |
| Iskender H. Catto | November 6, 2014 | $ 27.06 | Hotel Parking |
| Iskender H. Catto | November 7, 2014 | $ 8.00 | Lanier Parking |
| Iskender H. Catto | November 10, 2014 | $ 8.00 | Lanier Parking |
| Iskender H. Catto | November 10, 2014 | $ 27.06 | Hotel Parking |
| Iskender H. Catto | November 11, 2014 | $ 27.06 | Hotel Parking |
| Iskender H. Catto | November 12, 2014 | $ 27.06 | Hotel Parking |
| Iskender H. Catto | November 13, 2014 | $ 10.00 | Lanier Parking |
| Iskender H. Catto | November 13, 2014 | $132.00 | Parking at Newark Airport |
| **Expense Category Total:** | | **$462.36** | |

### *MISCELLANEOUS*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | November 7, 2014 | $7.44 | Gas |
| **Expense Category Total:** | | **$7.44** | |

*December 1, 2014 through December 31, 2014*

### AIRFARE

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Ryan Wagner | December 8, 2014 | $  309.20 | Airfare Round Trip Coach NY/Dallas |
| Iskender H. Catto | December 1, 2014 | $1,126.20 | Airfare Round Trip Coach NJ/Dallas |
| Iskender H. Catto | December 10, 2014 | $1,096.20 | Airfare Round Trip Coach NJ/Dallas |

**Expense Category Total:**          **$2,531.60**

### LODGING

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Ryan Wagner | December 8, 2014 | $  344.63 | Dallas Marriott Hotel |
| Ryan Wagner | December 9, 2014 | $  344.63 | Dallas Marriott Hotel |
| Ryan Wagner | December 10, 2014 | $  344.63 | Dallas Marriott Hotel |
| Iskender H. Catto | December 1, 2014 | $  321.57 | Dallas Marriott Hotel |
| Iskender H. Catto | December 4, 2014 | $  321.57 | Dallas Marriott Hotel |
| Iskender H. Catto | December 10, 2014 | $  344.63 | Dallas Marriott Hotel |
| Iskender H. Catto | December 11, 2014 | $  344.63 | Dallas Marriott Hotel |
| Iskender H. Catto | December 17, 2014 | $  275.47 | Dallas Marriott Hotel |
| Iskender H. Catto | December 18, 2014 | $  275.47 | Dallas Marriott Hotel |

**Expense Category Total:**          **$2,917.23**

### MEALS

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Ryan Wagner | December 8, 2014 | $ 39.50 | Out of Town Dinner |
| Ryan Wagner | December 8, 2014 | $  8.28 | Out of Town Lunch |
| Ryan Wagner | December 9 2014 | $ 40.00 | Out of Town Dinner |
| Ryan Wagner | December 9, 2014 | $  9.46 | Out of Town Lunch |
| Ryan Wagner | December 10, 2014 | $ 26.00 | Out of Town Breakfast |
| Ryan Wagner | December 10, 2014 | $  6.06 | Out of Town Lunch |
| Iskender H. Catto | December 17, 2014 | $ 38.97 | Out of Town Breakfast |

**Expense Category Total:**          **$168.27**

### TRANSPORTATION

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| **TAXI SERVICE** | | | |
| Ryan Wagner | December 8, 2014 | $ 87.21 | Elite Car Service to airport for travel to Dallas |
| Ryan Wagner | December 8, 2014 | $ 59.00 | Taxi from DFW to Hotel |

| Ryan Wagner | December 10, 2014 | $ 12.00 | Local Dallas Taxi |
| Ryan Wagner | December 11, 2014 | $ 59.00 | Taxi from Hotel to DFW |
| Ryan Wagner | December 11, 2014 | $ 96.23 | Elite Car Service from airport |
| **CAR RENTAL** | | | |
| Iskender H. Catto | December 1, 2014 | $135.39 | Budget Car Rental (2 days @ $67.69 tax included) |
| Iskender H. Catto | December 4, 2014 | $ 61.50 | Budget Car Rental (1 day @ $61.50 tax included) |
| Iskender H. Catto | December 10, 2014 | $224.25 | EzRac Rental (2 days @ $112.13 tax included) |
| Iskender H. Catto | December 17, 2014 | $132.61 | Budget Car Rental (2 days @ $66.30 tax included) |

**Expense Category Total:**          **$867.19**

### *PARKING*

| Professional/Service | Date | Expense | Expense Description |
| --- | --- | --- | --- |
| Iskender H. Catto | December 1, 2014 | $  8.00 | Parking |
| Iskender H. Catto | December 1, 2014 | $ 27.06 | Hotel Parking |
| Iskender H. Catto | December 4, 2014 | $  8.00 | Parking |
| Iskender H. Catto | December 4, 2014 | $ 27.06 | Hotel Parking |
| Iskender H. Catto | December 10, 2014 | $ 27.06 | Hotel Parking |
| Iskender H. Catto | December 10, 2014 | $ 10.00 | Parking |
| Iskender H. Catto | December 11, 2014 | $ 27.06 | Hotel Parking |
| Iskender H. Catto | December 12, 2014 | $ 99.00 | Newark Airport Parking |
| Iskender H. Catto | December 12, 2014 | $  8.00 | Parking |
| Iskender H, Catto | December 17, 2014 | $ 27.06 | Hotel Parking |
| Iskender H. Catto | December 18, 2014 | $ 27.06 | Hotel Parking |
| Iskender H. Catto | December 19, 2014 | $ 76.00 | Newark Airport Parking |

**Expense Category Total:**          **$371.36**

### *MISCELLANEOUS*

| Professional/Service | Date | Expense | Expense Description |
| --- | --- | --- | --- |
| Ryan Wagner | December 8, 2014 | $16.19 | Hotel WiFi |
| Ryan Wagner | December 8, 2014 | $14.95 | In flight Wifi |
| Ryan Wagner | December 9, 2014 | $16.19 | Hotel WiFi |
| Ryan Wagner | December 11, 2014 | $16.68 | In flight Wifi |
| Iskender H. Catto | December 2, 2014 | $  3.15 | Gas |
| Iskender H. Catto | December 5, 2014 | $  5.00 | Gas |
| Iskender H. Catto | December 12, 2014 | $  4.49 | Gas |
| Iskender H. Catto | December 19, 2014 | $  8.08 | Gas |

**Expense Category Total:**          **$84.73**