IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Energy Future Holdings Corp., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | RE: Docket Nos. 1698, 1836, 2022, 2491, and 2603 |

**FOURTH SUPPLEMENTAL DECLARATION OF CHRISTOPHER A. WARD, ESQ. IN SUPPORT OF APPLICATION OF THE OFFICIAL COMMITTEE OF TCEH UNSECURED CREDITORS FOR AN ORDER UNDER BANKRUPTCY CODE SECTIONS 328(a) AND 1103(a) AND BANKRUPTCY RULES 2014(a) AND 2016(b) APPROVING THE EMPLOYMENT AND RETENTION OF POLSINELLI PC *NUNC PRO TUNC* TO MAY 13, 2014, AS DELAWARE BANKRUPTCY COUNSEL AND CONFLICTS COUNSEL TO THE OFFICIAL COMMITTEE OF TCEH UNSECURED CREDITORS**

Christopher A. Ward, Esq., a shareholder of POLSINELLI PC, makes this Declaration pursuant to 28 U.S.C. § 1746 and states:

1. I am the Managing Shareholder of the Wilmington, Delaware office of POLSINELLI PC ("**Polsinelli**"), which maintains offices for the practice of law at 222 Delaware Avenue, Suite 1101, Wilmington, Delaware 19801, among 18 other locations. I also serve as Co-Chair of Polsinelli's Bankruptcy and Financial Restructuring Practice. I am an attorney-at-law, duly admitted and in good standing to practice in the State of Delaware, as well as the United States Court of Appeals for the Third Circuit, and the United States District Court for the District of Delaware.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://efhcaseinfo.com.

49755819.1

2. On July 25, 2014, the Official Committee of Unsecured Creditors of Energy Future Competitive Holdings Company LLC ("**EFCH**"), EFCH's direct subsidiary, Texas Competitive Electric Holdings Company LLC and their direct and indirect subsidiaries, and EFH Corporate Services Company (the "**TCEH Committee**") filed an application [Docket No. 1698] (the "**Application**") for an order approving the employment and retention of Polsinelli as co-counsel to the TCEH Committee *nunc pro tunc* to May 13, 2014. I submitted a declaration (the "**Original Declaration**") in support of the Application for the purpose of complying with § 327(a) of chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**"), and to provide the disclosures required under Rules 2014(a) and 2016(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"). I hereby incorporate by reference the Application as if it were set forth in full herein.

3. On August 14, 2014, Polsinelli filed the *Supplemental Declaration of Christopher A. Ward, Esq., in Support of Application of the Official Committee of Unsecured Creditors for an Order Under Bankruptcy Code Sections 328(a) and 1103(a) and Bankruptcy Rules 2014(a) and 2016(b) Approving the Employment and Retention of Polsinelli PC Nunc Pro Tunc to May 13, 2014, as Co-Counsel to the Official Committee of Unsecured Creditors* [Docket No. 1836] (the "**First Supplemental Declaration**").

4. On September 15, 2014, Polsinelli filed the *Second Supplemental Declaration of Christopher A. Ward, Esq., in Support of Application of the Official Committee of Unsecured Creditors for an Order Under Bankruptcy Code Sections 328(a) and 1103(a) and Bankruptcy Rules 2014(a) and 2016(b) Approving the Employment and Retention of Polsinelli PC Nunc Pro Tunc to May 13, 2014, as Co-Counsel to the Official*

*Committee of Unsecured Creditors* [Docket No. 2022] (the "**Second Supplemental Declaration**").

5. On October 17, 2014, the Court entered the *Order Authorizing the Official Committee of Unsecured Creditors of Energy Future Holdings Corp. et al., to Retain and Employ Polsinelli PC Effective as of May 13, 2014* [Docket No. 2491] (the "**Retention Order**").

6. On October 28, 2014, Polsinelli filed the *Third Supplemental Declaration of Christopher A. Ward, Esq., in Support of Application of the Official Committee of Unsecured Creditors for an Order Under Bankruptcy Code Sections 328(a) and 1103(a) and Bankruptcy Rules 2014(a) and 2016(b) Approving the Employment and Retention of Polsinelli PC Nunc Pro Tunc to May 13, 2014, as Co-Counsel to the Official Committee of Unsecured Creditors* [Docket No. 2603] (the "**Third Supplemental Declaration**").

7. I submit this fourth supplemental declaration (the "**Supplement**") to provide the Court, the United States Trustee, the debtors and debtors in possession (the "**Debtors**"), and other interested parties with additional information related to Polsinelli's retention.

8. As part of its continuing obligation to review parties-in-interest in these cases and disclose whether such parties are current or former clients of the firm, Polsinelli provides the additional disclosures attached hereto as <u>Exhibit 1</u>.

9. The foregoing supplements, and hereby incorporates by reference, the Original Declaration, the First Supplemental Declaration, the Second Supplemental Declaration, and the Third Supplemental Declaration.

I certify under penalty of perjury under the laws of the United States that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct.

Dated: February 19, 2015

/s/ Christopher A. Ward
Christopher A. Ward (Del. Bar No. 3877)