# EXHIBIT 1

## POLSINELLI PC DISCLOSURES

| Name Searched/ Name Provided by Client | Category of Party in Interest | Comments and Status |
|---|---|---|
| Banco Santander, S.A. | Contract Counterparty | POLSINELLI HAS COME TO REPRESENT CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| BMO Harris Bank | Lender | POLSINELLI HAS COME TO REPRESENT CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| CIT Group Inc. and its related entities | Lender | POLSINELLI HAS COME TO REPRESENT CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Exxon Mobil Corporation and its related entities | Potentially responsible party | POLSINELLI HAS COME TO REPRESENT CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |
| Land O'Lakes Purina Feed LLC | Contract Counterparty | POLSINELLI HAS COME TO REPRESENT CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

49755864.1

**EXHIBIT 1**

**POLSINELLI PC DISCLOSURES**

| Name Searched/ Name Provided by Client | Category of Party in Interest | Comments and Status |
|---|---|---|
| Siemens AG and its related entities | Contract Counterparty | POLSINELLI HAS COME TO REPRESENT CERTAIN AFFILIATES OR SUBSIDIARIES OF THIS ENTITY IN MATTERS WHOLLY UNRELATED TO THE DEBTORS' CHAPTER 11 CASES |

2

49755864.1