# **<u>EXHIBIT B</u>**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Energy Future Holdings Corp., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: D.I. _____** |

**ORDER GRANTING EXCLUSIVE STANDING AND AUTHORITY TO THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO COMMENCE,
PROSECUTE, AND SETTLE CLAIMS RELATED TO THE FIRST LIEN
DEBT ON BEHALF OF THE TCEH DEBTORS' ESTATES**

Upon the motion (the "Standing Motion")[2] of the Official Committee of Unsecured Creditors (the "Committee") of Energy Future Competitive Holdings Company LLC ("EFCH"), EFCH's direct subsidiary, Texas Competitive Electric Holdings Company LLC ("TCEH"), their direct and indirect subsidiaries, and EFH Corporate Services Company, for entry of an order granting the Committee exclusive standing and authority to commence, prosecute and, if appropriate, settle certain claims on behalf of the TCEH Debtors relating to the First Lien Debt; and upon consideration of the Standing Motion, any objections or responses, and all evidence and argument concerning the relief requested in the Standing Motion at the hearing held before the Court on [_____], 2014; and the Court having found that it has jurisdiction to consider the Standing Motion and any objections or responses pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors (the "Debtors") and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://efhcaseinfo.com.

[2] All capitalized terms used but not otherwise defined in this Order shall have the meanings ascribed to them in the Standing Motion.

*Delaware* dated as of February 29, 2012; and the Court having found that these matters are core proceedings within the meaning of 28 U.S.C. § 157(b)(2); and the Court having found that venue of these chapter 11 cases is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that notice of the Standing Motion was due and proper under the circumstances; and the Court having found that the legal and factual bases set forth in Standing Motion establish sufficient cause for the relief granted in this Order; and the Court having determined the relief granted in this Order is in the best interests of the TCEH Debtors, their estates, and creditors; it is

**ORDERED, ADJUDGED, AND DECREED THAT:**

1.      The Standing Motion is **GRANTED**.

2.      All objections or responses, if any, to the Standing Motion or the relief requested therein, that have not been withdrawn, waived, or settled are overruled.

3.      The Committee is granted exclusive standing and authority pursuant to sections 105, 1103, and 1109 of the Bankruptcy Code to commence and prosecute the claims and causes of action related to the First Lien Debt, as stated more particularly in the Standing Motion and draft adversary complaint attached to the Standing Motion (collectively, the "Causes of Action"), with the full rights and privileges of, and in the stead of, the TCEH Debtors.

4.      The Committee shall have the sole right and authority to negotiate and settle the Causes of Action on behalf of the TCEH Debtors' estates; *provided*, *however*, that nothing herein shall obligate, nor shall be deemed to obligate, the Committee to negotiate or settle, nor to discuss the negotiation or settlement of, any Causes of Action.

5.      The Committee is authorized and empowered to take all actions necessary to implement the relief granted in this Order.

6.      The Committee may amend or modify the draft adversary complaint attached to the Standing Motion prior to its filing.

7.      Nothing in this Order shall affect in any way the Committee's rights to seek standing to bring any other or additional causes of action against the First Lien Transferees or any other party.

8.      Any settlement of the Causes of Action shall be subject to approval by the Court after notice and a hearing.

9.      The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

10.     The Court shall retain jurisdiction to hear and determine all matters arising from or related to the construction, performance, enforcement, and implementation of the terms of this Order.

Dated: _____, 2015                 _____
                                             The Honorable Christopher S. Sontchi
                                             United States Bankruptcy Judge