# EXHIBIT A

Proposed Form of Order

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] ) | Case No. 14-10979 (CSS) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |
| ) | **Re: D.I. 3452** |

## ORDER APPROVING THE ASSUMPTION
## AND AMENDMENT OF A CERTAIN UNEXPIRED LEASE

Pursuant to the order approving expedited procedures for the rejection, assumption, or assumption of the Debtors' executory contracts and unexpired leases and granting related relief (the "Procedures Order")[2] [D.I. 2015]; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Debtors having properly served an Individual Assumption Notice on each applicable party as set forth in the Assumption Schedule, attached hereto as **Exhibit 1**, in accordance with the terms of the Procedures Order; and no timely objections have been filed to the assumption of the Lease; and due and proper notice of the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Procedures Order.

Individual Assumption Notice having been provided to each applicable counterparty as set forth in the Assumption Schedule, and it appearing that no other notice need be provided; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The assumption of the Lease as set forth in the Assumption Schedule is hereby approved.

2. The cure amount under section 365(b) of the Bankruptcy Code in connection with the assumption of the Lease is hereby final as set forth in the Assumption Schedule and any claims against the Debtors arising under the Lease prior to the entry of this Order are forever released, barred and enjoined.

3. The Debtors are authorized to take any action necessary to implement the terms of this Order without further order from this Court.

4. Any amendments to the Lease as set forth in Assumption Schedule are hereby approved pursuant to section 363(b) of the Bankruptcy Code.

5. Assumption and/or amendment of the Lease and payment of any associated cure amounts does not constitute: (a) an admission by the Debtors that the Lease is in fact an executory contract or unexpired lease under section 365 of title 11 of the United States Code or that the Debtors shall have any liability under the Lease, or (b) a waiver by the Debtors of any rights, claims, or defenses in connection with or arising under the Lease.

6. Notwithstanding the potential applicability of Bankruptcy Rule 6006(d), 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7. This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Dated: February _____, 2015
       Wilmington, Delaware

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

## Exhibit 1

## Assumption Schedule

RLF1 11536447v.1

Exhibit 1

| Ref. # | Details of Contract(s) to be Assumed | | Assumption Counterparty Information | | Cure Amount | Details of Material Amendments | Assumption Date |
|---|---|---|---|---|---|---|---|
| | Debtor(s) | Description of Contract/Lease | Contract Counterparty | Address | | | |
| 1 | TXU Energy Retail Company LLC | Building Lease for office space | Lexington Acquiport Colinas L.P | C/O Lexington Realty Trust<br>One Penn Plaza<br>Suite 4015<br>New York, NY 10119-4015<br>Attn: Lease Administrator | $ 26,814.83 | * Extend initial lease term until the date that is 10 years after the Bankruptcy Court has entered the order approving assumption of the lease, as amended by the First Amendment<br>* Reduce base rent obligations<br>* Shift responsibility for certain repair, maintenance and replacement obligations from tenant to landlord<br>* Tenant has right to self-manage and appoint property manager | Upon entry of the Assumption Order |