# **Exhibit A**

13110368.1

In re: Energy Future Holdings Corp., et al.
Case No. 14-10979 (CSS)

| Applicant | Compensation Period | Interim Fees Requested | Fee Committee's Fee Adjustments | Interim Expenses Requested | Fee Committee's Expense Adjustments | Interim Fees Approved | Interim Expenses Approved |
|---|---|---|---|---|---|---|---|
| Alvarez & Marsal North America, LLC D.I. 2678 | 4/29 to 8/31/2014 | $6,393,405.00 | $71,282.50 | $262,727.78 | $6,582.01 | $6,322,122.50 | $256,145.77 |
| Evercore Group LLC D.I. 2700 | 4/29 to 8/31/2014 | $7,600,000.00 | - | $368,611.55 | $16,903.57 | $7,600,000.00 | $351,707.98 |
| KPMG D.I. 2806 | 4/29 to 8/31/2014 | $1,248,506.95 | $20,598.35 | $91,466.65 | - | $1,227,908.60 | $91,466.65 |
| McDermott Will & Emery D.I. 2679 | 4/29 to 8/31/2014 | $474,034.25 | $1,660.88 | $72,166.43 | $1,380.97 | $472,373.37 | $70,785.46 |
| Lazard Freres & Co., LLC | 5/14 to 8/31/2014 | $895,161.29 | - | $54,437.59 | $4,000.00 | $895,161.29 | $50,437.59 |

13111120.1