IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re:<br><br>SS Body Armor I, Inc., *et al.*[1]<br><br>Debtors. | )<br>)<br>)<br>)<br>)<br>) | Chapter 11<br><br>Case No. 10-11255 (CSS)<br>Jointly Administered |

**OMNIBUS HEARING ORDER**

**IT IS ORDERED,** that the following hearing date has been scheduled in the above referenced matter:

| **DATE** | **TIME** |
|---|---|
| March 19, 2015 | 1:00 p.m. (prevailing Eastern time) |

Dated: 2/19, 2015

The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification numbers, are: SS Body Armor I, Inc. (9361) (f/k/a Point Blank Solutions, Inc.); SS Body Armor II, Inc. (4044) (f/k/a Point Blank Body Armor, Inc.); SS Body Armor III, Inc. (9051) (f/k/a Protective Apparel Corporation of America); and PBSS, LLC (8203). All correspondence and pleadings for the Debtors must be sent to SS Body Armor I, Inc., et al., c/o Pachulski Stang Ziehl & Jones LLP, 919 North Market St., 17th Floor, Wilmington, DE 19801, Attn: Laura Davis Jones.