# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) ) | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") and the attached certification, the undersigned counsel moves for the admission *pro hac vice* of Richard U.S. Howell of Kirkland & Ellis LLP, 300 North LaSalle, Chicago, Illinois 60654, to represent the above-captioned debtors and debtors in possession in the above-captioned cases and any and all adversary proceedings commenced therein.

Dated: February 11, 2015
      Wilmington, Delaware

                                          */s/ Jason M. Madron*
                                          Jason M. Madron (Bar No. 4431)
                                          RICHARDS, LAYTON & FINGER, P.A.
                                          One Rodney Square
                                          920 North King Street
                                          Wilmington, Delaware 19801
                                          Telephone:   (302) 651-7700
                                          Facsimile:    (302) 651-7701
                                          E-mail:        madron@rlf.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: February 20th, 2015**
**Wilmington, Delaware**

                                          CHRISTOPHER S. SONTCHI
                                          UNITED STATES BANKRUPTCY JUDGE

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and am admitted to practice before the United States District Court for the Northern District of Illinois, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of these cases. I also certify that I am generally familiar with this Court's Local Rules and with the *Revised Standing Order for District Fund*, effective March 25, 2014. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

*/s/ Richard U.S. Howell*
Richard U.S. Howell
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
E-mail:    rhowell@kirkland.com