IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., et al., | ) Case No. 14-10979(CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |

ORDER GRANTING MOTION

And now, this _____ day of _____, 2015, **IT IS HEREBY ORDERED** that counsel's Motion for Admission *Pro Hac Vice* of Nick S. Kaluk, III is GRANTED.

BY THE COURT:

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

**Dated: February 20th, 2015**
**Wilmington, Delaware**

455719_2

**CHRISTOPHER S. SONTCHI**
**UNITED STATES BANKRUPTCY JUDGE**