IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: Energy Future Holding Corp., et al., <br><br>                      Debtors. | Chapter 11 <br> Bankruptcy Case No. 14-10979-CSS <br> (Jointly Administered) |
| Delaware Trust Company, <br> as Indenture Trustee, <br><br>                      Appellant, <br><br>   v. <br><br> Energy Future Intermediate Holdings, LLC and EFIH Finance, Inc., <br><br>                      Appellees. | Civil Action No. 14-723-RGA |

ORDER

At Wilmington, this 19th day of February, 2015, for the reasons set forth in the Memorandum Opinion issued this same date;

IT IS HEREBY ORDERED that:

1. The Bankruptcy Court's June 6, 2014 Order Approving First Lien Settlement (D.I. 1-1) is **AFFIRMED** and this appeal (D.I. 1) is **DISMISSED**.

2. Intervenor Pacific Investment Management Company's Motion to Dismiss Appeal (D.I. 34) is **DISMISSED**.

*/s/ Richard G. Andrews*
UNITED STATES DISTRICT JUDGE