IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Hearing Date: March 10, 2015 at 9:30 a.m. |
| | ) | Objection Deadline: March 3, 2014 at 4:00 p.m. |

**NOTICE OF MOTION OF THE AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS FOR ENTRY OF AN ORDER GRANTING STANDING AND AUTHORITY TO COMMENCE, PROSECUTE, AND SETTLE CERTAIN CLAIMS FOR DECLARATORY JUDGMENT, AVOIDANCE AND RECOVERY OF LIENS, SECURITY INTERESTS, OBLIGATIONS, FEES, AND INTEREST PAYMENTS, AND DISALLOWANCE OF CLAIMS**

PLEASE TAKE NOTICE THAT on February 19, 2015 the Ad Hoc Group of TCEH Unsecured Noteholders, filed the attached **Motion Of The Ad Hoc Group Of TCEH Unsecured Noteholders for Entry of an Order Granting Standing and Authority to Commence, Prosecute, and Settle Certain Claims for Declaratory Judgment, Avoidance and Recovery of Liens, Security Interests, Obligations, Fees, and Interest Payments, and Disallowance of Claims** (the "Motion").

PLEASE TAKE FURTHER NOTICE THAT responses or objections to the Motion, if any, are to be filed on or before **March 3, 2015 at 4:00 p.m.** (the "Objection Deadline"). At the same time, you must serve a copy of the objection or response on the undersigned attorneys.

PLEASE TAKE FURTHER NOTICE THAT if any responses are timely filed in accordance with this Notice, a hearing on the Motion will be held on **March 10, 2015 at 9:30**

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

ACTIVE 29059372v1 02/19/2015

**a.m.** before the Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that if no responses or objections are filed by the Objection Deadline, the Court may enter an order granting the relief requested in the Motion without further notice or hearing.

Dated: February 19, 2015
       Wilmington, Delaware

                FOX ROTHSCHILD LLP

By:  */s/ L. John Bird*
      Jeffrey M. Schlerf (No. 3047)
      John H. Strock (No. 4965)
      L. John Bird (No. 5310)
      919 North Market St., Suite 300
      Wilmington, DE 19801
      Telephone: (302) 654-7444
      Facsimile: (302) 463-4971
      jschlerf@foxrothschild.com
      jstrock@foxrothschild.com
      lbird@foxrothschild.com

and

WHITE & CASE LLP
Thomas E Lauria (admitted *pro hac vice*)
Matthew C. Brown (admitted *pro hac vice*)
Southeast Financial Center, Suite 4900
200 South Biscayne Blvd.
Miami, FL 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
tlauria@whitecase.com
mbrown@whitecase.com

and

J. Christopher Shore (admitted *pro hac vice*)
Gregory M. Starner (admitted *pro hac vice*)
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
cshore@whitecase.com
gstarner@whitecase.com

*Counsel to the Ad Hoc Group of*
*TCEH Unsecured Noteholders*