# EXHIBIT B

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| Energy Future Holdings Corp., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |
| AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS, on behalf of the TCEH Debtors' estates; | ) |
|  | ) Adversary Proceeding |
| Plaintiff, | ) No. 15-_____ |
|  | ) |
| v. | ) |
|  | ) |
| FIRST LIEN TRANSFEREES[2] | ) |
|  | ) |
| Defendants. | ) |

**ORDER GRANTING THE AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS STANDING AND AUTHORITY TO COMMENCE, PROSECUTE AND SETTLE CERTAIN CLAIMS FOR DECLARATORY JUDGMENT, AVOIDANCE AND RECOVERY OF LIENS, SECURITY INTERESTS, OBLIGATIONS, FEES, AND <u>INTEREST PAYMENTS, AND DISALLOWANCE OF CLAIMS</u>**

Upon the motion of the ad hoc group of certain holders (the "Ad Hoc Group") of 10.25%

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors (the "Debtors") and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://efhcaseinfo.com.

[2] The Ad Hoc Group expects that Defendants will include the First Lien Administrative Agent and First Lien Collateral Agent under the Credit Agreement (as that term is defined in the Motion), and the Indenture Trustee under the Indenture (as that term is defined in the Motion), in their capacities as such. The Ad Hoc Group's investigation is ongoing. The Ad Hoc Group reserves all rights to amend the Complaint, including amendments related to adding additional defendants, prior to the Challenge Deadline (as defined in the *Final Order (A) Authorizing Use of Cash Collateral for Texas Competitive Electric Holdings Company LLC and Certain of its Debtor Affiliates, (B) Granting Adequate Protection, and (C) Modifying the Automatic Stay* [Dkt. No. 855] (the "Cash Collateral Order"), as modified by the Stipulation and Consent Order Extending Certain Deadlines in the Final Cash Collateral Order [Dkt. No. 3380].

Fixed Senior Notes due 2015 (including Series B) and 10.50%/11.25% Senior Toggle Notes due 2016 issued by TCEH and TCEH Finance, Inc., dated February 19, 2015, for the entry of an order granting standing and authority to commence, prosecute, and settle certain causes of action on behalf of the TCEH Debtors[3] relating to the First Lien Debt,[4] including claims for avoidance, equitable subordination, disallowance of claims, recharacterization, and certain requests for declaratory relief[5] (the "Motion"); and it appearing that the Court has jurisdiction over this matter; and it appearing that notice of the Motion is sufficient, and that no other or further notice need be provided; and upon all the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is hereby:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the Ad Hoc Group is granted authority to assert, prosecute to judgment,

---

[3] The "TCEH Debtors" include TCEH, EFCH, 4Change Energy Company, 4Change Energy Holdings LLC, Big Brown 3 Power Company LLC, Big Brown Lignite Company LLC, Big Brown Power Company LLC, Collin Power Company LLC, Decordova Power Company LLC, Decordova II Power Company LLC, Eagle Mountain Power Company LLC, Generation MT Company LLC, Generation SVC Company, Lake Creek 3 Power Company LLC, Luminant Big Brown Mining Company LLC, Luminant Energy Company LLC, Luminant Energy Trading California Company, Luminant ET Services Company, Luminant Generation Company LLC, Luminant Holding Company LLC, Luminant Mineral Development Company LLC, Luminant Mining Company LLC, Luminant Renewables Company LLC, Martin Lake 4 Power Company LLC, Monticello 4 Power Company LLC, Morgan Creek 7 Power Company, NCA Resources Development Company LLC, Oak Grove Management Company LLC, Oak Grove Mining Company LLC, Oak Grove Power Company LLC, Sandow Power Company LLC, TCEH Finance, Inc., Tradinghouse 3 & 4 Power Company LLC, Tradinghouse Power Company LLC, TXU Energy Retail Company LLC, TXU Energy Solutions Company LLC, TXU Retail Services Company, TXU SEM Company, Valley NG Power Company LLC, and Valley Power Company LLC. The TCEH Debtors (excluding TCEH) are referred to herein as the "Guarantors".

[4] The "First Lien Debt" includes all obligations under (i) the Credit Agreement (defined below), as amended, modified or restated prior to the date hereof, (ii) any and all Secured Commodity Hedge and Power Sales Agreements and Secured Hedging Agreements (each as defined in the Cash Collateral Order), as amended, modified or restated prior to the date hereof, (iii) the Indenture, dated as of April 19, 2011, governing the 11.50% senior secured notes due October 1, 2020, as amended, modified or restated prior to the date hereof, and (iv) all other agreements that were contemplated in or related to the agreements in (i) through (iii) above.

[5] The Ad Hoc Group reserves all rights to seek standing to pursue claims against all parties other than the First Lien Lenders (as defined in the Cash Collateral Order (Dkt. No. 855)), including without limitation certain other Debtors, the Sponsors (as that term is defined in the Motion), other holders of prepetition equity of EFH and its predecessors-in-interest, Oncor Electric Delivery Company LLC, and other related parties, relating to the facts set forth herein, in accordance with the *Stipulation and Agreed Order Regarding a Protocol for Certain Case Matters* [Dkt. No. 2051], as amended.

and settle the claims relating to the First Lien Debt and/or any related claims or causes of action for and on behalf of the TCEH Debtors to the same extent that a trustee appointed pursuant to section 1106 of the Bankruptcy Code would have authority to do so as to each of the Debtors, <u>provided</u>, however, that nothing herein shall impose upon the Ad Hoc Group any duties of a trustee appointed pursuant to section 1106 of the Bankruptcy Code; and it is further

**ORDERED** that the Ad Hoc Group shall commence any adversary proceeding or other action authorized pursuant to this Order on or before March 13, 2015, <u>provided</u>, however, that nothing in this Order shall prejudice the rights of the Ad Hoc Group to amend any complaint filed pursuant to this paragraph in accordance with applicable law; and it is further

**ORDERED** that this Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: March ____, 2015
       Wilmington, Delaware

                                                       CHRISTOPHER S. SONTCHI
                                                       UNITED STATES BANKRUPTCY JUDGE