**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>Re: Docket Nos. 321, 762, 764, 765, 800, 801, 802, 860, 1309, 1465, 1819, 1832, 1957, 2015, 2017, 2066, 2564 |

**CERTIFICATION OF COUNSEL CONCERNING STIPULATION AND AGREED ORDER REGARDING DISCOVERY PROCEDURES IN CONNECTION WITH LEGACY DISCOVERY AND OTHER ADMINISTRATIVE MATTERS**

The undersigned hereby certifies as follows:

1. On December 23, 2014, the official committee of unsecured creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. (the "**EFH Committee**"), filed a *Certification of Counsel Concerning Stipulation and Agreed Order Regarding Discovery Procedures in Connection with Legacy Discovery And Other Administrative Matters* [D.I. 3132] (the "**Agreed Order**").

2. The Agreed Order provides the EFH Committee with the same rights, powers and reservations, *mutatis mutandis*, as those granted to the official committee of unsecured creditors of Energy Future Competitive Holdings Company LLC, Texas Competitive Electric Holdings Company LLC and their direct and indirect subsidiaries, and EFH Corporate Services Company (the "**TCEH Committee**").

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

3. The EFH Committee and the Debtors have agreed to make certain changes to the Agreed Order in response to comments received from the TCEH Committee. A revised form of order (the "**Revised Agreed Order**") is attached as Exhibit A. A blackline showing the changes from the Agreed Order is attached as Exhibit B.

4. The EFH Committee, the Debtors and the TCEH Committee each agree to the entry of the Revised Agreed Order.

WHEREFORE, the EFH Committee respectfully requests that the Court enter the Revised Agreed Order, in the form attached hereto as Exhibit A, at its earliest convenience.

Dated: Wilmington, Delaware
       February 20, 2015

**MONTGOMERY McCRACKEN WALKER & RHOADS, LLP**

 */s/ Mark A. Fink*
Natalie D. Ramsey, Esquire (DE Bar No. 5378)
Davis Lee Wright, Esquire (DE Bar No. 4324)
Mark A. Fink, Esquire (DE Bar No. 3946)
1105 North Market Street, 15th Floor
Wilmington, DE  19801
Telephone: (302) 504-7800
Facsimile: (302) 504 -7820

– and –

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich (admitted *pro hac vice*)
Brian D. Glueckstein (admitted *pro hac vice*)
Michael H. Torkin (admitted *pro hac vice*)
Alexa J. Kranzley (admitted *pro hac vice*)
125 Broad Street
New York, New York  10004
Telephone:    (212) 558-4000
Facsimile:     (212) 558-3588

*Counsel for The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc.*