The White Group, Inc.
23603 Forest Trail Drive
Hockley, Texas 77447-9524
(281) 236-6250 phone (832) 521-3193 fax
randy2033@sbcglobal.net
www.thewhitegroupinc.com

To: US Bankruptcy Court
District of Delaware
824 North Market Street, 3rd FL
Wilmington, Delaware 19801

From: Randy White
Date: February 18, 2015
Ref: Energy Future Holdings Corp., et al.,

Attn: The Honorable Christopher S. Sontchi

In response to the federal bankruptcy proceedings with Energy Future Holdings Corp; I am filing claim number 1343 in the amount of $3,650 for my stock held in their Company.

Their filings state there is insufficient documentation and if this is the case, how do they know how many shares I purchased and at what price. Do we have a privacy issue?

In consideration of the bankruptcy, I take extreme displease in seeing how a company just disallows shareholders who have invested their money in their company only to be told insufficient documentation.

Please confirm my shares in the company and place my claim back into the proceedings.

Regards.

Dr. Randy White, Principle


File: The White Group, Inc.
Attachment – Bankruptcy Court letter
   Received February 17, 2015

84822391

Hello, JOHN R WHITE
ROTH IRA

- Balances
- Positions
- Portfolio Review
- Watch Lists
- News Visualization (New)
- Gain/Loss & Tax Center
  - Tax Statements
  - IRS Tax Forms
  - Tax Guide
  - Cost Basis FAQs
- Account History
- Order Status
- Transfer Funds
- Deposits (New)
- Withdrawals
- My Information & Preferences
- Alerts

## Gain/Loss & Tax Center

### Gain/Loss - Unrealized

Symbol: _____   Covered/Non-Covered: All ▼   Go

The positions listed below represent your holdings as of the previous market's close. Market values are delayed by at least 15 minutes.

| ▼Symbol/CUSIP | Security Description | Quantity | Acquired Date | Holding Period | *Average Unit Cost | Cost | Market Price |
|---|---|---|---|---|---|---|---|
| (PGIE) | PGI ENERGY INC PRE B RSTD | 820,000.0000 | Multiple | Long Term | $0.0000 | $0.00 | N/A |
| PGIE | PGI ENERGY INC | 5,754,006.0000 | Multiple | Long Term | $0.0005 | $3,132.18 | $0.0000 |
| ** Total All Asset Classes | | | | | | $3,132.18 | |

** Totals are representative of the available gain/loss data, incomplete entries are ignored.

NOTE: All activity used to calculate unrealized and realized gain/loss amounts in the Gain/Loss & Tax Center tool is reflective of your account's transactions as of the gain/loss are delayed by at least 15 minutes.

The Gain/Loss & Tax Center tool is provided to Scottrade clients through a third party vendor. It is intended to be an informational tool to assist clients in making investment activity on your personal tax return or to be a replacement for professional tax advice. Please consult a tax professional for questions concerning your p information contained in the Gain/Loss & Tax Center tool and does not assume any liability for actions taken in reliance on information contained therein. Scottrade Center tool as provided by our third party vendor.

## Quick Quote

Symbol or Name

Symbol Lookup
Build an Option

**DJIA $DJI**
18,047.58   +28.23 (0.16%)

**NASDAQ $COMP**
4,899.26   +5.43 (0.11%)

**S&P 500 $SPX**
2,100.34   +3.35 (0.16%)

**NYSE $NYA**
11,054.4652   +11.7752 (0.11%)

Market has closed.
2/17/2015 8:33 PM ET

How to Resize this Page

Ways to Fund | Site Map | Forms Center | Security Center | Privacy Statement | Website Terms & Conditions | Agreeme

Investors should consider the investment objectives, risks, and charges and expenses of a mutual fund carefully before investing. A mutual fund's prospectus conta available through our trading site or through a Scottrade Branch Office. The prospectus should be read carefully before investing. No transaction fee (NTF) funds are is compensated by the funds participating in the NTF program through recordkeeping, shareholder, or SEC 12b-1 fees.

Investors should consider the investment objectives, charges, expense, and unique risk profile of an Exchange Traded Fund (ETF) carefully before investing. Levera may increase exposure to volatility through the use of leverage, short sales of securities, derivatives and other complex investment strategies. A prospectus contair the issuer. The prospectus should be read carefully before investing.

Options involve risk and are not suitable for all investors. Detailed information on our policies and the risks associated with options can be found in the Scottrade Op downloading the Characteristics and Risks of Standardized Options and Supplements (PDF) from The Options Clearing Corporation, or by requesting a copy from you supplied upon request.

