## Exhibit 1

**Assumption Schedule**

RLF1 11536447v.1

Exhibit 1

| Ref. # | Details of Contract(s) to be Assumed | | Assumption Counterparty Information | | Cure Amount | Details of Material Amendments | Assumption Date |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Debtor(s) | Description of Contract/Lease | Contract Counterparty | Address | | | |
| 1 | TXU Energy Retail Company LLC | Building Lease for office space | Lexington Acquiport Colinas L.P | C/O Lexington Realty Trust<br>One Penn Plaza<br>Suite 4015<br>New York, NY 10119-4015<br>Attn: Lease Administrator | $ 26,814.83 | * Extend initial lease term until the date that is 10 years after the Bankruptcy Court has entered the order approving assumption of the lease, as amended by the First Amendment<br>* Reduce base rent obligations<br>* Shift responsibility for certain repair, maintenance and replacement obligations from tenant to landlord<br>* Tenant has right to self-manage and appoint property manager | Upon entry of the Assumption Order |