IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*:<br><br>ENERGY FUTURE HOLDINGS CORPORATION., *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered) |

### NOTICE OF PERFECTION OF LIENS PURSUANT TO 11 U.S.C. § 546

RailWorks Track Systems, Inc. ("RailWorks"),[2] by and through its undersigned counsel, hereby (i) gives notice (the "Notice") pursuant to section 546(b) of title 11 of the United States Code (the "Bankruptcy Code") of the perfection of its (a) statutory and constitutional mechanic's liens against certain real property (including any and all improvements thereon and as described more fully below) under the laws of the State of Texas and (ii) perfects, maintains and continues its liens pursuant to sections 362(b)(3) and 546(b)(2) of the Bankruptcy Code.  In support of this Notice, RailWorks states the following:

1. <u>Overview</u>.  Pursuant to written contracts (the "Contracts") between RailWorks and Luminant Mining Company LLC (the "Luminant Debtor"), one of the debtors and debtors-in-possession in the above captioned, jointly-administered chapter 11 cases, RailWorks provided labor and equipment for the maintenance and repair of the railroad tracks and switches (the "Services") for the projects of the Luminant Debtor known as the Martin Lake Mine located in

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://efhcaseinfo.com.

[2] RailWorks is a Delaware corporation and its address is 1600 West 13th Street, Deer Park, Texas 77536.

*270816v1*

Rusk County, Texas (the "Martin Lake Mine")[3] and the Monticello Mine, located in Titus County, Texas (the "Monticello Mine," together with the Martin Lake Mine, the "Properties")[4].

2.  RailWorks is the original contractor for the Services for which the liens herein are claimed. After allowing all just credits, offsets, and payments, the amount of $590,771.49, plus interest, remains unpaid and is due and owing to RailWorks. Railworks' claim is secured by the Texas statutory and constitutional mechanic's liens described below.

3.  <u>Texas Mechanic's and Constitutional Liens</u>. RailWorks timely filed the following below-described lien statements (the "Texas Mechanic's and Constitutional Liens"):

- Affidavit Claiming Statutory and Constitutional Liens Against Martin Lake Mine, dated July 11, 2014. A copy is attached to this Notice as **Exhibit A**.

- Affidavit Claiming Statutory and Constitutional Liens Against Monticello Mine, dated July 11, 2014. A copy is attached to this Notice as **Exhibit B**.

- Affidavit Claiming Statutory and Constitutional Liens Against Martin Lake Mine, dated August 13, 2014. A copy is attached to this Notice as **Exhibit C**.

- Affidavit Claiming Statutory and Constitutional Liens Against Monticello Mine, dated August 13, 2014. A copy is attached to this Notice as **Exhibit D**.

| COUNTY | PROPERTY | LIEN AMOUNT | DATE LIEN RECORDED | RECORDING INFORMATION |
|---|---|---|---|---|
| Rusk (TX) | Martin Lake Mine (as more specifically described in Exhibit A) | $239,192.32, plus interest | July 15, 2014 | Doc. No.: 00144587<br><br>Vol.: 3307<br><br>Pages: 49-392 |

---

[3] The last known addresses of the owner or reputed owner, Luminant Mining Company LLC, are 1601 Bryan Street, Dallas Texas 75201 and/or P.O. Box 1359, Tatum, Texas 75691-1359. The last known address of the owner's reputed registered agent, CT Corporation System, is 1999 Bryan Street, Suite 900, Dallas, Texas 75201-3136.

[4] The last known addresses of the owner or reputed owner, Luminant Mining Company LLC, are 1601 Bryan Street, Dallas Texas 75201 and/or P.O. Box 1636, Mt. Pleasant, Texas 75456. The last known address of the owner's reputed registered agent, CT Corporation System, is 1999 Bryan Street, Suite 900, Dallas, Texas 75201-3136.

