# EXHIBIT B

## AFFIDAVIT CLAIMING STATUTORY AND CONSTITUTIONAL LIENS

| | |
|---|---|
| **THE STATE OF TEXAS** | § |
| | § |
| **COUNTY OF TITUS** | § |

BEFORE ME, the undersigned authority, on this day personally appeared Dan Burg, who upon his oath did depose and state as follows:

"My name is Dan Burg and I am a resident of Harris County, Texas. I am the Controller of **RailWorks Track Systems, Inc.**, hereinafter sometimes referred to as 'Claimant.' I am over 18 years of age, have personal knowledge of the facts set forth below and am competent and authorized to make this Affidavit on Claimant's behalf.

Claimant's mailing and physical address is 1600 West 13th Street, Deer Park, Texas 77536.

Pursuant to a written contract and purchase order by and between Claimant and **Luminant Mining Company LLC,** the Owner or reputed Owner, Claimant has provided all materials, labor, and/or equipment necessary for the maintenance and repair of the railroad tracks and switches on the project known as the **Monticello Mine**, located at 6833 FM 127, Mt. Pleasant, Titus County, Texas 75455.

The real property sought to be charged with such lien by Claimant is described as set out in the legal description attached hereto and incorporated by reference herein as **Exhibit A**.

Claimant is the Original Contractor for the improvements for which a lien is claimed.

The last known addresses of the Owner or reputed Owner, Luminant Mining Company LLC, are 1601 Bryan Street, Dallas, Texas 75201 and/or P.O. Box 1636, Mt. Pleasant, Texas 75456. The last known address of the Owner or reputed Owner's registered agent, CT Corporation System, is 1999 Bryan St., Ste. 900, Dallas, Texas 75201-3136.

After allowing all just credits, offsets and payments, the amount of **$290,041.69**, remains unpaid and said sum is due and owing to Claimant under said contract and purchase order with Owner, and Claimant claims a statutory lien on said property and improvements under the provisions of Chapter 53 of the Texas Property Code and a constitutional lien on said property and improvements under the provisions of Article 16, Section 37 of the Texas Constitution to secure payment of the above amount.

The Claimant provided the unpaid labor, material and/or equipment to the Project during the months of February, March and April 2014.

True and correct copies of the invoices reflecting said unpaid amount due and owing to Claimant are attached hereto as **Exhibit B** and incorporated herein by reference.

One (1) copy of this Affidavit is being sent by Certified Mail, Return Receipt Requested to the Owner or reputed Owner described above, addressed to the Owner or reputed Owner's last known addresses as described above; and one (1) copy of this Affidavit is being sent by Certified Mail, Return Receipt Requested to the Owner or reputed Owner's registered agent, addressed to its last known address as described above."

SWORN AND EXECUTED on this the _11th_ day of July, 2014.

RAILWORKS TRACK SYSTEMS, INC.

By: _Dan Burg_

Name: DAN BURG

Title: CONTROLLER

2

THE STATE OF TEXAS       §

                              §

COUNTY OF HARRIS       §

BEFORE ME, the undersigned Notary Public, on this day personally appeared **Dan Burg**, Controller of RailWorks Track Systems, Inc., known to me to be the person whose name is subscribed to the foregoing instrument, who acknowledged to me that such person executed the same for the purposes and consideration therein expressed and in the capacity therein stated as the act and deed of said company, and further swore that the foregoing was true and correct.

ACKNOWLEDGED, SUBSCRIBED AND SWORN TO on this the _11TH_ day of July, 2014.

RICHARD H STEPHENS
My Commission Expires
May 5, 2018

_Richard H. Stephen_
Notary Public in and for the State of Texas

My Commission Expires:

_May 5, 2018_

Printed Name:

_RICHARD H. STEPHENS_

**After recording, return to:**

**Allison J. Snyder, Esq.**
**Porter Hedges LLP**
**1000 Main Street, 36th Floor**
**Houston, Texas 77002**
**(713) 226-6622**

## EXHIBIT "A"

Being all of that real property conveyed by Deed from Ladye Harolyn White Keck et vir, and

Donnie Keck, Grantors, to Texas Utilities Mining Company, Grantee, dated September 4, 1985,

recorded in Volume 489, Page 182 of the Deed Records of Titus County, Texas, more

particularly described below, save and except any tracts or parcels sold or conveyed thereof:

"FIRST TRACT: Being a part of the Mary MORRIS SURVEY, and
BEGINNING at the SEC of the same a stk a PO N. 38 deg. W.
22-1/2 vrs., do 11 W. 33 vrs. both mkd A, the same being
Jos. Meacham's SWC of Jos. Reed's NB line;
THENCE West with SBL of said Morris Sur to Mt. Pleasant &
Winnsboro Road a stake;
THENCE Northward with said road to SBL of a tract once owned by J.
F. Freeman;
THENCE Eastward with Freeman's SBL to SEC of same, on E line of
said survey;
THENCE South with said line, same being Smith's WBL to place of
beginning.
LESS 20 acres sold off of the West side of tract heretofore sold to
Dr. J. L. Boyd and LESS also 1/4 acre store lot, the amount herein
conveyed being 30 acres of land and being same land described in
deed from T. J. Toss et ux to W. P. Jones, of record in Vol. 22,
page 132, of Deed Records of Titus County, Texas.
SECOND TRACT: Being a part of the MARY MORRIS HR SUR.,
and
BEGINNING at SWC of the East half of a tract deeded to D. B.
Jones by the Sheriff of Titus County, a stake in center of Mt.
Pleasant & Winnsboro Road;
THENCE East with SBL of same 330-1/2 yds to a stake;
THENCE North 448-5/8 yds to WBL of said tract;
THENCE West with said NBL 107-2/3 yds to stk in Mt. Pleasant &
Winnsboro road;
THENCE South with the meanderings of said road to the place of
beginning, containing 20 acres of land, excluding lot owned by
Allen Jones and the Gordon lot formerly owned by J. B. Sinclair,
being the land described in deed dated December 27, 1928,
executed by J. A. Jones et ux to W. P. Jones, recorded in Vol. 52,
page 343, of Deed Records of Titus County, Texas.

LESS, HOWEVER, 5 acres conveyed by W. P. Jones to the Monticello School
and also less one (1) acre conveyed to the Baptist Church at Monticello.

4

Being the same land described in deed from Harold Smith et ux to .C. M. Forsyth, dated December 29, 1955, of record in Deed Records of Titus County, Texas, reference to which is hereby made for all purposes, and also Being the same land described in deed from C. M. Forsyth to J. O. Sinclair, of record in Vol. 228, page 577, Deed Records of Titus County, Texas, reference to which is hereby made for all purposes.

LESS, HOWEVER, that certain one acre, more or less, out of said tract wherein Grantors home is situated.

LESS AND EXCEPT: That tract or parcel of the above described land conveyed by deed from E. J. Narramore et al to State of Texas, dated January 4, 1947, recorded in Vol. 154, page 629, Deed Records of Titus County, Texas.

Grantors herein reserve unto themselves, their heirs and assigns forever, all of the oil, gas and other minerals, including coal and lignite, and all other mineral substances associated or comingled therewith or produced therefrom, including gas and liquid carbons, in and under and that may be produced and mined from the above described lands.

Grantors herein shall have the full right to lease said lands and premises for oil, gas and other minerals, including coal and lignite, and including all other mineral substances associated or comingled therewith or produced therefrom, including gas and liquid carbons, in and under and that may be produced and mined from the above described lands, and receive all bonuses paid for the execution of any such leases.

This conveyance is given and accepted subject to any and all restrictive covenants and easements imposed upon the property herein conveyed as the same appears of record in the office of the County Clerk of Titus County, Texas.

Grantee herein agrees to assume payment of taxes for the year 1985 and subsequent years.

This conveyance is given and accepted SAVE AND EXCEPT all mineral rights which are presently validly severed from the surface estate."



**RailWorks Track Systems, Inc.**
1600 West 13th Street
Deer Park, Texas 77536
(713) 815-7814       Fax (713) 815-7840

TO: LUMINANT MINING COMPANY LP
ATTN: ACCOUNTS PAYABLE
P.O. BOX 1636
MT. PLEASANT, TEXAS  75456

## INVOICE

| INVOICE DATE | CUSTOMER NO. | INVOICE NUMBER |
|---|---|---|
| 3/25/2014 | 112251 | 18609B |
| PO # | LOCATION | JOB NO. |
| 107025 | MT. PLEASANT | 525-04-14196-0178 |
| TERMS | DIRECT PAY NO. | |
| NET 45 DAYS | 1-75-2967821-5 | |

****REMIT TO ADDRESS****

REMIT TO: RailWorks Track Systems, Inc.
39545 Treasury Center
Chicago, IL 60694-9500

| ITEM | DESCRIPTION | AMOUNT |
|---|---|---|
| Line 1 | MONTHLY MAINTENANCE AND REPAIRS TO RAILROAD TRACKS PERFORMED IN FEBRUARY AND MARCH 2014 AS DESCRIBED ON THE ATTACHED REPORTS.<br><br>26 REPORTS ATTACHED<br><br>826220    600    0000    137    6200 M2012101 | $    79,977.58 |
| | **TOTAL AMOUNT DUE:** | $    79,977.58 |

Recap per attached sheets
LABOR AND SUPERVISION            $      45,526.26

EQUIPMENT                                          43,039.09
                                                            88,565.35
1% Discount                                           (885.65)

                                            $      87,679.70

*Promote Safety . . . Every Day!*

EX.
B

# RAILWORKS TRACK SYSTEMS, INC.

Luminant Mining MT. PLEASANT LABOR DISTRIBUTION RECAP JOB #525-04-14196

MARCH 2014

| DAY | DATE | SUPERVISOR | | FOREMAN | | OPERATORS | | LABORERS | | TRUCK DRIVER | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | REG | O/T | REG | O/T | REG | O/T | REG | O/T | REG | O/T | |
| SATURDAY | 22 | | | | | | | | | | | 0 |
| SUNDAY | 23 | | | | | | | | | | | 0 |
| MONDAY | 24 | 8 | | 8 | | 24 | | 32 | | | | 72 |
| TUESDAY | 25 | 8 | | 8 | | 24 | | 24 | | 8 | | 72 |
| WEDNESDAY | 26 | 8 | | 8 | | 24 | | 24 | | 8 | | 72 |
| THURSDAY | 27 | 8 | | 8 | | 24 | | 24 | | 8 | | 72 |
| FRIDAY | 28 | 8 | | 8 | | 43 | | 32 | | | | 91 |
| SATURDAY | 1 | | | | | | | | | | | 0 |
| SUNDAY | 2 | | | | | | | | | | | 0 |
| MONDAY | 3 | 8 | | 8 | | 24 | | 32 | | | | 72 |
| TUESDAY | 4 | 8 | | 8 | | 24 | | 32 | | | | 72 |
| WEDNESDAY | 5 | 8 | | 8 | | 24 | | 32 | | | | 72 |
| THURSDAY | 6 | 8 | | 8 | | 24 | | 32 | | | | 72 |
| FRIDAY | 7 | 8 | | 8 | | 24 | | 32 | | | | 72 |
| SATURDAY | 8 | | | | | | | | | | | 0 |
| SUNDAY | 9 | | | | | | | | | | | 0 |
| MONDAY | 10 | 8 | | 8 | | 24 | | 32 | | | | 72 |
| TUESDAY | 11 | 8 | | 8 | | 24 | | 24 | | 8 | | 72 |
| WEDNESDAY | 12 | 10 | | 10 | | 30 | | 20 | | | | 70 |
| THURSDAY | 13 | 10 | | 10 | | 30 | | 50 | | | | 100 |
| FRIDAY | 14 | 4 | 6 | 4 | 6 | 12 | 26 | 38 | 12 | | | 108 |
| SATURDAY | 15 | | | | | | | | | | | 0 |
| SUNDAY | 16 | | | | | | | | | | | 0 |
| MONDAY | 17 | 10 | | 10 | | 30 | | 30 | | | | 80 |
| TUESDAY | 18 | 10 | | 10 | | 30 | | 30 | | | | 80 |
| WEDNESDAY | 19 | 10 | | 10 | | 30 | | 30 | | | | 80 |
| THURSDAY | 20 | 10 | | 10 | | 30 | | 40 | | | | 90 |
| FRIDAY | 21 | | 10 | | 10 | | 30 | 10 | 30 | | | 90 |
| SATURDAY | 22 | | | | | | | | | | | 0 |
| SUNDAY | 23 | | | | | | | | | | | 0 |
| TOTAL HOURS | | 160 | 16 | 160 | 16 | 499 | 56 | 600 | 42 | 32 | | 1581 |
| RATES $$$ | | $45.60 | $58.00 | $33.55 | $45.29 | $29.12 | $39.31 | $20.86 | $28.17 | $24.32 | $32.83 | |
| TOTAL $$$ | | $7,296.00 | $928.00 | $5,368.00 | $724.64 | $14,530.88 | $2,201.36 | $12,516.00 | $1,183.14 | $778.24 | $0.00 | |

