# Exhibit D

## AFFIDAVIT CLAIMING STATUTORY AND CONSTITUTIONAL LIENS

**THE STATE OF TEXAS**          §
                                §
**COUNTY OF TITUS**             §

BEFORE ME, the undersigned authority, on this day personally appeared Dan Burg, who upon his oath did depose and state as follows:

"My name is Dan Burg and I am a resident of Harris County, Texas. I am the Controller of **RailWorks Track Systems, Inc.**, hereinafter sometimes referred to as 'Claimant.' I am over 18 years of age, have personal knowledge of the facts set forth below and am competent and authorized to make this Affidavit on Claimant's behalf.

Claimant's mailing and physical address is 1600 West 13th Street, Deer Park, Texas 77536.

Pursuant to a written contract and purchase order by and between Claimant and **Luminant Mining Company LLC,** the Owner or reputed Owner, Claimant has provided all materials, labor, and/or equipment necessary for the maintenance and repair of the railroad tracks and switches on the project known as the **Monticello Mine**, located at 6833 FM 127, Mt. Pleasant, Titus County, Texas 75455.

The real property sought to be charged with such lien by Claimant is described as set out in the legal description attached hereto and incorporated by reference herein as **Exhibit A**.

Claimant is the Original Contractor for the improvements for which a lien is claimed.

The last known addresses of the Owner or reputed Owner, Luminant Mining Company LLC, are 1601 Bryan Street, Dallas, Texas 75201 and/or P.O. Box 1636, Mt. Pleasant, Texas 75456. The last known address of the Owner or reputed Owner's registered agent, CT Corporation System, is 1999 Bryan St., Ste. 900, Dallas, Texas 75201-3136.

After allowing all just credits, offsets and payments, the amount of **$23,389.81**, remains unpaid and said sum is due and owing to Claimant under said contract and purchase order with Owner, and Claimant claims a statutory lien on said property and improvements under the provisions of Chapter 53 of the Texas Property Code and a constitutional lien on said property and improvements under the provisions of Article 16, Section 37 of the Texas Constitution to secure payment of the above amount.

3846769v1

The Claimant provided the unpaid labor, material and/or equipment to the Project during the months of April and May 2014.

True and correct copies of the invoices reflecting said unpaid amount due and owing to Claimant are attached hereto as **Exhibit B** and incorporated herein by reference.

One (1) copy of this Affidavit is being sent by Certified Mail, Return Receipt Requested to the Owner or reputed Owner described above, addressed to the Owner or reputed Owner's last known addresses as described above; and one (1) copy of this Affidavit is being sent by Certified Mail, Return Receipt Requested to the Owner or reputed Owner's registered agent, addressed to its last known address as described above."

SWORN AND EXECUTED on this the 13th day of August, 2014.

**RAILWORKS TRACK SYSTEMS, INC.**

By: _Dan Burg_

Name: DAN BURG

Title: CONTROLLER

3846769v1

THE STATE OF TEXAS     §
    §
COUNTY OF HARRIS     §

       BEFORE ME, the undersigned Notary Public, on this day personally appeared **Dan Burg**, Controller of RailWorks Track Systems, Inc., known to me to be the person whose name is subscribed to the foregoing instrument, who acknowledged to me that such person executed the same for the purposes and consideration therein expressed and in the capacity therein stated as the act and deed of said company, and further swore that the foregoing was true and correct.

       ACKNOWLEDGED, SUBSCRIBED AND SWORN TO on this the _13^{TH}_ day of August, 2014.

[SEAL]

RICHARD H STEPHENS
My Commission Expires
May 5, 2018

_Richard H Stephens_
Notary Public in and for the State of Texas

My Commission Expires:

_May 5, 2018_

Printed Name:

_Richard H. Stephens_

**After recording, return to:**

**Allison J. Snyder, Esq.**
**Porter Hedges LLP**
**1000 Main Street, 36th Floor**
**Houston, Texas 77002**
**(713) 226-6622**

## EXHIBIT "A"

Being all of that real property conveyed by Deed from Ladye Harolyn White Keck et vir, and

Donnie Keck, Grantors, to Texas Utilities Mining Company, Grantee, dated September 4, 1985,

recorded in Volume 489, Page 182 of the Deed Records of Titus County, Texas, more

particularly described below, save and except any tracts or parcels sold or conveyed thereof:

> "FIRST TRACT: Being a part of the Mary MORRIS SURVEY, and
> BEGINNING at the SEC of the same a stk a PO N. 38 deg. W.
> 22-1/2 vrs., do 11 W. 33 vrs. both mkd A, the same being
> Jos. Meacham's SWC of Jos. Reed's NB line;
> THENCE West with SBL of said Morris Sur to Mt. Pleasant &
> Winnsboro Road a stake;
> THENCE Northward with said road to SBL of a tract once owned by J.
> F. Freeman;
> THENCE Eastward with Freeman's SBL to SEC of same, on E line of
> said survey;
> THENCE South with said line, same being Smith's WBL to place of
> beginning.
> LESS 20 acres sold off of the West side of tract heretofore sold to
> Dr. J. L. Boyd and LESS also 1/4 acre store lot, the amount herein
> conveyed being 30 acres of land and being same land described in
> deed from T. J. Toss et ux to W. P. Jones, of record in Vol. 22,
> page 132, of Deed Records of Titus County, Texas.
> SECOND TRACT: Being a part of the MARY MORRIS HR SUR.,
> and
> BEGINNING at SWC of the East half of a tract deeded to D. B.
> Jones by the Sheriff of Titus County, a stake in center of Mt.
> Pleasant & Winnsboro Road;
> THENCE East with SBL of same 330-1/2 yds to a stake;
> THENCE North 448-5/8 yds to WBL of said tract;
> THENCE West with said NBL 107-2/3 yds to stk in Mt. Pleasant &
> Winnsboro road;
> THENCE South with the meanderings of said road to the place of
> beginning, containing 20 acres of land, excluding lot owned by
> Allen Jones and the Gordon lot formerly owned by J. B. Sinclair,
> being the land described in deed dated December 27, 1928,
> executed by J. A. Jones et ux to W. P. Jones, recorded in Vol. 52,
> page 343, of Deed Records of Titus County, Texas.
>
> LESS, HOWEVER, 5 acres conveyed by W. P. Jones to the Monticello School
> and also less one (l) acre conveyed to the Baptist Church at Monticello.

3846769v1

Being the same land described in deed from Harold Smith et ux to .C. M. Forsyth, dated December 29, 1955, of record in Deed Records of Titus County, Texas, reference to which is hereby made for all purposes, and also Being the same land described in deed from C. M. Forsyth to J. O. Sinclair, of record in Vol. 228, page 577, Deed Records of Titus County, Texas, reference to which is hereby made for all purposes.

LESS, HOWEVER, that certain one acre, more or less, out of said tract wherein Grantors home is situated.

LESS AND EXCEPT: That tract or parcel of the above described land conveyed by deed from E. J. Narramore et al to State of Texas, dated January 4, 1947, recorded in Vol. 154, page 629, Deed Records of Titus County, Texas.

