# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORPORATION., *et al.*[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Samuel L. Moultrie, hereby certify that on February 20, 2015, I caused a true and correct copy of the foregoing *Notice of Perfection of Liens Pursuant to 11 U.S.C. § 546* to be served upon all parties currently registered to receive electronic notices via this Court's ECF system and by First Class Mail, postage prepaid, upon the parties identified on the attached list.

*/s/ Samuel L. Moultrie*
Samuel L. Moultrie (DE No. 5979)

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://efhcaseinfo.com.

Attn: Andrew M. Wright
Energy Future Holdings Corp.
1601 Bryan Street, 43rd Floor
Dallas, TX, 75201

Andrea B. Schwartz
U.S. Department of Justice Office of the U.S. Trustee
U.S. Federal Building
201 Varic Street, Room 1006
New York, NY 10014

Mark D. Collins
Jason M. Madron
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, DE 19801

Christopher A. Ward
Natalie D. Ramsey
Shanti K. Katona
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

Andrew G. Dietderich
Brian D. Glueckstein
Michael H. Torkin
Sullivan & Cromwell, LLP
125 Broad Street
New York, NY 10004-2498

David M. Klauder
Shannon J. Dougherty
O'Kelly Ernst & Bielli, LLC
901 North Market Street, Suite 1000
Wilmington, DE 19801

Richard L. Schepacarter
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19801

James H. M. Sprayregen, P.C.
Chad Husnick
Steven N. Serajeddini
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL, 60654

Brian E. Schartz
Edward Sassower
Stephen Hesler
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022

Brett H. Miller
Lorenzo Marinuzzi
James M. Peck
Morrison & Foerster LLP
250 W. 55th Street
New York, NY 10019

Jeff J. Marwil
Mark K. Thomas
Peter J. Young
Proskauer Rose LLP
Three First National Plaza
70 W. Madison Street, Suite 3800
Chicago, IL 60602

Richard Levin
Cravath, Swaine and Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475