IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ENERGY FUTURE<br>HOLDINGS CORP., *et al.*,<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 14-10979 (CSS)<br>)<br>) (Jointly Administered)<br>)<br>) **Related to Docket No. 3527** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on February 20, 2015, the (1) *Notice of Deposition of Debtors in Connection with the Motion for Authorization of Partial Repayment of EFIH Second Lien Notes*, and (2) *First Set of Document Requests to Debtors by Delaware Trust Company, as Indenture Trustee, in Connection with the Motion for Authorization of Partial Repayment of EFIH Second Lien Notes* were served on counsel for the Debtors on the attached service list via electronic mail.

[SIGNATURE ON NEXT PAGE]

52881/0001-11028401v2

Dated: February 20, 2015

    COLE SCHOTZ P.C.

/s/ J. Kate Stickles
Norman L. Pernick (DE 2290)
J. Kate Stickles (DE 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: 302-652-3131
Facsimile: 302-652-3117
npernick@coleschotz.com
kstickles@coleschotz.com

Warren A. Usatine
25 Main Street
P.O. Box 800
Hackensack, NJ 07602
Telephone: 201-489-3000
Facsimile: 201-489-1536
wusatine@coleschotz.com

--and--

ROPES & GRAY LLP
Keith H. Wofford
Mark R. Somerstein
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: 212-596-9000
Facsimile: 212-596-9090
Keith.Wofford@ropesgray.com
Mark.Somerstein@ropesgray.com

D. Ross Martin
Andrew G. Devore
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: 617-951-7000
Facsimile: 617-951-7050
Ross.Martin@ropesgray.com
Andrew.Devore@ropesgray.com

--and--

DRINKER BIDDLE & REATH LLP
James H. Millar
1177 Avenue of the Americas
41st Floor
New York, NY 10036-2714
Telephone: 212-248-3264
Facsimile: 212-248-3141
James.Millar@dbr.com

*Counsel for Delaware Trust Company,
as successor indenture trustee*

52881/0001-11028401v2