IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE | ) | Case No. 14-10979 (CSS) |
| HOLDINGS CORP., *et al.*, | ) | |
| | ) | (Jointly Administered) |
| *Debtors.* | ) | |

## CERTIFICATE OF SERVICE

I, J. Kate Stickles, certify that on February 20, 2015, I caused a copy of the foregoing **Notice of Service** to be served via electronic mail on the parties on the attached service list.

                COLE SCHOTZ P.C.

                */s/ J. Kate Stickles*
                J. Kate Stickles (No. 2917)
                500 Delaware Avenue, Suite 1410
                Wilmington, DE 19801
                Telephone: 302-652-3131
                kstickles@coleschotz.com

                *Counsel for Delaware Trust Company,*
                *as successor indenture trustee*

## SERVICE LIST

*Counsel to the Debtors*

Mark D. Collins, Esquire
Daniel J. DeFranceschi, Esquire
Jason M. Madron, Esquire
RICHARDS, LAYTON & FINGER
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
collins@rlf.com
defranceschi@rlf.com
madron@rlf.com

Michael B. Slade, Esquire
Richard U.S. Howell, Esquire
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Michael.slade@kirkland.com
richard.howell@kirkland.com

Michael Esser, Esquire
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
michael.esser@kirkland.com

Stephen E. Hessler, Esqiore
Andrew R. McGaan, Esquire
Edward O. Sassower, Esquire
KIRKLAND & ELLIS LLP
601 Lexington Ave
New York, NY 10022
amcgaan@kirkland.com
edward.sassower@kirkland.com
stephen.hessler@kirkland.com