IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
: 
In re : Chapter 11
 :
ENERGY FUTURE HOLDINGS CORP., ET AL., : Case No. 14-10979 (CSS)
 :
Debtors. : (Jointly Administered)
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Karen M. Wagner, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the noticing agent for the Official Committees of TCEH Unsecured Creditors and EFH Unsecured Creditors, in the above-captioned cases.

On February 19, 2015 at my direction and under my supervision, employees of KCC caused the following documents to be served via Overnight Mail on the service lists attached hereto as **Exhibit A**:

- Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting Exclusive Standing and Authority to Commence, Prosecute, and Settle Certain Claims for Declaratory Judgment, Avoidance and Recovery of Liens, Security Interests, Obligations, Fees, and Interest Payments, and Disallowance of Claims **[Docket No. 3593]**
- Motion of the EFH Official Committee for Entry of an Order Granting Derivative Standing and Authority to Prosecute and Settle Claims on Behalf of the Luminant Debtors' Estates **[Docket No. 3605]**

Dated: February 20, 2015

/s/ Karen M. Wagner
Karen M. Wagner
Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245
310.823.9000

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California   )
                      ) ss
County of Los Angeles )

Subscribed and sworn to (or affirmed) before me on this 20th day of February 2015, by Karen M. Wagner, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

WITNESS my hand and official seal.

Signature: _____

JENNIFER GRAGEDA
Commission # 2013634
Notary Public - California
Los Angeles County
My Comm. Expires Mar 21, 2017

# Exhibit A

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | STATE | Zip | Country | Party / Function |
|---|---|---|---|---|---|---|---|---|
| ABRAMS BAYLISS | KEVIN G ABRAMS JOHN M SEAMAN | 20 MONTCHANIN RD STE 200 | | WILMINGTON | DE | 19807 | | (COUNSEL TO GOLDMAN, SACHS & CO.) |
| ADA CARBON SOLUTIONS | RED RIVER ENVIRONMENTAL PRODUCTS | 1460 W CANAL CT STE 100 | PETER O HANSEN | LITTLETON | CO | 80120 | | (COMMITTEE OF UNSECURED CREDITORS) |
| AKERMAN | SUNDEEP S SIDHU | 420 S ORANGE AVE STE 1200 | | ORLANDO | FL | 32801-4904 | | (COUNSEL TO SIEMENS POWER GENERATION INC.) |
| AKIN GUMP STRAUSS HAUER FELD | IRA DIZENGOFF A QURESHI S BALDINI ET AL | ONE BRYANT PARK | BANK OF AMERICA TOWER | NEW YORK | NY | 10036-6745 | | (COUNSEL TO AD HOC COMMITTEE OF EFIH UNSECURED NOTEHOLDERS AND EFIH SECOND LIEN DIP COMMITMENT) |
| AKIN GUMP STRAUSS HAUER FELD | SCOTT ALBERINO JOANNA NEWDECK | 1333 NEW HAMPSHIRE AVE NW | ROBERT S STRAUSS BUILDING | WASHINGTON | DC | 20036-1564 | | (COUNSEL TO AD HOC COMMITTEE OF EFIH UNSECURED NOTEHOLDERS AND EFIH SECOND LIEN DIP COMMITMENT) |
| ALDINE INDEPENDENT SCHOOL DISTRICT | COURTENEY F HARRIS | 1410 ALDINE WESTFIELD RD | | HOUSTON | TX | 77032 | | |
| ALVAREZ MARSAL | PAUL KINEALY | 55 W MONROE STE 4000 | | CHICAGO | IL | 60603 | | |
| AMERICAN STOCK TRANSFER AND TRUST | ATTN PAUL KIM | 6201 15TH AVENUE | | BROOKLYN | NY | 11219 | | |
| AMERICAN STOCK TRANSFER TRUST CO | GENERAL COUNSEL | 6201 15TH AVE | | BROOKLYN | NY | 11219 | | (TOP 50 UNSECURED CREDITOR) |
| ANDREWS KURTH | LINO MENDIOLA | 111 CONGRESS AVE STE 1700 | | AUSTIN | TX | 78701 | | (COUNSEL TO TITUS COUNTY FRESH WATER SUPPLY DISTRICT NO. 1) |
| ASHBY GEDDES PA | WILLIAM BOWDEN GREGORY TAYLOR | PO BOX 1150 | | WILMINGTON | DE | 19899 | | (COUNSEL TO WILMINGTON SAVINGS/WSFS) |
| BAILEY BRAUER PLLC | BENJAMIN L STEWART | 8350 N CENTRAL EXPY STE 935 | CAMPBELL CENTRE I | DALLAS | TX | 75206 | | (COUNSEL TO PINNACLE TECHNICAL RESOURCES, INC.) |
| BAKER BOTTS | JAMES PRINCE O ALANIZ I ROBERTS | 2001 ROSS AVE | | DALLAS | TX | 75201-2980 | | (COUNSEL TO CENTERPOINT) |
| BALLARD SPAHR | MATTHEW G SUMMERS | 919 N MARKET ST 11TH FL | | WILMINGTON | DE | 19801 | | (COUNSEL FOR LOUISIANA ENERGY SERVICES LLC AND URENCO INC) |
| BARNES AND THORNBURG LLP | PAULA K JACOBI | ONE NORTH WACKER DR STE 4400 | | CHICAGO | IL | 60606 | | (COUNSEL FOR COVERDYN) |
| BARNES AND THORNBURG LLP | KEVIN G COLLINS | 1000 N WEST ST STE 1500 | | WILMINGTON | DE | 19801 | | (COUNSEL FOR COVERDYN) |
| BAYARD PA | NEIL B GLASSMAN | 222 DELAWARE AVE STE 900 | | WILMINGTON | DE | 19801 | | (COUNSEL FOR CSC TRUST COMPANY OF DELAWARE SUCESSESSOR TRUSTEE ETC AND BANK OF NEW YORK MELLON ETC) |
| BENESCH FRIEDLANDER COPLAN ARONOFF | KEVIN M CAPUZZI | 222 DELAWARE AVE STE 801 | | WILMINGTON | DE | 19801 | | (COUNSEL FOR THERM FISHER SCIENTIFIC INC.) |
| BLANK ROME | MICHAEL DEBAECHE STANLEY TARR | 1201 MARKET ST STE 800 | | WILMINGTON | DE | 19801 | | (COUNSEL TO WILMINGTON TRUST, NA) |
| BLANK ROME | MICHAEL B SCHAEDLE | 130 N 18TH ST | ONE LOGAN SQUARE | PHILADELPHIA | PA | 19103 | | (COUNSEL TO WILMINGTON TRUST, NA) |
| BLUME FAULKNER SKEEN NORTHAM PLLC | BRETTON C GERARD | 111 W SPRING VALLEY RD STE 250 | | RICHARDSON | TX | 75081 | | (COUNSEL TO NATIONAL FIELD SERVICES) |
| BOKF NA DBA BANK OF ARIZONA | KEN HOFFMAN V[ | 3001 E CAMELBACK RD STE 100 | | PHOENIX | AZ | 85016 | | (INTERESTED PARTY) |
| BOKF NA DBA BANK OF ARIZONA | CYNDI WILKINSON SR VP | 3001 E CAMELBACK RD STE 100 | | PHOENIX | AZ | 85016 | | (INTERESTED PARTY) |
| BRICKFIELD BURCHETTE RITTS STONE PC | CHRISTINE C RYAN | 1025 THOMAS JEFFERSON ST NW | | WASHINGTON | DC | 20007 | | (COUNSEL TO TEX-LA ELECTRIC COOPERATIVE OF TEXAS) |
| BROWN CONNERY | DONALD K LUDMAN | 6 N BROAD ST STE 100 | | WOODBURY | NJ | 08096 | | (COUNSEL TO SAP INDUSTRIES, INC.) |
| BROWN RUDNICK | EDWARD WEISFELNER | SEVEN TIMES SQUARE | | NEW YORK | NY | 10036 | | (COUNSEL TO WILMINGTON SAVINGS/WSFS) |
| BROWN RUDNICK | JEFFREY JONAS ANDREW STREHLE | ONE FINANCIAL CTR | JEREMY B COFFEY | BOSTON | MA | 02111 | | (COUNSEL TO WILMINGTON SAVINGS/WSFS) |
| BROWN RUDNICK | HOWARD SIEGEL | 185 ASYLUM ST | | HARTFORD | CT | 06103 | | (COUNSEL TO WILMINGTON SAVINGS/WSFS) |
| BROWN RUDNICK | JEREMY B COFFEY | SEVEN TIMES SQUARE | | NEW YORK | NY | 10036 | | |
| BRYAN CAVE | STEPHANIE WICKOUSKI M MCMAHON | 1290 AVE OF THE AMERICAS | | NEW YORK | NY | 10104 | | (COUNSEL TO INDENTURE TRUSTEE) |
| BRYAN CAVE | ROBERT E PEDERSEN | 1290 AVE OF THE AMERICAS | | NEW YORK | NY | 10104-3300 | | |
| BUCHALTER NEMER APC | SHAWN M CHRISTIANSON | 55 SECOND ST 17TH FL | | SAN FRANCISCO | CA | 94105-3493 | | (COUNSEL TO ORACLE AMERICA, INC.) |
| BUCHANAN INGERSOLL ROONEY PC | KATHLEEN A MURPHY | 919 N MARKET ST STE 1500 | | WILMINGTON | DE | 19801 | | (COUNSEL TO CATERPILLAR FINANCIAL SERVICES CORP.) |
| CARMODY MACDONALD PC | GREGORY D WILLARD | 120 S CENTRAL AVE STE 1800 | | SAINT LOUIS | MO | 63105 | | (COUNSEL TO AUTOMATIC SYSTEMS, INC.) |
| CARROLLTON FARMERS BRANCH ISD | C O DANIEL K BEARDEN | 4411 N CENTRAL EXPRESSWAY | LAW OFFICES OF ROBERT E LUNA PC | DALLAS | TX | 75205 | | COUNSEL TO CARROLLTON-FARMERS BRANCH ISD |

