IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>        Debtors. | ) <br> ) Chapter 11 <br> ) <br> ) Case No. 14-10979 (CSS) <br> ) <br> ) (Jointly Administered) <br> ) <br> ) Re: D.I.  3586 |

## NOTICE OF WITHDRAWAL OF NOTICE OF AMENDMENTS TO SCHEDULES OF ASSETS AND LIABILITIES FOR DEBTOR ENERGY FUTURE HOLDINGS CORP. (CASE NO. 14-10979) [D.I. 3586]

PLEASE TAKE NOTICE that:

1. On February 18, 2015, debtor Energy Future Holdings Corp. ("EFH Corp.") filed the *Notice of Amendments to Schedules of Assets and Liabilities for Debtor Energy Future Holdings Corp. (Case No. 14-10979)* [D.I. 3586] (the "Schedule Amendments"). The Schedule Amendments were approved by EFH Corp., through its disinterested directors pursuant to the authority delegated to them under resolutions of the EFH Corp. Board of Directors duly adopted on November 7, 2014, as supplemented by resolutions duly adopted on December 9, 2014 (the "Resolutions").[2]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The Resolutions authorize EFH Corp.'s disinterested directors, on behalf of EFH Corp., to determine and resolve all "Conflict Matters" (as defined in the Resolutions), including the determination regarding whether any matter constitutes a Conflict Matter, and establish a protocol with respect to resolving Conflict Matters. On January 13, 2015, the Court entered the *Order Authorizing the Retention and Employment of Proskauer Rose LLP as Counsel for Debtor and Debtor in Possession Energy Future Holdings Corp. Effective* Nunc Pro Tunc *to November 19, 2014* [D.I. 3281], in which the Resolutions are referenced and to which they are attached.

47582973v3

2.	The official committee of unsecured creditors representing the interests of Energy Future Competitive Holdings Company LLC ("EFCH"), Texas Competitive Electric Holdings Company LLC ("TCEH"), the direct and indirect debtor subsidiaries of EFCH and TCEH and EFH Corporate Services Company allege that the Schedule Amendments failed to comply with the *Stipulation and Agreed Order Regarding a Protocol for Certain Case Matters* entered by this Court on September 16, 2014 [D.I. 2051] (the "Stipulation and Order").  EFH Corp. disagrees with that allegation and reserves its right to assert that (a) the Stipulation and Order does not apply to actions taken by EFH Corp.'s disinterested directors under the authority granted to them by the Resolutions and (b) to the extent that the Stipulation and Order does apply to the filing of the Schedule Amendments, EFH Corp. has complied with the Stipulation and Order.

3.	Notwithstanding EFH Corp.'s position with respect to the applicability of, or compliance with, the Stipulation and Order, EFH Corp. hereby withdraws the Schedule Amendments, without prejudice.

4.	EFH Corp. reserves all claims, rights, remedies and defenses in connection with the foregoing.

5.	EFH Corp. further hereby provides notice that, on or after ten (10) days from the date hereof, EFH Corp. may re-file the Schedule Amendments in substantially the form filed on February 18, 2015.

[*Remainder of page intentionally left blank.*]

|  |  |
|---|---|
|  | **O'KELLY ERNST & BIELLI, LLC** |
| Date: February 23, 2015 | */s/ Shannon J. Dougherty* <br> David M. Klauder (No. 5769) <br> Shannon J. Dougherty (No. 5740) <br> 901 N. Market Street, Suite 1000 <br> Wilmington, DE 19801 <br> Phone: (302) 778-4000 <br> Fax: (302) 295-2873 <br> dklauder@oeblegal.com <br> sdougherty@oeblegal.com <br><br> -and- <br><br> **PROSKAUER ROSE LLP** <br><br> Jeff J. Marwil (admitted *pro hac vice*) <br> Mark K. Thomas (admitted *pro hac vice*) <br> Peter J. Young (admitted *pro hac vice*) <br> Three First National Plaza <br> 70 W. Madison Street, Suite 3800 <br> Chicago, IL 60602 <br> Phone: (312) 962-3550 <br> Fax: (312) 962-3551 <br> jmarwil@proskauer.com <br> mthomas@proskauer.com <br> pyoung@proskauer.com <br><br> *Counsel to the Debtor,* <br> *Energy Future Holdings Corp.* |