IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) Related to Docket No. 3603 |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE §
§ SS:
NEW CASTLE COUNTY §

*L. John Bird*, being duly sworn according to law, deposes and says that he is employed by Fox Rothschild LLP, co-counsel to the Ad Hoc Group of TCEH Unsecured Noteholders in the above-captioned cases.

1. On February 19, 2015, copies of the **redacted** versions of following were caused to be served *via* hand delivery upon the local Delaware parties and via first class mail upon all non-local Delaware parties on Exhibit "A" annexed hereto and via email upon the parties set forth on Exhibit "B" annexed hereto:

   a. Motion of The Ad Hoc Group Of TCEH Unsecured Noteholders for Entry of an Order Granting Standing and Authority to Commence, Prosecute, and Settle Certain Claims for Declaratory Judgment, Avoidance and Recovery of Liens, Security Interests, Obligations, Fees, and Interest Payments, and Disallowance of Claims [DI 3603];

2. On February 19, 2105 **unredacted** versions of the Motion of The Ad Hoc Group Of TCEH Unsecured Noteholders for Entry of an Order Granting Standing and Authority to Commence, Prosecute, and Settle Certain Claims for Declaratory Judgment, Avoidance and

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

Recovery of Liens, Security Interests, Obligations, Fees, and Interest Payments, and Disallowance of Claims were served upon the parties identified on Exhibit "C" annexed hereto as noted thereon.

_____
L. John Bird

**SWORN TO AND SUBSCRIBED** before me, a Notary Public for the State and County aforesaid, on the day and year aforesaid.

