IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re: D.I. 3390** |

**CERTIFICATE OF NO OBJECTION REGARDING THE "FIRST MONTHLY FEE STATEMENT OF CRAVATH, SWAINE & MOORE LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM NOVEMBER 16, 2014 THROUGH DECEMBER 31, 2014"
(NO ORDER REQUIRED)**

On January 28, 2015, the *First Monthly Fee Statement For Compensation And Reimbursement Of Expenses of Cravath, Swaine & Moore LLP ("Cravath")* [D.I. 3390; the "Monthly Fee Statement"] was filed with this Court and served upon the Notice Parties as required by the **Stipulation and Order Appointing a Fee Committee**, dated August 21, 2014 [D.I. 1896] and the **Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals**, dated September 16, 2014 [D.I. 2066]. Under the **Notice of Fee Statement** filed and served with the Monthly Fee Statement, objections to the Monthly Fee Statement were to be filed and served in accordance with the foregoing Orders no later than **February 18, 2015 at 4:00 p.m.** Eastern Time.

On February 16, 2015, Cravath received a written comment from the Fee Committee regarding the expenses requested in Cravath's Monthly Fee Statement. Cravath agreed with the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

SL1 1352730v1 109285.00005

comment and had already made the requested adjustment when it filed its *First Interim Fee Application of Cravath, Swaine & Moore LLP for Energy Future Intermediate Holding Company LLC for the Period November 16, 2014 through December 30, 2014.* [D.I. 3533]. The Fee Committee has advised Cravath that, despite the Fee Committee's reservation of rights to object to the interim expense reimbursement request, the Fee Committee does not object to the payment of 80% of the fees and 100% of the expenses requested in the Monthly Fee Statement. Aside from the foregoing, the undersigned certifies that no answer, objection or other response to the Monthly Fee Statement was filed or served as required, and that as of February 23, 2015, none appeared on the Court's docket in this case.

Consequently, Energy Future Intermediate Holding Company LLC, debtor and debtor in possession in the above-captioned case, is authorized to pay Cravath 80% of the fees and 100% of the expenses requested in the Monthly Fee Statement upon the filing of this Certificate without the need for a further Court order. A summary of the fees and expenses that Cravath seeks is attached as **Exhibit A**.

| | |
|---|---|
| February 23, 2015 | STEVENS & LEE, P.C. |
| | */s/ Joseph H. Huston, Jr.* |
| | Joseph H. Huston, Jr. (No. 4035) |
| | 1105 North Market Street, Suite 700 |
| | Wilmington, DE 19801 |
| | Telephone: (302) 425-3310 |
| | Email: jhh@stevenslee.com |
| | and |
| | Richard Levin |
| | Cravath, Swaine and Moore LLP |
| | Worldwide Plaza |
| | 825 Eighth Avenue |
| | New York, NY 10019-7475 |
| | Telephone: (212) 474-1978 |
| | Email: rlevin@cravath.com |
| | *Attorneys for Debtor Energy Future Intermediate Holding Company LLC* |