## EXHIBIT A

**Professional Fees and Expenses**
**Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| Cravath, Swaine & Moore LLP WorldWide Plaza 825 Eighth Avenue, New York, NY 10024 | First Monthly Fee Statement 11/16/2014 through 12/31/2014 Docket No. 3390 | $521,822.00 | $1,486.73 | Feb. 18, 2015 | $417,4457.60 | $1,486.73 | $104,364.40 |

SL1 1352730v1 109285.00005