# EXHIBIT A

## Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours [1] | Total Fees Requested |
|---|---|---|---|
| 1 | Long-Range Forecast | 445.00 | $243,377.50 |
| 2 | Metric Analysis | 12.00 | $8,955.00 |
| 3 | Generation Analysis | 210.50 | $101,012.50 |
| 4 | Retail Analysis | 194.00 | $84,890.00 |
| 5 | Commodity Analysis | 138.50 | $57,957.50 |
| 6 | Competitor Analysis | 12.00 | $5,340.00 |
| 7 | EBITDA Projection | 131.00 | $70,495.00 |
| 8 | Environmental Analysis | 352.50 | $197,880.00 |
| 9 | Short-Range Forecast | 11.50 | $6,245.00 |
| 10 | Capital Projects | 5.50 | $3,340.00 |
| 11 | Wholesale Operations | 17.50 | $12,555.00 |
| 12 | Retail Operations | 19.50 | $13,017.50 |
| 13 | T&D Operations | 409.50 | $191,535.00 |
| 14 | Data Collection and Diligence | 142.50 | $72,130.00 |
| 15 | Reports | 44.00 | $24,572.50 |
| 16 | Hearings | 0.00 | $0.00 |
| 17 | On-Site Diligence | 144.80 | $79,512.50 |
| 18 | Project Management | 34.00 | $18,900.00 |
| 19 | Project Administration | 0.00 | $0.00 |
| 20 | T&D Forecast | 248.00 | $157,950.00 |
| 21 | Fee Negotiations | 0.00 | $0.00 |
| 22 | Fee Application | 36.50 | $16,285.00 |
| | Totals: | 2,608.80 | $1,365,950.00 |

1. Non-working travel time has been billed at 50% of actual time incurred.

RLF1 11545589v.1