## EXHIBIT B

### Consultants' Information

The FEP consultants who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Todd W. Filsinger | Senior Managing Director | $750 | 153.00 | $114,750.00 |
| Jean Agras | Managing Director | $720 | 190.50 | $137,160.00 |
| Gary Germeroth | Managing Director | $720 | 184.00 | $132,480.00 |
| Dave Andrus | Director | $645 | 199.50 | $128,677.50 |
| Scott Davis | Director | $545 | 243.00 | $132,435.00 |
| Paul Harmon | Director | $575 | 134.80 | $77,510.00 |
| Tim Wang | Director | $575 | 172.50 | $99,187.50 |
| Michael Gadsden | Managing Consultant | $460 | 179.50 | $82,570.00 |
| Jill Kawakami | Managing Consultant | $430 | 200.50 | $86,215.00 |
| Michael McDermott | Managing Consultant | $495 | 0.50 | $247.50 |
| Buck Monday | Managing Consultant | $450 | 115.00 | $51,750.00 |
| Michael Perry | Managing Consultant | $410 | 123.00 | $50,430.00 |
| Samuel Schreiber | Managing Consultant | $455 | 155.00 | $70,525.00 |
| Laura Hatanaka | Consultant | $390 | 192.50 | $75,075.00 |
| Pamela Morin | Consultant | $380 | 22.00 | $8,360.00 |
| Nathan Pollak | Consultant | $405 | 185.50 | $75,127.50 |
| Alex Vinton | Analyst | $275 | 158.00 | $43,450.00 |
| | | **Totals:** | **2,608.80** | **$1,365,950.00** |