## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

### ALL - Expense Summary

| Service Description | Amount |
|---|---:|
| Lodging | $23,164.47 |
| Airfare | $22,731.35 |
| Transportation to/from airport | $3,072.13 |
| Travel Meals | $5,099.49 |
| Other Travel Expenses | $3,122.73 |
| Mailings | $60.18 |
| Vehicle Rental Expenses | $3,158.21 |
| **Total:** | **$60,408.56** |

### TCEH - Expense Summary

| Service Description | Amount |
|---|---:|
| Lodging | $17,022.66 |
| Airfare | $16,704.38 |
| Transportation to/from airport | $2,257.59 |
| Travel Meal | $3,747.42 |
| Other Travel Expenses | $2,294.77 |
| Mailings | $44.22 |
| Vehicle Rental Expenses | $2,320.85 |
| **Total:** | **$44,391.89** |

### EFIH - Expense Summary

| Service Description | Amount |
|---|---:|
|  |  |
| **Total:** | **$0** |

### EFH - Expense Summary

| Service Description | Amount |
|---|---:|
| Lodging | $6,141.81 |
| Airfare | $6,026.97 |
| Transportation to/from airport | $814.54 |
| Travel Meals | $1,352.07 |
| Other Travel Expenses | $827.96 |
| Mailings | $15.96 |
| Vehicle Rental Expenses | $837.36 |
| **Total:** | **$16,016.67** |