IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 <br> ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) <br> ) |
| Debtors.[1] | ) (Jointly Administered) <br> ) <br> ) **Re: D.I. 506, 765, 1494, 1960, 2486, 2696,** <br> ) **2956, 3176, 3543, 3561** |

**NOTICE OF NINTH AMENDED LISTS
OF ORDINARY COURSE PROFESSIONALS**

PLEASE TAKE NOTICE that, on May 17, 2014, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing the Retention and Compensation of Certain Professionals Utilized in the Ordinary Course of Business* [D.I. 506] (the "Ordinary Course Professionals Motion"). Pursuant to the Ordinary Course Professionals Motion, the Debtors sought the entry of an order authorizing the Debtors to retain and compensate certain professionals utilized in the ordinary course of the Debtors' business operations.

PLEASE TAKE FURTHER NOTICE that, on June 3, 2014, the Court entered an order [D.I. 765] (the "Ordinary Course Professionals Order") approving the relief requested in the Ordinary Course Professionals Motion. Pursuant to the Ordinary Course Professionals Order, the Debtors are authorized, but not required, to retain and pay reasonable fees and expenses for the services of various attorneys, accountants and other professionals in the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

ordinary course of their business operations (each an "OCP" and collectively the "OCPs") to assist and advise the Debtors in the operation of their business operations and to represent the Debtors in matters arising in the ordinary course of the Debtors' business operations. The OCPs that the Debtors are authorized to retain are listed on "Exhibit 1" and "Exhibit 2" to the Ordinary Course Professionals Order (the "Original OCP Lists").

PLEASE TAKE FURTHER NOTICE that, pursuant to the Ordinary Course Professionals Order, the Debtors have the right to amend the Original OCP Lists as necessary to add or remove OCPs from time to time, in their discretion, following notice to the Notice Parties.[2]

PLEASE TAKE FURTHER NOTICE that, in accordance with the authority granted to them in the Ordinary Course Professionals Order, on July 7, 2014, the Debtors filed the *Notice of First Amended Lists of Ordinary Course Professionals* [D.I. 1494] attaching amended lists of OCPs.

PLEASE TAKE FURTHER NOTICE that, in accordance with the authority granted to them in the Ordinary Course Professionals Order, on September 3, 2014, the Debtors filed the *Notice of Second Amended Lists of Ordinary Course Professionals* [D.I. 1960] attaching further amended lists of OCPs.

PLEASE TAKE FURTHER NOTICE that, in accordance with the authority granted to them in the Ordinary Course Professionals Order, on October 16, 2014, the Debtors filed the *Notice of Third Amended Lists of Ordinary Course Professionals* [D.I. 2486] attaching further amended lists of OCPs.

---

[2] Capitalized terms used, but not otherwise defined herein, shall be given the same meaning ascribed to them in the Ordinary Course Professionals Motion.

PLEASE TAKE FURTHER NOTICE that, in accordance with the authority granted to them in the Ordinary Course Professionals Order, on November 3, 2014, the Debtors filed the *Notice of Fourth Amended Lists of Ordinary Course Professionals* [D.I. 2696] attaching further amended lists of OCPs.

PLEASE TAKE FURTHER NOTICE that, in accordance with the authority granted to them in the Ordinary Course Professionals Order, on December 5, 2014, the Debtors filed the *Notice of Fifth Amended Lists of Ordinary Course Professionals* [D.I. 2956] attaching further amended lists of OCPs.

PLEASE TAKE FURTHER NOTICE that, in accordance with the authority granted to them in the Ordinary Course Professionals Order, on January 6, 2015, the Debtors filed the *Notice of Sixth Amended Lists of Ordinary Course Professionals* [D.I. 3176] attaching further amended lists of OCPs.

PLEASE TAKE FURTHER NOTICE that, in accordance with the authority granted to them in the Ordinary Course Professionals Order, on February 13, 2015, the Debtors filed the *Notice of Seventh Amended Lists of Ordinary Course Professionals* [D.I. 3543] attaching further amended lists of OCPs.

PLEASE TAKE FURTHER NOTICE that, in accordance with the authority granted to them in the Ordinary Course Professionals Order, on February 17, 2015, the Debtors filed the *Notice of Eighth Amended Lists of Ordinary Course Professionals* [D.I. 3561] attaching further amended lists of OCPs (the "Eighth Amended OCP Lists").

PLEASE TAKE FURTHER NOTICE that, today, the Debtors hereby amend the Eighth Amended OCP Lists. Attached hereto as Exhibit A are the ninth revised lists of Tier 1 Ordinary Course Professionals and Tier 2 Ordinary Course Professionals (together, the "Ninth

Amended OCP Lists"). Attached hereto as <u>Exhibit B</u> is a redline comparing the Ninth Amended OCP Lists against the Eighth Amended OCP Lists.

Dated: February 23, 2015
      Wilmington, Delaware

*/s/ [signature]*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
         defranceschi@rlf.com
         madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   edward.sassower@kirkland.com
         stephen.hessler@kirkland.com
         brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
         marc.kieselstein@kirkland.com
         chad.husnick@kirkland.com
         steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession