**<u>Exhibit A</u>**

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. 3381, 3498, 3500, 3511, 3578** |

## ORDER SUSTAINING DEBTORS' EIGHTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO (INSUFFICIENT DOCUMENTATION) CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1

Upon the objection (the "Objection")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for entry of an order (this "Order"), disallowing and expunging the Insufficient Documentation Claims set forth on **Exhibit 1** attached hereto, all as set forth in the Objection and the Kotarba Declaration; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this case and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Objection is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having found

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

that the Debtors provided appropriate notice of the Objection and the opportunity for a hearing on the Objection (the "Hearing") under the circumstances; and the Court having reviewed the Objection and having heard the statements in support of the relief requested therein at the Hearing, if any; and the Court having determined that the legal and factual bases set forth in the Objection and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Objection is sustained as set forth herein.

2.      The Insufficient Documentation Claims set forth on the attached **Exhibit 1** are hereby disallowed in their entirety.

3.      The Claims Agent is authorized to modify the Claims Register to comport with the entry of this Order.

4.      Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed:  (a) an admission as to the validity of any particular claim (including the Proofs of Claim) against a Debtor entity; (b) a waiver of the Debtors' rights to dispute any particular claim (including the Proofs of Claim) on any grounds; (c) a promise or requirement to pay any particular claim (including the Proofs of Claim); (d) an implication or admission that any particular claim is of a type specified or defined in this Objection (except as set forth herein); (e) an admission by the Debtors that any contract or lease is executory or unexpired, as applicable; (f) a waiver or limitation of the Debtors' rights under the Bankruptcy Code or any other applicable law; (g) a request or authorization to assume or reject any agreements under section 365 of the Bankruptcy Code; (h) a waiver of any party's

2

rights to assert that any other party is in breach or default of any agreement; or (i) an admission that any contract or lease is integrated with any other contract or lease.

     5.    Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

     6.    The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

     7.    This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Dated: _____, 2015
       Wilmington, Delaware

                                       _____
                                       THE HONORABLE CHRISTOPHER S. SONTCHI
                                       UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT 1** to **EXHIBIT A**

**Insufficient Documentation Claims**

ENERGY FUTURE HOLDINGS CORP., et al.

EIGHTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ADVANCED BUSINESS GRAPHICS ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 08/28/2014 | 3930 | $1,250.00 | Insufficient Documentation Claim |
| 2 | ALLEN, CYNTHIA ADDRESS ON FILE | | No Debtor Asserted | 07/03/2014 | 2818 | $1,200.00 | Insufficient Documentation Claim |
| 3 | ARCHIE, LAKEITHA ADDRESS ON FILE | | No Debtor Asserted | 09/12/2014 | 4326 | $1,200.00 | Insufficient Documentation Claim |
| 4 | ARNESON, DENNIS ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/16/2014 | 2084 | $2,775.00 | Insufficient Documentation Claim |
| 5 | BARTLEY, BABETTE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/20/2014 | 2244 | $3,000.00 | Insufficient Documentation Claim |
| 6 | BATSON, KENNETH L ADDRESS ON FILE | | No Debtor Asserted | 06/10/2014 | 1572 | $1,750.00 | Insufficient Documentation Claim |
| 7 | BATTAGLIA, JOHN ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/12/2014 | 1839 | $1,023.68 | Insufficient Documentation Claim |
| 8 | BECK, DIMITRI L ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 05/27/2014 | 440 | $2,775.00 | Insufficient Documentation Claim |
| 9 | BELLINGER, APRIL ADDRESS ON FILE | | No Debtor Asserted | 07/08/2014 | 2944 | $3,075.00 | Insufficient Documentation Claim |
| 10 | BENAVIDEZ, MARTIN ADDRESS ON FILE | | No Debtor Asserted | 07/07/2014 | 2889 | $1,000.00* | Insufficient Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 20

ENERGY FUTURE HOLDINGS CORP., et al.

EIGHTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 11 | BENNETT, SYLVIA ADDRESS ON FILE | | No Debtor Asserted | 06/09/2014 | 1535 | $3,750.00 | Insufficient Documentation Claim |
| 12 | BETANCOURT, MARIA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/16/2014 | 5426 | $1,413.13 | Insufficient Documentation Claim |
| 13 | BILBREY, ROBERT ADDRESS ON FILE | | No Debtor Asserted | 06/26/2014 | 2587 | $1,600.00 | Insufficient Documentation Claim |
| 14 | BINGHAM, GLORIA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/27/2014 | 8086 | $2,500.00 | Insufficient Documentation Claim |
| 15 | BINGHAM, GLORIA ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 10/27/2014 | 8087 | $2,500.00 | Insufficient Documentation Claim |
| 16 | BITTLE, ZILA E ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 07/14/2014 | 3059 | $2,775.00 | Insufficient Documentation Claim |
| 17 | BLACK, GILDA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/30/2014 | 679 | $3,500.00 | Insufficient Documentation Claim |
| 18 | BLACKMON, FRED ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/16/2014 | 2008 | $2,439.00 | Insufficient Documentation Claim |
| 19 | BLOCKER, SHARROCCA ADDRESS ON FILE | | No Debtor Asserted | 06/04/2014 | 1088 | $2,775.00 | Insufficient Documentation Claim |
| 20 | BOLDEN, PAUL ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 08/28/2014 | 3921 | $2,775.00* | Insufficient Documentation Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

EIGHTH OMNIBUS (NON-SUBSTANTIVE); EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 21 | BOOLMAN, GARY ADDRESS ON FILE | | No Debtor Asserted | 06/23/2014 | 2361 | $2,775.00 | Insufficient Documentation Claim |
| 22 | BOYD, BARBARA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 08/18/2014 | 3704 | $1,000.00 | Insufficient Documentation Claim |
| 23 | BOYD, BARBARA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 08/18/2014 | 3705 | $1,000.00 | Insufficient Documentation Claim |
| 24 | BRADFORD, ELIJAH ADDRESS ON FILE | | No Debtor Asserted | 07/18/2014 | 3166 | $2,000.00 | Insufficient Documentation Claim |
| 25 | BRIGGS, FERRONICA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/27/2014 | 8065 | $1,400.00 | Insufficient Documentation Claim |
| 26 | BRITTON, SHACARLA ADDRESS ON FILE | | Multiple Debtors Asserted | 08/07/2014 | 3542 | $2,300.00 | Insufficient Documentation Claim |
| 27 | BROWN, A J ADDRESS ON FILE | | No Debtor Asserted | 06/23/2014 | 2392 | $2,775.00 | Insufficient Documentation Claim |
| 28 | BURNS, MARCIE ADDRESS ON FILE | | No Debtor Asserted | 07/03/2014 | 2825 | $2,500.00 | Insufficient Documentation Claim |
| 29 | BURNSIDE, JANICE ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 06/17/2014 | 2182 | $1,688.00 | Insufficient Documentation Claim |
| 30 | CAISE, KARLEAN D ADDRESS ON FILE | | No Debtor Asserted | 10/27/2014 | 7736 | $3,300.00 | Insufficient Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

EIGHTH OMNIBUS (NON-SUBSTANTIVE); EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 31 | CALHOUN, BRAD ADDRESS ON FILE | | No Debtor Asserted | 10/08/2014 | 5658 | $2,500.00 | Insufficient Documentation Claim |
| 32 | CARDOSO, ESTEBAN ADDRESS ON FILE | | No Debtor Asserted | 07/14/2014 | 3065 | $3,000.00 | Insufficient Documentation Claim |
| 33 | CARTER, MARCUS VICTOR ADDRESS ON FILE | | No Debtor Asserted | 06/04/2014 | 1068 | $1,365.00 | Insufficient Documentation Claim |
| 34 | CHAPMAN, ANTIONETT ADDRESS ON FILE | | No Debtor Asserted | 05/30/2014 | 740 | $1,380.00 | Insufficient Documentation Claim |
| 35 | CLEVELAND, EMMA ADDRESS ON FILE | | No Debtor Asserted | 07/11/2014 | 3021 | $1,141.00 | Insufficient Documentation Claim |
| 36 | CONDLEY, STEPHEN M ADDRESS ON FILE | | No Debtor Asserted | 06/05/2014 | 1151 | $1,000.00 | Insufficient Documentation Claim |
| 37 | COTTEN, DIANN ADDRESS ON FILE | | No Debtor Asserted | 07/07/2014 | 2903 | $1,700.00 | Insufficient Documentation Claim |
| 38 | CRANE, KATHERINE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 07/10/2014 | 2997 | $2,775.00 | Insufficient Documentation Claim |
| 39 | CRAVEN, JANICE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/30/2014 | 9696 | $2,500.00 | Insufficient Documentation Claim |
| 40 | CRAVEN, JANICE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/30/2014 | 9697 | $1,300.00 | Insufficient Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

EIGHTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 41 | CRUZ-ROARK, ADELA ADDRESS ON FILE | | No Debtor Asserted | 07/28/2014 | 3379 | $2,000.00 | Insufficient Documentation Claim |
| 42 | CUDGEL, SHEILA ADDRESS ON FILE | | No Debtor Asserted | 06/23/2014 | 2373 | $2,775.00 | Insufficient Documentation Claim |
| 43 | DARR, RICHARD ADDRESS ON FILE | | No Debtor Asserted | 09/22/2014 | 4551 | $3,000.00 | Insufficient Documentation Claim |
| 44 | DAVIS, ROGER H ADDRESS ON FILE | | No Debtor Asserted | 06/20/2014 | 2253 | $2,775.00 | Insufficient Documentation Claim |
| 45 | DEL RIO, BLANCA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/16/2014 | 2067 | $2,775.00 | Insufficient Documentation Claim |
| 46 | DENNY, PEGGY ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/24/2014 | 2520 | $1,000.00* | Insufficient Documentation Claim |
| 47 | DENSON, SHERON ADDRESS ON FILE | | No Debtor Asserted | 05/30/2014 | 733 | $2,000.00 | Insufficient Documentation Claim |
| 48 | DIXSON, VINCENT ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 08/18/2014 | 3735 | $2,775.00 | Insufficient Documentation Claim |
| 49 | DODGEN, DAVID ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/27/2014 | 297 | $1,700.00 | Insufficient Documentation Claim |
| 50 | DUFFIE, WARREN ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 07/28/2014 | 3359 | $2,800.00 | Insufficient Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

EIGHTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 51 | EDWARDS, HAL ADDRESS ON FILE | | No Debtor Asserted | 07/03/2014 | 2846 | $1,200.00* | Insufficient Documentation Claim |
| 52 | EDWARDS, JAMES ADDRESS ON FILE | | No Debtor Asserted | 10/31/2014 | 9719 | $2,000.00 | Insufficient Documentation Claim |
| 53 | ELLIS, PATRICIA L ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/10/2014 | 1602 | $1,200.00 | Insufficient Documentation Claim |
| 54 | EPPERSON, ANNIE J ADDRESS ON FILE | | No Debtor Asserted | 06/26/2014 | 2594 | $1,600.00 | Insufficient Documentation Claim |
| 55 | ERVING, PATRICIA ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 07/07/2014 | 2886 | $2,700.00 | Insufficient Documentation Claim |
| 56 | EVANS, ALICE A ADDRESS ON FILE | | No Debtor Asserted | 06/23/2014 | 2378 | $1,000.00 | Insufficient Documentation Claim |
| 57 | EWART, RACHELLE ADDRESS ON FILE | | No Debtor Asserted | 06/20/2014 | 2302 | $1,500.00 | Insufficient Documentation Claim |
| 58 | FEHRMAN, MARK E ADDRESS ON FILE | | No Debtor Asserted | 06/30/2014 | 2714 | $1,000.00 | Insufficient Documentation Claim |
| 59 | FISHER, F M ADDRESS ON FILE | | No Debtor Asserted | 06/23/2014 | 2367 | $2,000.00 | Insufficient Documentation Claim |
| 60 | FLICK, CHARLENE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/05/2014 | 1126 | $2,500.00* | Insufficient Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

EIGHTH OMNIBUS (NON-SUBSTANTIVE); EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 61 | FLORES, CRISANTOS ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/09/2014 | 5076 | $1,800.00 | Insufficient Documentation Claim |
| 62 | FLORES, SYLVIA A ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 262 | $2,775.00 | Insufficient Documentation Claim |
| 63 | FOLKER, POKYE ADDRESS ON FILE | | Multiple Debtors Asserted | 06/09/2014 | 1461 | $2,775.00 | Insufficient Documentation Claim |
| 64 | FRANKLIN JR, DAVID ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/23/2014 | 2357 | $1,533.21 | Insufficient Documentation Claim |
| 65 | FULLEN, BILL ADDRESS ON FILE | | No Debtor Asserted | 06/10/2014 | 1548 | $1,250.00 | Insufficient Documentation Claim |
| 66 | GALVAN, GREGORIO R ADDRESS ON FILE | | No Debtor Asserted | 07/10/2014 | 2977 | $1,000.00 | Insufficient Documentation Claim |
| 67 | GARCIA, BERTHA B. ADDRESS ON FILE | | No Debtor Asserted | 10/06/2014 | 4976 | $2,500.00 | Insufficient Documentation Claim |
| 68 | GARCIA, LAMAR ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/16/2014 | 2075 | $2,775.00* | Insufficient Documentation Claim |
| 69 | GARCIA, RAUL ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/05/2014 | 1150 | $2,775.00 | Insufficient Documentation Claim |
| 70 | GARZA, ALICE ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 10/16/2014 | 5432 | $2,500.00* | Insufficient Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

EIGHTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 71 | GARZA, LETICIA ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 10/16/2014 | 5433 | $2,500.00* | Insufficient Documentation Claim |
| 72 | GEORGE, DAISY ADDRESS ON FILE | | No Debtor Asserted | 06/02/2014 | 903 | $2,028.00 | Insufficient Documentation Claim |
| 73 | GONZALEZ, DAVID A ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 06/27/2014 | 2645 | $1,000.00 | Insufficient Documentation Claim |
| 74 | GOODSON, FRANKIE ADDRESS ON FILE | 14-10989 (CSS) | TXU Electric Company, Inc. | 07/23/2014 | 3342 | $3,000.00* | Insufficient Documentation Claim |
| 75 | GRAHAM, RUTH ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 06/02/2014 | 1732 | $1,700.00 | Insufficient Documentation Claim |
| 76 | GREEN, TIMOTHY ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/05/2014 | 1120 | $2,775.00* | Insufficient Documentation Claim |
| 77 | GRIMES, PAULA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/30/2014 | 2712 | $1,568.00 | Insufficient Documentation Claim |
| 78 | GUARALDI, MICHAEL ADDRESS ON FILE | | No Debtor Asserted | 06/10/2014 | 1632 | $1,800.00 | Insufficient Documentation Claim |
| 79 | GUTIERREZ - ORTIZ, EMILY ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 06/23/2014 | 2457 | $1,000.00 | Insufficient Documentation Claim |
| 80 | HARDY, JOSEPH ADDRESS ON FILE | | No Debtor Asserted | 06/06/2014 | 1306 | $2,775.00 | Insufficient Documentation Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

EIGHTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 81 | HARGRAVES, TIMOTHY ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 06/04/2014 | 1091 | $1,300.00 | Insufficient Documentation Claim |
| 82 | HEARNE, BILL W ADDRESS ON FILE | | No Debtor Asserted | 07/07/2014 | 3222 | $3,000.00 | Insufficient Documentation Claim |
| 83 | HELDOORN, DEBBIE ADDRESS ON FILE | | No Debtor Asserted | 07/23/2014 | 3291 | $2,890.60 | Insufficient Documentation Claim |
| 84 | HENDERSON, JOSHIE ADDRESS ON FILE | | No Debtor Asserted | 06/09/2014 | 2115 | $1,010.00 | Insufficient Documentation Claim |
| 85 | HENNAN, JAMES L ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/09/2014 | 1527 | $1,000.00 | Insufficient Documentation Claim |
| 86 | HERNANDEZ, JESSICA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/02/2014 | 837 | $2,775.00 | Insufficient Documentation Claim |
| 87 | HERRON, LORI ADDRESS ON FILE | | No Debtor Asserted | 07/07/2014 | 2892 | $1,000.00* | Insufficient Documentation Claim |
| 88 | HICKS, SHARI ADDRESS ON FILE | | No Debtor Asserted | 08/08/2014 | 3560 | $2,722.00 | Insufficient Documentation Claim |
| 89 | HILL, KENNY ADDRESS ON FILE | 14-10989 (CSS) | TXU Electric Company, Inc. | 05/30/2014 | 724 | $3,500.00 | Insufficient Documentation Claim |
| 90 | HILLOCK, LLOYD F ADDRESS ON FILE | | No Debtor Asserted | 10/27/2014 | 8074 | $1,653.00 | Insufficient Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

