
Melva Johnson
1017 E Morningside Dr.
Fort Worth, TX 76104-6821

FILED
2015 FEB 24 AM 9:14
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Feb. 13, 2015

To: United States Bankruptcy Court for the District of Delware
CASE # 14-10979  "OBJECTION DEADLINE"

From: Ms. Melva D. Johnson-Cauley
1017 E. Morningside Drive
Fort Worth, TX 76104

RE: Energy Future Holdings Corp. (Debtor) Bankruptcy
"Responses to Objection"

The purpose of this letter is to inform you in writing (my) — Response to the Objection —

I understand this must ① be submitted in writing and ② filed on or before Feb. 20, 2015 (by 4:00pm) with the United States Bankruptcy Court Dist. of Delware, ③ mail (send) copy of any such response unto the undersigned counsel to the Debtors. Please Be Advised

Melva D. Johnson
(817) 475-7739
Claimant

Page 2
Feb. 13, 2015

I SUBMIT —

— THE COURT DO NOT GRANT THE RELIEF REQUESTED IN THE OBJECTION

I Melva Johnson attached a LEGAL NOTARIZED DOCUMENT (CONTRACT) 2014

THE AGREEMENT

(A) LEASING OF PROPERTY FOR GAS AND MINERAL PRODUCTION FOR A PERIOD OF THREE (3) YEARS
— IN EXCHANGE —
(B) FOR 25% ROYALTY

CONTRACT HAS NOT BEEN FULFILLED
* LEAVING AN UNDETERMINED

CASE # 14-10979
CLAIM # 2686

Melva D. Johnson