**EXHIBIT 1** to **EXHIBIT A**

**Insufficient Documentation Claims**

ENERGY FUTURE HOLDINGS CORP., et al.

EIGHTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ADVANCED BUSINESS GRAPHICS ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 08/28/2014 | 3930 | $1,250.00 | Insufficient Documentation Claim |
| 2 | ALLEN, CYNTHIA ADDRESS ON FILE | | No Debtor Asserted | 07/03/2014 | 2818 | $1,200.00 | Insufficient Documentation Claim |
| 3 | ARCHIE, LAKEITHA ADDRESS ON FILE | | No Debtor Asserted | 09/12/2014 | 4326 | $1,200.00 | Insufficient Documentation Claim |
| 4 | ARNESON, DENNIS ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/16/2014 | 2084 | $2,775.00 | Insufficient Documentation Claim |
| 5 | BARTLEY, BABETTE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/20/2014 | 2244 | $3,000.00 | Insufficient Documentation Claim |
| 6 | BATSON, KENNETH L ADDRESS ON FILE | | No Debtor Asserted | 06/10/2014 | 1572 | $1,750.00 | Insufficient Documentation Claim |
| 7 | BATTAGLIA, JOHN ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/12/2014 | 1839 | $1,023.68 | Insufficient Documentation Claim |
| 8 | BECK, DIMITRI L ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 05/27/2014 | 440 | $2,775.00 | Insufficient Documentation Claim |
| 9 | BELLINGER, APRIL ADDRESS ON FILE | | No Debtor Asserted | 07/08/2014 | 2944 | $3,075.00 | Insufficient Documentation Claim |
| 10 | BENAVIDEZ, MARTIN ADDRESS ON FILE | | No Debtor Asserted | 07/07/2014 | 2889 | $1,000.00* | Insufficient Documentation Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

EIGHTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 11 | BENNETT, SYLVIA ADDRESS ON FILE | | No Debtor Asserted | 06/09/2014 | 1535 | $3,750.00 | Insufficient Documentation Claim |
| 12 | BETANCOURT, MARIA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/16/2014 | 5426 | $1,413.13 | Insufficient Documentation Claim |
| 13 | BILBREY, ROBERT ADDRESS ON FILE | | No Debtor Asserted | 06/26/2014 | 2587 | $1,600.00 | Insufficient Documentation Claim |
| 14 | BINGHAM, GLORIA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/27/2014 | 8086 | $2,500.00 | Insufficient Documentation Claim |
| 15 | BINGHAM, GLORIA ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 10/27/2014 | 8087 | $2,500.00 | Insufficient Documentation Claim |
| 16 | BITTLE, ZILA E ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 07/14/2014 | 3059 | $2,775.00 | Insufficient Documentation Claim |
| 17 | BLACK, GILDA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/30/2014 | 679 | $3,500.00 | Insufficient Documentation Claim |
| 18 | BLACKMON, FRED ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/16/2014 | 2008 | $2,439.00 | Insufficient Documentation Claim |
| 19 | BLOCKER, SHARROCCA ADDRESS ON FILE | | No Debtor Asserted | 06/04/2014 | 1088 | $2,775.00 | Insufficient Documentation Claim |
| 20 | BOLDEN, PAUL ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 08/28/2014 | 3921 | $2,775.00* | Insufficient Documentation Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 2 of 20

ENERGY FUTURE HOLDINGS CORP., et al.

EIGHTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 21 | BOOLMAN, GARY ADDRESS ON FILE | | No Debtor Asserted | 06/23/2014 | 2361 | $2,775.00 | Insufficient Documentation Claim |
| 22 | BOYD, BARBARA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 08/18/2014 | 3704 | $1,000.00 | Insufficient Documentation Claim |
| 23 | BOYD, BARBARA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 08/18/2014 | 3705 | $1,000.00 | Insufficient Documentation Claim |
| 24 | BRADFORD, ELIJAH ADDRESS ON FILE | | No Debtor Asserted | 07/18/2014 | 3166 | $2,000.00 | Insufficient Documentation Claim |
| 25 | BRIGGS, FERRONICA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/27/2014 | 8065 | $1,400.00 | Insufficient Documentation Claim |
| 26 | BRITTON, SHACARLA ADDRESS ON FILE | | Multiple Debtors Asserted | 08/07/2014 | 3542 | $2,300.00 | Insufficient Documentation Claim |
| 27 | BROWN, A J ADDRESS ON FILE | | No Debtor Asserted | 06/23/2014 | 2392 | $2,775.00 | Insufficient Documentation Claim |
| 28 | BURNS, MARCIE ADDRESS ON FILE | | No Debtor Asserted | 07/03/2014 | 2825 | $2,500.00 | Insufficient Documentation Claim |
| 29 | BURNSIDE, JANICE ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 06/17/2014 | 2182 | $1,688.00 | Insufficient Documentation Claim |
| 30 | CAISE, KARLEAN D ADDRESS ON FILE | | No Debtor Asserted | 10/27/2014 | 7736 | $3,300.00 | Insufficient Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

EIGHTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 31 | CALHOUN, BRAD ADDRESS ON FILE | | No Debtor Asserted | 10/08/2014 | 5658 | $2,500.00 | Insufficient Documentation Claim |
| 32 | CARDOSO, ESTEBAN ADDRESS ON FILE | | No Debtor Asserted | 07/14/2014 | 3065 | $3,000.00 | Insufficient Documentation Claim |
| 33 | CARTER, MARCUS VICTOR ADDRESS ON FILE | | No Debtor Asserted | 06/04/2014 | 1068 | $1,365.00 | Insufficient Documentation Claim |
| 34 | CHAPMAN, ANTIONETT ADDRESS ON FILE | | No Debtor Asserted | 05/30/2014 | 740 | $1,380.00 | Insufficient Documentation Claim |
| 35 | CLEVELAND, EMMA ADDRESS ON FILE | | No Debtor Asserted | 07/11/2014 | 3021 | $1,141.00 | Insufficient Documentation Claim |
| 36 | CONDLEY, STEPHEN M ADDRESS ON FILE | | No Debtor Asserted | 06/05/2014 | 1151 | $1,000.00 | Insufficient Documentation Claim |
| 37 | COTTEN, DIANN ADDRESS ON FILE | | No Debtor Asserted | 07/07/2014 | 2903 | $1,700.00 | Insufficient Documentation Claim |
| 38 | CRANE, KATHERINE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 07/10/2014 | 2997 | $2,775.00 | Insufficient Documentation Claim |
| 39 | CRAVEN, JANICE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/30/2014 | 9696 | $2,500.00 | Insufficient Documentation Claim |
| 40 | CRAVEN, JANICE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/30/2014 | 9697 | $1,300.00 | Insufficient Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

EIGHTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 41 | CRUZ-ROARK, ADELA ADDRESS ON FILE | | No Debtor Asserted | 07/28/2014 | 3379 | $2,000.00 | Insufficient Documentation Claim |
| 42 | CUDGEL, SHEILA ADDRESS ON FILE | | No Debtor Asserted | 06/23/2014 | 2373 | $2,775.00 | Insufficient Documentation Claim |
| 43 | DARR, RICHARD ADDRESS ON FILE | | No Debtor Asserted | 09/22/2014 | 4551 | $3,000.00 | Insufficient Documentation Claim |
| 44 | DAVIS, ROGER H ADDRESS ON FILE | | No Debtor Asserted | 06/20/2014 | 2253 | $2,775.00 | Insufficient Documentation Claim |
| 45 | DEL RIO, BLANCA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/16/2014 | 2067 | $2,775.00 | Insufficient Documentation Claim |
| 46 | DENNY, PEGGY ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/24/2014 | 2520 | $1,000.00* | Insufficient Documentation Claim |
| 47 | DENSON, SHERON ADDRESS ON FILE | | No Debtor Asserted | 05/30/2014 | 733 | $2,000.00 | Insufficient Documentation Claim |
| 48 | DIXSON, VINCENT ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 08/18/2014 | 3735 | $2,775.00 | Insufficient Documentation Claim |
| 49 | DODGEN, DAVID ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/27/2014 | 297 | $1,700.00 | Insufficient Documentation Claim |
| 50 | DUFFIE, WARREN ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 07/28/2014 | 3359 | $2,800.00 | Insufficient Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

