**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re: ) | |
| ) | **Chapter 11** |
| **ENERGY FUTURE H OLDINGS CORP.,** *et al.*[1] ) | |
| ) | **Case No. 14-10979 (CSS)** |
| **Debtors.** ) | |
| ) | (Jointly Administered) |

**FIRST MONTHLY FEE STATEMENT OF SOLIC CAPITAL
ADVISORS, LLC FOR ALLOWANCE OF AN ADMINISTRATIVE
CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
INCURRED FROM DECEMBER 18, 2014 TO JANUARY 31, 2015**

| | |
|---|---|
| **Name of Applicant** | **Solic Capital Advisors, LLC** |
| Authorized to Provide Professional Services to: | Energy Future Holdings Corp. |
| Date of Retention: | 1/16/2015 *nunc pro tunc* to 12/18/2014 |
| Period for which compensation and reimbursement is sought: | December 18, 2014 to January 31, 2015 |
| Amount of Compensation sought as actual, reasonable and necessary: | $232,250.06 (80% of $290,322.58) |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $4,978.10 |

This is a __X__ monthly ___ interim ___ final application. No prior application filed for this Fee Period.[2]

Pursuant to sections 327, 328, 330, and 331 of chapter 11 of title 11 of the United States

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Notice of this Monthly Fee Statement (as defined herein) shall be served in accordance with the Interim Compensation Order and Fee Committee Order and objections to the relief requested in this Monthly Fee Statement shall be addressed in accordance with the Interim Compensation Order and Fee Order.

Code, (the "Bankruptcy Code"), rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the *Order Approving the Retention of SOLIC Capital Advisors, LLC as Financial Advisor for Energy Future Holdings Corp. Effective* Nunc Pro Tunc *to December 18, 2014* dated January 16, 2015 [D.I. 3277] (the "Retention Order"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* dated September 16, 2014 [D.I. 2066] (the "Interim Compensation Order"), the *Stipulation and Order Appointing a Fee Committee* [D.I. 1896] (the "Fee Committee Order"), and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules"), SOLIC Capital Advisors, LLC ("SOLIC"), financial advisor for debtor and debtor in possession Energy Future Holdings Corp. ("EFH Corp."), hereby files this monthly fee statement (this "Monthly Fee Statement") for: (i) compensation in the amount of $232,258.06 (80% of $290,322.58) for the reasonable and necessary financial advisory services SOLIC rendered to EFH Corp. from December 18, 2014 through and including January 31, 2015 (the "Fee Period"); and (ii) reimbursement for the actual and necessary expenses that SOLIC incurred in the amount of $4,978.10 during the Fee Period.

**Itemization of Services Rendered and Disbursements Incurred**

1. SOLIC is not compensated in this matter by the hour, but through a structure of fixed fees and related compensation, such as was approved by the Retention Order. Accordingly, certain information appropriate to consideration of the fee requests of hourly rate-compensated professionals, such as blended rates or maturation, do not exist for SOLIC.

2. In support of this Monthly Fee Statement, attached are the following Exhibits:

    - **Exhibit A** is a schedule of the hours expended on this matter during the Fee Period by each SOLIC professional. SOLIC professionals expended a total of 475.50 hours in connection with EFH Corp.'s chapter 11 case during the Fee Period.

- **Exhibit B** is a schedule of the number of hours expended (on an aggregate basis) by SOLIC professionals during the Fee Period with respect to each of the subject matter categories SOLIC established in accordance with its internal billing procedures. A general description of each subject matter is included in this exhibit.

- **Exhibit C** is a schedule setting forth the total amount of reimbursement sought with respect to each category of expenses for which SOLIC is seeking reimbursement in this Monthly Fee Statement. All of these disbursements comprise SOLIC's out-of-pocket expenses.

- **Exhibit D** is a detailed description of expenses for which SOLIC is seeking reimbursement in this Monthly Fee Statement. All of these disbursements comprise the requested sum for SOLIC's out-of-pocket expenses.

**Proposed Payment Allocation**

3.  In accordance with the Retention Order, all of SOLIC's fees and expenses are to be paid by EFH Corp.

**Representations**

4.  Although every effort has been made to include all expenses incurred in the Fee Period, some expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. SOLIC reserves the right to make further application to this Court for allowance of such expenses not included herein. Subsequent fee applications will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, Local Bankruptcy Rules, the Fee Committee Order and the Interim Compensation Order.

**Certification of Compliance and Waiver**

5.  The undersigned representative of SOLIC certifies that he has reviewed the requirements of Local Rule 2016-2 and that the Monthly Fee Statement substantially complies with that Local Rule except to the extent waived by the Retention Order or otherwise modified by orders of this Court and related guidance of the Fee Committee in this case, as permitted by orders of this Court establishing the Fee Committee and interim compensation procedures. To

the extent that the Monthly Fee Statement does not comply in all respects with the requirements of Local Rule 2016-2, as so modified, SOLIC believes that such deviations are not material and respectfully requests that any such requirement be waived**.**

WHEREFORE, SOLIC requests allowance of its fees and expenses incurred during the Fee Period in the total amount of $237,228.16 consisting of (a) $232,250.06, which is 80% of the fees incurred by EFH Corp. for reasonable and necessary professional services rendered by SOLIC and (b) $4,978.10 for actual and necessary costs and expenses, and that such fees and expenses be paid as administrative expenses of the EFH Corp.'s estate.

DATED:   February 24, 2015        */s/ Neil F. Luria*_____
                                  SOLIC CAPITAL ADVISORS, LLC
                                  Neil F. Luria, Senior Managing Director
                                  1603 Orrington Avenue, Suite 1600
                                  Evanston, Illinois  60201