## Exhibit A

## Hours Expended by SOLIC Professionals

| NAME | TITLE | HOURS 12/18 – 12/31/2014 | HOURS 1/1/2015 – 1/31/2015 | Total HOURS |
|---|---|---|---|---|
| Edward Casas | Sr. Managing Director | 2.50 | 6.00 | 8.50 |
| Neil Luria | Sr. Managing Director | 23.50 | 86.00 | 109.50 |
| George Koutsonicolis | Managing Director | 7.50 | 30.50 | 38.00 |
| Raoul Nowitz | Managing Director | 39.00 | 116.00 | 155.00 |
| Chris Brown | Director | 2.50 | 1.00 | 3.50 |
| Joseph Oriti | Vice President | 20.00 | 35.50 | 55.50 |
| Matthew Cumbee | Sr. Associate | 43.50 | 51.00 | 94.50 |
| John-Francis Kraemer | Sr. Associate | 0.00 | 11.00 | 11.0 |
| TOTALS | | 138.50 | 337.00 | 475.50 |