## Exhibit C

**Expenses by Category**

|  | December 2014 | January 2015 | Totals |
|---|---|---|---|
| Airfare | $0.00 | $ 3,190.70 | $ 3,190.70 |
| Ground Transportation | $0.00 | $   573.27 | $   573.27 |
| Hotels | $0.00 | $ 1,144.69 | $ 1,144.69 |
| Mileage | $0.00 | $     69.44 | $     69.44 |
| TOTALS | $0.00 | $ 4,978.10 | $ 4,978.10 |