<u>**Exhibit D**</u>

**Expense Detail**

# Energy Future Holdings Corp. / Expense Detail:  January 1 – January 31, 2015

| Date | | Expense Code | Fee |
|------|------|------|------|
| 1/7/2015 | Luria, Neil | AIR - Airfare | $ 467.10 |
| | | One-way Economy Class airfare from MCO to EWR for Stakeholder meeting | |
| 1/9/2015 | Luria, Neil | AIR - Airfare | $ 535.10 |
| | | One-way Economy Class airfare from LGA to CLE for stakeholder meeting | |
| 1/13/2015 | Luria, Neil | AIR - Airfare | $ 436.10 |
| | | One-way Economy Class airfare from DCA to ORD for Proskauer meeting | |
| 1/7/2015 | Nowitz, Raoul | AIR - Airfare | $ 1,126.20 |
| | | Round-trip Economy Class airfare from ATL to LGA for stakeholder meeting | |
| 1/14/2015 | Nowitz, Raoul | AIR - Airfare | $ 626.20 |
| | | One-way Economy Class airfare from ORD to ATL for Proskauer meeting | |
| | | Total Airfare: | **$ 3,190.70** |
| | | | |
| 1/7/2015 | Luria, Neil | GRTRAN - Ground Transportation | $ 10.00 |
| | | Taxi in NYC | |
| 1/7/2015 | Luria, Neil | GRTRAN - Ground Transportation | $ 150.98 |
| | | Car from EWR to Proskauer | |
| 1/8/2015 | Luria, Neil | GRTRAN - Ground Transportation | $ 9.25 |
| | | Taxi in NYC | |
| 1/11/2015 | Luria, Neil | GRTRAN - Ground Transportation | $ 80.96 |
| | | Car to airport | |
| 1/13/2015 | Luria, Neil | GRTRAN - Ground Transportation | $ 47.56 |
| | | Car from ORD to hotel | |
| 1/7/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 57.13 |
| | | Taxi from EWR airport to Proskauer | |
| 1/8/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 48.68 |
| | | Taxi from Proskauer to LGA airport | |
| 1/11/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 32.00 |
| | | ATL Airport parking | |
| 1/14/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 32.00 |
| | | ATL Airport parking | |
| 1/14/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 48.90 |
| | | Taxi from meeting with Proskauer to airport | |
| 1/14/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 55.81 |
| | | Taxi to meeting with Proskauer from airport | |
| | | Total Ground Transportation: | **$ 573.27** |
| | | | |
| 1/8/2015 | Luria, Neil | HOTEL - Hotel and Lodging | $ 485.46 |
| | | Room rate and taxes – one night | |
| 1/14/2015 | Luria, Neil | HOTEL - Hotel and Lodging | $ 278.20 |
| | | Room rate and taxes – one night | |
| 1/8/2015 | Nowitz, Raoul | HOTEL - Hotel and Lodging | $ 381.03 |
| | | Room rate and taxes – one night | |
| | | Total Hotel and Lodging: | **$ 1,144.69** |
| | | | |
| 1/7/2015 | Nowitz, Raoul | MILES - USA - Mileage | $ 17.36 |
| | | Mileage from home to ATL | |

# Energy Future Holdings Corp. / Expense Detail:  January 1 – January 31, 2015

| **Date** | **Person** | **Expense Code** | **Fee** |
|---|---|---|---|
| 1/7/2015 | Nowitz, Raoul | MILES - USA - Mileage | $ 17.36 |
| | | Mileage from ATL to home | |
| 1/14/2015 | Nowitz, Raoul | MILES - USA - Mileage | $ 17.36 |
| | | Mileage from home to ATL | |
| 1/15/2015 | Nowitz, Raoul | MILES - USA - Mileage | $ 17.36 |
| | | Mileage from ATL to home | |
| | | Total USA - Mileage: | $ 69.44 |
| | | | $ 4,978.10 |