## EXHIBIT B

### Attorney and Paraprofessionals Information

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Richard Levin | Partner | 1976 | Corporate | 1150 | 94.90 | $ 113,880.00 |
| Philip Gelston | Partner | 1979 | Corporate | 1150 | 52.00 | $ 62,400.00 |
| Andrew Needham | Partner | 1995 | Tax | 1150 | 38.80 | $ 46,560.00 |
| Michael Paskin | Partner | 1996 | Litigation | 1130 | 20.70 | $ 24,426.00 |
| Trevor Broad | Associate | 2009 | Litigation | 750 | 120.20 | $ 93,756.00 |
| Amanda Fenster | Associate | | | | 13.10 | $ 10,218.00 |
| Margot Miller | Associate | 2011 | Litigation | 680 | 20.10 | $ 14,271.00 |
| Allison Wein | Associate | | | | 22.40 | $ 15,904.00 |
| Michael Schwartz | Associate | *not admitted | Litigation | 490 | 60.00 | $ 30,600.00 |
| Antje Hagena | Associate | *not admitted | Tax | 665 | 32.40 | $ 22,518.00 |
| James Wilkins | Legal Assistant | N/A | Litigation Support | 225 | 41.20 | $ 9,682.00 |
| Justin McMullen | Technical Litigation | N/A | Technical Litigation Support | 290 | 0.20 | $ 61.00 |
| M. Kraus | Technical Litigation | N/A | Technical Litigation Support | | 0.60 | $ 195.00 |
| T. Jones | Technical Litigation | N/A | Technical Litigation Support | | 0.10 | $ 30.50 |
| | | | | **TOTAL** | 516.70 | $ 444,501.50 |