## EXHIBIT D

### Detailed Description of Expenses and Disbursements

| Matter | Date | Name | Title | Description | Amount | Narrative |
|---|---|---|---|---|---|---|
| 1 | 1/5/2015 | WILKINS, J | LEGAL ASS'T | LOCAL PRINTING | 0.07 | 1 pages local printing 12:02:53 |
| 1 | 1/7/2015 | WILKINS, J | LEGAL ASS'T | LOCAL PRINTING | 0.35 | 5 pages local printing 11:17:43 |
| 1 | 1/9/2015 | MILLER, M | SECRETARIES | LOCAL PRINTING | 3.50 | 50 pages local printing 10:22:48 |
| 1 | 1/12/2015 | MILLER, MARGOT | ASSOCIATE | LOCAL PRINTING | 1.75 | 25 pages local printing 16:05:51 |
| 1 | 1/22/2015 | WILKINS, J | LEGAL ASS'T | LOCAL PRINTING | 1.96 | 28 pages local printing 15:47:26 |
| 1 | 1/29/2015 | NEEDHAM, A | PARTNER | TRAVEL | 45.42 | TAXI Out of Town TRIP PURPOSE: Meeting in Chicago (This is taxi from Chicago O'Hare to Meeting) CITIES VISITED: Chicago RPT ID: 010007484377 |
| 1 | 1/29/2015 | NEEDHAM, A | PARTNER | TRAVEL | 37.84 | TAXI Out of Town TRIP PURPOSE: Meeting in Chicago with client. This is taxi from LaGuardia Airport back. CITIES VISITED: Chicago RPT ID: 010007478715 |
| 1 | 1/29/2015 | NEEDHAM, A | PARTNER | TRAVEL | 23.56 | TAXI Out of Town TRIP PURPOSE: Meeting in Chicago with client. This is taxi from meeting to O'Hare Airport CITIES VISITED: Chicago RPT ID: 010007478715 |
| 1 | 1/29/2015 | NEEDHAM, A | PARTNER | TRAVEL | 846.20 | AIRFARE CLASS: Economy ,CITIES VISITED: Chicago TRIP PURPOSE: Client/Business Meeting/ Plane to and from Chicago RPT ID: 010007456238 |
| 3 | 12/30/2014 | SCHWARTZ, MICHAEL | ASSOCIATE | OTHER DATABASE RESEARCH | 21.78 | Public document retrieval - Intelligize |

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | 12/30/2014 | SCHWARTZ, MICHAEL | ASSOCIATE | OTHER DATABASE RESEARCH | 21.78 | Public document retrieval - Intelligize |
| 3 | 1/7/2015 | SCHWARTZ, MICHAEL | ASSOCIATE | LOCAL PRINTING | 0.63 | 9 pages local printing 14:42:33 |
| 3 | 1/8/2015 | LEVIN, R | PARTNER | LOCAL PRINTING | 0.28 | 4 pages local printing 12:11:51 |
| 3 | 1/9/2015 | LEVIN, R | PARTNER | CLIENT BUSINESS CONFERENCE DINING | 495.71 | Client Business Conf Dining, ticket #: 216528 |
| 3 | 1/9/2015 | LEVIN, R | PARTNER | CLIENT BUSINESS CONFERENCE DINING | 42.46 | Client Business Conf Dining, ticket #: 216373 |
| 3 | 1/12/2015 | SCHWARTZ, MICHAEL | ASSOCIATE | LOCAL PRINTING | 1.54 | 22 pages local printing 10:35:56 |
| 3 | 1/14/2015 | SCHWARTZ, MICHAEL | ASSOCIATE | LOCAL PRINTING | 0.21 | 3 pages local printing 11:04:12 |
| 3 | 1/15/2015 | SCHWARTZ, MICHAEL | ASSOCIATE | LOCAL PRINTING | 4.06 | 58 pages local printing 12:04:07 |
| 3 | 1/16/2015 | SCHWARTZ, MICHAEL | ASSOCIATE | LOCAL PRINTING | 0.56 | 8 pages local printing 10:48:40 |
| 3 | 1/18/2015 | SCHWARTZ, MICHAEL | ASSOCIATE | WESTLAW | 28.46 | User: SCHWARTZ,MICHAEL, West Acct # SCHWARTZ,MICHAEL |
| 3 | 1/20/2015 | SCHWARTZ, MICHAEL | ASSOCIATE | LOCAL PRINTING | 0.84 | 12 pages local printing 19:02:03 |
| 3 | 1/21/2015 | LEVIN, R | PARTNER | LOCAL PRINTING | 0.14 | 2 pages local printing 13:56:53 |
