# Exhibit B

(Disclosure of Professionals Who Rendered Services)

49690418.2

SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION

| Name | Title | Section | Date of First Admission | Fees Billed | Hours Billed | Hourly Rate Billed in This Application | Hourly Rate Billed in First Interim Application | Number of Rate Increases Since Case Inception |
|---|---|---|---|---|---|---|---|---|
| Bartels, Todd H. | Shareholder | LI Financial and Fiduciary Litigation | 01/01/1996 | $ 1,269.00 | 2.70 | 470 | 470 | 0 |
| Bird, James E. | Shareholder | FR Bankruptcy and Restructuring | 10/15/1980 | $ 2,419.00 | 4.10 | 590 | 590 | 0 |
| Callenbach, Anne E. | Shareholder | BU Energy | 05/01/1998 | $ 1,656.00 | 3.60 | 460 | 460 | 0 |
| Caro, Jr., Frank A. | Shareholder | BU Energy | 05/01/1983 | $ 4,189.00 | 7.10 | 590 | 590 | 0 |
| Church, Jr., William H. | Shareholder | LI Commercial Litigation | 11/01/1988 | $ 5,175.00 | 9.00 | 575 | 575 | 0 |
| Donaldson, R. Montgo | Shareholder | LI Financial and Fiduciary Litigation | 12/01/1991 | $ 4,290.00 | 7.80 | 550 | 550 | 0 |
| Fox, Edward M. | Shareholder | FR Bankruptcy and Restructuring | 11/01/1986 | $ 9,700.00 | 9.70 | 1,000 | 1,000 | 0 |
| Katona, Shanti M. | Shareholder | FR Bankruptcy and Restructuring | 05/01/2007 | $ 27,468.00 | 65.40 | 420 | 420 | 0 |
| Ward, Chris A. | Shareholder | FR Bankruptcy and Restructuring | 12/15/1999 | $ 232,180.00 | 358.10 | 650 | 650 | 0 |
| Blakely Paquet, Elizabe | Associate | FR Bankruptcy and Restructuring | 05/01/2014 | $ 5,490.00 | 18.30 | 300 | 300 | 0 |
| Edelson, Justin K. | Associate | FR Bankruptcy and Restructuring | 05/01/2007 | $ 159,852.00 | 380.60 | 420 | 420 | 0 |
| LeCesne, Adrian | Associate | BU Energy | 11/01/2013 | $ 5,035.00 | 19.00 | 265 | 265 | 0 |
| Spake Jr., Robert V. | Associate | LI Commercial Litigation | 12/01/2007 | $ 2,844.00 | 7.90 | 360 | 360 | 0 |
| Vine, Jarrett K. | Associate | FR Bankruptcy and Restructuring | 01/01/2009 | $ 56,160.00 | 156.00 | 360 | 360 | 0 |

| Name | Title | Department | Amount | Hours | Rate | Rate | |
|---|---|---|---|---|---|---|---|
| Sides, Lorraine | Paralegal | FR Bankruptcy and Restructuring | $ 2,925.00 | 11.70 | 250 | 250 | 0 |
| Suprum, Lindsey M. | Paralegal | FR Bankruptcy and Restructuring | $ 28,249.00 | 106.60 | 265 | 265 | 0 |
| Scott, Tracey M. | Litigation Serv | FM Litigation Services | $ 227.50 | 1.30 | 210 | 210 | 0 |
| | | | $ 549,128.50 | 1,168.90 | 470 | | |

**CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS**

( See Guidelines C.3. for definitions of terms used in this Exhibit.)

| Category of Timekeeper (using categories already maintained by the firm) | BLENDED HOURLY RATE | |
| --- | --- | --- |
| | BILLED OR COLLECTED<br><br>Firm or offices for preceding year, excluding bankruptcy | BILLED<br><br>In this fee application |
| Shareholder | $ 616.78 | $ 616.78 |
| Associate | $ 394.26 | $ 394.26 |
| Paralegal | $ 263.52 | $ 263.52 |
| Litigation Serv | $ 175.00 | $ 175.00 |
| **All timekeeprs averaged** | $ 362.39 | $ 362.39 |

49749394.1