## Exhibit C

**Expense Summary**

**SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY**

**(See Guidelines C.8. for project category information.)**

| Category | Amount |
|---|---|
| Copies @ $.10/page | $ 50.00 |
| Client Advance | $ 12,574.33 |
| Document Reproduction | $ 225.00 |
| Document Reproduction | $ 540.16 |
| Document Reproduction | $ 41.25 |
| Deliveries | $ 167.60 |
| Filing Fees | $ 1,497.75 |
| Lodging | $ 552.91 |
| On-Line Searches | $ 350.60 |
| Lexis Computer Research | $ 447.50 |
| Meals | $ 3,043.96 |
| Miscellaneous | $ 6.00 |
| Transcript of Proceedings | $ 2,824.30 |
| Transportation | $ 72.00 |
| Westlaw Computer Research | $ 703.82 |
| | $ 23,097.18 |

**US bank**

U.S. BANK
P. O. Box 6343
Fargo, ND 58125-6343

*11·12498*

| ACCOUNT NUMBER | 4485-5901-0041-7069 |
|---|---|
| AMOUNT DUE | $3,213.10 |

000000839 1 MB 0.435 108481733794443 P
CARETTA WHITTEN
POLSINELLI, PC
POLSINELLI, PC
900 W. 48TH PLACE, SUITE 900
KANSAS CITY MO  64112-1895

**AMOUNT ENCLOSED**

$

*Please make check payable to:*
U.S. BANK

U.S. BANK
P.O. BOX 790428
ST. LOUIS, MO 63179-0428

PLEASE MAKE ANY ADDRESS CHANGES
ON THE BACK OF THE PAYMENT COUPON
DETACH HERE AND RETURN WITH PAYMENT

4485590100417969 000321310

**MESSAGES:**

| TRAN DATE | POST DATE | MCC CODE | TRANSACTION DESCRIPTION | REFERENCE # | AMOUNT |
|---|---|---|---|---|---|
| 08-21 | 08-22 | 7392 | PAYPAL *BUS DEV INC 402-935-7733 MI | 24492154233849490238915 | 1,500.00 |
| 08-25 | 08-28 | 9399 | COURTS/USBC-DE-I 302-252-2940 DE | 24445004236600234043160 | 15.00 |
| 08-25 | 08-28 | 8999 | COURTCALL *//6420213 310-342-0688 CA | 24492154238027176626377 | 44.00 |
| 08-25 | 08-28 | 8999 | COURTCALL *//6415628 310-342-0886 CA | 24492154238027176626427 | 44.00 |
| 08-28 | 08-29 | 5999 | SQ *THE RAT PACK CAFE* WILMINGTON DE | 24692164240000025297153 | 402.56CR |
| 09-03 | 09-04 | 5812 | CAVANAUGHS RESTAURANT WILMINGTON DE | 24013394246000027130513 | 22.25 |
| 09-03 | 09-04 | 9399 | CITY OF PHILADELPHIA 215-686-6657 PA | 24435654247286563101622 | 7.20 |
| 09-04 | 09-05 | 9399 | CITY OF PHILADELPHIA 215-686-6657 PA | 24435654248286563201082 | 348.44 |
| 09-03 | 09-05 | 5812 | GROTTO PIZZA13 WILMINGTON DE | 24761074247207286501165 | 108.15 |
| 09-05 | 09-09 | 9399 | COURTS/USBC-DE-T 302-252-2940 DE | 24445004248200110315622 | 71.50 |
| 09-08 | 09-09 | 8999 | COURTCALL *//6432541 310-342-0888 CA | 24492154252007246706253 | 37.00 |
| 09-12 | 09-12 | 0000 | PAYMENT - THANK YOU 00000 C | 74708264255000000000170 | 1,714.58PY |
| 09-11 | 09-12 | 5812 | CAVANAUGHS RESTAURANT WILMINGTON DE | 24013394254001142212870 | 107.50 |
| 09-11 | 09-12 | 5814 | BREW HA HA - DELAWARE WILMINGTON DE | 24071054254985311239921 | 80.55 |
| 09-12 | 09-15 | 5812 | HARRYS SAVOY GRILL WILMINGTON DE | 24013394255001358148865 | 200.00 |
| 09-15 | 09-16 | 5812 | CAVANAUGHS RESTAURANT WILMINGTON DE | 24013394258001560239161 | 111.75 |
| 09-16 | 09-17 | 5814 | BREW HA HA - DELAWARE WILMINGTON DE | 24071054259085338404052 | 97.45 |
| 09-16 | 09-17 | 5814 | BREW HA HA - DELAWARE WILMINGTON DE | 24071054259085338404764 | 19.65 |
| 09-18 | 09-19 | 5921 | WINE.COM 415-2919500 CA | 24332394262006201751720 | 262.85 |
| 09-19 | 09-22 | 9399 | COURTS/USDC-DE 302-573-6135 DE | 24445004263600242843781 | 25.00 |
| 09-20 | 09-22 | 5921 | TOTALWINE COM 0101 301-7951000 DE | 24755424263152637225855 | 572.04 |

CR  2105-01-00-000-000-
0000

| CUSTOMER SERVICE CALL | ACCOUNT NUMBER | ACCOUNT SUMMARY | |
|---|---|---|---|
| **800-344-5696** | 4485-5901-0041-7969 | PREVIOUS BALANCE | $1,714.58 |
| | | PAYMENTS | $1,714.58 |
| | PLEASE MAIL BY / STATEMENT DATE | PURCHASES & OTHER CHARGES | $3,675.66 |
| | 10/13/14    09/22/14 | CASH ADVANCES | $0.00 |
| TO ENSURE PROPER CREDIT PLEASE RETURN UPPER PORTION WITH PAYMENT | | DISPUTE AMOUNT | $0.00 |
| SEND PAYMENTS TO: / SEND BILLING INQUIRIES TO: | | CREDITS | $462.56 |
| U.S. BANKCORPORATE PAYMEN | U.S. BANK | LATE PAYMENT CHARGES | $0.00 |
| P.O. BOX 790428 | P.O. BOX 0335 | | |
| ST, LOUIS, MO 63170-0428 | FARGO, ND 50125-6335 | CASH ADVANCE FEES | $0.00 |
| | | NEW BALANCE | $3,213.10 |

Page 1 of 1

CAVANAUGHS RESTAURANT
703 N MARKET ST
WILMINGTON DE 19801
302-656-4067

Terminal ID: 00648739

9/3/14                    11:16 AM

SERVER #: 5

VISA
ACCT #: ********7969 M
CREDIT SALE

                              REF #:
BATCH #: 075    AUTH #: 04

AMOUNT                    $22.25

TIP                    $_

TOTAL                  $_

## APPROVED

CUSTOMER COPY

Reliable Wilmington
1007 N. Orange Street
Wilmington, DE 19801
Phone # 302-654-8080
Fax # 302-654-8880

customerservice@reliable-co.com
Fed Id # 23-2473760



**INVOICE**

Date    09/05/14
Number WL050560
Page 1

078582-475724

**Sold To:**
Polsinelli PC
Suite 900
900 W. 48th Place
Kansas City, MO  64112

**Ship To:**
Polsinelli PC
Suite 900
900 W. 48th Place
Kansas City, MO  64112

| | |
|---|---|
| Customer ID | DEC0583 |
| Our Order No. | WL050560 |
| Terms | Net 30 Days |
| Due Date | 10/05/14 |
| Salesperson | Gene Matthews |

| | |
|---|---|
| Client No./PO No | ENERGY FUTURE |
| P.O. Date | 09/05/14 |
| Ordered By | Kayla |
| Ship Via | Reliable responsible for shippin |

| Product Code Description | Size | Originals | Sets | Total | Quantity | Unit | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| R00189 Client Special Pickup - Cactus Cantina | | 1 | 1 | 1 | 1 | EA | 42.94 | 42.94 |

| | |
|---|---|
| Subtotal: | 42.94 |
| Sales Tax: | 0.00 |
| Total: | 42.94 |
| Paid at POS: | 0.00 |
| Payments/Credits Applied: | 0.00 |
| Total Due: | 42.94 |

All payments are due and payable in full within 30 days from the date of invoice. A finance charge of 1.5% per month will be added on all past due amounts immediately following the date on which payment is due. Customer agrees to pay, in addition to the overdue amount and interest that has accrued thereon, all fees, costs and expenses incurred in connection with any collection or legal action, including, but not limited to reasonable attorneys' fees, costs and expenses.

*Reliable maintains client data for thirty (30) days from date of delivery. Clients should review data upon delivery and immediately notify us of any problems. Deviations from the standard retention policy can be made upon request.*

5



PO Box 2206
Wilmington, DE 19899

| Invoice Number | 84860 |
|---|---|
| | **Date** |
| | 9/21/2014 |

07-8582- 475724

**Bill To**

Polsinelli Shughart
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

For Terms and Conditions please visit our
website at dlsdiscovery.net/Invoiceinfo

| Cost Center | Terms | TAX ID |
|---|---|---|
| Polsinelli Polsinelli | Upon Receipt | 51-0368307 |

| Serviced | Description | Service Type | Cost | Amount |
|---|---|---|---|---|
| 9/16/2014 | #146866 From: Capriotti's , 570 N Union St<br><br>Wilmington, DE, 19805<br><br>To: Polsinelli, 222 delaware Ave 1101<br>Wilmington, DE, 19801 | Service: Drive<br>Wilmington<br>Ref:Energy<br>Futures<br>Pick Contact:<br>Del Contact:<br>Amanda<br>Tiradente | Drive Wilmingto:<br>$26.50<br>Cash Advance:<br>$176.32 | 202.82 |

| Thank you for your business. We look forward to working with you again. | **Total** | $202.82 |
|---|---|---|
| If you have questions regarding courier service or pricing contact Jeff Low at 302.654.3345 or jefflow@dlsdiscovery.net | **Payments/Credits** | $0.00 |
| | **Balance Due** | $202.82 |

Reliable Wilmington
1007 N. Orange Street
Wilmington, DE 19801
Phone # 302-654-8080
Fax # 302-654-8880



E-Discovery &     | Managed Services | Business Document
Litigation Support | & Consulting     | Services

**INVOICE**

Date      09/16/14
Number WL050743
Page 1

customerservice@reliable-co.com
Fed Id # 23-2473700

078582-975724

**Sold To:**
Polsinelli PC
Suite 900
900 W. 48th Place
Kansas City, MO  64112

**Ship To:**
Polsinelli PC
Suite 900
900 W. 48th Place
Kansas City, MO  64112

| | |
|---|---|
| Customer ID | DEC0583 |
| Our Order No. | WL050743 |
| Terms | Net 30 Days |
| Due Date | 10/16/14 |
| Salesperson | Gene Matthews |

| | |
|---|---|
| Client No./PO No | ENERGY FUTURE |
| P.O. Date | 09/16/14 |
| Ordered By | Amanda |
| Ship Via | Reliable responsible for shippin |

| Product Code Description | Size | Originals | Sets | Total | Quantity | Unit | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| R00181 Hand Delivery Courier Service - USDC | | 2 | 1 | 2 | 2 | EA | 7.50 | 15.00 |

| | |
|---|---|
| Subtotal: | 15.00 |
| Sales Tax: | 0.00 |
| Total: | 15.00 |
| Paid at POS: | 0.00 |
| Payments/Credits Applied: | 0.00 |
| Total Due: | 15.00 |

All payments are due and payable in full within 30 days from the date of invoice. A finance charge of 1.5% per month will be added on all past due amounts immediately
following the date on which payment is due. Customer agrees to pay, in addition to the overdue amount and interest that has accrued thereon, all fees, costs and
expenses incurred in connection with any collection or legal action, including, but not limited to reasonable attorneys' fees, costs and expenses.

Reliable maintains client data for thirty (30) days from date of delivery. Clients should review data upon delivery and immediately notify us of any problems. Deviations
from the standard retention policy can be made upon request.

REW HA HA — DELAWARE AVE
2)478-7227

1: 09/16/2014    Time: 1:3:48 AM
us:              Approved
1 Type:          Visa
1 Number:        XXXXXXXXXXXX7969
e/Manual:        Manual
1 Owner:         Manual Ent

ANOUNT    97.45

Approval: 082532

I AGREE TO COMPLY WITH
THE CARDHOLDER AGREEMENT

CUSTOME


REW HA HA — DELAWARE AVE
302)478-7227

ite: 09/16/2014    Time: 01:05:19 PM
atus:              Approved
ard Type:          Visa
ard Number:        XXXXXXXXXXXX7969
vipe/Manual:       Manual
ard Owner:         Manual Ent

ANOUNT    19.95

Approval: 053837

I AGREE TO COMPLY WITH
THE CARDHOLDER AGREEMENT



**POLSINELLI COPY LOG**

**September 2014**

**ENERGY FUTURE HOLDINGS (078582-475724)**

| Dates | Description | Originals | Set(s) | Total | Unit | Unit Price | Total Price |
|-------|-------------|-----------|--------|-------|------|-----------|-------------|
| 16-Sep | Document Reproduction-Printing/Copying of Pleadings | 750 | 1 | 750 | PAGE | $ 0.10 | $ 75.00 |
| | | | | | | | |
| Total originals: | | 750 | 1 | 750 | | | $ 75.00 |

**Total amount due:**                     **$75.00**

Reliable Wilmington
1007 N. Orange Street
Wilmington, DE 19801
Phone # 302-654-8080
Fax # 302-654-8880



E-Discovery & | Managed Services | Business Document
Litigation Support | & Consulting | Services

customerservice@reliable-co.com
Fed Id # 23-2473700

**INVOICE**

Date    09/17/14
Number WL050749

Page  1

078583 - 475724

| | |
|---|---|
| **Sold To:** | **Ship To:** |
| Polsinelli PC | Polsinelli PC |
| Suite 900 | Suite 900 |
| 900 W. 48th Place | 900 W. 48th Place |
| Kansas City, MO 64112 | Kansas City, MO 64112 |

| | | | |
|---|---|---|---|
| Customer ID | DEC0583 | Client No./PO No | ENERGY FUTURE |
| Our Order No. | WL050749 | P.O. Date | 09/17/14 |
| Terms | Net 30 Days | Ordered By | Lindsey Suprum |
| Due Date | 10/17/14 | Ship Via | Reliable responsible for shippin |
| Salesperson | Gene Matthews | | |

| Product Code<br>Description | Size | Originals | Sets | Total | Quantity | Unit | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| R00197<br>Print From CM/ECF Site | | 6,088 | 1 | 6,088 | 6,088 | PAGE | 0.20 | 1,217.60 |
| R00038<br>Dig Print BW Lrge Office Doc | | 40 | 5 | 200 | 200 | PAGE | 0.16 | 32.00 |
| R00108<br>Tabs Pre-printed | | 131 | 1 | 131 | 131 | EA | 0.25 | 32.75 |
| R00109<br>Tabs Custom | | 34 | 1 | 34 | 34 | EA | 0.50 | 17.00 |
| I01012<br>Binder, View, 3" Black | | 5 | 5 | | 5 | EA | 9.00 | 45.00 |
| R00181<br>Boxes to Judge Sontchi | | 2 | 1 | 2 | 2 | EA | 7.50 | 15.00 |
| R00181<br>Pick-Up Boxes | | 2 | 1 | 2 | 2 | EA | 7.50 | 15.00 |

| | |
|---|---|
| Subtotal: | 1,374.35 |
| Sales Tax: | 0.00 |
| Total: | 1,374.35 |
| Paid at POS: | 0.00 |
| Payments/Credits Applied: | 0.00 |
| **Total Due:** | **1,374.35** |

All payments are due and payable in full within 30 days from the date of invoice. A finance charge of 1.5% per month will be added on all past due amounts immediately
following the date on which payment is due. Customer agrees to pay, in addition to the overdue amount and interest that has accrued thereon, all fees, costs and
expenses incurred in connection with any collection or legal action, including, but not limited to reasonable attorneys' fees, costs and expenses.

