# Exhibit D

**(Summary of Professional Services Rendered By Project Category)**

**SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY**

(See Guidelines C.8. for project category information.)

| Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|
| Administration | | | 0.90 | $ 294.00 |
| Asset Disposition | | | 88.40 | $ 40,719.50 |
| Assumption/Rejection of Leases & Contracts | | | 20.20 | $ 10,861.00 |
| Avoidance Action Analysis | | | 83.40 | $ 44,513.00 |
| Bankruptcy-Related Advice | | | 244.90 | $ 113,710.50 |
| Business Operations | | | 58.60 | $ 27,657.50 |
| Case Administration | | | 97.40 | $ 35,387.50 |
| Claims & Plan | | | 1.10 | $ 415.50 |
| Claims Administration & Objections | | | 23.30 | $ 13,346.00 |
| Corporate Governance & Board Matters | | | 7.60 | $ 3,979.00 |
| Employee Benefits/Pensions | | | 7.20 | $ 2,975.00 |
| Employment/Fee Application Objections | | | 2.20 | $ 792.00 |
| Employment/Fee Applications | | | 357.00 | $ 165,951.00 |
| Financing & Cash Collateral | | | 3.40 | $ 1,887.00 |
| General Bankruptcy Advice/Opinions | | | 2.30 | $ 768.00 |
| Litigation Contested Matters(excl assump/rejection motions) | | | 78.70 | $ 37,099.50 |
| Meetings of & Communications with Creditors or the Commi | | | 70.80 | $ 38,406.50 |
| Non-Working Travel | | | 3.40 | $ 1,625.00 |
| Operations | | | 4.20 | $ 1,512.00 |
| Plan & Disclosure Statement (including business plan) | | | 3.60 | $ 1,734.00 |
| Relief from Stay/Adequate Protection Proceedings | | | 1.30 | $ 712.00 |
| Restructurings | | | 1.40 | $ 910.00 |
| Tax Issues | | | 7.60 | $ 3,873.00 |
| | | | 1,168.90 | $ 549,128.50 |

49749394.1