# Exhibit E

## Summary of Total Fees Incurred and Hours Billed During the Fee Period

RLF1 11554476v.1

*Combined - All Entities*
*Summary of Time Detail by Professional*
*September 1, 2014 through December 31, 2014*

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $900.00 | 279.1 | $251,190.00 |
| Emmett Bergman | Managing Director | $750.00 | 623.7 | $467,775.00 |
| John Stuart | Managing Director | $725.00 | 707.2 | $512,720.00 |
| Steve Kotarba | Managing Director | $650.00 | 466.7 | $303,355.00 |
| Matt Frank | Director | $575.00 | 606.7 | $348,875.50 |
| Jodi Ehrenhofer | Director | $525.00 | 632.2 | $331,905.00 |
| Peter Mosley | Director | $525.00 | 473.1 | $248,377.50 |
| Kevin Sullivan | Director | $500.00 | 118.2 | $59,100.00 |
| Mark Zeiss | Director | $500.00 | 303.2 | $151,600.00 |
| Matt Williams | Director | $500.00 | 0.9 | $450.00 |
| Paul Kinealy | Director | $500.00 | 219.4 | $109,700.00 |
| David Blanks | Senior Associate | $450.00 | 530.6 | $238,770.00 |
| Taylor Atwood | Senior Associate | $450.00 | 619.8 | $278,910.00 |
| Jeff Dwyer | Associate | $425.00 | 547.7 | $232,772.50 |
| Richard Carter | Consultant | $400.00 | 505.5 | $202,200.00 |
| Daisy Fitzgerald | Associate | $400.00 | 651.5 | $260,600.00 |
| Scott Safron | Associate | $375.00 | 245.3 | $91,987.50 |
| Jon Rafpor | Analyst | $350.00 | 668.4 | $233,940.00 |
| Michael Dvorak | Analyst | $325.00 | 379.8 | $123,435.00 |
| Michael Williams | Analyst | $325.00 | 420.2 | $136,565.00 |
| Peyton Heath | Analyst | $325.00 | 296.4 | $96,330.00 |
| Robert Country | Analyst | $325.00 | 374.2 | $121,615.00 |
| Sarah Pittman | Analyst | $325.00 | 475.5 | $154,537.50 |
| Scott Hedges | Analyst | $325.00 | 33.2 | $10,790.00 |
| Scott Safron | Associate | $300.00 | 68.7 | $20,610.00 |
| Mary Napoliello | Paraprofessional | $250.00 | 164.6 | $41,150.00 |
| | | *Total* | 10,411.8 | $5,029,260.50 |