**<u>Exhibit F</u>**

**Summary of Actual and Necessary Expenses for the Fee Period**

*Exhibit F*

***Combined***
***Energy Future Holdings Corp., et al.,***
***Summary of Expense Detail by Category***
***September 1, 2014 through December 31, 2014***

| *Expense Category* | *Sum of Expenses* |
|---|---|
| Airfare | $95,304.90 |
| Lodging | $72,633.74 |
| Meals | $10,023.43 |
| Miscellaneous | $764.10 |
| Transportation | $25,968.27 |
| ***Total*** | **$204,694.44** |