**<u>Exhibit G</u>**

**Summary of Fees and Expenses by Matter for the Fee Period**

*Exhibit G*

***Combined - All Entities***
***Summary of Time Detail by Task***
***September 1, 2014 through December 31, 2014***

| *Task Description* | *Sum of Hours* | *Sum of Fees* |
|---|---|---|
| Accounting/Cut-off | 342.9 | $172,770.00 |
| Bankruptcy Support | 1,029.0 | $493,955.00 |
| Business Plan | 633.1 | $254,625.00 |
| Causes of Action | 203.3 | $108,232.50 |
| Claims | 2,425.6 | $1,043,650.00 |
| Communication | 7.7 | $4,267.50 |
| Contracts | 1,607.2 | $835,410.50 |
| Coordination & Communication with other Creditor Constituents | 328.7 | $164,152.50 |
| Coordination & Communication with UCC | 845.7 | $449,035.00 |
| Court | 60.1 | $45,890.00 |
| DIP Financing | 121.2 | $53,815.00 |
| Fee Applications | 508.4 | $220,842.50 |
| Motions and Orders | 164.5 | $91,027.50 |
| POR / Disclosure Statement | 502.1 | $247,045.00 |
| Retention | 60.2 | $29,345.00 |
| Statements & Schedules | 207.4 | $99,075.00 |
| Status Meetings | 184.0 | $119,125.00 |
| Strategic Transaction Asset Sale | 42.4 | $25,927.50 |
| Travel Time | 371.0 | $190,420.00 |
| UST Reporting Requirements | 110.7 | $58,625.00 |
| Vendor Management | 656.6 | $322,025.00 |
| ***Total*** | **10,411.8** | **$5,029,260.50** |

*Travel time billed at 50% of time incurred*