# EXHIBIT D

**Summary of Stevens & Lee, P.C. Non-Bankruptcy Blended Hourly Rates**
**(Customary and Comparable Compensation Disclosures)**

| Timekeeper Category (Delaware) | Blended Hourly Rate | |
|---|---|---|
| | **Worked and Billed in 2014** (excluding bankruptcy lawyers) | **Billed in this Fee Application** |
| Shareholders | $330.00[1] | $615.00 |
| Associates | N/A[2] | $289.00 |
| Legal Assistants/Paralegals | $159.00 | $157.00 |
| **Average Rate** | $244.36 | $666.23 |

Case Name:           Energy Future Intermediate Holding Company LLC
Case Number:         14-10979 (CSS)
Applicant's Name:    Stevens & Lee, P.C.
Date of Application: February 25, 2015
Interim or Final:    Interim

---

[1] This includes hours recorded on matters which were contingent and unsuccessful; institutional clients who negotiated volume discounts; work for nonprofits; and negotiated fee engagements.

[2] There are no associates, bankruptcy or otherwise, located in the S&L Delaware office.

SL1 1351460v4 109285.00006