## EXHIBIT E

## Summary of Stevens & Lee, P.C. Hours Worked and Fees Incurred

| Name of Professional | Title | Year Admitted | Practice Concentration | Hourly Billing Rate[1] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Joseph H. Huston, Jr. | Shareholder | 1975 (PA) 2001 (DE) | Bankruptcy/ Restructuring | $680.00 | 30.9 | $ 21,012.00 |
| Camille C. Bent | Associate | 2010 (NY) | Bankruptcy/ Restructuring | $310.00 | 0.2 | $ 62.00 |
| Stephanie L. Foster | Legal Assistant | N/A | Bankruptcy/ Litigation | $160.00 | 0.7 | $ 112.00 |
| | | | | **TOTAL** | **31.8** | **$ 21,186.00** |

---

[1] For the Fee Period, S&L's current hourly billing rate for each attorney and paraprofessional equals the respective hourly billing rate as disclosed in the S&L employment application. There have been no rate increases during the Fee Period, or since the inception of the case.