# EXHIBIT G

## Schedule of Hours Worked and Aggregate Fees for Each Matter Category

| Description | Total Billed Hours | Total Fees |
|---|---|---|
| **(1) Professional Retentions** | 31.8 | $ 21,186.00 |
| **(2) Case Administration-General Matters** | 0.0 | $ 0.00 |
| **(3) Chapter 11 Issues** | 0.0 | $ 0.00 |
| **(4) Communications with Professionals** | 0.0 | $ 0.00 |
| **(5) Fee Applications – Others** | 0.0 | $ 0.00 |
| **(6) Fee Applications – S&L** | 0.0 | $ 0.00 |
| **(7) Hearings** | 0.0 | $ 0.00 |
| **(8) Legal & Factual Research** | 0.0 | $ 0.00 |
| **(9) Meetings** | 0.0 | $ 0.00 |
| **(10) Plans of Reorganization and Disclosure Statements** | 0.0 | $ 0.00 |
| **(11) Pleadings, Motions & Briefs** | 0.0 | $ 0.00 |
| **TOTAL** | **31.8** | **$ 21,186.00** |

SL1 1351460v3 109285.00006