# EXHIBIT H

**Detailed Time Records for Stevens & Lee, P.C.**

## EXHIBIT H

| Date | Hours | Dollars | Description |
|---|---|---|---|
| **109285-00001** | **ENERGY FUTURE/PROFESSIONAL RETENTIONS** | | |

**CCB    Bent, Camille C**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 12/24/14 | 0.20 | $62.00 | REVIEW OF APPLICATION TO RETAIN S&L AS CONFLICTS COUNSEL AND EMAILS RE SAME. |
| **CCB Total:** | **0.20** | **$62.00** | |

**JHH    Huston, Joseph**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 11/26/14 | 1.00 | $680.00 | ENERGY FUTURES-- TC R LEVIN RE ASSIGNMENT AND CONFLICTS ISSUES (.4) - READ FIRST DAY DECL (PARTIAL)(.6) |
| 12/1/14 | 0.50 | $340.00 | EMAILS R LEVIN AND REVIEW CRAVATH ENGAGEMENT DOCS - CHECK RULES RE RETENTION |
| 12/2/14 | 0.60 | $408.00 | WORK ON INTERESTED PARTIES LIST AND DISINTERESTED RESEARCH |
| 12/3/14 | 0.60 | $408.00 | REVISE ENGMT LETTER PER EMAILS WITH R LEVIN |
| 12/4/14 | 2.30 | $1,564.00 | REVISE RETENTION APP PER R LEVIN AND CONFLICTS ISSUES (.9) -REVIEW AND REVISE LIST OF INTERESTED PARTIES AND MEMO RE CONDUCT OF CONFLICTS CHECK (1.4) (NON-STANDARD) |
| 12/5/14 | 1.10 | $748.00 | WORK ON CONFLICTS CHECK/INTERESTED PARTIES AND REVISE SPREADSHEET ACCORDINGLY (NON-STANDARD) |
| 12/9/14 | 0.80 | $544.00 | WORK ON CONFLICT REVIEW (.6) (NON-STANDARD)- TC MR LEVIN RE ENGAGEMENT (.2) |
| 12/11/14 | 0.60 | $408.00 | NUMEROUS EMAILS TEAM RE GOLDIN RETENTION APP AND PROPOSE CHANGES SAME |
| 12/12/14 | 0.70 | $476.00 | DISC R LEVIN RE 327(E) RETENTION AND TC UST SAME (.4) - EMAILS RE GOLDIN RETENTION (.3) |
| 12/14/14 | 0.60 | $408.00 | EMAILS WITH R LEVIN RE CHANGES TO S&L APPLICATION AND REVIEW SAME (.4) - EMAILS FROM R LEVIN RE CRAVATH APP AND UST'S POSITION(.2) |
| 12/15/14 | 0.80 | $544.00 | REVIEW REQUESTED CHANGES TO S&L DOCS FROM CRAVATH AND EMAILS SAME (.4) - FOLLOW EMAILS RE CRAVATH APP AND CHANGES TO SAME (.4) |
| 12/18/14 | 2.10 | $1,428.00 | REVISE ENGAGEMENT LETTER PER R LEVIN (.20) - REVIEW RECENT FILINGS (1.60)- EMAILS GOLDIN &CO (.30) |
| 12/19/14 | 2.70 | $1,836.00 | DETAILED REVIEW OF CONFLICTS RESEARCH RESULTS (1.2) (NON-STANDARD)- EMAILS TO RESPONSIBLE ATTORNEYS RE STATUS OF ENGAGEMENTS (.4)(NO CHARGE TO ESTATE)  REVISE ENGMT LETTER ACCORDINGLY (.3) (NO CHARGE TO ESTATE) - DISC JDD RE CITY OF DALLAS (.2) - REVIEW AND REVISE RETENTION APP PER CONFLICTS SEARCH AND COMMENTS FROM R LEVIN (1.3) |
| 12/19/14 | 0.20 | $136.00 | EMAILS J GOLDIN RE RETENTION APP AND TEMPLATE FOR SAME |
| 12/20/14 | 0.30 | $204.00 | EMAILS R LEVIN RE REVISIONS TO ENGAGEMENT LETTER AND TIMING OF FILING |
| 12/22/14 | 6.10 | $4,148.00 | NUMEROUS EMAILS R LEVIN AND J GOLDIN RE RETENTION APPS AND ENGAGEMENT TERMS FOR S&L AND GOLDIN (.8) - DETAILED REVISIONS TO S&L APPLICATION AND ENGAGEMENT LETTER PER COMMENTS FROM DEBTORS' COUNSEL AND EFIH (2.1) - REVIEW AND SUGGESTED REVISIONS TO GOLDIN APP (1.2) - PREP DOCUMENTS AND EXHIBITS FOR FILING (1.3) - EMAILS EPIQ ET AL RE SERVICE (.2) - PREP COS (.4)) |

