IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**CERTIFICATION OF COUNSEL REGARDING ORDER
APPROVING STIPULATION EXTENDING DEADLINE TO
ASSUME OR REJECT A CERTAIN NONRESIDENTIAL REAL
PROPERTY LEASE UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE**

The undersigned hereby certifies as follows:

1. On July 23, 2014, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order, Pursuant to Section 365(d)(4) of the Bankruptcy Code, Extending Their Time to Assume or Reject Unexpired Leases of Nonresidential Real Property* [D.I. 1680] (the "Extension Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

2. On August 11, 2014, the Bankruptcy Court entered the *Order, Pursuant to Section 365(d)(4) of the Bankruptcy Code, Extending the Debtors' Time to Assume or Reject Unexpired Leases of Nonresidential Real Property* [D.I. 1803] (the "Extension Order"). Pursuant to the Extension Order, the Bankruptcy Court granted the Extension Motion and

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 11557916v.1

extended the Debtors' time to elect to assume or reject the Unexpired Leases,[2] pursuant to section 365(d)(4) of the Bankruptcy Code, through and including November 25, 2014. The Extension Order further provided that the extension of time provided therein was "without prejudice to the Debtors' rights to seek further extensions of their time to assume or reject their Unexpired Leases as provided in section 365(d)(4) of the Bankruptcy Code." *See* Extension Order, ¶ 4.

3. On October 30, 2014, the Debtors filed the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing Luminant Generation Company LLC to Reject a Water Contract with Tarrant Regional Water District, Effective Nunc Pro Tunc to the Petition Date* [D.I. 2662] (the "Rejection Motion"), seeking entry of a final order authorizing the Debtors to reject a lease (the "Lease") with Tarrant Regional Water District ("TRWD") effective *nunc pro tunc* to April 29, 2014. On November 14, 2014, TRWD filed an objection [D.I. 2771] to the Rejection Motion and, on November 18, 2014, the Debtors filed a reply [D.I. 2798] in support of the Rejection Motion. On November 21, 2014, the Bankruptcy Court entered an order approving a stipulation by and between the Debtors and TRWD extending the date by which the Debtors must assume or reject the Lease through and including December 31, 2014 [D.I. 2838] (the "Stipulated Extension Order"). Following the entry of the Stipulated Extension Order, on December 22, 2014, the Bankruptcy Court entered an order approving a stipulation by and between the Debtors and TRWD, among other things, extending the date by which the Debtors must assume or reject the Lease through and including January 31, 2015 [D.I. 3115] (the "Second Stipulated Extension Order"). Then, after the entry of the Second Stipulated Extension Order, on January 7, 2015, the Bankruptcy Court entered an order approving a stipulation by and

---

[2] Capitalized terms used, but not otherwise defined herein, shall be given the same meaning ascribed to them in the Extension Motion.

2

RLF1 11557916v.1

between the Debtors and TRWD, among other things, further extending the date by which the Debtors must assume or reject the Lease through and including February 28, 2015 [D.I. 3181] (the "Third Stipulated Extension Order"). Most recently, following the entry of the Third Stipulated Extension Order, on February 10, 2015, the Bankruptcy Court entered an order approving a stipulation by and between the Debtors and TRWD, among other things, further extending the date by which the Debtors must assume or reject the Lease through and including March 31, 2015 [D.I. 3503] (the "Fourth Stipulated Extension Order").

4. Subsequent to the entry of the Fourth Stipulated Extension Order, the Debtors and TRWD entered into discussions concerning a further extension of the Debtors' time to elect to assume or reject the Lease. Based on those discussions, the Debtors and TRWD entered into that certain *Stipulation Further Extending Deadline to Assume or Reject a Certain Nonresidential Real Property Lease Under Section 365(d)(4) of the Bankruptcy Code*, dated February 26, 2015 (the "Stipulation"). Pursuant to the Stipulation, the Debtors' time to determine whether to assume or reject the Lease under section 365(d)(4) of the Bankruptcy Code is extended to, and includes, April 30, 2015. The Debtors believe that the Stipulation is in the best interests of their estates and should be approved. A proposed form of order (the "Proposed Order") approving the Stipulation is attached hereto as **Exhibit A**. A copy of the Stipulation is attached to the Proposed Order as **Exhibit 1**.

WHEREFORE, the Debtors respectfully request that the Bankruptcy Court enter the Proposed Order, substantially in the form attached hereto as **Exhibit A**, at its earliest convenience.

[*Remainder of page intentionally left blank.*]

Dated: February 26, 2015
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:       collins@rlf.com
             defranceschi@rlf.com
             madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:       edward.sassower@kirkland.com
             stephen.hessler@kirkland.com
             brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:       james.sprayregen@kirkland.com
             marc.kieselstein@kirkland.com
             chad.husnick@kirkland.com
             steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession