IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                                       :    Chapter 11
                                                             :
Energy Future Holdings, Inc., *et al.*,                      :    Case No. 14-10978 (CSS)
                                                             :
                    Debtors.                                 :    (Jointly Administered)
                                                             :
                                                             :
------------------------------------------------------------ x

**MOTION TO FIX HEARING DATE ON AND SHORTEN TIME TO OBJECT OR RESPOND TO SECOND LIEN INDENTURE TRUSTEE'S CROSS-MOTION TO MODIFY THE PROPOSED ORDER REGARDING DEBTORS' MOTION FOR AUTHORITY TO PARTIALLY PREPAY THE SECOND LIEN NOTES TO PROVIDE (1) THAT THE SECOND LIEN INDENTURE TRUSTEE IS NOT REQUIRED BY THE COLLATERAL TRUST AGREEMENT TO HOLD THE PARTIAL PREPAYMENT IN TRUST FOR FIRST LIEN NOTEHOLDERS OR (2) ALTERNATIVELY, THAT INTEREST CONTINUES TO ACCRUE UNDER THE SECOND LIEN INDENTURE**

Computershare Trust Company, N.A. and Computershare Trust Company of Canada, as indenture trustee (the "**Second Lien Trustee**") for $2,156,392,000 aggregate principal amount of second lien notes (the "**Second Lien Notes**" and the holders thereof, the "**Second Lien Noteholders**") issued by Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. (collectively, "**EFIH**") pursuant to the Indenture dated as of April 25, 2011, and the First Supplemental Indenture dated as of February 6, 2012 (together with all supplements, amendments, and exhibits thereto, the "**Indenture**") by and through its undersigned counsel, hereby moves this Court for the entry of an Order fixing a hearing date and shortening the time to object or respond to the cross-motion portion of the *Second Lien Indenture Trustee's (A) Limited Objection to Debtors' Motion for Authority to Partially Prepay the Second Lien Notes and (B) Cross-Motion to Modify the Proposed Order Regarding Debtors' Motion for*

*Authority to Partially Prepay the Second Lien Notes to Provide (1) That the Second Lien Indenture Trustee Is Not Required By the Collateral Trust Agreement to Hold the Partial Prepayment in Trust for First Lien Noteholders or (2) Alternatively, That Interest Continues to Accrue Under the Second Lien Indenture* (the "**Cross-Motion**")[1] such that: (i) a hearing with respect to the Cross-Motion may be held at the hearing currently scheduled for March 10, 2015; (ii) objections or responses to the Cross-Motion, if any, be filed by 4:00 p.m. prevailing Eastern time on March 5, 2015; and (iii) the Second Lien Trustee is granted leave to file a reply to any objection or response to the Cross-Motion by 12:00 Noon on March 9, 2015. In support of this motion (the "**Motion to Shorten**"), the Second Lien Trustee respectfully states as follows:

**Relief Requested**

Del. Bankr. LR 9006-1 provides that unless the Federal Rules of Bankruptcy Procedure or the Local Rules state otherwise, "all motion papers shall be filed and served in accordance with Local Rule 2002-1(b) at least eighteen (18) days (twenty-one (21) days if service is by first class mail; nineteen (19) days if service is by overnight delivery) prior to the hearing date." Del. Bankr. LR 9006-1(c)(i). Del. Bankr. LR 9006-1(e) provides in pertinent part that "no motion will be scheduled on less notice than required by these Local Rules or the Fed. R. Bankr. P. except by Order of the Court, on written motion (served on all interested parties) specifying the exigencies justifying shortened notice." Del. Bankr. LR 9006-1(e).

The Movant requests that a hearing on the Cross-Motion be scheduled for the hearing on March 10, 2015 at which EFIH and its affiliated debtors (the "**EFIH Debtors**") will

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Cross-Motion.

2

present the *Motion of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and EFIH Finance Inc. for Entry of (A) Order (I) Authorizing Partial Repayment of EFIH Second Lien Notes; (II) Approving EFIH DIP Consent; and (III) Authorizing Consent Fee and (B) Revised EFIH First Lien DIP Order* (the "**Prepayment Motion**") [Dkt. No. 3527]. The Second Lien Trustee also requests leave to file a reply to any objection or response to the Cross-Motion by 12:00 Noon on March 9, 2015. As set forth in more detail in the Cross-Motion, because the Cross-Motion directly relates to the Prepayment Motion scheduled for hearing on March 10, 2015, the Second Lien Trustee submits that the Cross-Motion should properly be heard at the March 10 hearing.

The Second Lien Trustee submits that hearing the Cross-Motion on shortened notice will not prejudice any party in interest. In order to allow parties maximum time to respond, the Cross-Motion and this Motion to Shorten will be served by electronic mail or facsimile, and hand delivery or overnight delivery on (a) the EFIH Debtors; (b) the Office of the U.S. Trustee for the District of Delaware; (c) counsel for the Creditors' Committees appointed in these cases; and (d) all parties having requested notice pursuant to Bankruptcy Rule 2002.

If the Court grants this Motion to Shorten and enters an Order fixing a hearing date, shortening the time to object or respond to the Cross-Motion, and granting leave to file a reply to any objection or response, the Second Lien Trustee will immediately serve a copy of such Order, and notice of the Cross-Motion, on the same parties who were served with the Cross-Motion and Motion to Shorten by electronic mail or facsimile, and hand delivery, or overnight delivery.

WHEREFORE, for the reasons set forth herein, the Second Lien Trustee respectfully requests the entry of an Order: (i) scheduling the Hearing to consider the Cross-Motion at the hearing currently scheduled on March 10, 2015; (ii) allowing any objections or responses to the Cross-Motion to be filed no later than 4:00 p.m. on March 5, 2015; (iii) granting leave to file a reply by 12:00 Noon on March 9, 2015; and for such other and further relief as the Court may deem appropriate.

Dated: February 26, 2015  PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*
Laura Davis Jones (Bar No. 2436)
Robert J. Feinstein (NY Bar No. RF-2836)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email: ljones@ pszjlaw.com
          rfeinstein@ pszjlaw.com

*- and -*

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Thomas Moers Mayer
Gregory Horowitz
Philip Bentley
Joshua K. Brody
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 715-9100
Facsimile:   (212) 715-8000
Email: tmayer@kramerlevin.com
          ghorowitz@kramerlevin.com
          pbentley@kramerlevin.com
          jbrody@kramerlevin.com

*- and -*

4

BRYAN CAVE LLP
Stephanie Wickouski
1290 Avenue of the Americas
New York, New York 10104-3300
Tel: 212-541-1114
Fax: 212-904-0514
Email: stephanie.wickouski@bryancave.com

*Counsel to the Second Lien Trustee*