IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                                       :    Chapter 11
                                                             :
Energy Future Holdings, Inc., *et al.*,                      :    Case No. 14-10978 (CSS)
                                                             :
          Debtors.                                       :    (Jointly Administered)
                                                             :
                                                             :    **Related to Docket No. _____**
------------------------------------------------------------ x

**ORDER FIXING HEARING DATE AND SHORTENING TIME TO
OBJECT OR RESPOND TO THE SECOND LIEN INDENTURE TRUSTEE'S
CROSS-MOTION TO MODIFY THE PROPOSED ORDER REGARDING
DEBTORS' MOTION FOR AUTHORITY TO PARTIALLY PREPAY THE
SECOND LIEN NOTES TO PROVIDE (1) THAT THE SECOND LIEN INDENTURE
TRUSTEE IS NOT REQUIRED BY THE COLLATERAL TRUST AGREEMENT
TO HOLD THE PARTIAL PREPAYMENT IN TRUST FOR FIRST LIEN
NOTEHOLDERS OR (2) ALTERNATIVELY, THAT INTEREST CONTINUES
TO ACCRUE UNDER THE SECOND LIEN INDENTURE**

      Upon the motion (the "**Motion to Shorten**") of Computershare Trust Company, N.A. and Computershare Trust Company of Canada, as indenture trustee (the "**Second Lien Trustee**") for $2,156,392,000 aggregate principal amount of second lien notes (the "**Second Lien Notes**" and the holders thereof, the "**Second Lien Noteholders**") issued by Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. (collectively, "**EFIH**") pursuant to the Indenture dated as of April 25, 2011, and the First Supplemental Indenture dated as of February 6, 2012 (together with all supplements, amendments, and exhibits thereto, the "**Indenture**") for the entry of an Order fixing a hearing date and shortening the time to object or otherwise respond to the cross-motion portion of the *Second Lien Indenture Trustee's (A) Limited Objection to Debtors' Motion for Authority to Partially Prepay the Second Lien Notes and (B) Cross-Motion to Modify the Proposed Order Regarding Debtors' Motion for*

*Authority to Partially Prepay the Second Lien Notes to Provide (1) That the Second Lien Indenture Trustee Is Not Required By the Collateral Trust Agreement to Hold the Partial Prepayment in Trust for First Lien Noteholders or (2) Alternatively, That Interest Continues to Accrue Under the Second Lien Indenture* (the "**Cross-Motion**");[2] and it appearing that the relief sought in the Motion to Shorten is appropriate under the circumstances;

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Shorten is granted;

2. The hearing on the Cross-Motion is scheduled for March 10, 2015 at 9:30 a.m. (Eastern time).

3. Any objections or responses to the Cross-Motion must be filed with the Court no later than 4:00 p.m. (Eastern time) on March 5, 2015.

4. The Second Lien Trustee may file a reply to any objection or response to the Cross-Motion no later than 12:00 Noon (Eastern time) on March 9, 2015.

5. Immediately after the entry of this Order, counsel for the Second Lien Indenture Trustee shall serve a copy of this Order and notice of the Cross-Motion on parties originally served with the Motion to Shorten and the Cross-Motion in the manner described in the Motion to Shorten.

Dated: _____, 2015

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Cross-Motion.