## **EXHIBIT A**

## **Statement of Fees and Expenses By Subject Matter**

| Description | Total Billed Hours | Total Fees |
|---|---|---|
| Chapter 11 | 22.30 | $ 26,760.00 |
| Governance | | |
| Plan and Disclosure | 47.60 | $ 57,120.00 |
| Intercompany Claims | 278.80 | $ 194,171.50 |
| Tax Issues | 69.10 | $ 64,248.00 |
| Oncor Sale Process | 69.00 | $ 66,322.00 |
| Financing | | |
| Employment and Fee Applications | 21.70 | $ 26,040.00 |
| Non-working Travel | 8.20 | $ 9,840.00 |
| Claims Litigation | | |
| **TOTAL** | **516.70** | **$ 444,501.50** |

NYCorp 3518084v.1
02/26/2015 SL1 1353577v1 109285.00005