## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | Amount |
|---|---|
| Travel | $ 953.02 |
| Lexis | $ 853.02 |
| Westlaw | $ 2,094.17 |
| Client Business Conference Dining | $ 589.89 |
| Other Database Research | $ 47.70 |
| Duplicating | $ 12.50 |
| Local Printing | $ 192.01 |
| UltraMar Travel | $ 302.00 |
| | |
| TOTAL | $5,044.31 |

NYCorp 3518084v.1
02/26/2015 SL1 1353577v1 109285.00005