IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Energy Future Holdings Corp., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) ) ) | (Jointly Administered)  **Re: Docket No. 3420** |

*NO ORDER REQUIRED* **CERTIFICATE OF NO OBJECTION REGARDING EIGHTH MONTHLY FEE STATEMENT OF POLSINELLI PC AS DELAWARE COUNSEL FOR THE OFFICIAL COMMITTEE OF TCEH UNSECURED CREDITORS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM THE PERIOD OF DECEMBER 1, 2014 THROUGH DECEMBER 31, 2014**

The undersigned hereby certifies that, as of the date hereof, he has received no written answer, objection or other responsive pleading to the *Eighth Monthly Fee Statement of Polsinelli PC as Delaware Counsel for the Official Committee of TCEH Unsecured Creditors for Compensation and Reimbursement of Expenses Incurred from the Period of December 1, 2014 through December 31, 2014*, filed on February 3, 2015 [Docket No. 3420] (the "**Fee Statement**"). The undersigned further certifies that after reviewing the Court's docket in this case, no answer, objection or other responsive pleading to the Fee Statement appears thereon. Pursuant to the Notice of Fee Statement, responses to the Fee Statement were to be filed and served no later than February 24, 2015 at 4:00 p.m. (ET). The Fee Statement was filed and served in accordance with the *Stipulation and Order Appointing a Fee Committee*, dated August 21, 2014 [Docket No. 1896] and the *Order Establishing Procedures for Interim Compensation*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://efhcaseinfo.com.

49790742.1

2

*and Reimbursement of Expenses for Professionals*, dated September 16, 2014 [Docket No. 2066] (the "**Administrative Order**").

Consequently, pursuant to the Administrative Order, the above-captioned debtors and debtors in possession are authorized to pay Polsinelli PC 80% of its fees and 100% of its expenses requested in the Fee Statement upon filing of this certificate without the need for further order of the Court. A summary of the fees and expenses sought by Polsinelli PC is annexed hereto as Exhibit A.

*[Remainder of page intentionally left blank]*

Dated: Wilmington, Delaware
      February 26, 2015                 **MORRISON & FOERSTER LLP**
                                            James M. Peck
                                            Brett H. Miller
                                            Lorenzo Marinuzzi
                                            Todd M. Goren
                                            250 West 55th Street
                                            New York, New York 10019-9601
                                            Telephone:  (212) 468-8000
                                            Facsimile:  (212) 468-7900
                                            E-mail:  jpeck@mofo.com
                                                      brettmiller@mofo.com
                                                      lmarinuzzi@mofo.com
                                                      tgoren@mofo.com

                                            -and-

                                          */s/ Christopher A. Ward* _____
                                            Christopher A. Ward (Del. Bar No. 3877)
                                            Justin K. Edelson (Del. Bar No. 5002)
                                            Shanti M. Katona (Del. Bar No. 5352)
                                            Jarrett Vine (Del. Bar No. 5400)
                                            **POLSINELLI PC**
                                            222 Delaware Avenue, Suite 1101
                                            Wilmington, Delaware 19801
                                            Telephone: (302) 252-0920
                                            Facsimile:  (302) 252-0921
                                            E-mail:  cward@polsinelli.com
                                                      jedelson@polsinelli.com
                                                      skatona@polsinelli.com
                                                      jvine@polsinelli.com

                                            *Attorneys for the Official Committee of TCEH Unsecured Creditors*

# EXHIBIT A

## Professional Fees and Expenses
## Monthly Fee Statement

| Applicant | Fee Statement Period, Filing Date, Docket No. | Total Fees Requested[1] | Total Expenses Requested[2] | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| Polsinelli PC<br>222 Delaware Avenue<br>Suite 1101<br>Wilmington, Delaware 19801<br><br>Delaware Counsel to the Official Committee of TCEH Unsecured Creditors | Eighth Monthly Fee Statement<br><br>12/1/2014 through 12/31/2014<br><br>Filed 2/3/2015<br><br>Docket No. 3420 | $81,805.50 | $2,971.23 | 1/12/2015 | $65,444.40 | $2,971.23 | $16,361.10 |

---

[1] Consistent with the terms of the Administrative Order, the requested fees in the Monthly Fee Statement shall be allocated solely to TCEH.
[2] Consistent with the terms of the Administrative Order, the requested expenses in the Monthly Fee Statement shall be allocated solely to TCEH.

49790769.1