# **<u>EXHIBIT A</u>**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

**THIRD MONTHLY EXPENSE STATEMENT OF ALIXPARTNERS, LLP
FOR REIMBURSEMENT FOR EXPENSES INCURRED AS RESTRUCTURING ADVISOR
TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ENERGY FUTURE
HOLDINGS CORPORATION, ENERGY FUTURE INTERMEDIATE HOLDING COMPANY,
LLC, EFIH FINANCE INC., AND EECI, INC. FOR THE PERIOD FROM
JANUARY 1, 2015 THROUGH JANUARY 31, 2015**

| | |
|---|---|
| **Name of Applicant** | AlixPartners LLP |
| Date of Appointment: | January 12, 2015, *nunc pro tunc* to November 20, 2014 |
| Period for which reimbursement is sought: | January 1, 2015 through January 31, 2015 |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $38,637.84 |

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

## Itemization of Disbursements Incurred

| INVOICE NUMBER | MATTER NAME | DATE | NAME OF TIMEKEEPER | EXPENSE CATEGORY | TOTAL | EXPENSE DESCRIPTION |
|---|---|---|---|---|---|---|
| 2065180 | Expenses | 20141124 | Holtz, Alan | Cab Fare/Ground Transport | $ 420.09 | Cab Fare/Ground Transportation - - VENDOR: Valera Global, Inc. Alan Holtz - 40 W 57 St to 40 W 57 St |
| 2065180 | Expenses | 20141215 | Albergotti, Robert D | Conference Calls | 6.35 | Conference Calls Vendor: Intercall Robert Albergotti |
| 2065180 | Expenses | 20141216 | Rule, Mark F | Airfare | 813.49 | Coach Airfare Mark Rule 2014-12-18 ORD - LGA |
| 2065180 | Expenses | 20141216 | Rule, Mark F | Airfare Service Charge | 9.00 | Airfare Service Charge Mark Rule |
| 2065180 | Expenses | 20141218 | Holtz, Alan | Public Transportation | 20.00 | Public Transportation Alan Holtz Meeting to Office |
| 2065180 | Expenses | 20141218 | Albergotti, Robert D | Conference Calls | 6.00 | Conference Calls Vendor: Intercall Robert Albergotti |
| 2065180 | Expenses | 20141218 | Rule, Mark F | Cab Fare/Ground Transport | 45.00 | Cab Fare/Ground Transportation Mark Rule Home to ORD Airport |
| 2065180 | Expenses | 20141218 | Rule, Mark F | Cab Fare/Ground Transport | 45.00 | Cab Fare/Ground Transportation Mark Rule ORD Airport to Home |
| 2065180 | Expenses | 20141218 | Rule, Mark F | Cab Fare/Ground Transport | 45.60 | Cab Fare/Ground Transportation Mark Rule EFH to LGA Airport |
| 2065180 | Expenses | 20141218 | Rule, Mark F | Cab Fare/Ground Transport | 46.58 | Cab Fare/Ground Transportation Mark Rule LGA Airport to EFH |
| 2065180 | Expenses | 20141218 | Rule, Mark F | Meals & Tips | 9.33 | Meals & Tips Mark Rule - Dinner |
| 2065180 | Expenses | 20141231 | Holtz, Alan | Conference Calls | 4.17 | Conference Calls Vendor: Intercall Alan Holtz |
| 2065180 | Expenses | 20141231 | Holtz, Alan | Conference Calls | 11.66 | Conference Calls Vendor: Intercall Alan Holtz |
| 2065180 | Expenses | 20150105 | Albergotti, Robert D | Cab Fare/Ground Transport | 60.00 | Cab Fare/Ground Transportation Robert Albergotti Home to Airport |
| 2065180 | Expenses | 20150105 | Albergotti, Robert D | Meals & Tips | 8.31 | Meals & Tips Robert Albergotti - Breakfast |
| 2065180 | Expenses | 20150105 | Albergotti, Robert D | Cab Fare/Ground Transport | 31.40 | Cab Fare/Ground Transportation Robert Albergotti Airport to Office |
| 2065180 | Expenses | 20150105 | Albergotti, Robert D | Lodging | 1,003.62 | Lodging Robert Albergotti Sheraton - Forest Hills 01/05/2015 - 01/08/2015 |
| 2065180 | Expenses | 20150106 | Albergotti, Robert D | Meals & Tips | 15.00 | Meals & Tips Robert Albergotti - Dinner |
