# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline: March 19, 2015 at 4:00 p.m. |

## COVER SHEETS TO THIRD MONTHLY FEE STATEMENT OF GUGGENHEIM SECURITIES, LLC, INVESTMENT BANKER TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ENERGY FUTURE HOLDINGS CORPORATION, ENERGY FUTURE INTERMEDIATE HOLDING COMPANY, LLC, EFIH FINANCE, INC., AND EECI, INC. FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM JANUARY 1, 2015 THROUGH JANUARY 31, 2015

| | |
|---|---|
| **Name of Applicant:** | **Guggenheim Securities, LLC** |
| Authorized to provide professional services to: | The Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. |
| Date of retention: | January 13, 2015<br>*nunc pro tunc* to November 12, 2014 |
| Period for which compensation and reimbursement is sought (the "Fee Period"): | January 1 – January 31, 2015 |
| Compensation sought as actual, reasonable, and necessary: | $200,000.00 (80% of $250,000.00) |
| Expense reimbursement sought as actual, reasonable, and necessary: | $28,260.46 |

This is a **monthly** fee statement.[2]

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. A complete list of the debtors and the last four digits of their federal tax identification numbers is available at http://www.efhcaseinfo.com.

[2] Notice of this Monthly Fee Statement shall be served in accordance with the Interim Compensation Order and Fee Committee Order (each as defined herein) and objections to payment of the amounts described in this Monthly Fee Statement shall be addressed in accordance with such orders.

### Prior Statements, Applications and Allowances

| DATE FILED, D.I. | PERIOD COVERED | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| | | FEES | EXPENSES | FEES | EXPENSES |
| 1/23/2015 D.I. 3360 | 11/12/2014 – 11/30/2014 | $126,666.67 (80% of $158,333.33) | $25,593.86 | - | - |
| 2/5/2015 D.I. 3457 | 12/1/2014 – 12/31/2014 | $200,000.00 (80% of $250,000.00) | $36,188.68 | - | - |

# TIME DETAIL BY PROFESSIONAL

## ENERGY FUTURE HOLDINGS CORP., et al
(Case No. 14-10979 (CSS))

### January 1, 2015 Through January 31, 2015

| Time by Professional | | |
| --- | --- | --- |
| Name | Title | Total Hours |
| Ronen Bojmel | Senior Managing Director | 136.0 |
| Michael Henkin | Senior Managing Director | 140.5 |
| Robert Venerus | Consultant | 35.0 |
| Ofir Nitzan | Vice President | 136.0 |
| Phillip Laroche | Associate | 162.0 |
| David Paulzak | Analyst | 62.0 |
| James Shovlin | Analyst | 144.0 |
| Total (*) | | 815.5 |

*Hours exclude certain Guggenheim employees (such as consultants, other than Robert Venerus, and legal, administrative, and research personnel) who have worked on this matter during the period, but do not report their hours worked in connection with this matter.

# TIME DETAIL BY PROJECT CATEGORY

## ENERGY FUTURE HOLDINGS CORP., et al
### (Case No. 14-10979 (CSS))

### January 1, 2015 Through January 31, 2015

| Time by Category | |
|---|---|
| Project Category | Total Hours |
| A - Case Administration | 3.5 |
| B - Retention and Fee Applications | 45.0 |
| C - Travel | 82.5 |
| D - Court Testimony and Deposition | - |
| E - Analysis, Presentations and Diligence | 134.5 |
| F - Financing Matters | 11.5 |
| G - Mergers and Acquisitions Activity | 83.0 |
| H - Plan of Reorganization Review/Analysis and Negotiations | 275.5 |
| I - Valuation and Recoveries Analysis | - |
| J - Capital Structure Analysis | 31.5 |
| K - Debtor Correspondence | 46.5 |
| L - Committee Correspondence | 62.5 |
| M - Other Creditor Correspondence | 39.5 |
| Total (*) | 815.5 |

*Hours exclude certain Guggenheim employees (such as consultants, other than Robert Venerus, and legal, administrative, and research personnel) who have worked on this matter during the period, but do not report their hours worked in connection with this matter.

