# **EXHIBIT A**

| | | | |
|---|---|---|---|
| Invoice Date: | | | 2/26/15 |
| Invoice Number: | | | 718546 |
| Client Matter Number: | | | 66471.00001 |
| I.D.# | | | 01051 |

## SUMMARY FOR FEE SERVICES RENDERED BY TASK

| Code | Description | Hours | Amount |
|---|---|---|---|
| 001 | Asset Analysis | 24.10 | $14,006.50 |
| 006 | Case Administration | 6.80 | $3,206.00 |
| 007 | Claims Administration and Objections | 1.00 | $290.00 |
| 010 | Employment and Fee Applications (MMWR) | 14.00 | $6,495.50 |
| 011 | Employment and Fee Applications (Others) | 6.90 | $3,020.00 |
| 013 | Other Litigation | 5.70 | $3,363.00 |
| 015 | Non-Working Travel | 4.00 | $1,350.00 |
| 021 | Hearings | 4.60 | $2,714.00 |
| 030 | Asbestos-Related Matters | 59.80 | $33,868.50 |
| | Matter Total | 126.90 | $68,313.50 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**