# **<u>EXHIBIT B</u>**

The MMWR attorneys and paralegals that rendered professional services in these cases during the Fee Period are:

| Name of Professional Individual | Position of the Applicant and Year of Obtaining License to Practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **PARTNERS AND OF COUNSEL** | | | | |
| Natalie D. Ramsey | Partner; Joined Firm in 1985; Member of DE Bar since 2009 | $675.00 | 20.40 | $ 13,770.00 |
| Natalie D. Ramsey | Non-Working Travel | $337.50 | 4.00 | $ 1,350.00 |
| Mark B. Sheppard | Partner; Joined Firm in 2009; Member of PA Bar since 1987 | $510.00 | 2.30 | $ 1,345.50 |
| Mark A. Fink | Of Counsel; Joined Firm in 2012; Member of DE Bar since 2000 | $590.00 | 66.00 | $ 38,940.00 |
| Davis Lee Wright | Of Counsel; Joined Firm in 2011; Member of DE Bar since 2002 | $535.00 | 16.00 | $ 8,560.00 |
| **TOTAL PARTNERS AND OF COUNSEL** | | | 108.70 | $ 63,965.50 |
| **ASSOCIATES** | | | | |
| Laurie A. Krepto | Associate; Joined Firm in 2004; Member of the PA Bar since 1995 | $440.00 | 2.80 | $ 1,232.00 |
| Katherine M. Fix | Associate; Joined Firm in 2012; Member of PA Bar since 2012 | $290.00 | 6.40 | $ 1,856.00 |
| **TOTAL ASSOCIATES** | | | 9.20 | $ 3,088.00 |
| **PARALEGALS & ADDITIONAL PROFESSIONALS** | | | | |
| Keith Mangan | Paralegal | $140.00 | 9.00 | $ 1,260.00 |
| **TOTAL PARALEGALS AND ADDITIONAL PROFESSIONALS** | | | 9.00 | $ 1,260.00 |
| **TOTAL ALL PROFESSIONALS** | | | | $ 68,313.50 |