**EXHIBIT C**

**EXPENSE SUMMARY**

| Expense Category | Total Expenses |
|---|---|
| Duplicating - Internal | $ 7.28 |
| Postage | $ 17.71 |
| Transportation – Local while on business | $ 13.96 |
| Printing - Internal | $ 215.54 |
| Delivery Service | $ 15.00 |
| Telephone | $ 39.12 |
| Westlaw On-Line Legal Research | $ 334.98 |
| Pacer | $ 228.20 |
| **Total:** | **$ 871.79** |