# **EXHIBIT D**

|  | Invoice Date: | 2/26/15 |
|---|---|---|
|  | Invoice Number: | 718546 |
|  | Client Matter Number: | 66471.00001 |
|  | I.D.# | 01051 |

## Disbursements and Other Related Charges Incurred On Your Behalf

| Date | Description | | Amount |
|---|---|---|---:|
| 01/31/15 | Postage | $ | 17.71 |
| 01/31/15 | Printing & Duplicating - Internal | $ | 222.82 |
| 01/31/15 | Pacer | $ | 228.20 |
| 11/08/14 | Westlaw On-Line Legal Research | $ | 35.64 |
| 11/21/14 | Westlaw On-Line Legal Research | $ | 53.46 |
| 11/23/14 | Westlaw On-Line Legal Research | $ | 105.12 |
| 01/12/15 | Westlaw On-Line Legal Research | $ | 71.28 |
| 01/15/15 | Westlaw On-Line Legal Research | $ | 17.82 |
| 01/16/15 | Westlaw On-Line Legal Research | $ | 51.66 |
| 01/22/15 | Delivery Service - PAID TO: Parcels Inc Courier service from MMWR-Wilm to Bankruptcy Court Judge's Chamber on 1/12/15 SO# 423622 | $ | 7.50 |
| 01/22/15 | Delivery Service - PAID TO: Parcels Inc Courier service from MMWR-Wilm to Judge Christopher S. Sontchi on 1/9/15 SO# 423449 | $ | 7.50 |
| 01/23/15 | Transportation - Local while on business - PAID TO: Mark A. Fink 01/16/15 Cab service - Worked late on EFH matter | $ | 13.96 |
| 01/26/15 | Telephone - PAID TO: Soundpath Legal Conferencing - Conference Call on 1/8/15 at 1:56pm with 3 people | $ | 5.54 |
| 01/26/15 | Telephone - PAID TO: Soundpath Legal Conferencing - Conference Call on 12/30/14 at 10:57am with 5 people | $ | 33.58 |
|  | Total Disbursements | $ | 871.79 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**