**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |

**THIRD MONTHLY FEE STATEMENT OF SULLIVAN & CROMWELL LLP AS COUNSEL TO THE EFH COMMITTEE FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD JANUARY 1, 2015 THROUGH JANUARY 31, 2015**

| **Name of Applicant** | **Sullivan & Cromwell LLP** |
|---|---|
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. |
| Date of Retention: | January 13, 2015 *nunc pro tunc* to November 5, 2014 |
| Period for which compensation and reimbursement is sought: | January 1, 2015 through January 31, 2015 |
| Amount of Compensation sought as actual, reasonable and necessary: | $ 1,139,002.50 |
| 80% of Compensation Sought as Actual Reasonable and Necessary: | $ 911,202.00 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $ 4,630.14 |

This is a(n) **X** monthly _____ interim __ final application. No prior application filed for this Fee Period.[2]

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

SC1:3815496.2

-2-

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "**Bankruptcy Code**"), rule 2016 of the Federal Rules of Bankruptcy Procedure, the *Order Authorizing the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. to Retain and Employ Sullivan & Cromwell LLP* Nunc Pro Tunc *to November 5, 2014*, dated January 13, 2015 [D. I. 3282], the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals*, dated September 16, 2014 [D. I. 2066] (the "**Interim Compensation Order**"), the *Stipulation and Order Appointing a Fee Committee*, dated September 19, 2014 [D. I. 1896] (the "**Fee Committee Order**"), and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the law firm of Sullivan & Cromwell LLP ("**S&C**"), counsel to the official committee of unsecured creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. (the "**EFH Committee**"), hereby submits this second monthly fee statement for compensation for professional services rendered and expenses incurred ("**Monthly Fee Statement**") for the period from January 1, 2015 through January 31, 2015 (the "**Fee Period**").

**Relief Requested**

S&C submits this Monthly Fee Statement in accordance with the Interim Compensation Order. Pursuant to the Interim Compensation Order, S&C seeks payment of $915,832.14 from the Debtors for the Fee Period, representing (a) $911,202.00 which is 80% of S&C's total fees for reasonable and necessary professional services rendered and (b) $4,630.14

---

[2]  Notice of this Monthly Fee Statement (as defined herein) shall be served in accordance with the Interim Compensation Order and Fee Committee Order (each as defined herein), and objections to the relief requested in this Monthly Fee Statement shall be addressed in accordance with the Interim Compensation Order and Fee Order.

for actual and necessary expenses incurred, and that such fees and expenses be paid as administrative expenses of the Debtors' estates.  All services for which S&C requests compensation were performed for, or on behalf of, the EFH Committee.  The EFH Committee represents creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. and S&C's compensation is proposed as an expense of each of these estates pursuant to section 328 of the Bankruptcy Code, jointly and severally.  With respect to the allocation of fees and expenses contemplated by section 2(b) of the Interim Compensation Order, the fees and expenses of S&C are for the benefit of the EFH Committee and not for the direct benefit of any Debtor and, accordingly, no allocation is proposed at this time by S&C.

In support of this Monthly Fee Statement, attached hereto are the following exhibits:

a. **Exhibit A.**  A schedule of the number of hours expended and fees incurred (on an aggregate basis) by S&C attorneys and paraprofessionals by project category during the Fee Period.

b. **Exhibit B.**  A schedule providing information regarding the S&C attorneys and paraprofessionals who performed work for the EFH Committee during this Fee Period and for whose work compensation is sought in this Monthly Fee Statement.

c. **Exhibit C.**  A detailed list of disbursements for the Fee Period for which S&C is seeking reimbursement in this Monthly Fee Statement.

d. **Exhibit D**  Records of S&C's expenses incurred during the Fee Period in the rendition of the professional services to the EFH Committee.

In addition, attached hereto is **Exhibit E,** a notice and records of EFH Committee Members' Expenses.

**Reservation of Rights and Notice**

Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period.  S&C reserves the right to make further application to this Court for allowance of such fees and expenses not included herein.

Dated:   February 26, 2015

Respectfully submitted,

 /s/  Andrew G. Dietderich
Andrew G. Dietderich
Brian D. Glueckstein
Michael H. Torkin
Mark U. Schneiderman
125 Broad Street
New York, New York  10004
Telephone:  (212) 558-4000
Facsimile:  (212) 558-3588
E-mail:      dietdericha@sullcrom.com
                 gluecksteinb@sullcrom.com
                 torkinm@sullcrom.com
                 schneidermanm@sullcrom.com

*Counsel for The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC; EFIH Finance, Inc.; and EECI, Inc.*