## EXHIBIT A

### Statement of Fees by Project Category

| Project Number | Project Name | Hours | Fee Amount |
|---|---|---|---|
| 00002 | ASSET ANALYSIS AND RECOVERY | - | $0.00 |
| 00003 | ASSET DISPOSITION | 127.80 | $120,591.50 |
| 00004 | ASSUMPTION AND REJECTION OF LEASES AND CONTRACTS | - | $0.00 |
| 00005 | AVOIDANCE ACTION ANALYSIS | - | $0.00 |
| 00006 | BUSINESS OPERATIONS | - | $0.00 |
| 00007 | CASE ADMINISTRATION | 60.00 | $49,297.00 |
| 00008 | CLAIMS ADMINISTRATION AND OBJECTIONS | 96.40 | $100,350.50 |
| 00009 | CORPORATE GOVERNANCE AND BOARD MATTERS | - | $0.00 |
| 00010 | EMPLOYEE BENEFITS AND PENSIONS | 3.50 | $2,256.50 |
| 00011 | EMPLOYMENT AND FEE APPLICATIONS (S&C) | 111.70 | $88,321.00 |
| 00012 | EMPLOYMENT AND FEE APPLICATIONS (OTHERS) | 36.70 | $26,906.50 |
| 00013 | FINANCING, CASH COLLATERAL, MAKE WHOLE | 130.00 | $83,118.00 |
| 00014 | OTHER LITIGATION | 2.80 | $2,720.50 |
| 00015 | MEETINGS AND COMMUNICATIONS WITH CREDITORS | 113.40 | $116,187.00 |
| 00016 | NON-WORKING TRAVEL | 9.90 | $5,431.50 |
| 00017 | PLAN AND DISCLOSURE STATEMENT | 128.40 | $111,768.00 |
| 00018 | RELIEF FROM STAY AND ADEQUATE PROTECTION | 1.50 | $985.50 |
| 00019 | TAX | 123.70 | $117,800.50 |
| 00020 | VALUATION | - | $0.00 |
| 00021 | DISCOVERY | 36.50 | $17,064.00 |
| 00022 | HEARINGS | 6.70 | $7,160.00 |
| 00023 | FIRST AND SECOND DAY MOTIONS | - | $0.00 |
| 00024 | CLAIMS INVESTIGATION | 75.70 | $48,198.00 |
| 00025 | LIEN INVESTIGATION | - | $0.00 |
| 00026 | INTERCOMPANY CLAIMS | 199.10 | $112,129.00 |
| 00027 | OTHER MOTIONS / APPLICATIONS | 180.30 | $126,477.00 |
| 00028 | SCHEDULES AND STATEMENTS | - | $0.00 |
| 00029 | TIME ENTRY REVIEW | 155.20 | $0.00 |
| 00031 | BUDGETING (CASE) | 2.70 | $2,240.50 |
| | **Total** | 1,602.00 | $1,139,002.50 |

