IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] ) | Case No. 14-10979 (CSS) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |
| ) | **Ref. Docket No. 3624** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                          ) ss.:
COUNTY OF NEW YORK  )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 23, 2015, I caused to be served the "Notice of Withdrawal of Notice of Amendments to Schedules of Assets and Liabilities for Debtor Energy Future Holdings Corp. (Case No. 14-10979) [D.I. 3586]," dated February 23, 2015 [Docket No. 3624], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Carol Zhang
Carol Zhang

Sworn to before me this
24th day of February, 2015

/s/ Notary Public
Notary Public

ELLI KREMPA
Notary Public, State of New York
No. 01KR6175279
Qualified in Suffolk County
Commission Expires October 22, 2015

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

T:\Clients\TXUENERG\Affidavits\Schedules Amendment Notice NOW_DI 3624_AFF_2-23-15_SS.docx

# EXHIBIT A

EFH_(LIST2002.DBF, REC2002) *** 29 ***
TEXAS COMPETITIVE ELECTRIC HOLDINGS
COMPANY LLC
ATTN: MR. JEFF WALKER
1601 BRYAN ST
DALLAS, TX 75201-3411

EFH_(LIST2002.DBF, REC2002) *** 1 ***
KIRKLAND & ELLIS LLP
(COUNSEL TO EFHC DEBTORS)
ATTN: EDWARD SASSOWER PC
STEPHEN E HESSLER ESQ, BRIAN E SCHARTZ ESQ
601 LEXINGTON AVE
NEW YORK, NY 10022-4611

EFH_(LIST2002.DBF, REC2002) *** 2 ***
KIRKLAND & ELLIS LLP
(COUNSEL TO EFHC DEBTORS)
ATTN: JAMES HM SPRAYREGEN PC
CHAD J HUSNICK ESQ, MARC KIESELSTEIN PC
STEVEN N SERAJEDDINI ESQ
300 N LASALLE
CHICAGO, IL 60654

EFH_DN 3624_02-22-15
MUNGER TOLLES & OLSON LLP
ATTN: TODD J ROSEN ESQ
355 S GRAND AVE 35TH FL
LOS ANGELES, CA  90071