# EXHIBIT A
## Statement of Fees By Subject Matter

|  | Hours | Dollars |
|---|---|---|
| **109285-00001** | **ENERGY FUTURE/PROFESSIONAL RETENTIONS** | |
| 109285-00001 Total: | 16.90 | $10,406.00 |
| **109285-00005** | **ENERGY FUTURE/FEE APPLICATIONS- OTHERS** | |
| 109285-00005 Total: | 2.80 | $1,715.00 |
| **109285-00006** | **ENERGY FUTURE/FEE APPLICATIONS-S&L** | |
| 109285-00006 Total: | 8.20 | $3,598.00 |
| **Grand Total:** | 27.90 | $15,719.00 |