**EXHIBIT B**

**Attorney and Paraprofessionals Information**

| Name of Professional | Title | Year Admitted | Practicing Group | Hourly Billing Rate[1] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Joseph H. Huston, Jr. | Practice Leader | 1975 (PA) 2001 (DE) | Bankruptcy and Financial Restructuring | 695 | 15.10 | $10,494.50 |
| John D. Demmy | Shareholder | 1986 (PA) 1990(DE) | Bankruptcy and Financial Restructuring | 620 | 4.30 | $2,666.00 |
| Camille C. Bent | Associate | 2009 (NY) | Bankruptcy and Financial Restructuring | 335 | 6.80 | $2,278.00 |
| Stephanie L. Foster | Legal Assistant | N/A | Bankruptcy Support | 165 | 1.70 | $280.50 |
|  |  |  | **TOTAL:** | | **27.90** | **$15,719.00** |

---

[1] These hourly rates represent in the aggregate an increase of approximately 4% over S&L's rates for 2014 and are in accordance with S&L's policy of reviewing and increasing its rates annually to reflect its attorneys' increased seniority and experience. The anticipated occurrence of these increases was expressly stated in S&L's engagement letter (at page 3) and agreed to by EFIH.

SL1 1352317v1 109285.00006