## EXHIBIT C

### Summary of Actual and Necessary Expenses for the Fee Period

| Service Description | Amount |
|---|---|
| DOCUMENT REPRODUCTION | $142.20 |
| COMPUTER RESEARCH | $5.30 |
| COURTCALL APPEARANCE: J. HUSTON 1/13/15 | $58.00 |
| **TOTAL** | **$205.50** |

SL1 1352317v1 109285.00006