**EXHIBIT D**
**Detailed Description of Expenses and Disbursement**

| Matnum | MatName | PrtDate | CostItemName | Amount |
|---|---|---|---|---|
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/6/15 | DOCUMENT REPRODUCTION | $0.70 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/8/15 | DOCUMENT REPRODUCTION | $1.30 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/8/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/9/15 | DOCUMENT REPRODUCTION | $0.20 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/8/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/8/15 | DOCUMENT REPRODUCTION | $3.40 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/9/15 | DOCUMENT REPRODUCTION | $0.70 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/9/15 | DOCUMENT REPRODUCTION | $1.00 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/9/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/12/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/12/15 | DOCUMENT REPRODUCTION | $0.50 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/12/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/12/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/12/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/12/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/12/15 | DOCUMENT REPRODUCTION | $0.20 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/12/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/12/15 | DOCUMENT REPRODUCTION | $4.00 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/12/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/12/15 | DOCUMENT REPRODUCTION | $3.50 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/12/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/12/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/12/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/12/15 | DOCUMENT REPRODUCTION | $2.50 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/12/15 | DOCUMENT REPRODUCTION | $6.70 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/12/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/12/15 | DOCUMENT REPRODUCTION | $4.90 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/12/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/12/15 | DOCUMENT REPRODUCTION | $5.20 |

| Matter | Description | Date | Category | Amount |
|---|---|---|---|---|
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/12/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/12/15 | DOCUMENT REPRODUCTION | $0.50 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/12/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/12/15 | DOCUMENT REPRODUCTION | $1.40 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/12/15 | DOCUMENT REPRODUCTION | $6.10 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/12/15 | DOCUMENT REPRODUCTION | $2.00 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/12/15 | DOCUMENT REPRODUCTION | $2.00 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/12/15 | DOCUMENT REPRODUCTION | $0.50 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/12/15 | DOCUMENT REPRODUCTION | $2.00 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/12/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/12/15 | DOCUMENT REPRODUCTION | $2.00 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/12/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/12/15 | DOCUMENT REPRODUCTION | $1.80 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/12/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/12/15 | DOCUMENT REPRODUCTION | $1.70 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/12/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/12/15 | DOCUMENT REPRODUCTION | $3.50 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/12/15 | DOCUMENT REPRODUCTION | $5.90 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/12/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/12/15 | DOCUMENT REPRODUCTION | $3.50 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/12/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/12/15 | DOCUMENT REPRODUCTION | $5.00 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/12/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/12/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/12/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/12/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/12/15 | DOCUMENT REPRODUCTION | $0.70 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/12/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/12/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/12/15 | DOCUMENT REPRODUCTION | $0.70 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/12/15 | DOCUMENT REPRODUCTION | $0.70 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/12/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/12/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/12/15 | DOCUMENT REPRODUCTION | $0.10 |

| Client | Matter | Date | Description | Amount |
|---|---|---|---|---|
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/12/15 | DOCUMENT REPRODUCTION | $0.50 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/12/15 | DOCUMENT REPRODUCTION | $2.00 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/12/15 | DOCUMENT REPRODUCTION | $1.20 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/12/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/12/15 | DOCUMENT REPRODUCTION | $1.40 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/12/15 | DOCUMENT REPRODUCTION | $0.50 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/13/15 | COMPUTER RESEARCH | $5.30 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/13/15 | DOCUMENT REPRODUCTION | $37.20 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/13/15 | DOCUMENT REPRODUCTION | $0.40 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/13/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/13/15 | DOCUMENT REPRODUCTION | $0.20 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/14/15 | DOCUMENT REPRODUCTION | $0.80 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/14/15 | DOCUMENT REPRODUCTION | $1.80 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/14/15 | DOCUMENT REPRODUCTION | $0.70 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/15/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/15/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/15/15 | DOCUMENT REPRODUCTION | $1.30 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/15/15 | DOCUMENT REPRODUCTION | $0.60 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/16/15 | DOCUMENT REPRODUCTION | $0.70 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/21/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/21/15 | DOCUMENT REPRODUCTION | $0.80 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/21/15 | DOCUMENT REPRODUCTION | $0.60 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/23/15 | DOCUMENT REPRODUCTION | $0.50 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/26/15 | DOCUMENT REPRODUCTION | $1.50 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/26/15 | DOCUMENT REPRODUCTION | $0.20 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/27/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/28/15 | DOCUMENT REPRODUCTION | $1.30 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/28/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/28/15 | DOCUMENT REPRODUCTION | $0.70 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/28/15 | DOCUMENT REPRODUCTION | $0.20 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/28/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/28/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/28/15 | DOCUMENT REPRODUCTION | $2.80 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/28/15 | DOCUMENT REPRODUCTION | $0.30 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/28/15 | DOCUMENT REPRODUCTION | $0.10 |

| | | | | |
|---|---|---|---|---|
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/28/15 | DOCUMENT REPRODUCTION | $0.40 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/28/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/28/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/28/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/28/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/28/15 | DOCUMENT REPRODUCTION | $0.30 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/28/15 | DOCUMENT REPRODUCTION | $1.00 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/28/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/28/15 | DOCUMENT REPRODUCTION | $0.20 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/28/15 | DOCUMENT REPRODUCTION | $0.70 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/28/15 | DOCUMENT REPRODUCTION | $0.50 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/30/15 | DOCUMENT REPRODUCTION | $0.60 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/30/15 | DOCUMENT REPRODUCTION | $0.30 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/30/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00001 | ENERGY FUTURE/PROFESSIONAL RETENTIONS | 1/30/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00007 | ENERGY FUTURE/HEARINGS | 1/13/15 | COURTCALL: J. HUSTON 1/13/15 | $58.00 |
| | | | **TOTAL:** | **$205.50** |

4