# EXHIBIT D

## Details of Hours Expended

Energy Future Holdings
Lazard Frères & Co. LLC
Summary of Services Rendered by Project

September 1, 2014 - December 31, 2014

| Project # | Project Description | Hours | September | October | November | December |
|---|---|---|---|---|---|---|
| 1 | Interface with Professionals, Official Committees, and Other Parties-In-Interest | 584.3 | 197.8 | 149.3 | 115.3 | 122.0 |
| 2 | Business Operations Planning, Monitoring, Reporting and Analysis, and Projections | 12.5 | 8.0 | 4.5 | 0.0 | 0.0 |
| 3 | Preparation and/or Review of Court Filings | 57.0 | 19.0 | 33.5 | 2.0 | 2.5 |
| 4 | Court Testimony/Deposition and Preparation | 126.5 | 0.0 | 126.5 | 0.0 | 0.0 |
| 5 | Valuation Analysis | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 6 | Capital Structure Review and Analysis | 113.5 | 113.5 | 0.0 | 0.0 | 0.0 |
| 7 | Merger & Acquisition Activity | 33.0 | 32.5 | 0.5 | 0.0 | 0.0 |
| 8 | Financing Including DIP and Exit Financing | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 9 | General Corporate Finance, Research and Analysis, and Other Due Diligence | 284.8 | 103.3 | 71.0 | 28.5 | 82.0 |
| 10 | Fee Application, Engagement | 0.5 | 0.0 | 0.0 | 0.5 | 0.0 |
| 11 | Employee Retention Program | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| | TOTAL | 1,212.0 | 474.0 | 385.3 | 146.3 | 206.5 |

Summary of Services Rendered by Professional

| Name | Hours | September | October | November | December |
|---|---|---|---|---|---|
| David S. Kurtz, Vice Chairman US Investment Banking, Head of Global Restructuring | 184.0 | 52.5 | 79.5 | 27.0 | 25.0 |
| Barry Ridings, Vice Chairman US Investment Banking | 36.0 | 25.5 | 5.0 | 4.5 | 1.0 |
| Tim Pohl, Managing Director | 103.5 | 24.5 | 33.0 | 22.0 | 24.0 |
| Tyler Cowan, Director | 298.0 | 104.5 | 101.0 | 44.5 | 48.0 |
| William Fox, Associate | 178.3 | 78.0 | 54.8 | 21.5 | 24.0 |
| Alex Gistis, Analyst | 172.3 | 93.0 | 44.3 | 10.5 | 24.5 |
| George Bilicic, Vice Chairman of U.S. Investment Banking, Head of PEI | 3.5 | 3.0 | 0.5 | 0.0 | 0.0 |
| Willem Beer, Vice President | 92.3 | 40.0 | 18.8 | 4.3 | 29.3 |
| Greg Keilin, Associate | 37.8 | 16.5 | 14.5 | 5.0 | 1.8 |
| Jeffrey Stine, Associate | 64.3 | 18.5 | 14.5 | 3.0 | 28.3 |
| Rajesh Regadeesh, Analyst | 42.3 | 18.0 | 19.5 | 4.0 | 0.8 |
| | TOTAL | 1,212.0 | 474.0 | 385.3 | 146.3 | 206.5 |

Energy Future Holdings
Time Detail
Lazard Frères & Co. LLC
David Kurtz - Vice Chairman

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| **September 1 - September 30** | | | |
| 09/04/14 | Travel - Chicago to NY | 4.0 | 1 |
| 09/04/14 | Meeting with MoFo/Millstein | 2.0 | 1 |
| 09/04/14 | Travel - NY to Chicago | 4.0 | 1 |
| 09/09/14 | Travel - Chicago to Dallas | 4.0 | 1 |
| 09/10/14 | Call with Mofo/W&C/HL/BR - proposed sale timeline | 1.0 | 7 |
| 09/10/14 | Meeting with Keglevec | 1.0 | 1 |
| 09/10/14 | Travel - Dallas to Chicago | 4.0 | 1 |
| 09/11/14 | Weekly UCC Professionals Call | 1.0 | 1 |
| 09/12/14 | Call with MoFo re Proposed Sale Timeline | 1.0 | 7 |
| 09/12/14 | Call with Mofo/FTI - catch-up | 0.5 | 1 |
| 09/12/14 | Call with Mofo | 1.0 | 1 |
| 09/15/14 | Travel - Chicago to NY | 4.0 | 1 |
| 09/15/14 | Weekly UCC Call | 1.0 | 1 |
| 09/15/14 | Meeting with FTI/MoFo Re Alternative Oncor Sale Structures | 1.0 | 7 |
| 09/16/14 | Meeting with FTI/MoFo Re Alternative Oncor Sale Process | 1.0 | 7 |
| 09/17/14 | Travel - NY to Chicago | 4.0 | 1 |
| 09/18/14 | Weekly UCC Professionals Call | 1.0 | 1 |
| 09/18/14 | Call with FTI/MoFo Re Alternative Oncor Bidding Procedures | 1.0 | 7 |
| 09/22/14 | Travel - Chicago to NY | 4.0 | 1 |
| 09/22/14 | Weekly UCC Call | 1.0 | 1 |
| 09/23/14 | Travel - NY to Chicago | 4.0 | 1 |
| 09/29/14 | Weekly UCC Call | 1.0 | 1 |
| 09/30/14 | Travel - Chicago to NY | 4.0 | 1 |
| 09/30/14 | Discussion with MoFo re Bidding Procedures and Deposition Prep | 2.0 | 3 |
| **September Hours:** | | **52.5** | |
| **October 1 - October 31** | | | |
| 10/01/14 | Meeting with Debtors and UCC Meeting | 6.0 | 1 |
| 10/02/14 | Weekly UCC Professionals Call | 1.0 | 1 |
| 10/02/14 | Court filings review | 2.0 | 3 |
| 10/06/14 | Court filings review | 5.0 | 3 |
| 10/07/14 | Weekly UCC Call | 1.0 | 1 |
| 10/08/14 | Review of draft Court filings | 3.0 | 3 |
| 10/10/14 | Review of draft Court filings | 3.0 | 3 |
| 10/13/14 | Weekly UCC Call | 1.0 | 1 |
| 10/15/14 | Court filings review | 2.0 | 3 |
| 10/15/14 | Call with MoFo Re Deposition Prep | 1.5 | 4 |
| 10/15/14 | Preparation for Deposition | 3.0 | 4 |
| 10/16/14 | Travel from Chicago to Wilmington | 4.0 | 4 |
| 10/16/14 | Deposition Prep with MoFo | 2.5 | 4 |
| 10/16/14 | Deposition | 3.0 | 4 |
| 10/16/14 | Direct Prep with MoFo | 2.0 | 4 |
| 10/17/14 | Travel from Wilmington to Chicago | 4.0 | 4 |
| 10/17/14 | Hearing on Bidding Procedures | 6.0 | 4 |
| 10/19/14 | Direct Prep with MoFo | 1.0 | 4 |
| 10/20/14 | Hearing on Bidding Procedures | 6.0 | 4 |
| 10/20/14 | Weekly UCC Call | 1.0 | 1 |
| 10/21/14 | Hearing on Bidding Procedures | 6.0 | 4 |
| 10/21/14 | Travel - Wilmington | 1.5 | 4 |
| 10/22/14 | UCC Update Call | 1.0 | 1 |

