# EXHIBIT E

# Fee Calculation & Details of Expenses

## Energy Future Holdings
## Second Interim Application
## Lazard Frères & Co. LLC

### September 1, 2014 - December 31, 2014

### Fee Calculation

| Item | Amount Incurred |
|---|---:|
| Monthly Fee: September 1, 2014 - September 30, 2014 | $250,000.00 [1] |
| Monthly Fee: October 1, 2014 - October 31, 2014 | 250,000.00 |
| Monthly Fee: November 1, 2014 - November 30, 2014 | 250,000.00 |
| Monthly Fee: December 1, 2014 - December 31, 2014 | 250,000.00 |
| **TOTAL** | **$1,000,000.00** |

### Summary of Out-of-Pocket Expenses [2]

| Item | Amount Incurred |
|---|---:|
| Car Services and Taxis | $4,583.50 |
| Electronic Information Service | 587.13 |
| Employee Meals | 358.97 |
| Meals-Meetings/Travel | 667.63 |
| Telephone/Telex/Fax-Usage | 257.99 |
| Travel | 32,651.45 |
| **TOTAL** | **$39,106.67** |

---

[1] *Lazard's retention was approved pursuant to the terms set forth in the Engagement Letter dated May 14, 2014 (the "Engagement Letter"). This amount reflects professional fee for the 4-month period from September 1, 2014 through December 31, 2014 [$250,000 + $250,000 + $250,000 + $250,000 = $1,000,000.00].*

[2] *Additional expense detail will be furnished upon request.*

EFH_Lazard's 2nd Interim Expense Details_Sep-Dec 2014.xlsx

Summary

**Energy Future Holdings**
**Second Interim Application**
**Lazard Frères & Co. LLC**

September 1, 2014 - December 31, 2014

**Summary of Out-of-Pocket Expenses**[1]

| Item | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|
| Car Services and Taxis | $3,150.06 | $0.00 | $200.00 | $1,233.44 | $4,583.50 |
| Electronic Information Service | $290.53 | $0.00 | $281.50 | $15.10 | $587.13 |
| Employee Meals | $301.08 | $0.00 | $0.00 | $57.89 | $358.97 |
| Meals-Meetings/Travel | $502.18 | $0.00 | $0.00 | $165.45 | $667.63 |
| Telephone/Telex/Fax-Usage | $101.99 | $0.00 | $0.00 | $156.00 | $257.99 |
| Travel | $23,240.85 | $0.00 | $0.00 | $9,410.60 | $32,651.45 |
| **TOTAL** | **$27,586.69** | **$0.00** | **$481.50** | **$11,038.48** | **$39,106.67** |

