**EXHIBIT A**

**[Statement of Fees by Subject Matter]**

| Description | Total Hours Billed | Total Fees |
|---|---|---|
| Case Administration | 4.0 | $1,075.50 |
| Executory Contracts and Unexpired Leases | 0.5 | $124.00 |
| Hearings | 3.5 | $1,225.00 |
| Non-OEB Fee/Employment Applications | 13.9 | $3,912.00 |
| OEB Fee/Employment Applications | 22.5 | $5,154.50 |
| Plan and Disclosure Statement | 0.8 | $280.00 |
| **Total** | **45.2** | **$11,771.00** |