## **EXHIBIT C**

**[Summary of Actual and Necessary Expenses for the Fee Period]**

| Expense Category | Total Expenses |
|---|---:|
| Teleconference Charges | $11.45 |
| Courier & Express Carriers | $84.11 |
| Filing/Court Fees | $25.10 |
| In-House Reproduction | $82.50 |
| **Total** | **$203.16** |