**EXHIBIT D**

**[Detailed Description of Expenses and Disbursements]**

| Date | Category | Description | Total Expenses |
|---|---|---|---:|
| 01/08/2015 | In-House Reproduction | Photocopies (45 pages) | $4.50 |
| 01/09/2015 | In-House Reproduction | Photocopies (34 pages) | $3.40 |
| 01/12/2015 | In-House Reproduction | Photocopies (746 pages) | $74.60 |
| 01/13/2015 | Courier & Express Carriers | FedEx | $84.11 |
| 01/30/2015 | Teleconference Charges | MSC 155 | $11.45 |
| 01/31/2015 | Filing/Court Fees | PACER | $25.10 |
| | | **Total** | **$203.16** |