## Exhibit A

[Statement of Fees by Subject Matter]

| MATTER NUMBER | MATTER DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 001 | Case Administration | 26.0 | $17,791.00 |
| 002 | Asset Disposition | 71.8 | $79,792.50 |
| 003 | EFH Business Operations | 1.1 | $1,017.50 |
| 005 | EFH Corporate Governance and Board Matters | 64.6 | $73,565.00 |
| 007 | Employment Applications | 29.0 | $29,296.00 |
| 008 | Fee Applications and Objections | 60.7 | $54,619.50 |
| 009 | Financing and Cash Collateral | 274.9 | $244,033.00 |
| 010 | Hearings | 3.5 | $3,937.50 |
| 011 | Intercompany Claims Investigation and Analysis | 657.2 | $521,503.50 |
| 012 | Meetings and Communications with Creditors and Other Debtors | 25.1 | $28,717.50 |
| 014 | Non-Working Travel | 81.5 | $43,906.25[1] |
| 015 | Plan and Disclosure Statement | 85.3 | $92,853.50 |
| 016 | Tax | 176.8 | $163,484.00 |
| **TOTAL FOR ALL MATTER NOS.** | | **1,557.50** | **$1,354,516.75** |

---

[1] Non-working travel time billed at 50%.