## **Exhibit B**

[Attorneys' and Paraprofessionals' Information]

Proskauer attorneys who rendered professional services in these cases during the Fee

Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Julie M. Allen | Partner | 1984 | Corporate | $1,275 | 67.8 | $86,445.00 |
| Justin Breen | Partner | 2003 | Corporate | $1,000 | 6.4 | $6,400.00 |
| Richard M. Corn | Partner | 2005 | Tax | $875 | 43.8 | $38,325.00 |
| Michael A. Firestein | Partner | 1983 | Litigation | $975 | 83.5 | $81,412.50 |
| Daniel I. Ganitsky | Partner | 2001 | Corporate | $1,000 | 3.7 | $3,700.00 |
| Jeffrey W. Levitan | Partner | 1983 | Corporate | $1,125 | 42.1 | $47,362.50 |
| Jeff J. Marwil | Partner | 1986 | Corporate | $1,125 | 126.8 | $142,650.00 |
| | | | | $562.50 | 32.9 | $18,506.25[1] |
| Paul Possinger | Partner | 1993 | Corporate | $975 | 59.9 | $58,402.50 |
| Lary Alan Rappaport | Partner | 1979 | Litigation | $900 | 83.2 | $74,880.00 |
| | | | | $450 | 10.2 | $4,590.00[1] |
| Stuart L. Rosow | Partner | 1976 | Tax | $1,275 | 31.9 | $40,672.50 |
| Mark K. Thomas | Partner | 1981 | Corporate | $1,125 | 125.3 | $140,962.50 |
| | | | | $562.50 | 30.5 | $17,156.25[1] |
| Ronald E. Wood | Partner | 1988 | Litigation | $875 | 86.7 | $75,862.50 |
| Peter J. Young | Partner | 2002 | Corporate | $925 | 127.6 | $118,030.00 |
| | | | | $462.50 | 7.9 | $3,653.75[1] |
| Steven H. Holinstat | Senior Counsel | 1996 | Litigation | $825 | 79.6 | $65,670.00 |
| Jeffrey Chubak | Associate | 2007 | Corporate | $795 | 88.3 | $70,198.50 |
| Michael E. Ellis | Associate | 2007 | Corporate | $800 | 2.7 | $2,160.00 |
| Scott J. Fishwick | Associate | 2012 | Litigation | $660 | 36.0 | $23,760.00 |
| Jinyoung Joo | Associate | 2011 | Corporate | $695 | 22.6 | $15,707.00 |
| Joshua L. Kopple | Associate | 2013 | Litigation | $465 | 139.3 | $64,774.50 |
| Cody S. Lonning | Associate | 2014 | Litigation | $395 | 0.6 | $237.00 |
| Steve Ma | Associate | 2014 | Corporate | $465 | 0.7 | $325.50 |
| Joseph P. Malca | Associate | 2013 | Tax | $575 | 11.7 | $6,727.50 |
| Jennifer L. Roche | Associate | 2007 | Litigation | $795 | 68.5 | $54,457.50 |
| Gary Silber | Associate | 2011 | Tax | $695 | 41.0 | $28,495.00 |
| Jared D. Zajac | Associate | 2009 | Corporate | $765 | 73.9 | $56,533.50 |
| Amy Zelcer | Associate | 2014 | Tax | $395 | 4.3 | $1,698.50 |
| Total | | | | | 1,539.4 | $1,349,755.75 |

---

[1]     Represents 50% reduction for non-working travel time.

Case 14-10979-CSS    Doc 3706-2    Filed 02/27/15    Page 3 of 3

Proskauer paraprofessionals who rendered professionals services in these cases during the

Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| David C. Cooper | Legal Assistant | 17 years | Corporate | $325 | 2.3 | $747.50 |
| J. Devoy Dubuque | Legal Assistant | 2.5 years | Corporate | $235 | 9.1 | $2,138.50 |
| Magali Lespinasse Lee | Senior Legal Assistant | 2 years | Corporate | $350 | 1.5 | $525.00 |
| Corey I. Rogoff | Legal Assistant | 1 year | Litigation | $235 | 4.4 | $1,034.00 |
| Adam Waks | Law Clerk | 0.5 years | Corporate | $395 | 0.8 | $316.00 |
| **Total** | | | | | **18.1** | **$4,761.00** |

| | | |
|---|---|---|
| **TOTAL FOR PROFESSIONALS AND PARAPROFESSIONALS** | 1,557.5 | $1,354,516.75 |