**Exhibit C**

[Summary of Actual and Necessary Expenses for the Fee Period]

| EXPENSE CATEGORY | AMOUNT |
|---|---:|
| Reproduction Costs (at $0.10 per page) | $912.10 |
| Telecommunications | $43.13 |
| Research (Lexis/Westlaw/Other Database Search Services) | $28,233.11 |
| Litigation and Corporate Support Services[1] | $623.10 |
| Travel Out-of-Town – Transportation | $8,196.62[2] |
| Taxi, Carfare, Mileage, Parking | $2,238.76[3] |
| Messenger/Delivery | $29.15 |
| Business Meals | $909.46[4] |
| Out-of-Town Lodging | $4,126.98[5] |
| Word Processing | $0.00[6] |
| **Total** | **$45,312.41** |

---

[1]   Consists of CourtCall, PACER and outside copying expenses.

[2]   Includes non-refundable first-class airfare reduced by 25% to approximate the cost differential between non-refundable first-class airfare and refundable coach-class fare, addressing the reimbursable cap imposed by the fee committee.

[3]   Includes a reduction of $90.00 on account of an inadvertent overcharge.

[4]   Includes a reduction of $1,913.62 for business meal expenses in excess of the reimbursable cap imposed by the fee committee.

[5]   Includes a reduction of $171.90 for lodging expenses in excess of the reimbursable cap imposed by the fee committee.

[6]   Includes a reduction of $150.50 for word processing expenses incurred that are not reimbursable pursuant to the fee committee.