## **Exhibit D**

[Detailed Description of Expenses and Disbursements]

| Date | Narrative | Amount |
|---|---|---:|
| 11/30/2014 | PACER CHARGE | 448.40 |
| 12/18/2014 | TAXICAB, DUBUQUE, J. DEVOY, Overtime transportation | 29.00 |
| 12/30/2014 | TAXICAB, SILBER, GARY, Overtime transportation | 90.77 |
| 12/31/2014 | PACER CHARGE | 7.00 |
| 12/31/2014 | PACER CHARGE | 57.80 |
| 12/31/2014 | PACER CHARGE | 12.20 |
| 12/31/2014 | PACER CHARGE | 2.70 |
| 12/31/2014 | PACER CHARGE | 0.30 |
| 12/31/2014 | PACER CHARGE | 3.00 |
| 12/31/2014 | PACER CHARGE | 10.70 |
| 1/2/2015 | WESTLAW, Computer database research | 707.00 |
| 1/2/2015 | LOCAL MEALS, MALCA, JOSEPH, Overtime meal | 20.00 |
| 1/2/2015 | TAXICAB, MALCA, JOSEPH, Overtime transportation | 15.23 |
| 1/4/2015 | WESTLAW, Computer database research | 1,351.45 |
| 1/4/2015 | LOCAL MEALS, MALCA, JOSEPH, Overtime meal | 20.00 |
| 1/5/2015 | TAXICAB, MARWIL, JEFF J., NEW YORK, NY, Transportation to airport, 1/5 - 8 meetings | 46.14 |
| 1/5/2015 | TAXICAB, THOMAS, MARK K., NEW YORK, NY, Transportation to airport, 1/5 - 8 meetings | 48.14 |
| 1/5/2015 | TRAVEL MEALS, MARWIL, JEFF J., NEW YORK, NY, 1/5 - 8 meetings | 23.19 |
| 1/5/2015 | TRAVEL MEALS, MARWIL, JEFF J., NEW YORK, NY, 1/5 - 8 meetings | 23.19 |
| 1/5/2015 | TRAVEL MEALS, MARWIL, JEFF J., NEW YORK, NY, 1/5 - 8 meetings | 40.00 |
| 1/5/2015 | TAXICAB, MARWIL, JEFF J., NEW YORK, NY, Transportation to hotel, 1/5 - 8 meetings | 48.09 |
| 1/5/2015 | TAXICAB, THOMAS, MARK K., NEW YORK, NY, Transportation to hotel, 1/5 - 8 meetings | 41.00 |
| 1/5/2015 | TRAVEL MEALS, THOMAS, MARK K., NEW YORK, NY, 1/5 - 8 meetings | 40.00 |
| 1/5/2015 | REPRODUCTION | 4.60 |
| 1/5/2015 | REPRODUCTION | 4.60 |
| 1/5/2015 | LEXIS, Computer database research | 35.00 |
| 1/5/2015 | REPRODUCTION | 4.60 |
| 1/5/2015 | REPRODUCTION | 4.80 |
| 1/5/2015 | REPRODUCTION | 0.20 |
| 1/5/2015 | REPRODUCTION | 0.20 |
| 1/5/2015 | REPRODUCTION | 1.10 |
| 1/5/2015 | REPRODUCTION | 14.10 |
| 1/5/2015 | REPRODUCTION | 8.30 |
| 1/5/2015 | REPRODUCTION | 0.40 |
| 1/5/2015 | REPRODUCTION | 2.30 |
| 1/5/2015 | REPRODUCTION | 0.10 |
| 1/5/2015 | REPRODUCTION | 0.10 |

| Date | Description | Amount |
|---|---|---|
| 1/5/2015 | WESTLAW, Computer database research | 367.00 |
| 1/5/2015 | WESTLAW, Computer database research | 2,856.41 |
| 1/6/2015 | TAXICAB, MARWIL, JEFF J., NEW YORK, NY, Local transportation, 1/5 - 8 meetings | 13.00 |
| 1/6/2015 | TRAVEL MEALS, MARWIL, JEFF J. AND THOMAS, MARK K., NEW YORK, NY, 1/5 - 8 meetings | 80.00 |
| 1/6/2015 | TRAVEL MEALS, THOMAS, MARK K. AND MARWIL, JEFF J., NEW YORK, NY, 1/5 - 8 meetings | 40.84 |
| 1/6/2015 | REPRODUCTION | 0.20 |
| 1/6/2015 | REPRODUCTION | 0.50 |
| 1/6/2015 | REPRODUCTION | 0.10 |
| 1/6/2015 | REPRODUCTION | 2.60 |
| 1/6/2015 | REPRODUCTION | 0.30 |
| 1/6/2015 | REPRODUCTION | 1.40 |
| 1/6/2015 | REPRODUCTION | 1.10 |
| 1/6/2015 | REPRODUCTION | 0.40 |
| 1/6/2015 | REPRODUCTION | 0.20 |
| 1/6/2015 | REPRODUCTION | 0.30 |
| 1/6/2015 | REPRODUCTION | 4.20 |
| 1/6/2015 | REPRODUCTION | 2.10 |
| 1/6/2015 | REPRODUCTION | 3.30 |
| 1/6/2015 | TAXICAB, SILBER, GARY, Overtime transportation | 90.77 |
| 1/6/2015 | REPRODUCTION | 0.10 |
| 1/6/2015 | REPRODUCTION | 1.80 |
| 1/6/2015 | REPRODUCTION | 4.70 |
| 1/6/2015 | LEXIS, Computer database research | 592.75 |
| 1/6/2015 | REPRODUCTION | 0.20 |
| 1/6/2015 | REPRODUCTION | 2.10 |
| 1/6/2015 | REPRODUCTION | 0.20 |
| 1/6/2015 | WESTLAW, Computer database research | 47.00 |
| 1/6/2015 | REPRODUCTION | 1.40 |
| 1/6/2015 | REPRODUCTION | 1.20 |
| 1/6/2015 | REPRODUCTION | 0.80 |
| 1/6/2015 | REPRODUCTION | 0.20 |
| 1/6/2015 | REPRODUCTION | 0.80 |
| 1/6/2015 | REPRODUCTION | 0.90 |
| 1/6/2015 | REPRODUCTION | 2.90 |
| 1/6/2015 | REPRODUCTION | 0.40 |
| 1/6/2015 | REPRODUCTION | 3.30 |
| 1/6/2015 | REPRODUCTION | 1.10 |
| 1/6/2015 | REPRODUCTION | 0.10 |
| 1/6/2015 | REPRODUCTION | 1.80 |
| 1/6/2015 | REPRODUCTION | 0.20 |

