UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:    Chapter  11

Case No.  14 - 10979  ( CSS )

Debtor:  ENERGY FUTURE HOLDINGS CORP., et al.

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of  Camille C. Bent, Esquire

to represent  Energy Future Intermediate Holding Company, LLC

in this action.

_____ (No. 4035)

Firm Name:  Stevens & Lee, P.C.
Address:    1105 North Market Street, Suite 700, Wilmington, DE 19801
Phone:      (302) 425-3310

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of  New York  and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

_____

Firm Name:  Stevens & Lee, P.C.
Address:    485 Madison Ave., 20th Floor,
Phone:      New York, New York 10022
            (212) 319-8500

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.