# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al..*,[1] | Case No.: 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Thomas Ross Hooper of the law firm Seward & Kissel LLP to represent Wilmington Trust, N.A., in its capacity as Successor First Lien Administrative Agent and Successor First Lien Collateral Agent, in the above-captioned cases and all related adversary proceedings.

Dated: March 2, 2015           **BLANK ROME LLP**

                                                          */s/     Michael D. DeBaecke*
                                                          Michael D. DeBaecke (No. 3186)
                                                          1201 N. Market Street, Suite 800
                                                          Wilmington, DE 19801
                                                          Telephone:  (302) 425-6400

                                                          *Co-Counsel to the Wilmington Trust, N.A., in its capacity as Successor First Lien Administrative Agent and Successor First Lien Collateral Agent*

## ORDER GRANTING MOTION

*IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted*.

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. A complete list of the debtors and the last four digits of their federal tax identification numbers is available at http://www.efhcaseinfo.com.

900200.00001/40214013v.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York, the United States Court of Appeals for the Second Circuit and the United States District Courts for the Southern and Eastern Districts of New York, and I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of these cases. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 3/25/14. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Date: March 2, 2015                                   **SEWARD & KISSEL LLP**

*/s/ J. Ross Hooper*
Thomas Ross Hooper
One Battery Park Plaza
New York, NY 10004 US
Telephone: 212-574-1507
Facsimile: 212-480-8421
hooper@sewkis.com