# EXHIBIT B

**Attorneys and Paraprofessionals' Information**

The RL&F attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Daniel J. DeFranceschi | Director | 1989 | Bankruptcy | $750 | 28.9 | $21,675.00 |
| Jason M. Madron | Counsel | 2003 | Bankruptcy | $525 | 139.7 | $73,342.50 |
| Joseph C. Barsalona, II | Associate | 2014 | Bankruptcy | $260 | 19.2 | $4,992.00 |
| Shawna C. Bray | Associate | 2014 | Bankruptcy | $250 | 8.3 | $2,075.00 |
| Shawna C. Bray | Associate | 2014 | Bankruptcy | $350 | 1.8 | $630.00 |
| William A. Romanowicz | Associate | 2012 | Bankruptcy | $375 | 9.8 | $3,675.00 |
| Tyler D. Semmelman | Associate | 2009 | Bankruptcy | $450 | 27.7 | $12,465.00 |
| Alexander G. Najemy | Associate | N/A | Bankruptcy | $260 | 0.1 | $26.00 |
| Amanda R. Steele | Associate | 2010 | Bankruptcy | $425 | 0.1 | $42.50 |
| Marisa A. Terranova | Associate | 2009 | Bankruptcy | $450 | 1.2 | $540.00 |
| **Total** | | | | | **236.8** | **$119,463.00** |

The paraprofessionals of RL&F who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Barbara J. Witters | Paralegal | 14 | Bankruptcy | $235.00 | 77.0 | $18,095.00 |
| Ann Jerominski | Paralegal | 14 | Bankruptcy | $235.00 | 9.5 | $2,232.50 |
| Lindsey A. Edinger | Paralegal | 2 | Bankruptcy | $235.00 | 12.1 | $2,843.50 |
| Rebecca V. Speaker | Paralegal | 13 | Bankruptcy | $235.00 | 6.4 | $1,504.00 |
| Daniel D. White | Technical/Trial Support | 11 | Litigation MIS | $250.00 | 0.3 | $75.00 |
| **Total** | | | | | **105.3** | **$24,750.00** |

**Total Fees**                                              **$144,213.00**