# EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

## ALL - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $5.85 |
| Business Meals | $929.89 |
| Conference Calling | $231.66 |
| Court Reporter Services | $411.84 |
| Document Retrieval | $1,191.29 |
| Electronic Legal Research | $848.33 |
| Filing Fees/Court Cost | $39.00 |
| Long distance Telephone Charges | $94.33 |
| Messenger and Delivery Service | $131.18 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $0.00 |
| Photocopying/Printing | $2,135.80 |
| Postage | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $69.89 |
| **Total:** | **$6,089.06** |

## TCEH - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.50 |
| Business Meals | $79.87 |
| Conference Calling | $19.90 |
| Court Reporter Services | $35.38 |
| Document Retrieval | $102.33 |
| Electronic Legal Research | $72.87 |
| Filing Fees/Court Costs | $3.35 |
| Long distance Telephone Charges | $8.10 |
| Messenger and Delivery Service | $11.27 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $0.00 |
| Photocopying/Printing | $183.46 |
| Postage | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $6.00 |
| **Total:** | **$523.03** |

## EFIH - Expense Summary

| Service Description | Amount |
| --- | --- |
| Binding | $1.13 |
| Business Meals | $178.82 |
| Conference Calling | $44.55 |
| Court Reporter Services | $79.20 |
| Document Retrieval | $229.10 |
| Electronic Legal Research | $163.14 |
| Filing Fees/Court Costs | $7.50 |
| Long distance Telephone Charges | $18.14 |
| Messenger and Delivery Service | $25.23 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $0.00 |
| Photocopying/Printing | $410.73 |
| Room Rental | $0.00 |
| Postage | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $13.44 |
| **Total:** | **$1,170.98** |

## EFH - Expense Summary

| Service Description | Amount |
|---|---:|
| Binding | $0.02 |
| Business Meals | $3.60 |
| Conference Calling | $0.89 |
| Court Reporter Services | $1.58 |
| Document Retrieval | $4.58 |
| Electronic Legal Research | $3.26 |
| Filing Fees/Court Costs | $0.15 |
| Long distance Telephone Charges | $0.36 |
| Messenger and Delivery Service | $0.50 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $0.00 |
| Photocopying/Printing | $8.21 |
| Postage | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $0.27 |
| **Total:** | **$23.42** |