# EXHIBIT E

## Detailed Description of Meal Expenses

| Date | Restaurant/ Provider | Meal | Number of People | Description | Average Amount Per Person | Amount |
|---|---|---|---|---|---|---|
| 1/5/2015 | Rodney Grille | Lunch | 6 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with 1/5/15 hearing | $13.97 | $83.82 |
| 1/6/2015 | DiMeo's | Dinner | 1 | Working meal for RL&F team member in connection with after-hours preparation for filing of brief | $15.00 | $15.00 |
| 1/7/2015 | Grotto's Pizza | Dinner | 1 | Working meal for RL&F team member in connection with after-hours assembly and filing of Filsinger and Alvarez & Marsal seventh fee statements | $8.12 | $8.12 |
| 1/12/2015 | Grotto's Pizza | Dinner | 1 | Working meal for RL&F team member in connection with after-hours filing of certification of counsel re: revised bidding procedures order | $16.24 | $16.24 |
| 1/13/2015 | Manhattan Bagel | Breakfast | 7 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with 1/13/15 hearing | $25.71 | $180.00[1] |
| 1/13/2015 | Cavanagh's | Lunch | 15 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with 1/13/15 hearing | $16.16 | $242.50 |
| 1/20/2015 | Manhattan Bagel | Breakfast | 20 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with 1/20/15 hearing | $9.00 | $180.00 |
| 1/20/2015 | Cavanagh's | Lunch | 15 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with 1/20/15 hearing | $16.70 | $250.50 |
| 1/26/2015 | Manhattan Bagel | Breakfast | 8 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with 1/26/15 | $9.37 | $75.00 |

---

[1] RL&F consents to a voluntary reduction of $4.97 in connection with this meal charge.

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | hearing | | |
| 1/26/2015 | Cavanagh's | Lunch | 8 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with 1/26/15 hearing | $17.62 | $141.00 |
| **TOTALS** | | | | | | **$1,192.18**[2] |

---

[2] Total prior to application of $4.97 voluntary reduction for business meals during the Fee Period.

RLF1 11572458v.1