**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS | ) | Case No. 14-10979 (CSS) |
| CORP., et al.[1], | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **RE: Docket Nos. 3062 and 3580** |

**CERTIFICATION OF COUNSEL REGARDING AMENDED AND**
**RESTATED ORDER AUTHORIZING ENERGY FUTURE COMPETITIVE**
**HOLDINGS COMPANY LLC AND TEXAS COMPETITIVE ELECTRIC HOLDINGS**
**COMPANY LLC TO RETAIN AND EMPLOY GREENHILL & CO. AS INDEPENDENT**
**FINANCIAL ADVISOR EFFECTIVE *NUNC PRO TUNC* TO NOVEMBER 17, 2014**

I, David P. Primack, of McElroy, Deutsch, Mulvaney & Carpenter, LLP, proposed

counsel for debtors and debtors-in-possession Energy Future Competitive Holdings Company

LLC ("EFCH"), and Texas Competitive Electric Holdings Company LLC ("TCEH" and with

EFCH and their debtor subsidiaries, the "TCEH Debtors"), hereby certify as follows:

1.      On December 17, 2014, the TCEH Debtors filed the *Application of Energy Future*

*Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC*

*for Entry of an Order Authorizing them to Retain and Employ Greenhill & Co., LLC as*

*Independent Financial Advisor Effective Nunc Pro Tunc to November 17, 2014* [D.I. 3062] (the

"Application").

2.      Pursuant to the Application, the TCEH Debtors are seeking entry of an order

authorizing them to retain and employ Greenhill & Co., LLC ("Greenhill") as their independent

financial advisor effective *nunc pro tunc* to November 17, 2014, under the supervision of Hugh

---

[1]  The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

E. Sawyer, the independent board member of the TCEH Debtors (the "TCEH Debtors'

Disinterested Manager"), in connection with "Conflict Matters," as defined in and pursuant to

the authority delegated to the TCEH Debtors' Disinterested Manager in the respective

resolutions of the EFCH and TCEH Board of Managers dated November 7, 2014 and December

9, 2014 attached to the Application as Exhibit B thereto, including the determination by the

TCEH Debtors' Disinterested Manager of whether any matter constitutes a "Conflict Matter".

   3.  The objection deadline for the Application was December 31, 2014, which was

extended through January 8, 2015 for the U.S. Trustee and through January 9, 2015 for the

Official Committee of Unsecured Creditors of Energy Future Competitive Holdings Company

LLC ("EFCH"), EFCH's direct subsidiary, Texas Competitive Electric Holdings Company LLC

and their direct and indirect subsidiaries, and EFH Corporate Services Company (the "TCEH

Committee").  On January 9, 2015, the TCEH Committee filed the *Objection of Official

Committee of TCEH Unsecured Creditors to Application of Energy Future Competitive Holdings

Company LLC and Texas Competitive Electric Holdings Company LLC for Entry of an Order

Authorizing Them to Retain and Employ Greenhill & Co., LLC as Independent Financial

Advisor Effective Nunc Pro Tunc to November 17, 2014* [D.I. 3222] (the "Limited Objection") in

response to the Application.  Thereafter, on January 10, 2015, the ad hoc group of TCEH

unsecured noteholders (the "TCEH Ad Hoc Group") filed the *Joinder of the Ad Hoc Group of

TCEH Unsecured Noteholders to the Objection of Official Committee of TCEH Unsecured

Creditors to Application of Energy Future Competitive Holdings Company LLC and Texas

Competitive Electric Holdings Company LLC for Entry of an Order Authorizing Them to Retain

and Employ Greenhill & Co., LLC as Independent Financial Advisor Effective Nunc Pro Tunc to

November 17, 2014* [D.I. 3230] (the "Ad Hoc Joinder") in support of the Limited Objection and

in response to the Application.  On January 12, 2015, the U.S. Trustee also filed a statement in

connection with the Application.  *See* D.I. 3272.

4.      On January 13, 2015, the Bankruptcy Court entered its *Order Authorizing Energy*

*Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company*

*LLC to Retain and Employ Greenhill & Co. as Independent Financial Advisor Effective Nunc*

*Pro Tunc to November 17, 2014* [D.I. 3283] (the "Retention Order").  Pursuant to the Retention

Order, the Bankruptcy Court authorized and approved the retention of Greenhill as the

independent financial advisor to the TCEH Debtors effective *nunc pro tunc* to November 17,

2014, provided, however, that the Retention Order provided that:

> [w]ithout prejudice to any party, the Application, solely with respect to
> approval of Greenhill's Transaction Fee, is deferred to a future hearing
> date determined by the TCEH Debtors and for which notice of not less
> than ten (10) business days shall be provided to all parties in interest and
> any determination related thereto shall be subject to a subsequent
> determination by and order of this Court.

*See* Retention Order at ¶ 7.

5.      On February 18, 2015, the TCEH Debtors filed its *Notice Of Further Hearing In*

*Connection With "Application Of Energy Future Competitive Holdings Company LLC And*

*Texas Competitive Electric Holdings Company LLC For Entry Of An Order Authorizing Them*

*To Retain And Employ Greenhill & Co., LLC As Independent Financial Advisor* Effective *Nunc*

*Pro Tunc To November 17, 2014" [D.I. 3062] Solely To Consider Approval Of Transaction Fee*

[D.I. 3580].

6.      TCEH Debtors and the TCEH Committee now have consensually agreed to all

issues related to the Fee and Expense Structure set forth in the Greenhill Engagement Letter,

*including* the payment of the Transaction Fee.  The TCEH Committee has agreed to the amended

and restated order approving the Greenhill Engagement (the "Amended and Restated Order")

attached hereto as **<u>Exhibit A</u>** and withdrawn the Limited Objection.[2]  Furthermore, the United

States Trustee has no objection to Amended and Restated Order.

       7.     A legal black-line, reflecting all changes from the original proposed form of order

submitted with the Motion, is attached hereto as **<u>Exhibit B</u>**.

       8.     Counsel respectfully asks that the Court enter the Amended and Restated Order

without the need for counsel to appear at the hearing on March 30, 2015.

                              Respectfully submitted,

Dated:  March 2, 2015              */s/ David P. Primack*_____
                                David P. Primack, Esquire (No. 4449)
                                McELROY, DEUTSCH, MULVANEY &
                                CARPENTER, LLP
                                300 Delaware Avenue, Suite 770
                                Wilmington, Delaware 19801
                                Telephone: (302) 300-4515
                                Facsimile: (302) 654-4031
                                email: dprimack@mdmc-law.com
                                *Proposed Counsel to TCEH Debtors*

---

[2] The TCEH Debtors understand that the TCEH Committee provided counsel to the TCEH Ad Hoc Group a copy of the agreed Amended and Restated Order during the week of February 23-27th.