**CERTIFICATE OF SERVICE**

I, Michael D. DeBaecke, hereby certify that on March 3, 2015, I caused a copy of the

following document to be served on the parties listed on the attached service list via first class

mail.


**OMNIBUS OBJECTION OF WILMINGTON TRUST, N.A.,
AS SUCCESSOR TCEH FIRST LIEN ADMINISTRATIVE AGENT
AND SUCCESSOR TCEH FIRST LIEN COLLATERAL AGENT, TO
THE MOTIONS FOR DERIVATIVE STANDING**

*/s/ Michael D. DeBaecke*
Michael David DeBaecke (No. 3186)

900200.00001/40214045v.1

*Service List*

OFFICE OF THE UNITED STATES TRUSTEE
J. CALEB BOGGS FEDERAL BUILDING
844 KING STREET, SUITE 2207 - LOCKBOX #35
WILMINGTON, DE 19801
ATTN: RICHARD L. SCHEPACARTER

ALVAREZ & MARSAL
55 W MONROE
SUITE 4000
CHICAGO, IL 60603
ATTN: STEVE KOTARBA

ALVAREZ & MARSAL
2100 ROSS AVENUE
21ST FLOOR
DALLAS, TX 75201
ATTN: JEFF STEGENGA

ABRAMS & BAYLISS LLP
(COUNSEL TO GOLDMAN, SACHS & CO.)
KEVIN G. ABRAMS & JOHN M. SEAMAN
20 MONTCHANIN RD STE 200
WILMINGTON, DE 19807

AKIN GUMP STRAUSS HAUER & FELD LLP
(COUNSEL TO AD HOC COMMITTEE OF EFIH UNSECURED
NOTEHOLDERS AND EFIH SECOND LIEN DIP COMMITMENT)
ATTN: IRA DIZENGOFF; ABID QURESHI; STEPHEN BALDINI
MEREDITH LAHAIE; ROBERT BOLLER; CHRISTOPHER CARTY;
LINDSAY ZAHRADKA
ONE BRYANT PARK, BANK OF AMERICA TOWER
NEW YORK, NY 10036-6745

AKIN GUMP STRAUSS HAUER & FELD LLP
(COUNSEL TO AD HOC COMMITTEE OF EFIH UNSECURED
NOTEHOLDERS AND EFIH SECOND LIEN DIP COMMITMENT)
ATTN: SCOTT ALBERINO; JOANNA NEWDECK
ROBERT S. STRAUSS BUILDING
1333 NEW HAMPSHIRE AVE, NW
WASHINGTON, DC 20036-1564

ASHBY & GEDDES, P.A.
(COUNSEL TO WILMINGTON SAVINGS/WSFS)
ATTN: WILLIAM BOWDEN ESQ & GREGORY TAYLOR ESQ
PO BOX 1150
WILMINGTON, DE 19899

900200.00001/40214044v.1

BAKER BOTTS LLP
(COUNSEL TO CENTERPOINT)
ATTN: JAMES PRINCE; OMAR J ALANIZ; IAN E ROBERTS
2001 ROSS AVE
DALLAS, TX 75201-2980

BAYARD PA
(COUNSEL TO CSC TRUST CO OF DELAWARE, SUCC TTEE
UNDER THE TCEH 11.5% SR SECURED NOTES INDENTURE)
ATTN: NEIL GLASSMAN ESQ
222 DELAWARE AVE STE 900
WILMINGTON, DE 19801

BROWN RUDNICK LLP
(COUNSEL TO WILMINGTON SAVINGS/WSFS)
ATTN: EDWARD WEISFELNER ESQ
SEVEN TIMES SQUARE
NEW YORK, NY 10036

BROWN RUDNICK LLP
(COUNSEL TO WILMINGTON SAVINGS/WSFS)
ATTN: JEFFREY JONAS ESQ, ANDREW STREHLE ESQ
JEREMY COFFEY ESQ
ONE FINANCIAL CENTER
BOSTON, MA 02111

BROWN RUDNICK LLP
(COUNSEL TO WILMINGTON SAVINGS/WSFS)
ATTN: HOWARD SIEGEL ESQ
185 ASYLUM ST
HARTFORD, CT 06103

BRYAN CAVE LLP
(COUNSEL TO INDENTURE TRUSTEE OF 11% & 11.75% SR)
ATTN: STEPHANIE WICKOUSKI; MICHELLE MCMAHON
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

CHIPMAN BROWN CICERO & COLE, LLP
(COUNSEL TO AD HOC COMMITTEE OF EFIH UNSECURED
NOTEHOLDERS AND EFIH SECOND LIEN DIP COMMITMENT)
ATTN: WILLIAM CHIPMAN, JR.; MARK OLIVERE;
ANN KASHISHIAN
1007 NO ORANGE ST STE 1110
WILMINGTON, DE 19801

