# Exhibit A

**SUMMARY OF TCEH JUNIOR CREDITORS' COUNTS AND
AD HOC COMMITTEE OF TCEH FIRST LIEN CREDITORS' PRINCIPAL RESPONSES[1]**

| COUNT | DESCRIPTION | TIME BARRED | DEBTORS NOT RENDERED INSOLVENT | DEBTORS RECEIVED REASONABLY EQUIVALENT VALUE | SAFE HARBORS BAR CLAIM | COMPLAINT OTHERWISE FAILS TO STATE A CLAIM | NOT RIPE OR DOES NOT IMPLICATE CASH COLLATERAL STIPULATIONS |
|---|---|---|---|---|---|---|---|
| I | Avoidance of any Lien, Security Interest or Obligation Arising out of the Credit Agreement (Constructive Fraudulent Conveyance) | ✓ | ✓ | ✓ | ✓ | | |
| II | Avoidance and Recovery of Fees and Incremental Interest Paid in Connection with the 2011 Transactions (Constructive Fraudulent Conveyance) | | | ✓ | ✓ | | |
| III | Avoidance of any Lien, Security Interest or Obligation Arising out of the Issuance of First Lien Notes (Constructive Fraudulent Conveyance) | | | ✓ | ✓ | | |

---

[1] This does not include counts that are separately addressed in the objection filed by Wilmington Trust, N.A. (as successor collateral agent).

| COUNT | DESCRIPTION | TIME BARRED | DEBTORS NOT RENDERED INSOLVENT | DEBTORS RECEIVED REASONABLY EQUIVALENT VALUE | SAFE HARBORS BAR CLAIM | COMPLAINT OTHERWISE FAILS TO STATE A CLAIM | NOT RIPE OR DOES NOT IMPLICATE CASH COLLATERAL STIPULATIONS |
|---|---|---|---|---|---|---|---|
| VIII | Equitable Subordination of Claims | | | | | ✓ | |
| IX | Objection to Allowance of Claims Due to Inclusion of Unmatured Interest | | | | | | ✓ |
| X | Recharacterization of Payment of Fees, Costs and Expenses | | | | | | ✓ |
| XI | Avoidance of Certain Amounts Transferred for the Benefit of Defendants During the Preference Period | | | | | ✓ | |
| XII | Avoidance of Certain Amounts Paid to Defendants During the Preference Period | | | | | ✓ | |
| XIII | Objection to Claims (Based on Guarantees) | | ✓ | | | | |

| COUNT | DESCRIPTION | TIME BARRED | DEBTORS NOT RENDERED INSOLVENT | DEBTORS RECEIVED REASONABLY EQUIVALENT VALUE | SAFE HARBORS BAR CLAIM | COMPLAINT OTHERWISE FAILS TO STATE A CLAIM | NOT RIPE OR DOES NOT IMPLICATE CASH COLLATERAL STIPULATIONS |
|---|---|---|---|---|---|---|---|
| XV | Declaratory Judgment that Certain Deposit Accounts Are Unencumbered | | | | | ✓ | |
| XVII | Declaratory Judgment that Tax Attributes Generated Postpetition Are Not Subject to Defendants' Liens and Security Interests | | | | | ✓ | |
| XIX | Declaratory Judgment that there Has Been No Diminution in Value of the Collateral After the Petition Date | | | | | | ✓ |
| XXI | Declaratory Judgment that, to the Extent Defendants Are Oversecured Creditors and Entitled to Postpetition Interest and Fees, Such Interest Shall Be at the Contractual Non-Default Rate | | | | | | ✓ |

# Exhibit B



NGJ5 ↑2.659    -.039 ⎍⌁.  ic2.657 /2.659    2×2    Prev 2.698
At 19:14  d Vol 441      Op  2.658    Hi  2.666    Lo  2.641    OpenInt 233250

NGJ5 COMB Comdty          1) Settings      2) Actions  ▾          Futures Contract Table

