## CERTIFICATE OF SERVICE

I, L. John Bird, hereby certify that on the 3rd day of March, 2015, I caused copies of the *Objection Of The Ad Hoc Group Of TCEH Unsecured Noteholders To The Motion Of The EFH Official Committee For Entry Of An Order Granting Derivative Standing And Authority To Prosecute And Settle Claims On Behalf Of The Luminant Debtors' Estates* to be served upon the parties on the attached service list as noted thereon:

                                        */s/ L. John Bird*
                                        L. John Bird (No. 5310)

## SERVICE LIST

| | |
|---|---|
| Natalie D. Ramsey, Esq.<br>Davis Lee Wright, Esq.<br>Mark A. Fink, Esq.<br>**Montgomery McCracken Walker**<br>**& Rhoads, LLP**<br>1104 North Market Street, 15th Floor<br>Wilmington, DE 19801<br>**VIA HAND DELIVERY** | Andrew G. Dietderich, Esq.<br>Brian D. Glueckstein, Esq.<br>Michael H. Torkin, Esq.<br>Alexa J. Kranzley, Esq.<br>**Sullivan & Cromwell LLP**<br>125 Brad Street<br>New York, NY 10004<br>**VIA OVERNIGHT MAIL** |

## VIA EMAIL

'akornberg@paulweiss.com'; 'alves@sewkis.com'; 'aqureshi@akingump.com'; 'aremming@mnat.com'; 'ashmead@sewkis.com'; 'AWitt@wlrk.com'; 'bhermann@paulweiss.com'; 'brettmiller@mofo.com'; 'brian.schartz@kirkland.com'; 'ccarty@akingump.com'; 'cdent@pbwt.com'; 'chad.husnick@kirkland.com'; 'Chipman@ChipmanBrown.com'; 'collins@rlf.com'; 'cward@polsinelli.com'; 'dabbott@mnat.com'; 'dalowenthal@pbwt.com'; 'das@sewkis.com'; 'ddunne@milbank.com'; 'Debaecke@BlankRome.com'; 'defranceschi@RLF.com'; 'dietdericha@sullcrom.com'; 'dwright@mmwr.com'; 'eakleinhaus@wlrk.com'; 'edward.sassower@kirkland.com'; 'efay@mnat.com'; 'efleck@milbank.com'; 'fsosnick@shearman.com'; 'ghorowitz@kramerlevin.com'; 'gluecksteinb@sullcrom.com'; 'howard.cohen@dbr.com'; 'idizengoff@akingump.com'; 'cshore@whitecase.com'; 'jalderson@paulweiss.com'; 'james.sprayregen@kirkland.com'; Bird, L. J. <LBird@foxrothschild.com>; 'jbrody@kramerlevin.com'; 'jedelson@polsinelli.com'; Schlerf, Jeffrey M. <JSchlerf@foxrothschild.com>; 'jnewdeck@akingump.com'; 'jpeck@mofo.com'; 'jryan@potteranderson.com'; Strock, Jay <JStrock@foxrothschild.com>; 'Kashishian@ChipmanBrown.com'; 'kcornish@paulweiss.com'; 'kgartenberg@milbank.com'; 'kgwynne@reedsmith.com'; 'klawson@reedsmith.com'; 'ljones@pszjlaw.com'; 'lmarinuzzi@mofo.com'; 'lzahradka@akingump.com'; 'madron@rlf.com'; 'marc.kieselstein@kirkland.com'; 'mfink@mmwr.com'; 'michelle.mcmahon@bryancave.com'; 'mlahaie@akingump.com'; 'ned.schodek@shearman.com'; 'nramsey@mmwr.com'; 'Olivere@ChipmanBrown.com'; 'pbentley@kramerlevin.com'; 'rboller@akingump.com'; 'rfeinstein@pszjlaw.com'; 'RGMason@wlrk.com'; 'Richard.Schepacarter@usdoj.gov'; 'robert.malone@dbr.com'; 'salberino@akingump.com'; 'sbaldini@akingump.com'; 'Schaedle@BlankRome.com'; 'skatona@polsinelli.com'; 'smiller@morrisjames.com'; 'stephanie.wickouski@bryancave.com'; 'stephen.hessler@kirkland.com'; 'steven.serajeddini@kirkland.com'; 'Tarr@BlankRome.com'; 'tina.vitale@computershare.com'; 'tlauria@whitecase.com'; 'tmayer@kramerlevin.com'; 'torkinm@sullcrom.com'; 'CWarnick@ashby-geddes.com'; 'WBowden@ashby-geddes.com'; 'GTaylor@ashby-geddes.com'; 'SNewman@ashby-geddes.com'; 'AStulman@ashby-geddes.com'; 'alauchheimer@brownrudnick.com'; 'astrehle@brownrudnick.com'; 'brett.goodman@troutmansanders.com'; 'cennis@brownrudnick.com'; 'eweisfelner@brownrudnick.com'; 'hsiegel@brownrudnick.com';

'hugh.mcdonald@troutmansanders.com'; 'jcoffey@brownrudnick.com';
'jdmarshall@brownrudnick.com'; 'jjonas@brownrudnick.com'; 'jstoll@brownrudnick.com';
'louis.curcio@troutmansanders.com'; 'MDahl@brownrudnick.com';
'MJackson@brownrudnick.com'; 'spoddar@brownrudnick.com; kranzleya@sullcrom.com

ACTIVE 29173963v1 03/03/2015