## EXHIBIT A

**Statement of Fees and Expenses By Subject Matter**

## COMPENSATION BY SUBJECT MATTER[1]
## JANUARY 1, 2015 THROUGH JANUARY 31, 2015

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 3 | Martin Plant Clean Air Act Citizen Suit | 0.40 | $140.00 |
| 4 | General Environmental Matters | 44.80 | $17,428.00 |
| 7 | EPA NSR Litigation | 263.95 | $91,151.50 |
| 8 | EGU MACT | 37.35 | $14,081.25 |
| 9 | Texas PM2.5 Interstate Transport Rule | 9.10 | $4,439.50 |
| 10 | Supplemental §114 Response | 15.90 | $5,187.50 |
| 11 | EPA Regional Haze Rulemaking | 273.60 | $100,213.00 |
| 12 | Big Brown CAA Citizen Suit | 0.80 | $318.00 |
| 16 | Big Brown Citizen Suit Appeal | 0.30 | $151.50 |
| 18 | EPA Affirmative Defense Litigation | 7.50 | $2,276.50 |
| 19 | EPA GHG Rules | 6.10 | $2,491.50 |
| 20 | We Energies Plant Service Agreement | 37.05 | $17,767.75 |
| 21 | Bankruptcy Application and Retention | 31.40 | $7,751.00 |
| 22 | Champion Creek | 87.05 | $43,949.00 |
| **Totals:** | | **815.30** | **$307,346.00** |

---

[1] The work performed and expenses incurred by Balch during the compensation period were entirely on behalf of Texas Competitive Electric Holdings Company, LLC and its debtor subsidiaries.

**EXPENSE SUMMARY**
**JANUARY 1, 2015 THROUGH JANUARY 31, 2015**

| Expense Category | Amount |
|---|---|
| Telephone Charges | $66.38 |
| Standard Copies or Prints | $110.20 |
| Color Copies or Prints | $71.50 |
| Deliveries | $68.48 |
| Airfare | $1,578.90 |
| Transportation to/from airport | $61.50 |
| Travel Meals | $100.91 |
| Other Travel Expenses | $32.00 |
| Business Meals | $42.13 |
| Outside Retrieval Service | $16.50 |
| **Total Expenses:** | **$2,148.50** |