# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The Balch attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Thomas L. Casey III | Partner | 2003 | Environmental | $385.00 | 89.60 | $34,496.00 |
| J. Michael Childers | Partner | 1990 | Energy | $505.00 | 86.80 | $43,834.00 |
| Thomas DeLawrence | Partner | 2006 | Environmental | $320.00 | 39.80 | $12,736.00 |
| P. Stephen Gidiere | Partner | 1996 | Environmental | $505.00 | 172.0 | $86,860.00 |
| William Lineberry | Partner | 1992 | Corporate | $460.00 | 0.25 | $115.00 |
| C. Grady Moore | Partner | 1992 | Environmental | $505.00 | 54.15 | $27,345.75 |
| Phillip Nichols | Partner | 1991 | Corporate | $480.00 | 15.30 | $7,344.00 |
| Pamela P. Smith | Partner | 1999 | Corporate | $415.00 | 0.25 | $103.75 |
| Stephen C. Still | Partner | 1994 | Energy | $480.00 | 21.50 | $10,320.00 |
| Julia Barber | Associate | 2014 | Environmental | $240.00 | 11.0 | $2,640.00 |
| S. Ellen Burgin | Associate | 2014 | Environmental | $235.00 | 40.50 | $9,517.50 |
| Gretchen M. Frizzell | Associate | 2010 | Environmental | $275.00 | 15.30 | $4,207.50 |
| Jonathan Grayson | Associate | 2005 | Bankruptcy | $290.00 | 1.80 | $522.00 |
| Melanie S. Jablonski | Partner | 2006 | Environmental | $315.00 | 7.40 | $2,331.00 |
| David W. Mitchell | Associate | 2009 | Environmental | $285.00 | 107.30 | $30,580.50 |
| J. Patrick Runge | Associate | 2008 | Environmental | $270.00 | 11.85 | $3,199.50 |
| M. Talmadge Simpson | Staff Attorney | 2011 | Environmental | $260.00 | 58.40 | $15,184.00 |
| | | | | | 733.20 | $291,336.50 |

The paraprofessionals of Balch who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Amy Benschoter | Paralegal | 6 years | Environmental | $195.00 | 82.10 | $16,009.50 |
| | | | | | 82.10 | $16,009.50 |

**Total Fees Requested**            **$307,346.00**