## **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

**EXPENSE SUMMARY**
**JANUARY 1, 2015 THROUGH JANUARY 31, 2015**

| Expense Category | Amount |
|---|---|
| Telephone Charges | $66.38 |
| Standard Copies or Prints | $110.20 |
| Color Copies or Prints | $71.50 |
| Deliveries | $68.48 |
| Airfare | $1,578.90 |
| Transportation to/from airport | $61.50 |
| Travel Meals | $100.91 |
| Other Travel Expenses | $32.00 |
| Business Meals | $42.13 |
| Outside Retrieval Service | $16.50 |
| **Total Expenses:** | **$2,148.50** |