# EXHIBIT D

**Detailed Description of Expenses and Disbursements**

**DETAILED EXPENSE SUMMARY**
**JANUARY 1, 2015 THROUGH JANUARY 31, 2015**

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 572510 | 004 | 1/13/15 | P. Stephen Gidiere | Telephone Charges | | | $2.50 | Long Distance to Chicago, IL |
| 572510 | 004 | 1/14/15 | P. Stephen Gidiere | Telephone Charges | | | $1.70 | Long Distance to Dallas, TX |
| 572511 | 007 | 11/4/14 | P. Stephen Gidiere | Telephone Charges | | | $10.84 | Long Distance call |
| 572511 | 007 | 11/18/14 | P. Stephen Gidiere | Telephone Charges | | | $3.16 | Long Distance call |
| 572511 | 007 | 12/17/14 | C. Grady Moore | Airfare | | | $344.10 | Travel to Dallas, TX from Birmingham, AL – C. Grady Moore |
| 572511 | 007 | 12/17/14 | C. Grady Moore | Airfare | | | $362.10 | Travel to Birmingham, AL from Dallas, TX – C. Grady Moore |
| 572511 | 007 | 12/22/14 | C. Grady Moore | Telephone Charges | | | $5.82 | Long Distance call |
| 572511 | 007 | 1/15/15 | M. Talmadge Simpson | In-house Copying | $0.50 | 6 | $3.00 | Color Copies |
| 572511 | 007 | 1/15/15 | M. Talmadge Simpson | In-house Copying | $0.50 | 2 | $1.00 | Color Copies |
| 572511 | 007 | 1/16/15 | P. Stephen Gidiere | Business Meals | | | $42.13 | Client meeting lunch – P. Stephen Gidiere |
| 572511 | 007 | 1/20/15 | P. Stephen Gidiere | Telephone Charges | | | $2.50 | Long Distance to Dallas, TX |
| 572511 | 007 | 1/21/15 | C. Grady Moore | Telephone Charges | | | $2.10 | Long Distance to Grand Prairie, TX |
| 572511 | 007 | 1/21/15 | P. Stephen Gidiere | Telephone Charges | | | $9.65 | Long Distance call |
| 572511 | 007 | 1/22/15 | Amy Benschoter | In-house Copying | $0.10 | 18 | $1.80 | Standard Copies |
| 572511 | 007 | 1/23/15 | P. Stephen Gidiere | Telephone Charges | | | $1.70 | Long Distance to Dallas, TX |
| 572511 | 007 | 1/23/15 | C. Grady Moore | In-house Copying | $0.10 | 6 | $0.60 | Standard Copies |
| 572511 | 007 | 1/27/15 | P. Stephen Gidiere | Telephone Charges | | | $1.10 | Long Distance to Dallas, TX |
| 572511 | 007 | 1/28/15 | P. Stephen Gidiere | Travel Meals | | | $6.70 | Breakfast – P. Stephen Gidiere |
| 572511 | 007 | 1/28/15 | P. Stephen Gidiere | Travel Meals | | | $14.55 | Breakfast – P. Stephen Gidiere |
| 572511 | 007 | 1/28/15 | P. Stephen Gidiere | Travel Meals | | | $58.96 | Dinner – P. Stephen Gidiere |
| 572511 | 007 | 1/28/15 | P. Stephen Gidiere | Transportation to/from airport | | | $25.00 | Cab fare from airport to client's office – P. Stephen Gidiere |
| 572511 | 007 | 1/28/15 | P. Stephen Gidiere | Transportation to/from airport | | | $25.00 | Cab fare from client's office to airport – P. Stephen Gidiere |
| 572511 | 007 | 1/28/15 | P. Stephen Gidiere | Other Travel Expenses | | | $16.00 | Parking at Airport – P. Stephen Gidiere |

