IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS, CORP., et al., | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### AFFIDAVIT OF WILLIAM W. WELLER, PARALEGAL

STATE OF DELAWARE    :
                     : SS:
NEW CASTLE COUNTY    :

I, William W. Weller, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on March 3, 2015, I caused to be served:

**OBJECTION OF LAW DEBENTURE TRUST COMPANY OF
NEW YORK, AS INDENTURE TRUSTEE, TO THE MOTION OF THE
EFH OFFICIAL COMMITTEE FOR ENTRY OF AN ORDER GRANTING
DERIVATIVE STANDING AND AUTHORITY TO PROSECUTE AND SETTLE
CLAIMS ON BEHALF OF THE LUMINANT DEBTORS' ESTATES**

Service was completed upon the parties on the attached service list via hand delivery for local counsel, and first-class mail, postage prepaid, upon all other listed parties.

Dated: March 3, 2015

_____
William W. Weller

SWORN AND SUBSCRIBED before me this 3rd day of March, 2015.

_____
Notary Public

[Notary Seal: RUTH F. SALOTTO, MY COMMISSION EXPIRES MAY 12, 2015, NOTARY PUBLIC, STATE OF DELAWARE]

**VIA HAND DELIVERY**
Mark D. Collins, Esq.
Daniel J. DeFranceschi, Esq.
Jason M. Madron, Esq.
Tyler D. Semmelman, Esq.
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, DE 19801
[Counsel for Debtors and
Debtors in Possession]

Christopher A. Ward, Esq.
Justin K. Edelson, Esq.
Shanti M. Katona, Esq.
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
[Counsel for the Official Committee of
Unsecured Creditors]

Richard L. Schepacarter
Trial Attorney
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 North King Street, Suite 2207
Lockbox # 35
Wilmington, DE 19801

William P. Bowden, Esq.
Gregory A. Taylor, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
[Counsel to Wilmington Savings Fund
Society, FSB]

Jeremy W. Ryan, Esq.
R. Stephen McNeill, Esq.
Potter Anderson & Corroon LLP
1313 North Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899
[Counsel for the EFIH First Lien DIP Agent]

**VIA HAND DELIVERY**
Jeffrey M. Schlerf, Esq.
John H. Strock, Esq.
L. John Bird, Esq.
Fox Rothschild LLP
919 North Market Street, Suite 300
Wilmington, DE 19801
[Counsel to the Ad Hoc Group of
TCEH Unsecured Noteholders]

Natalie D. Ramsey, Esq.
Davis Lee Wright, Esq.
Mark A. Fink, Esq.
Montgomery McCracken Walker
& Rhoads, LLP
1105 North Market Street, 15th Floor
Wilmington, DE 19801
[Counsel for the EFH Committee]

**VIA FIRST CLASS MAIL & FACSIMILE**
Andrew G. Dietderich, Esq.
Brian D. Glueckstein, Esq.
Michael H. Torkin, Esq.
Alexa J. Kranzley, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
Facsimile: (212) 558-3588
[Counsel for the EFH Committee]

**VIA FIRST CLASS MAIL**
Richard M. Cieri, Esq.
Edward O. Sassower, P.C.
Stephen E. Hessler, Esq.
Brian E. Schartz, Esq.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022-4611
Facsimile: (212) 446-4900
[Counsel for Debtors and
Debtors in Possession]

**VIA FIRST CLASS MAIL**
James H.M. Sprayregen, P.C.
Chad J. Husnick, Esq.
Steven N. Serajeddini, Esq.
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
Facsimile: (312) 862-2200
[Counsel for Debtors and
Debtors in Possession]

James M. Peck, Esq.
Brett H. Miller, Esq.
Lorenzo Marinuzzi, Esq.
Morrison & Foerester LLP
250 West 55th Street
New York, NY 10019
Facsimile: (212) 468-7900
[Counsel for the Official Committee of
Unsecured Creditors]

Edward Fox, Esq.
Polsinelli PC
900 Third Avenue, 21st Floor
New York, NY 10022
Facsimile: (212) 684-0197
[Counsel for the Official Committee of
Unsecured Creditors]

Edward S. Weisfelner, Esq.
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
Facsimile: (212) 209-4801
[Counsel to Wilmington Savings Fund
Society, FSB]

Jeffrey L. Jonas, Esq.
James W. Stoll, Esq.
Jeremy B. Coffey, Esq.
Brown Rudnick LLP
One Financial Center
Boston, MA 02111
Facsimile: (617) 856-8201
[Counsel to Wilmington Savings Fund
Society, FSB]

**VIA FIRST CLASS MAIL**
Fredric Sosnick, Esq.
Ned S. Schodek, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
Facsimile: (212) 848-7179
[Counsel for the EFIH First Lien DIP Agent]

Thomas E. Lauria, Esq.
Matthew C. Brown, Esq.
White & Case LLP
Southeast Financial Center, Suite 4900
Miami, FL 33131
Facsimile: (305) 358-5744
[Counsel to the Ad Hoc Group of
TCEH Unsecured Noteholders]

J. Christopher Shore, Esq.
Gregory M. Starner, Esq.
1155 Avenue of the Americas
New York, NY 10036
Facsimile: (212) 354-8113
[Counsel to the Ad Hoc Group of
TCEH Unsecured Noteholders]