**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Related to D.I. 3466** |
| | ) |

**CERTIFICATE OF NO OBJECTION REGARDING THE**
**FIRST MONTHLY FEE STATEMENT OF STEVENS & LEE, P.C. FOR**
**ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND**
**REIMBURSEMENT OF EXPENSES INCURRED FROM NOVEMBER 26, 2014**
**THROUGH DECEMBER 31, 2014 (NO ORDER REQUIRED)**

On February 6, 2015, the *First Monthly Fee Statement of Stevens & Lee, P.C. for*

*Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses*

*Incurred From November 26, 2014 through December 31, 2014 ("S&L")* [D.I. 3466; the

"Monthly Fee Statement"] was filed with this Court and served upon the Notice Parties as

required by the **Stipulation and Order Appointing a Fee Committee**, dated August 21,

2014 [D.I. 1896] and the **Order Establishing Procedures for Interim Compensation and**

**Reimbursement of Expenses for Professionals**, dated September 16, 2014 [D.I. 2066].

Under the **Notice of Fee Statement** filed and served with the Monthly Fee Statement,

objections to the Monthly Fee Statement were to be filed and served in accordance with the

foregoing Orders no later than **February 27, 2015 at 4:00 p.m.** Eastern Time.

---

[1]   The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of
the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors
in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last
four digits of their federal tax identification numbers is not provided herein. A complete list of such
information may be obtained on the website of the debtors' claims and noticing agent at
http://www.efhcaseinfo.com.

2

On February 12, 2015, S&L received a letter from the Fee Committee advising that, while it reserved its rights to require further documentation of certain expenses, the Fee Committee does not object to the payment of 80% of fees and 100% of expenses as requested.  Aside from the foregoing, the undersigned certifies that no answer, objection or other response to the Monthly Fee Statement was filed or  served as required, and that as of February 27, 2015, none appeared on the Court's docket in this case.

Consequently, Energy Future Intermediate Holding Company LLC, debtor and debtor in possession in the above-captioned case, is authorized to pay S&L 80% of the fees and 100% of the expenses requested in the Monthly Fee Statement upon the filing of this Certificate without the need for a further Court order. A summary of the fees and expenses that S&L seeks is attached as **Exhibit A**.

Dated: March 3, 2015                                   STEVENS & LEE, P.C.


                                                       */s/ Joseph H. Huston, Jr.*
                                                       Joseph H. Huston, Jr. (No. 4035)
                                                       1105 North Market Street, Suite 700
                                                       Wilmington, Delaware 19801
                                                       Tel: (302) 425-3310
                                                       Fax: (610) 371-7927
                                                       Email: jhh@stevenslee.com


                                                              and


                                                       Camille C. Bent (*admitted pro hac vice*)
                                                       485 Madison Avenue, 20th Floor
                                                       New York, NY 10022
                                                       Telephone:    (212) 537-0418
                                                       Facsimile:    (610) 371-7920
                                                       Email:  ccb@stevenslee.com


                                                              and

3

Richard Levin
CRAVATH, SWAINE AND MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Tel: (212) 474-1978
Fax: (212) 474-3700
Email: rlevin@cravath.com

*Independent Counsel for Energy Future*
*Intermediate Holding Company LLC*

SL1 1353507v1 109285.00006