# EXHIBIT A

**Professional Fees and Expenses**
**Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| Stevens & Lee, P.C. 1105 N. Market St. Suite 700 Wilmington, DE 19801 | First Monthly Fee Statement 11/26/2014 through 12/31/2014 Docket No. 3466 | $21,186.00 | $37.00 | 02/27/2015 | $16,948.80 | $37.00 | $4,237.20 |

SL1 1353507v1 109285.00006