# EXHIBIT A

**Statement of Fees and Expenses By Subject Matter**

## COMPENSATION BY PROJECT CATEGORY
## JANUARY 1, 2015 THROUGH JANUARY 31, 2015

| Matter Number | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| Applicable to All Debtors[1] | | | |
| 12 | Tax Analysis | N/A | N/A |
| 25 | Public Policy Advice | N/A | N/A |
| 30 | Case Administration, Employment and Fee Applications | 55.3 | $25,845.50 |
| 46 | Budget-Related Work | 1.6 | $935.00 |
| Total for All-Debtor Matters | | 56.9 | |
| Applicable to TCEH Debtors | | | |
| 4 | Litigation: Disputes and Potential Litigation with Aurelius | N/A | N/A |
| 8 | Litigation: FPL v. TXU (Texas Supreme Court) | 29.7 | $16,418.00 |
| 13 | Litigation: FOIA Disputes and EPA Matters | 6.5 | $4,095.00 |
| 16 | Litigation: Sierra Club - Eastern District of Texas | N/A | N/A |
| 17 | Litigation: Sierra Club - Western District of Texas | 1.1 | $693.00 |
| 18 | Litigation: NSR Case | 118.8 | $79,200.50 |
| 22 | Litigation: 2004 FPL Lawsuit | 4.2 | $2,646.00 |
| 23 | Litigation: 2011 FPL Lawsuit | N/A | N/A |
| 24 | Litigation: FPL Offer Curves Dispute | N/A | N/A |
| 41 | SEC Matters | N/A | N/A |
| 43 | Corporate Matters | 0.8 | $460.00 |
| 44 | Non-Working Travel | N/A | N/A |
| Total for TCEH Matters | | 161.1 | $103,512.50 |
| Applicable to EFIH Debtors | | | |
| 27 | First Lien DIP Exchange Offer | N/A | N/A |
| 28 | Second Lien DIP Tender Offer | N/A | N/A |
| 29 | Second Lien DIP Notes Offering | N/A | N/A |

---

[1] Matter categories applicable to all Debtors are allocated to each Debtor in the same proportion as the amount incurred by each Debtor to its direct benefit on a monthly basis. In this Monthly Fee Statement, 66.6% of the fees ($17,837.10) shall be allocated to the TCEH estate, 0% of the fees ($0.00) shall be allocated to the EFIH estate, and 33.4% of the fees ($8,943.40) shall be allocated to the EFH estate.

| Matter Number | Project Category | Total Hours | Total Fees |
|---|---|---:|---:|
| 34 | SEC Matters | N/A | N/A |
| 35 | Corporate Matters | N/A | N/A |
| 40 | Non-Working Travel | N/A | N/A |
| Total for EFIH Matters | | N/A | N/A |
| Applicable to EFH Debtors | | | |
| 31 | SEC Matters | 13.7 | $9,661.00 |
| 32 | Corporate Matters | 76.1 | $42,239.50 |
| 38 | Non-Working Travel | N/A | N/A |
| Total for EFH Matters | | | |
| **Total** | | **307.8** | **$182,193.50** |

**EXPENSE SUMMARY**
**JANUARY 1, 2015 THROUGH JANUARY 31, 2015**

| Expenses Category | Total Expenses |
|---|---:|
| In House Duplication | $163.00 |
| Meals | $ 95.76 |
| Outside Services/Consultants | $8,660.00 |
| Travel - Parking | $12.00 |
| **Total:** | |