**<u>EXHIBIT C</u>**

**Summary of Actual and Necessary Expenses for the Fee Period**

## EXPENSE SUMMARY
## JANUARY 1, 2015 THROUGH JANUARY 31, 2015

### Applicable to TCEH Debtors

| Expenses Category | Total Expenses |
|---|---|
| In House Duplication | $157.40 |
| Meals | $ 95.76 |
| Outside Services/Consultants | $8,660.00 |
| Travel - Parking | $12.00 |
| **Total:** | |

### Applicable to EFH Debtors

| Expenses Category | Total Expenses |
|---|---|
| In House Duplication | $5.60 |
| **Total:** | |

**TOTAL EXPENSES:**                                                    **$8,930.76**