# EXHIBIT D

## Detailed Description of Expenses and Disbursements

| Invoice Number | Matter Name | Date | Name Of Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 2015021924 | EFH | 2015127 | Joseph Orien | In House Duplication | $0.20 | 28 | $5.60 | Photocopies: 28 pages |
| 2015021888 | TCEH | 2015116 | Michael Raiff | Meals | | | $95.76 | Meals/Food for NSR Video Conference Meeting |
| 2015021888 | TCEH | 2015128 | Michael Raiff | Travel-Parking | | | $12.00 | Parking/Dallas, TX/Parking for meeting at EFH re NSR |
| 2015021888 | TCEH | 2015107 | William Dawson | Outside Services/ Consultants | | | $8,660.00 | Outside Services/Consultants/ NSR Case - Retainer for Multimedia Services |
| 2015021888 | TCEH | 2015120 | Diana P. Thorn | In House Duplication | $0.10 | 14 | $1.40 | Photocopies: 14 Pages |
| 2015021888 | TCEH | 2015120 | Diana P. Thorn | In House Duplication | $0.10 | 2 | $0.20 | Photocopies: 2 Pages |
| 2015021888 | TCEH | 2015120 | Diana P. Thorn | In House Duplication | $0.10 | 1 | $0.10 | Photocopies: 1 Pages |
| 2015021888 | TCEH | 2015120 | Diana P. Thorn | In House Duplication | $0.10 | 16 | $1.60 | Photocopies: 16 Pages |
| 2015021888 | TCEH | 2015102 | Kevin Paden | In House Duplication | $0.20 | 2 | $0.40 | Photocopies: 2 Pages |
| 2015021888 | TCEH | 2015116 | Russell H. Falconer | In House Duplication | $0.10 | 60 | $6.00 | Photocopies: 60 Pages |
| 2015021889 | TCEH | 2015108 | Derrick D. Sirls | In House Duplication | $0.20 | 63 | $12.60 | Photocopies: 63 Pages |
| 2015021890 | TCEH | 2015108 | Derrick D. Sirls | In House Duplication | $0.20 | 63 | $12.60 | Photocopies: 63 Pages |
| 2015021891 | TCEH | 2015108 | Russell Falconer | In House Duplication | $0.20 | 63 | $12.60 | Photocopies: 63 Pages |
| 2015021892 | TCEH | 2015116 | Diana P. Thorn | In House Duplication | $0.20 | 65 | $13.00 | Photocopies: 65 Pages |
| 2015021893 | TCEH | 2015116 | Diana P. Thorn | In House Duplication | $0.20 | 2 | $0.40 | Photocopies: 2 Pages |
| 2015021894 | TCEH | 2015116 | Diana P. Thorn | In House Duplication | $0.20 | 74 | $14.80 | Photocopies: 74 Pages |
| 2015021895 | TCEH | 2015116 | Diana P. Thorn | In House Duplication | $0.20 | 10 | $2.00 | Photocopies: 10 Pages |
| 2015021896 | TCEH | 2015116 | Russell H. Falconer | In House Duplication | $0.20 | 108 | $21.60 | Photocopies: 108 Pages |
| 2015021897 | TCEH | 2015116 | Russell H. Falconer | In House Duplication | $0.20 | 1 | $0.20 | Photocopies: 1 Pages |
| 2015021898 | TCEH | 2015116 | Russell H. Falconer | In House Duplication | $0.20 | 270 | $54.00 | Photocopies: 270 Pages |
| 2015021899 | TCEH | 2015128 | Russell H. Falconer | In House Duplication | $0.20 | 8 | $1.60 | Photocopies: 8 Pages |
| 2015021900 | TCEH | 2015116 | Diana P. Thorn | In House Duplication | $0.10 | 2 | $0.20 | Photocopies: 2 Pages |

| 2015021901 | TCEH | 2015120 | Diana P. Thorn | In House Duplication | $0.10 | 4  | $0.40 | Photocopies: 4 Pages  |
| 2015021902 | TCEH | 2015120 | Diana P. Thorn | In House Duplication | $0.10 | 10 | $1.00 | Photocopies: 10 Pages |
| 2015021903 | TCEH | 2015120 | Diana P. Thorn | In House Duplication | $0.10 | 3  | $0.30 | Photocopies: 3 Pages  |
| 2015021904 | TCEH | 2015120 | Diana P. Thorn | In House Duplication | $0.10 | 4  | $0.40 | Photocopies: 4 pages  |