**EXHIBIT A**

**Detailed Description of Expenses**

| Expense Category | Date | Professional | Expense Description | | Total Expense | Allocation |
|---|---|---|---|---|---|---|
| Air/Rail Travel | 11/12/2014 | Chen, Lisa Y | Flight from NY to Dallas for diligence meeting (round trip) | | $1,715.42 | TCEH |
| | 10/29/2014 | Hiltz, William | Flight to Dallas for Board Meeting (one way) | | $530.50 | All |
| | 10/16/2014 | Matican, Jeremy M | Amtrak ticket from NY to Wilmington for court hearing (round trip) | | $318.00 | All |
| | 10/16/2014 | Matican, Jeremy M | Credit for change in Amtrak ticket (Wilmington trip) | | ($13.00) | All |
| | 10/17/2014 | Matican, Jeremy M | Additional Amtrak fare for taking different train (Wilmington trip) | | $38.00 | All |
| | 10/20/2014 | Matican, Jeremy M | Amtrak ticket from NY to Wilmington for court hearing (one way) | | $179.00 | All |
| | 10/21/2014 | Matican, Jeremy M | Amtrak ticket from Wilmington to NY for court hearing (one way) | | $179.00 | All |
| | 10/27/2014 | Matican, Jeremy M | Amtrak ticket from NY to Wilmington for court hearing (round trip) | | $320.00 | All |
| | 10/27/2014 | Matican, Jeremy M | Amtrak credit for cancelled train ticket (Wilmington trip) | | ($126.90) | All |
| | 11/12/2014 | Patel, Neal H | Flight from NY to Dallas for diligence meeting (roundtrip) | | $984.70 | TCEH |
| | 10/20/2014 | Yi, Bo S | Amtrak ticket from NY to Wilmington for court hearing (one way) | | $179.00 | All |
| | 10/21/2014 | Yi, Bo S | Amtrak ticket from Wilmington to NY for court hearing (one way) | | $179.00 | All |
| | 10/16/2014 | Ying, David Y | Amtrak ticket from NY to Wilmington for court hearing (round trip) | | $358.00 | All |
| | 10/16/2014 | Ying, David Y | Amtrak fare credit for changed ticket | | ($20.00) | All |
| | 10/16/2014 | Ying, David Y | Amtrak fare credit for changed ticket | | ($13.00) | All |
| | 10/17/2014 | Ying, David Y | Additional Amtrak fare for taking different train (Wilmington trip) | | $38.00 | All |
| | 10/30/2014 | Ying, David Y | Flight to NYC from Board Meeting (Cancelled) | | ($857.71) | All |
| | | | | Sub-Total | $3,988.01 | |
| | | | | | | |
| Copies & Shipping | 11/11/2014 | Other | B&W copies (1,488) | | $148.80 | All |
| | 11/11/2014 | Other | Color copies (1,148) | | $574.00 | All |
| | | | | Sub-Total | $722.80 | |
| | | | | | | |
| Legal / Professional Fees | 11/1/2014 | Other | Debevoise Invoice (November 2014) | | $7,743.54 | All |
| | | | | Sub-Total | $7,743.54 | |
| | | | | | | |
| Local Ground Transport[1] | 10/27/2014 | Chen, Lisa Y | Latenight taxi from office | | $24.00 | EFIH |
| | 10/28/2014 | Chen, Lisa Y | Latenight taxi from office | | $21.00 | EFIH |
| | 10/22/2014 | Levit, Vadim | Latenight taxi from office | | $9.50 | All |
| | 10/24/2014 | Levit, Vadim | Latenight taxi from office | | $11.40 | All |
| | 10/25/2014 | Levit, Vadim | Weekend taxi to office | | $14.40 | All |
| | 10/31/2014 | Levit, Vadim | Latenight taxi from office | | $6.50 | All |
| | 11/7/2014 | Levit, Vadim | Latenight taxi from office | | $7.80 | All |
| | 11/10/2014 | Levit, Vadim | Latenight taxi from office | | $7.70 | All |
| | 11/12/2014 | Levit, Vadim | Latenight taxi from office | | $13.10 | All |
