# **EXHIBIT A**

**Detailed Description of Expenses**

| Expense Category | Date | Professional | Expense Description | Total Expense | Allocation |
|---|---|---|---|---|---|
| Legal / Professional Fees | 12/8/2014 | Other | Debevoise Invoice (December 2014) | $45,085.79 | All |
| | | | Sub-Total | $45,085.79 | |
| Local Ground Transport[1] | 12/2/2014 | Chen, Lisa Y | Latenight taxi from office | $22.80 | EFIH |
| | 12/16/2014 | Chen, Lisa Y | Latenight taxi from office | $28.80 | All |
| | 12/2/2014 | Levit, Vadim | Latenight taxi from office | $9.00 | All |
| | 12/3/2014 | Levit, Vadim | Latenight taxi from office | $8.90 | All |
| | 12/4/2014 | Levit, Vadim | Latenight taxi from office | $9.00 | EFIH |
| | 12/10/2014 | Levit, Vadim | Latenight taxi from office | $7.10 | All |
| | 12/10/2014 | Levit, Vadim | Latenight taxi from office | $9.00 | All |
| | 12/12/2014 | Levit, Vadim | Latenight taxi from office | $9.60 | EFIH |
| | 12/12/2014 | Levit, Vadim | Latenight taxi from office | $61.58 | EFIH |
| | 12/1/2014 | Matican, Jeremy M | Latenight taxi from office | $8.90 | All |
| | 12/9/2014 | Matican, Jeremy M | Latenight taxi from office | $8.30 | EFH |
| | 12/10/2014 | Matican, Jeremy M | Latenight taxi from office | $9.00 | All |
| | 12/16/2014 | Matican, Jeremy M | Latenight taxi from office | $9.60 | EFIH |
| | 12/18/2014 | Matican, Jeremy M | Latenight taxi from office | $9.00 | All |
| | 12/19/2014 | Matican, Jeremy M | Latenight taxi from office | $9.60 | All |
| | 12/30/2014 | Matican, Jeremy M | Latenight taxi from office | $7.80 | EFIH |
| | 12/1/2014 | Patel, Neal H | Latenight taxi from office | $8.40 | All |
| | 12/2/2014 | Patel, Neal H | Latenight taxi from office | $11.40 | All |
| | 12/3/2014 | Patel, Neal H | Latenight taxi from office | $10.80 | All |
| | 12/4/2014 | Patel, Neal H | Latenight taxi from office | $11.90 | All |
| | 12/5/2014 | Patel, Neal H | Latenight taxi from office | $19.20 | TCEH |
| | 12/8/2014 | Patel, Neal H | Latenight taxi from office | $7.70 | All |
| | 12/9/2014 | Patel, Neal H | Latenight taxi from office | $11.30 | All |
| | 12/10/2014 | Patel, Neal H | Latenight taxi from office | $12.00 | All |
| | 12/11/2014 | Patel, Neal H | Latenight taxi from office | $11.90 | All |
| | 12/12/2014 | Patel, Neal H | Latenight taxi from office | $8.90 | All |
| | 12/16/2014 | Patel, Neal H | Latenight taxi from office | $12.00 | All |
| | 12/18/2014 | Patel, Neal H | Latenight taxi from office | $10.10 | TCEH |
| | 12/30/2014 | Patel, Neal H | Latenight taxi from office | $14.30 | EFIH |
| | 12/12/2014 | Rao, Aashik A | Latenight car from office to home (New Jersey) | $68.68 | All |
| | 12/10/2014 | Ying, David Y | Taxi to meeting | $8.62 | ALL |
| | | | Sub-Total | $455.18 | |
| Meals[2] | 12/3/2014 | Chen, Lisa Y | Weeknight dinner (actual expense reduced to cap) | $20.00 | EFIH |
| | 12/9/2014 | Chen, Lisa Y | Weeknight dinner (actual expense reduced to cap) | $20.00 | All |
| | 12/10/2014 | Chen, Lisa Y | Weeknight dinner (actual expense reduced to cap) | $20.00 | EFIH |
| | 12/12/2014 | Chen, Lisa Y | Weeknight dinner (actual expense reduced to cap) | $20.00 | EFIH |
| | 12/15/2014 | Chen, Lisa Y | Weeknight dinner (actual expense reduced to cap) | $20.00 | EFIH |
| | 12/16/2014 | Chen, Lisa Y | Weeknight dinner (actual expense reduced to cap) | $20.00 | All |
| | 12/1/2014 | Levit, Vadim | Weeknight dinner (actual expense reduced to cap) | $20.00 | EFIH |
