# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**                                                     **Chapter:** 11

Energy Future Holdings Corp.

Energy Plaza
1601 Bryan Street
Dallas, TX 75201

  **EIN:** 46–2488810                                 **Case No.:** 14–10979–CSS

TXU Corp.
TXU Corp
Texas Utilities

### NOTICE OF HEARING

A hearing regarding Omnibus Objection to Claims (Debtors' Tenth Omnibus (Substantive) Objection to (Certain No Liability) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007–1). is scheduled for 3/10/14 at 09:30 AM at the United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom #6, Wilmington, DE 19801 .

David D. Bird
Clerk of Court

Dated: 3/4/15

(VAN–401a)