# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: JudyF | Date Created: 3/4/2015 |
| Case: 14−10979−CSS | Form ID: van401a | Total: 3 |

**Recipients of Notice of Electronic Filing:**
aty        Jason M. Madron        madron@rlf.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
7913812    Lee County        c/o Diane W. Sanders        Linebarger Goggan Blair & Sampson LLP        P.O. Box
17428        Austin, TX 78760
          Mary LaCour        15803 Ruppstock Drive        Missouri City, TX 77489

TOTAL: 2