# Certificate of Service
# Motion for Continuance

I, Mary LaCour, swear to the fact that a true and correct copy of the Motion for Continuance has been sent by U.S. Mail to:

1. Jason Madron - Attorney
   Layton and Finger, P.A.
   920 N. King
   Wilmington, Delaware 1980[1]

2. U.S. Bankruptcy Court - Cause #14-10979(CSS)
   824 N. Market - 3rd Floor
   Wilmington, Delaware 19801

2-22-15

Mary C LaCour
Mary LaCour, Creditor

Cause #14-10979 (CSS)