Order,
For Continuance
Court Date of March 10, 2015
@ 9:30 am.

The request for Continuance by Creditors is hereby Granted / Denied. The Reset date is _____,

2-22-15

_____
Judge

Date _____

Cause # 14-10979 (CSS)                                    Solo Page