IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | ) | Chapter 11 |
|---|---|---|
| ENERGY FUTURE HOLDINGS CORP., et al.,[1] | ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) | (Jointly Administered) |

FILED
15 MAR -2 AM 9:18
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

## Creditor's Motion For Summary Judgement

Comes Now The Creditors requesting a Summary Judgement based on the Rule of law that a debt follows the debtor. This debt started as a lease agreement for oil and gas in the state of Texas. Now it is in bankruptcy court in Delaware.

Submitted By:

2-22-15

Mary C LaCour
Mary LaCour
Creditors

# Certificate of Service
## Summary Judgement

I, Mary LaCour, swear to the fact that a true and correct copy of the Motion for Summary Judgement has been sent by U.S. Mail to:

1. Jason Madron, Atty.
   Layton and Finger, P.A.
   920 N. King
   Wilmington, Delaware 19801

2. U.S. Bankruptcy Ct. Cause # 14-10979(CSS)
   824 N. Market 3rd Floor
   Wilmington, Delaware 19801

2-22-15

Mary LaCour
Mary La Cour, Creditor

Cause # 14-10979(CSS)
# 14-10979

# Certificate of Service
## Summary Judgement

I, Mary LaCour, swear to the fact that a true and correct copy of the Motion for Summary Judgement has been sent by U.S. Mail to:

1. Jason Madron, Atty.
   Layton and Finger, P.A.
   920 N. King
   Wilmington, Delaware 19801

2. U.S. Bankruptcy Ct. Cause# 14-10979 (CSS)
   824 N. Market, 3rd Floor
   Wilmington, Delaware 19801

2-22-15

Mary La Cour
Mary La Cour, Creditor

FILED
2015 MAR -2  AM 9:18
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Cause # 14-10979 (CSS)