## Order For Summary Judgement

The Request by Creditors, for a Summary Judgement is hereby- Granted / Denied

_____  Judge

Date: _____

### Fiat

The hearing date is set _____ 2015.

Cause # 14-10979(CSS)

Solo Page