# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
Energy Future Holdings Corp.
Energy Plaza
1601 Bryan Street
Dallas, TX 75201
 **EIN:** 46–2488810
TXU Corp.
TXU Corp
Texas Utilities

**Chapter:** 11

**Case No.:** 14–10979–CSS

### NOTICE OF Motion for Summary Judgment HEARING

A hearing regarding the Motion For Summary Judgment is scheduled for 3/10/15 at 09:30 AM at the United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom #6, Wilmington, DE 19801 .

David D. Bird
Clerk of Court

Dated: 3/4/15

(VAN–401a)