# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: JudyF | Date Created: 3/4/2015 |
| Case: 14−10979−CSS | Form ID: van401a | Total: 2 |

**Recipients of Notice of Electronic Filing:**
aty    Jason M. Madron    madron@rlf.com

    TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
    Mary LaCour    15803 Ruppstock Drive    Missouri City, TX 77489

    TOTAL: 1