| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., et al.,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

# Motion To Produce

Come Now, the Creditors, Requesting the production of the following documents:

1. Name and addresses, tax numbers of any and all parties in Texas that represent or was involved with the leasing of 151.2 acres as outlined in this petition, not limited to RJR Land Services.

2. Oil and Gas Production Records

3. Lease agreement for 151.2 acres

4. All Financial records - Payments, Loans and etc. regarding said property.

5. List of subsidiary companies - Acting on Debtor's behalf or interest.

6. Show they connection to Creditors and Debtors - Regarding said 151.2 acres in Texas; trace the paper work.

Respectfully,

2-22-15

Mary LaCour