# Certificate of Service
## Motion For Production

I, Mary LaCour, swear that a true and correct copy of the Motion To Produce has been sent by U.S. Mail to: Jason Madran, Atty. Layton and Finger, P.A. 920 N. King Wilington, Delaware 19801

U.S. Bankruptcy - Dist of 824 N. Market St., Delaware 3rd Floor Wilmington, Delaware 19801

2-22-15

Mary LaCour
Mary LaCour

Cause # 14-10979 (CSS)