# Order
## For Motion To Produce

The Request for Production of records is hereby: Granted or Denied.

_____
Judge

Fiat

The hearing date is set _____ 2015.

Cause #14-10979-CSS