# UNITED STATES BANKRUPTCY COURT
## District of Delaware

| | |
|---|---|
| **In Re:** | **Chapter:** 11 |
| Energy Future Holdings Corp. | |
| Energy Plaza | |
| 1601 Bryan Street | |
| Dallas, TX 75201 | |
|   **EIN:** 46–2488810 | **Case No.:** 14–10979–CSS |
| TXU Corp. | |
| TXU Corp | |
| Texas Utilities | |

### NOTICE OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS HEARING

A hearing regarding Motion to Compel the Production of Documents is scheduled for 3/10/15 at 09:30 AM at the United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom #6, Wilmington, DE 19801 .

                                                   David D. Bird
                                                 Clerk of Court

Dated: 3/4/15

(VAN–401a)