**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| Energy Future Holdings Corp., *et al.,*[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **RE: Docket No. 3593** |

**MOTION OF OFFICIAL COMMITTEE OF TCEH UNSECURED CREDITORS FOR
LEAVE TO FILE AND SERVE A LATE REPLY IN RESPONSE TO ANY
OBJECTIONS OR RESPONSES FILED IN CONNECTION WITH THE "MOTION OF
OFFICIAL COMMITTEE OF TCEH UNSECURED CREDITORS FOR ENTRY OF AN
ORDER GRANTING EXCLUSIVE STANDING AND AUTHORITY TO COMMENCE,
PROSECUTE, AND SETTLE CERTAIN CLAIMS FOR DECLARATORY JUDGMENT,
AVOIDANCE AND RECOVERY OF LIENS, SECURITY INTERESTS, OBLIGATIONS,
FEES, AND INTEREST PAYMENTS, AND DISALLOWANCE OF
CLAIMS" [DOCKET NO. 3593]**

The Official Committee of TCEH Unsecured Creditors (the "**Committee**") of Energy

Future Competitive Holdings Company LLC ("**EFCH**"), EFCH's direct subsidiary, Texas

Competitive Electric Holdings Company LLC, and their direct and indirect subsidiaries (the

"**TCEH Debtors**"), and EFH Corporate Services Company, files this motion for leave (the

"**Motion for Leave**"), pursuant to Rule 9006-1(d) of the Local Rules of Bankruptcy Practice and

Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local

Rules**"), to file and serve a reply (the "**Reply**") beyond the deadline set forth in Local Rule 9006-

1(d) in response to any objections or responses that have been or may be filed by any party in

connection with the *Motion of Official Committee of TCEH Unsecured Creditors for Entry of an*

---

[1]     The last four digits of Energy Future Holdings Corp.'s tax identification number
are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas
75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly
administered, a complete list of the debtors and the last four digits of their federal tax
identification numbers is not provided herein.  A complete list of such information may be
obtained on the website of the debtors' claims and noticing agent at http://efhcaseinfo.com.

*Order Granting Exclusive Standing and Authority to Commence, Prosecute, and Settle Certain Claims for Declaratory Judgment, Avoidance and Recovery of Liens, Security Interests, Obligations, Fees, and Interest Payments, and Disallowance of Claims* filed on February 19, 2015 [Docket No. 3593] (the "**Standing Motion**").  In support of this Motion for Leave, the Committee respectfully represents as follows:

### JURISDICTION

1.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

### BACKGROUND

2.      On February 19, 2015, the Committee filed the Standing Motion.

3.      The Standing Motion is scheduled to be heard by the Court on March 10, 2015 at 9:30 a.m. (Eastern Time) (the "**Hearing**").  Pursuant to the *Notice of Motion of Official Committee of TCEH Unsecured Creditors for Entry of an Order Granting Exclusive Standing and Authority to Commence, Prosecute, and Settle Certain Claims for Declaratory Judgment, Avoidance and Recovery of Liens, Security Interests, Obligations, Fees, and Interest Payments, and Disallowance of Claims* filed and served along with the Standing Motion, the deadline for all parties-in-interest to file responses or objections to the Standing Motion is 4:00 p.m. (Eastern Time) on March 3, 2015 (the "**Objection Deadline**").  Motions for standing were also filed by the EFH Committee [Docket No. 3605] and the Ad Hoc Group Of TCEH Unsecured Noteholders [Docket No. 3603] (together, the "**Petitioning Creditors**"), both of which are scheduled to be heard at the Hearing.

4.      As of the date hereof, four objections (the "**Objections**") have been filed with respect to the Standing Motion.  The Objections were filed by:  (i) the Debtors [Docket No.

3726]; (ii) CCP Credit Acquisition Holdings, L.L.C., Centerbridge Special Credit Partners, L.P., and Centerbridge Special Credit Partners II, L.P. [Docket No. 3729]; (iii) Wilmington Trust, N.A., as Successor TCEH First Lien Administrative Agent and Collateral Agent [Docket No. 3731]; and (iv) the Ad Hoc Committee of TCEH First Lien Creditors [Docket No. 3732] (collectively, the "**Respondents**").[2]  Additionally, the Committee granted an extension of the Objection Deadline to the Ad Hoc Group of TCEH Unsecured Noteholders until March 4, 2015 at 4:00 p.m. (Eastern Time).

5.      The Respondents have filed substantive and detailed responses to the Standing Motion.  In order to thoughtfully respond to the Objections and continue efforts to resolve outstanding issues prior to the Hearing, the Committee seeks permission to file and serve the Reply after the deadline afforded under Local Rule 9006-1(d).

