# **<u>EXHIBIT A</u>**

49795163.1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Energy Future Holdings Corp., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **RE: Docket No. _____** |

**ORDER GRANTING LEAVE TO FILE AND SERVE A LATE REPLY IN RESPONSE TO ANY OBJECTIONS OR RESPONSES FILED IN CONNECTION WITH THE "MOTION OF OFFICIAL COMMITTEE OF TCEH UNSECURED CREDITORS FOR ENTRY OF AN ORDER GRANTING EXCLUSIVE STANDING AND AUTHORITY TO COMMENCE, PROSECUTE, AND SETTLE CERTAIN CLAIMS FOR DECLARATORY JUDGMENT, AVOIDANCE AND RECOVERY OF LIENS, SECURITY INTERESTS, OBLIGATIONS, FEES, AND INTEREST PAYMENTS, AND DISALLOWANCE OF CLAIMS" [DOCKET NO. 3593]**

Upon consideration of the *Motion of Official Committee of TCEH Unsecured Creditors for Leave to File and Serve a Late Reply in Response to Any Objections or Responses Filed in Connection with the "Motion of Official Committee of TCEH Unsecured Creditors for Entry of an Order Granting Exclusive Standing and Authority to Commence, Prosecute, and Settle Certain Claims for Declaratory Judgment, Avoidance and Recovery of Liens, Security Interests, Obligations, Fees, and Interest Payments, and Disallowance of Claims" [Docket No. 3593]* filed on March 4, 2015 (the "**Motion for Leave**"[2]) seeking entry of an order, pursuant to Local Rule 9006-1(d), authorizing the Committee to file and serve a late Reply; and good and sufficient cause appearing therefor, it is hereby:

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://efhcaseinfo.com.

[2] Capitalized terms used herein and not otherwise defined shall have the meanings ascribed to such terms in the Motion for Leave.

49795163.1

2

ORDERED, that the Motion for Leave is GRANTED as set forth herein; and it is further

ORDERED that the Committee is granted leave to file and serve the Reply by Monday, March 9, 2015 at 12:00 p.m. (noon) (Eastern Time); and it is further

ORDERED that the Court will consider the Reply in conjunction with consideration of the Standing Motion.

Dated: March_____, 2015
       Wilmington, Delaware

 

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

49795163.1