**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] ) | Case No. 14-10979 (CSS) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |
| ) | Re: D.I. 3605 |

**MOTION OF THE EFH OFFICIAL COMMITTEE FOR LEAVE TO FILE
AND SERVE A LATE REPLY IN CONNECTION WITH THE MOTION OF
THE EFH OFFICIAL COMMITTEE FOR ENTRY OF AN ORDER GRANTING
DERIVATIVE STANDING AND AUTHORITY TO PROSECUTE AND
SETTLE CLAIMS ON BEHALF OF THE LUMINANT DEBTORS' ESTATES**

The official committee of unsecured creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc. (the "**EFH Committee**") hereby submits this motion (this "**Motion for Leave**") for entry of an order, substantially in the form attached hereto as <u>Exhibit A</u> (the "**Proposed Order**"), pursuant to section 105(a) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "**Bankruptcy Code**"), granting leave to the EFH Committee to file and serve an omnibus reply to objections and responses filed in connection with the *Motion of the EFH Official Committee for Entry of an Order Granting Derivative Standing and Authority to Prosecute and Settle Claims on Behalf of the Luminant Debtors' Estates* [D.I. 3605] (the "**Standing Motion**"),[2] after the deadline set forth in rule 9006-1(d) of the Local Rules of Bankruptcy Practice and Procedure

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Standing Motion.

of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**").  In support of this Motion for Leave, the EFH Committee respectfully represents as follows:

### Facts Relevant to the Relief Requested

1. The Standing Motion seeks entry of an order by the Court granting the EFH Committee exclusive standing and authority to assert, prosecute, litigate, negotiate and, if appropriate and subject to Court approval, settle the Luminant Avoidance Actions.  The Standing Motion is scheduled to be heard at the omnibus hearing scheduled before the Court at 9:30 a.m. on March 10, 2015 (the "**Hearing**"), and the deadline to file any responses or objections to the Standing Motion was 4:00 p.m. on March 3, 2015.

2. As of the date hereof, seven objections and responses have been filed with the Court in connection with the Standing Motion, including objections and responses filed by the Debtors, the TCEH Committee, the ad hoc committee of holders of first lien senior secured debt claims against the TCEH Debtors, the administrative agent under the First Lien Credit Agreement, the Second Lien Notes indenture trustee, the Unsecured Notes indenture trustee and the ad hoc group of certain holders of the Unsecured Notes (collectively, with any other objections or responses that may be filed with the Court, the "**Objections**").  The Objections total hundreds of pages and address multiple substantive issues relevant to the EFH Committee's Standing Motion.

3. The EFH Committee has been engaged in discussions to resolve or narrow the scope of the Objections.  In addition to responding to the Objections at the Hearing, the EFH Committee intends to file a written response to the Objections before the Hearing for the benefit of the Court and other parties in interest in these chapter 11 cases.  In order to prepare an appropriate response, and to allow for further efforts by the EFH Committee and its advisors to resolve or narrow the scope of the Objections before filing its reply, the EFH Committee

respectfully requests the permission of the Court to file and serve any reply to the Objections on or before 12:00 p.m. (Eastern Time) on Monday, March 9, 2015, after the deadline provided under Local Rule 9006-1(d).

## Jurisdiction

4.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. § 1334.  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  This matter is a core proceeding pursuant to 28 U.S.C. § 157(b).  The statutory predicate for the relief requested herein is section 105(a) of the Bankruptcy Code.

## Relief Requested

5.      By this Motion for Leave, the EFH Committee requests entry of the Proposed Order granting leave for the EFH Committee to file and serve an omnibus reply to the Objections filed in connection with the Standing Motion on or before 12:00 p.m. (Eastern Time) on Monday, March 9, 2015.

## Basis for Relief

6.      Local Rule 9006-1(d) provides that a reply by a movant "may be filed and, if filed, shall be served so as to be received by 4:00 p.m. prevailing Eastern Time the day prior to the deadline for filing the agenda."  Under Local Rule 9029-3(a), the agenda for the Hearing is due to be filed at or before 12:00 p.m. (Eastern Time) on March 6, 2015, two business days before the Hearing.  Local Rule 9006-1(d) therefore requires the EFH Committee to serve any replies to the Objections by 4:00 p.m. (Eastern Time) on March 5, 2015, only forty-eight hours after the objection deadline.

7.      The EFH Committee submits that, under the circumstances, the Court should grant an extension of the time in which to file an omnibus reply under Local Rule 9006-1(d).  Given the number and length of the Objections to the Standing Motion and the

3

substantive matters discussed therein, an extension of the deadline to file an omnibus reply to 12:00 p.m. (Eastern Time) on Monday, March 9, 2015 will permit the EFH Committee time to provide the Court with an appropriate response and facilitate the EFH Committee's efforts to resolve or narrow the scope of the Objections.  The EFH Committee believes that its reply will assist the Court in its consideration of the issues raised in the Standing Motion and the Objections.

    WHEREFORE, for the reasons set forth herein, the EFH Committee respectfully requests that the Court (a) enter the Proposed Order, granting leave for the EFH Committee to file and serve an omnibus reply to the Objections at or before 12:00 p.m. (Eastern Time) on Monday, March 9, 2015 and (b) grant such other and further relief as is just and proper.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>    March 4, 2015 | **MONTGOMERY McCRACKEN WALKER & RHOADS, LLP**<br><br>*/s/ Mark A. Fink*<br>Natalie D. Ramsey, Esquire (DE Bar No. 5378)<br>Davis Lee Wright, Esquire (DE Bar No. 4324)<br>Mark A. Fink, Esquire (DE Bar No. 3946)<br>1105 North Market Street, 15th Floor<br>Wilmington, DE  19801<br>Telephone: (302) 504-7800<br>Facsimile: (302) 504 -7820<br>E-mail: nramsey@mmwr.com<br>     dwright@mmwr.com<br>     mfink@mmwr.com<br><br>– and – |

5

                    **SULLIVAN & CROMWELL LLP**

Andrew G. Dietderich
Brian D. Glueckstein
Michael H. Torkin
Alexa J. Kranzley
125 Broad Street
New York, New York  10004
Telephone:     (212) 558-4000
Facsimile:       (212) 558-3588
E-mail:            dietdericha@sullcrom.com
                  gluecksteinb@sullcrom.com
                  torkinm@sullcrom.com
                  kranzleya@sullcrom.com

*Counsel for the Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC; EFIH Finance Inc.; and EECI, Inc.*

5