# EXHIBIT A

# Proposed Order

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>Re:  D.I. [_____] |

**ORDER GRANTING LEAVE TO FILE AND SERVE A LATE REPLY
IN CONNECTION WITH THE MOTION OF THE EFH OFFICIAL
COMMITTEE FOR ENTRY OF AN ORDER GRANTING DERIVATIVE
STANDING AND AUTHORITY TO PROSECUTE AND SETTLE
CLAIMS ON BEHALF OF THE LUMINANT DEBTORS' ESTATES**

Upon the motion (the "**Motion for Leave**")[2] of the official committee of unsecured creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc. (the "**EFH Committee**") for entry of an order (this "**Order**") granting leave to the EFH Committee to file and serve any reply, beyond the time set forth in Rule 9006-1(d) of the Local Rules, in response to the Objections filed in connection with the Standing Motion; it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of these chapter 11 cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and after due deliberation thereon; and good and sufficient cause appearing therefor;

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion for Leave.

2

IT IS HEREBY ORDERED THAT:

1. The Motion for Leave is GRANTED as set forth herein.

2. The EFH Committee is hereby granted leave to file and serve an omnibus reply to the Objections by 12:00 p.m. (Eastern Time) on Monday, March 9, 2015.

3. The Court will consider any reply filed and served by the EFH Committee in accordance with this Order.

Dated: March ___, 2015
       Wilmington, Delaware

                              The Honorable Christopher S. Sontchi
                              United States Bankruptcy Judge