# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
|  | **Ref. Docket Nos. 3632 and 3633** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

CHRISTINA SIGUENZA, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 23, 2015, I caused to be served the:

    a) "Declaration of Disinterestedness of Zolfo Cooper, LLC Pursuant to the Order Authorizing the Retention and Compensation of Certain Professionals Utilized in the Ordinary Course of Business," dated February 23, 2015 [Docket No. 3632], and

    b) "Notice of Ninth Amended Lists of Ordinary Course Professionals," dated February 23, 2015 [Docket No. 3633],

by causing true and correct copies of to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

T:\Clients\TXUENERG\Affidavits\Zolfo Declaration & 9th Ntc OCP_DI 3632 & 3633_AFF_2-23-15_KH.docx

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Christina Siguenza

Sworn to before me this
25th day of February, 2015

_____
Notary Public

CAROL IRIS ZHANG
Notary Public, State of New York
No. 01ZH6284936
Qualified in Kings County
Commission Expires July 01, 2017

-2-

**EXHIBIT A**

```
            EFH_(LIST2002.DBF, REC2002) *** 29 ***              EFH_(LIST2002.DBF, REC2002) *** 1 ***
ENERGY FUTURE HOLDINGS CORP ET AL             KIRKLAND & ELLIS LLP
ATTN: ANDREW M WRIGHT                         (COUNSEL TO EFHC DEBTORS)
1601 BRYAN ST 43RD FL                         ATTN: RICHARD CIERI ESQ,EDWARD SASSOWER PC
DALLAS, TX 75201                              STEPHEN HESSLER ESQ & BRIAN SCHARTZ ESQ
                                              601 LEXINGTON AVE
                                              NEW YORK, NY 10022


            EFH_(LIST2002.DBF, REC2002) *** 2 ***               EFH_(LIST2002.DBF, REC2002) *** 239 ***
KIRKLAND & ELLIS LLP                          MORRISON & FOERSTER LLP
(COUNSEL TO EFHC DEBTORS)                     (COUNSEL TO THE EFH CREDITORS COMMITTEE)
ATTN: JAMES HM SPRAYREGEN PC                  ATTN: JAMES PECK ESQ, BRETT H MILLER ESQ
CHAD HUSNICK ESQ & STEVEN SERAJEDDINI ESQ     LORENZO MARINUZZI ESQ
300 N LASALLE                                 250 W 55TH ST
CHICAGO, IL 60654                             NEW YORK, NY 10019


            EFH_(LIST2002.DBF, REC2002) *** 4 ***               EFH_(LIST2002.DBF, REC2002) *** 234 ***
OFFICE OF THE UNITED STATES TRUSTEE           OFFICE OF THE UNITED STATES TRUSTEE
ATTN: RICHARD L. SCHEPACARTER                 U.S. FEDERAL OFFICE BUILDING
J. CALEB BOGGS FEDERAL BUILDING               ATTN: ANDREA SCHWARTZ
844 KING STREET, SUITE 2207                   201 VARICK STREET, SUITE 1006
WILMINGTON, DE 19801                          NEW YORK, NY 10014


            EFH_(LIST2002.DBF, REC2002) *** 23 ***
SHEARMAN & STERLING LLP
(COUNSEL TO DEUTSCHE BANK, AGENT TO EFIH
FIRST LIEN DIP FINANCING)
ATTN: FREDERICK SOSNICK ESQ &
NED SHODEK ESQ
599 LEXINGTON AVE
NEW YORK, NY 10022
```