## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Bankruptcy Case No. 14-10979 (CSS) |
| *Debtors.* | Jointly Administered |
| | **Related to Docket No. 3748** |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE      )
                              ) SS
NEW CASTLE COUNTY    )

        I, Susan L. Williams, being duly sworn according to law, depose and state that I am employed by Cole Schotz P.C., and that on March 3, 2015, I caused a copy of the **Joint Statement of First Lien Indenture Trustee and Second Lien Indenture Trustee Regarding (I) Second Lien Indenture Trustee's (A) Limited Objection to Debtors Motion for Authority to Partially Prepay the Second Lien Notes and (B) Cross-Motion to Modify the Proposed Order to Provide (1) That the Second Lien Indenture Trustee is Not Required by the Collateral Trust Agreement to Hold the Partial Prepayment in Trust for First Lien Noteholders or (2) Alternatively, that Interest Continues to Accrue Under the Second Lien Indenture; and (II) Motion to Fix Hearing Date on and Shorten Time to Object or Respond to Such Submission [Docket No. 3748]** to be served via First-Class Mail or International Mail on the parties on the attached service list.

                                       _____
                                       Susan L. Williams, Legal Secretary
                                       COLE SCHOTZ P.C.
                                       500 Delaware Avenue, Suite 1410
                                       Wilmington, DE  19801

SWORN TO AND SUBSCRIBED before me
this 4th day of March, 2015

_____
          NOTARY PUBLIC
            RACHEL DEELY
       NOTARY PUBLIC, State of Delaware
    My Commission Expires October 23, 2016

ABRAMS & BAYLISS LLP
(COUNSEL TO GOLDMAN, SACHS & CO.)
KEVIN G. ABRAMS & JOHN M. SEAMAN
20 MONTCHANIN RD STE 200
WILMINGTON, DE 19807

AKERMAN LLP
(COUNSEL TO SIEMENS POWER GENERATION INC.)
ATTN: SUNDEEP S. SIDHU
420 S ORANGE AVE STE 1200
ORLANDO, FL 32801-4904

AKIN GUMP STRAUSS HAUER & FELD LLP
(COUNSEL TO AD HOC COMMITTEE OF EFIH UNSECURED
NOTEHOLDERS AND EFIH SECOND LIEN DIP COMMITMENT)
ATTN: IRA DIZENGOFF; ABID QURESHI; STEPHEN BALDINI
MEREDITH LAHAIE; ROBERT BOLLER; CHRISTOPHER CARTY;
LINDSAY ZAHRADKA
ONE BRYANT PARK, BANK OF AMERICA TOWER
NEW YORK, NY 10036-6745

AKIN GUMP STRAUSS HAUER & FELD LLP
(COUNSEL TO AD HOC COMMITTEE OF EFIH UNSECURED
NOTEHOLDERS AND EFIH SECOND LIEN DIP COMMITMENT)
ATTN: SCOTT ALBERINO; JOANNA NEWDECK
ROBERT S. STRAUSS BUILDING
1333 NEW HAMPSHIRE AVE, NW
WASHINGTON, DC 20036-1564

ALDINE INDEPENDENT SCHOOL DISTRICT
ATTN: COURTENEY F HARRIS, ESQ
14910 ALDINE WESTFIELD RD
HOUSTON, TX 77032

ALVAREZ & MARSAL
ATTN: PAUL KINEALY
55 W MONROE STE 4000
CHICAGO, IL 60603

AMERICAN STOCK TRANSFER & TRUST CO LLC
ATTN: GENERAL COUNSEL
6201 15TH AVE
BROOKLYN, NY 11219

AMERICAN STOCK TRANSFER & TRUST CO LLC
ATTN: PAUL KIM
6201 15TH AVENUE
BROOKLYN, NY 11219

ANDREWS KURTH LLP
(COUNSEL TO TITUS COUNTY FRESH WATER
SUPPLY DISTRICT NO. 1)
ATTN: MICHAEL BOLDT ESQ
111 CONGRESS AVE STE 1700
AUSTIN, TX 78701

ASHBY & GEDDES, P.A.
(COUNSEL TO WILMINGTON SAVINGS/WSFS)
ATTN: WILLIAM BOWDEN ESQ & GREGORY TAYLOR ESQ
PO BOX 1150
WILMINGTON, DE 19899

BAILEY BRAUER PLLC
(COUNSEL TO PINNACLE TECHNICAL RESOURCES, INC.)
ATTN: BENJAMIN L. STEWART
CAMPBELL CENTRE I
8350 N CENTRAL EXPY STE 935
DALLAS, TX 75206

BAKER BOTTS LLP
(COUNSEL TO CENTERPOINT)
ATTN: JAMES PRINCE; OMAR J ALANIZ; IAN E ROBERTS
2001 ROSS AVE
DALLAS, TX 75201-2980

BALLARD SPAHR LLP
(COUNSEL TO LOUISIANA ENERGY & URENCO)
ATTN: MATTHEW G SUMMERS ESQ
919 N MARKET ST 11TH FL
WILMINGTON, DE 19801

BARNES & THORNBURG LLP
(COUNSEL TO CONVERDYN)
ATTN: PAULA K JACOBI ESQ
ONE N WACKER DR STE 4400
CHICAGO, IL 60606

BARNES & THORNBURG LLP
(COUNSEL TO CONVERDYN)
ATTN: KEVIN G COLLINS ESQ
1000 N WEST ST STE 1500
WILMINGTON, DE 19801

BAYARD PA
(COUNSEL TO CSC TRUST CO OF DELAWARE, SUCC TTEE
UNDER THE TCEH 11.5% SR SECURED NOTES INDENTURE)
ATTN: NEIL GLASSMAN ESQ
222 DELAWARE AVE STE 900
WILMINGTON, DE 19801

BENESCH FRIEDLANDER COPLAN & ARONOFF LLP
(COUNSEL TO THERMO FISHER SCIENTIFIC INC. AND ITS
AFFILIATES AND SUBSIDIARIES)
ATTN: KEVIN M. CAPUZZI
222 DELAWARE AVE STE 801
WILMINGTON, DE 19801-1611

BLANK ROME LLP
(COUNSEL TO WILMINGTON TRUST, NA)
ATTN: MICHAEL DEBAECHE; STANLEY TARR
1201 MARKET ST STE 800
WILMINGTON, DE 19801

BLANK ROME LLP
(COUNSEL TO WILMINGTON TRUST, NA)
ATTN: MICHAEL B. SCHAEDLE
ONE LOGAN SQUARE
130 N 18TH ST
PHILADELPHIA, PA 19103

BLUME  FAULKNER  SKEEN & NORTHAM PLLC
(COUNSEL TO NATIONAL FIELD SERVICES)
ATTN: BRETTON C. GERARD
111 W SPRING VALLEY RD STE 250
RICHARDSON, TX 75081

BRICKFIELD, BURCHETTE, RITTS & STONE, PC
(COUNSEL TO TEX-LA ELECTRIC COOPERATIVE OF TEXAS)
ATTN: CHRISTINE C. RYAN
1025 THOMAS JEFFERSON STREET, NW
WASHINGTON, DC 20007

