IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    :
                     : SS.
NEW CASTLE COUNTY    :

Barbara J. Witters, being duly sworn according to law, deposes and says that she is employed as a Paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 27th day of February, 2015, she caused a copy of the following to be served as indicated on the attached list:

*Motion of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing Certain Debtors to Enter Into a Long-Term Power Purchase Agreement and Granting Related Relief [D.I. 3710]*

/s/ Barbara J. Witters
Barbara J. Witters
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this 3rd day of March, 2015.

_____
Notary Public

[Notary Seal: ANN JEROMINSKI, MY COMMISSION EXPIRES DECEMBER 20, 2015, NOTARY PUBLIC, STATE OF DELAWARE]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 11566491v.1

## SERVICE LIST

<u>Via Hand Delivery</u>

Richard Schepacarter, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

Christopher A. Ward
Polsinelli
222 Delaware Avenue
Suite 1101
Wilmington, DE 19801

Natalie D. Ramsey
Montgomery, McCracken Walker & Rhoads LLP
1105 North Market Street
Wilmington, DE 19801

Pauline K. Morgan
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801

William P. Bowden
Ashby & Geddes, P.A.
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

Jeffrey M. Schlerf
Fox Rothschild LLP
Citizens Bank Center
919 North Market Street
Suite 300
P.O. Box 2323
Wilmington, DE 19899-2323