IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>**No Hearing Required**<br>Related to D.I. Nos. 3028 and 3205 |

**SECOND SUPPLEMENTAL DECLARATION OF RICHARD LEVIN IN SUPPORT OF APPLICATION FOR ORDER APPROVING THE EMPLOYMENT OF CRAVATH, SWAINE & MOORE LLP AS COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC UNDER SECTIONS 327(a) AND 1107(b) OF THE BANKRUPTCY CODE**

I, Richard Levin, declare under penalty of perjury as follows:

1. I am a partner in the firm of Cravath, Swaine & Moore LLP ("**Cravath**"), with an office located at Worldwide Plaza, 825 Eighth Avenue, New York, NY 10019, and have been duly admitted to practice law in the State of California, the State of New York, the Commonwealth of Massachusetts and the District of Columbia.

2. I am authorized to submit this Second Supplemental Declaration. Except as otherwise noted, I have personal knowledge of the matters set forth herein.

**Background**

3. On December 16, 2014, debtor Energy Future Intermediate Holding Company LLC ("**EFIH**") filed the Application for Order Approving Employment of Cravath, Swaine & Moore LLP as Counsel to Energy Future Intermediate Holding Company LLC Under Sections

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

SL1 1354538v2 109285.00001

327(a) and 1107(b) of the Bankruptcy Code, Effective Nunc Pro Tunc to November 16, 2014 [Docket No. 3028] (the "**Application**").[2] In support of the Application, EFIH filed, as Exhibit E to the Application, the Declaration of Richard Levin in Support of Application For Order Approving the Employment Of Cravath, Swaine & Moore LLP as Counsel to Energy Future Intermediate Holding Company LLC under Sections 327(a) and 1107(b) of the Bankruptcy Code Effective Nunc Pro Tunc to November 16, 2014 (the "**Original Declaration**").

**Supplemental Disclosure**

4.  Exhibit 2 to the Original Declaration listed those parties in interest who were included on a list of that Kirkland provided to Cravath of potential parties in interest in EFIH's chapter 11 case and who, or whose affiliates, are current or former clients of Cravath.

5.  On February 19, 2015, Kirkland provided an updated list of potential parties in interest in EFIH's chapter 11 case. To comply with Bankruptcy Rule 2014, Cravath conducted an investigation of its client records, comparing the names of the potential parties in interest with its list of current and former clients. The potential parties in interest who, or whose affiliates, are current or former Cravath clients are listed on Exhibit 1 to this Second Supplemental Declaration. Cravath is not providing and will not provide any representation or advice to any of the entities listed on the parties in interest list, including any who are current clients, for any matter arising in or in connection with this chapter 11 case and has not provided any such services.

6.  Cravath has engaged, for matters unrelated to these chapter 11 cases, Munger, Tolles & Olson LLP, which represents Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC in these chapter 11 cases, and Proskauer Rose LLP, which represent Energy Future Holding Corporation in these chapter 11 cases.

---

[2] Capitalized terms not defined in this Declaration have the meaning ascribed to them in the Application.

SL1 1354538v2 109285.00001

7. I reaffirm the matters stated in paragraphs 16 through 22 of the Original Declaration.

I declare under penalty of perjury as provided in 28 U.S.C. § 1746 that the foregoing is true and correct according to the best of my knowledge, information and belief.

Dated: March 4, 2015      /s/ Richard Levin
                          Richard Levin