**Exhibit 1 (to Levin Second Supplemental Declaration)**

[List of Parties in Interest Who Are, or Whose Affiliates Are, Current or Former Cravath Clients]

| Name | Category | Client | Former Client | Affiliate of Client | Affiliate of Former Client |
|---|---|---|---|---|---|
| ALLIED WASTE/REPUBLIC SERVICES | Claims Register | X | | | |
| BANK OF NEW YORK MELLON TRUST CO, NA | Claims Register | X | | | |
| GOLDMAN, SACHS & CO. | Claims Register | X | | | |
| TPG CAPITAL, L.P. | Claims Register | X | | | |
| Guggenheim Partners | Professionals | X | | | |
| Microsoft | Rule 2002 | X | | | |
| Sullivan & Cromwell LLP | Rule 2002 | X | | | |
| KOHLBERG KRAVIS ROBERTS & CO. L.P | Claims Register | X | | X | |
| Montgomery McCracken Walker & Rhoads LLP | Professionals | | X | | |
| Munger Tolles & Olson LLP | Professionals | | X | | X |
| Kinder Morgan Texas Pipeline LLC | Rule 2002 | | | | X |
| AIG ASSURANCE COMPANY, ET AL | Claims Register | | | | X |