IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>**Related to D.I. 3144** |

**FIRST SUPPLEMENTAL DECLARATION OF DAVID W. PRAGER IN
SUPPORT OF APPLICATION FOR ORDER APPROVING THE EMPLOYMENT
OF GOLDIN ASSOCIATES LLC AS SPECIAL FINANCIAL ADVISOR TO
ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC**

I, David W. Prager, declare under penalty of perjury as follows:

1. I am a Managing Director of Goldin Associates, LLC ("**Goldin**"), with an office located at 350 Fifth Avenue, 44th Floor, New York, New York 10118.

2. I am authorized to submit this Second Supplemental Declaration. Except as otherwise noted, I have personal knowledge of the matters set forth herein.

**Background**

3. On December 26, 2014, debtor Energy Future Intermediate Holding Company LLC ("**EFIH**") filed the Application for Order Approving the Employment of Goldin Associates, LLC as Special Financial Advisor to Energy Future Intermediate Holding Company LLC Under Section 327(a) of the Bankruptcy Code, Effective *Nunc Pro Tunc* to December 11, 2014 [Docket No. 3144] (the "**Application**").[2] In support of the Application, EFIH filed a Declaration of David W. Prager [Docket No. 3144-5] (the "**Original Declaration**").

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms not defined in this Declaration have the meaning ascribed to them in the Application.

1

SL1 1354533v2 109285.00001

**Supplemental Disclosure**

4. Schedule 2 to the Original Declaration listed those parties in interest who were included on a list of that Kirkland & Ellis LLP ("**Kirkland**") provided of potential parties in interest in EFIH's chapter 11 case and about which Goldin made disclosures.

5. On February 19, 2015, Kirkland provided an updated list of potential parties in interest in EFIH's chapter 11 case.

6. Goldin conducted a supplemental conflicts and connections check with respect to the names on the updated list by circulating that list to the members of the Goldin Management Committee and asking them to identify any actual or potential conflicts or connections.

7. The parties in interest about whom (or about whose affiliates) Goldin makes supplemental disclosures are listed on Exhibit 1 to this Second Supplemental Declaration.

8. Goldin is not providing and will not provide any representation or advice to any of the entities listed on the parties in interest list, including any who are current clients, for any matter arising in or in connection with this chapter 11 case and has not provided any such services.

9. I reaffirm and incorporate by reference the terms of the Original Declaration as if set forth herein, including, but not limited to, those provisions regarding the scope of the search conducted and the limitations of Goldin's disclosures.

10. The list of interested parties contains many entities, some of which may possess interests of trusts for which Goldin or a Goldin Managing Director serves or served as trustee in unrelated matters.

I declare under penalty of perjury as provided in 28 U.S.C. § 1746 that the foregoing is true and correct according to the best of my knowledge, information and belief.

Dated: March 4, 2015              /s/ *David W. Prager*
                                  David W. Prager

SL1 1354533v2 109285.00001