Second Supplemental Prager Declaration
Exhibit 1

1. **Akin Gump** represented a Goldin Managing Director in his capacity as a trustee in an unrelated matter.
2. **Bank of New York** was or is a client of Goldin's in one or more unrelated matters. BONY is also a member of a trust board for which a Goldin Managing Director is the trustee.
3. **Bayard** represented a common client with Goldin in an unrelated matter.
4. **Bingham** was counsel to a Goldin Managing Director in his capacity as a trustee in an unrelated matter.
5. **Capstone** was the financial advisor to a Goldin Managing Director in his capacity as a trustee in an unrelated matter.
6. **Credit Suisse** employs a relative of a Goldin Managing Director in a capacity that is unrelated to this matter.
7. **Deutsche Bank** is a member of a trust board of a trust for which a Goldin Managing Director is a trustee in an unrelated matter.
8. Goldin Associates LLC and affiliates are registered with the **Delaware Division of Corporations**.
9. **Evercore** represented a client for which Goldin provided interim management services in an unrelated matter.
10. **JPM Chase** is the agent for holders of a trust for which a Goldin Associates Managing Director serves as a trustee in an unrelated matter.
11. **KCC** represented a client for which Goldin provided interim management services in an unrelated matter. It is also the claims agent for a Managing Director of Goldin in his capacity as a trustee in an unrelated matter.
12. **Morgan Lew**is was a counterparty to a transaction involving a Goldin client in an unrelated matter.
13. **Onex** is a beneficiary of a trust for which a Goldin Managing Director serves as trustee in an unrelated matter.
14. A Goldin Managing Director served on the Board of Directors of **PIMCO** funds.
15. **Saterlee Stevens** represented a common client with Goldin in an unrelated matter.
16. **Sills Cummins** represents Goldin in an unrelated matter.
17. **Stevens and Lee** represents a common client with Goldin in an unrelated matter.
18. **Sullivan and Cromwell** represented a common client with Goldin in an unrelated matter.
19. **UBS** employs a relative of a Goldin Managing Director in a capacity that is unrelated to this matter.
20. **U.S. Treasury Department** was adverse to a client for which Goldin provided interim management services in an unrelated matter.
21. Two members of Goldin's Management Committee are former **Wachtell Lipton** employees.
22. **Zolfo Cooper** worked with Goldin on behalf of a common client in an unrelated matter.

*Any reference to an entity above refers to that entity and/or its affiliates.*