IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Energy Future Holdings Corporation, *et al*., | ) | Case No. 14-10979(CSS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Richard A. Barkasy, hereby certify that I am greater than 18 years of age, and that on March 3, 2015, I caused redacted copies of the Omnibus Objection of CCP Credit Acquisition Holdings, L.L.C., Centerbridge Special Credit Partners, L.P., and Centerbridge Special Credit Partners, II, L.P. to the Standing Motions to be served via regular mail upon those listed on the attached Exhibit A. Pursuant to the Confidentiality Agreement and Stipulated Protective Order [D.I. 1833], I also caused unredacted copies of the Omnibus Objection of CCP Credit Acquisition Holdings, L.L.C., Centerbridge Special Credit Partners, L.P., and Centerbridge Special Credit Partners, II, L.P. to the Standing Motions to be served via overnight mail upon those listed on the attached Exhibit B.

SCHNADER HARRISON SEGAL & LEWIS LLP

By: /s/ Richard A. Barkasy
Richard A. Barkasy, Esquire (#4683)
Schnader Harrison Segal & Lewis LLP
824 North Market Street, Suite 800
Wilmington, DE  19801
Phone:  (302) 888-4554
Fax:  (302) 888-1696
rbarkasy@schnader.com

Dated:  March 4, 2015

*Attorneys for CCP Credit Acquisition Holdings, L.L.C., Centerbridge Special Credit Partners, L.P. and Centerbridge Special Credit Partners, II, L.P.*

**EXHIBIT A**

| | |
|---|---|
| ABRAMS & BAYLISS LLP<br>(COUNSEL TO GOLDMAN, SACHS & CO.)<br>KEVIN G. ABRAMS & JOHN M. SEAMAN<br>20 MONTCHANIN RD STE 200<br>WILMINGTON, DE  19807 | AKERMAN LLP<br>(COUNSEL TO SIEMENS POWER GENERATION INC.)<br>ATTN: SUNDEEP S. SIDHU<br>420 S ORANGE AVE STE 1200<br>ORLANDO, FL  32801-4904 |
| AKIN GUMP STRAUSS HAUER & FELD LLP<br>(COUNSEL TO AD HOC COMMITTEE OF EFIH UNSECURED NOTEHOLDERS AND EFIH SECOND LIEN DIP COMMITMENT)<br>ATTN: IRA DIZENGOFF; ABID QURESHI; STEPHEN BALDINI; MEREDITH LAHAIE; ROBERT BOLLER; CHRISTOPHER CARTY; LINDSAY ZAHRADKA<br>ONE BRYANT PARK, BANK OF AMERICA TOWER<br>NEW YORK, NY  10036-6745 | AKIN GUMP STRAUSS HAUER & FELD LLP<br>(COUNSEL TO AD HOC COMMITTEE OF EFIH UNSECURED NOTEHOLDERS AND EFIH SECOND LIEN DIP COMMITMENT)<br>ATTN: SCOTT ALBERINO; JOANNA NEWDECK<br>ROBERT S. STRAUSS BUILDING<br>1333 NEW HAMPSHIRE AVE, NW<br>WASHINGTON, DC  20036-1564 |
| ALDINE INDEPENDENT SCHOOL DISTRICT<br>ATTN: COURTENEY F HARRIS, ESQ<br>14910 ALDINE WESTFIELD RD<br>HOUSTON, TX  77032 | ALVAREZ & MARSAL<br>ATTN: PAUL KINEALY<br>55 W MONROE STE 4000<br>CHICAGO, IL  60603 |
| AMERICAN STOCK TRANSFER & TRUST CO LLC<br>ATTN: GENERAL COUNSEL<br>6201 15TH AVE<br>BROOKLYN, NY  11219 | AMERICAN STOCK TRANSFER & TRUST CO LLC<br>ATTN: PAUL KIM<br>6201 15TH AVENUE<br>BROOKLYN, NY  11219 |
| ANDREWS KURTH LLP<br>(COUNSEL TO TITUS COUNTY FRESH WATER SUPPLY DISTRICT NO. 1)<br>ATTN: MICHAEL BOLDT ESQ<br>111 CONGRESS AVE STE 1700<br>AUSTIN, TX  78701 | ASHBY & GEDDES, P.A.<br>(COUNSEL TO WILMINGTON SAVINGS/WSFS)<br>ATTN: WILLIAM BOWDEN & GREGORY TAYLOR<br>PO BOX 1150<br>WILMINGTON, DE  19899 |
| BAKER BOTTS LLP<br>(COUNSEL TO CENTERPOINT)<br>ATTN: JAMES PRINCE; OMAR J ALANIZ;<br>          IAN E ROBERTS<br>2001 ROSS AVE<br>DALLAS, TX  75201-2980 | BALLARD SPAHR LLP<br>(COUNSEL TO LOUISIANA ENERGY & URENCO)<br>ATTN: MATTHEW G SUMMERS ESQ<br>919 N MARKET ST 11TH FL<br>WILMINGTON, DE  19801 |
| BARNES & THORNBURG LLP<br>(COUNSEL TO CONVERDYN)<br>ATTN: PAULA K JACOBI ESQ<br>ONE N WACKER DR STE 4400<br>CHICAGO, IL  60606 | BARNES & THORNBURG LLP<br>(COUNSEL TO CONVERDYN)<br>ATTN: KEVIN G COLLINS ESQ<br>1000 N WEST ST STE 1500<br>WILMINGTON, DE  19801 |

BAYARD PA
(COUNSEL TO CSC TRUST CO OF DELAWARE, SUCC TTEE UNDER THE TCEH 11.5% SR SECURED NOTES INDENTURE)
ATTN: NEIL GLASSMAN ESQ
222 DELAWARE AVE STE 900
WILMINGTON, DE  19801

BENESCH FRIEDLANDER COPLAN & ARONOFF LLP
(COUNSEL TO THERMO FISHER SCIENTIFIC INC. AND ITSAFFILIATES AND SUBSIDIARIES)
ATTN: KEVIN M. CAPUZZI
222 DELAWARE AVE STE 801
WILMINGTON, DE  19801-1611

BLANK ROME LLP
(COUNSEL TO WILMINGTON TRUST, NA)
ATTN: MICHAEL DEBAECHE; STANLEY TARR
1201 MARKET ST STE 800
WILMINGTON, DE  19801

BLANK ROME LLP
(COUNSEL TO WILMINGTON TRUST, NA)
ATTN: MICHAEL B. SCHAEDLE
ONE LOGAN SQUARE
130 N 18TH ST
PHILADELPHIA, PA  19103

BLUME  FAULKNER  SKEEN & NORTHAM PLLC
(COUNSEL TO NATIONAL FIELD SERVICES)
ATTN: BRETTON C. GERARD
111 W SPRING VALLEY RD STE 250
RICHARDSON, TX  75081

