# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>Energy Future Holdings Corporation, *et al.*,<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 14-10979 (CSS)<br>)<br>) (Jointly Administered)<br>)<br>)<br>) |

### NOTICE OF ENTRY OF APPEARANCE OF
### CCP CREDIT ACQUISITION HOLDINGS, L.L.C., CENTERBRIDGE
### SPECIAL CREDIT PARTNERS, L.P., AND CENTERBRIDGE SPECIAL
### CREDIT PARTNERS II, L.P. WITH DEMAND FOR SERVICE OF PAPERS

Please take notice that CCP Credit Acquisition Holdings, L.L.C., Centerbridge Special Credit Partners, L.P., and Centerbridge Special Credit Partners II, L.P., creditors and parties-in-interest in the above-captioned bankruptcy case ("Creditors"), hereby appear in the above-captioned bankruptcy case by their counsel, Richard A. Barkasy, Esquire, and such counsel hereby enters his appearance pursuant to Fed. R. Bankr. P. 9010(b); and such counsel hereby requests, pursuant to Fed. R. Bankr. P. 2002, 9007, 9010, 9013, 9014, and Section 342 of Title 11 of the United States Code, 11 U.S.C. §101, et seq. (the "Bankruptcy Code"), that copies of all notices and pleadings given or filed in this case be given and served upon the undersigned at the following address:

> Richard A. Barkasy, Esquire
> SCHNADER HARRISON SEGAL & LEWIS LLP
> 824 North Market Street, Suite 800
> Wilmington, DE  19801
> Telephone:  (302) 888-4554
> Facsimile:  (302) 888-1696
> rbarkasy@schnader.com

Please take further notice that the foregoing demand includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the referenced case and all proceedings therein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of Creditorsø rights (1) to have final orders in noncore matters entered only after <u>de novo</u> review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which the Creditors are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Creditors reserve.

Dated: March 4, 2015

        SCHNADER HARRISON SEGAL & LEWIS LLP

        By: /s/ Richard A. Barkasy
        Richard A. Barkasy (#4683)
        Fred W. Hoensch (#5761)
        824 N. Market Street, Suite 800
        Wilmington, DE 19801
        (302) 888-4554 (telephone)
        (302) 888-1696 (facsimile)
        rbarkasy@schnader.com
        fhoensch@schnader.com

*Attorneys for CCP Credit Acquisition Holdings, L.L.C., Centerbridge Special Credit Partners, L.P., and Centerbridge Special Credit Partners II, L.P.*