IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) Re: **D.I. 2896, 3211** |

## CERTIFICATION OF COUNSEL REGARDING MOTION OF ALLEN SHRODE FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)

The undersigned hereby certifies as follows:

1. On November 26, 2014, Allen Shrode ("Movant") filed the *Motion of Allen Shrode for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d)* (the "Motion")[2] [D.I. 2896] with this Court.

2. The deadline to file an objection or other response to the relief requested in the Motion was December 11, 2014 at 4:00 p.m. This deadline has been extended for the Debtors to March 5, 2015, while the parties continued to engage in settlement discussions. No objections or other responses to the relief requested in the Motion were filed or received.

3. Movant has asserted a personal injury claim (the "Claim") against Luminant Energy Company LLC, Luminant Generation Company LLC, Luminant Mining Company LLC, and Luminant Renewables Company LLC (collectively, the "Debtor Defendants") and Princess Three Corp., Princess Three Operating LLC, and R Construction Company (collectively, the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 11604906v.1

"Non-Debtor Defendants") for damages and injuries allegedly sustained by the Movant prior to the filing of this bankruptcy, which Claim is the subject of the Plaintiff's Original Petition and Request for Disclosure in the 68th District Court of Dallas County, Texas under Case No. DC-14-04399; *Allen Shrode v. Luminant Energy Company LLC, et al.* (the "State Court Action").

4. The Movant and the Debtor Defendants have exchanged informal discovery in connection with the State Court Action in an attempt to resolve the Motion and the Claim asserted against the Debtor Defendants.

5. On January 9, 2015, the Court entered the *Order Granting in Part Motion of Allen Shrode for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d)* [D.I. 3211] (the "Interim Order") to enable the Movant to pursue discovery and his claims against the Non-Debtor Defendants in the State Court Action while the Movant and the Debtor Defendants continued their settlement discussions. Pursuant to the Interim Order, the Debtor Defendants have agreed to modify the stay to the extent necessary solely: (i) to permit the Non-Debtor Defendants to answer or otherwise respond to the Petition filed in the State Court Action; (ii) to permit the Movant and the Non-Debtor Defendants to pursue discovery from one another; and (iii) to enable the Movant to otherwise pursue his claims against the Non-Debtor Defendants in the State Court Action.

6. Since the entry of the Interim Order, the Movant and the Debtors have come to an agreement in the form of a stipulation (the "Stipulation") whereby the Movant and the Debtors have agreed upon the modification of the automatic stay with respect to the State Court Action. The Stipulation, subject to this Court's approval, resolves the balance of the relief sought by the Movant in the Motion not previously resolved by the Interim Order. The Stipulation has been

---

[2] Capitalized terms used but not defined herein have the meanings assigned to such terms in the Motion.

reviewed and approved by the TCEH Creditors' Committee and the EFH Creditors' Committee.

7. Attached hereto as **Exhibit A** is a proposed form of order (the "Proposed Order") that grants the relief set forth in the Stipulation, attached thereto.

*[Remainder of page intentionally left blank.]*

Dated: March 4, 2015
      Wilmington, Delaware

/s/ Jason M. Madron

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
Email:  collins@rlf.com
      defranceschi@rlf.com
      madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
Email:  edward.sassower@kirkland.com
      stephen.hessler@kirkland.com
      brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
Email:  james.sprayregen@kirkland.com
      marc.kieselstein@kirkland.com
      chad.husnick@kirkland.com
      steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

4

RLF1 11604906v.1