**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., et al., | Case No. 14-10979 (CSS) |
| Debtors. | |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR**
**SERVICE OF NOTICES AND PLEADINGS**

**PLEASE TAKE NOTICE** that Sills Cummis & Gross P.C. ("Sills Cummis") hereby withdraws its appearance as attorneys for Benbrooke Electric Partners, LLC ("Benbrooke") in the above-captioned bankruptcy case. Sills Cummis requests that it be removed from all service lists in the above-captioned case. There are no motions, trials, claim objections or any other known matter naming Benbrooke currently pending before the Court.

Dated: March 4, 2015

**SILLS CUMMIS & GROSS P.C.**
*Attorneys for Benbrooke Electric Partners, LLC*

By: */s/ Valerie A. Hamilton*
     Valerie A. Hamilton

600 College Road East
Princeton, NJ  08540
Tel: (609) 227-4600
Fax: (609) 227-4646
Email: vhamilton@sillscummis.com