## Exhibit A

**Charter of Texas Electric Service Company**

NO. 55857

**CHARTER OF**

Texas Electric
Service Company
Fort Worth, Texas

cr

Capital Stock: 6,000,000 Non Par Shares

Filing Fee: $2500.00

Franchise: $2824.10

Remarks: 60 years

$3,000,000.00 Paid

FILED IN THE OFFICE OF THE
SECRETARY OF STATE
THIS 19 DAY OF Dec 19 29 at 10

Secretary of State

# CHARTER

-of-

## TEXAS ELECTRIC SERVICE COMPANY

STATE OF TEXAS        } ss.:
COUNTY OF TARRANT     }

KNOW ALL MEN BY THESE PRESENTS that we, John P. King, A. J. Duncan and John W. Carpenter, all citizens of the State of Texas, under and by virtue of the laws of this State, do hereby voluntarily associate ourselves together for the purpose of forming a private corporation under the terms and conditions hereinafter set out.

1. The name of this corporation is TEXAS ELECTRIC SERVICE COMPANY.

2. The purpose for which it is formed is to manufacture and supply gas, light, heat and electric motor power, or either of them, to the public by any means.

3. The places where the business of the corporation is to be transacted are in all of the Counties in the State of Texas, and its principal office shall be in the City of Fort Worth, Tarrant County, Texas.

4. The term for which it is to exist is fifty (50) years.

5. The number of directors is twenty-one (21) and the names and residences of those who are appointees for the first year are:

| Name | Residence |
| --- | --- |
| John P. King | Fort Worth, Texas. |
| W. E. Connell, | Fort Worth, Texas. |
| R. E. Harding, | Fort Worth, Texas. |
| T. B. Yarbrough, | Fort Worth, Texas. |
| W. C. Stripling, | Fort Worth, Texas. |

| **Name** | **Residence** |
|---|---|
| J. R. Nutt, | Cleveland, Ohio. |
| Wm. Bryce, | Fort Worth, Texas. |
| L. McKee, | Fort Worth, Texas. |
| A. J. Duncan, | Fort Worth, Texas. |
| J. W. Carpenter, | Dallas, Texas. |
| W. B. Head, | Dallas, Texas. |
| Frank Kell, | Wichita Falls, Texas. |
| J. A. Kemp, | Wichita Falls, Texas. |
| J. E. Lewis, | Eastland, Texas. |
| R. K. McAdams, | Sweetwater, Texas. |
| P. C. Coleman, | Colorado, Texas. |
| Joe A. Worsham, | Dallas, Texas. |
| W. A. Hanger, | Fort Worth, Texas. |
| J. E. Van Horn, | Dallas, Texas. |
| R. B. Boyle, | Fort Worth, Texas. |
| R. B. Hincks, | Dallas, Texas. |

6. The total number of shares that may be issued by the corporation is six million (6,000,000) shares of capital stock without nominal or par value; and at least 10% of the entire stock without nominal or par value has been subscribed and paid in as per the affidavit attached hereto.

Every share of said capital stock without nominal or par value shall be equal in all respects to every other such share.

No holder of any stock of the corporation shall be entitled as of right to purchase or subscribe for any part of any unissued stock of the corporation or of any additional stock of any class to be issued by reason of any increase of the authorized capital stock of the corporation but any such unissued stock, or any such additional authorized issue of new stock or of securities convertible into stock, may be issued and disposed of by the Board of Directors to such persons, firms, corporations or associations and upon such terms as the Board of Directors may in their dis-

-2-

cretion determine, without offering any thereof on the same terms, or on any terms to the stockholders then of record or to any class of stockholders.

The capital stock may be increased at any time upon vote of the holders of record of not less than two-thirds in aggregate number of the shares of the capital stock then outstanding.

The corporation may issue, sell or dispose of any shares without nominal or par value for such consideration and on such terms and in such manner as may be fixed from time to time by the Board of Directors, and general authority to the Board of Directors so to fix such consideration, terms and manner is hereby granted, such consideration to be in the form of money paid, labor done or property actually received. Any and all shares without nominal or par value so issued and disposed of shall be fully paid stock and not liable to any further call or assessment thereon, nor shall the subscriber or holder be liable for any further payments.

7. Upon the written assent, or pursuant to the affirmative vote, in person or by proxy, of the holders of a majority in aggregate number of the shares of stock of the corporation then outstanding, amendments to this charter, authorized by the laws of the State of Texas, may be made, except in cases where a different vote or consent is required by statute, and all other matters submitted to the stockholders shall be determined upon the written assent, or pursuant to the affirmative vote, in person or by proxy, of the holders of a majority in aggregate number of the shares of stock of the corporation then outstanding. No amendment, however, shall be made to this charter altering or changing the rights of the stockholders without their consent, other than to provide for an increase in the number of shares, and to determine the basis upon which they shall be issued.

Any vote given pursuant to the provisions of this Article 7 shall be given at a meeting called for such purpose, in the manner provided in the By-Laws for special meetings of stockholders of the corporation.

