## Exhibit E

**Second Amended and Restated Articles of Incorporation of TXU US Holdings Company**

FILED
In the Office of the
Secretary of State of Texas

OCT 0 5 2007

Corporations Section

### SECOND AMENDED AND RESTATED
### ARTICLES OF INCORPORATION
### OF
### TXU US HOLDINGS COMPANY

Pursuant to the provisions of Article 4.07 of the Texas Business Corporation Act, TXU US Holdings Company, a Texas corporation (the "Corporation"), adopts the following Second Amended and Restated Articles of Incorporation which accurately copy the Amended and Restated Articles of Incorporation and all amendments thereto that are in effect to date and as further amended by such Second Amended and Restated Articles of Incorporation as hereinafter set forth and which contain no other change in any provision thereof.

ARTICLE I.  The name of the Corporation is TXU US Holdings Company.

ARTICLE II.  The Amended and Restated Articles of Incorporation of the Corporation are amended by the Second Amended and Restated Articles of Incorporation as follows:

The amendment (a) alters or changes Article I of the Amended and Restated Articles of Incorporation to change the name of the Corporation and Article VI of the Amended and Restated Articles of Incorporation by deleting the provisions of such Article in (a) Division A-Preferred Stock, paragraph 6(b)(1), restricting the incurrence of unsecured indebtedness, (b) Division A-Preferred Stock, paragraph 6(b)(3), restricting payments of dividends on any stock of the Corporation junior to the Preferred Stock, (c) Division C-Class A Common Stock, paragraph 1, restricting payment of dividends on the Class A Common Stock, and (d) Division D-Class B Common Stock, paragraph 1, restricting payment of dividends on the Class B Common Stock and (b) adds Article XIII to permit actions without a meeting by less than unanimous vote. The full text of each provision so altered or added is set forth in Annex "I" attached hereto and incorporated herein.

Each such amendment has been effected in conformity with the provisions of the Texas Business Corporation Act.

ARTICLE III.  The designation and number of outstanding shares of each class or series entitled to vote thereon as a class were as follows:

| Class or Series | Number of Shares Outstanding and Entitled to Vote as a Class |
|---|---|
| Preferred | 4,788.25 |
| Class A Common Stock | 2,062,768 |

The Second Amended and Restated Articles of Incorporation have been approved in the manner required by the Texas Business Corporation Act and the constituent documents of the Corporation. The Second Amended and Restated Articles of Incorporation were adopted by all of the holders of Class A Common Stock and Preferred Stock of the Corporation by unanimous written consent pursuant to Article 9.10 as of October 4, 2007, and no written notice was required to be given pursuant to Article 9.10. The number of shares of each class or series

Dallas 1312046v.3

entitled to vote as a class or series that were voted for or against such amendments were as follows:

| Class or Series | For | Number of Shares Voted Against |
|---|---|---|
| Preferred | 4,788.25 | 0 |
| Class A Common Stock | 2,062,768 | 0 |

ARTICLE IV.  The Amended and Restated Articles of Incorporation and all amendments and supplements thereto are hereby superseded by the Second Amended and Restated Articles of Incorporation set forth in Annex "I" attached hereto and incorporated herein for all purposes, which accurately copy the entire text thereof and as amended as above set forth.

TXU US HOLDINGS COMPANY

By: _____

An Authorized Officer

Dallas 1312046v.3