IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 3527, 3673, 3678, 3748** |

**EFIH DEBTORS' MOTION FOR LEAVE TO FILE AND SERVE LATE
REPLY TO OBJECTION TO EFIH PARTIAL REPAYMENT MOTION**

Energy Future Holdings Corp. ("EFH Corp."), Energy Future Intermediate Holding Company LLC ("EFIH"), and EFIH Finance Inc. (collectively with EFH Corp. and EFIH, the "EFIH Debtors"), co-debtors with the above-captioned debtors and debtors in possession, file this motion for leave (the "Motion for Leave"), pursuant to Rule 9006-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), to file and serve a reply (a "Reply"), beyond the deadline set forth in Local Rule 9006-1(d), in response to the objection filed by the EFIH Second Lien Trustee [D.I. 3673] (the "Objection") to the EFIH Debtors' motion for authority to partially repay the EFIH Second Lien Notes (the "Motion").[2]  In support of this Motion for Leave, the EFIH Debtors respectfully state as follows.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not defined in this Motion for Leave have the meanings ascribed to them in the Motion.

## Jurisdiction and Venue

1.      This United States Bankruptcy Court for the District of Delaware (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and the EFIH Debtors consent pursuant to Local Rule 9013-1(f) to the entry of a final order by the Court in connection with this Motion for Leave to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

2.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  The basis for the relief requested in this Motion for Leave is Local Rule 9006-1(d).

## Relief Requested

3.      By this Motion for Leave, the EFIH Debtors seek authority, pursuant to Local Rule 9006-1(d), to file and serve a Reply on or before 4:00 p.m. (Eastern Standard Time) on March 6, 2015.[3]

## Background

4.      The Motion is schedule to be heard at the March 10, 2015 omnibus hearing (the "March 10 Hearing") and the current reply deadline is 4:00 p.m. (Eastern Standard Time) on March 5, 2015.

5.      A cross-motion filed by the EFIH Second Lien Trustee requested certain findings in connection with the related intercreditor adversary proceeding.  The resolution to the Objection and cross-motion was reflected in the joint statement filed by the EFIH First and Second Lien Trustees,

---

[3] Although on its face, the language of Local Rule 9006-1(d) sets a deadline for *service* of a reply, rather than a deadline for *filing* a reply, the EFIH Debtors seek a waiver of the rule out of an abundance of caution to the extent that the Court believes that the rule should be read to set a deadline for *serving* a reply.

by which the EFIH Second Lien Trustee withdrew the cross-motion [D.I. 3748]. The Debtors support this resolution, subject to the consent of the agent and required lenders under the EFIH DIP Facility.

6.  The Objection also requests that the EFIH Debtors modify the allocation of the Partial Repayment contemplated by the Repayment Order filed with the Motion. The EFIH Debtors are working with the EFIH Second Lien Trustee to resolve the outstanding issues raised in the Objection before the hearing. Additional time is necessary to pursue a resolution and obtain the consent of the agent and required lenders under the EFIH DIP Facility before filing a revised Repayment Order.

## Basis for Relief

1.  Pursuant to Local Rule 9006-1(d), "[r]eply papers may be filed and, if filed, shall be served so as to be received by 4:00 p.m. prevailing Eastern Time the day prior to the deadline for filing the agenda." *See* Del. Bankr. L.R. 9006-1(d).

2.  The agenda for the March 10 Hearing is due by 12:00 p.m. (noon) (Eastern Standard Time) on March 6, 2015. As noted above, Local Rule 9006-1(d) therefore requires that the EFIH Debtors file any reply with the Court on or before 4:00 p.m. (Eastern Standard Time) on March 5, 2015.

3.  Notwithstanding their best efforts, the EFIH Debtors have been unable to resolve the Objection and obtain the consent of the required lenders under the EFIH DIP Facility before the current reply deadline. The EFIH Debtors would use any Reply to update the Court and parties in interest as to the remaining issues concerning the Motion. With the benefit of the additional time requested in this Motion for Leave, the EFIH Debtors believe that they will have a clearer view as to the remaining issues. This will result in a more streamlined hearing and the most efficient use of the time and resources of the Court and parties in interest. The EFIH Debtors therefore respectfully

3

submit that the Court should grant an extension of the time to file a Reply under Local Rule 9006-1(d).

## Consent to Relief

4.   The EFIH Second Lien Trustee has consented to the extension of the EFIH Debtors' deadline to file a Reply to 4:00 p.m. (Eastern Standard Time) on March 6, 2015, as requested in this Motion for Leave.

## No Prior Request

5.   No prior request for the relief sought in this Motion for Leave has been made to this or any other court.

[*Remainder of page intentionally left blank.*]

Dated: March 5, 2015
     Wilmington, Delaware          */s/ Jason M. Madron*
                                          **RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
          defranceschi@rlf.com
          madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
          stephen.hessler@kirkland.com
          brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
          marc.kieselstein@kirkland.com
          chad.husnick@kirkland.com
          steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession

# EXHIBIT A

**Form of Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: D.I. ___** |

**ORDER GRANTING LEAVE TO FILE AND SERVE A LATE
REPLY TO OBJECTION TO EFIH PARTIAL REPAYMENT MOTION**

Upon the motion (the "Motion for Leave")[2] of the EFIH Debtors for entry of an order pursuant to Local Rule 9006-1(d), authorizing the EFIH Debtors to file and serve a Reply; and good and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion for Leave is granted as set forth herein.

2. The EFIH Debtors are granted leave to file and serve a Reply by March 6, 2015 at 4:00 p.m. (Eastern Standard Time).

3. The Court will consider the Reply.

Dated: March _____, 2015
Wilmington, Delaware

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used herein and not otherwise defined shall have the meanings given to them in the Motion for Leave.

RLF1 11610621v.1