**Exhibit A**

**Revised Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## ORDER APPROVING THE ASSUMPTION AND AMENDMENT
## OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Pursuant to the order approving expedited procedures for the rejection, assumption, or assumption of the Debtors' executory contracts and unexpired leases and granting related relief (the "Procedures Order")[2] [D.I. 2015]; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Debtors having properly served an Individual Assumption Notice on each applicable party as set forth in the Amended Assumption Schedule, attached hereto as **Exhibit 1**, in accordance with the terms of the Procedures Order; and no timely objections have been filed to the assumption of such Contracts or Leases; and due and proper notice of the Individual Assumption Notice having been provided to each applicable counterparty as set forth in the Amended Assumption Schedule, and it appearing that no other

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Procedures Order.

notice need be provided; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The assumption of the Contracts and Leases as set forth in the Amended Assumption Schedule is hereby approved.

2. The cure amount under section 365(b) of the Bankruptcy Code in connection with the assumption of the Contracts and Leases is hereby final as set forth in the Amended Assumption Schedule.

3. Upon the entry of this Order and the final payment of the cure amount, the counterparties to the Contracts and Leases fully, completely, and finally release and discharge any and all claims, causes of action, liabilities, or other obligations, known or unknown, fixed or contingent, which the counterparties to the Contracts and Leases and any of their heirs, successors, assigns, representatives or agents have or may have against the Debtors and their respective predecessors, successors, assigns, representatives, agents, directors, officers, employees, or advisors, arising before the date of this Order; provided, however, all outstanding amounts owed by the Debtors under the Standard Blanket for Services for Mining Heavy Equipment C0655043C dated April 16, 2010 and subsequent amendments, and Assigned Task Agreement for Machining Services No. S0551203C dated September 10, 2007 and subsequent amendments, in the ordinary course of business as of the date of this Order shall be paid in the ordinary course.

4. The Debtors are authorized to take any action necessary to implement the terms of this Order without further order from this Court.

5. Any amendments to a Contract or Lease as set forth in Amended Assumption Schedule are hereby approved pursuant to section 363(b) of the Bankruptcy Code.

6. Assumption and/or amendment of the Contracts and Leases and payment of any associated cure amounts does not constitute: (a) an admission by the Debtors that the Contract or Lease is in fact an executory contract or unexpired lease under section 365 of title 11 of the United States Code or that the Debtors shall have any liability under the Contract or Lease, or (b) a waiver by the Debtors of any rights, claims, or defenses in connection with or arising under any Contract or Lease.

7. Notwithstanding the potential applicability of Bankruptcy Rule 6006(d), 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

8. This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Dated: _____, 2015
       Wilmington, Delaware

                                      THE HONORABLE CHRISTOPHER S. SONTCHI
                                      UNITED STATES BANKRUPTCY JUDGE

# Exhibit 1

## Schedule of Material Amendments

**Exhibit A**

| Ref. # | Debtor(s) | Description of Contract/Lease | Contract Counterparty | Address | Cure Amount | Details of Material Amendments | Assumption Date |
|---|---|---|---|---|---|---|---|
| | **Details of Contract(s) to be Assumed** | | **Assumption Counterparty Information** | | | | |
| 1 | Luminant Mining Company LLC<br>Luminant Big Brown Mining Company LLC<br>Oak Grove Management Company LLC | Standard Blanket for Serviced for Mining Heavy Equipment C0655043C dated April 16, 2010 and subsequent amendments | Warfab Inc. | 350 Joy Lane<br>Hallsville TV 75650<br>Attention: Charles Mikel | $ 1,117,988.37 | * Counterparty to materially reduce claim amount<br>* Multi-year contract extension with significant rate concessions | Upon entry of the Assumption Order |
| 2 | Luminant Generation Company LLC<br>Oak Grove Management Company LLC<br>Sandow Power Company LLC | Assigned Task Agreement for Machining Services No. S0551203C dated September 10, 2007 and subsequent amendments | Warfab Field Machining & Erection Corp. | 350 Joy Lane<br>Hallsville TV 75650<br>Attention: Charles Mikel | $ 82,618.07 | * Counterparty to materially reduce claim amount<br>* Multi-year contract extension with significant rate concessions | Upon entry of the Assumption Order |
| | | | | Warfab Subtotal | $ 1,200,606.44 | | |
| 3 | Luminant Mining Company LLC | Contract for sale dated August 30, 2012 in relation to Area 361, Tract 1217A (Virginia P. Howser) | Virginia P. Howser | 406 Twilight Court<br>Longview TX 75604 | 5.13 acres of land (approx. $2,565.00) | None | Upon entry of the Assumption Order |