# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ENERGY FUTURE HOLDINGS ) | Case No. 14-10979 (CSS) |
| CORP., et al.[1], ) | |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | **Response Deadline: March 3, 2015 at 4:00 p.m. (ET)** |
| ) | **RE: Docket No. 3517** |

**CERTIFICATION OF NO OBJECTION REGARDING APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP AS DELAWARE COUNSEL TO DEBTORS AND DEBTORS IN POSSESSION ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY LLC AND TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC EFFECTIVE *NUNC PRO TUNC* TO JANUARY 12, 2015**

The undersigned, proposed counsel to Energy Future Competitive Holdings Company LLC ("EFCH") and Texas Competitive Electric Holdings Company LLC ("TCEH" and together with EFCH and their debtor subsidiaries, the "TCEH Debtors"), hereby certify that:

1. On February 11, 2015, the **Application For Entry of an Order Authorizing the Retention and Employment of McElroy, Deutsch, Mulvaney & Carpenter, LLP As Delaware Counsel to Debtors and Debtors in Possession Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC Effective *Nunc Pro Tunc* to January 12, 2015** (the "Application) [Docket No. 3517] was filed with the Court.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

2. Pursuant to the Notice, filed and served with the Application, objections, if any, to the Application were required to have been filed with the Court and served no later than 4:00 p.m. on March 3, 2015 (the "Objection Deadline").

3. The Objection Deadline has passed and no objections appear on the docket or were served upon the undersigned counsel. Additionally, the Office of the U.S. Trustee has stated that they have no objection to the Application.

It is hereby respectfully requested that the proposed Order originally filed with the Application be entered at the earliest convenience of the Court.

| | |
|---|---|
| Dated: March 5, 2015 | **MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP** |

/s/ David Primack
300 Delaware Ave., Suite 770
Wilmington, DE 19801
Phone: (302) 300-4515
Facsimile: (302) 654-4031
dprimack@mdmc-law.com

Proposed Counsel to the TCEH Debtors