IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 ) ) Case No. 14-10979 (CSS) |
| Energy Future Holdings Corporation, *et al.*, | ) ) (Jointly Administered) |
| Debtors. | ) ) ) ) ) |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

    Pursuant to rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") and the attached certification, the undersigned counsel moves for the admission *pro hac vice* of Susheel Kirpalani of Quinn Emanuel Urquhart & Sullivan, 51 Madison Avenue, New York, New York 10010, to represent CCP Credit Acquisition Holdings, L.L.C., Centerbridge Special Credit Partners, L.P., and Centerbridge Special Credit Partners II, L.P. in the above-captioned cases and all adversary proceedings commenced therein.

                SCHNADER HARRISON SEGAL & LEWIS LLP

Dated: March 4, 2015           By: /s/ Richard A. Barkasy
                    Richard A. Barkasy (#4683)
                    824 N. Market Street, Suite 800
                    Wilmington, DE 19801
                    (302) 888-4554 (telephone)
                    (302) 888-1696 (facsimile)
                    rbarkasy@schnader.com

                    *Attorneys for CCP Credit Acquisition Holdings, L.L.C., Centerbridge Special Credit Partners, L.P., and Centerbridge Special Credit Partners II, L.P.*

## ORDER GRANTING MOTION

   **IT IS HEREBY ORDERED** counsel's motion for admission *pro hac vice* is granted.

Dated: March 6th, 2015
Wilmington, Delaware

                    **CHRISTOPHER S. SONTCHI**
                    **UNITED STATES BANKRUPTCY JUDGE**

PHDATA 5243634_1

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of these cases. I also certify that I am generally familiar with this Court's Local Rules and with the *Revised Standing Order for District Fund*, effective March 25, 2014. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Date: March 4, 2015                         /s/ Susheel Kirpalani
                                            Susheel Kirpalani
                                            QUINN EMANUEL URQUHART & SULLIVAN, LLP
                                            51 Madison Avenue, 22nd Floor
                                            New York, New York 10010
                                            Telephone: 212-849-7000
                                            susheelkirpalani@quinnemanuel.com