## **EXHIBIT A**

**Professional Fees and Expenses**
**Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| Goldin Associates, LLC 350 Fifth Ave. The Empire State Bldg. New York, NY 10118 | First Monthly Fee Statement 12/11/2014 through 12/31/2014 Docket No. 3505 | $150,000.00 | $1,805.69 | 03/03/2015 | $120,000.00 | $1,805.69 | $30,000.00 |

SL1 1354219v1 109285.00005