**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS ) | Case No. 14-10979 (CSS) |
| CORP., *et al.*,[1] ) | |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | **Reference Docket No. 3539** |
| ) | |

### CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 3939

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Motion to Extend Motion of Godfrey & Kahn, P.C., Counsel to the Fee Committee, for an Extension of Time to File its Interim Fee Application for the First Interim Fee Period (August 19, 2014 through December 31, 2014) and Statement of Position on Extensions for the Second Interim Fee Period* [Docket No. 3559], (the "Motion") filed on February 13, 2015. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon to date. Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than March 3, 2015.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the Debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

PHILLIPS, GOLDMAN & SPENCE, P.A.

By: */s/ Aaron C. Baker*
Aaron C. Baker, Esquire (Bar No. 5588)
Stephen W. Spence, Esquire (Bar No. 2033)
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 N. Broom Street
Wilmington, DE 19806
Phone: (302) 655-4200
Fax:  (302) 655-4210
E-mail: acb@pgslaw.com
sws@pgslaw.com

Katherine Stadler, Esquire
GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, Wisconsin 53703
Phone: (608) 257-3911
Fax: (608) 257-0609
E-mail: kstadler@gklaw.com

Date:  March 6, 2015                             *Attorneys for the Fee Committee*