**EXHIBIT A**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**SUMMARY OF HOURS BY PROFESSIONAL**
*FOR THE PERIOD JANUARY 1, 2015 TO JANUARY 31, 2015*

| Professional | Position | Billing Rate | Total Hours | Total Fees | |
|---|---|---|---|---|---|
| Brady, Philip | Senior Managing Director | $ 570 | 1.5 | $ 855.00 | (1) |
| Cavicchi, Joseph | Senior Managing Director | 710 | 3.5 | 2,485.00 | (1) |
| Chertok, Mark | Senior Managing Director | 750 | 10.1 | 7,575.00 | |
| Davido, Scott | Senior Managing Director | 875 | 32.1 | 28,087.50 | (1) |
| Diaz, Matthew | Senior Managing Director | 975 | 119.8 | 116,805.00 | (1) |
| Eisenband, Michael | Senior Managing Director | 975 | 6.6 | 6,435.00 | (1) |
| Grant, Kenneth | Senior Managing Director | 675 | 7.6 | 5,130.00 | (1) |
| Joffe, Steven | Senior Managing Director | 975 | 19.2 | 18,720.00 | (1) |
| Jones, Scott | Senior Managing Director | 975 | 15.0 | 14,625.00 | (1) |
| Reishus, David | Senior Managing Director | 710 | 7.4 | 5,254.00 | |
| Scruton, Andrew | Senior Managing Director | 975 | 58.8 | 57,330.00 | (1) |
| Simms, Steven | Senior Managing Director | 975 | 25.0 | 24,375.00 | (1) |
| Tranen, Jeffrey | Senior Managing Director | 750 | 52.1 | 39,075.00 | (1) |
| Cordasco, Michael | Managing Director | 795 | 88.2 | 70,119.00 | (1) |
| Greenberg, Mark | Managing Director | 795 | 184.9 | 146,995.50 | (1) |
| Park, Ji Yon | Managing Director | 795 | 66.9 | 53,185.50 | (1) |
| Yozzo, John | Managing Director | 710 | 0.8 | 568.00 | (1) |
| Arsenault, Ronald | Senior Director | 535 | 42.3 | 22,630.50 | (1) |
| Orabi, Ashraf | Director | 430 | 19.0 | 8,170.00 | |
| Celli, Nicholas | Senior Consultant | 535 | 27.1 | 14,498.50 | (1) |
| Eisler, Marshall | Senior Consultant | 495 | 193.2 | 95,634.00 | (1) |
| Hyland, Megan | Senior Consultant | 495 | 9.7 | 4,801.50 | (1) |
| Rauch, Adam | Senior Consultant | 575 | 145.3 | 83,547.50 | (1) |
| Bataille, Jacqueline | Manager | 365 | 61.5 | 22,447.50 | |
| Budd, Eliza | Consultant | 355 | 39.8 | 14,129.00 | (1) |
| Campbell, Zachary | Consultant | 235 | 5.8 | 1,363.00 | (1) |
| Eimer, Sean | Consultant | 405 | 181.3 | 73,426.50 | (1) |
| Friedrich, Steven | Consultant | 405 | 127.8 | 51,759.00 | (1) |

**EXHIBIT A**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**SUMMARY OF HOURS BY PROFESSIONAL**
*FOR THE PERIOD JANUARY 1, 2015 TO JANUARY 31, 2015*

| Professional | Position | Billing Rate | Total Hours | Total Fees | |
|---|---|---:|---:|---:|---|
| Mohr, Nicholas | Consultant | 225 | 12.5 | 2,812.50 | (1) |
| Mond, Allison | Consultant | 340 | 4.1 | 1,394.00 | (1) |
| Hellmund-Mora, Marili | Associate | 250 | 11.3 | 2,825.00 | |
| Moore, Teresa | Associate | 225 | 4.9 | 1,102.50 | |
| | **SUBTOTAL** | | **1,585.1** | **998,160.50** | |
| | Less: 50% discount for non-working travel time | | | (9,824.25) | |
| | **GRAND TOTAL** | | **1,585.1** | **$ 988,336.25** | |

**Note:**
(1) FTI's retention application states that FTI's hourly rates are subject to periodic adjustments. In accordance with FTI's established billing practices and procedures, FTI's standard hourly billing rates were adjusted effective January 1, 2015. The Committee has received notice of and approved FTI' hourly rate adjustments. The Fee Committee has also been provided notice of FTI's hourly rate adjustments.

