# Exhibit A

**(Certification)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered) |

## CERTIFICATION OF JONATHAN D. YELLIN, ESQUIRE OF CHARLES RIVER ASSOCIATES

1. I am the General Counsel of the Charles River Associates ("**CRA**"), which maintains its corporate headquarters at 200 Clarendon Street, Boston, Massachusetts 02116.

2. The facts set forth in the foregoing Interim Fee Application are true and correct to the best of my knowledge, information, and belief.

3. I have reviewed Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedures of the United States Bankruptcy Court for the District of Delaware and believe that the Application for CRA complies with Rule 2016-2.

4. Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the forgoing is true and correct.

Dated: March 6, 2015                                    Respectfully submitted,

                                                                            _____
                                                                            Jonathan D. Yellin, Esquire

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.


## Exhibit B

### (Disclosure of Professionals Who Rendered Services)

| Professional Person | Position with the Applicant | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Adamson, Seabron | Vice President | Energy | $675.00 | 95.1 | $64,192.50 |
| Plewes, Jeffrey | Principal | Energy | $500.00 | 1 | $500.00 |
| Kaineg, Robert | Senior Associate | Energy | $400.00 | 34 | $13,600.00 |
| Fox, Ryan | Consulting Associate | Energy | $310.00 | 42.1 | $13,051.00 |
| Good, Courtney | Associate | Energy | $310.00 | 44 | $13,640.00 |
| Painley, Jonathan | Associate | Energy | $310.00 | 0 | $0.00 |
| Neimeyer, Michael | Consulting Associate | Energy | $320.00 | 0 | $0.00 |
| **Total:** | | | | 216.2 | $104,983.50 |

| | Month | Hours |
|---|---|---|
| | | |
| | August | 15.3 |
| | September | 87.9 |
| 2014 | October | 77.5 |
| | November | 20.7 |
| | December | 14.8 |
| | | |
| | **Total** | **216.2** |
| | | |

## AUGUST 2014

| Date | Name | Hours | Work Description |
|---|---|---|---|
| 21-Aug-14 | Robert Kaineg | 2 | Meeting & follow up |
| 20-Aug-14 | Ryan Fox | 5.1 | review/phone call |
| 21-Aug-14 | Ryan Fox | 3.4 | team phone call/data collection |
| 26-Aug-14 | Ryan Fox | 2.7 | gas demand work |
| 27-Aug-14 | Ryan Fox | 2.1 | gas demand work and discussion |

| | **Total Hours** | **15.3** | |
|---|---|---|---|

## SEPTEMBER 2014

| Date | Name | Hours | Work Description |
|---|---|---|---|
| 15-Sep-14 | Seabron Adamson | 5 | Demand model data; call |
| 16-Sep-14 | Seabron Adamson | 4.5 | Demand model; review LNG exports developmentss |
| 17-Sep-14 | Seabron Adamson | 6.2 | Meeting with FTI; slides prep |
| 18-Sep-14 | Seabron Adamson | 0.5 | Weekly call with Lzard/FTI group |
| 22-Sep-14 | Seabron Adamson | 6 | Shale supply data review; travel to Dallas |
| 23-Sep-14 | Seabron Adamson | 10 | Meeting with Debtors at EFH; travel |
| 24-Sep-14 | Seabron Adamson | 1.8 | Vol model for LT prices; emails with group |
| 25-Sep-14 | Seabron Adamson | 1.7 | Call with group; meeting with R Kaineg re initial price forecasts and model updates |
| 26-Sep-14 | Seabron Adamson | 0.5 | Review UCC pres; comments ont his to Jeff Tranen and group |
| 29-Sep-14 | Seabron Adamson | 3 | Work on first cut LT vol model for high prices for initial scenario |
| 30-Sep-14 | Seabron Adamson | 3 | LT vol model; data from Bloomberg |
| 4-Sep-14 | Robert Kaineg | 1 | EFH meeting |
| 8-Sep-14 | Robert Kaineg | 2 | Team call, review of existing materials and dissemination to broader group. |
| 11-Sep-14 | Robert Kaineg | 2 | EFH meeting & research |
| 16-Sep-14 | Robert Kaineg | 8 | Research & slide prep |
| 17-Sep-14 | Robert Kaineg | 8 | Slide prep, travel & meeting with FTI |
| 23-Sep-14 | Robert Kaineg | 1 | preparation of top bound scenario |

