# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., et al.,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) Re: D.I. 2896, 3211 |

## ORDER APPROVING THE STIPULATION BETWEEN THE DEBTORS AND ALLEN SHRODE REGARDING LIMITED MODIFICATION OF THE AUTOMATIC STAY IN ACCORDANCE WITH THE STIPULATION

Upon the *Stipulation Regarding Limited relief of the Automatic Stay* (the "Stipulation"),[2] a copy of which is attached hereto as **Exhibit A**, and upon the record of this case and due deliberation thereon, and good and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Stipulation is approved.

2. The automatic stay is modified solely on the terms set forth in the Stipulation.

3. Notwithstanding anything else contained in this Order or the Stipulation to the contrary, Shrode shall retain his right to pursue any causes of action set forth in the Petition against Luminant and have the right to recover the proceeds of any insurance policy held by the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

RLF1 11604909v.1

Non-Debtor Defendants, or, if such coverage is insufficient, directly from Princess Three, where Luminant and/or any of its Debtor and non-Debtor affiliates are additional insureds to such insurance policy or the Non-Debtor Defendants have indemnified Luminant and/or its Debtor and non-Debtor affiliates in the event a judgment or settlement is entered in the State Court Action against Luminant; *provided*, that in the event a judgment or settlement is entered in the State Court Action against Luminant, Shrode shall only be permitted to pursue payment from (a) any insurance policy held by the Non-Debtor Defendants used to indemnify Luminant, including HDI-Gerling America Insurance Company policy number GK094000002-01 effective July 19, 2013, without further leave of this Court, to the extent that coverage is available and, (b) if such coverage is insufficient, directly from Princess Three; *provided further, however,* that neither Luminant and/or its Debtor and Non-Debtor affiliates shall have any obligation to satisfy any amounts due and owing for which funds are unavailable under any insurance policy held by the Non-Debtor Defendants, personally unavailable from Princess Three, or otherwise owed by any judgment or settlement, nor shall Luminant and/or its Debtor and non-Debtor affiliates have any obligation to seek any form of recovery from the Non-Debtor Defendants on behalf of Shrode.

4. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this order.

5. The stay of the Stipulation pursuant to Bankruptcy Rule 4001(a)(3) is hereby waived and the relief granted in the Stipulation is effective and immediately enforceable upon its entry.

6. The Stipulation is fair and reasonable and entered into in good faith by the Parties.

RLF1 11604909v.1

7. This Stipulation shall remain in full force and effect notwithstanding the conversion of the Debtors' chapter 11 cases to another chapter of the Bankruptcy Code.

8. Nothing herein or in the Stipulation is intended to nor shall it affect the relief granted in the *Order Granting in Part Motion of Allen Shrode for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d)* [D.I. 3211].

9. The Court shall retain sole and exclusive jurisdiction to enforce the provisions of this Order.

Dated: March 6, 2015
Wilmington, Delaware

THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE