IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Re: D.I. 3803 |

## ORDER GRANTING LEAVE TO FILE AND SERVE A LATE
## REPLY TO OBJECTION TO EFIH PARTIAL REPAYMENT MOTION

Upon the motion (the "Motion for Leave")[2] of the EFIH Debtors for entry of an order pursuant to Local Rule 9006-1(d), authorizing the EFIH Debtors to file and serve a Reply; and good and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion for Leave is granted as set forth herein.

2. The EFIH Debtors are granted leave to file and serve a Reply by March 6, 2015 at 4:00 p.m. (Eastern Standard Time).

3. The Court will consider the Reply.

Dated: March 6, 2015
Wilmington, Delaware

THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used herein and not otherwise defined shall have the meanings given to them in the Motion for Leave.

RLF1 11610621v.1