IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) Re: D.I. 3527, 3673, 3678, 3748 |

**EFIH DEBTORS' REPLY TO EFIH SECOND
LIEN TRUSTEE'S OBJECTION TO PARTIAL REPAYMENT**

Energy Future Holdings Corp. ("EFH Corp."), Energy Future Intermediate Holding Company LLC ("EFIH"), and EFIH Finance Inc. (collectively with EFH Corp. and EFIH, the "EFIH Debtors"), co-debtors with the above-captioned debtors and debtors in possession, file this reply (this "Reply") to the objection (the "Objection") filed by the EFIH Second Lien Trustee to the EFIH Debtors' motion (the "Motion") seeking, among other things, entry of an order approving the Partial Repayment (the "Repayment Order").[2] In support of this Reply, the EFIH Debtors respectfully state as follows.

1. The EFIH Debtors support the resolution of intercreditor issues reached by the EFIH First and Second Lien Trustees in connection with the Partial Repayment. This resolution to the EFIH Second Lien Trustee's cross-motion and the Objection's intercreditor issues was reflected in the joint statement filed by the EFIH First and Second Lien Trustees, by which the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not defined in this Reply have the meanings ascribed to them in the Motion.

RLF1 11615829v.1

EFIH Second Lien Trustee withdrew the cross-motion [D.I. 3748]. Subject to the consent of the agent and required lenders under the EFIH DIP Facility, the Debtors will seek to file a revised Repayment Order (the "Revised Repayment Order") before the March 10, 2015 omnibus hearing that reflects this resolution.

2. With respect to the issues raised in the Objection associated with the allocation of the Partial Repayment, the EFIH Debtors have made progress toward a resolution of these issues with the EFIH Second Lien Trustee. More time is needed to finalize any resolution and obtain the consent of the agent and required lenders under the EFIH DIP Facility before filing the Revised Repayment Order. The EFIH Debtors believe that they will be in a position to do so before the hearing.

3. To the extent the resolution cannot be finalized and embodied in a filed Revised Repayment Order for any reason, the Debtors reserve the right to seek to file a substantive reply to the Objection or to reply to the Objection at the hearing.

[*Remainder of page intentionally left blank.*]

Dated: March 6, 2015
Wilmington, Delaware

/s/ [signature]

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
    defranceschi@rlf.com
    madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
    stephen.hessler@kirkland.com
    brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
    marc.kieselstein@kirkland.com
    chad.husnick@kirkland.com
    steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession