IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Energy Future Holdings Corp., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Re: Docket No. 3512** |

## *NO ORDER REQUIRED* CERTIFICATE OF NO OBJECTION REGARDING EIGHTH MONTHLY FEE STATEMENT OF MORRISON & FOERSTER LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF TCEH UNSECURED CREDITORS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE <u>PERIOD DECEMBER 1, 2014 THROUGH DECEMBER 31, 2014</u>

The undersigned hereby certifies that, as of the date hereof, he has received no written answer, objection or other responsive pleading to the *Eighth Monthly Fee Statement of Morrison & Foerster LLP as Counsel for the Official Committee of TCEH Unsecured Creditors for Compensation and Reimbursement of Expenses Incurred for the Period December 1, 2014 through December 31, 2014*, filed on February 11, 2015 [Docket No. 3512] (the "**Fee Statement**"). The undersigned further certifies that after reviewing the Court's docket in this case, no answer, objection or other responsive pleading to the Fee Statement appears thereon. Pursuant to the Notice of Fee Statement, responses to the Fee Statement were to be filed and served no later than March 4, 2015 at 4:00 p.m. (ET). The Fee Statement was filed and served in accordance with the *Stipulation and Order Appointing a Fee Committee*, dated August 21, 2014 [Docket No. 1896] and the *Order Establishing Procedures for Interim Compensation and*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers are not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://efhcaseinfo.com.

49827173.1

*Reimbursement of Expenses for Professionals*, dated September 16, 2014 [Docket No. 2066] (the "**Administrative Order**").

Consequently, pursuant to the Administrative Order, the above-captioned debtors and debtors in possession, are authorized to pay Morrison & Foerster LLP 80% of its fees and 100% of its expenses requested in the Fee Statement upon filing of this certificate without the need for further order of the Court.  A summary of the fees and expenses sought by Morrison & Foerster LLP is annexed hereto as <u>Exhibit A</u>.

*[Remainder of page intentionally left blank]*

Dated: Wilmington, Delaware
      March 6, 2015                **MORRISON & FOERSTER LLP**
                                        James M. Peck
                                        Brett H. Miller
                                        Lorenzo Marinuzzi
                                        Todd M. Goren
                                        250 West 55th Street
                                        New York, New York 10019-9601
                                        Telephone:  (212) 468-8000
                                        Facsimile:  (212) 468-7900
                                        E-mail:  jpeck@mofo.com
                                                     brettmiller@mofo.com
                                                     lmarinuzzi@mofo.com
                                                     tgoren@mofo.com

                                        -and-

                                  */s/ Christopher A. Ward* _____
                                        Christopher A. Ward (Del. Bar No. 3877)
                                        Justin K. Edelson (Del. Bar No. 5002)
                                        Shanti M. Katona (Del. Bar No. 5352)
                                        Jarrett Vine (Del. Bar No. 5400)
                                        **POLSINELLI PC**
                                        222 Delaware Avenue, Suite 1101
                                        Wilmington, Delaware 19801
                                        Telephone: (302) 252-0920
                                        Facsimile:  (302) 252-0921
                                        E-mail:  cward@polsinelli.com
                                                     jedelson@polsinelli.com
                                                     skatona@polsinelli.com
                                                     jvine@polsinelli.com

                                        *Attorneys for the Official Committee of TCEH*
                                        *Unsecured Creditors*

**EXHIBIT A**

**Professional Fees and Expenses**
**Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, Docket No. | Total Fees Requested[1] | Total Expenses Requested[2] | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| Morrison & Foerster LLP 250 West 55th Street New York, NY 10019  Counsel to the Official Committee of TCEH Unsecured Creditors | Eighth Monthly Fee Statement  12/1/2014 through 12/31/2014  Filed 2/11/2015  Docket No. 3512 | $1,799,489.50 | $42,259.42 | 3/4/2015 | $1,439,591.60 | $42,259.42 | $359,897.90 |

---

[1] Consistent with the terms of the Administrative Order, the requested fees in the Monthly Fee Statement shall be allocated $1,799,489.50, $0.00, and $0.00 to TCEH, EFIH and EFH, respectively.

[2] Consistent with the terms of the Administrative Order, the requested expenses in the Monthly Fee Statement shall be allocated $42,259.42, $0.00, and $0.00 to TCEH, EFIH and EFH, respectively.

ny-1178873