IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br><br>ENERGY FUTURE<br>HOLDINGS CORPORATION, *et al.*,<br><br>*Debtors.* | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered) |

**VERIFIED STATEMENT OF COUNSEL TO FIRST LIEN INDENTURE TRUSTEE, COLLATERAL TRUSTEE, AND STEERING COMMITTEE PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

In connection with the chapter 11 cases (the "Chapter 11 Cases") commenced by the above-captioned debtors on April 29, 2014, Ropes & Gray LLP ("Ropes & Gray"), Cole Schotz P.C. ("Cole Schotz"), Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale") and Drinker Biddle & Reath ("Drinker Biddle" and, together with Ropes & Gray, Cole Schotz, and WilmerHale, "Counsel") hereby submit this verified statement (the "Statement") pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rule 2019") in connection the representation in the Chapter 11 Cases of the following parties: (i) Delaware Trust Company ("Delaware Trust") in its capacity as indenture trustee under (A) that certain indenture (as amended, restated, supplemented, or otherwise modified from time to time) by and among the Indenture Trustee, Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. (together, "EFIH") dated as of August 17, 2010, pursuant to which certain 10% Senior Secured Notes Due 2020 (the "10% Notes") were issued (the indenture trustee in such capacity, the "10% Indenture Trustee") and (B) that certain indenture (as amended, restated, supplemented,

48411563_5

-2-

or otherwise modified from time to time) by and among the Indenture Trustee and EFIH dated August 14, 2012, pursuant to which certain 6.875% Senior Secured Notes Due 2017 (the "6.875% Notes" and, together with the 10% Notes, the "First Lien Notes") were issued (the indenture trustee in such capacity, the "6.875% Indenture Trustee"); (ii) Delaware Trust, in its capacity as collateral trustee (the "Collateral Trustee") under that certain Collateral Trust Agreement (as amended, restated, supplemented, or otherwise modified from time to time) by and between EFIH and the Collateral Trustee dated as of November 16, 2009; (iii) a steering committee of holders of the First Lien Notes (the "Steering Committee" and each member of the Steering Committee, a ("Member"); and (iv) certain Members of the Steering Committee, in connection with discovery matters (such members, the "Subset of Steering Committee Members").[1] Counsel respectfully state as follows:

1. As of the date of this Statement, in these Chapter 11 Cases, the 10% Indenture Trustee is represented by Ropes & Gray, Cole Schotz, Drinker Biddle, and WilmerHale, the 6.875% Indenture Trustee is represented by Ropes & Gray, Cole Schotz, and Drinker Biddle, the Collateral Trustee and Steering Committee are represented by Ropes & Gray and Cole Schotz, and the Subset of Steering Committee Members is represented by WilmerHale.

2. The Steering Committee represents only the interests of itself and does not represent or purport to represent any other entities in connection with the Chapter 11 Cases.

---

[1] Ropes & Gray also represents and/or shares information on a common interest basis with smaller holders.

3. The Members hold, or are the investment advisors or managers of accounts that hold, approximately $1,729,783,000 in aggregate principal amount of the First Lien Notes as of February 15, 2015.[2] In accordance with Bankruptcy Rule 2019, the address and nature and amount of all disclosable economic interests for each Member is set forth in Exhibit A. The information contained in Exhibit A is based upon information provided by the Members to Counsel, and is subject to change.

4. Nothing in this Statement, including Exhibit A hereto, should be construed as a limitation upon, or waiver of, any Member's right to assert, file and/or amend its claims in accordance with applicable law and any orders entered in these cases.

5. The undersigned, who are members and/or partners of Ropes & Gray, Drinker Biddle, WilmerHale, and Cole Schotz, respectively, verify that the foregoing is true and correct to the best of their knowledge.

6. Counsel reserves the right to amend or supplement this verified statement.

*[Remainder of Page Left Intentionally Blank]*

---

[2] Principal and certain accrued interest was paid on these notes on June 19, 2014 pursuant to order of this Court dated June 6, 2014, and pursuant to such order, the First Lien Notes were deemed cancelled; however, the First Lien Notes are still extant with respect to (i) the entitlement to a number of disputed claims, including, without limitation, claims with respect to make-whole premiums and (ii) rights against third parties under the Collateral Trust Agreement.

Dated: March 6, 2015

COLE SCHOTZ P.C.

*/s/ J. Kate Stickles*
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: 302-652-3131
Facsimile: 302-652-3117
npernick@coleschotz.com
kstickles@coleschotz.com

Warren A. Usatine
25 Main Street
P.O. Box 800
Hackensack, NJ 07602
Telephone: 201-489-3000
Facsimile: 201-489-1536
wusatine@coleschotz.com

--and—

ROPES & GRAY LLP
Keith H. Wofford
Mark R. Somerstein
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: 212-596-9000
Facsimile: 212-596-9090
Keith.Wofford@ropesgray.com
Mark.Somerstein@ropesgray.com

D. Ross Martin
Andrew G. Devore
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: 617-951-7000
Facsimile: 617-951-7050
Ross.Martin@ropesgray.com
Andrew.Devore@ropesgray.com

*Counsel for Delaware Trust Company,
as successor 10% Indenture Trustee, 6.875% Indenture Trustee, and
Collateral Trustee, and the Steering Committee*

--and--

-4-

48411563_5

DRINKER BIDDLE & REATH LLP
James H. Millar
1177 Avenue of the Americas
41st Floor
New York, NY 10036-2714
Telephone: 212-248-3264
Facsimile: 212-248-3141
James.Millar@dbr.com

*Counsel for Delaware Trust Company, as successor 10% Indenture Trustee and 6.875% Indenture Trustee*

--and--

WILMER CUTLER PICKERING HALE AND DORR LLP
Philip D. Anker
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8890
Facsimile: (212) 230-8888
philip.anker@wilmerhale.com

*Counsel for Delaware Trust Company, as successor 10% Indenture Trustee and the Subset of Steering Committee Members*

48411563_5