## Exhibit A
**Nature and Amount of Disclosable Economic Interests**

| Name[3] | Address | Nature and Amount of Disclosable Economic Interests | |
|---|---|---|---|
| | | **EFIH Senior Secured Notes** | **Other** |
| BlueMountain Capital Management, LLC, on behalf of certain funds and accounts managed by it | 280 Park Avenue, 12th Floor New York, NY 10017 | 10%: $524,862,000 6.875%: None | EFIH 11.75% Second Lien Notes due 2022: $46,000,000 |
| Cyrus Capital Partners L.P. | 399 Park Ave # 3900 New York, NY 10022 | 10%: $313,126,000 6.875%: None | TCEH 15% Second Lien Notes Due 2021: $2,500,000 <br><br> EFH 10.25% Unsecured Notes: $41,150,000 <br><br> TCEH Brazos River 5.4% Bonds: $19,480,000 |
| Funds managed by Halcyon Asset Management LLC and its affiliates | 477 Madison Avenue, 8th Floor New York, NY 10022 | 10%:$308,000,000 6.875%: None | EFIH 11.75% Second Lien Notes due 2022: $169,668,000 |

---

[3] The entities listed are the holders of, or investment advisors or managers of accounts that hold, the listed Disclosable Economic Interests.

48411563_5

| | | | |
|---|---|---|---|
| Luxor Capital Group, LP | 1114 Avenue of the Americas #29 New York, NY 10036 | 10%: $88,400,000 6.875%: None | TCEH 10.25% Senior Notes due 2015: $24,000,000 |
| Nomura Securities International, Inc. | Worldwide Plaza 309 W. 49th Street New York, NY 10019 | 10%: $213,554,000 6.875%: None | EFIH 11.75% Second Lien Notes due 2022: $9,342,000<br><br>TCEH 10.25% Senior Notes due 2015: $1,000,000<br><br>TCEH First Lien Term Loan: $67,587,000<br><br>TCEH DIP: ($8,000,000) |
| Southpaw Credit Opportunity Master Fund LP | c/o Southpaw Asset Management LP 2 Greenwich Office Park, First Floor, Greenwich, CT 06831 | 10%: $46,000,000 6.875%: None | TCEH Term Loan due 10/10/2014: $46,234,109 |
| VR Advisory Services Ltd in its capacity as investment advisor to VR Global Partners, L.P. | 300 Park Avenue, 16th Floor New York, NY 10022 | 10%: $65,000,000 6.875%: None | EFIH 11.75% Second Lien Notes due 2022: $5,000,000<br><br>TCEH 15% Second Lien Notes Due 2021: $5,000,000 |
| Waveny Capital Management, LP | One Letterman Drive, Building D Suite 4700 San Francisco, CA 94129 | 10%: $120,841,000 6.875%: None | |

48411563_5

-3-

| Whitebox Advisors LLC | 3033 Excelsior Boulevard, Suite 300 Minneapolis, MN 55416 | 10%: $50,000,000 6.875%: None | TCEH 10.25% Senior Notes due 2015: $17,000,000 |

48411563_5