# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
Energy Future Holdings Corp.
Energy Plaza
1601 Bryan Street
Dallas, TX 75201
**EIN:** 46−2488810
TXU Corp.
TXU Corp
Texas Utilities

**Chapter:** 11

**Case No.:** 14−10979−CSS

**NOTICE OF HEARING**

A hearing regarding Omnibus Objection to Claims (Debtors' Tenth Omnibus (Substantive) Objection to (Certain No Liability) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007−1). is scheduled for 3/10/14 at 09:30 AM at the United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom #6, Wilmington, DE 19801 .

David D. Bird
Clerk of Court

Dated: 3/4/15

(VAN−401a)

United States Bankruptcy Court
District of Delaware

In re:
Energy Future Holdings Corp.
Debtor

Case No. 14-10979-CSS
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0311-1 User: JudyF Page 1 of 17 Date Rcvd: Mar 04, 2015
Form ID: van401a Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2015.

+Mary LaCour, 15803 Ruppstock Drive, Missouri City, TX 77489-3316

7913812 +Lee County, c/o Diane W. Sanders, Linebarger Goggan Blair & Sampson LLP, P.O. Box 17428, Austin, TX 78760-7428

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE. TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2015 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2015 at the address(es) listed below:

Aaron C Baker on behalf of Interested Party Fee Committee acb@pgslaw.com
Aaron H Stulman on behalf of Interested Party Wilmington Savings Fund Society, FSB, in its capacity as successor Indenture Trustee AStulman@ashby-geddes.com
Adam G. Landis on behalf of Interested Party Alcoa Inc. landis@lrclaw.com, adams@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
Adam G. Landis on behalf of Creditor NextEra Energy Resources, LLC landis@lrclaw.com, adams@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
Adam G. Landis on behalf of Interested Party Marathon Asset Management, LP landis@lrclaw.com, adams@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
Adam Scott Moskowitz on behalf of Creditor ASM Capital IV, L.P. asmcapital@aol.com
Albert Kass on behalf of Interested Party Kurtzman Carson Consultants LLC ECFpleadings@kccllc.com, ecfpleadings@kccllc.com
Alessandra Glorioso on behalf of Creditor U.S. Bank National Association glorioso.alessandra@dorsey.com
Alexa Kranzley on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. (EFH Committee) kranzleya@sullcrom.com
Allison R Axenrod on behalf of Creditor Claims Recovery Group LLC allison@claimsrecoveryllc.com, allison@ecf.inforuptcy.com;notices@claimsrecoveryllc.com
Amish R. Doshi on behalf of Creditor Oracle America, Inc. adoshi@magnozzikye.com
Amy Baudler on behalf of Creditor Barr Engineering Co. amy@purduelaw.com, gpurdue@purduelaw.com;kim@purduelaw.com
Amy M. Tonti on behalf of Creditor The Bank of New York Mellon, solely in its capacity as Trustee under the Enumerated Trust Agreements atonti@reedsmith.com, slucas@reedsmith.com;atonti@reedsmith.com
Ana Chilingarishvili on behalf of Creditor U.S. Bank National Association ana.chilingarishvili@maslon.com
Andrea Beth Schwartz on behalf of U.S. Trustee United States Trustee andrea.b.schwartz@usdoj.gov
Andrew Dietderich on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. (EFH Committee) dietdericha@sullcrom.com
Andrew Glenn Devore on behalf of Interested Party CSC Trust Company of Delaware, as successor indenture trustee and collateral trustee andrew.devore@ropesgray.com
Andrew K Glenn on behalf of Interested Party Ad Hoc Group of EFH Legacy Noteholders aglenn@kasowitz.com
Andrew R. Remming on behalf of Interested Party Kohlberg Kravis Roberts & Co. L.P., TPG Capital, L.P., Goldman, Sachs & Co. and Associated Individuals aremming@mnat.com, rfusco@mnat.com;aconway@mnat.com;mdecarli@mnat.com
Andrew S. Conway on behalf of Creditor The Taubman Company LLC Aconway@taubman.com
Andrew S. Conway on behalf of Creditor Taubman Landlords Aconway@taubman.com

District/off: 0311-1 User: JudyF Page 2 of 17 Date Rcvd: Mar 04, 2015
Form ID: van401a Total Noticed: 2

The following persons/entities were sent notice through the court’s CM/ECF electronic mail (Email) system (continued)

Ann M Kashishian on behalf of Interested Party Ad Hoc Committee of EFIH Unsecured Noteholders kashishian@chipmanbrown.com, dero@chipmanbrown.com;mccloskey@chipmanbrown.com
Ann M Kashishian on behalf of Intervenor-Defendant Ad Hoc Committee of EFIH Unsecured Noteholders kashishian@chipmanbrown.com, dero@chipmanbrown.com;mccloskey@chipmanbrown.com
Ann M Kashishian on behalf of Attorney Chipman Brown Cicero & Cole, LLP kashishian@chipmanbrown.com, dero@chipmanbrown.com;mccloskey@chipmanbrown.com
Ari David Kunofsky on behalf of Creditor UNITED STATES OF AMERICA ari.d.kunofsky@usdoj.gov, eastern.taxcivil@usdoj.gov
Arlene Rene Alves on behalf of Interested Party Wilmington Trust, N.A. alves@sewkis.com
Ashley F. Bartram on behalf of Interested Party Texas Commission on Environmental Quality ashley.bartram@texasattorneygeneral.gov
Ashley F. Bartram on behalf of Interested Party Public Utility Commission of Texas ashley.bartram@texasattorneygeneral.gov
Ashley F. Bartram on behalf of Interested Party Railroad Commission of Texas ashley.bartram@texasattorneygeneral.gov
Barry G. Felder on behalf of Creditor UMB Bank, N.A. bgfelder@foley.com
Barry G. Felder on behalf of Interested Party UMB Bank, N.A., as indenture trustee bgfelder@foley.com
Benjamin Stewart on behalf of Creditor Pinnacle Technical Resources, Inc. bstewart@baileybrauer.com
Bonnie R. Golub on behalf of Creditor Evercore Group LLC bgolub@weirpartners.com
Brian S. Hermann on behalf of Interested Party Ad Hoc Committee of TCEH First Lien Creditors jadlerstein@paulweiss.com;bhermann@paulweiss.com;adenhoff@paulweiss.com;mtattnall@paulweiss.com;abernstein@paulweiss.com;aehrlich@paulweiss.com;mkatz@paulweiss.com;smitchell@paulweiss.com
Carla O. Andres on behalf of Interested Party Fee Committee candres@gklaw.com, kboucher@gklaw.com;shuntema@gklaw.com
Chad J. Husnick on behalf of Debtor Energy Future Holdings Corp. chusnick@kirkland.com
Chad J. Husnick on behalf of Plaintiff Energy Future Intermediate Holding Company LLC chusnick@kirkland.com
Charles J. Brown on behalf of Interested Party Emerson Network Power Liebert Services cbrown@gsbblaw.com, dabernathy@archerlaw.com
Christopher A. Ward on behalf of Attorney Polsinelli PC cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
Christopher A. Ward on behalf of Creditor Committee The Official Committee of Unsecured Creditors cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
Christopher A. Ward on behalf of Financial Advisor FTI Consulting, Inc. cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
Christopher A. Ward on behalf of Attorney Morrison & Foerster LLP cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
Christopher B. Mosley on behalf of Creditor City of Fort Worth Chris.Mosley@fortworthtexas.gov, Sharon.Floyd@fortworthtexas.gov
Christopher L. Carter on behalf of Creditor Pacific Investment Management Co. LLC christopher.carter@morganlewis.com, julia.frost-davies@morganlewis.com
Christopher M Hayes on behalf of Interested Party Goldman Sachs & Co. and certain affiliates Christopher.hayes@kirkland.com
Christopher Page Simon on behalf of Interested Party American Stock Transfer & Trust Company LLC csimon@crosslaw.com, smacdonald@crosslaw.com
Christopher R. Belmonte on behalf of Interested Party Moody’s Analytics, Inc. cbelmonte@ssbb.com, pbosswick@ssbb.com,managingclerk@ssbb.com,asnow@ssbb.com
Corby Davin Boldissar on behalf of Interested Party BP America Production Company dboldissar@lockelord.com
D. Ross Martin on behalf of Interested Party CSC Trust Company of Delaware, as successor indenture trustee and collateral trustee rmartin@ropesgray.com
Dale E. Barney on behalf of Creditor Veolia ES Industrial Services, Inc. dbarney@gibbonslaw.com
Daniel A. Fliman on behalf of Interested Party Ad Hoc Group of EFH Legacy Noteholders dfliman@kasowitz.com
Daniel J. DeFranceschi on behalf of Debtor EFH Renewables Company LLC RBGroup@rlf.com
Daniel J. DeFranceschi on behalf of Debtor TXU Energy Retail Company LLC rbgroup@rlf.com
Daniel J. DeFranceschi on behalf of Debtor Luminant Generation Company LLC RBGroup@rlf.com
Daniel J. DeFranceschi on behalf of Debtor Luminant Energy Trading California Company RBGroup@rlf.com
Daniel J. DeFranceschi on behalf of Debtor Valley NG Power Company LLC rbgroup@rlf.com
Daniel J. DeFranceschi on behalf of Debtor TXU Energy Solutions Company LLC rbgroup@rlf.com
Daniel J. DeFranceschi on behalf of Debtor Big Brown 3 Power Company LLC RBGroup@rlf.com
Daniel J. DeFranceschi on behalf of Debtor EFH Finance (No. 2) Holdings Company RBGroup@rlf.com
Daniel J. DeFranceschi on behalf of Debtor Brighten Holdings LLC RBGroup@rlf.com
Daniel J. DeFranceschi on behalf of Debtor DeCordova Power Company LLC RBGroup@rlf.com
Daniel J. DeFranceschi on behalf of Debtor Lone Star Pipeline Company, Inc. defranceschi@rlf.com, RBGroup@rlf.com
Daniel J. DeFranceschi on behalf of Debtor Southwestern Electric Service Company, Inc. RBGroup@rlf.com
Daniel J. DeFranceschi on behalf of Debtor Energy Future Competitive Holdings Company LLC defranceschi@rlf.com, RBGroup@rlf.com
Daniel J. DeFranceschi on behalf of Debtor Martin Lake 4 Power Company LLC RBGroup@rlf.com
Daniel J. DeFranceschi on behalf of Debtor Oak Grove Power Company LLC RBGroup@rlf.com
Daniel J. DeFranceschi on behalf of Debtor 4Change Energy Holdings LLC RBGroup@rlf.com

