UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- X
In re                                                         :     Chapter 11
                                                              :
ENERGY FUTURE HOLDINGS CORP. *et al.*,                        :     Case No. 14-10979 (CSS)
                                                              :
      Debtors-in-Possession.                               :     (Jointly Administered)
                                                              :     (D.I. 1888)
------------------------------------------------------------- X

## ORDER EXTENDING THE TIME FOR GODFREY & KAHN, S.C., COUNSEL TO THE FEE COMMITTEE, TO FILE ITS INTERIM FEE APPLICATION FOR THE FIRST INTERIM PERIOD (AUGUST 19, 2014 THROUGH DECEMBER 31, 2014)

Upon the motion of Godfrey & Kahn, S.C., counsel to the Fee Committee in the above-referenced Chapter 11 cases, for the entry of an order extending the deadline to file its interim fee application for the first interim fee period, after due deliberation and sufficient cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that:

1. The motion is GRANTED as set forth herein.

2. The deadline for Godfrey & Kahn to file its first interim fee application is extended through and including March 9, 2015.

3. This Court shall retain jurisdiction to hear and determine all matters arising from or related to implementation of this Order.

Dated: Wilmington, Delaware
February 9, 2015

                                                         Honorable Christopher S. Sontchi
                                                         United States Bankruptcy Judge

13087005.1