**EXHIBIT 1** to **EXHIBIT A**

**Amended Claims**

ENERGY FUTURE HOLDINGS CORP., et al.

ELEVENTH OMNIBUS (NON-SUBSTANTIVE); EXHIBIT 1 to EXHIBIT A – Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 1 | BLACK & VEATCH CORPORATION ATTN: JENNIFER SHAFER 11401 LAMAR AVE. OVERLAND PARK, KS 66211 | 07/10/2014 | 14-11032 (CSS) | 3017 | $92,200.00 | BLACK & VEATCH CORPORATION ATTN: JENNIFER SHAFER, SENIOR ATTORNEY 1140 LAMAR AVE OVERLAND PARK, KS 66211 | 09/08/2014 | 14-11032 (CSS) | 4200 | $96,241.00 | Amended Claim |
| 2 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346 | 05/23/2014 | 14-10979 (CSS) | 177 | $266,975.12 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346 | 10/09/2014 | 14-10979 (CSS) | 5071 | $244,200,360.95 | Amended Claim |
| 3 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346 | 05/23/2014 | 14-10992 (CSS) | 184 | $12,500.00 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346 | 10/09/2014 | 14-10992 (CSS) | 5067 | $244,200,360.95 | Amended Claim |

## ENERGY FUTURE HOLDINGS CORP., et al.

## ELEVENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 to EXHIBIT A – Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 4 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346 | 05/23/2014 | 14-10996 (CSS) | 185 | $2,021,366.92 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346 | 10/09/2014 | 14-10996 (CSS) | 5064 | $244,526,829.95 | Amended Claim |
| 5 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346 | 05/23/2014 | 14-10997 (CSS) | 186 | $124,208.84 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346 | 10/09/2014 | 14-10997 (CSS) | 5063 | $244,200,360.95 | Amended Claim |
| 6 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346 | 05/23/2014 | 14-11002 (CSS) | 187 | $3,000.00 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346 | 10/09/2014 | 14-11009 (CSS) | 5041 | $244,200,360.95 | Amended Claim |

## ENERGY FUTURE HOLDINGS CORP., et al.

### ELEVENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 to EXHIBIT A – Amended Claims

| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **REMAINING CLAIMS** | | | | | |
| 7 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE P.O. BOX 7346 PHILADELPHIA, PA 19101-7346 | 05/27/2014 | 14-11022 (CSS) | 584 | $546,912.38 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346 | 10/09/2014 | 14-11022 (CSS) | 5038 | $244,203,652.40 | Amended Claim |
| 8 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE P.O. BOX 7346 PHILADELPHIA, PA 19101-7346 | 05/27/2014 | 14-11023 (CSS) | 585 | $1,429,248.13 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346 | 10/09/2014 | 14-11023 (CSS) | 5037 | $244,204,777.31 | Amended Claim |
| 9 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE P.O. BOX 7346 PHILADELPHIA, PA 19101-7346 | 05/27/2014 | 14-11032 (CSS) | 586 | $117,773,585.32 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346 | 10/09/2014 | 14-11032 (CSS) | 5056 | $244,241,154.60 | Amended Claim |

ENERGY FUTURE HOLDINGS CORP., et al.

ELEVENTH OMNIBUS (NON-SUBSTANTIVE); EXHIBIT 1 to EXHIBIT A – Amended Claims

| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | | |
| 10 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE P.O. BOX 7346 PHILADELPHIA, PA 19101-7346 | 05/27/2014 | 14-11037 (CSS) | 588 | $107,886.47 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346 | 10/09/2014 | 14-11037 (CSS) | 5058 | $244,204,836.03 | Amended Claim |
| 11 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE P.O. BOX 7346 PHILADELPHIA, PA 19101-7346 | 05/27/2014 | 14-11039 (CSS) | 589 | $6,194.35 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346 | 10/09/2014 | 14-11039 (CSS) | 5060 | $244,202,860.95 | Amended Claim |
| 12 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE P.O. BOX 7346 PHILADELPHIA, PA 19101-7346 | 05/27/2014 | 14-11042 (CSS) | 590 | $100,066,506.70 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346 | 10/09/2014 | 14-11042 (CSS) | 5059 | $244,211,795.52 | Amended Claim |

ENERGY FUTURE HOLDINGS CORP., et al.

ELEVENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 to EXHIBIT A – Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 13 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346 | 09/03/2014 | 14-11012 (CSS) | 4099 | $3,000.00 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346 | 10/09/2014 | 14-11012 (CSS) | 5040 | $244,200,360.95 | Amended Claim |
| 14 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346 | 09/03/2014 | 14-10981 (CSS) | 4100 | $136,311,038.16 | DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346 | 10/09/2014 | 14-10981 (CSS) | 5069 | $244,268,482.11 | Amended Claim |
| 15 | EMC CORPORATION C/O RECEIVABLE MANAGEMENT SERVICES (RMS) P.O. BOX 5126 TIMONIUM, MD 21094 | 05/19/2014 | 14-10979 (CSS) | 89 | $97,770.37 | EMC CORPORATION C/O RECEIVABLE MANAGEMENT SERVICES (RMS) P.O. BOX 5126 TIMONIUM, MD 21094 | 08/25/2014 | 14-10979 (CSS) | 3797 | $240,570.37 | Amended Claim |

## ENERGY FUTURE HOLDINGS CORP., et al.

### ELEVENTH OMNIBUS (NON-SUBSTANTIVE); EXHIBIT 1 to EXHIBIT A – Amended Claims

| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
| 16 | MECHANICAL DYNAMICS & ANALYSIS, LTD. 19 BRITISH AMERICAN BLVD. LATHAM, NY 12110 TRANSFERRED TO: LIQUIDITY SOLUTIONS, INC. TRANSFEROR: MECHANICAL DYNAMICS & ANALYSIS, LTD. ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK, NJ 07601 | 05/14/2014 | 14-11032 (CSS) | 49 | $30,900.00 | LIQUIDITY SOLUTIONS, INC. AS ASSIGNEE OF MECHANICAL DYNAMICS & ANALYSIS, LTD. ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK, NJ 07601 | 05/29/2014 | 14-11032 (CSS) | 636 | $30,900.00 | Amended Claim |
| 17 | METCO ENVIRONMENTAL INC 4101 SHUFFEL ST. N.W. NORTH CANTON, OH 44720 | 09/04/2014 | 14-11032 (CSS) | 4114 | $132,730.49 | TEST AMERICA AIR EMISSION CORP DBA METCO ENVIRONMENTAL PO BOX 204290 DALLAS, TX 75320-4290 | 09/09/2014 | 14-11032 (CSS) | 4243 | $132,730.49 | Amended Claim |

ENERGY FUTURE HOLDINGS CORP., et al.

ELEVENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 to EXHIBIT A – Amended Claims

| | | CLAIMS TO BE DISALLOWED | | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 18 | REDDY ICE CORPORATION 5720 LYNDON JOHNSON FWY STE 200 DALLAS, TX 75240-6396 | 06/16/2014 | 14-10979 (CSS) | 2096 | $2,940.08 | REDDY ICE CORPORATION 8750 NORTH CENTRAL EXPRESSWAY SUITE 1800 DALLAS, TX 75231  PARTIALLY TRANSFERRED TO: LIQUIDITY SOLUTIONS, INC. TRANSFEROR: REDDY ICE CORPORATION ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK, NJ 07601 | 07/21/2014 | 14-10979 (CSS) | 3250 | $2,940.08 | Amended Claim |

ENERGY FUTURE HOLDINGS CORP., et al.

## ELEVENTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 to EXHIBIT A – Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 19 | SIEMENS INDUSTRY, INC. ATTN: LEIGH-ANNE BEST 100 TECHNOLOGY DRIVE ALPHARETTA, GA 30005 | 08/06/2014 | 14-11032 (CSS) | 3549 | $1,395.57 | 08/25/2014 | 14-11032 (CSS) | 3941 | $19,327.57 | Amended Claim |
| | SIEMENS INDUSTRY, INC. ATTN: LEIGH-ANNE BEST 100 TECHNOLOGY DRIVE ALPHARETTA, GA 30005 | | | | | 08/14/2014 | 14-11032 (CSS) | 3760 | $1,807.57 | |
| | | | | TOTAL | $359,030,358.90 | | | | | |