# EXHIBIT 1 to EXHIBIT A

**Amended and Superseded Claims**

RLF1 11612788v.1

ENERGY FUTURE HOLDINGS CORP., et al.

NINTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 to EXHIBIT A - Amended and Superseded Claims

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 1 | ABL SERVICES, INC. P.O. BOX 8572 TYLER, TX 75711 | 06/11/2014 | 14-10979 (CSS) | 1775 | $70,749.19 | ABL SERVICES, INC. P.O. BOX 8572 TYLER, TX 75711 | 10/15/2014 | 14-10979 (CSS) | 5294 | $70,749.19 | Amended and superseded claim |
| 2 | BHP BILLITON OLYMPIC DAM CORP PTY LTD C/O DOERNER SAUNDERS DANIEL ANDERSON LLP ATTN: SAM G. BRATTON II TWO WEST SECOND STREET, SUITE 700 TULSA, OK 74103-3117 | 11/25/2014 | 14-11032 (CSS) | 9890 | $3,475,415.00 | BHP BILLITON OLYMPIC DAM CORP PTY LTD C/O DOERNER SAUNDERS DANIEL ANDERSON LLP ATTN: SAM G. BRATTON II TWO WEST SECOND ST, STE 700 TULSA, OK 74103-3117 | 11/26/2014 | 14-11032 (CSS) | 9894 | $4,212,005.00 | Amended and superseded claim |
| | | | | TOTAL | $3,546,164.19 | | | | | | |

Page 1 of 1

**EXHIBIT 2** to **EXHIBIT A**

**Exact Duplicate Claims**

ENERGY FUTURE HOLDINGS CORP., et al.

NINTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 to EXHIBIT A – Exact Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 1 | EL PASO COUNTY TREASURER P.O. BOX 2018 COLORADO SPRINGS, CO 80901-2018 | 10/14/2014 | 14-11032 (CSS) | 5225 | $2,659.44* | EL PASO COUNTY TREASURER P.O. BOX 2018 COLORADO SPRINGS, CO 80901-2018 | 09/29/2014 | 14-11032 (CSS) | 4763 | $2,659.44* | Exact Duplicate |
| 2 | FOREST CREEK WIND FARM, LLC F/K/A AIRTRICITY FOREST CREEK WIND FARM C/O E.ON CLIMATE AND RENEWABLES 353 N CLARK ST, STE 3000 CHICAGO, IL 60654-3456 | 08/11/2014 | | 3604 | $1,679,600.30 | FOREST CREEK WIND FARM, LLC F/K/A AIRTRICITY FOREST CREEK WIND FARM C/O E.ON CLIMATE & RENEWABLES N. AMERICA 353 N CLARK ST, STE 3000 CHICAGO, IL 60654-3456 | 08/11/2014 | | 3603 | $1,679,600.30 | Exact Duplicate |
| 3 | MANSKE, GENE ADDRESS ON FILE | 09/09/2014 | 14-10979 (CSS) | 4226 | $3,734.00 | MANSKE, GENE ADDRESS ON FILE | 09/09/2014 | 14-10979 (CSS) | 4225 | $3,734.00 | Exact Duplicate |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 3

ENERGY FUTURE HOLDINGS CORP., et al.

NINTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 to EXHIBIT A – Exact Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 4 | NEBRASKA STATE TREASURER UNCLAIMED PROPERTY DIVISION 809 P STREET LINCOLN, NE 68508-1390 | 09/02/2014 | | 4083 | Undetermined* | NEBRASKA STATE TREASURER UNCLAIMED PROPERTY DIVISION 809 P STREET LINCOLN, NE 68508 | 09/02/2014 | | 4082 | Undetermined* | Exact Duplicate |
| 5 | PIERCE PUMP CO LP PO BOX 560727 DALLAS, TX 75356-0727 | 07/07/2014 | | 2911 | $72,303.21 | PIERCE PUMP COMPANY PO BOX 560727 DALLAS, TX 75356-0727 | 07/07/2014 | | 2910 | $72,303.21 | Exact Duplicate |
| 6 | TELECOM ELECTRIC SUPPLY COMPANY PO BOX 860307 PLANO, TX 75086-0307 | 08/26/2014 | 14-10979 (CSS) | 3897 | $175.04 | TELECOM ELECTRIC SUPPLY COMPANY PO BOX 860307 PLANO, TX 75086-0307 | 08/26/2014 | 14-10979 (CSS) | 3901 | $175.04 | Exact Duplicate |
| 7 | TELECOM ELECTRIC SUPPLY COMPANY PO BOX 860307 PLANO, TX 75086-0307 | 08/26/2014 | 14-10979 (CSS) | 3900 | $262.56 | TELECOM ELECTRIC SUPPLY COMPANY P.O. BOX 860307 PLANO, TX 75086-0307 | 08/26/2014 | 14-10979 (CSS) | 3844 | $262.56 | Exact Duplicate |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 2 of 3

