# EXHIBIT 1 to EXHIBIT A

## Insufficient Documentation Claim

ENERGY FUTURE HOLDINGS CORP., et al.

SIXTH OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Insufficient Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | DAMIANI, ANNA<br>ADDRESS ON FILE | | No Debtor Asserted | 07/28/2014 | 3393 | $10,000.00* | Insufficient Documentation Claim |
| | | | | | TOTAL | $10,000.00* | |

* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1