## EXHIBIT 1 to EXHIBIT A

**No Supporting Documentation Claims**

RLF1 11612746v.1

ENERGY FUTURE HOLDINGS CORP., et al.

THIRD OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 to EXHIBIT A – No Supporting Documentation Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | JACOBS, SHAMMIKA ADDRESS ON FILE | | No Debtor Asserted | 07/10/2014 | 2990 | Undetermined* | No Supporting Documentation Claim |
| 2 | STRUBLE, HARRY ADDRESS ON FILE | | No Debtor Asserted | 06/30/2014 | 2755 | Undetermined* | No Supporting Documentation Claim |
| 3 | TOWNLEY, LISA ADDRESS ON FILE | | No Debtor Asserted | 09/02/2014 | 4011 | Undetermined* | No Supporting Documentation Claim |
| 4 | WRIGHT, JANEESE ADDRESS ON FILE | | No Debtor Asserted | 08/13/2014 | 3643 | Undetermined* | No Supporting Documentation Claim |
| | | | | | TOTAL | Undetermined* | |

\* – Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1