## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Re: D.I. 3473, 3623, 3636** |
|  | ) |  |

### CERTIFICATION OF COUNSEL REGARDING
### "DEBTORS' TENTH OMNIBUS (SUBSTANTIVE)
### OBJECTION TO (CERTAIN NO LIABILITY) CLAIMS
### PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY
### RULES 3001, 3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1" [D.I. 3473]

The undersigned hereby certifies as follows:

1.      On February 6, 2015 the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed with the United States Bankruptcy Court for the District of Delaware (the "Court") the *Debtors' Tenth Omnibus (Substantive) Objection to (Certain No Liability) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1* [D.I. 3473] (the "Objection").[2]  On January 27, 2015, the Debtors also filed the *Declaration of Steven R. Kotarba, Managing Director with Alvarez & Marsal North America, LLC, in Support of the Debtors' Tenth Omnibus (Substantive) Objection to (Certain No Liability) Claims Pursuant to Section 502(b) of the Bankruptcy Code,*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

*Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1* [D.I. 3474] in connection with, and in support of the relief requested, in the Objection.

2.      Responses to the Objection were to be filed on or before 4:00 p.m. (Eastern Standard Time) on February 20, 2015.

3.      The Debtors received two formal responses to the Objection, filed by Mary LaCour on behalf of herself and Jo Arvester Cofer, on February 23, 2015 [D.I. 3623]; and by Melva Johnson-Cauley on February 24, 2015 [D.I. 3636] (the "Formal Responses").

4.      The Debtors have determined to adjourn the hearing with respect to the Formal Responses and related Proofs of Claim.  Ms. LaCour has consented to the adjournment via telephone on behalf of herself and Ms. Cofer.  On March 3, 2015, the Debtors left a voicemail for Ms. Johnson-Cauley advising her of the adjournment.  She has not responded and, as such, the Debtors believe she does not oppose the adjournment.

5.      The following is a complete list of the Proofs of Claim objected to in the Objection and for which the Debtors have agreed or determined to continue the hearing as described above (collectively, the "Adjourned Claims"):

| Proof of Claim Number | Claimant | Docketed Response |
|---|---|---|
| POC No. 4467 | Mary LaCour | D.I. 3623 |
| POC No. 4468 | Arvester Cofer | D.I. 3623 |
| POC No. 2686 | Melva Johnson-Cauley | D.I. 3636 |

6.      During the continuance of the Adjourned Claims, the Debtors reserve all rights to, in the future, reassert any objection contained in the Objection or to raise further objections with respect to the Adjourned Claims.

7.      The Debtors have not received any other responses or objections to the Objection, and no other responses or objections appear on the Court's docket in these cases.

RLF1 11619189v.1

8.      Therefore, the Debtors seek to expunge the No Liability Claims from the Claims Register, as set forth in the proposed order, attached hereto as **Exhibit A**.

9.      The Debtors have revised the applicable exhibit to the proposed form of order (the "Proposed Order") to remove the Adjourned Claims. A copy of the Proposed Order is attached hereto as **Exhibit A**, and a redline of the exhibit as compared to the exhibit attached to the Proposed Order filed on February 6, 2015, is attached hereto as **Exhibit B**.

*[Remainder of page intentionally left blank.]*

RLF1 11619189v.1

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order, substantially in the form attached hereto as **Exhibit A** at the convenience of the Court.

Dated:  March 9, 2015
        Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
        defranceschi@rlf.com
        madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
        stephen.hessler@kirkland.com
        brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
        marc.kieselstein@kirkland.com
        chad.husnick@kirkland.com
        steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*