IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) ) | (Jointly Administered) |
|  |  | **Re:  D.I. 3527, 3673, 3678, 3748** |

**NOTICE OF FILING OF REVISED EFIH PARTIAL
REPAYMENT ORDER AND AMENDED EFIH DIP ORDER**

PLEASE TAKE NOTICE that, on February 12, 2015, Energy Future Holdings Corp. ("EFH Corp."), Energy Future Intermediate Holding Company LLC ("EFIH"), and EFIH Finance Inc. (collectively with EFH Corp. and EFIH, the "EFIH Debtors"), co-debtors with the above-captioned debtors and debtors in possession, filed the **Motion of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and EFIH Finance Inc. for Entry of (A) Order (I) Authorizing Partial Repayment of EFIH Second Lien Notes; (II) Approving EFIH DIP Consent; and (III) Authorizing Consent Fee and (B) Revised EFIH First Lien DIP Order** [D.I. 3527] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").[2]  **You were previously served with a copy of the Motion.**

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

RLF1 11622295v.1

PLEASE TAKE FURTHER NOTICE that a hearing with respect to the relief requested in the Motion (and objections thereto) is to take place before The Honorable Christopher S. Sontchi at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **March 10, 2015 starting at 9:30 a.m. (Eastern Daylight Time)** (the "Hearing").  Objections to the Motion were due by no later than February 26, 2015 at 4:00 p.m. (Eastern Standard Time).

PLEASE TAKE FURTHER NOTICE that the Motion requested, among other things, entry of an order (the "Repayment Order") (a) authorizing EFIH to use up to $750 million of its cash on hand to repay outstanding principal and accrued interest (the "Partial Repayment") on the EFIH 11.00% and 11.75% second lien notes due 2021 and 2022, respectively; (b) approving a written consent to the Partial Repayment entered into between EFIH and EFIH Finance Inc. and the agent and required lenders under the DIP Credit Agreement (the "EFIH DIP Consent"); and (c) authorizing EFIH to pay the Consent Fee.  The Motion also requested entry of an order amending the previously entered order approving the EFIH DIP Facility (the "Amended DIP Order") to provide for the implementation of the revisions necessary to permit the transactions allowed under the EFIH DIP Consent.

PLEASE TAKE FURTHER NOTICE that a revised Repayment Order is attached hereto as **Exhibit A** (the "Revised Repayment Order"), including the original EFIH DIP Consent, attached hereto as **Exhibit 1** to **Exhibit A**, and a second EFIH DIP Consent, consenting to the revisions to the Repayment Order, attached hereto as **Exhibit 2** to **Exhibit A**.  A redline of the Revised Repayment Order against the original Repayment Order is attached hereto as **Exhibit B**.  The Amended DIP Order is attached hereto as **Exhibit C**, an incremental redline against the

version filed with the Motion is attached hereto as **Exhibit D**, and a cumulative redline against the entered version is attached hereto as **Exhibit E**.

PLEASE TAKE FURTHER NOTICE that the Revised Repayment Order incorporates revisions concerning the related intercreditor adversary proceeding, titled *CSC Trust Co. of Del. v. Computershare Trust Co.*, No. 14-50410 (Bankr. D. Del. June 20, 2014), and the allocation of the Partial Repayment amount to various claims under the EFIH Second Lien Indenture.

PLEASE TAKE FURTHER NOTICE that the EFIH Debtors believe that the Revised Repayment Order resolves the objection and cross-motion filed by the EFIH Second Lien Trustee [D.I. 3673] and addresses any other alleged intercreditor issues associated with the Motion, as set forth in the statement filed by the EFIH First Lien Trustee [D.I. 3678] and the joint statement filed by the EFIH First and Second Lien Trustees [D.I. 3748]. The EFIH Debtors will present the Revised Repayment Order for entry by the Court at the Hearing.

[*Remainder of page left intentionally blank.*]

Dated: March 9, 2015
     Wilmington, Delaware          */s/ Jason M. Madron*
                                  **RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
Email:  collins@rlf.com
       defranceschi@rlf.com
       madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
Email:  edward.sassower@kirkland.com
       stephen.hessler@kirkland.com
       brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
Email:  james.sprayregen@kirkland.com
       marc.kieselstein@kirkland.com
       chad.husnick@kirkland.com
       steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession