**EXHIBIT A**

Energy Future Holdings Corp.
First Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| Allied Electronics Inc. | 3312 | Response filed on 12/10/14. [Docket No. 2964]. The hearing on this claim has been continued to April 14, 2015 starting at 9:30 a.m. (EDT). |
| Allied Electronics Inc. | 3313 | Response filed on 12/10/14. [Docket No. 2964]. The hearing on this claim has been continued to April 14, 2015 starting at 9:30 a.m. (EDT). |
| Emerson Network Power Liebert Services | 3297 | Response filed on 12/10/14. [Docket No. 2970]. The hearing on this claim has been continued to April 14, 2015 starting at 9:30 a.m. (EDT). |
| Koetter Fire Protection of Austin, LLC | 3118 | Response filed on 12/5/14. [Docket No. 2950]. The hearing on this claim has been continued to April 14, 2015 starting at 9:30 a.m. (EDT). |

11623372_1

**EXHIBIT B**

Energy Future Holdings Corp.
Fourth Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit 3 to Exhibit A** | | |
| Brinkley, Anne | 2345 | The hearing on this claim has been continued to April 14, 2015 starting at 9:30 a.m. (EDT). |

11623428_1

**EXHIBIT C**

Energy Future Holdings Corp.
Eighth Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| Exhibit A | | |
| ADVANCED BUSINESS GRAPHICS | 3930 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| ALLEN, CYNTHIA | 2818 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| ARCHIE, LAKEITHA | 4326 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| ARNESON, DENNIS | 2084 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| BARTLEY, BABETTE | 2244 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| BATSON, KENNETH L | 1572 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| BATTAGLIA, JOHN | 1839 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| BEARD JR, JACK ROGERS | 2304 | Response filed on February 11, 2015. [Docket No. 3511]. The hearing on this claim has been continued to April 14, 2015 starting at 9:30 a.m. (EDT). |
| BECK, DIMITRI L | 440 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| BELLINGER, APRIL | 2944 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| BENAVIDEZ, MARTIN | 2889 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| BENNETT, SYLVIA | 1535 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| BETANCOURT, MARIA | 5426 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| BILBREY, ROBERT | 2587 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| BINGHAM, GLORIA | 8086 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |

RLF1-11623685_1

Energy Future Holdings Corp.
Eighth Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| BINGHAM, GLORIA | 8087 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| BITTLE, ZILA E | 3059 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| BLACK, GILDA | 679 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| BLACKMON, FRED | 2008 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| BLOCKER, SHARROCCA | 1088 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| BOLDEN, PAUL | 3921 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| BOOLMAN, GARY | 2361 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| BOYD, BARBARA | 3704 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| BOYD, BARBARA | 3705 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| BRADFORD, ELIJAH | 3166 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| BRIGGS, FERRONICA | 8065 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| BRITTON, SHACARLA | 3542 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| BROWN, A J | 2392 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| BURNS, MARCIE | 2825 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| BURNSIDE, JANICE | 2182 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| CAISE, KARLEAN D | 7736 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |

2

RLF1-11623685_1

Energy Future Holdings Corp.
Eighth Omnibus (No-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| CALHOUN, BRAD | 5658 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| CARDOSO, ESTEBAN | 3065 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| CARTER, MARCUS VICTOR | 1068 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| CHAPMAN, ANTIONETT | 740 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| CLEVELAND, EMMA | 3021 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| CONDLEY, STEPHEN M | 1151 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| COTTEN, DIANN | 2903 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| CRANE, KATHERINE | 2997 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| CRAVEN, JANICE | 9696 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| CRAVEN, JANICE | 9697 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| CRUZ-ROARK, ADELA | 3379 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| CUDGEL, SHEILA | 2373 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| DARR, RICHARD | 4551 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| DAVIS, ROGER H | 2253 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| DEL RIO, BLANCA | 2067 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| DENNY, PEGGY | 2520 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |

