**Exhibit E**
**Summary of Total Fees Incurred and Hours Billed During the Fee Period**

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | |
| Bennett, David | Partner | Bankruptcy and Restructuring | TX: 1986 | $10,384.50 | 12.9 | 0 | $805 | $805 | $10,384.50 |
| Clark, Katie | Partner | Bankruptcy and Restructuring | TX: 2004 | $32,136.00 | 62.4 | 0 | $515 | $515 | $32,136.00 |
| Cowdrey, Ann Marie | Partner | Corporate and Securities | TX: 1992 | $630.00 | 0.90 | 0 | $700 | $700 | $630.00 |
| Fountain, Sharon | Partner | Tax | TX: 1982 | $6,705.00 | 9 | 0 | $745 | $745 | $6,705.00 |
| Liggins, Demetra | Partner | Bankruptcy and Restructuring | TX: 2000 NY: 2008 | $27,104.00 | 48.4 | 0 | $560 | $560 | $27,104.00 |
| McNulty, Mary | Partner | Tax | TX: 1989 | $110,417.50 | 152.3 | 0 | $725 | $725 | $110,417.50 |
| Parker, Emily A | Partner | Tax | TX: 1973 | $5,580.00 | 6 | 0 | $930 | $930 | $5,580.00 |
| Wheat, R. David | Partner | Tax | TX: 1988 LA: 1988 | $71,403.50 | 90.7 | 0 | $805 | $805 | $71,403.50 |
| Bloom, Brandon | Associate | Tax | TX: 2006 | $72,460.50 | 140.7 | 0 | $515 | $515 | $72,460.50 |
| Chase, Thaddeus | Associate | Corporate and Securities | TX: 2013 | $5,701.50 | 18.1 | 0 | $315 | $315 | $5,701.50 |
| Clemons, Catherine | Associate | Trial | TX: 2013 | $1,732.50 | 5.5 | 0 | $315 | $315 | $1,732.50 |
| James, Megan | Associate | Tax | TX: 2014 | $8,484.00 | 30.3 | 0 | $280 | $280 | $8,484.00 |
| Levitt, Steven | Associate | Bankruptcy and Restructuring | TX: 2014 | $3,080.00 | 11 | 0 | $280 | $280 | $3,080.00 |
| Meyercord, Leonora | Associate | Tax | TX: 2010 | $84,710.00 | 197 | 0 | $430 | $430 | $84,710.00 |
| Morrison, Jessica | Associate | Tax | TX: 2009 | $874.00 | 1.9 | 0 | $460 | $460 | $874.00 |
| Nylin, Meghan | Associate | Trial | TX: 2009 | $11,954.00 | 27.8 | 0 | $430 | $430 | $11,954.00 |
| Shoemaker, Cassandra | Associate | Bankruptcy and Restructuring | TX: 2009 | $874.00 | 1.9 | 0 | $460 | $460 | $874.00 |
| Wootton, Andrew | Associate | Tax | TX: 2010 | $9,030.00 | 21 | 0 | $430 | $430 | $9,030.00 |

| Paraprofessional Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | |
| LeMire, Caroline | Paralegal | Bankruptcy and Restructuring | n/a | $26,256.00 | 109.4 | 0 | $240 | $240 | $26,256.00 |