**Exhibit F**
**Summary of Actual and Necessary Expenses for the Fee Period**

| Expense | Vendor (if any) | Amount |
|---|---|---|
| Standard Copies or Prints ($0.10/page) | In-House | $15.30 |
| Outside Messenger Services | Special Delivery, Inc. | $10.57 |
| Hotel | Hotel DuPont, Washington DC (two nights) | $578.80 |
| Airfare | Lawyer's Travel Service, American Airlines | $725.45 |
| Airport Parking | Freedom Park, DFW Airport Parking | $86.93 |
| Travel Meals | Various | $70.76 |
| Appearance Fees | CourtCall | $144.00 |
| Meals | Meal related to 9/16/2014 court appearance | $7.78 |
| | Total: | $1,639.59 |