**Exhibit G**
**Summary of Fees and Expenses by Matter for the Fee Period**

| Matter Summary | | | | | | |
|---|---|---|---|---|---|---|
| Matter No. | Project Category Description | Hours | | Total Compensation | | Expenses | Total |
| | | Budget | Billed | Budget | Billed | | |
| 21 | 2003-2006 Tax Years | 93.2 | 42.10 | $61,174.00 | $28,591.50 | $25.87 | $28,617.37 |
| 26 | Document Retention | 95.9 | 51.40 | $37,913.00 | $19,388.00 | $0 | $19,388.00 |
| 27 | Debt Restructuring Advice | 1234.40 | 853.70 | $667,264.50 | $441,537.50 | $1,613.72 | $443,151.22 |
| Totals | | 1423.50 | 947.20 | $766,351.50 | $489,517.00 | $1,639.59 | $491,156.59 |

| Task Summary | | | |
|---|---|---|---|
| Task Code | Project Category Description | Hours | Total Fees |
| B110 | Case Administration | 17.6 | $9,609.00 |
| B160 | Fee/Employment Applications | 238.2 | $106,273.00 |
| B161 | Budget/Staffing Plan | 19.7 | $12,786.00 |
| B170 | Fee/Employment Objections | 27.3 | $17,116.00 |
| B171 | Fee Objection Discussion and Litigation | 0.6 | $336.00 |
| B195 | Non-Working Travel | 4 | $1,610.00 |
| B210 | Business Operations | 51.4 | $19,388.00 |
| B240 | Tax Issues | 588.4 | $322,399.00 |
| Totals | | 947.2 | $489,517.00 |