## Exhibit I

## Detailed Description of Expenses and Disbursements

### AIRFARE

| Professional | Date(s) | Expense | Description |
|---|---|---|---|
| David Wheat | 10/15/2014-10/17/2014 | $725.45 | American Airlines economy roundtrip flight between Dallas and Philadelphia |
| | **TOTAL:** | **$725.45** | |

### LODGING

| Professional | Date(s) | Expense | Description |
|---|---|---|---|
| David Wheat | 10/15/2014-10/16/2014 | $578.80 | Hotel DuPont, Wilmington, DE (two nights - $295/night) |
| | **TOTAL:** | **$578.80** | |

### MEALS

| Professional | Date(s) | Expense | Description |
|---|---|---|---|
| David Wheat | 10/15/2014 | $13.18 | Lunch |
| David Wheat | 10/16/2014 | $24.96 | Dinner |
| David Wheat | 10/17/2014 | $24.00 | Lunch |
| David Wheat | 10/17/2014 | $8.62 | Snack/Dinner |
| | **TOTAL:** | **$70.76** | |

### PARKING

| Professional | Date(s) | Expense | Description |
|---|---|---|---|
| David Wheat | 5/13/2014 | $86.93 | Freedom Park, DFW Airport Parking (3 days - $24/day) |
| | **TOTAL:** | **$86.93** | |

**Grand Total: $1,461.94**