## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) |

### THIRD SUPPLEMENTAL DECLARATION OF
### THOMAS D. BIBBY IN SUPPORT OF THE APPLICATION
### OF ENERGY FUTURE HOLDINGS CORP, ET AL., FOR ENTRY
### OF AN ORDER AUTHORIZING THE KPMG DEBTORS AND KPMG
### DEBTORS IN POSSESSION TO RETAIN AND EMPLOY KPMG LLP AS
### BANKRUPTCY ACCOUNTING AND TAX ADVISORS EFFECTIVE
### NUNC PRO TUNC TO THE PETITION DATE

I, Thomas D. Bibby, being duly sworn, state the following under penalty of perjury:

1.      I am a Partner of KPMG LLP ("KPMG"), which has a place of business at 717 North Harwood Street, Dallas, Texas 75201-6585 (the "Company"). KPMG is the United States member firm of KPMG International, a Swiss cooperative.

2.      I submit this declaration, pursuant to Bankruptcy Rules 2014(a) and 2016(b), on behalf of KPMG (the "Third Supplemental Bibby Declaration") in support of the *Application of Energy Future Holdings Corp.* et al., for *Entry of an Order Authorizing the Debtors to Retain and Employ KPMG LLP as Bankruptcy Accounting and Tax Advisors Effective* Nunc Pro Tunc *to the Petition Date* [D.I. 652] (the "Original Application"). Except as otherwise noted herein, I have personal knowledge of the matters set forth herein. The bases for the relief requested in this

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Motion are sections 327(a) and 328 of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016, and Local Bankruptcy Rules 2014-1 and 2016-2.

## Background

3.      On April 29, 2014 (the "Petition Date"), each of the Debtors filed a voluntary petition with the Court under the Bankruptcy Code. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The Court has entered a final order for joint administration of these chapter 11 cases [D.I. 849]. The Court has not appointed a trustee. The Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") formed an official committee of unsecured creditors of EFCH, TCEH, the direct and indirect Debtor subsidiaries of EFCH and TCEH, and EFH Corporate Services Company (the "TCEH Creditors' Committee") on May 13, 2014 [D.I. 420] and an official committee of unsecured creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. (the "EFH Creditors' Committee") on October 27, 2014 [D.I. 2570]. Further information regarding the Debtors' business operations and capital structure is set forth in the declaration of Paul Keglevic in support of the KPMG Debtors' first day motions [D.I. 98].

4.      On May 29, 2014, the Debtors filed the Original Application and the *Declaration of Thomas D. Bibby in Support of the Application of Energy Future Holdings Corp.*, et at., *for Entry of an Order Authorizing the Debtors to Retain and Employ KPMG LLP as Bankruptcy Accounting and Tax Advisors Effective* Nunc Pro Tunc *to the Petition Date* (the "Bibby Declaration") [D.I. 652].

5.      On June 11, 2014, the Debtors filed a *Notice of Debtors' Entry into Additional Statement of Work with KPMG LLP* [D.I. 910] (the "Notice" and together with the Original

2

Application, the "Application") to supplement the Original Application with respect to an additional statement of work entered into between the KPMG Debtors and KPMG on June 3, 2014.

6.    On September 5, 2014, the Debtors filed a *Supplement to the Application of Energy Future Holdings Corp, et al., for Entry of an Order Authorizing the Debtors to Retain and Employ KPMG LLP as Bankruptcy Accounting and Tax Advisors Effective* Nunc Pro Tunc *to the Petition Date* [D.I. 1968] (the "Application Supplement") and a *Supplemental Declaration of Thomas D. Bibby in Support of the Application of Energy Future Holdings Corp, et al., for Entry of an Order Authorizing the Debtors to Retain and Employ KPMG LLP as Bankruptcy Accounting and Tax Advisors Effective* Nunc Pro Tunc *to the Petition Date* [D.I. 1969] (the "First Supplemental Bibby Declaration") to address additional statements of work and provide additional services in connection with these chapter 11 cases.

7.    Also on September 5, 2014, the Debtors filed a *Declaration of Nancy Braun for Entry of an Order Authorizing the Debtors to Retain and Employ as Bankruptcy Accounting Advisor Effective* Nunc Pro Tunc *to June 17, 2014* [D.I. 1971] (the "Thavron Declaration") to address additional disclosures regarding KPMG's use of Thavron Solutions LLC ("Thavron") to provide technical assistance related to cost modeling in connection with Apptio services. The Thavron Declaration also established Thavron's disinterestedness.[2]

8.    On September 16, 2014, the KPMG Debtors filed a *Second Supplemental Declaration of Thomas D. Bibby in Support of the Application of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing the Debtors to Retain and Employ KPMG LLP as Bankruptcy Accounting and Tax Advisors Effective* Nunc Pro Tunc *to the Petition Date*

---

[2]    Thavron will continue to provide technical assistance related to cost modeling in connection with Apptio services as part of the Additional Services (defined herein).

