## Exhibit D

**Budget and Staffing Plan**

# M E M O R A N D U M

**TO:**                    Energy Future Holdings Corp., *et al.*

**FROM:**           Thompson & Knight LLP

**DATE:**             February 10, 2015

**SUBJECT:**      September Budget and Staffing Plan Memorandum

On November 1, 2013, the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* (the "U.S. Trustee Guidelines") promulgated by the Office of the United States Trustee for the District of Delaware became effective. To comply with the U.S. Trustee Guidelines, which apply to cases filed on or after November 1, 2013, Thompson & Knight LLP ("T&K") will work with Energy Future Holdings Corp., *et al.* ("You") to develop a budget and staffing plan for the various matters that T&K has opened in connection with the commencement of Your chapter 11 cases (collectively, and as may be amended or modified from time to time, the "Matter Categories").[1]

This memorandum presents the budget and staffing plan regarding the Matter Categories for the period from September 1 through September 30, 2014 (the "Budget Period"). Specifically:

- **Exhibit A** sets forth the proposed budget (the "Budget") for each of the Matter Categories T&K anticipates working on during the Budget Period;

- **Exhibit B** sets forth the proposed staffing plan (the "Staffing Plan") for the Budget Period; and

- **Exhibit C** sets forth the proposed staffing plan for each of the Matter Categories (the "Matter Categories Staffing Plan") that T&K anticipates working on during the Budget Period, all of which are presented for Your review and approval.

Once this memorandum is complete, it will be redacted to exclude any sensitive or privileged information and attached as an exhibit to T&K's fee application(s), along with **Exhibit A** and **Exhibit B**, with respect to the Budget Period that T&K files with the court. **Exhibit C** will not be filed with T&K's fee application(s).

Please note that budgets and staffing plans are, by their nature, speculative. This speculation is particularly the case in the context of large chapter 11 cases, which commonly involve conflicting interests of diverse and numerous constituents. As such, T&K reserves the right to seek payment for all of its fees incurred and expenses accrued in connection with Your chapter 11 cases in accordance with the terms of the engagement letter by and between You and T&K effective as of December 20, 2013

---

[1]    Per T&K's usual practice, we have opened the Matter Categories either in connection with on-going work that began before bankruptcy or the commencement of Your chapter 11 cases. In the event that opening additional matters is necessary, T&K will work with You to review and revise the Matter Categories discussed herein, as appropriate.

(the "Engagement").  Moreover, Your acceptance of the budget and staffing plan is without prejudice to You and Your need for legal services, whether known or unknown at the beginning of the Budget Period. Both You and T&K recognize and agree that the budget and staffing plans set forth herein shall in no way impair or impede any parties' rights with respect to the Engagement, including under Title 11 of the United States Code (the "Bankruptcy Code"), the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Local Rules for the District of Delaware (the "Local Rules"), or any other applicable state or federal law.

## Exhibit A

### September Budget for Matter Categories

Case Name and Number: *In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

Law firm:  T&K

| Matter Number | Task Code | Project Category Description | Hours Budgeted | Total Compensation Budgeted[2] |
|---|---|---|---|---|
| **Applicable to All Debtors** | | | | |
| 21 | B240 | 2003 – 2006 Tax Years | 18.4 | $11,082.50 |
| 26 | B210 | Document Retention | 25.4 | $9,013.00 |
| 27 | B110 | Debt Restructuring Advice: Case Administration | 6.8 | $3,586.00 |
| 27 | B160 | Debt Restructuring Advice: Employment/Fee Applications | 92.7 | $44,918.00 |
| 27 | B161 | Debt Restructuring Advice:  Budget/Staffing Plans | 0.6 | $435.00 |
| 27 | B170 | Fee/Employment Objections | 14.2 | $10,110.50 |
| 27 | B240 | Debt Restructuring Advice | 88.7 | $49,672.50 |
| | | **Total** | **246.8** | **$128,817.50** |

---

[2]   Budgeted numbers do not necessarily amount to a 1:1 ratio because they reflect a blended hourly rate and a variable allocation of timekeepers and hours, depending on the needs for each matter number.

