# SIGN-IN SHEET

**CASE NAME:** Energy Future Holdings
**CASE NO:** 14-10979

**COURTROOM LOCATION:** 6
**DATE:** 3/10/15 at 9:30 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Brian Hermann, Jacob Adlerstein | Paul Weiss Rifkind Wharton & Garrison | Ad Hoc Committee of TCEH First Lien Creditors |
| Pauline K. Morgan | Young Conaway | TCEH First Lien Creditors |
| Thomas Moers Mayer | Kramer Levin Naftalis + Frankel | Computershare N.A., Indenture Trustee |
| Jennifer Sharret | Kramer Levin Naftalis + Frankel | Computershare N.A., Indenture Trustee |
| Laura Davis Jones | Pachulski Stang Ziehl Jones | Computershare N.A. Indenture Trustee |
| Stephen Miller | Morris James LLP | Law Debenture as Indenture Trustee |
| Dan Lowenthal | Patterson Belknap | " |
| Fredric Sosnick | Shearman & Sterling LLP | Deutsche Bank, DIP Agent |
| Ned Schodek | " | " |
| R. Stephen McNeill | Potter Anderson | |
| Michael Boyce | Cross & Simon | Fidelity |
| Derek Abbott | Morris Nichols | Sensors |
| Patrick Strawbridge | Morgan Lewis | PIMCO |
| Brian Glueckstein | Sullivan & Cromwell | EFH Committee |
| Stuart Cohen | Drinker Biddle & Reath | Citibank, DIP Agent |
| Jamie Edmonson | Venable | EFMC |
| Mark A. Fink | MMWR | EFH Committee |
| Thomas Walper | Munger Tolles | Conflicts Counsel TCEH |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

Greg Taylor    Ashby & Geddes    WSFS, Trustee
Bryan Stephany    Kirkland & Ellis    Debtors
Andrew Welz    "    "
Anthony Sexton    "    "

| Name | Firm | Representing |
|---|---|---|
| Richard L. Schepacarter | USDOJ/OUST | U.S. Trustee |
| Norman Pernick | Cole Schotz | DTCo |
| Sever Serajeddini | K&E | Debtors |
| David Klauder | O'Kelly Ernst & Bell | Energy Future Holdings Corp |
| Daniel J. DeFranceschi | Richards Layton & Finger | EFH / Debtors |
| Jason M. Madron | " " | EFH / Debtors |
| Chris Ward | Polsinelli | TCEH Committee |
| Justin Edelson | Polsinelli | TCFH Committee |
| Brett Miller | MoFo | TCEH Committee |
| Clay Taylor | Kleh Harrison | UMB Bank, Indenture Trustee |
| Keith Wofford | Ropes & Gray | DTCo |
| L. John Bird | Fox Rothschild | TCEH Unsec Ad Hoc Group |

# Court Conference

**U.S. Bankruptcy Court-Delaware (DE - US)**
**Confirmed Telephonic Appearance Schedule**
**Honorable Christopher S. Sontchi**
#6

Calendar Date: 03/10/2015
Calendar Time: 09:30 AM ET

Amended Calendar 03/10/2015 06:19 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10978 | Hearing | 6792722 | Sam Greene | (212) 429-2279 | Centerview Partners | Interested Party, AHG / LIVE |
| | | Energy Future Holdings Corp. | 14-10978 | Hearing | 6792648 | Matthew Kimble | (212) 878-3504 | Avenue Capital Group | Interested Party, Avenue Capital / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6784045 | Jacob A. Adlerstein | (212) 373-3142 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Paul Weiss Rifkind Wharton & Garrison / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6792801 | Scott L. Alberino | (202) 887-4000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, EFIH Unsecured Noteholders / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6789615 | Arlene R. Alves | (212) 574-1204 | Seward & Kissel LLP | Creditor, Wilmington Trust as First Lein Collateral Agent and Administrator Agent / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6791967 | Nii-Amar Amamoo | (212) 506-1933 ext. 00 | Kasowitz Benson Torres & Friedman | Interested Party, Ad Hoc Group of EFH Legacy Noteholders / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6791535 | Phil Anker | 212-230-8890 | Wilmer Cutler Pickering Hale & Dorr, L | Plaintiff(s), CSC Trust Company of Delaware, as Indenture Trustee / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6792786 | Stephen M. Baldini | (212) 872-1062 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6792791 | Robert J. Boller | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, AHC / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6747487 | Peg A. Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6793134 | John B. Bringardner | (646) 378-3143 | Merger Market | Interested Party, DebtWire / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6783253 | Matthew Brod | (212) 530-5460 | Milbank, Tweed, Hadley & McCloy, LL | Creditor, City Bank / LISTEN ONLY |

