## EXHIBIT 1 to EXHIBIT A

**No Liability Claim**

# ENERGY FUTURE HOLDINGS CORP., et al.
## SEVENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 to EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | WALDREP, RICHARD GARY ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/29/2014 | 9658 | $128,000,000,128.00 | No liability owed to claimant per Debtors' books and records. The statute of limitations governing claimant's alleged property damage claim has expired. |
| | | | | | TOTAL | $128,000,000,128.00 | |