IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ENERGY FUTURE HOLDINGS CORP. | § | Case No. 14-10979- (CSS) |
| | § | |
| <u>Debtor</u> | § | |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICES AND PLEADINGS**

Please take notice that Myers Law f/k/a Myers-Hill hereby withdraws its appearance as attorneys for Property Tax Partners in the above-captioned bankruptcy case. Myers Law requests that it be removed from all service lists in the above-captioned case. There are no motions, trials, claim objections or any other known matter naming Property Tax Partners currently pending before the Court.

Respectfully submitted,

\_\_\_/s/ *Robert J. Myers*_____
Robert J. Myers, SBN 14765380
MYERS ✶ LAW
2525 Ridgmar Blvd., Ste. 150
Fort Worth, TX 76116
Tel: (817) 731-2500
Fax: (817) 731-2501
rmyers@myerslawtexas.com

ATTORNEYS FOR PROPERTY TAX PARTNERS

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2015, a true and correct copy of the foregoing was served by the Court's Electronic Filing System on all parties requesting notice in this proceeding.

_____/s/ Robert J. Myers_____
Robert J. Myers