**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Energy Future Holdings Corp., *et al.,*[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **RE:  Docket No.  3593** |
| | ) | |
| | ) | |

**NOTICE OF FILING OF UNREDACTED MOTION OF THE OFFICIAL COMMITTEE
OF TCEH UNSECURED CREDITORS FOR ENTRY OF AN ORDER GRANTING
EXCLUSIVE STANDING AND AUTHORITY TO COMMENCE, PROSECUTE, AND
SETTLE CERTAIN CLAIMS FOR DECLARATORY JUDGMENT, AVOIDANCE AND
RECOVERY OF LIENS, SECURITY INTERESTS, OBLIGATIONS, FEES, AND
INTEREST PAYMENTS, AND DISALLOWANCE OF CLAIMS**

PLEASE TAKE NOTICE that on February 19, 2015, the Official Committee of TCEH

Unsecured Creditors (the "**TCEH Committee**") filed the *Motion of the Official Committee of

TCEH Unsecured Creditors for Entry of an Order Granting Exclusive Standing and Authority to

Commence,  Prosecute, and Settle Certain Claims for Declaratory Judgment, Avoidance and

Recovery of Liens, Security Interests, Obligations, Fees, and Interest Payments, and

Disallowance of Claims* (the "**Standing Motion**") with the United States Bankruptcy Court for

the District of Delaware (the "**Bankruptcy Court**").

PLEASE TAKE FURTHER NOTICE that a draft of the *Adversary Complaint for

Declaratory Judgment, Avoidance and Recovery of Liens, Security Interests, Obligations, Fees,*

---

[1]	The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers are not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://efhcaseinfo.com.

*and Interest Payments, and Disallowance of Claims* (the "**Complaint**") was attached to the Standing Motion as Exhibit C.

 **PLEASE TAKE FURTHER NOTICE** that certain confidential information was redacted from the filed copies of both the Standing Motion and Complaint.

 **PLEASE TAKE FURTHER NOTICE** that the Debtors have subsequently determined that the redacted information is not confidential.

 **PLEASE TAKE FURTHER NOTICE** that an unredacted copy of the Standing Motion is attached hereto as Exhibit A and an unredacted copy of the Complaint is attached hereto as Exhibit B.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

49876023.1

Dated: Wilmington, Delaware
March 10, 2015

**MORRISON & FOERSTER LLP**
James M. Peck
Brett H. Miller
Lorenzo Marinuzzi
Todd M. Goren
250 West 55th Street
New York, New York 10019-9601
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900
E-mail:  jpeck@mofo.com
   brettmiller@mofo.com
   lmarinuzzi@mofo.com
   tgoren@mofo.com

  -and-

*/s/ Christopher A. Ward* _____
Christopher A. Ward (Del. Bar No. 3877)
Justin K. Edelson (Del. Bar No. 5002)
Shanti M. Katona (Del. Bar No. 5352)
Jarrett Vine (Del. Bar No. 5400)
**POLSINELLI PC**
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile:  (302) 252-0921
E-mail:  cward@polsinelli.com
   jedelson@polsinelli.com
   skatona@polsinelli.com
   jvine@polsinelli.com

*Counsel for the Official Committee of TCEH Unsecured Creditors*

49876023.1