IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>**No Hearing Required**<br>**Related to D.I. Nos. 3139 and 3207** |

**SUPPLEMENTAL DECLARATION OF JOSEPH H. HUSTON, JR. IN SUPPORT OF APPLICATION FOR ORDER APPROVING THE EMPLOYMENT OF STEVENS & LEE, P.C. AS COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC UNDER SECTIONS 327(e) AND 1107(b) OF THE BANKRUPTCY CODE, EFFECTIVE *NUNC PRO TUNC* TO NOVEMBER 26, 2014**

Joseph H. Huston, Jr., declares under penalty of perjury as follows:

1. I am co-chair of the Bankruptcy and Financial Restructuring Group of Stevens & Lee, P.C. ("**S&L**"), with an office located at 1105 North Market Street, Suite 700, Wilmington, DE 19801, and am admitted to practice law in the State of Delaware and am in good standing.

2. I am authorized to submit this Supplemental Declaration on behalf of S&L. Except as otherwise noted, I have personal knowledge of the matters set forth herein.

**Background**

3. On December 24, 2014, debtor Energy Future Intermediate Holding Company LLC ("**EFIH**") filed the *Application for an Order Approving the Employment of Stevens & Lee, PC as Counsel to Energy Future Intermediate Holding Company LLC Under Sections 327(e)* [sic; 327(a)] *and 1107(b) of the Bankruptcy Code, Effective Nunc Pro Tunc to November 26,*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

*2014* [Docket No. 3139] (the "**Application**") to serve as Delaware co-counsel to Cravath, Swaine & Moore LLP ("**Cravath**") on "Conflicts Matters." [2] In support of the Application, EFIH filed as Exhibit E to the Application the *Declaration of Joseph H. Huston, Jr. in Support of Application for Order Approving the Employment of Stevens & Lee, P.C. as Counsel to Energy Future Intermediate Holding Company LLC Under Sections 327(e)* [sic; 327(a)]*and 1107(b) of the Bankruptcy Code, Effective Nunc Pro Tunc to November 26, 2014* (the "**Declaration**").

4. On January 8, 2015, EFIH filed the Amended Application for an Order Approving the Employment of Stevens & Lee, PC as Counsel to Energy Future Intermediate Holding Company LLC Under Sections 327(e) and 1107(b) of the Bankruptcy Code, Effective Nunc Pro Tunc to November 26, 2014 [Docket No. 3207] (the "**Amended Application**").

5. On January 13, 2015, after notice and a hearing, the Court entered the *Order Approving the Employment of Stevens & Lee, P.C. as Counsel to Energy Future Intermediate Holding Company LLC Under Sections 327(e) and 1107(b) of the Bankruptcy Code, Effective Nunc Pro Tunc to November 26, 2014* [Docket No. 3278] (the "**Employment Order**").

## Supplemental Disclosure

6. Attached to the Declaration was a list of those parties in interest who had been included on a list that Kirkland & Ellis LLP ("**Kirkland**") provided to Cravath of potential parties in interest in EFIH's chapter 11 case for review to ascertain whether any of them or their affiliates are current or former clients or otherwise had relationships which might affect the issue of whether the professionals to be retained were "disinterested" as to EFIH. Paragraph 15 of the Declaration recited the only relationships S&L has or had with the parties appearing on the list.

7. On February 19, 2015, Kirkland provided an updated list of potential parties in interest in EFIH's chapter 11 case.

---

[2] Capitalized terms not defined in this Declaration have the meaning ascribed to them in the Application.

8.  S&L conducted a supplemental conflicts and connections check of the updated list.

9.  The parties in interest about whom (or about whose affiliates) S&L makes supplemental disclosures are listed on Exhibit 1 to this Supplemental Declaration.

10. S&L is not providing and will not provide any representation or advice to any of the entities listed on the updated list, including any who are current or former clients, for any matter arising in or in connection with this chapter 11 case, and has not provided any such services.

11. I also reaffirm the matters stated in paragraphs 16 through 24 of the Declaration, and declare under penalty of perjury as provided in 28 U.S.C. § 1746 that the foregoing is true and correct according to the best of my knowledge, information and belief.

Dated: March 10, 2015          */s/ Joseph H. Huston, Jr.*
                                Joseph H. Huston, Jr.