**Exhibit 1 (to Supplemental Declaration of Joseph H. Huston, Jr.)**

| Name Searched | Category | Connection |
|---|---|---|
| Cravath Swaine & Moore | Professionals | Co-counsel to EFIH |
| AIG ASSURANCE COMPANY, ET AL | Claims Register | Current client in unrelated matter |
| KCC | Professionals | Debtor's claims agent in unrelated Ch 11 |
| BANK OF NEW YORK MELLON TRUST CO, NA, | Claims Register | Former client |
| GOLDMAN, SACHS & CO. | Claims Register | Former client |
| OLD REPUBLIC INSURANCE COMPANY | Claims Register | Former client |
| Johnson Matthey | Rule 2002 | Former client |
| Morgan Lewis & Bockius LLP | Rule 2002 | Former client |
| Troutman Sanders LLP | Rule 2002 | Former client |
| Venable LLP | Rule 2002 | Former client |
| Weir & Partners LLP | Rule 2002 | Former client |
| LEIDOS (FORMERLY SAIC ENERGY ENVIRONMENT | Claims Register | SAIC Energy Environment--Former client |
| Sills Cummis & Gross PC | Rule 2002 | Vendor |