## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |
|  | ) **Re: D.I. 3605** |

## NOTICE OF FILING OF UNREDACTED MOTION OF THE EFH OFFICIAL COMMITTEE FOR ENTRY OF AN ORDER GRANTING DERIVATIVE STANDING AND AUTHORITY TO PROSECUTE AND SETTLE CLAIMS ON BEHALF OF THE LUMINANT DEBTORS' ESTATES

**PLEASE TAKE NOTICE** that on February 19, 2015, the official committee of unsecured creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc. (the "**EFH Committee**") filed the Motion of the EFH Official Committee for Entry of an Order Granting Derivative Standing and Authority to Prosecute and Settle Claims on Behalf of the Luminant Debtors' Estates (the "**Motion**") [D.I. 3605].

**PLEASE TAKE FURTHER NOTICE** that certain confidential information was redacted from the filed copy of the Motion in accordance with the *Confidentiality Agreement and Stipulated Protective Order* [D.I. 1833]. The Debtors have since informed the EFH Committee that they will not seek to maintain the redactions contained the Motion. Accordingly, an unredacted copy of the Motion is attached hereto as Exhibit A.

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Dated: Wilmington, Delaware
March 10, 2015

**MONTGOMERY McCRACKEN WALKER & RHOADS, LLP**

 */s/ Natalie D. Ramsey*
Natalie D. Ramsey, Esquire (DE Bar No. 5378)
Davis Lee Wright, Esquire (DE Bar No. 4324)
Mark A. Fink, Esquire (DE Bar No. 3946)
1105 North Market Street, 15th Floor
Wilmington, DE  19801
Telephone: (302) 504-7800
Facsimile: (302) 504 -7820
E-mail:    nramsey@mmwr.com
          dwright@mmwr.com
          mfink@mmwr.com

– and –

**SULLIVAN & CROMWELL LLP**

Andrew G. Dietderich
Brian D. Glueckstein
Michael H. Torkin
Alexa J. Kranzley
125 Broad Street
New York, New York  10004
Telephone:    (212) 558-4000
Facsimile:    (212) 558-3588
E-mail:       dietdericha@sullcrom.com
             gluecksteinb@sullcrom.com
             torkinm@sullcrom.com
             kranzleya@sullcrom.com

*Counsel for The Official Committee of Unsecured
Creditors of Energy Future Holdings Corp., Energy
Future Intermediate Holding Company, LLC; EFIH
Finance, Inc.; and EECI, Inc.*