**IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | Objection Deadline: April 2, 2015 at 4:00 p.m. |

**SECOND INTERIM FEE APPLICATION OF KPMG LLP FOR
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES AS BANKRUPTCY ACCOUNTING AND TAX ADVISORS
TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD
FROM SEPTEMBER 01, 2014 THROUGH DECEMBER 31, 2014**

| | |
|---|---|
| Name of Applicant: | KPMG LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | September 16, 2014 *Nunc Pro Tunc* to April 29, 2014 |
| Period for which compensation and reimbursement is sought: | September 01, 2014 through December 31, 2014 |
| Amount of Compensation sought as actual, reasonable and necessary: | $    2,563,940.10 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $    190,576.19 |

This is a: _____ Monthly __X__ Interim _____ Final Application

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

| | | Prior Applications | | | | | |
|---|---|---|---|---|---|---|---|
| | | **Requested** | | | **Payments** | | |
| **Docket No.** | **Interim Period** | **Requested Fees** | **Requested Expenses** | **Total Requested** | **Fees Paid to Date** | **Expenses Paid to Date** | **Outstanding** |
| 2806 | 1st | $1,248,506.95 | $ 91,466.65 | $ 1,339,973.60 | $ 998,805.56 | $91,466.65 | $229,103.04 [2] |
| | **Total** | **$1,248,506.95** | **$ 91,466.65** | **$ 1,339,973.60** | **$ 998,805.56** | $91,466.65 | **$229,103.04** |

---

[2] Reduced by agreed upon reduction of $20,598.35.

# ATTACHMENT B
# TO FEE APPLICATION

| Professional Person | Position & Department | | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|---|
| Crockett, Clifford M | Partner - Tax | | 2.9 | $ 575 | $ 1,667.50 |
| Berry, Denis | Principal - Advisory | | 26.7 | $ 350 | $ 9,345.00 |
| Garcia, Susan | Managing Director - Advisory | | 10.8 | $ 350 | $ 3,780.00 |
| Cargile, David | Managing Director - Advisory | | 226.9 | $ 325 | $ 73,742.50 |
| Garcia, Susan | Managing Director - Advisory | | 42.1 | $ 325 | $ 13,682.50 |
| Kane, John P | Senior Manager - Tax | | 18.3 | $ 465 | $ 8,509.50 |
| Panneck, Christopher | Director - Advisory | | 2.0 | $ 340 | $ 680.00 |
| Potter, Maria | Director - Advisory | | 197.6 | $ 340 | $ 67,184.00 |
| McLaughlin, Troy | Director - Advisory | | 13.5 | $ 295 | $ 3,982.50 |
| Naicker, Sagren | Director - Advisory | | 176.9 | $ 295 | $ 52,185.50 |
| Amadei, Michael D | Director - Advisory | | 106.2 | $ 290 | $ 30,798.00 |
| Kowalski, John | Director - Advisory | | 49.0 | $ 290 | $ 14,210.00 |
| Luis, Brett | Director - Advisory | | 142.4 | $ 290 | $ 41,296.00 |
| Seeman, Nick | Director - Advisory | * | 183.0 | $ 290 | $ 53,070.00 |
| Weaver, Wayne | Director - Advisory | | 226.0 | $ 290 | $ 65,540.00 |
| Plangman, Monica | Associate Director - Bankruptcy | * | 84.0 | $ 325 | $ 27,300.00 |
| Epelbaum, Leonard | Manager - Advisory | | 464.9 | $ 300 | $ 139,470.00 |
| Campbell, Celeste | Manager - Bankruptcy | * | 246.0 | $ 298 | $ 73,308.00 |
| Plangman, Monica | Manager - Bankruptcy | | 41.7 | $ 298 | $ 12,426.60 |
| Anjur, Kishore | Manager - Advisory | | 81.5 | $ 250 | $ 20,375.00 |
| Lofy, Michael | Manager - Advisory | | 297.1 | $ 250 | $ 74,275.00 |
| Seeman, Nick | Manager - Advisory | | 54.0 | $ 250 | $ 13,500.00 |
| Mintori-Mampassi, Fabrice | Manager - Advisory | | 227.8 | $ 245 | $ 55,811.00 |

