## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Response Deadline: April 3, 2015 at 4:00 p.m. (ET)** |
|  | ) |  |

### THIRD MONTHLY FEE STATEMENT
### OF MUNGER, TOLLES & OLSON LLP FOR ALLOWANCE OF AN
### ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF
### EXPENSES INCURRED FROM JANUARY 1, 2015 THROUGH JANUARY 31, 2015

| Name of Applicant | Munger, Tolles & Olson LLP |
|---|---|
| Authorized to Provide Professional Services to: | Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC. Debtors and Debtors-in-Possession |
| Date of Retention: | Retention Order Entered on January 13, 2015 (Effective as of November 16, 2014) |
| Period for which compensation and reimbursement is sought: | January 1, 2015 through January 31, 2015 |
| Amount of Compensation sought as actual, reasonable and necessary: | $1,065,044.40 (80% of $1,331,305.50) |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $16,940.34[2] |

This is a **X** monthly ___ interim __ final application. No prior application filed.[3]

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]    To comply with the caps established by the fee committee, Munger, Tolles & Olson LLP ("MTO") voluntarily reduced its expenses by $94.48 in the Fee Period (as defined herein).  Consequently, MTO does not seek payment of these expenses in this Monthly Fee Statement (as defined herein).

[3]    Notice of this Monthly Fee Statement (as defined herein) shall be served in accordance with the Interim Compensation Order and Fee Committee Order and objections to the relief requested in this Monthly Fee Statement shall be addressed in accordance with the Interim Compensation Order and Fee Committee Order.

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code, (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the *Order Authorizing the Retention and Employment of Munger, Tolles & Olson LLP as Counsel to Debtors and Debtors in Possession Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC Effective* Nunc Pro Tunc *to November 16, 2014,* dated January 13, 2015 [D.I. 3279] (the "Retention Order"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals,* dated September 16, 2014 [D.I. 2066] (the "Interim Compensation Order"), the *Stipulation and Order Appointing a Fee Committee* [D.I. 1896] (the "Fee Committee Order"), and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules"), the law firm Munger, Tolles & Olson LLP ("MTO"), counsel for the debtors and debtors in possession Energy Future Competitive Holdings Company LLC ("EFCH") and Texas Competitive Electric Holdings Company LLC ("TCEH" and together with EFCH and their debtor subsidiaries, the "TCEH Debtors"), hereby files this monthly fee statement (this "Monthly Fee Statement") for: (i) compensation in the amount of $1,065,044.40 for the reasonable and necessary legal services MTO rendered to the TCEH Debtors from January 1, 2015 through January 31, 2015 (the "Fee Period") (80% of $1,331,305.50); and (ii) reimbursement for the actual and necessary expenses that MTO incurred, in the amount of $16,940.34 during the Fee Period.

**Itemization of Services Rendered and Disbursements Incurred**

1. In support of this Monthly Fee Statement, attached are the following exhibits:

- **Exhibit A** is a schedule of the number of hours expended and fees incurred (on an aggregate basis) by MTO partners, associates, and paraprofessionals during the Fee Period with respect to each of the subject matter categories MTO established in accordance with its internal billing procedures. As

reflected in <u>Exhibit A</u>, MTO incurred $1,331,305.50 in fees during the Fee Period.  Pursuant to this Monthly Fee Statement, MTO seeks reimbursement for 80% of such fees ($1,065,044.40 in the aggregate).

- **<u>Exhibit B</u>** is a schedule providing certain information regarding the MTO attorneys and paraprofessionals for whose work on these chapter 11 cases compensation is sought in this Monthly Fee Statement. Attorneys and paraprofessionals of MTO expended a total of 1,953.40 hours in connection with these chapter 11 cases during the Fee Period.

- **<u>Exhibit C</u>** is a schedule for the Fee Period, setting forth the total amount of reimbursement sought with respect to each category of expenses for which MTO is seeking reimbursement in this Monthly Fee Statement.  All of these disbursements comprise the requested sum for MTO's out-of-pocket expenses.

- **<u>Exhibit D</u>** consists of MTO's records of expenses incurred during the Fee Period in the rendition of the professional services to the TCEH Debtors and their estates.

## <u>Proposed Payment Allocation</u>

2.      In accordance with paragraph 2 of the Interim Compensation Order, all MTO's fees and expenses sought in this Application are allocated to TCEH.

