# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> ENERGY FUTURE HOLDINGS CORPORATION, *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 14-10979 (CSS) <br><br> (Jointly Administered) |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Carmody MacDonald P.C hereby withdraws its appearance as co-counsel of record for Automatic Systems, Inc. ("ASI") in the above-captioned case and respectfully requests that the Clerk's Office remove its name (including gdw@carmodymacdonald.com) from all service lists maintained in this case, including all electronic service lists and the ECF notification system for this case.

PLEASE TAKE FURTHER NOTICE that Gregory D. Willard, Esq. hereby enters his appearance[2] in place of Carmody MacDonald P.C. as co-counsel for ASI in the above-captioned case and, pursuant to section 1109(b) of title 11 of the United States Code, Rules 2002, 3017(a),

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] This notice is not intended nor shall be deemed to waive the rights of ASI: (i) to have an Article III judge adjudicate in the first instance any case, proceeding, matter, or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution; (ii) to have final orders in any non-core case, proceeding, matter, or controversy entered only after an opportunity to object to proposed findings of fact and conclusions of law and a *de novo* review by a district court judge; (iii) to trial by jury in any case, proceeding, matter, or controversy so triable; (iv) to have the reference withdrawn by the United States District Court in any case, proceeding, matter, or controversy subject to mandatory or discretionary withdrawal; or (v) to assert any other rights, claims, actions, defenses, setoffs, or recoupments to which ASI is or may entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved. For the avoidance of doubt, the filing of this notice is not intended as, and shall not be, ASI's consent to the entry of final orders and judgments in any case, proceeding, matter, or controversy if it is determined that the Court, absent consent of ASI, cannot enter final orders or judgments in any such case, proceeding, matter, or controversy, as applicable, consistent with Article III of the United States Constitution.

9007, and 9010 of the Federal Rules of Bankruptcy Procedure, and Rule 2002-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, requests that copies of any and all notices and papers filed or entered in these cases be given to and served upon him as follows:

> Gregory D. Willard, Esq.
> 7339 Westmoreland Drive
> St. Louis, MO  63130-4241
> Telephone:  (314) 725-3926
> gregoryd.willard@gmail.com

PLEASE TAKE FURTHER NOTICE that Pinckney, Weidinger, Urban & Joyce LLC remains as co-counsel of record for ASI and should continue to be served as set forth in the *Notice of Appearance and Request for Service of Papers* [D.I. 879], filed on June 9, 2014.

Dated:  March 13, 2015
          Wilmington, Delaware

PINCKNEY, WEIDINGER, URBAN & JOYCE LLC
  */s/ Gregory T. Donilon*
Gregory T. Donilon (DE No. 4244)
1220 North Market Street, Suite 950
Wilmington, Delaware  19801
Telephone:  (302) 504-1497
Facsimile:  (302) 442-7046
gdonilon@pwujlaw.com

*Co-Counsel for ASI*

CARMODY MACDONALD P.C.
*/s/ Christopher J. Lawhorn*
Christopher J. Lawhorn, Esq.
120 S. Central Avenue, Suite 1800
St. Louis, Missouri  63105
Telephone:  (314) 854-8600
Facsimile:  (314) 854-8660
gdw@carmodymacdonald.com

*Former Co-Counsel for ASI*

*/s/ Gregory D. Willard*
Gregory D. Willard, Esq.
7339 Westmoreland Drive
St. Louis, Missouri  63130-4241
Telephone:  (314) 725-3926
gregoryd.willard@gmail.com

*Current Co-Counsel to ASI*