## **CERTIFICATE OF SERVICE**

I, Gregory T. Donilon, certify that, on March 13, 2015, copies of the attached *Notice of Withdrawal and Substitution of Counsel* were served by electronic notification on those parties who receive CM/ECF notices in these cases.

                                         */s/ Gregory T. Donilon*
                                         Gregory T. Donilon (DE No. 4244)