UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In Re: Energy Future Holdings
       Corp, Debtors

FILED
2015 MAR 13  AM 9:11
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Chapter 11
Case # 14-10979 (CSS)
Jointly Administered

Amber Lambert, Intervenor
Timmy K. Thale, Intervenor
Jonathon Rich, Intervenor
Wayne Albright, Intervenor

## Motion to Intervene As Creditors Under Fed R. of B. P.

Comes Now, the creditor Intervenors, Amber Lambert, Timmy K. Thale, Jonathon Rich, Wayne Albright, moves to Intervene as creditors in the Energy Future Holdings Corp Bankruptcy proceeding. Intervenors have a common vested interest in this litigation. Intervenors will provide this Honorable Court Documents and Financial Records. From 2009-2013 Intervenors had financial Dealings with Energy Future Holdings. Intervenors will provide questions of laws and Facts that are common in this Action. Intervenors respectfully request to Analyze all Financial Documents and records related to this litigation. Intervenors respectfully pray this Court will grant this motion for relief.

Respectfully, 3/5/15

_[signature]_
Timmy K. Thale
518 George Rd
Toms River, NJ 08753

_[signature]_
Amber Lambert
#181498
P.O. Box 85880
Pearl, MS 39288

_[signature]_
Wayne Albright
#LD2583
301 Institution DR
Bellefonte, PA 16823

_[signature]_
Jonathon Rich
#KX9662
301 Institution DR
Bellefonte, PA 16823