Richard A. Gitlin
Gitlin Company, LLC
7895 Talavera Place
Delray Beach, FL 33446

**EXHIBIT A**
Summary of Expenses -- Gitlin and Co., LLC

**EFH**
**Expense Sheet for September 1, 2014 to December 31, 2014**

| Date | Mode of Transport / Purpose | Item of Expense | Amount (USD$) | |
|---|---|---|---|---|
| 9/16/2014 | Transport to Court room | Taxi | $66.76 | 1 |
| 9/16/2014 | Z Park | parking | $8.13 | 2 |
| 9/16/2014 | Transport from Court room | Taxi | $75.00 | 3 cash, no receipt |
| | | | | |
| 10/2/2015 | RT transport from Connecticut to NYC | Arthur Taxi | $225.00 | 4 |
| | | | | |
| 11/16/2014 | Hotel for meeting | Waldorf Astoria | $394.86 | 5 |
| 11/16/2014 | Airfare Charlotte to NYC | US Air | $476.60 | 6 |
| 11/16/2014 | Transport from airport to meeting | Taxi | $44.18 | 7 |
| | | | | |
| 12/15/2014 | Transport from home to airport 1/2 fare | Taxi | $50.00 | cash, no receipt |
| 12/15/2014 | Transport from airport to meeting | Taxi | $43.50 | 8 |
| 12/15/2014 | RT Airfare Palm Beach to LGA | JetBlue | $271.90 | 9 |
| 12/15/2014 | Transport from airport to home 1/2 fare | Taxi | $50.00 | cash, no receipt |
| | | | | |
| 12/29/2014 | Airfare Ft. Lauderdale to PHL | American Airlines | $696.00 | 10 |
| 12/29/2014 | Transport from airport to Court | Taxi | $65.54 | 11 |
| 12/29/2014 | Transport from home to airport | Taxi | $50.00 | cash, no receipt |
| 12/29/2014 | Transport from airport to home | Taxi | $50.00 | cash, no receipt |
| | | | | |
| | | **Total Invoiced Expenses Amount** | **$2,567.47** | |

**Total Due Richard Gitlin**     **$2,567.47**