Authorized account login and access indicates customer's consent to the Brokerage Account Agreement. Such consent is effective at all times when using this site. U availability may impact account access and trade execution.

None of the information provided should be considered a recommendation or solicitation to invest in, or liquidate, a particular security or type of security.

Brokerage Products and Services offered by Scottrade, Inc. - Member FINRA and SIPC

© Copyright 2015 Scottrade. All Rights Reserved.

Your last login was: 6/2/2014 5:37:11 PM ET

Log Off

84815866

Hello, JOHN R WHITE

**Message Center**
**Products & Services**
**Contact Us**

**Trading Tools:**
Scottrader Streaming Quotes
ScottradeELITE (New)

**Explore New Ideas:**
Launching Pad

**Quick Quote**
Symbol or Name

Symbol Lookup
Build an Option

DJIA $DJI
18,047.58   +28.23
            (0.16%)

NASDAQ $COMP
4,899.26    +5.43
            (0.11%)

S&P 500 $SPX
2,100.34    +3.35
            (0.16%)

NYSE $NYA
11,054.4652 +11.7752
            (0.11%)

Market has closed.
2/17/2015 8:33 PM ET

**How to Resize this Page**

Edit This Home Page    [Home Page 1 ▼]    Refresh   Print   Help

**My Account** Edit

**Brokerage Balances**

| | |
|---|---|
| Settled Funds Available for Trading: | $8.58 |
| Funds Available for Trading: | $8.58 |
| Total Cash Balance: | $8.58 |
| Total Brokerage Account Value: | $10.20 |

View: [6 months ▼]    Balance Details

Chart is current as of previous day's close.

**Orders** Edit

Open:    Sort By: [Order Time ▼]    Completed: Sort By: [Execution Time ▼]

You have no open orders.    You have no recently completed orders.

**Positions** Edit

| Symbol | Qty | Last Price | Chg $ | % | Mkt Value | Total Chg $ |
|---|---|---|---|---|---|---|
| (PGIE) | 162,000 | -- | -- | | 0.00 | 0.00 |
| PGIE | 162,000 | 0.00 | $0.00 | | 1.62 | 0.00 |

Total Mkt Value: $1.62   Total Mkt Chg ($|%): 0.00
Change values are calculated for current positions based upon the previous day's closing prices and do not represent a gain/loss figure based upon your purchase price.

Export to Excel

**Watch Lists** Edit

Symbol(s) or Name(s)  [Add]    List Name: [Securities to Watch ▼]

| Symbol | Last Price | $ Chg | % Chg | Volume | Bid | Ask | Alerts |
|---|---|---|---|---|---|---|---|

View Watch Lists Page
Export to Excel

**Detailed Quote**

**Quick Links** Edit
Fund Your Account

4 Tips for Finding Your Next Trade

**Alerts**
No alerts triggered
View All    Manage Alerts

**Messages**
General (5)    My Support (0)

Quick Funds Transfer Widget Now Available
Tax Statements Schedule
Presidents' Day Information
Bankruptcy Proceedings and Company Stock
Stocks and ETFs Subject to Higher Maintenance
View All

**Referral Program**
Refer Someone & Get Free Trades.
Get Referral Code

No free trades available.

---

Ways To Fund | Site Map | Forms Center | Privacy Statement | Website Terms & Conditions
Agreements & Disclosures | Contact Us | Glossary | Data Providers

None of the information provided should be considered a recommendation or solicitation to invest in, or liquidate, a particular security or type of security. Investors should fully research any security before making an investment decision.

Authorized account login and access indicates customer's consent to the Brokerage Account Agreement. Such consent is effective at all times when using this site. Unauthorized access is prohibited.

Scottrade, Inc. and Scottrade Bank are separate but affiliated companies and are wholly-owned subsidiaries of Scottrade Financial Services, Inc. Brokerage products and services offered by Scottrade, Inc. – Member FINRA and SIPC. Deposit products and services offered by Scottrade Bank, Member FDIC.

Hyperlinks to third party websites contain information that may be of interest or use to the reader. Third-party websites, research, and tools are from sources deemed reliable. Scottrade does not guarantee accuracy or completeness of the information and makes no assurances with respect to results to be obtained from their use.

**Brokerage products are not insured by the FDIC – are not deposits or other obligations of the bank and are not guaranteed by the bank – are subject to investment risks, including possible loss of the principal invested.**

© Copyright 2015 Scottrade. All Rights Reserved.