| COUNTY | PROPERTY | LIEN AMOUNT | DATE LIEN RECORDED | RECORDING INFORMATION |
|---|---|---|---|---|
| Titus (TX) | Monticello Mine (as more specifically described in Exhibit B) | $290,041.69, plus interest | July 15, 2014 | Instrument No.: 20142982<br><br>Pages: 59 |
| Rusk (TX) | Martin Lake Mine (as more specifically described in Exhibit C) | $38,147.68, plus interest | August 15, 2014 | Doc. No: 00145664<br><br>Vol.: 3314<br><br>Pages: 57-383 |
| Titus (TX) | Monticello Mine (as more specifically described in Exhibit D) | $23,389.81, plus interest | August 15, 2014 | Instrument No.: 20143438<br><br>Pages: 36 |

4. Under Texas law, the Texas Mechanic's and Constitutional Liens attach to and encumber "the house, building, fixtures, or improvements, the land reclaimed from overflow, or the railroad and all of its properties, and to each lot of land necessarily connected or reclaimed." TEX. PROP. CODE § 53.022. The Texas Mechanic's and Constitutional Liens apply as of and relate back to "the commencement of construction of improvements or delivery of materials to the land on which the improvements are to be located and on which the materials are to be used." *Id.* at § 53.124. Additionally, the Texas Constitution provides that "[m]echanics, artisans and material men, of every class, shall have a lien upon the buildings and articles made or repaired by them for the value of their labor done thereon . . . ." TEX. CONST., art. 16, § 37.

5. RailWorks intends to enforce its interest in the Properties secured by its Texas Mechanic's and Constitutional Liens. RailWorks claims and reserves all rights concerning the tolling of applicable statutes of limitations.

270816v1

3

6.      Notice.  RailWorks gives notice that, to the extent it does not under applicable law already possess a perfected interest in the Properties, RailWorks hereby perfects its interest pursuant to applicable provisions of the Bankruptcy Code, including, but not limited to, sections 362(b)(3) and 546(b)(2) of the Bankruptcy Code.  This Notice is in lieu of seizure of property or commencement of an action to accomplish such perfection of RailWorks' rights to the Properties which are the subject of RailWorks Texas Mechanic's and Constitutional Liens.  To the extent RailWorks is required under applicable state law to file suit or take other actions, including the appointment of a receiver, to (a) perfect, maintain or continue perfection of any of its Texas Mechanic's and Constitution Liens; (b) foreclose on any of its Texas Mechanic's and Constitutional Liens; or (c) obtain a judgment against the Luminant Debtor pursuant to any of its Texas Mechanic's and Constitutional Liens, RailWorks hereby gives notice in lieu of commencement of such actions and demands adequate protection of its interest in the Properties.

7.      Further Information Available Upon Request.  Any party in interest may obtain further information by contacting:

> RailWorks Track Systems, Inc.
> c/o Jordan E. Stern, Esq.
> BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP
> 299 Park Avenue
> New York, New York 10171
> (212) 888-3033

8.      Reservation of Rights.  RailWorks reserves the right to supplement and/or amend this Notice, and further reserves all rights with respect to its Texas Mechanic's and Constitutional Liens under applicable law, including, but not limited to, the right to seek relief from the automatic stay under section 362 of the Bankruptcy Code.  Nothing in this Notice shall be construed as a waiver of RailWorks' rights to assert any claims against the Luminant Debtor, or any other debtor in these bankruptcy proceedings, pursuant to the Bankruptcy Code or

applicable federal or state law, including, but not limited to, any administrative expense claim, priority claim, general unsecured claim, or other secured claim.

                                    Respectfully submitted,

Dated: Wilmington, Delaware          **WILKS, LUKOFF & BRACEGIRDLE, LLC**
       February 20, 2015

                                    */s/ Samuel L. Moultrie*
                                    David E. Wilks (DE No. 2793)
                                    Samuel L. Moultrie (DE No. 5979)
                                    1300 North Grant Avenue, Suite 100
                                    Wilmington, Delaware 19806
                                    Tel.: (302) 225-0850
                                    Fax: (302) 225-0024
                                    *dwilks@wlblaw.com*
                                    *smoultrie@wlblaw.com*

                                    and

                                    Jordan E. Stern
                                    BECKER, GLYNN, MUFFLY,
                                    CHASSIN & HOSINSKI LLP
                                    299 Park Avenue
                                    New York, New York 10171
                                    (212) 888-3033
                                    *jstern@beckerglynn.com*

                                    *Attorneys for RailWorks Track Systems, Inc.*