$45,526.26

TOTAL LABOR $45,526.26

**RAILWORKS TRACK SYSTEMS - TEXAS, INC.**

EQUIPMENT HOURS AT LUMINANT MINING  MT. PLEASANT 525-04-14196

MARCH 2014

| DAY | SUPT P/U | HR CREW/TRK 04251 | CREW TRK 04214 | H/RAIL INSPECT P/U 02554 | TAMPER 07008 | BALREG 22038 | IT-38 LOADER 11110 | D4H DOZER | AIR DRILL | BACKHOE 12146 | HYD/RAIL DRILL | EQUIP TRLR 11541 | PUSH CART | TIE INSRT | AIR COMP/AIR TOOLS | HAUL TRUCK/TRAILER | HYDRO PROFILE GRINDER | IM/JACK HAMMER | CONCRETE VIBRATOR | TIE CRANE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 22 | | | | | | | | | | | | | | | | | | | | | 0 |
| 23 | | | | | | | | | | | | | | | | | | | | | 0 |
| 24 | 8 | 8 | 8 | | | | 8 | | | 8 | 8 | 8 | 8 | | | | | | | | 56 |
| 25 | 8 | 8 | 8 | | | | 8 | | | 8 | 8 | 8 | 8 | | | | | | | | 56 |
| 26 | 8 | 8 | 8 | | | | 8 | | | 8 | 8 | 8 | 8 | | | | | | | | 56 |
| 27 | 8 | 8 | 8 | 8 | | | 8 | | | 8 | 8 | | 8 | | | | | | | | 48 |
| 28 | 8 | 8 | 8 | 8 | | | | | | 8 | | | | | | 19 | | | | | 59 |
| 1 | | | | | | | | | | | | | | | | | | | | | 0 |
| 2 | | | | | | | | | | | | | | | | | | | | | 0 |
| 3 | | | | | | | | | | | | | | | | | | | | | 0 |
| 4 | 8 | 8 | 8 | 8 | | | 8 | | | 8 | 8 | | 4 | 4 | | | | | | 4 | 40 |
| 5 | 8 | 8 | 8 | | | | | | | 8 | 8 | | 8 | 8 | | | | | | 8 | 60 |
| 6 | 8 | 8 | 8 | | | | | | | 8 | 8 | | 8 | 8 | | | | | | 8 | 64 |
| 7 | 8 | 8 | 8 | | | | | | | 8 | 8 | | 8 | 8 | | | | | | 8 | 64 |
| 8 | 8 | 8 | 8 | | | | | | | 8 | 8 | | 8 | 8 | | | | | | 8 | 64 |
| 9 | | | | | | | | | | | | | | | | | | | | | 64 |
| 10 | 8 | 8 | 8 | | | 8 | 8 | | | 8 | 8 | 8 | 8 | 8 | | | | | | WK | 0 |
| 11 | 8 | 8 | 8 | | | 8 | | | | 8 | 8 | 8 | 8 | 8 | | | | | | WK | 0 |
| 12 | 10 | 10 | 10 | | | | | | | 10 | 10 | | 10 | | | | | | | WK | 64 |
| 13 | 10 | 10 | 10 | | | | | | | 10 | 10 | | 10 | | | | | | | WK | 64 |
| 14 | 10 | 10 | 10 | | | | | | | 10 | 10 | | 10 | | | | | | | WK | 60 |
| 15 | 10 | 10 | 10 | | 5 | 5 | | | | 10 | 10 | | 10 | | | 4 | | | | | 60 |
| 16 | | | | | | | | | | | | | | | | | | | | | 64 |
| 17 | 10 | 10 | 10 | 10 | | | 10 | | | 10 | 10 | | 10 | | | | | | | 10 | 0 |
| 18 | 10 | 10 | 10 | 10 | | | 10 | | | 10 | 10 | | 10 | | | | | | | 10 | 0 |
| 19 | 10 | 10 | 10 | 10 | | | 10 | | | 10 | 10 | | 4 | | | | | | | 4 | 80 |
| 20 | 10 | 10 | 10 | 10 | | | 10 | | | 10 | 10 | | | | | | | | | | 80 |
| 21 | 10 | 10 | 10 | | | | 10 | | | 10 | 10 | | | | | | | | | | 88 |
| 22 | | | | | | 5 | | | | | | | | | | | | | | | 70 |
| 23 | | | | | | | | | | | | | | | | | | | | | 70 |
| **Total** | 176.0 | 158.0 | 178.0 | 26.0 | 5.0 | 13.0 | 99.0 | - | - | 168.0 | - | 32.0 | 96.0 | 36.0 | - | 21.0 | - | - | - | 50.0 | 1247 |
| | (173.0) | (173.0) | (172.0) | (172.0) | | | | | | | | | | | | 23.0 | | | | 52.3 | (650.0) |
| | 3.0 | 2.0 | 3.0 | (140.0) | | | | | | | | | | | | | | | | | 592.0 |

# **RAIL**WORKS TRACK SYSTEMS, INC.

## EQUIPMENT AT LUMINANT MINING CO. 525-04-14196

### MARCH 2014

| UNIT NO. | DESCRIPTION | HOURLY RATE | HOURS USED | HOURLY TOTAL | MONTHLY BASE | INVOICE AMOUNT |
|---|---|---|---|---|---|---|
| IC | Foreman's Pickup Truck | 9.00 | 3.0 | 27.00 | 1,100.00 | 1,127.00 |
| JS | Superintendent Pickup Truck | 9.00 | 3.0 | 27.00 | 1,100.00 | 1,127.00 |
| 04-214 | Crew Truck | 28.00 | 3.0 | 84.00 | 5,000.00 | 5,084.00 |
| 04-251 | Crew Truck Hi-Rail | 33.00 | 3.0 | 99.00 | 5,800.00 | 5,899.00 |
| 02-534 | Inspection Truck | 20.00 | 0.0 | 0.00 | 2,000.00 | 2,000.00 |
| 07-068 | Mark I Tamper | 73.00 | 5.0 | 365.00 | 3,500.00 | 3,865.00 |
| 23-038 | Ballast Regulator | 33.00 | 13.0 | 429.00 | 2,975.00 | 3,404.00 |
| 11-110 | Loader- IT-38 CAT | 30.00 | 90.0 | 2,700.00 | 2,900.00 | 5,600.00 |
| 12-146 | Backhoe Loader w/ Thumb | 15.00 | 168.0 | 2,520.00 | 2,160.00 | 4,680.00 |
| 19-341 | 12 Ton Equipment Trailer | 14.00 | 32.0 | 448.00 | 225.00 | 673.00 |
| WL-000 | Welder-Small | 16.00 | 0.0 | 0.00 | 175.00 | 175.00 |
| | | | 320.0 | | | 33,634.00 |

## AS NEEDED EQUIPMENT (HOURLY, WEEKLY OR MONTHLY)

| UNIT NO. | DESCRIPTION | HOURLY RATE | HOURS USED | HOURLY TOTAL | WEEKLY/ MONTHLY | INVOICE AMOUNT |
|---|---|---|---|---|---|---|
| | Tie Crane | 55.00 | 52.0 | 2,860.00 | 1,925.00 | 4,785.00 |
| | Tie Inserter | 65.00 | 36.0 | 2,340.00 | 0.00 | 2,340.00 |
| | Haul Truck Tractor | 77.00 | 23.0 | 1,771.00 | 0.00 | 1,771.00 |
| | | | 431.0 | | | 8,896.00 |

**EQUIPMENT SUB-TOTAL**                      $42,530.00

| | | Price | Fuel Factor | |
|---|---|---|---|---|
| PLUS: FUEL SURCHARGE (US DOE DIESEL) | | $ 3.78 | 0.01197 | $    509.09 |

**TOTAL EQUIPMENT CHARGE**        $43,039.09

**RAILWORKS**

CP 48005

# EXTRA WORK REPORT

WORK PERFORMED FOR: _Compliant_

NAME OF JOB: _AA_    22057

AUTHORIZED BY: _____    DATE: 2-24-14    JOB No. EWO-04-1996

JOB LOCATION: _MONTICELLO_

## SUPERVISION AND OPERATORS / LABOR

| DESCRIPTION OF WORK LIST EACH OPERATION SEPARATELY | | | | | | | | | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| STRING CLOOPS TIES NORTH | LABOR EQUIP | 8 | | | UNPER | 3 | 24 | 2361 | |
| 5W SWITCH NORTH | FOREMAN | 8 | | | | 8 | | 0319 | |
| PICKUP OLD RAIL | OPER | 24 | | | TRACKHOE | 8 | | 0200 | |
| OFF LOAD 1 TRUCK SWITCH TIES | | | | | | | | 0991 | |
| | | | | | | | | 1035 | |
| | | | | | | | | 3 TIES | |
| | | | | | | | | 3 342 | |
| | | | | | | | | 3 96 | |

## EQUIPMENT AND MISC. EXPENSE

| | | | | | | | AMOUNT |
|---|---|---|---|---|---|---|---|
| FRONT | 08 | | | BACKHOE 0 | | | |
| WHEEL | 88 | | | 17-74 88 | | | |
| LOADER | | | | TRACKHOE 88 | | | |
| TRASH TRK | 88 | | | 53 TRK | | | |
| DUMP TRK | 0 | | | | | | |
| TRAILER | | | | | | | |

SEPARATE REPORT WILL BE RENDERED COVERING MATERIAL FURNISHED

INSPECTOR _____

PURCHASE ORDER NUMBER _____

TIMEKEEPER _____

**RAILWORKS**

INVOICE SUPPORT

(THIS FORM TO BE MADE AND SIGNED DAILY)

# RAILWORKS

## EXTRA WORK REPORT

CP 48006

WORK PERFORMED FOR: _Components_

AUTHORIZED BY: _Mike Smith_   DATE: _2-25-14_

NAME OF JOB: _A-A_   _2351_

JOB LOCATION _MONTICELLO_   JOB NO _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_

### SUPERVISION AND OPERATORS / LABOR

| DESCRIPTION OF WORK<br>LIST EACH OPERATION SEPARATELY | | HRS | | | | AMOUNT |
|---|---|---|---|---|---|---|
| STRING Two CARS<br>(COUPLING) | TRACK<br>EQUIPMENT | 8 | | LABOR | 3 | 3241 |
| | | | | 24 | | 0339 |
| SY SWITCH MODIFY | GRADER | 8 | | | 8 | 0588 |
| | | | | | | 1496 |
| CLEAN OUT SWITCH<br>#39 FOR FREIGHT NE | OPS x3 | 24 | | | | 2691 |
| | | | | | | 1083 |
| INSPECTION | | | | | | 3361 |
| | | | | | | 2412 |
| | | | | | | 3136 |

### EQUIPMENT AND MISC. EXPENSE

| | HOURS | | | AMOUNT |
|---|---|---|---|---|
| FRONT LD | 8 | FRONT LD - 8 | | |
| TRACTOR | 8 | 11-39 - 8 | | |
| TRENCHER | 8 | TRENCHER - 8 | | |
| PLASTIC | 8 | PLASTIC - 8 | | |
| TAMPER | 6 | TAMPER - 6 | | |
| TAMPER | 0 | TAMPER - 0 | | |

SEPARATE REPORT WILL BE RENDERED COVERING MATERIAL FURNISHED

TIMEKEEPER

INSPECTOR

PURCHASE ORDER NUMBER:

INVOICE SUPPORT

(THIS FORM TO BE MADE AND SIGNED DAILY)

RAILWORKS.