Grantors herein reserve unto themselves, their heirs and assigns forever, all of the oil, gas and other minerals, including coal and lignite, and all other mineral substances associated or comingled therewith or produced therefrom, including gas and liquid carbons, in and under and that may be produced and mined from the above described lands.

Grantors herein shall have the full right to lease said lands and premises for oil, gas and other minerals, including coal and lignite, and including all other mineral substances associated or comingled therewith or produced therefrom, including gas and liquid carbons, in and under and that may be produced and mined from the above described lands, and receive all bonuses paid for the execution of any such leases.

This conveyance is given and accepted subject to any and all restrictive covenants and easements imposed upon the property herein conveyed as the same appears of record in the office of the County Clerk of Titus County, Texas.

Grantee herein agrees to assume payment of taxes for the year 1985 and subsequent years.

This conveyance is given and accepted SAVE AND EXCEPT all mineral rights which are presently validly severed from the surface estate."

3846769v1


**RAIL**WORKS®

RailWorks Track Systems, Inc.
1600 West 13th Street
Deer Park, Texas 77536
(713) 815-7814      Fax (713) 815-7840

TO: LUMINANT MINING COMPANY LP
ATTN: ACCOUNTS PAYABLE
P.O. BOX 1636
MT. PLEASANT, TEXAS  75456

### INVOICE

| INVOICE DATE | CUSTOMER NO. | INVOICE NUMBER |
|---|---|---|
| 5/30/2014 | 112251 | 25588 |
| PO # | LOCATION | JOB NO. |
| 118522 | MT. PLEASANT | 525-04-14196-0320 |
| TERMS | DIRECT PAY NO. | |
| NET 45 DAYS | 1-75-2967821-5 | |

****REMIT TO ADDRESS****

REMIT TO: RailWorks Track Systems, Inc.
39545 Treasury Center
Chicago, IL 60694-9500

| ITEM | DESCRIPTION | | | | | | AMOUNT |
|---|---|---|---|---|---|---|---|
| | MONTHLY MAINTENANCE AND REPAIRS TO RAILROAD TRACKS PERFORMED IN APRIL AND MAY 2014 AS DESCRIBED ON THE ATTACHED REPORTS. | | | | | | |
| | 29 REPORTS ATTACHED | | | | | | |
| Line 1 | 826220 | 600 | 1000 | 137 | 6200 | 00005100 | $ 39,077.02 |
| 2 | 826220 | 600 | 1000 | 137 | 6200 | 00003300 | 39,167.21 |
| 3 | 826220 | 600 | 1000 | 137 | 6200 | 00005400 | 18,238.75 |
| | **TOTAL AMOUNT DUE:** | | | | | | $ 96,482.98 |

Recap per attached sheets
LABOR AND SUPERVISION         $   52,011.64

EQUIPMENT                              45,445.92
                                               97,457.56
1% Discount                            (974.58)

                                      $   96,482.98

Promote Safety . . . Every Day!

EX. B

# RAILWORKS TRACK SYSTEMS, INC.

Luminant Mining MT. PLEASANT LABOR DISTRIBUTION RECAP JOB #525-04-14196

MAY 2014

25588

| DAY | DATE | SUPERVISOR REG | SUPERVISOR O/T | FOREMAN REG | FOREMAN O/T | OPERATORS REG | OPERATORS O/T | LABORERS REG | LABORERS O/T | TRUCK DRIVER REG | TRUCK DRIVER O/T | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MONDAY | 21 | 8 | | 8 | | 16 | | 40 | | | | 72 |
| TUESDAY | 22 | 8 | | 8 | | 16 | | 40 | | | | 72 |
| WEDNESDAY | 23 | 8 | | 8 | | 16 | | 32 | | 8 | | 72 |
| THURSDAY | 24 | 8 | | 8 | | 16 | | 40 | | | | 72 |
| FRIDAY | 25 | 8 | | 8 | | 16 | | 37 | | | | 69 |
| SATURDAY | 26 | | | | | | | | | | | 0 |
| SUNDAY | 27 | | | | | | | | | | | 0 |
| MONDAY | 28 | 8 | | 8 | | 24 | | 32 | | | | 72 |
| TUESDAY | 29 | 8 | | 8 | | 24 | | 40 | | | | 80 |
| WEDNESDAY | 30 | 8 | | 8 | | 24 | | 40 | | | | 80 |
| THURSDAY | 1 | 8 | | 8 | | 24 | | 40 | | | | 80 |
| FRIDAY | 2 | 8 | | 8 | | 24 | | 32 | | 8 | | 80 |
| SATURDAY | 3 | | | | | | | | | | | 0 |
| SUNDAY | 4 | | | | | | | | | | | 0 |
| MONDAY | 5 | 8 | | 8 | | 24 | | 40 | | | | 80 |
| TUESDAY | 6 | 8 | | 8 | | 24 | | 40 | | | | 80 |
| WEDNESDAY | 7 | 8 | | 8 | | 24 | | 40 | | | | 80 |
| THURSDAY | 8 | 8 | | 8 | | 24 | | 40 | | | | 80 |
| FRIDAY | 9 | 8 | | 8 | | 24 | | 40 | | | | 80 |
| SATURDAY | 10 | | | | | | | | | | | 0 |
| SUNDAY | 11 | | | | | | | | | | | 0 |
| MONDAY | 12 | 8 | | 8 | | 24 | | 40 | | | | 80 |
| TUESDAY | 13 | 8 | | 8 | | 24 | | 40 | | | | 80 |
| WEDNESDAY | 14 | 8 | | 8 | | 24 | | 32 | | 14 | | 86 |
| THURSDAY | 15 | 8 | | 8 | | 24 | | 32 | | | | 72 |
| FRIDAY | 16 | 8 | | 8 | | 24 | | 32 | | | | 72 |
| SATURDAY | 17 | | | | | | | | | | | 0 |
| SUNDAY | 18 | | | | | | 1 | | | | | 1 |
| MONDAY | 19 | | | 9 | | 24 | | 24 | | 8 | | 65 |
| TUESDAY | 20 | 8 | | 9 | | 24 | | 24 | | 8 | | 73 |
| WEDNESDAY | 21 | 8 | | 10 | | 25 | | 38 | | | | 81 |
| THURSDAY | 22 | 8 | | 8 | | 24 | | 24 | | 8 | | 72 |
| FRIDAY | 23 | 8 | | 4 | 5 | 23 | | 20 | 4 | 6 | 2 | 72 |
| SATURDAY | 24 | | | | | | | | | | | 0 |
| SUNDAY | 25 | | | | | | | | | | | 0 |
| TOTAL HOURS | | 192 | 0 | 200 | 5 | 560 | 1 | 879 | 4 | 60 | 2 | 1903 |
| RATES $$$ | | $45.60 | $58.00 | $33.55 | $45.29 | $29.12 | $39.31 | $20.86 | $28.17 | $24.32 | $32.83 | |
| TOTAL $$$ | | $8,755.20 | $0.00 | $6,710.00 | $226.45 | $16,307.20 | $39.31 | $18,335.94 | $112.68 | $1,459.20 | $65.66 | |