Exhibit A
2002 Service List - Overnight Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | STATE | Zip | Country | Party / Function |
|---|---|---|---|---|---|---|---|---|
| CHADBOURNE PARKE | HOWARD SEIFE DAVID M LEMAY AND | 1301 AVE OF AMERICAS | CHRISTY RIVERA | NEW YORK | NY | 10019-6022 | | (COUNSEL TO NEXTERA ENERGY RESOURCES, LLC) |
| CHIPMAN BROWN CICERO COLE | SCOTT COUSINS M OLIVERE ET AL | 1007 N ORANGE ST STE 1110 | | WILMINGTON | DE | 19801 | | (COUNSEL TO AD HOC COMMITTEE OF EFIH UNSECURED NOTEHOLDERS AND EFIH SECOND LIEN DIP COMMITMENT) |
| CIARDI CIARDI ASTIN | DANIEL ASTIN JOHN MCLAUGHLIN JR | 1204 N KING ST | JOSEPH J MCMAHON JR | WILMINGTON | DE | 19801 | | (COUNSEL TO ATMOS ENERGY CORPORATION; TXU 2007-1 RAILCAR LEASING LLC; RED BALL OXYGEN CO.) |
| CITIBANK NA | OWEN COYLE | 1615 BRETT RD OPS III | | NEW CASTLE | DE | 19720 | | |
| CITIBANK NA | ZORI MIGLIORINISTANDBY LETTER CR | 388 GREENWICH ST 21ST FL | | NEW YORK | NY | 10013 | | |
| CITIBANK NA | ERIC O LIGAN VICE PRESIDENT | 388 GREENWICH ST 32ND FL | | NEW YORK | NY | 10013 | | |
| CITIBANK NA | BANK LOAN SYNDICATIONS DEPARTMENT | 1615 BRETT RD BUILDING III | | NEW CASTLE | DE | 19720 | | |
| CITIBANK NA | ANNEMARIE E PAVCO SR ANALYST | 1615 BRETT RD OPS III | GLOBAL LOANS | NEW CASTLE | DE | 19720 | | |
| CITIBANK NA | RYAN FALCONER | 388 GREENWICH ST | | NEW YORK | NY | 10013 | | |
| CITY OF FORT WORTH | CHRISTOPHER B MOSLEY | 1000 THROCKMORTON ST | | FORT WORTH | TX | 76102 | | (INTERESTED PARTY) |
| CLEARY GOTTLIEB STEEN HAMILTON | THOMAS MOLONEY S ONEAL H KHALID | ONE LIBERTY PLZ | | NEW YORK | NY | 10006 | | (COUNSEL TO J. ARON & COMPANY) |
| COHEN GRIGSBY PC | WILLIAM E KELLEHER JR | 625 LIBERTY AVE | | PITTSBURGH | PA | 15222-3152 | | (COUNSEL TO WESTINGHOUSE ELECTRIC COMPANY LLC) |
| COHEN GRIGSBY PC | THOMAS D MAXSON | 625 LIBERTY AVE | | PITTSBURGH | PA | 15222-3152 | | (COUNSEL TO NOVA CHEMICALS INC.) |
| COLE SCHOTZ PC | NORMAN L PERNICK J. KATE STICKLES | 500 DELAWARE AVENUE STE 1410 | | WILMINGTON | DE | 19801 | | (COUNSEL FOR DELAWARE TRUST CO AS SUCCESSOR INDENTURE TRUSTEE) |
| COLE SCHOTZ PC | WARREN A USATINE | 25 MAIN ST | PO BOX 800 | HACKENSACK | NJ | 07602 | | (COUNSEL FOR DELAWARE TRUST CO AS SUCCESSOR INDENTURE TRUSTEE) |
| COMPTROLLER PUBLIC ACCTS TX | TX ATTY GEN RACHEL OBALDO BK | PO BOX 12548 | | AUSTIN | TX | 78711-2548 | | (INTERESTED PARTY) |
| COMPUTERSHARE | TINA VITALE BA LLB | 480 WASHINGTON BLVD | | JERSEY CITY | NJ | 07310 | | (INTERESTED PARTY) |
| COMPUTERSHARE TRUST CO OF CANADA | ALESSANDRA PANSERA | 1500 UNIVERSITY ST STE 700 | | MONTREAL | QC | H3A 3S8 | CANADA | (INTERESTED PARTY) |
| CONNOLLY GALLAGHER | KAREN C BIFFERATO KELLY M CONLAN | 1000 W ST STE 1400 | | WILMINGTON | DE | 19801 | | (COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO. LLC) |
| COWLES THOMPSON | STEPHEN C STAPLETON | 901 MAIN ST STE 3900 | BANK OF AMERICA PLZ | DALLAS | TX | 75202 | | (COUNSEL TO ATMOS ENERGY CORPORATION) |
| COZEN OCONNOR | MARK E FELGER | 1201 N MARKET ST STE 1001 | | WILMINGTON | DE | 19801 | | (COUNSEL TO J. ARON & COMPANY) |
| CRAVATH SWAINE MOORE LLP | RICHARD LEVIN | 825 EIGHTH AVENUE | WORLDWIDE PLAZA | NEW YORK | NY | 10019-7475 | | (COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC) |
| CROSS SIMON LLC | MICHAEL J JOYCE | 1105 N MARKET ST STE 901 | | WILMINGTON | DE | 19801 | | (COUNSEL TO FIDELITY MANAGEMENT & RESEARCH CO.) |
| CROWE DUNLEVY PC | JUDY HAMILTON MORSE | 324 N ROBINSON AVE STE 100 | BRANIFF BUILDING | OKLAHOMA CITY | OK | 73102 | | (COUNSEL TO DEVON ENERGY CORPORATION) |
| CSC TRUST CO OF DELAWARE | SANDRA E HORWITZ MGING DIR | 2711 CENTERVILLE RD STE 400 | | WILMINGTON | DE | 19808 | | (INTERESTED PARTY) |
| DAVIS POLK WARDWELL | MARSHALL HUEBNER B KAMINETZKY | 450 LEXINGTON AVE | ELLIOT MOSKOWITZ DAMON MEYER | NEW YORK | NY | 10017 | | (COUNSEL TO GOLDMAN SACHS, ET AL) |
| DEUTSCHE BANK | MARCUS M TARKINGTON | 60 WALL ST NYCC60 0266 | | NEW YORK | NY | 10005-2836 | | |
| DORSEY WHITNEY DELAWARE | ERIC SCHNABEL R MALLARD A GLORIOSO | 300 DELAWARE AVE STE 1010 | | WILMINGTON | DE | 19801 | | (COUNSEL TO U.S. BANK NATIONAL ASSOCIATION AS INDIRECT SUCCESSORR IN INTEREST TO THE CONNECTICUT NATIONAL BANK ETC) |
| DRINKER BIDDLE REATH | HOWARD A COHEN ROBERT K MALONE | 222 DELAWARE AVE STE 1410 | | WILMINGTON | DE | 19801-1621 | | (COUNSEL TO CITIBANK NA, TCEH DIP AGENT) |
| DYKEMA GOSSETT PLLC | JEFFREY R FINE | 1717 MAIN ST STE 4200 | | DALLAS | TX | 75201 | | (COUNSEL TO TEX-LA ELECTRIC COOPERATIVE OF TEXAS) |
| EMC CORPORATION | C O RECEIVABLE MANAGEMENT SVCS RMS | 307 INTERNATIONAL CIR STE 270 | RONALD L ROWLAND AGENT | COCKEYSVILLE | MD | 21030 | | |
| ENERGY FUTURE HOLDINGS CORP ET AL | ANDREW M WRIGHT | 1601 BRYAN ST 43RD FL | | DALLAS | TX | 75201 | | (DEBTOR) |
| EPIQ BANKRUPTY SOLUTIONS LLC | JAMES KATCHADURIAN EVP | 757 THIRD AVE 3RD FL | | NEW YORK | NY | 10017 | | (CLAIMS AGENT) |
| FOLEY LARDNER | HAROLD KAPLAN MARK HEBBELN | 321 N CLARK ST STE 2800 | LARS PETERSON | CHICAGO | IL | 60654-5313 | | (COUNSEL TO UMB BANK, INDENTURE TRUSTEE) |