Dated: February 23, 2015

_____
Notary Public

*[Notary Seal: IAN DOUGLAS DENSMORE, NOTARY PUBLIC, STATE OF DELAWARE, MY COMMISSION EXPIRES 1-31-2016]*

# EXHIBIT A

ACTIVE 26530194v1 08/04/2014

| NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | ADDRESS4 | ADDRESS5 | ADDRESS6 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|---|---|
| Master Service List (as of 02/20/2015 16:00:01) | | | | | | | | | |
| ABRAMS & BAYLISS LLP | (COUNSEL TO GOLDMAN, SACHS & CO.) | 20 MONTCHANIN RD STE 200 | | | | | WILMINGTON | DE | 19807 |
| AKERMAN LLP | (COUNSEL TO SIEMENS POWER GENERATION INC.) | 420 S ORANGE AVE | | | | | ORLANDO | FL | 32801-4904 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | (COUNSEL TO AD HOC COMMITTEE OF EFH UNSECURED NOTEHOLDERS AND EFIH SECOND LIEN DIP COMMITMENT) | KEVIN C. ABRAMS & JOHN M. SEAMAN | ONE BRYANT PARK, BANK OF AMERICA TOWER | MEREDITH LAHAIE, ROBERT BOLLER, CHRISTOPHER CARTY | LINDSAY ZAHRADKA | | NEW YORK | NY | 10036-6745 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | (COUNSEL TO AD HOC COMMITTEE OF EFH UNSECURED NOTEHOLDERS AND EFIH SECOND LIEN DIP COMMITMENT) | ATTN: SCUDEEP S. SIDHU | | ROBERT S. STRAUSS BUILDING | 1333 NEW HAMPSHIRE AVE, NW | | WASHINGTON | DC | 20036-1564 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | (COUNSEL TO AD HOC COMMITTEE OF EFIH UNSECURED) | NOTEHOLDERS AND EFIH SECOND LIEN DIP COMMITMENT | ATTN: SCOTT ALBERINO, JOANNA NEWDECK | | | | HOUSTON | TX | 77002 |
| ALDINE INDEPENDENT SCHOOL DISTRICT | | 14910 ALDINE WESTFIELD RD | | | | | HOUSTON | TX | 77032 |
| ALVAREZ & MARSAL | ATTN: COURTNEY J HARRIS, ESQ | 55 W MONROE STE 4000 | | | | | CHICAGO | IL | 60603 |
| AMERICAN STOCK TRANSFER & TRUST CO LLC | ATTN: GENERAL COUNSEL | 6201 15TH AVE | | | | | BROOKLYN | NY | 11219 |
| AMERICAN STOCK TRANSFER & TRUST CO LLC | ATTN: PAUL KIM | 6201 15TH AVE | | | | | BROOKLYN | NY | 11219 |
| ANDREWS KURTH LLP | (COUNSEL TO TITUS COUNTY FRESH WATER SUPPLY DISTRICT NO. 1) | 111 CONGRESS AVE STE 1700 | | | | | AUSTIN | TX | 78701 |
| ASHBY & GEDDES, P.A. | (COUNSEL TO WILMINGTON SAVINGS/WSFS) | PO BOX 1150 | ATTN: MICHAEL BOLDT ESQ | | | | WILMINGTON | DE | 19899 |
| BAILEY BRAUER PLLC | (COUNSEL TO BALLANTYNE CHEMICAL RESOURCES, INC.) | 8350 N CENTRAL EXPY STE 935 | | | | | DALLAS | TX | 75206 |
| BAKER BOTTS LLP | (COUNSEL TO CENTERPOINT) | CAMPBELL CENTRE I | 8351 N CENTRAL EXPY STE 935 | | | | DALLAS | TX | 75206 |
| BALLARD SPAHR LLP | (COUNSEL TO LOUISIANA ENERGY & URENCO) | 2001 ROSS AVE | | | | | DALLAS | TX | 75201-2980 |
| BARNES & THORNBURG LLP | (COUNSEL TO CONVERGYS) | ATTN: MATTHEW W SUMMERS ESQ | 919 N MARKET ST 11TH FL | | | | WILMINGTON | DE | 19801 |
| BARNES & THORNBURG LLP | (COUNSEL TO CONVERGYS) | ATTN: PAULA K JACOBI ESQ | ONE N WACKER DR STE 4400 | | | | CHICAGO | IL | 60606 |
| BAYARD PA | (COUNSEL TO CSC TRUST CO OF DELAWARE, SUCCETTE UNDER THE TCEH 11.5% SR SECURED NOTES INDENTURE) | ATTN: KEVIN COLLINS ESQ | 222 DELAWARE AVE STE 900 | | | | WILMINGTON | DE | 19801 |
| BENESCH FRIEDLANDER COPLAN & ARONOFF LLP | (COUNSEL TO NEXTERA ENERGY RESOURCES SCIENTIFIC, INC. AND ITS AFFILIATES AND SUBSIDIARIES) | ATTN: KEVIN M. CAPUZZI | 222 DELAWARE AVE STE 801 | | | | WILMINGTON | DE | 19801 |
| BLANK ROME LLP | (COUNSEL TO WILMINGTON TRUST, NA) | ATTN: MICHAEL DEBAECHE, STANLEY TARR | 1201 MARKET ST STE 800 | | | | WILMINGTON | DE | 19801 |
| BLANK ROME LLP | (COUNSEL TO WILMINGTON TRUST, NA) | ATTN: MICHAEL B. SCHAEFER | ONE LOGAN SQUARE | 130 N 18TH ST | | | PHILADELPHIA | PA | 19103 |
| BLUME FAULKNER SKEEN & NORTHAM PLLC | (COUNSEL TO NATIONAL FIELD SERVICES) | ATTN: BRETTON C. GERARD | 111 W SPRING VALLEY RD STE 250 | | | | RICHARDSON | TX | 75081 |
| BRICKFIELD, BURCHETTE, RITTS & STONE, PC | (COUNSEL TO TEX-LA ELECTRIC COOPERATIVE OF TEXAS) | ATTN: CHRISTINE C. RYAN | 1025 THOMAS JEFFERSON STREET, NW | | | | WASHINGTON | DC | 20007 |
| BROWN & CONNERY, LLP | (COUNSEL TO CEPHALON) | ATTN: DONALD K. LUDMAN | 6 NORTH BROAD ST STE 100 | | | | WOODBURY | NJ | 08096 |
| BROWN RUDNICK LLP | (COUNSEL TO WILMINGTON SAVINGS/WSFS) | ATTN: EDWARD WEISFELNER ESQ | SEVEN TIMES SQUARE | | | | NEW YORK | NY | 10036 |
| BROWN RUDNICK LLP | (COUNSEL TO WILMINGTON SAVINGS/WSFS) | ATTN: JEFFREY JONAS ESQ, ANDREW STREHLE ESQ | ONE FINANCIAL CENTER | | | | BOSTON | MA | 02111 |
| BROWN RUDNICK LLP | (COUNSEL TO WILMINGTON SAVINGS/WSFS) | ATTN: HOWARD SIEGEL ESQ | 185 ASYLUM ST | | | | HARTFORD | CT | 06103 |
| BRYAN CAVE LLP | ATTN: JEREMY B. COFFEY | 1290 AVENUE OF THE AMERICAS | | | | | NEW YORK | NY | 10104 |
| BRYAN CAVE LLP | (COUNSEL TO INDENTURE TRUSTEE OF 11% & 11.75% SR) | ATTN: ROBERT E DOUGLAS | 1290 AVENUE OF THE AMERICAS | | | | NEW YORK | NY | 10104-1302 |
| BUCHALTER NEMER, A PROFESSIONAL CORPORATION | (COUNSEL TO ORACLE AMERICA, INC.) | ATTN: SHAWN M. CHRISTIANSON | 55 SECOND ST 17TH FL | | | | SAN FRANCISCO | CA | 94105-3493 |
| BUCHANAN INGERSOLL & ROONEY PC | (COUNSEL TO CATERPILLAR FINANCIAL SERVICES CORP.) | ATTN: KATHLEEN A. MURPHY | 919 N MARKET ST STE 1500 | | | | WILMINGTON | DE | 19801 |