EIGHTH OMNIBUS (NON-SUBSTANTIVE); EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 91 | HUDSON, KRISTA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 08/14/2014 | 3668 | $2,775.00 | Insufficient Documentation Claim |
| 92 | HUGHES, LETICIA ADDRESS ON FILE | | No Debtor Asserted | 07/03/2014 | 2821 | $2,132.48 | Insufficient Documentation Claim |
| 93 | HUNTER, KIM ADDRESS ON FILE | | No Debtor Asserted | 07/23/2014 | 3294 | $2,775.00 | Insufficient Documentation Claim |
| 94 | JACKSON, ANDREA ADDRESS ON FILE | | No Debtor Asserted | 09/15/2014 | 4438 | $1,875.00 | Insufficient Documentation Claim |
| 95 | JACKSON, BARRON RAY ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/27/2014 | 366 | $2,775.00 | Insufficient Documentation Claim |
| 96 | JACKSON, NORMAN ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 07/28/2014 | 3367 | $2,500.00 | Insufficient Documentation Claim |
| 97 | JAMES, LANA J. ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 07/07/2014 | 2914 | $1,500.00 | Insufficient Documentation Claim |
| 98 | JAMES, LANA J. ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/09/2014 | 4255 | $1,500.00 | Insufficient Documentation Claim |
| 99 | JANOW, SANDY ADDRESS ON FILE | | No Debtor Asserted | 06/20/2014 | 2351 | $3,427.80 | Insufficient Documentation Claim |
| 100 | JOHNSON, DREW ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/13/2014 | 1883 | $2,400.00 | Insufficient Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

EIGHTH OMNIBUS (NON-SUBSTANTIVE); EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 101 | JUMP START CHRISTIAN ACADEMY INC<br>ADDRESS ON FILE | | No Debtor Asserted | 07/21/2014 | 3207 | $2,300.00 | Insufficient Documentation Claim |
| 102 | KELSO, KENT<br>ADDRESS ON FILE | | No Debtor Asserted | 06/26/2014 | 2578 | $2,775.00 | Insufficient Documentation Claim |
| 103 | KHAN, GWENDOLYN<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 11/10/2014 | 9813 | $3,500.00 | Insufficient Documentation Claim |
| 104 | KING, DERRICK L<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 07/18/2014 | 3175 | $3,000.00 | Insufficient Documentation Claim |
| 105 | LALONE, CAROL<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/27/2014 | 466 | $2,775.00 | Insufficient Documentation Claim |
| 106 | LECLERE, DENISE<br>ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 228 | $1,649.78 | Insufficient Documentation Claim |
| 107 | LERER, STEPHEN<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/12/2014 | 1831 | $1,700.00 | Insufficient Documentation Claim |
| 108 | LEWIS, ASHLEY<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/30/2014 | 2702 | $1,000.00 | Insufficient Documentation Claim |
| 109 | LEWIS, GLENN<br>ADDRESS ON FILE | | No Debtor Asserted | 10/06/2014 | 4955 | $2,775.00 | Insufficient Documentation Claim |
| 110 | LONG, SHANEEN<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/05/2014 | 4132 | $1,780.00 | Insufficient Documentation Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

EIGHTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 111 | LOVE, WILLIAM ADDRESS ON FILE | | No Debtor Asserted | 06/27/2014 | 2625 | $2,000.00 | Insufficient Documentation Claim |
| 112 | LUCE, LARRY ADDRESS ON FILE | | No Debtor Asserted | 06/30/2014 | 2693 | $2,775.00 | Insufficient Documentation Claim |
| 113 | LYNCH, WILLIE LOUIS ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 239 | $1,900.00 | Insufficient Documentation Claim |
| 114 | MARTIN, DARIEN L ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/20/2014 | 2254 | $1,500.00 | Insufficient Documentation Claim |
| 115 | MARTINEZ, IRENE ADDRESS ON FILE | | No Debtor Asserted | 08/04/2014 | 3516 | $3,600.00 | Insufficient Documentation Claim |
| 116 | MAY, ALAN ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 07/07/2014 | 2869 | $2,775.00 | Insufficient Documentation Claim |
| 117 | MCALLISTER, MIKE R ADDRESS ON FILE | | No Debtor Asserted | 05/30/2014 | 693 | $1,200.00 | Insufficient Documentation Claim |
| 118 | MCCALLY, R H ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/12/2014 | 1848 | $2,775.00 | Insufficient Documentation Claim |
| 119 | MCDIFHT, BRENDA ADDRESS ON FILE | | No Debtor Asserted | 06/05/2014 | 1170 | $1,000.00 | Insufficient Documentation Claim |
| 120 | MEYER, KRISTOPHER BRADLEY ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/09/2014 | 1444 | $2,775.00 | Insufficient Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