EIGHTH OMNIBUS (NON-SUBSTANTIVE); EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 51 | EDWARDS, HAL ADDRESS ON FILE | | No Debtor Asserted | 07/03/2014 | 2846 | $1,200.00* | Insufficient Documentation Claim |
| 52 | EDWARDS, JAMES ADDRESS ON FILE | | No Debtor Asserted | 10/31/2014 | 9719 | $2,000.00 | Insufficient Documentation Claim |
| 53 | ELLIS, PATRICIA L ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/10/2014 | 1602 | $1,200.00 | Insufficient Documentation Claim |
| 54 | EPPERSON, ANNIE J ADDRESS ON FILE | | No Debtor Asserted | 06/26/2014 | 2594 | $1,600.00 | Insufficient Documentation Claim |
| 55 | ERVING, PATRICIA ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 07/07/2014 | 2886 | $2,700.00 | Insufficient Documentation Claim |
| 56 | EVANS, ALICE A ADDRESS ON FILE | | No Debtor Asserted | 06/23/2014 | 2378 | $1,000.00 | Insufficient Documentation Claim |
| 57 | EWART, RACHELLE ADDRESS ON FILE | | No Debtor Asserted | 06/20/2014 | 2302 | $1,500.00 | Insufficient Documentation Claim |
| 58 | FEHRMAN, MARK E ADDRESS ON FILE | | No Debtor Asserted | 06/30/2014 | 2714 | $1,000.00 | Insufficient Documentation Claim |
| 59 | FISHER, F M ADDRESS ON FILE | | No Debtor Asserted | 06/23/2014 | 2367 | $2,000.00 | Insufficient Documentation Claim |
| 60 | FLICK, CHARLENE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/05/2014 | 1126 | $2,500.00* | Insufficient Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

EIGHTH OMNIBUS (NON-SUBSTANTIVE); EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 61 | FLORES, CRISANTOS ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/09/2014 | 5076 | $1,800.00 | Insufficient Documentation Claim |
| 62 | FLORES, SYLVIA A ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 262 | $2,775.00 | Insufficient Documentation Claim |
| 63 | FOLKER, POKYE ADDRESS ON FILE | | Multiple Debtors Asserted | 06/09/2014 | 1461 | $2,775.00 | Insufficient Documentation Claim |
| 64 | FRANKLIN JR, DAVID ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/23/2014 | 2357 | $1,533.21 | Insufficient Documentation Claim |
| 65 | FULLEN, BILL ADDRESS ON FILE | | No Debtor Asserted | 06/10/2014 | 1548 | $1,250.00 | Insufficient Documentation Claim |
| 66 | GALVAN, GREGORIO R ADDRESS ON FILE | | No Debtor Asserted | 07/10/2014 | 2977 | $1,000.00 | Insufficient Documentation Claim |
| 67 | GARCIA, BERTHA B. ADDRESS ON FILE | | No Debtor Asserted | 10/06/2014 | 4976 | $2,500.00 | Insufficient Documentation Claim |
| 68 | GARCIA, LAMAR ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/16/2014 | 2075 | $2,775.00* | Insufficient Documentation Claim |
| 69 | GARCIA, RAUL ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/05/2014 | 1150 | $2,775.00 | Insufficient Documentation Claim |
| 70 | GARZA, ALICE ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 10/16/2014 | 5432 | $2,500.00* | Insufficient Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