| 3 | 1/21/2015 | SCHWARTZ, MICHAEL | ASSOCIATE | WESTLAW | 830.47 | User: SCHWARTZ,MICHAEL, West Acct # SCHWARTZ,MICHAEL |
| 3 | 1/22/2015 | SCHWARTZ, MICHAEL | ASSOCIATE | WESTLAW | 344.38 | User: SCHWARTZ,MICHAEL, West Acct # SCHWARTZ,MICHAEL |
| 3 | 1/23/2015 | SCHWARTZ, MICHAEL | ASSOCIATE | WESTLAW | 258.43 | User: SCHWARTZ,MICHAEL, West Acct # SCHWARTZ,MICHAEL |
| 3 | 1/28/2015 | SCHWARTZ, MICHAEL | ASSOCIATE | LOCAL PRINTING | 1.40 | 20 pages local printing 10:20:32 |
| 3 | 1/28/2015 | SCHWARTZ, MICHAEL | ASSOCIATE | WESTLAW | 632.43 | User: SCHWARTZ,MICHAEL, West Acct # SCHWARTZ,MICHAEL |
| 3 | 1/29/2015 | SCHWARTZ, | ASSOCIATE | LOCAL | 0.63 | 9 pages local printing |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | MICHAEL | | PRINTING | | 17:57:56 |
| 3 | 1/30/2015 | SCHWARTZ, MICHAEL | ASSOCIATE | LOCAL PRINTING | 2.94 | 42 pages local printing 11:30:25 |
| 4 | 12/31/2014 | LEVIN, R | PARTNER | OTHER DATABASE RESEARCH | 4.14 | Public document retrieval - Pacer |
| 4 | 1/12/2015 | MILLER, MARGOT | ASSOCIATE | LOCAL PRINTING | 0.98 | 14 pages local printing 16:10:46 |
| 4 | 1/14/2015 | BROAD, TREVOR M. | ASSOCIATE | LOCAL PRINTING | 0.42 | 6 pages local printing 11:04:23 |
| 4 | 1/14/2015 | MILLER, MARGOT | ASSOCIATE | LOCAL PRINTING | 0.28 | 4 pages local printing 11:20:45 |
| 4 | 1/15/2015 | BROAD, TREVOR M. | ASSOCIATE | LOCAL PRINTING | 0.07 | 1 pages local printing 16:50:36 |
| 4 | 1/16/2015 | LEVIN, R | PARTNER | LOCAL PRINTING | 0.21 | 3 pages local printing 10:50:01 |
| 4 | 1/16/2015 | LEVIN, R | PARTNER | CLIENT BUSINESS CONFERENCE DINING | 51.72 | Client Business Conf Dining, ticket #: 216655 |
| 4 | 1/16/2015 | BROAD, TREVOR M. | ASSOCIATE | LOCAL PRINTING | 4.27 | 61 pages local printing 15:20:37 |
| 4 | 1/20/2015 | LEVIN, R | PARTNER | LOCAL PRINTING | 1.54 | 22 pages local printing 09:53:22 |
| 4 | 1/21/2015 | LEVIN, R | PARTNER | LOCAL PRINTING | 1.47 | 21 pages local printing 13:59:37 |
| 4 | 1/21/2015 | LEVIN, R | PARTNER | LEXIS | 369.34 | Lexis Resch User ID: 11819, User: LEVIN, RICHARD |
| 4 | 1/21/2015 | BROAD, TREVOR M. | ASSOCIATE | LOCAL PRINTING | 1.12 | 16 pages local printing 09:52:11 |
| 4 | 1/22/2015 | BROAD, TREVOR M. | ASSOCIATE | LOCAL PRINTING | 0.84 | 12 pages local printing 12:36:01 |
| 4 | 1/22/2015 | BROAD, TREVOR M. | ASSOCIATE | LEXIS | 228.23 | Lexis Resch User ID: 12122, User: BROAD, TREVOR M |
| 4 | 1/23/2015 | BROAD, TREVOR M. | ASSOCIATE | LOCAL PRINTING | 3.57 | 51 pages local printing 13:28:55 |
| 4 | 1/23/2015 | MILLER, MARGOT | ASSOCIATE | LOCAL PRINTING | 1.19 | 17 pages local printing 13:20:43 |
| 4 | 1/26/2015 | LEVIN, R | PARTNER | LOCAL PRINTING | 25.48 | 364 pages local printing 12:38:49 |
| 5 | 1/20/2015 | PEZZELLA, E | SECRETARIES | LOCAL PRINTING | 0.63 | 9 pages local printing 17:26:29 |
| 5 | 1/20/2015 | TEMPLETON, L | SECRETARIES | LOCAL PRINTING | 1.05 | 15 pages local printing 15:31:24 |
| 5 | 1/20/2015 | LEVIN, R | ASSOCIATE | LOCAL PRINTING | 2.03 | 29 pages local printing 09:06:28 |
| 5 | 1/21/2015 | PEZZELLA, E | SECRETARIES | LOCAL PRINTING | 1.68 | 24 pages local printing 19:10:56 |