*Reliable maintains client data for thirty (30) days from date of delivery. Clients should review data upon delivery and immediately notify us of any problems. Deviations
from the standard retention policy can be made upon request.*

17

Reliable Wilmington
1007 N. Orange Street
Wilmington, DE 19801
Phone # 302-654-8080
Fax # 302-654-8880



**INVOICE**

Date    09/22/14
Number  WL050823

Page: 1

customerservice@reliable-co.com
Fed Id # 23-2473703

078582-475724

| Sold To: | Ship To: |
|---|---|
| Polsinelli PC | Polsinelli PC |
| Suite 900 | Suite 900 |
| 900 W. 48th Place | 900 W. 48th Place |
| Kansas City, MO 64112 | Kansas City, MO 64112 |

| | | | |
|---|---|---|---|
| Customer ID | DEC0583 | Client No./PO No | ENERGY FUTURE |
| Our Order No. | WL050823 | P.O. Date | 09/22/14 |
| Terms | Net 30 Days | Ordered By | Amanda |
| Due Date | 10/22/14 | Ship Via | Reliable responsible for shippin |
| Salesperson | Gene Matthews | | |

| Product Code Description | Size | Originals | Sets | Total | Quantity | Unit | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| R00189 Client Special Pickup - Chelsea tavern | | 1 | 1 | 1 | 1 | EA | 58.38 | 58.38 |

| | |
|---|---|
| Subtotal: | 58.38 |
| Sales Tax: | 0.00 |
| Total: | 58.38 |
| Paid at POS: | 0.00 |
| Payments/Credits Applied: | 0.00 |
| Total Due: | 58.38 |

All payments are due and payable in full within 30 days from the date of invoice. A finance charge of 1.5% per month will be added on all past due amounts immediately following the date on which payment is due. Customer agrees to pay, in addition to the overdue amount and interest that has accrued thereon, all fees, costs and expenses incurred in connection with any collection or legal action, including, but not limited to reasonable attorneys' fees, costs and expenses.

Reliable maintains client data for thirty (30) days from date of delivery. Clients should review data upon delivery and immediately notify us of any problems. Deviations from the standard retention policy can be made upon request.

Reliable Wilmington
1007 N. Orange Street
Wilmington, DE 19801
Phone # 302-654-8080
Fax # 302-654-8880



**INVOICE**

Date    09/25/14
Number WL050941
Page  1

customerservice@reliable-co.com
Fed Id # 23-3473700

E-Discovery &         Managed Services    Business Document
Litigation Support    & Consulting        Services

078582-475724

Sold To:                                      Ship To:
Polsinelli PC                                 Polsinelli PC
Suite 900                                     Suite 900
900 W. 48th Place                             900 W. 48th Place
Kansas City, MO  64112                        Kansas City, MO  64112

Customer ID    DEC0583          Client No./PO No ENERGY FUTURE
Our Order No.  WL050941         P.O. Date        09/25/14
Terms          Net 30 Days      Ordered By       Kayla
Due Date       10/25/14         Ship Via         Reliable responsible for shippin
Salesperson    Gene Matthews

| Product Code Description | Size | Originals | Sets | Total | Quantity | Unit | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| RQ0189 Client Special Pickup - Cavanaugh's | | 1 | 1 | 1 | 1 | EA | 10.00 | 10.00 |

|  |  |
|---|---|
| Subtotal: | 10.00 |
| Sales Tax: | 0.00 |
| Total: | 10.00 |
| Paid at POS: | 0.00 |
| Payments/Credits Applied: | 0.00 |
| Total Due: | 10.00 |

All payments are due and payable in full within 30 days from the date of invoice. A finance charge of 1.5% per month will be added on all past due amounts immediately
following the date on which payment is due. Customer agrees to pay, in addition to the overdue amount and interest that has accrued thereon, all fees, costs and
expenses incurred in connection with any collection or legal action, including, but not limited to reasonable attorneys' fees, costs and expenses.

Reliable maintains client data for thirty (30) days from date of delivery. Clients should review data upon delivery and immediately notify us of any problems. Deviations
from the standard retention policy can be made upon request.

8



| Travel Summary | | Agency Record Locator: ZLIMYO | | | | |
|---|---|---|---|---|---|---|
| **Traveler** | | | | | | |
| EDELSON/JUSTIN KYLE | | | | | | |
| Reference number by traveler: Not Applicable | | | | | | |
| **Date** | **From/To** | **Flight/Vendor** | **Depart/Arrive** | **Class/Type** | | **Status** |

### Travel Consultant Remarks

******************************************************
IMPORTANT - PLEASE REVIEW YOUR ITINERARY UPON
RECEIPT FOR ACCURACY IF CHANGES ARE REQUIRED
PLEASE NOTIFY LAWYERS TRAVEL WITHIN 24 HOURS
REQUIRED CORRECTIONS AND CHANGES OUTSIDE OF THIS
WINDOW THAT RESULT IN ADDITIONAL CHARGES WILL BE
AT THE TRAVELERS EXPENSE
******************************************************

### Remarks

******************************************************
* YOUR TRAVEL HELPLINE MEMBERSHIP ID IS H0DC *
******************************************************
****** TRAVEL ASSISTANCE INFORMATION ******
OFFICE HOURS M-F 730A-7P CST **469-320-2190**
******************************************************
FOR EMERGENCY ASSISTANCE/AFTER HOURS/WEEKENDS CALL
TRAVEL HELPLINE AT 800-876-4922.

### Invoice / Ticket Receipt

**Total Invoiced Amount: $6.00 USD**

**Transaction Date: September 24, 2015**
**Service Fee Information**
Service Fee Number:8900825850355
Service Fee Amount: $6.00 USD
Form of Payment: CA***********3093

This invoice was generated Wednesday, February 11, 2015 7:28 PM UTC. Agency Record Locator: ZLIMYO

Sheraton New York Times Square Hotel
811 Seventh Avenue
New York, NY 10019
212-581-1000
http://www.sheraton.com/newyork



**Sheraton**
HOTELS & RESORTS

| Mr. Ward, Christopher | Page Number | 1 | Invoice Nbr | 1000246348 |
| 222 DELAWARE AVE STE 1101 | Guest Number | 9962330 | Arrive Date | 09-30-2014 17:04 |
| WILMINGTON, DE 19801-1621 | Folio ID | A | Depart Date | 10-01-2014 13:49 |
| | No. Of Guest | 1 | Agent | CHELVEN |
| | Room Number | 4001 | | |
| | | Invoice | | |

| Date | Reference | Description | Charges/Credits |
|------|-----------|-------------|-----------------|
| 09-30-2014 | RT4001 | Room Chrg Retail | $474.05 |
| 09-30-2014 | RT4001 | Room Sales Tax | $42.07 |
| 09-30-2014 | RT4001 | Occupan/Tourism Tax | $2.00 |
| 09-30-2014 | RT4001 | NYS Javits Ctr Tax | $1.50 |
| 09-30-2014 | RT4001 | City/Local Tax | $27.85 |
| 09-30-2014 | 81411 | Fiji Bottled Water 5 | $8.71 |
| 09-30-2014 | 81413 | In Room Plus Travel | $5.44 |
| 09-30-2014 | 81640 | Glaceau Smart Water | $8.71 |
| 10-01-2014 | 81962 | Heineken Beer 12oz/3 | $10.89 |
| 10-01-2014 | 81963 | Heineken Beer 12oz/3 | $10.89 |
| 10-01-2014 | VI | Visa NY | $-592.11 |
| | | ** Total | $0.00 |
| | | ** Balance | $0.00 |

***For Authorization Purpose Only***
CHRISTOPHER A WARD

| Date | Credit Card | Code | Authorized |
|------|-------------|------|------------|
| 09-30-2014 | XXXX7702 | 060417 | 568.86 |

Tell us about your stay. www.sheraton.com/reviews


        Turn stays into getaways. As a Starwood Preferred Guest member you
will earn Starpoints for your stays, then use those points on anything from free
nights and free flights without blackout dates to merchandise and once-in-a-
lifetime experiences. If you're not already a member, join at the front desk or
at www.SPG.com

**us bank.**

U.S. BANK
P.O. Box 6343
Fargo, ND 58125-6343

ACCOUNT NUMBER      4485-5901-0041-7969

AMOUNT DUE      $3,222.41

| AMOUNT ENCLOSED |
|---|
| $ |

Please make check payable to:
U.S. BANK

000006886 1 AB 0.406 10848185746543 P
CARETTA WHITTEN
POLSINELLI, PC
POLSINELLI, PC
900 W. 48TH PLACE, SUITE 900
KANSAS CITY MO  64112-1899

U.S. BANK
P.O. BOX 790428
ST. LOUIS, MO 63179-0428

PLEASE MAKE ANY ADDRESS CHANGES
ON THE BACK OF THE PAYMENT COUPON
DETACH HERE AND RETURN WITH PAYMENT

4485590100417969 000322241

**MESSAGES:**

| TRAN DATE | POST DATE | MCC CODE | TRANSACTION DESCRIPTION | REFERENCE # | AMOUNT |
|---|---|---|---|---|---|
| 11-25 | 11-26 | 7399 | WKFUCC DIRECT 713-533-4600 TX | 24692184329000206707979 | 148.00 |
| 12-02 | 12-03 | 5812 | CAVANAUGHS RESTAURANT WILMINGTON DE | 24013394336000140195248 | 25.76 |
| 12-03 | 12-04 | 0399 | COURTS/USDC-DE 302-573-6135 DE | 24445004338600028736958 | 25.00 |
| 12-05 | 12-08 | 4816 | GOGOAIR.COM 877-350-0038 IL | 24692184339000467765458 | 49.95 |
| 12-05 | 12-08 | 9399 | DELAWARE NOTARY 302-7393077 DE | 24767254340000000390530 | 90.00 |
| 12-08 | 12-09 | 8999 | COURTCALL *#6591285 310-342-0888 CA | 24492154343027730624210 | 30.00 |
| 12-08 | 12-09 | 8999 | COURTCALL *#6600235 310-342-0888 CA | 24492154343027740035985 | 30.00 |
| 12-08 | 12-09 | 8999 | COURTCALL *#6600226 310-342-0888 CA | 24492154343027740036442 | 30.00 |
| 12-08 | 12-10 | 5111 | THE CORPORATE CONNECTI 078-7441061 MA | 24254774343460210740375 | 43.84 |
| 12-09 | 12-10 | 5985 | PAPER DIRECT 800-272-7377 CO | 24692184343000539311210 | 43.97 |
| 12-10 | 12-11 | 5812 | CAVANAUGHS RESTAURANT WILMINGTON DE | 24013394344000068246592 | 26.25 |
| 12-09 | 12-11 | 4112 | AMTRAK .COM 3430717022491 WASHINGTON DC | 24792624344680344238892 | 36.00 |
| | | | PENZA/ROBERT         DEPARTURE: 12-11-14 | | |
| | | | WAS 2V S WIL | | |
| 12-09 | 12-11 | 4112 | AMTRAK .COM 3430576011873 WASHINGTON DC | 24792624344680344238900 | 255.00 |
| | | | PENZA/ROBERT         DEPARTURE: 12-11-14 | | |
| | | | WIL 2V B WAS | | |
| 12-11 | 12-12 | 5411 | TARGET    00011460 WILMINGTON DE | 24164074345091007974405 | 55.68 |
| 12-11 | 12-12 | 5970 | MICHAELS STORES 1640 WILMINGTON DE | 24692184346000704365400 | 143.10 |
| 12-12 | 12-15 | 5411 | TARGET    00011460 WILMINGTON DE | 74164074346091012226062 | 18.00 CR |
| 12-12 | 12-15 | 5970 | MICHAELS STORES 1640 WILMINGTON DE | 74692184347000310042332 | 40.89 CR |
| 12-12 | 12-15 | 5331 | DDLRTREE 2517 00028175 WILMINGTON DE | 24164074347808072000002 | 30.00 |
| 12-12 | 12-15 | 7399 | COMMISSION ON LEGAL ED 302-577-7040 DE | 24436854346206881500040 | 50.00 |
| 12-16 | 12-16 | 0000 | PAYMENT - THANK YOU 00000 C | 74798284350000000000199 | 4,192.06PY |
| 12-15 | 12-17 | 5331 | DOLRTREE 2251 00022517 WILMINGTON DE | 24164074350868003530008 | 14.50 |
| 12-16 | 12-17 | 9399 | COURTS/USDC-DE 302-573-6135 DE | 24445004351600297432871 | 25.00 |

| CUSTOMER SERVICE CALL | ACCOUNT NUMBER | | ACCOUNT SUMMARY | |
|---|---|---|---|---|
| | 4485-5901-0041-7969 | | PREVIOUS BALANCE | $4,192.06 |
| **800-344-5696** | PLEASE MAIL BY | STATEMENT DATE | PAYMENTS | $4,192.06 |
| | 01/12/15 | 12/22/14 | PURCHASES & OTHER CHARGES | $3,291.30 |
| | | | CASH ADVANCES | $0.00 |
| TO ENSURE PROPER CREDIT PLEASE RETURN UPPER PORTION WITH PAYMENT | | | DISPUTE AMOUNT | $0.00 |
| SEND PAYMENTS TO: | SEND BILLING INQUIRIES TO: | | CREDITS | $68.89 |
| U.S. BANKCORPORATE PAYMEN | U.B. BANK | | LATE PAYMENT CHARGES | $0.00 |
| P.O. BOX 790428 | P.O. BOX 6335 | | CASH ADVANCE FEES | $0.00 |
| ST. LOUIS, MO 63179-0428 | FARGO, ND 58125-6335 | | | |
| | | | NEW BALANCE | $3,222.41 |