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 12/23/14 | 2.10 | $1,428.00 | CONF CALL RE GOLDIN RETENTION APP AND HEARING, EMAILS INCIDENT THERETO (1.1) - ADDITIONAL CHANGES TO S&L ENGMT LETTER PER COMPANY COUNSEL REQUEST (.4) - FOLLOW EMAILS AND REVIEW PROPOSED CHANGES TO GOLDIN APP PER RECENTLY FILED APPS TO OTHER DEBTOR (.6) |
| 12/24/14 | 4.20 | $2,856.00 | REVIEW REVISED GOLDIN APP AND PRAGER DECL, NUMEROUS EMAILS WITH GOLDIN ET AL RE SAME (.8) TC AND EMAILS R LEVIN RE PROGRESS IN CASE AND HEARING SCHEDULE(.4) - REVIEW AND INCORPORATE K&E CHANGES TO APP AND A WRIGHT CHANGES TO ENGMT LTR (.6) - FINAL REVISIONS TO BOTH DOCS, ADAPT EXHIBITS, REVISE JHH DECL AND DISCS/EMAILS SLFO RE LIST OF INTERESTED PARTIES, FINALIZE EXHIBITS AND FILE AND SERVE SAME (2.4) |
| 12/26/14 | 2.60 | $1,768.00 | EMAILS J GOLDIN AND R LEVIN RE FILING GOLDIN RETENTION APP (.5) - DETAILED REVIEW AND SUGGESTED REVISIONS TO APP, FIX EXHIBITS AND DECL, AND FILE AND SERVE SAME (1.9) - EMAILS UST WITH S&L AND GOLDIN APPS (.2) |
| 12/27/14 | 0.20 | $136.00 | EMAILS MESSRS WRIGHT AND CREMENS WITH COPIES OF RETENTIONS AS FILED |
| 12/28/14 | 0.30 | $204.00 | FOLLOW EMAILS WITH DEBTORS' ADVISORS RE SUGGESTED CHANGES TO ORDERS ON APPLICATIONS PER UCOC'S |
| 12/29/14 | 0.30 | $204.00 | REVIEW AND APPROVE PROPOSED LANGUAGE RE SOURCE OF FEE PAYMENTS, FOLLOW-UP EMAILS R LEVIN SAME |
| 12/30/14 | 0.20 | $136.00 | EMAILS TEAM AND UST RE EXTENSION FOR OBJECTION TO CRAVATH RETENTION |
| *JHH Total:* | **30.90** | *$21,012.00* | |

**SLFO    Foster, Stephanie L.**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 12/16/14 | 0.20 | $32.00 | DRAFT NOTICE OF MOTION RE CRAVATH EMPLOYMENT APPLICATION |
| 12/16/14 | 0.20 | $32.00 | EFILE APPLICATION FOR AN ORDER APPROVING THE EMPLOYMENT OF CRAVATH, SWAINE & MOORE LLP AS COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC UNDER SECTIONS 327(E) AND 1107(B) OF THE BANKRUPTCY CODE, EFFECTIVE NUNC PRO TUNC TO NOVEMBER 16, 2014 - SEND TO EPIQ FOR SERVICE |
| 12/16/14 | 0.20 | $32.00 | EFILE NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF NOTICES AND PLEADINGS - SEND TO EPIQ FOR SERVICE |
| 12/19/14 | 0.10 | $16.00 | EFILE AFFIDAVIT OF SERVICE RE DOCKET NOS. 3028, 3029 AND 3030 |
| *SLFO Total:* | **0.70** | *$112.00* | |

| | | | |
|---|---|---|---|
| **109285-00001 Total:** | **31.80** | **$21,186.00** | |

| | | | |
|---|---|---|---|
| **Grand Total:** | **31.80** | **$21,186.00** | |