| 2065180 | Expenses | 20150106 | Albergotti, Robert D | Airfare Service Charge | 9.00 | Airfare Service Charge Robert Albergotti |
| 2065180 | Expenses | 20150106 | Albergotti, Robert D | Airfare Service Charge | 9.00 | Airfare Service Charge Robert Albergotti |
| 2065180 | Expenses | 20150106 | Mesterharm, James A | Airfare Service Charge | 10.00 | Airfare Service Charge James Mesterharm |
| 2065180 | Expenses | 20150107 | Albergotti, Robert D | Airfare | 492.70 | Coach Airfare Robert Albergotti 2015-01-12 CLT - LGA |
| 2065180 | Expenses | 20150107 | Albergotti, Robert D | Airfare Service Charge | 27.75 | Airfare Service Charge Robert Albergotti |
| 2065180 | Expenses | 20150107 | Holtz, Alan | Meals & Tips | 86.48 | Meals - Engagement Team Alan Holtz - Lunch - Robert Albergotti; Lowell Thomas; Alan Holtz; Adam Hollerbach |
| 2065180 | Expenses | 20150108 | Albergotti, Robert D | Cab Fare/Ground Transport | 60.00 | Cab Fare/Ground Transportation Robert Albergotti Airport to Home |
| 2065180 | Expenses | 20150108 | Albergotti, Robert D | Meals & Tips | 10.29 | Meals & Tips Robert Albergotti - Breakfast |
| 2065180 | Expenses | 20150108 | Albergotti, Robert D | Cab Fare/Ground Transport | 74.00 | Cab Fare/Ground Transportation Robert Albergotti Office to Airport |
| 2065180 | Expenses | 20150108 | Albergotti, Robert D | Airfare Service Charge | 10.00 | Airfare Service Charge Robert Albergotti |
| 2065180 | Expenses | 20150108 | Mesterharm, James A | Airfare | 587.74 | Coach Airfare James Mesterharm 2015-01-13 ORD - LGA |
| 2065180 | Expenses | 20150108 | Mesterharm, James A | Airfare Service Charge | 9.00 | Airfare Service Charge James Mesterharm |
| 2065180 | Expenses | 20150109 | Albergotti, Robert D | Meals & Tips | 14.19 | Meals & Tips Robert Albergotti - Dinner |
| 2065180 | Expenses | 20150109 | Mesterharm, James A | Airfare Service Charge | 10.00 | Airfare Service Charge James Mesterharm |
| 2065180 | Expenses | 20150112 | Albergotti, Robert D | Cab Fare/Ground Transport | 60.00 | Cab Fare/Ground Transportation Robert Albergotti Home to Airport |
| 2065180 | Expenses | 20150112 | Albergotti, Robert D | Meals & Tips | 40.00 | Meals & Tips Robert Albergotti - Dinner |
| 2065180 | Expenses | 20150112 | Albergotti, Robert D | Meals & Tips | 47.27 | Meals - Engagement Team Robert Albergotti - Dinner - Robert Albergotti; Adam Hollerbach |
| 2065180 | Expenses | 20150112 | Albergotti, Robert D | Meals & Tips | 8.96 | Meals & Tips Robert Albergotti - Breakfast |
| 2065180 | Expenses | 20150112 | Albergotti, Robert D | Cab Fare/Ground Transport | 71.00 | Cab Fare/Ground Transportation Robert Albergotti Airport to Office |
| 2065180 | Expenses | 20150112 | Albergotti, Robert D | Lodging | 797.60 | Lodging Robert Albergotti Sheraton - Forest Hills 01/12/2015 - 01/14/2015 |
| 2065180 | Expenses | 20150113 | Albergotti, Robert D | Airfare Service Charge | 9.00 | Airfare Service Charge Robert Albergotti |
| 2065180 | Expenses | 20150113 | Albergotti, Robert D | Airfare Service Charge | 9.00 | Airfare Service Charge Robert Albergotti |
| 2065180 | Expenses | 20150113 | Albergotti, Robert D | Meals & Tips | 10.72 | Meals & Tips Robert Albergotti - Breakfast |
| 2065180 | Expenses | 20150113 | Albergotti, Robert D | Airfare | 985.20 | Coach Airfare Robert Albergotti 2015-01-21 CLT - DFW |
| 2065180 | Expenses | 20150113 | Thomas, Lowell | Airfare | 582.20 | Coach Airfare Lowell Thomas |
| 2065180 | Expenses | 20150113 | Thomas, Lowell | Airfare Service Charge | 9.00 | Airfare Service Charge Lowell Thomas |