# EXPENSE SUMMARY

## ENERGY FUTURE HOLDINGS CORP., et al
### (Case No. 14-10979 (CSS))

### January 1, 2015 Through January 31, 2015

| Expense Summary (*) | Disbursements and Charges | | |
| --- | --- | --- | --- |
|  | EFH Corp. | EFIH | Total |
| Airfare | $1,427.90 | $1,427.90 | $2,855.80 |
| Hotel | 448.48 | 448.48 | 896.95 |
| Ground Transportation | 593.91 | 593.91 | 1,187.81 |
| Meals | 441.20 | 441.20 | 882.40 |
| Legal | 11,218.75 | 11,218.75 | 22,437.50 |
| Total | $14,130.23 | $14,130.23 | $28,260.46 |

(Allocation of fees is described in paragraph 3 of the monthly fee statement filed together with these cover sheets.)

*Net of voluntary reductions of $6,458.17, consistent with EFH Fee Committee guidelines for expense reimbursement. See Exhibit A for additional detail.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>Objection Deadline: March 19, 2015 at 4:00 p.m. |

**THIRD MONTHLY FEE STATEMENT OF GUGGENHEIM SECURITIES, LLC, INVESTMENT BANKER TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ENERGY FUTURE HOLDINGS CORPORATION, ENERGY FUTURE INTERMEDIATE HOLDING COMPANY, LLC, EFIH FINANCE, INC., AND EECI, INC. FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM JANUARY 1, 2015 THROUGH JANUARY 31, 2015**

Pursuant to sections 327, 328, 330, and 331 of chapter 11 of title 11 of the United States Code, (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure, the *Order (A) Authorizing the Retention and Employment of Guggenheim Securities, LLC as investment banker to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. Nunc Pro Tunc to November 12, 2014 and (B) Waiving Certain Information Requirements Pursuant to Local Rule 2016-2(h)*, dated January 13, 2015 [D.I. 3276] (the "**Retention Order**"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals*, dated September 16, 2014 [D.I. 2066] (the "**Interim Compensation Order**"), the *Stipulation and Order Appointing a Fee Committee* [D.I.

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. A complete list of the debtors and the last four digits of their federal tax identification numbers is available at http://www.efhcaseinfo.com.

1896] (the "**Fee Committee Order**"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and the United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. §330, Guggenheim Securities, LLC ("**Guggenheim Securities**"), investment banker to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. (the "**EFH Committee**"), files this monthly fee statement (the "**Monthly Fee Statement**") of compensation for professional services and reimbursement for expenses incurred in the amounts described in the cover sheet hereto during the above-captioned period (the "**Fee Period**").

### Itemization of Services Rendered and Expenses Incurred

1. Typical of investment bankers of its kind, Guggenheim Securities is not compensated by the hour, but through a structure of fixed fees and related compensation, such as was approved by the Retention Order. Accordingly, certain information appropriate to consideration of the fee requests of hourly-rate compensated professionals, such as blended rates or maturation, do not exist for Guggenheim Securities.

2. Attached as **Exhibit A** and **Exhibit A-1** to this Monthly Fee Statement is a detailed listing of Guggenheim Securities' expense records for the Fee Period, including invoices reflecting Guggenheim Securities' own legal expenses incurred during the Fee Period in connection with Guggenheim Securities' services to the EFH Committee.

### Proposed Payment Allocation

3. All services for which Guggenheim Securities requests compensation were performed on behalf of the EFH Committee. The EFH Committee represents creditors of Energy

Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc. and EECI, Inc. Guggenheim Securities' compensation is proposed as a joint and several expense of each of these estates pursuant to section 328 of the Bankruptcy Code. With respect to the allocation of fees and expenses contemplated by section 2(b) of the Interim Compensation Order, Guggenheim Securities proposes the allocation of the fees and expenses set forth herein equally between (a) Energy Future Holdings Corporation ("**EFH Corp.**") and (b) Energy Future Intermediate Holding Company, LLC ("**EFIH**"):

| Debtors | Time Allocation | Monthly Fee | | Expenses |
| --- | --- | --- | --- | --- |
| | | Total Fees | 80% of Fees | |
| EFH Corp. | 50.0% | $125,000.00 | $100,000.00 | $14,130.23 |
| EFIH | 50.0% | $125,000.00 | $100,000.00 | $14,130.23 |
| **Total** | **100.0%** | **$250,000.00** | **$200,000.00** | **$28,260.46** |

4.  To the extent necessary, reallocation of the fees and expenses set forth above will occur in interim and/or final fee applications.

## Reservation of Rights and Notice

5.  Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. Guggenheim Securities reserves the right to make further application to this Court for allowance of such fees and expenses not included herein.

Dated: February 26, 2015

_____
Ronen Bojmel
Senior Managing Director and
Co-head of Restructuring
Guggenheim Securities, LLC