# EXHIBIT B

## Attorneys and Paraprofessionals' Information

| Timekeeper Name | Title | Year Admitted | Rate | Hours | | Amount |
|---|---|---|---|---|---|---|
| Clayton, Jay J. | Partner | 1995 | $1,295.00 | 0.90 | | $1,165.50 |
| Creamer Jr., Ronald E. | Partner | 1992 | $1,295.00 | 0.30 | | $388.50 |
| Dietderich, Andrew G. | Partner | 1997 | $570.00 | 2.30 | * | $1,311.00 |
| Dietderich, Andrew G. | Partner | 1997 | $1,140.00 | 119.30 | | $136,002.00 |
| Glueckstein, Brian D. | Partner | 2004 | $570.00 | 2.50 | * | $1,425.00 |
| Glueckstein, Brian D. | Partner | 2004 | $1,140.00 | 76.10 | | $86,754.00 |
| Hariton, David P. | Partner | 1986 | $648.00 | 0.90 | * | $583.20 |
| Hariton, David P. | Partner | 1986 | $1,295.00 | 33.00 | | $42,735.00 |
| Korry, Alexandra D. | Partner | 1988 | $648.00 | 0.20 | * | $129.60 |
| Korry, Alexandra D. | Partner | 1988 | $1,295.00 | 42.70 | | $55,296.50 |
| Rosenberg, Mark F. | Partner | 1981 | $570.00 | 1.00 | * | $570.00 |
| Rosenberg, Mark F. | Partner | 1981 | $1,140.00 | 18.20 | | $20,748.00 |
| Torkin, Michael H. | Partner | 1999 | $1,140.00 | 7.30 | | $8,322.00 |
| Trevino, Marc R. | Partner | 1995 | $1,295.00 | 0.50 | | $647.50 |
| **Partner Total** | | | | **305.20** | | **$356,077.80** |
| Jerome, John J. | Of Counsel | 1962 | $1,140.00 | 32.60 | | $37,164.00 |
| **Of Counsel Total** | | | | **32.60** | | **$37,164.00** |
| Altman, Zvi Daniel | Special Counsel | 2006 | $498.00 | 0.90 | * | $448.20 |
| Altman, Zvi Daniel | Special Counsel | 2006 | $995.00 | 67.70 | | $67,361.50 |
| Barancik, Tia S. | Special Counsel | 1987 | $1,140.00 | 4.90 | | $5,586.00 |
| Brennan, Matthew J. | Special Counsel | 1986 | $525.00 | 0.60 | * | $315.00 |
| Brennan, Matthew J. | Special Counsel | 1986 | $1,050.00 | 22.60 | | $23,730.00 |
| Fiorini, Judith R. | Special Counsel | 1998 | $0.00 | 1.20 | * | $0.00 |
| Fiorini, Judith R. | Special Counsel | 1998 | $995.00 | 22.90 | | $22,785.50 |
| **Special Counsel Total** | | | | **120.80** | | **$120,226.20** |
| Biller, Daniel L. | Associate | 2013 | $725.00 | 7.40 | | $5,365.00 |
| Bradley, Adrienne R. W. | Associate | 2013 | $725.00 | 28.70 | | $20,807.50 |
| Coleman, Heather L. | Associate | 2007 | $865.00 | 2.30 | | $1,989.50 |
| Foushee, Matthew H. | Associate | 2015 | $460.00 | 71.50 | | $32,890.00 |
| Ha, Alice YN | Associate | In Process | $460.00 | 94.80 | | $43,608.00 |
| Heuer, Max S. | Associate | 2012 | $830.00 | 14.00 | | $11,620.00 |

-6-

| Jakus, David J. | Associate | 2014 | $605.00 | 18.90 | | $11,434.50 |
|---|---|---|---|---|---|---|
| Janove, Raphael | Associate | 2014 | $460.00 | 9.70 | | $4,462.00 |
| Josephs, Adam M. | Associate | 2014 | $460.00 | 1.40 | | $644.00 |
| Keranen, Kristin L. | Associate | 2008 | $865.00 | 10.20 | | $8,823.00 |
| Khanna, Hargun S. | Associate | 2015 | $460.00 | 26.90 | | $12,374.00 |
| Kranzley, Alexa J. C. Y. L. | Associate | 2009 | $0.00 | 0.60 | * | $0.00 |
| Kranzley, Alexa J. C. Y. L. | Associate | 2009 | $433.00 | 1.50 | | $649.50 |
| Kranzley, Alexa J. C. Y. L. | Associate | 2009 | $865.00 | 171.10 | | $148,001.50 |
| Loeser, Daniel R. | Associate | 2014 | $605.00 | 8.70 | | $5,263.50 |
| Ma, Chiansan | Associate | 2012 | $0.00 | 0.50 | * | $0.00 |
| Ma, Chiansan | Associate | 2012 | $830.00 | 101.80 | | $84,494.00 |
| Rhein, Jonathan M. | Associate | 2014 | $460.00 | 15.10 | | $6,946.00 |
| Schneiderman, Mark U. | Associate | 2006 | $865.00 | 5.70 | | $4,930.50 |
| Taylor-Cohart, Daniel | Associate | 2014 | $605.00 | 39.50 | | $23,897.50 |
| Weiss, Noam R. | Associate | 2014 | $605.00 | 100.10 | | $60,560.50 |
| White, Amaris R. | Associate | 2013 | $725.00 | 67.60 | | $49,010.00 |
| Zhang, Xin | Associate | 2014 | $460.00 | 77.30 | | $35,558.00 |
| Zylberberg, David R. | Associate | 2011 | $855.00 | 27.50 | | $23,512.50 |
| **Associate Total** | | | | 902.80 | | **$596,841.00** |
| **Lawyers Total** | | | | 1,361.40 | | **$1,110,309.00** |
| Betin, Darya A. | Research Analyst | N/A | $355.00 | 3.60 | | $1,278.00 |
| Cieniawa, Aaron B. | Legal Analyst - Litigation | N/A | $355.00 | 18.20 | | $6,461.00 |
| Council, Kimberly N. | Research Analyst | N/A | $355.00 | 1.50 | | $532.50 |
| Drinkwater, Emily C. C. | Legal Assistant | N/A | $0.00 | 72.50 | * | $0.00 |
| Drinkwater, Emily C. C. | Legal Assistant | N/A | $275.00 | 23.70 | | $6,517.50 |
| Gorman, Teresa A. | Research Analyst | N/A | $355.00 | 0.30 | | $106.50 |
| Khwaja, Tariq | Research Analyst | N/A | $355.00 | 1.70 | | $603.50 |
| Langston, Nicole E. | Electronic Discovery / Compliance | N/A | $355.00 | 9.70 | | $3,443.50 |
| Nolan, Brian J. | Research Analyst | N/A | $355.00 | 0.10 | | $35.50 |
| Pearson, Michael D. | Research Analyst | N/A | $355.00 | 0.90 | | $319.50 |
| Robinson, Kenneth W. | Legal Analyst - Corporate | N/A | $355.00 | 0.40 | | $142.00 |
| Seeger, Evelyn H. | Research Analyst | N/A | $355.00 | 4.50 | | $1,597.50 |
| Tully, John K. | Research Analyst | N/A | $355.00 | 1.40 | | $497.00 |