Energy Future Holdings
Time Detail
Lazard Frères & Co. LLC
David Kurtz - Vice Chairman

| Date: | Description of Work: | Hours: | Code |
|-------|---------------------|--------|------|
| 10/23/14 | Weekly UCC Professionals Call | 1.0 | 1 |
| 10/26/14 | Direct Prep with MoFo | 1.0 | 4 |
| 10/27/14 | Travel from Chicago to Wilmington | 4.0 | 4 |
| 10/27/14 | Hearing on Bidding Procedures | 5.0 | 4 |
| 10/29/14 | Weekly UCC Call | 1.0 | 1 |
| 10/30/14 | Weekly UCC Professionals Call | 1.0 | 1 |
| | **October Hours:** | **79.5** | |
| | **November 1 - November 30** | | |
| 11/03/14 | Weekly UCC Call | 1.0 | 1 |
| 11/03/14 | Hearing on Bidding Procedures - Ruling | 1.0 | 1 |
| 11/03/14 | Call with MoFo/FTI Re Bidding Procedures Ruling | 0.5 | 1 |
| 11/05/14 | Call with MoFo/FTI Re Bidding Procedures | 0.5 | 1 |
| 11/06/14 | Meeting with Debtors re Bidding Procedures | 1.5 | 1 |
| 11/06/14 | Call with MoFo/HL./White & Case Re Bidding Procedures | 1.0 | 1 |
| 11/06/14 | Meeting with TCEH Creditors | 2.0 | 1 |
| 11/10/14 | Weekly UCC Call | 1.0 | 1 |
| 11/13/14 | Travel - Chicago to NYC | 4.0 | 1 |
| 11/13/14 | Weekly UCC Professionals Call | 1.0 | 1 |
| 11/17/14 | Weekly UCC Call | 1.0 | 1 |
| 11/17/14 | Travel - Chicago to NYC | 4.0 | 1 |
| 11/18/14 | Meeting with TCEH Independent Director and Advisors | 2.0 | 1 |
| 11/19/14 | Travel - NYC to Chicago | 4.0 | 1 |
| 11/19/14 | Meeting with Debtors and TCEH-Side Professionals | 1.5 | 1 |
| 11/24/14 | Weekly UCC Call | 1.0 | 1 |
| | **November Hours:** | **27.0** | |
| | **December 1 - December 31** | | |
| 12/01/14 | Weekly UCC Call | 0.5 | 1 |
| 12/02/14 | Travel - Chicago to NYC | 4.0 | 1 |
| 12/02/14 | TCEH Plan Settlelemnt Meeting (at K&E) | 2.0 | 1 |
| 12/04/14 | Travel - Chicago to NYC | 4.0 | 1 |
| 12/04/14 | Meeting at MoFo | 2.0 | 1 |
| 12/08/14 | Weekly UCC Call | 0.5 | 1 |
| 12/10/14 | Travel - Chicago to NYC | 4.0 | 1 |
| 12/10/14 | Meeting with committee professionals (MTO/Greenhill) | 1.5 | 1 |
| 12/11/14 | TCEH Plan Settlelemnt Meeting (at K&E) | 2.0 | 1 |
| 12/11/14 | Travel - NYC to Chicago | 4.0 | 1 |
| 12/15/14 | Weekly UCC Call | 0.5 | 1 |
| | **December Hours:** | **25.0** | |

Energy Future Holdings
Time Detail
Lazard Frères & Co. LLC
Barry Ridings - Vice Chairman

| Date: | Description of Work: | Hours: | Code |
|-------|---------------------|--------|------|
| **September 1 - September 30** | | | |
| 09/01/14 | Weekly UCC call | 1.0 | 1 |
| 09/04/14 | Weekly call with FTI/CRA/DNV GL re. business plan | 0.5 | 1 |
| 09/08/14 | Weekly UCC call | 1.0 | 1 |
| 09/15/14 | Weekly UCC Call | 1.0 | 1 |
| 09/22/14 | Weekly UCC Call | 1.0 | 1 |
| 09/22/14 | Travel from NY to Dallas | 6.0 | 1 |
| 09/23/14 | Internal Discussions | 0.5 | 1 |
| 09/23/14 | Meeting with Debtor re. business plan | 7.0 | 1 |
| 09/23/14 | Travel from Dallas to NY | 6.0 | 1 |
| 09/25/14 | Weekly call with FTI/CRA/DNV GL re. business plan | 0.5 | 1 |
| 09/29/14 | Weekly UCC Call | 1.0 | 1 |
| **September Hours:** | | **25.5** | |
| **October 1 - October 31** | | | |
| 10/07/14 | Weekly UCC Call | 1.0 | 1 |
| 10/09/14 | Weekly call with FTI/CRA/DNV GL re. business plan | 0.5 | 1 |
| 10/13/14 | Weekly UCC Call | 1.0 | 1 |
| 10/16/14 | Weekly call with FTI/CRA/DNV GL re. business plan | 0.5 | 1 |
| 10/20/14 | Weekly UCC Call | 1.0 | 1 |
| 10/29/14 | Weekly UCC Call | 1.0 | 1 |
| **October Hours:** | | **5.0** | |
| **November 1 - November 30** | | | |
| 11/03/14 | Weekly UCC Call | 1.0 | 1 |
| 11/06/14 | Weekly call with FTI/CRA/DNV GL re. business plan | 0.3 | 1 |
| 11/10/14 | Weekly UCC Call | 1.0 | 1 |
| 11/13/14 | Weekly call with FTI/CRA/DNV GL re. business plan | 0.3 | 1 |
| 11/17/14 | Weekly UCC Call | 1.0 | 1 |
| 11/24/14 | Weekly UCC Call | 1.0 | 1 |
| **November Hours:** | | **4.5** | |
| **December 1 - December 31** | | | |
| 12/01/14 | Weekly UCC Call | 0.5 | 1 |
| 12/08/14 | Weekly UCC Call | 0.5 | 1 |
| **December Hours:** | | **1.0** | |

**Energy Future Holdings**
Time Detail
Lazard Frères & Co. LLC
Tim Pohl - Managing Director

| Date: | Description of Work: | Hours: | Code |
|-------|---------------------|--------|------|
| | **September 1 - September 30** | | |
| 09/10/14 | Call with Mofo/W&C/HL/BR - proposed sale timeline | 1.0 | 7 |
| 09/11/14 | Weekly UCC Professionals Call | 1.0 | 1 |
| 09/12/14 | Call with Mofo/W&C/HL/BR - proposed sale timeline | 1.0 | 7 |
| 09/15/14 | CHI-NY Travel | 4.0 | 1 |
| 09/15/14 | UCC Call - Weekly | 1.0 | 1 |
| 09/15/14 | FTI/MoFo Re Alternative Oncor Sale Structures | 1.0 | 7 |
| 09/16/14 | Meeting with FTI/MoFo Re Alternative Oncor Sale Process | 1.0 | 7 |
| 09/17/14 | NY-CHI Travel | 4.0 | 1 |
| 09/18/14 | Weekly UCC Professionals Call | 1.0 | 1 |
| 09/18/14 | Call with FTI/MoFo Re Alternative Oncor Bidding Procedures | 1.0 | 7 |
| 09/22/14 | UCC Call - Weekly | 1.0 | 1 |
| 09/29/14 | CHI-NY Travel | 4.0 | 1 |
| 09/29/14 | UCC Call - Weekly | 1.0 | 1 |
| 09/30/14 | Call with MoFo re Bidding Procedures and Deposition Prep | 2.5 | 3 |
| | **September Hours:** | **24.5** | |
| | **October 1 - October 31** | | |
| 10/01/14 | NY-CHI Travel | 4.0 | 1 |
| 10/01/14 | Meeting with Debtors and UCC Meeting | 6.0 | 1 |
| 10/02/14 | Weekly UCC Professionals Call | 1.0 | 1 |
| 10/07/14 | UCC Call - Weekly | 1.0 | 1 |
| 10/13/14 | UCC Call - Weekly | 1.0 | 1 |
| 10/17/14 | Hearing on Bidding Procedures | 6.0 | 4 |
| 10/20/14 | CHI-Philadelphia Travel | 4.0 | 1 |
| 10/20/14 | Philadelphia-CHI Travel | 4.0 | 1 |
| 10/20/14 | Hearing on Bidding Procedures | 6.0 | 4 |
| | **October Hours:** | **33.0** | |
| | **November 1 - November 30** | | |
| 11/03/14 | UCC Call - Weekly | 1.0 | 1 |
| 11/03/14 | Hearing on Bidding Procedures - Ruling | 1.0 | 1 |
| 11/03/14 | Call with MoFo/FTI Re Bidding Procedures Ruling | 0.5 | 1 |
| 11/05/14 | Call with MoFo/FTI Re Bidding Procedures | 0.5 | 1 |
| 11/06/14 | Meeting with Debtors re Bidding Procedures | 1.5 | 1 |
| 11/06/14 | Call with MoFo/HL/White & Case Re Bidding Procedures | 1.0 | 1 |
| 11/10/14 | UCC Call - Weekly | 1.0 | 1 |
| 11/13/14 | Weekly UCC Professionals Call | 1.0 | 1 |
| 11/17/14 | CHI-NY Travel | 4.0 | 1 |
| 11/17/14 | UCC Call - Weekly | 1.0 | 1 |
| 11/18/14 | Meeting with TCEH Independent Director and Advisors | 2.0 | 1 |
| 11/19/14 | Meeting with Debtors and TCEH-Side Professionals | 1.5 | 1 |
| 11/19/14 | NY-CHI Travel | 4.0 | 1 |
| 11/24/14 | UCC Call - Weekly | 1.0 | 1 |
| 11/24/14 | Weekly UCC Professionals Call | 1.0 | 1 |
| | **November Hours:** | **22.0** | |
| | **December 1 - December 31** | | |
| 12/02/14 | CHI-NY Travel | 4.0 | 1 |