[1] *Additional expense detail will be furnished upon request.*

EFH_Lazard's 2nd Interim Expense Details_Sep-Dec 2014.xlsx

Exp Detail_Sep 14

# LAZARD

## DEAL OPEN ITEMS BY CATEGORY
## ALL EXPENSES
## CHI00531 - The Official Committee of Unse

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| OPENING BALANCE | 1/1/1900 | | 0.00 |
| Car Services and Taxis | | | |
| | 10/27/2014 | Beer-Client Meeting in Dallas, DFW airport to Hotel 09/23/2014 / AMEX | 55.00 |
| | 10/27/2014 | Beer-Client Meeting in Dallas, Car Service from Hotel to Meeting 09/23/2014 / AMEX | 55.00 |
| | 10/27/2014 | Beer-Client Meeting in Dallas, Car Service from LGA airport to Home 09/22/2014 / AMEX | 60.00 |
| | 10/27/2014 | Beer-Client Meeting in Dallas, Car Service from Office to LGA airport 09/23/2014 / AMEX | 60.00 |
| | 11/14/2014 | Cowan-Chicago/Car Service.ORD-Work 09/25/2014 / AMEX | 50.00 |
| | 9/4/2014 | Cowan-Chicago/Car Service/Home-ORD 07/31/2014 / AMEX | 50.00 |
| | 9/4/2014 | Cowan-Chicago/Car Service/Office-ORD 07/21/2014 / AMEX | 50.00 |
| | 9/4/2014 | Cowan-Chicago/Car Service/ORD-Home 07/31/2014 / AMEX | 50.00 |
| | 11/14/2014 | Cowan-Chicago/Car Service/ORD-Home 10/06/2014 / AMEX | 50.00 |
| | 9/4/2014 | Cowan-Dallas/Car Service/EFH to DFW 06/19/2014 / AMEX | 55.00 |
| | 11/14/2014 | Cowan-Dallas/Car Service/EFH-DFW 09/23/2014 / AMEX | 55.00 |
| | 11/14/2014 | Cowan-NY/Car Service/Brown Rudni-LGA 10/06/2014 / AMEX | 60.00 |
| | 9/4/2014 | Cowan-NY/Car Service/BrownRudnic-LGA 07/31/2014 / AMEX | 60.00 |
| | 11/14/2014 | Cowan-NY/Car Service/DFW-Hotel 09/22/2014 / AMEX | 55.00 |
| | 11/14/2014 | Cowan-NY/Car Service/EWR-Hotel 09/23/2014 / AMEX | 60.00 |
| | 11/14/2014 | Cowan-NY/Car Service/Hotel-LGA 09/25/2014 / AMEX | 60.00 |
| | 9/4/2014 | Cowan-NY/Car Service/LGA to Hotel 06/19/2014 / AMEX | 60.00 |
| | 9/4/2014 | Cowan-NY/Car Service/LGA to Hotel 07/21/2014 / AMEX | 60.00 |
| | 11/14/2014 | Cowan-NY/Car Service/LGA-Hotel 10/05/2014 / AMEX | 60.00 |
| | 9/4/2014 | Cowan-NY/Car Service/LGA-K&E office 07/31/2014 / AMEX | 60.00 |
| | 11/14/2014 | Cowan-NY/Car Service/LGA-Morr&Foeste 10/01/2014 / AMEX | 60.00 |
| | 11/14/2014 | Cowan-NY/Car Service/MoFo-Hotel 09/24/2014 / AMEX | 25.00 |
| | 11/12/2014 | Cowan-NY/Taxi/Hotel-BrownRudnick 10/06/2014 / Cash | 11.50 |
| | 9/4/2014 | Cowan-NY/Uber Taxi/K&E-Brown Rudnick 07/31/2014 / AMEX | 23.00 |
| | 11/14/2014 | Cowan-NY/Uber Taxi/Morr&Foerst-Hotel 10/01/2014 / AMEX | 34.00 |
| | 11/3/2014 | Cowan-Wilmington/Taxi/DinnerTaxi 06/30/2014 / Cash | 20.00 |
| | 11/3/2014 | Cowan-Wilmington/Taxi/Hotel-Dinner 06/30/2014 / Cash | 20.00 |
| | 9/12/2014 | Fox-CHICAGO ELITE Taxi from LAZ Office to Home 07/29/2014 Time: 23:40 / AMEX | 16.97 |
| | 9/12/2014 | Fox-GLOBE TAXI Taxi from LAZ Office to ORD 07/22/2014 / AMEX | 43.75 |
| | 9/12/2014 | Fox-TAXI Taxi from LAZ Office to Home CHICAGO 07/31/2014 Time: 22:42 / AMEX | 15.65 |
| | 9/17/2014 | Gistis-Chiacago/Taxi/Wknd Wrk-Hme 07/28/2014 Time: 01:27 / AMEX | 14.00 |