| Date | Description | Amount |
|---|---|---:|
| 1/6/2015 | REPRODUCTION | 2.90 |
| 1/6/2015 | REPRODUCTION | 0.20 |
| 1/6/2015 | SERVICE PARTNERS INFORMATION CO., Outside lien search charge | 90.00 |
| 1/6/2015 | WESTLAW, Computer database research | 558.79 |
| 1/6/2015 | WESTLAW, Computer database research | 1,225.81 |
| 1/6/2015 | REPRODUCTION | 1.20 |
| 1/6/2015 | REPRODUCTION | 1.60 |
| 1/6/2015 | REPRODUCTION | 0.40 |
| 1/7/2015 | TAXICAB, MARWIL, JEFF J., NEW YORK, NY, Local transportation, 1/5 - 8 meetings | 7.80 |
| 1/7/2015 | TAXICAB, MARWIL, JEFF J., NEW YORK, NY, Local transportation, 1/5 - 8 meetings | 8.00 |
| 1/7/2015 | TAXICAB, MARWIL, JEFF J., NEW YORK, NY, Local transportation, 1/5 - 8 meetings | 8.00 |
| 1/7/2015 | TRAVEL MEALS, THOMAS, MARK K., LURIA, NEIL AND NOWITZ, RAOUL, NEW YORK, NY, 1/5 - 8 meetings | 120.00 |
| 1/7/2015 | LONG DISTANCE TELEPHONE, YOUNG, PETER J. | 0.35 |
| 1/7/2015 | REPRODUCTION | 2.20 |
| 1/7/2015 | REPRODUCTION | 1.90 |
| 1/7/2015 | LEXIS, Computer database research | 87.75 |
| 1/7/2015 | LEXIS, Computer database research | 209.00 |
| 1/7/2015 | REPRODUCTION | 3.90 |
| 1/7/2015 | REPRODUCTION | 1.50 |
| 1/7/2015 | REPRODUCTION | 4.20 |
| 1/7/2015 | REPRODUCTION | 1.30 |
| 1/7/2015 | REPRODUCTION | 0.10 |
| 1/7/2015 | REPRODUCTION | 2.40 |
| 1/7/2015 | REPRODUCTION | 0.50 |
| 1/7/2015 | REPRODUCTION | 0.30 |
| 1/7/2015 | REPRODUCTION | 0.90 |
| 1/7/2015 | REPRODUCTION | 2.40 |
| 1/7/2015 | REPRODUCTION | 0.10 |
| 1/7/2015 | REPRODUCTION | 0.10 |
| 1/7/2015 | REPRODUCTION | 7.50 |
| 1/7/2015 | REPRODUCTION | 2.00 |
| 1/7/2015 | REPRODUCTION | 0.70 |
| 1/7/2015 | REPRODUCTION | 1.60 |
| 1/7/2015 | REPRODUCTION | 5.00 |
| 1/7/2015 | REPRODUCTION | 10.00 |
| 1/7/2015 | REPRODUCTION | 3.30 |
| 1/7/2015 | REPRODUCTION | 1.80 |
| 1/7/2015 | REPRODUCTION | 1.80 |
| 1/7/2015 | REPRODUCTION | 3.50 |

| Date | Description | Amount |
|---|---|---:|
| 1/7/2015 | REPRODUCTION | 0.10 |
| 1/7/2015 | WESTLAW, Computer database research | 165.00 |
| 1/8/2015 | MESSENGER/DELIVERY, Outside messenger service delivery to MARWIL, JEFF J. | 25.55 |
| 1/8/2015 | TAXICAB, MARWIL, JEFF J., NEW YORK, NY, Local transportation, 1/5 - 8 meetings | 12.80 |
| 1/8/2015 | XYZ CAR SERVICE, MARWIL, JEFF J., NEW YORK, NY, Transportation to airport, 1/5 -8 meetings | 56.24 |
| 1/8/2015 | XYZ CAR SERVICE, THOMAS, MARK K., NEW YORK, NY, Transportation to airport, 1/5 -8 meetings | 56.24 |
| 1/8/2015 | TRAVEL MEALS, MARWIL, JEFF J., NEW YORK, NY, 1/5 - 8 meetings | 40.00 |
| 1/8/2015 | AIRFARE, MARWIL, JEFF J., NEW YORK, NY, 1/5 - 8 meetings | 835.65 |
| 1/8/2015 | A-1 AIRPORT LIMOUSINE SERVICE, INC., MARWIL, JEFF J., CHICAGO, IL, Transportation from airport, 1/5 -8 meetings | 94.00 |
| 1/8/2015 | TAXICAB, THOMAS, MARK K., CHICAGO, IL, Transportation from airport, 1/5 -8 meetings | 50.00 |
| 1/8/2015 | LODGING, MARWIL, JEFF J., NEW YORK, NY, 1/5 - 8 meetings | 1,217.91 |
| 1/8/2015 | MESSENGER/DELIVERY, Outside messenger service delivery to MARWIL, JEFF J. | 3.60 |
| 1/8/2015 | AIRFARE, THOMAS, MARK K., NEW YORK, NY, 1/5 - 8 meetings | 1,094.03 |
| 1/8/2015 | LODGING,THOMAS, MARK K., NEW YORK, NY, 1/5 - 8 meetings | 1,183.91 |
| 1/8/2015 | REPRODUCTION | 0.10 |
| 1/8/2015 | REPRODUCTION | 0.10 |
| 1/8/2015 | REPRODUCTION | 0.10 |
| 1/8/2015 | REPRODUCTION | 0.10 |
| 1/8/2015 | REPRODUCTION | 4.60 |
| 1/8/2015 | REPRODUCTION | 31.70 |
| 1/8/2015 | REPRODUCTION | 25.60 |
| 1/8/2015 | REPRODUCTION | 26.20 |
| 1/8/2015 | REPRODUCTION | 3.70 |
| 1/8/2015 | REPRODUCTION | 22.20 |
| 1/8/2015 | LONG DISTANCE TELEPHONE, YOUNG, PETER J. | 1.39 |
| 1/8/2015 | LONG DISTANCE TELEPHONE, YOUNG, PETER J. | 0.70 |
| 1/8/2015 | LONG DISTANCE TELEPHONE, YOUNG, PETER J. | 1.39 |
| 1/8/2015 | REPRODUCTION | 0.80 |
| 1/8/2015 | LEXIS, Computer database research | 160.00 |
| 1/8/2015 | WESTLAW, Computer database research | 294.00 |
| 1/8/2015 | REPRODUCTION | 4.60 |
| 1/8/2015 | REPRODUCTION | 0.30 |
| 1/8/2015 | REPRODUCTION | 0.20 |
| 1/8/2015 | REPRODUCTION | 0.20 |
| 1/8/2015 | REPRODUCTION | 0.40 |
| 1/8/2015 | REPRODUCTION | 0.40 |