COZEN O'CONNOR
(COUNSEL TO J. ARON & COMPANY)
ATTN: MARK E. FELGER
1201 N MARKET ST STE 1001
WILMINGTON, DE 19801

900200.00001/40214044v.1

CRAVATH SWAIN & MOORE LLP
(COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC/EFIH)
ATTN: RICHARD LEVIN ESQ
WORLDWIDE PLAZA
825 EIGHTH AVE
NEW YORK, NY 10019-7475

CROSS & SIMON, LLC
(COUNSEL TO FIDELITY MANAGEMENT & RESEARCH CO.)
ATTN: MICHAEL J. JOYCE ESQ
1105 N MARKET ST STE 901
WILMINGTON, DE 19801

DAVIS POLK & WARDWELL LLP
(COUNSEL TO GOLDMAN SACHS, ET AL)
ATTN: MARSHALL HUEBNER; BENJAMIN KAMINETZKY; ELLIOT MOSKOWITZ; DAMON MEYER
450 LEXINGTON AVE
NEW YORK, NY 10017

DORSEY & WHITNEY DELAWARE LLP
(COUNSEL TO U.S. BANK NATIONAL ASSOCIATION)
ATTN: ERIC LOPEZ SCHNABEL, ROBERT W. MALLARD & ALESSANDRA GLORIOSO
300 DELAWARE AVE STE 1010
WILMINGTON, DE 19801

DRINKER BIDDLE & REATH LLP
(COUNSEL TO CITIBANK NA, TCEH DIP AGENT)
ATTN: HOWARD A. COHEN & ROBERT K. MALONE
222 DELAWARE AVE STE 1410
WILMINGTON, DE 19801-1621

FOLEY & LARDNER LLP
(COUNSEL TO UMB BANK, INDENTURE TRUSTEE)
ATTN: HAROLD KAPLAN ESQ, MARK HEBBELN ESQ
LARS PETERSON ESQ
321 N CLARK ST STE 2800
CHICAGO, IL 60654-5313

FOX ROTHSCHILD LLP
(COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS)
ATTN: JEFFREY SCHLERF; JOHN STROCK; L. JOHN BIRD
919 N MARKET ST STE 300
WILMINGTON, DE 19801

FRIED FRANK HARRIS SHRIVER & JACOBSON LLP
(COUNSEL TO FIDELITY MANGEMENT & RESEARCH CO.)
ATTN: BRAD E. SCHELER, GARY L. KAPLAN & MATTHEW M. ROOSE
ONE NEW YORK PLAZA
NEW YORK, NY 10004

900200.00001/40214044v.1

GELLERT SCALI BUSENKELL & BROWN, LLC
(COUNSEL TO AURELIUS)
ATTN: MICHAEL G. BUSENKELL
913 N MARKET ST 10TH FL
WILMINGTON, DE 19801

HOGAN MCDANIEL
(COUNSEL TO AD HOC GROUP OF EFH LEGACY NOTEHOLDER)
ATTN: GARVAN F MCDANIEL ESQ
1311 DELAWARE AVE
WILMINGTON, DE 19806

KASOWITZ BENSON TORRES & FRIEDMAN LLP
(COUNSEL TO AD HOC GROUP OF EFH LEGACY NOTEHOLDER)
ATTN: DAVID ROSNER, ANDREW GLENN, DANIEL FLIMAN
1633 BROADWAY
NEW YORK, NY 10019

KELLEY DRYE & WARREN LLP
(COUNSEL TO CSC TRUST OF DE, AS PROPOSED SUCC
INDENTURE TTEE FOR 7.46% & 7.48% TCEH SECURED
FACILITY BONDS)
ATTN: JAMES S. CARR, BENJAMINN D. FEDER &
GILBERT R. SAYDAH
101 PARK AVE
NEW YORK, NY 10178

KIRKLAND & ELLIS LLP
(COUNSEL TO EFHC DEBTORS)
ATTN: RICHARD CIERI ESQ, EDWARD SASSOWER PC
STEPHEN HESSLER ESQ & BRIAN E SCHARTZ ESQ
601 LEXINGTON AVE
NEW YORK, NY 10022

KIRKLAND & ELLIS LLP
(COUNSEL TO EFHC DEBTORS)
ATTN: JAMES H.M. SPRAYREGEN PC
CHAD HUSNICK ESQ & STEVEN SERAJEDDINI ESQ
300 N LASALLE
CHICAGO, IL 60654

KLEHR HARRISON HARVEY BRANZBURG LLP
(COUNSEL TO UMB BANK, N.A. INDENTURE TRUSTEE)
ATTN: RAYMOND H. LEMISCH
919 MARKET ST STE 1000
WILMINGTON, DE 19801