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 Futures | | 5) Spreads | | Sort By | Expiration ▾ | As of | 10/10/07 |
| NATURAL GAS FUTR | 7) NYMEX (CEM) | Display | Quoted Val. ▾ | Session | COMB ▾ | First Leg | All |
| Delayed Pricing | Contracts | 62 | Aggr Vol | 175,384 | Aggr Open Int | 741,297 | Length | 0 |

○ Intraday  ● Daily

8) Curve (CCRV)

| Description | Last | Chg Settle | Time | Bid | Ask | Open Int | Volume | Yest Settle |
|---|---|---|---|---|---|---|---|---|
| 21) Nov07 | 7.010s | +.147 | Close | 7.014 | 7.030 | 81203 | 74295 | 6.863 |
| 22) Dec07 | 7.725s | +.092 | Close | 7.550 | 7.800 | 70139 | 45061 | 7.633 |
| 23) Jan08 | 8.094s | +.091 | Close | 8.101 | 8.122 | 73544 | 25095 | 8.003 |
| 24) Feb08 | 8.120s | +.087 | Close | 8.123 | 8.150 | 33780 | 2393 | 8.033 |
| 25) Mar08 | 7.944s | +.076 | Close | 7.937 | 7.977 | 44768 | 6431 | 7.868 |
| 26) Apr08 | 7.589s | +.071 | Close | 7.545 | 7.860 | 38331 | 3424 | 7.518 |
| 27) May08 | 7.619s | +.071 | Close | 7.570 | 7.885 | 30179 | 1903 | 7.548 |
| 28) Jun08 | 7.694s | +.071 | Close | 7.650 | 7.964 | 18446 | 439 | 7.623 |
| 29) Jul08 | 7.776s | +.070 | Close | 7.728 | 8.044 | 13137 | 236 | 7.706 |
| 30) Aug08 | 7.845s | +.069 | Close | 7.795 | 8.120 | 11714 | 147 | 7.776 |
| 31) Sep08 | 7.862s | +.069 | Close | 7.816 | 8.138 | 9347 | 159 | 7.793 |
| 32) Oct08 | 7.932s | +.066 | Close | 7.902 | 8.200 | 32791 | 2014 | 7.866 |
| 33) Nov08 | 8.307s | +.058 | Close | 8.280 | 8.578 | 20265 | 616 | 8.249 |
| 34) Dec08 | 8.673s | +.051 | Close | 8.632 | 8.966 | 14625 | 79 | 8.622 |
| 35) Jan09 | 8.933s | +.051 | Close | 8.885 | 9.213 | 33033 | 825 | 8.882 |

Zoom  —  ▬  100% ▾

Australia 61 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900    Singapore 65 6212 1000      U.S. 1 212 318 2000      Copyright 2015 Bloomberg Finance L.P.
SN 824038 EST   GMT-5:00 G992-425-0 02-Mar-2015 19:24:35



NGJ5 ↓2.658   -.040  ⌁ ⎣c2.656/2.659   2×2   Prev 2.698
At 19:15  d Vol 441      Op  2.658   Hi  2.666   Lo  2.641   OpenInt 233250

NGJ5 COMB Comdty                1) Settings        2) Actions  ▼        Futures Contract Table
4 Futures            5) Spreads                    Sort By  Expiration ▼  As of       10/10/07 ▦
NATURAL GAS FUTR     7) NYMEX (CEM)    Display  Quoted Val. ▼  Session  COMB ▼      First Leg  All ▼
Delayed Pricing   Contracts   62     Aggr Vol   175,384   Aggr Open Int  741,297   Length   0 ▼