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 572511 | 007 | 1/28/15 | P. Stephen Gidiere | Transportation to/from airport | | | $4.60 | Travel to Birmingham Airport – P. Stephen Gidiere |
| 572511 | 007 | 1/29/15 | P. Stephen Gidiere | Telephone Charges | | | $0.70 | Long Distance to Dallas, TX |
| 572511 | 007 | 1/29/15 | Becca McGallard | Outside Retrieval Service | | | $16.50 | Document retrieval from U.S. District Court |
| 572511 | 007 | 1/30/15 | P. Stephen Gidiere | Telephone Charges | | | $0.20 | Long Distance to Grand Prairie, TX |
| 572511 | 007 | 1/30/15 | Amy Benschoter | In-house Copying | $0.10 | 769 | $76.90 | Standard Copies |
| 572512 | 008 | 1/15/15 | P. Stephen Gidiere | Deliveries | | | $13.26 | Fed-Ex Shipment |
| 572514 | 010 | 1/30/15 | M. Talmadge Simpson | Telephone Charges | | | $1.90 | Long Distance to Dallas, TX |
| 572515 | 011 | 1/1/15 | P. Stephen Gidiere | In-house Copying | $0.10 | 273 | $27.30 | Standard Copies |
| 572515 | 011 | 1/5/15 | P. Stephen Gidiere | Telephone Charges | | | $0.50 | Long Distance to Dallas, TX |
| 572515 | 011 | 1/5/15 | P. Stephen Gidiere | Telephone Charges | | | $0.90 | Long Distance to Dallas, TX |
| 572515 | 011 | 1/7/15 | P. Stephen Gidiere | Telephone Charges | | | $0.80 | Long Distance to Dallas, TX |
| 572515 | 011 | 1/9/15 | P. Stephen Gidiere | Airfare | | | $872.70 | Roundtrip Travel to Austin, TX from Birmingham, AL – P. Stephen Gidiere |
| 572515 | 011 | 1/9/15 | P. Stephen Gidiere | Transportation to/from airport | | | $6.90 | Travel to Birmingham Airport – P. Stephen Gidiere |
| 572515 | 011 | 1/9/15 | P. Stephen Gidiere | Travel Meals | | | $6.42 | Breakfast – P. Stephen Gidiere |
| 572515 | 011 | 1/9/15 | P. Stephen Gidiere | Travel Meals | | | $14.28 | Dinner – P. Stephen Gidiere |
| 572515 | 011 | 1/9/15 | P. Stephen Gidiere | Other Travel Expenses | | | $16.00 | Parking at Airport – P. Stephen Gidiere |
| 572515 | 011 | 1/12/15 | P. Stephen Gidiere | Telephone Charges | | | $0.60 | Long Distance to Dallas, TX |
| 572515 | 011 | 1/15/15 | P. Stephen Gidiere | Telephone Charges | | | $0.40 | Long Distance to Dallas, TX |
| 572515 | 011 | 1/20/15 | P. Stephen Gidiere | Telephone Charges | | | $2.50 | Long Distance to Dallas, TX |
| 572515 | 011 | 1/20/15 | David Mitchell | Telephone Charges | | | $8.51 | Long Distance call |
| 572515 | 011 | 1/20/15 | Amy Benschoter | Deliveries | | | $27.61 | Fed-Ex Shipment |
| 572515 | 011 | 1/20/15 | Amy Benschoter | Deliveries | | | $27.61 | Fed-Ex Shipment |
| 572515 | 011 | 1/23/15 | P. Stephen Gidiere | Telephone Charges | | | $4.20 | Long Distance to Lowell, MA |
| 572515 | 011 | 1/27/15 | P. Stephen Gidiere | Telephone Charges | | | $1.60 | Long Distance to Dallas, TX |
| 572515 | 011 | 1/29/15 | David Mitchell | In-house Copying | $0.10 | 1 | $0.10 | Standard Copies |
| 572515 | 011 | 1/29/15 | David Mitchell | In-house Copying | $0.50 | 11 | $5.50 | Color Copies |

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 572518 | 018 | 1/8/15 | P. Stephen Gidiere | In-house Copying | $0.50 | 124 | $62.00 | Color Copies |
| 572518 | 018 | 1/8/15 | P. Stephen Gidiere | In-house Copying | $0.10 | 7 | $0.70 | Standard Copies |
| 572519 | 019 | 1/15/15 | P. Stephen Gidiere | Telephone Charges | | | $0.30 | Long Distance to Dallas, TX |
| 572519 | 019 | 1/27/15 | Amy Benschoter | Telephone Charges | | | $0.40 | Long Distance to Dallas, TX |
| 572520 | 019 | 1/6/15 | Stephen C. Still | Telephone Charges | | | $1.10 | Long Distance to Dallas, TX |
| 572520 | 019 | 1/21/15 | Stephen C. Still | Telephone Charges | | | $0.70 | Long Distance to Dallas, TX |
| 572521 | 021 | 1/5/15 | Amy Benschoter | In-house Copying | $0.10 | 28 | $2.80 | Standard Copies |
| **Total Expenses:** | | | | | | | **$2,148.50** | |