| | 11/16/2014 | Levit, Vadim | Weekend taxi to office | | $13.10 | All |
| | 10/13/2014 | Matican, Jeremy M | Latenight taxi from office | | $8.40 | All |
| | 10/15/2014 | Matican, Jeremy M | Latenight taxi from office | | $6.50 | EFH |
| | 10/29/2014 | Matican, Jeremy M | Latenight taxi from office | | $8.40 | All |
| | 10/29/2014 | Matican, Jeremy M | Latenight taxi from office | | $8.30 | All |
| | 10/30/2014 | Matican, Jeremy M | Latenight taxi from office | | $8.40 | All |
| | 11/3/2014 | Matican, Jeremy M | Latenight taxi from office | | $8.30 | All |
| | 11/24/2014 | Matican, Jeremy M | Latenight taxi from office | | $8.40 | All |
| | 11/30/2014 | Matican, Jeremy M | Weekend taxi to office | | $5.60 | All |
| | 11/30/2014 | Matican, Jeremy M | Weekend taxi from office | | $7.80 | All |
| | 10/16/2014 | Patel, Neal H | Latenight taxi from office | | $10.20 | EFIH |
| | 10/22/2014 | Patel, Neal H | Latenight taxi from office | | $9.50 | All |
| | 10/23/2014 | Patel, Neal H | Latenight taxi from office | | $9.50 | All |
| | 10/29/2014 | Patel, Neal H | Latenight taxi from office | | $7.10 | All |
| | 10/30/2014 | Patel, Neal H | Latenight taxi from office | | $7.10 | All |
| | 11/3/2014 | Patel, Neal H | Latenight taxi from office | | $8.62 | All |
| | 11/13/2014 | Patel, Neal H | Latenight taxi from office | | $25.30 | All |
| | 11/17/2014 | Patel, Neal H | Latenight taxi from office | | $7.70 | EFH |
| | 11/25/2014 | Patel, Neal H | Latenight taxi from office | | $7.38 | All |
| | 11/10/2014 | Raghavan, Sesh | Latenight taxi from office | | $10.50 | EFIH |
| | 11/14/2014 | Rao, Aashik A | Latenight taxi from office to home (New Jersey) | | $67.65 | TCEH |
| | 11/16/2014 | Yi, Bo S | Weekend taxi to office | | $6.35 | All |
| | 11/16/2014 | Yi, Bo S | Weekend taxi from office | | $8.10 | All |
| | 11/5/2014 | Ying, David Y | Taxi to meeting | | $13.20 | EFH |
| | 11/14/2014 | Ying, David Y | Taxi to meeting | | $11.30 | ALL |
| | | | | Sub-Total | $408.10 | |
| | | | | | | |
| Meals[2] | 10/28/2014 | Chen, Lisa Y | Weeknight dinner (actual expense reduced to cap) | | $20.00 | EFIH |
| | 10/29/2014 | Chen, Lisa Y | Weeknight dinner (actual expense reduced to cap) | | $20.00 | All |
| | 10/31/2014 | Chen, Lisa Y | Weeknight dinner (actual expense reduced to cap) | | $20.00 | EFIH |
| | 11/19/2014 | Chen, Lisa Y | Weeknight dinner (actual expense reduced to cap) | | $20.00 | ALL |
| | 11/24/2014 | Chen, Lisa Y | Weeknight dinner (actual expense reduced to cap) | | $20.00 | TCEH |
| | 11/10/2014 | Kalugotla, Vishnu S | Weeknight dinner (actual expense reduced to cap) | | $20.00 | All |
| | 10/27/2014 | Levit, Vadim | Weeknight dinner (actual expense reduced to cap) | | $20.00 | All |
| | 10/29/2014 | Levit, Vadim | Weeknight dinner (actual expense reduced to cap) | | $20.00 | All |
| | 10/30/2014 | Levit, Vadim | Weeknight dinner (actual expense reduced to cap) | | $20.00 | All |
| | 10/31/2014 | Levit, Vadim | Weeknight dinner (actual expense reduced to cap) | | $20.00 | All |
| | 11/3/2014 | Levit, Vadim | Weeknight dinner (actual expense reduced to cap) | | $20.00 | All |
| | 11/10/2014 | Levit, Vadim | Weeknight dinner (actual expense reduced to cap) | | $20.00 | All |