| | 12/4/2014 | Levit, Vadim | Weeknight dinner (actual expense reduced to cap) | $20.00 | EFIH |
| | 12/9/2014 | Levit, Vadim | Weeknight dinner (actual expense reduced to cap) | $20.00 | All |
| | 12/10/2014 | Levit, Vadim | Weeknight dinner (actual expense reduced to cap) | $20.00 | All |
| | 12/11/2014 | Levit, Vadim | Weeknight dinner (actual expense reduced to cap) | $20.00 | All |
| | 12/12/2014 | Levit, Vadim | Weeknight dinner (actual expense reduced to cap) | $20.00 | EFIH |
| | 12/15/2014 | Levit, Vadim | Weeknight dinner (actual expense reduced to cap) | $20.00 | EFIH |
| | 12/30/2014 | Levit, Vadim | Weeknight dinner (actual expense reduced to cap) | $20.00 | EFIH |
| | 12/1/2014 | Matican, Jeremy M | Weeknight dinner (actual expense reduced to cap) | $20.00 | All |
| | 12/17/2014 | Matican, Jeremy M | Weeknight dinner (actual expense reduced to cap) | $20.00 | EFIH |
| | 12/1/2014 | Patel, Neal H | Weeknight dinner (actual expense reduced to cap) | $20.00 | All |
| | 12/2/2014 | Patel, Neal H | Weeknight dinner (actual expense reduced to cap) | $20.00 | All |
| | 12/3/2014 | Patel, Neal H | Weeknight dinner (actual expense reduced to cap) | $20.00 | All |
| | 12/4/2014 | Patel, Neal H | Weeknight dinner (actual expense reduced to cap) | $20.00 | All |
| | 12/5/2014 | Patel, Neal H | Weeknight dinner (actual expense reduced to cap) | $20.00 | TCEH |
| | 12/9/2014 | Patel, Neal H | Weeknight dinner (actual expense reduced to cap) | $20.00 | All |
| | 12/10/2014 | Patel, Neal H | Weeknight dinner (actual expense reduced to cap) | $20.00 | All |
| | 12/11/2014 | Patel, Neal H | Weeknight dinner (actual expense reduced to cap) | $20.00 | All |
| | 12/12/2014 | Patel, Neal H | Weeknight dinner (actual expense reduced to cap) | $20.00 | All |
| | 12/15/2014 | Patel, Neal H | Weeknight dinner (actual expense reduced to cap) | $20.00 | All |
| | 12/18/2014 | Patel, Neal H | Weeknight dinner (actual expense reduced to cap) | $20.00 | TCEH |
| | 12/30/2014 | Patel, Neal H | Weeknight dinner (actual expense reduced to cap) | $20.00 | EFIH |
| | 12/9/2014 | Rao, Aashik A | Weeknight dinner (actual expense reduced to cap) | $20.00 | All |
| | 12/12/2014 | Rao, Aashik A | Weeknight dinner (actual expense reduced to cap) | $20.00 | All |
| | 12/1/2014 | Yi, Bo S | Weeknight dinner (actual expense reduced to cap) | $20.00 | All |
| | 12/2/2014 | Yi, Bo S | Weeknight dinner (actual expense reduced to cap) | $20.00 | TCEH |
| | 12/3/2014 | Yi, Bo S | Weeknight dinner (actual expense reduced to cap) | $20.00 | All |
| | 12/4/2014 | Yi, Bo S | Weeknight dinner (actual expense reduced to cap) | $20.00 | All |
| | 12/9/2014 | Yi, Bo S | Weeknight dinner (actual expense reduced to cap) | $20.00 | All |
| | 12/10/2014 | Yi, Bo S | Weeknight dinner (actual expense reduced to cap) | $20.00 | TCEH |
| | 12/11/2014 | Yi, Bo S | Weeknight dinner | $19.91 | EFIH |
| | 12/12/2014 | Yi, Bo S | Weeknight dinner (actual expense reduced to cap) | $20.00 | TCEH |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 12/15/2014 | Yi, Bo S | Weeknight dinner (actual expense reduced to cap) | | $20.00 | TCEH |
| | 12/18/2014 | Yi, Bo S | Weeknight dinner (actual expense reduced to cap) | | $20.00 | TCEH |
| | | | | **Sub-Total** | **$799.91** | |
| Research[3] | 12/1/2014 | Other | Factset | | $10.89 | All |
| | 12/1/2014 | Other | Standard & Poors | | $34.16 | All |
| | 12/1/2014 | Other | Thomson investext | | $5.14 | All |
| | | | | **Sub-Total** | **$50.19** | |