## RELIEF REQUESTED

6.      By this Motion for Leave, the Committee seeks authority, pursuant to Local Rule 9006-1(d), to file and serve the Reply on or before 12:00 p.m. (noon) (Eastern Time) on Monday, March 9, 2015.

## BASIS FOR RELIEF

7.      Pursuant to Local Rule 9006-1(d), "[r]eply papers may be filed and, if filed, shall be served so as to be received by 4:00 p.m. prevailing Eastern Time the day prior to the deadline for filing the agenda."  See Del. Bankr. L.R. 9006-1(d).

8.      The agenda for the Hearing (currently set for March 10, 2015 starting at 9:30 a.m. (Eastern Time)) is due to be filed with the Court by 12:00 p.m. (noon) (Eastern Time) on Friday,

---

[2]      Additional pleadings in response to the Standing Motion and/or the motions filed by the Petitioning Creditors were filed by (i) Wilmington Savings Fund Society, FSB [Docket No. 3725]; (ii) The Ad Hoc Group Of TCEH Unsecured Noteholders [Docket No. 3734]; and (iii) Law Debenture Trust Company of New York, as Indenture Trustee [Docket. No. 3741], although none of these pleadings objects to the relief sought in the Standing Motion.

3

49795163.1

March 6, 2015.  As noted above, Local Rule 9006-1(d) therefore requires that the Committee file and serve any Reply with the Court on or before 4:00 p.m. (Eastern Time) on Thursday, March 5, 2015.   However, this condensed timeframe does not provide the Committee with sufficient time to prepare and file a Reply that thoroughly and adequately addresses the multitude of issues raised in the Objections.  Notably, the Ad Hoc Group of TCEH First Lien Creditors and other parties received an initial draft of the proposed complaint (attached as Exhibit C to the Standing Motion) on October 31, 2014, as well as various versions thereafter.  Such parties have had a significant amount of time—approximately three months—to prepare their extensive Objections, which contain an aggregate of approximately 700 pages of briefing and exhibits. The Committee, which did not have the benefit of a preview of those Objections, now has only 48 hours to prepare a response.  Accordingly, absent leave of Court, the Committee will be unduly constrained in its ability to file and serve the Reply in full compliance with Local Rule 9006-1(d).

9.       The Committee submits that the Court should grant an extension of the time in which to file the Reply under Local Rule 9006-1(d).  The Committee respectfully submits that the Reply will assist the Court in its consideration of the issues raised in the Standing Motion and related Objections.  Absent leave of Court to file the Reply, the Committee may be unable to submit an appropriate written response to the Objections, putting the Committee in the difficult position of presenting its arguments in reply for the first time at the Hearing.  The Committee believes that the Reply will assist the Court in understanding and deciding the merits of the Standing Motion and the Objections and other responses thereto.  Additionally, since the Hearing is on a Tuesday, granting the Committee an extension to file the Reply until Monday at 12:00

4

p.m. (noon) (Eastern Time) will facilitate constructive discussions with the Respondents and the

Petitioning Creditors concerning the relief requested in the Standing Motion over the weekend.

WHEREFORE the Committee respectfully requests that the Court enter an order,

substantially in the form attached as **Exhibit A**, authorizing the Committee to file and serve the

Reply on or before Monday, March 9, 2015 at 12:00 p.m. (noon) (Eastern Time).

Dated: Wilmington, Delaware
      March 4, 2015                    **MORRISON & FOERSTER LLP**
                                   James M. Peck
                                   Brett H. Miller
                                   Lorenzo Marinuzzi
                                   Todd M. Goren
                                   250 West 55th Street
                                   New York, New York 10019-9601
                                   Telephone:  (212) 468-8000
                                   Facsimile:  (212) 468-7900
                                   E-mail:  jpeck@mofo.com
                                            brettmiller@mofo.com
                                            lmarinuzzi@mofo.com
                                            tgoren@mofo.com

                                  -and-

                                 */s/ Christopher A. Ward* _____
                                 Christopher A. Ward (Del. Bar No. 3877)
                                 Justin K. Edelson (Del. Bar No. 5002)
                                 Shanti M. Katona (Del. Bar No. 5352)
                                 Jarrett Vine (Del. Bar No. 5400)
                                 **POLSINELLI PC**
                                 222 Delaware Avenue, Suite 1101
                                 Wilmington, Delaware 19801
                                 Telephone: (302) 252-0920
                                 Facsimile:  (302) 252-0921
                                 E-mail:  cward@polsinelli.com
                                            jedelson@polsinelli.com
                                            skatona@polsinelli.com
                                            jvine@polsinelli.com

                                 *Attorneys for the Official Committee of TCEH*
                                 *Unsecured Creditors*

49795163.1