BROWN & CONNERY, LLP
(COUNSEL TO SAP INDUSTRIES, INC.)
ATTN: DONALD K. LUDMAN
6 NORTH BROAD ST STE 100
WOODBURY, NJ 08096

BROWN RUDNICK LLP
(COUNSEL TO WILMINGTON SAVINGS/WSFS)
ATTN: EDWARD WEISFELNER ESQ
SEVEN TIMES SQUARE
NEW YORK, NY 10036

BROWN RUDNICK LLP
(COUNSEL TO WILMINGTON SAVINGS/WSFS)
ATTN: JEFFREY JONAS ESQ, ANDREW STREHLE ESQ
JEREMY COFFEY ESQ
ONE FINANCIAL CENTER
BOSTON, MA 02111

BROWN RUDNICK LLP
(COUNSEL TO WILMINGTON SAVINGS/WSFS)
ATTN: HOWARD SIEGEL ESQ
185 ASYLUM ST
HARTFORD, CT 06103

BROWN RUDNICK LLP
ATTN: JEREMY B. COFFEY
SEVEN TIMES SQUARE
NEW YORK, NY 10036

BRYAN CAVE LLP
(COUNSEL TO INDENTURE TRUSTEE OF 11% & 11.75% SR)
ATTN: STEPHANIE WICKOUSKI; MICHELLE MCMAHON
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

BRYAN CAVE LLP
ATTN: ROBERT E. PEDERSEN
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104-3300

BUCHALTER NEMER, A PROFESSIONAL CORPORATION
(COUNSEL TO ORACLE AMERICA, INC.)
ATTN: SHAWN M. CHRISTIANSON
55 SECOND ST 17TH FL
SAN FRANCISCO, CA 94105-3493

BUCHANAN INGERSOLL & ROONEY PC
(COUNSEL TO CATERPILLAR FINANCIAL SERVICES CORP.)
ATTN: KATHLEEN A. MURPHY
919 N MARKET ST STE 1500
WILMINGTON, DE 19801

CARMODY MACDONALD P.C.
(COUNSEL TO AUTOMATIC SYSTEMS, INC.)
ATTN: GREGORY D. WILLARD
120 S CENTRAL AVE STE 1800
SAINT LOUIS, MO 63105

CHADBOURNE & PARKE LLP
(COUNSEL TO NEXTERA ENERGY RESOURCES, LLC)
ATTN: HOWARD SEIFE, DAVID M LEMAY AND
CHRISTY RIVERA ESQS
1301 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6022

CHIPMAN BROWN CICERO & COLE, LLP
(COUNSEL TO AD HOC COMMITTEE OF EFIH UNSECURED
NOTEHOLDERS AND EFIH SECOND LIEN DIP COMMITMENT)
ATTN: WILLIAM CHIPMAN, JR.; MARK OLIVERE;
ANN KASHISHIAN
1007 NO ORANGE ST STE 1110
WILMINGTON, DE 19801

CIARDI CIARDI & ASTIN
(COUNSEL TO ATMOS ENERGY; TXU 2007-1 RAILCAR,
& RED BALL OXYGEN)
ATTN: D ASTIN, J MCLAUGHLIN JR, J MCMAHON JR
1204 N KING STREET
WILMINGTON, DE 19801

CITIBANK, N.A.
ATTN: OWEN COYLE
1615 BRETT ROAD, OPS III
NEW CASTLE, DE 19720

CITIBANK, N.A.
ZORI MIGLIORINI,STANDBY LETTER
OF CREDIT DEPT, AS FRONTING BANK
388 GREENWICH ST 21ST FL
NEW YORK, NY 10013

CITIBANK, N.A.
ATTN: ERIC O. LIGAN, VICE PRESIDENT
388 GREENWICH ST 32ND FL
NEW YORK, NY 10013

CITIBANK, N.A.
BANK LOAN SYNDICATIONS DEPARTMENT
1615 BRETT ROAD, BUILDING III
NEW CASTLE, DE 19720

CITIBANK, N.A.
ATTN: ANNEMARIE E. PAVCO
SECURITIES PROCESSING SENIOR ANALYST
GLOBAL LOANS, 1615 BRETT RD., OPS III
NEW CASTLE, DE 19720

CITIBANK, N.A.
ATTN: RYAN FALCONER
388 GREENWICH STREET
NEW YORK, NY 10013

CITY OF FORT WORTH
ATTN: CHRISTOPHER B. MOSLEY
1000 THROCKMORTON ST
FORT WORTH, TX 76102

CLEARY GOTTLIEB STEEN & HAMILTON LLP
(COUNSEL TO J. ARON & COMPANY)
ATTN: THOMAS MOLONEY; SEAN O'NEAL; HUMAYUN KHALID
ONE LIBERTY PLAZA
NEW YORK, NY 10006

COHEN & GRIGSBY, P.C.
(COUNSEL TO NOVA CHEMICALS INC.)
ATTN: THOMAS D. MAXSON
625 LIBERTY AVE
PITTSBURGH, PA 15222-3152

COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TX
OFFICE OF THE TEXAS ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
ATTN: RACHEL OBALDO & JOHN MARK STERN
PO BOX 12548
AUSTIN, TX 78711-2548

COMPUTERSHARE
ATTN: TINA VITALE, BA; LL.B.
480 WASHINGTON BLVD
JERSEY CITY, NJ 07310

COMPUTERSHARE TRUST COMPANY OF CANADA
ATTN: ALESSANDRA PANSERA
1500, UNIVERSITY ST., SUITE 700
MONTREAL, QC H3A 3S8
CANADA

COWLES & THOMPSON
(COUNSEL TO ATMOS ENERGY CORPORATION)
ATTN: STEPHEN C. STAPLETON
BANK OF AMERICA PLAZA
901 MAIN ST STE 3900
DALLAS, TX 75202

COZEN O'CONNOR
(COUNSEL TO J. ARON & COMPANY)
ATTN: MARK E. FELGER
1201 N MARKET ST STE 1001
WILMINGTON, DE 19801

CRAVATH SWAIN & MOORE LLP
(COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC/EFIH)
ATTN: RICHARD LEVIN ESQ
WORLDWIDE PLAZA
825 EIGHTH AVE
NEW YORK, NY 10019-7475

CROSS & SIMON, LLC
(COUNSEL TO FIDELITY MANAGEMENT & RESEARCH CO.)
ATTN: MICHAEL J. JOYCE ESQ
1105 N MARKET ST STE 901
WILMINGTON, DE 19801

CROWE & DUNLEVY, PC
(COUNSEL TO DEVON ENERGY)
ATTN: JUDY HAMILTON MORSE ESQ
324 N ROBINSON AVE STE 100
OKLAHOMA CITY, OK 73102

CSC TRUST COMPANY OF DELAWARE
ATTN: SANDRA E. HORWITZ
MANAGING DIRECTOR
2711 CENTERVILLE RD STE 400
WILMINGTON, DE 19808

DAVIS POLK & WARDWELL LLP
(COUNSEL TO GOLDMAN SACHS, ET AL)
ATTN: MARSHALL HUEBNER; BENJAMIN KAMINETZKY;
ELLIOT MOSKOWITZ; DAMON MEYER
450 LEXINGTON AVE
NEW YORK, NY 10017