BRICKFIELD, BURCHETTE, RITTS & STONE, PC
(COUNSEL TO TEX-LA ELECTRIC COOPERATIVE OF TEXAS)
ATTN: CHRISTINE C. RYAN
1025 THOMAS JEFFERSON STREET, NW
WASHINGTON, DC  20007

BROWN RUDNICK LLP
(COUNSEL TO WILMINGTON SAVINGS/WSFS)
ATTN: EDWARD WEISFELNER ESQ
SEVEN TIMES SQUARE
NEW YORK, NY  10036

BROWN RUDNICK LLP
(COUNSEL TO WILMINGTON SAVINGS/WSFS)
ATTN: JEFFREY JONAS ESQ, ANDREW STREHLE ESQ
JEREMY COFFEY ESQ
ONE FINANCIAL CENTER
BOSTON, MA  02111

BROWN RUDNICK LLP
(COUNSEL TO WILMINGTON SAVINGS/WSFS)
ATTN: HOWARD SIEGEL ESQ
185 ASYLUM ST
HARTFORD, CT  06103

BROWN RUDNICK LLP
ATTN: JEREMY B. COFFEY
SEVEN TIMES SQUARE
NEW YORK, NY  10036

BRYAN CAVE LLP
(COUNSEL TO INDENTURE TRUSTEE OF 11% & 11.75% SR)
ATTN: STEPHANIE WICKOUSKI; MICHELLE MCMAHON
1290 AVENUE OF THE AMERICAS
NEW YORK, NY  10104

BRYAN CAVE LLP
ATTN: ROBERT E. PEDERSEN
1290 AVENUE OF THE AMERICAS
NEW YORK, NY  10104-3300

BUCHALTER NEMER, A PROFESSIONAL CORPORATION
(COUNSEL TO ORACLE AMERICA, INC.)
ATTN: SHAWN M. CHRISTIANSON
55 SECOND ST 17TH FL
SAN FRANCISCO, CA  94105-3493

BUCHANAN INGERSOLL & ROONEY PC
(COUNSEL TO CATERPILLAR FINANCIAL SERVICES CORP.)
ATTN: KATHLEEN A. MURPHY
919 N MARKET ST STE 1500
WILMINGTON, DE  19801

CARMODY MACDONALD P.C.
(COUNSEL TO AUTOMATIC SYSTEMS, INC.)
ATTN: GREGORY D. WILLARD
120 S CENTRAL AVE STE 1800
SAINT LOUIS, MO  63105

CHADBOURNE & PARKE LLP
(COUNSEL TO NEXTERA ENERGY RESOURCES, LLC)
ATTN: HOWARD SEIFE, DAVID M LEMAY AND CHRISTY RIVERA ESQS
1301 AVENUE OF THE AMERICAS
NEW YORK, NY  10019-6022

CIARDI CIARDI & ASTIN
(COUNSEL TO ATMOS ENERGY; TXU 2007-1 RAILCAR, & RED BALL OXYGEN)
ATTN: D ASTIN, J MCLAUGHLIN JR, J MCMAHON JR
1204 N KING STREET
WILMINGTON, DE  19801

CITIBANK, N.A.
ATTN: OWEN COYLE
1615 BRETT ROAD, OPS III
NEW CASTLE, DE  19720

CITIBANK, N.A.
ZORI MIGLIORINI,STANDBY LETTER OF CREDIT DEPT, AS FRONTING BANK
388 GREENWICH ST 21ST FL
NEW YORK, NY  10013

CITIBANK, N.A.
ATTN: ERIC O. LIGAN, VICE PRESIDENT
388 GREENWICH ST 32ND FL
NEW YORK, NY  10013

CITIBANK, N.A.
BANK LOAN SYNDICATIONS DEPARTMENT
1615 BRETT ROAD, BUILDING III
NEW CASTLE, DE  19720

CITIBANK, N.A.
ATTN: ANNEMARIE E. PAVCO
SECURITIES PROCESSING SENIOR ANALYST
GLOBAL LOANS, 1615 BRETT RD., OPS III
NEW CASTLE, DE  19720

CITIBANK, N.A.
ATTN: RYAN FALCONER
388 GREENWICH STREET
NEW YORK, NY  10013

CITIBANK, N.A.
ATTN: RYAN FALCONER
388 GREENWICH STREET
NEW YORK, NY  10013

CLEARY GOTTLIEB STEEN & HAMILTON LLP
(COUNSEL TO J. ARON & COMPANY)
ATTN: THOMAS MOLONEY; SEAN O'NEAL; HUMAYUN KHALID
ONE LIBERTY PLAZA
NEW YORK, NY  10006

COHEN & GRIGSBY, P.C.
(COUNSEL TO NOVA CHEMICALS INC.)
ATTN: THOMAS D. MAXSON
625 LIBERTY AVE
PITTSBURGH, PA  15222-3152

COMPUTERSHARE
ATTN: TINA VITALE, BA; LL.B.
480 WASHINGTON BLVD
JERSEY CITY, NJ  07310

COMPUTERSHARE TRUST COMPANY OF CANADA
ATTN: ALESSANDRA PANSERA
1500, UNIVERSITY ST., SUITE 700
MONTREAL, QC  H3A 3S8
CANADA

COWLES & THOMPSON
(COUNSEL TO ATMOS ENERGY CORPORATION)
ATTN: STEPHEN C. STAPLETON
BANK OF AMERICA PLAZA
901 MAIN ST STE 3900
DALLAS, TX  75202

COZEN O'CONNOR
(COUNSEL TO J. ARON & COMPANY)
ATTN: MARK E. FELGER
1201 N MARKET ST STE 1001
WILMINGTON, DE  19801

CRAVATH SWAIN & MOORE LLP
(COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC/EFIH)
ATTN: RICHARD LEVIN ESQ
WORLDWIDE PLAZA
825 EIGHTH AVE
NEW YORK, NY 10019-7475

CROSS & SIMON, LLC
(COUNSEL TO FIDELITY MANAGEMENT & RESEARCH CO.)
ATTN: MICHAEL J. JOYCE ESQ
1105 N MARKET ST STE 901
WILMINGTON, DE 19801

CROWE & DUNLEVY, PC
(COUNSEL TO DEVON ENERGY)
ATTN: JUDY HAMILTON MORSE ESQ
324 N ROBINSON AVE STE 100
OKLAHOMA CITY, OK 73102

CSC TRUST COMPANY OF DELAWARE
ATTN: SANDRA E. HORWITZ
MANAGING DIRECTOR
2711 CENTERVILLE RD STE 400
WILMINGTON, DE 19808

DAVIS POLK & WARDWELL LLP
(COUNSEL TO GOLDMAN SACHS, ET AL)
ATTN: MARSHALL HUEBNER; BENJAMIN KAMINETZKY; ELLIOT MOSKOWITZ; DAMON MEYER
450 LEXINGTON AVE
NEW YORK, NY 10017