8. Upon the written assent, or pursuant to the affirmative vote, in person or by proxy, of the holders of a majority in aggregate number of the shares of stock of the corporation then outstanding, the corporation may sell or lease all of its property and franchises, upon such terms as may be approved by the holders of a majority of the shares of stock of the corporation then outstanding.

Upon such vote of the stockholders as may be required to dissolve the corporation, and upon vote of the Board of Directors, as such, or as Trustees upon dissolution, all the properties, franchises and assets of the corporation may be sold, conveyed, assigned and transferred as an entirety to a new corporation, to be incorporated under the laws of the United States, State of Texas, or another State, for the purpose of so taking over all of the properties, franchises and assets of this corporation, with the same authorized number of shares of capital stock without nominal or par value, so far as the same shall be consistent with such laws of the United States, State of Texas, or of such other State, the consideration for such sale and conveyance to be the assumption by such new corporation of all of the then outstanding liabilities of this corporation, and the issuance and delivery by the new corporation of shares without nominal or par value equal in number to the shares of this corporation then outstanding, and thereupon each holder of the stock of this corporation agrees to forthwith surrender for cancellation his certificate or certificates for shares in this corporation, and to receive and accept in exchange therefor, as his full and distributive share of the proceeds of such sale and conveyance, and of the assets of this corporation, shares without nominal or par value of the capital stock of the new cor-

-4-

poration equivalent in number to the shares of this corporation so surrendered.

IN TESTIMONY WHEREOF we hereunto set our hands this <u>18th</u> day of December, 1929.

x _A J Duncan_

_[signature]_

_John N Carpenter_

KN-5

STATE OF TEXAS } ss.:
COUNTY OF TARRANT }

    BEFORE ME, the undersigned authority, on this day personally appeared John P. King and A. J. Duncan, known to me to be the persons whose names are subscribed to the foregoing instrument, and severally acknowledged to me that they executed the same for the purposes and consideration therein expressed.

    IN TESTIMONY WHEREOF I hereunto subscribe my name and affix the seal of my office the 18th day of December, 1929.

                                            R.K. Hangun
                                            Notary Public, Tarrant County, Texas.

STATE OF TEXAS } ss.:
COUNTY OF DALLAS }

    BEFORE ME, the undersigned authority, on this day personally appeared John W. Carpenter, known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he executed the same for the purposes and consideration therein expressed.

    IN TESTIMONY WHEREOF I hereunto subscribe my name and affix the seal of my office the 18 day of December, 1929.

                                            J. W. Mays
                                            Notary Public, Dallas County, Texas.

KH-6

STATE OF TEXAS       } SS:
COUNTY OF TARRANT    }

    KNOW ALL MEN BY THESE PRESENTS that we, John P. King, A. J. Duncan and John W. Carpenter, being the identical parties who executed the charter of TEXAS ELECTRIC SERVICE COMPANY as incorporators in compliance with Articles 1308 and 1538(d) of the Revised Civil Statutes of the State of Texas of 1925, do hereby certify to the Secretary of the State of Texas:

    (a) The number of shares with a par or face value that may be issued by the Corporation is none and the number of shares without nominal or par value that may be issued by the Corporation is 6,000,000 shares of capital stock, all of the same class.

    (b) The number of shares without nominal or par value subscribed and paid in is 600,000 shares, being at least 10% of the authorized shares to be issued without nominal or par value and the actual consideration received by the Corporation for such shares is Three Million Dollars ($3,000,000) in cash.

    (c) The names, residences and post office addresses of each subscriber to the capital stock of the Corporation is as follows:

| Name | Residence | Post-office Address |
|---|---|---|
| Harry J. Wiegand | New York City | 2 Rector Street, New York City, N.Y. |
| John P. King | Fort Worth, Texas, | Fort Worth, Texas. |
| A. J. Duncan | Fort Worth, Texas, | Fort Worth, Texas. |
| John W. Carpenter | Dallas, Texas, | Dallas, Texas. |

    (d) The amount subscribed by each and the amount paid by each is as follows:

KH-7

| Name | Amount Subscribed | Amount paid |
|---|---|---|
| Harry J. Wiegand | 599,970 shares | $2,999,850 |
| John P. King | 10 shares | 50 |
| A. J. Duncan | 10 shares | 50 |
| John W. Carpenter | 10 shares | 50 |

IN TESTIMONY WHEREOF we hereunto set our hands this 18th day of December, 1929.

*[Signatures: A. J. Duncan, John P. King, John W. Carpenter]*

Subscribed and sworn to before me by the said John P. King and A. J. Duncan the 18 day of December, 1929.

*[Signature: R. K. Hauser]*
Notary Public within and for the County of Tarrant, State of Texas.

Subscribed and sworn to before me by the said John W. Carpenter, the 18 day of December, 1929.

*[Signature: J. W. Mayo]*
Notary Public within and for the County of Dallas, State of Texas.

B-8