**EXHIBIT B**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**SUMMARY OF HOURS BY TASK**
*FOR THE PERIOD JANUARY 1, 2015 TO JANUARY 31, 2015*

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---:|---:|
| 1 | Current Operating Results & Events | 17.0 | $ 8,302.00 |
| 13 | Analysis of Other Miscellaneous Motions | 22.7 | 12,703.50 |
| 14 | Analysis of Claims/Liabilities Subject to Compromise | 1.4 | 983.00 |
| 15 | Analysis of Interco. Claims, Related Party Transactions | 342.5 | 189,270.50 |
| 16 | POR & DS - Analysis, Negotiation and Formulation | 25.7 | 24,427.50 |
| 18.A | Investigations of Select Legacy Transactions- Historical Transactions | 148.0 | 96,600.00 |
| 18.B | Investigations of Select Legacy Transactions- LBO Solvency | 2.0 | 1,148.00 |
| 20 | General Meeting with Debtor & Debtors' Professionals | 7.0 | 6,825.00 |
| 21 | General Meetings with Committee & Committee Counsel | 56.5 | 53,281.50 |
| 24 | Preparation of Fee Application | 45.1 | 18,310.00 |
| 25 | Non Working Travel Time | 24.0 | 19,648.50 |
| 28.A | First Lien Investigation- Legacy Transactions | 17.4 | 14,931.00 |
| 28.B | First Lien Investigation- Historical Solvency | 13.3 | 8,950.50 |
| 29 | Business Plan- Diligence of the Debtors' Long Range Plan | 113.4 | 81,123.00 |
| 30 | Business Plan- Understand and Assess ERCOT Market | 34.9 | 16,453.50 |
| 33 | Business Plan- Natural Gas / Coal Pricing | 15.0 | 14,625.00 |
| 35 | Business Plan- New Entry Pricing | 54.5 | 31,383.50 |
| 36 | Business Plan- Communication with Debtors / Other Professionals | 17.7 | 13,387.50 |
| 37 | Analysis of Pre-Petition Tax Payments | 409.0 | 237,025.00 |
| 38 | Analysis of Tax Impact on Restructuring Scenarios | 199.0 | 134,145.00 |
| 39 | Analysis of Alternative Tax Structure | 19.0 | 14,637.00 |
| | **SUBTOTAL** | **1,585.1** | **998,160.50** |
| | Less: 50% discount for non-working travel time | | (9,824.25) |
| | **GRAND TOTAL** | **1,585.1** | **$ 988,336.25** |

**EXHIBIT C**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**SUMMARY OF EXPENSES**
*FOR THE PERIOD JANUARY 1, 2015 TO JANUARY 31, 2015*

| **Expense Type** | **Amount** |
|---|---:|
| Airfare | $ 2,446.86 |
| Business Meals | 1,135.66 |
| Ground Transportation | 1,779.71 |
| Lodging | 1,346.59 |
| Other | 8,871.70 |
| **Total** | **$ 15,580.52** |

**EXHIBIT D**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**EXPENSE DETAIL**
*FOR THE PERIOD JANUARY 1, 2015 TO JANUARY 31, 2015*