| 25-Sep-14 | Robert Kaineg | 1 | Meeting with Seabron to discuss our approach |
|---|---|---|---|
| 26-Sep-14 | Robert Kaineg | 1 | review of LNG export assumptions & alternate price forecasts |
| 9-Sep-14 | Ryan Fox | 1.1 | internal meeting/discussion regarding gas demand model |
| 11-Sep-14 | Ryan Fox | 3.2 | data collection for demand model; internal call |
| 12-Sep-14 | Ryan Fox | 2.9 | data collection for demand model |
| 15-Sep-14 | Ryan Fox | 1 | prep for FTI meeting/call |
| 16-Sep-14 | Ryan Fox | 4 | prep for fti meeting/gas model work |
| 17-Sep-14 | Ryan Fox | 6 | all-day meeting at FTI |
| 18-Sep-14 | Ryan Fox | 1 | weekly phone call |
| 24-Sep-14 | Ryan Fox | 1 | internal discussion/admin |
| 25-Sep-14 | Ryan Fox | 1.5 | weekly phone call/discussion |

|  | **Total Hours** | **87.9** |  |
|---|---|---|---|

## OCTOBER 2014

| Date | Name | Hours | Work Description |
|---|---|---|---|
| 2-Oct-14 | Seabron Adamson | 2.5 | Changes and review to high case prelim model |
| 6-Oct-14 | Seabron Adamson | 3 | high case model |
| 7-Oct-14 | Seabron Adamson | 3 | High case model; call with R Kaineg and review his high case assumptions; gas model |
| 8-Oct-14 | Seabron Adamson | 3.2 | Finalize high case model results, send to FTI; gas model |
| 13-Oct-14 | Seabron Adamson | 2.2 | Model; LNG; call with R kaineg |
| 14-Oct-14 | Seabron Adamson | 2 | Slides for FTI meeting re gas drivers; call with R Kaineg; model |
| 15-Oct-14 | Seabron Adamson | 2 | Gas model updates re demand; drivers analysis; slides |
| 16-Oct-14 | Seabron Adamson | 2.5 | Meeting with FTI (K grant, J Tranen et al) |
| 20-Oct-14 | Seabron Adamson | 4 | Base model rerun; review cases, review C Good list of model to dos; gas productivity stats |
| 21-Oct-14 | Seabron Adamson | 4 | Gas model- revisions to base case |
| 30-Oct-14 | Seabron Adamson | 0.5 | Weekly call with team |
| 31-Oct-14 | Seabron Adamson | 1 | Emails with Lazard; work on engagement letter |
| 15-Oct-14 | Robert Kaineg | 4 | review of US gas outlook, material prep & meeting with FTI |
| 21-Oct-14 | Robert Kaineg | 4 | Team meeting, research into Oil / NGL price relationship, gas model runs and QC |
| 2-Oct-14 | Ryan Fox | 1 | weekly phone call |
| 9-Oct-14 | Ryan Fox | 0.5 | weekly phone call |
| 16-Oct-14 | Ryan Fox | 1.1 | call/discussion |
| 30-Oct-14 | Ryan Fox | 1 | weekly phone call |
| 15-Oct-14 | Courtney Good | 3 | Creation of presentation for EFH/FTI call on gas drivers |
| 16-Oct-14 | Courtney Good | 2.5 | FTI meeting on natural gas drivers |
| 20-Oct-14 | Courtney Good | 6 | review of gas model to begin changes for EFH modeling |
| 21-Oct-14 | Courtney Good | 7 | running sensitivities to see how different variables change the HH gas price |

| 22-Oct-14 | Courtney Good | 7 | review of different studies to update resource basin statistics |
| 27-Oct-14 | Courtney Good | 5 | update of basin data using published studies |
| 28-Oct-14 | Courtney Good | 3.5 | update of basin data using published studies |
| 29-Oct-14 | Courtney Good | 2 | sensitivity results |