District/off: 0311-1 User: JudyF Page 3 of 17 Date Rcvd: Mar 04, 2015
Form ID: van401a Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Daniel J. DeFranceschi on behalf of Debtor Generation MT Company LLC defranceschi@rlf.com, RBGroup@rlf.com
Daniel J. DeFranceschi on behalf of Debtor Texas Energy Industries Company, Inc. rbgroup@rlf.com
Daniel J. DeFranceschi on behalf of Debtor Generation Development Company LLC defranceschi@rlf.com, RBGroup@rlf.com
Daniel J. DeFranceschi on behalf of Debtor Tradinghouse 3 & 4 Power Company LLC RBGroup@rlf.com
Daniel J. DeFranceschi on behalf of Plaintiff Energy Future Intermediate Holding Company LLC RBGroup@rlf.com
Daniel J. DeFranceschi on behalf of Debtor NCA Resources Development Company LLC RBGroup@rlf.com
Daniel J. DeFranceschi on behalf of Debtor Luminant Mining Company LLC RBGroup@rlf.com
Daniel J. DeFranceschi on behalf of Debtor Sandow Power Company LLC RBGroup@rlf.com
Daniel J. DeFranceschi on behalf of Debtor EFH CG Management Company LLC defranceschi@rlf.com, RBGroup@rlf.com
Daniel J. DeFranceschi on behalf of Debtor Brighten Energy LLC RBGroup@rlf.com
Daniel J. DeFranceschi on behalf of Debtor TXU Receivables Company rbgroup@rlf.com
Daniel J. DeFranceschi on behalf of Debtor EFIH Finance Inc. defranceschi@rlf.com, RBGroup@rlf.com
Daniel J. DeFranceschi on behalf of Debtor Generation SVC Company defranceschi@rlf.com, RBGroup@rlf.com
Daniel J. DeFranceschi on behalf of Debtor EFH Corporate Services Company RBGroup@rlf.com
Daniel J. DeFranceschi on behalf of Debtor Luminant Big Brown Mining Company LLC RBGroup@rlf.com
Daniel J. DeFranceschi on behalf of Debtor EFH CG Holdings Company LP defranceschi@rlf.com, RBGroup@rlf.com
Daniel J. DeFranceschi on behalf of Debtor EFH FS Holdings Company RBGroup@rlf.com
Daniel J. DeFranceschi on behalf of Debtor Energy Future Intermediate Holding Company LLC defranceschi@rlf.com, RBGroup@rlf.com
Daniel J. DeFranceschi on behalf of Debtor Monticello 4 Power Company LLC RBGroup@rlf.com
Daniel J. DeFranceschi on behalf of Debtor Big Brown Power Company LLC RBGroup@rlf.com
Daniel J. DeFranceschi on behalf of Debtor Morgan Creek 7 Power Company LLC RBGroup@rlf.com
Daniel J. DeFranceschi on behalf of Debtor Collin Power Company LLC RBGroup@rlf.com
Daniel J. DeFranceschi on behalf of Debtor 4Change Energy Company RBGroup@rlf.com
Daniel J. DeFranceschi on behalf of Debtor EBASCO SERVICES OF CANADA LIMITED RBGroup@rlf.com
Daniel J. DeFranceschi on behalf of Debtor Oak Grove Management Company LLC RBGroup@rlf.com
Daniel J. DeFranceschi on behalf of Debtor Lake Creek 3 Power Company LLC defranceschi@rlf.com, RBGroup@rlf.com
Daniel J. DeFranceschi on behalf of Debtor DeCordova II Power Company LLC RBGroup@rlf.com
Daniel J. DeFranceschi on behalf of Debtor Texas Power & Light Company, Inc. rbgroup@rlf.com
Daniel J. DeFranceschi on behalf of Debtor Luminant Energy Company LLC RBGroup@rlf.com
Daniel J. DeFranceschi on behalf of Debtor EEC Holdings, Inc. RBGroup@rlf.com
Daniel J. DeFranceschi on behalf of Debtor Tradinghouse Power Company LLC rbgroup@rlf.com
Daniel J. DeFranceschi on behalf of Debtor EFH Australia (No. 2) Holdings Company RBGroup@rlf.com
Daniel J. DeFranceschi on behalf of Debtor Texas Utilities Electric Company, Inc. RBGroup@rlf.com
Daniel J. DeFranceschi on behalf of Debtor Texas Competitive Electric Holdings Company LLC defranceschi@rlf.com, RBGroup@rlf.com
Daniel J. DeFranceschi on behalf of Debtor Luminant Renewables Company LLC defranceschi@rlf.com, RBGroup@rlf.com
Daniel J. DeFranceschi on behalf of Debtor Oak Grove Mining Company LLC RBGroup@rlf.com
Daniel J. DeFranceschi on behalf of Debtor Luminant Holding Company LLC RBGroup@rlf.com
Daniel J. DeFranceschi on behalf of Debtor TCEH Finance, Inc. rbgroup@rlf.com
Daniel J. DeFranceschi on behalf of Debtor TXU Energy Receivables Company LLC rbgroup@rlf.com
Daniel J. DeFranceschi on behalf of Debtor Valley Power Company LLC rbgroup@rlf.com
Daniel J. DeFranceschi on behalf of Debtor Luminant Mineral Development Company LLC RBGroup@rlf.com
Daniel J. DeFranceschi on behalf of Debtor Big Brown Lignite Company LLC RBGroup@rlf.com
Daniel J. DeFranceschi on behalf of Debtor Luminant ET Services Company RBGroup@rlf.com
Daniel J. DeFranceschi on behalf of Debtor Energy Future Holdings Corp. defranceschi@rlf.com, RBGroup@rlf.com
Daniel J. DeFranceschi on behalf of Debtor LSGT SACROC, Inc. RBGroup@rlf.com
Daniel J. DeFranceschi on behalf of Debtor Lone Star Energy Company, Inc. defranceschi@rlf.com, RBGroup@rlf.com
Daniel J. DeFranceschi on behalf of Debtor TXU Electric Company, Inc. rbgroup@rlf.com
Daniel J. DeFranceschi on behalf of Debtor Texas Electric Service Company, Inc. rbgroup@rlf.com
Daniel J. DeFranceschi on behalf of Debtor Dallas Power & Light Company, Inc. RBGroup@rlf.com
Daniel J. DeFranceschi on behalf of Debtor Texas Utilities Company, Inc. RBGroup@rlf.com
Daniel J. DeFranceschi on behalf of Debtor LSGT Gas Company LLC defranceschi@rlf.com, RBGroup@rlf.com
Daniel J. DeFranceschi on behalf of Debtor TXU SEM Company rbgroup@rlf.com
Daniel J. DeFranceschi on behalf of Debtor NCA Development Company LLC RBGroup@rlf.com
Daniel J. DeFranceschi on behalf of Debtor EECI, Inc. RBGroup@rlf.com
Daniel J. DeFranceschi on behalf of Debtor TXU Retail Services Company rbgroup@rlf.com
Daniel J. DeFranceschi on behalf of Debtor Eagle Mountain Power Company LLC RBGroup@rlf.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Daniel K Bearden on behalf of Creditor Carrollton-Farmers Branch ISD bearden@txschoollaw.com
Daniel K. Astin on behalf of Creditor TXU 2007-1 Railcar Leasing LLC dastin@ciardilaw.com, jmcmahon@ciardilaw.com
Daniel K. Astin on behalf of Creditor Atmos Energy Corporation dastin@ciardilaw.com, jmcmahon@ciardilaw.com
Daniel K. Hogan on behalf of Interested Party Brake Supply Company, Inc. dkhogan@dkhogan.com, keharvey@dkhogan.com,gpalagruto@dkhogan.com,
Daniel K. Hogan on behalf of Interested Party PI Law Firms dkhogan@dkhogan.com, keharvey@dkhogan.com,gpalagruto@dkhogan.com,
Daniel K. Hogan on behalf of Interested Party The Richards Group, Inc. dkhogan@dkhogan.com, keharvey@dkhogan.com,gpalagruto@dkhogan.com,
Danielle M. Audette on behalf of Interested Party Ad Hoc Group of TCEH Unsecured Noteholders , jdisanti@whitecase.com;mco@whitecase.com;jason.bartlett@whitecase.com
David Neier on behalf of Creditor Chicago Bridge & Iron Company N.V. dneier@winston.com, dcunsolo@winston.com
David B. Anthony on behalf of Plaintiff York Capital Management Global Advisors, LLC danthony@bergerharris.com
David B. Anthony on behalf of Plaintiff GSO Capital Partners LP danthony@bergerharris.com
David B. Anthony on behalf of Plaintiff P. Schoenfeld Asset Management LP danthony@bergerharris.com
David B. Anthony on behalf of Plaintiff Third Avenue Management LLC danthony@bergerharris.com
David B. Anthony on behalf of Plaintiff Avenue Capital Management II, LP danthony@bergerharris.com
David Daniel Farrell on behalf of Creditor Martin Engineering Company dfarrell@thompsoncoburn.com
David Edward Leta on behalf of Creditor Headwaters Resources, Inc. dleta@swlaw.com, wkalawaia@swlaw.com;btaylor@swlaw.com
David M. Klauder on behalf of Debtor Energy Future Holdings Corp. dklauder@oeblegal.com, dklauder@oelegal.com
David P. Primack on behalf of Interested Party TCEH Debtors dprimack@mdmc-law.com, sshidner@mdmc-law.com;smullen@mdmc-law.com
David P. Primack on behalf of Interested Party Energy Future Competitive Holdings Company LLC dprimack@mdmc-law.com, sshidner@mdmc-law.com;smullen@mdmc-law.com
David P. Primack on behalf of Interested Party Texas Competitive Electric Holdings Company LLC dprimack@mdmc-law.com, sshidner@mdmc-law.com;smullen@mdmc-law.com
David S. Rosner on behalf of Interested Party Ad Hoc Group of EFH Legacy Noteholders nAmamoo@kasowitz.com;courtnotices@kasowitz.com
David W. Carickhoff on behalf of Interested Party Allen Shrode dcarickhoff@archerlaw.com, mfriedman@archerlaw.com
Davis Lee Wright on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. (EFH Committee) dwright@mmwr.com
Dennis Dunne, Esq. on behalf of Interested Party CITIBANK, N.A. ddunne@millbank.com
Dennis L. Jenkins on behalf of Interested Party CSC Trust Company of Delaware, as successor indenture trustee and collateral trustee dennis.jenkins@wilmerhale.com
Derek C. Abbott on behalf of Interested Party TPG Capital, L.P. dabbott@mnat.com, rfusco@mnat.com;mdecarli@mnat.com
Desiree M. Amador on behalf of Creditor Pension Benefit Guaranty Corporation amador.desiree@pbgc.gov, efile@pbgc.gov
Diane W. Sanders on behalf of Creditor Lee County austin.bankruptcy@publicans.com
Diane W. Sanders on behalf of Creditor Walnut Springs ISD austin.bankruptcy@publicans.com
Diane W. Sanders on behalf of Creditor Robertson County austin.bankruptcy@publicans.com
Diane W. Sanders on behalf of Creditor Limestone County austin.bankruptcy@publicans.com
Diane W. Sanders on behalf of Creditor Falls County austin.bankruptcy@publicans.com
Diane W. Sanders on behalf of Creditor Round Rock ISD austin.bankruptcy@publicans.com
Diane W. Sanders on behalf of Creditor McLennan County austin.bankruptcy@publicans.com
Diane W. Sanders on behalf of Creditor Franklin ISD austin.bankruptcy@publicans.com
Diane W. Sanders on behalf of Creditor Nueces County austin.bankruptcy@publicans.com
Donald K. Ludman on behalf of Creditor SAP Industries, Inc. dludman@brownconnery.com
Duane David Werb on behalf of Creditor BWM Services, LP maustria@werbsullivan.com;riorii@werbsullivan.com
Edward M. Fox on behalf of Creditor Committee The Official Committee of Unsecured Creditors efox@polsinelli.com
Edward O. Sassower on behalf of Debtor Energy Future Holdings Corp. Robert.orren@kirkland.com;beth.friedman@kirkland.com;steven.serajeddini@kirkland.com;aparna.yenamandra@kirkland.com;michael.esser@kirkland.com;alevin@kirkland.com;aaron.slavutin@kirkland.com
Edward O. Sassower on behalf of Plaintiff Energy Future Intermediate Holding Company LLC Robert.orren@kirkland.com;beth.friedman@kirkland.com;steven.serajeddini@kirkland.com;aparna.yenamandra@kirkland.com;michael.esser@kirkland.com;alevin@kirkland.com;aaron.slavutin@kirkland.com
Elihu Ezekiel Allinson, III on behalf of Creditor Henry Pratt Company, LLC ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com;KDavis@SHA-LLC.com;hcoleman@sha-llc.com
Elizabeth Banda Calvo on behalf of Creditor Somervell County et al rgleason@pbfcm.com, ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
Epiq Bankruptcy Solutions LLC nmrodriguez@epiqsystems.com
Erica J. Richards on behalf of Creditor Committee The Official Committee of Unsecured Creditors erichards@mofo.com
Erik Schneider on behalf of Interested Party American Stock Transfer & Trust Company LLC eschneider@nixonpeabody.com, bos.managing.clerk@nixonpeabody.com,mnighan@nixonpeabody.com