ENERGY FUTURE HOLDINGS CORP., et al.

NINTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 2 to EXHIBIT A -- Exact Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 8 | UNITED SITE SERVICES OF TEXAS INC C/O UNITED SITE SERVICES, INC. 50 WASHINGTON STREET, SUITE 1000 WESTBOROUGH, MA 01581 | 10/09/2014 | 14-10989 (CSS) | 5541 | $181.85 | UNITED SITE SERVICES OF TEXAS INC C/O UNITED SITE SERVICES, INC. 50 WASHINGTON STREET, SUITE 1000 WESTBOROUGH, MA 01581 | 10/09/2014 | 14-10989 (CSS) | 5062 | $181.85 | Exact Duplicate |
| 9 | UNITED SITE SERVICES OF TEXAS INC C/O UNITED SITE SERVICES, INC. 50 WASHINGTON STREET, SUITE 1000 WESTBOROUGH, MA 01581 | 10/09/2014 | 14-11032 (CSS) | 5542 | $485.46 | UNITED SITE SERVICES OF TEXAS INC C/O UNITED SITE SERVICES, INC. 50 WASHINGTON STREET, SUITE 1000 WESTBOROUGH, MA 01581 | 10/09/2014 | 14-11032 (CSS) | 5061 | $485.46 | Exact Duplicate |

TOTAL    $1,759,401.86*

\* - Indicates claim contains unliquidated and/or undetermined amounts

**EXHIBIT 3** to **EXHIBIT A**

**No Supporting Documentation Claims**

ENERGY FUTURE HOLDINGS CORP., et al.

NINTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 to EXHIBIT A - No Supporting Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BALLENGER, JIMMY W. ADDRESS ON FILE | | No Debtor Asserted | 09/29/2014 | 4743 | Undetermined* | No Supporting Documentation Claim |
| 2 | BARRETT, LAURENE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 07/23/2014 | 3287 | $150,000.00 | No Supporting Documentation Claim |
| 3 | BIRD, SANDRA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/02/2014 | 968 | $33,000.00 | No Supporting Documentation Claim |
| 4 | BISHOP, JOHNNY ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/12/2014 | 4358 | Undetermined* | No Supporting Documentation Claim |
| 5 | BLACK, LUCILLE ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 338 | Undetermined* | No Supporting Documentation Claim |
| 6 | BROOKS, NOEL ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 400 | Undetermined* | No Supporting Documentation Claim |
| 7 | BURNS, CLARICA ANN ADDRESS ON FILE | | No Debtor Asserted | 06/04/2014 | 1077 | Undetermined* | No Supporting Documentation Claim |
| 8 | CANNADY, LOIS ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 566 | Undetermined* | No Supporting Documentation Claim |
| 9 | CARLILE, LARRY ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/27/2014 | 238 | $27,450.00 | No Supporting Documentation Claim |
| 10 | CROUCH-GRUBAUGH, SARAH ADDRESS ON FILE | | No Debtor Asserted | 06/24/2014 | 2519 | Undetermined* | No Supporting Documentation Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

NINTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 to EXHIBIT A - No Supporting Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 11 | DALTON, BOBBY H  ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 211 | Undetermined* | No Supporting Documentation Claim |
| 12 | DANA  ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/10/2014 | 1690 | Undetermined* | No Supporting Documentation Claim |
| 13 | DRIVER, DON  ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/08/2014 | 4176 | Undetermined* | No Supporting Documentation Claim |
| 14 | DURAN, IVONNE  ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 08/14/2014 | 3669 | $2,775.00* | No Supporting Documentation Claim |
| 15 | ESTRADA, BONNIE  ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/21/2014 | 5754 | Undetermined* | No Supporting Documentation Claim |
| 16 | FINLEY, H DEAN  ADDRESS ON FILE | | No Debtor Asserted | 06/30/2014 | 2672 | $18,000.00 | No Supporting Documentation Claim |
| 17 | GARDNER, SHARON L  ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/26/2014 | 2607 | $2,775.00 | No Supporting Documentation Claim |
| 18 | GRUBAUGH, TIMOTHY D  ADDRESS ON FILE | | No Debtor Asserted | 06/24/2014 | 2518 | Undetermined* | No Supporting Documentation Claim |
| 19 | HARBORTH, OPAL  ADDRESS ON FILE | | No Debtor Asserted | 09/11/2014 | 4301 | Undetermined* | No Supporting Documentation Claim |
| 20 | HARDING, BARBARA  ADDRESS ON FILE | | No Debtor Asserted | 10/27/2014 | 8082 | Undetermined* | No Supporting Documentation Claim |
| 21 | HOLLINGSWORTH, JAMES  ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/10/2014 | 1689 | Undetermined* | No Supporting Documentation Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

NINTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 to EXHIBIT A - No Supporting Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 22 | HOLLINGSWORTH, V D<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/10/2014 | 1688 | Undetermined* | No Supporting Documentation Claim |
| 23 | HUNT, NORMA L<br>ADDRESS ON FILE | | No Debtor Asserted | 06/09/2014 | 1510 | Undetermined* | No Supporting Documentation Claim |
| 24 | IBACH, SALLY<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/30/2014 | 2719 | Undetermined* | No Supporting Documentation Claim |
| 25 | KIMMEL, RICHARD D<br>ADDRESS ON FILE | | No Debtor Asserted | 06/02/2014 | 802 | Undetermined* | No Supporting Documentation Claim |
| 26 | LAMBERT, GARY<br>ADDRESS ON FILE | | No Debtor Asserted | 06/12/2014 | 1797 | Undetermined* | No Supporting Documentation Claim |
| 27 | LAMBERT, GARY<br>ADDRESS ON FILE | | No Debtor Asserted | 06/12/2014 | 1798 | Undetermined* | No Supporting Documentation Claim |
| 28 | LAMBERT, GARY<br>ADDRESS ON FILE | | No Debtor Asserted | 06/12/2014 | 1799 | Undetermined* | No Supporting Documentation Claim |
| 29 | LEWIS, LISA<br>ADDRESS ON FILE | | No Debtor Asserted | 08/04/2014 | 3500 | $7,000.00 | No Supporting Documentation Claim |
| 30 | LEWIS, TOM<br>ADDRESS ON FILE | | No Debtor Asserted | 08/04/2014 | 3499 | $7,000.00 | No Supporting Documentation Claim |
| 31 | LOMOSI, JACQUETTA<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/27/2014 | 8037 | $5,700.00* | No Supporting Documentation Claim |
| 32 | MALANGA, KELSEY<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/09/2014 | 1424 | $10,000.00* | No Supporting Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

NINTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 to EXHIBIT A - No Supporting Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 33 | MORRIS, JAMIE L ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/06/2014 | 2110 | $3,000.00 | No Supporting Documentation Claim |
| 34 | NUNLEY, PELE J ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 07/21/2014 | 3205 | $7,200.00 | No Supporting Documentation Claim |
| 35 | PARRISH, SUE ADDRESS ON FILE | | No Debtor Asserted | 10/23/2014 | 6170 | Undetermined* | No Supporting Documentation Claim |
| 36 | PHILLIPS, BARBARA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/09/2014 | 1368 | Undetermined* | No Supporting Documentation Claim |
| 37 | PHILLIPS, JIM P ADDRESS ON FILE | | No Debtor Asserted | 07/11/2014 | 3028 | Undetermined* | No Supporting Documentation Claim |
| 38 | POLKEY, AMY ADDRESS ON FILE | | No Debtor Asserted | 06/20/2014 | 2300 | $100,000.00 | No Supporting Documentation Claim |
| 39 | RAMAGE, J F ADDRESS ON FILE | | No Debtor Asserted | 06/06/2014 | 1209 | Undetermined* | No Supporting Documentation Claim |
| 40 | SAYEN, CHARLIE ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/06/2014 | 1340 | Undetermined* | No Supporting Documentation Claim |
| 41 | SLOAN, CARRIE ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 475 | Undetermined* | No Supporting Documentation Claim |
| 42 | SMARTT, RALPH ADDRESS ON FILE | | No Debtor Asserted | 10/27/2014 | 8084 | $1,500.00 | No Supporting Documentation Claim |
| 43 | STEPHENS, SANDRA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/06/2014 | 4899 | Undetermined* | No Supporting Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 4 of 5