RLF1-11623685_1

Energy Future Holdings Corp.
Eighth Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| Exhibit A | | |
| DENSON, SHERON | 733 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| DIXSON, VINCENT | 3735 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| DODGEN, DAVID | 297 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| DUFFIE, WARREN | 3359 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| EDWARDS, HAL | 2846 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| EDWARDS, JAMES | 9719 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| ELLIS, PATRICIA L | 1602 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| EPPERSON, ANNIE J | 2594 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| ERVING, PATRICIA | 2886 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| EVANS, ALICE A | 2378 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| EWART, RACHELLE | 2302 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| FEHRMAN, MARK E | 2714 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| FISHER, F M | 2367 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| FLICK, CHARLENE | 1126 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| FLORES, CRISANTOS | 5076 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| FLORES, SYLVIA A | 262 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |

RLF1-11623685_1

Energy Future Holdings Corp.
Eighth Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| FOLKER, POKYE | 1461 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| FRANKLIN JR, DAVID | 2357 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| FULLEN, BILL | 1548 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| GALVAN, GREGORIO R | 2977 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| GARCIA, BERTHA B. | 4976 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| GARCIA, LAMAR | 2075 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| GARCIA, RAUL | 1150 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| GARZA, ALICE | 5432 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| GARZA, LETICIA | 5433 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| GEORGE, DAISY | 903 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| GONZALEZ, DAVID A | 2645 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| GOODSON, FRANKIE | 3342 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| GRAHAM, RUTH | 1732 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| GREEN, TIMOTHY | 1120 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| GRIFFIN, LEO | 2191 | Response filed on February 9, 2015. [Docket No. 3498]. The hearing on this claim has been continued to April 14, 2015 starting at 9:30 a.m. (EDT). |

Energy Future Holdings Corp.
Eighth Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| Exhibit A | | |
| GRIMES, PAULA | 2712 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| GUARALDI, MICHAEL | 1632 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| GUTIERREZ - ORTIZ, EMILY | 2457 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| HARDY, JOSEPH | 1306 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| HARGRAVES, TIMOTHY | 1091 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| HEARNE, BILL W | 3222 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| HELDOORN, DEBBIE | 3291 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| HENDERSON, JOSHIE | 2115 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| HENNAN, JAMES L | 1527 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| HERNANDEZ, JESSICA | 837 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| HERRON, LORI | 2892 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| HICKS, SHARI | 3560 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| HILL, KENNY | 724 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| HILLOCK, LLOYD F | 8074 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| HUDSON, KRISTA | 3668 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| HUGHES, LETICIA | 2821 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |

6

Energy Future Holdings Corp.
Eighth Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| HUNTER, KIM | 3294 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| JACKSON, ANDREA | 4438 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| JACKSON, BARRON RAY | 366 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| JACKSON, NORMAN | 3367 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| JAMES, LANA J. | 2914 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| JAMES, LANA J. | 4255 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| JANOW, SANDY | 2351 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| JOHNSON, DREW | 1883 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| JUMP START CHRISTIAN ACADEMY INC | 3207 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| KELSO, KENT | 2578 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| KHAN, GWENDOLYN | 9813 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| KING, DERRICK L | 3175 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| LALONE, CAROL | 466 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| LECLERE, DENISE | 228 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| LERER, STEPHEN | 1831 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| LEWIS, ASHLEY | 2702 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |

7

RLF1-11623685_1

Energy Future Holdings Corp.
Eighth Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| Exhibit A | | |
| LEWIS, GLENN | 4955 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| LONG, SHANEEN | 4132 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| LOVE, WILLIAM | 2625 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| LUCE, LARRY | 2693 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| LYNCH, WILLIE LOUIS | 239 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| MARTIN, DARIEN L | 2254 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| MARTINEZ, IRENE | 3516 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| MAY, ALAN | 2869 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| MCALLISTER, MIKE R | 693 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| MCCALLY, R H | 1848 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| MCCLAIN, JACKIE | 417 | Response filed on February 9, 2015. [Docket No. 3500]. The hearing on this claim has been continued to April 14, 2015 starting at 9:30 a.m. (EDT). |
| MCDIFFITT, BRENDA | 1170 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| MEYER, KRISTOPHER BRADLEY | 1444 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| MINTZ, GREGG | 2358 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| MORAN, NANCY M | 2400 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |

8

Energy Future Holdings Corp.
Eighth Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| Exhibit A | | |
| MORATAYA, SANTOS | 1800 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| MORENO, JESUS | 2730 | Response filed on February 18, 2015. [Docket No. 3578]. The hearing on this claim has been continued to April 14, 2015 starting at 9:30 a.m. (EDT). |
| MUSSLEWHITE JR, CLARENCE | 1595 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| OKE, OLAGBEMILEKE | 3068 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| ONDRICEK, STACYE | 4901 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| OPTERMANN, ERIN | 3714 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| ORELLANA, MILAGRO | 5234 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| PAUL, JERRY | 4367 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| PITCHFORD, JOAN | 2290 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| POLCAK, JOHN | 5663 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| POWELL, LINDA | 446 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| PRATT, DORIS | 5980 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| PRICE, DON | 3645 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| PYLE, JILL | 3151 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| RAMBHIA, RAJIV | 3262 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |

Energy Future Holdings Corp.
Eighth Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| RHYNES, WALTER | 4369 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| RICHARDS, MARIEA R | 3492 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| ROBINSON, REBA | 4596 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| RODRIGUEZ, ELVA R | 1090 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| ROE, J R | 810 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| RUBENSTEIN, BAM | 999 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| RUISECO, EDEL | 3582 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| RUSH, JANE | 1341 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| RUTLEDGE, MICHAEL | 481 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| RYAN, EVELYN | 1405 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| RYLANDER, LAQUITA | 2832 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| SACKS, ELAINE | 3433 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| SACKS, ELAINE | 3434 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| SANDERS, RICKEY | 5983 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| SANDIFER, EDDIE D | 1536 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| SANDIFER, FREDDIE | 798 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |

RLF-11623685_1

Energy Future Holdings Corp.
Eighth Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| SAYLES, JAMES | 411 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| SMART FROM THE START CHILDCARE | 3057 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| SMITH, NANCY | 3009 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| SMOTHERS, RAINA | 1988 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| SPENCER, NATASHA | 1994 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| STANGLIN, AMANDA | 3215 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| STECK, JODIE | 2885 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| STEVENS, GEORGE | 1143 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| STEWART, ANTOINETTE | 1222 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| STEWART, RALPH E. | 9807 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| STOKER, BARBARA | 3036 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| SULLIVAN, SHAREL | 3058 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| SULLIVAN, TIM J | 2637 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| SULLIVAN, TIM J | 2638 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| THEODORE, CAROLYN | 1216 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| THURMONED, POLLYANNA | 989 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |

11

Energy Future Holdings Corp.
Eighth Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| TIPPIT, EMILY R | 9714 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| TIPTON, DEMOLEE C | 1733 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| TREVINO, RICKY | 2583 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| TROPOLOC, GEORGE | 3265 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| TST | 3929 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| TURNER, JAMES D | 3365 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| TYSON, CARLISHA | 2673 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| ULLMANN, JOSEPH | 9632 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| VELASQUEZ, DISELA CARIDAD | 1887 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| WALKER, ANGELA | 5673 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| WALKER, EDIE | 218 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| WASHINGTON, AUDREY | 743 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| WATSON, CHARLES RAY | 5273 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| WATSON, NELSON D | 427 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| WELBORN SESCO, ROBIN | 5452 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| WELBORN, ROBIN | 5453 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |

12

Energy Future Holdings Corp.
Eighth Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| WHITE, DARLENE | 2895 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| WILLIAMS, LINDA | 2940 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| WILLIAMS, TONY | 9635 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| WINZER, ROBERT | 696 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| WINZER, ROBERT | 741 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| WINZER, ROBERT | 4170 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| WONG, N J | 2058 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| WOODS, RODNEY | 5033 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| WRIGHT, GWEN | 2987 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| YORK, S R | 1456 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| ZEMAN, RICHARD | 353 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |
| ZOOK, LINDSAY E | 990 | On February 24, 2015 the Court entered an order granting the objection in connection with this claim. |