[D.I. 2038] (the "Second Supplemental Bibby Declaration" and together with the Bibby Declaration and the First Supplemental Bibby Declaration, the "Bibby Declarations") to address additional disclosures regarding the specific delineation of services between the various retained professionals in these chapter 11 cases and retainer payments made by the KPMG Debtors to KPMG.

9.      On December 17, 2014, the Court entered an *Order Granting the Motion of Energy Future Holdings Corp.,* et al., *Authorizing the KPMG Debtors and KPMG Debtors in Possession to Expand the Retention and Employment of KPMG LLP as Bankruptcy Accounting and Tax Advisors Effective* Nunc Pro Tunc *to August 1, 2014* [D.I. 3048] (the "Expanded Services Order") to address additional address additional statements of work and provide additional services in connection with these chapter 11 cases.

10.      On February 24, 2015, the Court entered an *Order Granting the Motion of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing the KPMG Debtors and KPMG Debtors in Possession to Submit Additional Agreements the Expand the Retention and Employment of KPMG LLP as Bankruptcy Accounting, Tax, and IT Advisors* [D.I. 3641] (the "Procedures Order") to address the approval of additional agreements between KPMG and the Debtors related to KPMG's existing retention under expedited procedures.

## Additional Disclosures Regarding Relationships

11.      KPMG received from Debtors' counsel a list of additional new interested parties in these cases. KPMG received and reviewed a list of the Parties-In-Interest attached hereto as **Schedule I**. KPMG's review of these Parties-In-Interest mirrored the initial review of Parties-In-Interest provided in the Original Application. A summary of those current potential relationships

that KPMG was able to identify using its reasonable efforts is reflected in **Schedule II**, attached hereto.[3]

### KPMG's Disinterestedness

12.    As I stated in the Bibby Declarations, KPMG continues to conduct further reviews of its professional contacts as it becomes aware of new parties in interest. To the best of my knowledge, KPMG continues to be a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code as required by 327(a) of the Bankruptcy Code. KPMG holds no interest adverse to the KPMG Debtors or their estates for the matters for which KPMG is to be employed. KPMG has no connection to the KPMG Debtors, their creditors, or their related parties herein except as otherwise disclosed in Original Application, the Bibby Declarations, and the Expanded Services Motion.

*[Remainder of page intentionally left blank]*

---

[3]    **Schedule II** contains a list of the relationships or potential relationships of all KPMG International member firms (as opposed to solely KPMG) and one or more of the parties set forth on the conflicts checklist.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct to the best of my knowledge and belief.

Executed on
Dated:  March 9, 2015

_____
Thomas D. Bibby
Partner, KPMG LLP

## Schedule I
## Additional Parties in Interest

### Other Interested Party

Pallas Realty Advisors Inc.

### Professionals

AlixPartners
Cravath
Cravath Swaine & Moore
Goldin Associates
Greenhill & Co.
Guggenheim Partners
KCC
Montgomery McCracken Walker & Rhoads
LLP
Munger Tolles
Munger Tolles & Olson
O'Kelly Ernst & Bielli
Phillips Goldman & Spence
Proskauer
Proskauer Rose
Solic Capital
Stevens & Lee
Sullivan & Cromwell
Zolfo Cooper

### Unsecured Creditors Committee
Brown & Zhou LLC
Estate of George Fenicle
Fahy, David William
Fenicle, Shirley
Landon, Mark B.
Tinkham, Peter
Schwartz, Andrea

<u>**Schedule II**</u>
**KPMG Relationships**

<u>**Other Interested Party**</u>

N/A

<u>**Professionals**</u>

AlixPartners
Cravath
Cravath Swaine & Moore
Goldin Associates
Greenhill & Co.
Guggenheim Partners
KCC
Montgomery McCracken Walker & Rhoads LLP
Munger Tolles
Munger Tolles & Olson
Proskauer
Proskauer Rose
Stevens & Lee
Sullivan & Cromwell
Zolfo Cooper

<u>**Unsecured Creditors Committee**</u>

N/A