## Exhibit B

### September Staffing Plan Across All Matter Categories

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 7 | 647.34 |
| Associate (4 years or more since first admission) | 4 | 441.07 |
| Jr. Associate (1-3 years since first admission) | 1 | 315.00 |
| Legal Assistant | 1 | 240.00 |
| **Total Attorney** | **12** | **553.31** |
| **Total Non-Attorney** | **1** | **240.00** |
| **Total Timekeepers Aggregated** | **13** | **521.95** |

**Exhibit C-1**

**September Staffing Plan and Budget for 2003 - 2006 Tax Years Matter**
**B240**

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With 2003 - 2006 Tax Years Matter During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 2 | 734.86 |
| Associate (4+ years since first admission) | 1 | 430.00 |
| Jr. Associate (1-3 years since first admission) | 0 | 0.00 |
| Legal Assistant | 0 | 0.00 |
| **Total Attorney** | **3** | **602.31** |
| **Total Non-Attorney** | **0** | **0.00** |
| **Total** | **3** | **602.31** |

**Exhibit C-2**

**September Staffing Plan and Budget for Document Retention Matter**
**B210**

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Document Retention Matter During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 0 | 0.00 |
| Associate (4+ years since first admission) | 1 | 430.00 |
| Jr. Associate (1-3 years since first admission) | 1 | 315.00 |
| Legal Assistant | 0 | 0.00 |
| Case Assistant | 0 | 0.00 |
| **Total Attorney** | **2** | **354.84** |
| **Total Non-Attorney** | **0** | **0.00** |
| **Total** | **2** | **354.84** |

**Exhibit C-3**

**September Staffing Plan and Budget for Debt Restructuring Advice Matter
B110 – Case Administration**

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Debt Restructuring Advice Matter During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 1 | 527.35 |
| Associate (4+ years since first admission) | 0 | 0.00 |
| Jr. Associate (1-3 years since first admission) | 0 | 0.00 |
| Legal Assistant | 0 | 0.00 |
| **Total Attorney** | **1** | **527.35** |
| **Total Non-Attorney** | **0** | 0.00 |
| **Total** | **1** | **527.35** |

**Exhibit C-4**

**September Staffing Plan and Budget for Debt Restructuring Advice Matter
B160 – Employment/Fee Application**

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Debt Restructuring Advice Matter During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 4 | 573.38 |
| Associate (4+ years since first admission) | 0 | 0.00 |
| Jr. Associate (1-3 years since first admission) | 0 | 0.00 |
| Legal Assistant | 1 | 240.00 |
| Case Assistant | 0 | 0.00 |
| **Total Attorney** | **4** | **573.38** |
| **Total Non-Attorney** | **1** | **240.00** |
| **Total** | **5** | **484.55** |

**Exhibit C-5**

**September Staffing Plan and Budget for Debt Restructuring Advice Matter**
**B161 –Budget/Staffing Plans**

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Debt Restructuring Advice Matter During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 1 | 725.00 |
| Associate (4+ years since first admission) | 0 | 0.00 |
| Jr. Associate (1-3 years since first admission) | 0 | 0.00 |
| **Total Attorney** | **1** | **725.00** |
| **Total Non-Attorney** | **0** | 0.00 |
| **Total** | **1** | **725.00** |

**Exhibit C-6**

**September Staffing Plan and Budget for Debt Restructuring Advice Matter**
**B170**

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Debt Restructuring Advice Matter During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 3 | 712.01 |
| Associate (4+ years since first admission) | 0 | 0.00 |
| Jr. Associate (1-3 years since first admission) | 0 | 0.00 |
| Legal Assistant | 0 | 0.00 |
| Case Assistant | 0 | 0.00 |
| **Total Attorney** | **3** | **712.01** |
| **Total Non-Attorney** | **0** | 0.00 |
| **Total** | **3** | **712.01** |