Peggy Drasal ext. 802                                    CourtConfCal2012                                    Page 1 of 7

| Company | Case | Type | Mode | Last Name First Name | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | | | 6792686 | Philip E. Brown | (212) 649-9596 | PSAM, LP | Creditor, PSAM, LP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | | | 6792643 | Stephen Burnazian | (212) 878-3526 | Avenue Capital Group | Interested Party, AHCEFIH / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | | | 6792795 | Chris Carty | (212) 872-8045 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, AdHoc Committee / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | | | 6760959 | Jae Seon Choi | 212-667-9387 | Nomura Securities International | Interested Party, Nomura Securities International / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | | | 6783745 | Kevin CoCo | 212-450-3022 | Davis Polk & Wardwell LLP | Interested Party, Goldman Sachs / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | | | 6788762 | Mark A. Cody | (312) 269-4392 | Jones Day | Representing, Oncor Electric Delivery Holdings Company LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | | | 6791296 | Jeremy Coffey | (617) 856-8595 | Brown Rudnick LLP | Interested Party, Wilmington Savings Fund Society, FSB / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | | | 6786144 | Kent Collier | 212-588-8890 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | | | 6791492 | Thomas Curtin | (212) 504-6063 | Cadwalader, Wickersham & Taft LLP | Interested Party, Cadwalader, Wickersham & Taft LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | | | 6791307 | Gren Day | (704) 374-0717 | Cantor Fitzgerald | Interested Party, Cantor Fitzgerald / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | | | 6784058 | Adam M. Denhoff | 212-373-3000 ext. 3471 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Paul Weiss Rifkind Wharton & Garrison / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | | | 6792402 | Andrew Dietderich | (212) 558-3830 | Sullivan & Cromwell LLP | Creditor, Unsecured Creditors Committee / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | | | 6792748 | Ira Dizengoff | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Ira Dizengoff / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | | | 6792937 | Stacey Dore | (212) 446-6411 | Energy Future Holdings Corp. | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | | | 6791447 | David M. Dunn | (212) 584-5946 | Arrowgrass Capital Partners U.S. LP | Interested Party, Arrowgrass Capital Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | | | 6790357 | Philip G. Eisenberg | (713) 226-1304 | Locke Lord LLP | Interested Party, Locke Lord LLP / LIVE |