*(table continued on next page)*

| Professional Person | Position & Department | | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|---|
| Campbell, Celeste | Senior Associate - Bankruptcy | | 76.7 | $ 228 | $ 17,487.60 |
| Shaffer, Wendy | Senior Associate - Bankruptcy | | 119.1 | $ 228 | $ 27,154.80 |
| Bharadwaj, Harish | Senior Associate - Advisory | | 114.5 | $ 225 | $ 25,762.50 |
| Lange, Jolandi de | Senior Associate - Advisory | | 363.4 | $ 220 | $ 79,948.00 |
| Mehta, Anish | Senior Associate - Advisory | | 400.9 | $ 220 | $ 88,198.00 |
| Bharadwaj, Harish | Senior Associate - Advisory | | 104.0 | $ 190 | $ 19,763.80 |
| Dami, Orland | Senior Associate - Advisory | | 187.0 | $ 190 | $ 35,530.00 |
| Ferguson, James | Senior Associate - Advisory | | 331.9 | $ 190 | $ 63,061.00 |
| Isakulov, Shokhrukh | Senior Associate - Advisory | | 815.2 | $ 190 | $ 154,888.00 |
| Vencill, Daniel R | Senior Associate - Advisory | | 171.8 | $ 190 | $ 32,642.00 |
| Wilborn, Blake | Senior Associate - Advisory | | 423.4 | $ 190 | $ 80,446.00 |
| Zanini, Joseph | Senior Associate - Advisory | | 810.9 | $ 190 | $ 154,071.00 |
| Breakiron, Rob | Senior Associate - Advisory | | 5.0 | $ 185 | $ 925.00 |
| Alves, Matthew | Senior Associate - Tax | | 82.1 | $ 175 | $ 14,367.50 |
| Mohnkern, Colleen | Senior Associate - Advisory | | 262.1 | $ 125 | $ 32,762.50 |
| Gay, Devin | Senior Associate - Advisory | | 265.7 | $ 190 | $ 50,483.00 |
| Karcasinas, Theodore J | Associate - Tax | | 5.3 | $ 241 | $ 1,277.30 |
| Garza, Juanita | Associate - Bankruptcy | | 23.2 | $ 193 | $ 4,477.60 |
| Cobb, Caitlin L | Associate - Tax | | 185.3 | $ 175 | $ 32,427.50 |
| Kleiber, Katherine N | Associate - Tax | | 210.8 | $ 175 | $ 36,890.00 |
| Morton, David | Associate - Tax | | 199.1 | $ 175 | $ 34,842.50 |
| Nguyen, Vy | Associate - Tax | | 27.7 | $ 175 | $ 4,847.50 |
| Bhai, Aamir | Associate - Advisory | | 158.1 | $ 125 | $ 19,762.50 |
| Douthey, Amy | Associate - Advisory | | 687.5 | $ 125 | $ 85,937.50 |
| Lariscy, Matthew R. | Associate - Advisory | | 547.5 | $ 125 | $ 68,437.50 |
| Milner, Aaron | Associate - Advisory | | 683.9 | $ 125 | $ 85,487.50 |
| Nebel, Bob | Associate - Advisory | | 757.0 | $ 125 | $ 94,625.00 |
| Ouyo, Lesley | Associate - Advisory | | 261.2 | $ 125 | $ 32,650.00 |
| Rangwala, Hussain | Associate - Advisory | | 645.3 | $ 125 | $ 80,662.50 |
| Shah, Meghna | Associate - Advisory | | 501.7 | $ 125 | $ 62,712.50 |
| Waggoner, Holly | Associate - Advisory | | 318.0 | $ 125 | $ 39,750.00 |
| Braun, Nancy | Contractor - Apptio SME | ** | 127.6 | $ 185 | $ 23,606.00 |
| Serber, Mike | Contractor - Data Architect | ** | 199.1 | $ 150 | $ 29,865.00 |
| Hayes, Chris | Contractor - Data SME | ** | 373.0 | $ 110 | $ 41,030.00 |
| Adedeji, Peju | Contractor | ** | 490.6 | $ 104 | $ 51,022.40 |
| **Total** | | | 13,856.9 | | $ 2,563,940.10 |
| **Blended Rate** | | | | $ 185.03 | |

\* **Promoted effective October 1, 2014**
\*\* **Contractors passed through at cost to KPMG**.