## <u>Representations</u>

3.      Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period.  MTO reserves the right to make further application to this Court for allowance of such fees and expenses not included herein.  Subsequent fee applications will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, Local Bankruptcy Rules, the Fee Committee Order, and the Interim Compensation Order.

WHEREFORE, MTO requests allowance of its fees and expenses incurred during the Fee Period in the total amount of $1,081,984.74 consisting of (a) $1,065,044.40, which is 80% of the fees incurred by the TCEH Debtors for reasonable and necessary professional services rendered by MTO; and (b) $16,940.34 for actual and necessary costs and expenses, and that such fees and expenses be paid as administrative expenses of the TCEH Debtors' estates.

Dated:  March 13, 2015

**McElroy, Deutsch, Mulvaney & Carpenter, LLP**
David P. Primack, Esq. (No. 4449)
Aaron S. Applebaum, Esq. (No. 5587)
300 Delaware Avenue, Suite 770
Wilmington, Delaware 19801
Telephone:        (302) 300-4515
Facsimile:        (302) 654-4031
Email:              aapplebaum@mdmc-law.com

-and-

**Munger, Tolles & Olson LLP**
/s/Todd J. Rosen
Thomas B. Walper (admitted *pro hac vice*)
Todd J. Rosen (admitted *pro hac vice*)
Seth Goldman (admitted *pro hac vice*)
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
Telephone:        (213) 683-9100
Facsimile:        (213) 687-3702
Email:              thomas.walper@mto.com
                       todd.rosen@mto.com
                       seth.goldman@mto.com

Co-Counsel to the TCEH Debtors

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**VERIFICATION OF TODD J. ROSEN**

1.      I am Todd J. Rosen, a partner in the law firm of Munger, Tolles & Olson LLP ("MTO"), located at 355 S. Grand Ave., 35th Floor, Los Angeles, California, 90071.  I am a lead attorney from MTO working on the above-captioned chapter 11 cases.  I am a member in good standing of the Bar of the State of California, and I have been admitted to practice in the United States District Courts for the Central, Northern, Eastern, and Southern District of California; and the Ninth Circuit Court of Appeals.  There are no disciplinary proceedings pending against me.

2.      I have personally performed many of the legal services rendered by MTO as conflicts counsel to the TCEH Debtors and am familiar with all other work performed on behalf of the TCEH Debtors by the lawyers and other persons in the firm.

3.      The facts set forth in the foregoing Monthly Fee Statement are true and correct to the best of my knowledge, information, and belief.

4.      I have reviewed Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedures of the United States Bankruptcy Court for the District of Delaware and believe that the Monthly Fee Statement for MTO complies with Rule 2016-2.

---

[1]     The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

5.       Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

*/s/ Todd J. Rosen*
Todd J. Rosen
Partner of Munger, Tolles & Olson LLP

# EXHIBIT A

**Statement of Fees and Expenses By Subject Matter**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 001 | [TCEH] Asset Disposition / Purchases | 107.50 | $88,041.50 |
| 005 | [TCEH] Cash Collateral and DIP Financing | 2.70 | $2,025.00 |
| 006 | [TCEH] Investigation of Claims | 964.00 | $573,665.50 |
| 007 | [TCEH] Contested Matters and Adversary Proceedings | 0.80 | $852.00 |
| 008 | [TCEH] Corporate Governance | 121.20 | $107,483.50 |
| 010 | [TCEH] Hearings | 18.20 | $15,617.00 |
| 013 | [TCEH] MTO Retention and Fee Applications | 74.60 | $56,897.00 |
| 014 | [TCEH] Non-Working Travel | 31.40 | $28,700.50 |
| 015 | [TCEH] Official and Ad Hoc Committee Issues and Meetings | 13.00 | $12,837.00 |
| 017 | [TCEH] Plan / Disclosure Statement | 24.90 | $19,421.50 |
| 018 | [TCEH] Private Letter Ruling / IRS Matters / Tax Issues | 574.60 | $408,092.00 |
| 019 | [TCEH] Settlement Issues | 1.80 | $1,575.00 |
| 021 | [TCEH] U.S. Trustee Issues | 0.80 | $852.00 |
| 022 | [TCEH] Valuation | 0.20 | $150.00 |
| 024 | [TCEH] Non-MTO Retention and Fee Applications | 17.70 | $15,096.00 |
| **Totals:** | | **1,953.40** | **$1,331,305.50** |

| Service Description | Amount |
|---|---:|
| Computer Research[1] | $425.40 |
| Copying Charges (Outside)[2] | $1,706.56 |
| Meals | $375.02 |
| Messenger | $161.07 |
| Other Expense | $92.97 |
| Travel – Airfare | $11,550.64 |
| Travel – Ground (Out of Town) | $1,712.39 |
| Travel – Hotel | $916.29 |
| **Total:** | **$16,940.34** |