RAILWORKS™

# EXTRA WORK REPORT

CP 48007

WORK PERFORMED FOR: _____

AUTHORIZED BY: _Mike Smith_    DATE: _2-26-14_

NAME OF JOB: _A-1_    JOB: _23051_    JOB LOCATION: _Monticello_    JOB NO. _235044426_

## SUPERVISION AND OPERATORS

| DESCRIPTION OF WORK — LIST EACH OPERATION SEPARATELY | | HRS | RATE | AMOUNT | | HRS | RATE | AMOUNT | | HRS | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First putting finders | Support Supervisor | 8 | | | Labor | 3 | | | | | | | |
| And finishing per Job | Foreman | 8 | | | | 24 | | | | | | | |
| | GRR3 | 24 | | | Finish | 8 | | | | | | | |
| | | | | | | | | | | | | |

$ _____    $ _____    $ _____

## LABOR

(see above)

## EQUIPMENT AND MISC. EXPENSE

| | DATE | HRS | RATE | AMOUNT | | DATE | HRS | RATE | AMOUNT | | HRS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ford | 8 | | | | Backhoe | 0 | | | 2261 | |
| Foreman | 8 | | | | 11-73 | 8 | | | 6319 | |
| Vacuum | 8 | | | | Backhoe | 8 | | | 6360 | |
| Compactor | 8 | | | | Excavator | 8 | | | 6446 | |
| Inspector | 0 | | | | | | | | 7094 | |
| Trailer | 0 | | | | | | | | 7085 | |
| | | | | | | | | | 3342 | |
| | | | | | | | | | 3442 | |
| | | | | | | | | | 3486 | |

$ _____    $ _____    $ _____

SEPARATE REPORT WILL BE RENDERED COVERING MATERIAL FURNISHED

INSPECTOR _____

PURCHASE ORDER NUMBER: _____

TIMEKEEPER _____

(THIS FORM TO BE MADE AND SIGNED DAILY)

RAILWORKS™

INVOICE SUPPORT

# RAILWORKS™

## EXTRA WORK REPORT

CP 48008

WORK PERFORMED FOR: _____

AUTHORIZED BY: _____  DATE: _____

NAME OF JOB: A-2    JOB LOCATION _____  JOB NO. 535-041-4975

### DESCRIPTION OF WORK
LIST EACH OPERATION SEPARATELY

### SUPERVISION AND OPERATORS

### LABOR

### EQUIPMENT AND MISC. EXPENSE

SEPARATE REPORT WILL BE RENDERED COVERING MATERIAL FURNISHED

INSPECTOR _____

PURCHASE ORDER NUMBER: _____

TIMEKEEPER _____

(THIS FORM TO BE MADE AND SIGNED DAILY)

INVOICE SUPPORT

**RAILWORKS™**

**EXTRA WORK REPORT**

CP 48009

WORK PERFORMED FOR: _Lecompent_

NAME OF JOB: _A-2_   _23051_   AUTHORIZED BY: _M. _____ 14_   DATE: _2-18-14_

JOB LOCATION _MONTICELLO_   JOB No. _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_

DESCRIPTION OF WORK — LIST EACH OPERATION SEPARATELY

REMOVE STILE,
MATES, RAIL ANCHORS
RUN TIES

## SUPERVISION AND OPERATORS

| HOURS | HOURS | RATE | AMOUNT |
|---|---|---|---|
| GENERAL MANAGER | 8 | | |
| FOREMAN | 8 | | |
| ONSITE | 24 | | |

## LABOR

| NUMBER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| LABOR | 4 | 32 | |
| HWY RAIL MISC | | 19 | |

## EQUIPMENT AND MISC. EXPENSE

| | RATE | AMOUNT |
|---|---|---|
| TRK HOE 0 | | |
| EXCAV 0 | | |
| LOADER 0 | | |
| BACKHOE 0 | | |
| TAMPER 0 | | |
| TIE HANDLER/LOADER 19 | | |

SEPARATE REPORT WILL BE RENDERED COVERING MATERIAL FURNISHED

AUTHORIZED BY: _____

TIMEKEEPER: _____

(THIS FORM TO BE MADE AND SIGNED DAILY)

**RAILWORKS.**

INVOICE SUPPORT

INSPECTOR: _____

PURCHASE ORDER NUMBER: _____

# RAILWORKS™

## EXTRA WORK REPORT

CP 48010

WORK PERFORMED FOR: _Davenport_

AUTHORIZED BY: _McElrath_   DATE: _7-7-14_

NAME OF JOB: _Ross_   JOB LOCATION _Montebello_   JOB NO. _5162444776_

### SUPERVISION AND OPERATORS / LABOR

| DESCRIPTION OF WORK LIST EACH OPERATION SEPARATELY | NAME | RATE | | | HOURS | | | | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| Per Steve A. | Dozer Super. | 8 | | | | | | | |
| Clean out PM LWH Rev 7VHRS | Foreman | 8 | | | | | | | |
| | Oper. +3 | 24 | | | 4 | Labor 32 | | | |
| Clean item 61L 70 per/YDR @ 75/Yd | | | | | | | | | |
| (Ferry Flaet) | | | | | | | | | |

### EQUIPMENT AND MISC. EXPENSE

| | TYPE | RATE | | | HOURS | | | | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | Front 8 | | | | Hauler 8 | | | | |
| | Light Pu | | | | JCB | | | | |
| | Vac Cleaner 8 | | | | Vactor 10 | | | | |
| | Operator 8 | | | | Capa 10 | | | | |
| | Company 8 | | | | | | | | |
| | Pumper | | | | | | | | |
| The Operator | 0 | | | | | | | | |
| Equal Cost | 0 | | | | | | | | |
| 7L Capable | 0 | | | | | | | | |

2161
2179
6946
6996
2054
7695
3742
7662
7446

SEPARATE REPORT WILL BE RENDERED COVERING MATERIAL FURNISHED

INSPECTOR _____

PURCHASE ORDER NUMBER: _____

TIMEKEEPER _____   (THIS FORM TO BE MADE AND SIGNED DAILY)

RAILWORKS.

INVOICE SUPPORT

RAILWORKS

# EXTRA WORK REPORT

CP 48011

WORK PERFORMED FOR: Luminant AUTHORIZED BY: Mike Smith DATE: 3-4-14

NAME OF JOB: 23061 JOB LOCATION: Monticello JOB No. 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

| DESCRIPTION OF WORK LIST EACH OPERATION SEPARATELY | SUPERVISION AND OPERATORS | | HOURS | RATE | AMOUNT | LABOR | | HOURS | RATE | AMOUNT | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | NUMBER/CRAFT | 4 | | | | |
| Receive rail S. 60 switch placed. | General Supt. | S.T. / O.T. | 8 | | | Labor | S.T. / O.T. | 32 | | | |
| Clean oil switches plant yard | Foreman | S.T. / O.T. | 8 | | | | S.T. / O.T. | | | | |
| | Oper 23 | S.T. / O.T. | 24 | | | | S.T. / O.T. | | | | |
| Track repaired 50 ... Check all switches plant yard. | | S.T. / O.T. | | | | | S.T. / O.T. | | | | |
| | | | | | $ | | | | | $ | $ |

Right margin: [illegible] 2261, 6923, 6300, 6446, 2044, 3046, 3742, 3242, 3456

| | EQUIPMENT AND MISC. EXPENSE | HOURS | RATE | AMOUNT | TYPE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | Foreman | 8 | | | Hi-Rail | 0 | | |
| | Supt. PU | 8 | | | IT-28 | 8 | | |
| | H/R crew | 8 | | | Backhoe | 8 | | |
| | Crew truck | 8 | | | Spiker | 0 | | |
| Inserter 4 | Inserter | 0 | | | | | | |
| Rail cart 4 | Tamper | 0 | | | | | | |
| Tie crane 4 | | | | $ | | | $ | $ |

SEPARATE REPORT WILL BE RENDERED COVERING MATERIAL FURNISHED

TOTAL THIS REPORT $

INSPECTOR

PURCHASE ORDER NUMBER:

TIMEKEEPER

(THIS FORM TO BE MADE AND SIGNED DAILY)

INVOICE SUPPORT

RAILWORKS.

# RAILWORKS™

## EXTRA WORK REPORT

CP 48026

WORK PERFORMED FOR: _Luminant_

AUTHORIZED BY: _Bill Wright_   DATE: _3-5-14_

NAME OF JOB: _A-2_   _22FT_   JOB LOCATION _Monticello_   JOB NO. _SFS04442_

### SUPERVISION AND OPERATORS

| DESCRIPTION OF WORK LIST EACH OPERATION SEPARATELY | | HOURS | RATE | | | | LABOR | | | | | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REPLACE CROSSTIES 150 EACH | General Foreman | 8 | | | | | | Labor | 4 | 32 | | |
| | Foreman | 8 | | | | | | | | | | |
| | OPERS | 14 | | | | | | | | | | |
| | | | | | | | | | | | | |

### EQUIPMENT AND MISC. EXPENSE

| | HOURS | RATE | | AMOUNT |
|---|---|---|---|---|
| F-Front | 8 | | HRI-450 | 0 |
| Welder | 8 | | 17-39 | 0 |
| Vaccum | 8 | | AIR COMP | 8 |
| Digital | 8 | | Spike | 0 |
| Tamper | 0 | | | |
| | | | | |
| Inspector | 8 | | | |
| | 8 | | | |
| Retrieve | 8 | | | |

SEPARATE REPORT WILL BE RENDERED COVERING MATERIAL FURNISHED

INSPECTOR _____

PURCHASE ORDER NUMBER: _____

TIMEKEEPER _____

(THIS FORM TO BE MADE AND SIGNED DAILY)

RAILWORKS.

INVOICE SUPPORT

2561
1319
6300
6098
1098
2195
3542
3402
7996

TOTAL

# RAILWORKS™     EXTRA WORK REPORT     CP48027

WORK PERFORMED FOR: _Lumineant_

NAME OF JOB: _EL_     2905

AUTHORIZED BY: _Mike Smith_     DATE: _3-6-14_

JOB LOCATION _Brutonfield_     JOB No. _EL-04-4476_

## SUPERVISION AND OPERATORS

DESCRIPTION OF WORK
LIST EACH OPERATION SEPARATELY

_Replace Crossties_
_150 Each._

| | LABOR | | | | |
|---|---|---|---|---|---|
| | CLASS | HOURS | RATE | AMOUNT | |
| General Foreman | 9 | 14 | $2 | | |
| Foreman | 9 | | | | |
| Oper 23 | 14 | Labor | | | |

## EQUIPMENT AND MISC. EXPENSE

| | | HRS | AMOUNT | |
|---|---|---|---|---|
| Front End 600 | | Backhoe 0 0 | | |
| Cat 740 | | 17-99 | | |
| Backhoe 0 | | Backhoe 80 | | |
| Tamper 40 0 | | Total 0 | | |
| Regulator 0 | | | | |
| Tie Inserter | 0 | | | |
| Tie Crane | 0 | | | |
| Pickup | 0 | | | |

_Quote_
2361
6379
6900
6846
2098
2885
3192
3882
3786

SEPARATE REPORT WILL BE RENDERED COVERING MATERIAL FURNISHED

INSPECTOR

PURCHASE ORDER NUMBER

TIMEKEEPER     RAILWORKS.

(THIS FORM TO BE MADE AND SIGNED DAILY)

INVOICE SUPPORT

# RAILWORKS™

## EXTRA WORK REPORT

GP 48012

WORK PERFORMED FOR: _CompRail_

NAME OF JOB: _A-2_    JOB No. _23051_

AUTHORIZED BY: _Bickelhaupt_    DATE: _3-7-14_

JOB LOCATION _Brookfield, WI_    JOB No. _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_

### SUPERVISION AND OPERATORS

DESCRIPTION OF WORK
LIST EACH OPERATION SEPARATELY

_Complete installation of crossties from north side_

### LABOR

| | | | | | | | Amount |
|---|---|---|---|---|---|---|---|

$

### EQUIPMENT AND MISC. EXPENSE

| | | | | | Amount |
|---|---|---|---|---|---|

$

SEPARATE REPORT WILL BE RENDERED COVERING MATERIAL FURNISHED

INSPECTOR _____

PURCHASE ORDER NUMBER _____

$ _____

TIMEKEEPER _____

(THIS FORM TO BE MADE AND SIGNED DAILY)

# RAILWORKS.

## INVOICE SUPPORT

# RAILWORKS™

## EXTRA WORK REPORT

CP 48013

WORK PERFORMED FOR: _Lanshart_

NAME OF JOB: _AL_   2309

AUTHORIZED BY: _Mike Smith_   DATE: _3-18-14_

JOB LOCATION: _Monticello_   JOB NO. _525-041446_

### SUPERVISION AND OPERATORS

| DESCRIPTION OF WORK | TRADE | HOURS | TOTAL | RATE | AMOUNT |
|---|---|---|---|---|---|
| Pickup old crossties | General Foreman | 8 | | | |
| Set matched rail | Foreman | 8 | | | |
| Singles, tamp ties | Oiler | 24 | | | |
| with multiple | | | | | |
| Relocate track | | | | | |

### LABOR

| | HOURS | TOTAL | RATE | AMOUNT |
|---|---|---|---|---|
| Oiler | 4 | | | |

### EQUIPMENT AND MISC. EXPENSE

| DESCRIPTION | TYPE | HOURS | TOTAL | RATE | AMOUNT |
|---|---|---|---|---|---|
| Excavator | Excav | 8 | Backhoe | 8 | |
| Backhoe | Welder | 8 | R-73 | | |
| Loader | Machine | 8 | Machine | 8 | |
| Welder | Welder | 0 | Backhoe | 0 | |
| Tamper | | | | | |

INVOICE SUPPORT

SEPARATE REPORT WILL BE RENDERED COVERING MATERIAL FURNISHED

TIMEKEEPER (THIS FORM TO BE MADE AND SIGNED DAILY)

RAILWORKS.