TOTAL LABOR   $52,011.64

**RAIL**WORKS TRACK SYSTEMS - TEXAS, INC.

EQUIPMENT HOURS AT LUMINANT MINING MT. PLEASANT 525-04-14196

MAY 2014

25588

| DAY | F-MAN P/U | SUPT P/U | HR CREW TRK 04251 | CREW TRK 04214 | MINI INSPECT P/U 02534 | TAM PER 07068 | BAL REG 23038 | IT-58 LOADER 11110 | D4-H DOZER | AIR DRILL | BACK HOE 12146 | HYD RAIL DRILL | EQUIP TRLR 1S841 | PUSH CART | 3RD PARTY LOADER | TIE INSRT | AIR COMPANY/TOOLS | ROLL DECK HAUL TRUCK | HAUL TRUCK/TRAILER | HYDRO PROFILE GRINDE | 90# JACK HAMMER | CONCRETE VIBRATOR | TIE CRANE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 | 8 | 8 | 8 | 8 | | | | | | | 8 | | | | | | | | | | | | | 40 |
| 22 | 8 | 8 | 8 | 8 | | | | | | | 8 | | | | | | | | | | | | | 40 |
| 23 | 8 | 8 | 8 | 8 | 8 | | | 8 | | | 8 | | 8 | | | | | | | | | | | 64 |
| 24 | 8 | 8 | 8 | 8 | | | | | | | 8 | | | | | | | | | | | | | 40 |
| 25 | 8 | 8 | 8 | | | | | | | | 8 | | | | | | | | | | | | | 40 |
| 26 | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| 27 | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| 28 | 8 | 8 | 8 | 8 | | | 8 | | | | 8 | | | | | | | | | | | | | 40 |
| 29 | 8 | 8 | 8 | 8 | | | 8 | 8 | | | 8 | | | | | | | | | | | | | 40 |
| 30 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | | | 8 | | | | | | | | | | | | 8 | 64 |
| 1 | 8 | 8 | 8 | 8 | | 8 | 8 | 8 | | | 8 | | | | | | | | | | | | | 64 |
| 2 | 8 | 8 | 8 | 8 | | 8 | 8 | 8 | | | 8 | | 8 | | | | | | | | | | 8 | 88 |
| 3 | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| 4 | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| 5 | 8 | 8 | 8 | 8 | | | | | | | 8 | | | | | | | | | | | | | 40 |
| 6 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | | | 8 | | | | | | | | | | | | | 64 |
| 7 | 8 | 8 | 8 | 8 | | 8 | 8 | 8 | | | 8 | | 8 | | | | | | | | | | | 56 |
| 8 | 8 | 8 | 8 | 8 | | 8 | 8 | 8 | | | 8 | | | | | | | | | | | | 8 | 80 |
| 9 | 8 | 8 | 8 | 8 | | 8 | 8 | 8 | | | 8 | | | | | | | | | | | | | 64 |
| 10 | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| 11 | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| 12 | 8 | 8 | 8 | 8 | | | 8 | 8 | | | 8 | | | | | | | | | | | | | 48 |
| 13 | 8 | 8 | 8 | 8 | | | | | | | | | | | | | | | | | | | | 32 |
| 14 | 8 | 8 | 8 | 8 | 8 | | 8 | 8 | | | 8 | | | | | | | 14 | | | | | | 70 |
| 15 | 8 | 8 | 8 | 8 | | | | 8 | | | 8 | | 8 | | | | | | | | | | | 48 |
| 16 | 8 | 8 | 8 | 8 | | | | 8 | | | 8 | | 8 | | | | | | | | | | | 48 |
| 17 | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| 18 | 1 | | | | | | | | | | | | | | | | | | | | | | | 1 |
| 19 | 9 | 8 | 8 | 8 | | 8 | 8 | 9 | | | 8 | | 8 | 8 | | | | | | | | | | 57 |
| 20 | 10 | 8 | 9 | 9 | 8 | 8 | 8 | 8 | | | 8 | | | 8 | | | | | | | | | | 73 |
| 21 | 8 | 8 | 10 | 9 | | | | 8 | | | 9 | | | 8 | | | | | | | | | | 55 |
| 22 | 8 | 8 | 8 | 8 | | | | 8 | | | 8 | | 8 | 8 | | | | | | | | | | 56 |
| 23 | 8 | 8 | 8 | 8 | | | | 8 | | | 8 | | 8 | | | | | | | | | | | 56 |
| 24 | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| 25 | | | | | | | | | | | | | | | | | | | | | | | | 0 |
| **TOTAL** | 205.0 | 192.0 | 202.0 | 201.0 | 32.0 | 72.0 | 72.0 | 97.0 | - | - | 193.0 | - | 48.0 | 16.0 | | - | - | 14.0 | - | - | - | - | 16.0 | 1300 |
| | (173.0) | (173.0) | (173.0) | (173.0) | (173.0) | | | | | | | | | | | | | | | | | | | (865.0) |
| | 32.0 | 19.0 | 29.0 | 28.0 | (141.0) | | | | | | | | | | | | | | | | | | | 495.0 |

**RAIL**WORKS TRACK SYSTEMS, INC.

EQUIPMENT AT LUMINANT MINING CO. 525-04-14196

MAY 2014

| UNIT NO. | DESCRIPTION | HOURLY RATE | HOURS USED | HOURLY TOTAL | MONTHLY BASE | INVOICE AMOUNT |
|---|---|---|---|---|---|---|
| IC | Foreman's Pickup Truck | 9.00 | 32.0 | 288.00 | 1,100.00 | 1,388.00 |
| JS | Superintendent Pickup Truck | 9.00 | 19.0 | 171.00 | 1,100.00 | 1,271.00 |
| 04-214 | Crew Truck | 28.00 | 29.0 | 812.00 | 5,000.00 | 5,812.00 |
| 04-251 | Crew Truck Hi-Rail | 33.00 | 28.0 | 924.00 | 5,800.00 | 6,724.00 |
| 02-534 | Inspection Truck | 20.00 | 0.0 | 0.00 | 2,000.00 | 2,000.00 |
| 07-068 | Mark I Tamper | 73.00 | 72.0 | 5,256.00 | 3,500.00 | 8,756.00 |
| 23-038 | Ballast Regulator | 33.00 | 72.0 | 2,376.00 | 2,975.00 | 5,351.00 |
| 11-110 | Loader- IT-38 CAT | 30.00 | 97.0 | 2,910.00 | 2,900.00 | 5,810.00 |
| 12-146 | Backhoe Loader w/ Thumb | 15.00 | 193.0 | 2,895.00 | 2,160.00 | 5,055.00 |
| 19-341 | 12 Ton Equipment Trailer | 14.00 | 48.0 | 672.00 | 225.00 | 897.00 |
| WL-000 | Welder-Small | 16.00 | 0.0 | 0.00 | 175.00 | 175.00 |
| | | | 590.0 | | | 43,239.00 |