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | STATE | Zip | Country | Party / Function |
|---|---|---|---|---|---|---|---|---|
| FOX ROTHSCHILD | J SCHLERF J STROCK L JOHN BIRD | 919 N MARKET ST STE 300 | | WILMINGTON | DE | 19801 | | (COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS) |
| FRANKGECKER LLP | JOSEPH D FRANK REED HEILIGMAN | 325 N LASALLE ST STE 625 | | CHICAGO | IL | 60654 | | (COUNSEL FOR EXPERIAN INFORMATION SOLUTIONS, INC. & EXPERIAN MARKETING SOLUTIONS, INC.) |
| FRANKGECKER LLP | Joseph D Frank Frances Gecker Reed Heiligman | 325 North LaSalle Street Suite 625 | | CHICAGO | IL | 60654 | | (COUNSEL TO THE PI LAW FIRMS) |
| FRIED FRANK HARRIS SHRIVER JACOBSON | BRAD E SCHELER GARY L KAPLAN and | ONE NEW YORK PLZ | MATTHEW M ROOSE | NEW YORK | NY | 10004 | | (COUNSEL TO FIDELITY MANGEMENT & RESEARCH CO.) |
| GARDERE WYNNE SEWELL | JOHN P MELKO MICHAEL K RIORDAN | 1000 LOUISIANA STE 3400 | | HOUSTON | TX | 77002 | | (COUNSEL TO ROMCO EQUIPMENT CO.) |
| GAY MCCALL ISAACKS GORDON ROBERTS | DUSTIN L BANKS | 1919 S SHILOH RD STE 310 LB 40 | | GARLAND | TX | 75042 | | (COUNSEL TO GARLAND INDEPENDENT SCHOOL DISTRICT & CITY OF GARLAND) |
| GAY MCCALL ISAACKS GORDON ROBERTS | DAVID MCCALL | 777 E 15TH ST | | PLANO | TX | 75074 | | (COUNSEL TO COLLIN COUNTY) |
| GELLERT SCALI BUSENKELL BROWN LLC | MICHAEL G BUSENKELL | 913 N MARKET ST 10TH FL | | WILMINGTON | DE | 19801 | | (COUNSEL TO AURELIUS) |
| GIBBONS PC | NATASHA M SONGONUGA | 1000 N WEST ST STE 1200 | | WILMINGTON | DE | 19801-1058 | | (COUNSEL FOR VEOLIA ES INDUSTRIAL SERVICES INC) |
| GIBBONS PC | DALE E BARNEY | ONE GATEWAY CENTER | | NEWARK | NJ | 07102-5310 | | (COUNSEL FOR VEOLIA ES INDUSTRIAL SERVICES INC) |
| GOODWIN PROCTER | WILLIAM P WEINTRAUB KIZZY JARASHOW | 620 EIGHTH AVE | THE NEW YORK TIMES BUILDING | NEW YORK | NY | 10018 | | (COUNSEL TO AURELIUS CAPITAL MANAGEMENT, LP) |
| HAYNES BOONE | JONATHAN HOOK | 30 ROCKEFELLER CTR 26TH FL | | NEW YORK | NY | 10112 | | (COUNSEL TO AIRGAS USA, LLC) |
| HAYNES BOONE | PATRICK L HUGHES | 1221 MCKINNEY ST STE 1200 | | HOUSTON | TX | 77010 | | (COUNSEL TO AIRGAS USA, LLC) |
| HAYNES BOONE | IAN T PECK | 201 MAIN ST STE 2200 | | FORT WORTH | TX | 76102-3126 | | (COUNSEL TO BNSF RAILWAY COMPNAY) |
| HCL AMERICA INC | RAGHU RAMAN LAKSHMANAN | 330 POTRERO AVE | | SUNNYVALE | CA | 94085 | | (COMMITTEE OF UNSECURED CREDITORS) |
| HINCKLEY ALLEN | JENNIFER V DORAN | 28 STATE ST | | BOSTON | MA | 02109 | | (COUNSEL TO INVENSYS SYSTEMS, INC.) |
| HOGAN MCDANIEL | DANIEL K HOGAN | 1311 DELAWARE AVE | | WILMINGTON | DE | 19806 | | (COUNSEL TO THE RICHARDS GROUP INC) |
| HOGAN MCDANIEL | GARVAN F MCDANIEL | 1311 DELAWARE AVE | | WILMINGTON | DE | 19806 | | (COUNSEL TO AD HOC GROUP OF EFH LEGACY NOTEHOLDER) |
| HOLLAND & KNIGHT LLP | CHRISTINE C RYAN | 800 17TH ST NW STE 1100 | | WASHINGTON | DC | 20006 | | (COUNSEL TO TEX-LA ELECTRIC COOPERATIVE OF TEXAS) |
| HOLT TEXAS LTD D B A HOLT CAT | MICHAEL PURYEAR GENERAL COUNSEL | 3302 S WW WHITE RD | | SAN ANTONIO | TX | 78222 | | (COMMITTEE OF UNSECURED CREDITORS) |
| INTERNAL REVENUE SERVICE | | DEPARTMENT OF THE TREASURY | | OGDEN | UT | 84201 | | (IRS) |
| INTERNAL REVENUE SERVICE | | PO BOX 7346 | | PHILADELPHIA | PA | 19101-7346 | | (IRS) |
| JACKSON WALKER | MONICA S BLACKER | 901 MAIN ST STE 6000 | | DALLAS | TX | 75202 | | (COUNSEL TO HOLT TEXAS, LTD. D/B/A HOLT CAT) |
| JACKSON WALKER | J SCOTT ROSE | 112 E PECAN ST STE 2400 | WESTON CENTRE | SAN ANTONIO | TX | 78205 | | (COUNSEL TO HOLT TEXAS, LTD. D/B/A HOLT CAT) |
| JONES DAY | PATRICIA VILLAREAL | 2727 N HARWOOD ST | | DALLAS | TX | 75201 | | (COUNSEL TO ONCOR) |
| JONES DAY | MICHAEL L DAVITT | 2727 N HARWOOD ST | | DALLAS | TX | 75201 | | (COUNSEL TO ONCOR) |
| KASOWITZ BENSON TORRES FRIEDMAN | DAVID ROSNER ANDREW GLENN and | 1633 BROADWAY | DANIEL FLIMAN | NEW YORK | NY | 10019 | | (COUNSEL TO AD HOC GROUP OF EFH LEGACY NOTEHOLDER) |
| KELLEY DRYE WARREN | JAMES S CARR BENJAMINN D FEDER and | 101 PARK AVE | GILBERT R SAYDAH | NEW YORK | NY | 10178 | | (COUNSEL TO CSC TRUST OF DE, AS PROPOSED SUCC INDENTURE TTEE FOR 7.46% & 7.48% TCEH SECURED FACILITY BONDS) |
| KELLY HART HALLMAN | MICHAEL MCCONNELL CLAY TAYLOR | 201 MAIN ST STE 2500 | KATHERINE THOMAS | FORT WORTH | TX | 76102 | | (COUNSEL TO ONCOR STEERING COMMITTEE) |
| KIRKLAND ELLIS | RICHARD CIERI EDWARD SASSOWER PC | 601 LEXINGTON AVE | STEPHEN HESSLER BRIAN E SCHARTZ | NEW YORK | NY | 10022 | | (COUNSEL TO EFHC DEBTORS) |
| KIRKLAND ELLIS | JAMES HM SPRAYREGEN PC | 300 N LASALLE | CHAD HUSNICK STEVEN SERAJEDDINI | CHICAGO | IL | 60654 | | (COUNSEL TO EFHC DEBTORS) |
| KLEHR HARRISON HARVEY BRANZBURG | RAYMOND H LEMISCH | 919 MARKET ST STE 1000 | | WILMINGTON | DE | 19801 | | (COUNSEL TO UMB BANK, N.A. INDENTURE TRUSTEE) |
| KRAMER LEVIN NAFTALIS FRANKEL | THOMAS MOERS MAYER G HOROWITZ | 1177 AVE OF THE AMERICAS | JOSHUA BRODY PHILIP BENTLEY | NEW YORK | NY | 10036 | | (COUNSEL TO INDENTURE TRUSTEE) |
| LACKEY HERSHMAN | JAMIE R WELTON | 3102 OAK LAWN AVE STE 777 | | DALLAS | TX | 75219 | | (COUNSEL TO THE RICHARDS GROUP INC) |