| CARMODY MACDONALD P.C. | (COUNSEL TO AUTOMATIC SYSTEMS, INC.) | ATTN: GREGORY D. WILLARD | 120 S CENTRAL AVE STE 1800 | | | | SAINT LOUIS | MO | 63105 |
| CHADBOURNE & PARKE LLP | (COUNSEL TO NEXTERA ENERGY RESOURCES) | ATTN: HOWARD SEIFE, ANDREW ROSENBLATT, ET AL | 1301 AVENUE OF THE AMERICAS | | | | NEW YORK | NY | 10019-6022 |
| CHIPMAN BROWN CICERO & COLE, LLP | (COUNSEL TO NEXTERA ENERGY RESOURCES MANAGEMENT & RESEARCH CO.) | ATTN: WILLIAM CHIPMAN, JR./MARK OLIVERE | 1007 NO ORANGE ST STE 1110 | | | | WILMINGTON | DE | 19801 |
| CHIPMAN BROWN CICERO & COLE, LLP | (COUNSEL TO ATMOS ENERGY TRU 2007-1 RAILCAR, NOTEHOLDERS AND EFIH SECOND LIEN DIP COMMITMENT) | ATTN: D ASTIN, J MCLAUGHLIN JR, P MCMAHON JR | ANN KASHISHIAN | 1204 N KING STREET | | | WILMINGTON | DE | 19801 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | ATTN: OWEN COYLE | ZORI MIGLIORINI/STANDBY LETTER | 1615 BRETT RD., OPS III | | | | NEW CASTLE | DE | 19720 |
| COHEN & GRIGSBY, P.C. | ATTN: ERIC D. LUGAN, VICE PRESIDENT | ATTN: MARCUS A. PAPASIAN | GC OF CREDIT DEPT, AS FRONTING BANK | | | | NEW CASTLE | DE | 19720 |
| COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TX | ATTN: RYAN FALCONER | 60 WALL STREET (MS-NYC-064) | | | | | NEW YORK | NY | 10013 |
| COMPUTERSHARE | ATTN: CHRISTOPHER R. MOSELY | 1615 BRETT ROAD, BUILDING III | | | | | NEW CASTLE | DE | 19720 |
| COMPUTERSHARE TRUST COMPANY OF CANADA | (COUNSEL TO J. ARON & COMPANY) | SECURITIES PROCESSING SENIOR ANALYST | GLOBAL LOANS, 1615 BRETT RD., OPS III | | | | NEW CASTLE | DE | 19720 |
| COWEN & THOMPSON | (COUNSEL TO J. ARON & COMPANY) | 388 GREENWICH STREET | | | | | NEW YORK | NY | 10013 |
| COZEN O'CONNOR | (COUNSEL TO ENERGY FUTURE HOLDINGS CORP.) | 1007 THROCKMORTON ST | | | | | FORT WORTH | TX | 76102 |
| CRAVATH, SWAINE & MOORE LLP | (COUNSEL TO TEXAS ATTORNEY GENERAL) | ATTN: THOMAS MOLONEY, SEAN O'NEAL, HUMAYUN KHALID | ONE LIBERTY PLAZA | | | | NEW YORK | NY | 10006 |
| CROSS & SIMON, LLC | OFFICE OF THE TEXAS ATTORNEY GENERAL | BANKRUPTCY & COLLECTIONS DIVISION | 625 LIBERTY AVE | | | | PITTSBURGH | PA | 15222-3152 |
| CROWE & DUNLEVY, PC | ATTN: TINA VITALE, BACH LB. | 400 WASHINGTON BLVD | | | | | AUSTIN | TX | 78711-2548 |
| CSC TRUST COMPANY OF DELAWARE | ATTN: ALESSANDRA PANESRA | 1500, UNIVERSITY ST., SUITE 700 | | | | | JERSEY CITY | NJ | 07310 |
| DAVIS POLK & WARDWELL LLP | (COUNSEL TO ATMOS ENERGY CORPORATION) | ATTN: STEPHEN C. STAPLETON | MONTREAL | | | | MONTREAL | QC | H3A-3S8 |
| DEUTSCHE BANK | (COUNSEL TO J. ARON & COMPANY) | ATTN: MARK K. FEDGER | BANK OF AMERICA PLAZA | | | | DALLAS | TX | 75202 |
| DORSEY & WHITNEY DELAWARE LLP | (COUNSEL TO FIDELITY MANAGEMENT & RESEARCH CO.) | COMPANY LLC/EFIH | 1201 N MARKET ST STE 1001 | | | | WILMINGTON | DE | 19801 |
| DRINKER BIDDLE & REATH LLP | (COUNSEL TO DEVON ENERGY) | ATTN: MICHAEL L. JOYCE ESQ | 1105 N MARKET ST STE 901 | 825 (EIGHTH) AVE | | | NEW YORK | NY | 10019 |
| DYKEMA GOSSETT PLLC | ATTN: SANDRA L. HORWITZ | MANAGING DIRECTOR | 2711 CENTERVILLE RD STE 400 | | | | WILMINGTON | DE | 19808 |
| EMC CORPORATION | (COUNSEL TO COLLIN COUNTY) | ATTN: JUDY HAMILTON MORSE ESQ | 324 N ROBINSON AVE STE 510 | | | | OKLAHOMA CITY | OK | 73102 |
| ENERGY FUTURE HOLDINGS CORPO ET AL | (COUNSEL TO AURELIUS CAPITAL MANAGEMENT, LP) | ATTN: MARSHALL S HUEBNER, BENJAMIN KAMINETZKY, ET AL | ELLIOT MOSKOWITZ, DAMON METER | 450 LEXINGTON AVE | | | NEW YORK | NY | 10017 |
| EPIQ BANKRUPTCY SOLUTIONS, LLC | (COUNSEL TO CITIBANK NA, (CHI DIP AGENT) | ATTN: DALE E BARNEY ESQ | ALESSANDRA GLORIOSO | 300 DELAWARE AVE STE 1010 | | | NEW YORK | NY | 10005-2836 |
| FOLEY & LARDNER LLP | (COUNSEL TO TEX-LA ELECTRIC COOPERATIVE OF TEXAS) | ATTN: ERIC LOPEZ SCHNABEL, ROBERT W. MALLARD & HOWARD A. COHEN, & ROBERT K. MALONE | ONE GATEWAY CENTER | | | | NEWARK | NJ | 07102-5310 |
| FOX ROTHSCHILD LLP | (COUNSEL TO MARATHON MGMT, ACCOA AND TEXAS PIPELINE VENTURE, KINDER MORGAN) | ATTN: JEFFREY R RHUL ESQ | 500 WEST 13TH ST STE 1100 | | | | DALLAS | TX | 75201 |
| FRANKGECK LLP | C/O RECEIVABLE MANAGEMENT SERVICES (RMS) | ATTN: RONALD C ACEVEDO ESQ | 1717 MAIN ST STE 4200 | | | | WILMINGTON | DE | 19810 |
| FRED FRANK HARRIS SHRIVER & JACOBSON LLP | PO BOX 7346 | DEPARTMENT OF THE TREASURY | 307 INTERNATIONAL CIRCLE, STE 270 | | | | COCKEYSVILLE | MD | 21030 |
| GAY MCCALL ISAACKS GORDON & ROBERTS PC | (COUNSEL TO AD HOC GROUP OF TCEH UNSECURED) | NOTEHOLDERS | 757 THIRD AVE 3RD FL | | | | CHICAGO | IL | 60606-4313 |
| GAY MCCALL ISAACKS GORDON & ROBERTS PC | (COUNSEL TO EPSTEIN, THE P LAW FIRMS/ASBESTOS) | ATTN: HAROLD KAPLAN ESQ, MARK HEBBELN ESQ | LARS PETERSON ESQ | | | | NEW YORK | NY | 10017 |
| GELLERT SCALI BUSENKILL & BROWN, LLC | (COUNSEL TO FUTURE, THE F LAW FIRMS/ASBESTOS CLAIMANTS) | ATTN: JOSEPH D FRANK ESQ AND REED HELLMAN ESQ | 325 N LASALLE ST STE 225 | | | | CHICAGO | IL | 60654 |
| GIBBONS P.C. | (COUNSEL TO THE F LAW FIRM/ASBESTOS CLAIMANTS) | ATTN: JOSEPH D FRANK ESQ | 225 N LASALLE ST STE 625 | | | | CHICAGO | IL | 60654 |