EIGHTH OMNIBUS (NON-SUBSTANTIVE); EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 121 | MINTZ, GREGG ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/23/2014 | 2358 | $1,278.00 | Insufficient Documentation Claim |
| 122 | MORAN, NANCY M ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/23/2014 | 2400 | $3,000.00 | Insufficient Documentation Claim |
| 123 | MORATAYA, SANTOS ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/12/2014 | 1800 | $1,000.00 | Insufficient Documentation Claim |
| 124 | MUSSLEWHITE JR, CLARENCE ADDRESS ON FILE | | No Debtor Asserted | 06/10/2014 | 1595 | $1,000.00* | Insufficient Documentation Claim |
| 125 | OKE, OLAGBEMILEKE ADDRESS ON FILE | | No Debtor Asserted | 07/14/2014 | 3068 | $2,775.00 | Insufficient Documentation Claim |
| 126 | ONDRICEK, STACYE ADDRESS ON FILE | | No Debtor Asserted | 10/06/2014 | 4901 | $2,500.00 | Insufficient Documentation Claim |
| 127 | OPTERMANN, ERIN ADDRESS ON FILE | | No Debtor Asserted | 08/18/2014 | 3714 | $2,700.00 | Insufficient Documentation Claim |
| 128 | ORELLANA, MILAGRO ADDRESS ON FILE | | No Debtor Asserted | 10/14/2014 | 5234 | $2,000.00 | Insufficient Documentation Claim |
| 129 | PAUL, JERRY ADDRESS ON FILE | | No Debtor Asserted | 09/15/2014 | 4367 | $3,000.00 | Insufficient Documentation Claim |
| 130 | PITCHFORD, JOAN ADDRESS ON FILE | | No Debtor Asserted | 06/20/2014 | 2290 | $2,000.00 | Insufficient Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

EIGHTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 131 | POLCAK, JOHN ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/20/2014 | 5663 | $1,678.00 | Insufficient Documentation Claim |
| 132 | POWELL, LINDA ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 446 | $2,775.00 | Insufficient Documentation Claim |
| 133 | PRATT, DORIS ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/22/2014 | 5980 | $1,200.00 | Insufficient Documentation Claim |
| 134 | PRICE, DON ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 08/13/2014 | 3645 | $2,500.00 | Insufficient Documentation Claim |
| 135 | PYLE, JILL ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 07/17/2014 | 3151 | $665,000,000.00 | Insufficient Documentation Claim |
| 136 | RAMBHIA, RAJIV ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 07/22/2014 | 3262 | $1,000.00 | Insufficient Documentation Claim |
| 137 | RHYNES, WALTER ADDRESS ON FILE | | No Debtor Asserted | 09/15/2014 | 4369 | $1,200.00* | Insufficient Documentation Claim |
| 138 | RICHARDS, MARIEA R ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 08/04/2014 | 3492 | $3,174.54 | Insufficient Documentation Claim |
| 139 | ROBINSON, REBA ADDRESS ON FILE | | No Debtor Asserted | 09/22/2014 | 4596 | $2,775.00 | Insufficient Documentation Claim |
| 140 | RODRIGUEZ, ELVA R ADDRESS ON FILE | | No Debtor Asserted | 06/04/2014 | 1090 | $2,500.00 | Insufficient Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 14 of 20

ENERGY FUTURE HOLDINGS CORP., et al.

EIGHTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 141 | ROE, J R ADDRESS ON FILE | | No Debtor Asserted | 06/02/2014 | 810 | $2,775.00 | Insufficient Documentation Claim |
| 142 | RUBENSTEIN, BAM ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/02/2014 | 999 | $3,400.00 | Insufficient Documentation Claim |
| 143 | RUISECO, EDEL ADDRESS ON FILE | 14-10989 (CSS) | TXU Electric Company, Inc. | 08/11/2014 | 3582 | $2,000.00 | Insufficient Documentation Claim |
| 144 | RUSH, JANE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/06/2014 | 1341 | $1,000.00 | Insufficient Documentation Claim |
| 145 | RUTLEDGE, MICHAEL ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/27/2014 | 481 | $2,775.00 | Insufficient Documentation Claim |
| 146 | RYAN, EVELYN ADDRESS ON FILE | | No Debtor Asserted | 06/09/2014 | 1405 | $1,300.00 | Insufficient Documentation Claim |
| 147 | RYLANDER, LAQUITA ADDRESS ON FILE | | No Debtor Asserted | 07/03/2014 | 2832 | $2,775.00 | Insufficient Documentation Claim |
| 148 | SACKS, ELAINE ADDRESS ON FILE | | No Debtor Asserted | 08/01/2014 | 3433 | $2,775.00 | Insufficient Documentation Claim |
| 149 | SACKS, ELAINE ADDRESS ON FILE | | No Debtor Asserted | 08/01/2014 | 3434 | $2,775.00 | Insufficient Documentation Claim |
| 150 | SANDERS, RICKEY ADDRESS ON FILE | | No Debtor Asserted | 10/22/2014 | 5983 | $2,500.00 | Insufficient Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

EIGHTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 151 | SANDIFER, EDDIE D ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/09/2014 | 1536 | $3,800.00 | Insufficient Documentation Claim |
| 152 | SANDIFER, FREDDIE ADDRESS ON FILE | | No Debtor Asserted | 06/02/2014 | 798 | $1,000.00 | Insufficient Documentation Claim |
| 153 | SAYLES, JAMES ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 411 | $2,750.00 | Insufficient Documentation Claim |
| 154 | SMART FROM THE START CHILDCARE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 07/14/2014 | 3057 | $1,000.00 | Insufficient Documentation Claim |
| 155 | SMITH, NANCY ADDRESS ON FILE | | No Debtor Asserted | 07/10/2014 | 3009 | $1,600.00 | Insufficient Documentation Claim |
| 156 | SMOTHERS, RAINA ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 06/16/2014 | 1988 | $1,000.00 | Insufficient Documentation Claim |
| 157 | SPENCER, NATASHA ADDRESS ON FILE | | No Debtor Asserted | 06/16/2014 | 1994 | $1,500.00 | Insufficient Documentation Claim |
| 158 | STANGLIN, AMANDA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 07/21/2014 | 3215 | $1,325.52 | Insufficient Documentation Claim |
| 159 | STECK, JODIE ADDRESS ON FILE | | No Debtor Asserted | 07/07/2014 | 2885 | $2,400.00 | Insufficient Documentation Claim |
| 160 | STEVENS, GEORGE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/05/2014 | 1143 | $2,775.00 | Insufficient Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 16 of 20

ENERGY FUTURE HOLDINGS CORP., et al.

EIGHTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 161 | STEWART, ANTOINETTE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/06/2014 | 1222 | $1,500.00 | Insufficient Documentation Claim |
| 162 | STEWART, RALPH E. ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 11/07/2014 | 9807 | $1,200.00 | Insufficient Documentation Claim |
| 163 | STOKER, BARBARA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 07/11/2014 | 3036 | $1,000.00 | Insufficient Documentation Claim |
| 164 | SULLIVAN, SHAREL ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 07/14/2014 | 3058 | $1,200.00 | Insufficient Documentation Claim |
| 165 | SULLIVAN, TIMJ ADDRESS ON FILE | | No Debtor Asserted | 06/27/2014 | 2637 | $2,500.00 | Insufficient Documentation Claim |
| 166 | SULLIVAN, TIMJ ADDRESS ON FILE | | No Debtor Asserted | 06/27/2014 | 2638 | $2,500.00 | Insufficient Documentation Claim |
| 167 | THEODORE, CAROLYN ADDRESS ON FILE | | No Debtor Asserted | 06/06/2014 | 1216 | $3,000.00 | Insufficient Documentation Claim |
| 168 | THURMONED, POLLYANNA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/02/2014 | 989 | $2,775.00 | Insufficient Documentation Claim |
| 169 | TIPPIT, EMILY R ADDRESS ON FILE | | Multiple Debtors Asserted | 10/31/2014 | 9714 | $2,000.00* | Insufficient Documentation Claim |
| 170 | TIPTON, DEMOLEE C ADDRESS ON FILE | | No Debtor Asserted | 06/02/2014 | 1733 | $2,622.00 | Insufficient Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 17 of 20

ENERGY FUTURE HOLDINGS CORP., et al.