EIGHTH OMNIBUS (NON-SUBSTANTIVE); EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 71 | GARZA, LETICIA ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 10/16/2014 | 5433 | $2,500.00* | Insufficient Documentation Claim |
| 72 | GEORGE, DAISY ADDRESS ON FILE | | No Debtor Asserted | 06/02/2014 | 903 | $2,028.00 | Insufficient Documentation Claim |
| 73 | GONZALEZ, DAVID A ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 06/27/2014 | 2645 | $1,000.00 | Insufficient Documentation Claim |
| 74 | GOODSON, FRANKIE ADDRESS ON FILE | 14-10989 (CSS) | TXU Electric Company, Inc. | 07/23/2014 | 3342 | $3,000.00* | Insufficient Documentation Claim |
| 75 | GRAHAM, RUTH ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 06/02/2014 | 1732 | $1,700.00 | Insufficient Documentation Claim |
| 76 | GREEN, TIMOTHY ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/05/2014 | 1120 | $2,775.00* | Insufficient Documentation Claim |
| 77 | GRIMES, PAULA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/30/2014 | 2712 | $1,568.00 | Insufficient Documentation Claim |
| 78 | GUARALDI, MICHAEL ADDRESS ON FILE | | No Debtor Asserted | 06/10/2014 | 1632 | $1,800.00 | Insufficient Documentation Claim |
| 79 | GUTIERREZ - ORTIZ, EMILY ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 06/23/2014 | 2457 | $1,000.00 | Insufficient Documentation Claim |
| 80 | HARDY, JOSEPH ADDRESS ON FILE | | No Debtor Asserted | 06/06/2014 | 1306 | $2,775.00 | Insufficient Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

EIGHTH OMNIBUS (NON-SUBSTANTIVE); EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 81 | HARGRAVES, TIMOTHY ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 06/04/2014 | 1091 | $1,300.00 | Insufficient Documentation Claim |
| 82 | HEARNE, BILL W ADDRESS ON FILE | | No Debtor Asserted | 07/07/2014 | 3222 | $3,000.00 | Insufficient Documentation Claim |
| 83 | HELDOORN, DEBBIE ADDRESS ON FILE | | No Debtor Asserted | 07/23/2014 | 3291 | $2,890.60 | Insufficient Documentation Claim |
| 84 | HENDERSON, JOSHIE ADDRESS ON FILE | | No Debtor Asserted | 06/09/2014 | 2115 | $1,010.00 | Insufficient Documentation Claim |
| 85 | HENNAN, JAMES L ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/09/2014 | 1527 | $1,000.00 | Insufficient Documentation Claim |
| 86 | HERNANDEZ, JESSICA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/02/2014 | 837 | $2,775.00 | Insufficient Documentation Claim |
| 87 | HERRON, LORI ADDRESS ON FILE | | No Debtor Asserted | 07/07/2014 | 2892 | $1,000.00* | Insufficient Documentation Claim |
| 88 | HICKS, SHARI ADDRESS ON FILE | | No Debtor Asserted | 08/08/2014 | 3560 | $2,722.00 | Insufficient Documentation Claim |
| 89 | HILL, KENNY ADDRESS ON FILE | 14-10989 (CSS) | TXU Electric Company, Inc. | 05/30/2014 | 724 | $3,500.00 | Insufficient Documentation Claim |
| 90 | HILLOCK, LLOYD F ADDRESS ON FILE | | No Debtor Asserted | 10/27/2014 | 8074 | $1,653.00 | Insufficient Documentation Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

EIGHTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 91 | HUDSON, KRISTA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 08/14/2014 | 3668 | $2,775.00 | Insufficient Documentation Claim |
| 92 | HUGHES, LETICIA ADDRESS ON FILE | | No Debtor Asserted | 07/03/2014 | 2821 | $2,132.48 | Insufficient Documentation Claim |
| 93 | HUNTER, KIM ADDRESS ON FILE | | No Debtor Asserted | 07/23/2014 | 3294 | $2,775.00 | Insufficient Documentation Claim |
| 94 | JACKSON, ANDREA ADDRESS ON FILE | | No Debtor Asserted | 09/15/2014 | 4438 | $1,875.00 | Insufficient Documentation Claim |
| 95 | JACKSON, BARRON RAY ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/27/2014 | 366 | $2,775.00 | Insufficient Documentation Claim |
| 96 | JACKSON, NORMAN ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 07/28/2014 | 3367 | $2,500.00 | Insufficient Documentation Claim |
| 97 | JAMES, LANA J. ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 07/07/2014 | 2914 | $1,500.00 | Insufficient Documentation Claim |
| 98 | JAMES, LANA J. ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/09/2014 | 4255 | $1,500.00 | Insufficient Documentation Claim |
| 99 | JANOW, SANDY ADDRESS ON FILE | | No Debtor Asserted | 06/20/2014 | 2351 | $3,427.80 | Insufficient Documentation Claim |
| 100 | JOHNSON, DREW ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/13/2014 | 1883 | $2,400.00 | Insufficient Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