| 5 | 1/21/2015 | TEMPLETON, L | SECRETARIES | LOCAL PRINTING | 1.68 | 24 pages local printing 15:07:10 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | 1/22/2015 | LEVIN, R | PARTNER | LEXIS | 255.45 | Lexis Resch User ID: 11819, User: LEVIN, RICHARD |
| 5 | 1/26/2015 | HAGENA, ANTJE | ASSOCIATE | LOCAL PRINTING | 2.10 | 30 pages local printing 12:24:41 |
| 5 | 1/28/2015 | HAGENA, ANTJE | ASSOCIATE | LOCAL PRINTING | 0.28 | 4 pages local printing 12:05:25 |
| 5 | 1/29/2015 | TEMPLETON, L | SECRETARIES | LOCAL PRINTING | 7.84 | 112 pages local printing 14:01:05 |
| 5 | 1/29/2015 | HAGENA, ANTJE | ASSOCIATE | DUPLICATING | 12.50 | 125 copies, made on floor 38 in room 50 12:14:38 |
| 5 | 1/30/2015 | TEMPLETON, L | SECRETARIES | LOCAL PRINTING | 4.55 | 65 pages local printing 10:55:25 |
| 5 | 1/30/2015 | HAGENA, ANTJE | ASSOCIATE | LOCAL PRINTING | 4.06 | 58 pages local printing 16:32:09 |
| 6 | 1/7/2015 | LEVIN, R | PARTNER | LOCAL PRINTING | 1.54 | 22 pages local printing 12:35:22 |
| 6 | 1/9/2015 | LEVIN, R | PARTNER | LOCAL PRINTING | 1.68 | 24 pages local printing 17:13:07 |
| 6 | 1/9/2015 | FENSTER, AMANDA R. | ASSOCIATE | LOCAL PRINTING | 0.56 | 8 pages local printing 00:45:10 |
| 6 | 1/12/2015 | BROWN, R | SECRETARIES | LOCAL PRINTING | 0.07 | 1 pages local printing 11:52:24 |
| 6 | 1/12/2015 | LEVIN, R | PARTNER | LOCAL PRINTING | 0.35 | 5 pages local printing 10:39:53 |
| 6 | 1/20/2015 | ROSEN, C | SECRETARIES | LOCAL PRINTING | 16.24 | 232 pages local printing 15:09:51 |
| 6 | 1/21/2015 | WEIN, ALLISON | ASSOCIATE | LOCAL PRINTING | 1.12 | 16 pages local printing 16:02:47 |
| 6 | 1/23/2015 | LEVIN, R | PARTNER | LOCAL PRINTING | 0.70 | 10 pages local printing 13:01:55 |
| 6 | 1/28/2015 | ROSEN, C | SECRETARIES | LOCAL PRINTING | 22.47 | 321 pages local printing 11:27:45 |
| 6 | 1/28/2015 | WEIN, ALLISON | ASSOCIATE | LOCAL PRINTING | 9.03 | 129 pages local printing 16:17:34 |
| 6 | 1/29/2015 | WEIN, ALLISON | ASSOCIATE | LOCAL PRINTING | 15.19 | 217 pages local printing 17:13:16 |
| 6 | 1/30/2015 | ROSEN, C | SECRETARIES | LOCAL PRINTING | 7.14 | 102 pages local printing 09:36:13 |
| 8 | 1/8/2015 | LEVIN, R | PARTNER | ULTRAMAR TRAVEL | 257.00 | Pas: LEVIN,RICHARD, tckt # 0000155081 ULTR TrvlDT: 01/13/15 Class: Business Class From: NEW YORK/PENN STA To: WILMINGTON Carrier: AMTRAK |
| 8 | 1/9/2015 | LEVIN, R | PARTNER | LOCAL PRINTING | 1.75 | 25 pages local printing 10:32:59 |
| 8 | 1/12/2015 | LEVIN, R | PARTNER | LOCAL PRINTING | 0.49 | 7 pages local printing 12:09:29 |
| 8 | 1/13/2015 | LEVIN, R | PARTNER | ULTRAMAR TRAVEL | 45.00 | Pas: LEVIN,RICHARD, tckt # 0000155971 ULTR TrvlDT: 01/13/15 Class: Business Class |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | From: NEW YORK/PENN STA To: WILMINGTON Carrier: AMTRAK |
| 8 | 1/23/2015 | GONZALEZ, R M | SECRETARIES | LOCAL PRINTING | 21.84 | 312 pages local printing 13:41:21 |
| 8 | 1/28/2015 | GONZALEZ, R M | SECRETARIES | LOCAL PRINTING | 3.64 | 52 pages local printing 10:42:22 |
| | | | | TOTAL: | 5,044.31 | |