Page 1 of 2



| ACCOUNT NUMBER | |
|---|---|
| 4485-5901-0041-7969 | |
| STATEMENT DATE | |
| 12/22/14 | |
| PURCHASES & OTHER CHARGES | $3,291.30 |
| CASH ADVANCES | $0.00 |
| NEW BALANCE | $3,222.41 |
| AMOUNT DUE | $3,222.41 |

STATEMENT DATE: 12/22/14

| TRAN DATE | POST DATE | MCC CODE | TRANSACTION DESCRIPTION | REFERENCE # | AMOUNT |
|---|---|---|---|---|---|
| 12-15 | 12-17 | 4112 | AMTRAK .COM 3490725027239 WASHINGTON DC WARD/CHRISTOPHER    DEPARTURE: 12-19-14 WIL ZV S NWK | 24792824350066350240262 | 247.00 |
| 12-17 | 12-18 | 5812 | CAVANAUGHS RESTAURANT WILMINGTON DE | 24013394351001699199854 | 37.00 |
| 12-17 | 12-18 | 5912 | HAPPY HARRYS, A WALGREEN WILMINGTON DE | 24445004352600307479960 | 178.70 |
| 12-18 | 12-19 | 8399 | COURTCALL   *#6634866 310-342-0888 CA | 24482154353027806856973 | 37.00 |
| 12-17 | 12-19 | 4511 | AGENT FEE  8900641815612 THE LAWYERS T TX WARD/CHRISTINE    DEPARTURE: 12-17-14 XAA XD X XAO | 24717054352873522124531 | 34.00 |
| 12-17 | 12-19 | 3083 | USAIRWAYS   0377512717606 FARMERS BRN TX WARD/CHRISTINE MARIE   DEPARTURE: 01-15-15 PHL US G LAX US G PHL | 24792624352246900341746 | 596.20 |
| 12-19 | 12-22 | 5812 | HARRYS SAVOY GRILL WILMINGTON DE | 24013394353001040272817 | 848.08 |
| 12-19 | 12-22 | 8999 | COURTCALL   *#6843205 310-342-0888 CA | 24482154354027813776828 | 30.00 |
| 12-19 | 12-22 | 8999 | COURTCALL   *#6843193 310-342-0888 CA | 24482154354027813780439 | 30.00 |

CAVANAUGHS RESTAURANT
703 N MARKET ST
WILMINGTON DE 19801
302-656-4067

Terminal ID: 00648739          0001
12/2/14                    11:42 AM
SERVER #: B

VISA
ACCT #: xxxxxxxxxxxx7969 M
CREDIT SALE
UID: 433616649532    REF #: 1003
BATCH #: 036        AUTH #: 062604

AMOUNT                    $25.75

TIP              $_____

TOTAL            $_____

APPROVED

CUSTOMER COPY

---

CAVANAUGHS RESTAURANT
703 N MARKET ST.
WILMINGTON DE 19801
302-656-4067

Terminal ID: 00648739          0001
12/10/14                   11:53 AM
SERVER #: 1

VISA
ACCT #: xxxxxxxxxxxx7969 M
CREDIT SALE
UID: 434432579713    REF #: 1146
BATCH #: 042        AUTH #: 004320

AMOUNT                    $28.25

TIP              $_____

TOTAL            $_____

APPROVED

CUSTOMER COPY

# Court Conference, a division of CourtCall

## Confirmation and Invoice (No separate statement will be sent)

|  |  |
|---|---|
| **Attorney Name :** | Elizabeth Blakely |
| **Firm Name :** | Polsinelli PC |
| | |
| **Tel :** | (212) 503-9931    **Fax:** |
| **Representing :** | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| **Customer Ref. # :** | |
| **Appearance Date/Time :** | Thursday, November 20th, 2014 at 12:00 PM ET |
| **Judge Name :** | Honorable Christopher S. Sontchi |
| **Court Name :** | U.S. Bankruptcy Court-Delaware (DE - US) |
| **Case Name :** | Energy Future Holdings Corp. |
| | |
| **Case Number :** | 14-10979 |
| | |
| **Proceeding Type :** | Hearing |
| **Court Conference ID# :** | 6594283 | OUR TAX ID #:95-4558415 |

**Mandatory procedures for your CourtCall® Appearance are as follows:**

1. It is the participant's responsibility to dial into the conference at least ten minutes prior to the scheduled hearing time by dialing (800) 447-3470. CourtCall does not call the participant. If you are unavoidably late and Court is already in session, you must wait for an appropriate moment to announce yourself. Do not interrupt the Judge.

2. Please take a moment to review this Confirmation. If a change or correction is required, or if you have not received a Confirmation for each reservation made, please contact us at: (866) 582-6878 or (310) 743-1886.

> Do not use a payphone, cellular phone, headset or speakerphone or incorporate/join this call into another conference call. Never place this conference on hold.

3. Once you have joined the call do not place the call on hold or allow anyone else to hold on your behalf. During the entirety of the call, you should be in a quiet area with your attention focused solely on the conference. Refrain from making or allowing any unnecessary background noise such as cell phones ringing, intercoms, typing, paper-shuffling, dogs barking, etc. If your matter is being heard in Court, the Judge will not tolerate any disruptions on the conference line. If you are comfortable using the mute feature on your phone, you may use it but be sure to un-mute it when your matter is called.

4. Unless you have been designated a "listen only" line, you will be in "open conference" mode. Listen carefully to Court proceedings as the Court may make general observations applicable to all matters, which will not be repeated. When speaking with the Court identify yourself each time you speak. The Court expects you to act professionally and failure to adhere to these instructions may result in the termination of your call or the entire conference, sanctions for a non-appearance, an order to appear in Court at the next session or other consequences the Court deems appropriate, as well as withdrawing the privilege of appearing remotely in the future.

5. It is the participant's (or scheduling party's) responsibility to notify CourtCall of any continuance or cancellation prior to the scheduled hearing time to have any previously paid fees applied to the continued hearing or to be eligible for a refund, as the Court will not notify CourtCall of any continuance or cancellation of your matter. Matters continued at the time of the hearing must be rescheduled and a new fee will apply. To continue or cancel your CourtCall Appearance, call (866) 582-6878 prior to the scheduled appearance time.

6. Please hang up your phone immediately after the Judge concludes your case.

7. Subject to the incremental fees set forth below: If you have multiple appearances during one calendar, you will be charged the appearance fee for each separate matter. If the Judge hears your cases consecutively, you will be charged one fee for all consecutive appearances.

COURTCALL'S LIABILITY CONCERNING THIS REMOTE APPEARANCE IS LIMITED TO THE FEE PAID TO COURTCALL

The charge for this Court Conference appearance is $30.00.

This fee will be supplemented based on the length of the call as follows: First 45 minutes = $30.00, each additional 15 minutes = $7.00.

If you have a CourtCall Debit Account with us or have previously provided credit card information, your account or card will be automatically charged and no separate statement will be sent. Otherwise, you will receive an invoice for the total amount within 30 days of the appearance date. If paying by check, please mail it with a copy of this Confirmation or your invoice, payable to  CourtCall at 6383 Arizona Circle, Los Angeles, CA  90045.

# Court Conference, a division of CourtCall

## Confirmation and Invoice (No separate statement will be sent)

Attorney Name : Jarrett Vine

Firm Name : Polsinelli PC

Tel : (302) 252-0929     Fax:     (302) 252-0921

Representing : Creditor, Official Committee of Unsecured Creditors / LIVE

Customer Ref. # :

Appearance Date/Time : Thursday, November 20th, 2014 at 4:00 PM ET

Judge Name : Honorable Christopher S. Sontchi

Court Name : U.S. Bankruptcy Court-Delaware (DE - US)

Case Name : Energy Future Holdings Corp.

Case Number : 14-10979

Proceeding Type : Hearing

Court Conference ID# : 6600235

OUR TAX ID #:95-4568415

Mandatory procedures for your CourtCall® Appearance are as follows:

1. It is the participant's responsibility to dial into the conference at least ten minutes prior to the scheduled hearing time by dialing (800) 447-3476. CourtCall does not call the participant. If you are unavoidably late and Court is already in session, you must wait for an appropriate moment to announce yourself. Do not interrupt the Judge.

2. Please take a moment to review this Confirmation. If a change or correction is required, or if you have not received a Confirmation for each reservation made, please contact us at: (866) 582-6878 or (310) 743-1886.

> Do not use a payphone, cellular phone, headset or speakerphone or incorporate/join this call into another conference call. Never place this conference on hold.

3. Once you have joined the call do not place the call on hold or allow anyone else to hold on your behalf. During the entirety of the call, you should be in a _quiet area_ with your attention focused solely on the conference. Refrain from making or allowing any unnecessary background noise such as cell phones ringing, intercoms, typing, paper-shuffling, dogs barking, etc. If your matter is being heard in Court, the Judge will not tolerate any disruptions on the conference line. If you are comfortable using the mute feature on your phone, you may use it but be sure to un-mute it when your matter is called.

4. Unless you have been designated a "listen only" line, you will be in "open conference" mode. Listen carefully to Court proceedings as the Court may make general observations applicable to all matters, which will not be repeated. _When speaking with the Court identify yourself each time you speak._ The Court expects you to act professionally and failure to adhere to these instructions may result in the termination of your call or the entire conference, sanctions for a non-appearance, an order to appear in Court at the next session or other consequences the Court deems appropriate, as well as withdrawing the privilege of appearing remotely in the future.

5. It is the participant's (or scheduling party's) responsibility to notify CourtCall of any continuance or cancellation prior to the scheduled hearing time to have any previously paid fees applied to the continued hearing or to be eligible for a refund, as the Court will not notify CourtCall of any continuance or cancellation of your matter. Matters continued at the time of the hearing must be rescheduled and a new fee will apply. To continue or cancel your CourtCall Appearance, call (866) 582-6878 prior to the scheduled appearance time.

6. Please hang up your phone immediately after the Judge concludes your case.

7. Subject to the incremental fees set forth below: If you have multiple appearances during one calendar, you will be charged the appearance fee for each separate matter. If the Judge hears your cases consecutively, you will be charged one fee for all consecutive appearances.

COURTCALL'S LIABILITY CONCERNING THIS REMOTE APPEARANCE IS LIMITED TO THE FEE PAID TO COURTCALL

The charge for this Court Conference appearance is $30.00.

This fee will be supplemented based on the length of the call as follows: First 45 minutes = $30.00, each additional 15 minutes = $7.00.

If you have a CourtCall Debit Account with us or have previously provided credit card information, your account or card will be automatically charged and no separate statement will be sent. Otherwise, you will receive an invoice for the total amount within 30 days of the appearance date. If paying by check, please mail it with a copy of this Confirmation or your Invoice, payable to  CourtCall at 6383 Arizona Circle, Los Angeles, CA  90045.

# Court Conference, a division of CourtCall
## Confirmation and Invoice (No separate statement will be sent)

Attorney Name : Justin Edelson

Firm Name : Polsinelli PC

Tel : (302) 252-0925       Fax:

Representing : Creditor, Official Committee of Unsecured Creditors / LIVE

Customer Ref. # :

Appearance Date/Time : Thursday, November 20th, 2014 at 4:00 PM ET

Judge Name : Honorable Christopher S. Sonichi

Court Name : U.S. Bankruptcy Court-Delaware (DE - US)

Case Name : Energy Future Holdings Corp.

Case Number : 14-10979

Proceeding Type : Hearing

Court Conference ID# : 6500226                                      OUR TAX ID #:95-4568415

---

Mandatory procedures for your CourtCall® Appearance are as follows:

1. It is the participant's responsibility to dial into the conference at least ten minutes prior to the scheduled hearing time by dialing (800) 447-3470. CourtCall does not call the participant. If you are unavoidably late and Court is already in session, you must wait for an appropriate moment to announce yourself. Do not interrupt the Judge.

2. Please take a moment to review this Confirmation. If a change or correction is required, or if you have not received a Confirmation for each reservation made, please contact us at: (866) 582-6878 or (310) 743-1886.

> Do not use a payphone, cellular phone, headset or speakerphone or incorporate/join this call into another conference call. Never place this conference on hold.

3. Once you have joined the call do not place the call on hold or allow anyone else to hold on your behalf. During the entirety of the call, you should be in a quiet area with your attention focused solely on the conference. Refrain from making or allowing any unnecessary background noise such as call phones ringing, intercoms, typing, paper-shuffling, dogs barking, etc. If your matter is being heard in Court, the Judge will not tolerate any disruptions on the conference line. If you are comfortable using the mute feature on your phone, you may use it but be sure to un-mute it when your matter is called.

4. Unless you have been designated a "listen only" line, you will be in "open conference" mode. Listen carefully to Court proceedings as the Court may make general statements applicable to all matters, which will not be repeated. When speaking with the Court identify yourself each time you speak. The Court expects you to act professionally and failure to adhere to these instructions may result in the termination of your call or the entire conference, sanctions for a non-appearance, an order to appear in Court at the next session or other consequences the Court deems appropriate, as well as withdrawing the privilege of appearing remotely in the future.

5. It is the participant's (or scheduling party's) responsibility to notify CourtCall of any continuance or cancellation prior to the scheduled hearing time to have any previously paid fees applied to the continued hearing or to be eligible for a refund, as the Court will not notify CourtCall of any continuance or cancellation of your matter. Matters continued at the time of the hearing must be rescheduled and a new fee will apply. To continue or cancel your CourtCall Appearance, call (866) 582-6878 prior to the scheduled appearance time.

6. Please hang up your phone immediately after the Judge concludes your case.

7. Subject to the incremental fees set forth below; if you have multiple appearances during one calendar, you will be charged the appearance fee for each separate matter. If the Judge hears your cases consecutively, you will be charged one fee for all consecutive appearances.

---

COURTCALL'S LIABILITY CONCERNING THIS REMOTE APPEARANCE IS LIMITED TO THE FEE PAID TO COURTCALL

The charge for this Court Conference appearance is $30.00.

This fee will be supplemented based on the length of the call as follows: First 45 minutes = $30.00, each additional 15 minutes = $7.00.