| 2065180 | Expenses | 20150114 | Albergotti, Robert D | Meals & Tips | 40.00 | Meals & Tips Robert Albergotti - Dinner |
| 2065180 | Expenses | 20150114 | Albergotti, Robert D | Cab Fare/Ground Transport | 13.30 | Cab Fare/Ground Transportation Robert Albergotti Office to Sullivan |
| 2065180 | Expenses | 20150114 | Albergotti, Robert D | Lodging | 398.80 | Lodging Robert Albergotti Sheraton - Forest Hills 01/14/2015 - 01/15/2015 |
| 2065180 | Expenses | 20150114 | Mesterharm, James A | Lodging | 958.70 | Lodging James Mesterharm Surrey Hotel - New York 01/14/2015 - 01/16/2015 |
| 2065180 | Expenses | 20150115 | Albergotti, Robert D | Cab Fare/Ground Transport | 60.00 | Cab Fare/Ground Transportation Robert Albergotti Airport to Home |
| 2065180 | Expenses | 20150115 | Albergotti, Robert D | Airfare | 351.70 | Coach Airfare Robert Albergotti 2015-01-29 CLT - LGA |
| 2065180 | Expenses | 20150115 | Albergotti, Robert D | Cab Fare/Ground Transport | 83.00 | Cab Fare/Ground Transportation Robert Albergotti Office to Airport |
| 2065180 | Expenses | 20150115 | Albergotti, Robert D | Airfare Service Charge | 9.00 | Airfare Service Charge Robert Albergotti |
| 2065180 | Expenses | 20150116 | Albergotti, Robert D | Phone - Internet Access | 39.95 | Phone - Internet Access Robert Albergotti |
| 2065180 | Expenses | 20150117 | Mesterharm, James A | Phone - Internet Access | 47.85 | Phone - Internet Access James Mesterharm |
| 2065180 | Expenses | 20150117 | Mesterharm, James A | Meals & Tips | 40.00 | Meals & Tips James Mesterharm - Dinner |
| 2065180 | Expenses | 20150121 | Holtz, Alan | Sub-Contractors | 29,403.00 | Sub-Contractors - - VENDOR: Kenneth J. Malek Fees for 1/1 - 1/15 Taxation Subject Matter |
| 2065180 | Expenses | 20150121 | Thomas, Lowell | Lodging | 319.59 | Lodging Lowell Thomas Marriott Hotels - Dallas 01/21/2015 - 01/22/2015 |
| 2065180 | Expenses | 20150121 | Thomas, Lowell | Cab Fare/Ground Transport | 67.00 | Cab Fare/Ground Transportation Lowell Thomas DFW Airport to Alix Dallas Office |
| 2065180 | Expenses | 20150121 | Thomas, Lowell | Cab Fare/Ground Transport | 76.00 | Cab Fare/Ground Transportation Lowell Thomas Home to LGA Airport |
| 2065180 | Expenses | 20150121 | Thomas, Lowell | Meals & Tips | 6.60 | Meals & Tips Lowell Thomas - Breakfast |
| 2065180 | Expenses | 20150122 | Thomas, Lowell | Meals & Tips | 7.65 | Meals & Tips Lowell Thomas - Breakfast |
| 2065180 | Expenses | 20150123 | Thomas, Lowell | Cab Fare/Ground Transport | 75.00 | Cab Fare/Ground Transportation Lowell Thomas LGA Airport to Home |

# **EXHIBIT B**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et. al.* | ) Case No. 14-10979 (CSS) |
| Debtors. **1** | ) (Jointly Administered) |
| | ) **Hearing Date: TBD (if necessary)** |
| | **Objection Deadline: March 19, 2015 @ 4:00 p.m.** |

## **VERIFICATION**

I, Alan Holtz, after being duly sworn according to law, deposes and says:

a)  I am a Managing Director with the applicant firm, AlixPartners, LLP.

b)  I am familiar with the work performed on behalf of the Committee by the consultants in the firm.

c)  I have reviewed the foregoing Fee Statement and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. L.R. 2016-2, and submit that the Fee Statement substantially complies with such order.

Dated: February 26, 2015

*/s/ Alan D. Holtz*
Alan D. Holtz
Managing Director
AlixPartners, LLP

---

1   The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.