-8-

| Name | Title | | Rate | Hours | | Amount |
|---|---|---|---|---|---|---|
| Voizard, Marshall R. | Research Analyst | N/A | $355.00 | 2.40 | | $852.00 |
| Watson, Thomas C. | Legal Assistant | N/A | $0.00 | 22.70 | * | $0.00 |
| Watson, Thomas C. | Legal Assistant | N/A | $275.00 | 6.80 | | $1,870.00 |
| Zweber, Zara E. | Legal Assistant | N/A | $0.00 | 57.70 | * | $0.00 |
| Zweber, Zara E. | Legal Assistant | N/A | $355.00 | 12.50 | | $4,437.50 |
| **Non Legal Personnel Total** | | | | **240.60** | | **$28,693.50** |
| **Grand Total for All Personnel** | | | | **1,602.00** | | **$1,139,002.50** |

\* Half-rates appear where fees were charged for non-working travel and a zero rate appears wherever no fee was charged for work.

-9-

# EXHIBIT C

## Summary of Actual and Necessary Expenses for the Fee Period

| Disbursement Summary | |
|---|---|
| **Description** | **Amount** |
| Local Transportation | $926.68 |
| Conference Catering | $517.82 |
| Delivery Services/Messengers | $6.23 |
| Meals - Overtime | $759.83 |
| Repro - BW Copies | $228.20 |
| Outside Vendors | $1,787.32 |
| Tele-conference | $192.06 |
| Travel - Out of Town | $212.00 |
| **Total** | **$4,630.14** |

## EXHIBIT D

## Detailed Description of Expenses and Disbursements

| Work Date | Timekeeper Name | Quantity | Rate | Amount | Description |
|---|---|---|---|---|---|
| 01/14/15 | Kranzley, Alexa J. C. Y. L. | 1 | $127.93 | $127.93 | Conference Catering - 12 People |
| 01/14/15 | Kranzley, Alexa J. C. Y. L. | 1 | $389.89 | $389.89 | Conference Catering - 22 People |
| **Conference Catering Total** | | | | **$517.82** | |
| 01/13/15 | Kranzley, Alexa J. C. Y. L. | 1 | $6.23 | $6.23 | Delivery Services/Messengers |
| **Delivery Services/Messengers Total** | | | | **$6.23** | |
| 01/05/15 | Ha, Alice YN | 1 | $6.80 | $6.80 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St.; End Point: Home; Purpose: OT Travel; Pick-up Time: 21:36 |
| 01/06/15 | Kranzley, Alexa J. C. Y. L. | 1 | $25.45 | $25.45 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St.; End Point: Home; Purpose: OT Travel; Pick-up Time: 21:08 |
| 01/06/15 | Ma, Chiansan | 1 | $60.61 | $60.61 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St.; End Point: Home; Purpose: OT Travel; Pick-up Time: 21:07 |
| 01/06/15 | Zylberberg, David R. | 1 | $28.19 | $28.19 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St.; End Point: Kirkland and Ellis NY, NY; Purpose: Meeting* |
| 01/06/15 | Zylberberg, David R. | 1 | $31.13 | $31.13 | Local Transportation - Transportation Type: Taxi; Starting Point: Kirkland and Ellis NY, NY; End Point: 125 Broad St.; Purpose: Meeting* |
| 01/07/15 | Ha, Alice YN | 1 | $24.28 | $24.28 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St.; End Point: Home; Purpose: OT Travel; Pick-up Time: 22:10 |
| 01/07/15 | Kranzley, Alexa J. C. Y. L. | 1 | $21.80 | $21.80 | Local Transportation - Transportation Type: Taxi; Starting Point: Guggenheim Partners NY, NY; End Point: 125 Broad St.; Purpose: Meeting* |