**Energy Future Holdings**
Time Detail
Lazard Frères & Co. LLC
Tim Pohl - Managing Director

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| 12/02/14 | TCEH Plan Settlelemnt Meeting (at K&E) | 2.0 | 1 |
| 12/04/14 | CHI-NY Travel | 4.0 | 1 |
| 12/04/14 | Meeting at MoFo | 2.0 | 1 |
| 12/08/14 | UCC Call - Weekly | 0.5 | 1 |
| 12/10/14 | CHI-NY Travel | 4.0 | 1 |
| 12/10/14 | Meeting with committee professionals (MTO/Greenhill) | 1.5 | 1 |
| 12/11/14 | TCEH Plan Settlelemnt Meeting (at K&E) | 2.0 | 1 |
| 12/11/14 | NY-CHI Travel | 4.0 | 1 |
| **December Hours:** | | **24.0** | |

Energy Future Holdings
Time Detail
Lazard Frères & Co. LLC
Tyler Cowan - Director

| Date: | Description of Work: | Hours: | Code |
|-------|---------------------|--------|------|
| **September 1 - September 30** | | | |
| 09/01/14 | Weekly UCC Update Call | 1.0 | 1 |
| 09/02/14 | Weekly Tax Call with Debtors' Professionals | 1.0 | 1 |
| 09/02/14 | Call with MoFo Re Claims Investigation and Draft Complaint | 0.5 | 9 |
| 09/02/14 | Call with MoFo re Tax Issues | 1.0 | 9 |
| 09/03/14 | Review of Credit Comps Analysis | 1.0 | 9 |
| 09/03/14 | Travel from Chicago to NY | 4.0 | 1 |
| 09/03/14 | Call with FTI/Consultants re Gas Forecast | 1.0 | 9 |
| 09/03/14 | Call with MoFo/FTI re Intercompany Claims | 1.0 | 9 |
| 09/04/14 | Meeting with MoFo/Millstein | 2.0 | 1 |
| 09/04/14 | Call with Mofo/FTI/Consultants re Business Plan | 1.0 | 9 |
| 09/04/14 | Review of Draft First Lien Complaint | 2.0 | 3 |
| 09/05/14 | Review of Capital Structure Analysis | 2.0 | 9 |
| 09/05/14 | Review of Potential Oncor Buyers | 0.5 | 7 |
| 09/07/14 | Review of Potential Oncor Buyers | 0.5 | 7 |
| 09/08/14 | Weekly UCC Update Call | 1.0 | 1 |
| 09/08/14 | Call with MoFo Re Claims Investigation and Draft Complaint | 1.0 | 9 |
| 09/09/14 | Review of Draft First Lien Complaint | 2.0 | 3 |
| 09/09/14 | Weekly Tax Call with Debtors' Professionals | 1.0 | 1 |
| 09/10/14 | Call with MoFo/FTI re Solvency Issues | 1.0 | 9 |
| 09/10/14 | Call with FTI re Solvency Issues | 1.0 | 9 |
| 09/10/14 | Call with MoFo/FTI re Intercompany Claims | 1.0 | 9 |
| 09/10/14 | Review of Prosed Oncor Sale Timeline and Discussion Re Same | 1.0 | 7 |
| 09/10/14 | Call with MoFo/White & Case Re Proposed Sale Timeline | 1.0 | 7 |
| 09/10/14 | Preparation and Review of Claims/Recovery Analysis | 3.0 | 6 |
| 09/11/14 | Review of Prosed Oncor Sale Timeline and Discussion Re Same | 1.0 | 7 |
| 09/11/14 | Call with Mofo/FTI/Consultants re Business Plan | 0.5 | 9 |
| 09/11/14 | Weekly UCC Professionals Call | 1.0 | 1 |
| 09/11/14 | Preparation and Review of Claims/Recovery Analysis | 2.0 | 6 |
| 09/11/14 | Preparation and Review of Capital Structure Analysis | 3.0 | 6 |
| 09/12/14 | Call with MoFo re Proposed Sale Timeline | 1.0 | 7 |
| 09/12/14 | Call with FTI Re Case Issues | 0.5 | 1 |
| 09/12/14 | Review of Post-LBO Transaction Analysis | 2.0 | 9 |
| 09/12/14 | Preparation and Review of Capital Structure Analysis | 1.5 | 6 |
| 09/13/14 | Preparation and Review of Claims/Recovery Analysis | 2.5 | 6 |
| 09/14/14 | Preparation and Review of Capital Structure Analysis | 2.0 | 6 |
| 09/14/14 | Preparation and Review of Claims/Recovery Analysis | 3.0 | 6 |
| 09/15/14 | Weekly UCC Update Call | 1.0 | 1 |
| 09/15/14 | Review of Prosed Oncor Sale Timeline and Discussion Re Same | 1.0 | 7 |
| 09/15/14 | Call with FTI Re Business Plan Due Diligence | 0.5 | 1 |
| 09/15/14 | Call with FTI/MoFo Re Alternative Oncor Sale Structures | 1.0 | 7 |
| 09/16/14 | Weekly Tax Call with Debtors' Professionals | 1.0 | 1 |
| 09/16/14 | Call with FTI/MoFo Re Alternative Oncor Sale Process | 1.0 | 7 |
| 09/16/14 | Call with Evercore re Bidding Prodcues | 0.5 | 1 |
| 09/16/14 | Preparation and Review of Claims/Recovery Analysis | 2.0 | 6 |
| 09/17/14 | Review of Draft First Lien Complaint | 1.5 | 3 |
| 09/17/14 | Call with FTI and Consultants re Business Plan | 1.5 | 9 |
| 09/17/14 | Call with MoFo/FTI re Intercompany Claims | 1.0 | 9 |
| 09/17/14 | Preparation and Review of Claims/Recovery Analysis | 1.0 | 6 |
| 09/18/14 | Call with FTI and Consultants re Business Plan | 0.5 | 1 |
| 09/18/14 | Weekly UCC Professionals Call | 1.0 | 1 |
| 09/18/14 | Call with FTI and Consultants re Business Plan | 0.5 | 1 |

Energy Future Holdings
Time Detail
Lazard Frères & Co. LLC
Tyler Cowan - Director

| Date: | Description of Work: | Hours: | Code |
|-------|---------------------|--------|------|
| 09/18/14 | Call with FTI/MoFo Re Alternative Oncor Bidding Procedures | 1.0 | 7 |
| 09/18/14 | Preparation and Review of Capital Structure Analysis | 1.5 | 6 |
| 09/18/14 | Preparation and Review of Claims/Recovery Analysis | 1.0 | 6 |
| 09/19/14 | Call with Evercore re Bidding Prodcues | 0.5 | 7 |
| 09/19/14 | Preparation and Review of Capital Structure Analysis | 1.5 | 6 |
| 09/20/14 | Review of Bidding Procedures Motion | 2.0 | 3 |
| 09/22/14 | Weekly UCC Update Call | 1.0 | 1 |
| 09/22/14 | Travel from New York to Dallas | 4.0 | 9 |
| 09/23/14 | Meeting with Management re Business Plan | 6.0 | 9 |
| 09/23/14 | Travel from Dallas to New York | 4.0 | 7 |
| 09/24/14 | Meeting with MoFo re Alternative Oncor Sale Structures | 3.0 | 7 |
| 09/24/14 | Meeting with MoFo re Intercompany Claims | 3.0 | 9 |
| 09/25/14 | Travel from New York to Chicago | 4.0 | 7 |
| 09/25/14 | Call with FTI and Consultants re Business Plan | 0.5 | 1 |
| 09/26/14 | Review of Post-LBO Transaction Analysis | 2.0 | 9 |
| 09/29/14 | Weekly UCC Update Call | 1.0 | 1 |
| 09/30/14 | Call with MoFo re Bidding Procedures and Deposition Prep | 2.0 | 3 |
| **September Hours:** | | **104.5** | |