EFH_Lazard's 2nd Interim Expense Details_Sep-Dec 2014.xlsx

Exp Detail_Sep 14

# LAZARD

## DEAL OPEN ITEMS BY CATEGORY

### ALL EXPENSES

### CHI00531 - The Official Committee of Unse

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| Car Services and Taxis | 10/8/2014 | Gistis-Chicago/Taxi / Wrk - Hm 08/18/2014 Time: 22:36 / AMEX | 14.20 |
| | 9/17/2014 | Gistis-Chicago/Taxi/Wknd Wrk-Hm 08/02/2014 Time: 20:01 / AMEX | 14.70 |
| | 9/17/2014 | Gistis-Chicago/Taxi/Work - Home 07/21/2014 Time: 22:00 / AMEX | 14.85 |
| | 9/17/2014 | Gistis-Chicago/Taxi/Work to Home 08/06/2014 Time: 00:00 / AMEX | 15.90 |
| | 11/13/2014 | Gistis-Chicago/Taxi/Work-Home 09/16/2014 Time: 22:23 / AMEX | 12.45 |
| | 10/8/2014 | Gistis-Chicago/Taxi/Wrk - Hm 09/03/2014 Time: 23:00 / AMEX | 14.05 |
| | 9/17/2014 | Gistis-Chicago/Uber Taxi/ Work - Home 07/31/2014 Time: 00:42 / AMEX | 15.23 |
| | 9/17/2014 | Gistis-Chicago/Uber Taxi/ Work - Home 08/01/2014 Time: 02:19 / AMEX | 17.39 |
| | 9/17/2014 | Gistis-Chicago/Uber Taxi/Wknd Hm-Wrk 07/27/2014 Time: 15:04 / AMEX | 9.16 |
| | 10/8/2014 | Gistis-Chicago/Uber Taxi/Wknd Wrk-Hm 08/25/2014 Time: 00:07 / AMEX | 14.75 |
| | 9/17/2014 | Gistis-Chicago/Uber Taxi/Work - Home 07/30/2014 Time: 02:08 / AMEX | 15.47 |
| | 9/17/2014 | Gistis-Chicago/Uber Taxi/Work - Home 08/05/2014 Time: 02:19 / AMEX | 14.75 |
| | 9/17/2014 | Gistis-Chicago/Uber Taxi/Work-Home 07/14/2014 Time: 22:02 / AMEX | 18.11 |
| | 10/8/2014 | Gistis-Chicago/Uber Taxi/Wrk - Hm 09/05/2014 Time: 22:43 / AMEX | 16.70 |
| | 10/8/2014 | Gistis-Chicago/Uber Taxi/Wrk - Hm 09/09/2014 Time: 03:46 / AMEX | 15.74 |
| | 10/8/2014 | Gistis-Chicago/Uber Taxi/Wrk - Hm 09/11/2014 Time: 22:01 / AMEX | 16.46 |
| | 10/8/2014 | Gistis-Chicago/Uber Taxi/Wrk-Hm 08/19/2014 Time: 23:47 / AMEX | 14.99 |
| | 9/17/2014 | Gistis-Chicago/Uber/ Work - Home 07/25/2014 Time: 01:55 / AMEX | 14.99 |
| | 9/17/2014 | Gistis-Chicago/Uber/Wknd Hm-Wrk 08/02/2014 Time: 12:02 / AMEX | 17.15 |
| | 9/17/2014 | Gistis-Chicago/Uber/Work - Home 07/29/2014 Time: 01:13 / AMEX | 14.99 |
| | 10/10/2014 | Kurtz-Chicago/Car Service/Home-ORD 08/14/2014 / AMEX | 50.00 |
| | 10/10/2014 | Kurtz-Chicago/Car Service/Home-ORD 09/04/2014 / AMEX | 50.00 |
| | 10/10/2014 | Kurtz-Chicago/Car Service/ORD-Home 08/14/2014 / AMEX | 50.00 |
| | 10/10/2014 | Kurtz-Chicago/Car Service/ORD-Home 09/04/2014 / AMEX | 50.00 |
| | 10/10/2014 | Kurtz-NY/Car Service/14 E 60th-LGA 09/04/2014 / AMEX | 60.00 |
| | 10/10/2014 | Kurtz-NY/Car Service/250 W 55th-LGA 08/14/2014 / AMEX | 60.00 |
| | 11/10/2014 | Kurtz-NY/Car Service/Hotel-Jones day 09/17/2014 / AMEX | 41.36 |
| | 11/10/2014 | Kurtz-NY/Car Service/Hotel-LGA 10/01/2014 / AMEX | 60.00 |
| | 11/10/2014 | Kurtz-NY/car Service/JonesDay-LGA 09/17/2014 / AMEX | 60.00 |
| | 10/10/2014 | Kurtz-NY/Car Service/LGA-250 W 55th 08/14/2014 / AMEX | 60.00 |
| | 10/10/2014 | Kurtz-NY/Car Service/LGA-Laz Office 09/04/2014 / AMEX | 60.00 |
| | 9/5/2014 | Pohl-AUG06,2014 9:45am home/ORD / APOLLO CAR SERVICE, INC | 50.00 |
| | 9/5/2014 | Pohl-AUG06,2014 8:41pm ORD/home + stop Kurtz / APOLLO CAR SERVICE, INC | 50.00 |
| | 9/15/2014 | Pohl-NY/Car Service/ LGA-K&E office 08/06/2014 / AMEX | 60.00 |

EFH_Lazard's 2nd Interim Expense Details_Sep-Dec 2014.xlsx

Exp_Detail_Sep 14

# LAZARD

## DEAL OPEN ITEMS BY CATEGORY
### ALL EXPENSES
### CHI00531 - The Official Committee of Unse

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| **Car Services and Taxis** | | | |
| | 11/5/2014 | Pohl-NY/Car Service/Hotel - LGA 09/17/2014 / AMEX | 60.00 |
| | 9/15/2014 | Pohl-NY/Car Service/Hotel-LGA 08/06/2014 / AMEX | 60.00 |
| | 11/5/2014 | Pohl-NY/Car Service/LGA to Anchorag 09/15/2014 / AMEX | 60.00 |
| | 11/5/2014 | Pohl-NY/Car Service/LGA-Hotel 09/29/2014 / AMEX | 60.00 |
| | 11/5/2014 | Pohl-NY/Car Service/Morr&Foes-LGA 10/01/2014 / AMEX | 22.80 |
| | 11/5/2014 | Pohl-NY/Taxi/Dinner to Hotel 09/15/2014 / AMEX | 50.00 |
| | 11/13/2014 | Pohl-SEP29,2014 9:45am home/ORD / APOLLO CAR SERVICE, INC | 50.00 |
| | 11/13/2014 | Pohl-OCT01,2014 6:00pm ORD/home / APOLLO CAR SERVICE, INC | 50.00 |
| | 11/13/2014 | Pohl-OCT20,2014 5:30am home/ORD / APOLLO CAR SERVICE, INC | 50.00 |
| | 11/13/2014 | Pohl-OCT20,2014 7:24pm ORD/As Directed / APOLLO CAR SERVICE, INC | 50.00 |
| | 10/9/2014 | Pohl-SEP15,2014 6:40am home/ORD w Stops Kurtz / APOLLO CAR SERVICE, INC | 50.00 |
| | 10/9/2014 | Pohl-SEP17,2014 9:31am ORD/home / APOLLO CAR SERVICE, INC | 50.00 |
| | 10/21/2014 | Ridings-Cab 9/22 Dallas Airport-Hotel 09/22/2014 / Cash | 55.00 |
| | | Subtotal: | 3,150.06 |
| **Electronic Information Service** | | | |
| | 9/24/2014 | Moody's AUG 14 / STANDARD & POOR'S CORPORATION | 50.00 |
| | 10/27/2014 | GOGOAIR.COM       877-350-0 09/23/2014 / AMEX | 22.68 |
| | 10/27/2014 | GOGOAIR.COM       877-350-0 09/22/2014 / AMEX | 20.95 |
| | 10/28/2014 | FACTIVA July 2014   Trans: EUR 43.99 / LAZARD FRERES PARIS | 54.97 |
| | 11/3/2014 | Barra chargebacksAug14 / BARRA INC | 30.00 |
| | 11/5/2014 | The Palace/Internet-2nts@15.99 09/15/2014 / AMEX | 31.98 |
| | 11/5/2014 | NY/Palace/Internet-2nts 09/29/2014 / AMEX | 31.98 |
| | 11/14/2014 | NY/Palace Htl/Internet 10/01/2014 / AMEX | 31.98 |
| | 11/14/2014 | NY/Palace Htl/Internet 09/24/2014 / AMEX | 15.99 |
| | | Subtotal: | 290.53 |
| **Employee Meals** | | | |
| | 9/17/2014 | Fox-Chicago/Cantina Laredo/Dnnr-7p 07/31/2014 / AMEX | 20.00 |
| | 9/9/2014 | Fox-Chicago/Rockit/Dinner-7p 07/29/2014 / AMEX | 20.00 |
| | 9/12/2014 | Fox-CHIPOTLE 0655 0094  CHICAGO 07/30/2014 / AMEX | 12.43 |
| | 10/8/2014 | Gistis-Chicag/Chiptole/Dinner - 1p 09/02/2014 / AMEX | 11.55 |
| | 9/17/2014 | Gistis-Chicago/Cantina Laredo/Dnnr-7p 07/31/2014 / AMEX | 20.00 |
| | 9/17/2014 | Gistis-Chicago/Chipotle/Dinner - 1p 07/14/2014 / AMEX | 13.70 |
| | 10/8/2014 | Gistis-Chicago/Chipotle/Dinner - 1p 08/14/2014 / AMEX | 11.55 |
| | 9/17/2014 | Gistis-Chicago/Chipotle/Dinner-1p 08/01/2014 / AMEX | 11.55 |