| Date | Description | Amount |
|---|---|---:|
| 1/8/2015 | REPRODUCTION | 0.10 |
| 1/8/2015 | REPRODUCTION | 0.20 |
| 1/8/2015 | REPRODUCTION | 4.80 |
| 1/8/2015 | REPRODUCTION | 0.60 |
| 1/8/2015 | REPRODUCTION | 1.10 |
| 1/9/2015 | REPRODUCTION | 2.00 |
| 1/9/2015 | REPRODUCTION | 4.80 |
| 1/9/2015 | REPRODUCTION | 2.30 |
| 1/9/2015 | REPRODUCTION | 0.10 |
| 1/9/2015 | LEXIS, Computer database research | 336.45 |
| 1/9/2015 | WESTLAW, Computer database research | 40.00 |
| 1/9/2015 | REPRODUCTION | 0.40 |
| 1/9/2015 | REPRODUCTION | 0.40 |
| 1/9/2015 | REPRODUCTION | 8.00 |
| 1/10/2015 | LOCAL MEALS, JOO, JINYOUNG, Overtime meal | 20.00 |
| 1/11/2015 | FEDEX OFFICE, Outside copy, case documents | 4.70 |
| 1/12/2015 | TAXICAB, THOMAS, MARK K., TUCSON, AZ, Transportation to airport, 1/13 court hearing | 53.00 |
| 1/12/2015 | TAXICAB, THOMAS, MARK K., Transportation to hotel, 1/13 court hearing | 29.15 |
| 1/12/2015 | A-1 AIRPORT LIMOUSINE SERVICE, INC., MARWIL, JEFF J., CHICAGO, IL, Transportation to airport, 1/13 court hearing | 84.00 |
| 1/12/2015 | TAXICAB, MARWIL, JEFF J., PHILADELPHIA, PA, Transportation to hotel, 1/13 court hearing | 34.85 |
| 1/12/2015 | TRAVEL MEALS, MARWIL, JEFF J. AND THOMAS, MARK K., PHILADELPHIA, PA, 1/13 court hearing | 38.00 |
| 1/12/2015 | TRAVEL MEALS, THOMAS, MARK K. AND MARWIL, JEFF J., PHILADELPHIA, PA, 1/13 court hearing | 80.00 |
| 1/12/2015 | LODGING, MARWIL, JEFF J., PHILADELPHIA, PA, 1/13 court hearing | 300.00 |
| 1/12/2015 | LONG DISTANCE TELEPHONE, YOUNG, PETER J. | 3.13 |
| 1/12/2015 | REPRODUCTION | 1.00 |
| 1/12/2015 | LOCAL MEALS, SILBER, GARY, Overtime meal | 20.00 |
| 1/12/2015 | REPRODUCTION | 1.90 |
| 1/12/2015 | LEXIS, Computer database research | 731.75 |
| 1/12/2015 | LEXIS, Computer database research | 228.00 |
| 1/12/2015 | REPRODUCTION | 0.30 |
| 1/12/2015 | REPRODUCTION | 0.50 |
| 1/12/2015 | REPRODUCTION | 3.30 |
| 1/12/2015 | REPRODUCTION | 0.10 |
| 1/12/2015 | LEXIS, Computer database research | 57.00 |
| 1/12/2015 | WESTLAW, Computer database research | 92.00 |
| 1/13/2015 | TAXICAB, THOMAS, MARK K., PHILADELPHIA, PA, Transportation to rail, 1/13 court hearing | 10.00 |

5

| Date | Description | Amount |
|---|---|---|
| 1/13/2015 | TAXICAB, THOMAS, MARK K., WILMINGTON, DE, Transportation to court, 1/13 court hearing | 10.00 |
| 1/13/2015 | TRAVEL MEALS, MARWIL, JEFF J., NEW YORK, NY, 1/13 court hearing | 40.00 |
| 1/13/2015 | TRAVEL MEALS, MARWIL, JEFF J., NEW YORK, NY, 1/13 court hearing | 17.24 |
| 1/13/2015 | TRAVEL MEALS, MARWIL, JEFF J. AND THOMAS, MARK K., PHILADELPHIA, PA, 1/13 court hearing | 80.00 |
| 1/13/2015 | AIRFARE, THOMAS, MARK K., PHILADELPHIA, PA, 1/13 court hearing | 1,095.90 |
| 1/13/2015 | LODGING, THOMAS, MARK K., PHILADELPHIA, PA, 1/13 court hearing | 300.00 |
| 1/13/2015 | TAXICAB, THOMAS, MARK K., WILMINGTON, DE, Transportation to airport, 1/13 court hearing | 100.00 |
| 1/13/2015 | RAIL, THOMAS, MARK K., PHILADELPHIA, PA TO WILMINGTON, DE, 1/13 court hearing | 57.00 |
| 1/13/2015 | REPRODUCTION | 0.20 |
| 1/13/2015 | REPRODUCTION | 8.10 |
| 1/13/2015 | LONG DISTANCE TELEPHONE, YOUNG, PETER J. | 7.30 |
| 1/13/2015 | LONG DISTANCE TELEPHONE, YOUNG, PETER J. | 1.39 |
| 1/13/2015 | LOCAL MEALS, SILBER, GARY, Overtime meal | 20.00 |
| 1/13/2015 | REPRODUCTION | 0.10 |
| 1/13/2015 | REPRODUCTION | 0.10 |
| 1/13/2015 | REPRODUCTION | 0.40 |
| 1/13/2015 | REPRODUCTION | 0.50 |
| 1/13/2015 | REPRODUCTION | 0.20 |
| 1/13/2015 | REPRODUCTION | 0.80 |
| 1/13/2015 | REPRODUCTION | 4.60 |
| 1/13/2015 | REPRODUCTION | 11.90 |
| 1/13/2015 | REPRODUCTION | 1.60 |
| 1/13/2015 | REPRODUCTION | 1.00 |
| 1/13/2015 | REPRODUCTION | 1.00 |
| 1/13/2015 | REPRODUCTION | 2.60 |
| 1/13/2015 | REPRODUCTION | 0.50 |
| 1/13/2015 | REPRODUCTION | 0.40 |
| 1/13/2015 | REPRODUCTION | 0.50 |
| 1/13/2015 | REPRODUCTION | 12.10 |
| 1/13/2015 | REPRODUCTION | 0.90 |
| 1/13/2015 | REPRODUCTION | 2.40 |
| 1/13/2015 | REPRODUCTION | 1.80 |
| 1/13/2015 | REPRODUCTION | 0.40 |
| 1/13/2015 | REPRODUCTION | 0.40 |
| 1/13/2015 | REPRODUCTION | 3.60 |
| 1/13/2015 | REPRODUCTION | 0.60 |
| 1/13/2015 | REPRODUCTION | 1.10 |
| 1/13/2015 | REPRODUCTION | 0.10 |
| 1/13/2015 | REPRODUCTION | 2.40 |