KRAMER LEVIN NAFTALIS & FRANKEL LLP
(COUNSEL TO INDENTURE TRUSTEE OF 11% & 11.75% SR)
ATTN: THOMAS MOERS MAYER; GREGORY HOROWITZ;
JOSHUA BRODY; PHILIP BENTLEY
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

900200.00001/40214044v.1

MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
(COUNSEL TO TCEH DEBTORS)
ATTN: DAVID P PRIMACK ESQ
300 DELAWARE AVE STE 770
WILMINGTON, DE 19801

MILBANK, TWEED, HADLEY & MCCLOY LLP
(COUNSEL TO CITIBANK NA, TCEH DIP AGENT)
ATTN: DENNIS F. DUNNE, EVAN R. FLECK &
KAREN GARTENBERG
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

MONTGOMERY MCCRACKEN WALKER & RHOADS LLP
(COUNSEL TO EFH CREDITORS COMMITTEE)
ATTN: NATALIE D RAMSEY ESQ, DAVIS LEE WRIGHT ESQ
MARK A FINK ESQ
1105 N MARKET ST 15TH FL
WILMINGTON, DE 19801

MORRIS JAMES LLP
(COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NY)
ATTN: STEPHEN M. MILLER
PO BOX 2306
WILMINGTON, DE 19899-2306

MORRIS NICHOLS ARSHT & TUNNELL LLP
(COUNSEL TO THE "EFH EQUITY INTEREST HOLDERS")
ATTN: DERK ABBOTT; ANDREW REMMING; ERIN FAY
1201 N MARKET ST STE 1600
WILMINGTON, DE 19801

MORRISON & FOERSTER LLP
(COUNSEL TO TCEH CREDITORS COMMITTEE)
ATTN: JAMES PECK ESQ, BRETT H MILLER ESQ
LORENZO MARINUZZI ESQ
250 W 55TH ST
NEW YORK, NY 10019

MUNGER, TOLLES & OLSON LLP
(COUNSEL TO TCEH DEBTORS)
ATTN: THOMAS B WALPER ESQ, TODD J ROSEN ESQ;
SETH GOLDMAN ESQ; JOHN W SPIEGEL ESQ
355 S GRAND AVE 35TH FL
LOS ANGELES, CA 90071

O'KELLY ERNST & BIELLI LLC
(OF COUNSEL TO ENERGY FUTURE HOLDINGS CORP)
ATTN: DAVID M KLAUDER ESQ & SHANNON DOUGHERTY ESQ
901 N MARKET ST STE 100
WILMINGTON, DE 19801

O'MELVENY & MYERS LLP
(COUNSEL TO APOLLO GLOBAL MANAGEMENT, LLC)
ATTN: GEORGE A. DAVIS
7 TIMES SQUARE
NEW YORK, NY 10036

OFFICE OF THE UNITED STATES ATTORNEY
ATTN: ELLEN SLIGHTS, ESQ.
PO BOX 2046
WILMINGTON, DE 19899-2046

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: RICHARD L. SCHEPACARTER
J. CALEB BOGGS FEDERAL BUILDING
844 KING STREET, SUITE 2207 - LOCKBOX #35
WILMINGTON, DE 19801

OFFICE OF THE UNITED STATES TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: ANDREA SCHWARTZ
201 VARICK STREET, SUITE 1006
NEW YORK, NY 10014

PACHULSKI STANG ZIEHL & JONES LLP
(COUNSEL TO INDENTURE TRUSTEE OF 11% & 11.75% SR)
ATTN: LAURA DAVIS JONES ESQ; ROBERT FEINSTEIN ESQ
PO BOX 8705
WILMINGTON, DE 19899

PATTERSON BELKNAP WEBB & TYLER LLP
(COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NY)
ATTN: DANIEL A. LOWENTHAL; CRAIG W. DENT
1133 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-6710

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
(COUNSEL TO AD HOC COMMITTEE OF TCEH FIRST LIEN)
ATTN: ALAN KORNBERG; KELLEY CORNISH; BRIAN HERMANN
JACOB ADLERSTEIN
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

PENSION BENEFIT GUARANTY CORPORATION (PBGC)
OFFICE OF THE CHIEF COUNSEL
ATTN: DESIREE M. AMADOR, ATTY
1200 K STREET, NW
WASHINGTON, DC 20005-4026

900200.00001/40214044v.1

PENSION BENEFIT GUARANTY CORPORATION (PBGC)
ATTN: JON CHATALIAN
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, NW
WASHINGTON, DC 20005-4026

PERKINS COIE LLP
(COUNSEL TO DELAWARE TRUST COMPANY, AS SUCC TTEE
UNDER TCEH 11.5% SENIOR SECURED NOTES INDENTURE)
ATTN: TINA N MOSS ESQ
30 ROCKEFELLER PLAZA 22ND FL
NEW YORK, NY 10112-0015