● Intraday   ● Daily                           8) Curve (CCRV)

| Description | Last | Chg Settle | Time | Bid | Ask | Open Int | Volume | Yest Settle |
|---|---|---|---|---|---|---|---|---|
| 30) Feb09 | 8.933s | +.051 | Close | 8.885 | 9.220 | 4919 | 61 | 8.882 |
| 31) Mar09 | 8.683s | +.048 | Close | 8.645 | 9.000 | 28927 | 2933 | 8.635 |
| 32) Apr09 | 7.833s | +.028 | Close | | | 20696 | 3242 | 7.805 |
| 33) May09 | 7.770s | +.028 | Close | | | 9693 | 1465 | 7.742 |
| 34) Jun09 | 7.815s | +.028 | Close | 7.540 | | 3760 | 253 | 7.787 |
| 35) Jul09 | 7.880s | +.033 | Close | 7.670 | | 4053 | 333 | 7.847 |
| 36) Aug09 | 7.930s | +.036 | Close | 7.680 | | 4010 | 478 | 7.894 |
| 37) Sep09 | 7.945s | +.033 | Close | 7.920 | 7.930 | 3894 | 4 | 7.912 |
| 38) Oct09 | 8.003s | +.031 | Close | | | 10523 | 1146 | 7.972 |
| 39) Nov09 | 8.300s | +.026 | Close | | | 1654 | 78 | 8.274 |
| 40) Dec09 | 8.590s | +.023 | Close | | 9.000 | 6316 | 502 | 8.567 |
| 41) Jan10 | 8.823s | +.026 | Close | 8.700 | | 6443 | 75 | 8.797 |
| 42) Feb10 | 8.823s | +.026 | Close | | | 2962 | | 8.797 |
| 43) Mar10 | 8.573s | +.026 | Close | | 8.680 | 10054 | 15 | 8.547 |
| 44) Apr10 | 7.643s | +.001 | Close | 7.610 | | 14315 | 752 | 7.642 |

Zoom  ─  ──▮──  100% ▼

Australia 61 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900    Singapore 65 6212 1000    U.S. 1 212 318 2000    Copyright 2015 Bloomberg Finance L.P.
                                                   SN 824038 EST   GMT-5:00 G992-425-0 02-Mar-2015 19:25:12





NGJ5 ↓2.658    -.040    ⌇⌇⌇    ⌇c2.656 /2.659    2×2    Prev 2.698
At 19:15  d Vol 441    Op 2.658    Hi 2.666    Lo 2.641    OpenInt 233250

NGJ5 COMB Comdty          1) Settings    2) Actions  ▼    Futures Contract Table
4) Futures          5) Spreads                Sort By   Expiration ▼   As of        10/10/07
NATURAL GAS FUTR    7) NYMEX (CEM)   Display  Quoted Val.           Session   COMB ▼        First Leg    All
Delayed Pricing    Contracts   62    Aggr Vol    175,384    Aggr Open Int  741,297    Length    0

○ Intraday  ● Daily                                  8) Curve (CCRV)

| Description | Last | Chg Settle | Time | Bid | Ask | Open Int | Volume | Yest Settle |
|---|---|---|---|---|---|---|---|---|
| 6) Aug11 | 7.478s | +.021 | Close | | | 1780 | | 7.457 |
| 7) Sep11 | 7.493s | +.021 | Close | | | 1518 | | 7.472 |
| 8) Oct11 | 7.558s | +.021 | Close | | | 2932 | | 7.537 |
| 9) Nov11 | 7.868s | +.021 | Close | 7.780 | | 1784 | 11 | 7.847 |
| 10) Dec11 | 8.168s | +.021 | Close | | | 2772 | 4 | 8.147 |
| 11) Jan12 | 8.378s | +.021 | Close | | | 883 | 4 | 8.357 |
| 12) Feb12 | 8.378s | +.021 | Close | | | 768 | 4 | 8.357 |
| 13) Mar12 | 8.118s | +.021 | Close | | | 1154 | 4 | 8.097 |
| 14) Apr12 | 7.188s | +.051 | Close | 6.095 | | 1176 | 4 | 7.137 |
| 15) May12 | 7.118s | +.051 | Close | 5.970 | | 950 | 4 | 7.067 |
| 16) Jun12 | 7.168s | +.051 | Close | 6.030 | | 692 | 4 | 7.117 |
| 17) Jul12 | 7.223s | +.051 | Close | 6.095 | | 690 | 4 | 7.172 |
| 18) Aug12 | 7.263s | +.051 | Close | 6.145 | | 784 | 4 | 7.212 |
| 19) Sep12 | 7.278s | +.051 | Close | 6.195 | | 750 | 4 | 7.227 |
| 20) Oct12 | 7.343s | +.051 | Close | 6.275 | | 679 | 4 | 7.292 |