| | Date | Name | Description | | Amount | Entity |
|---|---|---|---|---|---|---|
| | 11/11/2014 | Levit, Vadim | Weeknight dinner (actual expense reduced to cap) | | $20.00 | All |
| | 11/13/2014 | Levit, Vadim | Weeknight dinner (actual expense reduced to cap) | | $20.00 | All |
| | 11/16/2014 | Levit, Vadim | Weekend meal | | $15.26 | All |
| | 11/17/2014 | Levit, Vadim | Weeknight dinner (actual expense reduced to cap) | | $20.00 | All |
| | 11/18/2014 | Levit, Vadim | Weeknight dinner (actual expense reduced to cap) | | $20.00 | All |
| | 11/19/2014 | Levit, Vadim | Weeknight dinner (actual expense reduced to cap) | | $20.00 | All |
| | 11/20/2014 | Levit, Vadim | Weeknight dinner (actual expense reduced to cap) | | $20.00 | All |
| | 11/21/2014 | Levit, Vadim | Weeknight dinner | | $19.93 | All |
| | 11/25/2014 | Levit, Vadim | Weeknight dinner | | $11.11 | TCEH |
| | 10/15/2014 | Matican, Jeremy M | Weeknight dinner | | $9.47 | EFH |
| | 10/28/2014 | Matican, Jeremy M | Weeknight dinner (actual expense reduced to cap) | | $20.00 | All |
| | 10/29/2014 | Matican, Jeremy M | Weeknight dinner (actual expense reduced to cap) | | $20.00 | All |
| | 11/3/2014 | Matican, Jeremy M | Weeknight dinner (actual expense reduced to cap) | | $20.00 | All |
| | 11/24/2014 | Matican, Jeremy M | Weeknight dinner (actual expense reduced to cap) | | $20.00 | All |
| | 11/25/2014 | Matican, Jeremy M | Weeknight dinner (actual expense reduced to cap) | | $20.00 | All |
| | 11/30/2014 | Matican, Jeremy M | Weekend meal at office | | $20.00 | All |
| | 10/27/2014 | Patel, Neal H | Weeknight dinner (actual expense reduced to cap) | | $20.00 | All |
| | 10/28/2014 | Patel, Neal H | Weeknight dinner (actual expense reduced to cap) | | $20.00 | All |
| | 10/29/2014 | Patel, Neal H | Weeknight dinner (actual expense reduced to cap) | | $20.00 | All |
| | 10/30/2014 | Patel, Neal H | Weeknight dinner (actual expense reduced to cap) | | $20.00 | All |
| | 10/31/2014 | Patel, Neal H | Weeknight dinner (actual expense reduced to cap) | | $20.00 | All |
| | 11/3/2014 | Patel, Neal H | Weeknight dinner (actual expense reduced to cap) | | $20.00 | All |
| | 11/6/2014 | Patel, Neal H | Weeknight dinner (actual expense reduced to cap) | | $20.00 | All |
| | 11/11/2014 | Patel, Neal H | Weeknight dinner (actual expense reduced to cap) | | $20.00 | All |
| | 11/13/2014 | Patel, Neal H | Weeknight dinner (actual expense reduced to cap) | | $20.00 | All |
| | 11/14/2014 | Patel, Neal H | Weeknight dinner (actual expense reduced to cap) | | $20.00 | All |
| | 11/17/2014 | Patel, Neal H | Weeknight dinner (actual expense reduced to cap) | | $20.00 | EFH |
| | 11/18/2014 | Patel, Neal H | Weeknight dinner (actual expense reduced to cap) | | $20.00 | All |
| | 11/19/2014 | Patel, Neal H | Weeknight dinner (actual expense reduced to cap) | | $20.00 | All |
| | 11/20/2014 | Patel, Neal H | Weeknight dinner (actual expense reduced to cap) | | $20.00 | All |
| | 11/24/2014 | Patel, Neal H | Weeknight dinner (actual expense reduced to cap) | | $20.00 | All |
| | 11/25/2014 | Patel, Neal H | Weeknight dinner (actual expense reduced to cap) | | $20.00 | All |
| | 11/14/2014 | Rao, Aashik A | Weeknight dinner (actual expense reduced to cap) | | $20.00 | TCEH |
| | 11/24/2014 | Rao, Aashik A | Weeknight dinner (actual expense reduced to cap) | | $20.00 | All |
| | 10/28/2014 | Yi, Bo S | Weeknight dinner (actual expense reduced to cap) | | $20.00 | All |