| | |
|---|---|
| **Total** | **$46,391.07** |

(1) Includes local ground transportation for late night work where timekeeper worked at least 4 hours and departed the office after 9pm, consistent with the Fee Committee guidelines
(2) Includes meals for late night work where timekeeper worked at least 4 hours and departed the office after 8pm, consistent with the Fee Committee guidelines
(3) Represents third party research and data services directly related to these cases for which underlying charges are based on direct usage by timekeeper

# EXHIBIT A-1

**Legal Expenses of Evercore**

# Debevoise & Plimpton LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com

January 23, 2014

Invoice No. : 1323064

Client Matter: 23172.1026

Evercore Partners
55 East 52nd Street
New York, NY  10055
Attn: Adam B. Frankel

FOR PROFESSIONAL SERVICES AND ADVICE rendered during the period from December 1, 2014 through December 31, 2014 in connection with EFH Advice.

| | |
|---|---:|
| Total Fees ................................................................................................ | $43,156.00 |
| Document Preparation, Communication, Other Charges and Disbursements ....... | $1,929.79 |
| Total................................................................................................................ | $45,085.79 |

*Payment due Upon Receipt*
*Payment May Be Made By Wire Transfer to*
*Account # 4919-9225 at Citibank, N.A., New York, N.Y.*
*ABA # 021000089*
*SWIFT: CITIUS33*
*Tax Identification  Number 13 -5537279*

1000455623v1

Case 14-10979-CSS    Doc 3745-2    Filed 03/03/15    Page 6 of 12
23172.1026 - EFH ADVICE                    2                    Invoice Number: 1323064

*Schedule of Charges and Disbursements*
*Related to Statement for Legal Services*
<u>*December 1, 2014 through December 31, 2014*</u>

Charges:

Word Processing and other document preparation charges     1,757.54

                 Sub-total for Charges:                $1,757.54

Disbursements:

Overtime expenses                172.25

                 Sub-total for Disbursements:                $172.25

                 **Total For Charges and Disbursements:**                <u>**1,929.79**</u>

1000455623v1

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 12/01/14 | Chen, Peter | 5.60 | Review documents for privilege, relevance, and confidentiality (5.6) |
| 12/01/14 | Rapacciuolo, John S. | 0.70 | Coordinate preparation of Evercore RSA email documents for review (.7). |
| 12/01/14 | Slobodkin, Yury G. | 1.50 | Prepare documents for legal team review (1.5). |
| 12/01/14 | Slobodkin, Yury G. | 0.50 | Administer procedures to prepare media for off-site secured storage (.5). |
| 12/02/14 | Chen, Peter | 5.20 | Review documents for privilege, relevance, and confidentiality (5.2) |
| 12/02/14 | Gulizia, Adria S. | 9.00 | Document review for privilege, relevance and confidentiality (9.0) |
| 12/02/14 | Gulizia, Adria S. | 0.20 | Email P Chen re document review (.2) |
| 12/03/14 | Gulizia, Adria S. | 1.10 | Document review for privilege, relevance and confidentiality (1.1) |
| 12/03/14 | Gulizia, Adria S. | 0.10 | Email P Chen re document review (.1) |
| 12/03/14 | Chen, Peter | 5.70 | Review documents for privilege, relevance, and confidentiality (5.7) |
| 12/03/14 | Reilly, Wendy B. | 0.10 | Emails to & from P. Chen, A. Gulizia, B. Stephany re: document review (.1) |
| 12/04/14 | Chen, Peter | 1.30 | Review documents for privilege, relevance, and confidentiality (1.3) |
| 12/04/14 | Rapacciuolo, John S. | 0.60 | Coordinate preparation of documents for Kirkland (.2); perform quality controls on documents selected for Kirkland (.4). |
| 12/04/14 | Gulizia, Adria S. | 1.20 | Review tagged documents (1.2) |
| 12/04/14 | Gulizia, Adria S. | 0.30 | Discussing document review with P. Chen via phone (0.1) Email P. Chen and J. Rapacciuolo about document review (0.2) |
| 12/05/14 | Rapacciuolo, John S. | 2.60 | Prepare EFH/RSA documents for Kirkland (2.6). |
| 12/06/14 | Battle, Willie J. | 0.50 | Arrange for secure data repository per J. Rapacciuolo (.5). |
| 12/09/14 | Reilly, Wendy B. | 0.60 | TCW B. Stephany re: document collection (.5); emails to & from B. Stephany, M. Barack, J. Matican, B. Yi re: document collection (.1) |
| 12/10/14 | Reilly, Wendy B. | 0.30 | TCW M. Barack re: document collection & NDA (.1); emails to & from M. Barack, B. Stephany re: document collection & NDA (.2) |
| 12/12/14 | Reilly, Wendy B. | 0.20 | Emails to & from B. Stephany, M. Barack re: document collection (.2) |