DEUTSCHE BANK
ATTN: MARCUS M. TARKINGTON
60 WALL STREET (NYCC60-0266)
NEW YORK, NY 10005-2836

DORSEY & WHITNEY DELAWARE LLP
(COUNSEL TO U.S. BANK NATIONAL ASSOCIATION)
ATTN: ERIC LOPEZ SCHNABEL, ROBERT W. MALLARD &
ALESSANDRA GLORIOSO
300 DELAWARE AVE STE 1010
WILMINGTON, DE 19801

DRINKER BIDDLE & REATH LLP
(COUNSEL TO CITIBANK NA, TCEH DIP AGENT)
ATTN: HOWARD A. COHEN & ROBERT K. MALONE
222 DELAWARE AVE STE 1410
WILMINGTON, DE 19801-1621

DYKEMA GOSSETT PLLC
(COUNSEL TO TEX-LA ELECTRIC COOPERATIVE OF TEXAS)
ATTN: JEFFREY R FINE ESQ
1717 MAIN ST STE 4200
DALLAS, TX 75201

EMC CORPORATION
C/O RECEIVABLE MANAGEMENT SERVICES (RMS)
ATTN: RONALD L ROWLAND, AGENT
307 INTERNATIONAL CIRCLE STE 270
COCKEYSVILLE, MD 21030

ENERGY FUTURE HOLDINGS CORP ET AL
ATTN: ANDREW M WRIGHT
1601 BRYAN ST 43RD FL
DALLAS, TX 75201

EPIQ BANKRUPTY SOLUTIONS, LLC
(CLAIMS AGENT)
ATTN: JAMES KATCHADURIAN, E.V.P.
757 THIRD AVE 3RD FL
NEW YORK, NY 10017

FOLEY & LARDNER LLP
(COUNSEL TO UMB BANK, INDENTURE TRUSTEE)
ATTN: HAROLD KAPLAN ESQ, MARK HEBBELN ESQ
LARS PETERSON ESQ
321 N CLARK ST STE 2800
CHICAGO, IL 60654-5313

FOX ROTHSCHILD LLP
(COUNSEL TO AD HOC GROUP OF TCEH UNSECURED
NOTEHOLDERS)
ATTN: JEFFREY SCHLERF; JOHN STROCK; L. JOHN BIRD
919 N MARKET ST STE 300
WILMINGTON, DE 19801

FRANKGECKER LLP
(COUNSEL TO EXPERIAN; THE PI LAW FIRMS/ASBESTOS)
ATTN: JOSEPH D FRANK ESQ AND REED HEILIGMAN ESQ
325 N LASALLE ST STE 625
CHICAGO, IL 60654

FRANKGECKER LLP
(COUNSEL TO THE PI LAW FIRMS/ASBESTOS CLAIMANTS)
ATTN: FRANCES GECKER ESQ
325 N LASALLE ST STE 625
CHICAGO, IL 60654

FRIED FRANK HARRIS SHRIVER & JACOBSON LLP
(COUNSEL TO FIDELITY MANGEMENT & RESEARCH CO.)
ATTN: BRAD E. SCHELER, GARY L. KAPLAN &
MATTHEW M. ROOSE
ONE NEW YORK PLAZA
NEW YORK, NY 10004

GARDERE WYNNE SEWELL LLP
(COUNSEL TO ROMCO EQUIPMENT CO.)
ATTN: JOHN P. MELKO & MICHAEL K. RIORDAN
1000 LOUISIANA, STE 3400
HOUSTON, TX 77002

GAY MCCALL ISAACKS GORDON & ROBERTS PC
(COUNSEL TO GARLAND INDEPENDENT SCHOOL DISTRICT &
CITY OF GARLAND)
ATTN: DUSTIN L BANKS ESQ
1919 S SHILOH RD STE 310 LB 40
GARLAND, TX 75042

GAY MCCALL ISAACKS GORDON & ROBERTS PC
(COUNSEL TO COLLIN COUNTY)
ATTN: DAVID MCCALL ESQ
777 E 15TH ST
PLANO, TX 75074

GELLERT SCALI BUSENKELL & BROWN, LLC
(COUNSEL TO AURELIUS)
ATTN: MICHAEL G. BUSENKELL
913 N MARKET ST 10TH FL
WILMINGTON, DE 19801

GIBBONS PC
(COUNSEL TO VEOLIA)
ATTN: NATASHA M SONGONUGA ESQ
1000 N WEST ST STE 1200
WILMINGTON, DE 19801-1058

GIBBONS PC
(COUNSEL TO VEOLIA)
ATTN: DALE E BARNEY ESQ
ONE GATEWAY CENTER
NEWARK, NJ 07102-5310

GOODWIN PROCTER LLP
(COUNSEL TO AURELIUS CAPITAL MANAGEMENT, LP)
ATTN: WILLIAM P. WEINTRAUB; KIZZY L. JARASHOW
THE NEW YORK TIMES BUILDING
620 EIGHTH AVENUE
NEW YORK, NY 10018

HAYNES AND BOONE LLP
(COUNSEL TO AIRGAS USA, LLC)
ATTN: JONATHAN HOOK
30 ROCKEFELLER CENTER, 26TH FL
NEW YORK, NY 10112

HAYNES AND BOONE LLP
(COUNSEL TO AIRGAS USA, LLC)
ATTN: PATRICK L. HUGHES
1221 MCKINNEY ST STE 2100
HOUSTON, TX 77010

HAYNES AND BOONE LLP
(COUNSEL TO BNSF RAILWAY COMPNAY)
ATTN: IAN T. PECK
201 MAIN ST STE 2200
FORT WORTH, TX 76102-3126

HINCKLEY ALLEN
(COUNSEL TO INVENSYS SYSTEMS, INC.)
ATTN: JENNIFER V. DORAN
28 STATE ST
BOSTON, MA 02109

HOGAN MCDANIEL
(COUNSEL TO THE RICHARDS GROUP; PI LAW FIRMS/
ASBESTOS CLAIMANTS)
ATTN: DANIEL K HOGAN ESQ
1311 DELAWARE AVE
WILMINGTON, DE 19806

HOGAN MCDANIEL
(COUNSEL TO AD HOC GROUP OF EFH LEGACY NOTEHOLDER)
ATTN: GARVAN F MCDANIEL ESQ
1311 DELAWARE AVE
WILMINGTON, DE 19806

HOLLAND & KNIGHT LLP
(COUNSEL TO TEX-LA ELECTRIC COOPERATIVE OF TEXAS)
ATTN: CHRISTINE C RYAN ESQ
800 17TH ST NW STE 1100
WASHINGTON, DC 20006

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNAL REVENUE SERVICE
DEPARTMENT OF THE TREASURY
OGDEN, UT 84201

JACKSON WALKER, LLP
(COUNSEL TO HOLT TEXAS, LTD. D/B/A HOLT CAT)
ATTN: MONICA S. BLACKER
901 MAIN ST STE 6000
DALLAS, TX 75202