DEUTSCHE BANK
ATTN: MARCUS M. TARKINGTON
60 WALL STREET (NYCC60-0266)
NEW YORK, NY 10005-2836

DRINKER BIDDLE & REATH LLP
(COUNSEL TO CITIBANK NA, TCEH DIP AGENT)
ATTN: HOWARD A. COHEN & ROBERT K. MALONE
222 DELAWARE AVE STE 1410
WILMINGTON, DE 19801-1621

DYKEMA GOSSETT PLLC
(COUNSEL TO TEX-LA ELECTRIC COOPERATIVE OF TEXAS)
ATTN: JEFFREY R FINE ESQ
1717 MAIN ST STE 4200
DALLAS, TX 75201

EMC CORPORATION
C/O RECEIVABLE MANAGEMENT SERVICES (RMS)
ATTN: RONALD L ROWLAND, AGENT
307 INTERNATIONAL CIRCLE STE 270
COCKEYSVILLE, MD 21030

ENERGY FUTURE HOLDINGS CORP ET AL
ATTN: ANDREW M WRIGHT
1601 BRYAN ST 43RD FL
DALLAS, TX 75201

EPIQ BANKRUPTY SOLUTIONS, LLC
(CLAIMS AGENT)
ATTN: JAMES KATCHADURIAN, E.V.P.
757 THIRD AVE 3RD FL
NEW YORK, NY 10017

FOLEY & LARDNER LLP
(COUNSEL TO UMB BANK, INDENTURE TRUSTEE)
ATTN: HAROLD KAPLAN ESQ, MARK HEBBELN ESQ
LARS PETERSON ESQ
321 N CLARK ST STE 2800
CHICAGO, IL 60654-5313

FOX ROTHSCHILD LLP
(COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS)
ATTN: JEFFREY SCHLERF; JOHN STROCK; L. JOHN BIRD
919 N MARKET ST STE 300
WILMINGTON, DE 19801

FRANKGECKER LLP
(COUNSEL TO EXPERIAN; THE PI LAW FIRMS/ASBESTOS)
ATTN: JOSEPH D FRANK AND REED HEILIGMAN
325 N LASALLE ST STE 625
CHICAGO, IL 60654

| | |
|---|---|
| FRANKGECKER LLP<br>(COUNSEL TO THE PI LAW FIRMS/ASBESTOS CLAIMANTS)<br>ATTN: FRANCES GECKER ESQ<br>325 N LASALLE ST STE 625<br>CHICAGO, IL  60654 | FRIED FRANK HARRIS SHRIVER & JACOBSON LLP<br>(COUNSEL TO FIDELITY MANGEMENT & RESEARCH CO.)<br>ATTN: BRAD E. SCHELER, GARY L. KAPLAN & MATTHEW M. ROOSE<br>ONE NEW YORK PLAZA<br>NEW YORK, NY  10004 |
| GAY MCCALL ISAACKS GORDON & ROBERTS PC<br>(COUNSEL TO GARLAND INDEPENDENT SCHOOL DISTRICT & CITY OF GARLAND)<br>ATTN: DUSTIN L BANKS ESQ<br>1919 S SHILOH RD STE 310 LB 40<br>GARLAND, TX  75042 | GAY MCCALL ISAACKS GORDON & ROBERTS PC<br>(COUNSEL TO COLLIN COUNTY)<br>ATTN: DAVID MCCALL ESQ<br>777 E 15TH ST<br>PLANO, TX  75074 |
| GELLERT SCALI BUSENKELL & BROWN, LLC<br>(COUNSEL TO AURELIUS)<br>ATTN: MICHAEL G. BUSENKELL<br>913 N MARKET ST 10TH FL<br>WILMINGTON, DE  19801 | GIBBONS PC<br>(COUNSEL TO VEOLIA)<br>ATTN: NATASHA M SONGONUGA ESQ<br>1000 N WEST ST STE 1200<br>WILMINGTON, DE  19801-1058 |
| GIBBONS PC<br>(COUNSEL TO VEOLIA)<br>ATTN: DALE E BARNEY ESQ<br>ONE GATEWAY CENTER<br>NEWARK, NJ  07102-5310 | GOODWIN PROCTER LLP<br>(COUNSEL TO AURELIUS CAPITAL MANAGEMENT, LP)<br>ATTN: WILLIAM P. WEINTRAUB; KIZZY L. JARASHOW<br>THE NEW YORK TIMES BUILDING<br>620 EIGHTH AVENUE<br>NEW YORK, NY  10018 |
| HAYNES AND BOONE LLP<br>(COUNSEL TO AIRGAS USA, LLC)<br>ATTN: JONATHAN HOOK<br>30 ROCKEFELLER CENTER, 26TH FL<br>NEW YORK, NY  10112 | HAYNES AND BOONE LLP<br>(COUNSEL TO AIRGAS USA, LLC)<br>ATTN: PATRICK L. HUGHES<br>1221 MCKINNEY ST STE 2100<br>HOUSTON, TX  77010 |
| HAYNES AND BOONE LLP<br>(COUNSEL TO BNSF RAILWAY COMPNAY)<br>ATTN: IAN T. PECK<br>201 MAIN ST STE 2200<br>FORT WORTH, TX  76102-3126 | HINCKLEY ALLEN<br>(COUNSEL TO INVENSYS SYSTEMS, INC.)<br>ATTN: JENNIFER V. DORAN<br>28 STATE ST<br>BOSTON, MA  02109 |
| HOGAN MCDANIEL<br>(COUNSEL TO AD HOC GROUP OF EFH LEGACY NOTEHOLDER)<br>ATTN: GARVAN F MCDANIEL ESQ<br>1311 DELAWARE AVE<br>WILMINGTON, DE  19806 | HOLLAND & KNIGHT LLP<br>(COUNSEL TO TEX-LA ELECTRIC COOPERATIVE OF TEXAS)<br>ATTN: CHRISTINE C RYAN ESQ<br>800 17TH ST NW STE 1100<br>WASHINGTON, DC  20006 |
| INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA  19101-7346 | INTERNAL REVENUE SERVICE<br>DEPARTMENT OF THE TREASURY<br>OGDEN, UT  84201 |