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 01/15/15 | Davido, Scott | Airfare | Round trip coach airfare - Los Angeles, CA to New York, NY (01/14/2015 - 01/15/2015). | $ 1,419.16 |
| 01/15/15 | Davido, Scott | Airfare | Travel agent fee associated with round trip flight from Los Angeles to New York. | 32.00 |
| 01/23/15 | Cordasco, Michael | Airfare | Round trip coach airfare - New York, NY to Dallas, TX (01/20/2015 - 01/23/2015). | 984.70 |
| 01/23/15 | Cordasco, Michael | Airfare | Travel agent fee associated with round trip flight from New York to Dallas. | 11.00 |
| | | **Airfare Total** | | **2,446.86** |
| 01/01/15 | Friedrich, Steven | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 01/04/15 | Friedrich, Steven | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 01/05/15 | Celli, Nicholas | Business Meals | In-office working lunch meeting with self with M. Cordasco, N. Celli, A. Rauch, M. Eisler, and S. Friedrich (all FTI). | 100.00 |
| 01/05/15 | Celli, Nicholas | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 01/05/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 01/06/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 01/06/15 | Eisler, Marshall | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 01/07/15 | Celli, Nicholas | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 17.82 |
| 01/07/15 | Eisler, Marshall | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 01/07/15 | Friedrich, Steven | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 01/07/15 | Greenberg, Mark | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 01/08/15 | Celli, Nicholas | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 01/08/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 01/08/15 | Eisler, Marshall | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 01/08/15 | Hyland, Megan | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 12.88 |
| 01/09/15 | Celli, Nicholas | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 13.52 |
| 01/09/15 | Eisler, Marshall | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 01/09/15 | Greenberg, Mark | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 18.45 |
| 01/12/15 | Diaz, Matthew | Business Meals | In-office working lunch meeting with self with A. Scruton, M. Cordasco, M. Greenberg, A. Rauch, N. Celli, M. Eisler, S. Friedrich, and S. Eimer (all FTI). | 140.91 |

**EXHIBIT D**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**EXPENSE DETAIL**
*FOR THE PERIOD JANUARY 1, 2015 TO JANUARY 31, 2015*

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 01/12/15 | Friedrich, Steven | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 01/13/15 | Cordasco, Michael | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 01/13/15 | Greenberg, Mark | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 17.90 |
| 01/14/15 | Cordasco, Michael | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 18.05 |
| 01/14/15 | Davido, Scott | Business Meals | Out of town meal/dinner for self. | 40.00 |
| 01/14/15 | Davido, Scott | Business Meals | Out of town meal/breakfast for self. | 15.81 |
| 01/14/15 | Davido, Scott | Business Meals | Out of town meal/lunch for self. | 15.26 |
| 01/14/15 | Greenberg, Mark | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 01/15/15 | Cordasco, Michael | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 01/15/15 | Davido, Scott | Business Meals | Out of town meal/lunch for self. | 10.84 |
| 01/15/15 | Davido, Scott | Business Meals | Out of town meal/breakfast for self. | 4.08 |
| 01/15/15 | Davido, Scott | Business Meals | Out of town meal/dinner for self. | 17.56 |
| 01/15/15 | Greenberg, Mark | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 16.99 |
| 01/16/15 | Greenberg, Mark | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 16.99 |
| 01/20/15 | Cordasco, Michael | Business Meals | Out of town meal/dinner for self. | 35.23 |
| 01/20/15 | Diaz, Matthew | Business Meals | In-office working lunch meeting with self and A. Rauch (FTI). | 26.68 |
| 01/20/15 | Tranen, Jeffrey | Business Meals | Out of town meal/lunch for self. | 3.12 |
| 01/20/15 | Tranen, Jeffrey | Business Meals | Out of town meal/breakfast for self. | 2.25 |
| 01/20/15 | Tranen, Jeffrey | Business Meals | Out of town meal/dinner for self. | 18.64 |
| 01/20/15 | Tranen, Jeffrey | Business Meals | Out of town meal/dinner for self. | 22.94 |
| 01/21/15 | Cordasco, Michael | Business Meals | Out of town meal/breakfast for self with J. Tranen (FTI). | 46.98 |
| 01/21/15 | Cordasco, Michael | Business Meals | Out of town meal/dinner for self with J. Tranen (FTI). | 80.00 |
| 01/21/15 | Cordasco, Michael | Business Meals | Out of town meal/lunch for self. | 14.75 |
| 01/22/15 | Cordasco, Michael | Business Meals | Out of town meal/breakfast for self. | 24.56 |

**EXHIBIT D**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**EXPENSE DETAIL**
*FOR THE PERIOD JANUARY 1, 2015 TO JANUARY 31, 2015*