|  | Total Hours | 77.5 |  |

## NOVEMBER 2014

| Date | Name | Hours | Work Description |
| --- | --- | --- | --- |
| 5-Nov-14 | Seabron Adamson | 1 | Gas model data |
| 6-Nov-14 | Seabron Adamson | 0.5 | Gas model data |
| 11-Nov-14 | Seabron Adamson | 2.5 | Gas model analysis and updates |
| 12-Nov-14 | Seabron Adamson | 0.4 | Call; gas data |
| 13-Nov-14 | Seabron Adamson | 0.6 | Call with Lazard/FTI group |
| 14-Nov-14 | Seabron Adamson | 1.3 | Call with J Tranen and K Grant (FTI); high case results analysis |
| 17-Nov-14 | Seabron Adamson | 1.5 | review model results; email with J Tranen et al |
| 18-Nov-14 | Seabron Adamson | 4.3 | review prelim gas model results and drivers inside model runs; draft curves to FTI for review; meeting with J Plewes re model updates still needed |
| 20-Nov-14 | Seabron Adamson | 1.7 | Comparisons of drivers in base and high case prelim results; review versus other results |
| 24-Nov-14 | Seabron Adamson | 2.4 | Call with FTI team; comparisons re gas prices and drivers, review LNG assumptions |
| 25-Nov-14 | Seabron Adamson | 0.6 | Mtg with J Plewes re gas model update plan |
| 26-Nov-14 | Seabron Adamson | 1.4 | Review LNG assumptions and netback pricing; LNG demand for model |
| 6-Nov-14 | Ryan Fox | 0.5 | weekly phone call |
| 13-Nov-14 | Ryan Fox | 0.5 | weekly phone call |
| 24-Nov-14 | Ryan Fox | 0.5 | weekly phone call |
| 18-Nov-14 | Courtney Good | 1 | Review of gas model sensitivities with Seab |

|  | Total Hours | 20.7 |  |

## DECEMBER 2014

| Date | Name | Hours | Work Description |
| --- | --- | --- | --- |
| 18-Dec-14 | Seabron Adamson | 2.4 | Weekly call with FTI etc. Meeting at MoFo with EFH team |
| 19-Dec-14 | Seabron Adamson | 0.2 | Call with J Plewes re EFH project planning |
| 22-Dec-14 | Seabron Adamson | 2.2 | Call with EFH team; workplan; email re HPDI data |
| 22-Dec-14 | Jeffrey Plewes | 1 | Internal project meeting and gas model research |
| 18-Dec-14 | Ryan Fox | 1 | Weekly phone call |
| 22-Dec-14 | Ryan Fox | 1 | Weekly phone call |
| 11-Dec-14 | Courtney Good | 1 | Review of public sources for call |

| Date | Name | Hours | Description |
|---|---|---|---|
| 15-Dec-14 | Courtney Good | 2 | Review of public sources related to gas to create an understanding for which sources would help fill in play details |
| 16-Dec-14 | Courtney Good | 1 | Collection of materials to prep for kick-off internal call |
| 22-Dec-14 | Courtney Good | 3 | Kickoff call and gathering of materials that I had previously collected regarding US shale resources |
| | **Total Hours** | **14.8** | |

## Exhibit C

### Expense Summary

| Category | Amount |
|---|---|
| Telephone/Internet | $43.63 |
| Lodging | $379.91 |
| Meals | $46.43 |
| Travel | $1,497.20 |
| Transportation | $196.00 |
| **Total** | **$2,163.17** |

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 9/22/2014 | Adamson, Seabron | Telephone/Internet | Internet | $20.95 |
| 9/23/2014 | Adamson, Seabron | Telephone/Internet | Internet | 22.68 |
| | | | Total | 43.63 |
| 9/18/2014 | Adamson, Seabron | Lodging | Hotel room and taxes | 379.91 |
| 9/22/2014 | Adamson, Seabron | Meals | Coffee | 4.99 |
| 9/22/2014 | Adamson, Seabron | Meals | Coffee | 2.50 |
| 9/23/2014 | Adamson, Seabron | Meals | Breakfast | 4.71 |
| 9/24/2014 | Adamson, Seabron | Meals | Room service | 34.23 |
| | | | Total | 46.43 |
| 9/18/2014 | Adamson, Seabron | Travel | American Airlines | 1497.20 |
| 9/22/2014 | Adamson, Seabron | Transportation | Cab from home to Logan | 50 |
| 9/22/2014 | Adamson, Seabron | Transportation | Cab from DFW to Hotel | 58 |
| 9/23/2014 | Adamson, Seabron | Transportation | Cab from Logan to home | 50 |
| 10/8/2014 | Adamson, Seabron | Transportation | Parking for EFH meeting | 38 |
| | | | Total | 196 |
| | | **Total** | | **$2,163.17** |