The following persons/entities were sent notice through the court’s CM/ECF electronic mail (Email) system (continued)

Erin R Fay on behalf of Interested Party Texas Energy Future Capital Holdings LLC, Texas Energy Future Holdings Limited Partnership, and Certain Other Direct or Indirect Holders of Equity Interests in Energy Future Holdings Corp. efay@mnat.com, aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
Erin R Fay on behalf of Interested Party Kohlberg Kravis Roberts & Co. L.P., TPG Capital, L.P., Goldman, Sachs & Co. and Associated Individuals efay@mnat.com, aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
Erin R Fay on behalf of Interested Party Kohlberg Kravis Roberts & Co. L.P., TPG Capital, L.P. and Associated Individuals efay@mnat.com, aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
Erin R Fay on behalf of Interested Party Interest Holders efay@mnat.com, aconway@mnat.com;rfusco@mnat.com;mdecarli@mnat.com
Evan R. Fleck on behalf of Interested Party CITIBANK, N.A. EFleck@milbank.com, jostrzega@milbank.com;jbrewster@milbank.com
Evan T. Miller on behalf of Interested Party CSC Trust Company of Delaware, as Successor Trustee under the TCEH 11.5% Senior Secured Notes Indenture emiller@bayardlaw.com, lmorton@bayardlaw.com
Frances Gecker on behalf of Interested Party PI Law Firms fgecker@fgllp.com, csmith@fgllp.com
Francis A. Monaco, Jr. on behalf of Interested Party American Equipment Company Inc. fmonaco@wcsr.com, kdalton@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
Francis A. Monaco, Jr. on behalf of Interested Party AMECO Inc. fmonaco@wcsr.com, kdalton@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
Francis A. Monaco, Jr. on behalf of Interested Party Fluor Enterprises Inc. fmonaco@wcsr.com, kdalton@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
Francis A. Monaco, Jr. on behalf of Interested Party Fluor Global Services fmonaco@wcsr.com, kdalton@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
Francis A. Monaco, Jr. on behalf of Interested Party Fluor Corporation fmonaco@wcsr.com, kdalton@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
G. Alexander Bongartz on behalf of Interested Party CSC Trust Company of Delaware, as Successor Trustee under the TCEH 11.5% Senior Secured Notes Indenture alexbongartz@paulhastings.com
Garvan F. McDaniel on behalf of Interested Party Ad Hoc Group of EFH Legacy Noteholders gfmcdaniel@dkhogan.com, gdurstein@dkhogan.com;karen@dkhogan.com
Garvan F. McDaniel on behalf of Interested Party Caxton Associates LP gfmcdaniel@dkhogan.com, gdurstein@dkhogan.com;karen@dkhogan.com
George Davis on behalf of Creditor Apollo Global Management, LLC gdavis@omm.com
Gerrit M. Pronske on behalf of Creditor Pallas Realty Advisors, Inc. gpronske@pgkpc.com
GianClaudio Finizio on behalf of Interested Party CSC Trust Company of Delaware, as Successor Trustee under the TCEH 11.5% Senior Secured Notes Indenture gfinizio@bayardlaw.com, bankserve@bayardlaw.com;sbreckenridge@bayardlaw.com;lmorton@bayardlaw.com
GianClaudio Finizio on behalf of Interested Party Delaware Trust Company as Successor Trustee under the TCEH 11.5% Senior Secured Notes Indenture gfinizio@bayardlaw.com, bankserve@bayardlaw.com;sbreckenridge@bayardlaw.com;lmorton@bayardlaw.com
Gilbert R. Saydah, Jr. on behalf of Creditor CSC Trust Company of Delaware, Proposed Successor Indenture Trustee KDWBankruptcyDepartment@kelleydrye.com
Gregory A. Taylor on behalf of Interested Party Wilmington Savings Fund Society, FSB, in its capacity as successor Indenture Trustee gtaylor@ashby-geddes.com
Gregory M. Starner on behalf of Interested Party Ad Hoc Group of TCEH Unsecured Noteholders , jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.bartlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com
Gregory M. Weinstein on behalf of Creditor Mario Sinacola & Sons Excavating, Inc. gweinstein@weinrad.com, mrawson@weinrad.com;khaley@weinrad.com
Gregory T. Donilon on behalf of Creditor Automatic Systems, Inc. gdonilon@pwujlaw.com
Hal F. Morris on behalf of Interested Party Public Utility Commission of Texas hal.morris@texasattorneygeneral.gov
Hal F. Morris on behalf of Interested Party Railroad Commission of Texas hal.morris@texasattorneygeneral.gov
Hal F. Morris on behalf of Interested Party Texas Commission on Environmental Quality hal.morris@texasattorneygeneral.gov
Helen Elizabeth Weller on behalf of Creditor Tarrant County dallas.bankruptcy@publicans.com, evelyn.palmer@lgbs.com
Helen Elizabeth Weller on behalf of Creditor Dallas County dallas.bankruptcy@publicans.com, evelyn.palmer@lgbs.com
Hilary B. Mohr on behalf of Creditor Microsoft Corporation and Microsoft Licensing, GP hmohr@riddellwilliams.com, ctracy@riddellwilliams.com
Howard A. Cohen on behalf of Interested Party CITIBANK, N.A. howard.cohen@dbr.com
J Jackson Shrum on behalf of Creditor BWM Services, LP jshrum@werbsullivan.com
J. Kate Stickles on behalf of Interested Party Delaware Trust Company as Successor Trustee under the TCEH 11.5% Senior Secured Notes Indenture kstickles@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
J. Kate Stickles on behalf of Interested Party Delaware Trust Company, f/k/a CSC Trust Company of Delaware, as Indenture Trustee kstickles@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
J. Kate Stickles on behalf of Interested Party CSC Trust Company of Delaware, as successor indenture trustee and collateral trustee kstickles@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

J. Kate Stickles on behalf of Interested Party CSC Trust Company of Delaware as Successor Indenture Trustee kstickles@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
J. Kate Stickles on behalf of Plaintiff Delaware Trust Company, as Indenture Trustee, kstickles@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
J. Kate Stickles on behalf of Other Prof. Cole Schotz P.C. kstickles@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
J. Kate Stickles on behalf of Plaintiff Delaware Trust Company kstickles@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
Jacob A. Adlerstein on behalf of Interested Party Ad Hoc Committee of TCEH First Lien Creditors jadlerstein@paulweiss.com
James E. Huggett on behalf of Creditor URS Energy & Construction, Inc. jhuggett@margolisedelstein.com, nvangorder@margolisedelstein.com
James Halstead Millar on behalf of Interested Party CSC Trust Company of Delaware, as successor indenture trustee and collateral trustee james.millar@dbr.com, Daniel.Northrop@dbr.com;Marita.Erbeck@dbr.com
James Michael Peck on behalf of Creditor Committee The Official Committee of Unsecured Creditors jpeck@mofo.com
James S. Carr on behalf of Creditor CSC Trust Company of Delaware, Proposed Successor Indenture Trustee KDWBankruptcyDepartment@kelleydrye.com
Jamie Lynne Edmonson on behalf of Creditor Pacific Investment Management Co. LLC jledmonson@venable.com
Jarrett Vine on behalf of Creditor Committee The Official Committee of Unsecured Creditors jvine@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
Jason A. Starks on behalf of Creditor Texas Office of Public Utility Counsel bk-jstarks@texasattorneygeneral.gov, sherri.simpson@texasattorneygeneral.gov
Jason D. Curry on behalf of Creditor TXU 2007-1 Railcar Leasing LLC jason.curry@quarles.com, sybil.aytch@quarles.com;amelia.valenzuela@quarles.com
Jason M. Madron on behalf of Debtor Luminant Big Brown Mining Company LLC madron@rlf.com, rbgroup@rlf.com
Jason M. Madron on behalf of Debtor Generation SVC Company madron@rlf.com, rbgroup@rlf.com
Jason M. Madron on behalf of Debtor EFH Finance (No. 2) Holdings Company madron@rlf.com, rbgroup@rlf.com
Jason M. Madron on behalf of Debtor DeCordova Power Company LLC madron@rlf.com, rbgroup@rlf.com
Jason M. Madron on behalf of Debtor Texas Power & Light Company, Inc. madron@rlf.com, rbgroup@rlf.com
Jason M. Madron on behalf of Debtor TCEH Finance, Inc. madron@rlf.com, rbgroup@rlf.com
Jason M. Madron on behalf of Debtor Luminant Generation Company LLC madron@rlf.com, rbgroup@rlf.com
Jason M. Madron on behalf of Debtor Energy Future Holdings Corp. madron@rlf.com, rbgroup@rlf.com
Jason M. Madron on behalf of Debtor Generation MT Company LLC madron@rlf.com, rbgroup@rlf.com
Jason M. Madron on behalf of Debtor Tradinghouse 3 & 4 Power Company LLC madron@rlf.com, rbgroup@rlf.com
Jason M. Madron on behalf of Debtor TXU Electric Company, Inc. madron@rlf.com, rbgroup@rlf.com
Jason M. Madron on behalf of Debtor TXU Energy Receivables Company LLC madron@rlf.com, rbgroup@rlf.com
Jason M. Madron on behalf of Debtor Oak Grove Management Company LLC madron@rlf.com, rbgroup@rlf.com
Jason M. Madron on behalf of Debtor Southwestern Electric Service Company, Inc. madron@rlf.com, rbgroup@rlf.com
Jason M. Madron on behalf of Debtor Texas Energy Industries Company, Inc. madron@rlf.com, rbgroup@rlf.com
Jason M. Madron on behalf of Debtor Texas Competitive Electric Holdings Company LLC madron@rlf.com, rbgroup@rlf.com
Jason M. Madron on behalf of Debtor Oak Grove Mining Company LLC madron@rlf.com, rbgroup@rlf.com
Jason M. Madron on behalf of Debtor EFH CG Management Company LLC madron@rlf.com, rbgroup@rlf.com
Jason M. Madron on behalf of Debtor Oak Grove Power Company LLC madron@rlf.com, rbgroup@rlf.com
Jason M. Madron on behalf of Debtor Collin Power Company LLC madron@rlf.com, rbgroup@rlf.com
Jason M. Madron on behalf of Debtor EFH Corporate Services Company madron@rlf.com, rbgroup@rlf.com
Jason M. Madron on behalf of Debtor Energy Future Competitive Holdings Company LLC madron@rlf.com, rbgroup@rlf.com
Jason M. Madron on behalf of Debtor EECI, Inc. madron@rlf.com, rbgroup@rlf.com
Jason M. Madron on behalf of Debtor Valley NG Power Company LLC madron@rlf.com, rbgroup@rlf.com
Jason M. Madron on behalf of Debtor Eagle Mountain Power Company LLC madron@rlf.com, rbgroup@rlf.com
Jason M. Madron on behalf of Debtor Dallas Power & Light Company, Inc. madron@rlf.com, rbgroup@rlf.com
Jason M. Madron on behalf of Debtor Martin Lake 4 Power Company LLC madron@rlf.com, rbgroup@rlf.com

The following persons/entities were sent notice through the court’s CM/ECF electronic mail (Email) system (continued)