ENERGY FUTURE HOLDINGS CORP., et al.

NINTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 3 to EXHIBIT A - No Supporting Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 44 | STERBA, DEBORAH ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 365 | Undetermined* | No Supporting Documentation Claim |
| 45 | TAYLOR, PAMELA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/06/2014 | 4908 | $50,000.00 | No Supporting Documentation Claim |
| 46 | VAN AMBURGH, RUTH E ADDRESS ON FILE | | No Debtor Asserted | 06/03/2014 | 1038 | Undetermined* | No Supporting Documentation Claim |
| 47 | VILLARREAL, MARTIN ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/12/2014 | 1833 | Undetermined* | No Supporting Documentation Claim |
| 48 | YELL, SHANNON ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 07/03/2014 | 2858 | $1,000,000.00* | No Supporting Documentation Claim |
| | | | | | TOTAL | $1,425,400.00* | |

* - Indicates claim contains unliquidated and/or undetermined amounts

# EXHIBIT 4 to EXHIBIT A

**Insufficient Documentation Claims**

RLF1 11612788v.1

# ENERGY FUTURE HOLDINGS CORP., et al.

## NINTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 4 to EXHIBIT A -- Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BACKSNAP ENTERPRISE INC DBA ACTION CHIRO ADDRESS ON FILE | | No Debtor Asserted | 07/28/2014 | 3361 | $10,000.00 | Insufficient Documentation Claim |
| 2 | BARANY, LINDA ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/27/2014 | 425 | $500.00 | Insufficient Documentation Claim |
| 3 | BAUTZ, LISA ADDRESS ON FILE | | No Debtor Asserted | 07/28/2014 | 3357 | Undetermined* | Insufficient Documentation Claim |
| 4 | BOSTON, JOSEPH ADDRESS ON FILE | | No Debtor Asserted | 06/09/2014 | 1491 | $3,200.00 | Insufficient Documentation Claim |
| 5 | BROOKS, WILLIE V. ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/27/2014 | 7765 | $6,000.00* | Insufficient Documentation Claim |
| 6 | CHRISTIAN BROTHERS CONSTRUCTION LLC 804 TYE CROSSING CT BURLESON, TX 76028-6672 | | No Debtor Asserted | 08/11/2014 | 3614 | $2,000.00 | Insufficient Documentation Claim |
| 7 | DICK, SUSAN ADDRESS ON FILE | | No Debtor Asserted | 06/04/2014 | 1081 | Undetermined* | Insufficient Documentation Claim |
| 8 | DICK, SUSAN ADDRESS ON FILE | | No Debtor Asserted | 06/04/2014 | 1082 | Undetermined* | Insufficient Documentation Claim |
| 9 | DICK, SUSAN ADDRESS ON FILE | | No Debtor Asserted | 06/04/2014 | 1083 | Undetermined* | Insufficient Documentation Claim |
| 10 | DORAN, MARK J ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/30/2014 | 668 | $630.95 | Insufficient Documentation Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 4

ENERGY FUTURE HOLDINGS CORP., et al.

NINTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 4 to EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 11 | GRAVITT, TAMRA<br>ADDRESS ON FILE | | No Debtor Asserted | 06/09/2014 | 1500 | $100.00 | Insufficient Documentation Claim |
| 12 | GREEN, MARY<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/02/2014 | 963 | $1,521.88 | Insufficient Documentation Claim |
| 13 | GROW, MICHAEL R<br>ADDRESS ON FILE | | No Debtor Asserted | 05/28/2014 | 598 | $5,000.00 | Insufficient Documentation Claim |
| 14 | HALLETT, KAREN<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 08/01/2014 | 3460 | Undetermined* | Insufficient Documentation Claim |
| 15 | HARRISON, STEVE<br>ADDRESS ON FILE | | No Debtor Asserted | 08/11/2014 | 3615 | $2,000.00 | Insufficient Documentation Claim |
| 16 | HOUGLAND, HAROLD<br>ADDRESS ON FILE | | No Debtor Asserted | 06/24/2014 | 2931 | Undetermined* | Insufficient Documentation Claim |
| 17 | HOWARD, DAN<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/20/2014 | 5631 | Undetermined* | Insufficient Documentation Claim |
| 18 | HUTCHINS, BOB<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/10/2014 | 1681 | $24,000.00 | Insufficient Documentation Claim |
| 19 | HUTCHISON, TRAVIS<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/03/2014 | 4108 | Undetermined* | Insufficient Documentation Claim |
| 20 | JOHNSON, LAURA<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/27/2014 | 8057 | Undetermined* | Insufficient Documentation Claim |
| 21 | KIM, JOSHUA<br>ADDRESS ON FILE | | No Debtor Asserted | 07/25/2014 | 3334 | $490.00 | Insufficient Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

ENERGY FUTURE HOLDINGS CORP., et al.

NINTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 4 to EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 22 | KNUPPEL, PAULA<br>ADDRESS ON FILE | | No Debtor Asserted | 07/10/2014 | 3000 | $760.65 | Insufficient Documentation Claim |
| 23 | KULL, WILLIAM J<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/09/2014 | 1446 | Undetermined* | Insufficient Documentation Claim |
| 24 | LEATHERMAN, ETHEL<br>ADDRESS ON FILE | | No Debtor Asserted | 06/09/2014 | 1369 | Undetermined* | Insufficient Documentation Claim |
| 25 | LUI, LAWRENCE<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/20/2014 | 2271 | Undetermined* | Insufficient Documentation Claim |
| 26 | NUCKOLLS, RONALD<br>ADDRESS ON FILE | | No Debtor Asserted | 08/18/2014 | 3707 | $5,000.00* | Insufficient Documentation Claim |
| 27 | RAMPELLI, DIANA<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 08/15/2014 | 3681 | $2,000.00 | Insufficient Documentation Claim |
| 28 | RODDY, WILBUR R<br>ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 418 | Undetermined* | Insufficient Documentation Claim |
| 29 | SHODIPO, ABIOLA<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/13/2014 | 1922 | $980.00 | Insufficient Documentation Claim |
| 30 | TAPP, DAVID L<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/12/2014 | 1817 | Undetermined* | Insufficient Documentation Claim |
| 31 | THOMAS, SERENA<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 07/14/2014 | 3070 | $637.34 | Insufficient Documentation Claim |
| 32 | TORRES, JOSE<br>ADDRESS ON FILE | | No Debtor Asserted | 10/20/2014 | 5633 | Undetermined* | Insufficient Documentation Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 3 of 4

**ENERGY FUTURE HOLDINGS CORP., et al.**

**NINTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 4 to EXHIBIT A – Insufficient Documentation Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 33 | VANDERWIEL, ROBERT W<br>ADDRESS ON FILE | | No Debtor Asserted | 05/30/2014 | 758 | $5,000.00 | Insufficient Documentation Claim |
| 34 | WHITBECK, ELAINE<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/02/2014 | 949 | Undetermined* | Insufficient Documentation Claim |
| 35 | WHITE, RANDY<br>ADDRESS ON FILE | | No Debtor Asserted | 06/06/2014 | 1343 | $3,650.00 | Insufficient Documentation Claim |
| 36 | WOODY, MALCOLM<br>ADDRESS ON FILE | | No Debtor Asserted | 06/11/2014 | 1766 | $30,000.00 | Insufficient Documentation Claim |
| | | | | | TOTAL | $103,470.82* | |

\* - Indicates claim contains unliquidated and/or undetermined amounts