13

RLF-11623685_1

**EXHIBIT D**

Energy Future Holdings Corp.
Third Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| BETTS, BARBARA | 3831 | The hearing on this claim has been continued to April 14, 2015 starting at 9:30 a.m. (EDT). |
| CAESAR, RUTH | 5630 | Response filed on January 5, 2015. [Docket No. 3171]. The hearing on this claim has been continued to April 14, 2015 starting at 9:30 a.m. (EDT). |
| DELGADO, MARIA NAVEJAR | 2004 | The hearing on this claim has been continued to April 14, 2015 starting at 9:30 a.m. (EDT). |
| GUY, MASON | 2738 | Response filed on December 29, 2014. [Docket No. 3153]. The hearing on this claim has been continued to April 14, 2015 starting at 9:30 a.m. (EDT). |
| JACOBS, SHAMMIKA | 2990 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| KEYES, SUSAN | 2891 | Response filed on December 31, 2014. [Docket No. 3164]. The hearing on this claim has been continued to April 14, 2015 starting at 9:30 a.m. (EDT). |
| NEAL, KATHEY | 1499 | The hearing on this claim has been continued to April 14, 2015 starting at 9:30 a.m. (EDT). |
| NEDD-JOHNSON, NANNETTE | 2021 | The hearing on this claim has been continued to April 14, 2015 starting at 9:30 a.m. (EDT). |
| OLBRISH, KIMBERLY | 669 | The hearing on this claim has been continued to April 14, 2015 starting at 9:30 a.m. (EDT). |
| SMITH, CYNTHIA | 1423 | The hearing on this claim has been continued to April 14, 2015 starting at 9:30 a.m. (EDT). |
| SOTO, MARIA | 428 | Informal response received. The hearing on this claim has been continued to April 14, 2015 starting at 9:30 a.m. (EDT) |
| STRUBLE, HARRY | 2755 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| TOWNLEY, LISA | 4011 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| WRIGHT, JANEESE | 3643 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |

1

RLF-11623702_1

**EXHIBIT E**

Energy Future Holdings Corp.
Sixth Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| DAMIANI, ANNA | 3393 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| DE LA CERDA JR., JOE F. | 1324 | The hearing on this claim has been continued to April 14, 2015 starting at 9:30 a.m. (EDT). |
| HAWKINS, MONICA R | 1868 | Response filed on 1/27/15. [Docket No. 3386]. The hearing on this claim has been continued to April 14, 2015 starting at 9:30 a.m. (EDT). |
| MITCHELL, STEPHEN | 2636 | The hearing on this claim has been continued to April 14, 2015 starting at 9:30 a.m. (EDT). |
| MOORE, DEBORAH D | 3927 | The hearing on this claim has been continued to April 14, 2015 starting at 9:30 a.m. (EDT). |
| ROBINSON, JOANN M | 4959 | Response filed on 1/28/15. [Docket No. 3389]. The hearing on this claim has been continued to April 14, 2015 starting at 9:30 a.m. (EDT). |
| WOODS, SHANTA | 2899 | The hearing on this claim has been continued to April 14, 2015 starting at 9:30 a.m. (EDT). |

1

**EXHIBIT F**

Energy Future Holdings Corp.
Ninth Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| ABL SERVICES, INC. | 1775/5294 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| BHP BILLITON OLYMPIC DAM CORP PTY LTD | 9890/9894 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| EL PASO COUNTY TREASURER | 5225/4763 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| FOREST CREEK WIND FARM, LLC | 3604/3603 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| MANSKE, GENE | 4226/4225 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| NEBRASKA STATE TREASURER | 4083/4082 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| PIERCE PUMP CO LP | 2911/2910 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| TELECOM ELECTRIC SUPPLY COMPANY | 3897/3901 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| TELECOM ELECTRIC SUPPLY COMPANY | 3900/3844 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| UNITED SITE SERVICES OF TEXAS INC | 5541/5062 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| UNITED SITE SERVICES OF TEXAS INC | 5542/5061 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| BALLENGER, JIMMY W. | 4743 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| BARRETT, LAURENE | 3287 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| BIRD, SANDRA | 968 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| BISHOP, JOHNNY | 4358 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| BLACK, LUCILLE | 338 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |

RLF1-11623777_1

Energy Future Holdings Corp.
Ninth Omnibus (No-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| BROOKS, NOEL | 400 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| BURNS, CLARICA ANN | 1077 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| CANNADY, LOIS | 566 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| CARLILE, LARRY | 238 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| CROUCH-GRUBAUGH, SARAH | 2519 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| DALTON, BOBBY H | 211 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| DANA | 1690 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| DRIVER, DON | 4176 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| DURAN, IVONNE | 3669 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| ESTRADA, BONNIE | 5754 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| FINLEY, H DEAN | 2672 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| GARDNER, SHARON L | 2607 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| GRUBAUGH, TIMOTHY D | 2518 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| HARBORTH, OPAL | 4301 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| HARDING, BARBARA | 8082 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| HOLLINGSWORTH, JAMES | 1689 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |

RLF1-11623777_1

Energy Future Holdings Corp.
Ninth Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| HOLLINGSWORTH, V D | 1688 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| HUNT, NORMA L | 1510 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| IBACH, SALLY | 2719 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| KIMMEL, RICHARD D | 802 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| LAMBERT, GARY | 1797 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| LAMBERT, GARY | 1798 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| LAMBERT, GARY | 1799 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| LEWIS, LLISA | 3500 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| LEWIS, TOM | 3499 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| LOMOSI, JACQUETTA | 8037 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| MALANGA, KELSEY | 1424 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| MORRIS, JAMIE L | 2110 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| NUNLEY, PELE J | 3205 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| PARRISH, SUE | 6170 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| PHILLIPS, BARBARA | 1368 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| PHILLIPS, JIM P | 3028 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |

Energy Future Holdings Corp.
Ninth Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| Exhibit A | | |
| POLKEY, AMY | 2300 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| RAMAGE, J F | 1209 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| SAYEN, CHARLIE | 1340 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| SLOAN, CARRIE | 475 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| SMARTT, RALPH | 8084 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| STEPHENS, SANDRA | 4899 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| STERBA, DEBORAH | 365 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| TAYLOR, PAMELA | 4908 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| VAN AMBURGH, RUTH E | 1038 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| VILLARREAL, MARTIN | 1833 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| YELL, SHANNON | 2858 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| BACKSNAP ENTERPRISE INC DBA ACTION CHIRO | 3361 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| BARANY, LINDA | 425 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| BAUTZ, LISA | 3357 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| BOSTON, JOSEPH | 1491 | Response filed on February 19, 2015. [Docket No. 3604]. On March 9, 2015 the Court entered an order grating the objection in connection with this claim. |

Energy Future Holdings Corp.
Ninth Omnibus (No-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| BROOKS, WILLIE V. | 7765 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| CHRISTIAN BROTHERS CONSTRUCTION LLC | 3614 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| DICK, SUSAN | 1081 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| DICK, SUSAN | 1082 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| DICK, SUSAN | 1083 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| DORAN, MARK J | 668 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| GRAVITT, TAMRA | 1500 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| GREEN, MARY | 963 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| GROW, MICHAEL R | 598 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| HALLETT, KAREN | 3460 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| HARRISON, STEVE | 3615 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| HOUGLAND, HAROLD | 2931 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| HOWARD, DAN | 5631 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| HUTCHINS, BOB | 1681 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| HUTCHISON, TRAVIS | 4108 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| JOHNSON, LAURA | 8057 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |

RLF-11623777_1

Energy Future Holdings Corp.
Ninth Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| KIM, JOSHUA | 3334 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| KNUPPEL, PAULA | 3000 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| KULL, WILLIAM J | 1446 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| LEATHERMAN, ETHEL | 1369 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| LUI, LAWRENCE | 2271 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| NUCKOLLS, RONALD | 3707 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| RAMPELLI, DIANA | 3681 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| RODDY, WILBUR R | 418 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| SHODIPO, ABIOLA | 1922 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| TAPP, DAVID L | 1817 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| THOMAS, SERENA | 3070 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| TORRES, JOSE | 5633 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| VANDERWIEL, ROBERT W | 758 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| WHITBECK, ELAINE | 949 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| WHITE, RANDY | 1343 | Response filed on February 19, 2015. [Docket No. 3609]. On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |

RLF-11623777_1

6

Energy Future Holdings Corp.
Ninth Omnibus (No-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| WOODY, MALCOLM | 1766 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |

**EXHIBIT G**

Energy Future Holdings Corp.
Tenth Omnibus (Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| AEGIS CHEMICAL SOLUTIONS, LLC | 1302 | A revised form of order has been submitted under certification of counsel. |
| BATTLE, JOHNNIE | 627 | A revised form of order has been submitted under certification of counsel. |
| BISHOP, JUDY | 4359 | A revised form of order has been submitted under certification of counsel. |
| CANRIGHT, ALICE | 682 | A revised form of order has been submitted under certification of counsel. |
| COFER, ARVESTER | 4468 | Response filed on February 23, 2015. [Docket No. 3623]. The hearing on this claim has been continued to April 14, 2015 starting at 9:30 a.m. (EDT). |
| CRAWFORD, CHARLES | 1910 | A revised form of order has been submitted under certification of counsel. |
| HANSEN, ROBBIE | 1616 | A revised form of order has been submitted under certification of counsel. |
| HANSEN, ROBBIE | 1617 | A revised form of order has been submitted under certification of counsel. |
| HANSEN, ROBBIE | 1618 | A revised form of order has been submitted under certification of counsel. |
| JOHNSON-CAULEY, MELVA D | 2686 | Response filed on February 24, 2015. [Docket No. 3636]. The hearing on this claim has been continued to April 14, 2015 starting at 9:30 a.m. (EDT). |
| JOYER, LEONARD | 3649 | A revised form of order has been submitted under certification of counsel. |
| JOYER, SHELIA | 3648 | A revised form of order has been submitted under certification of counsel. |
| KADEL, LESLIE I | 5646 | A revised form of order has been submitted under certification of counsel. |
| LACOUR, MARY | 4467 | Response filed on February 23, 2015. [Docket No. 3623]. The hearing on this claim has been continued to April 14, 2015 starting at 9:30 a.m. (EDT). |

RLF-11623905_1

Energy Future Holdings Corp.
Tenth Omnibus (Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| LEONARD, MIKE | 1464 | A revised form of order has been submitted under certification of counsel. |
| MASSEY, LOIS | 2475 | A revised form of order has been submitted under certification of counsel. |
| MESA, GILBERT | 3472 | A revised form of order has been submitted under certification of counsel. |
| MILLER, DAVID A | 3473 | A revised form of order has been submitted under certification of counsel. |
| NOTO, JAMES | 321 | A revised form of order has been submitted under certification of counsel. |
| SMITH, BILLY M | 5777 | A revised form of order has been submitted under certification of counsel. |
| TIDWELL, KATHY | 4375 | A revised form of order has been submitted under certification of counsel. |
| ZAIDI, HASAN | 2687 | A revised form of order has been submitted under certification of counsel. |

2

**EXHIBIT H**

Energy Future Holdings Corp.
Eleventh Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| BLACK & VEATCH CORPORATION | 3017 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| DEPARTMENT OF THE TREASURY - IRS | 177 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| DEPARTMENT OF THE TREASURY - IRS | 184 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| DEPARTMENT OF THE TREASURY - IRS | 185 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| DEPARTMENT OF THE TREASURY - IRS | 186 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| DEPARTMENT OF THE TREASURY - IRS | 187 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| DEPARTMENT OF THE TREASURY - IRS | 584 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| DEPARTMENT OF THE TREASURY - IRS | 585 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| DEPARTMENT OF THE TREASURY - IRS | 586 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| DEPARTMENT OF THE TREASURY - IRS | 588 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| DEPARTMENT OF THE TREASURY - IRS | 589 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| DEPARTMENT OF THE TREASURY - IRS | 590 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| DEPARTMENT OF THE TREASURY - IRS | 4099 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| DEPARTMENT OF THE TREASURY - IRS | 4100 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| EMC CORPORATION | 89 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| LIQUIDITY SOLUTIONS, INC. | 49 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |

RLF-11623920_1

Energy Future Holdings Corp.
Eleventh Omnibus (No-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| METCO ENVIRONMENTAL INC | 4114 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| REDDY ICE CORPORATION | 2096 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| SIEMENS INDUSTRY, INC. | 3549 | On March 9, 2015 the Court entered an order granting the objection in connection with this claim. |

2

# EXHIBIT I

Energy Future Holdings Corp.
Seventh Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| EDWARDS, DEANNA | 9922 | Response filed on 1/28/15. [Docket No. 3388]. The hearing on this claim has been continued to April 14, 2015 starting at 9:30 a.m. (EDT). |
| EDWARDS, GERALD | 9923 | Response filed on 1/28/15. [Docket No. 3388]. The hearing on this claim has been continued to April 14, 2015 starting at 9:30 a.m. (EDT). |
| WALDREP, RICHARD GARY | 9658 | Response filed on 1/23/15. [Docket No. 3354]. The hearing on this matter will go forward in connection with this claim. |

1

RLF1-11623947_1