**<u>Exhibit C-7</u>**

**September Staffing Plan and Budget for Debt Restructuring Advice Matter
B240**

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With **Debt Restructuring Advice Matter** During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 4 | 775.39 |
| Associate (4+ years since first admission) | 3 | 444.29 |
| Jr. Associate (1-3 years since first admission) | 0 | 0.00 |
| Legal Assistant | 0 | 0.00 |
| Case Assistant | 0 | 0.00 |
| **Total Attorney** | **7** | **560.01** |
| **Total Non-Attorney** | **0** | 0.00 |
| **Total** | **7** | **560.01** |

# M E M O R A N D U M

**TO:**               Energy Future Holdings Corp., *et al.*

**FROM:**         Thompson & Knight LLP

**DATE:**           March 2, 2015

**SUBJECT:**     October Budget and Staffing Plan Memorandum

---

On November 1, 2013, the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* (the "U.S. Trustee Guidelines") promulgated by the Office of the United States Trustee for the District of Delaware became effective.  To comply with the U.S. Trustee Guidelines, which apply to cases filed on or after November 1, 2013, Thompson & Knight LLP ("T&K") will work with Energy Future Holdings Corp., *et al.* ("You") to develop a budget and staffing plan for the various matters that T&K has opened in connection with the commencement of Your chapter 11 cases (collectively, and as may be amended or modified from time to time, the "Matter Categories").[1]

This memorandum presents the budget and staffing plan regarding the Matter Categories for the period from September 1 through September 30, 2014 (the "Budget Period").  Specifically:

- **Exhibit A** sets forth the proposed budget (the "Budget") for each of the Matter Categories T&K anticipates working on during the Budget Period;

- **Exhibit B** sets forth the proposed staffing plan (the "Staffing Plan") for the Budget Period; and

- **Exhibit C** sets forth the proposed staffing plan for each of the Matter Categories (the "Matter Categories Staffing Plan") that T&K anticipates working on during the Budget Period, all of which are presented for Your review and approval.

Once this memorandum is complete, it will be redacted to exclude any sensitive or privileged information and attached as an exhibit to T&K's fee application(s), along with **Exhibit A** and **Exhibit B**, with respect to the Budget Period that T&K files with the court.  **Exhibit C** will not be filed with T&K's fee application(s).

Please note that budgets and staffing plans are, by their nature, speculative.  This speculation is particularly the case in the context of large chapter 11 cases, which commonly involve conflicting interests of diverse and numerous constituents.  As such, T&K reserves the right to seek payment for all of its fees incurred and expenses accrued in connection with Your chapter 11 cases in accordance with the terms of the engagement letter by and between You and T&K effective as of December 20, 2013

---

[1]    Per T&K's usual practice, we have opened the Matter Categories either in connection with on-going work that began before bankruptcy or  the commencement of Your chapter 11 cases.  In the event that opening additional matters is necessary, T&K will work with You to review and revise the Matter Categories discussed herein, as appropriate.

(the "<u>Engagement</u>").  Moreover, Your acceptance of the budget and staffing plan is without prejudice to You and Your need for legal services, whether known or unknown at the beginning of the Budget Period. Both You and T&K recognize and agree that the budget and staffing plans set forth herein shall in no way impair or impede any parties' rights with respect to the Engagement, including under Title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), the Local Rules for the District of Delaware (the "<u>Local Rules</u>"), or any other applicable state or federal law.

## Exhibit A

## September Budget for Matter Categories

Case Name and Number: *In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

Law firm:  T&K

| Matter Number | Task Code | Project Category Description | Hours Budgeted | Total Compensation Budgeted[2] |
|---|---|---|---|---|
| | | **Applicable to All Debtors** | | |
| 21 | B240 | 2003 – 2006 Tax Years | 17.3 | $12,766.50 |
| 26 | B210 | Document Retention | 25.5 | $10,160.00 |
| 27 | B110 | Debt Restructuring Advice: Case Administration | 8 | $3,940.00 |
| 27 | B160 | Debt Restructuring Advice: Employment/Fee Applications | 39.5 | $21,049.50 |
| 27 | B161 | Debt Restructuring Advice:  Budget/Staffing Plans | 9.9 | $6,520.50 |
| 27 | B195 | Non-Working Travel | 4 | $1,610.00 |
| 27 | B240 | Debt Restructuring Advice | 291 | $155,797.50 |
| | | **Total** | **395.2** | **$211,844.00** |

---

[2]   Budgeted numbers do not necessarily amount to a 1:1 ratio because they reflect a blended hourly rate and a variable allocation of timekeepers and hours, depending on the needs for each matter number.