| Case | Type | Case # | ID | Name | Phone | Firm | Party Representing |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6792775 | Catherine Eisenhut | (212) 872-8051 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6791467 | Marita Erbeck | (973) 549-7076 | Drinker Biddle & Reath LLP | Creditor, CSC Trust Co. of Delaware / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6792658 | Bradley Feingerts | (302) 651-7886 | GSO Capital Partners | Interested Party, GSO Capital Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6792725 | Jeff Finger | (212) 429-2279 | Centerview Partners | Interested Party, Centerview Partners / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6789918 | Mark Flannagan - Client | (816) 860-3009 | UMB Bank Coporate Trust | Creditor, UMB Bank Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6792666 | Patrick Fleury - Client | (302) 571-6727 | GSO Capital Partners | Interested Party, GSO Capital Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6791589 | Beret Flom | (212) 408-5239 | Chadbourne & Parke LLP | Interested Party, NextEra Energy / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6791583 | Julia Frost-Davies | (617) 951-8422 | Morgan Lewis & Bockius LLP | Creditor, Pacific Investment Management Company / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6792817 | Charles Garrison | (202) 887-4561 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6762549 | Eric Geller | (203) 708-6585 | Jefferies Group, LLC | Interested Party, Jefferies Group, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6791480 | Meggie Gilstrap | 214-953-6500 | Baker Botts LLP | Interested Party, Hunt Utility Services / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6766414 | Seth Goldman | (213) 683-9554 | Munger, Tolles & Olson LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6794228 | Matthew R. Gray | (972) 419-2523 | Highland Capital | Creditor, Highland Capital Management / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6791546 | David Gringer | (202) 663-6000 | Wilmer Cutler Pickering Hale & Dorr, L | Creditor, SMEDVIG Funds PLC / LIVE |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6791448 | Daniel J. Harris | (212) 336-4292 | Morrison & Foerster | Creditor, Creditors Committee / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6789894 | Mark F. Hebbeln | (312) 832-4394 | Foley & Lardner, LLP | Creditor, UMB Bank N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | Hearing | 14-10979 | 6792825 | Ian Holmes | (212) 872-7419 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6792954 | Sandra Horwitz | (877) 374-6010 ext. 62412 | Delaware Trust Company | Representing, Delaware Trust Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6792935 | Natasha Hwangpo | (212) 909-3198 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6787242 | Anna Kalenchits | (212) 723-1808 | Citi Group Global Markets | Interested Party, Citi Group Global Markets / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6789939 | Harold Kaplan | (312) 832-4393 | Foley & Lardner LLP | Creditor, UMB Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6785286 | Chris D. Kenny | 646-445-6572 | Aurelius Capital Management, LP | Creditor, Chris Kenny / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6793518 | Charles Koster | (212) 819-7845 | White & Case LLP | Interested Party, Ad Hoc Group of TCEH Unsecured Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6784408 | Stuart Kovensky | (201) 541-2121 | Onex Credit Partners | Creditor, Onyx Credit Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6591421 | Michele F. Kyrouz | (415) 391-8900 | Watershed Asset Management, LLC | Interested Party, Watershed Asset Management, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6793511 | Michael Lee | 212-317-3374 | Carl Marks Strategic | Interested Party, Carl Marks Strategic / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6791542 | Richard Levin | (212) 474-1213 | Cravath Swaine & Moore LLP | Debtor, Independent Council for Energy Future Intermediate / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6780410 | Michael G. Linn | (415) 421-2132 | Farallon Capital Management | Interested Party, Michael Linn / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6789677 | Daniel A. Lowenthal | (212) 336-2720 | Patterson Belknap Webb & Tyler | Creditor, Law Debentuer / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6794169 | Kenneth Maiman | (973) 701-7000 | Appaloosa Management | Interested Party, Appaloosa Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6793650 | Robert K. Malone | (973) 549-7080 | Drinker Biddle & Reath LLP | Interested Party, CitiBank, N.A. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6791412 | Jeff Marwil | (312) 962-3540 | Proskauer Rose LLP | Debtor, Energy Future Holdings, Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6791484 | Luckey McDowell | 214-953-6571 | Baker Botts LLP | Interested Party, Hunt Utility Services / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6791500 | James H. Millar | (212) 248-3264 | Drinker Biddle & Reath LLP | Creditor/Claimant, CSC Trust Company of Delaware / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6650879 | Hal F. Morris | (512) 475-4550 | Attorney General of Texas-Bankruptcy | Interested Party, Public Utility Commission of Texas, et al / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6792768 | Naomi Moss | (212) 872-8051 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6792676 | Jason New - Client | (302) 571-6727 | GSO Capital Partners | Interested Party, Solus LP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6792810 | Joanna S. Newdeck | (202) 887-4288 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6790085 | Jeffrey M. Olinsky | (212) 250-5760 | Deutsche Bank | Creditor, Deutsche Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6792819 | Russell W. Parks, Jr. | (202) 887-4092 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6788181 | Richard Pedone | (617) 345-1305 | Nixon Peabody LLP | Creditor, American Stock Transfer and Trust Company / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6791397 | Tuvia Peretz | (212) 715-9100 | Kramer Levin Naftalis & Frankel LLP | Creditor, Trustee for Second Lien Notes / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6789598 | Meredith Pfister | (212) 412-1368 | Barclays Bank PLC | Interested Party, Barclays Bank PLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6786077 | Jason T Prager | (203) 542-4034 ext. 00 | Silver Point Capital | Interested Party, Silver Point Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6792757 | Abid Qureshi | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6793580 | Matthew I. Rappoport | 212-225-2000 | Cleary Gottlieb Steen & Hamilton | Interested Party, Matthew Rappoport / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6777733 | Elizabeth Rasskazova | +44-207-901-8380 | Polygon Global Partners | Interested Party, Polygon Global Partners / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6791556 | Matthew Roose | (212) 859-8000 | Fried Frank | Interested Party, Fidelity Management & Research Co. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6792701 | Jeff Rosenbaum | (212) 300-1309 | York Capital Management, (U.S. Advis | Interested Party, Jeff Rosenbaum / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6791421 | Ravi Sarawgi | (212) 270-6479 | JPMorgan Chase & Co. | Interested Party, JP Morgan Chase & Co. / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6788178 | Erik Schneider | (617) 345-1112 | Nixon Peabody LLP | Creditor, American Stock Transfer & Trust Company, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6791272 | Andrea B. Schwartz | (212) 510-0500 | Office of the United States Trustee | U.S. Trustee, United States Trustee / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6791813 | Steven Smith | (212) 277-6536 | Dickstein Shapiro LLP | Interested Party, Dickstein Shapiro LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6591519 | Andrew M. Thau | (203) 862-6231 | Southpaw Asset Management | Creditor, Southpaw Asset Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6791401 | Mark K. Thomas | (312) 962-3550 | Proskauer Rose LLP | Debtor, Energy Future Holdings, Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6791338 | Meredith S. Tinkham | (617) 951-7000 | Ropes & Gray, LLP | Creditor, CSC Trust of Delaware / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6789756 | Amer Tiwana | (203) 569-4318 | CRT Capital Group, LLC | Interested Party, CRT Capital Group, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6792838 | Michelle Tseng | (212) 429-2279 | Centerview Partners | Interested Party, Centerview Partners / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6792746 | Matthew Underwood | 212-588-5148 | HBK Capital | Interested Party, HBK Capital / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6794176 | Warren Usatine | 201-525-6233 | Cole, Schotz, Meisel, Forman & Leona | Creditor, CSC Trust Co. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6794233 | Michael J. Walsh | (646) 855-8154 | Bank of America | Interested Party, Bank of America / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6778616 | Brady C. Williamson | 608-284-2642 | Godfrey & Kahn, S. C. | Interested Party, Godfrey & Kahn, S.C. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6794165 | Gary Waldrep | (302) 651-7613 | Gary Waldrep - In Pro Per/Pro Se | Interested Party, Gary Waldrep / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6766430 | Thomas Walper | (213) 683-9193 | Munger, Tolles & Olson LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6792931 | Aparna Yenamandra | (212) 446-4800 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6792763 | Lindsay Zahradka | (212) 872-7419 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6792693 | Joseph Zalewski | (212) 906-1189 | Third Avenue Management | Interested Party, Third Ave Management / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6791422 | Daniel Zazove | 312-324-8605 | Perkins Coie LLP | Interested Party, Delaware Trust Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (14-5100 2) | Hearing | 6790216 | Emil Kleinhaus | 212-403-1252 ext. 00 | Wachtell, Lipton, Rosen & Katz | Interested Party, EFH Equity Owners / LIVE |
| Energy Future Holdings Corp. | 14-10979 (14-5100 2) | Hearing | 6791470 | Michelle Dreyer - Client | (212) 808-7925 | Kelley Drye & Warren LLP | Client, Michelle Dreyer / LIVE |
| Energy Future Holdings Corp. | 14-10979 (14-5100 2) | Hearing | 6791466 | Benjamin D. Feder | (212) 808-7925 | Kelley Drye & Warren LLP | Creditor, CSC Trust Co. of Delware / LIVE |