## COMPENSATION BY PROJECT CATEGORY

| Matter Number | Matter Description | Total Hours Billed | Total Fees Requested |
|---|---|---|---|
| 1 | Voucher Analysis Services[3] | 2,109.6 | $ 263,700.00 |
| 2 | 2014 Property Tax Consulting | 56.6 | $ 9,905.00 |
| 3 | Sales and Use Tax Examination Consulting Services | 5.3 | $ 1,277.30 |
| 4 | Fee Statement and Fee Application Preparation | 518.7 | $ 139,984.90 |
| 5 | Retention Services | 72.0 | $ 22,169.70 |
| 6 | SOX Phase 0 | - | $ - |
| 7 | SOX Phase I | 119.9 | $ 13,961.20 |
| 8 | 2013 Tax Return Review | 21.2 | $ 10,177.00 |
| 9 | Loan Staff Services | 648.4 | $ 113,470.00 |
| 10 | IT Asset Management | 165.3 | $ 33,877.50 |
| 11 | Service Costing Assessment Services | 416.1 | $ 93,200.50 |
| 12 | SOX Phase II - On-Going Controls | 3,909.9 | $ 637,803.10 |
| 13 | CAO Financial Reporting Support | 764.3 | $ 168,146.00 |
| 14 | Service Costing Phase II - Model Remediation | 288.4 | $ 71,027.50 |
| 15 | SOX II - SDLC (Software Development Life Cycle) Services[2] | 1,897.6 | $ 371,196.70 |
| 16 | SOX Phase II - IAM Controls[2] | 1,274.6 | $ 254,149.40 |
| 17 | HW Contract Advisor Services | 238.6 | $ 46,589.50 |
| 18 | Phase II IT Costing Apptio Service Catalog | 920.7 | $ 197,183.30 |
| 19 | Enterprise Architecture Strategy | 429.7 | $ 116,121.50 |
| 20 | Transaction Cost Analysis[4] | - | $ - |
| 21 | FY 14 USIT Consulting[5] | - | $ - |
| **Total** | | **13,856.9** | **$ 2,563,940.10** [6] |

---

[3] Includes fees from August not previously requested as approval for supplemental retention related to these services was not received until the 2nd Interim Period.

[4] Fees for Transaction Cost Analysis services totaling $375,000.00 are deferred pending bankruptcy court approval of these services..

[5] Fees for FY 14 USIT Consulting services totaling $9,500.00 are deferred pending bankruptcy court approval of these services.

[6] KPMG bills for services, per the Retention Application dated May 29, 2014, at discounted billing rates as specified in the Retention Application. During the second interim compensation period, KPMG's standard rates for services rendered totaled $6,323,756.50. KPMG's services at the agreed upon discounted rates result in a voluntary discount of fees in the amount of $3,906,039.80 thus benefitting the Chapter 11 estate by same amount.

5

## EXPENSE SUMMARY

| Service Description | Service Provider | Amount |
|---|---|---|
| Airfare | N/A | $ 63,941.65 |
| Lodging | N/A | $ 82,515.77 |
| Travel Meals | N/A | $ 16,625.79 |
| Ground Transportation | N/A | $ 27,492.98 |
| Miscellaneous | N/A | $ - |
| **Total** | | **$ 190,576.19**[7] |

---

[7] Included expenses related to the 1st Interim Period not previously requested which were associated with fees deferred due to pending retention status of related services.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) Objection Deadline: April 2, 2015 at 4:00 p.m. |