---

[1] Consistent with the *Debtors Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holding Company LLC's Application for Entry of an Order Authorizing the Retention and Employment of Munger, Tolles & Olson LLP as Counsel to the Debtors and Debtors in Possession Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC Effective* Nunc Pro Tunc *to November 16, 2014* [D.I. 3040] (the "Retention Application"), MTO did not charge for Westlaw computer research. This amount reflects non-Westlaw computer research.

[2] Consistent with the Retention Application, MTO did not charge for in-house copying. The charges reflected are copying charges when outside vendors were required due to the volume and nature of the work.

## EXHIBIT B

**Attorneys and Paraprofessionals' Information**

The MTO attorneys and paraprofessionals who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate[1] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| John W. Spiegel | Partner | 1977 | Litigation | $1,065.00 | 73.60 | $78,384.00 |
| Thomas B. Walper | Partner | 1980 | Restructuring | $1,065.00 | 166.20 | $177,003.00 |
| Kevin S. Allred | Partner | 1986 | Litigation | $830.00 | 15.60 | $12,948.00 |
| Stephen D. Rose | Partner | 1991 | Tax | $960.00 | 181.10 | $173,856.00 |
| Todd J. Rosen | Partner | 1999 | Restructuring | $875.00 | 154.25 | $134,968.75 |
| Brett J. Rodda | Partner | 1999 | Corporate | $850.00 | 2.80 | $2,380.00 |
| Seth Goldman | Partner | 2002 | Restructuring | $750.00 | 209.80 | $157,350.00 |
| Bradley R. Schneider | Of Counsel | 2004 | Litigation | $680.00 | 158.80 | $107,984.00 |
| Emily A. Bussigel | Associate | 2010 | Restructuring | $635.00 | 96.60 | $61,341.00 |
| Sam Greenberg | Associate | 2010 | Tax | $615.00 | 165.35 | $101,690.25 |
| Jennifer M. Broder | Associate | 2012 | Corporate | $560.00 | 1.40 | $784.00 |
| Sara N. Taylor | Associate | 2012 | Litigation | $510.00 | 187.40 | $95,574.00 |
| Alex D. Terepka | Associate | 2012 | Litigation | $510.00 | 165.50 | $84,405.00 |
| Andrea M. Weintraub | Associate | 2013 | Restructuring | $510.00 | 42.80 | $21,828.00 |
| Justin T. Hellman | Associate | 2013 | Corporate | $450.00 | 154.80 | $69,660.00 |
| Shelley Lipman | Staff Counsel | 1988 | Litigation | $315.00 | 4.60 | $1,449.00 |
| Danny R. Munson | Paralegal | N/A | Litigation | $295.00 | 14.20 | $4,189.00 |
| Courtney Caron | Paralegal | N/A | Litigation | $295.00 | 121.90 | $35,960.50 |
| Bruce M. Gordon | Paralegal | N/A | Litigation | $215.00 | 24.40 | $5,246.00 |
| Allen Ng | Automated Litigation Support | N/A | Litigation | $350.00 | 12.30 | $4,305.00 |
| **Total:** | | | | | 1,953.40 | $1,331,305.50 |

---

[1]    While the hourly billing rates rendered during this Fee Period are higher than the hourly billing rates during the Fee Periods for November 2014 and December 2014, these hourly billing rate increases were disclosed in the Retention Application at ¶13, subject to objection by parties-in-interest, and approved with entry of the Retention Order [D.I. 3279].

## **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

### Expense Summary

| Service Description | Amount |
|---|---|
| Computer Research[1] | $425.40 |
| Copying Charges (Outside)[2] | $1,706.56 |
| Meals | $375.02 |
| Messenger | $161.07 |
| Other Expense | $92.97 |
| Travel – Airfare | $11,550.64 |
| Travel – Ground (Out of Town) | $1,712.39 |
| Travel – Hotel | $916.29 |
| **Total:** | **$16,940.34** |

---

[1]    Consistent with the *Debtors Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holding Company LLC's Application for Entry of an Order Authorizing the Retention and Employment of Munger, Tolles & Olson LLP as Counsel to the Debtors and Debtors in Possession Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC Effective* Nunc Pro Tunc *to November 16, 2014* [D.I. 3040] (the "Retention Application"), MTO did not charge for Westlaw computer research. This amount reflects non-Westlaw computer research.