INSPECTOR

PURCHASE ORDER NUMBER:

# RAILWORKS™

## EXTRA WORK REPORT

GP 48014

WORK PERFORMED FOR: _Luminant_

NAME OF JOB: _AA_    2309?

AUTHORIZED BY: _Mike Smith_    DATE: 3-11-14

JOB LOCATION _Monticello_    JOB NO. _535-04-14/16_

### SUPERVISION AND OPERATORS

DESCRIPTION OF WORK — LIST EACH OPERATION SEPARATELY

| | | | | | | LABOR | | | | | | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HAVE TOPED 13L MORE OCCUPIES. RESPONE YARD TRACK + 908-7 NEW TRACK | GENERAL FOREMAN | 8 | | | | LABOR | 3 | 74 | | | | |
| | FOREMAN | 8 | | | | TRAINEE | 5 | | | | | |
| ALL SUPPLIES ORD 136 EXPER TIES MARI CARPARTIES TO JOB SITE. | OPER 43 | 74 | | | | | | | | | | |
| Pick up old ties SET | | | | | | | | | | | | $ |

| | | | Cost |
|---|---|---|---|
| | | | 1728 |
| | | | 0299 |
| | | | 0320 |
| | | | 0446 |
| | | | 2034 |
| | | | 2083 |
| | | | 3762 |
| | | | 3602 |
| | | | 3486 |

### EQUIPMENT AND MISC. EXPENSE

MATES PRO SPIKE 4.01
551 000 647763

| | | | | | | | | DATE | | | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| INSULATED RAIL CAR THE CRANE | FORM 10 | 0.65 | | | | PRO LOC | 8 | | | | |
| | SPKR 10 | | | | | 17-78 | 8 | | | | |
| | TIE CREW | 0.66 | | | | MACHINE | 8 | | | | |
| | REGUL/TIE | | | | | BOTTLE | 8 | | | | |
| | SWEET 10 | 0 | | | | | | | | | |
| | TAMPER | 0 | | | | | | | | | |
| | | 0 | | | | | | | | | |
| | | 8 | | | | | | | | | |

$ | $ | $

SEPARATE REPORT WILL BE RENDERED COVERING MATERIAL FURNISHED

INSPECTOR _____

PURCHASE ORDER NUMBER: _____

TIMEKEEPER _____

AUTHORIZED BY _____

(THIS FORM TO BE MADE AND SIGNED DAILY)

RAILWORKS.

## INVOICE SUPPORT

# RAILWORKS

## EXTRA WORK REPORT

CP 48015

WORK PERFORMED FOR: _Lumaront_

NAME OF JOB: A-2    2305?

AUTHORIZED BY: _Mike Smith_    DATE: 3-13-14

JOB LOCATION _Marticello_    JOB No. 525044442

### DESCRIPTION OF WORK
LIST EACH OPERATION SEPARATELY

Install 100 Each
Compi ties from '38
To 40 switch lead voc
Neck north

**SUPERVISION AND OPERATORS**

| Description | Hours | Rate | Amount |
|---|---|---|---|
| General Superint | 10 | | |
| Foreman | 10 | | |
| Operator | 20 | | |

**LABOR**

| | Hours | Rate | Amount |
|---|---|---|---|
| Labor | 20 | | |

Report
2761
6344
CP30
6446
2084
5A444
7442
7446

**EQUIPMENT AND MISC. EXPENSE**

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Expando | 10 | Pickup 0 | |
| Sw Pl | 10 | F-350 0 | |
| Ander Backhoe | 10 | Backhoe 0 | |
| Skid st | 10 | Spike 0 | |
| Tamper | 0 | | |
| Tamper | 0 | | |

HomElite Light cart 10
Tie plate 10

SEPARATE REPORT WILL BE RENDERED COVERING MATERIAL FURNISHED

INSPECTOR

PURCHASE ORDER NUMBER

TIMEKEEPER

(THIS FORM TO BE MADE AND SIGNED DAILY)

RAILWORKS.

INVOICE SUPPORT

# RAILWORKS™

## EXTRA WORK REPORT

CP 48016

WORK PERFORMED FOR: _LUMINANT_   AUTHORIZED BY: _DAVE SMITH_   DATE: _3-13-14_

NAME OF JOB: _PL_   NO. OF JOB: _22051_   JOB LOCATION: _MONTICELLO_   JOB No. _525-04-HPO_

### DESCRIPTION OF WORK (LIST EACH OPERATION SEPARATELY)

COMPLETE INSTALLING TIES TO CURB TRACK.

TORCH CUT RND REMOVE 20FT OF TRACK FOR EQUIPMENT CROSSING.

CLEAN UP TIES YET

INSTL CONTROL BUTTES @ 40's STGR. REPLACE CABLE.

### SUPERVISION AND OPERATORS

| | HOURS | | | RATE | AMOUNT |
|---|---|---|---|---|---|
| GENERAL SUPERVISOR | ST 10 | OT | DT | | $ |
| FOREMAN | ST 10 | OT | DT | | |
| OPER 3 | ST 40 | OT | DT | | |
| | ST | OT | DT | | |
| | ST | OT | DT | | |
| | | | | | $ |

### LABOR

| | HOURS | | | RATE | DATE | AMOUNT |
|---|---|---|---|---|---|---|
| LABOR | ST 5 | OT 50 | DT | | | $ |
| | ST | OT | DT | | | |
| | ST | OT | DT | | | |
| | ST | OT | DT | | | |
| | ST | OT | DT | | | |
| | | | | | | $ |

### EQUIPMENT AND MISC. EXPENSE

| | HOURS | | RATE | AMOUNT |
|---|---|---|---|---|
| BACKHOE | 10 | 0 | | |
| EXCAVATOR | 10 | 0 | | |
| TRUCK 10 | VEHICLE | 10 | | |
| CART TRK 10 | EQUIPMENT | 0 | | |
| | | | | $ |
| INSPECTOR | 0 | | | |
| DAILY OUT | 10 | | | |
| THE ABOVE | 10 | | | |

SEPARATE REPORT WILL BE RENDERED COVERING MATERIAL FURNISHED

INSPECTOR _____

PURCHASE ORDER NUMBER: _____

TIMEKEEPER _____

### INVOICE SUPPORT

(THIS FORM TO BE MADE AND SIGNED DAILY)

RAILWORKS.

_[handwritten column right side:]_
MAGNET
2 861
6 349
6 550
6 646
6 594
2099
3782
2412
2099
955446

# RAILWORKS™ — EXTRA WORK REPORT

CP 48017

WORK PERFORMED FOR: _AA_

AUTHORIZED BY: _PRICE-SMITH_    DATE: _7-14-14_

NAME OF JOB: _AA_    _23057_

JOB LOCATION _MONTICELLO_    JOB NO. _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_

## SUPERVISION AND OPERATORS

| DESCRIPTION OF WORK LIST EACH OPERATION SEPARATELY | | | | | |
|---|---|---|---|---|---|
| Tarker, Tarker | General Foreman | 10 | 4 | General Foreman | 4 |
| Inspector | Inspector | 10 | 6 | | 6 |
| Water Oper | General | 10 | 4 | Foreman | 4 |
| The Crane | General | 10 | 10 | Oper | 12 |
| | Foreman | 0 | 0 | | 12 |

## LABOR

| | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Upper | 5 | 39 | |
| | | 12 | |
| Haul/haul material | | 4 | |

## EQUIPMENT AND MISC. EXPENSE

| | | | | PAID | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | F E RMD | 10 | | Price | 0 | 0 | |
| | Backhoe | 10 | | IT-PA | 0 | | |
| | Backhoe | 10 | | Backhoe | 10 | | |
| | Foreman | 0 | | EQ TRK | 0 | | |
| | Foreman | 0 | | | | | |

SEPARATE REPORT WILL BE RENDERED COVERING MATERIAL FURNISHED

INSPECTOR:

PURCHASE ORDER NUMBER:

TIMEKEEPER

INVOICE SUPPORT

(THIS FORM TO BE MADE AND SIGNED DAILY)

RAILWORKS.

Charge to:
2061
0089
1790
2.094
2055
3.742
3.742
3490
956246

# RAILWORKS™ — EXTRA WORK REPORT

CP 48018

WORK PERFORMED FOR: _Engelhart_   AUTHORIZED BY: _Mike Smith_   DATE: _3-17-14_

NAME OF JOB: _24391_   JOB LOCATION _MONTICELLO_   JOB NO. _535-044-4486_

## SUPERVISION AND OPERATORS / LABOR

DESCRIPTION OF WORK — LIST EACH OPERATION SEPARATELY

- SPT CARD 1 PLUG + NEW CROSS TIES
- SET PLATES AND SPIKE
- FIND NEW TIES

Supervision and Operators:
- GENERAL SUPERVISOR — 10
- FOREMAN — 10
- OPERATOR — 20

Labor: DETAIL — 3

Amounts:
- 271
- C-124
- 2700
- 6744
- 2094
- 2085
- 3742
- 3486

## EQUIPMENT AND MISC. EXPENSE

- FRONT END — 10
- BACK HOE — 10
- TRENCHER — 10
- EXCAVATOR — 10
- TAMPER — 8

ACTUAL COST — 10
RENTAL — 10

SEPARATE REPORT WILL BE RENDERED COVERING MATERIAL FURNISHED

INVOICE SUPPORT

INSPECTOR _____

PURCHASE ORDER NUMBER: _____

TIMEKEEPER _____   (THIS FORM TO BE MADE AND SIGNED DAILY)

RAILWORKS.

# RAILWORKS™   EXTRA WORK REPORT

## CP 48019

WORK PERFORMED FOR: _Lumanut_

AUTHORIZED BY: _Brile/Smith_  DATE: _3-18-14_

NAME OF JOB: _A-1_   No. OF JOB: _2305_

JOB LOCATION: _PRAIRIE CREEK_   JOB No. _535 044442_

### SUPERVISION AND OPERATORS

| DESCRIPTION OF WORK (LIST EACH OPERATION SEPARATELY) | | | LABOR | | AMOUNT |
|---|---|---|---|---|---|
| OFF LOAD 2 TRUCKS NEEDED TIES | GENERAL LABORER | 10 | LABORER | 3 20 | $ |
| SET SPIKES TAMP PENALTIES WITH RAILROAD | FOREMAN | 10 | | | |
| | OPER L/L | 20 | | | |
| PICK UP FIELD FULL DAY | | | | | |

**LABOR (Pocket FF):**
22d
C19
C80
C14
209d
94d
34 56

### EQUIPMENT AND MISC. EXPENSE

| | | AMOUNT |
|---|---|---|
| FORKLIFT | 10 | $ |
| BOBCAT/TV | 10 | |
| TRUCKS | 10 | PUSH/PV 0 |
| CRANE/PU | 10 | 11-38 |
| TAMPER PU | 0 | FRONTLDR 10 |
| | | EQUIP PU 0 |

SEPARATE REPORT WILL BE RENDERED COVERING MATERIAL FURNISHED

INSPECTOR: _____

PURCHASE ORDER NUMBER: _____

TIMEKEEPER: _____

INVOICE SUPPORT

(THIS FORM TO BE MADE AND SIGNED DAILY)

RAILWORKS.

CP 48020

# RAILWORKS™  EXTRA WORK REPORT

WORK PERFORMED FOR: _Lagendorf_  AUTHORIZED BY: _Mike Smith_  DATE: _3-19-14_

NAME OF JOB: _A-1_    23051    JOB LOCATION _Monticello_   JOB No. _55604-1092_

## SUPERVISION AND OPERATORS / LABOR

DESCRIPTION OF WORK — LIST EACH OPERATION SEPARATELY

Off Load 5 truck new cross ties

Haul up new cross ties from 554 switch to north

Picks Rail At form self opera.