AS NEEDED EQUIPMENT (HOURLY, WEEKLY OR MONTHLY)

| UNIT NO. | DESCRIPTION | HOURLY RATE | HOURS USED | HOURLY TOTAL | WEEKLY/ MONTHLY | INVOICE AMOUNT |
|---|---|---|---|---|---|---|
| | Tie Crane | 55.00 | 16.0 | 880.00 | 0.00 | 880.00 |
| | Tie Inserter | 65.00 | 0.0 | 0.00 | 0.00 | 0.00 |
| | Roll Deck Haul Truck | 60.00 | 14.0 | 840.00 | 0.00 | 840.00 |
| | Haul Truck Tractor | 77.00 | 0.0 | 0.00 | 0.00 | 0.00 |
| | | | 620.0 | | | 1,720.00 |

EQUIPMENT SUB-TOTAL          $44,959.00

|  | Price | Fuel Factor | |
|---|---|---|---|
| PLUS: FUEL SURCHARGE (US DOE DIESEL) | $  3.78 | 0.01083 $ | 486.92 |

TOTAL EQUIPMENT CHARGE          $45,445.92

# RAILWORKS™

**EXTRA WORK REPORT**

CI 48097

WORK PERFORMED FOR: _Leon-Wrght_

NAME OF JOB: _23059_

AUTHORIZED BY: _mike wright_    DATE: _4-24-14_

JOB LOCATION _Montcello_    JOB No. _53b-04-114 86_

## DESCRIPTION OF WORK
### LIST EACH OPERATION SEPARATELY

Replace 3 rails
need line ends
off card fipt
car mold cable
souff.

### SUPERVISION AND OPERATORS

| TYPE | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Repair Supent | 8 | | |
| Foreman | 8 | | |
| Oper | 16 | | |
| | | | |

$

### LABOR

| NUMBER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| LR7810 | 90 | | |

$

### EQUIPMENT AND MISC. EXPENSE

| TYPE | HOURS | RATE | AMOUNT |
|---|---|---|---|
| | 6 | | |
| | 8 | | |

$

SEPARATE REPORT WILL BE RENDERED COVERING MATERIAL FURNISHED

| | |
|---|---|
| 32.1 | |
| 629 | |
| 2946 | |
| 2058 | |
| 3742 | |
| 342 | |
| 3 956 | |
| 9,9246 | |

$

INSPECTOR _____

PURCHASE ORDER NUMBER: _____

TIMEKEEPER _____

INVOICE SUPPORT

(THIS FORM TO BE MADE AND SIGNED DAILY)

# RAILWORKS™

## EXTRA WORK REPORT

CP 48098

WORK PERFORMED FOR: _Lieuteant_

AUTHORIZED BY: _Mike Smith_    DATE: _4-22-14_

NAME OF JOB: _23057_    JOB LOCATION: _Monticello_    JOB NO. _525-04-14192_

### SUPERVISION AND OPERATORS

| DESCRIPTION OF WORK LIST EACH OPERATION SEPARATELY | TYPE | HOURS | RATE | AMOUNT | NUMBER OF MEN | LABOR HOURS | RATE | AMOUNT | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DESPIKE 3 EACH BOX | Operat Foreman | 8 | | | Labor | 40 | | | 2761 | |
| OD 13 TIES. WELLS | | | | | | | | | 1745 | |
| LOC STORS | Foreman | 8 | | | | | | | 0406 | |
| OFF LOAD PLUG | | | | | | | | | 2054 | |
| OA 100CTH MATEH | Operat | 16 | | | | | | | 2055 | |
| LINE. | | | | | | | | | 3942 | |
| | | | | | | | | | 2412 | |
| | | | | | | | | | 2496 | |
| | | | | | | | | | 945246 | |

### EQUIPMENT AND MISC. EXPENSE

| | TYPE | HOURS | RATE | AMOUNT | | TYPE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | Foreman PU | 8 | | | | Fuel UW | 0 | | |
| | Fuel PU | 8 | | | | 1-33 | 0 | | |
| | Weldr | 8 | | | | Crew Cab | 8 | | |
| | Crew Truck | 0 | | | | Eq Truck | | | |
| | Foreman PU | 0 | | | | | | | |
| | Dumper | | | | | | | | |

TIMEKEEPER _signature_

INVOICE SUPPORT

SEPARATE REPORT WILL BE RENDERED COVERING MATERIAL FURNISHED

(THIS FORM TO BE MADE AND SIGNED DAILY)

RAILWORKS™

INSPECTOR _signature_

PURCHASE ORDER NUMBER: ___

# RAILWORKS™

## EXTRA WORK REPORT

CP 48099

WORK PERFORMED FOR: _Leonardo T_

AUTHORIZED BY: _Bridge Ein 574_    DATE: _4-23-14_

NAME OF JOB: _23054_    JOB LOCATION _MONTICELLO_    JOB No. _535-04-144_

### DESCRIPTION OF WORK
### LIST EACH OPERATION SEPARATELY

Replace 1 Tie & Ech-tie

Cut @ 1-30

Pull bottom side
To A-2 for
table conny.

### SUPERVISION AND OPERATORS

| TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Labor foreman | 8 | | |
| Foreman | 8 | | |
| Operator | 16 | | |
| | | | |
| | | | |
| | | | $ |

### LABOR

| NUMBER (OR %) | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Labor | 4 | | |
| | 32 | | |
| Flagman | 8 | | |
| | | | |
| | | | |
| | | | $ |

### EQUIPMENT AND MISC. EXPENSE

| TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Loader | | | |
| Excavator | | | |
| Backhoe | | | |
| Dump Truck 8 | | | |
| | | | |
| | | | $ |

| TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Backhoe | | | |
| 1-30 | | | |
| Brushtruck | | | |
| Eq Truck | | | |
| | | | |
| | | | $ |

Job #
224
624
6448
7054
7055
3742
3442
2446
959244

$

SEPARATE REPORT WILL BE RENDERED COVERING MATERIAL FURNISHED

$

INVOICE SUPPORT

INSPECTOR

TIMEKEEPER

PURCHASE ORDER NUMBER:

(THIS FORM TO BE MADE AND SIGNED DAILY)

RAILWORKS.

# RAILWORKS™

## EXTRA WORK REPORT

CP 46651

WORK PERFORMED FOR: _____ Germany _____

AUTHORIZED BY: M Blacksmith DATE: 4-24-14

NAME OF JOB: _____ 33061 _____

JOB LOCATION Mon/Tupello JOB NO. 2504-4112

### DESCRIPTION OF WORK
LIST EACH OPERATION SEPARATELY

Replace 2 broken ties, inspect 9 built up per 1-ton made 4 broken field welds

### SUPERVISION AND OPERATORS

| TYPE | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Gorman | 8 | | |
| Foreman | 8 | | |
| Foreman | 8 | | |
| 01932 | 16 | | |
| | | | |
| | | | |
| TOTAL | | | $ |

### LABOR

| NUMBER OF MEN | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Labor | 5 40 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | $ |

### EQUIPMENT AND MISC. EXPENSE

| TYPE | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Family | 8 | | |
| Foreman | 8 | | |
| Foreman | 8 | | |
| Inspector | 0 | | |
| Tamper | 0 | | |
| | | | $ |

2201
6874
6446
2084
2083
2392
2412
9796
91946

$

Ramsett

SEPARATE REPORT WILL BE RENDERED COVERING MATERIAL FURNISHED

INSPECTOR _____

PURCHASE ORDER NUMBER: _____

TIMEKEEPER _____

(THIS FORM TO BE MADE AND SIGNED DAILY)