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | STATE | Zip | Country | Party / Function |
|---|---|---|---|---|---|---|---|---|
| LANDIS RATH COBB | ADAM G LANDIS MATTHEW B MCGUIRE | 919 MARKET ST STE 1800 | | WILMINGTON | DE | 19801 | | (COUNSEL TO MARATHON MGMT, ALCOA AND NEXTERA ENERGY RESOURCES, LLC) |
| LAW DEBENTURE TRUST CO OF NEW YORK | FRANK GODINO VICE PRESIDENT | 400 MADISON AVE STE 4D | | NEW YORK | NY | 10017 | | (COMMITTEE OF UNSECURED CREDITORS) |
| LAW OFF PATRICIA WILLIAMS PREWITT | PATRICIA WILLIAMS PREWITT | 10953 VISTA LAKE CT | | NAVASOTA | TX | 77868 | | (COUNSEL TO TARGA GAS MARKETING; KINDER MORGAN; NATURAL GAS PIPELINE CO; EL PASO NATURAL GAS TEXAS PIPELINE; KINDER MORGAN TEJAS PIPELINE LLCS) |
| LINEBARGER GOGGAN BLAIR SAMPSON | ELIZABETH WELLER | 2777 N STEMMONS FWY STE 1000 | | DALLAS | TX | 75207 | | (COUNSEL TO TARRANT & DALLAS COUNTY) |
| LINEBARGER GOGGAN BLAIR SAMPSON | DIANE WADE SANDERS | PO BOX 17428 | | AUSTIN | TX | 78760 | | (COUNSEL TO WALNUT SPRINGS ISD, FRANKLIN ISD, ROBERTSON CTY, LEE CTY, MCLENNAN CTY, FALLS CTY, ROUND ROCK ISD, NEUCES CTY, LIMESTONE CTY) |
| LINEBARGER GOGGAN BLAIR SAMPSON | JOHN P DILLMAN | PO BOX 3064 | | HOUSTON | TX | 77253-3064 | | (COUNSEL TO HARRIS, ANGELINA & FORT BEND COUNTIES) |
| LLOYD GOSSELINK ROCHELLE TOWNSEND | GEOFFREY GAY | 816 CONGRESS AVE STE 1900 | | AUSTIN | TX | 78701 | | (COUNSEL TO ONCOR STEERING COMMITTEE) |
| LOCKE LORD | C DAVIN BOLDISSAR | 601 POYDRAS ST STE 2660 | | NEW ORLEANS | LA | 70130-6036 | | (COUNSEL TO BP AMERICA PRODUCTION COMPANY) |
| LOCKE LORD | PHILIP EISENBERG | 600 TRAVIS | 2800 JPMORGAN CHASE TOWER | HOUSTON | TX | 77002 | | (COUNSEL FOR AMECO, AMERICAN EQUIPMENT COMPANY INC., FLUOR GLOBAL SERVICES, FLOUR CORPORATION, FLUOR ENTERPRISES) |
| LOWER CO RIVER AUTHORITY | LCRA TSC LEGAL SVCS WM MEDAILLE | PO BOX 220 | | AUSTIN | TX | 78767 | | |
| MANION GAYNOR MANNING | MARC PHILLIPS | 1007 N ORANGE ST 10TH FL | THE NEMOURS BUILDING | WILMINGTON | DE | 19801 | | (COUNSEL TO ONCOR STEERING COMMITTEE) |
| MARGOLIS EDELSTEIN | JAMES E HUGGETT AMY D BROWN | 300 DELAWARE AVE STE 800 | | WILMINGTON | DE | 19801 | | (COUNSEL TO URS ENERGY & CONSTRUCTION, INC.) |
| MASLON EDELMAN BORMAN BRAND | CLARK WHITMORE ET AL | 90 S 7TH ST STE 3300 | | MINNEAPOLIS | MN | 55402 | | (COUNSEL TO U.S. BANK NATIONAL ASSOCIATION AS INDIRECT SUCCESSORR IN INTEREST TO THE CONNECTICUT NATIONAL BANK ETC) |
| MCCATHERN PLLC | JONATHAN L HOWELL | 3710 RAWLINS STE 1600 | REGENCY PLZ | DALLAS | TX | 75219 | | (COUNSEL TO RED BALL OXYGEN COMPANY) |
| MCCREARY VESELKA BRAGG ALLEN PC | LEE GORDON | PO BOX 1269 | | ROUND ROCK | TX | 78680 | | (COUNSEL TO TEXAS AD VALOREM TAXING JURISDICTIONS) |
| MCELROY DEUTSCH MULVANEY CARPENTER | DAVID P PRIMACK | 300 DELAWARE AVE STE 770 | | WILMINGTON | DE | 19801 | | (COUNSEL FOR TCEH DEBTORS) |
| MCKOOL SMITH | PETER S GOODMAN MICHAEL R CARNEY | ONE BRYANT PARK 47TH FL | | NEW YORK | NY | 10036 | | (COUNSEL TO ALCOA) |
| MCKOOL SMITH | PAUL D MOAK | 600 TRAVIS ST STE 7000 | | HOUSTON | TX | 77002 | | (COUNSEL TO ALCOA) |
| MICHAEL G SMITH | | 111 N 6TH ST | | CLINTON | OK | 73601 | | (COUNSEL TO VALERO TEXAS POWER MARKETING, INC.) |
| MILBANK TWEED HADLEY MCCLOY | DENNIS F DUNNE EVAN R FLECK and | 1 CHASE MANHATTAN PLZ | KAREN GARTENBERG | NEW YORK | NY | 10005 | | (COUNSEL TO CITIBANK NA, TCEH DIP AGENT) |
| MILBANK TWEED HADLEY MCCLOY | JONATHAN BROWN | 1 CHASE MANHATTAN PLZ | | NEW YORK | NY | 10005 | | |
| MISSOURI DEPT OF REV BK UNIT | STEVEN A GINTHER | PO BOX 475 | | JEFFERSON CITY | MO | 65105-0475 | | (INTERESTED PARTY) |
| MONTGOMERY MCCRACKEN WALKER RHOADS | NATALIE RAMSEY DAVIS WRIGHT M FINK | 1105 N MARKET ST STE 1500 | | WILMINGTON | DE | 19801 | | (COUNSEL FOR GORI JULIAN & ASSOCIATES PC; SIMMONS HANLEY CONROY; PAUL REICH & MEYERS PC; KAZAN MCCLAIN SATTERLEY & GREEWOOD; EARLY LUCARELLI SWEENEY MEISENKOTHEN (PI LAW FIRMS)) |
| MORGAN LEWIS BOCKIUS LLP | JULIA FROST DAVIES and | ONE FEDERAL ST | P STRAWBRIDGE C CARTER | BOSTON | MA | 02110-1726 | | (COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO. LLC) |

In re: Energy Future Holdings Corp., et al.
Case No. 14-10979 (CSS)