| GOODWIN PROCTER LLP | (COUNSEL TO THE AFTERMARKET) | ATTN: FRANCES GECKER ESQ | 919 W MARKET ST STE 200 | 101 PARK AVE | | | NEW YORK | NY | 10178 |
| HAYNES AND BOONE LLP | (COUNSEL TO TEXAS RAILWAY COMPANY) | ATTN: BRADLEY SCHIFIER, GABRYL KAPLAN & | 1000 LOUISIANA, STE 2200 | | | | HOUSTON | TX | 77002 |
| HAYNES AND BOONE LLP | (COUNSEL TO ROUNDO EQUIPMENT CO.) | ATTN: JOHN F. MELKO & MICHAEL K. RIORDAN | ONE NEW YORK PLAZA | | | | NEW YORK | NY | 10004 |
| HINCKLEY ALLEN | (COUNSEL TO ACME PLACE) | ATTN: RAYMOND N. LEMISCH | MATTHEW M. ROOSE | | | | NEW YORK | NY | 10004 |
| HOGAN MCDANIEL | (COUNSEL TO F/H CHERTHORS) | CITY OF GARLAND) | CHAD HOLOZY, STEVEN SESSING ESQ | | | | GARLAND | TX | 75042 |
| HOGAN MCDANIEL | (COUNSEL TO F/H CHEBTORS) | ATTN: DAVID MCCALL ESQ | 1395 SHOLOMAND STE 3101.040 | | | | PLANO | TX | 75074 |
| HOLLAND & KNIGHT LLP | (COUNSEL TO F/H CHERBTORS) | ATTN: MICHAEL A. BUSENKILL | 817 S LASALLE ESQ | | | | CHICAGO | IL | 60661 |
| INTERNAL REVENUE SERVICE | (COUNSEL TO F/H DEBTORS) | ATTN: JENNIFER W. DOGRAN | 1000 WEST 15T STE 1100 | | | | WILMINGTON | DE | 19801-1058 |
| INTERNAL REVENUE SERVICE | (COUNSEL TO THE RICHARDS GROUP INC.) | ATTN: JAMIE R WELTON ESQ | 1000 OAK LAWN AVE STE 777 | | | | DALLAS | TX | 75201 |
| JACKSON WALKER LLP | (COUNSEL TO MARATHON MGMT, ACCOA AND TEXAS PIPELINE, VENTURE, KINDER MORGAN) | ATTN: ASHLEY C. COBB LLP | 820 17TH ST STE 1200 | | | | NEWARK | NJ | 07102 |
| JACKSON WALKER, LLP | ATTN: FRANK GORDON, VP | NATIONAL MARKETING, KINDER MORGAN | THE NEW YORK TIMES BUILDING | | | | NEW YORK | NY | 10017 |
| JACKSON WALKER, LLP | LAW OFFICE OF PATRICIA WILLIAMS PREWITT | 12093 VISTA LAKE COURT | | | | | NAVASOTA | TX | 77864 |
| JONES DAY | LAW OFFICES OF E LARRY TAYLOR | 4410 LBJ TEXAS, LTD. D/B/A HOLT CAT) | 3200 DELAWARE AVE | | | | DALLAS | TX | 75202 |
| JONES DAY | (COUNSEL TO HOLT TEXAS, LTD., D/B/A HOLT CAT) | ATTN: L SCOTT ROSE | 901 MAIN ST STE 6000 | | | | DALLAS | TX | 75202 |
| KASOWITZ BENSON TORRES & FRIEDMAN LLP | (COUNSEL TO DIXIE GAS MARKETING COMPANY) | ATTN: ELIZABETH WELLER ESQ | WESTON CENTRE | ATTN: PATRICIA WILLIAMS PREWITT | | | SAN ANTONIO | TX | 78205 |
| KELLER DAVE & HALLAM LLP | (COUNSEL TO WALNUT CARBUROS & DALLAS COUNTY) | ATTN: DANIEL S PULLMAN ESQ | 2727 N HARWOOD STREET | | | | DALLAS | TX | 75201 |
| KELLY HART & HALLMAN LLP | (COUNSEL TO DNCOR) | ATTN: JOHN P PULLMAN ESQ | 2727 N HARWOOD STREET | | | | DALLAS | TX | 75201 |
| KIRKLAND & ELLIS LLP | (COUNSEL TO ONCOR) | ATTN: PATRICIA L LEE CTY, MCLENNAN CTY, LIMESTONE CTY) | 1601 BRYAN ST STE 2660 | ATTN: JAMES J. CARR, BENJAMIN H. FELDER & 209 EASTON AVE, STE 2500 | | | DALLAS | TX | 75201 |
| KIRKLAND & ELLIS LLP | (COUNSEL TO ONCOR) | ATTN: PHILIP EISENBERG ESQ | WELLS FARGO CENTER, 26TH FL 1321 MCKINNEY ST STE 2100 | JOSHUA BUDZY, PHILIP BENTLEY | ATTN: DUANE WADE SANDERS | | NEW ORLEANS | LA | 70130 |
| KLEHR HARRISON HARVEY BRANZBURG LLP | (COUNSEL TO DNCOR COMMONWEALTH) | ATTN: PHILIP EISENBERG ESQ | 819 CONGRESS AVE STE 1500 | ATTN: WILLIAM T. MEDAILLE | 101 CENTURY ESQ | | AUSTIN | TX | 78767 |
| KOSTER, BRADY VREELAND & FRANKEL LLP | (COUNSEL TO GILMANS INDEPENDENT SCHOOL DISTRICT) | LEGAL SERVICES | 2800 PINCREEAN CHASE TOWER | 1207 MAGNOLIA STE 220 | | | FORT WORTH | TX | 76102-7346 |
| LACKEY HERSBBAUM LLP | (COUNSEL TO ONCOR) | ATTN: MACS HERSBBAUM | ATTN: ADAM G LANOBISO, ES, MATTHEW B MCGUIRE ESQ | | | | DALLAS | TX | 75202 |
| LANDS DERTH & COBB LLP | (COUNSEL TO ADORA TENZAN FAIRNESS BRANCH NC) | ATTN: DANIEL S READDON ESQ | 1037 ALTHSST CHARLES ST 9TH FL | | | | WILMINGTON | DE | 19801 |
| LAW DEPT OF TEXAS COMPANY OF NEW YORK | (COUNSEL TO HARRIS, ANGELANTA & FORT BEND COUNTIES) | ATTN: JAMES L ROBERTSON JR, LEE CITY, MCLENNAN CITY, HALE CITY) | | | | | AUSTIN | TX | 78701 |
| LIMAGUER & LANDECKER LLP | (COUNSEL TO MIDCENTRAL SYSTEMS, INC.) | 220 S CENTRAL ESQ | 2800 POSTOAK BLVD | | | | HOUSTON | TX | 77056 |
| LIMAGUER & LANDECKER LLP | (COUNSEL TO HOLT TEXAS, LTD. D/B/A HOLT CAT) | ATTN: MICHAEL H. BRENDEN/COUNSEL TO PHO LAW FIRMS) | 3701 RAWLINS STE 1600 | | | | DALLAS | TX | 75219 |
| LLOYD GRESSLER & SAMPSON LLP | (COUNSEL TO LOWER COLORADO RIVER AUTHORITY) | KORRY L. KIILISTROM | 90 S SEVENTH ST STE 3300 | | | | ST PAUL | MN | 55402 |
| LOCKE LORD LLP | (COUNSEL TO ENERGY TRANSFER CORPS) | REGENCY PLAZA | 3200 RAWLINS, SUITE 1600 | | | | DALLAS | TX | 75219 |
| LOWER COLORADO RIVER AUTHORITY | (COUNSEL TO RED BALL DYNAMICS COMPANY) | KORRY L. KIILISTROM | 90 SEVENTH ST STE 3300 | | | | MINNEAPOLIS | MN | 55402 |
| MANION GAYNOR & MARRUGEL LLP | (COUNSEL TO RED BALL COMPANY) | ATTN: JONATHAN L. HOWELL | | | | | ROUND ROCK | TX | 78680 |
| MARGOLIS EIDELSTEIN | (COUNSEL TO TEXAS AD VALOREM TAXING JURISDICTIONS) | ATTN: PETERS, GOODMAN, MICHAEL R. CARNEY | PO BOX 1269 | | | | ROUND ROCK | TX | 78680 |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | (COUNSEL TO ALCOA) | ATTN: LEE GORDON | 300 DELAWARE AVE STE 770 | ONE BRYANT PARK, 47TH FL | | | NEW YORK | NY | 10036 |