EIGHTH OMNIBUS (NON-SUBSTANTIVE); EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 171 | TREVINO, RICKY ADDRESS ON FILE | | No Debtor Asserted | 06/26/2014 | 2583 | $2,775.00 | Insufficient Documentation Claim |
| 172 | TROPOLOC, GEORGE ADDRESS ON FILE | | No Debtor Asserted | 07/22/2014 | 3265 | $1,000.00 | Insufficient Documentation Claim |
| 173 | TSI ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 08/28/2014 | 3929 | $1,250.00 | Insufficient Documentation Claim |
| 174 | TURNER, JAMES D ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 07/28/2014 | 3365 | $1,648.00 | Insufficient Documentation Claim |
| 175 | TYSON, CARLISHA ADDRESS ON FILE | | No Debtor Asserted | 06/30/2014 | 2673 | $2,775.00 | Insufficient Documentation Claim |
| 176 | ULLMANN, JOSEPH ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/28/2014 | 9632 | $2,000.00 | Insufficient Documentation Claim |
| 177 | VELASQUEZ, DISELA CARIDAD ADDRESS ON FILE | | No Debtor Asserted | 06/13/2014 | 1887 | $1,438.49 | Insufficient Documentation Claim |
| 178 | WALKER, ANGELA ADDRESS ON FILE | | No Debtor Asserted | 10/20/2014 | 5673 | $3,000.00 | Insufficient Documentation Claim |
| 179 | WALKER, EDIE ADDRESS ON FILE | 14-10989 (CSS) | TXU Electric Company, Inc. | 05/27/2014 | 218 | $1,000.00 | Insufficient Documentation Claim |
| 180 | WASHINGTON, AUDREY ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/30/2014 | 743 | $1,000.00 | Insufficient Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 18 of 20

ENERGY FUTURE HOLDINGS CORP., et al.

EIGHTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 181 | WATSON, CHARLES RAY ADDRESS ON FILE | | No Debtor Asserted | 10/15/2014 | 5273 | $1,500.00 | Insufficient Documentation Claim |
| 182 | WATSON, NELSON D ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 427 | $2,775.00 | Insufficient Documentation Claim |
| 183 | WELBORN SESCO, ROBIN ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/17/2014 | 5452 | $2,500.00 | Insufficient Documentation Claim |
| 184 | WELBORN, ROBIN ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/17/2014 | 5453 | $2,500.00 | Insufficient Documentation Claim |
| 185 | WHITE, DARLENE ADDRESS ON FILE | | No Debtor Asserted | 07/07/2014 | 2895 | $1,400.00 | Insufficient Documentation Claim |
| 186 | WILLIAMS, LINDA ADDRESS ON FILE | | No Debtor Asserted | 07/01/2014 | 2940 | $2,400.00 | Insufficient Documentation Claim |
| 187 | WILLIAMS, TONY ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/28/2014 | 9635 | $3,500.00 | Insufficient Documentation Claim |
| 188 | WINZER, ROBERT ADDRESS ON FILE | | No Debtor Asserted | 05/30/2014 | 696 | $2,775.00 | Insufficient Documentation Claim |
| 189 | WINZER, ROBERT ADDRESS ON FILE | | No Debtor Asserted | 05/30/2014 | 741 | $2,775.00 | Insufficient Documentation Claim |
| 190 | WINZER, ROBERT ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 09/08/2014 | 4170 | $2,775.00 | Insufficient Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

EIGHTH OMNIBUS (NON-SUBSTANTIVE); EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 191 | WONG, N J ADDRESS ON FILE | | No Debtor Asserted | 06/16/2014 | 2058 | $2,310.00 | Insufficient Documentation Claim |
| 192 | WOODS, RODNEY ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/09/2014 | 5033 | $2,000.00 | Insufficient Documentation Claim |
| 193 | WRIGHT, GWEN ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 07/10/2014 | 2987 | $2,775.00 | Insufficient Documentation Claim |
| 194 | YORK, S R ADDRESS ON FILE | | No Debtor Asserted | 06/09/2014 | 1456 | $1,525.25 | Insufficient Documentation Claim |
| 195 | ZEMAN, RICHARD ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 353 | $2,500.00 | Insufficient Documentation Claim |
| 196 | ZOOK, LINDSAY E ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/02/2014 | 990 | $2,775.00 | Insufficient Documentation Claim |
| | | | | | TOTAL | $665,416,919.48* | |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 20 of 20