EIGHTH OMNIBUS (NON-SUBSTANTIVE); EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 101 | JUMP START CHRISTIAN ACADEMY INC<br>ADDRESS ON FILE | | No Debtor Asserted | 07/21/2014 | 3207 | $2,300.00 | Insufficient Documentation Claim |
| 102 | KELSO, KENT<br>ADDRESS ON FILE | | No Debtor Asserted | 06/26/2014 | 2578 | $2,775.00 | Insufficient Documentation Claim |
| 103 | KHAN, GWENDOLYN<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 11/10/2014 | 9813 | $3,500.00 | Insufficient Documentation Claim |
| 104 | KING, DERRICK L<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 07/18/2014 | 3175 | $5,000.00 | Insufficient Documentation Claim |
| 105 | LALONE, CAROL<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/27/2014 | 466 | $2,775.00 | Insufficient Documentation Claim |
| 106 | LECLERE, DENISE<br>ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 228 | $1,649.78 | Insufficient Documentation Claim |
| 107 | LERER, STEPHEN<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/12/2014 | 1831 | $1,700.00 | Insufficient Documentation Claim |
| 108 | LEWIS, ASHLEY<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/30/2014 | 2702 | $1,000.00 | Insufficient Documentation Claim |
| 109 | LEWIS, GLENN<br>ADDRESS ON FILE | | No Debtor Asserted | 10/06/2014 | 4955 | $2,775.00 | Insufficient Documentation Claim |
| 110 | LONG, SHANEEN<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/05/2014 | 4132 | $1,780.00 | Insufficient Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 11 of 20

ENERGY FUTURE HOLDINGS CORP., et al.

EIGHTH OMNIBUS (NON-SUBSTANTIVE); EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 111 | LOVE, WILLIAM ADDRESS ON FILE | | No Debtor Asserted | 06/27/2014 | 2625 | $2,000.00 | Insufficient Documentation Claim |
| 112 | LUCE, LARRY ADDRESS ON FILE | | No Debtor Asserted | 06/30/2014 | 2693 | $2,775.00 | Insufficient Documentation Claim |
| 113 | LYNCH, WILLIE LOUIS ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 239 | $1,900.00 | Insufficient Documentation Claim |
| 114 | MARTIN, DARIEN L ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/20/2014 | 2254 | $1,500.00 | Insufficient Documentation Claim |
| 115 | MARTINEZ, IRENE ADDRESS ON FILE | | No Debtor Asserted | 08/04/2014 | 3516 | $3,600.00 | Insufficient Documentation Claim |
| 116 | MAY, ALAN ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 07/07/2014 | 2869 | $2,775.00 | Insufficient Documentation Claim |
| 117 | MCALLISTER, MIKE R ADDRESS ON FILE | | No Debtor Asserted | 05/30/2014 | 693 | $1,200.00 | Insufficient Documentation Claim |
| 118 | MCCALLY, R H ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/12/2014 | 1848 | $2,775.00 | Insufficient Documentation Claim |
| 119 | MCDIFFIT, BRENDA ADDRESS ON FILE | | No Debtor Asserted | 06/05/2014 | 1170 | $1,000.00 | Insufficient Documentation Claim |
| 120 | MEYER, KRISTOPHER BRADLEY ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/09/2014 | 1444 | $2,775.00 | Insufficient Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

EIGHTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 121 | MINTZ, GREGG ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/23/2014 | 2358 | $1,278.00 | Insufficient Documentation Claim |
| 122 | MORAN, NANCY M ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/23/2014 | 2400 | $3,000.00 | Insufficient Documentation Claim |
| 123 | MORATAYA, SANTOS ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/12/2014 | 1800 | $1,000.00 | Insufficient Documentation Claim |
| 124 | MUSSLEWHITE JR, CLARENCE ADDRESS ON FILE | | No Debtor Asserted | 06/10/2014 | 1595 | $1,000.00* | Insufficient Documentation Claim |
| 125 | OKE, OLAGBEMILEKE ADDRESS ON FILE | | No Debtor Asserted | 07/14/2014 | 3068 | $2,775.00 | Insufficient Documentation Claim |
| 126 | ONDRICEK, STACYE ADDRESS ON FILE | | No Debtor Asserted | 10/06/2014 | 4901 | $2,500.00 | Insufficient Documentation Claim |
| 127 | OFTERMANN, ERIN ADDRESS ON FILE | | No Debtor Asserted | 08/18/2014 | 3714 | $2,700.00 | Insufficient Documentation Claim |
| 128 | ORELLANA, MILAGRO ADDRESS ON FILE | | No Debtor Asserted | 10/14/2014 | 5234 | $2,000.00 | Insufficient Documentation Claim |
| 129 | PAUL, JERRY ADDRESS ON FILE | | No Debtor Asserted | 09/15/2014 | 4367 | $3,000.00 | Insufficient Documentation Claim |
| 130 | PITCHFORD, JOAN ADDRESS ON FILE | | No Debtor Asserted | 06/20/2014 | 2290 | $2,000.00 | Insufficient Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 13 of 20

ENERGY FUTURE HOLDINGS CORP., et al.

EIGHTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 131 | POLCAK, JOHN ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/20/2014 | 5663 | $1,678.00 | Insufficient Documentation Claim |
| 132 | POWELL, LINDA ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 446 | $2,775.00 | Insufficient Documentation Claim |
| 133 | PRATT, DORIS ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/22/2014 | 5980 | $1,200.00 | Insufficient Documentation Claim |
| 134 | PRICE, DON ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 08/13/2014 | 3645 | $2,500.00 | Insufficient Documentation Claim |
| 135 | PYLE, JILL ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 07/17/2014 | 3151 | $665,000,000.00 | Insufficient Documentation Claim |
| 136 | RAMBHIA, RAJIV ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 07/22/2014 | 3262 | $1,000.00 | Insufficient Documentation Claim |
| 137 | RHYNES, WALTER ADDRESS ON FILE | | No Debtor Asserted | 09/15/2014 | 4369 | $1,200.00* | Insufficient Documentation Claim |
| 138 | RICHARDS, MARHEA R ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 08/04/2014 | 3492 | $3,174.54 | Insufficient Documentation Claim |
| 139 | ROBINSON, REBA ADDRESS ON FILE | | No Debtor Asserted | 09/22/2014 | 4596 | $2,775.00 | Insufficient Documentation Claim |
| 140 | RODRIGUEZ, ELVA R ADDRESS ON FILE | | No Debtor Asserted | 06/04/2014 | 1090 | $2,500.00 | Insufficient Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

EIGHTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 141 | ROE, J R<br>ADDRESS ON FILE | | No Debtor Asserted | 06/02/2014 | 810 | $2,775.00 | Insufficient Documentation Claim |
| 142 | RUBENSTEIN, BAM<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/02/2014 | 999 | $3,400.00 | Insufficient Documentation Claim |
| 143 | RUISECO, EDEL<br>ADDRESS ON FILE | 14-10989 (CSS) | TXU Electric Company, Inc. | 08/11/2014 | 3582 | $2,000.00 | Insufficient Documentation Claim |
| 144 | RUSH, JANE<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/06/2014 | 1341 | $1,000.00 | Insufficient Documentation Claim |
| 145 | RUTLEDGE, MICHAEL<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/27/2014 | 481 | $2,775.00 | Insufficient Documentation Claim |
| 146 | RYAN, EVELYN<br>ADDRESS ON FILE | | No Debtor Asserted | 06/09/2014 | 1405 | $1,300.00 | Insufficient Documentation Claim |
| 147 | RYLANDER, LAQUITA<br>ADDRESS ON FILE | | No Debtor Asserted | 07/03/2014 | 2832 | $2,775.00 | Insufficient Documentation Claim |
| 148 | SACKS, ELAINE<br>ADDRESS ON FILE | | No Debtor Asserted | 08/01/2014 | 3433 | $2,775.00 | Insufficient Documentation Claim |
| 149 | SACKS, ELAINE<br>ADDRESS ON FILE | | No Debtor Asserted | 08/01/2014 | 3434 | $2,775.00 | Insufficient Documentation Claim |
| 150 | SANDERS, RICKEY<br>ADDRESS ON FILE | | No Debtor Asserted | 10/22/2014 | 5983 | $2,500.00 | Insufficient Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 15 of 20

ENERGY FUTURE HOLDINGS CORP., et al.