If you have a CourtCall Debit Account with us or have previously provided credit card information, your account or card will be automatically charged and no separate statement will be sent. Otherwise, you will receive an invoice for the total amount within 30 days of the appearance date. If paying by check, please mail it with a copy of this Confirmation or your invoice, payable to CourtCall at 6383 Arizona Circle, Los Angeles, CA 90045.



**POLSINELLI COPY LOG**

**September 2014**

**ENERGY FUTURE HOLDINGS (078582-475724)**

| Dates | Description | Originals | Set(s) | Total | Unit | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|
| 23-Sep | Document Reproduction-Printing/Copying of Pleadings | 500 | 1 | 500 | PAGE | $ 0.10 | 50.00 |
| | | | | | | | |
| Total originals: | | 500 | 1 | 500 | | | 50.00 |

 **LexisNexis·**    **PowerInvoice™**

**Date Range**
10/01/2014 - 10/31/2014

**Report Date**
02/13/2015

### CUSTOM DETAIL BY CLIENT/USER/DATE/SERVICE/TYPE OF CHARGE

| CLIENT | USER NAME | USER ID | DATE | SERVICE | TYPE OF CHARGE | QUANTITY | CONTRACT USE | | | TRANSACTIONAL USE | | TOTAL | | TOTAL | | CUSTOM | CUSTOM CONTRACT | CUSTOM CONTRACT | CUSTOM TRANSACTIONAL | CUSTOM TRANSACTIONAL |
| | | | | | | | GROSS AMOUNT | ADJUSTMENT | NET AMOUNT | OVER THE CAP | OUTSIDE CONTRACT | BEFORE TAX | TAX | CHARGES | SERVICE | CONTRACT GROSS AMOUNT | CONTRACT NET AMOUNT | TRANSACTIONAL GROSS AMOUNT | TRANSACTIONAL NET AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 579582-475724-2541 | VINE, JARRETT K | TWC2NF | 02-Oct-2014 | COLLIER SERVICE | AUTOMATIC DISPLAYS | 1.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | COLLIER SERVICE | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | ONLINE TIME | 00:15:22 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | COLLIER SERVICE | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | SEARCHES | 2.00 | $446.00 | ($141.18) | $298.82 | $0.00 | $0.00 | $298.82 | $0.00 | $298.82 | COLLIER SERVICE | $223.00 | $298.82 | $0.00 | $0.00 |
| | | | | LEXIS LEGAL SERVICES | ONLINE TIME | 00:15:58 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | LEXIS LEGAL SERVICES | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | SINGLE DOCUMENT RETRIEVAL | 4.00 | $80.00 | ($36.96) | $43.04 | $0.00 | $0.00 | $43.04 | $0.00 | $43.04 | LEXIS LEGAL SERVICES | $80.00 | $43.04 | $0.00 | $0.00 |
| | | | | | | | $526.00 | ($178.14) | $341.86 | $0.00 | $0.00 | $341.86 | $0.00 | $341.86 | | $303.00 | $341.86 | $0.00 | $0.00 |
| | | | | | | | $526.00 | ($184.14) | $341.86 | $0.00 | $0.00 | $341.86 | $0.00 | $341.86 | | | $341.86 | $0.00 | |

**Currency**
US DOLLARS

**Exchange Rate to US DOLLARS**

| Date | Rate | Base Currency |
|---|---|---|
| Oct 2014 | 1.0000 | US DOLLARS |

| Account Group: | Polsinelli All Offices |
| Date Range: | October 09, 2014 - October 09, 2014 |
| Report Format: | Summary-Account by Client by User by Day (Targeted) |
| Products: | Westlaw, WestlawNext |
| Content Families: | All Content Families |

| Account by Client by User by Day | Database Time | Transactions | Docs/Lines | Connect Time | Standard Charge | Special Pricing Charge | Total Charge |
|---|---|---|---|---|---|---|---|
| Account: 1000060076 | | | | | | | |
| Client 000000-000000-0231 | | | | | | | |
| User Name BARTELS,TODD H (246776) | | | | | | | |
| Day 10/09/2014 | | | | | | | |
| Totals for Included | 2,632 | | 4 | 2,632 | 1,278.85 USD | 839.43 USD | 839.43 USD |
| Totals for Day 10/09/2014 | 2,632 | | 4 | 2,632 | 1,278.85 USD | 839.43 USD | 839.43 USD |
| Totals for User Name BARTELS,TODD H (246776) | 2,632 | | 4 | 2,632 | 1,278.85 USD | 839.43 USD | 839.43 USD |
| Totals for Client 000000-000000-0231 | 2,632 | | 4 | 2,632 | 1,278.85 USD | 839.43 USD | 839.43 USD |
| Totals for Account: 1000060076 | 2,632 | | 4 | 2,632 | 1,278.85 USD | 839.43 USD | 839.43 USD |
| Report Totals - Included | 2,632 | | 4 | 2,632 | 1,278.85 USD | 839.43 USD | 839.43 USD |
| Report Totals | 2,632 | | 4 | 2,632 | 1,278.85 USD | 839.43 USD | 839.43 USD |

CAVANAUGHS RESTAURANT
703 N MARKET ST
WILMINGTON DE 19801
302-656-4067

Terminal ID: 00648739

9/24/14                11:01 AM

SERVER #: 8

VISA
ACCT #: ********7969 M
CREDIT SALE

                              REF #:
BATCH #: 026    AUTH #: 04

AMOUNT                 $57.70

TIP                 $_

TOTAL               $_

## APPROVED

CUSTOMER COPY

Reliable Wilmington
1007 N. Orange Street
Wilmington, DE 19801
Phone # 302-654-8080
Fax # 302-654-8880

customerservice@reliable-co.com
Fed Id # 23-2475700



E-Discovery & | Managed Services | Business Document
Litigation Support | & Consulting | Services

# INVOICE

Date      09/30/14
Number WL051061

Page 1

076582·475724

**Sold To:**
Polsinelli PC
Suite 900
900 W. 48th Place
Kansas City, MO  64112

**Ship To:**
Polsinelli PC
Suite 900
900 W. 48th Place
Kansas City, MO  64112

| | | | |
|---|---|---|---|
| Customer ID | DEC0583 | Client No./PO No | ENERGY FUTURE |
| Our Order No. | WL051061 | P.O. Date | 09/30/14 |
| Terms | Net 30 Days | Ordered By | Amanda |
| Due Date | 10/30/14 | Ship Via | Reliable responsible for shippin |
| Salesperson | Gene Matthews | | |

| Product Code Description | Size | Originals | Sets | Total | Quantity | Unit | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| R00169 Client Special Pickup - Mikimoto's | | 1 | 1 | 1 | 1 | EA | 112.94 | 112.94 |

| | |
|---|---|
| Subtotal: | 112.94 |
| Sales Tax: | 0.00 |
| Total: | 112.94 |
| Paid at POS | 0.00 |
| Payments/Credits Applied: | 0.00 |
| Total Due: | 112.94 |

All payments are due and payable in full within 30 days from the date of invoice. A finance charge of 1.5% per month will be added on all past due amounts immediately following the date on which payment is due. Customer agrees to pay, in addition to the overdue amount and interest that has accrued thereon, all fees, costs and expenses incurred in connection with any collection or legal action, including, but not limited to reasonable attorneys' fees, costs and expenses.

Reliable maintains client data for thirty (30) days from date of delivery. Clients should review data upon delivery and immediately notify us of any problems. Deviations from the standard retention policy can be made upon request.

Reliable Wilmington
1007 N. Orange Street
Wilmington, DE 19801
Phone # 302-654-8080
Fax # 302-654-8880

customerservice@reliable-co.com
Fed Id # 28-3473708



**INVOICE**

Date    08/30/14
Number  WL051014

Page  1

078582-475724

Sold To:
Polsinelli PC
Suite 900
900 W. 48th Place
Kansas City, MO  64112

Ship To:
Polsinelli PC
Suite 900
900 W. 48th Place
Kansas City, MO  64112

| | | | | |
|---|---|---|---|---|
| Customer ID | DEC0583 | Client No./PC No | ENERGY FUTURE | |
| Our Order No. | WL051014 | P.O. Date | 08/30/14 | |
| Terms | Net 30 Days | Ordered By | Kayla | |
| Due Date | 10/30/14 | Ship Via | Reliable responsible for shippin | |
| Salesperson | Gene Matthews | | | |

| Product Code Description | Size | Originals | Sets | Total | Quantity | Unit | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| R00189 Client Special Pickup Mikimoto's | | 1 | 1 | 1 | 1 | EA | 107.88 | 107.88 |

| | |
|---|---|
| Subtotal: | 107.88 |
| Sales Tax: | 0.00 |
| Total | 107.88 |
| Paid at POS | 0.00 |
| Payments/Credits Applied | 0.00 |
| Total Due: | 107.88 |

All payments are due and payable in full within 30 days from the date of invoice. A finance charge of 1.5% per month will be added on all past due amounts immediately following the date on which payment is due. Customer agrees to pay, in addition to the overdue amount and interest that has accrued thereon, all fees, costs and expenses incurred in connection with any collection or legal action, including, but not limited to reasonable attorney's fees, costs and expenses.

Reliable maintains client data for thirty (30) days from date of delivery. Clients should review data upon delivery and immediately notify us of any problems. Deviations from the standard retention policy can be made upon request

25

```
         CAVANAUGHS RESTAURANT
            703 N MARKET ST
         WILMINGTON DE 19801
             302-656-4067

'erminal ID: 00648739        0001
---------------------------------
0/1/14                   11:22 AM

ERVER #: 1

'1SA
CCT #: xxxxxxxxxxxx7969 M
REDIT SALE

                      REF #: 001
ATCH #: 917      AUTH #: 063634

MOUNT                 $254.00

IP                  $_____

)TAL                $_____

          APPROVED

        CUSTOMER COPY
```



Reliable Wilmington
1007 N. Orange Street
Wilmington, DE  19801
Phone # 302-654-8080
Fax # 302-654-8880

customerservice@reliable-co.com
Fed Id # 25-3473700



**INVOICE**

Date    10/03/14
Number  WL051131

Page  1

078582-475724

Sold To:
Polsinelli PC
Suite 900
900 W. 48th Place
Kansas City, MO  64112

Ship To:
Polsinelli PC
Suite 900
900 W. 48th Place
Kansas City, MO  64112

| Customer ID | DEC0583 |
| Our Order No. | WL051131 |
| Terms | Net 30 Days |
| Due Date | 11/02/14 |
| Salesperson | Gene Matthews |

| Client No./PO No | ENERGY FUTURE |
| P.O. Date | 10/03/14 |
| Ordered By | Lindsey |
| Ship Via | Reliable responsible for shippin |

| Product Code Description | Size | Originals | Sets | Total | Quantity | Unit | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| R00181 Hand Delivery Courier Service - Judge Sontchi | | 1 | 1 | 1 | 1 | EA | 7.50 | 7.50 |

| | |
|---|---|
| Subtotal | 7.50 |
| Sales Tax | 0.00 |
| Total | 7.50 |
| Paid at POS | 0.00 |
| Payments/Credits Applied | 0.00 |
| Total Due: | 7.50 |

All payments are due and payable in full within 30 days from the date of invoice. A finance charge of 1.8% per month will be added on all past due amounts immediately following the date on which payment is due. Customer agrees to pay, in addition to the overdue amount and interest that has accrued thereon, all fees, costs and expenses incurred in connection with any collection or legal action, including, but not limited to reasonable attorneys' fees, costs and expenses.

Reliable maintains client data for thirty (30) days from date of delivery. Clients should review data upon delivery and immediately notify us of any problems. Deviations from the standard retention policy can be made upon request.

2↑

Riverfront Parking Deck
Wilmington, DE


Fee Computer Number:                        5
Cashier:                          ID #185
Transaction Number:                    183
Entered:              08/30/14   14:42
Exited:               10/01/14   20:31
Ticket #8489              Dispenser #3
Rate:                          Area I
Total Fee:                     **$22.00**
Cash:                          $40.00
Change:                        $18.00

Thank you for choosing
LAZ Parking
Have a nice day!

# Court Conference, a division of CourtCall

## Confirmation and Invoice (No separate statement will be sent)

| | |
|---|---|
| **Attorney Name :** | Christopher A. Ward |
| **Firm Name :** | Polsinelli PC |
| **Tel :** | (302) 252-0922    **Fax :**    (302) 252-0921 |
| **Representing :** | Creditor, Unsecured Creditors / LIVE |
| **Customer Ref. # :** | |
| **Appearance Date/Time :** | Thursday, October 2nd, 2014 at 2:30 PM ET |
| **Judge Name :** | Honorable Christopher S. Sontchi |
| **Court Name :** | U.S. Bankruptcy Court-Delaware (DE - US) |
| **Case Name :** | Energy Future Holdings Corp. |
| **Case Number :** | 14-10979 |
| **Proceeding Type :** | Hearing |
| **Court Conference ID# :** | 6506995 |

OUR TAX ID #:95-4568415

Mandatory procedures for your CourtCall® Appearance are as follows:

1. It is the participant's responsibility to dial into the conference at least ten minutes prior to the scheduled hearing time by dialing (800) 447-3470. CourtCall does not call the participant. If you are unavoidably late and Court is already in session, you must wait for an appropriate moment to announce yourself. Do not interrupt the Judge.

2. Please take a moment to review this Confirmation. If a change or correction is required, or if you have not received a Confirmation for each reservation made, please contact us at: (866) 582-6878 or (310) 743-1886.

> **Do not use a payphone, cellular phone, headset or speakerphone or incorporate/join this call into another conference call. Never place this conference on hold.**

3. Once you have joined the call do not place the call on hold or allow anyone else to hold on your behalf. During the entirety of the call, you should be in a **quiet area** with your attention focused solely on the conference. Refrain from making or allowing any unnecessary background noise such as cell phones ringing, intercoms, typing, paper-shuffling, dogs barking, etc. If your matter is being heard in Court, the Judge will not tolerate any disruptions on the conference line. If you are comfortable using the mute feature on your phone, you may use it but be sure to un-mute it when your matter is called.

4. Unless you have been designated a "listen only" line, you will be in "open conference" mode. Listen carefully to Court proceedings as the Court may make general observations applicable to all matters, which will not be repeated. **When speaking with the Court identify yourself each time you speak.** The Court expects you to act professionally and failure to adhere to these instructions may result in the termination of your call or the entire conference, sanctions for a non-appearance, an order to appear in Court at the next session or other consequences the Court deems appropriate, as well as withdrawing the privilege of appearing remotely in the future.

5. It is the participant's (or scheduling party's) responsibility to notify CourtCall of any continuance or cancellation prior to the scheduled hearing time to have any previously paid fees applied to the continued hearing or to be eligible for a refund, as the Court will not notify CourtCall of any continuance or cancellation of your matter. Matters continued at the time of the hearing must be rescheduled and a new fee will apply. To continue or cancel your CourtCall Appearance, call (866) 582-6878 prior to the scheduled appearance time.