| Date | Name | | Amount | | Description |
|---|---|---|---|---|---|
| 01/08/15 | Ha, Alice YN | 1 | $5.80 | $5.80 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St.; End Point: Home; Purpose: OT Travel; Pick-up Time: 21:40 |
| 01/08/15 | Weiss, Noam R. | 1 | $28.82 | $28.82 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St.; End Point: Home; Purpose: OT Travel; Pick-up Time: 21:17 |
| 01/09/15 | Dietderich, Andrew G. | 1 | $27.78 | $27.78 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St.; End Point: Cravath Swaine and Moore NY, NY; Purpose: Meeting* |
| 01/12/15 | Glueckstein, Brian D. | 1 | $27.78 | $27.78 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St.; End Point: Home; Purpose: OT Travel; Pick-up Time: 23:36 |
| 01/14/15 | Altman, Zvi Daniel | 1 | $28.98 | $28.98 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St.; End Point: 535 Madison Ave NY, NY (S&C Conference Center); Purpose: Meeting* |
| 01/14/15 | Altman, Zvi Daniel | 1 | $20.80 | $20.80 | Local Transportation - Transportation Type: Taxi; Starting Point: Kirkland and Ellis NY, NY; End Point: 125 Broad St.; Purpose: Meeting* |
| 01/14/15 | Brennan, Matthew J. | 1 | $24.00 | $24.00 | Local Transportation - Transportation Type: Taxi; Starting Point: Kirkland and Ellis NY, NY; End Point: 125 Broad St.; Purpose: Meeting* |
| 01/14/15 | Kranzley, Alexa J. C. Y. L. | 1 | $74.65 | $74.65 | Local Transportation - Transportation Type: Taxi; Starting Point: Kirkland and Ellis NY, NY; End Point: Kennedy Airport Queens, NY; Passenger: Steve Kazan (UCC Member); Purpose: Meeting* |
| 01/14/15 | Kranzley, Alexa J. C. Y. L. | 1 | $110.10 | $110.10 | Local Transportation - Transportation Type: Taxi; Starting Point: 535 Madison Ave NY, NY (S&C Conference Center); End Point: Kennedy Airport Queens, NY; Passenger: Mabel Brown (UCC Member); Purpose: Meeting* |

-11-

| Date | Name | | Qty | Amount | Total | Description |
|---|---|---|---|---|---|---|
| 01/14/15 | Rosenberg, Mark F. | | 1 | $27.78 | $27.78 | Local Transportation - Transportation Type: Taxi; Starting Point: 535 Madison Ave NY, NY (S&C Conference Center); End Point: 125 Broad St.; Purpose: Meeting* |
| 01/15/15 | Weiss, Noam R. | | 1 | $32.47 | $32.47 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St.; End Point: Home; Purpose: OT Travel; Pick-up Time: 21:40 |
| 01/20/15 | Ma, Chiansan | | 1 | $60.71 | $60.71 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St.; End Point: Home; Purpose: OT Travel; Pick-up Time: 21:15 |
| 01/20/15 | Weiss, Noam R. | | 1 | $27.78 | $27.78 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St.; End Point: Home; Purpose: OT Travel; Pick-up Time: 21:44 |
| 01/21/15 | Ha, Alice YN | | 1 | $14.80 | $14.80 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St.; End Point: New York, NY; Purpose: OT Travel; Pick-up Time: 00:10 |
| 01/21/15 | Ma, Chiansan | | 1 | $60.45 | $60.45 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St.; End Point: Home; Purpose: OT Travel; Pick-up Time: 21:19 |
| 01/22/15 | Ha, Alice YN | | 1 | $6.30 | $6.30 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St.; End Point Home; Purpose: OT Travel; Pick-up Time: 22:01 |
| 01/23/15 | Ha, Alice YN | | 1 | $9.30 | $9.30 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St.; End Point: New York, NY; Purpose: OT Travel; Pick-up Time: 22:25 |
| 01/28/15 | Ma, Chiansan | | 1 | $60.71 | $60.71 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St.; End Point: Home; Purpose: OT Travel; Pick-up Time: 22:10 |
| 01/29/15 | Foushee, Matthew H. | | 1 | $18.96 | $18.96 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St; End Point: Home; Purpose: OT Travel; Pick-up Time: 21:01 |