| October 1 - October 31 | | | |
|-------|---------------------|--------|------|
| 10/01/14 | Travel from Toronto to New York | 3.0 | 1 |
| 10/01/14 | Meeting with Debtors and UCC Meeting | 6.0 | 1 |
| 10/02/14 | Call with FTI and Consultants re Business Plan | 0.5 | 1 |
| 10/02/14 | Weekly UCC Professionals Call | 1.0 | 1 |
| 10/03/14 | Review of Claims Analysis | 1.0 | 9 |
| 10/05/14 | Travel from Chicago to New York | 4.0 | 4 |
| 10/06/14 | Hiltz Deposition | 6.0 | 4 |
| 10/06/14 | Travel from New York to Chicago | 4.0 | 4 |
| 10/06/14 | Review of Draft Bidding Procedures Objection | 1.5 | 3 |
| 10/07/14 | Weekly Tax Call with Debtors' Professionals | 1.0 | 1 |
| 10/07/14 | Weekly UCC Update Call | 1.0 | 1 |
| 10/07/14 | Call with MoFo re Intercompany Claims | 1.0 | 9 |
| 10/07/14 | Review of Bidding Producures Discovery | 3.0 | 9 |
| 10/08/14 | Preparation of Kurtz Declaration and Related Analysis | 2.5 | 4 |
| 10/08/14 | Call with FTI and Consultants re Business Plan | 0.5 | 1 |
| 10/08/14 | Preparation of Kurtz Declaration and Related Analysis | 2.5 | 4 |
| 10/09/14 | Preparation of Kurtz Declaration and Related Analysis | 3.0 | 4 |
| 10/13/14 | Weekly UCC Update Call | 1.0 | 1 |
| 10/14/14 | Call with FTI and Consultants re Business Plan | 1.5 | 9 |
| 10/14/14 | Review of Various Deposition Transcripts | 3.0 | 3 |
| 10/14/14 | Review of Debtors Bidding Procedures Reply | 3.0 | 3 |
| 10/14/14 | Preparation for Kurtz Deposition | 3.0 | 4 |
| 10/15/14 | Call with FTI Re Tax Issues | 0.5 | 9 |
| 10/15/14 | Call with MoFo re Intercompany Claims | 1.0 | 9 |
| 10/15/14 | Call with MoFo Re Deposition Prep | 1.5 | 4 |
| 10/15/14 | Preparation for Kurtz Deposition | 3.0 | 4 |
| 10/16/14 | Travel from Chicago to Wilmington | 4.0 | 4 |
| 10/16/14 | Kurtz Deposition Prep with MoFo | 2.5 | 4 |
| 10/16/14 | Kurtz Deposition | 3.0 | 4 |
| 10/16/14 | Kurtz Direct Prep with MoFo | 2.0 | 4 |
| 10/17/14 | Hearing on Bidding Procedures | 6.0 | 4 |
| 10/17/14 | Travel From Wilmington to Chicago | 4.0 | 4 |

Energy Future Holdings
Time Detail
Lazard Frères & Co. LLC
Tyler Cowan - Director

| Date: | Description of Work: | Hours: | Code |
|-------|---------------------|--------|------|
| 10/19/14 | Kurtz Direct Prep with MoFo | 1.0 | 4 |
| 10/20/14 | Review of Revised Bidding Procedures | 1.0 | 3 |
| 10/20/14 | Weekly UCC Update Call | 1.0 | 1 |
| 10/22/14 | Call with MoFo re Intercompany Claims | 1.0 | 9 |
| 10/22/14 | UCC Update Call | 1.0 | 1 |
| 10/23/14 | Call with FTI and Consultants re Business Plan | 0.5 | 1 |
| 10/23/14 | Weekly UCC Professionals Call | 1.0 | 1 |
| 10/26/14 | Kurtz Direct Prep with MoFo | 1.0 | 4 |
| 10/27/14 | Travel from Chicago to Wilmington | 4.0 | 4 |
| 10/27/14 | Hearing on Bidding Procedures | 5.0 | 4 |
| 10/27/14 | Travel from Chicago to New York | 2.0 | 4 |
| 10/28/14 | Weekly Tax Call with Debtors' Professionals | 1.0 | 1 |
| 10/29/14 | Weekly UCC Update Call | 1.0 | 1 |
| 10/29/14 | Call with MoFo re Intercompany Claims | 1.0 | 9 |
| 10/30/14 | Weekly UCC Professionals Call | 1.0 | 1 |
| **October Hours:** | | **101.0** | |
| **November 1 - November 30** | | | |
| 11/03/14 | Weekly UCC Update Call | 1.0 | 1 |
| 11/03/14 | Hearing on Bidding Procedures - Ruling | 1.0 | 1 |
| 11/03/14 | Call with MoFo/FTI Re Bidding Procedures Ruling | 0.5 | 1 |
| 11/04/14 | Weekly Tax Call with Debtors' Professionals | 1.0 | 1 |
| 11/04/14 | Review of Bidding Procedures Ruling Transcript | 1.0 | 3 |
| 11/05/14 | Call with MoFo re Intercompany Claims | 1.0 | 9 |
| 11/05/14 | Call with MoFo/FTI Re Bidding Procedures | 0.5 | 1 |
| 11/05/14 | Travel from Chicago to New York | 4.0 | 1 |
| 11/06/14 | Weekly UCC Professionals Call | 1.0 | 1 |
| 11/06/14 | Meeting with Debtors re Bidding Procedures | 1.5 | 1 |
| 11/06/14 | Call with MoFo/HL/White & Case Re Bidding Procedures | 1.0 | 1 |
| 11/06/14 | Travel from New York to Chicago | 4.0 | 1 |
| 11/10/14 | Weekly UCC Update Call | 1.0 | 1 |
| 11/10/14 | Call with FTI/HL re Hedging & Trading | 0.5 | 1 |
| 11/11/14 | Weekly Tax Call with Debtors' Professionals | 1.0 | 1 |
| 11/12/14 | Call with FTI re Hedging & Trading | 0.5 | 1 |
| 11/12/14 | Call with MoFo/FTI Re Tax Structures | 2.5 | 9 |
| 11/12/14 | Call with MoFo re Intercompany Claims | 1.0 | 9 |
| 11/12/14 | Call with FTI/HL re Hedging & Trading | 0.5 | 1 |
| 11/13/14 | Weekly UCC Professionals Call | 1.0 | 1 |
| 11/17/14 | Weekly UCC Update Call | 1.0 | 1 |
| 11/18/14 | Travel from Chicago to New York | 4.0 | 1 |
| 11/18/14 | Review of First Lien Standing Motion | 1.0 | 9 |
| 11/18/14 | Weekly Tax Call with Debtors' Professionals | 1.0 | 1 |
| 11/18/14 | Meeting with TCEH Independent Director and Advisors | 2.0 | 1 |
| 11/19/14 | Meeting with Debtors and TCEH-Side Professionals | 1.5 | 1 |
| 11/19/14 | Call with MoFo re Intercompany Claims | 1.0 | 9 |
| 11/19/14 | Travel from New York to Chicago | 4.0 | 1 |
| 11/20/14 | Call with FTI and Consultants re Business Plan | 0.5 | 1 |
| 11/24/14 | Weekly UCC Update Call | 1.0 | 1 |
| 11/24/14 | Weekly UCC Professionals Call | 1.0 | 1 |
| 11/25/14 | Weekly Tax Call with Debtors' Professionals | 0.5 | 1 |
| 11/25/14 | Call with MoFo re Legal Issues | 0.5 | 1 |