EFH_Lazard's 2nd Interim Expense Details_Sep-Dec 2014.xlsx

Exp_Detail_Sep 14

# LAZARD

## DEAL OPEN ITEMS BY CATEGORY
### ALL EXPENSES
### CHI00531 - The Official Committee of Unse

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| **Employee Meals** | | | |
| | 9/17/2014 | Gistis-Chicago/HotWokSushi/Dinner -3p 08/03/2014 / AMEX | 20.00 |
| | 9/17/2014 | Gistis-Chicago/McDonalds/Dinner - 1p 07/25/2014 / AMEX | 11.69 |
| | 9/17/2014 | Gistis-Chicago/McDonalds/Dinner - 1p 08/02/2014 / AMEX | 7.72 |
| | 11/13/2014 | Gistis-Chicago/Noodles&Co/Dinner - 1p 09/22/2014 / AMEX | 18.86 |
| | 10/8/2014 | Gistis-Chicago/Noodles&Co/Dinner-1p 09/03/2014 / AMEX | 9.37 |
| | 9/17/2014 | Gistis-Chicago/Portillos/Dinner-1p 07/27/2014 / AMEX | 20.00 |
| | 9/17/2014 | Gistis-Chicago/Protein Bar/Dinner-1p 07/28/2014 / AMEX | 13.10 |
| | 10/8/2014 | Gistis-Chicago/RockitBar/Dinner-4p 08/19/2014 / AMEX | 20.00 |
| | 9/17/2014 | Gistis-Chicago/Roti/ Dinner - 1p 07/30/2014 / AMEX | 12.65 |
| | 9/17/2014 | Gistis-Chicago/Subway/ Dinner - 1p 07/21/2014 / AMEX | 6.91 |
| | 9/17/2014 | Gistis-DINING IN    312755177 08/06/2014 / AMEX | 20.00 |
| | 10/10/2014 | Gistis-DINING IN    312755177 09/10/2014 / AMEX | 20.00 |
| | | Subtotal: | 301.08 |
| **Meals-Meetings/Travel** | | | |
| | 10/27/2014 | Beer-POPEYE'S #10829 0301 DALLAS 09/23/2014 / AMEX | 10.06 |
| | 10/27/2014 | Beer-Traveling for Client Business Meeting in Dallas, Dinner: 1 (Self) 09/23/2014 / AMEX | 53.47 |
| | 10/27/2014 | Beer-Traveling for Client Business Meeting in Dallas, Lunch: 1 (Self) 09/23/2014 / AMEX | 11.95 |
| | 11/14/2014 | Cowan-LGA/Au Bon Pain/Breakfast-1p 09/25/2014 / AMEX | 2.38 |
| | 9/4/2014 | Cowan-NY/Club Macanudo/Dinner-2p 07/21/2014 / AMEX | 80.00 |
| | 9/4/2014 | Cowan-NY/Lemny's/Lunch-1p 07/22/2014 / AMEX | 12.79 |
| | 11/14/2014 | Cowan-NY/Palace Htl/Dinner - 1p 09/24/2014 / AMEX | 40.00 |
| | 11/14/2014 | Cowan-Ny/Palace Htl/Dinner-1p 10/05/2014 / AMEX | 40.00 |
| | 9/4/2014 | Cowan-ORD/Ciao/Breakfast-1p 07/31/2014 / AMEX | 10.47 |
| | 9/12/2014 | Fox-LENNY'S XII LLC 0071 NEW YORK 07/22/2014 / AMEX | 12.25 |
| | 9/15/2014 | Kurtz-NY/NY Palace/Breakfast -1p 07/31/2014 / AMEX | 35.00 |
| | 11/10/2014 | Kurtz-NY/Palace Hotel/Breakfast -1p 09/17/2014 / AMEX | 35.00 |
| | 9/15/2014 | Kurtz-NY/The Palace/Bkfst - 1p 08/06/2014 / AMEX | 35.00 |
| | 9/15/2014 | Pohl-ORD/McDonalds/Breakfast-1p 08/06/2014 / AMEX | 3.81 |
| | 10/21/2014 | Ridings-HOTEL in room meal DALLAS 9/23 09/23/2014 / AMEX | 40.00 |
| | 10/21/2014 | Ridings-HOTEL9/23DALLASbreakfast-2p 09/23/2014 / AMEX | 80.00 |
| | | Subtotal: | 502.18 |
| **Telephone/Telex/Fax-Usage/Re** | | | |
| | 9/4/2014 | Cowan-CourtCall ID#6362987 07/23/2014 / AMEX | 86.00 |