| Date | Description | Amount |
|---|---|---:|
| 1/13/2015 | REPRODUCTION | 2.40 |
| 1/13/2015 | LEXIS, Computer database research | 1,383.50 |
| 1/13/2015 | WESTLAW, Computer database research | 152.00 |
| 1/13/2015 | WESTLAW, Computer database research | 107.00 |
| 1/13/2015 | REPRODUCTION | 0.40 |
| 1/13/2015 | REPRODUCTION | 1.80 |
| 1/13/2015 | REPRODUCTION | 0.10 |
| 1/13/2015 | REPRODUCTION | 2.00 |
| 1/13/2015 | REPRODUCTION | 0.40 |
| 1/13/2015 | REPRODUCTION | 0.50 |
| 1/13/2015 | REPRODUCTION | 0.40 |
| 1/13/2015 | REPRODUCTION | 0.40 |
| 1/13/2015 | REPRODUCTION | 1.80 |
| 1/13/2015 | REPRODUCTION | 3.70 |
| 1/13/2015 | REPRODUCTION | 1.80 |
| 1/13/2015 | REPRODUCTION | 0.70 |
| 1/13/2015 | REPRODUCTION | 0.50 |
| 1/13/2015 | REPRODUCTION | 0.60 |
| 1/13/2015 | REPRODUCTION | 3.70 |
| 1/13/2015 | REPRODUCTION | 0.70 |
| 1/13/2015 | REPRODUCTION | 0.50 |
| 1/13/2015 | REPRODUCTION | 0.10 |
| 1/13/2015 | REPRODUCTION | 0.10 |
| 1/13/2015 | REPRODUCTION | 0.10 |
| 1/13/2015 | REPRODUCTION | 0.10 |
| 1/13/2015 | REPRODUCTION | 0.10 |
| 1/13/2015 | LOCAL MEALS, HOLINSTAT, STEPHEN H., Overtime meal | 20.00 |
| 1/13/2015 | TAXICAB, HOLINSTAT, STEPHEN H., Overtime transportation | 107.63 |
| 1/13/2015 | REPRODUCTION | 0.10 |
| 1/13/2015 | REPRODUCTION | 3.70 |
| 1/13/2015 | REPRODUCTION | 0.50 |
| 1/13/2015 | REPRODUCTION | 0.50 |
| 1/13/2015 | REPRODUCTION | 0.80 |
| 1/13/2015 | TAXICAB, THOMAS, MARK K., CHICAGO, IL, Transportation from airport, 1/13 court hearing | 50.00 |
| 1/13/2015 | TAXICAB, MARWIL, JEFF J., WILMINGTON, DE, Transportation to train station, 1/13 court hearing | 12.00 |
| 1/13/2015 | TAXICAB, MARWIL, JEFF J., NEW YORK, NY, Transportation to hotel, 1/13 court hearing | 9.95 |
| 1/13/2015 | LODGING, MARWIL, JEFF J., NEW YORK, NY, 1/13 court hearing | 500.00 |
| 1/14/2015 | REPRODUCTION | 0.20 |
| 1/14/2015 | REPRODUCTION | 0.10 |
| 1/14/2015 | REPRODUCTION | 0.10 |

7

| | | |
|---|---|---:|
| 1/14/2015 | REPRODUCTION | 0.20 |
| 1/14/2015 | REPRODUCTION | 0.10 |
| 1/14/2015 | REPRODUCTION | 0.50 |
| 1/14/2015 | REPRODUCTION | 0.50 |
| 1/14/2015 | REPRODUCTION | 0.10 |
| 1/14/2015 | REPRODUCTION | 0.30 |
| 1/14/2015 | REPRODUCTION | 0.60 |
| 1/14/2015 | REPRODUCTION | 1.50 |
| 1/14/2015 | REPRODUCTION | 5.40 |
| 1/14/2015 | REPRODUCTION | 1.80 |
| 1/14/2015 | REPRODUCTION | 0.50 |
| 1/14/2015 | REPRODUCTION | 0.50 |
| 1/14/2015 | TAXICAB, MARWIL, JEFF J., NEW YORK, NY, Local transportation, 1/13 court hearing | 9.80 |
| 1/14/2015 | AIRFARE, MARWIL, JEFF J., PHILADEPHIA, PA, NEW YORK, NY, 1/13 hearing | 990.90 |
| 1/14/2015 | RAIL, MARWIL, JEFF J., PHILADELPHIA, PA TO WILIMINGTON, DE, WILMONGTON, DE TO NEW YORK, NY, 1/13 court hearing | 300.00 |
| 1/14/2015 | XYZ CAR SERVICE, MARWIL, JEFF J., NEW YORK, NY, Transportation to airport, 1/13 court hearing | 56.24 |
| 1/14/2015 | LOCAL MEALS, THOMAS, MARK K., Working meal | 17.74 |
| 1/14/2015 | A-1 AIRPORT LIMOUSINE SERVICE, INC., MARWIL, JEFF J., CHICAGO, IL, Transportation from airport, 1/13 court hearing | 84.00 |
| 1/14/2015 | REPRODUCTION | 1.60 |
| 1/14/2015 | REPRODUCTION | 2.80 |
| 1/14/2015 | REPRODUCTION | 3.70 |
| 1/14/2015 | REPRODUCTION | 0.10 |
| 1/14/2015 | REPRODUCTION | 0.10 |
| 1/14/2015 | REPRODUCTION | 0.50 |
| 1/14/2015 | REPRODUCTION | 0.70 |
| 1/14/2015 | REPRODUCTION | 1.80 |
| 1/14/2015 | REPRODUCTION | 2.40 |
| 1/14/2015 | LEXIS, Computer database research | 116.00 |
| 1/14/2015 | WESTLAW, Computer database research | 208.00 |
| 1/14/2015 | REPRODUCTION | 0.70 |
| 1/14/2015 | REPRODUCTION | 0.70 |
| 1/14/2015 | REPRODUCTION | 0.50 |
| 1/14/2015 | REPRODUCTION | 1.80 |
| 1/14/2015 | REPRODUCTION | 3.70 |
| 1/14/2015 | REPRODUCTION | 1.80 |
| 1/14/2015 | REPRODUCTION | 0.50 |
| 1/14/2015 | REPRODUCTION | 3.70 |
| 1/14/2015 | REPRODUCTION | 0.10 |