POLSINELLI PC
(COUNSEL TO TCEH CREDITORS COMMITTEE)
ATTN: CHRISTOPHER WARD ESQ, JUSTIN EDELSON ESQ
SHANTI KATONA ESQ
222 DELAWARE AVE STE 1101
WILMINGTON, DE 19801

POLSINELLI PC
(COUNSEL TO TCEH CREDITORS COMMITTEE)
ATTN: EDWARD FOX ESQ
900 THIRD AVE 21ST FL
NEW YORK, NY 10022

POTTER ANDERSON & CORROON LLP
(COUNSEL TO DEUTSCHE BANK, AGENT TO DIP FINANCING)
ATTN: JEREMY RYAN ESQ
PO BOX 951
WILMINGTON, DE 19801

PROSKAUER ROSE LLP
(OF COUNSEL TO ENERGY FUTURE HOLDINGS CORP)
ATTN: JEFF J MARWIL ESQ, MARK K THOMAS ESQ
PETER J YOUNG ESQ
THREE FIRST NATIONAL PLAZA
70 W MADISON ST STE 3800
CHICAGO, IL 60602

REED SMITH LLP
(COUNSEL TO THE BANK OF NEW YORK MELLON AND THE
BANK OF NEW YORK MELLON TRUST COMPANY, N.A., AS
INDENTURE TRUSTEES)
ATTN: KURT F. GWYNE; KIMBERLY E.C. LAWSON
1201 MARKET ST STE 1500
WILMINGTON, DE 19801

REED SMITH LLP
(COUNSEL TO THE BANK OF NEW YORK MELLON SOLEY IN
ITS CAPACITY AS TRUSTEE UNDER ENUMERATED TRUST)
INDENTURE TRUSTEES)
ATTN: AMY M. TONTI, ESQ.
REED SMITH CENTRE
225 FIFTH AVE STE 1200
PITTSBURGH, PA 15222

900200.00001/40214044v.1

RICHARDS LAYTON & FINGER
(CO-COUNSEL TO EFHC DEBTORS)
ATTN: MARK D COLLINS ESQ
DANIEL J DEFRANCESCHI ESQ
JASON M MADRON ESQ
920 N KING ST
WILMINGTON, DE 19801

ROPES & GRAY LLP
ATTN: MARK R. SOMERSTEIN
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704

SHEARMAN & STERLING LLP
(COUNSEL TO DEUTSCHE BANK, AGENT TO DIP FINANCING)
ATTN: FREDERIC SOSNICK ESQ & NED SCHODEK ESQ
599 LEXINGTON AVE
NEW YORK, NY 10022

STEVENS & LEE PC
(COUNSEL TO ENERGY FUTURE INTERMIEDIATE HOLDING
COMPANY LLC/EFIH)
ATTN: JOSEPH H HUSTON JR ESQ
1105 N MARKET ST STE 700
WILMINGTON, DE 19801

SULLIVAN & CROMWELL LLP
(COUNSEL TO EFH CREDITORS COMMITTEE)
ATTN: ANDREW G DIETDERICH, BRIAN D GLUECKSTEIN
MICHAEL H TORKIN ESQS
125 BROAD ST
NEW YORK, NY 10004

WHITE & CASE LLP
(COUNSEL TO AD HOC GROUP OF TCEH UNSECURED
NOTEHOLDERS)
ATTN: J. CHRISTOPHER SHORE; GREGORY STARNER
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

WHITE & CASE LLP
(COUNSEL TO AD HOC GROUP OF TCEH UNSECURED
NOTEHOLDERS)
ATTN: THOMAS LAURIA; MATTHEW BROWN
200 S BISCAYNE BLVD STE 4900
MIAMI, FL 33131

WILMER CUTLER PICKERING HALE & DORR LLP
(COUNSEL TO MARATHON ASSET MGMT)
ATTN: PHILIP ANKER ESQ & GEORGE SHUSTER ESQ
7 WORLD TRADE CENTER, 205 GREENWICH ST
NEW YORK, NY 10007

900200.00001/40214044v.1

WOMBLE CARLYLE SANDRIDGE & RICE LLP
(COUNSEL TO CENTERPOINT)
ATTN: STEVEN K KORTANEK; MARK L DESGROSSEILLIERS
222 DELAWARE AVE STE 1501
WILMINGTON, DE 19801

YOUNG CONAWAY STARGATT & TAYLOR, LLP
(COUNSEL TO AD HOC COMMITTEE OF TCEH FIRST LIEN)
ATTN: PAULINE MORGAN; JOEL WAITE; RYAN BARTLEY;
ANDREW MAGAZINER
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DE 19801