Zoom  —  ▬  100%

Australia 61 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900    Singapore 65 6212 1000    U.S. 1 212 318 2000    Copyright 2015 Bloomberg Finance L.P.
SN 824038 EST    GMT-5:00 G992-425-0 02-Mar-2015 19:26:11



NGJ5 ↓2.658    -.040    ⁓⌁⌁    ic2.657/2.659    2 x 2    Prev 2.698
At 19:15  d Vol 441    Op 2.658    Hi 2.666    Lo 2.641    OpenInt 233250

NGJ5 COMB Comdty    1) Settings    2) Actions ▾    Futures Contract Table
4) Futures    5) Spreads                    Sort By    Expiration ▾    As of    10/10/07
NATURAL GAS FUTR    7) NYMEX (CEM)    Display    Quoted Val. ▾    Session    COMB ▾    First Leg    All
Delayed Pricing    Contracts    62    Aggr Vol    175,384    Aggr Open Int    741,297    Length    0

○ Intraday  ● Daily    8) Curve (CCRV)

| Description | Last | Chg Settle | Time | Bid | Ask | Open Int | Volume | Yest Settle |
|---|---|---|---|---|---|---|---|---|
| 6) Oct11 | 7.558s | +.021 | Close | | | 2932 | | 7.537 |
| 6) Nov11 | 7.868s | +.021 | Close | 7.780 | | 1784 | 11 | 7.847 |
| 11) Dec11 | 8.168s | +.021 | Close | | | 2772 | 4 | 8.147 |
| 11) Jan12 | 8.378s | +.021 | Close | | | 883 | 4 | 8.357 |
| 12) Feb12 | 8.378s | +.021 | Close | | | 768 | 4 | 8.357 |
| 13) Mar12 | 8.118s | +.021 | Close | | | 1154 | 4 | 8.097 |
| 14) Apr12 | 7.188s | +.051 | Close | 6.095 | | 1176 | 4 | 7.137 |
| 15) May12 | 7.118s | +.051 | Close | 5.970 | | 950 | 4 | 7.067 |
| 16) Jun12 | 7.168s | +.051 | Close | 6.030 | | 692 | 4 | 7.117 |
| 17) Jul12 | 7.223s | +.051 | Close | 6.095 | | 690 | 4 | 7.172 |
| 18) Aug12 | 7.263s | +.051 | Close | 6.145 | | 784 | 4 | 7.212 |
| 19) Sep12 | 7.278s | +.051 | Close | 6.195 | | 750 | 4 | 7.227 |
| 3) Oct12 | 7.343s | +.051 | Close | 6.275 | | 679 | 4 | 7.292 |
| 21) Nov12 | 7.643s | +.051 | Close | 7.102 | | 647 | 4 | 7.592 |
| 2) Dec12 | 7.943s | +.051 | Close | 7.810 | | 1270 | 8 | 7.892 |

Zoom — ▬ 100%

Australia 61 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900    Singapore 65 6212 1000    U.S. 1 212 318 2000    Copyright 2015 Bloomberg Finance L.P.
SN 824038 EST    GMT-5:00 G992-425-0 02-Mar-2015 19:26:40

# Exhibit C



NGJ5 ↓2.659    -.039    2.658/2.660    6×2    Prev 2.698
At 19:06  d Vol  408    Op  2.658    Hi  2.666    Lo  2.641    OpenInt  233250