| | 10/29/2014 | Yi, Bo S | Weeknight dinner (actual expense reduced to cap) | | $20.00 | All |
| | 10/30/2014 | Yi, Bo S | Weeknight dinner (actual expense reduced to cap) | | $20.00 | All |
| | 11/3/2014 | Yi, Bo S | Weeknight dinner (actual expense reduced to cap) | | $20.00 | All |
| | 11/4/2014 | Yi, Bo S | Weeknight dinner (actual expense reduced to cap) | | $20.00 | All |
| | 11/5/2014 | Yi, Bo S | Weeknight dinner (actual expense reduced to cap) | | $20.00 | All |
| | 11/6/2014 | Yi, Bo S | Weeknight dinner (actual expense reduced to cap) | | $20.00 | All |
| | 11/10/2014 | Yi, Bo S | Weeknight dinner (actual expense reduced to cap) | | $20.00 | EFH |
| | 11/11/2014 | Yi, Bo S | Weeknight dinner (actual expense reduced to cap) | | $20.00 | EFH |
| | 11/12/2014 | Yi, Bo S | Weeknight dinner (actual expense reduced to cap) | | $20.00 | TCEH |
| | 11/13/2014 | Yi, Bo S | Weeknight dinner (actual expense reduced to cap) | | $20.00 | TCEH |
| | 11/14/2014 | Yi, Bo S | Weeknight dinner (actual expense reduced to cap) | | $20.00 | EFIH |
| | 11/19/2014 | Yi, Bo S | Weeknight dinner (actual expense reduced to cap) | | $20.00 | TCEH |
| | 11/20/2014 | Yi, Bo S | Weeknight dinner (actual expense reduced to cap) | | $20.00 | TCEH |
| | 11/25/2014 | Yi, Bo S | Weeknight dinner (actual expense reduced to cap) | | $20.00 | All |
| | 11/26/2014 | Yi, Bo S | Weeknight dinner | | $18.24 | All |
| | | | | **Sub-Total** | **$1,214.01** | |
| Research[3] | 11/1/2014 | Other | Thomson investext | | $1.52 | All |
| | 11/1/2014 | Other | Thomson investext | | $5.81 | All |
| | 11/1/2014 | Other | Thomson investext | | $19.63 | All |
| | 11/3/2014 | Other | Factset | | $40.69 | All |
| | | | | **Sub-Total** | **$67.65** | |
| Telecom | 11/12/2014 | Patel, Neal H | In flight Internet (Dallas trip) | | $10.00 | TCEH |
| | 11/13/2014 | Patel, Neal H | In flight Internet (Dallas trip) | | $14.95 | All |
| | | | | **Sub-Total** | **$24.95** | |
| Travel Ground Transport | 10/30/2014 | Altman, Roger C | Car Service from Airport to Hotel (Dallas Trip) | | $110.77 | All |
| | 11/12/2014 | Chen, Lisa Y | Taxi from airport to home (Dallas Trip) | | $45.50 | TCEH |
| | 11/12/2014 | Chen, Lisa Y | Taxi from home to airport (Dallas Trip) | | $50.12 | TCEH |
| | 11/12/2014 | Chen, Lisa Y | Car service from EFH office to Airport (in Dallas) | | $114.20 | TCEH |
| | 10/29/2014 | Hiltz, William | Car service from home to airport (Dallas trip) | | $56.80 | All |
| | 10/17/2014 | Matican, Jeremy M | Wilmington taxi (court hearing) | | $16.00 | All |
| | 10/20/2014 | Matican, Jeremy M | Taxi from dinner to hotel (Wilmington trip) | | $9.00 | All |
| | 10/20/2014 | Matican, Jeremy M | Taxi to dinner (Wilmington trip) | | $9.00 | All |
| | 10/21/2014 | Matican, Jeremy M | Taxi from hotel to train station (Wilmington trip) | | $10.00 | All |
| | 10/21/2014 | Matican, Jeremy M | Taxi from Penn Station to home (Wilmington trip) | | $18.00 | All |
| | 10/27/2014 | Matican, Jeremy M | Taxi from train station to RLF (Wilmington trip) | | $10.00 | All |
| | 10/27/2014 | Matican, Jeremy M | Car Service from station to home | | $47.90 | All |
| | 10/27/2014 | Matican, Jeremy M | Car Service from home to Penn Station | | $48.82 | All |
| | 11/12/2014 | Patel, Neal H | Car Service from home to airport (Dallas Trip) | | $69.05 | TCEH |
| | 11/12/2014 | Patel, Neal H | Car Service from airport to EFH Office (in Dallas) | | $102.90 | TCEH |