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 12/12/14 | Alexander, Derek P. | 0.60 | Review of supplemental disinterestedness disclosures (0.4); comment on supplemental disinterestedness disclosures for Barack (0.2) |
| 12/15/14 | Reilly, Wendy B. | 0.80 | Emails to & from M. Barack, Kirkland re: NDA & document collection (.2); review & revise non-disclosure agreement (.6) |
| 12/16/14 | Reilly, Wendy B. | 1.50 | Emails to & from M. Barack re: NDA (.2); review & revise draft non-disclosure agreement (1.1); TCW M. Barack re: NDA (.2) |
| 12/17/14 | Reilly, Wendy B. | 0.50 | Emails to & from M. Barack, J. Matican, B. Yi, N. Patel re: document collection & NDA (.4); review & revise NDA (.1) |
| 12/18/14 | Rapacciuolo, John S. | 0.80 | Emails with W. Reilly re coordinating collection from Evercore and production to Kirkland (.3); coordinate with collection vendor BIA Protect re same (.5). |
| 12/18/14 | Reilly, Wendy B. | 0.50 | Emails to & from M. Barack, J. Matican, J. Rapacciuolo re: document collection & NDA (.4); TCW M. Barack re: document collection & NDA (.1) |
| 12/19/14 | Reilly, Wendy B. | 3.80 | TCW M. Barack, J. Matican, B. Yi, N. Patel, V. Levit, D. Alexander, J. Rapacciuolo, D. Rivera re: document collection & review (.9); TCSW B. Stephany re: document collection & review (.9); emails to & from M. Barack, J. Matican, B. Yi, N. Patel, V. Levit, D. Alexander, J. Rapacciuolo, B. Stephany re: document collection & review (1.4); TCW J. Rapacciuolo re: document collection (.2); TCW M. Barack, J. Matican re: document collection & review (.4) |
| 12/19/14 | Rapacciuolo, John S. | 4.80 | Coordinate preparation of documents for production to Kirkland (1.1); teleconferences with Evercore, W. Reilly, BIA and TLS re same (1.0); coordinate with, and support, Evercore IT on forensic collection (1.2); manage vendors (1.0); secure data for transit (.5). |
| 12/20/14 | Rapacciuolo, John S. | 0.70 | Coordinate preparation of documents for delivery to Kirkland (.2); manage vendor on indexing, processing and removing privilege (.5). |
| 12/20/14 | Reilly, Wendy B. | 0.90 | Emails to & from M. Barack, J. Matican, B. Stephany, J. Rapacciuolo re: document review (.3); draft privileged & confidential search terms list (.6) |
| 12/21/14 | Rapacciuolo, John S. | 1.20 | Coordinate preparation of documents for delivery to Kirkland (.3); manage vendor and analysts on indexing, processing and removing privilege (.5); perform quality control procedures on search/filter results (.4). |
| 12/22/14 | Reilly, Wendy B. | 1.60 | TCW J. Rapacciuolo re: document collection (.2); emails to & from B. Stephany re: document collection & review (.4); emails to & from M. Barack, J. Matican, Global Relay re: document collection & review (.4); emails to & from J. Rapacciuolo re: document collection & review (.2); review documents (.3); TCW M. Barack re: email collection (.1) |