JACKSON WALKER, LLP
(COUNSEL TO HOLT TEXAS, LTD. D/B/A HOLT CAT)
ATTN: J. SCOTT ROSE
WESTON CENTRE
112 E PECAN ST STE 2400
SAN ANTONIO, TX 78205

JONES DAY
(COUNSEL TO ONCOR)
ATTN: PATRICIA VILLAREAL
2727 N HARWOOD STREET
DALLAS, TX 75201

JONES DAY
(COUNSEL TO ONCOR)
ATTN: MICHAEL L. DAVITT
2727 N HARWOOD STREET
DALLAS, TX 75201

KASOWITZ BENSON TORRES & FRIEDMAN LLP
(COUNSEL TO AD HOC GROUP OF EFH LEGACY NOTEHOLDER)
ATTN: DAVID ROSNER, ANDREW GLENN, DANIEL FLIMAN
1633 BROADWAY
NEW YORK, NY 10019

KELLEY DRYE & WARREN LLP
(COUNSEL TO CSC TRUST OF DE, AS PROPOSED SUCC
INDENTURE TTEE FOR 7.46% & 7.48% TCEH SECURED
FACILITY BONDS)
ATTN: JAMES S. CARR, BENJAMINN D. FEDER &
GILBERT R. SAYDAH
101 PARK AVE
NEW YORK, NY 10178

KELLY HART & HALLMAN LLP
(COUNSEL TO ONCOR STEERING COMMITTEE)
ATTN: MICHAEL MCCONNELL ESQ & CLAY TAYLOR ESQ
KATHERINE THOMAS ESQ
201 MAIN ST STE 2500
FORT WORTH, TX 76102

KIRKLAND & ELLIS LLP
(COUNSEL TO EFHC DEBTORS)
ATTN: RICHARD CIERI ESQ, EDWARD SASSOWER PC
STEPHEN HESSLER ESQ & BRIAN E SCHARTZ ESQ
601 LEXINGTON AVE
NEW YORK, NY 10022

KIRKLAND & ELLIS LLP
(COUNSEL TO EFHC DEBTORS)
ATTN: JAMES H.M. SPRAYREGEN PC
CHAD HUSNICK ESQ & STEVEN SERAJEDDINI ESQ
300 N LASALLE
CHICAGO, IL 60654

KLEHR HARRISON HARVEY BRANZBURG LLP
(COUNSEL TO UMB BANK, N.A. INDENTURE TRUSTEE)
ATTN: RAYMOND H. LEMISCH
919 MARKET ST STE 1000
WILMINGTON, DE 19801

KRAMER LEVIN NAFTALIS & FRANKEL LLP
(COUNSEL TO INDENTURE TRUSTEE OF 11% & 11.75% SR)
ATTN: THOMAS MOERS MAYER; GREGORY HOROWITZ;
JOSHUA BRODY; PHILIP BENTLEY
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

LACKEY HERSHMAN, LLP
(COUNSEL TO THE RICHARDS GROUP INC)
ATTN: JAMIE R WELTON ESQ
3102 OAK LAWN AVE STE 777
DALLAS, TX 75219

LANDIS RATH & COBB LLP
(COUNSEL TO MARATHON MGMT, ALCOA AND
NEXTERA ENERGY RESOURCES, LLC)
ATTN: ADAM G LANDIS ESQ, MATTHEW B MCGUIRE ESQ
919 MARKET ST STE 1800
WILMINGTON, DE 19801

LAW DEBENTURE TRUST COMPANY OF NEW YORK
ATTN: FRANK GODINO, VP
400 MADISON AVE STE 4D
NEW YORK, NY 10017

LAW OFFICE OF PATRICIA WILLIAMS PREWITT
(COUNSEL TO TARGA GAS MARKETING; KINDER MORGAN
TEXAS PIPELINE; KINDER MORGAN TEJAS PIPELINE LLCS;
NAT. GAS PIPELINE CO OF AMERICA; EL PASO NAT. GAS)
ATTN: PATRICIA WILLIAMS PREWITT
10953 VISTA LAKE COURT
NAVASOTA, TX 77868

LAW OFFICES OF ROBERT E LUNA PC
(COUNSEL TO CARROLLTON-FARMERS BRANCH ISD)
ATTN: DANIEL K BEARDEN ESQ
4411 N CENTRAL EXPRESSWAY
DALLAS, TX 75205

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
(COUNSEL TO TARRANT & DALLAS COUNTY)
ATTN: ELIZABETH WELLER ESQ
2777 N STEMMONS FWY STE 1000
DALLAS, TX 75207

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
(COUNSEL TO HARRIS, ANGELINA & FORT BEND COUNTIES)
ATTN: JOHN P DILLMAN ESQ
PO BOX 3064
HOUSTON, TX 77253-3064

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
(COUNSEL TO WALNUT SPRINGS ISD, FRANKLIN ISD,
ROBERTSON CTY, LEE CTY, MCLENNAN CTY, FALLS CTY,
ROUND ROCK ISD, NEUCES CTY, LIMESTONE CTY)
ATTN: DIANE WADE SANDERS
PO BOX 17428
AUSTIN, TX 78760

LLOYD GOSSELINK ROCHELLE & TOWNSEND PC
(COUNSEL TO ONCOR STEERING COMMITTEE)
ATTN: GEOFFREY GAY ESQ
816 CONGRESS AVE STE 1900
AUSTIN, TX 78701

LOCKE LORD LLP
(COUNSEL TO BP AMERICA PRODUCTION COMPANY)
ATTN: C. DAVIN BOLDISSAR ESQ
601 POYDRAS ST STE 2660
NEW ORLEANS, LA 70130-6036

LOCKE LORD LLP
(COUNSEL TO AMECO, FLUOR, & AMERICAN EQUIPMENT)
ATTN: PHILIP EISENBERG ESQ
2800 JPMORGAN CHASE TOWER
600 TRAVIS
HOUSTON, TX 77002

LOWER COLORADO RIVER AUTHORITY
LOWER COLORADO RIVER AUTHORITY TRANSMISSION
SERVICES CORPORATION (LCRA TSC)
LEGAL SERVICES
ATTN: WILLIAM T. MEDAILLE
PO BOX 220
AUSTIN, TX 78767

MANION GAYNOR & MANNING LLP
(COUNSEL TO ONCOR STEERING COMMITTEE)
ATTN: MARC PHILLIPS ESQ
THE NEMOURS BUILDING
1007 N ORANGE ST 10TH FL
WILMINGTON, DE 19801

MARGOLIS EDELSTEIN
(COUNSEL TO URS ENERGY & CONSTRUCTION, INC.)
ATTN: JAMES E. HUGGETT & AMY D. BROWN
300 DELAWARE AVE STE 800
WILMINGTON, DE 19801

MASLON EDELMAN BORMAN & BRAND, LLP
(COUNSEL TO U.S. BANK NATIONAL ASSOCIATION)
ATTN: CLARK T. WHITMORE, ANA CHILINGARISHVILI &
KOREY G. KALLSTROM
90 S SEVENTH ST STE 3300
MINNEAPOLIS, MN 55402