| | |
|---|---|
| JACKSON WALKER, LLP<br>(COUNSEL TO HOLT TEXAS, LTD. D/B/A HOLT CAT)<br>ATTN: MONICA S. BLACKER<br>901 MAIN ST STE 6000<br>DALLAS, TX  75202 | JACKSON WALKER, LLP<br>(COUNSEL TO HOLT TEXAS, LTD. D/B/A HOLT CAT)<br>ATTN: J. SCOTT ROSE<br>WESTON CENTRE<br>112 E PECAN ST STE 2400<br>SAN ANTONIO, TX  78205 |
| JONES DAY<br>(COUNSEL TO ONCOR)<br>ATTN: PATRICIA VILLAREAL<br>2727 N HARWOOD STREET<br>DALLAS, TX  75201 | JONES DAY<br>(COUNSEL TO ONCOR)<br>ATTN: MICHAEL L. DAVITT<br>2727 N HARWOOD STREET<br>DALLAS, TX  75201 |
| KASOWITZ BENSON TORRES & FRIEDMAN LLP<br>(COUNSEL TO AD HOC GROUP OF EFH LEGACY NOTEHOLDER)<br>ATTN: DAVID ROSNER, ANDREW GLENN, DANIEL FLIMAN<br>1633 BROADWAY<br>NEW YORK, NY  10019 | KELLEY DRYE & WARREN LLP<br>(COUNSEL TO CSC TRUST OF DE, AS PROPOSED SUCC INDENTURE TTEE FOR 7.46% & 7.48% TCEH SECURED FACILITY BONDS)<br>ATTN: JAMES S. CARR, BENJAMINN D. FEDER & GILBERT R. SAYDAH<br>101 PARK AVE<br>NEW YORK, NY  10178 |
| KIRKLAND & ELLIS LLP<br>(COUNSEL TO EFHC DEBTORS)<br>ATTN: RICHARD CIERI, EDWARD SASSOWER STEPHEN HESSLER & BRIAN E SCHARTZ<br>601 LEXINGTON AVE<br>NEW YORK, NY  10022 | KIRKLAND & ELLIS LLP<br>(COUNSEL TO EFHC DEBTORS)<br>ATTN: JAMES H.M. SPRAYREGEN PC CHAD HUSNICK ESQ & STEVEN SERAJEDDINI ESQ<br>300 N LASALLE<br>CHICAGO, IL  60654 |
| KLEHR HARRISON HARVEY BRANZBURG LLP<br>(COUNSEL TO UMB BANK, N.A. INDENTURE TRUSTEE)<br>ATTN: RAYMOND H. LEMISCH<br>919 MARKET ST STE 1000<br>WILMINGTON, DE  19801 | KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>(COUNSEL TO INDENTURE TRUSTEE OF 11% & 11.75% SR)<br>ATTN: THOMAS MOERS MAYER; GREGORY HOROWITZ; JOSHUA BRODY; PHILIP BENTLEY<br>1177 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10036 |
| LACKEY HERSHMAN, LLP<br>(COUNSEL TO THE RICHARDS GROUP INC)<br>ATTN: JAMIE R WELTON ESQ<br>3102 OAK LAWN AVE STE 777<br>DALLAS, TX  75219 | LANDIS RATH & COBB LLP<br>(COUNSEL TO MARATHON MGMT, ALCOA AND NEXTERA ENERGY RESOURCES, LLC)<br>ATTN: ADAM G LANDIS, MATTHEW B MCGUIRE<br>919 MARKET ST STE 1800<br>WILMINGTON, DE  19801 |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK<br>ATTN: FRANK GODINO, VP<br>400 MADISON AVE STE 4D<br>NEW YORK, NY  10017 | LAW OFFICE OF PATRICIA WILLIAMS PREWITT<br>(COUNSEL TO TARGA GAS MARKETING; KINDER MORGAN TEXAS PIPELINE; KINDER MORGAN TEJAS PIPELINE LLCS; NAT. GAS PIPELINE CO OF AMERICA; EL PASO NAT. GAS)<br>ATTN: PATRICIA WILLIAMS PREWITT<br>10953 VISTA LAKE COURT<br>NAVASOTA, TX  77868 |

| | |
|---|---|
| LAW OFFICES OF ROBERT E LUNA PC<br>(COUNSEL TO CARROLLTON-FARMERS BRANCH ISD)<br>ATTN: DANIEL K BEARDEN ESQ<br>4411 N CENTRAL EXPRESSWAY<br>DALLAS, TX  75205 | LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>(COUNSEL TO TARRANT & DALLAS COUNTY)<br>ATTN: ELIZABETH WELLER ESQ<br>2777 N STEMMONS FWY STE 1000<br>DALLAS, TX  75207 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>(COUNSEL TO WALNUT SPRINGS ISD, FRANKLIN ISD, ROBERTSON CTY, LEE CTY, MCLENNAN CTY, FALLS CTY, ROUND ROCK ISD, NEUCES CTY, LIMESTONE CTY)<br>ATTN: DIANE WADE SANDERS<br>PO BOX 17428<br>AUSTIN, TX  78760 | LLOYD GOSSELINK ROCHELLE & TOWNSEND PC<br>(COUNSEL TO ONCOR STEERING COMMITTEE)<br>ATTN: GEOFFREY GAY ESQ<br>816 CONGRESS AVE STE 1900<br>AUSTIN, TX  78701 |
| LOCKE LORD LLP<br>(COUNSEL TO BP AMERICA PRODUCTION COMPANY)<br>ATTN: C. DAVIN BOLDISSAR ESQ<br>601 POYDRAS ST STE 2660<br>NEW ORLEANS, LA  70130-6036 | LOCKE LORD LLP<br>(COUNSEL TO AMECO, FLUOR, & AMERICAN EQUIPMENT)<br>ATTN: PHILIP EISENBERG ESQ<br>2800 JPMORGAN CHASE TOWER<br>600 TRAVIS<br>HOUSTON, TX  77002 |
| LOWER COLORADO RIVER AUTHORITY<br>LOWER COLORADO RIVER AUTHORITY TRANSMISSION SERVICES CORPORATION (LCRA TSC)<br>LEGAL SERVICES<br>ATTN: WILLIAM T. MEDAILLE<br>PO BOX 220<br>AUSTIN, TX  78767 | MANION GAYNOR & MANNING LLP<br>(COUNSEL TO ONCOR STEERING COMMITTEE)<br>ATTN: MARC PHILLIPS ESQ<br>THE NEMOURS BUILDING<br>1007 N ORANGE ST 10TH FL<br>WILMINGTON, DE  19801 |
| MARGOLIS EDELSTEIN<br>(COUNSEL TO URS ENERGY & CONSTRUCTION, INC.)<br>ATTN: JAMES E. HUGGETT & AMY D. BROWN<br>300 DELAWARE AVE STE 800<br>WILMINGTON, DE  19801 | MASLON EDELMAN BORMAN & BRAND, LLP<br>(COUNSEL TO U.S. BANK NATIONAL ASSOCIATION)<br>ATTN: CLARK T. WHITMORE, ANA CHILINGARISHVILI  AND KOREY G. KALLSTROM<br>90 S SEVENTH ST STE 3300<br>MINNEAPOLIS, MN  55402 |
| MCCATHERN, PLLC<br>(COUNSEL TO RED BALL OXYGEN COMPANY)<br>ATTN: JONATHAN L. HOWELL<br>REGENCY PLAZA<br>3710 RAWLINS, SUITE 1600<br>DALLAS, TX  75219 | MCCREARY, VESELKA, BRAGG & ALLEN, PC<br>(COUNSEL TO TEXAS AD VALOREM TAXING JURISDICTIONS)<br>ATTN: LEE GORDON<br>PO BOX 1269<br>ROUND ROCK, TX  78680 |
| MCKOOL SMITH<br>(COUNSEL TO ALCOA)<br>ATTN: PETER S. GOODMAN; MICHAEL R. CARNEY<br>ONE BRYANT PARK, 47TH FL<br>NEW YORK, NY  10036 | MCKOOL SMITH<br>(COUNSEL TO ALCOA)<br>ATTN: PAUL D. MOAK, ESQ.<br>600 TRAVIS ST STE 7000<br>HOUSTON, TX  77002 |