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---:|
| 01/22/15 | Cordasco, Michael | Business Meals | Out of town meal/dinner for self. | 23.45 |
| 01/25/15 | Eisler, Marshall | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work the weekend. | 20.00 |
| | | **Business Meals Total**[1] | | **1,135.66** |
| 01/05/15 | Cordasco, Michael | Ground Transportation | Taxi - office to residence after working late in the office. | 133.25 |
| 01/07/15 | Celli, Nicholas | Ground Transportation | Taxi - office to residence after working late in the office. | 6.95 |
| 01/07/15 | Cordasco, Michael | Ground Transportation | Taxi - office to residence after working late in the office. | 145.45 |
| 01/07/15 | Eisler, Marshall | Ground Transportation | Taxi - office to residence after working late in the office. | 8.00 |
| 01/07/15 | Friedrich, Steven | Ground Transportation | Taxi - office to residence after working late in the office. | 13.30 |
| 01/07/15 | Greenberg, Mark | Ground Transportation | Taxi - office to residence after working late in the office. | 16.00 |
| 01/08/15 | Celli, Nicholas | Ground Transportation | Taxi - office to residence after working late in the office. | 7.40 |
| 01/08/15 | Cordasco, Michael | Ground Transportation | Taxi - office to residence after working late in the office. | 130.18 |
| 01/08/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office. | 23.30 |
| 01/08/15 | Eisler, Marshall | Ground Transportation | Taxi - office to residence after working late in the office. | 8.00 |
| 01/08/15 | Friedrich, Steven | Ground Transportation | Taxi - office to residence after working late in the office. | 10.55 |
| 01/08/15 | Hyland, Megan | Ground Transportation | Taxi - office to residence after working late in the office. | 13.30 |
| 01/09/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office. | 24.75 |
| 01/09/15 | Eisler, Marshall | Ground Transportation | Taxi - office to residence after working late in the office. | 15.95 |
| 01/09/15 | Greenberg, Mark | Ground Transportation | Taxi - office to residence after working late in the office. | 15.10 |
| 01/11/15 | Diaz, Matthew | Ground Transportation | Taxi - residence to office while working on the weekend. | 9.00 |
| 01/12/15 | Cordasco, Michael | Ground Transportation | Taxi - office to residence after working late in the office. | 125.05 |
| 01/12/15 | Eisler, Marshall | Ground Transportation | Taxi - office to residence after working late in the office. | 8.00 |
| 01/12/15 | Friedrich, Steven | Ground Transportation | Taxi - office to residence after working late in the office. | 9.30 |
| 01/13/15 | Cordasco, Michael | Ground Transportation | Taxi - office to residence after working late in the office. | 125.05 |
| 01/13/15 | Diaz, Matthew | Ground Transportation | Taxi - office to residence after working late in the office. | 9.35 |

**EXHIBIT D**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**EXPENSE DETAIL**
*FOR THE PERIOD JANUARY 1, 2015 TO JANUARY 31, 2015*