Jason M. Madron on behalf of Debtor Luminant Holding Company LLC madron@rlf.com, rbgroup@rlf.com
Jason M. Madron on behalf of Debtor LSGT Gas Company LLC madron@rlf.com, rbgroup@rlf.com
Jason M. Madron on behalf of Debtor Texas Utilities Company, Inc. madron@rlf.com, rbgroup@rlf.com
Jason M. Madron on behalf of Debtor LSGT SACROC, Inc. madron@rlf.com, rbgroup@rlf.com
Jason M. Madron on behalf of Interested Party Energy Future Holdings Corp. madron@rlf.com, rbgroup@rlf.com
Jason M. Madron on behalf of Debtor Luminant Mineral Development Company LLC madron@rlf.com, rbgroup@rlf.com
Jason M. Madron on behalf of Debtor Lone Star Pipeline Company, Inc. madron@rlf.com, rbgroup@rlf.com
Jason M. Madron on behalf of Debtor NCA Development Company LLC madron@rlf.com, rbgroup@rlf.com
Jason M. Madron on behalf of Plaintiff EFIH Finance Inc. madron@rlf.com, rbgroup@rlf.com
Jason M. Madron on behalf of Debtor Sandow Power Company LLC madron@rlf.com, rbgroup@rlf.com
Jason M. Madron on behalf of Attorney Richards, Layton & Finger, P.A. madron@rlf.com, rbgroup@rlf.com
Jason M. Madron on behalf of Debtor Luminant Renewables Company LLC madron@rlf.com, rbgroup@rlf.com
Jason M. Madron on behalf of Debtor 4Change Energy Company madron@rlf.com, rbgroup@rlf.com
Jason M. Madron on behalf of Debtor Morgan Creek 7 Power Company LLC madron@rlf.com, rbgroup@rlf.com
Jason M. Madron on behalf of Debtor Luminant Energy Company LLC madron@rlf.com, rbgroup@rlf.com
Jason M. Madron on behalf of Debtor Big Brown Lignite Company LLC madron@rlf.com, rbgroup@rlf.com
Jason M. Madron on behalf of Debtor Big Brown Power Company LLC madron@rlf.com, rbgroup@rlf.com
Jason M. Madron on behalf of Debtor Brighten Energy LLC madron@rlf.com, rbgroup@rlf.com
Jason M. Madron on behalf of Debtor TXU Energy Solutions Company LLC madron@rlf.com, rbgroup@rlf.com
Jason M. Madron on behalf of Debtor NCA Resources Development Company LLC madron@rlf.com, rbgroup@rlf.com
Jason M. Madron on behalf of Debtor Generation Development Company LLC madron@rlf.com, rbgroup@rlf.com
Jason M. Madron on behalf of Debtor Lone Star Energy Company, Inc. madron@rlf.com, rbgroup@rlf.com
Jason M. Madron on behalf of Debtor Monticello 4 Power Company LLC madron@rlf.com, rbgroup@rlf.com
Jason M. Madron on behalf of Debtor EBASCO SERVICES OF CANADA LIMITED madron@rlf.com, rbgroup@rlf.com
Jason M. Madron on behalf of Defendant Energy Future Intermediate Holding Company LLC madron@rlf.com, rbgroup@rlf.com
Jason M. Madron on behalf of Debtor EFH Australia (No. 2) Holdings Company madron@rlf.com, rbgroup@rlf.com
Jason M. Madron on behalf of Debtor TXU SEM Company madron@rlf.com, rbgroup@rlf.com
Jason M. Madron on behalf of Debtor EFH CG Holdings Company LP madron@rlf.com, rbgroup@rlf.com
Jason M. Madron on behalf of Debtor EFH Renewables Company LLC madron@rlf.com, rbgroup@rlf.com
Jason M. Madron on behalf of Defendant EFIH Finance Inc. madron@rlf.com, rbgroup@rlf.com
Jason M. Madron on behalf of Debtor Tradinghouse Power Company LLC madron@rlf.com, rbgroup@rlf.com
Jason M. Madron on behalf of Debtor Lake Creek 3 Power Company LLC madron@rlf.com, rbgroup@rlf.com
Jason M. Madron on behalf of Debtor TXU Energy Retail Company LLC madron@rlf.com, rbgroup@rlf.com
Jason M. Madron on behalf of Debtor EEC Holdings, Inc. madron@rlf.com, rbgroup@rlf.com
Jason M. Madron on behalf of Debtor Energy Future Intermediate Holding Company LLC madron@rlf.com, rbgroup@rlf.com
Jason M. Madron on behalf of Debtor Texas Electric Service Company, Inc. madron@rlf.com, rbgroup@rlf.com
Jason M. Madron on behalf of Other Prof. KPMG LLP madron@rlf.com, rbgroup@rlf.com
Jason M. Madron on behalf of Debtor TXU Retail Services Company madron@rlf.com, rbgroup@rlf.com
Jason M. Madron on behalf of Debtor Big Brown 3 Power Company LLC madron@rlf.com, rbgroup@rlf.com
Jason M. Madron on behalf of Plaintiff Energy Future Intermediate Holding Company LLC madron@rlf.com, rbgroup@rlf.com
Jason M. Madron on behalf of Debtor Luminant Mining Company LLC madron@rlf.com, rbgroup@rlf.com
Jason M. Madron on behalf of Debtor Brighten Holdings LLC madron@rlf.com, rbgroup@rlf.com
Jason M. Madron on behalf of Debtor TXU Receivables Company madron@rlf.com, rbgroup@rlf.com
Jason M. Madron on behalf of Debtor EFIH Finance Inc. madron@rlf.com, rbgroup@rlf.com
Jason M. Madron on behalf of Debtor 4Change Energy Holdings LLC madron@rlf.com, rbgroup@rlf.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Jason M. Madron on behalf of Debtor Texas Utilities Electric Company, Inc. madron@rlf.com, rbgroup@rlf.com
Jason M. Madron on behalf of Debtor DeCordova II Power Company LLC madron@rlf.com, rbgroup@rlf.com
Jason M. Madron on behalf of Debtor EFH FS Holdings Company madron@rlf.com, rbgroup@rlf.com
Jason M. Madron on behalf of Debtor Luminant Energy Trading California Company madron@rlf.com, rbgroup@rlf.com
Jason M. Madron on behalf of Debtor Luminant ET Services Company madron@rlf.com, rbgroup@rlf.com
Jason M. Madron on behalf of Attorney Kirkland & Ellis LLP madron@rlf.com, rbgroup@rlf.com
Jason M. Madron on behalf of Debtor Valley Power Company LLC madron@rlf.com, rbgroup@rlf.com
Jeffrey C. Wisler on behalf of Creditor Pete Tinkham, Mike McCall, Jarrell Gibbs, Bill Ranton, Michael Blevins, Michael McNally, Liz LaValley, Richard Wistrand, Susan Atteridge, and Curt Seidlets jwisler@connollygallagher.com
Jeffrey C. Wisler on behalf of Creditor Pete Tinkham, Mike McCall, Homer J. Gibbs, Billy Ranton, Michael Blevins, Michael McNally, Liz LaValley, Richard Wistrand, Susan Atteridge, Curt Seidlits, Wes Taylor and Jeff Weiser jwisler@connollygallagher.com
Jeffrey M. Schlerf on behalf of Interested Party Ad Hoc Group of TCEH Unsecured Noteholders jschlerf@foxrothschild.com
Jeffrey M. Schlerf on behalf of Interested Party Ad Hoc Group of TCEH Unsecured Noteholders jschlerf@foxrothschild.com
Jeffrey R. Fine on behalf of Creditor Tex-La Electric Cooperative of Texas, Inc. jfine@dykema.com, jrf5825@gmail.com,msikes@dykema.com,scompton@dykema.com
Jeffrey S Cianciulli on behalf of Creditor Evercore Group LLC jcianciulli@weirpartners.com, anelson@weirpartners.com;creese@weirpartners.com
Jeffrey S Cianciulli on behalf of Financial Advisor Evercore Group L.L.C. jcianciulli@weirpartners.com, anelson@weirpartners.com;creese@weirpartners.com
Jeffrey S. Sabin on behalf of Creditor Pacific Investment Management Co. LLC JSSabin@Venable.com
Jennifer Marines on behalf of Creditor Committee The Official Committee of Unsecured Creditors JMarines@mofo.com
Jennifer R Sharret on behalf of Interested Party Computershare Trust Company, N.A., and Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior Secured Second Lien Notes due 2021 and the 11.75% Senio jsharret@kramerlevin.com, tperetz@kramerlevin.com;ghorowitz@kramerlevin.com;abyowitz@kramerlevin.com;dbessner@kramerlevin.com;agoodman@kramerlevin.com;ayerramalli@kramerlevin.com
Jennifer V. Doran on behalf of Creditor Invensys Systems, Inc. jdoran@haslaw.com, calirm@haslaw.com
Jeremy William Ryan on behalf of Interested Party Deutsche Bank AG New York Branch jryan@potteranderson.com, bankruptcy@potteranderson.com
Joanna Flynn Newdeck on behalf of Interested Party EFIH Second Lien DIP Commitment Parties jnewdeck@akingump.com, ddunn@akingump.com
Joanna Flynn Newdeck on behalf of Interested Party Ad Hoc Committee of EFIH Unsecured Noteholders jnewdeck@akingump.com, ddunn@akingump.com
John A. Harris on behalf of Creditor TXU 2007-1 Railcar Leasing LLC sybil.aytch@quarles.com
John A. Morris on behalf of Interested Party Computershare Trust Company, N.A., and Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior Secured Second Lien Notes due 2021 and the 11.75% Senio jmorris@pszjlaw.com
John D. Demmy, Esq on behalf of Creditor AEP Texas Central Company d/b/a American Electric Power Company and AEP Texas North Company d/b/a American Electric Power Company jdd@stevenslee.com
John D. McLaughlin, Jr. on behalf of Creditor Atmos Energy Corporation jmclaughlin@ciardilaw.com, mflores@ciardilaw.com
John G. Harris on behalf of Plaintiff Avenue Capital Management II, LP jharris@bergerharris.com, mnicholls@bergerharris.com
John G. Harris on behalf of Plaintiff York Capital Management Global Advisors, LLC jharris@bergerharris.com, mnicholls@bergerharris.com
John G. Harris on behalf of Plaintiff P. Schoenfeld Asset Management LP jharris@bergerharris.com, mnicholls@bergerharris.com
John G. Harris on behalf of Plaintiff Third Avenue Management LLC jharris@bergerharris.com, mnicholls@bergerharris.com
John G. Harris on behalf of Plaintiff GSO Capital Partners LP jharris@bergerharris.com, mnicholls@bergerharris.com
John H. Strock on behalf of Interested Party Ad Hoc Group of TCEH Unsecured Noteholders jstrock@foxrothschild.com, dkemp@foxrothschild.com
John M. Seaman on behalf of Interested Party Goldman Sachs & Co. and certain affiliates seaman@abramsbayliss.com, farro@abramsbayliss.com
John Mark Stern on behalf of Creditor Texas Comptroller of Public Accounts john.stern@texasattorneygeneral.gov, sherri.simpson@texasattorneygeneral.gov
John P. Dillman on behalf of Creditor Angelina County houston_bankruptcy@publicans.com
John P. Dillman on behalf of Creditor Fort Bend County houston_bankruptcy@publicans.com
John P. Dillman on behalf of Creditor Harris County houston_bankruptcy@publicans.com
John P. Melko on behalf of Creditor ROMCO Equipment Co. jmelko@gardere.com, afothergill@gardere.com
John R. Ashmead on behalf of Interested Party Wilmington Trust, N.A. ashmead@sewkis.com
Jon M. Chatalian on behalf of Creditor Pension Benefit Guaranty Corporation chatalian.jon@pbgc.gov, efile@pbgc.gov
Jonathan L. Howell on behalf of Creditor Red Ball Oxygen Company jhowell@mccathernlaw.com

The following persons/entities were sent notice through the court’s CM/ECF electronic mail (Email) system (continued)