**Exhibit B**

**September Staffing Plan Across All Matter Categories**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 7 | 723.40 |
| Associate (4 years or more since first admission) | 4 | 466.83 |
| Jr. Associate (1-3 years since first admission) | 5 | 286.57 |
| Legal Assistant | 1 | 240.00 |
| **Total Attorney** | **16** | **545.47** |
| **Total Non-Attorney** | **1** | **240.00** |
| **Total Timekeepers Aggregated** | **17** | **536.04** |

**Exhibit C-1**

**October Staffing Plan and Budget for 2003 - 2006 Tax Years Matter
B240**

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With 2003 - 2006 Tax Years Matter During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 2 | 750.93 |
| Associate (4+ years since first admission) | 1 | 450.00 |
| Jr. Associate (1-3 years since first admission) | 0 | 0.00 |
| Legal Assistant | 0 | 0.00 |
| **Total Attorney** | **3** | **737.95** |
| **Total Non-Attorney** | **0** | **0.00** |
| **Total** | **3** | **737.95** |

**Exhibit C-2**

**October Staffing Plan and Budget for Document Retention Matter
B210**

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Document Retention Matter During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 0 | 0.00 |
| Associate (4+ years since first admission) | 1 | 430.00 |
| Jr. Associate (1-3 years since first admission) | 2 | 315.00 |
| Legal Assistant | 0 | 0.00 |
| **Total Attorney** | **3** | **398.43** |
| **Total Non-Attorney** | **0** | **0.00** |
| **Total** | **3** | **398.43** |

**Exhibit C-3**

**September Staffing Plan and Budget for Debt Restructuring Advice Matter
B110 – Case Administration**

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Debt Restructuring Advice Matter During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 2 | 565.81 |
| Associate (4+ years since first admission) | 0 | 0.00 |
| Jr. Associate (1-3 years since first admission) | 0 | 0.00 |
| Legal Assistant | 1 | 240.00 |
| **Total Attorney** | **2** | **565.81** |
| **Total Non-Attorney** | **1** | **240.00** |
| **Total** | **3** | **492.50** |

**Exhibit C-4**

**September Staffing Plan and Budget for Debt Restructuring Advice Matter
B160 – Employment/Fee Application**

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Debt Restructuring Advice Matter During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 3 | 637.58 |
| Associate (4+ years since first admission) | 0 | 0.00 |
| Jr. Associate (1-3 years since first admission) | 0 | 0.00 |
| Legal Assistant | 1 | 240.00 |
| Case Assistant | 0 | 0.00 |
| **Total Attorney** | **3** | **637.58** |
| **Total Non-Attorney** | **1** | **240.00** |
| **Total** | **4** | **532.90** |

**Exhibit C-5**

**October Staffing Plan and Budget for Debt Restructuring Advice Matter**
**B161 –Budget/Staffing Plans**

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Debt Restructuring Advice Matter During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 3 | 658.64 |
| Associate (4+ years since first admission) | 0 | 0.00 |
| Jr. Associate (1-3 years since first admission) | 0 | 0.00 |
| **Total Attorney** | **3** | **658.64** |
| **Total Non-Attorney** | **0** | **0.00** |
| **Total** | **3** | **658.64** |