**SECOND INTERIM FEE APPLICATION OF KPMG LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS BANKRUPTCY ACCOUNTING AND TAX ADVISORS TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM SEPTEMBER 01, 2014 THROUGH DECEMBER 31, 2014**

KPMG LLP, ("KPMG") as Bankruptcy Accounting and Tax Advisors to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), files this Second Interim Fee Application (the "Application"), pursuant to section 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"). By this Application, KPMG seeks the allowance of compensation for professional services performed and actual and necessary expenses incurred by KPMG for the period from September 01, 2014 through and including December 31, 2014 (the "Compensation Period"), in the amount of $2,754,516.29 and respectfully represents:

**Background**

1. On April 29, 2014 (the "Petition Date"), each of the Debtors filed a voluntary petition with the Court under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The Court has entered a final order for joint administration of these chapter 11 cases. The Court has not appointed a trustee.

2. The Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") formed an official committee of unsecured creditors in these chapter 11 cases on May 13, 2014 [D.I. 420]. Further information regarding the Debtors' business operations and capital structure is set forth in the Declaration of Paul Keglevic, Executive Vice President, Chief Financial Officer, and Co-Chief Restructuring Officer of Energy Future Holdings Corp., et al., in Support of First Day Motions [D.I. 98].

3. The Debtors filed an Application To Retain and Employ KPMG as Bankruptcy Accounting and Tax Advisor on May 29, 2014 (the "Retention Application") [D.I. 652], all as more fully set forth in the Application, the Bibby Declaration, the Supplement to the Application of Energy Future Holdings Corp, et al., [D.I. 1968] (the "Application Supplement"), the Supplemental Declaration of Thomas D. Bibby in Support of the Application of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing the Debtors To Retain and Employ KPMG LLP as Bankruptcy Accounting and Tax Advisors Effective *Nunc Pro Tunc* to the Petition Date [D.I.1969] (the "Bibby Application Supplement Declaration"), and the

Second Supplemental Declaration of Thomas D. Bibby in Support of the Application of Energy Future Holdings Corp. et al., for Entry of an Order Authorizing the Debtors to Retain and Employ KPMG LLP as Bankruptcy Accounting and Tax Advisors Effective *Nunc Pro Tunc* to the Petition Date [D.I. 2038] (the "Supplemental Bibby Declaration").

4. By this Court's Order, dated September 16, 2014 [D.I. 2054] (the "Retention Order"), the Debtors were authorized to retain and employ KPMG LLP as Bankruptcy Accounting and Tax Advisors *Nunc Pro Tunc* to the Petition Date. The Retention Order authorizes the Debtors to compensate KPMG in accordance with the procedures set forth in section 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other procedures as were fixed by order of the Court.

5. Furthermore, by this Court's Order, dated December 17, 2014 [D.I. 3048] (the "Order"), the Debtors and Debtors in Possession were authorized to expand KPMG LLP's services as Bankruptcy Accounting and Tax Advisors *Nunc Pro Tunc* to August 1, 2014.

6. As noted in the Retention Order, KPMG received retainer amounts for services earned pre-petition. KPMG applied a portion of the remaining retainer amount to satisfy payments of the pre-petition fees and expenses before the entry of an order approving any portion of the Application for payment of post petition fees and expenses. Per the Retention Order and as disclosed in the first interim fee application, KPMG applied $236,550.52 of the retainer balance of $263,138.09 to the August monthly fee application to satisfy the payment of this post petition fee and

expense. KPMG applied the remaining retainer balance of $26,587.57 to reduce the balance due to KPMG with regards to our September monthly fee application.

## Jurisdiction

7.  The United States Bankruptcy Court for the District of Delaware (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

8.  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

9.  The statutory bases for the relief requested herein are sections 327(a), 328, and 330 of title 11 of the United States Code (the "Bankruptcy Code"), Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Local Bankruptcy Rules 2014-1 and 2016-2.