[2]    Consistent with the Retention Application, MTO did not charge for in-house copying. The charges reflected are copying charges when outside vendors were required due to the volume and nature of the work.

## EXHIBIT D

**Detailed Description of Expenses and Disbursements**

| Date Posted | Name | Title | Description | Amount | Narrative |
|---|---|---|---|---|---|
| 1/6/2015 | Walper, Thomas B. | Partner | Travel - Ground (Out of Town) | 157.83 | Travel - Ground (Out of Town) - Vendor: BLS INV-621372 - 01/06/15 - From JFK to NY-London Hotel, New York, NY - T. Walper |
| 1/8/2015 | Walper, Thomas B. | Partner | Travel - Ground (Out of Town) | 153.00 | Travel - Ground (Out of Town) - Vendor: BLS INV-621375 - 01/08/15 - From 151 West 54th Street, New York, NY 10019 to EWR - T. Walper |
| 1/8/2015 | Clarke, Rhonda | Secretary | Messenger | 161.07 | Messenger - Vendor: EXPRESS NETWORK, INC. INV-27226 - 01/08/15 - From MTO - Los Angeles to Seth Goldman, 238 7th Street, Seal Beach - R. Clarke |
| 1/13/2015 | Walper, Thomas B. | Partner | Travel - Ground (Out of Town) | 151.09 | Travel - Ground (Out of Town) - Vendor: BLS INV-622541 - 01/13/15 - From NY-London Hotel, New York, NY to NY-Penn Station, Manhattan, NY - T. Walper |
| 1/13/2015 | Walper, Thomas B. | Partner | Travel - Ground (Out of Town) | 157.83 | Travel - Ground (Out of Town) - Vendor: BLS INV-622540 - 01/16/15 - From JFK to 151 W. 54th St., New York, NY - T. Walper |
| 1/15/2015 | Walper, Thomas B. | Partner | Travel - Ground (Out of Town) | 144.76 | Travel - Ground (Out of Town) - Vendor: BLS INV-622542 - 01/15/15 - From 151 W. 54th Street, New York, NY to JFK - T. Walper |
| 1/21/2015 | Walper, Thomas B. | Partner | Travel - Ground (Out of Town) | 157.83 | Travel - Ground (Out of Town) - Vendor: BLS INV-623624 - 01/21/15 - From JFK to 151 W. 54th St., New York, NY 10019 - T. Walper |
| 1/22/2015 | Walper, Thomas B. | Partner | Travel - Ground (Out of Town) | 144.76 | Travel - Ground (Out of Town) - Vendor: BLS INV-623625 - 01/22/15 - From 151 W. 54th Street, New York, NY to JFK - T. Walper |
| 1/27/2015 | Munson, Danny R. | Paralegal | Copying Charges/Outside | 180.02 | Copying Charges/Outside - Vendor: VENDOR DIRECT SOLUTIONS Inv #13709, 1/2/15 - 3303 b&w blowbacks - D Munson |
| 1/28/2015 | Firm, Firm | Other | Travel - Airfare | -13.00 | Travel - Airfare - Vendor: AMERICAN EXPRESS  - 01/28/2015  AMTRAK STMT  WALPER/THOMAS B 01/12/2015 |
| 1/28/2015 | Firm, Firm | Other | Travel - Airfare | 56.00 | Travel - Airfare - Vendor: AMERICAN EXPRESS  - 01/28/2015  STMT - ROSEN /ECONOMY P  01/28/15 LAX-ORD |
| 1/28/2015 | Firm, Firm | Other | Travel - Airfare | 93.00 | Travel - Airfare - Vendor: AMERICAN EXPRESS  - 01/28/2015  STMT - SCHNEIDER /ECONOMY P 02/01/15 |