## EQUIPMENT AND MISC. EXPENSE

SEPARATE REPORT WILL BE RENDERED COVERING MATERIAL FURNISHED

INSPECTOR: _____   TIMEKEEPER: _____

PURCHASE ORDER NUMBER: _____

INVOICE SUPPORT      (THIS FORM TO BE MADE AND SIGNED DAILY)

RAILWORKS™  EXTRA WORK REPORT

CP 48021

WORK PERFORMED FOR: _Longspan_  AUTHORIZED BY: _McIlwain_  DATE: _2-20-14_

NAME OF JOB: _R 2_  2309T  JOB LOCATION _MONTICELLO_  JOB No. _225-004-4446_

**SUPERVISION AND OPERATORS**

| DESCRIPTION OF WORK — LIST EACH OPERATION SEPARATELY | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| OFF LOAD 10 TRUCKS ROS. CROSSTIES | GENERAL SUPERINT | 10 | | |
| SPACE UP CROSSTIES UP TO 33 SWITCH | FOREMAN | 10 | | |
| NEW FRIEND TO OFF LOAD FIRST CAR OF BAL. | OPERATOR | 20 | | |

**LABOR**

| | HOURS | RATE | AMOUNT |
|---|---|---|---|
| LABOR | 70 | | |

**EQUIPMENT AND MISC. EXPENSE**

| | HOURS | RATE | AMOUNT |
|---|---|---|---|
| F-TRUCK | 10 | TRK/BC | 0 |
| TRACTOR | 10 | LT-75 | 10 |
| BACKHOE | 0 | MACHINE | 10 |
| CRANE | 10 | EXPENSE | 0 |
| TAMPER | 10 | | |
| | | TRK/BC | 0 |

SEPARATE REPORT WILL BE RENDERED COVERING MATERIAL FURNISHED

INVOICE SUPPORT

INSPECTOR _____

PURCHASE ORDER NUMBER: _____

TIMEKEEPER _____

(THIS FORM TO BE MADE AND SIGNED DAILY)

RAILWORKS.

# RAILWORKS

## EXTRA WORK REPORT

CP 48022

WORK PERFORMED FOR: _Lamont_

NAME OF JOB: _A.2 2365_

AUTHORIZED BY: _Mike Smith_   DATE: _3-21-14_

JOB LOCATION: _Monticello_   JOB No. _595-8944B_

### SUPERVISION AND OPERATORS

### DESCRIPTION OF WORK
LIST EACH OPERATION SEPARATELY

### LABOR

### EQUIPMENT AND MISC. EXPENSE

SEPARATE REPORT WILL BE RENDERED COVERING MATERIAL FURNISHED

INSPECTOR:

PURCHASE ORDER NUMBER:

TIMEKEEPER:

(THIS FORM TO BE MADE AND SIGNED DAILY)

INVOICE SUPPORT



RailWorks Track Systems, Inc.
1600 West 13th Street
Deer Park, Texas 77536
(713) 815-7814        Fax (713) 815-7840

TO: LUMINANT MINING COMPANY LP
ATTN: ACCOUNTS PAYABLE
P.O. BOX 1636
MT. PLEASANT, TEXAS  75456

## INVOICE

| INVOICE DATE | CUSTOMER NO. | INVOICE NUMBER |
|---|---|---|
| 4/25/2014 | 112251 | 23127A |

| PO # | LOCATION | JOB NO. |
|---|---|---|
| 110970 | MT. PLEASANT | 525-04-14196-0246 |

| TERMS | DIRECT PAY NO. |
|---|---|
| NET 45 DAYS | 1-75-2967821-5 |

****REMIT TO ADDRESS****

REMIT TO: RailWorks Track Systems, Inc.
39545 Treasury Center
Chicago, IL 60694-9500

| ITEM | DESCRIPTION | AMOUNT |
|---|---|---|
| | MONTHLY MAINTENANCE AND REPAIRS TO RAILROAD TRACKS PERFORMED IN MARCH AND APRIL 2014 AS DESCRIBED ON THE ATTACHED REPORTS. | |
| | 27 REPORTS ATTACHED | |
| Line 1 | 826220    600    1000    137    6200    00005100 | $    14,153.06 |
| 2 | 826220    600    1000    137    6200    00003300 | 6,905.36 |
| 3 | 826220    600    1000    137    6200    00005400 | 5,522.48 |
| | TOTAL AMOUNT DUE: | $    26,580.90 |

Recap per attached sheets
LABOR AND SUPERVISION            $      59,394.01

EQUIPMENT                                          53,289.94
                                                          112,683.95
1% Discount                                       (1,126.84)

                                              $    111,557.11

Promote Safety . . . Every Day!

# RAILWORKS TRACK SYSTEMS, INC.

Luminant Mining MT. PLEASANT LABOR DISTRIBUTION RECAP JOB #525-04-14196

APRIL 2014

| DAY | DATE | SUPERVISOR REG | SUPERVISOR O/T | FOREMAN REG | FOREMAN O/T | OPERATORS REG | OPERATORS O/T | LABORERS REG | LABORERS O/T | TRUCK DRIVER REG | TRUCK DRIVER O/T | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MONDAY | 24 | 10 | | 10 | | 30 | | 40 | | | | 90 |
| TUESDAY | 25 | 10 | | 10 | | 30 | | 30 | | 10 | | 90 |
| WEDNESDAY | 26 | 10 | | 10 | | 30 | | 50 | | | | 100 |
| THURSDAY | 27 | 8 | | 8 | | 24 | | 40 | | | | 80 |
| FRIDAY | 28 | | | | | | | | | | | 0 |
| SATURDAY | 29 | | | 2 | 9 | 6 | 24 | 18 | 32 | | | 91 |
| SUNDAY | 30 | 2 | | | 11 | | 30 | | 50 | | | 93 |
| MONDAY | 31 | 10 | | 11 | | 30 | | 50 | | | | 101 |
| TUESDAY | 1 | 10 | | 10 | | 30 | | 50 | | | | 100 |
| WEDNESDAY | 2 | 10 | | 10 | | 30 | | 50 | | | | 100 |
| THURSDAY | 3 | 8 | | 8 | | 24 | | 32 | | 8 | | 80 |
| FRIDAY | 4 | 2 | 6 | 1 | 7 | 6 | 18 | 10 | 30 | | | 80 |
| SATURDAY | 5 | | 2 | | 10 | | 30 | | 10 | | | 52 |
| SUNDAY | 6 | | | | | | | | | | | 0 |
| MONDAY | 7 | 8 | | 8 | | 24 | | 40 | | | | 80 |
| TUESDAY | 8 | 8 | | 8 | | 24 | | 32 | | 8 | | 80 |
| WEDNESDAY | 9 | 10 | | 10 | | 30 | | 50 | | | | 100 |
| THURSDAY | 10 | 10 | | 10 | | 30 | | 50 | | | | 100 |
| FRIDAY | 11 | 4 | 6 | 4 | 6 | 12 | 18 | 16 | 24 | | | 90 |
| SATURDAY | 12 | | 10 | | 10 | | 30 | 4 | 46 | | | 100 |
| SUNDAY | 13 | | 5 | | | | | | | | | 5 |
| MONDAY | 14 | 10 | | 10 | | 30 | | 40 | | 10 | | 100 |
| TUESDAY | 15 | 10 | | 10 | | 30 | | 40 | | 10 | | 100 |
| WEDNESDAY | 16 | 10 | | 10 | | 30 | | 50 | | | | 100 |
| THURSDAY | 17 | 10 | 2 | 10 | 2 | 30 | 6 | 40 | 8 | 10 | 2 | 120 |
| FRIDAY | 18 | | | | | | | | | | | 0 |
| SATURDAY | 19 | | | | | | | | | | | 0 |
| SUNDAY | 20 | | | | | | | | | | | 0 |
| TOTAL HOURS | | 160 | 31 | 160 | 55 | 480 | 156 | 732 | 200 | 56 | 2 | 2032 |
| RATES $$$ | | $45.60 | $58.00 | $33.55 | $45.29 | $29.12 | $39.31 | $20.86 | $28.17 | $24.32 | $32.83 | |
| TOTAL $$$ | | $7,296.00 | $1,798.00 | $5,368.00 | $2,490.95 | $13,977.60 | $6,132.36 | $15,269.52 | $5,634.00 | $1,361.92 | $65.66 | |

$59,394.01   TOTAL LABOR

**RAILWORKS TRACK SYSTEMS - TEXAS, INC.**

EQUIPMENT HOURS AT LUMINANT MINING MT. PLEASANT 525-04-14/198

APRIL 2014

| DAY | P-MAN P/U | SUPT P/U | HR CREW TRK 94231 | CREW TRK 94234 | H-RAIL INSPECT P/U 23234 | TAMPER 07085 | BAL REG 23034 | ITC-5 LOADER 11119 | D+H DOZER | AIR DRILL | BACK HOE 12146 | HYD RAIL DRILL | EQUIP TRUK 1634 | PUSH CART | 3RD PARTY LOADER | TIE INSRT | AIR COMP/M/TOOLS | HAUL TRUCK/TRAILER | HYDRAULIC PROFILE GRINDER | JACK HAMMER | CONCRETE VIBRATOR | TIE CRANE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 24 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | | 10 | 10 | 10 | 10 | | | | | | | | | 80 |
| 25 | 10 | 10 | 10 | 10 | 10 | | | 10 | 10 | | 10 | 10 | 10 | | | | | | | | | | 80 |
| 26 | 10 | 10 | 10 | 10 | 10 | | | 10 | 10 | | 10 | 10 | | | | | | | | | | | 80 |
| 27 | 8 | 8 | 8 | 8 | 8 | | | 8 | 8 | | 8 | 8 | | | | | | | | | | | 48 |
| 28 | 8 | | | | | | | | | | | | | | | | | | | | | | 60 |
| 29 | 11 | | | | | | | 10 | | | 10 | | | | | | | | | | | | 0 |
| 30 | 11 | 2 | 10 | 10 | 10 | | | 10 | | | 10 | | | | | | | | | | | | 51 |
| 31 | 11 | | 10 | 10 | 10 | | | 10 | | | 10 | | | | | | | | | | | | 53 |
| 1 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | | | 10 | | | | | | | | | | | | 61 |
| 2 | 10 | 10 | 10 | 10 | | 10 | 10 | 10 | | | 8 | | 8 | | | | | | | | | | 80 |
| 3 | 8 | 8 | 8 | 8 | | | | | | | 8 | | | | | | | | | | | | 80 |
| 4 | 8 | 8 | 8 | 8 | | | | | | | 8 | | | | | | | | | | | | 48 |
| 5 | 10 | 2 | 10 | | | 10 | 10 | 10 | 10 | | 8 | | | | | | | | | | | | 40 |
| 6 | | | | | | | | | | | | | | | | | | | | | | | 52 |
| 7 | 8 | 8 | 8 | 8 | | 8 | 8 | | | | 8 | | 8 | | | | | | | | | | 0 |
| 8 | 8 | 8 | 8 | 8 | 10 | 8 | 8 | 10 | 10 | | 8 | | | | | | | | | | | | 32 |
| 9 | 10 | 8 | 10 | 10 | | 10 | 10 | 10 | 10 | | 10 | | | | | | | | | | | | 64 |
| 10 | 10 | 10 | 10 | 10 | | 10 | 10 | 10 | 10 | | | | | | | | | | | | | | 80 |
| 11 | 10 | 10 | 10 | 10 | | 10 | 10 | 10 | 10 | | | | | | | | | | | | | | 80 |
| 12 | 10 | 10 | 10 | 10 | | 10 | 10 | 10 | 10 | | | | | | | | | | | | | | 70 |
| 13 | 5 | 5 | | | 5 | | | | | | | | | | | | | | | | | | 70 |
| 14 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | | | 10 | | 10 | | DAY | | | | | | | | 10 |
| 15 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | | | 10 | | 10 | | DAY | | | | | | | | 80 |
| 16 | 10 | 10 | 10 | 10 | | 10 | 10 | 10 | | | 10 | | | | | | | | | | | | 100 |
| 17 | 12 | 12 | 12 | 12 | | 12 | 12 | 12 | | | 12 | | 12 | | | | | | | | | | 80 |
| 18 | 12 | | | | | | | | | | | | | | | | | | | | | | 108 |
| 19 | | | | | | | | | | | | | | | | | | | | | | | 0 |
| 20 | | | | | | | | | | | | | | | | | | | | | | | 0 |
| | 255.0 | 191.0 | 212.0 | 202.0 | 35.0 | 130.0 | 138.0 | 170.0 | | | 166.0 | | 58.0 | | | | | | | | | | 1507 |
| | (173.0) | (173.0) | 173.0 | 172.0 | (173.0) | | | | | | | | | | | | | | | | | | (265.0) |
| | 420 | 160 | 30.0 | 29.0 | (136.0) | | | | | | | | | | | | | | | | | | 642.0 |