INVOICE SUPPORT

RAILWORKS™

# RAILWORKS™

## EXTRA WORK REPORT

CP 46652

WORK PERFORMED FOR: _Lamont_

NAME OF JOB: _22079_

AUTHORIZED BY: _Mike Smith_   DATE: _4-25-14_

JOB LOCATION: _Monticello_   JOB NO. _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_

### SUPERVISION AND OPERATORS

| DESCRIPTION OF WORK LIST EACH OPERATION SEPARATELY. | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Before 2 each inspection | General Foreman | 8 | | |
| rail | | | | |
| Move two each field weld. | Foreman | 8 | | |
| | Welder | 16 | | |
| | | | | |
| | | | | |
| | TOTAL | | | $ |

### LABOR

| NUMBER OF MEN | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Labor | 5 | 37 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | $ |

### EQUIPMENT AND MISC. EXPENSE

| TYPE | HOURS | RATE | AMOUNT | TYPE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| Truck | 8 | | | Welder | 0 | | |
| Truck | 8 | | | 1773 | 0 | | |
| Backhoe | 8 | | | Backhoe | 8 | | |
| Welder | 0 | | | Truck | 0 | | |
| Tamper | 0 | | | | | | |
| | | | $ | | | | $ |

Budget #

225-1
629
1446
7054
2055
5574
1412
3456
94974  $

SEPARATE REPORT WILL BE RENDERED COVERING MATERIAL FURNISHED

INSPECTOR

PURCHASE ORDER NUMBER:

TIMEKEEPER   $

INVOICE SUPPORT

(THIS FORM TO BE MADE AND SIGNED DAILY)

RAILWORKS™

# RAILWORKS™

**EXTRA WORK REPORT**

**CP** 46653

WORK PERFORMED FOR: _Lamont_

NAME OF JOB: _230th_

AUTHORIZED BY: _Mike Smith_

JOB LOCATION _Montebello_    DATE: _4-28-14_    JOB No. _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_

## SUPERVISION AND OPERATORS

| DESCRIPTION OF WORK — LIST EACH OPERATION SEPARATELY | TYPE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Remove 1 Defective Rail South 2.3.3. | General Support | 8 | | |
| | Foreman | 8 | | |
| Replace 1 Route (For South EB Switch) (Old Route) * | Operator | 24 | | |
| | | | | |
| | | | | |
| | | | | |
| | TOTAL | | | $ |

## LABOR

| | NUMBER OF MEN | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Labor | 4 | 32 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | TOTAL | | $ |

## EQUIPMENT AND MISC. EXPENSE

| TYPE | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Truck | 8 | | |
| Backhoe | 8 | | |
| | | | |
| | | | |
| | | | |
| | TOTAL | | $ |

THIS REPORT WILL BE RENDERED COVERING MATERIAL FURNISHED

INSPECTOR

PURCHASE ORDER NUMBER:

TIMEKEEPER

(THIS FORM TO BE MADE AND SIGNED DAILY)

RAILWORKS.

INVOICE SUPPORT

CP 48100

# RAILWORKS™

## EXTRA WORK REPORT

WORK PERFORMED FOR: _Lohman T_

NAME OF JOB: _23051_

AUTHORIZED BY: _Mike Smith_  DATE: _4-29-14_

JOB LOCATION _Monticello_  JOB No. _525-04-448_

### SUPERVISION AND OPERATORS

| DESCRIPTION OF WORK LIST EACH OPERATION SEPARATELY | TYPE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Replace 4 each Defect Type Bar Bled Rail Ends | Superk Foreman | 8 | | |
| | Foreman | 8 | | |
| | Oper (2) | 24 | | |
| | | | | |
| | | | | $ |

### LABOR

| | MANAGER ORDER | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| | Crew | 40 | | |
| | | | | |
| | | | | |
| | | | | $ |

### EQUIPMENT AND MISC. EXPENSE

| TYPE | HOURS | TYPE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | | 0 | | |
| | | 1738 | 0 | | |
| | | | 8.0 | | |
| | | | | | |
| | | | 0 | | $ |

$ _____

$ _____

SEPARATE REPORT WILL BE RENDERED COVERING MATERIAL FURNISHED

INVOICE SUPPORT

INSPECTOR

PURCHASE ORDER NUMBER: _____

TIMEKEEPER

# RAILWORKS.

(THIS FORM TO BE MADE AND SIGNED DAILY)

# RAILWORKS™

**EXTRA WORK REPORT**

CP 46726

WORK PERFORMED FOR: _Lanyaw_

NAME OF JOB: _23051_ 

AUTHORIZED BY: _Mike Sirois_   DATE: _4-30-14_

JOB LOCATION: _Monticello_   JOB No. _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_

## SUPERVISION AND OPERATORS

| DESCRIPTION OF WORK<br>LIST EACH OPERATION SEPARATELY | TYPE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Repair 5 cross frogm General | General Foreman | 8 | | |
| MH CR X-2. | | | | |
| Replace 2 back | Foreman | 8 | | |
| defects weld 14 | | | | |
| on crof. Bridge | OPR 5 | 7.5 | | |
| | | | | |
| | | | | $ |

## LABOR

| | NUMBER<br>OF MEN | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Labor | 5 | 40 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | $ |

## EQUIPMENT AND MISC. EXPENSE

| TYPE | HOURS | RATE | AMOUNT | TYPE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| F truck | 8 | | | Truck | 8 | | |
| Flat PU | 8 | | | 1139 | | | |
| MH Crew | 8 | | | Machine | 8 | | |
| Operator | 8 | | | Excavator | 0 | | |
| Inspector | 0 | | | | | | |
| Laborer | 8 | | | | | | |
| | | | | | | | $ |

SEPARATE REPORT WILL BE RENDERED COVERING MATERIAL FURNISHED

INVOICE SUPPORT

INSPECTOR

TIMEKEEPER

(THIS FORM TO BE MADE AND SIGNED DAILY)

RAILWORKS.

PURCHASE ORDER NUMBER:

# RAILWORKS™

## EXTRA WORK REPORT

CP 46727

WORK PERFORMED FOR: _____

AUTHORIZED BY: _____ DATE: 5-1-14

NAME OF JOB: 23051    JOB LOCATION: _____    JOB No. 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

### SUPERVISION AND OPERATORS

| DESCRIPTION OF WORK LIST EACH OPERATION SEPARATELY | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| | | 8 | | |
| | | 8 | | |
| | | | | |
| | | 24 | | |
| | | | | |
| | | | | |
| | | | | |
| **TOTAL** | | | | $ |

### LABOR

| | NUMBER OF MEN | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| | | 40 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | $ |

### EQUIPMENT AND MISC. EXPENSE

| TYPE | HOURS | RATE | AMOUNT | | TYPE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | 8 | | | | | | | |
| | 8 | | | | | | | |
| | 8 | | | | | | | |
| | 0 | | | | | | | |
| | 0 | | | | | | | |
| | | | $ | | | | | $ |