Page 4 of 8

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | STATE | Zip | Country | Party / Function |
|---|---|---|---|---|---|---|---|---|
| MORRIS JAMES | STEPHEN M MILLER | PO BOX 2306 | | WILMINGTON | DE | 19899-2306 | | (COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NY) |
| MORRIS NICHOLS ARSHT TUNNELL | DERK ABBOTT ANDREW REMMING ERIN FAY | 1201 N MARKET ST STE 1600 | | WILMINGTON | DE | 19801 | | (COUNSEL TO THE "EFH EQUITY INTEREST HOLDERS") |
| MORRISON FOERSTER LLP | JAMES PECK BRETT H MILLER | 250 W 55TH ST | LORENZO MARINUZZI THOMAS HUMPHREYS | NEW YORK | NY | 10019 | | (COUNSEL TO THE TCEH CREDITORS COMMITTEE) |
| MUNGER TOLLES OLSON LLP | THOMAS B WALPER TODD J ROSEN | 355 S GRAND AVE 35TH FL | SETH GOLDMAN JOHN W SPIEGEL | LOS ANGELES | CA | 90071 | | (COUNSEL FOR TCEH DEBTORS) |
| MUNSCH HARDT KOPF HARR PC | RUSSELL L MUNSCH | 401 CONGRESS AVE | 3050 FROST BANK TOWER | AUSTIN | TX | 78701-4071 | | (COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF TEXAS/ ERCOT) |
| MUNSCH HARDT KOPF HARR PC | KEVIN M LIPPMAN | 500 N AKARD ST STE 3800 | | DALLAS | TX | 75201-6659 | | (COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF TEXAS/ ERCOT) |
| MYERS HILL | ROBERT J MYERS | 2525 RIDGMAR BLVD STE 150 | | FORT WORTH | TX | 76116 | | (COUNSEL TO PROPERTY TAX PARTNERS) |
| NAMAN HOWELL SMITH LEE PLLC | KERRY L HALIBURTON | PO BOX 1470 | | WACO | TX | 76703-1470 | | (COUNSEL FOR BUFFALO INDUSTRIAL SUPPLY) |
| NELSON MULLINS RILEY SCARBOROUGH | JODY A BEDENBAUGH GEORGE B CAUTHEN | 1320 MAIN ST 17TH FL | | COLUMBIA | SC | 29201 | | (COUNSEL TO MICHELIN NORTH AMERICA INC.) |
| NIXON PEABODY | RICHARD C PEDONE AMANDA D DARWIN | 100 SUMMER ST | | BOSTON | MA | 02110 | | (COUNSEL TO AMERICAN STOCK TRANSFER & TRUST CO) |
| OFFICE OF THE UNITED STATES TRUSTEE | RICHARD L SCHEPACARTER | 844 KING ST STE 2207 LOCKBOX 35 | J CALEB BOGGS FEDERAL BUILDING | WILMINGTON | DE | 19801 | | (US TRUSTEE) |
| OFFICE OF THE UNITED STATES TRUSTEE | ANDREA SCHWARTZ | 201 VARICK ST STE 1006 | US FEDERAL OFFICE BUILDING | NEW YORK | NY | 10014 | | (US TRUSTEE) |
| OFFICE OF UNITED STATES ATTORNEY | ELLEN SLIGHTS | PO BOX 2046 | | WILMINGTON | DE | 19899-2046 | | (US ATTORNEY FOR DE) |
| OKELLY ERNST BIELLI LLC | DAVID M KLAUDER SHANNON J DOUGHERTY | 901 N. MARKET STREET, SUITE 1000 | | WILMINGTON | DE | 19801 | | (COUNSEL FOR ENERGY FUTURE HOLDINGS CORP) |
| OMELVENY MYERS | GEORGE A DAVIS | 7 TIMES SQUARE | | NEW YORK | NY | 10036 | | (COUNSEL TO APOLLO GLOBAL MANAGEMENT, LLC) |
| PACHULSKI STANG ZIEHL JONES | LAURA DAVIS JONES ROBERT FEINSTEIN | PO BOX 8705 | | WILMINGTON | DE | 19899 | | (COUNSEL TO INDENTURE TRUSTEE) |
| PATTERSON BELKNAP WEBB TYLER | DANIEL A LOWENTHAL CRAIG W DENT | 1133 AVE OF THE AMERICAS | | NEW YORK | NY | 10036-6710 | | (COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NY) |
| PAUL HASTINGS | LUC A DESPINS A V TENZER ET AL | 75 E 55TH ST | | NEW YORK | NY | 10022 | | (COUNSEL FOR CSC TRUST COMPANY OF DELAWARE SUCESSESSOR TRUSTEE ETC AND BANK OF NEW YORK MELLON ETC) |
| PAUL WEISS RIFKIND WHARTON GARRISON | ALAN KORNBERG K CORNISH B HERMANN | 1285 AVE OF THE AMERICAS | JACOB ADLERSTEIN | NEW YORK | NY | 10019 | | (COUNSEL TO AD HOC COMMITTEE OF TCEH FIRST LIEN) |
| PENSION BENEFIT GUARANTY CORP | OFFICE OF THE CHIEF COUNSEL | 1200 K ST NW | DESIREE M AMADOR ATTY | WASHINGTON | DC | 20005-4026 | | (TOP 50 UNSECURED CREDITOR) |
| PENSION BENEFIT GUARANTY CORP | JON CHATALIAN | 1200 K ST NW | OFFICE OF THE CHIEF COUNSEL | WASHINGTON | DC | 20005-4026 | | (TOP 50 UNSECURED CREDITOR) |
| PENSION BENEFIT GUARANTY CORP | CRAIG YAMAOKA SR FIN ANALYST | 1200 K ST NW | | WASHINGTON | DC | 20005 | | (COMMITTEE OF UNSECURED CREDITORS) |
| PERDUE BRANDON FIELDER COLLINS MOTT | ATTN ELIZABETH BANDA CALVO ESQ | 500 E Border St Ste 640 | | ARLINGTON | TX | 76010-7457 | | (COUNSEL TO SOMERVELL COUNTY ET AL) |
| PERDUE BRANDON FIELDER COLLINS MOTT | OWEN M SONIK | 1235 N LOOP W STE 600 | | HOUSTON | TX | 77008 | | (COUNSEL TO GALENA PARK ISD) |
| PERDUE BRANDON FIELDER COLLINS MOTT | JOHN T BANKS | 3301 NORTHLAND DR STE 505 | | AUSTIN | TX | 78731 | | (COUNSEL TO CAMERON ISD, THORNDALE ISD BUCKHOLTS ISD, COPPERAS COVE ISD, MCALLEN ISD, HIDALGO COUNTY & HIDALGO COUNTY DRAINAGE DIST #1) |
| PERDUE BRANDON FIELDER COLLINS MOTT | JEANMARIE BAER | PO BOX 8188 | | WICHITA FALLS | TX | 76307 | | (COUNSEL TO YOUNG CTY, GRAHAM ISD, GRAHAM HOSPITAL DISTRICT & NORTH CENTRAL TEXAS COLLEGE DISTRICT) |
| PERKINS COIE LLP | TINA N MOSS | 30 Rockefeller Plaza, 22nd Floor | | NEW YORK | NY | 10112-0015 | | (CO COUNSEL TO DELAWARE TRUST COMPANY (FKA CSC TRUST COMPANY OF DELAWARE) |
| PINCKNEY WEIDINGER URBAN JOYCE LLC | GREGORY T DONILON | 1220 N MARKET ST STE 950 | | WILMINGTON | DE | 19801 | | (COUNSEL TO AUTOMATIC SYSTEMS, INC.) |
| POLSINELLI PC | CHRISTOPHER WARD JUSTIN EDELSON | 222 DELAWARE AVE STE 1101 | | WILMINGTON | DE | 19801 | | (COUNSEL TO THE TCEH CREDITORS COMMITTEE) |

In re: Energy Future Holdings Corp., et al.
Case No. 14-10979 (CSS)

Page 5 of 8

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | STATE | Zip | Country | Party / Function |
|---|---|---|---|---|---|---|---|---|
| POLSINELLI PC | EDWARD FOX ESQ | 900 THIRD AVE 21ST FL | | NEW YORK | NY | 10022 | | (COUNSEL TO THE TCEH CREDITORS COMMITTEE) |
| POPE HARDWICKE CHRISTIE ET AL | MICHAEL L ATCHLEY MATTHEW TAPLETT | 500 W 7TH ST STE 600 | | FORT WORTH | TX | 76102 | | (COUNSEL TO TARRANT REGIONAL WATER DISTRICT & NORTHEAST TEXAS MUNICIPAL WATER DISTRICT) |
| POTTER ANDERSON CORROON | LAURIE SILVERSTEIN JEREMY RYAN | PO BOX 951 | | WILMINGTON | DE | 19801 | | (COUNSEL TO DEUTSCHE BANK, AGENT TO DIP FINANCING) |
| PROSKAUER ROSE LLP | JEFF MARWIL MARK THOMAS PETER YOUNG | 70 W MADISON STREET SUITE 3800 | THREE FIRST NATIONAL PLAZA | CHICAGO | IL | 60602 | | (COUNSEL FOR ENERGY FUTURE HOLDINGS CORP) |
| PURDUE AWSUMB and BAUDLER PA | C O AMY R BAUDLER | 4700 W 77TH ST STE 240 | BARR ENGINEERING CO | MINNEAPOLIS | MN | 55435 | | (COUNSEL FOR BARR ENGINEERING CO.) |
| QUARLES BRADY | HOHN A HARRIS JASON D CURRY | TWO N CENTRAL AVE | RENAISSANCE ONE | PHOENIX | AZ | 85004-2391 | | (COUNSEL TO TXU 2007-1 RAILCAR LEASING LLC) |
| REED SMITH | | 1201 MARKET ST STE 1500 | KURT F GWYNE KIMBERLY EC LAWSON | WILMINGTON | DE | 19801 | | (COUNSEL TO THE BANK OF NEW YORK MELLON AND THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., AS INDENTURE TRUSTEES) |
| REED SMITH | AMY M TONTI | 225 FIFTH AVE STE 1200 | REED SMITH CENTRE | PITTSBURGH | PA | 15222 | | (COUNSEL TO THE BANK OF NEW YORK MELLON SOLEY IN ITS CAPACITY AS TRUSTEE UNDER ENUMERATED TRUST) INDENTURE TRUSTEES) |
| REED SMITH | RICHARD A ROBINSON | 1201 MARKET ST STE 1500 | | WILMINGTON | DE | 19801 | | (COUNSEL TO THE BANK OF NEW YORK MELLON, SOLELY IN ITS CAPACITY AS TRUSTEE) |
| REED SMITH | | 1201 MARKET ST STE 1500 | | WILMINGTON | DE | 19801 | | (COUNSEL TO THE BANK OF NEW YORK MELLON SOLEY IN ITS CAPACITY AS TRUSTEE UNDER ENUMERATED TRUST) INDENTURE TRUSTEES) |
| RICHARDS LAYTON FINGER | MARK D COLLINS | 920 N KING ST | D J DEFRANCESCHI JASON MADRON | WILMINGTON | DE | 19801 | | (CO-COUNSEL TO EFHC DEBTORS) |
| RIDDELL WILLIAMS PS | JOSEPH E SHICKICH HILARY B MOHR | 1001 4TH AVE STE 4500 | | SEATTLE | WA | 98154 | | (COUNSEL FOR MICROSOFT CORPORATION; MICROSOFT LICENSING LP) |
| ROPES GRAY | MARK R SOMERSTEIN | 1211 AVE OF THE AMERICAS | | NEW YORK | NY | 10036-8704 | | |
| SATTERLEE STEPHENS BURKE AND BURKE | CHRISTOPHER BELMONTE P BOSSWICK | 230 PARK AVENUE | | NEW YORK | NY | 10169 | | (COUNSEL FOR MOODY'S ANALYTICS, INC.) |
| SAUL EWING | MARK MINUTI | PO BOX 1266 | | WILMINGTON | DE | 19899 | | (COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF TEXAS/ ERCOT) |
| SAUL EWING LLP | LUCIAN B MURLEY | 222 DELAWARE AVE STE 1200 | PO BOX 1266 | WILMINGTON | DE | 19899 | | (COUNSEL FOR JOHNSON MATTHEY STATIONARY EMISSIONS CONTROL LLC) |
| SEARCY AND SEARCY PC | JOSHUA R SEARCY JOSHUA SEARCY | PO BOX 3929 | | LONGVIEW | TX | 75606 | | (COUNSEL TO D.COURTNEY CONSTRUCTION, INC.) |
| SECURITIES EXCHANGE COMMISSION | | 100 F ST NE | | WASHINGTON | DC | 20549 | | (SEC) |
| SEWARD KISSEL | JOHN ASHMEAD KALYAN DAS A ALVES | ONE BATTERY PARK PLZ | | NEW YORK | NY | 10014 | | (COUNSEL TO WILMINGTON TRUST, NA) |
| SHEARMAN STERLING | FREDERIC SOSNICK NED SCHODEK | 599 LEXINGTON AVE | | NEW YORK | NY | 10022 | | (COUNSEL TO DEUTSCHE BANK, AGENT TO DIP FINANCING) |
| SHEEHY LOVELACE MAYFIELD PC | STEVEN M BURTON | 510 N VALLEY MILLS DR STE 500 | | WACO | TX | 76710 | | (COUNSEL TO CENTRAL TEXAS SECURITY & FIRE EQUIPMENT, INC.) |
| SILLS CUMMIS GROSS PC | VALERIE A HAMILTON | 600 COLLEGE RD E | | PRINCETON | NJ | 08540 | | (COUNSEL TO BENBROOK ELECTRIC PARTNERS, LLC) |
| SKADDEN ARPS SLATE MEAGHER FLOM | JAY M GOFFMAN | FOUR TIMES SQUARE | | NEW YORK | NY | 10036-6522 | | (COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC.) |
| SKADDEN ARPS SLATE MEAGHER FLOM | GEORGE N PANAGAKIS CARL T TULLSON | 155 N WACKER DR STE 2700 | | CHICAGO | IL | 60606-1720 | | (COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC.) |
| SKADDEN ARPS SLATE MEAGHER FLOM | MARK S CHEHI KRISTHY M PEGUERO | PO BOX 636 | | WILMINGTON | DE | 19899-0636 | | (COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC.) |
| SMITH KATZENSTEIN JENKINS | KATHLEEN M MILLER | PO BOX 410 | | WILMINGTON | DE | 19899 | | (COUNSEL TO AIRGAS USA, LLC & VALERO TEXAS POWER) |