| Name | Description | Attn/Notice | Address | City | State | Zip |
|---|---|---|---|---|---|---|
| MCKOOL SMITH | (COUNSEL TO ALCOA) | ATTN: PAUL D. MOAK, ESQ. | 600 TRAVIS ST STE 7000 | HOUSTON | TX | 77002 |
| MICHAEL G. SMITH | (COUNSEL TO TEXAS POWER MARKETING, INC.) | | 115 N 6TH ST | CLINTON | OK | 73601 |
| MILBANK, TWEED, HADLEY & MCCLOY LLP | | 1 CHASE MANHATTAN PLAZA | | NEW YORK | NY | 10005 |
| MILBANK, TWEED, HADLEY & MCCLOY LLP | | ATTN: DENNIS F. DUNNE, EVAN R. FLECK & KAREN GARTENBERG | 1 CHASE MANHATTAN PLAZA | NEW YORK | NY | 10005 |
| MISSOURI DEPARTMENT OF REVENUE | BANKRUPTCY UNIT | ATTN: STEVEN A. GINTHER | PO BOX 475 | JEFFERSON CITY | MO | 65105-0475 |
| MONTGOMERY MCCRACKEN WALKER & RHOADS LLP | (COUNSEL TO EFH CREDITORS COMMITTEE) | ATTN: NATALIE D RAMSEY ESQ, DAVIS LEE WRIGHT ESQ | 1105 N MARKET ST 15TH FL | WILMINGTON | DE | 19801 |
| MORGAN LEWIS BOCKIUS LLP | (COUNSEL TO PACIFIC INVESTMENT MANAGEMENT COMPANY | ATTN: JULIA FROST-DAVIES ESQ, PATRICK STRAWBRIDGE | ONE FEDERAL ST | BOSTON | MA | 02110 |
| MORRIS JAMES LLP | (COUNSEL TO THE "EFH EQUITY INTEREST HOLDERS") | ATTN: STEPHEN M. MILLER | PO BOX 2306 | WILMINGTON | DE | 19899-2306 |
| MORRIS NICHOLS ARSHT & TUNNELL LLP | (COUNSEL TO TCH DEBTORS) | ATTN: DERK ABBOTT, ANDREW REMMING, ERIN FAY | 1201 N MARKET ST STE 1600 | WILMINGTON | DE | 19801 |
| MORRISON & FOERSTER LLP | (COUNSEL TO TCH CREDITORS COMMITTEE) | ATTN: JAMES PECK ESQ, BRETT H MILLER ESQ LORENZO MARINUZZI ESQ | 250 W 55TH ST | NEW YORK | NY | 10019 |
| MUNGER, TOLLES & OLSON LLP | (COUNSEL TO THE "EFH EQUITY INTEREST HOLDERS") | ATTN: SEIH GOLDMAN ESQ, JOHN W SPIEGEL ESQ | 355 S GRAND AVE 35TH FL | LOS ANGELES | CA | 90071 |
| MUNSCH HARDT KOPF & HARR PC | (COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF TEXAS) | ATTN: THOMAS D WALPER ESQ, TODD J ROSEN ESQ, ERCOT) | 500 N AKARD ST STE 3800 | DALLAS | TX | 75201-6659 |
| MUNSCH HARDT KOPF & HARR PC | (COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF TEXAS/ERCOT) | ATTN: KEVIN M LIPPMAN ESQ | 500 N AKARD ST STE 3800 | DALLAS | TX | 75201-6659 |
| MYERS HILL | (COUNSEL TO HOLT TEXAS PARTNERS) | ATTN: ROBERT L. MYERS | 2525 RIDGEMAR BLVD STE 150 | FORT WORTH | TX | 76116 |
| NAMAN HOWELL SMITH & LEE PLLC | (COUNSEL TO BUFFALO INDUSTRIAL SUPPLY INC) | ATTN: KERRY L HALIBURTON ESQ | PO BOX 1470 | WACO | TX | 76703-1470 |
| NELSON MULLINS RILEY & SCARBOROUGH LLP | (COUNSEL TO MICHELIN NORTH AMERICA INC.) | ATTN: JODY A. BEDENBAUGH AND GEORGE B. CAUTHEN | 1320 MAIN ST 17TH FL | COLUMBIA | SC | 29201 |
| NIXON PEABODY LLP | | ATTN: RICHARD C. PEDONE, AMANDA D. DARWIN | 100 SUMMER ST | BOSTON | MA | 02110 |
| O'KELLEY ERNST & BIELLI LLC | | ATTN: DAVID M KLAUDER ESQ & SHANNON DOUGHERTY ESQ | 901 N MARKET ST STE 1000 | WILMINGTON | DE | 19801 |
| O'MELVENY & MYERS LLP | | ATTN: GEORGE A. DAVIS | TIMES SQUARE | NEW YORK | NY | 10036 |
| OFFICE OF THE TEXAS ATTORNEY GENERAL | | ATTN: HAL F MORRIS ESQ & ASHLEY BARTRAM | BANKRUPTCY REGULATORY SECTION | AUSTIN | TX | 78711-2548 |
| OFFICE OF THE TEXAS ATTORNEY GENERAL | | ATTN: HAL F MORRIS ESQ & ASHLEY BARTRAM | BANKRUPTCY & COLLECTIONS DIVISION | AUSTIN | TX | 78711-2548 |
| OFFICE OF PUBLIC UTILITY COMMISSION OF TEXAS | ENVIRONMENTAL QUALITY & RAILROAD COMMISSION | PO BOX 12548 | BANKRUPTCY REGULATORY SECTION | AUSTIN | TX | 78711-2548 |
| OFFICE OF THE UNITED STATES ATTORNEY | | ATTN: ELLEN SLIGHTS, ESQ. | 1 CALEB BOGGS FEDERAL BUILDING | WILMINGTON | DE | 19899-2046 |
| OFFICE OF THE UNITED STATES TRUSTEE | | ATTN: RICHARD L. SCHEPACARTER | U.S. FEDERAL OFFICE BUILDING | WILMINGTON | DE | 19801 |
| OFFICE OF THE UNITED STATES TRUSTEE | | ATTN: ANDREA SCHWARTZ | 201 VARICK STREET, SUITE 1006 | NEW YORK | NY | 10014 |
| OFFICE OF THE US TRUSTEE | | ATTN: LAURA DAVIS JONES ESQ, ROBERT FEINSTEIN ESQ | PO BOX 8705 | WILMINGTON | DE | 19899 |
| PACHULSKI STANG ZIEHL & JONES LLP | (COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NY) | ATTN: DANIEL A LOWENTHAL, CRAIG W. DENT | 1133 AVENUE OF THE AMERICAS | NEW YORK | NY | 10036 |
| PATTERSON BELKNAP WEBB & TYLER LLP | (COUNSEL TO AD HOC COMMITTEE OF TCEH FIRST LIEN) | ATTN: ALAN KORNBERG, KELLEY CORNISH, BRIAN HERMANN | 1285 AVENUE OF THE AMERICAS | NEW YORK | NY | 10019 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | (PBSG) | ATTN: JACOB ADLERSTEIN | 1285 AVENUE OF THE AMERICAS | NEW YORK | NY | 10019 |
| PENSION BENEFIT GUARANTY CORPORATION (PBGC) | | ATTN: DESIREE M. AMADOR, ATTY | 1200 K STREET, NW | WASHINGTON | DC | 20005-4026 |
| PENSION BENEFIT GUARANTY CORPORATION (PBGC) | | OFFICE OF THE CHIEF COUNSEL | 1200 K STREET, NW | WASHINGTON | DC | 20005-4026 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO SOMERVILLE COUNTY ET AL) | ATTN: EBONY CATALINO | 5001 BONNER ST STE 640 | HOUSTON | TX | 77007 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO GALENA PARK ISD) | ATTN: OWEN M SONIK ESQ | 1235 N LOOP WEST STE 600 | HOUSTON | TX | 77008 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO YOUNG CITY, GRAHAM ISD, GRAHAM) | HOSPITAL DISTRICT & NORTH CENTRAL TEXAS | PO BOX 8188 | WICHITA FALLS | TX | 76307 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO MILLSAP ISD, GRAHAM ISD, MCCLAIN ISD, LBJ MWD) | BUCKHOLTS ISD, COPPERAS COVE ISD, MCLENDON NOTES INDENTURE | PO BOX 9132 | AMARILLO | TX | 79105 |