EIGHTH OMNIBUS (NON-SUBSTANTIVE); EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 151 | SANDIFER, EDDIE D ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/09/2014 | 1536 | $3,800.00 | Insufficient Documentation Claim |
| 152 | SANDIFER, FREDDIE ADDRESS ON FILE | | No Debtor Asserted | 06/02/2014 | 798 | $1,000.00 | Insufficient Documentation Claim |
| 153 | SAYLES, JAMES ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 411 | $2,750.00 | Insufficient Documentation Claim |
| 154 | SMART FROM THE START CHILDCARE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 07/14/2014 | 3057 | $1,000.00 | Insufficient Documentation Claim |
| 155 | SMITH, NANCY ADDRESS ON FILE | | No Debtor Asserted | 07/10/2014 | 3009 | $1,600.00 | Insufficient Documentation Claim |
| 156 | SMOTHERS, RAINA ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 06/16/2014 | 1988 | $1,000.00 | Insufficient Documentation Claim |
| 157 | SPENCER, NATASHA ADDRESS ON FILE | | No Debtor Asserted | 06/16/2014 | 1994 | $1,500.00 | Insufficient Documentation Claim |
| 158 | STANGLIN, AMANDA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 07/21/2014 | 3215 | $1,325.52 | Insufficient Documentation Claim |
| 159 | STECK, JODIE ADDRESS ON FILE | | No Debtor Asserted | 07/07/2014 | 2885 | $2,400.00 | Insufficient Documentation Claim |
| 160 | STEVENS, GEORGE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/05/2014 | 1143 | $2,775.00 | Insufficient Documentation Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

EIGHTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 161 | STEWART, ANTOINETTE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/06/2014 | 1222 | $1,500.00 | Insufficient Documentation Claim |
| 162 | STEWART, RALPH E. ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 11/07/2014 | 9807 | $1,200.00 | Insufficient Documentation Claim |
| 163 | STOKER, BARBARA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 07/11/2014 | 3036 | $1,000.00 | Insufficient Documentation Claim |
| 164 | SULLIVAN, SHAREL ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 07/14/2014 | 3058 | $1,200.00 | Insufficient Documentation Claim |
| 165 | SULLIVAN, TIM J ADDRESS ON FILE | | No Debtor Asserted | 06/27/2014 | 2637 | $2,500.00 | Insufficient Documentation Claim |
| 166 | SULLIVAN, TIM J ADDRESS ON FILE | | No Debtor Asserted | 06/27/2014 | 2638 | $2,500.00 | Insufficient Documentation Claim |
| 167 | THEODORE, CAROLYN ADDRESS ON FILE | | No Debtor Asserted | 06/06/2014 | 1216 | $3,000.00 | Insufficient Documentation Claim |
| 168 | THURMOND, POLLYANNA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/02/2014 | 989 | $2,775.00 | Insufficient Documentation Claim |
| 169 | TIPPIT, EMILY R ADDRESS ON FILE | | Multiple Debtors Asserted | 10/31/2014 | 9714 | $2,000.00* | Insufficient Documentation Claim |
| 170 | TIPTON, DEMOLEE C ADDRESS ON FILE | | No Debtor Asserted | 06/02/2014 | 1733 | $2,622.00 | Insufficient Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 17 of 20

ENERGY FUTURE HOLDINGS CORP., et al.