6. Please hang up your phone immediately after the Judge concludes your case.

7. Subject to the incremental fees set forth below: If you have multiple appearances during one calendar, you will be charged the appearance fee for each separate matter. If the Judge hears your cases consecutively, you will be charged one fee for all consecutive appearances.

COURTCALL'S LIABILITY CONCERNING THIS REMOTE APPEARANCE IS LIMITED TO THE FEE PAID TO COURTCALL

The charge for this Court Conference appearance is $30.00.

This fee will be supplemented based on the length of the call as follows: First 45 minutes = $30.00, each additional 15 minutes = $7.00.

If you have a CourtCall Debit Account with us or have previously provided credit card information, your account or card will be automatically charged and no separate statement will be sent. Otherwise, you will receive an invoice for the total amount within 30 days of the appearance date. If paying by check, please mail it with a copy of this Confirmation or your Invoice, payable to CourtCall at 6383 Arizona Circle, Los Angeles, CA 90045.

# Court Conference, a division of CourtCall

## Confirmation and Invoice (No separate statement will be sent)

| | |
|---|---|
| **Attorney Name :** | Justin Edelson |
| **Firm Name :** | Polsinelli PC |
| **Tel :** | (302) 252-0925    **Fax:** |
| **Representing :** | Creditor, Official Committee of Unsecured Creditors / LIVE |
| **Customer Ref. # :** | |
| **Appearance Date/Time :** | Thursday, October 2nd, 2014 at 2:30 PM ET |
| **Judge Name :** | Honorable Christopher S. Sontchi |
| **Court Name :** | U.S. Bankruptcy Court-Delaware (DE - US) |
| **Case Name :** | Energy Future Holdings Corp. |
| **Case Number :** | 14-10979 |
| **Proceeding Type :** | Hearing |
| **Court Conference ID# :** | 6507004 |

OUR TAX ID #:95-4568415

**Mandatory procedures for your CourtCall® Appearance are as follows:**

1. It is the participant's responsibility to dial into the conference at least ten minutes prior to the scheduled hearing time by dialing (800) 447-3470. CourtCall does not call the participant. If you are unavoidably late and Court is already in session, you must wait for an appropriate moment to announce yourself. Do not interrupt the Judge.

2. Please take a moment to review this Confirmation. If a change or correction is required, or if you have not received a Confirmation for each reservation made, please contact us at: (866) 582-6878 or (310) 743-1886.

> **Do not use a payphone, cellular phone, headset or speakerphone or incorporate/join this call into another conference call. Never place this conference on hold.**

3. Once you have joined the call do not place the call on hold or allow anyone else to hold on your behalf. During the entirety of the call, you should be in a **quiet area** with your attention focused solely on the conference. Refrain from making or allowing any unnecessary background noise such as cell phones ringing, intercoms, typing, paper-shuffling, dogs barking, etc. If your matter is being heard in Court, the Judge will not tolerate any disruptions on the conference line. If you are comfortable using the mute feature on your phone, you may use it but be sure to un-mute it when your matter is called.

4. Unless you have been designated a "listen only" line, you will be in "open conference" mode. Listen carefully to Court proceedings as the Court may make general observations applicable to all matters, which will not be repeated. **When speaking with the Court identify yourself each time you speak.** The Court expects you to act professionally and failure to adhere to these instructions may result in the termination of your call or the entire conference, sanctions for a non-appearance, en order to appear in Court at the next session or other consequences the Court deems appropriate, as well as withdrawing the privilege of appearing remotely in the future.

5. It is the participant's (or scheduling party's) responsibility to notify CourtCall of any continuance or cancellation prior to the scheduled hearing time to have any previously paid fees applied to the continued hearing or to be eligible for a refund, as the Court will not notify CourtCall of any continuance or cancellation of your matter. Matters continued at the time of the hearing must be rescheduled and a new fee will apply. To continue or cancel your CourtCall Appearance, call (866) 582-6878 prior to the scheduled appearance time.

6. Please hang up your phone immediately after the Judge concludes your case.

7. Subject to the incremental fees set forth below: If you have multiple appearances during one calendar, you will be charged the appearance fee for each separate matter. If the Judge hears your cases consecutively, you will be charged one fee for all consecutive appearances.

COURTCALL'S LIABILITY CONCERNING THIS REMOTE APPEARANCE IS LIMITED TO THE FEE PAID TO COURTCALL

The charge for this Court Conference appearance is $30.00.

This fee will be supplemented based on the length of the call as follows: First 45 minutes = $30.00, each additional 15 minutes = $7.00.

If you have a CourtCall Debit Account with us or have previously provided credit card information, your account or card will be automatically charged and no separate statement will be sent. Otherwise, you will receive an invoice for the total amount within 30 days of the appearance date. If paying by check, please mail it with a copy of this Confirmation or your Invoice, payable to CourtCall at 6383 Arizona Circle, Los Angeles, CA 90045.

**Veritext New York Reporting Co.**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



078582-475724

Bill To:   Lindsey Suprum
           Polsinelli PC
           222 Delaware Ave.
           Suite 1101
           Wilmington, DE, 19801-1621

| | | | |
|---|---|---|---|
| | | Invoice #: | NY2145024 |
| | | Invoice Date: | 10/7/2014 |
| | | Balance Due: | $97.20 |

| | | | |
|---|---|---|---|
| Case: | Energy Future Holdings v. | Case #: | 14-10979 |
| Job #: | 1942808 \| Job Date: 10/2/2014 \| Delivery: Daily | Judge: | Sontchi |
| Billing Atty: | Lindsey Suprum | | |
| Location: | US Bankruptcy Court Delaware Division | | |
| | 824 Market Street \|   \| Wilmington, DE 19801 | | |
| Sched Atty: | \| Kirkland & Ellis LLP | | |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| 14-10979 | Electronic Copy | Page | 81.00 | $1.20 | $97.20 |

| | | |
|---|---|---|
| Notes: | Invoice Total: | $97.20 |
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $97.20 |

TERMS:  Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact Us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please compute http://www.veritext.com/services/all-services/service-information

To pay online, go to
www.Veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| Invoice #: | NY2145024 |
| Job #: | 1942808 |
| Invoice Date: | 10/7/2014 |
| Balance: | $97.20 |

15

## Veritext New York Reporting Co.

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



VERITEXT
LEGAL SOLUTIONS

078582-475724

**Bill To:** Lindsey Suprum
Polsinelli PC
222 Delaware Ave.
Suite 1101
Wilmington, DE, 19801-1621

| | |
|---|---|
| **Invoice #:** | NY2147549 |
| **Invoice Date:** | 10/8/2014 |
| **Balance Due:** | $90.50 |

| | |
|---|---|
| **Case:** | Energy Future Holdings v. |
| **Job #:** | 1944745 | Job Date: 10/6/2014 | Delivery: Daily |
| **Billing Atty:** | Lindsey Suprum |
| **Location:** | US Bankruptcy Court Delaware Division |
| | 824 Market Street | | Wilmington, DE 19801 |
| **Sched Atty:** | Beth Friedman | Kirkland & Ellis LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---------|-------------|-------|----------|-------|--------|
| 14-10979 | Certified Transcript | Page | 30.00 | $1.20 | $36.00 |
| | Electronic Copy | Page | 30.00 | $0.90 | $27.00 |
| | Shipping & Handling - Expedited | Package | 1.00 | $27.50 | $27.50 |

| Notes: | | |
|--------|---|---|
| | **Invoice Total:** | $90.50 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $90.50 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

To pay online, go to
**www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
**Veritext**
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | NY2147549 |
| **Job #:** | 1944745 |
| **Invoice Date:** | 10/8/2014 |
| **Balance:** | $90.50 |

16

NEW CUSTOMER

Date: 10/8/14        Time: 11:30 am
Claymont Steak Shop    302-798-0013

## DEFERRED ORDER

Due Date: Wed        Time: 12:00 pm
   10/8/14
Order Due In 2 hours and 3 minutes

Delivery            Order #1

Polsinelli Shal     252-0920
222 Delaware Ave
Business Name Polsinelli
Wilmington DE 19801
Suite 1101 11th Floor Amanda 302-25
2-0939

| | |
|---|---|
| Assorted Platter (10People) | $69.80 |
| 1/2 Chicken 1/2 Beef | |
| Condiments Tray | $0.00 |
| Small | |
| Lettuce, Tomatoe, Onion, Pickle, | |
| Sweet and Hot Peppers | |
| Ketchup and Mayo | |
| 7 Sm Chips | $6.93 |
| assorted - mostly plain | |
| 5Lbs Garden Salad Catering | $29.99 |
| House | |

Visa: ends in 7969
Auth: 004213 Ref: 428113000774

| | |
|---|---|
| Subtotal | $106.72 |
| Tax | $0.00 |
| Delivery Charge | $5.00 |
| Total | $111.72 |
| VISA #7969 | $111.72 |

TIP:      15.00

TOTAL:    126.72

SIGNATURE: _____

Thank you for choosing Claymont  St
eak Shop

Reliable Wilmington
1007 N. Orange Street
Wilmington, DE 19801
Phone # 302-654-8080
Fax # 302-654-8880



E-Discovery &    | Managed Services | Business Document
Litigation Support | & Consulting   | Sr

**INVOICE**

Date    09/22/14
Number WL050823
Page  1

customerservice@reliable-co.com
Fed Id # 23-2473709

078582-475724

Sold To:
Polsinelli PC
Suite 900
900 W. 48th Place
Kansas City, MO  64112

Ship To:
Polsinelli PC
Suite 900
900 W. 48th Place
Kansas City, MO  64112

| | |
|---|---|
| Customer ID | DEC0583 |
| Our Order No. | WL050823 |
| Terms | Net 30 Days |
| Due Date | 10/22/14 |
| Salesperson | Gene Matthews |

| | |
|---|---|
| Client No./PO No | ENERGY FUTURE |
| P.O. Date | 09/22/14 |
| Ordered By | Amanda |
| Ship Via | Reliable responsible for shippin |

| Product Code Description | Size | Originals | Sets | Total | Quantity | Unit | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| R00189 Client Special Pickup - Chelsea tavern | | 1 | 1 | 1 | 1 | EA | 58.38 | 58.38 |

| | |
|---|---|
| Subtotal: | 58.38 |
| Sales Tax | 0.00 |
| Total: | 58.38 |
| Paid at POS: | 0.00 |
| Payments/Credits Applied | 0.00 |
| Total Due: | 58.38 |

All payments are due and payable in full within 30 days from the date of invoice. A finance charge of 1.5% per month will be added on all past due amounts immediately following the date on which payment is due. Customer agrees to pay, in addition to the overdue amount and interest that has accrued thereon, all fees, costs and expenses incurred in connection with any collection or legal action, including, but not limited to reasonable attorneys' fees, costs and expenses.

Reliable maintains client data for thirty (30) days from date of delivery. Clients should review data upon delivery and immediately notify us of any problems. Deviations from the standard retention policy can be made upon request.

energy
futures

BREW HA HA - DELAWARE AVE
(302)478-7227

Date: 10/09/2014    Time: 12:01:52 PM
Status:         Approved
Card Type:      . Visa
Card Number:    XXXXXXXXXXXX7969
Swipe/Manual:   Manual    . .
Card Owner:     Manual Ent

AMOUNT    14.95

Approval: 042083

I AGREE TO COMPLY WITH
THE CARDHOLDER AGREEMENT

CUSTOMER COPY

**Veritext  New York Reporting Co.**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



078582- 475724

| Bill To: | Lindsey Suprum | | | | Invoice #: | NY2149628 |
|---|---|---|---|---|---|---|
| | Polsinelli PC | | | | Invoice Date: | 10/10/2014 |
| | 222 Delaware Ave. | | | | Balance Due: | $428.40 |
| | Suite 1101 | | | | | |
| | Wilmington, DE, 19801-1621 | | | | | |

| Case: | Energy Future Holdings v. | Case #: | 14-10979 |
|---|---|---|---|
| Job #: | 1945934 | Job Date: 10/8/2014 | Delivery: Daily | Judge: | Sontchi |
| Billing Atty: | Lindsey Suprum | | |
| Location: | US Bankruptcy Court Delaware Division | | |
| | 824 Market Street | | Wilmington, DE 19801 | | |
| Sched Atty: | Beth Friedman | Kirkland & Ellis LLP | | |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| 14-10979 | Electronic Copy | Page | 357.00 | $1.20 | $428.40 |
| Notes: | | | | Invoice Total: | $428.40 |
| | | | | Payment: | $0.00 |
| | | | | Credit: | $0.00 |
| | | | | Interest: | $0.00 |
| | | | | Balance Due: | $428.40 |

TERMS:  Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please contact http://www.veritext.com/services/all-services/service-information

To pay online, go to
www.Veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | NY2149628 |
|---|---|
| Job #: | 1945934 |
| Invoice Date: | 10/10/2014 |
| Balance: | $428.40 |

12

**Veritext New York Reporting Co.**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



078582- 475724

| Bill To: | Lindsey Suprum<br>Polsinelli PC<br>222 Delaware Ave.<br>Suite 1101<br>Wilmington, DE, 19801-1621 | | Invoice #:<br>Invoice Date:<br>Balance Due: | NY2150368<br>10/10/2014<br>$253.20 |

| Case: | Energy Future Holdings v. | Case #: | 14-10979 |
|---|---|---|---|
| Job #: | 1945969 | Job Date: 10/9/2014 | Delivery: Daily | Judge: | Sontchi |
| Billing Atty: | Lindsey Suprum | | |
| Location: | US Bankruptcy Court Delaware Division | | |
| | 824 Market Street | | Wilmington, DE 19801 | | |
| Sched Atty: | Beth Friedman | Kirkland & Ellis LLP | | |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| 14-10979 | Electronic Copy | Page | 211.00 | $1.20 | $253.20 |
| Notes: | | | | Invoice Total: | $253.20 |
| | | | | Payment: | $0.00 |
| | | | | Credit: | $0.00 |
| | | | | Interest: | $0.00 |
| | | | | Balance Due: | $253.20 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/ad-services/service-information

**To pay online, go to**
**www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| Invoice #: | NY2150368 |
|---|---|
| Job #: | 1945969 |
| Invoice Date: | 10/10/2014 |
| Balance: | $253.20 |

Reliable Wilmington
1007 N. Orange Street
Wilmington, DE 19801
Phone # 302-654-8080
Fax # 302-654-8880



E-Discovery &     Managed Services    Business Document
Litigation Support    & Consulting       Services

**INVOICE**

Date    10/10/14
Number  WL051219
Page    1

customerservice@reliable-co.com
Fed Id # 25-3473700

078582-475224

| Sold To: | Ship To: |
|---|---|
| Polsinelli PC | Polsinelli PC |
| Suite 900 | Suite 900 |
| 900 W. 48th Place | 900 W. 48th Place |
| Kansas City, MO 64112 | Kansas City, MO 64112 |

| | | | |
|---|---|---|---|
| Customer ID | DEC0583 | Client No /PO No | ENERGY FUTURE |
| Our Order No. | WL051219 | P.O. Date | 10/10/14 |
| Terms | Net 30 Days | Ordered By | Lindsey Suprum |
| Due Date | 11/09/14 | Ship Via | Reliable responsible for shippin |
| Salesperson | Gene Matthews | | |

| Product Code Description | Size | Originals | Sets | Total | Quantity | Unit | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| R00197 Print From CM/ECF Site | | 777 | 1 | 777 | 777 | PAGE | 0.20 | 155.40 |
| R00108 Tabs Pre-printed | | 30 | 1 | 30 | 30 | EA | 0.25 | 7.50 |
| R00109 Tabs Custom | | 26 | 1 | 26 | 26 | EA | 0.50 | 13.00 |
| I01012 Binder, View, 3" Black | | 1 | 1 | | 1 | EA | 9.00 | 9.00 |

| | |
|---|---|
| Subtotal: | 184.90 |
| Sales Tax: | 0.00 |
| Total: | 184.90 |
| Paid at POS | 0.00 |
| Payments/Credits Applied | 0.00 |
| Total Due: | 184.90 |

All payments are due and payable in full within 30 days from the date of invoice. A finance charge of 1.5% per month will be added on all past due amounts immediately following the date on which payment is due. Customer agrees to pay, in addition to the overdue amount and interest that has accrued thereon, all fees, costs and expenses incurred in connection with any collection or legal action, including, but not limited to reasonable attorneys' fees, costs and expenses.