SC1:3815496.2

| Date | Name | Qty | Rate | Amount | Description |
|---|---|---|---|---|---|
| 01/29/15 | Ma, Chiansan | 1 | $60.45 | $60.45 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St.; End Point: Home; Purpose: OT Travel; Pick-up Time: 22:01 |
| **Local Transportation Total** | | | | **$926.68** | |
| 01/05/15 | Altman, Zvi Daniel | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00007, 00019 |
| 01/05/15 | Ha, Alice YN | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00026 |
| 01/06/15 | Ha, Alice YN | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00026 |
| 01/07/15 | Ha, Alice YN | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00026 |
| 01/07/15 | Jakus, David J. | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00026 |
| 01/08/15 | Ha, Alice YN | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00026 |
| 01/08/15 | Weiss, Noam R. | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00026 |
| 01/09/15 | Weiss, Noam R. | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00007, 00026 |
| 01/12/15 | Ha, Alice YN | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00007, 00026 |
| 01/12/15 | Kranzley, Alexa J. C. Y. L. | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00007, 00008, 00011, 00012, 00013, 00015, 00019, 00022, 00026, 00027, 00029 |
| 01/12/15 | Weiss, Noam R. | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00007, 00026 |
| 01/13/15 | Taylor-Cohart, Daniel | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00002, 00019 |
| 01/14/15 | Altman, Zvi Daniel | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00015, 00016, 00019 |
| 01/14/15 | Taylor-Cohart, Daniel | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00002 |
| 01/15/15 | Kranzley, Alexa J. C. Y. L. | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00003, 00007, 00008, 00012, 00015, 00019, 00021, 00026, 00027 |
| 01/15/15 | Weiss, Noam R. | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00026, 00027 |
| 01/20/15 | Biller, Daniel L. | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00013 |
| 01/20/15 | Ma, Chiansan | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00007, 00011, 00019, 00027 |
| 01/20/15 | Weiss, Noam R. | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00027 |
| 01/20/15 | Zhang, Xin | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00007 |
| 01/21/15 | Foushee, Matthew H. | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00012, 00026 |
| 01/21/15 | Ha, Alice YN | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00026, 00027 |
| 01/21/15 | Ma, Chiansan | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00012, 00013, 00017, 00019, 00026, 00027, 00031 |
| 01/22/15 | Foushee, Matthew H. | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00026 |

| | | | | | |
|---|---|---|---|---|---|
| 01/22/15 | Ha, Alice YN | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00013, 00026, 00027 |
| 01/22/15 | Zhang, Xin | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00007, 00013 |
| 01/23/15 | Ha, Alice YN | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00026, 00027 |
| 01/27/15 | Ha, Alice YN | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00017, 00026 |
| 01/27/15 | Zhang, Xin | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00013 |
| 01/28/15 | Altman, Zvi Daniel | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00019 |
| 01/28/15 | Foushee, Matthew H. | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00026 |
| 01/28/15 | Kranzley, Alexa J. C. Y. L. | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00003, 00007, 00012, 00013, 00017, 00019, 00021, 00024, 00026, 00027, 00029 |
| 01/28/15 | Ma, Chiansan | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00017, 00026 |
| 01/28/15 | Zhang, Xin | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00013, 00025 |
| 01/29/15 | Altman, Zvi Daniel | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00003, 00019, 00029 |
| 01/29/15 | Foushee, Matthew H. | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00026, 00027 |
| 01/29/15 | Ma, Chiansan | 1 | $19.83 | $19.83 | Meals - Overtime; Project(s): 00013, 00017 |
| 01/29/15 | White, Amaris R. | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00005, 00011, 00017 |
| **Meals - Overtime Total** | | | | **$759.83** | |
| 01/07/15 | Dietderich, Andrew G. | 1 | $407.94 | $407.94 | Corporation Service Company |
| 01/09/15 | Voizard, Marshall R. | 1 | $296.98 | $296.98 | CT Corporation System |
| 01/10/15 | Keranen, Kristin L. | 1 | $1,082.40 | $1,082.40 | Epiq eDiscovery Solutions |
| **Outside Vendors Total** | | | | **$1,787.32** | |
| 01/12/15 | Dietderich, Andrew G. | 2,282 | $0.10 | $228.20 | Repro - BW Copies |
| **Repro - BW Copies Total** | | | | **$228.20** | |
| 01/06/15 | Zylberberg, David R. | 1 | $10.70 | $10.70 | Tele-conference |
| 01/07/15 | Zylberberg, David R. | 1 | $10.03 | $10.03 | Tele-conference |
| 01/09/15 | Dietderich, Andrew G. | 1 | $17.12 | $17.12 | Tele-conference |
| 01/09/15 | Kranzley, Alexa J. C. Y. L. | 1 | $11.15 | $11.15 | Tele-conference |
| 01/16/15 | Dietderich, Andrew G. | 1 | $17.18 | $17.18 | Tele-conference |
| 01/22/15 | Kranzley, Alexa J. C. Y. L. | 1 | $10.20 | $10.20 | Tele-conference |
| 01/23/15 | Dietderich, Andrew G. | 1 | $21.99 | $21.99 | Tele-conference |
| 01/27/15 | Dietderich, Andrew G. | 1 | $35.58 | $35.58 | Tele-conference |
| 01/27/15 | Ma, Chiansan | 1 | $13.23 | $13.23 | Tele-conference |