**Energy Future Holdings**
Time Detail
Lazard Frères & Co. LLC
Tyler Cowan - Director

| Date: | Description of Work: | Hours: | Code |
|-------|---------------------|--------|------|
| | November Hours: | 44.5 | |
| | **December 1 - December 31** | | |
| 12/01/14 | Weekly UCC Update Call | 1.0 | 1 |
| 12/02/14 | Weekly Tax Call with Debtors' Professionals | 0.5 | 1 |
| 12/02/14 | TCEH Plan Settlement Call | 1.5 | 1 |
| 12/02/14 | Review of Certain Legal Memos | 1.0 | 9 |
| 12/02/14 | Preparation/Review of Claims/Settlement Analysis | 2.5 | 9 |
| 12/03/14 | Call with FTI Re Claims/Settlement Analysis | 0.5 | 9 |
| 12/03/14 | Preparation/Review of Claims/Settlement Analysis | 1.5 | 9 |
| 12/03/14 | Travel from Chicago to New York | 4.0 | 1 |
| 12/04/14 | Meeting with UCC Professionals | 2.0 | 1 |
| 12/04/14 | Travel from New York to Chicago | 4.0 | 1 |
| 12/08/14 | Weekly UCC Update Call | 1.0 | 1 |
| 12/09/14 | Weekly Tax Call with Debtors' Professionals | 0.5 | 1 |
| 12/09/14 | Call with TCEH Unsecured Noteholder | 0.5 | 1 |
| 12/10/14 | Review of Intercompany Claims Materials | 1.0 | 9 |
| 12/10/14 | Call with TCEH First Lien Professionals | 1.0 | 1 |
| 12/10/14 | Travel from Washington D.C. to New York | 3.5 | 1 |
| 12/10/14 | Call with MoFo re Intercompany Claims | 0.5 | 9 |
| 12/10/14 | Meeting with Debtor Professionals, MTO and Greenhill | 1.5 | 1 |
| 12/11/14 | Review of Certain Legal Memos | 1.0 | 9 |
| 12/11/14 | Review of Court Filings | 1.0 | 3 |
| 12/11/14 | TCEH Plan Settlement Meeting | 2.0 | 1 |
| 12/15/14 | Weekly UCC Update Call | 1.0 | 1 |
| 12/16/14 | Weekly Tax Call with Debtors' Professionals | 0.5 | 1 |
| 12/17/14 | Review of Court Filings | 1.5 | 3 |
| 12/17/14 | Preparation/Review of Claims/Settlement Analysis | 2.0 | 9 |
| 12/18/14 | Travel from Chicago to New York | 4.0 | 1 |
| 12/18/14 | Meeting with UCC Professionals | 2.0 | 1 |
| 12/18/14 | Travel from New York to Chicago | 4.0 | 1 |
| 12/22/14 | Weekly UCC Update Call | 1.0 | 1 |
| | December Hours: | 48.0 | |

Energy Future Holdings
Time Detail
Lazard Frères & Co. LLC
William Fox - Associate

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| **September 1 - September 30** | | | |
| 09/02/14 | Financial analysis | 1.5 | 6 |
| 09/02/14 | Financial analysis - credit comps | 4.0 | 9 |
| 09/02/14 | Call with Mofo/K&E - Tax | 1.0 | 1 |
| 09/02/14 | Call with UCC - weekly update | 1.0 | 1 |
| 09/02/14 | Call with Mofo/FTI - Claims Investigation | 0.5 | 1 |
| 09/03/14 | Call with Mofo/FTI - Claims Investigation | 0.5 | 1 |
| 09/03/14 | Financial analysis | 3.0 | 6 |
| 09/04/14 | Call with Mofo/FTI/consultants - financial analysis | 1.0 | 9 |
| 09/04/14 | Call with Mofo/FTI/consultants - meeting prep | 0.5 | 9 |
| 09/04/14 | Financial analysis - capital structure | 5.5 | 6 |
| 09/04/14 | Preparation and review - court filings | 1.5 | 3 |
| 09/05/14 | Financial analysis - capital structure | 3.5 | 6 |
| 09/05/14 | Financial analysis | 1.0 | 9 |
| 09/08/14 | Call with UCC - weekly update | 1.0 | 1 |
| 09/08/14 | Financial analysis - company financial performance | 4.0 | 2 |
| 09/08/14 | Review of Debtor provided materials | 2.0 | 9 |
| 09/08/14 | Call with Mofo/FTI - Claims Investigation | 1.0 | 1 |
| 09/09/14 | Financial analysis - claims/recovery | 5.0 | 6 |
| 09/10/14 | Call with Mofo/FTI - solvency | 1.5 | 1 |
| 09/10/14 | Call with Mofo/FTI - intercompany claims | 1.0 | 1 |
| 09/10/14 | Call with K&E/Evercore - Sale process | 1.5 | 1 |
| 09/10/14 | Financial analysis & diligence - post-LBO transactions | 0.5 | 9 |
| 09/10/14 | Preparation and review - court filings | 0.5 | 3 |
| 09/11/14 | Financial analysis & diligence - post-LBO transactions | 2.0 | 9 |
| 09/11/14 | Financial analysis - capital structure | 2.0 | 6 |
| 09/11/14 | Call with Evercore - claims | 1.0 | 1 |
| 09/12/14 | Financial analysis - claims/recovery | 5.0 | 6 |
| 09/12/14 | Call with Millstein - claims | 1.5 | 1 |
| 09/15/14 | Financial analysis - claims/recovery | 5.5 | 6 |
| 09/16/14 | Financial analysis - claims/recovery | 6.0 | 6 |
| 09/18/14 | Call with Committee Professionals - Weekly | 1.0 | 1 |
| 09/18/14 | Call with Mofo/FTI/consultants - financial analysis | 0.5 | 9 |
| 09/19/14 | Financial analysis/review - capital structure | 4.5 | 6 |
| 09/22/14 | Call with UCC - weekly update | 1.0 | 1 |
| 09/22/14 | Financial analysis & diligence - post-LBO transactions | 2.5 | 9 |
| 09/23/14 | Call/Meeting - In person with Debtors | 3.0 | 1 |
| **September Hours:** | | **78.0** | |
| **October 1 - October 31** | | | |
| 10/02/14 | Financial analysis - claims investigation | 2.0 | 9 |
| 10/03/14 | Financial analysis - claims investigation | 1.0 | 9 |
| 10/07/14 | Call with UCC - weekly update | 1.0 | 1 |
| 10/08/14 | Analysis & declaration work | 3.0 | 9 |
| 10/08/14 | Review of court filings - bidding procedures | 2.5 | 9 |
| 10/08/14 | Financial analysis | 3.0 | 9 |
| 10/09/14 | Call with Mofo/FTI - intercompany claims | 1.0 | 1 |
| 10/09/14 | Financial analysis | 2.5 | 9 |
| 10/09/14 | Call with Committee Professionals - Weekly | 1.0 | 1 |
| 10/09/14 | Call with Mofo/FTI/consultants - financial analysis | 1.0 | 1 |

**Energy Future Holdings**

Time Detail

Lazard Frères & Co.  LLC

William Fox - Associate

| Date: | Description of Work: | Hours: | Code |
|-------|---------------------|--------|------|
| 10/10/14 | Review of court filings - bidding procedures | 4.0 | 3 |
| 10/13/14 | Call with UCC - weekly update | 1.0 | 1 |
| 10/13/14 | Review of court filings & deposition transcripts | 4.0 | 3 |
| 10/15/14 | Call with Mofo/FTI - intercompany claims | 0.3 | 1 |
| 10/15/14 | Call with Mofo - Deposition prep | 1.0 | 1 |
| 10/15/14 | Call with Mofo/FTI - intercompany claims | 0.5 | 1 |
| 10/16/14 | Call with Committee Professionals - Weekly | 1.0 | 1 |
| 10/19/14 | Call with Mofo - Deposition prep | 2.0 | 1 |
| 10/20/14 | Travel - Chicago/Wilmington (round-trip) | 7.5 | 1 |
| 10/21/14 | Court - Wilmington | 7.0 | 1 |
| 10/22/14 | Call with Mofo - discovery | 0.5 | 3 |
| 10/26/14 | Call with Mofo - testimony prep | 1.0 | 9 |
| 10/27/14 | Court Call | 5.0 | 1 |
| 10/29/14 | Call with UCC - weekly update | 1.0 | 1 |
| 10/30/14 | Call with Committee Professionals - Weekly | 0.5 | 1 |
| 10/31/14 | Financial performance review - company financial results | 0.5 | 2 |
| **October Hours:** | | **54.8** | |