EFH_Lazard's 2nd Interim Expense Details_Sep-Dec 2014.xlsx

Exp Detail_Sep 14

# LAZARD

## DEAL OPEN ITEMS BY CATEGORY
## ALL EXPENSES
## CHI00531 - The Official Committee of Unse

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| Telephone/Telex/Fax-Usage/Re | 9/15/2014 | Kurtz-NY/The Palace/ Internet 08/05/2014 / AMEX | 15.99 |
| | | Subtotal: | 101.99 |
| Travel | | | |
| | 10/27/2014 | Beer-RSWD CRESCENT HOTEL  DALLAS 09/23/2014 / AMEX | 340.01 |
| | 11/14/2014 | Cowan-Dallas/Rosewood/1nt @ $225 09/22/2014 / AMEX | 225.00 |
| | 11/14/2014 | Cowan-NY/Palace Htl/1nt @ $289 09/24/2014 / AMEX | 289.23 |
| | 11/14/2014 | Cowan-NY/Palace Htl/1nt @ $307 10/05/2014 / AMEX | 307.57 |
| | 11/14/2014 | Cowan-NY/Palace Htl/2nts @ $502 10/01/2014 / AMEX | 1,003.56 |
| | 11/14/2014 | Cowan-NY/Palace Htl/Laundry Srvc 09/25/2014 / AMEX | 50.63 |
| | 9/4/2014 | Cowan-NY/The Palace/1nt @ $525 07/21/2014 / AMEX | 525.00 |
| | 9/4/2014 | Cowan-UA / LGA to ORD/ Coach 07/22/2014 / AMEX | 458.51 |
| | 9/4/2014 | Cowan-UA/ LGA to ORD/ Coach 07/31/2014 / AMEX | 468.50 |
| | 9/4/2014 | Cowan-UA/ ORD to LGA/ Coach 07/21/2014 / AMEX | 465.40 |
| | 9/4/2014 | Cowan-UA/ ORD to LGA/ Coach 07/31/2014 / AMEX | 468.50 |
| | 10/14/2014 | Cowan-UA/IAH - DFW / Coach 09/22/2014 / AMEX | 238.01 |
| | 10/14/2014 | Cowan-UA/LGA-IAH/Coach 09/22/2014 / AMEX | 741.82 |
| | 11/14/2014 | Cowan-United/DFW-IAH-EWR/Coach 09/23/2014 / AMEX | 983.42 |
| | 11/14/2014 | Cowan-United/LGA-ORD/Coach 09/25/2014 / AMEX | 458.51 |
| | 11/14/2014 | Cowan-United/ORD-LGA/Coach 10/05/2014 / AMEX | 458.51 |
| | 9/12/2014 | Fox-NY Hotel 1 ngt stay @$525 07/22/2014 / AMEX | 525.00 |
| | 9/12/2014 | Fox-UA flt from LGA to ORD / Coach 07/22/2014 / AMEX | 458.51 |
| | 9/12/2014 | Fox-UA to LGA Coach 07/21/2014 / AMEX | 465.40 |
| | 9/16/2014 | Keilin-575 LEX GARAGE LLC   NEW YORK 07/26/2014 / AMEX | 53.00 |
| | 10/21/2014 | Keilin-575 LEX GARAGE LLC - 2 days NEW YORK 10/01/2014 / AMEX | 106.00 |
| | 9/16/2014 | Keilin-SWEETS PARKING    NY 07/28/2014 / AMEX | 60.50 |
| | 10/10/2014 | Kurtz-AA/ORD-LGA/Coach 09/04/2014 / AMEX | 588.10 |
| | 9/15/2014 | Kurtz-Delta/ LGA-ORD/ Coach 08/06/2014 / AMEX | 593.02 |
| | 9/15/2014 | Kurtz-Delta/ LGA-ORD/ Coach 08/14/2014 / AMEX | 603.02 |
| | 11/10/2014 | Kurtz-Delta/ORD-LGA/Coach 09/15/2014 / AMEX | 588.10 |
| | 9/15/2014 | Kurtz-NY/NY Palace/2nts @ $388 07/30/2014 / AMEX | 775.82 |
| | 11/10/2014 | Kurtz-NY/Palace Hotel/2nt @ $525 09/15/2014 / AMEX | 1,000.00 |
| | 9/15/2014 | Kurtz-NY/The Palace/2nts @ $388 08/05/2014 / AMEX | 775.82 |
| | 11/10/2014 | Kurtz-Travel Agent Fee / LGA-  ORD 09/17/2014 / AMEX | 0.00 |
| | 9/15/2014 | Kurtz-Travel Agent Fee/LGA- ORD 08/06/2014 / AMEX | 0.00 |