| Date | Description | Amount |
|---|---|---|
| 1/14/2015 | REPRODUCTION | 0.10 |
| 1/14/2015 | REPRODUCTION | 0.10 |
| 1/14/2015 | REPRODUCTION | 0.10 |
| 1/14/2015 | REPRODUCTION | 0.70 |
| 1/14/2015 | REPRODUCTION | 0.90 |
| 1/14/2015 | REPRODUCTION | 0.90 |
| 1/14/2015 | REPRODUCTION | 0.90 |
| 1/14/2015 | REPRODUCTION | 2.60 |
| 1/14/2015 | REPRODUCTION | 1.40 |
| 1/14/2015 | REPRODUCTION | 3.50 |
| 1/14/2015 | REPRODUCTION | 2.60 |
| 1/14/2015 | REPRODUCTION | 1.10 |
| 1/14/2015 | REPRODUCTION | 1.10 |
| 1/14/2015 | REPRODUCTION | 4.40 |
| 1/14/2015 | REPRODUCTION | 3.40 |
| 1/14/2015 | REPRODUCTION | 5.40 |
| 1/14/2015 | REPRODUCTION | 1.30 |
| 1/14/2015 | REPRODUCTION | 2.90 |
| 1/14/2015 | REPRODUCTION | 1.60 |
| 1/14/2015 | REPRODUCTION | 1.60 |
| 1/14/2015 | REPRODUCTION | 6.10 |
| 1/14/2015 | REPRODUCTION | 1.80 |
| 1/14/2015 | REPRODUCTION | 1.80 |
| 1/14/2015 | REPRODUCTION | 0.10 |
| 1/14/2015 | REPRODUCTION | 1.80 |
| 1/14/2015 | REPRODUCTION | 3.70 |
| 1/14/2015 | REPRODUCTION | 0.60 |
| 1/14/2015 | REPRODUCTION | 0.70 |
| 1/14/2015 | REPRODUCTION | 1.00 |
| 1/14/2015 | REPRODUCTION | 0.90 |
| 1/15/2015 | REPRODUCTION | 0.10 |
| 1/15/2015 | REPRODUCTION | 0.20 |
| 1/15/2015 | REPRODUCTION | 2.80 |
| 1/15/2015 | LONG DISTANCE TELEPHONE, REETZ, MICHELE M. | 0.35 |
| 1/15/2015 | REPRODUCTION | 0.20 |
| 1/15/2015 | REPRODUCTION | 3.20 |
| 1/15/2015 | REPRODUCTION | 0.10 |
| 1/15/2015 | REPRODUCTION | 8.10 |
| 1/15/2015 | REPRODUCTION | 7.40 |
| 1/15/2015 | LEXIS, Computer database research | 105.00 |
| 1/15/2015 | LEXIS, Computer database research | 285.00 |
| 1/15/2015 | WESTLAW, Computer database research | 42.70 |
| 1/15/2015 | WORD PROCESSING | 0.00 |

| Date | Description | Amount |
|---|---|---:|
| 1/15/2015 | WESTLAW, Computer database research | 350.00 |
| 1/15/2015 | REPRODUCTION | 0.70 |
| 1/15/2015 | REPRODUCTION | 4.50 |
| 1/16/2015 | REPRODUCTION | 0.40 |
| 1/16/2015 | REPRODUCTION | 0.40 |
| 1/16/2015 | REPRODUCTION | 0.60 |
| 1/16/2015 | REPRODUCTION | 2.90 |
| 1/16/2015 | REPRODUCTION | 0.20 |
| 1/16/2015 | LEXIS, Computer database research | 901.50 |
| 1/16/2015 | REPRODUCTION | 1.10 |
| 1/16/2015 | WESTLAW, Computer database research | 1,810.00 |
| 1/16/2015 | WESTLAW, Computer database research | 20.00 |
| 1/18/2015 | LEXIS, Computer database research | 57.00 |
| 1/19/2015 | REPRODUCTION | 0.50 |
| 1/19/2015 | REPRODUCTION | 0.70 |
| 1/19/2015 | REPRODUCTION | 1.00 |
| 1/19/2015 | REPRODUCTION | 0.10 |
| 1/19/2015 | REPRODUCTION | 0.70 |
| 1/19/2015 | REPRODUCTION | 0.40 |
| 1/19/2015 | REPRODUCTION | 3.20 |
| 1/19/2015 | REPRODUCTION | 0.50 |
| 1/19/2015 | REPRODUCTION | 0.50 |
| 1/19/2015 | LEXIS, Computer database research | 247.00 |
| 1/19/2015 | WESTLAW, Computer database research | 205.78 |
| 1/20/2015 | UBER, YOUNG, PETER J., CHICAGO, IL, Transportation to airport, 1/21 meeting with fee committee and counsel | 79.00 |
| 1/20/2015 | TRAVEL MEALS, YOUNG, PETER J., NEW YORK, NY, 1/21 meeting with fee committee and counsel | 40.00 |
| 1/20/2015 | XYZ CAR SERVICE, YOUNG, PETER J., NEW YORK, NY, Transportation to hotel, 1/21 meeting with fee committee and counsel | 81.86 |
| 1/20/2015 | REPRODUCTION | 1.70 |
| 1/20/2015 | REPRODUCTION | 0.50 |
| 1/20/2015 | REPRODUCTION | 0.50 |
| 1/20/2015 | REPRODUCTION | 0.20 |
| 1/20/2015 | REPRODUCTION | 0.10 |
| 1/20/2015 | REPRODUCTION | 0.10 |
| 1/20/2015 | REPRODUCTION | 0.10 |
| 1/20/2015 | LONG DISTANCE TELEPHONE, JOO, J. | 1.39 |
| 1/21/2015 | TRAVEL MEALS, THOMAS, MARK K. AND YOUNG, PETER J., NEW YORK, NY, 1/21 meeting with fee committee and counsel | 32.20 |
| 1/21/2015 | AIRFARE, THOMAS, MARK K., NEW YORK, NY, 1/21 meeting with fee committee and counsel | 813.14 |