NGJ5 COMB Comdty                    1) Settings    2) Actions ▼           Futures Contract Table
4 Futures          5) Spreads                    Sort By    Expiration ▼   As of       06/30/08
NATURAL GAS FUTR    7) NYMEX (CEM)    Display  Quoted Val.   Session    COMB ▼        First Leg    All
Delayed Pricing    Contracts    149    Aggr Vol    118,336   Aggr Open Int  974,174   Length        0
● Intraday  ● Daily                                           8) Curve (CCRV)

| Description | Last | Chg Settle | Time | Bid | Ask | Open Int | Volume | Yest Settle |
|---|---|---|---|---|---|---|---|---|
| 21) Aug08 | 13.353s | +.155 | Close | 13.371 | 13.380 | 149860 | 60288 | 13.198 |
| 22) Sep08 | 13.418s | +.156 | Close | 13.390 | 13.630 | 94493 | 16548 | 13.262 |
| 23) Oct08 | 13.505s | +.160 | Close | 13.515 | 13.531 | 77203 | 10102 | 13.345 |
| 24) Nov08 | 13.765s | +.167 | Close | 13.760 | 13.804 | 43901 | 3314 | 13.598 |
| 25) Dec08 | 14.110s | +.167 | Close | 14.050 | 14.134 | 42098 | 1429 | 13.943 |
| 26) Jan09 | 14.300s | +.167 | Close | 14.272 | 14.323 | 61442 | 4998 | 14.133 |
| 27) Feb09 | 14.238s | +.170 | Close | 14.170 | 14.262 | 21023 | 2388 | 14.068 |
| 28) Mar09 | 13.960s | +.162 | Close | 13.940 | 13.995 | 53055 | 4073 | 13.798 |
| 29) Apr09 | 11.800s | +.122 | Close | 11.721 | 11.850 | 57168 | 5147 | 11.678 |
| 30) May09 | 11.610s | +.117 | Close | 11.400 | 11.663 | 32153 | 2521 | 11.493 |
| 31) Jun09 | 11.680s | +.117 | Close | 11.460 | 11.734 | 18180 | 345 | 11.563 |
| 32) Jul09 | 11.768s | +.117 | Close | 11.553 | 11.825 | 16090 | 232 | 11.651 |
| 33) Aug09 | 11.825s | +.117 | Close | 11.608 | 11.882 | 15513 | 78 | 11.708 |
| 34) Sep09 | 11.845s | +.117 | Close | 11.640 | 11.910 | 14578 | 1961 | 11.728 |
| 35) Oct09 | 11.915s | +.117 | Close | 11.821 | 11.965 | 33615 | 2837 | 11.798 |

Zoom — ▬ 100%

Australia 61 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900    Singapore 65 6212 1000    U.S. 1 212 318 2000    Copyright 2015 Bloomberg Finance L.P.
                                                   SN 824038 EST  GMT-5:00 G992-425-0 02-Mar-2015 19:16:50





NGJ5 ↑2.658    -.040    ⌐⌐    ic2.657/2.658    3×1    Prev 2.698
At 19:11  d Vol  435    Op  2.658    Hi  2.666    Lo  2.641    OpenInt 233250

NGJ5 COMB Comdty                    1) Settings        2) Actions  ▼        Futures Contract Table

| ⬦ Futures | | 5) Spreads | | | | Sort By | Expiration ▼ | As of | 06/30/08 ▦ |
| NATURAL GAS FUTR | | 7) NYMEX (CEM) | Display | Quoted Val. ▼ | | Session | COMB ▼ | First Leg | All ▼ |
| Delayed Pricing | Contracts | 149 | Aggr Vol | 118,336 | Aggr Open Int | 974,174 | | Length | 0 ▼ |