| | | | | | |
|---|---|---|---|---|---|
| | 11/13/2014 | Patel, Neal H | Taxi from client office to airport (Dallas trip) | $33.90 | All |
| | 11/13/2014 | Patel, Neal H | Taxi from LGA to office (Dallas trip) | $43.50 | All |
| | 10/16/2014 | Ying, David Y | Taxi from train station to hotel (Wilmington trip) | $12.00 | All |
| | 10/17/2014 | Ying, David Y | Taxi from hotel to train station (Wilmington trip) | $12.00 | All |
| | 10/29/2014 | Ying, David Y | Car Service from home to LGA airport (Dallas Trip) | $77.28 | All |
| | 10/29/2014 | Ying, David Y | Car service from airport to hotel for board meeting (Dallas trip) | $102.90 | All |
| | 10/30/2014 | Ying, David Y | Car Service from NJ airport to home (Dallas trip) | $113.29 | All |
| | 10/30/2014 | Ying, David Y | Car service from board meeting to airport (Dallas trip) | $102.90 | All |
| | | | **Sub-Total** | **$1,215.83** | |
| Travel Lodging | 10/20/2014 | Hiltz, William | Hotel stay in Wilmington for court hearing | $284.90 | All |
| | 10/29/2014 | Hiltz, William | Hotel stay in Dallas for board meeting | $344.63 | All |
| | 10/16/2014 | Matican, Jeremy M | Hotel stay in Wilmington for court hearing | $167.31 | All |
| | 10/20/2014 | Matican, Jeremy M | Hotel stay in Wilmington for court hearing | $296.01 | All |
| | 10/20/2014 | Yi, Bo S | Hotel stay in Wilmington for court hearing | $273.90 | All |
| | | | **Sub-Total** | **$1,366.75** | |
| Travel Meals | 11/12/2014 | Chen, Lisa Y | Travel breakfast (Dallas trip) | $12.50 | TCEH |
| | 11/12/2014 | Chen, Lisa Y | Travel dinner (Dallas trip) | $38.18 | TCEH |
| | 10/20/2014 | Hiltz, William | Travel lunch (Wilmington trip) | $34.33 | All |
| | 10/20/2014 | Hiltz, William | Travel dinner (Wilmington trip) (Actual expense reduced to cap amount) | $40.00 | All |
| | 10/20/2014 | Hiltz, William | Travel breakfast (Wilmington trip) | $37.35 | All |
| | 10/29/2014 | Hiltz, William | Travel dinner (Dallas trip) (Actual expense reduced to cap amount) | $40.00 | All |
| | 10/16/2014 | Matican, Jeremy M | Travel breakfast (Wilminton trip) | $11.25 | All |
| | 10/16/2014 | Matican, Jeremy M | Travel lunch (Wilminton trip) | $23.00 | All |
| | 10/17/2014 | Matican, Jeremy M | Travel group lunch (Wilmington trip) (Hiltz, Ying, Goldstein, Raghavan, Yi, Bridget O'Connor (K&E)) | $133.00 | All |
| | 10/17/2014 | Matican, Jeremy M | Travel breakfast (Wilminton trip) | $8.75 | All |
| | 10/20/2014 | Matican, Jeremy M | Travel dinner (Wilminton trip) (Actual expense reduced to cap) | $40.00 | All |
| | 10/21/2014 | Matican, Jeremy M | Travel dinner (Wilminton trip) (Actual expense reduced to cap) | $40.00 | All |
| | 11/12/2014 | Patel, Neal H | Travel breakfast at airport (Dallas trip) | $12.05 | TCEH |
| | 10/16/2014 | Raghavan, Sesh | Travel lunch (Wilmington trip) | $23.00 | All |
| | 10/20/2014 | Raghavan, Sesh | Travel lunch (Wilmington trip) | $34.33 | All |
| | 10/16/2014 | Yi, Bo S | Travel lunch (Wilmington trip) | $23.00 | All |
| | 10/20/2014 | Yi, Bo S | Travel lunch (Wilmington trip) | $34.34 | All |
| | 10/20/2014 | Yi, Bo S | Travel dinner (Wilmington trip) (Actual expense reduced to cap) | $40.00 | All |
| | 10/20/2014 | Ying, David Y | Travel dinner (Wilmington trip) (Actual expense reduced to cap) | $40.00 | All |
| | | | **Sub-Total** | **$665.08** | |
| | | | **Total** | **$17,416.72** | |