1000455623v1

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 12/22/14 | Rapacciuolo, John S. | 3.40 | Coordinate preparation of Evercore EFH documents for production to Kirkland (3.0); teleconferences and emails with W. Reilly re same (.4). |
| 12/22/14 | Slobodkin, Yury G. | 4.00 | Prepare documents for legal team review (4.0). |
| 12/22/14 | Battle, Willie J. | 0.50 | Arrange for secure data repository per J. Rapacciuolo (.5). |
| 12/23/14 | Slobodkin, Yury G. | 1.50 | Prepare documents for legal team review (1.5). |
| 12/23/14 | Gulizia, Adria S. | 0.10 | Email W. Reilly and P. Chen re. document review (.1). |
| 12/23/14 | Rapacciuolo, John S. | 1.30 | Coordinate preparation of Lazard documents for review, including vendor and analyst management (1.3). |
| 12/23/14 | Reilly, Wendy B. | 0.30 | Emails to & from P. Chen, A. Gulizia, J. Rapacciuolo, M. Barack, Global Relay re: document collection & review (.3) |
| 12/24/14 | Reilly, Wendy B. | 0.10 | Emails to & from J. Rapacciuolo (.1) |
| 12/24/14 | Alexander, Derek P. | 1.20 | First correspondence with Barack re tax allocation letter concerning E 2014 fees requested by Debtor (0.4); review of tax allocation letter concerning E 2014 fees requested by Debtor (0.2); drafting revisions to tax allocation letter concerning E 2014 fees requested by Debtor (0.3); correspondence with Matican re proposed revisions to tax allocation letter concerning E 2014 fees requested by Debtor (0.3). |
| 12/24/14 | Rapacciuolo, John S. | 1.00 | Coordinate preparation of Evercore email and efile documents for review (1.0). |
| 12/24/14 | Slobodkin, Yury G. | 1.80 | Prepare documents for legal team review (1.2); Administer organization and security procedures to prepare media for off-site secured storage (.6). |
| 12/26/14 | Reilly, Wendy B. | 0.10 | Emails to & from B. Stephany re: document review (.1) |
| 12/30/14 | Rapacciuolo, John S. | 0.70 | Coordinate preparation of Evercore documents for privilege/confidentiality review (.4); support technical aspects of document review (.3). |
| 12/30/14 | Gulizia, Adria S. | 0.50 | Email P. Chen and J Rapacciuolo re document review (.5) |
| 12/30/14 | Gulizia, Adria S. | 2.70 | Document review for privilege, relevance and confidential information (2.7) |
| 12/31/14 | Chen, Peter | 1.20 | Review emails and documents for privilege, relevance, and confidential information (1.2) |
| 12/31/14 | Gulizia, Adria S. | 4.20 | Document review for privilege, relevance and confidentiality (4.2) |
| 12/31/14 | Rapacciuolo, John S. | 1.40 | Coordinate preparation of documents for review (.5); perform quality control routines on document collection and update accordingly (.9). |
| | Hours: | 81.00 | |

**Timekeeper Summary**

| Timekeeper | Hours | Rate | Amount |
| --- | --- | --- | --- |
| WENDY B. REILLY | 11.30 | 930.00 | 10,509.00 |
| Total For COUNSEL | 11.30 | | 10,509.00 |
| DEREK P. ALEXANDER | 1.80 | 825.00 | 1,485.00 |
| PETER CHEN | 19.00 | 580.00 | 11,020.00 |
| ADRIA S. GULIZIA | 19.40 | 580.00 | 11,252.00 |
| Total For ASSOCIATE | 40.20 | | 23,757.00 |
| WILLIE J. BATTLE | 1.00 | 325.00 | 325.00 |
| JOHN S. RAPACCIUOLO | 19.20 | 325.00 | 6,240.00 |
| YURY G. SLOBODKIN | 9.30 | 250.00 | 2,325.00 |
| Total For DISC / DATA MGT | 29.50 | | 8,890.00 |
| MATTER TOTALS | 81.00 | | 43,156.00 |

# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com

Invoice Number: 1323064

January 23, 2014

Evercore Partners
55 East 52nd Street
New York, NY  10055
Attn: Adam B. Frankel

**Remittance Summary**
(Payment Due Upon Receipt)

| | |
|---|---|
| **Total  Fees** | **$43,156.00** |
| **Document Preparation, Communication, Other Charges and Disbursements** | **$1,929.79** |
| **Total Amount Due** | **$45,085.79** |

*Remit Payment By:*

| *Check* | *Wire Transfer* |
|---|---|
| Debevoise & Plimpton LLP | Citibank, N.A., New York, N.Y |
| Accounting Department, 28th Floor | ABA # 021000089 |
| 919 Third Avenue | SWIFT: CITIUS33 Account #4919-9225 |
| New York, N.Y 10022 | Invoice No.: 1323064 |

*Tax Identification Number 13 - 5537279*

1000455623v1