MCCATHERN, PLLC
(COUNSEL TO RED BALL OXYGEN COMPANY)
ATTN: JONATHAN L. HOWELL
REGENCY PLAZA
3710 RAWLINS, SUITE 1600
DALLAS, TX 75219

MCCREARY, VESELKA, BRAGG & ALLEN, PC
(COUNSEL TO TEXAS AD VALOREM TAXING JURISDICTIONS)
ATTN: LEE GORDON
PO BOX 1269
ROUND ROCK, TX 78680

MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
(COUNSEL TO TCEH DEBTORS)
ATTN: DAVID P PRIMACK ESQ
300 DELAWARE AVE STE 770
WILMINGTON, DE 19801

MCKOOL SMITH
(COUNSEL TO ALCOA)
ATTN: PETER S. GOODMAN; MICHAEL R. CARNEY
ONE BRYANT PARK, 47TH FL
NEW YORK, NY 10036

MCKOOL SMITH
(COUNSEL TO ALCOA)
ATTN: PAUL D. MOAK, ESQ.
600 TRAVIS ST STE 7000
HOUSTON, TX 77002

MICHAEL G. SMITH
(COUNSEL TO VALERO TEXAS POWER MARKETING, INC.)
111 N 6TH ST
PO BOX 846
CLINTON, OK 73601

MILBANK, TWEED, HADLEY & MCCLOY LLP
(COUNSEL TO CITIBANK NA, TCEH DIP AGENT)
ATTN: DENNIS F. DUNNE, EVAN R. FLECK &
KAREN GARTENBERG
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

MILBANK, TWEED, HADLEY & MCCLOY LLP
ATTN: JONATHAN BROWN
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

MISSOURI DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
ATTN: STEVEN A. GINTHER
PO BOX 475
JEFFERSON CITY, MO 65105-0475

MONTGOMERY MCCRACKEN WALKER & RHOADS LLP
(COUNSEL TO EFH CREDITORS COMMITTEE)
ATTN: NATALIE D RAMSEY ESQ, DAVIS LEE WRIGHT ESQ
MARK A FINK ESQ
1105 N MARKET ST 15TH FL
WILMINGTON, DE 19801

MORGAN LEWIS BOCKIUS LLP
(COUNSEL TO PACIFC INVESTMENT MANAGEMENT COMPANY)
ATTN: JULIA FROST-DAVIES ESQ, PATRICK STRAWBRIDGE
CHRISTOPHER L CARTER ESQ
ONE FEDERAL ST
BOSTON, MA 02119

MORRIS JAMES LLP
(COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NY)
ATTN: STEPHEN M. MILLER
PO BOX 2306
WILMINGTON, DE 19899-2306

MORRIS NICHOLS ARSHT & TUNNELL LLP
(COUNSEL TO THE "EFH EQUITY INTEREST HOLDERS")
ATTN: DERK ABBOTT; ANDREW REMMING; ERIN FAY
1201 N MARKET ST STE 1600
WILMINGTON, DE 19801

MORRISON & FOERSTER LLP
(COUNSEL TO TCEH CREDITORS COMMITTEE)
ATTN: JAMES PECK ESQ, BRETT H MILLER ESQ
LORENZO MARINUZZI ESQ
250 W 55TH ST
NEW YORK, NY 10019

MUNGER, TOLLES & OLSON LLP
(COUNSEL TO TCEH DEBTORS)
ATTN: THOMAS B WALPER ESQ, TODD J ROSEN ESQ;
SETH GOLDMAN ESQ; JOHN W SPIEGEL ESQ
355 S GRAND AVE 35TH FL
LOS ANGELES, CA 90071

MUNSCH HARDT KOPF & HARR PC
(COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF TEXAS/
ERCOT)
ATTN: RUSSELL L MUNSCH ESQ
3050 FROST BANK TOWER
401 CONGRESS AVE
AUSTIN, TX 78701-4071

MUNSCH HARDT KOPF & HARR PC
(COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF TEXAS/
ERCOT)
ATTN: KEVIN M LIPPMAN ESQ
500 N AKARD ST STE 3800
DALLAS, TX 75201-6659

MYERS HILL
(COUNSEL TO PROPERTY TAX PARTNERS)
ATTN: ROBERT J. MYERS
2525 RIDGMAR BLVD STE 150
FORT WORTH, TX 76116

NAMAN HOWELL SMITH & LEE PLLC
(COUNSEL TO BUFFALO INDUSTRIAL SUPPLY INC)
ATTN: KERRY L HALIBURTON ESQ
PO BOX 1470
WACO, TX 76703-1470

NELSON MULLINS RILEY & SCARBOROUGH LLP
(COUNSEL TO MICHELIN NORTH AMERICA INC.)
ATTN: JODY A. BEDENBAUGH AND GEORGE B. CAUTHEN
1320 MAIN ST 17TH FL
PO BOX 11070 (29211)
COLUMBIA, SC 29201

NIXON PEABODY
(COUNSEL TO AMERICAN STOCK TRANSFER & TRUST CO)
ATTN: RICHARD C. PEDONE; AMANDA D. DARWIN
100 SUMMER ST
BOSTON, MA 02110

O'KELLY ERNST & BIELLI LLC
(OF COUNSEL TO ENERGY FUTURE HOLDINGS CORP)
ATTN: DAVID M KLAUDER ESQ & SHANNON DOUGHERTY ESQ
901 N MARKET ST STE 100
WILMINGTON, DE 19801

O'MELVENY & MYERS LLP
(COUNSEL TO APOLLO GLOBAL MANAGEMENT, LLC)
ATTN: GEORGE A. DAVIS
7 TIMES SQUARE
NEW YORK, NY 10036

OFFICE OF THE TEXAS ATTORNEY GENERAL
(COUNSEL TO PUBLIC UTILITY COMMISSION OF TEXAS)
ATTN: HAL MORRIS & ASHLEY BARTRAM
BANKRUPTCY REGULATORY SECTION
BANKRUPTCY & COLLECTIONS DIVISION
PO BOX 12548
AUSTIN, TX 78711-2548

OFFICE OF THE TEXAS ATTORNEY GENERAL
(COUNSEL TO TEXAS COMMISSION ON
ENVIRONMENTAL QUALITY & RAILROAD COMMISSION)
ATTN: HAL F MORRIS ESQ & ASHLEY BARTRAM ESQ
BANKRUPTCY REGULATORY SECTION
BANKRUPTCY & COLLECTIONS DIVISION
PO BOX 12548
AUSTIN, TX 78711-2548

OFFICE OF THE UNITED STATES ATTORNEY
ATTN: ELLEN SLIGHTS, ESQ.
PO BOX 2046
WILMINGTON, DE 19899-2046

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: RICHARD L. SCHEPACARTER
J. CALEB BOGGS FEDERAL BUILDING
844 KING STREET, SUITE 2207 - LOCKBOX #35
WILMINGTON, DE 19801

OFFICE OF THE UNITED STATES TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: ANDREA SCHWARTZ
201 VARICK STREET, SUITE 1006
NEW YORK, NY 10014