MICHAEL G. SMITH
(COUNSEL TO VALERO TEXAS POWER MARKETING, INC.)
111 N 6TH ST
PO BOX 846
CLINTON, OK  73601

MILBANK, TWEED, HADLEY & MCCLOY LLP
ATTN: JONATHAN BROWN
1 CHASE MANHATTAN PLAZA
NEW YORK, NY  10005

MONTGOMERY MCCRACKEN WALKER & RHOADS LLP
(COUNSEL TO EFH CREDITORS COMMITTEE)
ATTN: NATALIE D RAMSEY, DAVIS LEE WRIGHT MARK A FINK ESQ
1105 N MARKET ST 15TH FL
WILMINGTON, DE  19801

MORRIS JAMES LLP
(COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NY)
ATTN: STEPHEN M. MILLER
PO BOX 2306
WILMINGTON, DE  19899-2306

MUNGER, TOLLES & OLSON LLP
(COUNSEL TO TCEH DEBTORS)
ATTN: THOMAS B WALPER, TODD J ROSEN; SETH GOLDMAN; JOHN W SPIEGEL
355 S GRAND AVE 35TH FL
LOS ANGELES, CA  90071

MUNSCH HARDT KOPF & HARR PC
(COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF TEXAS/ERCOT)
ATTN: KEVIN M LIPPMAN ESQ
500 N AKARD ST STE 3800
DALLAS, TX  75201-6659

NAMAN HOWELL SMITH & LEE PLLC
(COUNSEL TO BUFFALO INDUSTRIAL SUPPLY INC)
ATTN: KERRY L HALIBURTON ESQ
PO BOX 1470
WACO, TX  76703-1470

MILBANK, TWEED, HADLEY & MCCLOY LLP
(COUNSEL TO CITIBANK NA, TCEH DIP AGENT)
ATTN: DENNIS F. DUNNE, EVAN R. FLECK & KAREN GARTENBERG
1 CHASE MANHATTAN PLAZA
NEW YORK, NY  10005

MISSOURI DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
ATTN: STEVEN A. GINTHER
PO BOX 475
JEFFERSON CITY, MO  65105-0475

MORGAN LEWIS BOCKIUS LLP
(COUNSEL TO PACFIC INVESTMENT MANAGEMENT COMPANY)
ATTN: JULIA FROST-DAVIES ESQ, PATRICK STRAWBRIDGE, CHRISTOPHER L CARTER ESQ
ONE FEDERAL ST
BOSTON, MA  02119

MORRIS NICHOLS ARSHT & TUNNELL LLP
(COUNSEL TO THE "EFH EQUITY INTEREST HOLDERS")
ATTN: DERK ABBOTT; ANDREW REMMING; ERIN FAY
1201 N MARKET ST STE 1600
WILMINGTON, DE  19801

MUNSCH HARDT KOPF & HARR PC
(COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF TEXAS/ERCOT)
ATTN: RUSSELL L MUNSCH ESQ
3050 FROST BANK TOWER
401 CONGRESS AVE
AUSTIN, TX  78701-4071

MYERS HILL
(COUNSEL TO PROPERTY TAX PARTNERS)
ATTN: ROBERT J. MYERS
2525 RIDGMAR BLVD STE 150
FORT WORTH, TX  76116

NELSON MULLINS RILEY & SCARBOROUGH LLP
(COUNSEL TO MICHELIN NORTH AMERICA INC.)
ATTN: JODY A. BEDENBAUGH AND GEORGE B. CAUTHEN
1320 MAIN ST 17TH FL
PO BOX 11070 (29211)
COLUMBIA, SC  29201

NIXON PEABODY
(COUNSEL TO AMERICAN STOCK TRANSFER & TRUST CO)
ATTN: RICHARD C. PEDONE; AMANDA D. DARWIN
100 SUMMER ST
BOSTON, MA  02110

O'KELLY ERNST & BIELLI LLC
(OF COUNSEL TO ENERGY FUTURE HOLDINGS CORP)
ATTN: DAVID M KLAUDER ESQ & SHANNON DOUGHERTY ESQ
901 N  MARKET ST STE 100
WILMINGTON, DE  19801

O'MELVENY & MYERS LLP
(COUNSEL TO APOLLO GLOBAL MANAGEMENT, LLC)
ATTN: GEORGE A. DAVIS
7 TIMES SQUARE
NEW YORK, NY  10036

OFFICE OF THE TEXAS ATTORNEY GENERAL
(COUNSEL TO PUBLIC UTILITY COMMISSION OF TEXAS)
ATTN: HAL MORRIS & ASHLEY BARTRAM
BANKRUPTCY REGULATORY SECTION
BANKRUPTCY & COLLECTIONS DIVISION
PO BOX 12548
AUSTIN, TX  78711-2548

OFFICE OF THE UNITED STATES ATTORNEY
ATTN: ELLEN SLIGHTS, ESQ.
PO BOX 2046
WILMINGTON, DE  19899-2046

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: RICHARD L. SCHEPACARTER
J. CALEB BOGGS FEDERAL BUILDING
844 KING STREET, SUITE 2207 - LOCKBOX #35
WILMINGTON, DE  19801

OFFICE OF THE UNITED STATES TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: ANDREA SCHWARTZ
201 VARICK STREET, SUITE 1006
NEW YORK, NY  10014

PACHULSKI STANG ZIEHL & JONES LLP
(COUNSEL TO INDENTURE TRUSTEE OF 11% & 11.75% SR)
ATTN: LAURA DAVIS JONES; ROBERT FEINSTEIN
PO BOX 8705
WILMINGTON, DE  19899

PATTERSON BELKNAP WEBB & TYLER LLP
(COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NY)
ATTN: DANIEL A. LOWENTHAL; CRAIG W. DENT
1133 AVENUE OF THE AMERICAS
NEW YORK, NY  10036-6710

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
(COUNSEL TO AD HOC COMMITTEE OF TCEH FIRST LIEN)
ATTN: ALAN KORNBERG; KELLEY CORNISH; BRIAN HERMANN; JACOB ADLERSTEIN
1285 AVENUE OF THE AMERICAS
NEW YORK, NY  10019