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 01/13/15 | Eisler, Marshall | Ground Transportation | Taxi - office to residence after working late in the office. | 8.00 |
| 01/13/15 | Greenberg, Mark | Ground Transportation | Taxi - office to residence after working late in the office. | 16.00 |
| 01/14/15 | Davido, Scott | Ground Transportation | Taxi - office to LAX airport. | 58.84 |
| 01/14/15 | Davido, Scott | Ground Transportation | Car Service - New York airport to hotel. | 133.31 |
| 01/14/15 | Eisler, Marshall | Ground Transportation | Taxi - office to residence after working late in the office. | 8.00 |
| 01/14/15 | Greenberg, Mark | Ground Transportation | Taxi - office to residence after working late in the office. | 15.00 |
| 01/15/15 | Davido, Scott | Ground Transportation | Car Service - hotel to New York airport. | 95.00 |
| 01/15/15 | Eisler, Marshall | Ground Transportation | Taxi - office to residence after working late in the office. | 7.56 |
| 01/15/15 | Greenberg, Mark | Ground Transportation | Taxi - office to residence after working late in the office. | 15.50 |
| 01/16/15 | Greenberg, Mark | Ground Transportation | Taxi - office to residence after working late in the office. | 15.30 |
| 01/20/15 | Cordasco, Michael | Ground Transportation | Taxi - Dallas, TX airport to hotel. | 58.05 |
| 01/20/15 | Cordasco, Michael | Ground Transportation | Taxi - hotel to Company's office. | 8.25 |
| 01/20/15 | Cordasco, Michael | Ground Transportation | Taxi - office to New York, NY airport. | 76.73 |
| 01/20/15 | Eisler, Marshall | Ground Transportation | Taxi - office to residence after working late in the office. | 8.00 |
| 01/20/15 | Tranen, Jeffrey | Ground Transportation | Taxi - Dallas, TX airport to hotel. | 54.90 |
| 01/20/15 | Tranen, Jeffrey | Ground Transportation | Car Service - residence to Los Angeles, CA airport. | 66.00 |
| 01/21/15 | Eisler, Marshall | Ground Transportation | Taxi - office to residence after working late in the office. | 8.00 |
| 01/22/15 | Cordasco, Michael | Ground Transportation | Taxi - LaGuardia airport to residence. | 182.76 |
| 01/22/15 | Tranen, Jeffrey | Ground Transportation | Taxi - Los Angeles, CA airport to residence. | 51.42 |
| 01/23/15 | Eisler, Marshall | Ground Transportation | Taxi - office to residence after working late in the office. | 18.86 |
| 01/25/15 | Eisler, Marshall | Ground Transportation | Taxi - residence to office while working on the weekend. | 8.00 |
| 01/28/15 | Eisler, Marshall | Ground Transportation | Taxi - office to residence after working late in the office. | 9.00 |
| | | **Ground Transportation Total** | | **1,779.71** |
| 01/15/15 | Davido, Scott | Lodging | Lodging in New York, NY - 1 night (01/14/2015 - 01/15/2015). | 391.41 |

**EXHIBIT D**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**EXPENSE DETAIL**
*FOR THE PERIOD JANUARY 1, 2015 TO JANUARY 31, 2015*

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 01/20/15 | Tranen, Jeffrey | Lodging | Lodging in Dallas, TX - 2 nights (01/20/2015 - 01/22/2015). | 448.70 |
| 01/22/15 | Cordasco, Michael | Lodging | Lodging in Dallas, TX - 2 nights (01/20/2015 - 01/22/2015). | 506.48 |
| | | **Lodging Total** | | **1,346.59** |
| 11/30/14 | Grant, Kenneth | Other | Cambridge Energy Solutions ("CES") November 2014 invoice. (not previously billed)[2] | 8,550.00 |
| 01/01/15 | Friedrich, Steven | Other | Factiva January invoice for December usage. | 254.90 |
| 01/14/15 | Davido, Scott | Other | Internet services while traveling on plane. | 24.95 |
| 01/15/15 | Davido, Scott | Other | Internet services while traveling on plane. | 21.95 |
| 01/22/15 | Cordasco, Michael | Other | Internet services while traveling. | 9.95 |
| 01/22/15 | Cordasco, Michael | Other | Internet services while traveling. | 9.95 |
| | | **Other Total** | | **8,871.70** |
| | | **Grand Total** | | **$ 15,580.52** |

**Note:**
(1) In-office meals per person over $20.00 and out-of-office meals per person over $40.00 have been reduced to $20.00 and $40.00, respectively, to comply with the Amended Guidelines for Fees and Disbursements for Professionals in Delaware District Bankruptcy Cases. Each of these meals were in fact greater than $20.00 or $40.00 and do not represent a per diem.
(2) As disclosed in paragraph 6 of the Retention Order and the Supplemental Declaration of Steven Simms in Support of Application for the Official Committee of Unsecured Creditors of Energy Future Holdings Corp., et al, for Entry of an Order Under Section 328(a) and 1103(a) of the Bankruptcy Code Authorizing the Employment and Retention of FTI Consulting, Inc. as Financial Advisor Effective May 19, 2014. Expense amount reflects the balance of the November invoice that was erroneously excluded from the portion billed in FTI's November fee statement.