Joseph D. Frank on behalf of Interested Party PI Law Firms jfrank@fgllp.com, ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
Joseph D. Frank on behalf of Creditor Experian Information Solutions, Inc. jfrank@fgllp.com, ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
Joseph D. Frank on behalf of Creditor Experian Marketing Solutions, Inc. jfrank@fgllp.com, ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
Joseph D. Wright on behalf of Creditor FPL Energy Pecos Wind I, LP, FLP Energy Pecos Wind II, LP, and NWP Indian Mesa Wind Farm, L.P. wright@lrclaw.com, adams@lrclaw.com,dellose@lrclaw.com
Joseph H. Huston, Jr. on behalf of Spec. Counsel Energy Future Intermediate Holding Company LLC jhh@stevenslee.com
Joseph J. McMahon, Jr. on behalf of Creditor Red Ball Oxygen Company jmcmahon@ciardilaw.com, mflores@ciardilaw.com
Joseph J. McMahon, Jr. on behalf of Creditor TXU 2007-1 Railcar Leasing LLC jmcmahon@ciardilaw.com, mflores@ciardilaw.com
Joseph J. McMahon, Jr. on behalf of Creditor Atmos Energy Corporation jmcmahon@ciardilaw.com, mflores@ciardilaw.com
Joshua K. Brody on behalf of Defendant Computershare Trust Company, N.A. jbrody@kramerlevin.com, edaniels@kramerlevin.com;rschmidt@kramerlevin.com
Joshua K. Brody on behalf of Interested Party Indenture Trustee and the EFIH 2nd Lien Objectors jbrody@kramerlevin.com, edaniels@kramerlevin.com;rschmidt@kramerlevin.com
Joshua K. Brody on behalf of Interested Party Computershare Trust Company, N.A., and Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior Secured Second Lien Notes due 2021 and the 11.75% Senio jbrody@kramerlevin.com, edaniels@kramerlevin.com;rschmidt@kramerlevin.com
Joshua K. Brody on behalf of Defendant Computershare Trust Company of Canada jbrody@kramerlevin.com, edaniels@kramerlevin.com;rschmidt@kramerlevin.com
Joshua Powers Searcy on behalf of Creditor D. Courtney Construction, Inc. joshsearcy@jrsearcylaw.com
Judy Hamilton Morse on behalf of Creditor DEVON ENERGY CORPORATION judy.morse@crowedunlevy.com, marlena.mendez@crowedunlevy.com;ecf@crowedunlevy.com;karol.brown@crowedunlevy.com
Justin K. Edelson on behalf of Creditor Committee The Official Committee of Unsecured Creditors jedelson@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
Karen Gartenberg on behalf of Interested Party CITIBANK, N.A. kgartenberg@milbank.com, efleck@milbank.com;mbrod@milbank.com;jbrewster@milbank.com;bbice@milbank.com;mthm.civil@ecf.inforuptcy.com
Karen C Bifferato on behalf of Interested Party Pacific Investment Management Company LLC ("PIMCO") kbifferato@connollygallagher.com
Katherine Stadler on behalf of Interested Party Fee Committee kstadler@gklaw.com, kboucher@gklaw.com;shuntema@gklaw.com
Kathleen A. Murphy on behalf of Creditor CATERPILLAR FINANCIAL SERVICES CORP. kathleen.murphy@bipc.com, tammy.rogers@bipc.com
Kathleen M. Miller on behalf of Creditor Airgas USA, LLC kmiller@skjlaw.com, eys@skjlaw.com
Kathleen M. Miller on behalf of Creditor Valero Texas Power Marketing, Inc. kmiller@skjlaw.com, eys@skjlaw.com
Kay Diebel Brock on behalf of Creditor Travis County bkecf@co.travis.tx.us
Keith Howard Wofford on behalf of Interested Party CSC Trust Company of Delaware, as successor indenture trustee and collateral trustee keith.wofford@ropesgray.com, keith.wofford@ropesgray.com
Kerry L. Haliburton on behalf of Creditor Buffalo Industrial Supply, Inc. raquel@namanhowell.com;karen@namanhowell.com;belinda@namanhowell.com
Kevin G. Collins on behalf of Creditor ConverDyn kevin.collins@btlaw.com, pgroff@btlaw.com
Kevin J. Mangan on behalf of Interested Party AMECO Inc. kmangan@wcsr.com, klytle@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
Kevin J. Mangan on behalf of Interested Party Alltite Inc. kmangan@wcsr.com, klytle@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
Kevin J. Mangan on behalf of Interested Party Fluor Global Services kmangan@wcsr.com, klytle@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
Kevin J. Mangan on behalf of Interested Party Fluor Corporation kmangan@wcsr.com, klytle@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
Kevin J. Mangan on behalf of Interested Party Fluor Enterprises Inc. kmangan@wcsr.com, klytle@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
Kevin J. Mangan on behalf of Interested Party American Equipment Company Inc. kmangan@wcsr.com, klytle@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
Kevin M Lippman on behalf of Creditor Electric Reliability Council of Texas, Inc. klippman@munsch.com, lpannier@munsch.com
Kevin M. Capuzzi on behalf of Creditor Thermo Fisher Scientific Inc. kcapuzzi@beneschlaw.com, docket@beneschlaw.com
Kimberly Ellen Connolly Lawson on behalf of Creditor The Bank of New York Mellon, as Indenture Trustee klawson@reedsmith.com
Kimberly Ellen Connolly Lawson on behalf of Creditor The Bank of New York Mellon Trust Company, N.A., as Indenture Trustee klawson@reedsmith.com
Kizzy Lyn Jarashow on behalf of Creditor Aurelius Capital Management, LP kjarashow@goodwinprocter.com
Kurt F. Gwynne on behalf of Creditor The Bank of New York Mellon, as Indenture Trustee kgwynne@reedsmith.com, llankford@reedsmith.com
Kurt F. Gwynne on behalf of Creditor The Bank of New York Mellon Trust Company, N.A., as Indenture Trustee kgwynne@reedsmith.com, llankford@reedsmith.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Kurtzman Carson Consultants LLC akass@kccllc.com
L. John N. Bird on behalf of Interested Party Ad Hoc Group of TCEH Unsecured Noteholders jbird@foxrothschild.com, spage@foxrothschild.com
Lara E. Shipkovitz on behalf of Creditor Thermo Fisher Scientific Inc. lshipkovitz@tuckerlaw.com
Lars A. Peterson on behalf of Creditor UMB Bank, N.A. lapeterson@foley.com, khall@foley.com
Laura Davis Jones on behalf of Interested Party Second Lien Indenture Trustee and the EFIH Second Lien Group ljones@pszjlaw.com
Laura Davis Jones on behalf of Plaintiff Computershare Trust Company, N.A. ljones@pszjlaw.com
Laura Davis Jones on behalf of Interested Party Computershare Trust Company, N.A., and Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior Secured Second Lien Notes due 2021 and the 11.75% Senio ljones@pszjlaw.com, efile1@pszyjw.com
Laura Davis Jones on behalf of Interested Party EFIH 2nd Lien Notes Indenture Trustee ljones@pszjlaw.com
Laura Davis Jones on behalf of Interested Party EFIH Second Lien Notes Indenture Trustee & EFIH Second Lien Group ljones@pszjlaw.com
Laura Davis Jones on behalf of Interested Party Second Lien Indenture Trustee ljones@pszjlaw.com
Laura Davis Jones on behalf of Interested Party Indenture Trustee and the EFIH 2nd Lien Objectors ljones@pszjlaw.com
Laura Davis Jones on behalf of Plaintiff Computershare Trust Company, N.A., and Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior Secured Second Lien Notes due 2021 and the 11.75% Senio ljones@pszjlaw.com, efile1@pszyjw.com
Laura Davis Jones on behalf of Interested Party EFIH 2nd Lien Notes Indenture Trustee ljones@pszjlaw.com, efile@pszyj.com
Laura Davis Jones on behalf of Interested Party Indenture Trustee and the EFIH 2nd Lien Objectors ljones@pszjlaw.com, efile@pszyj.com
Laurie Selber Silverstein on behalf of Interested Party EFIH First Lien DIP Agent bankruptcy@potteranderson.com
Laurie Selber Silverstein on behalf of Interested Party Deutsche Bank AG New York Branch bankruptcy@potteranderson.com
Lee Harrington on behalf of Interested Party American Stock Transfer & Trust Company LLC lharrington@nixonpeabody.com
Lee B. Gordon on behalf of Creditor Texas Ad Valorem Taxing Jurisdictions decourts@mvbalaw.com, vickie.covington@mvbalaw.com
Lindsay Zahradka on behalf of Interested Party Ad Hoc Committee of EFIH Unsecured Noteholders lzahradka@akingump.com
Lindsay Zahradka on behalf of Interested Party EFIH Second Lien DIP Commitment Parties lzahradka@akingump.com
Lino Mendiola, III on behalf of Interested Party Titus County Fresh Waster Supply District No. 1 linomendiola@andrewskurth.com
Lino Mendiola, III on behalf of Interested Party Titus County Fresh Water Supply District No. 1 linomendiola@andrewskurth.com
Lucian Borders Murley on behalf of Creditor Johnson Matthey Stationary Emissions Control LLC lmurley@saul.com, rwarren@saul.com
Marc J. Phillips on behalf of Creditor Tex-La Electric Cooperative of Texas, Inc. mphillips@mgmlaw.com
Marc J. Phillips on behalf of Creditor Steering Committee of Cities Served by Oncor mphillips@mgmlaw.com
Maria A. Bove on behalf of Interested Party Computershare Trust Company, N.A., and Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior Secured Second Lien Notes due 2021 and the 11.75% Senio mbove@pszjlaw.com
Maria Aprile Sawczuk on behalf of Interested Party Sierra Club marias@restructuringshop.com
Maria Aprile Sawczuk on behalf of Creditor Miguel Oliveras Caraballo marias@restructuringshop.com
Mark Minuti on behalf of Creditor Electric Reliability Council of Texas, Inc. mminuti@saul.com, rwarren@saul.com
Mark Andrew Fink on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. (EFH Committee) mfink@mmwr.com
Mark Andrew Fink on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. mfink@mmwr.com
Mark D. Collins on behalf of Debtor Energy Future Holdings Corp. rbgroup@rlf.com
Mark D. Collins on behalf of Plaintiff Energy Future Intermediate Holding Company LLC rbgroup@rlf.com
Mark D. Kotwick on behalf of Interested Party Wilmington Trust, N.A. kotwick@sewkis.com
Mark D. Olivere on behalf of Interested Party EFIH Second Lien DIP Commitment Parties olivere@chipmanbrown.com, bankruptcyservice@chipmanbrown.com;dero@chipmanbrown.com;mccloskey@chipmanbrown.com
Mark D. Olivere on behalf of Interested Party Ad Hoc Committee of EFIH Unsecured Noteholders olivere@chipmanbrown.com, bankruptcyservice@chipmanbrown.com;dero@chipmanbrown.com;mccloskey@chipmanbrown.com
Mark E. Felger on behalf of Interested Party J. Aron & Company mfelger@cozen.com, MBrickley@cozen.com;dabernathy@cozen.com
Mark F. Hebbeln on behalf of Creditor UMB Bank, N.A. mhebbeln@foley.com, jsorrels@foley.com, opetukhova@foley.com

The following persons/entities were sent notice through the court’s CM/ECF electronic mail (Email) system (continued)