**Exhibit C-6**

**October Staffing Plan and Budget for Debt Restructuring Advice Matter**
**B195**

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Debt Restructuring Advice Matter During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 1 | 402.50 |
| Associate (4+ years since first admission) | 0 | 0.00 |
| Jr. Associate (1-3 years since first admission) | 0 | 0.00 |
| Legal Assistant | 0 | 0.00 |
| Case Assistant | 0 | 0.00 |
| **Total Attorney** | **1** | **402.50** |
| **Total Non-Attorney** | **0** | **0.00** |
| **Total** | **1** | **402.50** |

**Exhibit C-7**

**October Staffing Plan and Budget for Debt Restructuring Advice Matter B240**

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With **Debt Restructuring Advice Matter During the Budget Period** | Average Hourly Rate |
|---|:---:|:---:|
| Partner | 5 | 786.93 |
| Associate (4+ years since first admission) | 4 | 470.70 |
| Jr. Associate (1-3 years since first admission) | 1 | 280.00 |
| Legal Assistant | 0 | 0.00 |
| Case Assistant | 0 | 0.00 |
| **Total Attorney** | **10** | **535.39** |
| **Total Non-Attorney** | **0** | **0.00** |
| **Total** | **10** | **535.39** |

# M E M O R A N D U M

**TO:**          Energy Future Holdings Corp., *et al.*

**FROM:**      Thompson & Knight LLP

**DATE:**      November 4, 2014

**SUBJECT:**    Amended November Budget and Staffing Plan Memorandum

---

On November 1, 2013, the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* (the "U.S. Trustee Guidelines") promulgated by the Office of the United States Trustee for the District of Delaware became effective.  To comply with the U.S. Trustee Guidelines, which apply to cases filed on or after November 1, 2013, Thompson & Knight LLP ("T&K") will work with Energy Future Holdings Corp., *et al.* ("You") to develop a budget and staffing plan for the various matters that T&K has opened in connection with the commencement of Your chapter 11 cases (collectively, and as may be amended or modified from time to time, the "Matter Categories").[1]

This memorandum presents the budget and staffing plan regarding the Matter Categories for the period from November 1 through November 30, 2014 (the "Budget Period").  Specifically:

- **Exhibit A** sets forth the proposed budget (the "Budget") for each of the Matter Categories T&K anticipates working on during the Budget Period,

- **Exhibit B** sets forth the proposed staffing plan (the "Staffing Plan") for the Budget Period, and

- **Exhibit C** sets forth the proposed staffing plan for each of the Matter Categories (the "Matter Categories Staffing Plan") that T&K anticipates working on during the Budget Period, all of which are presented for Your review and approval.

Once this memorandum is complete, it will be redacted to exclude any sensitive or privileged information and attached as an exhibit to T&K's fee application(s), along with **Exhibit A** and **Exhibit B**, with respect to the Budget Period that T&K files with the court. **Exhibit C** will not be filed with T&K's fee application(s).

Please note that budgets and staffing plans are, by their nature, speculative.  This speculation is particularly the case in the context of large chapter 11 cases, which commonly involve conflicting interests of diverse and numerous constituents.  As such, T&K reserves the right to seek payment for all of its fees incurred and expenses accrued in connection with Your chapter 11 cases in accordance with the terms of the engagement letter by and between You and T&K effective as of December 20, 2013 (the

---

[1]    Per T&K's usual practice, we have opened the Matter Categories either in connection with on-going work that began before bankruptcy or  the commencement of Your chapter 11 cases.  In the event that opening additional matters is necessary, T&K will work with You to review and revise the Matter Categories discussed herein, as appropriate.

"Engagement").  Moreover, Your acceptance of the budget and staffing plan is without prejudice to You and Your need for legal services, whether known or unknown at the beginning of the Budget Period. Both You and T&K recognize and agree that the budget and staffing plans set forth herein shall in no way impair or impede any parties' rights with respect to the Engagement, including under Title 11 of the United States Code (the "Bankruptcy Code"), the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Local Rules for the District of Delaware (the "Local Rules"), or any other applicable state or federal law.