## Summary of Application

10. During the Compensation Period, KPMG performed the services for which it is seeking compensation on behalf of or for the Debtors and their estates and not on behalf of any committee, creditor or other person. By this Application, KPMG requests allowance of interim compensation of professional fees totaling $2,563,940.10 and reimbursement of necessary and actual out-of-pocket expenses in the amount of $190,576.19.

## Summary of Services Rendered During the Compensation Period

11. This Application is KPMG's Second Interim Fee Application for compensation and expense reimbursement filed in these chapter 11 cases, as referenced in Attachment B. During the Compensation Period, KPMG provided significant professional services to the Debtors in their efforts to navigate their business through the chapter11 process.

12. Set forth below is a summary of the significant professional services that KPMG rendered to the Debtors during the Compensation Period

**Voucher Analysis Services**

- KPMG assisted EFH with analysis of accounts payable vouchers to determine their appropriate handling under bankruptcy law utilizing date and vendor classification. The team reviewed invoices from vendors to determine whether work and materials were received before, during or after the bankruptcy filing date and other relevant bankruptcy windows and classified—held from or released for payment—according to findings. The team dealt with approximately 1,200 invoices a day with assignments parsed out by responsible EFH management on a daily basis. The team also assisted EFH with researching specific topics, vendors or sets of invoices, and internal audit processes under the request of EFH management on an as needed basis.

**2014 Property Tax Consulting**

- KPMG assisted the Debtor as consultant on various property tax matters. These matters included inputting and tracking of personal and real property notice values in the client's property tax system (Vtax), determining whether the property tax notices were accurate, and verification of newly noticed properties with the various property tax appraisal districts and counties.
- KPMG also assisted EFH with the mining equipment valuation models for rendition and planning purposes. This included assisting with review of the business personal property assets related to the mining segment of the business and determining whether the cost for the business personal property accounts are reasonable compared to the value of such assets.

**Sales and Use Tax Consulting Services**

- Assisted the Debtors in their dealings with the Texas Comptroller's Office examination team, meeting with the team as appropriate.

**Fee Statement and Fee Application Preparation**

- The billing procedures required by the US Trustee Guidelines differ from KPMG's normal billing procedures and as such, the Local Rules and the Interim Compensation Order entered in these cases have required significant effort to inform the timekeepers of their responsibilities, compile the detailed time and expenses entries, prepare detailed and summary schedules of fees and expenses incurred, and draft the schedules included in the monthly and interim fee applications. Per the United States Bankruptcy Code Title 11 § 330(a)(6), any compensation awarded for the preparation of a fee application shall be based on the level and skill reasonably required to prepare the application.

**Retention Services**

- Services included researching client bankruptcy with regards to retention; the preparation of KPMG's supplemental declaration; discussions with KPMG's Office of General Counsel; and discussions and correspondence with Debtors' counsel related to supplemental employment application.

**SOX Phase I**

- During this period, KPMG continued our assistance to the IT Compliance department by performing ongoing control documentation development and updates, control performance monitoring, control owner support and training, and communication with business personnel, IT management, internal audit, and external audit related to SOX compliance efforts across the IT organization.

**2013 Tax Return Review**

- KPMG performed a high-level review of transactional data contained in the Debtors' consolidated 2013 Form 10-Ks and compared with draft tax elections, statements and disclosures prepared by the Debtors and included in the 2013 tax return.

**Loan Staff Services**

- KPMG assisted the Debtor with various property tax matters. These matters included the filing of personal property renditions, filing of personal and real property protested values, the issuance of delinquent account payments, the tracking and processing of property tax refunds, the preparation of internal documents related to property tax delinquencies, updating EFH's property tax database for modified account details, and the submission of property tax protest withdrawals. These tasks

were all performed under the direction of the EFH property tax personnel. Each of the tasks performed were done so in a manner determined solely by EFH as a supplement to fulfilling their daily property tax needs.

**IT Asset Management Services**

- KPMG completed the IT Asset Management Project for Energy Future Holdings as defined by the statement of work. Our final deliverables, the current state assessment, future state assessment, and architectural diagrams were reviewed with the client shareholder. At the close of the project, Energy Future Holdings was working with the software provider Snow to implement the vendor's software asset management tool. This aligns with the phase 1 approach designed by KPMG.