| | | | | | LAX-JFK |
|---|---|---|---|---|---|
| 1/28/2015 | Firm, Firm | Other | Travel - Airfare | 106.00 | Travel - Airfare - Vendor: AMERICAN EXPRESS - 01/28/2015 STMT - SCHNEIDER /ECONOMY P 02/04/15 JFK-LAX |
| 1/28/2015 | Firm, Firm | Other | Travel - Airfare | 124.00 | Travel - Airfare - Vendor: AMERICAN EXPRESS - 01/28/2015 AMTRAK STMT WALPER/THOMAS B 01/09/2015 |
| 1/28/2015 | Firm, Firm | Other | Travel - Airfare | 165.52 | Travel - Airfare - Vendor: AMERICAN EXPRESS - 01/28/2015 STMT - ROSE/STEPHEN D 01/29/15 LAX ORD LAX |
| 1/28/2015 | Firm, Firm | Other | Travel - Airfare | 401.60 | Travel - Airfare - Vendor: AMERICAN EXPRESS - 01/28/2015 STMT - GREENBERG/SAMUEL TAL 01/28/15 LAX ORD LAX |
| 1/28/2015 | Firm, Firm | Other | Travel - Airfare | 737.43 | Travel - Airfare - Vendor: AMERICAN EXPRESS - 01/28/2015 STMT - WALPER/THOMAS B 01/12/15 LAX/JFK |
| 1/28/2015 | Firm, Firm | Other | Travel - Airfare | 737.43 | Travel - Airfare - Vendor: AMERICAN EXPRESS - 01/28/2015 STMT - WALPER/THOMAS B 01/15/15 JFK/LAX |
| 1/28/2015 | Firm, Firm | Other | Travel - Airfare | 737.43 | Travel - Airfare - Vendor: AMERICAN EXPRESS - 01/28/2015 STMT - WALPER/THOMAS B 01/26/15 LAX/JFK |
| 1/28/2015 | Firm, Firm | Other | Travel - Airfare | 766.39 | Travel - Airfare - Vendor: AMERICAN EXPRESS - 01/28/2015 STMT - WALPER/THOMAS B 01/05/15 LAX/JFK |
| 1/28/2015 | Firm, Firm | Other | Travel - Airfare | 1,026.30 | Travel - Airfare - Vendor: AMERICAN EXPRESS - 01/28/2015 STMT - ROSEN/TODD J 01/28/15 LAX ORD LAX |
| 1/28/2015 | Firm, Firm | Other | Travel - Airfare | 1,424.85 | Travel - Airfare - Vendor: AMERICAN EXPRESS - 01/28/2015 STMT - SCHNEIDER/BRADLEY R 01/26/15 LAX JFK LAX |
| 1/28/2015 | Firm, Firm | Other | Travel - Airfare | 1,424.85 | Travel - Airfare - Vendor: AMERICAN EXPRESS - 01/28/2015 STMT - WALPER/THOMAS B 01/20/15 LAX JFK LAX |
| 1/28/2015 | Firm, Firm | Other | Travel - Airfare | 1,622.64 | Travel - Airfare - Vendor: AMERICAN EXPRESS - 01/28/2015 STMT - SPIEGEL/JOHN W 01/26/15 LAX JFK LGA ORD LAX |
| 1/28/2015 | Firm, Firm | Other | Travel - Airfare | 1,940.20 | Travel - Airfare - Vendor: AMERICAN EXPRESS - 01/28/2015 STMT - ROSEN/TODD J 01/12/15 LAX PHL LAX |