**RAIL**WORKS TRACK SYSTEMS, INC.

EQUIPMENT AT LUMINANT MINING CO. 525-04-14196

APRIL 2014

| UNIT NO. | DESCRIPTION | HOURLY RATE | HOURS USED | HOURLY TOTAL | MONTHLY BASE | INVOICE AMOUNT |
|---|---|---|---|---|---|---|
| IC | Foreman's Pickup Truck | 9.00 | 42.0 | 378.00 | 1,100.00 | 1,478.00 |
| JS | Superintendent Pickup Truck | 9.00 | 18.0 | 162.00 | 1,100.00 | 1,262.00 |
| 04-214 | Crew Truck | 28.00 | 39.0 | 1,092.00 | 5,000.00 | 6,092.00 |
| 04-251 | Crew Truck Hi-Rail | 33.00 | 29.0 | 957.00 | 5,800.00 | 6,757.00 |
| 02-534 | Inspection Truck | 20.00 | 0.0 | 0.00 | 2,000.00 | 2,000.00 |
| 07-068 | Mark I Tamper | 73.00 | 130.0 | 9,490.00 | 3,500.00 | 12,990.00 |
| 23-038 | Ballast Regulator | 33.00 | 130.0 | 4,290.00 | 2,975.00 | 7,265.00 |
| 11-110 | Loader- IT-38 CAT | 30.00 | 170.0 | 5,100.00 | 2,900.00 | 8,000.00 |
| 12-146 | Backhoe Loader w/ Thumb | 15.00 | 164.0 | 2,460.00 | 2,160.00 | 4,620.00 |
| 19-341 | 12 Ton Equipment Trailer | 14.00 | 58.0 | 812.00 | 225.00 | 1,037.00 |
| WL-000 | Welder-Small | 16.00 | 0.0 | 0.00 | 175.00 | 175.00 |
| | | | 780.0 | | | 51,676.00 |

**AS NEEDED EQUIPMENT (HOURLY, WEEKLY OR MONTHLY)**

| UNIT NO. | DESCRIPTION | HOURLY RATE | HOURS USED | HOURLY TOTAL | WEEKLY/ MONTHLY | INVOICE AMOUNT |
|---|---|---|---|---|---|---|
| | Tie Crane | 55.00 | | 0.00 | 0.00 | 0.00 |
| | Tie Inserter | 65.00 | | 0.00 | 0.00 | 0.00 |
| | Haul Truck Tractor | 77.00 | | 0.00 | 0.00 | 0.00 |
| | Third Party Rental - Loader | | | | | 1,042.98 |
| | | | 780.0 | | | 1,042.98 |

EQUIPMENT SUB-TOTAL $52,718.98

|  | Price | Fuel Factor |  |
|---|---|---|---|
| PLUS: FUEL SURCHARGE (US DOE DIESEL) | $ 3.78 | 0.01083 $ | 570.96 |

TOTAL EQUIPMENT CHARGE $53,289.94

# RAILWORKS™

## EXTRA WORK REPORT

GP 48023

WORK PERFORMED FOR: _Lumanat_

NAME OF JOB: _A-1_ _23051_

AUTHORIZED BY: _Marchant_ DATE: _2-24-14_

JOB LOCATION _Montebello_ JOB No. _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_

### SUPERVISION AND OPERATORS

### LABOR

### EQUIPMENT AND MISC. EXPENSE

SEPARATE REPORT WILL BE RENDERED COVERING MATERIAL FURNISHED

INVOICE SUPPORT

THIS FORM TO BE MADE AND SIGNED DAILY.

RAILWORKS.

DESCRIPTION OF WORK
LIST EACH OPERATION SEPARATELY

TIMEKEEPER

INSPECTOR

PURCHASE ORDER NUMBER:

# RAILWORKS™

## EXTRA WORK REPORT

CP 48024

WORK PERFORMED FOR: _Cummint_    AUTHORIZED BY: _Mike Smith_    DATE: _3-25-14_

NAME OF JOB: _A.L_    _22051_    JOB LOCATION: _Pront (Flat)_    JOB No. _525-044426_

### SUPERVISION AND OPERATORS

| DESCRIPTION OF WORK LIST EACH OPERATION SEPARATELY | | HOURS | | LABOR | | |
|---|---|---|---|---|---|---|
| | | | | HOURS | RATE | AMOUNT |
| _Regrade Switch @_ | _Foreman_ | 10 | _Labor_ | 4 | 40 ⁰⁰ | |
| _Freq Loosting 13'_ | _Foreman_ | 10 | | | | |
| _Best Cond Ties (partial)_ | _Operator_ | | _Track Driver_ | 10 | | |
| _Reg._ | _Operator_ | 30 | | | | |
| _String Bag, Rails_ | | | | | | |
| _Switch Pts._ | | | | | | |
| | | | | | | $ |

### EQUIPMENT AND MISC. EXPENSE

| | HOURS | | RATE | AMOUNT |
|---|---|---|---|---|
| _Loader_ 10 | _Welder_ 0 | | | |
| _Excav_ 10 | _1-7A_ 10 | | | |
| _Hi Rail_ 10 | _Pickup_ 10 | | | |
| _Skid St._ 10 | _Equip_ 10 | | | |
| _Tamper_ 10 | | | | |
| _Trailer_ 0 | | | | |
| _Fuel Used_ 0 | | | $ | |
| _Tie Crane_ 0 | | | | |

Per page: _274_ / _1,384_ / _C800_ / _1,496_ / _245_ / _2085_ / _2943_ / _3400_ / _937246_

SEPARATE REPORT WILL BE RENDERED COVERING MATERIAL FURNISHED

TIMEKEEPER _(signature)_    RAILWORKS.

(THIS FORM TO BE MADE AND SIGNED DAILY)

INSPECTOR _(signature)_

PURCHASE ORDER NUMBER:

INVOICE SUPPORT

# RAILWORKS™ — EXTRA WORK REPORT

CP 48025

WORK PERFORMED FOR: _Luminant_

NAME OF JOB: _#1_     JOB No. _3305_

AUTHORIZED BY: _Dale Smith_    DATE: _2-26-14_

JOB LOCATION: _Monticello_    JOB No. _515-044-4146_

## DESCRIPTION OF WORK
LIST EACH OPERATION SEPARATELY

Friday study ties
replace steel
saving cross ties

## SUPERVISION AND OPERATORS

| NAME | HOURS | RATE | AMOUNT |
|------|-------|------|--------|
| General foreman | 10 | | |
| Foreman | 10 | | |
| Operator | 30 | | |

## LABOR

| NAME | NUMBER | HOURS | RATE | AMOUNT |
|------|--------|-------|------|--------|
| Laborer | 5 | | 50 | |

$

## EQUIPMENT AND MISC. EXPENSE

| DESCRIPTION | NUMBER | HOURS | RATE | AMOUNT |
|-------------|--------|-------|------|--------|
| Foreman | 10 | Welder | 0 | |
| Fuel | 10 | 17-75 | 10 | |
| Backhoe | 10 | Welder | 10 | |
| Service | 0 | Welder | 0 | |
| Haul Truck | 0 | Haul Tk | 0 | |

$

Weight Gross   0
Tie crane   0

SEPARATE REPORT WILL BE RENDERED COVERING MATERIAL FURNISHED

INSPECTOR: _____

PURCHASE ORDER NUMBER: _____

TIMEKEEPER _____

INVOICE SUPPORT

(THIS FORM TO BE MADE AND SIGNED DAILY)

RAILWORKS.

# RAILWORKS™  EXTRA WORK REPORT

CP 48076

WORK PERFORMED FOR: AK

NAME OF JOB: Lanmrast    23051

AUTHORIZED BY: Mike Law 74    DATE: 3-22-14

JOB LOCATION: MONTICELLO    JOB NO. 525-04-N486

## SUPERVISION AND OPERATORS / LABOR

| DESCRIPTION OF WORK — LIST EACH OPERATION SEPARATELY | | | | | | |
|---|---|---|---|---|---|---|
| FINISH STRING OUT | FEDERAL SUPERVISOR | 8 | LABOR | 5 | 40 | 2261 |
| TIES, SET PLATES | | | | | | 6215 |
| AND SPIKES. | FOREMAN | 8 | | | | 6200 |
| SET TO RAIL 5 | | | | | | 6486 |
| | OPER 3 | 24 | | | | 2089 |
| | | | | | | 2753 |
| | | | | | | 2942 |
| | | | | | | 2946 |
| | | | | | | 646 645 5242 |

## EQUIPMENT AND MISC. EXPENSE

| | | | | |
|---|---|---|---|---|
| FINISH Cost | Fork lift | 8 | HOG | 8 |
| TIE Creu | Skid Loader | 8 | 17-25 | 8 |
| | Excavator | 8 | Trolloe | 8 |
| | Tamper | 0 | spec L | 0 |
| | Tamper | 0 | | |

SEPARATE REPORT WILL BE RENDERED COVERING MATERIAL FURNISHED

INSPECTOR

PURCHASE ORDER NUMBER

TIMEKEEPER

(THIS FORM TO BE MADE AND SIGNED DAILY)

RAILWORKS.

INVOICE SUPPORT

# RAILWORKS™ — EXTRA WORK REPORT

CP 48077

WORK PERFORMED FOR: _Livingston_    AUTHORIZED BY: _Michael H_    DATE: _3/29/14_

NAME OF JOB: _P R_    NO OF JOB: _23095_    JOB LOCATION: _Northfield CO_    JOB NO: _P3-CP44HR_

**DESCRIPTION OF WORK — LIST EACH OPERATION SEPARATELY**

Continues setting LRC to break street gauge track

## SUPERVISION AND OPERATORS

| | HOURS | RATE | AMOUNT |
|---|---|---|---|
| General Foreman | 0 | | |
| Foreman | 2 | | |
| 9/14/23 | 20 | | |

## LABOR

| | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Labor | 3 | 5.15 | |

## EQUIPMENT AND MISC. EXPENSE

| | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Labor 11 | | | |
| Small 0 | | | |
| Welder 10 | | | |
| Greens 10 | | | |
| Inspect 0 | | | |
| Truck 0 | | | |

SEPARATE REPORT WILL BE RENDERED COVERING MATERIAL FURNISHED

INSPECTOR _____

PURCHASE ORDER NUMBER _____

TIMEKEEPER _____

INVOICE SUPPORT

(THIS FORM TO BE MADE AND SIGNED DAILY)

RAILWORKS.



CP 48078

# RAILWORKS™    EXTRA WORK REPORT

WORK PERFORMED FOR: _____

NAME OF JOB: _____

AUTHORIZED BY: B. WESMITH   DATE: 3-30-04

JOB LOCATION: MONTICELLO   JOB NO. 515-444442

## SUPERVISION AND OPERATORS

## LABOR

## EQUIPMENT AND MISC. EXPENSE

SEPARATE REPORT WILL BE RENDERED COVERING MATERIAL FURNISHED

INVOICE SUPPORT

TIMEKEEPER

(THIS FORM TO BE MADE AND SIGNED DAILY)

RAILWORKS.