SEPARATE REPORT WILL BE RENDERED COVERING MATERIAL FURNISHED

INVOICE SUPPORT

INSPECTOR _____

PURCHASE ORDER NUMBER: _____

TIMEKEEPER _____

(THIS FORM TO BE MADE AND SIGNED DAILY)

RAILWORKS™

# RAILWORKS™

## EXTRA WORK REPORT

CP 46728

WORK PERFORMED FOR: _Lightrail_

AUTHORIZED BY: _Mike Smith_   DATE: 5-2-14

NAME OF JOB: 23057

JOB LOCATION _Montpelier O_   JOB No. 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

### SUPERVISION AND OPERATORS

| DESCRIPTION OF WORK — LIST EACH OPERATION SEPARATELY | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| | General Support | 8 | | |
| | Support | 8 | | |
| | Foreman | 14 | | |
| | Oper 3 | | | |
| TRACK CASUALTIES / REPAIR | | | | $ |

### LABOR

| | NUMBER OF MEN | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| | Labor | 32 | | |
| | Tranista | 8 | | |
| | | | | $ |

### EQUIPMENT AND MISC. EXPENSE

| TYPE | HOURS | RATE | AMOUNT | TYPE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | 8 | | | | 8 | | |
| | 8 | | | | 8 | | |
| | 8 | | | | | | |
| | 8 | | | | | | |
| | | | | | | | |
| | 8 | | | | | | $ |

SEPARATE REPORT WILL BE RENDERED COVERING MATERIAL FURNISHED

INVOICE SUPPORT

INSPECTOR

PURCHASE ORDER NUMBER.

TIMEKEEPER

(THIS FORM TO BE MADE AND SIGNED DAILY)

RAILWORKS.

# RAILWORKS™

## EXTRA WORK REPORT

CP 46654

WORK PERFORMED FOR: _LUMINANT_

AUTHORIZED BY: _Mike Smith_    DATE: _5-5-14_

NAME OF JOB: _23060_    JOB LOCATION _MONTICELLO_    JOB No. _535044498_

### DESCRIPTION OF WORK
LIST EACH OPERATION SEPARATELY

### SUPERVISION AND OPERATORS

| | TYPE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| | General Foreman | 8 | | |
| | Foreman | 8 | | |
| | Operator | 24 | | |
| | | | | |
| | | | | |
| | | | | $ |

### LABOR

| | NUMBER OF MEN | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| | Labor | 5 / 40 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | $ |

### EQUIPMENT AND MISC. EXPENSE

| TYPE | HOURS | RATE | AMOUNT |
|---|---|---|---|
| | 0 | | |
| | 0 | | |
| | 8 | | |
| | 0 | | |
| | 0 | | |
| | | | $ |

SEPARATE REPORT WILL BE RENDERED COVERING MATERIAL FURNISHED

INSPECTOR: _____

PURCHASE ORDER NUMBER: _____

TIMEKEEPER _____

INVOICE SUPPORT

(THIS FORM TO BE MADE AND SIGNED DAILY)

# RAILWORKS™  EXTRA WORK REPORT  CP 46655

WORK PERFORMED FOR: _____  AUTHORIZED BY: _____  DATE: 5-6-14

NAME OF JOB: _____  JOB LOCATION: _____  JOB No. 515-04-446

## SUPERVISION AND OPERATORS

| DESCRIPTION OF WORK — LIST EACH OPERATION SEPARATELY | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| | General Supervisor | 8 | | |
| | Foreman | 8 | | |
| | Oper x3 | 24 | | |
| | | | | |
| TOTAL | | | | $ |

## LABOR

| | NUMBER OF MEN | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| | Labor | 5 | 40 | |
| | | | | |
| | | | | $ |

## EQUIPMENT AND MISC. EXPENSE

| TYPE | HOURS | RATE | AMOUNT | TYPE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| Foreman | 8 | | | | 8 | | |
| | 8 | | | | 8 | | |
| | 8 | | | | 0 | | |
| | 8 | | | | | | |
| | 8 | | | | | | $ |

SEPARATE REPORT WILL BE RENDERED COVERING MATERIAL FURNISHED

(THIS FORM TO BE MADE AND SIGNED DAILY)

INSPECTOR _____   TIMEKEEPER _____

PURCHASE ORDER NUMBER: _____   INVOICE SUPPORT

**RAIL**WORKS™

EXTRA WORK REPORT

CP 46656

WORK PERFORMED FOR: _____

AUTHORIZED BY: _____ DATE: 5-7-14

NAME OF JOB: 23061

JOB LOCATION _____ JOB No. _____

### DESCRIPTION OF WORK
LIST EACH OPERATION SEPARATELY

| SUPERVISION AND OPERATORS | | | | | | LABOR | | | |
|---|---|---|---|---|---|---|---|---|---|
| TYPE | HOURS | RATE | AMOUNT | NUMBER OF MEN | HOURS | RATE | AMOUNT | | |
| General Foreman | 8 | | | | 40 | | | | |
| Foreman | 8 | | | | | | | | |
| Operator | 8 | | | | | | | | |
| | | | | | | | | | |

TOTAL $           $           $

### EQUIPMENT AND MISC. EXPENSE

| TYPE | HOURS | RATE | AMOUNT | TYPE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

TOTAL $           $

SEPARATE REPORT WILL BE RENDERED COVERING MATERIAL FURNISHED

INSPECTOR _____

PURCHASE ORDER NUMBER: _____

TIMEKEEPER _____

INVOICE SUPPORT

(THIS FORM TO BE MADE AND SIGNED DAILY)

**RAIL**WORKS.

# RAILWORKS™ — EXTRA WORK REPORT

CP 46657

WORK PERFORMED FOR: _Lumment_

AUTHORIZED BY: _Mike Smith_    DATE: _5-8-14_

NAME OF JOB: _2205?_    JOB LOCATION: _Monticello_    JOB No. _5354449E_

## SUPERVISION AND OPERATORS

| DESCRIPTION OF WORK — LIST EACH OPERATION SEPARATELY | TYPE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| | | 8 | | |
| | | 8 | | |
| | | 2 Y | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | $ |

## LABOR

| | NUMBER OF MEN | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| | office | 40 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | $ |

## EQUIPMENT AND MISC. EXPENSE

| TYPE | HOURS | RATE | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | $ |

SEPARATE REPORT WILL BE RENDERED COVERING MATERIAL FURNISHED

(THIS FORM TO BE MADE AND SIGNED DAILY)

TIMEKEEPER: _____

RAILWORKS.