In re: Energy Future Holdings Corp., et al.
Case No. 14-10979 (CSS)

Page 6 of 8

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | STATE | Zip | Country | Party / Function |
|---|---|---|---|---|---|---|---|---|
| SNELL WILMER | DAVID E LETA | 15 W S TEMPLE STE 1200 | | SALT LAKE CITY | UT | 84101 | | (COUNSEL TO HEADWATERS RESOURCES, INC.) |
| SQUIRE SANDERS US | STEPHEN D LERNER ANDREW M SIMON | 221 E FOURTH ST STE 2900 | | CINCINNATI | OH | 45202 | | (COUNSEL TO ARCELORMITTLA USA LLC) |
| STEFFES VINGIELLO MCKENZIE LLC | NOEL STEFFES MELANCON | 13702 COURSEY BLVD BLDG 3 | | BATON ROUGE | LA | 70817 | | (COUNSEL TO SETPOINT INTEGRATED SOLUTIONS) |
| STEVENS AND LEE PC | JOSEPH H HUSTON JR | 1105 NORTH MARKET ST STE 700 | | WILMINGTON | DE | 19801 | | (COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC) |
| STREUSAND LANDON OZBURN | SABRINA L STREUSAND | 811 BARTON SPRINGS RD STE 811 | | AUSTIN | TX | 78704 | | (COUNSEL TO ALLEN SHRODE) |
| SULLIVAN & CROMWELL LLP | ANDREW DIETDERICH BRIAN GLUECKSTEIN | 125 BROAD STREET | M TORKIN | NEW YORK | NY | 10004 | | COUNSEL TO GENERAL UNSECURED COMMITTEE |
| SULLIVAN HAZELTINE ALLINSON LLC | ELIHU E ALLINSON III | 901 N MARKET ST STE 1300 | | WILMINGTON | DE | 19801 | | (COUNSEL TO HENRY PR COMPANY, LLC) |
| TAYLOR ENGLISH DUMA | STEPHEN C GREENBERG | 1600 PARKWOOD CIR STE 400 | | ATLANTA | GA | 30339 | | (COUNSEL TO HENRY PR COMPANY, LLC) |
| TEXAS AG A BARTRAM BK SEC | BANKRUPTCY REGULATORY SECTION | PO BOX 12548 | | AUSTIN | TX | 78711-2548 | | (COUNSEL TO PUBLIC UTILITY COMMISSION OF TEXAS) |
| TEXAS AG H MORRIS | BANKRUPTCY REGULATORY SECTION | PO BOX 12548 | | AUSTIN | TX | 78711-2548 | | (COUNSEL TO TEXAS COMMISSION ON ENVIRONMENTAL QUALITY & RAILROAD COMMISSION) |
| TEXAS PUBLIC UTILITY COUNSEL OPUC | JASON A STARKS BK | PO BOX 12548 | | AUSTIN | TX | 78711-2548 | | (INTERESTED PARTY) |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY | 601 TRAVIS ST 16TH FL | RAFAEL MARTINEZVP CSM | HOUSTON | TX | 77002 | | (TOP 50 UNSECURED CREDITOR) |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY | 385 RIFLE CAMP RD 3RD FL | THOMAS VLAHAKISVP | WOODLAND PARK | NJ | 07424 | | (TOP 50 UNSECURED CREDITOR) |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY | 601 TRAVIS ST 16TH FL | DENNIS ROEMLEIN | HOUSTON | TX | 77002 | | (COMMITTEE OF UNSECURED CREDITORS) |
| THE HOGAN FIRM | DANIEL K HOGAN | 1311 DELAWARE AVENUE | | WILMINGTON | DE | 19806 | | (COUNSEL TO THE PI LAW FIRMS) |
| THE TAUBMAN CO TAUBMAN LANDLORDS | ANDREW S CONWAY | 200 E LONG LAKE RD STE 300 | | BLOOMFIELD HILLS | MI | 48304 | | (INTERESTED PARTY) |
| THE UNIVERSITY OF TEXAS SYSTEM | TRACI L COTTON OFFICE GEN COUNSEL | 201 WEST SEVENTH ST | | AUSTIN | TX | 78701 | | (COUNSEL FOR UNIVERSITY OF TX SYSTEM ON BEHALF OF UNIVERSITY OF TEXAS AT ARLINGTON) |
| THOMPSON COBURN | DAVID D FARRELL | ONE US BANK PLZ STE 3200 | | SAINT LOUIS | MO | 63101 | | (COUNSEL TO MARTIN ENGINEERING COMPANY) |
| TRAVIS COUNTY | KAY D BROCK ASSISTANT COUNTY ATTY | PO BOX 1748 | | AUSTIN | TX | 78767 | | (INTERESTED PARTY) |
| TROUTMAN SANDERS | HUGH MCDONALD L CURCIO B GOODMAN | 405 LEXINGTON AVE | THE CHRYSLER BUILDING | NEW YORK | NY | 10174 | | (COUNSEL TO WILMINGTON SAVINGS FUND SOCIETY, FSG, IN ITS CAPACITY AS SUCCESSOR INDENTURE TTEE (WSFS)) |
| TUCKER ARENSBERG PC | JORDAN S BLASK LARA E SHIPKOVITZ | 1500 ONE PPG PL | | PITTSBURGH | PA | 15222 | | (COUNSEL TO THERMO FISHER SCIENTIFIC INC. AND AFFILIATES AND SUBSIDIARIES) |
| TW TELECOM INC | LINDA BOYLE | 10475 PARK MEADOWS DR NO 400 | | LITTLETON | CO | 80124 | | (COUNSEL FOR TW TELECOM INC) |
| UMB BANK NA | ATTN LAURA ROBERSON VICE PRESIDENT | 2 S BROADWAY STE 600 | | ST. LOUIS | MO | 63102 | | |
| UNION PACIFIC RAILROAD COMPANY | MARY ANN KILGORE JENNIE L ANDERSON | 1400 DOUGLAS ST STOP 1580 | | OMAHA | NE | 68179 | | |
| UNITED STATES DEPARTMENT OF JUSTICE | MATTHEW J TROY CIVIL DIV | PO BOX 875 BEN FRANKLIN | | WASHINGTON | DC | 20044-0875 | | (ON BEHALF OF UNITED STATES OF AMERICA, DEPT. OF AGRICULTURE, RURAL UTILITIES SERVICE) |
| UNITED STATES DEPARTMENT OF JUSTICE | ATTN MATTHEW J TROY ESQ CIVIL DIVISION | PO BOX 875 BEN FRANKLIN | | WASHINGTON | DC | 20044-0875 | | (ON BEHALF OF UNITED STATES OF AMERICA, DEPT. OF AGRICULTURE, RURAL UTILITIES SERVICE) |
| UNITED STATES DEPT OF JUSTICE FCC | MATTHEW J TROY CIVIL DIVISION | 1100 L ST NW RM 10030 | | WASHINGTON | DC | 20530 | | |
| UNITED STATES DEPT OF JUSTICE FCC | MATTHEW J TROY CIVIL DIVISION | PO BOX 875 BEN FRANKLIN | | WASHINGTON | DC | 20044-0875 | | |
| US DEPARTMENT OF JUSTICE | ARI D KUNOFSKY WARD W BENSON | PO BOX 227 BEN FRANKLIN | | WASHINGTON | DC | 20044 | | (COUNSEL TO THE UNITED STATES OF AMERICA) |
| VARNUM | MARY KAY SHAVER | PO BOX 352 BRIDGEWATER PL | | GRAND RAPIDS | MI | 49501-0352 | | (COUNSEL FOR APPLABS TECHNOLOGIES PVT LTD) |
| VEDDER PRICE PC | MICHAEL L SCHEIN | 1633 BROADWAY 47TH FL | | NEW YORK | NY | 10019 | | (COUNSEL TO FIRST UNION RAIL CORPORATION) |