| PERKINS COIE LLP | (COUNSEL TO TEH CREDITORS COMMITTEE) | ATTN: CHRISTOPHER R WARD ESQ, JUSTIN EDELSON ESQ | 1220 N MARKET ST STE 950 | WILMINGTON | DE | 19801 |
| PINCKNEY, WEIDINGER, URBAN & JOYCE LLC | | ATTN: EDWARD FOX ESQ | 222 DELAWARE AVE STE 1101 | WILMINGTON | DE | 19801 |
| POLSINELLI PC | | ATTN: CHRISTOPHER A. WARD, JUSTIN K. EDELSON | 1201 N MARKET ST STE 1000 | WILMINGTON | DE | 19801 |
| POLSINELLI PC | | ATTN: JEREMY R. JOHNSON | 900 THIRD AVE 21ST FL | NEW YORK | NY | 10022 |
| POPE HARDWICKE CHRISTIE SCHELL KELLY & RAY, LLP | (COUNSEL TO TARRANT REGIONAL WATER DISTRICT (A | ATTN: MICHAEL L ATCHLEY, MATTHEW T. TAPLETT | 500 W 7TH ST STE 600 | FORT WORTH | TX | 76102 |
| POTTER ANDERSON & CORROON LLP | (COUNSEL TO DEUTSCHE BANK, AGENT TO DIP FINANCING) | ATTN: JAMES M. SMITH, ESQ. | 1313 N MARKET ST PO BOX 951 | WILMINGTON | DE | 19899 |
| PRICE MEESE SHULMAN & DIAMOND PC | | PETER F YOUNG ESQ | 50 TICE BLVD | WOODCLIFF LAKE | NJ | 07677 |
| PROSKAUER ROSE LLP | | ATTN: MICHAEL T. MERVIS ESQ | ELEVEN TIMES SQUARE | NEW YORK | NY | 10036-8704 |
| PURDUE, AYERS, MOELLER & MORTON PA | | ATTN: JOHN SORENSON ESQ | 1121 W PLEASANT GROVE PKY STE 110 | PLEASANT GROVE | UT | 84062 |
| QUALLS & SEARCY | | ATTN: LUCIAN B. MORLEY ESQ | 7030 SW 77H ST STE 240 | LUBBOCK | TX | 79430 |
| REED SMITH LLP | | ATTN: HONH A. HARRIS, JASON D. CURRY | TWO N CENTRAL AVE | PHOENIX | AZ | 85004-2391 |
| REED SMITH LLP | (COUNSEL TO EPHS) | ATTN: KURT F. GWYNNE, KIMBERLY E.C. LAWSON | 1201 N MARKET ST STE 1500 | WILMINGTON | DE | 19801 |
| REED SMITH LLP | | ATTN: AMY M. TONTI ESQ. | REED SMITH CENTRE | PITTSBURGH | PA | 15222 |
| REED SMITH LLP | | ATTN: JOHN B LORD ESQ | 225 FIFTH AVE STE 1200 | PITTSBURGH | PA | 15222 |
| REED SMITH LLP | | ATTN: ROBERT P SIMONS ESQ | 225 FIFTH AVE STE 1200 | PITTSBURGH | PA | 15222 |
| REED SMITH LLP | (COUNSEL TO TCH CREDITORS COMMITTEE) | ATTN: MARK D COLLINS ESQ | 1201 N MARKET ST STE 1500 | WILMINGTON | DE | 19801 |
| RIDDELL WILLIAMS P.S. | (COUNSEL TO MICROSOFT) | ATTN: JOSEPH E SHICKICH JR. & HILARY B MOHR ESQ. | 1001 4TH AVE STE 4500 | SEATTLE | WA | 98154 |
| ROPES & GRAY LLP | | ATTN: MARK R. SOMERSTEIN | 1211 AVENUE OF THE AMERICAS | NEW YORK | NY | 10036-8704 |
| SATTERLEE STEPHENS BURKE & BURKE LLP | (COUNSEL TO MOODY'S ANALYTICS) | PAMELA A BOSSWICK ESQ | 230 PARK AVE | NEW YORK | NY | 10169 |
| SAUL EWING LLP | (COUNSEL TO EBRPG FUTURE INTERMEDIATE HOLDING | ATTN: MARK MINUTI ESQ | PO BOX 1266 | WILMINGTON | DE | 19899 |
| SAUL EWING LLP | | ATTN: LUCIAN B MURLEY ESQ | 222 DELAWARE AVE STE 1200 | WILMINGTON | DE | 19899 |
| SEARCY & SEARCY PC | | ATTN: JOSHUA M SEARCY ESQ AND JOSHUA P SEARCY ESQ | PO BOX 3929 | LONGVIEW | TX | 75606 |
| SECURITIES AND EXCHANGE COMMISSION | | | 100 F STREET, NE | WASHINGTON | DC | 20549 |
| SEWARD & KISSEL LLP | (COUNSEL TO DEUTSCHE BANK, AGENT TO DIP FINANCING) | ATTN: JOHN ASHMEAD, KALYAN DAS, ARLENE ALVES | ONE BATTERY PARK PLAZA | NEW YORK | NY | 10004 |
| SHEARMAN & STERLING LLP | (COUNSEL TO DEUTSCHE BANK, AGENT TO DIP FINANCING) | ATTN: FREDRIC SOSNICK ESQ & NED SCHODEK ESQ | 599 LEXINGTON AVE | NEW YORK | NY | 10022 |
| SHELBY, LOVELACE & MAYFIELD, PC | (COUNSEL TO BENBROOK ELECTRIC PARTNERS, LLC | ATTN: VALERIE A. HAMILTON, ESQ. | 600 COLLEGE ST | WACO | TX | 76710 |
| SILLS CUMMINS & GROSS P.C. | (EQUIPMENT, INC.) | ATTN: MARK S CHEHI ESQ | PO BOX 636 | PRINCETON | NJ | 08540 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | (COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC) | ATTN: JAY M GOFFMAN ESQ | FOUR TIMES SQUARE | NEW YORK | NY | 19989-0674 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | (COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC) | ATTN: GEORGE N PANAGAKIS ESQ, CARL T TULLSON ESQ | 155 N WACKER DR STE 2700 | CHICAGO | IL | 10036-6522 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | (COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC) | ATTN: KEN ZIMAN ESQ, J ERIC IVESTER ESQ | PO BOX 410 | NEW YORK | NY | 62606-1770 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | | ATTN: KATRIENA M KOLLER | 15 W SOUTH TEMPLE STE 1200 | SALT LAKE CITY | UT | 19999 |
| SMITH, KATZENSTEIN & JENKINS LLP | (COUNSEL TO APPLEXUS) | ATTN: KATHLEEN M MILLER | 2211 FOURTH ST STE 2900 | CINCINNATI | OH | 45202 |
| SQUIRE SANDERS (US) LLP | (COUNSEL TO ARCELORMITTAL USA LLC) | ATTN: STEPHEN D. LERNER & ANDREW M. SIMON | 1202 COURNETY RD FLOOR 8 | BATON ROUGE | LA | 70437 |
| STEFFES VINGIELLO & MCKENZIE LLC | (COUNSEL TO HEADWATERS RESOURCES, INC.) | ATTN: NOEL STEFFES MELANCON ESQ | 13702 COURSEY BLVD BLDG 3 | BATON ROUGE | LA | 70817 |
| STEVENS & LEE PC | (COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING | COMPANY LLC/EFIH) | 815 BATSON SPRINGS RD STE 811 | AUSTIN | TX | 78704 |
| STRELSANCO, LANDON & REICH LLP | (COUNSEL TO MARITAIN ENGINEERING COMPANY) | ATTN: ANDREW D DIETDERICH, BRIAN D GLUECKSTEIN | 901 N MARKET ST STE 1300 | NEW YORK | NY | 10019 |
| SULLIVAN & CROMWELL LLP | (COUNSEL TO PREDATORS COMMITTEE) | ATTN: ELIHU E. ALLINSON, III | 1600 PARKWOOD CIR STE 400 | ATLANTA | GA | 30339 |
| SULLIVAN HAZELTINE ALLINSON LLC | | ATTN: JASON A STARKS, ASSIT ATTORNEY GENERAL | 901 N MARKET ST STE 1300 | AUSTIN | TX | 78701 |