EIGHTH OMNIBUS (NON-SUBSTANTIVE); EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 171 | TREVINO, RICKY<br>ADDRESS ON FILE | | No Debtor Asserted | 06/26/2014 | 2583 | $2,775.00 | Insufficient Documentation Claim |
| 172 | TROPOLOC, GEORGE<br>ADDRESS ON FILE | | No Debtor Asserted | 07/22/2014 | 3265 | $1,000.00 | Insufficient Documentation Claim |
| 173 | TST<br>ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 08/28/2014 | 3929 | $1,250.00 | Insufficient Documentation Claim |
| 174 | TURNER, JAMES D<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 07/28/2014 | 3365 | $1,648.00 | Insufficient Documentation Claim |
| 175 | TYSON, CARLISHA<br>ADDRESS ON FILE | | No Debtor Asserted | 06/30/2014 | 2673 | $2,775.00 | Insufficient Documentation Claim |
| 176 | ULLMANN, JOSEPH<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/28/2014 | 9632 | $2,000.00 | Insufficient Documentation Claim |
| 177 | VELASQUEZ, DISELA CARIDAD<br>ADDRESS ON FILE | | No Debtor Asserted | 06/13/2014 | 1887 | $1,438.49 | Insufficient Documentation Claim |
| 178 | WALKER, ANGELA<br>ADDRESS ON FILE | | No Debtor Asserted | 10/20/2014 | 5673 | $3,000.00 | Insufficient Documentation Claim |
| 179 | WALKER, EDIE<br>ADDRESS ON FILE | 14-10989 (CSS) | TXU Electric Company, Inc. | 05/27/2014 | 218 | $1,000.00 | Insufficient Documentation Claim |
| 180 | WASHINGTON, AUDREY<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/30/2014 | 743 | $1,000.00 | Insufficient Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 18 of 20

ENERGY FUTURE HOLDINGS CORP., et al.

EIGHTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 181 | WATSON, CHARLES RAY ADDRESS ON FILE | | No Debtor Asserted | 10/15/2014 | 5273 | $1,500.00 | Insufficient Documentation Claim |
| 182 | WATSON, NELSON D ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 427 | $2,775.00 | Insufficient Documentation Claim |
| 183 | WELBORN SESCO, ROBIN ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/17/2014 | 5452 | $2,500.00 | Insufficient Documentation Claim |
| 184 | WELBORN, ROBIN ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/17/2014 | 5453 | $2,500.00 | Insufficient Documentation Claim |
| 185 | WHITE, DARLENE ADDRESS ON FILE | | No Debtor Asserted | 07/07/2014 | 2895 | $1,400.00 | Insufficient Documentation Claim |
| 186 | WILLIAMS, LINDA ADDRESS ON FILE | | No Debtor Asserted | 07/01/2014 | 2940 | $2,400.00 | Insufficient Documentation Claim |
| 187 | WILLIAMS, TONY ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/28/2014 | 9635 | $3,500.00 | Insufficient Documentation Claim |
| 188 | WINZER, ROBERT ADDRESS ON FILE | | No Debtor Asserted | 05/30/2014 | 696 | $2,775.00 | Insufficient Documentation Claim |
| 189 | WINZER, ROBERT ADDRESS ON FILE | | No Debtor Asserted | 05/30/2014 | 741 | $2,775.00 | Insufficient Documentation Claim |
| 190 | WINZER, ROBERT ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 09/08/2014 | 4170 | $2,775.00 | Insufficient Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

EIGHTH OMNIBUS (NON-SUBSTANTIVE); EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 191 | WONG, N J ADDRESS ON FILE | | No Debtor Asserted | 06/16/2014 | 2058 | $2,310.00 | Insufficient Documentation Claim |
| 192 | WOODS, RODNEY ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/09/2014 | 5033 | $2,000.00 | Insufficient Documentation Claim |
| 193 | WRIGHT, GWEN ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 07/10/2014 | 2987 | $2,775.00 | Insufficient Documentation Claim |
| 194 | YORK, S R ADDRESS ON FILE | | No Debtor Asserted | 06/09/2014 | 1456 | $1,525.25 | Insufficient Documentation Claim |
| 195 | ZEMAN, RICHARD ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 353 | $2,500.00 | Insufficient Documentation Claim |
| 196 | ZOOK, LINDSAY E ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/02/2014 | 990 | $2,775.00 | Insufficient Documentation Claim |
| | | | | | TOTAL | $665,416,919.48* | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 20 of 20