Reliable maintains client data for thirty (30) days from date of delivery. Clients should review data upon delivery and immediately notify us of any problems. Deviations from the standard retention policy can be made upon request.

2ᵇ

## Veritext New York Reporting Co.

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



078582-475724

| Bill To: | Lindsey Suprum<br>Polsinelli PC<br>222 Delaware Ave.<br>Suite 1101<br>Wilmington, DE, 19801-1621 | | | | Invoice #:<br>Invoice Date:<br>Balance Due: | NY2151226<br>10/13/2014<br>$34.80 |

| Case: | Energy Future Holdings v. | | | Case #: | 14-10979 |
|---|---|---|---|---|---|
| Job #: | 1947862 | Job Date: 10/10/2014 | Delivery: Daily | Judge: | Sontchi |
| Billing Atty: | Lindsey Suprum | | | | |
| Location: | US Bankruptcy Court Delaware Division<br>824 Market Street | | Wilmington, DE 19801 | | | |
| Sched Atty: | Beth Friedman | Kirkland & Ellis LLP | | | |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| 14-10979 | Certified Transcript | Page | 29.00 | $1.20 | $34.80 |
| Notes: | | | Invoice Total: | | $34.80 |
| | | | Payment: | | $0.00 |
| | | | Credit: | | $0.00 |
| | | | Interest: | | $0.00 |
| | | | Balance Due: | | $34.80 |

TERMS:  Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 60 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult https://www.veritext.com/services/all-services/service-information

To pay online, go to
www.Veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | NY2151226 |
|---|---|
| Job #: | 1947862 |
| Invoice Date: | 10/13/2014 |
| Balance: | $34.80 |

14

energy futures



CAVANAUGHS RESTAURANT
703 N MARKET ST
WILMINGTON DE 19801
302-656-4067

Terminal ID: 00648739          0001

10/13/14                    11:29 AM

SERVER #: 8

VISA
ACCT #: ************7969 M
CREDIT SALE
UID: 428626712690    REF #: 0043
BATCH #: 003      AUTH #: 086103

AMOUNT            $55.50

TIP        $_____

TOTAL      $_____

**APPROVED**

CUSTOMER COPY

NC #01
11:23 AM 116498
COVERS6

$10.25
$7.75
$7.75
$7.75
$3.00
$10.25
$1.00
$7.75
$55.50

# Court Conference, a division of CourtCall

## Confirmation and Invoice (No separate statement will be sent)

| | |
|---|---|
| **Attorney Name :** | Justin Edelson |
| **Firm Name :** | Polsinelli PC |
| **Tel :** | (302) 252-0925    **Fax:** |
| **Representing :** | Creditor, Official Committee of Unsecured Creditors / LIVE |
| **Customer Ref. # :** | |
| **Appearance Date/Time :** | Friday, October 10th, 2014 at 2:00 PM ET |
| **Judge Name :** | Honorable Christopher S. Sontchi |
| **Court Name :** | U.S. Bankruptcy Court-Delaware (DE - US) |
| **Case Name :** | Energy Future Holdings Corp. |
| **Case Number :** | 14-10979 |
| **Proceeding Type :** | Hearing |
| **Court Conference ID# :** | 6522339 |

OUR TAX ID #:95-4568415

Mandatory procedures for your CourtCall® Appearance are as follows:

1. It is the participant's responsibility to dial into the conference at least ten minutes prior to the scheduled hearing time by dialing (800) 447-3470. CourtCall does not call the participant. If you are unavoidably late and Court is already in session, you must wait for an appropriate moment to announce yourself. Do not interrupt the Judge.

2. Please take a moment to review this Confirmation. If a change or correction is required, or if you have not received a Confirmation for each reservation made, please contact us at: (866) 582-6878 or (310) 743-1886.

> Do not use a payphone, cellular phone, headset or speakerphone or incorporate/join this call into another conference call. Never place this conference on hold.

3. Once you have joined the call do not place the call on hold or allow anyone else to hold on your behalf. During the entirety of the call, you should be in a **quiet area** with your attention focused solely on the conference. Refrain from making or allowing any unnecessary background noise such as cell phones ringing, intercoms, typing, paper-shuffling, dogs barking, etc. If your matter is being heard in Court, the Judge will not tolerate any disruptions on the conference line. If you are comfortable using the mute feature on your phone, you may use it but be sure to un-mute it when your matter is called.

4. Unless you have been designated a "listen only" line, you will be in "open conference" mode. Listen carefully to Court proceedings as the Court may make general observations applicable to all matters, which will not be repeated. **When speaking with the Court identify yourself each time you speak.** The Court expects you to act professionally and failure to adhere to these instructions may result in the termination of your call or the entire conference, sanctions for a non-appearance, an order to appear in Court at the next session or other consequences the Court deems appropriate, as well as withdrawing the privilege of appearing remotely in the future.

5. It is the participant's (or scheduling party's) responsibility to notify CourtCall of any continuance or cancellation prior to the scheduled hearing time to have any previously paid fees applied to the continued hearing or to be eligible for a refund, as the Court will not notify CourtCall of any continuance or cancellation of your matter. Matters continued at the time of the hearing must be rescheduled and a new fee will apply. To continue or cancel your CourtCall Appearance, call (866) 582-6878 prior to the scheduled appearance time.

6. Please hang up your phone immediately after the Judge concludes your case.

7. Subject to the incremental fees set forth below: If you have multiple appearances during one calendar, you will be charged the appearance fee for each separate matter. If the Judge hears your cases consecutively, you will be charged one fee for all consecutive appearances.

COURTCALL'S LIABILITY CONCERNING THIS REMOTE APPEARANCE IS LIMITED TO THE FEE PAID TO COURTCALL

The charge for this Court Conference appearance is $30.00.

This fee will be supplemented based on the length of the call as follows: First 45 minutes = $30.00, each additional 15 minutes = $7.00.

If you have a CourtCall Debit Account with us or have previously provided credit card information, your account or card will be automatically charged and no separate statement will be sent. Otherwise, you will receive an invoice for the total amount within 30 days of the appearance date. If paying by check, please mail it with a copy of this Confirmation or your Invoice, payable to CourtCall at 6383 Arizona Circle, Los Angeles, CA 90045.

# Court Conference, a division of CourtCall
## Confirmation and Invoice (No separate statement will be sent)

|  |  |
|---|---|
| Attorney Name : | Christopher A. Ward |
| Firm Name : | Polsinelli PC |
| Tel : | (302) 252-0922     Fax:    (302) 252-0921 |
| Representing : | Creditor, Unsecured Creditors / LIVE |
| Customer Ref. # : | |
| Appearance Date/Time : | Friday, October 10th, 2014 at 2:00 PM ET |
| Judge Name : | Honorable Christopher S. Sontchi |
| Court Name : | U.S. Bankruptcy Court-Delaware (DE - US) |
| Case Name : | Energy Future Holdings Corp. |
| Case Number : | 14-10979 |
| Proceeding Type : | Hearing |
| Court Conference ID# : | 6522322 |

OUR TAX ID #:95-4568415

Mandatory procedures for your CourtCall® Appearance are as follows:

1. It is the participant's responsibility to dial into the conference at least ten minutes prior to the scheduled hearing time by dialing (800) 447-3470. CourtCall does not call the participant. If you are unavoidably late and Court is already in session, you must wait for an appropriate moment to announce yourself. Do not interrupt the Judge.

2. Please take a moment to review this Confirmation. If a change or correction is required, or if you have not received a Confirmation for each reservation made, please contact us at: (866) 582-6878 or (310) 743-1886.

> **Do not use a payphone, cellular phone, headset or speakerphono or incorporate/join this call into another conference call. Never place this conference on hold.**

3. Once you have joined the call do not place the call on hold or allow anyone else to hold on your behalf. During the entirety of the call, you should be in a **quiet area** with your attention focused solely on the conference.   Refrain from making or allowing any unnecessary background noise such as cell phones ringing, intercoms, typing, paper-shuffling, dogs barking, etc. If your matter is being heard in Court, the Judge will not tolerate any disruptions on the conference line. If you are comfortable using the mute feature on your phone, you may use it but be sure to un-mute it when your matter is called.

4. Unless you have been designated a "listen only" line, you will be in "open conference" mode. Listen carefully to Court proceedings as the Court may make general observations applicable to all matters, which will not be repeated. **When speaking with the Court identify yourself each time you speak.** The Court expects you to act professionally and failure to adhere to these instructions may result in the termination of your call or the entire conference, sanctions for a non-appearance, an order to appear in Court at the next session or other consequances the Court deems appropriate, as well as withdrawing the privilege of appearing remotely in the future.

5. It is the participant's (or scheduling party's) responsibility to notify CourtCall of any continuance or cancellation prior to the scheduled hearing time to have any previously paid fees applied to the continued hearing or to be eligible for a refund, as the Court will not notify CourtCall of any continuance or cancellation of your matter. Matters continued at the time of the hearing must be rescheduled and a new fee will apply. To continue or cancel your CourtCall Appearance, call (866) 582-6878 prior to the scheduled appearance time.

6. Please hang up your phone immediately after the Judge concludes your case.

7. Subject to the incremental fees set forth below: If you have multiple appearances during one calendar, you will be charged the appearance fee for each separate matter. If the Judge hears your cases consecutively, you will be charged one fee for all consecutive appearances.

COURTCALL'S LIABILITY CONCERNING THIS REMOTE APPEARANCE IS LIMITED TO THE FEE PAID TO COURTCALL

The charge for this Court Conference appearance is $30.00.

This fee will be supplemented based on the length of the call as follows: First 45 minutes = $30.00, each additional 15 minutes = $7.00.

If you have a CourtCall Debit Account with us or have previously provided credit card information, your account or card will be automatically charged and no separate statement will be sent. Otherwise, you will receive an invoice for the total amount within 30 days of the appearance date. If paying by check, please mail it with a copy of this Confirmation or your Invoice, payable to  CourtCall at 6383 Arizona Circle, Los Angeles, CA  90045.

# Court Conference, a division of CourtCall

## Confirmation and Invoice (No separate statement will be sent)

**Attorney Name :** Jarrett Vine

**Firm Name :** Polsinelli PC

**Tel :** (302) 252-0929   **Fax:** (302) 252-0921

**Representing :** Creditor, Official Committee of Unsecured Creditors / LIVE

**Customer Ref. # :**

**Appearance Date/Time :** Friday, October 10th, 2014 at 2:00 PM ET

**Judge Name :** Honorable Christopher S. Sontchi

**Court Name :** U.S. Bankruptcy Court-Delaware (DE - US)

**Case Name :** Energy Future Holdings Corp.

**Case Number :** 14-10979

**Proceeding Type :** Hearing

**Court Conference ID# :** 6522333

OUR TAX ID #:95-4568415

Mandatory procedures for your CourtCall® Appearance are as follows:

1. It is the participant's responsibility to dial into the conference at least ten minutes prior to the scheduled hearing time by dialing (800) 447-3470. CourtCall does not call the participant. If you are unavoidably late and Court is already in session, you must wait for an appropriate moment to announce yourself. Do not interrupt the Judge.

2. Please take a moment to review this Confirmation. If a change or correction is required, or if you have not received a Confirmation for each reservation made, please contact us at: (866) 582-6878 or (310) 743-1886.

> Do not use a payphone, cellular phone, headset or speakerphone or incorporate/join this call into another conference call. Never place this conference on hold.

3. Once you have joined the call do not place the call on hold or allow anyone else to hold on your behalf. During the entirety of the call, you should be in a **quiet area** with your attention focused solely on the conference. Refrain from making or allowing any unnecessary background noise such as cell phones ringing, intercoms, typing, paper-shuffling, dogs barking, etc. If your matter is being heard in Court, the Judge will not tolerate any disruptions on the conference line. If you are comfortable using the mute feature on your phone, you may use it but be sure to un-mute it when your matter is called.

4. Unless you have been designated a "listen only" line, you will be in "open conference" mode. Listen carefully to Court proceedings as the Court may make general observations applicable to all matters, which will not be repeated. **When speaking with the Court identify yourself each time you speak.** The Court expects you to act professionally and failure to adhere to these instructions may result in the termination of your call or the entire conference, sanctions for a non-appearance, an order to appear in Court at the next session or other consequences the Court deems appropriate, as well as withdrawing the privilege of appearing remotely in the future.

5. It is the participant's (or scheduling party's) responsibility to notify CourtCall of any continuance or cancellation prior to the scheduled hearing time to have any previously paid fees applied to the continued hearing or to be eligible for a refund, as the Court will not notify CourtCall of any continuance or cancellation of your matter. Matters continued at the time of the hearing must be rescheduled and a new fee will apply. To continue or cancel your CourtCall Appearance, call (866) 582-6878 prior to the scheduled appearance time.