| 01/28/15 | Kranzley, Alexa J. C. Y. L. | 1 | $25.12 | $25.12 | Tele-conference |
|---|---|---|---|---|---|
| 01/30/15 | Dietderich, Andrew G. | 1 | $19.76 | $19.76 | Tele-conference |
| **Tele-conference Total** | | | | **$192.06** | |
| 01/13/15 | Dietderich, Andrew G. | 1 | $212.00 | $212.00 | Amtrak ticket for January 13, 2015 - NY/DE |
| **Travel - Out of Town Total** | | | | **$212.00** | |
| **Grand Total** | | | | **$4,630.14** | |

\* Whenever possible, S&C lawyers share rides going to/from client meetings.

# EXHIBIT E

# Notice and Records of EFH Committee Members' Expenses

SC1:3815496.2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[3]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>**Objection Deadline: March 19, 2015 at 4:00 p.m.** |

**THIRD MONTHLY EXPENSE STATEMENT OF MEMBERS OF THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS OF ENERGY FUTURE HOLDINGS
CORP., ENERGY FUTURE INTERMEDIATE HOLDING COMPANY, LLC, EFIH
FINANCE INC., AND EECI, INC. FOR EXPENSES INCURRED FOR THE PERIOD OF
JANUARY 1, 2015 THROUGH JANUARY 31, 2014**

| **Name of Applicant** | **Members of the Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH Finance Inc., and EECI, Inc.[4]** |
|---|---|
| Date of Appointment: | October 27, 2014 |
| Period for which reimbursement is sought: | January 1, 2015 through January 31, 2015 |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $11,610.07 |

This is a(n) **X** monthly ___ interim ___ final application. No prior application filed for this Period.[5]

---

[3] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[4] Pursuant to the Notice of Appointment (as defined below), the members of the EFH Committee (as defined below) are: Mark. B. Landon, Brown & Zhou, LLC, Peter Tinkham, Shirley Fenicle, as successor-in-interest to the Estate of George Fenicle and David William Fahy (collectively, the "**EFH Committee Members**").

[5] Notice of this Monthly Expense Statement (as defined below) shall be served in accordance with the Interim Compensation Order and Fee Committee Order (each as defined below), and objections to the relief requested in this Monthly Expense Statement shall be addressed in accordance with the Interim Compensation Order.

-17-

Pursuant to section 503 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the *Notice of Appointment of Committee of Unsecured Creditors* [D. I. 2570] (the "**Notice of Appointment**"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals,* dated September 16, 2014 [D. I. 2066] (the "**Interim Compensation Order**"), and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the EFH Committee Members, as members of the official committee (the "**EFH Committee**") of unsecured creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. (collectively, the "**EFH Debtors**"), through their undersigned counsel, hereby submit this monthly expense statement (this "**Monthly Expense Statement**") for reimbursement of the actual and necessary expenses incurred in the performance of the duties of the EFH Committee, in the amount of $11,610.07, from January 1, 2015 through January 31, 2015 (the "**Expense Statement Period**").

### Itemization of Disbursements Incurred

In support of this Monthly Expense Statement, attached is an Expense Chart setting forth the total amount of expenses for which the EFH Committee Members are seeking reimbursement in this Monthly Expense Statement.

WHEREFORE, the EFH Committee Members, by and through their undersigned counsel, request that they be allowed reimbursement in the total amount of $11,610.07 for actual and necessary costs and expenses incurred in the performance of the duties of the EFH

Committee, and that such expenses be paid as administrative expenses of the EFH Debtors' estates.[6]

---

[6] Paragraph 2(b) of the Interim Compensation Order requires Professionals (as defined in the Interim Compensation Order) to allocate any fees and expenses to the applicable Debtors for whose direct benefit such fees and expenses were incurred. To the extent that Paragraph 2(b) of the Interim Compensation Order applies to reimbursement of EFH Committee Member expenses, the EFH Committee Members have incurred expenses in performance of the duties of the EFH Committee. Therefore, all of the EFH Committee Members' expenses identified in this Monthly Expense Statement should be paid by the EFH Debtors.