| Date: | November 1 - November 30 | Hours: | Code |
|-------|---------------------|--------|------|
| 11/01/14 | Financial analysis | 1.0 | 9 |
| 11/03/14 | Call with UCC - weekly update | 1.0 | 1 |
| 11/05/14 | Financial analysis | 0.5 | 9 |
| 11/05/14 | Call with Mofo - bidding procedures | 1.0 | 1 |
| 11/06/14 | Call/Meeting with Debtors | 2.0 | 1 |
| 11/10/14 | Financial analysis | 2.5 | 9 |
| 11/10/14 | Call with UCC - weekly update | 1.0 | 1 |
| 11/13/14 | Call with Committee Professionals - Weekly | 1.0 | 1 |
| 11/17/14 | Call with UCC - weekly update | 1.0 | 1 |
| 11/18/14 | Admin Call with professionals | 0.5 | 10 |
| 11/18/14 | Financial analysis | 2.0 | 9 |
| 11/20/14 | Call with Committee Professionals - Weekly | 1.0 | 1 |
| 11/22/14 | Financial analysis | 2.5 | 9 |
| 11/22/14 | Review of court documents | 1.0 | 3 |
| 11/23/14 | Financial analysis | 1.0 | 9 |
| 11/24/14 | Call with Mofo - financial analysis | 1.0 | 9 |
| 11/24/14 | Call with Committee Professionals - Weekly | 1.0 | 1 |
| 11/26/14 | Call with Mofo/FTI - Claims Investigation | 0.5 | 1 |
| **November Hours:** | | **21.5** | |

| Date: | December 1 - December 31 | Hours: | Code |
|-------|---------------------|--------|------|
| 12/01/14 | Weekly UCC Call | 0.5 | 1 |
| 12/01/14 | Financial analysis - claims/recovery/settlement discussions | 4.0 | 9 |
| 12/02/14 | Financial analysis - claims/recovery/settlement discussions | 6.0 | 9 |
| 12/03/14 | Financial analysis - claims/recovery/settlement discussions | 2.0 | 9 |
| 12/03/14 | Call with Mofo - intercompany claims | 1.0 | 1 |
| 12/04/14 | Call with Committee Professionals - Weekly | 1.0 | 1 |
| 12/08/14 | Weekly UCC Call | 0.5 | 1 |
| 12/10/14 | Call with Mofo - intercompany claims | 0.5 | 1 |
| 12/10/14 | Call with 1L Professionals | 1.0 | 1 |
| 12/11/14 | Call on Mofo re settlement discussion | 1.0 | 1 |
| 12/11/14 | Call with Mofo and !L re settlement discussion | 2.0 | 1 |

**Energy Future Holdings**
Time Detail
Lazard Frères & Co. LLC
William Fox - Associate

| Date: | Description of Work: | Hours: | Code |
|-------|---------------------|--------|------|
| 12/17/14 | Financial analysis - claims/recovery/settlement discussions | 3.0 | 9 |
| 12/30/14 | Financial analysis - claims/recovery | 1.5 | 9 |
| **December Hours:** | | **24.0** | |

Energy Future Holdings
Time Detail
Lazard Frères & Co. LLC
Alex Gistis - Analyst

| Date: | Description of Work: | Hours: | Code |
|-------|---------------------|--------|------|
| **September 1 - September 30** | | | |
| 09/02/14 | Financial analysis re: capital structure | 2.0 | 6 |
| 09/02/14 | Industry research | 1.5 | 9 |
| 09/02/14 | Financial analysis re: credit comps | 4.0 | 9 |
| 09/02/14 | Call with UCC - weekly update | 1.0 | 1 |
| 09/03/14 | Financial analysis re: capital structure | 6.0 | 6 |
| 09/03/14 | Industry research | 3.0 | 9 |
| 09/03/14 | Financial analysis re: credit comps | 1.0 | 9 |
| 09/04/14 | Financial analysis re: capital structure | 5.5 | 6 |
| 09/04/14 | Preparation and review re: court filings | 1.5 | 3 |
| 09/05/14 | Financial analysis re: capital structure | 6.5 | 6 |
| 09/05/14 | Financial analysis re: benchmarking | 2.0 | 9 |
| 09/08/14 | Financial analysis re: company financial performance | 4.0 | 2 |
| 09/08/14 | Review of Debtor provided materials | 2.0 | 9 |
| 09/09/14 | Financial analysis re: claims/recovery | 5.0 | 6 |
| 09/10/14 | Call with Mofo/FTI - solvency | 1.5 | 1 |
| 09/10/14 | Financial analysis & diligence re: post-LBO transactions | 1.5 | 9 |
| 09/10/14 | Preparation and review re: court filings | 1.0 | 3 |
| 09/11/14 | Financial analysis & diligence re: post-LBO transactions | 2.0 | 9 |
| 09/11/14 | Financial analysis re: capital structure | 2.0 | 6 |
| 09/11/14 | Call with Evercore | 1.0 | 1 |
| 09/12/14 | Financial analysis re: claims/recovery | 5.0 | 6 |
| 09/12/14 | Call with Millstein | 1.5 | 1 |
| 09/15/14 | Financial analysis re: claims/recovery | 5.5 | 6 |
| 09/16/14 | Financial analysis re: claims/recovery | 6.0 | 6 |
| 09/19/14 | Financial analysis/review re: capital structure | 4.5 | 6 |
| 09/22/14 | Financial analysis & diligence re: post-LBO transactions | 4.0 | 9 |
| 09/23/14 | Financial analysis & diligence re: post-LBO transactions | 5.0 | 9 |
| 09/23/14 | Preparation and review re: court filings | 0.5 | 3 |
| 09/24/14 | Financial analysis & diligence re: post-LBO transactions | 2.5 | 9 |
| 09/30/14 | Financial analysis & diligence re: post-LBO transactions | 4.5 | 9 |
| **September Hours:** | | **93.0** | |
| **October 1 - October 31** | | | |
| 10/01/14 | Financial performance review re: company financial results | 1.5 | 2 |
| 10/01/14 | Financial analysis re: tax issues | 4.0 | 9 |
| 10/02/14 | Financial performance review re: company financial results | 2.0 | 2 |
| 10/02/14 | Review of court filings re: tax | 1.5 | 3 |
| 10/02/14 | Financial analysis re: tax issues | 5.0 | 9 |
| 10/03/14 | Financial analysis & diligence re: post-LBO transactions | 4.0 | 9 |
| 10/07/14 | Call with UCC - weekly update | 1.0 | 1 |
| 10/08/14 | Financial analysis re: update prior analysis | 3.0 | 9 |
| 10/09/14 | Financial analysis re: update prior analysis | 2.5 | 9 |
| 10/10/14 | Review of court filings re: bidding procedures | 2.0 | 3 |
| 10/13/14 | Financial analysis re: update prior analysis | 4.5 | 9 |
| 10/14/14 | Financial analysis re: update prior analysis | 4.5 | 9 |
| 10/15/14 | Call with Mofo/FTI - intercompany claims | 0.3 | 1 |
| 10/15/14 | Financial analysis re: claims/recovery | 4.0 | 9 |
| 10/30/14 | Financial analysis re: claims/recovery | 4.0 | 9 |
| 10/31/14 | Financial performance review re: company financial results | 0.5 | 2 |

**Energy Future Holdings**
Time Detail
Lazard Frères & Co. LLC
Alex Gistis - Analyst

| Date: | Description of Work: | Hours: | Code |
|---|---|---|---|
| | October Hours: | 44.3 | |
| | **November 1 - November 30** | | |
| 11/01/14 | Financial analysis | 1.0 | 9 |
| 11/03/14 | Call with UCC - weekly update | 1.0 | 1 |
| 11/05/14 | Financial analysis re: claims/recovery | 0.5 | 9 |
| 11/10/14 | Financial analysis | 1.5 | 9 |
| 11/10/14 | Call with UCC - weekly update | 1.0 | 1 |
| 11/18/14 | Financial analysis | 2.0 | 9 |
| 11/22/14 | Financial analysis re: claims/recovery | 2.5 | 9 |
| 11/23/14 | Financial analysis re: claims/recovery | 1.0 | 9 |
| | **November Hours:** | **10.5** | |
| | **December 1 - December 31** | | |
| 12/01/14 | Weekly UCC Call | 0.5 | 1 |
| 12/01/14 | Financial analysis re: claims/recovery/settlement discussions | 7.0 | 9 |
| 12/02/14 | Financial analysis re: claims/recovery/settlement discussions | 6.0 | 9 |
| 12/03/14 | Financial analysis re: claims/recovery/settlement discussions | 6.0 | 9 |
| 12/08/14 | Weekly UCC Call | 0.5 | 1 |
| 12/17/14 | Financial analysis re: claims/recovery/settlement discussions | 3.0 | 9 |
| 12/30/14 | Financial analysis re: claims/recovery | 1.5 | 9 |
| | **December Hours:** | **24.5** | |