EFH_Lazard's 2nd Interim Expense Details_Sep-Dec 2014.xlsx                                               Exp Detail_Sep 14

# LAZARD

## DEAL OPEN ITEMS BY CATEGORY
## ALL EXPENSES

**CHI00531 - The Official Committee of Unse**

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| Travel | 9/15/2014 | Kurtz-Travel Agent Fee/LGA-ORD 07/17/2014 / AMEX | 0.00 |
| | 9/15/2014 | Kurtz-Travel Agent Fee/LGA-ORD 07/23/2014 / AMEX | 0.00 |
| | 10/10/2014 | Kurtz-Travel Agent Fee/LGA-ORD 09/03/2014 / AMEX | 0.00 |
| | 11/10/2014 | Kurtz-Travel Agent Fee/ORD - LGA 09/14/2014 / AMEX | 0.00 |
| | 10/10/2014 | Kurtz-Travel Agent Fee/ORD-DFW 09/05/2014 / AMEX | 0.00 |
| | 9/15/2014 | Kurtz-Travel Agent Fee/ORD-LGA 08/01/2014 / AMEX | 0.00 |
| | 9/15/2014 | Kurtz-UA / ORD - LGA / Coach 08/14/2014 / AMEX | 546.26 |
| | 10/10/2014 | Kurtz-UA/LGA-ORD/Coach 09/04/2014 / AMEX | 635.37 |
| | 9/15/2014 | Kurtz-UA/ORD-LGA / Coach 08/05/2014 / AMEX | 635.37 |
| | 11/10/2014 | Kurtz-United/LGA-ORD/Coach 09/17/2014 / AMEX | 458.51 |
| | 9/15/2014 | Pohl-Delta/ ORD-LGA/Coach 08/06/2014 / AMEX | 510.10 |
| | 9/15/2014 | Pohl-Delta/LGA-ORD/Coach 08/06/2014 / AMEX | 593.02 |
| | 11/5/2014 | Pohl-Delta/LGA-ORD/Coach 10/01/2014 / AMEX | 458.55 |
| | 11/5/2014 | Pohl-Delta/ORD-LGA/Coach 09/29/2014 / AMEX | 593.02 |
| | 9/29/2014 | Pohl-DL / ORD to LGA / Coach 09/15/2014 / AMEX | 588.10 |
| | 11/5/2014 | Pohl-NY/Palace/2nts @ $525 09/29/2014 / AMEX | 1,000.00 |
| | 11/5/2014 | Pohl-NY/The Palace/2nts @ $525 09/15/2014 / AMEX | 1,000.00 |
| | 9/29/2014 | Pohl-UA / LGA-ORD / Coach 09/17/2014 / AMEX | 635.37 |
| | 10/21/2014 | Ridings-AA0622PHL-Dallas-PHL.9/22coach 09/22/2014 / AMEX | 1,218.79 |
| | 10/21/2014 | Ridings-HOTEL9/22DALLAS1nite@255 09/23/2014 / AMEX | 293.92 |
| | | Subtotal: | 23,240.85 |

CLOSING BALANCE as of 11/17/2014    27,586.69

EFH_Lazard's 2nd Interim Expense Details_Sep-Dec 2014.xlsx

Exp Details_Nov 15

# LAZARD

## DEAL OPEN ITEMS BY CATEGORY
## ALL EXPENSES
## CHI00531 - The Official Committee of Unse

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | | BALANCE |
|---|---|---|---|---|
| OPENING BALANCE | 1/1/1900 | | | 0.00 |
| Car Services and Taxis | | | | |
| | 11/26/2014 | Pohl-Chicago - Home - ORD  (Travel to NY) / APOLLO SERVICE, INC / 06/23/2014 | | 50.00 |
| | 11/26/2014 | Pohl-Chicago - ORD - Home  (Travel to NY) / APOLLO SERVICE, INC / 06/23/2014 | | 50.00 |
| | 11/26/2014 | Pohl-Chicago - Home - ORD  (Travel to NY) / APOLLO SERVICE, INC / 06/25/2014 | | 50.00 |
| | 11/26/2014 | Pohl-Chicago - Home - ORD  (Travel to Wilmington, DE) / APOLLO SERVICE, INC / 06/29/2014 | | 50.00 |
| | | | Subtotal: | 200.00 |
| Electronic Information Service | | | | |
| | 11/19/2014 | Investext Sept 14 / THOMSON REUTERS (MARKETS) LLC | | 131.50 |
| | 11/24/2014 | Investext Oct 14 / THOMSON REUTERS (MARKETS) LLC | | 150.00 |
| | | | Subtotal: | 281.50 |
| | | | CLOSING BALANCE as of 11/30/2014 | 481.50 |