10

| Date | Description | Amount |
|---|---|---|
| 1/21/2015 | A-1 AIRPORT LIMOUSINE SERVICE, INC., THOMAS, MARK K., CHICAGO, IL, Transportation to airport, 1/21 meeting with fee committee and counsel | 84.00 |
| 1/21/2015 | TAXICAB, YOUNG, PETER J. AND THOMAS, MARK K., Transportation to airport, 1/21 meeting with fee committee and counsel | 40.00 |
| 1/21/2015 | A-1 AIRPORT LIMOUSINE SERVICE, INC., THOMAS, MARK K., CHICAGO, IL, Transportation from airport, 1/21 meeting with fee committee and counsel | 84.00 |
| 1/21/2015 | TAXICAB, MARK K. THOMAS, NEW YORK, NY, Local transportation, 1/21 meeting with fee committee and counsel | 50.00 |
| 1/21/2015 | TRAVEL MEALS, YOUNG, PETER J., NEW YORK, NY, 1/21 meeting with fee committee and counsel | 40.00 |
| 1/21/2015 | AIRFARE, YOUNG, PETER J., NEW YORK, NY, 1/21 meeting with fee committee and counsel | 546.15 |
| 1/21/2015 | TAXICAB, YOUNG, PETER J., CHICAGO, IL, Transportation from airport, 1/21 meeting with fee committee and counsel | 50.00 |
| 1/21/2015 | LODGING, YOUNG, PETER J., NEW YORK, NY, 1/21 meeting with fee committee and counsel | 345.16 |
| 1/21/2015 | GRATUITIES, YOUNG, PETER J., NEW YORK, NY, 1/21 meeting with fee committee and counsel | 20.00 |
| 1/21/2015 | LEXIS, Computer database research | 340.95 |
| 1/21/2015 | REPRODUCTION | 0.10 |
| 1/21/2015 | LEXIS, Computer database research | 95.00 |
| 1/21/2015 | REPRODUCTION | 1.20 |
| 1/21/2015 | REPRODUCTION | 0.10 |
| 1/21/2015 | REPRODUCTION | 0.20 |
| 1/21/2015 | REPRODUCTION | 0.20 |
| 1/21/2015 | REPRODUCTION | 0.10 |
| 1/21/2015 | A-1 AIRPORT LIMOUSINE SERVICE, INC., MARWIL, JEFF J., CHICAGO, IL, Transportation to airport, 1/22 meetings re plan, term sheet | 84.00 |
| 1/21/2015 | AIRFARE, MARWIL, JEFF J., NEW YORK, NY, 1/21 meetings re plan, term sheet | 1,243.65 |
| 1/21/2015 | TAXICAB, MARWIL, JEFF J., NEW YORK, NY, Transportation to hotel, 1/22 meetings re plan, term sheet | 46.20 |
| 1/22/2015 | TRAVEL MEALS, MARWIL, JEFF J., NEW YORK, NY, 1/22 meetings re plan, term sheet | 40.00 |
| 1/22/2015 | LODGING, MARWIL, JEFF J., NEW YORK, NY, 1/22 meetings re plan, term sheet | 500.00 |
| 1/22/2015 | TAXICAB, MARWIL, JEFF J., NEW YORK, NY, Transportation to airport, 1/22 meetings re plan, term sheet | 36.30 |
| 1/22/2015 | TRAVEL MEALS, MARWIL, JEFF J., CHICAGO, IL, 1/21 meetings re plan, term sheet | 3.37 |

| Date | Description | Amount |
|---|---|---:|
| 1/22/2015 | A-1 AIRPORT LIMOUSINE SERVICE, INC., MARWIL, JEFF J., CHICAGO, IL, Transportation from airport, 1/22 meetings re plan, term sheet | 84.00 |
| 1/22/2015 | REPRODUCTION | 1.20 |
| 1/22/2015 | REPRODUCTION | 5.20 |
| 1/22/2015 | REPRODUCTION | 0.50 |
| 1/22/2015 | REPRODUCTION | 2.10 |
| 1/22/2015 | LEXIS, Computer database research | 583.25 |
| 1/22/2015 | LOCAL MEALS, ZAJAC, JARED, Overtime meal | 13.69 |
| 1/22/2015 | REPRODUCTION | 0.60 |
| 1/22/2015 | REPRODUCTION | 0.60 |
| 1/22/2015 | REPRODUCTION | 0.60 |
| 1/22/2015 | REPRODUCTION | 0.90 |
| 1/22/2015 | REPRODUCTION | 0.10 |
| 1/22/2015 | REPRODUCTION | 0.10 |
| 1/22/2015 | REPRODUCTION | 0.10 |
| 1/22/2015 | LEXIS, Computer database research | 133.00 |
| 1/22/2015 | REPRODUCTION | 0.20 |
| 1/22/2015 | REPRODUCTION | 0.20 |
| 1/22/2015 | REPRODUCTION | 0.20 |
| 1/22/2015 | REPRODUCTION | 0.10 |
| 1/22/2015 | REPRODUCTION | 0.10 |
| 1/22/2015 | REPRODUCTION | 1.20 |
| 1/22/2015 | REPRODUCTION | 1.50 |
| 1/23/2015 | REPRODUCTION | 1.20 |
| 1/23/2015 | REPRODUCTION | 0.30 |
| 1/23/2015 | REPRODUCTION | 1.00 |
| 1/23/2015 | LONG DISTANCE TELEPHONE, YOUNG, PETER J. | 4.52 |
| 1/23/2015 | LONG DISTANCE TELEPHONE, YOUNG, PETER J. | 5.91 |
| 1/23/2015 | REPRODUCTION | 2.00 |
| 1/23/2015 | REPRODUCTION | 3.40 |
| 1/23/2015 | REPRODUCTION | 1.20 |
| 1/23/2015 | REPRODUCTION | 0.80 |
| 1/23/2015 | REPRODUCTION | 0.90 |
| 1/23/2015 | LEXIS, Computer database research | 60.00 |
| 1/23/2015 | REPRODUCTION | 0.50 |
| 1/23/2015 | REPRODUCTION | 0.50 |
| 1/23/2015 | REPRODUCTION | 0.10 |
| 1/23/2015 | REPRODUCTION | 0.10 |
| 1/23/2015 | WESTLAW, Computer database research | 2,834.00 |
| 1/23/2015 | REPRODUCTION | 0.70 |
| 1/23/2015 | REPRODUCTION | 0.30 |
| 1/23/2015 | REPRODUCTION | 3.30 |
| 1/23/2015 | REPRODUCTION | 4.70 |