⬤ Intraday  ⬤ Daily                                          8) Curve (CCRV)

| Description | Last | Chg Settle | Time | Bid | Ask | Open Int | Volume | Yest Settle |
|---|---|---|---|---|---|---|---|---|
| 51) Feb11 | 11.755s | +.092 | Close | 11.300 | | 3366 | 8 | 11.663 |
| 52) Mar11 | 11.520s | +.087 | Close | 9.750 | | 10368 | 255 | 11.433 |
| 53) Apr11 | 10.200s | +.067 | Close | 9.800 | | 6617 | 78 | 10.133 |
| 54) May11 | 10.140s | +.067 | Close | 8.030 | 11.140 | 4031 | 100 | 10.073 |
| 55) Jun11 | 10.225s | +.067 | Close | 8.030 | 10.220 | 2052 | 22 | 10.158 |
| 56) Jul11 | 10.325s | +.067 | Close | 8.030 | | 2059 | 21 | 10.258 |
| 9) Aug11 | 10.400s | +.067 | Close | 8.030 | | 2095 | 73 | 10.333 |
| 52) Sep11 | 10.425s | +.067 | Close | 8.030 | | 2528 | 86 | 10.358 |
| 59) Oct11 | 10.520s | +.067 | Close | 8.030 | 12.250 | 3561 | 88 | 10.453 |
| d) Nov11 | 10.835s | +.062 | Close | 8.000 | | 1956 | 27 | 10.773 |
| d) Dec11 | 11.260s | +.057 | Close | 11.160 | 11.320 | 5216 | 36 | 11.203 |
| d) Jan12 | 11.515s | +.052 | Close | | | 1910 | 12 | 11.463 |
| d) Feb12 | 11.505s | +.052 | Close | | | 1013 | 11 | 11.453 |
| d) Mar12 | 11.275s | +.052 | Close | | | 1829 | 237 | 11.223 |
| d) Apr12 | 10.225s | +.032 | Close | 8.095 | | 1966 | 190 | 10.193 |

Zoom  —  ▬  +  100%

Australia 61 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900    Singapore 65 6212 1000    U.S. 1 212 318 2000    Copyright 2015 Bloomberg Finance L.P.
SN 824038 EST    GMT-5:00 G992-425-0 02-Mar-2015 19:21:14





NGJ5 ↓2.657    -.041    ⌐⌐⌐    ic2.656/2.659    2 x 2    Prev 2.698
At 19:12   d Vol   444    Op   2.658    Hi   2.666    Lo   2.641    OpenInt   233250

| NGJ5 COMB Comdty | 1) Settings | 2) Actions ▼ | | Futures Contract Table |
|---|---|---|---|---|

| 4 Futures | 5) Spreads | | Sort By | Expiration ▼ | As of | 06/30/08 |
|---|---|---|---|---|---|---|
| NATURAL GAS FUTR | 7) NYMEX (CEM) | Display | Quoted Val. ▼ | Session | COMB ▼ | First Leg | All |
| Delayed Pricing | Contracts | 149 | Aggr Vol | 118,336 | Aggr Open Int | 974,174 | Length | 0 |

○ Intraday  ● Daily

8) Curve (CCRV)

| Description | Last | Chg Settle | Time | Bid | Ask | Open Int | Volume | Yest Settle |
|---|---|---|---|---|---|---|---|---|
| 2) Aug13 | 10.635s | +.032 | Close | | | 407 | 7 | 10.603 |
| 2) Sep13 | 10.655s | +.032 | Close | | | 404 | 5 | 10.623 |
| 3) Oct13 | 10.735s | +.032 | Close | | | 723 | 3 | 10.703 |
| 4) Nov13 | 11.050s | +.032 | Close | | | 337 | 1 | 11.018 |
| 5) Dec13 | 11.470s | +.032 | Close | 11.250 | 12.950 | 7141 | | 11.438 |
| 6) Jan14 | 11.735s | +.032 | Close | | | 784 | | 11.703 |
| 8) Feb14 | 11.730s | +.032 | Close | | | 47 | | 11.698 |
| 82) Mar14 | 11.505s | +.032 | Close | | | 197 | | 11.473 |
| 84) Apr14 | 10.670s | +.032 | Close | | | 48 | | 10.638 |
| 9) May14 | 10.650s | +.032 | Close | | | 49 | | 10.618 |
| 41) Jun14 | 10.720s | +.032 | Close | | | 47 | | 10.688 |
| 2) Jul14 | 10.800s | +.032 | Close | | | 47 | | 10.768 |
| 9) Aug14 | 10.850s | +.032 | Close | | | 47 | | 10.818 |
| 4) Sep14 | 10.870s | +.032 | Close | | | 47 | | 10.838 |
| 5) Oct14 | 10.955s | +.032 | Close | | | 297 | | 10.923 |