(1) Includes local ground transportation for late night work where timekeeper worked at least 4 hours and departed the office after 9pm, consistent with the Fee Committee guidelines
(2) Includes meals for late night work where timekeeper worked at least 4 hours and departed the office after 8pm, consistent with the Fee Committee guidelines
(3) Represents third party research and data services directly related to these cases for which underlying charges are based on direct usage by timekeeper

# **EXHIBIT A-1**

**Legal Expenses of Evercore**

# DEBEVOISE & PLIMPTON LLP

919 Third Avenue  
New York, NY 10022  
Tel   212 909 6000  
Fax  212 909 6836  
www.debevoise.com

December 8, 2014

Invoice No. : 1320402

Client Matter: 23172.1026

Evercore Partners  
55 East 52nd Street  
New York, NY  10055  
Attn: Adam B. Frankel

FOR PROFESSIONAL SERVICES AND ADVICE  rendered during the period from November 1, 2014 through November 30, 2014 in connection with EFH Advice.

| | |
|---|---:|
| Total Fees ................................................................................................... | $7,553.00 |
| Document Preparation, Communication, Other Charges and Disbursements ....... | $190.54 |
| Total................................................................................................................ | $7,743.54 |

*Payment due Upon Receipt*  
*Payment May Be Made By Wire Transfer to*  
*Account # 4919-9225 at Citibank, N.A., New York, N.Y.*  
*ABA # 021000089*  
*SWIFT: CITIUS33*  
*Tax Identification  Number 13 -5537279*

1000455630v1

*Schedule of Charges and Disbursements*
*Related to Statement for Legal Services*
*November 1, 2014 through November 30, 2014*

Charges:

| | |
|---|---|
| Word Processing and other document preparation charges | 190.54 |
| Sub-total for Charges: | $190.54 |
| **Total For Charges and Disbursements:** | **190.54** |