PACHULSKI STANG ZIEHL & JONES LLP
(COUNSEL TO INDENTURE TRUSTEE OF 11% & 11.75% SR)
ATTN: LAURA DAVIS JONES ESQ; ROBERT FEINSTEIN ESQ
PO BOX 8705
WILMINGTON, DE 19899

PATTERSON BELKNAP WEBB & TYLER LLP
(COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NY)
ATTN: DANIEL A. LOWENTHAL; CRAIG W. DENT
1133 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-6710

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
(COUNSEL TO AD HOC COMMITTEE OF TCEH FIRST LIEN)
ATTN: ALAN KORNBERG; KELLEY CORNISH; BRIAN HERMANN
JACOB ADLERSTEIN
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

PENSION BENEFIT GUARANTY CORPORATION (PBGC)
OFFICE OF THE CHIEF COUNSEL
ATTN: DESIREE M. AMADOR, ATTY
1200 K STREET, NW
WASHINGTON, DC 20005-4026

PENSION BENEFIT GUARANTY CORPORATION (PBGC)
ATTN: JON CHATALIAN
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, NW
WASHINGTON, DC 20005-4026

PERDUE BRANDON FIELDER COLLINS & MOTT LLP
(COUNSEL TO SOMERVELL COUNTY ET AL)
ATTN: ELIZABETH BANDA CALVO ESQ
500 E BORDER ST STE 640
ARLINGTON, TX 76010

PERDUE BRANDON FIELDER COLLINS & MOTT LLP
(COUNSEL TO GALENA PARK ISD)
ATTN: OWEN M SONIK ESQ
1235 N LOOP WEST STE 600
HOUSTON, TX 77008

PERDUE BRANDON FIELDER COLLINS & MOTT LLP
(COUNSEL TO YOUNG CTY, GRAHAM ISD, GRAHAM
HOSPITAL DISTRICT & NORTH CENTRAL TEXAS
COLLEGE DISTRICT)
ATTN: JEANMARIE BAER
PO BOX 8188
WICHITA FALLS, TX 76307

PERDUE BRANDON FIELDER COLLINS & MOTT LLP
(COUNSEL TO CAMERON ISD, THORNDALE ISD
BUCKHOLTS ISD, COPPERAS COVE ISD, MCALLEN ISD,
HIDALGO COUNTY & HIDALGO COUNTY DRAINAGE DIST #1)
ATTN: JOHN T BANKS ESQ
3301 NORTHLAND DR STE 505
AUSTIN, TX 78731

PERKINS COIE LLP
(COUNSEL TO DELAWARE TRUST COMPANY, AS SUCC TTEE
UNDER TCEH 11.5% SENIOR SECURED NOTES INDENTURE)
ATTN: TINA N MOSS ESQ
30 ROCKEFELLER PLAZA 22ND FL
NEW YORK, NY 10112-0015

PINCKNEY, WEIDINGER, URBAN & JOYCE LLC
(COUNSEL TO AUTOMATIC SYSTEMS, INC.)
ATTN: GREGORY T. DONILON, ESQ.
1220 N MARKET ST STE 950
WILMINGTON, DE 19801

POLSINELLI PC
(COUNSEL TO TCEH CREDITORS COMMITTEE)
ATTN: CHRISTOPHER WARD ESQ, JUSTIN EDELSON ESQ
SHANTI KATONA ESQ
222 DELAWARE AVE STE 1101
WILMINGTON, DE 19801

POLSINELLI PC
(COUNSEL TO TCEH CREDITORS COMMITTEE)
ATTN: EDWARD FOX ESQ
900 THIRD AVE 21ST FL
NEW YORK, NY 10022

POPE HARDWICKE CHRISTIE SCHELL KELLY & RAY, LLP
(COUNSEL TO TARRANT REGIONAL WATER DISTRICT &
NORTH TEXAS MUNICIPAL WATER DISTRICT)
ATTN: MICHAEL L. ATCHLEY; MATTHEW T. TAPLETT
500 W 7TH ST STE 600
FORT WORTH, TX 76102

POTTER ANDERSON & CORROON LLP
(COUNSEL TO DEUTSCHE BANK, AGENT TO DIP FINANCING)
ATTN: LAURIE SILVERSTEIN ESQ & JEREMY RYAN ESQ
PO BOX 951
WILMINGTON, DE 19801

PROSKAUER ROSE LLP
(OF COUNSEL TO ENERGY FUTURE HOLDINGS CORP)
ATTN: JEFF J MARWIL ESQ, MARK K THOMAS ESQ
PETER J YOUNG ESQ
THREE FIRST NATIONAL PLAZA
70 W MADISON ST STE 3800
CHICAGO, IL 60602

PURDUE AWSUMB & BAUDLER PA
(COUNSEL TO BARR ENGINEERING CO)
ATTN: AMY R BAUDLER
4700 W 77TH ST STE 240
MINNEAPOLIS, MN 55435

QUARLES & BRADY LLP
(COUNSEL TO TXU 2007-1 RAILCAR LEASING LLC)
ATTN: HOHN A. HARRIS; JASON D. CURRY
RENAISSANCE ONE
TWO N CENTRAL AVE
PHOENIX, AZ 85004-2391

REED SMITH LLP
(COUNSEL TO THE BANK OF NEW YORK MELLON AND THE
BANK OF NEW YORK MELLON TRUST COMPANY, N.A., AS
INDENTURE TRUSTEES)
ATTN: KURT F. GWYNE; KIMBERLY E.C. LAWSON
1201 MARKET ST STE 1500
WILMINGTON, DE 19801

REED SMITH LLP
(COUNSEL TO THE BANK OF NEW YORK MELLON SOLEY IN
ITS CAPACITY AS TRUSTEE UNDER ENUMERATED TRUST)
INDENTURE TRUSTEES)
ATTN: AMY M. TONTI, ESQ.
REED SMITH CENTRE
225 FIFTH AVE STE 1200
PITTSBURGH, PA 15222

REED SMITH LLP
(COUNSEL TO THE BANK OF NEW YORK MELLON, SOLELY
IN ITS CAPACITY AS TRUSTEE)
ATTN: RICHARD A. ROBINSON
1201 MARKET ST STE 1500
WILMINGTON, DE 19801

REED SMITH LLP
(COUNSEL TO THE BANK OF NEW YORK MELLON SOLEY IN
ITS CAPACITY AS TRUSTEE UNDER ENUMERATED TRUST)
INDENTURE TRUSTEES)
1201 MARKET ST STE 1500
WILMINGTON, DE 19801

RICHARDS LAYTON & FINGER
(CO-COUNSEL TO EFHC DEBTORS)
ATTN: MARK D COLLINS ESQ
DANIEL J DEFRANCESCHI ESQ
JASON M MADRON ESQ
920 N KING ST
WILMINGTON, DE 19801

RIDDELL WILLIAMS P.S.
(COUNSEL TO MICROSOFT)
ATTN: JOSEPH E SHICKICH JR & HILARY B MOHR ESQS
1001 - 4TH AVE STE 4500
SEATTLE, WA 98154

ROPES & GRAY LLP
ATTN: MARK R. SOMERSTEIN
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704