PENSION BENEFIT GUARANTY CORPORATION (PBGC)
OFFICE OF THE CHIEF COUNSEL
ATTN: DESIREE M. AMADOR, ATTY
1200 K STREET, NW
WASHINGTON, DC  20005-4026

PENSION BENEFIT GUARANTY CORPORATION (PBGC)
ATTN: JON CHATALIAN
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, NW
WASHINGTON, DC  20005-4026

PERDUE BRANDON FIELDER COLLINS & MOTT LLP
(COUNSEL TO SOMERVELL COUNTY ET AL)
ATTN: ELIZABETH BANDA CALVO ESQ
500 E BORDER ST STE 640
ARLINGTON, TX  76010

PERDUE BRANDON FIELDER COLLINS & MOTT LLP
(COUNSEL TO GALENA PARK ISD)
ATTN: OWEN M SONIK ESQ
1235 N LOOP WEST STE 600
HOUSTON, TX  77008

| | |
|---|---|
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>(COUNSEL TO CAMERON ISD, THORNDALE ISD BUCKHOLTS ISD, COPPERAS COVE ISD, MCALLEN ISD, HIDALGO COUNTY & HIDALGO COUNTY DRAINAGE DIST #1)<br>ATTN: JOHN T BANKS ESQ<br>3301 NORTHLAND DR STE 505<br>AUSTIN, TX  78731 | PERKINS COIE LLP<br>(COUNSEL TO DELAWARE TRUST COMPANY, AS SUCC TTEE UNDER TCEH 11.5% SENIOR SECURED NOTES INDENTURE)<br>ATTN: TINA N MOSS ESQ<br>30 ROCKEFELLER PLAZA 22ND FL<br>NEW YORK, NY  10112-0015 |
| PINCKNEY, WEIDINGER, URBAN & JOYCE LLC<br>(COUNSEL TO AUTOMATIC SYSTEMS, INC.)<br>ATTN: GREGORY T. DONILON, ESQ.<br>1220 N MARKET ST STE 950<br>WILMINGTON, DE  19801 | POLSINELLI PC<br>(COUNSEL TO TCEH CREDITORS COMMITTEE)<br>ATTN: CHRISTOPHER WARD; JUSTIN EDELSON; SHANTI KATONA<br>222 DELAWARE AVE STE 1101<br>WILMINGTON, DE  19801 |
| POLSINELLI PC<br>(COUNSEL TO TCEH CREDITORS COMMITTEE)<br>ATTN: EDWARD FOX ESQ<br>900 THIRD AVE 21ST FL<br>NEW YORK, NY  10022 | POPE HARDWICKE CHRISTIE SCHELL KELLY & RAY, LLP<br>(COUNSEL TO TARRANT REGIONAL WATER DISTRICT & NORTH TEXAS MUNICIPAL WATER DISTRICT)<br>ATTN: MICHAEL L. ATCHLEY; MATTHEW T. TAPLETT<br>500 W 7TH ST STE 600<br>FORT WORTH, TX  76102 |
| POTTER ANDERSON & CORROON LLP<br>(COUNSEL TO DEUTSCHE BANK, AGENT TO DIP FINANCING)<br>ATTN: LAURIE SILVERSTEIN ESQ & JEREMY RYAN ESQ<br>PO BOX 951<br>WILMINGTON, DE  19801 | PROSKAUER ROSE LLP<br>(OF COUNSEL TO ENERGY FUTURE HOLDINGS CORP)<br>ATTN: JEFF J MARWIL; MARK K THOMAS; PETER J YOUNG<br>THREE FIRST NATIONAL PLAZA<br>70 W MADISON ST STE 3800<br>CHICAGO, IL  60602 |
| PURDUE AWSUMB & BAUDLER PA<br>(COUNSEL TO BARR ENGINEERING CO)<br>ATTN: AMY R BAUDLER<br>4700 W 77TH ST STE 240<br>MINNEAPOLIS, MN  55435 | QUARLES & BRADY LLP<br>(COUNSEL TO TXU 2007-1 RAILCAR LEASING LLC)<br>ATTN: HOHN A. HARRIS; JASON D. CURRY<br>RENAISSANCE ONE<br>TWO N CENTRAL AVE<br>PHOENIX, AZ  85004-2391 |
| REED SMITH LLP<br>(COUNSEL TO THE BANK OF NEW YORK MELLON SOLEY IN ITS CAPACITY AS TRUSTEE UNDER ENUMERATED TRUST INDENTURE TRUSTEES)<br>ATTN: AMY M. TONTI, ESQ.<br>REED SMITH CENTRE<br>225 FIFTH AVE STE 1200<br>PITTSBURGH, PA  15222 | REED SMITH LLP<br>(COUNSEL TO THE BANK OF NEW YORK MELLON, SOLELY IN ITS CAPACITY AS TRUSTEE)<br>ATTN: RICHARD A. ROBINSON<br>1201 MARKET ST STE 1500<br>WILMINGTON, DE  19801 |