Mark L. Desgrosseilliers on behalf of Interested Party CenterPoint Energy Houston Electric, LLC mdesgrosseilliers@wcsr.com, klytle@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
Mark L. Desgrosseilliers on behalf of Interested Party HOLT Texas, Ltd. d/b/a Holt Cat mdesgrosseilliers@wcsr.com, klytle@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
Mark L. Desgrosseilliers on behalf of Interested Party CenterPoint Energy Resources Corp. mdesgrosseilliers@wcsr.com, klytle@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
Mark S. Chehi on behalf of Interested Party Borealis Infrastructure Management Inc. mchehi@skadden.com, debank@skadden.com
Matthew Summers on behalf of Creditor Louisiana Energy Services, LLC summersm@ballardspahr.com
Matthew Summers on behalf of Creditor URENCO, Inc. summersm@ballardspahr.com
Matthew B. McGuire on behalf of Interested Party Marathon Asset Management, LP mcguire@lrclaw.com, adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
Matthew B. McGuire on behalf of Interested Party Alcoa Inc. mcguire@lrclaw.com, adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
Matthew B. McGuire on behalf of Creditor NextEra Energy Resources, LLC mcguire@lrclaw.com, adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
Matthew B. McGuire on behalf of Creditor FPL Energy Pecos Wind I, LP, FLP Energy Pecos Wind II, LP, and NWP Indian Mesa Wind Farm, L.P. mcguire@lrclaw.com, adams@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
Matthew C. Brown on behalf of Interested Party Ad Hoc Group of TCEH Unsecured Noteholders mbrown@whitecase.com
Matthew J. Troy on behalf of Creditor United States of America matthew.troy@usdoj.gov
Meredith A. Lahaie on behalf of Interested Party Ad Hoc Committee of EFIH Unsecured Noteholders mlahaie@akingump.com
Meredith A. Lahaie on behalf of Interested Party EFIH Second Lien DIP Commitment Parties mlahaie@akingump.com
Michael Schein on behalf of Creditor First Union Rail Corporation mschein@vedderprice.com, ecfnydocket@vedderprice.com
Michael D. DeBaecke on behalf of Interested Party Wilmington Trust, N.A. debaecke@blankrome.com
Michael David Debaecke on behalf of Interested Party Wilmington Trust, N.A. debaecke@blankrome.com, moody@ecf.inforuptcy.com
Michael E Wiles on behalf of Creditor Evercore Group LLC mcwiles@debevoise.com, mao-bk-ecf@debevoise.com
Michael G. Busenkell on behalf of Creditor Knife River Corporation-South mbusenkell@gsbblaw.com
Michael G. Busenkell on behalf of Creditor Aurelius Capital Management, LP mbusenkell@gsbblaw.com
Michael Joseph Joyce on behalf of Creditor Certain funds and accounts advised or sub-advised by Fidelity Management & Research Company or its affiliates mjoyce@crosslaw.com, smacdonald@crosslaw.com
Michael Joseph Joyce on behalf of Interested Party certain funds and accounts advised or sub-advised by Fidelity Management & Research Company or its affiliates mjoyce@crosslaw.com, smacdonald@crosslaw.com
Michael L. Atchley on behalf of Creditor Tarrant Regional Water District matchley@popehardwicke.com
Michael L. Atchley on behalf of Creditor Northeast Texas Municipal Water District matchley@popehardwicke.com
Michelle McMahon on behalf of Interested Party Indenture Trustee and the EFIH 2nd Lien Objectors michelle.mcmahon@bryancave.com, dortiz@bryancave.com
Monica S. Blacker on behalf of Interested Party HOLT Texas, Ltd. d/b/a Holt Cat mblacker@jw.com, tsalter@jw.com;vnelson@jw.com
Natalie D. Ramsey on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. (EFH Committee) nramsey@mmwr.com, BankECF@mmwr.com
Natasha M. Songonuga on behalf of Creditor Veolia ES Industrial Services, Inc. nsongonuga@gibbonslaw.com
Neil B. Glassman on behalf of Interested Party CSC Trust Company of Delaware, as Successor Trustee under the TCEH 11.5% Senior Secured Notes Indenture bankserve@bayardlaw.com, nglassman@bayardlaw.com;sbreckenridge@bayardlaw.com;sbreckenridge@bayardlaw.com;jalberto@bayardlaw.com;bankserve@bayardlaw.com
Nicholas J. Brannick on behalf of Interested Party CSC Trust Company of Delaware as Successor Indenture Trustee nbrannick@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
Nicholas J. Brannick on behalf of Plaintiff Delaware Trust Company nbrannick@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
Nicholas J. Brannick on behalf of Interested Party CSC Trust Company of Delaware, as successor indenture trustee and collateral trustee nbrannick@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
Nick S. Kaluk, III on behalf of Financial Advisor Evercore Group L.L.C. nskaluk@debevoise.com, gebmagui@debevoise.com,shmiller@debevoise.com
Nicole D. Mignone on behalf of Interested Party Public Utility Commission of Texas nicole.mignone@texasattorneygeneral.gove
Norman L. Pernick on behalf of Plaintiff Delaware Trust Company, as Indenture Trustee, npernick@coleschotz.com, pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Norman L. Pernick on behalf of Plaintiff Delaware Trust Company npernick@coleschotz.com, pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com
Norman L. Pernick on behalf of Interested Party CSC Trust Company of Delaware, as successor indenture trustee and collateral trustee npernick@coleschotz.com, pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com
Norman L. Pernick on behalf of Interested Party Delaware Trust Company, f/k/a CSC Trust Company of Delaware, as Indenture Trustee npernick@coleschotz.com, pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com
Norman L. Pernick on behalf of Interested Party CSC Trust Company of Delaware as Successor Indenture Trustee npernick@coleschotz.com, pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com
Owen M. Sonik on behalf of Creditor Galena Park Independent School District osonik@pbfcm.com, tpope@pbfcm.com;osonik@ecf.inforuptcy.com
Patricia Williams Prewitt on behalf of Creditor Kinder Morgan Tejas Pipeline LLC pwp@pattiprewittlaw.com
Patricia Williams Prewitt on behalf of Creditor El Paso Natural Gas Company pwp@pattiprewittlaw.com
Patricia Williams Prewitt on behalf of Creditor Targa Gas Marketing LLC pwp@pattiprewittlaw.com
Patricia Williams Prewitt on behalf of Creditor Kinder Morgan Texas Pipeline LLC pwp@pattiprewittlaw.com
Paula K. Jacobi on behalf of Creditor ConverDyn pjacobi@btlaw.com, jsantana@btlaw.com;jbennett@btlaw.com
Pauline K. Morgan on behalf of Interested Party Ad Hoc Committee of TCEH First Lien Creditors bankfilings@ycst.com
Peter J. Keane on behalf of Interested Party EFIH Second Lien Notes Indenture Trustee & EFIH Second Lien Group pkeane@pszjlaw.com
Peter Jonathon Young on behalf of Debtor Energy Future Holdings Corp. pyoung@proskauer.com
Peter M. Gilhuly on behalf of Interested Party Ernst & Young LLP peter.gilhuly@lw.com, adam.malatesta@lw.com
R. Stephen McNeill on behalf of Interested Party Deutsche Bank AG New York Branch bankruptcy@potteranderson.com, bankruptcy@potteranderson.com
R. Stephen McNeill on behalf of Interested Party Deutsche Bank Securities Inc. bankruptcy@potteranderson.com, bankruptcy@potteranderson.com
Rachel Obaldo on behalf of Creditor Texas Comptroller of Public Accounts bk-robaldo@texasattorneygeneral.gov, sherri.simpson@texasattorneygeneral.gov
Raymond Howard Lemisch on behalf of Interested Party UMB Bank, N.A., as indenture trustee rlemisch@klehr.com
Raymond Howard Lemisch on behalf of Defendant UMB Bank, N.A., as indenture trustee rlemisch@klehr.com
Raymond Howard Lemisch on behalf of Creditor UMB Bank, N.A. rlemisch@klehr.com
Rebecca A. Hayes on behalf of Creditor UMB Bank, N.A. rhayes@foley.com
Rebecca A. Hayes on behalf of Interested Party UMB Bank, N.A., as indenture trustee rhayes@foley.com
Reed A. Heiligman on behalf of Interested Party PI Law Firms rheiligman@fgllp.com, ccarpenter@fgllp.com
Reed A. Heiligman on behalf of Creditor Experian Information Solutions, Inc. rheiligman@fgllp.com, ccarpenter@fgllp.com
Reed A. Heiligman on behalf of Creditor Experian Marketing Solutions, Inc. rheiligman@fgllp.com, ccarpenter@fgllp.com
Richard A. Barkasy on behalf of Creditor CCP Credit Acquisition Holdings, L.L.C. rbarkasy@schnader.com
Richard A. Barkasy on behalf of Creditor Centerbridge Special Credit Partners, II, L.P. rbarkasy@schnader.com
Richard A. Barkasy on behalf of Creditor Centerbridge Special Credit Partners, L.P. rbarkasy@schnader.com
Richard A. Robinson on behalf of Creditor The Bank of New York Mellon, solely in its capacity as Trustee under the Enumerated Trust Agreements rrobinson@reedsmith.com
Richard G. Mason on behalf of Interested Party Interest Holders rcstrauss@wlrk.com
Richard G. Mason on behalf of Interested Party Texas Energy Future Capital Holdings LLC, Texas Energy Future Holdings Limited Partnership, and Certain Other Direct or Indirect Holders of Equity Interests in Energy Future Holdings Corp. rcstrauss@wlrk.com
Richard L. Schepacarter on behalf of U.S. Trustee United States Trustee richard.schepacarter@usdoj.gov
Robert Szwajkos on behalf of Creditor FLSmidth Inc. rsz@curtinheefner.com
Robert Szwajkos on behalf of Creditor FLSMIDTH USA INC rsz@curtinheefner.com
Robert J Myers on behalf of Interested Party Property Tax Partners rmyers@myers-hill.com, jfletcher@myers-hill.com
Robert J. Feinstein on behalf of Interested Party Computershare Trust Company, N.A., and Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior Secured Second Lien Notes due 2021 and the 11.75% Senio rfeinstein@pszjlaw.com
Robert K. Malone on behalf of Interested Party CITIBANK, N.A. robert.malone@dbr.com, brian.morgan@dbr.com
Ryan M. Bartley on behalf of Interested Party Ad Hoc Committee of TCEH First Lien Creditors bankfilings@ycst.com
Sabrina L. Streusand on behalf of Interested Party Allen Shrode streusand@slollp.com, prentice@slollp.com
Samuel Lee Moultrie on behalf of Creditor RailWorks Track System, Inc. smoultrie@wlblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Scott D. Cousins on behalf of Interested Party Ad Hoc Committee of EFIH Unsecured Noteholders scousins@bayardlaw.com, lmorton@bayardlaw.com
Scott D. Cousins on behalf of Intervenor-Defendant Ad Hoc Committee of EFIH Unsecured Noteholders scousins@bayardlaw.com, lmorton@bayardlaw.com
Scott D. Cousins on behalf of Interested Party EFIH Second Lien DIP Commitment Parties scousins@bayardlaw.com, lmorton@bayardlaw.com
Sean A. O'Neal on behalf of Interested Party J. Aron & Company soneal@cgsh.com, maofiling@cgsh.com;afee@cgsh.com
Shannon J. Dougherty on behalf of Debtor Energy Future Holdings Corp. sdougherty@oeblegal.com
Shanti M. Katona on behalf of Creditor Committee The Official Committee of Unsecured Creditors skatona@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
Shawn M. Christianson on behalf of Creditor Oracle America, Inc. schristianson@buchalter.com, cmcintire@buchalter.com
Stacey Kremling on behalf of Creditor 2603 Augusta Investors, LP stacey@womaclaw.com
Stacy L. Newman on behalf of Interested Party Wilmington Savings Fund Society, FSB, in its capacity as successor Indenture Trustee snewman@ashby-geddes.com
Stanley B. Tarr on behalf of Interested Party Wilmington Trust, N.A. tarr@blankrome.com, moody@ecf.inforuptcy.com
Stephanie Wickouski on behalf of Interested Party Indenture Trustee and the EFIH 2nd Lien Objectors stephanie.wickouski@bryancave.com, dortiz@bryancave.com
Stephanie Wickouski on behalf of Interested Party Computershare Trust Company, N.A., and Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior Secured Second Lien Notes due 2021 and the 11.75% Senio stephanie.wickouski@bryancave.com, dortiz@bryancave.com
Stephanie Wickouski on behalf of Defendant Computershare Trust Company of Canada stephanie.wickouski@bryancave.com, dortiz@bryancave.com
Stephanie Wickouski on behalf of Defendant Computershare Trust Company, N.A. stephanie.wickouski@bryancave.com, dortiz@bryancave.com
Stephen Karotkin on behalf of Plaintiff Third Avenue Management LLC stephen.karotkin@weil.com, frank.grese@weil.com
Stephen Karotkin on behalf of Plaintiff GSO Capital Partners LP stephen.karotkin@weil.com, frank.grese@weil.com
Stephen Karotkin on behalf of Plaintiff Avenue Capital Management II, LP stephen.karotkin@weil.com, frank.grese@weil.com
Stephen Karotkin on behalf of Plaintiff P. Schoenfeld Asset Management LP stephen.karotkin@weil.com, frank.grese@weil.com
Stephen Karotkin on behalf of Plaintiff York Capital Management Global Advisors, LLC stephen.karotkin@weil.com, frank.grese@weil.com
Stephen C. Stapleton on behalf of Creditor Atmos Energy Corporation sstapleton@cowlesthompson.com
Stephen D Lerner on behalf of Interested Party ArcelorMittal USA LLC stephen.lerner@squirepb.com
Stephen M. Miller on behalf of Creditor Law Debenture Trust Company of New York, in its capacity as Indenture Trustee smiller@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com
Stephen W. Spence on behalf of Attorney Phillips, Goldman & Spence, P.A. ss@pgslaw.com, saa@pgslaw.com
Stephen W. Spence on behalf of Interested Party Fee Committee ss@pgslaw.com, saa@pgslaw.com
Stephen W. Spence on behalf of Fee Examiner Richard Gitlin ss@pgslaw.com, saa@pgslaw.com
Steven A. Ginther on behalf of Creditor Missouri Department of Revenue deecf@dor.mo.gov
Steven K. Kortanek on behalf of Interested Party CenterPoint Energy Resources Corp. skortanek@wcsr.com, klytle@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
Steven K. Kortanek on behalf of Interested Party CenterPoint Energy Houston Electric, LLC skortanek@wcsr.com, klytle@wcsr.com;hsasso@wcsr.com;jwray@wcsr.com
Sundeep S. Sidhu on behalf of Creditor Siemens Power Generation Inc. sunny.sidhu@akerman.com, cindy.miller@akerman.com
Susan E. Kaufman on behalf of Creditor Tarrant Regional Water District skaufman@coochtaylor.com
Thomas F. Driscoll, III on behalf of Debtor Energy Future Holdings Corp. tdriscoll@bifferato.com, mdunwody@bifferato.com
Thomas J. Moloney on behalf of Interested Party J. Aron & Company tmoloney@cgsh.com
Tina Niehold Moss on behalf of Interested Party Delaware Trust Company as Successor Trustee under the TCEH 11.5% Senior Secured Notes Indenture tmoss@perkinscoie.com