**Exhibit A**

**November Budget for Matter Categories**

Case Name and Number: *In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

Law firm:  T&K

| Matter Number | Task Code | Project Category Description | Hours Budgeted | Total Compensation Budgeted[2] |
|---|---|---|---|---|
| Applicable to All Debtors | | | | |
| 21 | B240 | 2003 – 2006 Tax Years | 30.0 | $19,825.00 |
| 26 | B240 | Document Retention | 25.0 | $10,715.00 |
| 27 | B110 | Debt Restructuring Advice | 19.0 | $8,725.00 |
| 27 | B160 | Debt Restructuring Advice | 46.0 | $25,225.00 |
| 27 | B240 | Debt Restructuring Advice | 290.0 | $169,575.00 |
| **Total** | | | **410.0** | **$233,525.00** |

---

[2]    Budgeted numbers do not necessarily amount to a 1:1 ratio because they reflect a blended hourly rate and a variable allocation of timekeepers and hours, depending on the needs for each matter number.

**Exhibit B**

**November Staffing Plan Across All Matter Categories**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate[3] |
|---|---|---|
| Partner | 7 | 723.06 |
| Associate (4 years or more since first admission) | 4 | 462.33 |
| Jr. Associate (1-3 years since first admission) | 1 | 315.00 |
| Legal Assistant | 1 | 240.00 |
| Case Assistant | 0 | 0.00 |
| **Total Attorney** | **12** | **577.81** |
| **Total Non-Attorney** | **1** | **240.00** |
| **Total Timekeepers Aggregated** | **13** | **569.57** |

---

[3]    The Average Hourly Rate is a weighted average based on the individual hourly rate of, and projected number of hours worked by, each timekeeper over the course of the chapter 11 cases.

**Exhibit C-1**

**November Staffing Plan and Budget for 2003 - 2006 Tax Years Matter**
**B240**

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With 2003 - 2006 Tax Years Matter During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 2 | 776.25 |
| Associate (4+ years since first admission) | 1 | 430.00 |
| Jr. Associate (1-3 years since first admission) | 0 | 0.00 |
| Legal Assistant | 0 | 0.00 |
| Case Assistant | 0 | 0.00 |
| **Total Attorney** | **3** | **660.83** |
| **Total Non-Attorney** | **0** | **0.00** |
| **Total** | **3** | **660.83** |

**Exhibit C-2**

**November Staffing Plan and Budget for Document Retention Matter**
**B240**

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Document Retention Matter During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 0 | 0.00 |
| Associate (4+ years since first admission) | 2 | 430.00 |
| Jr. Associate (1-3 years since first admission) | 1 | 315.00 |
| Legal Assistant | 0 | 0.00 |
| Case Assistant | 0 | 0.00 |
| **Total Attorney** | **3** | **407.00** |
| **Total Non-Attorney** | **0** | **0.00** |
| **Total** | **3** | **407.00** |

**Exhibit C-3**

**November Staffing Plan and Budget for Debt Restructuring Advice Matter
B-110**

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Debt Restructuring Advice Matter During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 2 | 537.50 |
| Associate (4+ years since first admission) | 0 | 0.00 |
| Jr. Associate (1-3 years since first admission) | 0 | 0.00 |
| Legal Assistant | 1 | 240.00 |
| Case Assistant | 0 | 0.00 |
| **Total Attorney** | **2** | **537.50** |
| **Total Non-Attorney** | **1** | **240.00** |
| **Total** | **3** | **459.21** |

**Exhibit C-4**

**November Staffing Plan and Budget for Debt Restructuring Advice Matter
B160**

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Debt Restructuring Advice Matter During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 3 | 585.98 |
| Associate (4+ years since first admission) | 0 | 0.00 |
| Jr. Associate (1-3 years since first admission) | 0 | 0.00 |
| Legal Assistant | 1 | 240.00 |
| Case Assistant | 0 | 0.00 |
| **Total Attorney** | **3** | **585.98** |
| **Total Non-Attorney** | **1** | **240.00** |
| **Total** | **4** | **548.37** |