**Service Costing Assessment Services**

- Finalized the Service Costing assessment project and delivered the results of the assessment to EFH with findings and recommendations and a roadmap and strategy to implement our recommendations.

**SOX Phase II - On-Going Controls Services**

- During this period, KPMG continued our assistance to the IT Compliance department by performing ongoing control documentation development and updates, control performance monitoring, control owner support and training, and communication with business personnel, IT management, internal audit, and external audit related to SOX compliance efforts across the IT organization.

**CAO Financial Reporting Support Services**

- Assisted EFH Corporate Accounting with special projects and other financial reporting needs for current operational processes. Identified process improvements and communicated to EFH Management on how to improve day to day accounting functions. Team also assisted EFH with researching specific topics, vendors or sets of invoices, and internal audit processes under the request of EFH management on an as needed basis.

**Service Costing Phase II - Model Remediation Services**

- Assisted EFH with the reconciliation of their manual IT Service Costing model and the Apptio Model. Assisted with the detailed analysis of the details to breakdown and define the differences. Also updated the Requirements Traceability Matrix with the requirement updates that resulted from the model reconciliation process. Additionally, created a Phase II Project Approach, and Project Staffing Model.

**SOX II - SDLC (Software Development Life Cycle) Services**

- During this period, KPMG continued our assistance to the IT Compliance department and IT PMO by performing control documentation development and updates, control performance monitoring, control owner support and training, communication with business personnel, IT management, internal audit, and external audit related to implementation efforts associated with new applications and technology tools impacted by SOX requirements.

**SOX Phase II - IAM Controls Services**

- During this period, KPMG assisted the Identity Management implementation project team by providing insights and feedback to documentation and control requirements, review of implementation plans, and communication with impacted business user teams regarding requirements, testing, and ongoing ownership of compliance activities to be performed in the newly implemented tools.

**HW Contract Advisor Services**

- KPMG was contracted to design and test a repeatable approach for joining both physical hardware data and the supporting contract information. This is not done today, and no tool was defined to support it. By leveraging data exports from the vendors for contract information, as well as the client's internal Configuration Management Database (CMDB), KPMG was able to develop a process of merging the two data sets using Microsoft Access (a tool EFH has at no additional cost) to provide the final report to EFH. Our approach also 'ignored' erroneous entries, found by looking for non-standard characters or blank serial numbers.

**Phase II IT Costing Apptio Service Catalog**

- Developed the technical design based on the approved Requirements Traceability Matrix and workshops conducted with EFH. Developed the Testing Strategy & Plan. Began developing Use Cases to be used as the basis for developing testing scripts by EFH. Provided a Process and Governance framework for EFH to develop their new processes and governance to manage master data, monthly data files, model and other items. Began development of the actual and budget models.

**Enterprise Architecture Strategy Services**

- KPMG was contracted to create an enterprise architecture strategy for EFH which included the planning, analysis and design of the target state operating model, functional organization design, and roadmap / transition plan for the new model. The target operating model included the EFH EA vision, the customer engagement model, core service offerings, and delivery and service fulfillment layer. The functional design defined the target state value drivers, roles and responsibilities,

and organizational structure. The transition plan and roadmap outlined the key long term activities and near term tactics to transition to the target state.

13. During the Compensation Period, KPMG billed the Debtors for time expended by professionals based on hourly rates ranging from $104 to $575 per hour. The rates reflected in this Application represent approximately a 26% to 47% discount from KPMG's standard rates. Of the aggregate time expended, 29.6 hours were expended by partners and principals, 1,394.7 hours were expended by directors and senior managers, 1,413.0 hours were expended by managers, 9,829.3 hours were expended by senior associates and associates, and 1,190.3 by contractors. KPMG's blended hourly rate for services provided during the Compensation Period is $185.03.