| 1/29/2015 | Gordon, Bruce M. | Paralegal | Copying Charges/Outside | 49.62 | Copying Charges/Outside - Vendor: VENDOR DIRECT SOLUTIONS Inv #13761, 1/8/15 - 38 b&w blowbacks, 349 color blowbacks - B Gordon |
| 1/29/2015 | Gordon, Bruce M. | Paralegal | Copying Charges/Outside | 84.75 | Copying Charges/Outside - Vendor: VENDOR DIRECT SOLUTIONS Inv #13722, 1/2/15 - 1555 b&w blowbacks - B Gordon |
| 1/29/2015 | Gordon, Bruce M. | Paralegal | Copying Charges/Outside | 215.06 | Copying Charges/Outside - Vendor: VENDOR DIRECT SOLUTIONS Inv #13721, 1/2/15 - 3946 b&w blowbacks - B Gordon |
| 1/30/2015 | Gordon, Bruce M. | Paralegal | Copying Charges/Outside | 60.06 | Copying Charges/Outside - Vendor: VENDOR DIRECT SOLUTIONS Inv #13845, 1/22/15 - 1102 b&w blowbacks - B Gordon |
| 1/30/2015 | Walper, Thomas B. | Partner | Computer Research | 159.60 | Computer Research - December 2014 Pacer charge |
| 1/30/2015 | Gordon, Bruce M. | Paralegal | Copying Charges/Outside | 168.46 | Copying Charges/Outside - Vendor: VENDOR DIRECT SOLUTIONS Inv #13832, 1/23/15 - 3091 b&w blowbacks - B Gordon |
| 1/30/2015 | Schneider, Bradley R. | Of Counsel | Copying Charges/Outside | 298.34 | Copying Charges/Outside - Vendor: VENDOR DIRECT SOLUTIONS Inv #13718, 1/2/15 - 5474 b&w blowbacks - B Schneider |
| 1/31/2015 | Goldman, Seth | Partner | Other Expense | 30.00 | Other Expense - Vendor: COURTCALL, LLC Inv #1/31/15 STMNT - S GOLDMAN U.S. BANKRUPTY COURT - DELAWARE |
| 1/31/2015 | Goldman, Seth | Partner | Other Expense | 51.00 | Other Expense - Vendor: COURTCALL, LLC Inv #1/31/15 STMNT - S GOLDMAN 1/13/15 U.S. BANKRUPTCY COURT - DELAWARE |
| 2/10/2015 | Greenberg, Samuel Talley | Associate | Meals | 11.06 | Meals SAMUEL TALLEY GREENBERG - Meals Other, 01/28/15, ATTEND EFH TAX ISSUES MEETING - CHICAGO, HYATT REGENCY CHICAGO - 010007485266 |
| 2/10/2015 | Greenberg, Samuel Talley | Associate | Other Expense | 11.97 | Other Expense SAMUEL TALLEY GREENBERG - Internet, 01/29/15, ATTEND EFH TAX ISSUES MEETING - CHICAGO, UNITED AIRLINES - 010007485266 |
| 2/10/2015 | Greenberg, Samuel Talley | Associate | Meals | 12.97 | Meals SAMUEL TALLEY GREENBERG - Meals Other, 01/29/15, ATTEND EFH TAX ISSUES MEETING - CHICAGO, HUDSON NEWS - CHICAGO O'HARE AIRPORT - 010007485266 |
| 2/10/2015 | Firm, Firm | Other | Copying | 16.76 | Copying Charges/Outside - Vendor: |

| | | | Charges/Outside | | VENDOR DIRECT SOLUTIONS Inv #13912, 1/29/15 - 123 color blowbacks - N Gore |
|---|---|---|---|---|---|
| 2/10/2015 | Goldman, Seth | Partner | Copying Charges/Outside | 17.26 | Copying Charges/Outside - Vendor: VENDOR DIRECT SOLUTIONS Inv #13904, 1/28/15 - 69 b&w blowbacks, 99 color blowbacks - S Goldman |
| 2/10/2015 | Greenberg, Samuel Talley | Associate | Meals | 24.66 | Meals SAMUEL TALLEY GREENBERG - Meals Other, 01/28/15, ATTEND EFH TAX ISSUES MEETING - CHICAGO, HUDSON NEWS - LAX - 010007485266 |
| 2/10/2015 | Greenberg, Samuel Talley | Associate | Travel - Airfare | 25.00 | Travel - Airfare SAMUEL TALLEY GREENBERG - Baggage Fee, 01/29/15, ATTEND EFH TAX ISSUES MEETING - CHICAGO, UNITED AIRLINES - 010007485266 |
| 2/10/2015 | Rosen, Todd J. | Partner | Meals | 29.20 | Meals TODD J. ROSEN - Hotel - Dinner, Court appearance, 01/13/2015, Westin Hotels & Resorts - 010007356815 |
| 2/10/2015 | Rosen, Todd J. | Partner | Meals | 46.50[1] | Meals TODD J. ROSEN - Hotel - Breakfast, Court appearance, 01/13/2015, River Rock Kitchen - hotel restaurant - 010007356815 |
| 2/10/2015 | Rosen, Todd J. | Partner | Travel - Ground (Out of Town) | 47.00 | Travel - Ground (Out of Town) TODD J. ROSEN - Parking, 01/13/15, Court appearance, LAX-CPCS - 010007356815 |
| 2/10/2015 | Greenberg, Samuel Talley | Associate | Travel - Ground (Out of Town) | 49.25 | Travel - Ground (Out of Town) SAMUEL TALLEY GREENBERG - Taxi/Car Service, 01/28/15, ATTEND EFH TAX ISSUES MEETING - CHICAGO, CHICAGO O'HARE AIRPORT/HYATT REGENCY CHICAGO - 010007485266 |
| 2/10/2015 | Greenberg, Samuel Talley | Associate | Travel - Ground (Out of Town) | 60.00 | Travel - Ground (Out of Town) SAMUEL TALLEY GREENBERG - Parking, 01/29/15, ATTEND EFH TAX ISSUES MEETING - CHICAGO, LAX AIRPORT PARKING - 010007485266 |
| 2/10/2015 | Goldman, Seth | Partner | Copying Charges/Outside | 66.06 | Copying Charges/Outside - Vendor: VENDOR DIRECT SOLUTIONS Inv #13892, 1/27/15 - 1212 b&w blowbacks - S Goldman |
| 2/10/2015 | Greenberg, Samuel Talley | Associate | Travel - Ground (Out of Town) | 83.00 | Travel - Ground (Out of Town) SAMUEL TALLEY GREENBERG - Taxi/Car Service, 01/29/15, ATTEND EFH TAX ISSUES MEETING - |