INSPECTOR

PURCHASE ORDER NUMBER

# RAILWORKS™

## EXTRA WORK REPORT

CP 48079

WORK PERFORMED FOR: _____

NAME OF JOB: A-2   23091

AUTHORIZED BY: _____   DATE: 3-31-14

JOB LOCATION: _____   JOB NO.: _____

**SUPERVISION AND OPERATORS**

| DESCRIPTION OF WORK — LIST EACH OPERATION SEPARATELY | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| GENERAL LABORER | 10 | | | |
| OPERATOR | 11 | | | |
| FOREMAN | 10 | | | |
| OPERATOR | 20 | | | |

**LABOR**

| | HOURS | RATE | AMOUNT |
|---|---|---|---|
| LABORER | 5 | 50 | |

**EQUIPMENT AND MISC. EXPENSE**

| | HOURS | RATE | AMOUNT |
|---|---|---|---|
| | 11 | | |
| | 10 | 0 | |
| | 10 | 10 | |
| | 6 | 0 | |
| | 0 | 0 | |

Amounts: 2741, 6779, 6750, 0446, 2084, 2085, 3302, 3442, 3486, 047546

SEPARATE REPORT WILL BE RENDERED GOVERNING MATERIAL FURNISHED

(THIS FORM TO BE MADE AND SIGNED DAILY)

TIMEKEEPER _____

INSPECTOR _____

PURCHASE ORDER NUMBER _____

INVOICE SUPPORT

# RAILWORKS™

## EXTRA WORK REPORT

CP 48080

WORK PERFORMED FOR: _Lumbart_    AUTHORIZED BY: _Phylle Smith_  DATE: _4-1-14_

NAME OF JOB: _#-2_   _23057_   JOB LOCATION: _MONTOBELLO_   JOB NO. _526-04-14AL_

DESCRIPTION OF WORK — LIST EACH OPERATION SEPARATELY

| DESCRIPTION OF WORK | SUPERVISION AND OPERATORS | | | | LABOR | | | |
|---|---|---|---|---|---|---|---|---|
| | | HOURS | RATE | AMOUNT | | HOURS | RATE | AMOUNT |
| ADD TRACK #7 TO TRACK, BANG. TRACK REL. | GENERAL FOREMAN | 10 | | | OFFICE | 5 | 50 | |
| UPGRADE EPIC SWITCH SIG. | FOREMAN | 10 | | | | | | |
| | OPER. | 30 | | | | | | |

$ ___

| | EQUIPMENT AND MISC. EXPENSE | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | TYPE | HOURS | RATE | AMOUNT | | HOURS | RATE | AMOUNT |
| AMHERST | F-350 | 10 | | | BACKHOE | 10 | | |
| CRANE | BUG IN | 10 | | | 17-13 | 10 | | |
| | FORKLIFT | 10 | | | FORK LIFT | 10 | | |
| | COMPACTOR | 0 | | | EXCAVATOR | 0 | | |
| | TAMPER | 10 | | | | | | |
| | | 0 | | | | | | |
| | | 0 | | | | | | |

$ ___

SEPARATE REPORT WILL BE RENDERED COVERING MATERIAL FURNISHED

INSPECTOR: _____

PURCHASE ORDER NUMBER: _____

TIMEKEEPER: _____

INVOICE SUPPORT

(THIS FORM TO BE MADE AND SIGNED DAILY)

RAILWORKS™

# RAILWORKS™

## EXTRA WORK REPORT

CP 48081

WORK PERFORMED FOR: _Lanmont_    AUTHORIZED BY: _Milchnitt_    DATE: _4-2-14_

NAME OF JOB: _A-2_    JOB: _23091_    JOB LOCATION: _Prentice LLC_    JOB NO. _535044446_

### SUPERVISION AND OPERATORS

| DESCRIPTION OF WORK LIST EACH OPERATION SEPARATELY | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Remove Joint Bars North End of Sid. | General Support | 10 | | |
| Repair 4 Cross Section Both | Foreman | 10 | | |
| | OM23 | 30 | | |
| Repair Tmp Neh | | | | $ |

### LABOR

| | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Labor | 5 | 50 | |
| | | | $ |

### EQUIPMENT AND MISC. EXPENSE

| | HOURS | RATE | AMOUNT |
|---|---|---|---|
| F Mano | 10 | Track | 10 |
| Saw 28 | 10 | 17-33 | 10 |
| Track Loco | 10 | Track | 10 |
| Bush Trk | 0 | Extract | 0 |
| Truck Trk | | | |
| Tamper | 10 | | |
| | | | $ |

NofL Cart  0
Tel Oper E  0

AMOUNT $_____

SEPARATE REPORT WILL BE RENDERED COVERING MATERIAL FURNISHED

INSPECTOR _____    TIMEKEEPER _____

PURCHASE ORDER NUMBER: _____

(THIS FORM TO BE MADE AND SIGNED DAILY)

RAILWORKS.

INVOICE SUPPORT

CP 48082

# RAILWORKS™  EXTRA WORK REPORT

WORK PERFORMED FOR: _Cumman_

NAME OF JOB: _R 2061_

AUTHORIZED BY: _Caufman 77_    DATE: _4-3-14_

JOB LOCATION: _MONTICELLO_    JOB NO. _S22-04-442_

## SUPERVISION AND OPERATORS

| DESCRIPTION OF WORK LIST EACH OPERATION SEPARATELY | | RATE | HOURS | | RATE | HOURS | LABOR | RATE PAID | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| Outside oil, switch | General operator | 8 | | | General operator | 24 | | | |
| s.t. replace cent latch @ 1550 | operator | 9 | | | operator | 8 | | | |
| | operator | 24 | | | | | | | |
| Will do splice/bond for pugs route to most. | oper 2 | | | | | | | | |

$ ____   $ ____   $ ____

## EQUIPMENT AND MISC. EXPENSE

| | RATE | HOURS | | RATE | HOURS | DUE | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| Truck 8 | | | Truck 0 | | | | | |
| Backhoe 9 | | | 17-33 | 0 | | | | |
| Air comp 8 | | | Roadliner 88 | | | | | |
| Cuestac 0 | | | Tamper | | | | | |
| Tamper 0 | | | | | | | | |

$ ____   $ ____   $ ____

SEPARATE REPORT WILL BE RENDERED COVERING MATERIAL FURNISHED

$ ____

TIMEKEEPER

(THIS FORM TO BE MADE AND SIGNED DAILY)

RAILWORKS™

INSPECTOR

PURCHASE ORDER NUMBER: _____

INVOICE SUPPORT

# RAILWORKS™

## EXTRA WORK REPORT

CP 48083

WORK PERFORMED FOR: _Lanyon_  AUTHORIZED BY: _Mike Knight_  DATE: _4-4-14_

NAME OF JOB: _23059_  JOB LOCATION: _Monticello_  JOB NO. _57504446_

### DESCRIPTION OF WORK
LIST EACH OPERATION SEPARATELY

_Orsan Gen Footings_
_Mont Yards_

#### SUPERVISION AND OPERATORS

| Title | Hours Rate | Total Rate | Amount |
|---|---|---|---|
| General Foreman | 3 | | |
| General Foreman | 6 | | |
| Foreman | 1 | | |
| Operator | 6 | | |
| Operator | 18 | | |

#### LABOR

| Title | Hours Rate | Total Rate | Amount |
|---|---|---|---|
| Labor | 5 | | |
| Labor | 10 | | |
| Labor | 30 | | |

#### EQUIPMENT AND MISC. EXPENSE

| Description | Hours Rate | Amount |
|---|---|---|
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |

SEPARATE REPORT WILL BE RENDERED COVERING MATERIAL FURNISHED

INSPECTOR

PURCHASE ORDER NUMBER:

FOREMAN

(THIS FORM TO BE MADE AND SIGNED DAILY)

INVOICE SUPPORT

RAILWORKS.

# RAILWORKS™

## EXTRA WORK REPORT

CP 48084

WORK PERFORMED FOR: _Lamdmark_

NAME OF JOB: _A-2    23051_

AUTHORIZED BY: _Mike Smith_    DATE: _4-5-14_

JOB LOCATION _Pueblo_    JOB NO. _835 041,042_

### SUPERVISION AND OPERATORS

| DESCRIPTION OF WORK LIST EACH OPERATION SEPARATELY | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Rewlap 1 Bead (2WD) of Ballast Reg'r | General Supt. | 2 | | |
| | Foreman | 10 | | |
| Clean Trap USF | Oper'r | 30 | | |

### LABOR

| | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| | Labor | 10 | | |

### EQUIPMENT AND MISC. EXPENSE

| | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Equip 10 | | | | |
| Reg'r 10 | | | | |
| Machine 10 | | | | |
| Capital 0 | | | | |
| Bobcat 0 | | | | |
| Backhoe 10 | | | | |

SEPARATE REPORT WILL BE RENDERED COVERING MATERIAL FURNISHED

INSPECTOR _____

PURCHASE ORDER NUMBER _____

TIMEKEEPER _____

(THIS FORM TO BE MADE AND SIGNED DAILY)

RAILWORKS.

INVOICE SUPPORT

# RAILWORKS™

## EXTRA WORK REPORT

CP 48085

WORK PERFORMED FOR: _Cumins_

NAME OF JOB: _22059_

AUTHORIZED BY: _Mike Smith_   DATE: _4-7-14_

JOB LOCATION: _Montreello_   JOB NO. _925 or 4146_

### LABOR

#### SUPERVISION AND OPERATORS

| DESCRIPTION OF WORK LIST EACH OPERATION SEPARATELY | | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| Clean oil switches near yard. | General support | 8 | | | |
| Clean on switches far wye. | Foreman | 8 | | | |
| Clean oil 32 South Replace rail @ roadway turnout install aeg/ hanger | Operator | 24 | | | |
| (a) 32 South | | | | | |

#### (Labor rate column)

| | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Laborer | 5 | 40 | | |

Laborer — 4261
C-125
6300
1446
2059
4685
3742
9496 96996

### EQUIPMENT AND MISC. EXPENSE

| | | | | AMOUNT |
|---|---|---|---|---|
| Ford 1/2 ton | 8 | Ford 0 | | |
| Gator | 8 | 11.95 | | |
| Trailer | 8 | Trailer | | |
| Rental | 0 | Rental | 0 | |
| Rental | 0 | | | |

SEPARATE REPORT WILL BE RENDERED COVERING MATERIAL FURNISHED

INSPECTOR _____

PURCHASE ORDER NUMBER: _____

TIMEKEEPER _____

(THIS FORM TO BE MADE AND SIGNED DAILY)

## RAILWORKS™

INVOICE SUPPORT

# RAILWORKS™

## EXTRA WORK REPORT

CP 48086

WORK PERFORMED FOR: _Lamont_

NAME OF JOB: _2365B_

AUTHORIZED BY: _M. Wesloh_   DATE: _4-8-14_

JOB LOCATION: _Martinello_   JOB No. _575-04-147L_

### SUPERVISION AND OPERATORS / LABOR

DESCRIPTION OF WORK — LIST EACH OPERATION SEPARATELY

### EQUIPMENT AND MISC. EXPENSE

SEPARATE REPORT WILL BE RENDERED COVERING MATERIAL FURNISHED

INSPECTOR

PURCHASE ORDER NUMBER

TIMEKEEPER

(THIS FORM TO BE MADE AND SIGNED DAILY)

RAILWORKS.

INVOICE SUPPORT

CP 48087

# RAILWORKS™ — EXTRA WORK REPORT

WORK PERFORMED FOR: LEGHTRANT

NAME OF JOB: A-2    JOB: 23051    AUTHORIZED BY: MIKE WHITE    JOB LOCATION: MONTICELLO    DATE: 4-9-14    JOB NO.: 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

DESCRIPTION OF WORK
LIST EACH OPERATION SEPARATELY

DUMP 5 CARS ROTARY
ASH 1 OVER HALF FULL

GREASE TRAIN DET.

### SUPERVISION AND OPERATORS

| | HOURS | RATE | AMOUNT |
|---|---|---|---|
| GENERAL SUPT | 10 | | |
| FOREMAN | 10 | | |
| OPER. | 20 | | |

### LABOR

| | HOURS | RATE | AMOUNT |
|---|---|---|---|
| LABOR | 50 | | |

### EQUIPMENT AND MISC. EXPENSE

| | HOURS | RATE | AMOUNT |
|---|---|---|---|
| FRONT IN | 10 | | |
| EQUIP IN | 10 | | |
| VEHICLE | 10 | | |
| OPER. TRK | 10 | | |
| TIMEKPR | 10 | | |
| TRAILER | 10 | | |
| RAILROAD | 10 | | |
| 11.33 | 10 | | |
| TRACTOR | 0 | | |
| EQ. MAT. | 0 | | |

SEPARATE REPORT WILL BE RENDERED COVERING MATERIAL FURNISHED

INSPECTOR

PURCHASE ORDER NUMBER

TIMEKEEPER

RAILWORKS.
(THIS FORM TO BE MADE AND SIGNED DAILY)

INVOICE SUPPORT

# RAILWORKS™   EXTRA WORK REPORT

CP 48088

Work Performed For: _Companyor T_

Name of Job: _R-2_    _2205 J_

Authorized By: _Dale Smith_    Date: _4-10-14_

Job Location: _Dallat / Cello_    Job No. _575-844-4402_

## SUPERVISION AND OPERATORS

| DESCRIPTION OF WORK<br>LIST EACH OPERATION SEPARATELY | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Safe stand up | Gerial | 10 | | |
| RWP1 1-30 To 34 | Segment | | | |
| Footwork. | (5 Hour's) | | | |
| Install 7 ties | Foreman | 10 | | |
| Return Rail C R.R. | Oiler | 20 | | |
| | | | | s |

## LABOR

| | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Labor | 5 | 50 | |
| | | | |
| | | | |
| | | | |
| | | | s |

## EQUIPMENT AND MISC. EXPENSE

| | HOURS | RATE | AMOUNT |
|---|---|---|---|
| F-mach | 10 | | |
| Spl Tkr | 10 | | |
| Bk saw | 10 | | |
| Gas Tkr | 10 | | |
| Grnd Su | | | |
| Coupler | 10 | | |
| | | | s |