INVOICE SUPPORT

INSPECTOR: _____

PURCHASE ORDER NUMBER: _____

# RAILWORKS™ — EXTRA WORK REPORT

**CP 46659**

WORK PERFORMED FOR: Lamirant

NAME OF JOB: 23059

AUTHORIZED BY: M. Wigsmith   DATE: 5-12-14

JOB LOCATION: Twin Oaks   JOB No.: S250HH446

**DESCRIPTION OF WORK** (LIST EACH OPERATION SEPARATELY): CLEAN OIL SWITCHES / Inspect Yard.

## SUPERVISION AND OPERATORS

| | HOURS | RATE | AMOUNT |
|---|---|---|---|
| General Support | 8 | | |
| Foreman | 8 | | |
| OPR-3 | 24 | | |
| | | | $ |

## LABOR

| | NUMBER OF MEN | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Labor | 5 | 40 | | |
| | | | | $ |

## EQUIPMENT AND MISC. EXPENSE

| TYPE | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Truck | 08 | | |
| 17.3 | 8 | | |
| Backhoe | | | |
| Equip | 0 | | |
| | | | $ |

SEPARATE REPORT WILL BE RENDERED COVERING MATERIAL FURNISHED

TOTAL $

TIMEKEEPER

(THIS FORM TO BE MADE AND SIGNED DAILY)

**RAILWORKS™**

INVOICE SUPPORT

INSPECTOR

PURCHASE ORDER NUMBER:

# RAILWORKS™

## EXTRA WORK REPORT

CP 46660

WORK PERFORMED FOR: _Long Front_

AUTHORIZED BY: _MIKE Smith_   DATE: _5-13-14_

NAME OF JOB: _23061_

JOB LOCATION _MONTICELLO_   JOB No. _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G_

### SUPERVISION AND OPERATORS

| DESCRIPTION OF WORK LIST EACH OPERATION SEPARATELY | TYPE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| CLEAN OIL SWITCHES | GENERAL FOREMAN | 8 | | |
| MEET YARD RUN | FOREMAN | 8 | | |
| @ F.T. | OILER | 24 | | |
| | | | | $ |

### LABOR

| NUMBER OF MEN | TYPE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| | LABOR | 40 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | $ |

(right margin handwritten column)
_Target_
236/
627
6500
4496
2084
2065
3342
3542
3056 055 246

$

### EQUIPMENT AND MISC. EXPENSE

| TYPE | HOURS | RATE | AMOUNT | TYPE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| FOREMAN PU | 8 | | | BACKHOE | 0 | | |
| FLATBED PU | 8 | | | P-17-79 | 0 | | |
| AIR COMP | 8 | | | BACKHOE | 0 | | |
| GENERATOR | 8 | | | EXCAV | 0 | | |
| JUMPED | 0 | | | | | | |
| TAMPER | | | | | | | |
| | | | $ | | | | $ |

SEPARATE REPORT WILL BE RENDERED COVERING MATERIAL FURNISHED

INVOICE SUPPORT

INSPECTOR _____

PURCHASE ORDER NUMBER. _____

TIMEKEEPER _____

(THIS FORM TO BE MADE AND SIGNED DAILY)

## RAILWORKS.

**RAILWORKS™**

CP 46661

EXTRA WORK REPORT

WORK PERFORMED FOR: _CLERMONT_

AUTHORIZED BY: _Mike Smith_   DATE: _5-14-14_

NAME OF JOB: _23053_

JOB LOCATION: _MONTICELLO_   JOB No. _52504-4461_

## SUPERVISION AND OPERATORS

| DESCRIPTION OF WORK LIST EACH OPERATION SEPARATELY | TYPE | HOURS | RATE | AMOUNT | NUMBER OF MEN | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| (CREW) | General Foreman | 8 | | | 4 CREW | 32 | | |
| MOVE GRAND MFG | Laborer | 8 | | | | | | |
| " LEVEL TRESTLE | MNGR | 24 | | | | | | |
| | | | | | | | | |

TOTAL $

## LABOR

(amounts column, right margin)
224
6,748
1,300
1,446
2,084
1,185
3,842
3,186

$

## EQUIPMENT AND MISC. EXPENSE

| | TYPE | HOURS | RATE | AMOUNT | TYPE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | Forklift | 8½ | | | Manlift | 8 | | |
| | Cut TV | 8 | | | 17-39 | | | |
| | Pickup | 8 | | | Freightliner | 8 | | |
| | Excavator | 8 | | | Pickup | | | |
| | Project | 0 | | | | | | |
| | Dozer | 0 | | | | | | |

$   $

SEPARATE REPORT WILL BE RENDERED COVERING MATERIAL FURNISHED

INVOICE SUPPORT

INSPECTOR

PURCHASE ORDER NUMBER:

TIMEKEEPER

(THIS FORM TO BE MADE AND SIGNED DAILY)

**RAILWORKS®**

# RAILWORKS™

## EXTRA WORK REPORT

CP 46662

WORK PERFORMED FOR: _Carmont_

AUTHORIZED BY: _RailWorks/TD_   DATE: 5-15-14

NAME OF JOB: _22055_   JOB LOCATION _4204/706500_   JOB No. 57604/4446

### DESCRIPTION OF WORK
### LIST EACH OPERATION SEPARATELY

### SUPERVISION AND OPERATORS

| | HOURS | RATE | AMOUNT | NUMBER OF MEN | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

### LABOR

### EQUIPMENT AND MISC. EXPENSE

| TYPE | HOURS | RATE | AMOUNT | TYPE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

SEPARATE REPORT WILL BE RENDERED COVERING MATERIAL FURNISHED

INSPECTOR

PURCHASE ORDER NUMBER:

INVOICE SUPPORT

TIMEKEEPER

(THIS FORM TO BE MADE AND SIGNED DAILY)

RAILWORKS.

# RAILWORKS™

## EXTRA WORK REPORT

CP 46663

WORK PERFORMED FOR: Comcast

AUTHORIZED BY: Walter Smith    DATE: 5-16-14

NAME OF JOB: 23059

JOB LOCATION: Montibello    JOB NO. 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

### SUPERVISION AND OPERATORS

| DESCRIPTION OF WORK LIST EACH OPERATION SEPARATELY | | HOURS | RATE | AMOUNT | NUMBER OF MEN | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| Clean pad oil Switch # 33 B new pad. | General Support | 8 | | | Crew | 4 | 32 | |
| | Foreman | 8 | | | | | | |
| Continue organials OIL 19 track | Opers 3 | 24 | | | | | | |
| | | | | $ | | | | $ |

### EQUIPMENT AND MISC. EXPENSE

| | TYPE | HOURS | RATE | AMOUNT | TYPE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | Front Loader | 8 | | | Hilo | 8 | | |
| | Excavator | 8 | | | 11-34 | 8 | | |
| | Welder | 8 | | | Welder | 8 | | |
| | Generator | 0 | | | Gen Set | 0 | | |
| | Tamper | 0 | | | | | | |
| | | | | $ | | | | $ |

SEPARATE REPORT WILL BE RENDERED COVERING MATERIAL FURNISHED

INSPECTOR

PURCHASE ORDER NUMBER:

TIMEKEEPER    (THIS FORM TO BE MADE AND SIGNED DAILY)

INVOICE SUPPORT    RAILWORKS.