Exhibit A
2002 Service List - Overnight Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | STATE | Zip | Country | Party / Function |
|---|---|---|---|---|---|---|---|---|
| VENABLE LLP | JEFFREY S SABIN | 1270 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10020 | | (COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO. LLP) |
| VENABLE LLP | JAMIE L EDMONSON DANIEL A OBRIEN | 1201 N MARKET ST SUITE 1400 | | WILMINGTON | DE | 19801 | | (COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC) |
| WACHTELL LIPTON ROSEN KATZ | RICHARD MASON E KLEINHAUS A WITT | 51 W 52ND ST | | NEW YORK | NY | 10019 | | (COUNSEL TO THE "EFH EQUITY INTEREST HOLDERS") |
| WEINSTEIN RADCLIFF | GREGORY M WEINSTEIN | 6688 N CENTRAL EXPRESSWAY STE 675 | | DALLAS | TX | 75206 | | (COUNSEL TO MARIO SINACOLA & SONS EXCAVATING, INC) |
| WEIR PARTNERS | JEFFREY S CIANCIULLI | 824 N MARKET ST STE 800 | | WILMINGTON | DE | 19801 | | (COUNSEL FOR EVERCORE GROUP LLC) |
| WERB SULLIVAN | J JACKSON SHRUM DUANE D WERB | 300 DELAWARE AVE STE 1300 | | WILMINGTON | DE | 19801 | | (COUNSEL FOR BWM SERVICES) |
| WEYERHAEUSER CO | ALEXIS MCDONALD | PO BOX 9777 | | FEDERAL WAY | WA | 98063 | | |
| WHITE CASE | J CHRISTOPHER SHORE GREGORY STARNER | 1155 AVE OF THE AMERICAS | | NEW YORK | NY | 10036 | | (COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS) |
| WHITE CASE | THOMAS LAURIA MATTHEW BROWN | 200 S BISCAYNE BLVD STE 4900 | | MIAMI | FL | 33131 | | (COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS) |
| WILMER CUTLER PICKERING HALE DORR | PHILIP ANKER GEORGE SHUSTER | 250 GREENWICH ST | 7 WORLD TRADE CTR | NEW YORK | NY | 10007 | | (COUNSEL TO MARATHON ASSET MGMT) |
| WILMER CUTLER PICKERING HALE DORR | BENJAMIN LOVELAND | 60 STATE ST | | BOSTON | MA | 02109 | | (COUNSEL TO MARATHON ASSET MGMT) |
| WILMER CUTLER PICKERING HALE DORR | P ANKER C PL D JENKINS G SHUSTER | 250 GREENWICH ST | 7 WORLD TRADE CTR | NEW YORK | NY | 10007 | | (COUNSEL TO CSC TRUST CO OF DE AS IND & COLLATERAL TTEE FOR 10% SR SEC NOTES DUE 2020) |
| WILMINGTON SVGS FUND SOCIETY | PATRICK J HEALY | 500 DELAWARE AVE | | WILMINGTON | DE | 19801 | | (COMMITTEE OF UNSECURED CREDITORS) |
| WILMINGTON TRUST FSB | JEFFREY T ROSE | 50 S SIXTH ST STE 1290 | | MINNEAPOLIS | MN | 55402 | | |
| WINSTON STRAWN | DAVID NEIER | 200 PARK AVE | | NEW YORK | NY | 10166 | | (COUNSEL TO CHICAGO BRIDGE & IRON COMPANY N.V.) |
| WOMAC LAW | BRIAN D WOMAC STACEY L KREMLING | 8301 KATY FWY | | HOUSTON | TX | 77024 | | (COUNSEL FOR 2603 AUGUSTA INVESTORS LP) |
| WOMBLE CARLYLE SANDRIDGE RICE | STEVEN KORTANEK M DESGROSSEILLIERS | 222 DELAWARE AVE STE 1501 | | WILMINGTON | DE | 19801 | | (COUNSEL TO CENTERPOINT) |
| WOMBLE CARLYLE SANDRIDGE RICE | MARK L DESGROSSEILLIERS | 222 DELAWARE AVE STE 1501 | | WILMINGTON | DE | 19801 | | (COUNSEL TO HOLT TEXAS, LTD. D/B/A HOLT CAT) |
| WOMBLE CARLYLE SANDRIDGE RICE | FRANCIS A MONACO JR KEVIN J MANGAN | 222 DELAWARE AVE STE 1501 | | WILMINGTON | DE | 19801 | | (COUNSEL FOR AMECO, AMERICAN EQUIPMENT COMPANY INC., FLUOR GLOBAL SERVICES, FLOUR CORPORATION, FLUOR ENTERPRISES) |
| WOMBLE CARLYLE SANDRIDGE RICE | KEVIN J MANGAN | 222 DELAWARE AVE STE 1501 | | WILMINGTON | DE | 19801 | | (COUNSEL FOR ALLTITE INC.) |
| YOUNG CONAWAY STARG TAYLOR | PAULINE MORGAN JOEL WAITE RYAN BARTLEY | 1000 N KING ST RODNEY SQ | ANDREW MAGAZINER | WILMINGTON | DE | 19801 | | (COUNSEL TO AD HOC COMMITTEE OF TCEH FIRST LIEN) |