| TAYLOR ENGLISH DUMA LLP | | ATTN: STEPHEN GREENBERG ESQ | 385 RICE CAMP RD 3RD FL | HOUSTON | TX | 77002 |
| TEXAS OFFICE OF PUBLIC UTILITY COUNSEL (OPUC) | BANKRUPTCY & COLLECTIONS DIVISION | IN ITS CAPACITY AS SUCCESSOR INDENTURE TTEE (WSFS) | 550 TRAVIS ST 6TH FL | HOUSTON | TX | 77002 |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY | ATTN: JOSHUA M SEARCY ESQ AND JOSHUA P SEARCY ESQ | 2020 LONG LAKE RD STE 100 | WOODBRIDGE-HILLS | MI | 48504 |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY | ON BEHALF OF THE UNIVERSITY OF TEXAS AT ARLINGTON | OFFICE OF GENERAL COUNSEL | AUSTIN | TX | 78701 |
| THE UNIVERSITY OF TEXAS AT ARLINGTON | | ATTN: ANDREW V SCONIAY ESQ | BOX 19128 | AUSTIN | TX | 78703 |
| THE UNIVERSITY OF TEXAS SYSTEM | | ATTN: TRACI L COTTON ESQ | 201 W SEVENTH ST | AUSTIN | TX | 78701 |
| THOMPSON COBURN LLP | | ATTN: DAVID D. FARRELL | ONE US BANK PLAZA STE 3000 | SAINT LOUIS | MO | 63102 |
| TRAVIS COUNTY | | ATTN: JASON A. STARKS | PO BOX 1748 | AUSTIN | TX | 78767 |
| TROUTMAN SANDERS LLP | (COUNSEL TO THRIVO FISHER SCIENTIFIC INC. AND | ATTN: HUGH MCDONALD ESQ, LOUIS CURCIO ESQ & | BRETT GOODMAN ESQ, CHRYSLER BUILDING | NEW YORK | NY | 10174 |
| TUCKER ARENSBERG, P.C. | AFFILIATES AND SUBSIDIARIES) | ATTN: BEVERLY WEISS MANNE | 1500 ONE PPG PLACE | PITTSBURGH | PA | 15222 |
| TW TELECOM INC | | | 10475 PARK MEADOWS DR #400 | LITTLETON | CO | 80124 |
| UMB BANK, N.A. | | ATTN: LAURA ROBINSON, VP | 1 S BROADWAY STE 620 | ST. LOUIS | MO | 63102 |
| UNION PACIFIC RAILROAD COMPANY | | ATTN: MARY ANN KILGORE | 1400 DOUGLAS ST STOP 1580 | OMAHA | NE | 68179 |
| UNITED STATES DEPARTMENT OF JUSTICE | | ATTN: HON. ERIC H. HOLDER, JR., U.S. ATTY GEN'L | 950 PENNSYLVANIA AVE NW | WASHINGTON | DC | 20530-0001 |
| UNITED STATES DEPARTMENT OF JUSTICE | (COUNSEL TO THE UNITED STATES OF AMERICA, DEPT. OF AGRICULTURE, RURAL UTILITIES SERVICE) | ATTN: ARI D KUNOFSKY ESQ & WARD D BENSON ESQ | PO BOX 227 | BEN FRANKLIN STATION | DC | 20044 |
| UNITED STATES DEPARTMENT OF JUSTICE | (COUNSEL TO THE UNITED STATES OF AMERICA) | ATTN: MATTHEW J TROY, CIVIL DIVISION | PO BOX 875 | BEN FRANKLIN STATION | DC | 20044-0875 |
| UNITED STATES DEPARTMENT OF JUSTICE | (COUNSEL TO THE UNITED STATES OF AMERICA) | FEDERAL COMMUNICATIONS COMMISSION | 1270 AVENUE OF THE AMERICAS | NEW YORK | NY | 10020 |
| VARNUM LLP | (COUNSEL TO APPLEXUS) | ATTN: MARY KAY SHAVER ESQ | BRIDGEWATER PLACE | GRAND RAPIDS | MI | 49503 |
| VEDDER PRICE PC | (COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO. LLC) | ATTN: JEFFREY S. SABIN ESQ | 1633 BROADWAY 47TH FL | NEW YORK | NY | 10019 |
| VENABLE LLP | (COUNSEL TO THE "EFH EQUITY INTEREST HOLDERS") | ATTN: JAIME L EDMONSON | 1201 N MARKET ST STE 1400 | WILMINGTON | DE | 19801 |
| WACHTELL, LIPTON, ROSEN & KATZ | | ATTN: RICHARD MASON, EMIL KLEINHAUS, AUSTIN WITT | 51 W 52ND ST | NEW YORK | NY | 10019 |
| WEINSTEIN RADCLIFF LLP | (COUNSEL TO KARLOS SHAKOLA & SONS EXCAVATING, INC.) | ATTN: GREGORY W WEINSTEIN ESQ | 6688 N CENTRAL EXPY STE 675 | DALLAS | TX | 75206 |
| WEINER & PARTNERS LLP | | ATTN: EVERCORE GROUP LLC | 1155 AVENUE OF THE AMERICAS | NEW YORK | NY | 10019 |
| WHITE & CASE LLP | (COUNSEL TO AD HOC GROUP OF TCH UNSECURED NOTEHOLDERS) | ATTN: J. CHRISTOPHER SHORE, GREGORY STARNER | 1155 AVENUE OF THE AMERICAS | NEW YORK | NY | 10036 |
| WHITE & CASE LLP | (COUNSEL TO AD HOC GROUP OF TCH UNSECURED NOTEHOLDERS) | ATTN: THOMAS LAURIA, MATTHEW BROWN | 200 S BISCAYNE BLVD STE 4900 | MIAMI | FL | 33131 |
| WILMER CUTLER PICKERING HALE & DORR LLP | | ATTN: PHILIP ANKER ESQ & GEORGE W SHUSTER JR ESQ | 7 WORLD TRADE CENTER, 250 GREENWICH ST | NEW YORK | NY | 10007 |
| WILMER CUTLER PICKERING HALE & DORR LLP | | ATTN: BENJAMIN LOVELAND ESQ | 60 STATE ST | BOSTON | MA | 02109 |
| WILMER CUTLER PICKERING HALE & DORR LLP | (COUNSEL TO GSC TRUST COMPANY OF DELAWARE AS IND.) | ATTN: FRANCIS A MORACA JR & KEVIN J MANGAN ESQS | 222 DELAWARE AVE STE 1501 | WILMINGTON | DE | 19801 |
| WILMER CUTLER PICKERING HALE & DORR LLP | (COUNSEL TO AMECO, FLUOR, & AMERCON (EQUIPMENT) | ATTN: PHILIP D ANKER, CHARLES C. PLATT, | 7 WORLD TRADE CENTER | NEW YORK | NY | 10007 |
| WILMINGTON TRUST NA | | ATTN: JEFFREY T. ROSE | 505 SIXTH ST STE 1290 | WILMINGTON | DE | 19801 |
| WINSTON & STRAWN LLP | | ATTN: DAVID NEIER, ESQ. | 200 PARK AVE | NEW YORK | NY | 10166 |
| WOMAC LAW | | ATTN: STACEY L KREMLING ESQ | 8303 KATY FREEWAY | HOUSTON | TX | 77024 |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP | (COUNSEL TO TCH DEBTORS) | ATTN: STEVEN K KORTANEK, MARK L DESGROSSIERES | 222 DELAWARE AVE STE 1501 | WILMINGTON | DE | 19801 |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP | | ATTN: KEVIN J MANGAN & MATTHEW P WARD ESQS | 222 DELAWARE AVE STE 1501 | WILMINGTON | DE | 19801 |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP | | ATTN: STEVEN K. KORTANEK ESQ | 222 DELAWARE AVE STE 1501 | WILMINGTON | DE | 19801 |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP | | ATTN: 222 DELAWARE AVE STE 1501 | 222 DELAWARE AVE STE 1501 | WILMINGTON | DE | 19801 |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | (COUNSEL TO AD HOC COMMITTEE OF TCH FIRST LIEN) | ANDREW MAGAZINER | RODNEY SQUARE, 1000 NORTH KING STREET | WILMINGTON | DE | 19801 |