6. Please hang up your phone immediately after the Judge concludes your case.

7. Subject to the incremental fees set forth below: If you have multiple appearances during one calendar, you will be charged the appearance fee for each separate matter. If the Judge hears your cases consecutively, you will be charged one fee for all consecutive appearances.

COURTCALL'S LIABILITY CONCERNING THIS REMOTE APPEARANCE IS LIMITED TO THE FEE PAID TO COURTCALL

The charge for this Court Conference appearance is $30.00.

This fee will be supplemented based on the length of the call as follows: First 45 minutes = $30.00, each additional 15 minutes = $7.00.

If you have a CourtCall Debit Account with us or have previously provided credit card information, your account or card will be automatically charged and no separate statement will be sent. Otherwise, you will receive an invoice for the total amount within 30 days of the appearance date. If paying by check, please mail it with a copy of this Confirmation or your invoice, payable to CourtCall at 6383 Arizona Circle, Los Angeles, CA 90045.

Reliable Wilmington
1007 N. Orange Street
Wilmington, DE 19801
Phone # 302-654-8080
Fax # 302-654-8880



**INVOICE**

Date     10/14/14
Number WL051265
Page  1

customerservice@reliable-co.com
Fed Id # 23-2673700

078582-475724

Sold To:
Polsinelli PC
Suite 900
900 W. 48th Place
Kansas City, MO  64112

Ship To:
Polsinelli PC
Suite 900
900 W. 48th Place
Kansas City, MO  64112

| | |
|---|---|
| Customer ID | DEC0583 |
| Our Order No. | WL051265 |
| Terms | Net 30 Days |
| Due Date | 11/13/14 |
| Salesperson | Gene Matthews |

| | |
|---|---|
| Client No./PO No EFH | |
| P.O. Date | 10/14/14 |
| Ordered By | Justin Edelson |
| Ship Via | Reliable responsible for shippin |

| Product Code Description | Size | Originals | Sets | Total | Quantity | Unit | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| R00197 Print From CM/ECF Site | | 431 | 1 | 431 | 431 | PAGE | 0.20 | 86.20 |
| R00031 Duplicating-Med. Litigation | | 431 | 1 | 431 | 431 | IMPRE | 0.10 | 43.10 |
| R00038 Dig Print BW Lrge Office Doc | | 176 | 1 | 176 | 176 | PAGE | 0.10 | 17.60 |
| R00108 Tabs Pre-printed | | 20 | 1 | 20 | 20 | EA | 0.25 | 5.00 |

| | |
|---|---|
| Subtotal: | 151.90 |
| Sales Tax | 0.00 |
| Total: | 151.90 |
| Paid at POS | 0.00 |
| Payments/Credits Applied | 0.00 |
| Total Due: | 151.90 |

All payments are due and payable in full within 30 days from the date of invoice. A finance charge of 1.5% per month will be added on all past due amounts immediately following the date on which payment is due. Customer agrees to pay, in addition to the overdue amount and interest that has accrued thereon, all fees, costs and expenses incurred in connection with any collection or legal action, including, but not limited to reasonable attorneys' fees, costs and expenses.

Reliable maintains client data for thirty (30) days from date of delivery. Clients should review data upon delivery and immediately notify us of any problems. Deviations from the standard retention policy can be made upon request.

27

Reliable Wilmington
1007 N. Orange Street
Wilmington, DE 19801
Phone # 302-654-8060
Fax # 302-654-8880



E Discovery & | Managed Services | Business Document
Litigation Support | & Consulting | Services

customerservice@reliable-co.com
Fed Id # 23-2473700

**INVOICE**

Date    10/14/14
Number WL051272

Page  1

078582-475724

Sold To:
Polsinelli PC
Suite 900
900 W, 48th Place
Kansas City, MO 64112

Ship To:
Polsinelli PC
Suite 900
900 W, 48th Place
Kansas City, MO 64112

Customer ID    DEC0583
Our Order No.  WL051272
Terms          Net 30 Days
Due Date       11/13/14
Salesperson    Gene Matthews

Client No./PO No ENERGY FUTURE
P.O. Date    10/14/14
Ordered By   Kayla
Ship Via     Reliable responsible for shippin.

| Product Code Description | Size | Originals | Sets | Total | Quantity | Unit | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| R00189 Client Special Pickup - Cleo Pizza | | 1 | 1 | 1 | 1 | EA | 98.13 | 98.13 |

| | |
|---|---|
| Subtotal: | 98.13 |
| Sales Tax | 0.00 |
| Total: | 98.13 |
| Paid at POS | 0.00 |
| Payments/Credits Applied: | 0.00 |
| Total Due: | 98.13 |

All payments are due and payable in full within 30 days from the date of invoice. A finance charge of 1.5% per month will be added on all past due amounts immediately following the date on which payment is due. Customer agrees to pay, in addition to the overdue amount and interest that has accrued thereon, all fees, costs and expenses incurred in connection with any collection or legal action, including, but not limited to reasonable attorneys' fees, costs and expenses.

Reliable maintains client data for thirty (30) days from date of delivery. Clients should review data upon delivery and immediately notify us of any problems. Deviations from the standard retention policy can be made upon request.

31

Reliable Wilmington
1007 N. Orange Street
Wilmington, DE 19801
Phone # 302-654-8080
Fax # 302-654-8880

customerservice@reliable-co.com
Fed Id # 23-2473703



E-Discovery & | Managed Services | Business Document
Litigation Support | & Consulting | Services

**INVOICE**

Date      10/15/14
Number WL051368

Page 1

078 SE2 - 475724

Sold To:
Polsinelli PC
Suite 900
900 W. 48th Place
Kansas City, MO 64112

Ship To:
Polsinelli PC
Suite 900
900 W. 48th Place
Kansas City, MO 64112

Customer ID    DEC0583
Our Order No.  WL051368
Terms          Net 30 Days
Due Date       11/14/14
Salesperson    Gene Matthews

Client No./PO No EFH
P.O. Date       10/15/14
Ordered By      Lindsey Suprum
Ship Via        Reliable responsible for shippin

| Product Code Description | Size | Originals | Sets | Total | Quantity | Unit | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| R00181 Hand Delivery Courier Service - Judge Sontchi | | 1 | 1 | 1 | 1 | EA | 7.50 | 7.50 |

| | |
|---|---|
| Subtotal | 7.50 |
| Sales Tax | 0.00 |
| Total | 7.50 |
| Paid at POS | 0.00 |
| Payments/Credits Applied | 0.00 |
| Total Due: | 7.50 |

All payments are due and payable in full within 30 days from the date of invoice. A finance charge of 1.5% per month will be added on all past due amounts immediately following the date on which payment is due. Customer agrees to pay, in addition to the overdue amount and interest that has accrued thereon, all fees, costs and expenses incurred in connection with any collection or legal action, including, but not limited to reasonable attorneys' fees, costs and expenses.

Reliable maintains client data for sixty (30) days from date of delivery. Clients should review data upon delivery and immediately notify us of any problems. Deviations from the standard retention policy can be made upon request.

3º

CAVANAUGHS RESTAURANT
703 N MARKET ST
WILMINGTON DE 19801
302-656-4067

Terminal ID: 00648739          000
---------------------------------
10/15/14                    11:06 AM

SERVER #: 1

VISA
ACCT #: ****xxxxxxxx7969 M
CREDIT SALE
UID: 428838042551     REF #: 0101
BATCH #: 005     AUTH #: 000732

AMOUNT                      $8.75

TIP              $_____

TOTAL            $_____

APPROVED

CUSTOMER COPY

*energy lectures*

## Caretta Whitten

| | |
|---|---|
| **From:** | Lindsey Suprum |
| **Sent:** | Thursday, October 16, 2014 3:39 PM |
| **To:** | Caretta Whitten |
| **Subject:** | FW: Pay.gov Payment Confirmation: DED CM ECF |

Bill to Energy Future for Pro Hac Fee.  Thanks!

-----Original Message-----
From: paygovadmin@mail.doc.twai.gov [mailto:paygovadmin@mail.doc.twai.gov]
Sent: Thursday, October 16, 2014 3:35 PM
To: Lindsey Suprum
Subject: Pay.gov Payment Confirmation: DED CM ECF

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact Ron Eberhard at (302) 573-6170.

Application Name: DED CM ECF
Pay.gov Tracking ID: 25I1G4JA
Agency Tracking ID: 0311-1608925
Transaction Type: Sale
Transaction Date: Oct 16, 2014 3:35:17 PM

Account Holder Name: Caretta Whitten - Polsinelli, PC
Transaction Amount: $25.00
Billing Address: 900 W. 48th Place
Billing Address 2: Suite 900
City: Kansas City
State/Province: MO
Zip/Postal Code: 64112
Country: USA
Card Type: Visa
Card Number: ************7969


THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.



| Invoice Number | 85620 |
|---|---|

| **Date** |
|---|
| 10/19/2014 |

**PO Box 2206**
**Wilmington, DE 19899**

| Bill To |
|---|
| Polsinelli Shughart<br>222 Delaware Avenue, Suite 1101<br>Wilmington, DE 19801 |

For Terms and Conditions please visit our website at dlsdiscovery.net/invoiceinfo

| Cost Center | Terms | TAX ID |
|---|---|---|
| Polsinelli Polsinelli | Upon Receipt | 51-0368307 |

| Serviced | Description | Service Type | Cost | Amount |
|---|---|---|---|---|
| 10/14/2014 | #150080 From: Polsinelli, 222 delaware Ave 1101<br>Wilmington, DE, 19801<br>To: District Court- Clerks Office, 844 N King Street<br>Wilmington, DE, 19801 | Service: Rush Delivery<br>Ref: HEN025-447515<br>Pick Contact: Lindsay<br>Del Contact: | Rush Delivery: $6.50 | 6.50 |
| 10/14/2014 | #150185 From: Polsinelli, 222 delaware Ave 1101<br>Wilmington, DE, 19801<br>To: District Court- Clerks Office, 844 N King Street<br>Wilmington, DE, 19801 | Service: Rush Delivery<br>Ref:<br>Pick Contact: Lindsay<br>Del Contact: | Rush Delivery: $6.50 | 6.50 |
| 10/16/2014 | #150306 From: Purebread Deli, 500  Delaware Ave<br>Wilmington, DE, 19801<br>To: Polsinelli, 222 delaware Ave 1101<br>Wilmington, DE, 19801 | Service: Food Pickup Delivery<br>Ref: Energy Futures<br>Pick Contact:<br>Del Contact: Kayla | Food Pickup Del: $15.00<br>Cash Advance: $98.98 | 113.98 |
| 10/16/2014 | #150307 From: Purebread Deli, 500  Delaware Ave<br>Wilmington, DE, 19801 | Service: Food Pickup Delivery<br>Ref: Energy Futures | Food Pickup Del: $15.00<br>Cash Advance: $115.48 | 130.48 |

| Thank you for your business.  We look forward to working with you again. | **Total** | |
|---|---|---|
| If you have questions regarding courier service or pricing contact Jeff Low at 302.654.3345 or jefflow@dlsdiscovery.net | **Payments/Credits** | |
| | **Balance Due** | |



**PO Box 2206**
**Wilmington, DE 19899**

| Invoice Number | 85620 |
|---|---|
| | **Date** |
| | 10/19/2014 |

| Bill To |
|---|
| Polsinelli Shughart<br>222 Delaware Avenue, Suite 1101<br>Wilmington, DE 19801 |

For Terms and Conditions please visit our
website at dlsdiscovery.net/invoiceinfo

| Cost Center | Terms | TAX ID |
|---|---|---|
| Polsinelli Polsinelli | Upon Receipt | 51-0368307 |

| Serviced | Description | Service Type | Cost | Amount |
|---|---|---|---|---|
| | To: Polsinelli, 222 delaware Ave 1101<br>Wilmington, DE, 19801 | Pick Contact:<br>Del Contact: Kayla | | |
| 10/17/2014 | #150499 From: Capriotti's , 570 N Union St<br><br>Wilmington, DE, 19805<br><br>To: Polsinelli, 222 delaware Ave 1101<br>Wilmington, DE, 19801 | Service: Drive<br>Wilmington<br>Ref: EFH<br><br>Pick Contact:<br>Del Contact: Kayla | Drive Wilmingto:<br>$26.50<br>Cash Advance:<br>$175.88 | 202.38 |
| 10/17/2014 | #150677 From: Polsinelli, 222 delaware Ave 1101<br><br>Wilmington, DE, 19801<br><br>To: Hotel Dupont, 42 W 11th St<br>Wilmington, DE, 19801 | Service: Rush<br>Delivery<br>Ref: Energy<br>Futures<br>Pick Contact:<br>Del Contact: | Rush Delivery:<br>$6.50 | 6.50 |

| Thank you for your business.  We look forward to working with you again. | **Total** | $466.34 |
|---|---|---|
| If you have questions regarding courier service or pricing contact Jeff Low at<br>302.654.3345 or jefflow@dlsdiscovery.net | **Payments/Credits** | $-466.34 |
| | **Balance Due** | $0.00 |

# Invoice

| Date | Invoice # | Created From Sales Order #413057 |
|------|-----------|------------------------------|
| 10/17/2014 | 541619 | |

**Customer**
2755 Polsinelli, PC - DE



**Bill To**
Accounts Payable
Polsinelli PC
222 Delaware Avenue
Suite 1101
Wilmington DE 19801

07858 2-475724

**Please Send Payment To:**

**Parcels, Inc.**
P.O. Box 848
New Castle, DE 19720
United States
(302) 658-9926

For all inquiries regarding your account,
please call 302-658-9926 or email,
accounting@parcelsinc.com

Please cut here and return top portion with payment. Make checks payable to Parcels, Inc.

| Invoice # | Customer | | Terms | Payment Due |
|-----------|----------|--|-------|-------------|
| 541649 | 2755 Polsinelli, PC - DE | | Net 30 | 11/16/2014 |

| Reference/P.O.# | Date of Job | Time Received | Created From | Date |
|-----------------|-------------|---------------|--------------|------|
| Energy Future | 10/15/2014 | 5:34 pm | Sales Order #413057 | 10/17/2014 |

**Contact**
2755 Polsinelli, PC - DE :
Lindsey Suprum
302-252-0920

lsuprum@polsinelli.com

**Color**
Jarrett Vine

**Job Detail**
Download and blowback x5 and x10
Insert number tabs per exhibit
Place into binders with cover and spine
"EFHC Exhibit List for Bidding Procedures Motion"

**Parcels Division**
Production Center

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 26,930 | Pages Printed 8.5x11 B&W - Hole Punched Paper | 0.15 | 4,039.50 |
| 2,700 | Pages Printed 8.5x11 Color | 1.00 | 2,700.00 |
| 1,012 | Tabs | 0.25 | 253.00 |
| 15 | 3" (3-Ring Binder w/ Label Holder/Plain or Clear View) | 15.00 | 225.00 |
| 10 | 4" (3-Ring Binder w/ Label Holder/Plain or Clear View) | 18.00 | 180.00 |
| 50 | Custom Insert/Spine | 1.00 | 50.00 |

| | Total | **$7,447.50** |
|--|-------|---------------|

NOTICE: Parcels, Inc. ("Parcels") has provided the above noted services ("Services") pursuant to the instructions of the recipient hereof ("Client"). To the fullest extent permitted under applicable law, Client agrees that Parcels had any liability shall solely be to its own negligence, mistake or omission and the total aggregate liability of Parcels in connection with the provision of the Services shall not exceed the amount of this Invoice. Client hereby agrees that the aforesaid limitation shall apply to any and all liability or cause of action against Parcels however absent or arising. Parcels shall not in any event be liable for any consequential, incidental, special, punitive or indirect damages including loss of profits, revenue, data, cost of money or business opportunities, regardless of whether notice has been given of them or as institution that such damages have been or may be incurred.