## **Expense Chart**

| Date | Committee Member | Type of Expense | Expense Description | Amount |
|---|---|---|---|---|
| 1/5 | Mabel Brown | Transportation | Mileage to airport | $5.60 |
| 1/5 | Mabel Brown | Transportation | 3 Uber rides (from airport to NY Palace Hotel; NY Palace Hotel to meeting with a creditor; meeting to NY Palace Hotel) | $52.12 |
| 1/5 | Mabel Brown | Meal | CBC Restaurant: dinner. (Alone; Columbus Airport) | $19.73 |
| 1/6 | Mabel Brown | Transportation | Uber rides to and from breakfast meeting with A. Dietderich | $49.41 |
| 1/6 | Mabel Brown | Transportation | Uber rides from hotel to Hyatt Andaz to meet with A. Dietderich | $16.23 |
| 1/6 | Mabel Brown | Meal | Sushi Ann Midtown: dinner. (Alone; NYC) | $66.62 |
| 1/6 | Mabel Brown | Meal | Hyatt Andaz: breakfast meeting with A. Dietderich. (2 people; NYC) | $62.03 |
| 1/6 | Mabel Brown | Hotel | NYC Palace Hotel (1/6/2015) | $289.90 |
| 1/6 | Mabel Brown | Miscellaneous | Tips to bellman and housekeeping | $15.00 |
| 1/7 | Mabel Brown | Transportation | Uber ride from NY Palace Hotel to LGA | $30.62 |
| 1/7 | Mabel Brown | Meal | NY Palace Hotel: lunch. (Alone; NYC) | $27.49 |
| 1/7 | Mabel Brown | Miscellaneous | Columbus Airport parking | $54.00 |
| 1/7 | Mabel Brown | Transportation | Mileage to Airport | $5.60 |
| 1/8 | Mabel Brown | Transportation | 3 Uber rides (from LGA to Gramercy Park Hotel; Gramercy Park Hotel to meeting with Guggenheim; Guggenheim to Gramercy Park Hotel) | $47.45 |
| 1/8 | Mabel Brown | Transportation | Mileage to airport | $5.60 |
| 1/9 | Mabel Brown | Transportation | 4 Uber rides (from Gramercy Park Hotel to meet with Fidelity; Fidelity meeting to Gramercy Park Hotel; Gramercy Park Hotel to Fried Frank offices; Fried Frank to Gramercy Park | $51.83 |

-2-

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | Hotel) |  |
| 1/8 | Mabel Brown | Meal | Gramercy Park Hotel Maialino Restaurant: dinner. (Alone; NYC) | $52.46 |
| 1/9 | Mabel Brown | Meal | Gramercy Park Hotel Maialino Restaurant: lunch. (Alone; NYC) | $25.68 |
| 1/9 | Mabel Brown | Transportation | Delta charges | $34.00 |
| 1/9 | Mabel Brown | Meal | Bouchon: dinner. (Alone; NYC) | $63.80 |
| 1/10 | Mabel Brown | Transportation | Uber rides from Waldorf Astoria Hotel to dinner and back to hotel | $19.19 |
| 1/10 | Mabel Brown | Hotel | Gramercy Park Hotel (1/8/2015-1/9/2015) | $472.83 |
| 1/10 | Mabel Brown | Meal | Bouchon: dinner. (Alone; NYC) | $53.49 |
| 1/10 | Mabel Brown | Meal | Mee Noodle Shop & Grill: lunch. (Alone; NYC) | $8.00 |
| 1/11 | Mabel Brown | Transportation | 2 Uber rides from Gramercy Park Hotel to Waldorf Astoria and Waldorf Astoria to meeting | $25.34 |
| 1/11 | Mabel Brown | Meal | Essen: breakfast. (Alone; NYC) | $11.38 |
| 1/11 | Mabel Brown | Meal | Blue Ribbon: dinner (Alone; NYC) | $32.57 |
| 1/11 | Mabel Brown | Hotel | Waldorf Astoria (1/9/2015 -1/11/2015; stayed weekend due to late Friday meeting at Cravath and cheaper than changing flight) (NYC) | $578.46 |
| 1/12 | Mabel Brown | Transportation | Uber ride from Waldorf Astoria to dinner | $8.00 |
| 1/12 | Mabel Brown | Miscellaneous | Starbucks: lunch. (Alone; NYC) | $13.45 |
| 1/12 | Mabel Brown | Meal | Seamless: dinner (Alone; NYC) | $53.99 |
| 1/12 | Mabel Brown | Meal | Essen: lunch. (Alone; NYC) | $14.10 |
| 1/13 | Mabel Brown | Transportation | Uber ride from Trump Soho to doctor's appointment | $14.66 |
| 1/13 | Mabel Brown | Transportation | MTA Metro Pass | $20.00 |