**Energy Future Holdings**
Time Detail
Lazard Frères & Co. LLC
George Bilicic - Managing Director

| Date: | Description of Work: | Hours: | Code |
|-------|---------------------|--------|------|
| **September 1 - September 30** | | | |
| 09/05/14 | Review of Potential Oncor Buyers | 0.5 | 7 |
| 09/07/14 | Review of Potential Oncor Buyers | 0.5 | 7 |
| 09/08/14 | Weekly UCC Update Call | 1.0 | 1 |
| 09/10/14 | Review of Prosed Oncor Sale Timeline and Discussion Re Same | 1.0 | 7 |
| **September Hours:** | | **3.0** | |
| **October 1 - October 31** | | | |
| 10/14/14 | Review of Debtor materials re utility sector | 0.5 | 7 |
| **October Hours:** | | **0.5** | |

Energy Future Holdings

Time Detail

Lazard Frères & Co. LLC

Willem Beer - Vice President

| Date: | Description of Work: | Hours: | Code |
|-------|---------------------|--------|------|
| **September 1 - September 30** | | | |
| 09/02/14 | UCC Update - Weekly Call | 1.0 | 1 |
| 09/03/14 | Call with FTI/CRA re. gas forecasting | 1.0 | 1 |
| 09/03/14 | Call with FTI re. diligence | 0.5 | 1 |
| 09/04/14 | Weekly call with FTI/CRA/DNV GL re. business plan | 0.5 | 1 |
| 09/04/14 | Preparation of materials (diligence request) | 1.0 | 9 |
| 09/04/14 | Call with FTI re. diligence | 1.0 | 1 |
| 09/08/14 | UCC Update - Weekly Call | 1.0 | 1 |
| 09/08/14 | Call with MoFo | 0.3 | 1 |
| 09/08/14 | Preparation of materials (diligence request) | 1.0 | 9 |
| 09/10/14 | Preparation of materials | 1.5 | 9 |
| 09/10/14 | Call with Debtor, advisors re. Oncor process | 1.0 | 1 |
| 09/11/14 | Weekly call with FTI/CRA/DNV GL re. business plan | 0.5 | 1 |
| 09/15/14 | UCC Update - Weekly Call | 1.0 | 1 |
| 09/17/14 | Call with FTI and CRA re gas modeling | 3.0 | 1 |
| 09/18/14 | Weekly call with FTI/CRA/DNV GL re. business plan | 0.5 | 1 |
| 09/18/14 | Call with Debtor, A&M and FTI re. business plan agenda | 0.5 | 1 |
| 09/22/14 | UCC Update - Weekly Call | 1.0 | 1 |
| 09/22/14 | Travel from NY to Dallas | 6.0 | 1 |
| 09/23/14 | Internal Discussions | 0.5 | 1 |
| 09/23/14 | Meeting with Debtor re. business plan | 7.0 | 1 |
| 09/23/14 | Travel from Dallas to NY | 6.0 | 1 |
| 09/24/14 | Preparation of Due Diligence request materials | 0.5 | 9 |
| 09/25/14 | Weekly call with FTI/CRA/DNV GL re. business plan | 0.5 | 1 |
| 09/26/14 | Preparation of Presentation Materials | 1.0 | 9 |
| 09/26/14 | Preparation of Due Diligence request materials | 1.0 | 9 |
| 09/28/14 | Preparation of Presentation Materials | 1.0 | 9 |
| 09/30/14 | Review of Debtor business plan/diligence materials | 0.3 | 9 |
| **September Hours:** | | **40.0** | |
| **October 1 - October 31** | | | |
| 10/01/14 | Meeting with Debtors and UCC | 3.0 | 1 |
| 10/01/14 | Meeting with UCC | 4.5 | 1 |
| 10/02/14 | Weekly call with FTI/CRA/DNV GL re. business plan | 0.5 | 1 |
| 10/02/14 | Review of Debtor business plan/diligence materials | 0.3 | 9 |
| 10/06/14 | Call with DNV GL | 0.5 | 1 |
| 10/07/14 | UCC Update - Weekly Call | 0.5 | 1 |
| 10/09/14 | Weekly call with FTI/CRA/DNV GL re. business plan | 0.5 | 1 |
| 10/10/14 | Call with FTI re. due diligence/business plan | 0.3 | 1 |
| 10/13/14 | Call with FTI re. due diligence/business plan | 0.3 | 1 |
| 10/13/14 | UCC Update - Weekly Call | 0.5 | 1 |
| 10/14/14 | Review of Debtor materials re. Oncor | 0.5 | 9 |
| 10/14/14 | Review of Debtor business plan/diligence materials | 0.5 | 9 |
| 10/14/14 | Call with FTI re. due diligence/business plan | 0.3 | 1 |
| 10/16/14 | Weekly call with FTI/CRA/DNV GL re. business plan | 0.5 | 1 |
| 10/17/14 | Review of Materials | 0.3 | 9 |
| 10/17/14 | Call with FTI re. due diligence/business plan | 0.3 | 1 |
| 10/19/14 | Preparation of Materials | 4.0 | 9 |
| 10/22/14 | Internal Calls/Discussions | 0.5 | 1 |
| 10/30/14 | Weekly call with FTI/CRA/DNV GL re. business plan | 0.3 | 1 |
| 10/31/14 | Call with FTI | 0.5 | 1 |

Energy Future Holdings
Time Detail
Lazard Frères & Co. LLC
Willem Beer - Vice President

| Date: | Description of Work: | Hours: | Code |
|-------|---------------------|--------|------|
| 10/31/14 | Internal Calls/Discussions | 0.3 | 1 |
| 10/31/14 | Call with FTI | 0.3 | 1 |
| | **October Hours:** | **18.8** | |

| November 1 - November 30 | | | |
|--------------------------|--------|--------|------|
| 11/03/14 | UCC Update - Weekly Call | 1.0 | 1 |
| 11/04/14 | Internal Calls/Discussion | 0.5 | 1 |
| 11/05/14 | Document review | 0.5 | 9 |
| 11/06/14 | Weekly call with FTI/CRA/DNV GL re. business plan | 0.3 | 1 |
| 11/13/14 | Weekly call with FTI/CRA/DNV GL re. business plan | 0.3 | 1 |
| 11/13/14 | Call with FTI | 0.3 | 1 |
| 11/13/14 | Internal Calls/Discussion | 0.5 | 1 |
| 11/14/14 | Document review | 0.5 | 9 |
| 11/21/14 | Document review | 0.5 | 9 |
| | **November Hours:** | **4.3** | |

| December 1 - December 31 | | | |
|--------------------------|--------|--------|------|
| 12/01/14 | UCC Update - Weekly Call | 0.5 | 1 |
| 12/04/14 | Call with FTI | 0.3 | 1 |
| 12/08/14 | UCC Update - Weekly Call | 0.5 | 1 |
| 12/10/14 | Travel from NY to Dallas | 6.0 | 1 |
| 12/11/14 | Site Visit: Comanche Peak | 8.0 | 9 |
| 12/12/14 | Site Visit: Big Brown | 8.0 | 9 |
| 12/12/14 | Travel from Dallas to NY | 6.0 | 1 |
| | **December Hours:** | **29.3** | |

Energy Future Holdings
Time Detail
Lazard Frères & Co. LLC
Greg Keilin - Associate