EFH_Lazard's 2nd Interim Expense Details_Sep-Dec 2014.xlsx

Exp_Detail_Dec 14

# LAZARD

## DEAL OPEN ITEMS BY CATEGORY
## ALL EXPENSES

### CHI00531 - The Official Committee of Unse

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| OPENING BALANCE | 1/1/1900 | | 0.00 |
| **Car Services and Taxis** | | | |
| | 12/23/2014 | Beer-EXECUTIVE CAR - Office to LGA airport 12/10/2014 / AMEX | 60.00 |
| | 12/11/2014 | Cowan-Chicago/Car Service/Home - ORD 10/05/2014 / AMEX | 50.00 |
| | 12/11/2014 | Cowan-Chicago/Car Service/Home - ORD 10/16/2014 / AMEX | 50.00 |
| | 12/11/2014 | Cowan-Chicago/Car Service/Home-ORD 10/27/2014 / AMEX | 50.00 |
| | 12/11/2014 | Cowan-Chicago/Car Service/ORd-Home 10/17/2014 / AMEX | 50.00 |
| | 12/11/2014 | Cowan-Chicago/Taxi/Work - Home 10/16/2014 Time: 01:41 / AMEX | 18.18 |
| | 12/11/2014 | Cowan-NY/Car Service/Amtrak-Hotel 10/27/2014 / AMEX | 25.00 |
| | 12/5/2014 | Fox-Car Service DE pick up to PHL 10/21/2014 / AMEX | 60.00 |
| | 12/5/2014 | Fox-Car Service from PHL to hotel 10/20/2014 / AMEX | 60.00 |
| | 12/5/2014 | Fox-Taxi - ORD to home 10/21/2014 / AMEX | 41.56 |
| | 12/5/2014 | Fox-Taxi from Office to ORD 10/20/2014 / AMEX | 60.00 |
| | 12/10/2014 | Gistis-Chicago/Taxi/Work-Home 10/30/2014 Time: 22:29 / AMEX | 13.70 |
| | 12/11/2014 | Kurtz-Chicago/Car Service/Home-ORD 10/16/2014 / AMEX | 50.00 |
| | 12/11/2014 | Kurtz-Chicago/Car Service/Home-ORD 10/27/2014 / AMEX | 50.00 |
| | 12/11/2014 | Kurtz-Chicago/Car Service/ORD-Home 10/17/2014 / AMEX | 50.00 |
| | 12/11/2014 | Kurtz-DE/Car Service/Court-Amtrak 10/21/2014 / AMEX | 40.00 |
| | 12/11/2014 | Kurtz-DE/Car Service/Court-Amtrak 10/27/2014 / AMEX | 40.00 |
| | 12/11/2014 | Kurtz-DE/Car Service/Hotel - PHL 10/17/2014 / AMEX | 60.00 |
| | 12/11/2014 | Kurtz-DE/Car Service/PHL-Court 10/27/2014 / AMEX | 60.00 |
| | 12/11/2014 | Kurtz-DE/Car Service/PHL-Polsinelli 10/16/2014 / AMEX | 60.00 |
| | 12/11/2014 | Kurtz-NY/Car Service/Hotel-Amtrak 10/21/2014 / AMEX | 40.00 |
| | 12/11/2014 | Kurtz-NY/Car Service/PENN-Hotel 10/27/2014 / AMEX | 25.00 |
| | 12/3/2014 | Pohl-11/18/14 Home to ORD /Travel to NY for meeting at K&E / APOLLO SERVICE, INC | 50.00 |
| | 12/3/2014 | Pohl-11/19/14 ORD to Home /Travel to NY for meeting at K&E / APOLLO SERVICE, INC | 50.00 |
| | 12/4/2014 | Pohl-Wilmington/Car Service/Htl-PHL 10/20/2014 / AMEX | 60.00 |
| | 12/4/2014 | Pohl-Wilmington/Car Service/PHL-DE 10/20/2014 / AMEX | 60.00 |
| | | Subtotal: | 1,233.44 |
| **Electronic Information Service** | | | |
| | 12/19/2014 | PAYPAL *HSWIRELESS   402935773 12/11/2014 / AMEX | 15.10 |
| | | Subtotal: | 15.10 |