| Date | Description | Amount |
|---|---|---:|
| 1/23/2015 | REPRODUCTION | 0.10 |
| 1/23/2015 | REPRODUCTION | 0.20 |
| 1/23/2015 | REPRODUCTION | 4.10 |
| 1/23/2015 | REPRODUCTION | 2.80 |
| 1/23/2015 | REPRODUCTION | 2.70 |
| 1/23/2015 | REPRODUCTION | 2.70 |
| 1/23/2015 | LONG DISTANCE TELEPHONE, RAPPAPORT, LARY A. | 0.35 |
| 1/23/2015 | REPRODUCTION | 0.70 |
| 1/23/2015 | REPRODUCTION | 0.90 |
| 1/23/2015 | REPRODUCTION | 0.60 |
| 1/25/2015 | WESTLAW, Computer database research | 60.00 |
| 1/26/2015 | LONG DISTANCE TELEPHONE, RAPPAPORT, LARY A. | 7.65 |
| 1/26/2015 | REPRODUCTION | 1.30 |
| 1/26/2015 | REPRODUCTION | 0.20 |
| 1/26/2015 | REPRODUCTION | 0.20 |
| 1/26/2015 | LONG DISTANCE TELEPHONE, YOUNG, PETER J. | 0.70 |
| 1/26/2015 | LONG DISTANCE TELEPHONE, YOUNG, PETER J. | 1.39 |
| 1/26/2015 | LEXIS, Computer database research | 133.00 |
| 1/26/2015 | REPRODUCTION | 0.40 |
| 1/26/2015 | REPRODUCTION | 0.40 |
| 1/26/2015 | LONG DISTANCE TELEPHONE, ROCHE, JENNIFER L. | 3.13 |
| 1/26/2015 | LONG DISTANCE TELEPHONE, ROCHE, JENNIFER L. | 1.39 |
| 1/26/2015 | WESTLAW, Computer database research | 3,603.87 |
| 1/27/2015 | REPRODUCTION | 3.30 |
| 1/27/2015 | REPRODUCTION | 2.40 |
| 1/27/2015 | REPRODUCTION | 3.30 |
| 1/27/2015 | REPRODUCTION | 0.90 |
| 1/27/2015 | REPRODUCTION | 0.50 |
| 1/27/2015 | REPRODUCTION | 3.10 |
| 1/27/2015 | REPRODUCTION | 0.40 |
| 1/27/2015 | REPRODUCTION | 1.80 |
| 1/27/2015 | REPRODUCTION | 0.90 |
| 1/27/2015 | LEXIS, Computer database research | 40.00 |
| 1/27/2015 | WESTLAW, Computer database research | 3,082.00 |
| 1/28/2015 | REPRODUCTION | 2.70 |
| 1/28/2015 | REPRODUCTION | 0.30 |
| 1/28/2015 | REPRODUCTION | 1.10 |
| 1/28/2015 | REPRODUCTION | 5.60 |
| 1/28/2015 | REPRODUCTION | 3.80 |
| 1/28/2015 | WESTLAW, Computer database research | 80.00 |
| 1/28/2015 | WESTLAW, Computer database research | 1,041.70 |
| 1/28/2015 | DIAL CAR INC., ROSOW, STUART L., NEW YORK, NY, Transportation to airport, 1/29 tax meeting | 85.20 |

| | | |
|---|---|---:|
| 1/28/2015 | REPRODUCTION | 7.60 |
| 1/28/2015 | REPRODUCTION | 0.40 |
| 1/28/2015 | REPRODUCTION | 0.20 |
| 1/28/2015 | REPRODUCTION | 0.20 |
| 1/28/2015 | REPRODUCTION | 0.20 |
| 1/28/2015 | REPRODUCTION | 0.60 |
| 1/28/2015 | REPRODUCTION | 0.60 |
| 1/28/2015 | REPRODUCTION | 2.00 |
| 1/28/2015 | REPRODUCTION | 0.20 |
| 1/28/2015 | REPRODUCTION | 0.10 |
| 1/28/2015 | REPRODUCTION | 1.00 |
| 1/28/2015 | REPRODUCTION | 1.00 |
| 1/28/2015 | REPRODUCTION | 2.00 |
| 1/28/2015 | REPRODUCTION | 1.40 |
| 1/28/2015 | REPRODUCTION | 1.40 |
| 1/28/2015 | REPRODUCTION | 4.80 |
| 1/28/2015 | REPRODUCTION | 1.40 |
| 1/28/2015 | REPRODUCTION | 3.00 |
| 1/28/2015 | REPRODUCTION | 2.60 |
| 1/28/2015 | REPRODUCTION | 2.60 |
| 1/28/2015 | REPRODUCTION | 14.20 |
| 1/28/2015 | REPRODUCTION | 0.40 |
| 1/28/2015 | REPRODUCTION | 7.10 |
| 1/28/2015 | REPRODUCTION | 2.60 |
| 1/28/2015 | REPRODUCTION | 1.30 |
| 1/28/2015 | REPRODUCTION | 1.30 |
| 1/28/2015 | REPRODUCTION | 1.50 |
| 1/29/2015 | WORD PROCESSING | 0.00 |
| 1/29/2015 | WORD PROCESSING | 0.00 |
| 1/29/2015 | REPRODUCTION | 5.10 |
| 1/29/2015 | REPRODUCTION | 3.40 |
| 1/29/2015 | REPRODUCTION | 5.90 |
| 1/29/2015 | REPRODUCTION | 0.10 |
| 1/29/2015 | REPRODUCTION | 0.20 |
| 1/29/2015 | REPRODUCTION | 0.60 |
| 1/29/2015 | REPRODUCTION | 0.10 |
| 1/29/2015 | REPRODUCTION | 0.20 |
| 1/29/2015 | REPRODUCTION | 0.20 |
| 1/29/2015 | REPRODUCTION | 0.70 |
| 1/29/2015 | REPRODUCTION | 0.40 |
| 1/29/2015 | REPRODUCTION | 0.20 |
| 1/29/2015 | REPRODUCTION | 0.40 |
| 1/29/2015 | REPRODUCTION | 0.40 |