Zoom  —  ▪  100%



# **Exhibit D**



# Exhibit E



# **Exhibit F**

# Energy Future Holdings ("EFH")



# **Exhibit G**

882330AF0 Corp  90) Export to Excel  Page 1/1  Historical Price

TXU 10 ¼ 11/01/15

| | | | | High | 67.875 | on | 04/04/11 |
| Range | 03/01/2011 | — 04/29/2011 | Period | Daily | Low | 49.125 | on | 03/11/11 |
| Market | Last Price | Mid Yield To Mat | Currency | USD | Average | 59.186 | | 25.639 |
| View | Dense (HP) | | Source | TRAC | Net Chg | 7.750 | | 13.66% |

| | Date | Last Price | Mid Yield... | | Date | Last Price | Mid Yield... | | Date | Last Price | Mid Yield... |
|---|---|---|---|---|---|---|---|---|---|---|---|
| F | 04/29/11 | 64.500 | 21.283 | F | 04/08/11 | 63.950 | 23.352 | F | 03/18/11 | 53.000 | 28.953 |
| T | 04/28/11 | 64.250 | 21.382 | T | 04/07/11 | 66.125 | 22.284 | T | 03/17/11 | 51.500 | 29.873 |
| W | 04/27/11 | 64.250 | 21.365 | W | 04/06/11 | 66.250 | 22.207 | W | 03/16/11 | 50.500 | 30.498 |
| T | 04/26/11 | 64.000 | 23.641 | T | 04/05/11 | 67.000 | 21.803 | T | 03/15/11 | 50.150 | 30.650 |
| M | 04/25/11 | 64.000 | 23.621 | M | 04/04/11 H | 67.875 | 21.385 | M | 03/14/11 | 50.800 | 30.197 |
| | | | | | | | | | | | |
| F | 04/22/11 | | | F | 04/01/11 | 67.625 | 21.481 | F | 03/11/11 L | 49.125 | 31.284 |
| T | 04/21/11 | | | T | 03/31/11 | 60.000 | 25.214 | T | 03/10/11 | 52.800 | 28.880 |
| W | 04/20/11 | 64.000 | 23.582 | W | 03/30/11 | 58.750 | 25.866 | W | 03/09/11 | 52.250 | 29.197 |
| T | 04/19/11 | 65.110 | 23.015 | T | 03/29/11 | 56.750 | 26.916 | T | 03/08/11 | 50.784 | 30.054 |
| M | 04/18/11 | 65.250 | 22.870 | M | 03/28/11 | 55.750 | 27.492 | M | 03/07/11 | 52.593 | 28.886 |
| | | | | | | | | | | | |
| F | 04/15/11 | 63.500 | 23.713 | F | 03/25/11 | | | F | 03/04/11 | 54.522 | 27.701 |
| T | 04/14/11 | 66.500 | 22.236 | T | 03/24/11 | 54.750 | 28.035 | T | 03/03/11 | 56.750 | 26.404 |
| W | 04/13/11 | 64.250 | 23.301 | W | 03/23/11 | 54.500 | 28.161 | W | 03/02/11 | 56.750 | 26.383 |
| T | 04/12/11 | 64.000 | 23.366 | T | 03/22/11 | 54.500 | 28.089 | T | 03/01/11 | 56.750 | 26.318 |
| M | 04/11/11 | 66.438 | 22.174 | M | 03/21/11 | 54.500 | 28.066 | | | | |

Australia 61 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900  Singapore 65 6212 1000  U.S. 1 212 318 2000  Copyright 2015 Bloomberg Finance L.P.
SN 753632 EST  GMT-5:00 H701-2300-1 20-Feb-2015 13:06:09