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 11/01/14 | Rapacciuolo, John S. | 1.90 | Prepare documents for production and secure transit to Kirkland (1.9). |
| 11/01/14 | Reilly, Wendy B. | 0.10 | Emails to & from J. Rapacciuolo re: document production (.1) |
| 11/01/14 | Battle, Willie J. | 0.50 | Arrange for secure data repository per J. Rapacciuolo (0.5). |
| 11/06/14 | Alexander, Derek P. | 0.60 | Review of UST reduction proposal (0.1), call with Matican to advise on same (0.2), call with Matican regarding proper allocation of expenses (0.3). |
| 11/07/14 | Reilly, Wendy B. | 0.30 | Emails to & from B. Stephany, M. Barack, K. Masotti, D. Alexander, Global Relay re: document discovery (.3) |
| 11/08/14 | Reilly, Wendy B. | 0.30 | Emails to & from M. Barack, K. Masotti, J. Matican, D. Alexander, J. Rapacciuolo, Global Relay, Kirkland & Ellis re: document discovery (.3) |
| 11/09/14 | Reilly, Wendy B. | 0.10 | Emails to & from Kirkland & Ellis re: document discovery (.1) |
| 11/10/14 | Reilly, Wendy B. | 0.10 | Emails to & from M. Barack, K. Masotti, Global Relay re: document collection (.1) |
| 11/11/14 | Reilly, Wendy B. | 2.00 | TCW B. Stephany, W. Pruitt, H. Hadzimuratovic re: document discovery (.6), emails to & from B. Stephany, M. Barack re: document discovery (.6), TCW M. Barack re: document discovery (.2), TCW M. Barack, J. Matican, B. Yi, N. Patel re: document discovery (.6) |
| 11/12/14 | Reilly, Wendy B. | 1.00 | TCW B. Yi, W. Pruitt, H. Hadzimuratovic re: document collection (.9), emails to & from B. Yi, M. Barack re: document collection (.1) |
| 11/14/14 | Reilly, Wendy B. | 0.10 | Review & revise proposed search terms for supplemental document collection (.1) |
| 11/17/14 | Reilly, Wendy B. | 1.00 | Review & revise search terms for supplemental document collection (.5), emails to & from M. Barack, B. Yi, J. Matican, GlobalRelay re: search terms for supplemental document collection (.5) |
| 11/20/14 | Reilly, Wendy B. | 0.50 | Emails to & from M. Barack, B. Yi, J. Matican, W. Pruitt, B. Stephany, H. Madzimuratovic re: document collection (.5) |
| 11/21/14 | Reilly, Wendy B. | 0.30 | Emails to & from M. Barack, B. Yi, J. Matican, Global Relay re: document collection (.3) |
| 11/24/14 | Reilly, Wendy B. | 0.20 | Emails to & from M. Barack, Kirkland, Global Relay re: document collection (.2) |
| 11/25/14 | Reilly, Wendy B. | 0.10 | Emails to & from M. Barack, Global Relay re: document collection (.1) |
| 11/26/14 | Reilly, Wendy B. | 0.40 | Emails to & from M. Barack, Kirkland, Global Relay re: document collection (.4) |

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 11/26/14 | Rapacciuolo, John S. | 1.10 | Coordinate preparation of Evercore email documents for review (1.1). |
| 11/29/14 | Rapacciuolo, John S. | 0.50 | Coordinate preparation of Evercore "restructure" email documents for review (0.5). |
| | Hours: | 11.10 | |

**Timekeeper Summary**

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| WENDY B. REILLY | 6.50 | 890.00 | 5,785.00 |
| Total For COUNSEL | 6.50 | | 5,785.00 |
| DEREK P. ALEXANDER | 0.60 | 780.00 | 468.00 |
| Total For ASSOCIATE | 0.60 | | 468.00 |
| WILLIE J. BATTLE | 0.50 | 325.00 | 162.50 |
| JOHN S. RAPACCIUOLO | 3.50 | 325.00 | 1,137.50 |
| Total For DISC / DATA MGT | 4.00 | | 1,300.00 |
| MATTER TOTALS | 11.10 | | 7,553.00 |

1000455630v1

# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com

Invoice Number: 1320402

December 8, 2014

Evercore Partners
55 East 52nd Street
New York, NY  10055
Attn: Adam B. Frankel

**Remittance Summary**
(Payment Due Upon Receipt)

| | |
|---|---:|
| **Total Fees** | **$7,553.00** |
| **Document Preparation, Communication, Other Charges and Disbursements** | **$190.54** |
| **Total Amount Due** | **$7,743.54** |

*Remit Payment By:*

| *Check* | *Wire Transfer* |
|---|---|
| Debevoise & Plimpton LLP | Citibank, N.A., New York, N.Y |
| Accounting Department, 28th Floor | ABA # 021000089 |
| 919 Third Avenue | SWIFT: CITIUS33 Account #4919-9225 |
| New York, N.Y 10022 | Invoice No.: 1320402 |

*Tax Identification Number 13 - 5537279*

1000455630v1