SATTERLEE STEPHENS BURKE & BURKE LLP
(COUNSEL TO MOODY'S ANALYTICS)
ATTN: CHRISTOPHER R BELMONTE ESQ AND
PAMELA A BOSSWICK ESQ
230 PARK AVE
NEW YORK, NY 10169

SAUL EWING LLP
(COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF TEXAS/
ERCOT)
ATTN: MARK MINUTI ESQ
PO BOX 1266
WILMINGTON, DE 19899

SAUL EWING LLP
(COUNSEL TO JOHNSON MATTHEY)
ATTN: LUCIAN B MURLEY ESQ
222 DELAWARE AVE STE 1200
WILMINGTON, DE 19899

SEARCY & SEARCY PC
(COUNSEL TO D COURTNEY CONSTRUCTION INC)
ATTN: JOSHUA R SEARCY ESQ AND JOSHUA P SEARCY ESQ
PO BOX 3929
LONGVIEW, TX 75606

SECURITIES AND EXCHANGE COMMISSION
100 F STREET, NE
WASHINGTON, DC 20549

SEWARD & KISSEL LLP
(COUNSEL TO WILMINGTON TRUST, NA)
ATTN: JOHN ASHMEAD; KALYAN DAS; ARLENE ALVES
ONE BATTERY PARK PLAZA
NEW YORK, NY 10014

SHEARMAN & STERLING LLP
(COUNSEL TO DEUTSCHE BANK, AGENT TO DIP FINANCING)
ATTN: FREDERIC SOSNICK ESQ & NED SCHODEK ESQ
599 LEXINGTON AVE
NEW YORK, NY 10022

SHEEHY, LOVELACE & MAYFIELD, PC
(COUNSEL TO CENTRAL TEXAS SECURITY & FIRE
EQUIPMENT, INC.)
ATTN: STEVEN M. BURTON
510 N VALLEY MILLS DR STE 500
WACO, TX 76710

SILLS CUMMIS & GROSS P.C.
(COUNSEL TO BENBROOK ELECTRIC PARTNERS, LLC)
ATTN: VALERIE A. HAMILTON, ESQ.
600 COLLEGE RD EAST
PRINCETON, NJ 08540

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
(COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC)
ATTN: MARK S CHEHI ESQ
PO BOX 636
WILMINGTON, DE 19899-0636

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
(COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC)
ATTN: JAY M GOFFMAN ESQ
FOUR TIMES SQUARE
NEW YORK, NY 10036-6522

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
(COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC)
ATTN: GEORGE N PANAGAKIS ESQ; CARL T TULLSON ESQ
155 N WACKER DR STE 2700
CHICAGO, IL 60606-1720

SMITH, KATZENSTEIN & JENKINS LLP
(COUNSEL TO AIRGAS USA, LLC & VALERO TEXAS POWER)
ATTN: KATHLEEN M. MILLER
PO BOX 410
WILMINGTON, DE 19899

SNELL & WILMER LLP
(COUNSEL TO HEADWATERS RESOURCES, INC.)
ATTN: DAVID E. LETA
15 W SOUTH TEMPLE STE 1200
SALT LAKE CITY, UT 84101

SQUIRE SANDERS (US) LLP
(COUNSEL TO ARCELORMITTLA USA LLC)
ATTN: STEPHEN D. LERNER & ANDREW M. SIMON
221 E FOURTH ST STE 2900
CINCINNATI, OH 45202

STEFFES VINGIELLO & MCKENZIE LLC
(COUNSEL TO SETPOINT INTEGRATED SOLUTIONS)
ATTN: NOEL STEFFES MELANCON ESQ
13702 COURSEY BLVD BLDG 3
BATON ROUGE, LA 70817

STEVENS & LEE PC
(COUNSEL TO ENERGY FUTURE INTERMIEDIATE HOLDING
COMPANY LLC/EFIH)
ATTN: JOSEPH H HUSTON JR ESQ
1105 N MARKET ST STE 700
WILMINGTON, DE 19801

STREUSAND, LANDON & OZBURN, LLP
(COUNSEL TO ALLEN SHRODE)
ATTN: SABRINA L. STREUSAND
811 BARTON SPRINGS RD STE 811
AUSTIN, TX 78704

SULLIVAN & CROMWELL LLP
(COUNSEL TO EFH CREDITORS COMMITTEE)
ATTN: ANDREW G DIETDERICH, BRIAN D GLUECKSTEIN
MICHAEL H TORKIN ESQS
125 BROAD ST
NEW YORK, NY 10004

SULLIVAN HAZELTINE ALLINSON LLC
(COUNSEL TO HENRY PRATT COMPANY, LLC)
ATTN: ELIHU E. ALLINSON, III
901 N MARKET ST STE 1300
WILMINGTON, DE 19801

TAYLOR ENGLISH DUMA LLP
(COUNSEL TO HENRY PRATT COMPANY LLC)
ATTN: STEPHEN C GREENBERG ESQ
1600 PARKWOOD CIR STE 400
ATLANTA, GA 30339

TEXAS OFFICE OF PUBLIC UTILITY COUNSEL (OPUC)
BANKRUPTCY & COLLECTIONS DIVISION
ATTN: JASON A STARKS, ASST ATTORNEY GENERAL
PO BOX 12548
AUSTIN, TX 78711-2548

THE BANK OF NEW YORK MELLON
TRUST COMPANY
ATTN: RAFAEL MARTINEZ,VP - CSM
601 TRAVIS ST 16TH FL
HOUSTON, TX 77002

THE BANK OF NEW YORK MELLON
TRUST COMPANY
ATTN: THOMAS VLAHAKIS,VP
385 RIFLE CAMP RD 3RD FL
WOODLAND PARK, NJ 07424

THE BANK OF NEW YORK MELLON
TRUST COMPANY
ATTN: DENNIS ROEMLEIN
601 TRAVIS ST 16TH FL
HOUSTON, TX 77002

THE TAUBMAN COMPANY AND THE TAUBMAN LANDLORDS
ATTN: ANDREW S CONWAY ESQ
200 E LONG LAKE RD STE 300
BLOOMFIELD HILLS, MI 48304

THE UNIVERSITY OF TEXAS SYSTEM
ON BEHALF OF THE UNIVERSITY OF TEXAS AT ARLINGTON
OFFICE OF GENERAL COUNSEL
ATTN: TRACI L COTTON ESQ
201 W SEVENTH ST
AUSTIN, TX 78701

THOMPSON COBURN LLP
(COUNSEL TO MARTIN ENGINEERING COMPANY)
ATTN: DAVID D. FARRELL
ONE US BANK PLAZA, STE 3200
SAINT LOUIS, MO 63101

TRAVIS COUNTY
ATTN: KAY D. BROCK, ASSISTANT COUNTY ATTORNEY
PO BOX 1748
AUSTIN, TX 78767

TROUTMAN SANDERS LLP
(COUNSEL TO WILMINGTON SAVINGS FUND SOCIETY, FSG,
IN ITS CAPACITY AS SUCCESSOR INDENTURE TTEE (WSFS)
ATTN: HUGH MCDONALD ESQ, LOUIS CURCIO ESQ &
BRETT GOODMAN ESQ, CHRYSLER BUILDING
405 LEXINGTON AVE
NEW YORK, NY 10174