| | |
|---|---|
| REED SMITH LLP<br>(COUNSEL TO THE BANK OF NEW YORK MELLON SOLEY IN ITS CAPACITY AS TRUSTEE UNDER ENUMERATED TRUST) INDENTURE TRUSTEES)<br>1201 MARKET ST STE 1500<br>WILMINGTON, DE  19801 | RICHARDS LAYTON & FINGER<br>(CO-COUNSEL TO EFHC DEBTORS)<br>ATTN: MARK D COLLINS ESQ<br>DANIEL J DEFRANCESCHI ESQ<br>JASON M MADRON ESQ<br>920 N KING ST<br>WILMINGTON, DE  19801 |
| RIDDELL WILLIAMS P.S.<br>(COUNSEL TO MICROSOFT)<br>ATTN: JOSEPH E SHICKICH JR & HILARY B MOHR<br>1001 - 4TH AVE STE 4500<br>SEATTLE, WA  98154 | ROPES & GRAY LLP<br>ATTN: MARK R. SOMERSTEIN<br>1211 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10036-8704 |
| SATTERLEE STEPHENS BURKE & BURKE LLP<br>(COUNSEL TO MOODY'S ANALYTICS)<br>ATTN: CHRISTOPHER R BELMONTE ESQ AND PAMELA A BOSSWICK ESQ<br>230 PARK AVE<br>NEW YORK, NY  10169 | SAUL EWING LLP<br>(COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF TEXAS/ERCOT)<br>ATTN: MARK MINUTI ESQ<br>PO BOX 1266<br>WILMINGTON, DE  19899 |
| SAUL EWING LLP<br>(COUNSEL TO JOHNSON MATTHEY)<br>ATTN: LUCIAN B MURLEY ESQ<br>222 DELAWARE AVE STE 1200<br>WILMINGTON, DE  19899 | SEARCY & SEARCY PC<br>(COUNSEL TO D COURTNEY CONSTRUCTION INC)<br>ATTN: JOSHUA R SEARCY AND JOSHUA P SEARCY<br>PO BOX 3929<br>LONGVIEW, TX  75606 |
| SEWARD & KISSEL LLP<br>(COUNSEL TO WILMINGTON TRUST, NA)<br>ATTN: JOHN ASHMEAD; KALYAN DAS; ARLENE ALVES<br>ONE BATTERY PARK PLAZA<br>NEW YORK, NY  10014 | SHEARMAN & STERLING LLP<br>(COUNSEL TO DEUTSCHE BANK, AGENT TO DIP FINANCING)<br>ATTN: FREDERIC SOSNICK & NED SCHODEK<br>599 LEXINGTON AVE<br>NEW YORK, NY  10022 |
| SHEEHY, LOVELACE & MAYFIELD, PC<br>(COUNSEL TO CENTRAL TEXAS SECURITY & FIRE<br>EQUIPMENT, INC.)<br>ATTN: STEVEN M. BURTON<br>510 N VALLEY MILLS DR STE 500<br>WACO, TX  76710 | SILLS CUMMIS & GROSS P.C.<br>(COUNSEL TO BENBROOK ELECTRIC PARTNERS, LLC)<br>ATTN: VALERIE A. HAMILTON, ESQ.<br>600 COLLEGE RD EAST<br>PRINCETON, NJ  08540 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>(COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC)<br>ATTN: MARK S CHEHI ESQ<br>PO BOX 636<br>WILMINGTON, DE  19899-0636 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>(COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC)<br>ATTN: JAY M GOFFMAN ESQ<br>FOUR TIMES SQUARE<br>NEW YORK, NY  10036-6522 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>(COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC)<br>ATTN: GEORGE N PANAGAKIS; CARL T TULLSON<br>155 N WACKER DR STE 2700<br>CHICAGO, IL  60606-1720 | SMITH, KATZENSTEIN & JENKINS LLP<br>(COUNSEL TO AIRGAS USA, LLC & VALERO TEXAS POWER)<br>ATTN: KATHLEEN M. MILLER<br>PO BOX 410<br>WILMINGTON, DE  19899 |

| | |
|---|---|
| SNELL & WILMER LLP<br>(COUNSEL TO HEADWATERS RESOURCES, INC.)<br>ATTN: DAVID E. LETA<br>15 W SOUTH TEMPLE STE 1200<br>SALT LAKE CITY, UT  84101 | SQUIRE SANDERS (US) LLP<br>(COUNSEL TO ARCELORMITTLA USA LLC)<br>ATTN: STEPHEN D. LERNER & ANDREW M. SIMON<br>221 E FOURTH ST STE 2900<br>CINCINNATI, OH  45202 |
| STEVENS & LEE PC<br>(COUNSEL TO ENERGY FUTURE INTERMIEDIATE HOLDING COMPANY LLC/EFIH)<br>ATTN: JOSEPH H HUSTON JR ESQ<br>1105 N MARKET ST STE 700<br>WILMINGTON, DE  19801 | STREUSAND, LANDON & OZBURN, LLP<br>(COUNSEL TO ALLEN SHRODE)<br>ATTN: SABRINA L. STREUSAND<br>811 BARTON SPRINGS RD STE 811<br>AUSTIN, TX  78704 |
| SULLIVAN & CROMWELL LLP<br>(COUNSEL TO EFH CREDITORS COMMITTEE)<br>ATTN: ANDREW G DIETDERICH; BRIAN D GLUECKSTEIN; MICHAEL H TORKIN<br>125 BROAD ST<br>NEW YORK, NY  10004 | SULLIVAN HAZELTINE ALLINSON LLC<br>(COUNSEL TO HENRY PRATT COMPANY, LLC)<br>ATTN: ELIHU E. ALLINSON, III<br>901 N MARKET ST STE 1300<br>WILMINGTON, DE  19801 |
| TAYLOR ENGLISH DUMA LLP<br>(COUNSEL TO HENRY PRATT COMPANY LLC)<br>ATTN: STEPHEN C GREENBERG ESQ<br>1600 PARKWOOD CIR STE 400<br>ATLANTA, GA  30339 | TEXAS OFFICE OF PUBLIC UTILITY COUNSEL (OPUC)<br>BANKRUPTCY & COLLECTIONS DIVISION<br>ATTN: JASON A STARKS, ASST ATTORNEY GENERAL<br>PO BOX 12548<br>AUSTIN, TX  78711-2548 |
| THE BANK OF NEW YORK MELLON TRUST COMPANY<br>ATTN: RAFAEL MARTINEZ,VP - CSM<br>601 TRAVIS ST 16TH FL<br>HOUSTON, TX  77002 | THE BANK OF NEW YORK MELLON TRUST COMPANY<br>ATTN: THOMAS VLAHAKIS,VP<br>385 RIFLE CAMP RD 3RD FL<br>WOODLAND PARK, NJ  07424 |
| THE BANK OF NEW YORK MELLON TRUST COMPANY<br>ATTN: DENNIS ROEMLEIN<br>601 TRAVIS ST 16TH FL<br>HOUSTON, TX  77002 | THE TAUBMAN COMPANY AND THE TAUBMAN LANDLORDS<br>ATTN: ANDREW S CONWAY ESQ<br>200 E LONG LAKE RD STE 300<br>BLOOMFIELD HILLS, MI  48304 |
| THOMPSON COBURN LLP<br>(COUNSEL TO MARTIN ENGINEERING COMPANY)<br>ATTN: DAVID D. FARRELL<br>ONE US BANK PLAZA, STE 3200<br>SAINT LOUIS, MO  63101 | TRAVIS COUNTY<br>ATTN: KAY D. BROCK, ASSISTANT COUNTY ATTORNEY<br>PO BOX 1748<br>AUSTIN, TX  78767 |