Tina Niehold Moss on behalf of Interested Party Delaware Trust Company, f/k/a CSC Trust Company of Delaware, as Indenture Trustee tmoss@perkinscoie.com
Tina Niehold Moss on behalf of Creditor The Bank of New York Mellon, as Indenture Trustee tmoss@perkinscoie.com
Tobey M. Daluz on behalf of Defendant Fidelity Advisor Series I: Fidelity Advisor High Income Advantage Fund daluzt@ballardspahr.com
Tobey M. Daluz on behalf of Defendant Fidelity Advisor Series II: Fidelity Advisor Strategic Income Fund daluzt@ballardspahr.com
Tobey M. Daluz on behalf of Defendant Japan Trustee Services Bank Ltd. as trustee of Fidelity High Yield Bond Open Mother Fund daluzt@ballardspahr.com
Tobey M. Daluz on behalf of Defendant Fidelity Puritan Trust: Fidelity Puritan Fund daluzt@ballardspahr.com
Tobey M. Daluz on behalf of Defendant Fidelity Global Bond Series US Dollar Monthly Income US High Yield Pool daluzt@ballardspahr.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Tobey M. Daluz on behalf of Defendant Fidelity Management & Research Company as Investment Manager for Japan Trustee Services Bank, Ltd. Re: Fidelity High Yield Bond Open Mother Fund daluzt@ballardspahr.com
Tobey M. Daluz on behalf of Defendant Master Trust Bank of Japan daluzt@ballardspahr.com
Tobey M. Daluz on behalf of Defendant Variable Insurance Products Fund V: Strategic Income Portfolio daluzt@ballardspahr.com
Tobey M. Daluz on behalf of Defendant Fidelity Investments Canada ULC daluzt@ballardspahr.com
Tobey M. Daluz on behalf of Defendant FIL Investments International (FII) daluzt@ballardspahr.com
Tobey M. Daluz on behalf of Defendant Fidelity Summer Street Trust: Fidelity Global High Income Fund daluzt@ballardspahr.com
Tobey M. Daluz on behalf of Defendant Fidelity School Street Trust: Fidelity Strategic Income daluzt@ballardspahr.com
Tobey M. Daluz on behalf of Defendant Japan Trustee Services Bank, Ltd. as trustee of Fidelity Strategic Income Mother Fund daluzt@ballardspahr.com
Tobey M. Daluz on behalf of Defendant Fidelity Investments daluzt@ballardspahr.com
Tobey M. Daluz on behalf of Defendant Fidelity Summer Street Trust: Fidelity Capital & Income Fund daluzt@ballardspahr.com
Tobey M. Daluz on behalf of Defendant Pyramis Global Advisors Trust Company daluzt@ballardspahr.com
Tobey M. Daluz on behalf of Defendant Fidelity Management & Research Company daluzt@ballardspahr.com
Todd Charles Schiltz, Esq on behalf of Interested Party CSC Trust Company of Delaware, as successor indenture trustee and collateral trustee todd.schiltz@dbr.com, cathlyn.cantelmi@dbr.com;marita.erbeck@dbr.com;Jennifer.Roussil@dbr.com;james.millar@dbr.com
Todd Jeffrey Rosen on behalf of Interested Party TCEH Debtors todd.rosen@mto.com
Traci L. Cotton on behalf of Creditor UT System obo UT at Arlington tcotton@utsystem.edu
Tyler D. Semmelman on behalf of Debtor Luminant Renewables Company LLC semmelman@rlf.com, rbgroup@rlf.com
Tyler D. Semmelman on behalf of Debtor Luminant Mining Company LLC semmelman@rlf.com, rbgroup@rlf.com
Tyler D. Semmelman on behalf of Debtor Eagle Mountain Power Company LLC semmelman@rlf.com, rbgroup@rlf.com
Tyler D. Semmelman on behalf of Debtor TXU Energy Receivables Company LLC semmelman@rlf.com, rbgroup@rlf.com
Tyler D. Semmelman on behalf of Debtor TXU Retail Services Company semmelman@rlf.com, rbgroup@rlf.com
Tyler D. Semmelman on behalf of Debtor TXU Electric Company, Inc. semmelman@rlf.com, rbgroup@rlf.com
Tyler D. Semmelman on behalf of Debtor Martin Lake 4 Power Company LLC semmelman@rlf.com, rbgroup@rlf.com
Tyler D. Semmelman on behalf of Debtor Energy Future Intermediate Holding Company LLC semmelman@rlf.com, rbgroup@rlf.com
Tyler D. Semmelman on behalf of Debtor Lone Star Energy Company, Inc. semmelman@rlf.com, rbgroup@rlf.com
Tyler D. Semmelman on behalf of Debtor Texas Competitive Electric Holdings Company LLC semmelman@rlf.com, rbgroup@rlf.com
Tyler D. Semmelman on behalf of Debtor Energy Future Competitive Holdings Company LLC semmelman@rlf.com, rbgroup@rlf.com
Tyler D. Semmelman on behalf of Debtor Energy Future Holdings Corp. semmelman@rlf.com, rbgroup@rlf.com
Tyler D. Semmelman on behalf of Debtor Big Brown 3 Power Company LLC semmelman@rlf.com, rbgroup@rlf.com
Tyler D. Semmelman on behalf of Debtor Tradinghouse 3 & 4 Power Company LLC semmelman@rlf.com, rbgroup@rlf.com
Tyler D. Semmelman on behalf of Debtor Generation Development Company LLC semmelman@rlf.com, rbgroup@rlf.com
Tyler D. Semmelman on behalf of Debtor Oak Grove Mining Company LLC semmelman@rlf.com, rbgroup@rlf.com
Tyler D. Semmelman on behalf of Debtor Brighten Energy LLC semmelman@rlf.com, rbgroup@rlf.com
Tyler D. Semmelman on behalf of Debtor Texas Electric Service Company, Inc. semmelman@rlf.com, rbgroup@rlf.com
Tyler D. Semmelman on behalf of Debtor Luminant Generation Company LLC semmelman@rlf.com, rbgroup@rlf.com
Tyler D. Semmelman on behalf of Debtor Generation SVC Company semmelman@rlf.com, rbgroup@rlf.com
Tyler D. Semmelman on behalf of Debtor Luminant Mineral Development Company LLC semmelman@rlf.com, rbgroup@rlf.com
Tyler D. Semmelman on behalf of Debtor Texas Utilities Company, Inc. semmelman@rlf.com, rbgroup@rlf.com
Tyler D. Semmelman on behalf of Debtor TXU SEM Company semmelman@rlf.com, rbgroup@rlf.com
Tyler D. Semmelman on behalf of Debtor Southwestern Electric Service Company, Inc. semmelman@rlf.com, rbgroup@rlf.com
Tyler D. Semmelman on behalf of Debtor EFH FS Holdings Company semmelman@rlf.com, rbgroup@rlf.com
Tyler D. Semmelman on behalf of Defendant EFIH Finance Inc. semmelman@rlf.com, rbgroup@rlf.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Tyler D. Semmelman on behalf of Debtor 4Change Energy Holdings LLC semmelman@rlf.com, rbgroup@rlf.com
Tyler D. Semmelman on behalf of Debtor Sandow Power Company LLC semmelman@rlf.com, rbgroup@rlf.com
Tyler D. Semmelman on behalf of Debtor EFH Renewables Company LLC semmelman@rlf.com, rbgroup@rlf.com
Tyler D. Semmelman on behalf of Debtor EFH CG Management Company LLC semmelman@rlf.com, rbgroup@rlf.com
Tyler D. Semmelman on behalf of Debtor Valley Power Company LLC semmelman@rlf.com, rbgroup@rlf.com
Tyler D. Semmelman on behalf of Attorney Kirkland & Ellis LLP semmelman@rlf.com, rbgroup@rlf.com
Tyler D. Semmelman on behalf of Debtor Luminant ET Services Company semmelman@rlf.com, rbgroup@rlf.com
Tyler D. Semmelman on behalf of Debtor Generation MT Company LLC semmelman@rlf.com, rbgroup@rlf.com
Tyler D. Semmelman on behalf of Debtor TCEH Finance, Inc. semmelman@rlf.com, rbgroup@rlf.com
Tyler D. Semmelman on behalf of Debtor Morgan Creek 7 Power Company LLC semmelman@rlf.com, rbgroup@rlf.com
Tyler D. Semmelman on behalf of Debtor NCA Resources Development Company LLC semmelman@rlf.com, rbgroup@rlf.com
Tyler D. Semmelman on behalf of Debtor Big Brown Lignite Company LLC semmelman@rlf.com, rbgroup@rlf.com
Tyler D. Semmelman on behalf of Debtor Texas Energy Industries Company, Inc. semmelman@rlf.com, rbgroup@rlf.com
Tyler D. Semmelman on behalf of Debtor TXU Energy Retail Company LLC semmelman@rlf.com, rbgroup@rlf.com
Tyler D. Semmelman on behalf of Debtor Dallas Power & Light Company, Inc. semmelman@rlf.com, rbgroup@rlf.com
Tyler D. Semmelman on behalf of Debtor DeCordova Power Company LLC semmelman@rlf.com, rbgroup@rlf.com
Tyler D. Semmelman on behalf of Debtor Luminant Big Brown Mining Company LLC semmelman@rlf.com, rbgroup@rlf.com
Tyler D. Semmelman on behalf of Debtor Monticello 4 Power Company LLC semmelman@rlf.com, rbgroup@rlf.com
Tyler D. Semmelman on behalf of Debtor Lake Creek 3 Power Company LLC semmelman@rlf.com, rbgroup@rlf.com
Tyler D. Semmelman on behalf of Debtor Tradinghouse Power Company LLC semmelman@rlf.com, rbgroup@rlf.com
Tyler D. Semmelman on behalf of Debtor Luminant Energy Company LLC semmelman@rlf.com, rbgroup@rlf.com
Tyler D. Semmelman on behalf of Debtor Luminant Holding Company LLC semmelman@rlf.com, rbgroup@rlf.com
Tyler D. Semmelman on behalf of Debtor EBASCO SERVICES OF CANADA LIMITED semmelman@rlf.com, rbgroup@rlf.com
Tyler D. Semmelman on behalf of Debtor EFIH Finance Inc. semmelman@rlf.com, rbgroup@rlf.com
Tyler D. Semmelman on behalf of Debtor Collin Power Company LLC semmelman@rlf.com, rbgroup@rlf.com
Tyler D. Semmelman on behalf of Debtor Texas Power & Light Company, Inc. semmelman@rlf.com, rbgroup@rlf.com
Tyler D. Semmelman on behalf of Debtor Oak Grove Power Company LLC semmelman@rlf.com, rbgroup@rlf.com
Tyler D. Semmelman on behalf of Debtor TXU Energy Solutions Company LLC semmelman@rlf.com, rbgroup@rlf.com
Tyler D. Semmelman on behalf of Debtor Brighten Holdings LLC semmelman@rlf.com, rbgroup@rlf.com
Tyler D. Semmelman on behalf of Debtor Big Brown Power Company LLC semmelman@rlf.com, rbgroup@rlf.com
Tyler D. Semmelman on behalf of Debtor TXU Receivables Company semmelman@rlf.com, rbgroup@rlf.com
Tyler D. Semmelman on behalf of Debtor Valley NG Power Company LLC semmelman@rlf.com, rbgroup@rlf.com
Tyler D. Semmelman on behalf of Debtor LSGT SACROC, Inc. semmelman@rlf.com, rbgroup@rlf.com
Tyler D. Semmelman on behalf of Debtor EFH CG Holdings Company LP semmelman@rlf.com, rbgroup@rlf.com
Tyler D. Semmelman on behalf of Debtor Oak Grove Management Company LLC semmelman@rlf.com, rbgroup@rlf.com
Tyler D. Semmelman on behalf of Debtor EFH Australia (No. 2) Holdings Company semmelman@rlf.com, rbgroup@rlf.com
Tyler D. Semmelman on behalf of Debtor EFH Finance (No. 2) Holdings Company semmelman@rlf.com, rbgroup@rlf.com
Tyler D. Semmelman on behalf of Debtor DeCordova II Power Company LLC semmelman@rlf.com, rbgroup@rlf.com
Tyler D. Semmelman on behalf of Debtor 4Change Energy Company semmelman@rlf.com, rbgroup@rlf.com
Tyler D. Semmelman on behalf of Debtor Luminant Energy Trading California Company semmelman@rlf.com, rbgroup@rlf.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Tyler D. Semmelman on behalf of Defendant Energy Future Intermediate Holding Company LLC semmelman@rlf.com, rbgroup@rlf.com
Tyler D. Semmelman on behalf of Debtor EEC Holdings, Inc. semmelman@rlf.com, rbgroup@rlf.com
Tyler D. Semmelman on behalf of Debtor Lone Star Pipeline Company, Inc. semmelman@rlf.com, rbgroup@rlf.com
Tyler D. Semmelman on behalf of Debtor EECI, Inc. semmelman@rlf.com, rbgroup@rlf.com
Tyler D. Semmelman on behalf of Debtor LSGT Gas Company LLC semmelman@rlf.com, rbgroup@rlf.com
Tyler D. Semmelman on behalf of Debtor NCA Development Company LLC semmelman@rlf.com, rbgroup@rlf.com
United States Trustee USTPREGION03.WL.ECF@USDOJ.GOV
Valerie A. Hamilton on behalf of Interested Party Benbrooke Electric Partners, LLC vhamilton@sillscummis.com
Ward W. Benson on behalf of Creditor UNITED STATES OF AMERICA wardlow.w.benson@usdoj.gov, Eastern.Taxcivil@usdoj.gov;James.J.Wilkinson@usdoj.gov
Warren A. Usatine on behalf of Interested Party CSC Trust Company of Delaware, as successor indenture trustee and collateral trustee wusatine@coleschotz.com
Wendy B. Reilly on behalf of Creditor Evercore Group LLC wbreilly@debevoise.com, mao-bk-ecf@debevoise.com
William A. Romanowicz on behalf of Debtor Brighten Energy LLC Romanowicz@rlf.com, rbgroup@rlf.com
William A. Romanowicz on behalf of Debtor Texas Utilities Electric Company, Inc. Romanowicz@rlf.com, rbgroup@rlf.com
William A. Romanowicz on behalf of Debtor EFH CG Management Company LLC Romanowicz@rlf.com, rbgroup@rlf.com
William A. Romanowicz on behalf of Debtor Energy Future Intermediate Holding Company LLC Romanowicz@rlf.com, rbgroup@rlf.com
William A. Romanowicz on behalf of Debtor EFH CG Holdings Company LP Romanowicz@rlf.com, rbgroup@rlf.com
William A. Romanowicz on behalf of Debtor EFH Australia (No. 2) Holdings Company Romanowicz@rlf.com, rbgroup@rlf.com
William A. Romanowicz on behalf of Debtor Southwestern Electric Service Company, Inc. Romanowicz@rlf.com, rbgroup@rlf.com
William A. Romanowicz on behalf of Debtor EFH Corporate Services Company Romanowicz@rlf.com, rbgroup@rlf.com
William A. Romanowicz on behalf of Defendant Energy Future Intermediate Holding Company LLC Romanowicz@rlf.com, rbgroup@rlf.com
William A. Romanowicz on behalf of Debtor Tradinghouse Power Company LLC Romanowicz@rlf.com, rbgroup@rlf.com
William A. Romanowicz on behalf of Debtor TXU Energy Retail Company LLC Romanowicz@rlf.com, rbgroup@rlf.com
William A. Romanowicz on behalf of Debtor LSGT Gas Company LLC Romanowicz@rlf.com, rbgroup@rlf.com
William A. Romanowicz on behalf of Debtor EFH FS Holdings Company Romanowicz@rlf.com, rbgroup@rlf.com
William A. Romanowicz on behalf of Defendant EFIH Finance Inc. Romanowicz@rlf.com, rbgroup@rlf.com
William A. Romanowicz on behalf of Debtor Brighten Holdings LLC Romanowicz@rlf.com, rbgroup@rlf.com
William A. Romanowicz on behalf of Debtor Generation Development Company LLC Romanowicz@rlf.com, rbgroup@rlf.com
William A. Romanowicz on behalf of Debtor Eagle Mountain Power Company LLC Romanowicz@rlf.com, rbgroup@rlf.com
William A. Romanowicz on behalf of Debtor LSGT SACROC, Inc. Romanowicz@rlf.com, rbgroup@rlf.com
William A. Romanowicz on behalf of Debtor EEC Holdings, Inc. Romanowicz@rlf.com, rbgroup@rlf.com
William A. Romanowicz on behalf of Debtor DeCordova Power Company LLC Romanowicz@rlf.com, rbgroup@rlf.com
William A. Romanowicz on behalf of Debtor Tradinghouse 3 & 4 Power Company LLC Romanowicz@rlf.com, rbgroup@rlf.com
William A. Romanowicz on behalf of Debtor Texas Competitive Electric Holdings Company LLC Romanowicz@rlf.com, rbgroup@rlf.com
William A. Romanowicz on behalf of Debtor Energy Future Holdings Corp. Romanowicz@rlf.com, rbgroup@rlf.com
William A. Romanowicz on behalf of Debtor TXU Energy Receivables Company LLC Romanowicz@rlf.com, rbgroup@rlf.com
William A. Romanowicz on behalf of Debtor Generation MT Company LLC Romanowicz@rlf.com, rbgroup@rlf.com
William A. Romanowicz on behalf of Debtor EFH Finance (No. 2) Holdings Company Romanowicz@rlf.com, rbgroup@rlf.com
William A. Romanowicz on behalf of Debtor Lone Star Energy Company, Inc. Romanowicz@rlf.com, rbgroup@rlf.com
William A. Romanowicz on behalf of Debtor Big Brown Power Company LLC Romanowicz@rlf.com, rbgroup@rlf.com
William A. Romanowicz on behalf of Debtor Luminant Renewables Company LLC Romanowicz@rlf.com, rbgroup@rlf.com