## Exhibit C-5

### November Staffing Plan and Budget for Debt Restructuring Advice Matter
### B240

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Debt Restructuring Advice Matter During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 5 | 788.80 |
| Associate (4+ years since first admission) | 3 | 462.33 |
| Jr. Associate (1-3 years since first admission) | 0 | 0.00 |
| Legal Assistant | 0 | 0.00 |
| Case Assistant | 0 | 0.00 |
| **Total Attorney** | **8** | **625.56** |
| **Total Non-Attorney** | **0** | **0.00** |
| **Total** | **8** | **584.74** |

# M E M O R A N D U M

**TO:**        Energy Future Holdings Corp., *et al.*

**FROM:**      Thompson & Knight LLP

**DATE:**      November 18, 2014

**SUBJECT:**   Amended December Budget and Staffing Plan Memorandum

---

On November 1, 2013, the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* (the "U.S. Trustee Guidelines") promulgated by the Office of the United States Trustee for the District of Delaware became effective.  To comply with the U.S. Trustee Guidelines, which apply to cases filed on or after November 1, 2013, Thompson & Knight LLP ("T&K") will work with Energy Future Holdings Corp., *et al.* ("You") to develop a budget and staffing plan for the various matters that T&K has opened in connection with the commencement of Your chapter 11 cases (collectively, and as may be amended or modified from time to time, the "Matter Categories").[1]

This memorandum presents the budget and staffing plan regarding the Matter Categories for the period from December 1 through December 31, 2014 (the "Budget Period").  Specifically:

- **Exhibit A** sets forth the proposed budget (the "Budget") for each of the Matter Categories T&K anticipates working on during the Budget Period,

- **Exhibit B** sets forth the proposed staffing plan (the "Staffing Plan") for the Budget Period, and

- **Exhibit C** sets forth the proposed staffing plan for each of the Matter Categories (the "Matter Categories Staffing Plan") that T&K anticipates working on during the Budget Period, all of which are presented for Your review and approval.

Once this memorandum is complete, it will be redacted to exclude any sensitive or privileged information and attached as an exhibit to T&K's fee application(s), along with **Exhibit A** and **Exhibit B**, with respect to the Budget Period that T&K files with the court. **Exhibit C** will not be filed with T&K's fee application(s).

Please note that budgets and staffing plans are, by their nature, speculative.  This speculation is particularly the case in the context of large chapter 11 cases, which commonly involve conflicting interests of diverse and numerous constituents.  As such, T&K reserves the right to seek payment for all of its fees incurred and expenses accrued in connection with Your chapter 11 cases in accordance with the

---

[1]    Per T&K's usual practice, we have opened the Matter Categories either in connection with on-going work that began before bankruptcy or  the commencement of Your chapter 11 cases.  In the event that opening additional matters is necessary, T&K will work with You to review and revise the Matter Categories discussed herein, as appropriate.

terms of the engagement letter by and between You and T&K effective as of December 20, 2013 (the "Engagement").  Moreover, Your acceptance of the budget and staffing plan is without prejudice to You and Your need for legal services, whether known or unknown at the beginning of the Budget Period. Both You and T&K recognize and agree that the budget and staffing plans set forth herein shall in no way impair or impede any parties' rights with respect to the Engagement, including under Title 11 of the United States Code (the "Bankruptcy Code"), the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Local Rules for the District of Delaware (the "Local Rules"), or any other applicable state or federal law.

## Exhibit A

## November Budget for Matter Categories

Case Name and Number: *In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

Law firm:  T&K

| Matter Number | Task Code | Project Category Description | Hours Budgeted | Total Compensation Budgeted[2] |
|---|---|---|---|---|
| Applicable to All Debtors | | | | |
| 21 | B240 | 2003 – 2006 Tax Years | 27.5 | $17,500.00 |
| 26 | B210 | Document Retention | 20.0 | $8,025.00 |
| 27 | B110 | Debt Restructuring Advice | 21.5 | $7,975.00 |
| 27 | B160 | Debt Restructuring Advice | 38.5 | $17,700.00 |
| 27 | B240 | Debt Restructuring Advice | 264.0 | $140,425.00 |
| **Total** | | | **371.5** | **$191,625.00** |

---

[2]    Budgeted numbers do not necessarily amount to a 1:1 ratio because they reflect a blended hourly rate and a variable allocation of timekeepers and hours, depending on the needs for each matter number.