14. In addition to Attachment B, time detail records are annexed hereto as Exhibits A1 – A19. KPMG maintains contemporaneous records of the time expended for the professional services and expenses related hereto performed in connection with these chapter 11 cases and such records are maintained in the ordinary course of business.

15. The fees applied for herein are based on the usual and customary fees KPMG charges to advisory clients and are commensurate with the usual and customary rates charged for services performed.

16. KPMG respectfully submits that the amounts applied for herein for professional services rendered on behalf of the Debtors in these cases to date are fair and reasonable given: (a) the time expended; (b) the nature and extent of the services performed at the time at which such services were rendered; (c) the value of

such services; and (d) the costs of comparable services other than in these chapter 11 cases.

17. The time and labor expended by KPMG during the Compensation Period has been commensurate with the size and complexity of these cases.  In rendering these services, KPMG has made every effort to maximize the benefit to the Debtors' estates, to work efficiently with the other professionals employed in these cases, and to leverage staff appropriately in order to minimize duplication of effort.

18. During the Compensation Period, KPMG provided a focused range of professional services as requested by the Debtors.  KPMG respectfully submits that these services: (a) were necessary and beneficial to the successful and prompt administration of these cases; and (b) have been provided in a cost efficient manner.

19. Except as set forth in the Retention Order, no promises concerning compensation have been made to KPMG by any firm, person or entity.

**Summary of Actual and Necessary Expenses During the Compensation Period**

20.    Attached hereto as Exhibit B, and incorporated herein by reference, is a detailed description of the actual and necessary expenses incurred by KPMG in connection with its employment with the Debtors during the Compensation Period.  As set forth in Exhibit B, KPMG seeks reimbursement of actual and necessary expenses incurred by KPMG during the Compensation Period in the aggregate amount

of $190,576.19. These expenses are reasonable and necessary in light of the size and complexity of the Debtors' cases.

### Reservation

To the extent that time for services rendered or disbursements incurred relate to the Compensation Period, but were not processed prior to the preparation of this Application, KPMG reserves the right to request additional compensation for such services and reimbursement of such expenses in a future application. Furthermore, KPMG reserves the right to seek final approval of the fees and expenses requested herein.

### Conclusion

WHEREFORE, subject to the terms of the Interim Compensation Order, KPMG respectfully requests that the Court approve the interim compensation of $2,563,940.10 as compensation for professional services rendered during the Compensation Period and reimbursement for actual and necessary expenses totaling $190,576.19 that KPMG incurred in rendering such services.

Dated: March 12, 2015

Respectfully submitted,

*[signature: Thomas D. Bibby]*

Thomas D. Bibby
Partner, KPMG LLP
717 North Harwood Street
Dallas, TX  75201-6585

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) | (Jointly Administered) |

**DECLARATION PURSUANT TO RULE 2016-2 OF THE**
**LOCAL RULES OF BANKRUPTCY PROCEDURE FOR THE**
**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

I, Thomas D. Bibby, being duly sworn, deposes and says:

1. I am a Certified Public Accountant and a Partner of KPMG LLP ("KPMG"), a professional services firm.

2. By Order dated September 16, 2014, KPMG was retained as Bankruptcy Accounting and Tax Advisors to the above captioned debtors and debtors in possession (the "Debtors"). I submit this Declaration in conjunction with KPMG's fee application, dated March 12, 2015 (the "Interim Fee Application") for KPMG's second interim fee application for compensation for services rendered and allowance of expenses for the period September 1, 2014 through December 31, 2014.

3. I am familiar with the work performed on behalf of the Debtors by the professionals of KPMG.

4. I have reviewed the foregoing Interim Fee Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Rule 2016-2 of the Local Rules of Bankruptcy Procedure for the United States

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Bankruptcy Court for the District of Delaware, and submit that the Interim Fee Application substantially complies with such Rule.

5.      KPMG has discussed with the Debtors the fees and expenses in this Interim Fee Application and the Debtors have been given the opportunity to review the Interim Fee Application.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 12th day of March, 2015

*[signature: Thomas D. Bibby]*

Thomas D. Bibby
KPMG LLP