---

[1]    This was an out-of-office working breakfast for Mr. Rosen and Mr. Walper.

| | | | | | |
|---|---|---|---|---|---|
| | | | | | CHICAGO, HYATT REGENCY CHICAGO/CHICAGO O'HARE AIRPORT - 010007485266 |
| 2/10/2015 | Rosen, Todd J. | Partner | Travel - Ground (Out of Town) | 100.00 | Travel - Ground (Out of Town) TODD J. ROSEN - Taxi/Car Service, 01/13/15, Court appearance, Courthouse to airport - 010007356815 |
| 2/10/2015 | Munson, Danny R. | Paralegal | Copying Charges/Outside | 114.72 | Copying Charges/Outside - Vendor: VENDOR DIRECT SOLUTIONS Inv #13884, 1/27/15 - 760 b&w blowbacks, 538 color blowbacks - D Munson |
| 2/10/2015 | Greenberg, Samuel Talley | Associate | Travel - Airfare | 175.00 | Travel - Airfare SAMUEL TALLEY GREENBERG - Change Ticket Fee, 01/26/15, ATTEND EFH TAX ISSUES MEETING - CHICAGO, UNITED AIRLINES - 010007485266 |
| 2/10/2015 | Greenberg, Samuel Talley | Associate | Travel - Hotel | 183.37 | Travel - Hotel SAMUEL TALLEY GREENBERG - Lodging, ATTEND EFH TAX ISSUES MEETING - CHICAGO, 01/28/2015 - 01/29/2015, HYATT REGENCY CHICAGO, CHICAGO - 010007485266 |
| 2/10/2015 | Rosen, Todd J. | Partner | Travel - Hotel | 350.90 | Travel - Hotel TODD J. ROSEN - Lodging, Court appearance, 01/12/2015 - 01/13/2015, Westin Hotels & Resorts, Delaware - 010007356815 |
| 2/19/2015 | Caron, Courtney J. | Paralegal | Copying Charges/Outside | 45.18 | Copying Charges/Outside - Vendor: VENDOR DIRECT SOLUTIONS Inv #13708, 1/2/15 - 829 b&w blowbacks - C Caron |
| 2/19/2015 | Caron, Courtney J. | Paralegal | Copying Charges/Outside | 96.95 | Copying Charges/Outside - Vendor: VENDOR DIRECT SOLUTIONS Inv #13826, 1/23/15 - 1779 b&w blowbacks - C Caron |
| 2/19/2015 | Schneider, Bradley R. | Of Counsel | Copying Charges/Outside | 293.32 | Copying Charges/Outside - Vendor: VENDOR DIRECT SOLUTIONS Inv #13716, 1/2/15 - 5382 b&w blowbacks - B Schneider |
| 2/24/2015 | Rose, Stephen D. | Partner | Travel - Ground (Out of Town) | 10.00 | Travel - Ground (Out of Town) STEPHEN D. ROSE - Taxi/Car Service, 01/29/15, ATTEND EFH TAX ISSUES MEETING, HYATT REGENCY CHICAGO/KIRKLAND & ELLIS OFFICE - 010007557546 |
| 2/24/2015 | Rose, Stephen D. | Partner | Travel - Ground (Out of Town) | 10.00 | Travel - Ground (Out of Town) STEPHEN D. ROSE - Taxi/Car Service, 01/29/15, ATTEND EFH TAX ISSUES MEETING, KIRKLAND ELLIS OFFICE/HYATT REGENCY CHICAGO - 010007557546 |
| 2/24/2015 | Rose, Stephen D. | Partner | Meals | 10.91 | Meals STEPHEN D. ROSE - Meals Other, 01/28/15, ATTEND EFH TAX ISSUES MEETING, TIC CIAO GMT - |