SEPARATE REPORT WILL BE RENDERED COVERING MATERIAL FURNISHED

(THIS FORM TO BE MADE AND SIGNED DAILY)

TIMEKEEPER _____

INSPECTOR _____

PURCHASE ORDER NUMBER _____

INVOICE SUPPORT

# RAILWORKS™ EXTRA WORK REPORT

CP 48089

WORK PERFORMED FOR: _LIONHEART_

NAME OF JOB: _A-L_  _2305?_

AUTHORIZED BY: _DAVE SMITH_    DATE: _4-11-14_

JOB LOCATION _MONTICELLO_    JOB NO. _515-2014496_

## SUPERVISION AND OPERATORS

DESCRIPTION OF WORK — LIST EACH OPERATION SEPARATELY

_PLACE TEMP. TIES_

_A-L TRACK_

| | HRS | |
|---|---|---|
| GENERAL SUPERT. | 4 | |
| FOREMAN | 6 | |
| OPER. | 4 | |
| | 6 | |
| | 12 | |
| | 8 | |

## LABOR

| | HRS | RATE | AMOUNT |
|---|---|---|---|
| LABOR | 4 | 12 14 | |
| | | 16 24 | |

## EQUIPMENT AND MISC. EXPENSE

| | HRS | RATE | AMOUNT |
|---|---|---|---|
| F-TRAIN | 10 | PP430 10 | |
| LIGHT PL. | 10 | VT-33 10 | |
| WELDER | 10 | WELDER 0 | |
| GENERATOR | 0 | EXTCR 0 | |
| COMPACTOR | | | |
| TAMPER | 10 | | |

SEPARATE REPORT WILL BE RENDERED COVERING MATERIAL FURNISHED

INSPECTOR _____

PURCHASE ORDER NUMBER: _____

INVOICE SUPPORT

TIMEKEEPER _____

(THIS FORM TO BE MADE AND SIGNED DAILY)

RAILWORKS.

CP 48090

## RAILWORKS. — EXTRA WORK REPORT

WORK PERFORMED FOR: _Davenport_

NAME OF JOB: _FZ_     23051

AUTHORIZED BY: _Mike Smith_  DATE: _4-13-14_

JOB LOCATION _Monticello_     JOB NO. _535-04 H/H2_

### SUPERVISION AND OPERATORS

| DESCRIPTION OF WORK — LIST EACH OPERATION SEPARATELY | CLASS | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| | GENERAL FOREMAN | 10 | | |
| | FOREMAN | 10 | | |
| | OPER. | 30 | | |

### LABOR

| | CLASS | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| | LABOR | 4½ | 50.46 | |

### EQUIPMENT AND MISC. EXPENSE

| | HOURS | RATE | AMOUNT |
|---|---|---|---|
| | | | |

SEPARATE REPORT WILL BE RENDERED COVERING MATERIAL FURNISHED

INSPECTOR _____

PURCHASE ORDER NUMBER: _____

TIMEKEEPER _____

(THIS FORM TO BE MADE AND SIGNED DAILY)

RAILWORKS.

INVOICE SUPPORT



# RAILWORKS®

CP 48092

## EXTRA WORK REPORT

WORK PERFORMED FOR: _Lonminut_

NAME OF JOB: _22554_    AUTHORIZED BY: _Ernie Smith_    DATE: _4-14-14_

JOB LOCATION _Monticello_    JOB No. _273-041-476_

### SUPERVISION AND OPERATORS

| DESCRIPTION OF WORK LIST EACH OPERATION SEPARATELY | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Drive Truck over | Gradall Operator | 10 | | |
| Apps F.Drill Sec 2/2 | Foreman | 10 | | |
| Pet Ernie Smith | Oper 3 | 30 | | |
| | | | | $ |

### LABOR

| | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| | C/Pete | 40 | | |
| | T. Normez | 10 | | |
| | | | | $ |

Amounts (right column):
Test
C/90
C/160
C/476
2-PH
7.00
3.H3
34.03
476
977-476

### EQUIPMENT AND MISC. EXPENSE

| | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Foreman | 10 | Backhoe | 10 | |
| Sup 2.70 | 10 | 17-23 | 0 | |
| Pet oper | 10 | Welder | 10 | |
| Crystal | 0 | Cat 246 | 10 | |
| Forman | 0 | | | |
| Lamman | 10 | | | |
| | | | | $ |

SEPARATE REPORT WILL BE RENDERED COVERING MATERIAL FURNISHED

INSPECTOR _____

PURCHASE ORDER NUMBER _____

FOREMAN _____

(THIS FORM TO BE MADE AND SIGNED DAILY)

# RAILWORKS®

INVOICE SUPPORT

# RAILWORKS™

## EXTRA WORK REPORT

CP 48093

WORK PERFORMED FOR: __Lennihan__

NAME OF JOB: __A-2__    __23057__

AUTHORIZED BY: __Mike Smith__    DATE: __4-15-14__

JOB LOCATION: __Monticello__    JOB NO. __725-04-440__

### DESCRIPTION OF WORK
#### LIST EACH OPERATION SEPARATELY

DEMO of CAR'S BOOM TRUCK, REPL. PAD TO TP TRACK

RAISE TRACK LEVEL

AND MOVE BALLAST TO END OF TRACK

### SUPERVISION AND OPERATORS

| Name | HOURS | RATE | AMT |
|---|---|---|---|
| General Foreman | 10 | | |
| Foreman | 10 | | |
| Operator | 20 | | |

### LABOR

| Name | HOURS | RATE | AMT |
|---|---|---|---|
| Laborer | 50 | | |
| Truck Driver | 10 | | |

### EQUIPMENT AND MISC. EXPENSE

| Name | HOURS | RATE | AMT |
|---|---|---|---|
| Backhoe / Loader | 10 | | |
| Skid Steer | | | |

SEPARATE REPORT WILL BE RENDERED COVERING MATERIAL FURNISHED

INSPECTOR: _____

PURCHASE ORDER NUMBER: _____

TIMEKEEPER: _____

(THIS FORM TO BE MADE AND SIGNED DAILY)

## RAILWORKS.

INVOICE SUPPORT

# RAILWORKS™  EXTRA WORK REPORT

**CP 48094**

WORK PERFORMED FOR: _Lennihart_

NAME OF JOB: _A.2._    _22051_

AUTHORIZED BY: _M. McConnette_    DATE: _4-16-14_

JOB LOCATION _Monticello_    JOB NO. _273-2244H_

DESCRIPTION OF WORK — LIST EACH OPERATION SEPARATELY

## SUPERVISION AND OPERATORS

| | | HRS | RATE | AMOUNT |
|---|---|---|---|---|
| _General Super 30_ | | 10 | | |
| _Foreman_ | | 10 | | |
| _Oper._ | | 20 | | |
| | | | | $ |

## LABOR

| | | HRS | RATE | AMOUNT |
|---|---|---|---|---|
| _Labor_ | | 50 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | $ |

## EQUIPMENT AND MISC. EXPENSE

| | | HRS | RATE | AMOUNT |
|---|---|---|---|---|
| _Backhoe 10_ | | 10 | | |
| _F-35 10_ | | 10 | | |
| _Pickup 10_ | | 10 | | |
| _Camper 0_ | | 0 | | |
| _Grader 10_ | | 10 | | |
| | | | | $ |

_Rental Camper_    10

_Dbl Pickup_

SEPARATE REPORT WILL BE RENDERED COVERING MATERIAL FURNISHED

INSPECTOR

PURCHASE ORDER NUMBER

TIMEKEEPER

(THIS FORM TO BE MADE AND SIGNED DAILY)

## RAILWORKS

**INVOICE SUPPORT**

RAILWORKS™

EXTRA WORK REPORT

CP 48095

WORK PERFORMED FOR: _____

NAME OF JOB: A-2    23047

AUTHORIZED BY: _____  DATE: 4-17-14

JOB LOCATION _____

JOB NO. _____

DESCRIPTION OF WORK
LIST EACH OPERATION SEPARATELY

Complete switch ties
Track RSH portion
RSH to end of
turn.

SUPERVISION AND OPERATORS

LABOR

EQUIPMENT AND MISC. EXPENSE

SEPARATE REPORT WILL BE RENDERED COVERING MATERIAL FURNISHED

(THIS FORM TO BE MADE AND SIGNED DAILY)

TIMEKEEPER

INVOICE SUPPORT

INSPECTOR

PURCHASE ORDER NUMBER:

# RAILWORKS

## EXTRA WORK REPORT

CP 48096

WORK PERFORMED FOR: _____ Lawndale pt

NAME OF JOB: _____ 23064

AUTHORIZED BY: _____ Mike Smith    DATE: _____ 4-17-14

JOB LOCATION: _____ Main Tunnel    JOB No. _____ 512-044196

### SUPERVISION AND OPERATORS

| DESCRIPTION OF WORK — LIST EACH OPERATION SEPARATELY | HOURS | RATE | AMOUNT |
| --- | --- | --- | --- |
| Moroco Rail Defect. | General Support | 0 | |
| Rail 3 each Defect. | Foreman | 10½ | |
| Corn Flat exp. with new Rail | Oper | 0 | |

### LABOR:

| | HOURS | RATE | AMOUNT |
| --- | --- | --- | --- |
| Oper | 30 6 | | |
| Tamper | 10 2 | | |

$ _____

### EQUIPMENT AND MISC. EXPENSE

| | HOURS | RATE | AMOUNT |
| --- | --- | --- | --- |
| Foreman TK | 0 | | |
| Bernn | 0 | | |
| Hi Rail | 12 | | |
| Camper | 0 | | |
| Tamper | 0 | | |
| Bobcat | 0 | | |
| Truck | 0 | | |
| 17-39 | 0 | | |
| Tamper | 0 | | |
| Ballast | 12 | | |

$ _____

SEPARATE REPORT WILL BE RENDERED COVERING MATERIAL FURNISHED

INVOICE SUPPORT

INSPECTOR: _____

PURCHASE ORDER NUMBER: _____

TIMEKEEPER: _____

(THIS FORM TO BE MADE AND SIGNED DAILY)

RAILWORKS.



**RAILWORKS®**

**RailWorks Track Systems, Inc.**
1600 West 13th Street
Deer Park, Texas 77536
(713) 815-7814        Fax (713) 815-7840

### INVOICE

| INVOICE DATE | CUSTOMER NO. | INVOICE NUMBER |
|---|---|---|
| 4/25/2014 | 112251 | 23127B |
| PO # | LOCATION | JOB NO. |
| 107025 | MT. PLEASANT | 525-04-14196-0246 |
| TERMS | DIRECT PAY NO. | |
| NET 45 DAYS | 1-75-2967821-5 | |

TO: LUMINANT MINING COMPANY LP
ATTN: ACCOUNTS PAYABLE
P.O. BOX 1636
MT. PLEASANT, TEXAS 75456

****REMIT TO ADDRESS****

REMIT TO: RailWorks Track Systems, Inc.
39545 Treasury Center
Chicago, IL 60694-9500

| ITEM | DESCRIPTION | AMOUNT |
|---|---|---|
| | MONTHLY MAINTENANCE AND REPAIRS TO RAILROAD TRACKS PERFORMED IN MARCH AND APRIL 2014 AS DESCRIBED ON THE ATTACHED REPORTS. | |
| | 27 REPORTS ATTACHED | |
| Line | | |
| 1 | 826220    600    1000    137    6200    M2013101 | $    84,976.21 |
| 2 | 826220    600    1000    137    6200    M2013101 | 98,507.00 |
| | TOTAL AMOUNT DUE: | $    183,483.21 |

Recap per attached sheets
LABOR AND SUPERVISION        $    59,394.01

EQUIPMENT                              53,289.94
                                            112,683.95
1% Discount                            (1,126.84)

                                        $    111,557.11

Promote Safety    Every Day!

# FILED AND RECORDED

**Instrument Number: 20142982**

Filing and Recording Date: 07/15/2014 02:24:29 PM  Pages: 59  Recording Fee: $254.00

I hereby certify that this instrument was FILED on the date and time stamped hereon and RECORDED in the PUBLIC RECORDS of Titus County, Texas.



Dianne Norris, County Clerk
Titus County, Texas

ANY PROVISION CONTAINED IN ANY DOCUMENT WHICH RESTRICTS THE SALE, RENTAL, OR USE OF THE REAL PROPERTY DESCRIBED THEREIN BECAUSE OF RACE OR COLOR IS INVALID UNDER FEDERAL LAW AND IS UNENFORCEABLE.