# RAILWORKS™

## EXTRA WORK REPORT

CP 46664

WORK PERFORMED FOR: _Lumont_

AUTHORIZED BY: _mikson-74_    DATE: _5-18-14_

NAME OF JOB: _23051_    JOB LOCATION _MonTuBELLO_    JOB NO. _55-04446_

### SUPERVISION AND OPERATORS

| DESCRIPTION OF WORK LIST EACH OPERATION SEPARATELY | HOURS | RATE | AMOUNT |
|---|---|---|---|
| OPEL NUT CA 2 _Gregory_ | 1/2 c5 | | |
| TAPP OUT OF LINE | 1/2 Ø c5 | | |
| | 1/4 c5 | | |
| | 1/4 Ø c5 | | |
| | 1/4 c5 | | |
| | 1/4 Ø c5 | | |
| | 1/4 c5 | | |
| TOT | | | $ |

### LABOR

| NUMBER OF MEN | HOURS | RATE | AMOUNT |
|---|---|---|---|
| | 1/2 c5 | | |
| | 1/2 Ø | | |
| | 1/4 c5 | | |
| | 1/4 Ø | | |
| | 1/4 c5 | | |
| | 1/4 Ø | | |
| | 1/4 c5 | | |
| | | | $ |

### EQUIPMENT AND MISC. EXPENSE

| TYPE | HOURS | RATE | AMOUNT |
|---|---|---|---|
| _Formani_ | 1 | | |
| | | | |
| | | | |
| | | | |
| | | | $ |

| TYPE | HOURS | RATE | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | $ |

SEPARATE REPORT WILL BE RENDERED COVERING MATERIAL FURNISHED.

(THIS FORM TO BE MADE AND SIGNED DAILY)

TIMEKEEPER

INVOICE SUPPORT

INSPECTOR: _____

PURCHASE ORDER NUMBER: _____

# RAILWORKS™

## EXTRA WORK REPORT

CP 46729

WORK PERFORMED FOR: _Lamphear_

NAME OF JOB: _23657_

AUTHORIZED BY: _Dave Smith_   DATE: _5-19-14_

JOB LOCATION _Trinity TC B240_   JOB NO. _535-014-14712_

### SUPERVISION AND OPERATORS

| DESCRIPTION OF WORK LIST EACH OPERATION SEPARATELY | TYPE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| LARGE TRACK WORK @ A-2 NEW OFFSET EQUIPMENT INSTALLATION IS FINISH COMPLETE | Foreman | 9 | | |
| | Operator | 24 | | |
| | | | | |
| | | | | |
| | | | | $ |

### LABOR

| NUMBER OF MEN | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Laborer 5 | 24 | | |
| Trackman 8 | | | |
| | | | |
| | | | |
| | | | $ |

### EQUIPMENT AND MISC. EXPENSE

| TYPE | HOURS | RATE | AMOUNT | TYPE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| F-Truck | 9 | | | Trailer | 8 | | |
| Excav 100 | 0 | | | 11-35 | | | |
| Hi-Rail | 8 | | | Backhoe | 0 | | |
| Backhoe | 8 | | | Excav | 0 | | |
| Tamper | 9 | | | | | | |
| Tamper | 9 | | | | | | $ |

SEPARATE REPORT WILL BE RENDERED COVERING MATERIAL FURNISHED

TOTAL $

TIMEKEEPER _[signature]_

(THIS FORM TO BE MADE AND SIGNED DAILY)

INSPECTOR _[signature]_

PURCHASE ORDER NUMBER: _____

INVOICE SUPPORT

# RAILWORKS™

# RAILWORKS™

## EXTRA WORK REPORT

CP 46730

WORK PERFORMED FOR: _Luminant_   AUTHORIZED BY: _Pilsboyth_   DATE: _5-20-14_

NAME OF JOB: _23051_   JOB LOCATION: _Monticello_   JOB No. _5b60444b_

### DESCRIPTION OF WORK
LIST EACH OPERATION SEPARATELY

Haul temp fees #2

Pick up ballast

Clean o/c 33B

New m. use.

### SUPERVISION AND OPERATORS

| | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Operator Equipment | 8 | | |
| Foreman | 9 | | |
| Oper 3 | 24 | | |
| | | | |
| | | | $ |

### LABOR

| NUMBER OF MEN | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Labor | 24 | | |
| Traffic | 8 | | |
| | | | |
| | | | |
| | | | |
| | | | $ |

### EQUIPMENT AND MISC. EXPENSE

| TYPE | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Foreman | 9 | | |
| | 6 | | |
| | 8 | | |
| | 8 | | |
| | 8 | | |
| | | | $ |

SEPARATE REPORT WILL BE RENDERED COVERING MATERIAL FURNISHED

INVOICE SUPPORT

INSPECTOR

PURCHASE ORDER NUMBER:

TIMEKEEPER

(THIS FORM TO BE MADE AND SIGNED DAILY)

# RAILWORKS.

# RAILWORKS™

## EXTRA WORK REPORT

CP 46731

WORK PERFORMED FOR: _Company_

NAME OF JOB: _23059_

AUTHORIZED BY: _McElrath_    DATE: _5-21-14_

JOB LOCATION: _Monticello_    JOB No. _535-041-4406_

### SUPERVISION AND OPERATORS

| DESCRIPTION OF WORK LIST EACH OPERATION SEPARATELY | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| | General Superint | 8 | | |
| | Foreman | 10 | | |
| | oper | 25 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **TOTAL** | | | | $ |

### LABOR

| NUMBER OF MEN | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Crew | 38 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | $ | |

### EQUIPMENT AND MISC. EXPENSE

| TYPE | HOURS | RATE | AMOUNT | TYPE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| Fuel Tr | 10 | | | Trucks | 0 | | |
| Tuff Tr | 8 | | | 11:39 | 0 | | |
| Hi-cart | 10 | | | Pkup Tr. | 9 | | |
| Crew Tr | 9 | | | Excav | 0 | | |
| Tractor | 0 | | | | | | |
| Tamper | 0 | | | | | | |
| | | | | | | | $ |

SEPARATE REPORT WILL BE RENDERED COVERING MATERIAL FURNISHED

(THIS FORM TO BE MADE AND SIGNED DAILY)

INSPECTOR _____

PURCHASE ORDER NUMBER: _____

TIMEKEEPER _____

INVOICE SUPPORT

RAILWORKS™

EXTRA WORK REPORT

CP 46732

WORK PERFORMED FOR: _____ AUTHORIZED BY: _____ DATE: _____

NAME OF JOB: _____ JOB LOCATION _____ JOB No. _____

SUPERVISION AND OPERATORS

LABOR

EQUIPMENT AND MISC. EXPENSE

SEPARATE REPORT WILL BE RENDERED COVERING MATERIAL FURNISHED

INVOICE SUPPORT

INSPECTOR

PURCHASE ORDER NUMBER:

TIMEKEEPER

(THIS FORM TO BE MADE AND SIGNED DAILY)

RAILWORKS.

## FILED AND RECORDED

**Instrument Number: 20143438**

Filing and Recording Date: 08/15/2014 11:03:39 AM  Pages: 36  Recording Fee: $162.00

I hereby certify that this instrument was FILED on the date and time stamped hereon and RECORDED in the PUBLIC RECORDS of Titus County, Texas.



Dianne Norris, County Clerk
Titus County, Texas

ANY PROVISION CONTAINED IN ANY DOCUMENT WHICH RESTRICTS THE SALE, RENTAL, OR USE OF THE REAL PROPERTY DESCRIBED THEREIN BECAUSE OF RACE OR COLOR IS INVALID UNDER FEDERAL LAW AND IS UNENFORCEABLE.