Exhibit A
Special Parties Services List - Overnight Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| ADA CARBON SOLUTIONS | RED RIVER ENVIRONMENTAL PRODUCTS | PETER O HANSEN | 8100 S PKWY A2 | LITTLETON | CO | 80120 | |
| AEP TEXAS NORTH COMPANY | CHARLES R PATTON | 1 RIVERSIDE PLZ | | COLUMBUS | OH | 43215-2372 | |
| ALCOA | MAX W LAUN | 201 ISABELLA ST | | PITTSBURGH | PA | 15219-5858 | |
| AMECO INC | DEAN SMITH | 2106 ANDERSON RD | | GREENVILLE | SC | 29611 | |
| AMERICAN STOCK TRANSFER TRUST CO | PAUL KIM | 6201 15TH AVE | | BROOKLYN | NY | 11219 | |
| ASHER MEDIA INC | KALYN ASHER | 15303 DALLAS PKWY STE 1300 | | ADDISON | TX | 75001 | |
| AUTOMATIC SYSTEMS INC | MICHAEL HOEHN | 9230 E 47TH ST | | KANSAS CITY | MO | 64133 | |
| BENCHMARK INDUSTRIAL SERVICES | MIKE WILCOX | 2100 STATE HWY 31 E | | KILGORE | TX | 75662 | |
| BENCHMARK INDUSTRIAL SERVICES | MIKE WILCOX | PO BOX 931 | | KILGORE | TX | 75663 | |
| BNSF RAILWAY COMPANY | C O HAYNES AND BOONE LLP | IAN T PECK | 201 MAIN ST STE 2200 | FORT WORTH | TX | 76102-3126 | |
| BNSF RAILWAY COMPANY | PETER LEE SENIOR GENERAL ATTORNEY | 2500 LOU MENK DR | | FORT WORTH | TX | 76131-2828 | |
| BNSF RAILWAY COMPANY | JASON SPENCER | 3001 LOU MENK DR | | FORT WORTH | TX | 76131 | |
| BOKF NA DBA BANK OF ARIZONA | CYNDI WILKINSON | SENIOR VICE PRESIDENT | 3001 E CAMELBACK RD STE 100 | PHOENIX | AZ | 85016 | |
| BOKF NA DBA BANK OF ARIZONA | KEN HOFFMAN VP | SENIOR VICE PRESIDENT | 3001 E CAMELBACK RD STE 100 | PHOENIX | AZ | 85016 | |
| BRAKE SUPPLY CO INC | DAVID KOCH | 5501 FOUNDATION BLVD | | EVANSVILLE | IN | 47725 | |
| CAPGEMINI NORTH AMERICA INC | ISABELLE ROUX CHENU | 623 FIFTH AVE 33RD FL | | NEW YORK | NY | 10022 | |
| CENTERPOINT ENERGY HOUSTON | ROBERT CLAUDE ASSOC GENERAL COUNSEL | 1111 LOUISIANA ST | | HOUSTON | TX | 77002 | |
| CONNOLLY GALLAGHER LLP | KAREN C BIFFERATO AND KELLY CONLAN | 1000 W ST STE 1400 | | WILMINGTON | DE | 19801 | |
| COURTNEY CONSTRUCTION INC | KARLOS COURTNEY | 2617 US HWY 79N | | CARTHAGE | TX | 75633 | |
| CRANE NUCLEAR INC | PRESIDENT OR GENERAL COUNSEL | 2825 COBB INTERNATIONAL BLVD NW | | KENNESAW | GA | 30152 | |
| DATA SYSTEMS AND SOLUTIONS LLC | ROLLS ROYCE | MILES COWDRYROLLS ROYCE CIVIL | NUCLEAR994 A EXPLORER BLVD | HUNTSVILLE | AL | 35806 | |
| DENTONS US LLP | HUGH MCDONALD LOUIS CURCIO | OSCAR PINKS | 1221 AVE OF THE AMERICAS | NEW YORK | NY | 10020 | |
| DEUTSCHE BANK | SARA PELTON | 60 WALL ST | NYCC60 0266 | NEW YORK | NY | 10005-2836 | |
| FL SMIDTH AIRTECH INC | MARK BRANCATO CEMENT PROJ | 2040 AVE C | | BETHLEHEM | PA | 18017 | |
| FLUOR GLOBAL SERVICES | CARLOS M HERNANDEZ | 6700 LAS COLINAS BLVD | | IRVING | TX | 75039 | |
| FREDERIC DORWART LAWYERS | SAMUEL S ORY | 124 E FOURTH ST | | TULSA | OK | 74103 | |
| FRISCO CONSTRUCTION SERVICES | CLAY THOMAS | 9550 JOHN W ELLIOTT DR STE 106 | | FRISCO | TX | 75033 | |
| GENERATOR AND MOTOR SERVICES INC | JOHN POZNICK CONTROLLER | 601 BRADDOCK AVE | | TURTLE CREEK | PA | 15145 | |
| GRAINGER | JOHN L HOWARD | 100 GRAINGER PKWY | | LAKE FOREST | IL | 60045 | |
| HEADWATERS RESOURCES INC | HARLAN M HATFIELD | 10701 S RIVER FRONT PKWY | STE 300 | SOUTH JORDAN | UT | 84095 | |
| HYDROCARBON EXCHANGE CORP | R SCOTT HOPKINS | 5910 N CENTRAL EXPY | STE 1380 | DALLAS | TX | 75206 | |
| J AND S CONSTRUCTION LLC | JEFF GRODEL | PO BOX 400 | | BUFFALO | TX | 75831 | |
| KANSAS CITY SOUTHERN RAILWAY KCS | WILLIAM WOCHNER | 427 W 12TH ST | | KANSAS CITY | MO | 64105 | |
| KANSAS CITY SOUTHERN RAILWAY KCS | WILLIAM WOCHNER | PO BOX 219335 | | KANSAS CITY | MO | 64121-9335 | |
| MERICO ABATEMENT CONTRACTORS INC | MIKE CROFFLAND GENERAL MANAGER | 201 ESTES DR | | LONGVIEW | TX | 75602-6100 | |
| MINE SERVICE LTD | KEITH DEBAULT | 855 E US HWY 79 | | ROCKDALE | TX | 76567 | |
| NIXON PEABODY | AMELIA M CHARAMBA | 100 SUMMER ST | | BOSTON | MA | 02110 | |
| NORTHEAST TEXAS POWER LTD | DAVID PETTY PRESIDENT | 3163 FM 499 | | CUMBY | TX | 75433 | |
| NORTHEAST TEXAS POWER LTD | DAVID PETTY PRESIDENT | PO BOX 553 | | CUMBY | TX | 75433 | |
| NORTHEAST TEXAS POWER LTD | DAVID PETTY PRESIDENT | PO BOX 557 | | CUMBY | TX | 75433 | |
| PERFORMANCE CONTRACTING INC | CHUCK WILLIAM | 16400 COLLEGE BLVD | | LENEXA | KS | 66219 | |
| PIERCE CONSTRUCTION INC | KENNETH PIERCE | 4324 STATE HWY 149 | | BECKVILLE | TX | 75631 | |
| PIERCE CONSTRUCTION INC | KENNETH PIERCE OWNER | PO BOX 69 | | BECKVILLE | TX | 75631 | |
| RAILROAD COMMISSION OF TEXAS | | 1701 N CONGRESS | | AUSTIN | TX | 78701 | |
| RANGER EXCAVATING LP | BRAD MCKENZIE CONTROLLER | 5222 THUNDER CREEK RD | | AUSTIN | TX | 78759 | |
| RYAN PARTNERSHIP FDBA SOLUTIONSET | MARY PERRY | 440 POLARIS PKWY | | WESTERVILLE | OH | 43082 | |
| SECURITAS SECURITY SERVICES USA | LEGAL DEPARTMENT | 4330 PARK TCE DR | | WESTLAKE VILLAGE | CA | 91361 | |
| SECURITAS SECURITY SERVICES USA | SONIA JASMAN | 2 CAMPUS DR | | PARSIPPANY | NJ | 07054-4400 | |
| SHAW MAINTENANCE CB and I | RICHARD E CHANDLER JR | C O CB and I ONE CB and I PLZ | 2103 RESEARCH FOREST DR | THE WOODLANDS | TX | 77380 | |
| SIEMENS POWER GENERATION INC | CHRISTOPHER RANCK | 4400 ALAFAYA TRL | | ORLANDO | FL | 32826 | |
| SITEL LLC | DAVID BECKMAN CHIEF LEGAL OFFICER | 3102 W END AVE STE 900 | | NASHVILLE | TN | 37203 | |
| TAGGART GLOBAL LLC | JOHN LUKE | C O FORGE GROUP LTD | 4000 TOWN CTR BLVD STE 300 | CANONSBURG | PA | 15317 | |
| TEAM EXCAVATING | WAYNE YOST OWNER | 815 N MAIN ST | | WRENS | GA | 30833 | |
| TEXAS NEW MEXICO POWER COMPANY | SCOTT SEAMSTER | 414 SILVER AVE SW | | ALBUQUERQUE | NM | 87102-3289 | |

Exhibit A

Special Parties Services List - Overnight Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| TPUSA | JOHN WARREN MAY | 1991 S 4650 W | | SALT LAKE CITY | UT | 84104 | |
| TRANSACTEL INC | GUILLERMO MONTANO | 18 CALLE 25 85 Z10 | TORRE TRANSACTEL PRADERA | GUATEMALA CITY | | | GUATEMALA |
| TRENT WIND FARM LP | JAY JADWIN AND LISA GROFF | TRENT WIND FARM | 155 W NATIONWIDE BLVD STE 500 | COLUMBUS | OH | 43215 | |
| TRENT WIND FARM LP | CHRISTINE MCGARVEY | TRENT WIND FARM | 1423 CR 131 | TRENT | TX | 79561 | |
| UMB BANK NA | LAURA ROBERSON | VICE PRESIDENT | 2 S BROADWAY STE 600 | ST LOUIS | MO | 63102 | |
| WARFAB | CALVIN GRACE PRESIDENT AND CEO | 607 FISHER RD | | LONGVIEW | TX | 75604 | |
| WESTINGHOUSE ELECTRIC CO LLC | MIKE SWEENEY SR VP GEN COUNSEL | LEGAL AND CONTRACTS | 1000 WESTINGHOUSE DR STE 572A | CRANBERRY TOWNSHIP | PA | 16066 | |

In re: Energy Future Holdings Corp., et al.
Case No. 14-10979 (CSS)

Page 2 of 2