# EXHIBIT B

ACTIVE 26530194v1 08/04/2014

EMAIL SERVICE LIST

'akornberg@paulweiss.com'; 'alves@sewkis.com'; 'aqureshi@akingump.com';
'aremming@mnat.com'; 'ashmead@sewkis.com'; 'AWitt@wlrk.com';
'bhermann@paulweiss.com'; 'brettmiller@mofo.com'; 'brian.schartz@kirkland.com';
'ccarty@akingump.com'; 'cdent@pbwt.com'; 'chad.husnick@kirkland.com';
'Chipman@ChipmanBrown.com'; 'collins@rlf.com'; 'cward@polsinelli.com';
'dabbott@mnat.com'; 'dalowenthal@pbwt.com'; 'das@sewkis.com'; 'ddunne@milbank.com';
'Debaecke@BlankRome.com'; 'defranceschi@RLF.com'; 'dietdericha@sullcrom.com';
'dwright@mmwr.com'; 'eakleinhaus@wlrk.com'; 'edward.sassower@kirkland.com';
'efay@mnat.com'; 'efleck@milbank.com'; 'fsosnick@shearman.com';
'ghorowitz@kramerlevin.com'; 'gluecksteinb@sullcrom.com'; 'howard.cohen@dbr.com';
'idizengoff@akingump.com'; 'cshore@whitecase.com'; 'jalderson@paulweiss.com';
'james.sprayregen@kirkland.com'; Bird, L. J. <LBird@foxrothschild.com>;
'jbrody@kramerlevin.com'; 'jedelson@polsinelli.com'; Schlerf, Jeffrey M.
<JSchlerf@foxrothschild.com>; 'jnewdeck@akingump.com'; 'jpeck@mofo.com';
'jryan@potteranderson.com'; Strock, Jay <JStrock@foxrothschild.com>;
'Kashishian@ChipmanBrown.com'; 'kcornish@paulweiss.com'; 'kgartenberg@milbank.com';
'kgwynne@reedsmith.com'; 'klawson@reedsmith.com'; 'ljones@pszjlaw.com';
'lmarinuzzi@mofo.com'; 'lzahradka@akingump.com'; 'madron@rlf.com';
'marc.kieselstein@kirkland.com'; 'mfink@mmwr.com'; 'michelle.mcmahon@bryancave.com';
'mlahaie@akingump.com'; 'ned.schodek@shearman.com'; 'nramsey@mmwr.com';
'Olivere@ChipmanBrown.com'; 'pbentley@kramerlevin.com'; 'rboller@akingump.com';
'rfeinstein@pszjlaw.com'; 'RGMason@wlrk.com'; 'Richard.Schepacarter@usdoj.gov';
'robert.malone@dbr.com'; 'salberino@akingump.com'; 'sbaldini@akingump.com';
'Schaedle@BlankRome.com'; 'skatona@polsinelli.com'; 'smiller@morrisjames.com';
'stephanie.wickouski@bryancave.com'; 'stephen.hessler@kirkland.com';
'steven.serajeddini@kirkland.com'; 'Tarr@BlankRome.com'; 'tina.vitale@computershare.com';
'tlauria@whitecase.com'; 'tmayer@kramerlevin.com'; 'torkinm@sullcrom.com';
'CWarnick@ashby-geddes.com'; 'WBowden@ashby-geddes.com'; 'GTaylor@ashby-geddes.com'; 'SNewman@ashby-geddes.com'; 'AStulman@ashby-geddes.com';
'alauchheimer@brownrudnick.com'; 'astrehle@brownrudnick.com';
'brett.goodman@troutmansanders.com'; 'cennis@brownrudnick.com';
'eweisfelner@brownrudnick.com'; 'hsiegel@brownrudnick.com';
'hugh.mcdonald@troutmansanders.com'; 'jcoffey@brownrudnick.com';
'jdmarshall@brownrudnick.com'; 'jjonas@brownrudnick.com'; 'jstoll@brownrudnick.com';
'louis.curcio@troutmansanders.com'; 'MDahl@brownrudnick.com';
'MJackson@brownrudnick.com'; 'spoddar@brownrudnick.com'

# EXHIBIT C

ACTIVE 26530194v1 08/04/2014

Mark D. Collins, Esq.
**Richards, Layton & Finger, P.A.**
One Rodney Square
920 N. King St.
Wilmington, DE 19801
VIA HAND DELIVERY

James H.M. Sprayregen, Esq.
**Kirkland & Ellis LLP**
300 North LaSalle
Chicago, IL 60654
VIA OVERNIGHT MAIL

**Office Of The United State Trustee**
Attn: Richard L. Schepacarter, Esq.
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE 19801
VIA HAND DELIVERY

James M. Peck, Esq.
**Morrison & Foerster LLP**
250 West 55th Street
New York, NY 10019
VIA OVERNIGHT MAIL

Christopher A. Ward, Esq.
**Polsinelli PC**
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
VIA HAND DELIVERY

Edward O. Sassower, Esq.
Richard M. Cieri, Esq.
**Kirkland & Ellis LLP**
601 Lexington Avenue
New York, NY 10022-4611
VIA OVERNIGHT MAIL

Pauline Morgan, Esq.
Joel Waite, Esq.
Ryan Bartley, Esq.
Andrew Magaziner, Esq.
**Young Conaway Stargatt & Taylor**, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
VIA HAND DELIVERY

Alan Kornberg, Esq.
Kelley Cornish, Esq.
Brian Hermann, Esq.
Jacob Adlerstein, Esq.
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue Of The Americas
New York, NY 10019
VIA OVERNIGHT MAIL

William Bowden Esq.
Gregory Taylor Esq.
**Ashby & Geddes, P.A.**
500 Delaware Avenue
Wilmington, DE 19899
VIA HAND DELIVERY

Edward Weisfelner, Esq.
Jeremy B. Coffey
**Brown Rudnick LLP**
Seven Times Square
New York, NY 10036
VIA OVERNIGHT MAIL

Jeffrey Jonas, Esq.
Andrew Strehle, Esq.
**Brown Rudnick LLP**
One Financial Center
Boston, MA 02111
VIA OVERNIGHT MAIL

Howard Siegel Esq.
**Brown Rudnick LLP**
185 Asylum St
Hartford, CT 06103
VIA OVERNIGHT MAIL