7

# Invoice



**Parcels**

| Date | Invoice # |
|---|---|
| 10/17/2014 | 54650 |

*Same Order #411032*

| Customer |
|---|
| 2755 Polsinelli, PC - DE |

**Bill To**

Accounts Payable
Polsinelli PC
222 Delaware Avenue
Suite 1101
Wilmington DE 19801

0485825-475424

Please Send Payment To:

**Parcels, Inc.**
P.O. Box 646
New Castle, DE 19720
United States
(302) 658-9926

For all inquiries regarding your account,
please call 302-658-9926 or email:
accounting@parcelsinc.com

Please read front and back of this invoice before you make payment. Invoice payable to Parcels, Inc.

| Invoice # | Customer | Terms | Payment Due |
|---|---|---|---|
| 94650 | 2755 Polsinelli, PC - DE | Net 30 | 11/16/2014 |

| Reference/PO # | Date of Job | Time Received | Created From | Date |
|---|---|---|---|---|
| Energy Futures | 10/15/2014 | 3:08 pm | Same Order #411032 | 10/17/2014 |

**Contact**
2755 Polsinelli, PC - DE :
Lindsey Shaphun
302-252-0920
lsuphun@polsinelli.com

**Production Center**
Parcels Division

**Job Detail**
Download documents from docket report
Blowback X3
Insert number tabs
Place info binder with cover
"New York EFH - Bidding Procedures"

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 2,565 | Paper Printed 8.5x11 B&W - Hole Punched Paper | 0.15 | 384.75 |
| 201 | Tabs | 0.25 | 50.25 |
| 1 | 3" O-Ring Binder w/ Label Holder(Front or Clear View) | 13.00 | 13.00 |
| 3 | Custom Insert/Spine | 1.00 | 3.00 |

| | Total | $483.00 |
|---|---|---|

Two copies of each invoice are ordinarily sent. One copy should be returned with payment. Please remember: accounts are payable within thirty days of invoice date unless other arrangements have been made with the credit manager. Interest of one and one-half percent per month, annual percentage rate of eighteen percent, will be added to past-due accounts. All collection fees, including court costs and reasonable attorney's fees, will be the responsibility of the client.

# Invoice

| Date | Invoice # | |
|---|---|---|
| 10/17/2014 | 541675 | Sales Order #413360 |

**Customer**

2755 Polsinelli, PC - DE



**Bill To**

Accounts Payable
Polsinelli PC
222 Delaware Avenue
Suite 1101
Wilmington DE 19801

078582- 475724

Please Send Payment To:

**Parcels, Inc.**
P.O. Box 646
New Castle, DE 19720
United States
(302) 658-9925

For all inquiries regarding your account,
please call 302-858-9926 or email,
accounting@parcelsinc.com

Please and remit this paper top portion with payment. Make checks payable to Parcels Inc.

---

| Invoice # | Customer | | | Terms | Payment Due | |
|---|---|---|---|---|---|---|
| 541675 | 2755 Polsinelli, PC - DE | | | Net 30 | 11/16/2014 | |

| Reference#/P.O.# | | Date of Job | Time Received | Created From | Date |
|---|---|---|---|---|---|
| Energy Futures | | 10/17/2014 | 12:21 pm | Sales Order #413360 | 10/17/2014 |

**Contact**

2755 Polsinelli, PC - DE :
Lindsey Suprum
302-252-0920

lsuprum@polsinelli.com

**Caller**

**Job Detail**

Blowback x 2 from network
Insert generic tabs per exhibit
Place into binders with covers and spine
" 1 - 76 "

**Parcels Division**

**Production Center**

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 5,742 | Pages Printed 8.5x11 B&W - Hole Punched Paper | 0.15 | 861.30 |
| 360 | Pages Printed 8.5x11 Color | 1.00 | 360.00 |
| 152 | Tabs | 0.25 | 38.00 |
| 6 | 3" G-Ring Binder w/ Label Holder/Plain or Clear View) | 15.00 | 90.00 |
| 12 | Custom Insert/Spine | 1.00 | 12.00 |

| | Total | **$1,361.30** |
|---|---|---|

NOTICE: Parcels, Inc. ("Parcels") has provided the above listed services (Services) pursuant to its instructions of the requirements of Client. To the fullest extent permitted under applicable law, Client agrees that Parcels' liability for resulting from any act of negligence, mistake or omission and the total amount liability of Parcels in connection with the purchase of the Services shall not exceed the amount of this invoice. Client hereby agrees that the aforesaid limitation shall apply to any and all liability or cause of action against Parcels however alleged or arising. Parcels shall not in any event be liable for any consequential, incidental, special punitive or indirect damages, including loss of profits, revenue, lost use of money or business opportunities, regardless of whether notice has been given or there is an awareness that such damages have been or may be incurred.

# Invoice

| Acct. No. | Date | Invoice # |
|---|---|---|
| 2755 | 10/17/2014 | 541728 |

**Customer**

2755 Polsinelli, PC - DE

**Parcels**

**Bill To**

Accounts Payable
Polsinelli PC
222 Delaware Avenue
Suite 1101
Wilmington DE 19801

078582- 475724

**Please Send Payment To:**

**Parcels, Inc.**
P.O. Box 646
New Castle, DE 19720
United States
(302) 658-9926

For all inquiries regarding your account, please call
302-658-9926 or email, accounting@parcelsinc.com

Please cut here and return top portion with payment. Make checks payable to Parcels, Inc.

| Invoice # | Customer | | Terms | Payment Due |
|---|---|---|---|---|
| 541728 | 2755 Polsinelli, PC - DE | | Net 30 | 11/16/2014 |

| Reference | Date of Job | Time Received | Created From | Date |
|---|---|---|---|---|
| energy future | 10/17/2014 | 2:45 pm | Sales Order 6415537B | 10/17/2014 |

| Contact | Pickup Information | Delivery Information | Attorney |
|---|---|---|---|
| 2755 Polsinelli, PC - DE : Lindsey Suprum 302-252-0920 | U.S. Bankruptcy Court 6, Judge Sontchi's Courtroom 824 N Market Street U.S. Bankruptcy Court, 5th Floor Wilmington DE | Polsinelli Shugart 222 Delaware Avenue 11th floor Wilmington DE | |

| Requested By | Special Instructions |
|---|---|
| **Parcels Division** | |
| Courier | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Downtown Delivery/Pickup (before 5:00pm) | 7.50 | 7.50 |
| 10 | Box Charge | 5.00 | 50.00 |
| 30 | Waiting Time | 0.67 | 20.10 |

| | Total | $77.60 |
|---|---|---|

NOTICE: Parcels, Inc. ("Parcels") has provided the above-listed services ("Services") pursuant to the instructions of the designated party ("Client"). To the fullest extent permitted under applicable law, Client agrees that Parcels' liability measured in dollars for its own negligence in measure of Services and that its aggregate liability. Parcels in connection with the provision of the Services shall not exceed the amount of this invoice. Client hereby agrees that this provision shall apply to any and all liability or cause of action against Parcels however alleged or arising. Parcels shall not in any event be liable for any consequential, incidental, special, punitive or indirect damages, including loss of profits, revenue, interest, loss of money or business opportunities, regardless of whether notice has been given or. There is an express warranty than such damages have been or may be incurred.

9

# Invoice

| Acct. No. | Date | Invoice # |
|---|---|---|
| 2755 | 10/17/2014 | 541729 |

**Customer**

2755 Poisinelli, PC - DE

## Parcels

**Bill To**          078582 - 475724

Accounts Payable
Polsinelli PC
222 Delaware Avenue
Suite 1101
Wilmington DE 19801

Please Send Payment To:

**Parcels, Inc.**
P.O. Box 646
New Castle, DE 19720
United States
(302) 658-9926

For all inquires regarding your account, please call
302-658-9926 or email, accounting@parcelsinc.com

Please detach and return top portion with payment, Make checks payable to Parcels, Inc.

| Invoice # | Customer | | | | Terms | Payment Due |
|---|---|---|---|---|---|---|
| 541729 | 2755 Polsinelli, PC - DE | | | | Net 30 | 11/16/2014 |
| **Reference** | | **Date of Job** | **Time Received** | | **Created From** | **Date** |
| energy future | | 10/17/2014 | 7:30 am | | Same Order #413232 | 10/17/2014 |

| Contact | Pickup Information | Delivery Information | Attorney |
|---|---|---|---|
| 2755 Polsinelli, PC - DE :<br>Lindsey Suprum<br>302-252-0920 | Polsinelli Shugart<br>222 Delaware Avenue<br>11th floor<br>Wilmington<br>DE | Judge Sontchi's Courtroom 6<br>824 N Market Street<br>U.S. Bankruptcy Court, 5th Floor<br>Wilmington<br>DE | |

| Requested By | Special Instructions |
|---|---|
| **Parcels Division**<br><br>Courier | 7:30 am - boxes |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Downtown Delivery/Pickup (before 5:00pm) | 7.50 | 7.50 |
| 14 | Box Charge | 5.00 | 70.00 |

| | **Total** | **$77.50** |
|---|---|---|

NOTICE: Parcels, Inc. ("Parcels") has provided the above-listed services ("Services") pursuant to the terms/conditions of the respective invoice(s). In the fullest extent permitted by applicable law, Client agrees that Parcels' liability hereunder shall solely be for its own negligence, instead of otherwise and the limit of Parcels' liability of the sole transaction with the provision of the Services shall not exceed the amount of the invoice. Client hereby agrees that the aforesaid limitation shall apply to any and all liability of cause of action against Parcels howsoever alleged or arising. Parcels shall not in any event be liable for any consequential, incidental, special, punitive or indirect damages, including loss of profits revenue, data, use or money, or business opportunities, regardless of whether such action been given or there is an assumption that such damages have been or may be incurred.

4/

# Invoice

| Acct. No. | Date | Invoice # |
|---|---|---|
| 2755 | 10/17/2014 | 541733 |

| Customer |
|---|
| 2755 Polsinelli, PC - DE |

**Bill To**

Accounts Payable
Polsinelli PC
222 Delaware Avenue
Suite 1101
Wilmington DE 19801

078582-475724



Please Send Payment To.

**Parcels, Inc.**
P.O. Box 646
New Castle, DE 19720
United States
(302) 658-0926

For all inquiries regarding your account, please call
302-658-9926 or email, accounting@parcelsinc.com

Please cut here and return top portion with payment. Make checks payable to Parcels, Inc.

| Invoice # | Customer | | Terms | Payment Due |
|---|---|---|---|---|
| 541733 | 2755 Polsinelli, PC - DE | | Net 30 | 11/16/2014 |

| Reference | Date of Job | Time Received | Created From | Date |
|---|---|---|---|---|
| Energy Futures | 10/17/2014 | 3.50 pm | Sales Order #413407 | 10/17/2014 |

| Contact | Pickup Information | Delivery Information | Attorney |
|---|---|---|---|
| 2755 Polsinelli, PC - DE : Amanda Tiradentes | Polsinelli Shugart 222 Delaware Avenue 11th floor Wilmington DE | Wilmington Train Station Wilmington DE | |

| Requested By | Special Instructions |
|---|---|
| | |

**Parcels Division**

Courier

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Shuttle (before 5:00pm) | 50.00 | 50.00 |
| | | **Total** | **$50.00** |

NOTICE: Parcels, Inc. ("Parcels") has provided the above listed services ("Services") pursuant to the instructions of the requestor hereof ("User"). To the fullest extent permitted under applicable law, User agrees that Parcels' liability hereunder shall solely be for its own negligence or omission and the total aggregate liability of Parcels in connection with the provision of the Services shall not exceed the amount of this invoice. User hereby agrees that the aforesaid limitation shall apply to any and all liability or cause of action against Parcels however alleged or arising. Parcels shall not in any event be liable for any consequential, incidental, special, punitive or indirect damages including loss of profits, revenue, data, use of money or business opportunities regardless of whether notice has been given or Parcels is on awareness that such damages have been or may be incurred.

5

078582-475724

## Veritext New York Reporting Co.

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| **Bill To:** | Lindsey Suprum | **Invoice #:** NY2154629 |
| | Polsinelli PC | **Invoice Date:** 10/17/2014 |
| | 222 Delaware Ave. | **Balance Due:** $295.20 |
| | Suite 1101 | |
| | Wilmington, DE, 19801-1621 | |

| | | | |
|---|---|---|---|
| **Case:** | Energy Future Holdings v. | **Case #:** | 14-10979 |
| **Job #:** | 1950141 \| Job Date: 10/15/2014 \| Delivery: Daily | **Judge:** | Sontchi |
| **Billing Atty:** | Lindsey Suprum | | |
| **Location:** | US Bankruptcy Court Delaware Division | | |
| | 824 Market Street \| \| Wilmington, DE 19801 | | |
| **Sched Atty:** | Beth Friedman \| Kirkland & Ellis LLP | | |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| 14-10979 | Certified Transcript | Page | 246.00 | $1.20 | $295.20 |

| | | |
|---|---|---|
| **Notes:** | **Invoice Total:** | $295.20 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $295.20 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/ei-services/service-information

To pay online, go to
**www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
**Veritext**
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | NY2154629 |
| **Job #:** | 1950141 |
| **Invoice Date:** | 10/17/2014 |
| **Balance:** | $295.20 |