| 1/14 | Mabel Brown | Transportation | Uber rides to and from Trump Soho with P. Tinkham | $77.79 |
|---|---|---|---|---|
| 1/14 | Mabel Brown | Transportation | Uber ride from Trump Soho to S&C Midtown office | $25.53 |
| 1/14 | Mabel Brown | Miscellaneous | Columbus Airport parking | $126.00 |
| 1/15 | Mabel Brown | Hotel | Trump Soho (1/11/2015-1/14/2015) | $1,267.01 |
| 1/15 | Mabel Brown | Transportation | Delta charges | $25.00 |
| 1/15 | Mabel Brown | Transportation | Mileage to airport | $5.60 |
| 1/15 | Mabel Brown | Miscellaneous | Tips to bellman and housekeeping | $20.00 |
| 1/15 | Mabel Brown | Miscellaneous | Verizon (80%) | $159.72 |
| 1/18 | Mabel Brown | Transportation | Mileage to/from airport | $11.20 |
| 1/18 | Mabel Brown | Hotel | NY Palace Hotel (1/19/2015-1/21/2015) | $566.99 |
| 1/19 | Mabel Brown | Miscellaneous | Verizon prepaid overage phone to call creditors and advisors | $48.61 |
| 1/19 | Mabel Brown | Transportation | Uber ride from LGA to hotel | $39.83 |
| 1/19 | Mabel Brown | Transportation | Uber ride to S&C midtown office | $9.57 |
| 1/19 | Mabel Brown | Meal | Starbucks: lunch. (Alone; Columbus, OH) | $10.59 |
| 1/19 | Mabel Brown | Transportation | American Airlines (CMH to LGA) (including baggage fee, tax, and change fee) | $1,560.17 |
| 1/20 | Mabel Brown | Transportation | Uber rides | $20.04 |
| 1/20 | Mabel Brown | Meal | Sushi Ann Restaurant: dinner. (Alone; NYC) | $65.53 |
| 1/21 | Mabel Brown | Transportation | Uber ride from hotel to airport | $45.38 |
| 1/21 | Mabel Brown | Meal | NY Palace Hotel meal charges (1/20 b'fast - $27.49; 1/20 lunch - $52.10; 1/21 breakfast - $13.17) (Alone; NYC) | $92.76 |

| Date | Committee Member | Type of Expense | Expense Description | Amount |
|---|---|---|---|---|
| 1/21 | Mabel Brown | Miscellaneous | Port Columbus Parking | $42.00 |
| 1/21 | Mabel Brown | Transportation | Mileage to airport | $5.60 |
| 1/31 | Mabel Brown | Transportation | Mileage to airport | $5.60 |
| 1/31 | Mabel Brown | Miscellaneous | Port Columbus Parking | $3.00 |
| | | | **Total (Mabel Brown):** | **$6,534.15** |

| Date | Committee Member | Type of Expense | Expense Description | Amount |
|---|---|---|---|---|
| 1/14 | Steven Kazan | Transportation | SFO-JFK refundable coach fare | $1,940.20 |
| 1/14 | Steven Kazan | Hotel | Hilton Garden Inn NY/Manhattan-Midtown East | $174.49 |
| 1/14 | Steven Kazan | Transportation | Taxi to and from JFK | $132.00 |
| 1/14 | Steven Kazan | Miscellaneous | SkyPark | $42.47 |
| 1/14 | Steven Kazan | Transportation | Mileage | $27.60 |
| 1/14 | Steven Kazan | Transportation | Bridge toll | $5.00 |
| | | | **Total (Steven Kazan):** | **$2,321.76** |

| Date | Committee Member | Type of Expense | Expense Description | Amount |
|---|---|---|---|---|
| 1/8 | Peter Tinkham | Transportation | Airfare including change fee (DFW to LGA) | $1,562.19 |
| 1/13 | Peter Tinkham | Hotel | Warwick Hotel (1/13-1/14) | $678.72 |
| 1/13 | Peter Tinkham | Meal | Felidia Restaurant: dinner with EFH Committee member M. Brown (2 people; NYC) | $227.27 |
| 1/13 | Peter Tinkham | Miscellaneous | Parking at DFW | $87.68 |
| 1/14 | Peter Tinkham | Transportation | Car service to/from EWR | $198.30 |
| | | | **Total (Peter Tinkham):** | **$2,754.16** |
| | | | **EFH Committee Members Total Expenses Incurred:** | **$11,610.07** |

SC1:3815496.2