| Date: | Description of Work: | Hours: | Code |
|-------|---------------------|--------|------|
| **September 1 - September 30** | | | |
| 09/02/14 | UCC Update Call | 1.0 | 1 |
| 09/04/14 | UCC Advisors Org. Call | 0.5 | 1 |
| 09/04/14 | Due Diligence Questions Call | 0.5 | 9 |
| 09/08/14 | UCC Update Call | 1.0 | 1 |
| 09/08/14 | Preparation of Materials - Advisor Responsibilities | 1.0 | 9 |
| 09/11/14 | UCC Advisors Org. Call | 0.5 | 1 |
| 09/15/14 | UCC Update Call | 1.0 | 1 |
| 09/17/14 | Gas Fundamentals Discussion Call | 3.0 | 9 |
| 09/18/14 | UCC Advisors Org. Call | 0.5 | 1 |
| 09/22/14 | UCC Update Call | 1.0 | 1 |
| 09/23/14 | EFH New Business Plan Meeting (Participation by Phone) | 6.0 | 1 |
| 09/25/14 | UCC Advisors Org. Call | 0.5 | 1 |
| | **September Hours:** | **16.5** | |
| **October 1 - October 31** | | | |
| 10/01/14 | EFH New Business Plan Discussion with UCC (Participation by Phone) | 6.0 | 1 |
| 10/02/14 | UCC Advisors Org. Call | 0.5 | 1 |
| 10/07/14 | UCC Update Call | 1.0 | 1 |
| 10/09/14 | UCC Advisors Org. Call | 0.5 | 1 |
| 10/13/14 | UCC Update Call | 1.0 | 1 |
| 10/14/14 | EFH Business Plan Discussion Call | 2.0 | 1 |
| 10/16/14 | UCC Advisors Org. Call | 0.5 | 1 |
| 10/22/14 | UCC Update Call | 1.0 | 1 |
| 10/23/14 | UCC Advisors Org. Call | 0.5 | 1 |
| 10/29/14 | UCC Update Call | 1.0 | 1 |
| 10/30/14 | UCC Advisors Org. Call | 0.5 | 1 |
| | **October Hours:** | **14.5** | |
| **November 1 - November 30** | | | |
| 11/03/14 | UCC Call | 0.5 | 1 |
| 11/05/14 | Call with Mofo - bidding procedures | 1.0 | 1 |
| 11/06/14 | Call with Committee Professionals - Weekly | 0.5 | 1 |
| 11/10/14 | UCC Call | 0.5 | 1 |
| 11/13/14 | Call with Committee Professionals - Weekly | 0.5 | 1 |
| 11/17/14 | UCC Call | 0.5 | 1 |
| 11/20/14 | Call with Committee Professionals - Weekly | 0.5 | 1 |
| 11/24/14 | UCC Call | 0.5 | 1 |
| 11/27/14 | Call with Committee Professionals - Weekly | 0.5 | 1 |
| | **November Hours:** | **5.0** | |
| **December 1 - December 31** | | | |
| 12/01/14 | UCC Call | 0.5 | 1 |
| 12/04/14 | Call with FTI | 0.3 | 1 |
| 12/08/14 | UCC Call | 0.5 | 1 |
| 12/15/14 | UCC Call | 0.5 | 1 |
| | **December Hours:** | **1.8** | |

Energy Future Holdings
Time Detail
Lazard Frères & Co. LLC
Jeffrey Stine - Associate

| Date: | Description of Work: | Hours: | Code |
|-------|---------------------|--------|------|
| **September 1 - September 30** | | | |
| 09/02/14 | UCC Update Call | 1.0 | 1 |
| 09/04/14 | UCC Advisors Org. Call | 0.5 | 1 |
| 09/04/14 | Due Diligence Questions Call | 0.5 | 9 |
| 09/08/14 | UCC Update Call | 1.0 | 1 |
| 09/08/14 | Preparation of Materials - Advisor Responsibilities | 3.0 | 9 |
| 09/11/14 | UCC Advisors Org. Call | 0.5 | 1 |
| 09/15/14 | UCC Update Call | 1.0 | 1 |
| 09/17/14 | Gas Fundamentals Discussion Call | 3.0 | 9 |
| 09/18/14 | UCC Advisors Org. Call | 0.5 | 1 |
| 09/22/14 | UCC Update Call | 1.0 | 1 |
| 09/23/14 | EFH New Business Plan Meeting (Participation by Phone) | 6.0 | 1 |
| 09/25/14 | UCC Advisors Org. Call | 0.5 | 1 |
| **September Hours:** | | **18.5** | |
| **October 1 - October 31** | | | |
| 10/01/14 | EFH New Business Plan Discussion with UCC (Participation by Phone) | 6.0 | 1 |
| 10/02/14 | UCC Advisors Org. Call | 0.5 | 1 |
| 10/07/14 | UCC Update Call | 1.0 | 1 |
| 10/09/14 | UCC Advisors Org. Call | 0.5 | 1 |
| 10/13/14 | UCC Update Call | 1.0 | 1 |
| 10/14/14 | EFH Business Plan Discussion Call | 2.0 | 1 |
| 10/16/14 | UCC Advisors Org. Call | 0.5 | 1 |
| 10/22/14 | UCC Update Call | 1.0 | 1 |
| 10/23/14 | UCC Advisors Org. Call | 0.5 | 1 |
| 10/29/14 | UCC Update Call | 1.0 | 1 |
| 10/30/14 | UCC Advisors Org. Call | 0.5 | 1 |
| **October Hours:** | | **14.5** | |
| **November 1 - November 30** | | | |
| 11/04/14 | Internal Calls/Discussion | 0.5 | 1 |
| 11/05/14 | Document review | 0.5 | 9 |
| 11/06/14 | Weekly call with FTI/CRA/DNV GL re. business plan | 0.3 | 1 |
| 11/13/14 | Weekly call with FTI/CRA/DNV GL re. business plan | 0.3 | 1 |
| 11/13/14 | Internal Calls/Discussion | 0.5 | 1 |
| 11/14/14 | Document review | 0.5 | 9 |
| 11/21/14 | Document review | 0.5 | 9 |
| **November Hours:** | | **3.0** | |
| **December 1 - December 31** | | | |
| 12/04/14 | Call with FTI | 0.3 | 1 |
| 12/10/14 | Travel from NY to Dallas | 6.0 | 1 |
| 12/11/14 | Site Visit: Comanche Peak | 8.0 | 9 |
| 12/12/14 | Site Visit: Big Brown | 8.0 | 9 |
| 12/12/14 | Travel from Dallas to NY | 6.0 | 1 |
| **December Hours:** | | **28.3** | |

Energy Future Holdings
Time Detail
Lazard Frères & Co. LLC
Rajesh Jegadeesh - Analyst

| Date: | Description of Work: | Hours: | Code |
|-------|---------------------|--------|------|
| **September 1 - September 30** | | | |
| 09/02/14 | UCC Update Call | 1.0 | 1 |
| 09/04/14 | UCC Advisors Org. Call | 0.5 | 1 |
| 09/04/14 | Due Diligence Questions Call | 0.5 | 9 |
| 09/08/14 | UCC Update Call | 1.0 | 1 |
| 09/08/14 | Preparation of Materials - Advisor Responsibilities | 3.0 | 9 |
| 09/11/14 | UCC Advisors Org. Call | 0.5 | 1 |
| 09/15/14 | UCC Update Call | 1.0 | 1 |
| 09/17/14 | Gas Fundamentals Discussion Call | 3.0 | 9 |
| 09/18/14 | UCC Advisors Org. Call | 0.5 | 1 |
| 09/22/14 | UCC Update Call | 1.0 | 1 |
| 09/23/14 | EFH New Business Plan Meeting (Participation by Phone) | 6.0 | 1 |
| **September Hours:** | | **18.0** | |
| **October 1 - October 31** | | | |
| 10/01/14 | EFH New Business Plan Discussion with UCC (Participation by Phone) | 6.0 | 1 |
| 10/02/14 | UCC Advisors Org. Call | 0.5 | 1 |
| 10/07/14 | UCC Update Call | 1.0 | 1 |
| 10/09/14 | UCC Advisors Org. Call | 0.5 | 1 |
| 10/13/14 | UCC Update Call | 1.0 | 1 |
| 10/14/14 | EFH Business Plan Discussion Call | 2.0 | 1 |
| 10/16/14 | UCC Advisors Org. Call | 0.5 | 1 |
| 10/19/14 | Update on Diligence Materials and Research/Analysis | 5.0 | 9 |
| 10/22/14 | UCC Update Call | 1.0 | 1 |
| 10/23/14 | UCC Advisors Org. Call | 0.5 | 1 |
| 10/29/14 | UCC Update Call | 1.0 | 1 |
| 10/30/14 | UCC Advisors Org. Call | 0.5 | 1 |
| **October Hours:** | | **19.5** | |
| **November 1 - November 30** | | | |
| 11/03/14 | Weekly UCC call | 0.5 | 1 |
| 11/05/14 | Call with Mofo - bidding procedures | 1.0 | 1 |
| 11/06/14 | Call with Committee Professionals - Weekly | 0.5 | 1 |
| 11/10/14 | Weekly UCC call | 0.5 | 1 |
| 11/13/14 | Call with Committee Professionals - Weekly | 0.5 | 1 |
| 11/17/14 | Weekly UCC call | 0.5 | 1 |
| 11/27/14 | Call with Committee Professionals - Weekly | 0.5 | 1 |
| **November Hours:** | | **4.0** | |
| **December 1 - December 31** | | | |
| 12/01/14 | Weekly UCC Call | 0.5 | 1 |
| 12/04/14 | Call with FTI | 0.3 | 1 |
| **December Hours:** | | **0.8** | |