EFH_Lazard's 2nd Interim Expense Details_Sep-Dec 2014.xlsx

Exp_Detail_Dec 14

# LAZARD

## DEAL OPEN ITEMS BY CATEGORY
## ALL EXPENSES
### CHI00531 - The Official Committee of Unse

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| **Employee Meals** | | | |
| | 12/10/2014 | Gistis-Chicago/Giordanos/Dinner-1p 10/15/2014 / AMEX | 20.00 |
| | 12/10/2014 | Gistis-Chicago/Noodle&Co/Dinner-1p 10/14/2014 / AMEX | 19.18 |
| | 12/10/2014 | Gistis-Chicago/Protein Bar/Dinner-1p 10/13/2014 / AMEX | 18.71 |
| | | Subtotal: | 57.89 |
| **Meals-Meetings/Travel** | | | |
| | 12/23/2014 | Beer-LAGUARDIA AIRPORT Lunch 1p 12/11/2014 / AMEX | 22.83 |
| | 12/23/2014 | Beer-STARBUCKS Dinner 1p DALLAS 12/12/2014 / AMEX | 7.69 |
| | 12/23/2014 | Beer-STEPHAN PYLES - Dinner 2p DALLAS 12/11/2014 / AMEX | 80.00 |
| | 12/11/2014 | Cowan-DE/DuPont/Dinner - 1 10/16/2014 / AMEX | 27.00 |
| | 12/11/2014 | Cowan-ORD/Starbucks/Breakfast-1p 10/16/2014 / AMEX | 2.93 |
| | 12/11/2014 | Kurtz-DE/Htl Du Pont/Brkfst -1p 10/16/2014 / AMEX | 25.00 |
| | | Subtotal: | 165.45 |
| **Telephone/Telex/Fax-Usage/Re** | | | |
| | 12/11/2014 | Cowan-Court Conference Call #6550702 10/30/2014 / AMEX | 156.00 |
| | | Subtotal: | 156.00 |
| **Travel** | | | |
| | 12/23/2014 | Beer-DELTA Client Meeting in Dallas, Roundtrip to/from LGA to DFW, Economy 12/12/2014 | 742.26 |
| | 12/23/2014 | Beer-DELTA Client Meeting in Dallas, Roundtrip to/from LGA to DFW, Economy, 12/10/2014 | 742.26 |
| | 12/11/2014 | Cowan-AA/ PHL - ORD / Coach 10/17/2014 / AMEX | 396.95 |
| | 12/11/2014 | Cowan-Amtrak/WILM-PENN 10/27/2014 / AMEX | 124.00 |
| | 12/11/2014 | Cowan-DE/DuPont/1nt @ $300 10/16/2014 / AMEX | 300.00 |
| | 12/11/2014 | Cowan-NY/Palace/1nt at $300 10/27/2014 / AMEX | 300.00 |
| | 12/11/2014 | Cowan-United/ ORD - PHL/ Coach 10/16/2014 / AMEX | 311.26 |
| | 12/11/2014 | Cowan-United/ORD-PHL./Coach 10/27/2014 / AMEX | 313.10 |
| | 12/5/2014 | Fox-DE Hotel 1 night at $350 10/20/2014 / AMEX | 350.00 |
| | 12/5/2014 | Fox-UNITED AIRLINES ORD to PHL 10/20/2014 / AMEX | 313.10 |
| | 12/5/2014 | Fox-UNITED AIRLINES  PHL to ORD 10/21/2014 / AMEX | 313.10 |
| | 12/11/2014 | Kurtz-AA / PHL - ORD / Coach 10/17/2014 / AMEX | 396.95 |
| | 12/11/2014 | Kurtz-AA/LGA-ORD/Coach 11/13/2014 / AMEX | 542.10 |
| | 12/11/2014 | Kurtz-Amtrak / WILM - PENN 10/17/2014 / AMEX | 179.00 |
| | 12/11/2014 | Kurtz-Amtrak / WILM - PENN 10/21/2014 / AMEX | 124.00 |
| | 12/11/2014 | Kurtz-DE/Htl Du Pont/1nt @ $300 10/16/2014 / AMEX | 300.00 |
| **Travel** | 12/11/2014 | Kurtz-UA / ORD - PHL / Coach 10/16/2014 / AMEX | 456.10 |

EFH_Lazard's 2nd Interim Expense Details_Sep-Dec 2014.xlsx

Exp_Detail_Dec 14

# LAZARD

## DEAL OPEN ITEMS BY CATEGORY
## ALL EXPENSES

### CHI00531 - The Official Committee of Unse

Currency: USD - US Dollar

| EXPENSE TYPE | TRANS DATE | DESCRIPTION | BALANCE |
|---|---|---|---|
| | 12/11/2014 | Kurtz-United / ORD - PHL / Coach 10/27/2014 / AMEX | 458.10 |
| | 12/11/2014 | Kurtz-United/ORD-LGA/Coach 11/13/2014 / AMEX | 482.10 |
| | 12/4/2014 | Pohl-AA / ORD - PHL / Coach 10/20/2014 / AMEX | 468.60 |
| | 12/4/2014 | Pohl-UA / PHL - ORD / Coach 10/20/2014 / AMEX | 313.10 |
| | 12/19/2014 | Stine-DELTA Client Meeting in Dallas, Roundtrip to/from LGA to DFW, Economy 12/11/2014 | 742.26 |
| | 12/19/2014 | Stine-DELTA Client Meeting in Dallas, Roundtrip to/from LGA to DFW, Economy 12/12/2014 | 742.26 |
| | | Subtotal: | 9,410.60 |

**CLOSING BALANCE as of 12/31/2014**  **11,038.48**