| Date | Description | Amount |
|---|---|---|
| 1/29/2015 | REPRODUCTION | 0.30 |
| 1/29/2015 | REPRODUCTION | 0.20 |
| 1/29/2015 | REPRODUCTION | 0.10 |
| 1/29/2015 | REPRODUCTION | 0.10 |
| 1/29/2015 | REPRODUCTION | 0.10 |
| 1/29/2015 | REPRODUCTION | 0.10 |
| 1/29/2015 | REPRODUCTION | 0.10 |
| 1/29/2015 | REPRODUCTION | 0.10 |
| 1/29/2015 | REPRODUCTION | 0.10 |
| 1/29/2015 | REPRODUCTION | 0.10 |
| 1/29/2015 | REPRODUCTION | 0.30 |
| 1/29/2015 | REPRODUCTION | 0.10 |
| 1/29/2015 | REPRODUCTION | 2.10 |
| 1/29/2015 | REPRODUCTION | 1.10 |
| 1/29/2015 | REPRODUCTION | 0.30 |
| 1/29/2015 | REPRODUCTION | 3.30 |
| 1/29/2015 | REPRODUCTION | 0.40 |
| 1/29/2015 | REPRODUCTION | 0.10 |
| 1/29/2015 | REPRODUCTION | 0.10 |
| 1/29/2015 | REPRODUCTION | 0.40 |
| 1/29/2015 | REPRODUCTION | 0.40 |
| 1/29/2015 | REPRODUCTION | 3.90 |
| 1/29/2015 | REPRODUCTION | 3.90 |
| 1/29/2015 | REPRODUCTION | 3.90 |
| 1/29/2015 | REPRODUCTION | 0.30 |
| 1/29/2015 | REPRODUCTION | 4.70 |
| 1/29/2015 | LONG DISTANCE TELEPHONE, YOUNG, PETER J. | 0.35 |
| 1/29/2015 | AIRFARE, CORN, RICHARD M., NEWARK, NJ, 1/29 tax meeting | 920.20 |
| 1/29/2015 | TAXICAB, CORN, RICHARD M., CHICAGO, IL, Transportation from airport, 1/29 tax meeting | 36.89 |
| 1/30/2015 | REPRODUCTION | 0.10 |
| 1/30/2015 | REPRODUCTION | 4.70 |
| 1/30/2015 | REPRODUCTION | 8.80 |
| 1/30/2015 | REPRODUCTION | 3.00 |
| 1/30/2015 | REPRODUCTION | 0.60 |
| 1/30/2015 | REPRODUCTION | 0.20 |
| 1/30/2015 | REPRODUCTION | 2.10 |
| 1/30/2015 | REPRODUCTION | 0.40 |
| 1/30/2015 | REPRODUCTION | 1.50 |
| 1/30/2015 | REPRODUCTION | 0.80 |
| 1/30/2015 | REPRODUCTION | 3.90 |
| 1/30/2015 | REPRODUCTION | 0.20 |
| 1/30/2015 | REPRODUCTION | 0.20 |

| Date | Description | Amount |
|---|---|---|
| 1/30/2015 | REPRODUCTION | 0.10 |
| 1/30/2015 | REPRODUCTION | 8.80 |
| 1/30/2015 | REPRODUCTION | 11.30 |
| 1/30/2015 | REPRODUCTION | 0.10 |
| 1/30/2015 | REPRODUCTION | 0.10 |
| 1/30/2015 | REPRODUCTION | 0.10 |
| 1/30/2015 | REPRODUCTION | 0.40 |
| 1/30/2015 | LONG DISTANCE TELEPHONE, YOUNG, PETER J. | 0.35 |
| 1/30/2015 | REPRODUCTION | 29.60 |
| 1/30/2015 | REPRODUCTION | 0.20 |
| 1/30/2015 | REPRODUCTION | 0.60 |
| 1/30/2015 | REPRODUCTION | 3.90 |
| 1/30/2015 | REPRODUCTION | 9.50 |
| 1/30/2015 | REPRODUCTION | 0.40 |
| 1/30/2015 | REPRODUCTION | 0.30 |
| 1/30/2015 | REPRODUCTION | 0.20 |
| 1/30/2015 | REPRODUCTION | 7.00 |
| 1/30/2015 | REPRODUCTION | 38.80 |
| 1/30/2015 | REPRODUCTION | 2.30 |
| 1/30/2015 | REPRODUCTION | 1.20 |
| 1/30/2015 | REPRODUCTION | 0.30 |
| 1/30/2015 | REPRODUCTION | 0.30 |
| 1/30/2015 | REPRODUCTION | 17.80 |
| 1/30/2015 | REPRODUCTION | 1.30 |
| 1/30/2015 | REPRODUCTION | 0.20 |
| 1/30/2015 | REPRODUCTION | 0.50 |
| 1/30/2015 | REPRODUCTION | 1.20 |
| 1/30/2015 | REPRODUCTION | 1.00 |
| 1/30/2015 | REPRODUCTION | 1.50 |
| 1/30/2015 | REPRODUCTION | 1.10 |
| 1/30/2015 | REPRODUCTION | 0.60 |
| 1/30/2015 | REPRODUCTION | 1.40 |
| 1/30/2015 | REPRODUCTION | 0.40 |
| 1/30/2015 | REPRODUCTION | 1.80 |
| 1/30/2015 | REPRODUCTION | 1.70 |
| 1/30/2015 | REPRODUCTION | 1.70 |
| 1/30/2015 | REPRODUCTION | 0.40 |
| 1/30/2015 | REPRODUCTION | 0.50 |
| 1/30/2015 | REPRODUCTION | 0.30 |
| 1/30/2015 | REPRODUCTION | 1.70 |
| 1/30/2015 | REPRODUCTION | 0.50 |
| 1/30/2015 | REPRODUCTION | 0.60 |
| 1/30/2015 | REPRODUCTION | 0.20 |

| | | |
|---|---|---:|
| 1/30/2015 | REPRODUCTION | 0.10 |
| 1/30/2015 | REPRODUCTION | 0.30 |
| 1/30/2015 | REPRODUCTION | 0.20 |
| 1/30/2015 | REPRODUCTION | 3.30 |
| 1/30/2015 | REPRODUCTION | 1.10 |
| 1/30/2015 | REPRODUCTION | 2.10 |
| 1/30/2015 | REPRODUCTION | 2.50 |
| 1/30/2015 | LOCAL MEALS, MALCA, JOSEPH, Overtime meal | 20.00 |
| 1/31/2015 | TAXICAB, MALCA, JOSEPH, Overtime transportation | 11.47 |
| | | 45,312.41 |