TUCKER ARENSBERG, P.C.
(COUNSEL TO THERMO FISHER SCIENTIFIC INC. AND
AFFILIATES AND SUBSIDIARIES)
ATTN: JORDAN S. BLASK, LARA E. SHIPKOVITZ
1500 ONE PPG PLACE
PITTSBURGH, PA 15222

TW TELECOM INC
ATTN: LINDA BOYLE
10475 PARK MEADOWS DR #400
LITTLETON, CO 80124

UMB BANK, N.A.
ATTN: LAURA ROBERSON, VP
2 S BROADWAY STE 600
ST. LOUIS, MO 63102

UNION PACIFIC RAILROAD COMPANY
ATTN: MARY ANN KILGORE & JENNIE L. ANDERSON
1400 DOUGLAS ST STOP 1580
OMAHA, NE 68179

UNITED STATES DEPARTMENT OF JUSTICE
(ON BEHALF OF UNITED STATES OF AMERICA, DEPT.
OF AGRICULTURE, RURAL UTILITIES SERVICE)
ATTN: MATTHEW J TROY ESQ
CIVIL DIVISION
PO BOX 875
BEN FRANKLIN STATION
WASHINGTON, DC 20044-0875

UNITED STATES DEPARTMENT OF JUSTICE
(COUNSEL TO THE UNITED STATES OF AMERICA)
ATTN: ARI D KUNOFSKY ESQ & WARD D BENSON ESQ
PO BOX 227
BEN FRANKLIN STATION
WASHINGTON, DC 20044

UNITED STATES DEPARTMENT OF JUSTICE
(COUNSEL TO THE UNITED STATES OF AMERICA)
FEDERAL COMMUNICATIONS COMMISSION
ATTN: MATTHEW J TROY, CIVIL DIVISION
PO BOX 875
BEN FRANKLIN STATION
WASHINGTON, DC 20044-0875

VARNUM LLP
(COUNSEL TO APPLABS)
ATTN: MARY KAY SHAVER ESQ
BRIDGEWATER PLACE
PO BOX 352
GRAND RAPIDS, MI 49501-0352

VEDDER PRICE PC
(COUNSEL TO FIRST UNION RAIL CORPORATION)
ATTN: MICHAEL L SCHEIN ESQ
1633 BROADWAY 47TH FL
NEW YORK, NY 10019

VENABLE LLP
(COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO. LLC)
ATTN: JEFFREY S. SABIN ESQ
1270 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

VENABLE LLP
(COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO. LLC)
ATTN: JAMIE L. EDMONSON
1201 NORTH MARKET STREET
WILMINGTON, DE 19801

WACHTELL, LIPTON, ROSEN & KATZ
(COUNSEL TO THE "EFH EQUITY INTEREST HOLDERS")
ATTN: RICHARD MASON; EMIL KLEINHAUS; AUSTIN WITT
51 W 52ND ST
NEW YORK, NY 10019

WEINSTEIN RADCLIFF LLP
(COUNSEL TO MARIO SINACOLA & SONS EXCAVATING, INC)
ATTN: GREGORY M WEINSTEIN ESQ
6688 N CENTRAL EXPY STE 675
DALLAS, TX 75206

WEIR & PARTNERS LLP
(COUNSEL TO EVERCORE GROUP LLC)
ATTN: JEFFREY S CIANCIULLI ESQ
824 N MARKET ST STE 800
WILMINGTON, DE 19801

WHITE & CASE LLP
(COUNSEL TO AD HOC GROUP OF TCEH UNSECURED
NOTEHOLDERS)
ATTN: J. CHRISTOPHER SHORE; GREGORY STARNER
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

WHITE & CASE LLP
(COUNSEL TO AD HOC GROUP OF TCEH UNSECURED
NOTEHOLDERS)
ATTN: THOMAS LAURIA; MATTHEW BROWN
200 S BISCAYNE BLVD STE 4900
MIAMI, FL 33131

WILMER CUTLER PICKERING HALE & DORR LLP
(COUNSEL TO MARATHON ASSET MGMT)
ATTN: PHILIP ANKER ESQ & GEORGE SHUSTER ESQ
7 WORLD TRADE CENTER, 205 GREENWICH ST
NEW YORK, NY 10007

WILMER CUTLER PICKERING HALE & DORR LLP
(COUNSEL TO MARATHON ASSET MGMT)
ATTN: BENJAMIN LOVELAND ESQ
60 STATE ST
BOSTON, MA 02109

WILMER CUTLER PICKERING HALE & DORR LLP
(COUNSEL TO CSC TRUST COMPANY OF DELAWARE AS IND.
& COLLATERAL TTEE FOR 10% SR SECUR NOTES DUE 2020)
ATTN: PHILIP D ANKER; CHARLES C PLATT;
DENNIS L JENKINS & GEORGE W SHUSTER JR ESQ
7 WORLD TRADE CENTER
250 GREENWICH ST
NEW YORK, NY 10007

WILMINGTON SAVINGS FUND SOCIETY
ATTN: PATRICK J. HEALY
500 DELAWARE AVENUE
WILMINGTON, DE 19801

WILMINGTON TRUST FSB
ATTN: JEFFREY T. ROSE
50 S SIXTH ST STE 1290
MINNEAPOLIS, MN 55402

WINSTON & STRAWN LLP
(COUNSEL TO CHICAGO BRIDGE & IRON COMPANY N.V.)
ATTN: DAVID NEIER, ESQ.
200 PARK AVE
NEW YORK, NY 10166

WOMAC LAW
(COUNSEL TO 2603 AUGUST INVESTORS LP)
ATTN: STACEY L KREMLING ESQ
8301 KATY FREEWAY
HOUSTON, TX 77024

WOMBLE CARLYLE SANDRIDGE & RICE LLP
(COUNSEL TO CENTERPOINT)
ATTN: STEVEN K KORTANEK; MARK L DESGROSSEILLIERS
222 DELAWARE AVE STE 1501
WILMINGTON, DE 19801

WOMBLE CARLYLE SANDRIDGE & RICE LLP
(COUNSEL TO HOLT TEXAS, LTD. D/B/A HOLT CAT)
ATTN: MARK L DESGROSSEILLIERS ESQ
222 DELAWARE AVE STE 1501
WILMINGTON, DE 19801

WOMBLE CARLYLE SANDRIDGE & RICE LLP
(COUNSEL TO AMECO, FLUOR, & AMERICAN EQUIPMENT)
ATTN: FRANCIS A MONACO JR & KEVIN J MANGAN ESQS
222 DELAWARE AVE STE 1501
WILMINGTON, DE 19801

WOMBLE CARLYLE SANDRIDGE & RICE LLP
(COUNSEL TO ALLTITE)
ATTN: 222 DELAWARE AVE STE 1501
WILMINGTON, DE 19801

YOUNG CONAWAY STARGATT & TAYLOR, LLP
(COUNSEL TO AD HOC COMMITTEE OF TCEH FIRST LIEN)
ATTN: PAULINE MORGAN; JOEL WAITE; RYAN BARTLEY;
ANDREW MAGAZINER
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DE 19801