| | |
|---|---|
| TROUTMAN SANDERS LLP<br>(COUNSEL TO WILMINGTON SAVINGS FUND SOCIETY, FSG, IN ITS CAPACITY AS SUCCESSOR INDENTURE TTEE (WSFS)<br>ATTN: HUGH MCDONALD, LOUIS CURCIO & BRETT GOODMAN<br>CHRYSLER BUILDING<br>405 LEXINGTON AVE<br>NEW YORK, NY  10174 | TUCKER ARENSBERG, P.C.<br>(COUNSEL TO THERMO FISHER SCIENTIFIC INC. AND AFFILIATES AND SUBSIDIARIES)<br>ATTN: JORDAN S. BLASK, LARA E. SHIPKOVITZ<br>1500 ONE PPG PLACE<br>PITTSBURGH, PA  15222 |
| TW TELECOM INC<br>ATTN: LINDA BOYLE<br>10475 PARK MEADOWS DR #400<br>LITTLETON, CO  80124 | UMB BANK, N.A.<br>ATTN: LAURA ROBERSON, VP<br>2 S BROADWAY STE 600<br>ST. LOUIS, MO  63102 |
| UNION PACIFIC RAILROAD COMPANY<br>ATTN: MARY ANN KILGORE & JENNIE L. ANDERSON<br>1400 DOUGLAS ST STOP 1580<br>OMAHA, NE  68179 | UNITED STATES DEPARTMENT OF JUSTICE<br>(ON BEHALF OF UNITED STATES OF AMERICA, DEPT. OF AGRICULTURE, RURAL UTILITIES SERVICE)<br>ATTN: MATTHEW J TROY ESQ<br>CIVIL DIVISION<br>PO BOX 875<br>BEN FRANKLIN STATION<br>WASHINGTON, DC  20044-0875 |
| UNITED STATES DEPARTMENT OF JUSTICE<br>(COUNSEL TO THE UNITED STATES OF AMERICA)<br>ATTN: ARI D KUNOFSKY & WARD D BENSON<br>PO BOX 227<br>BEN FRANKLIN STATION<br>WASHINGTON, DC  20044 | UNITED STATES DEPARTMENT OF JUSTICE<br>(COUNSEL TO THE UNITED STATES OF AMERICA)<br>FEDERAL COMMUNICATIONS COMMISSION<br>ATTN: MATTHEW J TROY, CIVIL DIVISION<br>PO BOX 875<br>BEN FRANKLIN STATION<br>WASHINGTON, DC  20044-0875 |
| VEDDER PRICE PC<br>(COUNSEL TO FIRST UNION RAIL CORPORATION)<br>ATTN: MICHAEL L SCHEIN ESQ<br>1633 BROADWAY 47TH FL<br>NEW YORK, NY  10019 | VENABLE LLP<br>(COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO. LLC)<br>ATTN: JEFFREY S. SABIN ESQ<br>1270 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10020 |
| VENABLE LLP<br>(COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO. LLC)<br>ATTN: JAMIE L. EDMONSON<br>1201 NORTH MARKET STREET<br>WILMINGTON, DE  19801 | WACHTELL, LIPTON, ROSEN & KATZ<br>(COUNSEL TO THE "EFH EQUITY INTEREST HOLDERS")<br>ATTN: RICHARD MASON; EMIL KLEINHAUS; AUSTIN WITT<br>51 W 52ND ST<br>NEW YORK, NY  10019 |
| WEINSTEIN RADCLIFF LLP<br>(COUNSEL TO MARIO SINACOLA & SONS EXCAVATING, INC)<br>ATTN: GREGORY M WEINSTEIN ESQ<br>6688 N CENTRAL EXPY STE 675<br>DALLAS, TX  75206 | WEIR & PARTNERS LLP<br>(COUNSEL TO EVERCORE GROUP LLC)<br>ATTN: JEFFREY S CIANCIULLI ESQ<br>824 N MARKET ST STE 800<br>WILMINGTON, DE  19801 |

| | |
|---|---|
| WHITE & CASE LLP<br>(COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS)<br>ATTN: J. CHRISTOPHER SHORE; GREGORY STARNER<br>1155 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10036 | WHITE & CASE LLP<br>(COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS)<br>ATTN: THOMAS LAURIA; MATTHEW BROWN<br>200 S BISCAYNE BLVD STE 4900<br>MIAMI, FL  33131 |
| WILMER CUTLER PICKERING HALE & DORR LLP<br>(COUNSEL TO MARATHON ASSET MGMT)<br>ATTN: PHILIP ANKER & GEORGE SHUSTER<br>7 WORLD TRADE CENTER, 205 GREENWICH ST<br>NEW YORK, NY  10007 | WILMER CUTLER PICKERING HALE & DORR LLP<br>(COUNSEL TO MARATHON ASSET MGMT)<br>ATTN: BENJAMIN LOVELAND ESQ<br>60 STATE ST<br>BOSTON, MA  02109 |
| WILMINGTON SAVINGS FUND SOCIETY<br>ATTN: PATRICK J. HEALY<br>500 DELAWARE AVENUE<br>WILMINGTON, DE  19801 | WILMINGTON TRUST FSB<br>ATTN: JEFFREY T. ROSE<br>50 S SIXTH ST STE 1290<br>MINNEAPOLIS, MN  55402 |
| WINSTON & STRAWN LLP<br>(COUNSEL TO CHICAGO BRIDGE & IRON COMPANY N.V.)<br>ATTN: DAVID NEIER, ESQ.<br>200 PARK AVE<br>NEW YORK, NY  10166 | WOMAC LAW<br>(COUNSEL TO 2603 AUGUST INVESTORS LP)<br>ATTN: STACEY L KREMLING ESQ<br>8301 KATY FREEWAY<br>HOUSTON, TX  77024 |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP<br>(COUNSEL TO CENTERPOINT)<br>ATTN: STEVEN K KORTANEK; MARK L DESGROSSEILLIERS<br>222 DELAWARE AVE STE 1501<br>WILMINGTON, DE  19801 | WOMBLE CARLYLE SANDRIDGE & RICE LLP<br>(COUNSEL TO HOLT TEXAS, LTD. D/B/A HOLT CAT)<br>ATTN: MARK L DESGROSSEILLIERS ESQ<br>222 DELAWARE AVE STE 1501<br>WILMINGTON, DE  19801 |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP<br>(COUNSEL TO AMECO, FLUOR, & AMERICAN EQUIPMENT)<br>ATTN: FRANCIS A MONACO JR & KEVIN J MANGAN<br>222 DELAWARE AVE STE 1501<br>WILMINGTON, DE  19801 | WOMBLE CARLYLE SANDRIDGE & RICE LLP<br>(COUNSEL TO ALLTITE)<br>ATTN: 222 DELAWARE AVE STE 1501<br>WILMINGTON, DE  19801 |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>(COUNSEL TO AD HOC COMMITTEE OF TCEH FIRST LIEN)<br>ATTN: PAULINE MORGAN; JOEL WAITE; RYAN BARTLEY; ANDREW MAGAZINER<br>RODNEY SQUARE<br>1000 NORTH KING STREET<br>WILMINGTON, DE  19801 | |

**EXHIBIT B**

Mark D. Collins, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE  19801

Office of the United States Trustee
Attn:  Richard L. Schepacarter, Esquire
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lock Box #35
Wilmington, DE  19801

Christopher A. Ward, Esquire
Polsinelli, PC
222 Delaware Avenue, Suite 1101
Wilmington, DE  19801

James H.M. Sprayregen, Esquire
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL  60654

Brett H. Miller
Morrison & Foerster LLP
250 West 55th Street
New York, NY  10019

Edward O. Sassower, Esquire
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY  10022-4611