The following persons/entities were sent notice through the court’s CM/ECF electronic mail (Email) system (continued)

William A. Romanowicz on behalf of Debtor Lone Star Pipeline Company, Inc. Romanowicz@rlf.com, rbgroup@rlf.com
William A. Romanowicz on behalf of Debtor 4Change Energy Holdings LLC Romanowicz@rlf.com, rbgroup@rlf.com
William A. Romanowicz on behalf of Debtor Generation SVC Company Romanowicz@rlf.com, rbgroup@rlf.com
William A. Romanowicz on behalf of Debtor EFH Renewables Company LLC Romanowicz@rlf.com, rbgroup@rlf.com
William A. Romanowicz on behalf of Debtor EECI, Inc. Romanowicz@rlf.com, rbgroup@rlf.com
William A. Romanowicz on behalf of Debtor Big Brown Lignite Company LLC Romanowicz@rlf.com, rbgroup@rlf.com
William A. Romanowicz on behalf of Debtor TXU Electric Company, Inc. Romanowicz@rlf.com, rbgroup@rlf.com
William A. Romanowicz on behalf of Debtor 4Change Energy Company Romanowicz@rlf.com, rbgroup@rlf.com
William A. Romanowicz on behalf of Debtor Lake Creek 3 Power Company LLC Romanowicz@rlf.com, rbgroup@rlf.com
William A. Romanowicz on behalf of Debtor EBASCO SERVICES OF CANADA LIMITED Romanowicz@rlf.com, rbgroup@rlf.com
William A. Romanowicz on behalf of Debtor EFIH Finance Inc. Romanowicz@rlf.com, rbgroup@rlf.com
William A. Romanowicz on behalf of Debtor Big Brown 3 Power Company LLC Romanowicz@rlf.com, rbgroup@rlf.com
William A. Romanowicz on behalf of Debtor Energy Future Competitive Holdings Company LLC Romanowicz@rlf.com, rbgroup@rlf.com
William D. Sullivan on behalf of Creditor Capgemini America, Inc. wdsecfnotices@sha-llc.com
William E Kelleher, Jr on behalf of Creditor Westinghouse Electric Company LLC wkelleher@cohenlaw.com, mgraeb@cohenlaw.com,bfilings@cohenlaw.com,
William E. Chipman, Jr. on behalf of Interested Party Ad Hoc Committee of EFIH Unsecured Noteholders chipman@chipmanbrown.com, bankruptcyservice@chipmanbrown.com;dero@chipmanbrown.com
William E. Chipman, Jr. on behalf of Intervenor-Defendant Ad Hoc Committee of EFIH Unsecured Noteholders chipman@chipmanbrown.com, bankruptcyservice@chipmanbrown.com;dero@chipmanbrown.com
William M. Hildbold on behalf of Creditor Committee The Official Committee of Unsecured Creditors WHildbold@mofo.com
William P. Weintraub on behalf of Creditor Aurelius Capital Management, LP wweintraub@goodwinproctor.com, zhassoun@fklaw.com
William Pierce Bowden on behalf of Interested Party Wilmington Savings Fund Society, FSB, in its capacity as successor Indenture Trustee wbowden@ashby-geddes.com

TOTAL: 660