**Exhibit B**

**December Staffing Plan Across All Matter Categories**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate[3] |
|---|---|---|
| Partner | 6 | 718.80 |
| Associate (4 years or more since first admission) | 4 | 458.38 |
| Jr. Associate (1-3 years since first admission) | 4 | 285.00 |
| Legal Assistant | 1 | 240.00 |
| Case Assistant | 0 | 0.00 |
| **Total Attorney** | **14** | **540.24** |
| **Total Non-Attorney** | **1** | **240.00** |
| **Total Timekeepers Aggregated** | **15** | **515.81** |

---

[3]    The Average Hourly Rate is a weighted average based on the individual hourly rate of, and projected number of hours worked by, each timekeeper over the course of the chapter 11 cases.

**Exhibit C-1**

**December Staffing Plan and Budget for 2003 - 2006 Tax Years Matter
B240**

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With 2003 - 2006 Tax Years Matter During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 2 | 754.29 |
| Associate (4+ years since first admission) | 1 | 430.00 |
| Jr. Associate (1-3 years since first admission) | 0 | 0.00 |
| Legal Assistant | 0 | 0.00 |
| Case Assistant | 0 | 0.00 |
| **Total Attorney** | **3** | **636.36** |
| **Total Non-Attorney** | **0** | **0.00** |
| **Total** | **3** | **636.36** |

**Exhibit C-2**

**December Staffing Plan and Budget for Document Retention Matter
B210**

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Document Retention Matter During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 0 | 0.00 |
| Associate (4+ years since first admission) | 2 | 430.00 |
| Jr. Associate (1-3 years since first admission) | 2 | 315.00 |
| Legal Assistant | 0 | 0.00 |
| Case Assistant | 0 | 0.00 |
| **Total Attorney** | **4** | **401.25** |
| **Total Non-Attorney** | **0** | **0.00** |
| **Total** | **4** | **401.25** |

**Exhibit C-3**

**December Staffing Plan and Budget for Debt Restructuring Advice Matter**
**B-110**

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Debt Restructuring Advice Matter During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 2 | 536.32 |
| Associate (4+ years since first admission) | 0 | 0.00 |
| Jr. Associate (1-3 years since first admission) | 0 | 0.00 |
| Legal Assistant | 1 | 240.00 |
| Case Assistant | 0 | 0.00 |
| **Total Attorney** | **2** | **537.50** |
| **Total Non-Attorney** | **1** | **240.00** |
| **Total** | **3** | **418.50** |

**Exhibit C-4**

**December Staffing Plan and Budget for Debt Restructuring Advice Matter**
**B160**

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Debt Restructuring Advice Matter During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 2 | 571.76 |
| Associate (4+ years since first admission) | 0 | 0.00 |
| Jr. Associate (1-3 years since first admission) | 0 | 0.00 |
| Legal Assistant | 1 | 240.00 |
| Case Assistant | 0 | 0.00 |
| **Total Attorney** | **3** | **585.19** |
| **Total Non-Attorney** | **1** | **240.00** |
| **Total** | **4** | **517.20** |

**Exhibit C-5**

**December Staffing Plan and Budget for Debt Restructuring Advice Matter B240**

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work in Connection With Debt Restructuring Advice Matter During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner | 5 | 777.87 |
| Associate (4+ years since first admission) | 3 | 458.38 |
| Jr. Associate (1-3 years since first admission) | 0 | 285.00 |
| Legal Assistant | 0 | 0.00 |
| Case Assistant | 0 | 0.00 |
| **Total Attorney** | **8** | **532.74** |
| **Total Non-Attorney** | **0** | **0.00** |
| **Total** | **8** | **531.91** |