| | | | | | 010007557546 |
|---|---|---|---|---|---|
| 2/24/2015 | Rose, Stephen D. | Partner | Meals | 15.74 | Meals STEPHEN D. ROSE - Hotel - Dinner, ATTEND EFH TAX ISSUES MEETING, 01/28/2015 - 01/29/2015, HYATT REGENCY CHICAGO - 010007557546 |
| 2/24/2015 | Rose, Stephen D. | Partner | Travel - Ground (Out of Town) | 45.00 | Travel - Ground (Out of Town) STEPHEN D. ROSE - Parking, 01/30/15, ATTEND EFH TAX ISSUES MEETING, LAX PARKING - 010007557546 |
| 2/24/2015 | Rosen, Todd J. | Partner | Travel - Ground (Out of Town) | 45.90 | Travel - Ground (Out of Town) TODD J. ROSEN - Taxi/Car Service, 01/28/15, Tax Issues Meeting, ORD to Hotel - 010007499069 |
| 2/24/2015 | Rosen, Todd J. | Partner | Meals | 51.10 | Meals TODD J. ROSEN - Dinner, 01/29/15, Tax Issues Meeting, Stefani's Tuscany Cafe; Samuel Talley Greenberg - 010007499069 |
| 2/24/2015 | Rosen, Todd J. | Partner | Travel - Ground (Out of Town) | 52.14 | Travel - Ground (Out of Town) TODD J. ROSEN - Taxi/Car Service, 01/29/15, Tax Issues Meeting, LAX to Home - 010007499069 |
| 2/24/2015 | Rosen, Todd J. | Partner | Meals | 52.88 | Meals TODD J. ROSEN - Hotel - Breakfast, Tax Issues Meeting, 01/29/2015, Westin Hotels & Resorts/Ember Grill; Stephen D. Rose, Samuel Talley Greenberg - 010007499069 |
| 2/24/2015 | Rosen, Todd J. | Partner | Travel - Ground (Out of Town) | 59.00 | Travel - Ground (Out of Town) TODD J. ROSEN - Taxi/Car Service, 01/28/15, Tax Issues Meeting, Home to LAX - 010007499069 |
| 2/24/2015 | Rose, Stephen D. | Partner | Travel - Ground (Out of Town) | 84.00 | Travel - Ground (Out of Town) STEPHEN D. ROSE - Taxi/Car Service, 01/28/15, ATTEND EFH TAX ISSUES MEETING, CHICAGO O'HARE AIRPORT/HYATT REGENCY CHICAGO - 010007557546 |
| 2/24/2015 | Rosen, Todd J. | Partner | Travel - Meals | 120.00[2] | Travel - Meals TODD J. ROSEN - Dinner, 01/28/15, Tax Issues Meeting, Hyatt Regency Chicago/Stetsons Modern Steak & Sushi; Stephen D. Rose, Samuel Talley Greenberg - 010007499069 |
| 2/24/2015 | Rose, Stephen D. | Partner | Travel - Hotel | 162.02 | Travel - Hotel STEPHEN D. ROSE - Lodging, ATTEND EFH TAX ISSUES |

---

[2]  This was an out-of-office working dinner for Mr. Rosen, Mr. Rose, and Mr. Greenberg for $214.48. MTO has voluntarily reduced this expense by $94.48.

| | | | | | |
|---|---|---|---|---|---|
| | | | | | MEETING, 01/28/2015 - 01/29/2015, HYATT REGENCY CHICAGO, CHICAGO - 010007557546 |
| 2/24/2015 | Rosen, Todd J. | Partner | Travel - Hotel | 220.00 | Travel - Hotel TODD J. ROSEN - Lodging, Tax Issues Meeting, 01/28/2015 - 01/29/2015, Westin Hotels & Resorts, Chicago - 010007499069 |
| 2/28/2015 | Walper, Thomas B. | Partner | Computer Research | 265.80 | JANUARY 2015 PACER CHARGE Computer Research |
| | | | Total: | 16,940.34[3] | |

---

[3]    Includes voluntary reductions of $94.48 for expenses incurred during the Fee Period.