**EXHIBIT B**

Gitlin and Co., LLC
Detailed Time Records
August 21, 2014 through December 31, 2014

| Date | Hours | Description |
|---|---|---|
| 8/21/2014 | 0.50 | Exchange telephone calls with Mr. Williamson on appointment and related issues, including potential memorandum to counsel. |
| 8/21/2014 | 1.00 | Analysis of guidelines for the work of Fee Committee, including memorandum to professionals. |
| 8/21/2014 | 0.50 | Review of schedule for Fee Committee actions. |
| 8/22/2014 | 0.50 | Telephone conference with Ms. Stadler on entry of order and next steps. |
| 8/22/2014 | 0.50 | Exchange telephone calls with Mr. Williamson on schedule. |
| 8/22/2014 | 1.00 | Review status of Chapter 11 proceeding generally. |
| 8/22/2014 | 1.00 | Analysis of schedule and operations of the Fee Committee/background. |
| 8/23/2014 | 0.50 | Exchange email with Mr. Williamson on committee member appointments. |
| 8/23/2014 | 0.50 | Analysis on composition of Fee Committee. |
| 8/25/2014 | 0.50 | Exchange telephone calls and emails with Mr. Williamson on committee membership, planning and schedule. |
| 8/25/2014 | 1.50 | Planning for Fee Committee process and schedule. |
| 8/26/2014 | 1.50 | Review background of EFH Ch. 11 status - position of debor and creditor groups - analysis of corporate structure. |
| 8/26/2014 | 1.00 | Planning schedule for Fee Committee start-up. |
| 8/28/2014 | 0.50 | Conference with Mr. Williamson on schedule. |
| 8/28/2014 | 1.00 | Preparation for first Fee Committee meeting, including agenda. |
| 8/29/2014 | 0.50 | E-mail exchange with Ms. Stadler and Ms. Gooch on upcoming meeting and background materials. |
| 8/29/2014 | 1.00 | Review background materials to prepare for Fee Committee meeting. |
| 8/29/2014 | 1.00 | Review of interim compensation order and court rules that will apply to Fee Committee work. |
| 8/29/2014 | 0.50 | Review revised agenda. |
| 8/30/2014 | 0.50 | Telephone call to Ms. Gooch and John Suckow, debtor representative to the Lehman Fee Committee. |
| 8/31/2014 | 1.00 | Planning for first Fee Committee meeting. |
| 9/2/2014 | 1.00 | Review terms of retention for professionals. |
| 9/2/2014 | 1.50 | Analysis on approach of Committee in reviewing fees and expenses. |
| 9/5/2014 | 1.00 | Analysis of Debtor strategy in current program and sale of ONCOR. |
| 9/8/2014 | 1.00 | Background meeting with Jamie Sprayregen of Kirkland & Ellis. |
| 9/8/2014 | 1.00 | Review of court actions regarding debtors fast track plan and implications for the Chapter 11. |
| 9/9/2014 | 1.00 | Multiple e-mails to and from Ms. Stadler on professional retention terms and related issues. |
| 9/9/2014 | 0.50 | Review of current chart regarding proposed retentions and process of retentions. |
| 9/11/2014 | 1.50 | Planning for retention hearings on September 16 and review applications. |
| 9/11/2014 | 1.00 | Review of upcoming hearings in the Ch. 11 and latest agenda for Fee Committee. |
| 9/11/2014 | 0.50 | Telephone conference with Ms. Stadler on retention applications, upcoming hearing, and meeting agendas. |
| 9/11/2014 | 0.50 | Exchange calls with Mr. Williamson on planning and technical support for Fee Committee. |
| 9/12/2014 | 0.50 | Review of history of retention applications. |
| 9/14/2014 | 0.50 | Review status of Kirkland & Ellis retention, applications and affidavits. |
| 9/15/2014 | 0.50 | Consideration of remarks to the Court on the work of the Fee Committee and preparing draft remarks. |
| 9/15/2014 | 0.50 | Review of open issues regarding the retentions. |
| 9/16/2014 | 1.00 | Review of retention filings in preparation for hearing. |
| 9/16/2014 | 0.50 | Conference with Godfrey & Kahn counsel, plan for hearing on retentions. |
| 9/16/2014 | 1.50 | Attend hearing on retentions. |
| 9/16/2014 | 1.00 | Post-hearing meetings with EFH-debtor representatives and other professionals. |
| 9/16/2014 | 0.50 | Analysis on plans of Debtor to pursue its pre-Ch. 11 proposals. |
| 9/16/2014 | 1.75 | Non-working travel time to and from Court (hours reduced 50%). |
| 9/17/2014 | 0.50 | Telephone conference with Ms. Stadler on necessary follow-up tasks from retention hearing. |
| 9/17/2014 | 1.50 | Analysis on communications with professionals to set forth guidelines for the review process/review of draft memorandum to professionals. |
| 9/18/2014 | 0.50 | Consideration on outreach to professionals to describe Fee Committee approach. |
| 9/18/2014 | 0.50 | Review of schedule for hearings. |
| 9/18/2014 | 0.50 | Planning schedule for Fee Committee work. |
| 9/18/2014 | 0.50 | Telephone conference with Ms. Stadler on draft memorandum on monthly statements. |
| 9/18/2014 | 0.50 | Exchange telephone calls with Mr. Williamson on schedule and agenda. |
| 9/19/2014 | 0.50 | Exchange telephone calls and emails with Mr. Williamson on memoranda and outreach. |
| 9/19/2014 | 1.00 | Work on memoranda to professionals and other communications - meetings and all professional telephone calls. |
| 9/20/2014 | 0.50 | Analysis of issues raised by Debtors on fee review process. |
| 9/20/2014 | 0.50 | Exchange telephone calls with Mr. Williamson on questions from Debtors' counsel. |
| 9/22/2014 | 0.50 | E-mail exchange with Ms. Stadler on A&M monthly fee statements and sufficiency of holdbacks. |
| 9/22/2014 | 0.50 | E-mail response from Andrea Schwartz for U.S. Trustee with comments on monthly expense memorandum and discussions with Ms. Stadler on next steps. |

Gitlin and Co., LLC
Detailed Time Records
August 21, 2014 through December 31, 2014

| Date | Hours | Description |
|---|---|---|
| 9/22/2014 | 0.50 | Telephone conferences with Ms. Stadler and Mr. Williamson on monthly review parameters and recommendation for initial review and communications on that issue. |
| 9/22/2014 | 0.50 | Review of additional comments on expense memorandum. |
| 9/22/2014 | 1.00 | Consideration of process for review of monthly statements. |
| 9/23/2014 | 1.50 | Review and analyze Debtor bidding and auction procedures, including analysis of corporate structure and impact on the case. |
| 9/23/2014 | 0.50 | Review of additional comments on expense memorandum. |
| 9/23/2014 | 1.00 | Planning for first meeting of the Fee Committee, including review of the draft agenda. |
| 9/23/2014 | 0.50 | Telephone conference with Ms. Gooch on possible changes to expense memorandum. |
| 9/23/2014 | 0.50 | Telephone conferences with Ms. Stadler on draft memorandum on monthly expenses, feedback from the U.S. Trustee and Debtors' representatives, and related issues. |
| 9/24/2014 | 0.50 | Telephone conference with Ms. Stadler on U.S. Trustee response to draft monthly statement memorandum. |
| 9/24/2014 | 0.50 | Exchange telephone calls and email on meeting logistics with Mr. Williamson. |
| 9/24/2014 | 0.50 | Review comments on draft expense memorandum. |
| 9/24/2014 | 1.00 | Prepare for October 1 Fee Committee meeting. |
| 9/25/2014 | 1.00 | Consideration of substance of expanded protocol memorandum to professionals. |
| 9/26/2014 | 0.50 | Prepare for Fee Committee meeting. |
| 9/26/2014 | 0.50 | E-mail exchange with Ms. Stadler on fee protocol memorandum. |
| 9/26/2014 | 0.50 | Exchange telephone calls on planning with Mr. Williamson. |
| 9/27/2014 | 0.50 | Telephone conference with Ms. Stadler on requested revisions to fee protocol memorandum and forward revised memorandum. |
| 9/29/2014 | 0.50 | Review of revised agenda for October 2 meeting of Fee Committee. |
| 9/29/2014 | 0.50 | Review of index of materials to be distributed before meeting. |
| 9/29/2014 | 0.50 | Review of additional expense memorandum comments. |
| 9/29/2014 | 1.00 | Prepare for Fee Committee meeting. |
| 9/29/2014 | 0.50 | Telephone conference with Ms. Stadler on proposed revisions to monthly fee statement memorandum. |
| 9/29/2014 | 0.50 | Exchange email with Mr. Williamson on agenda and developments. |
| 9/29/2014 | 0.50 | E-mail exchange with Ms. Stadler on final agenda and index of meeting materials. |
| 9/30/2014 | 1.50 | Prepare for meeting, including telephone calls to and from Mr. Williamson. |
| 10/1/2014 | 1.00 | Review of materials and preparation for Fee Committee meeting. |
| 10/1/2014 | 0.50 | Exchange telephone calls and emails with Mr. Williamson on meeting agenda and substance. |
| 10/2/2014 | 1.00 | Review status of Ch. 11 and preparation for Fee Committee meeting. |
| 10/2/2014 | 0.50 | Review of professional fees to date. |
| 10/2/2014 | 1.50 | Meeting with Godfrey & Kahn counsel to prepare for Fee Committee meeting. |
| 10/2/2014 | 2.00 | Attendance at Fee Committee meeting. |
| 10/2/2014 | 1.00 | Post-meeting review of action to be taken. |
| 10/2/2014 | 0.50 | Review of revised expense memorandum. |
| 10/2/2014 | 2.00 | Non-working travel to and from meeting of Fee Committee (hours reduced 50%). |
| 10/2/2014 | 0.50 | Telephone conference with Ms. Stadler on additional revisions to expense memorandum, meeting results, and related issues. |
| 10/3/2014 | 1.00 | Review of items not covered at Fee Committee meeting and scheduled for October 6 call. |
| 10/3/2014 | 0.50 | Review of Judge Sontchi rulings on Oncor Sale Process. |
| 10/3/2014 | 0.50 | Telephone calls and emails with Mr. Williamson discussing follow-up tasks from first committee meeting. |
| 10/6/2014 | 0.50 | Telephone conference with Ms. Stadler in preparation for Fee Committee telephonic meeting and to consider agenda and action items. |
| 10/6/2014 | 1.00 | Exchange telephone calls and emails with Mr. Williamson on Fee Committee meeting and follow up. |
| 10/6/2014 | 0.50 | Analysis of information calls to professionals, treatment of ordinary course professionals and supplement fee protocol. |
| 10/6/2014 | 0.50 | Review of revised agenda and preparation for Fee Committee call. |
| 10/6/2014 | 1.00 | Attendance and participation on Fee Committee call. |
| 10/6/2014 | 1.00 | Planning for professionals calls and other follow up to call of Fee Committee. |
| 10/6/2014 | 0.50 | Review U.S. Trustee budget guidelines on considering format for budgets. |
| 10/7/2014 | 0.50 | Review of latest draft of Fee Protocol to professionals. |
| 10/7/2014 | 0.50 | Preparation for calls with professionals. |
| 10/7/2014 | 0.50 | E-mail exchange with Ms. Stadler on revised memorandum and scheduled conference calls with all professionals. |
| 10/8/2014 | 0.50 | Review of Alvarez & Marsal expenses and analysis of position of the Fee Committee. |
| 10/9/2014 | 0.50 | Telephone conferences with Ms. Stadler on treatment of Alvarez & Marsal monthly statements. |

**EXHIBIT B**

Gitlin and Co., LLC
Detailed Time Records
August 21, 2014 through December 31, 2014

| Date | Hours | Description |
|---|---|---|
| 10/9/2014 | 0.50 | Exchange telephone calls and emails with Mr. Williamson on developments, including retained professionals calls and expense reviews. |
| 10/9/2014 | 0.50 | Review of draft letters to professionals on expenses. |
| 10/9/2014 | 0.50 | Preparation for calls with two professional groups. |
| 10/10/2014 | 0.50 | Exchange email with Mr. Williamson on developments and schedule. |
| 10/13/2014 | 0.50 | Exchange telephone calls with Mr. Williamson on meeting agendas. |
| 10/13/2014 | 0.50 | Telephone conferences with Ms. Stadler on upcoming open calls with professionals. |
| 10/13/2014 | 0.50 | Review of Gibson Dunn monthly statements as sample. |
| 10/13/2014 | 1.00 | Develop agenda and preparing remarks for calls with professionals. |
| 10/14/2014 | 0.50 | Exchange telephone calls with Mr. Williamson on rescheduling conference with retained professionals. |
| 10/15/2014 | 0.50 | E-mail exchange and telephone conference with Ms. Stadler on all professional conference calls and related issues. |
| 10/16/2014 | 0.50 | E-mail exchange and telephone calls with Ms. Stadler on updated call schedule and budget inquiries from Ms. Gooch. |
| 10/16/2014 | 0.50 | Review of Judge Sontchi decision regarding executive bonuses. |
| 10/17/2014 | 0.50 | Exchange telephone calls with Mr. Williamson on pending open questions, including budgeting. |
| 10/17/2014 | 0.50 | Telephone conference with Ms. Stadler on preparation for upcoming professional calls, talking point revisions, and related issues. |
| 10/17/2014 | 0.50 | Analysis of FTI questions and budget process. |
| 10/17/2014 | 1.00 | Review of professional retentions and fees in preparation for call with professionals. |
| 10/20/2014 | 1.00 | Telephone conference with Ms. Stadler and Ms. Gooch on budgets. |
| 10/20/2014 | 1.00 | Preparation for UCC call, including review of budgets by the different professionals. |
| 10/20/2014 | 1.50 | Participation in UCC professional call. |
| 10/20/2014 | 0.50 | Telephone conference with Ms. Gooch on budget process. |
| 10/20/2014 | 0.50 | Review of Court hearing results on bidding process for Oncor. |
| 10/20/2014 | 0.50 | Review of monthly fees paid to professionals. |
| 10/21/2014 | 0.50 | Telephone conference with Ms. Stadler on budget requirement and other open issues for call with all retained professionals. |
| 10/21/2014 | 0.50 | Exchange telephone calls with Mr. Williamson on budgeting process. |
| 10/21/2014 | 1.50 | Review terms of retention and fees to date of Debtors' professionals. |
| 10/21/2014 | 0.50 | Planning remarks for Debtor professional call. |
| 10/22/2014 | 0.50 | Telephone conference with Ms. Stadler on status of budgeting position and next steps. |
| 10/22/2014 | 0.50 | Exchange telephone calls and emails with Mr. Williamson on budgeting issues and next meeting agenda. |
| 10/22/2014 | 0.50 | Review of comments on proposed budget memorandum. |
| 10/22/2014 | 0.50 | Preparation for call with Debtor professionals. |
| 10/22/2014 | 0.50 | Participation in call with Debtor professionals. |
| 10/22/2014 | 0.50 | Review of objections of Ad Hoc Committee to bidding procedures for Oncor. |
| 10/23/2014 | 1.00 | Exchange telephone calls with Mr. Williamson on agenda items, including budget questions, and call follow up. |
| 10/23/2014 | 1.00 | Consideration of matters to be covered for the November 17 Fee Committee meeting and review of draft agenda. |
| 10/24/2014 | 0.50 | Exchange telephone calls with Mr. Williamson on agenda and latest filings. |
| 10/24/2014 | 0.50 | Review e-mail summarizing recent monthly fee statements and quantification of fees and expenses to date. |
| 10/24/2014 | 0.50 | Review of draft letter to Kirkland & Ellis. |
| 10/24/2014 | 0.50 | Review of revised agenda for November 17 Fee Committee meeting. |
| 10/24/2014 | 1.00 | Review of monthly bills from Morrison & Foerster, KPMG - May to August - as samples. |
| 10/27/2014 | 0.50 | Exchange telephone calls with Mr. Williamson on schedule. |
| 10/28/2014 | 0.50 | Exchange telephone calls and email with Mr. Williamson on latest developments, including EFIH committee appointment. |
| 10/28/2014 | 0.50 | Analysis of impact on case and fee process by appointment of EFIH Creditor Committee. |
| 10/30/2014 | 0.50 | Analysis of impact of challenge to Debtors' professional fees in current litigation. |
| 11/3/2014 | 0.50 | Conference call with Mr. Williamson on application status and summaries. |
| 11/3/2014 | 0.50 | Telephone conference with Ms. Stadler on status of interim fee application filings, November 17 meeting, and process for analysis and reporting. |
| 11/3/2014 | 0.50 | Telephone conference with Andy Dalton, Mr. Williamson, and Ms. Stadler about status of first interim fee application filings. |
| 11/3/2014 | 1.00 | Exchange telephone calls and emails with Mr. Williamson on next meeting agenda and related compensation model issues. |
| 11/3/2014 | 1.00 | Review of interim fee applications filed to date. |
| 11/3/2014 | 1.00 | Planning for November 17 Fee Committee meeting. |

# EXHIBIT B

Gitlin and Co., LLC
Detailed Time Records
August 21, 2014 through December 31, 2014

| Date | Hours | Description |
| --- | --- | --- |
| 11/3/2014 | 1.00 | Review of approaches to deal with inadequate and block billing. |
| 11/4/2014 | 0.50 | Review status of Kirkland & Ellis interim fee application. |
| 11/4/2014 | 1.00 | Review status of response to interim fee applications and summary memorandum to Fee Committee. |
| 11/5/2014 | 0.50 | Conference with Mr. Williamson on discussions with U.S. Trustee's office and professionals on budgeting issues. |
| 11/5/2014 | 0.50 | Telephone conference with Ms. Stadler on agenda for November 17 meeting and related issues. |
| 11/5/2014 | 0.50 | Further review of budgeting process including evaluation of concerns of the Debtor. |
| 11/5/2014 | 0.50 | Develop process to implement budget process considering U.S. Trustee concerns. |
| 11/5/2014 | 0.50 | Review agenda for November 17 Fee Committee meeting. |
| 11/7/2014 | 0.50 | Analysis of data regarding discounting of professional fees. |
| 11/10/2014 | 1.00 | Exchange telephone calls and emails with Mr. Williamson on auction decisions and potential effect on schedule and retained professionals. |
| 11/10/2014 | 1.00 | Review and analysis of Court decision for professional retention for independent directors and implications for the work on the Fee Committee. |
| 11/10/2014 | 0.50 | Telephone conference with Jamie Sprayregen for Kirkland & Ellis on court ruling for advice to independent directors. |
| 11/10/2014 | 1.50 | Analysis of tax implications of Oncor sale - review of Kirkland & Ellis tax memorandum. |
| 11/10/2014 | 0.50 | Telephone conference with Ms. Gooch on budget process and other matters. |
| 11/10/2014 | 1.00 | Review of organizational chart of EFH and analysis of risks of duplication of activities of Debtors' professional and advisers to independent directors. |
| 11/11/2014 | 0.50 | Exchange telephone calls and emails with Mr. Williamson on pending issues and agenda. |
| 11/11/2014 | 0.50 | Planning for Fee Committee meeting on November 17. |
| 11/11/2014 | 0.50 | Review of updated chart for interim compensation. |
| 11/12/2014 | 0.50 | Telephone conference with Ms. Stadler on status of interim fee applications, materials for November 17 meeting, and related issues. |
| 11/12/2014 | 0.50 | Exchange telephone calls and emails with Mr. Williamson on agenda, schedule and substantive issues, including impact of auction decision. |
| 11/12/2014 | 0.50 | Telephone conference with Jamie Sprayregen of Kirkland & Ellis on plan and sales process. |
| 11/12/2014 | 0.50 | Analysis on content of status report to the Court. |
| 11/12/2014 | 0.50 | Analysis: timeline of case - impact of appointment of independent director advisers. |
| 11/13/2014 | 0.50 | Review of Godfrey & Kahn letters to professionals on interim fee applications. |
| 11/14/2014 | 0.50 | Review of revised agenda for November 17 Fee Committee meeting. |
| 11/15/2014 | 0.50 | Telephone call to Mr. Williamson on meeting logistics. |
| 11/15/2014 | 2.50 | Prepare for and attend Fee Committee meeting. |
| 11/15/2014 | 1.50 | Review of materials for Fee Committee meeting on November 17. |
| 11/16/2014 | 1.75 | Non-working travel to New York City (hours reduced 50%). |
| 11/17/2014 | 1.00 | Review of status of Ch. 11 and upcoming hearings scheduled. |
| 11/17/2014 | 0.50 | Review updated corporate chart and professionals retained. |
| 11/17/2014 | 0.50 | Conference with Godfrey & Kahn counsel on current issues and preparation for Fee Committee meeting. |
| 11/17/2014 | 1.00 | Conference with Sullivan & Cromwell on their view of scope of services for new committee. |
| 11/17/2014 | 2.00 | Attendance at Fee Committee meeting. |
| 11/17/2014 | 2.00 | Non-working travel (hours reduced 50%). |
| 11/17/2014 | 0.50 | Follow up telephone calls and emails with Mr. Williamson. |
| 11/18/2014 | 0.50 | Telephone conference with Ms. Stadler on entity structure, roles of ad hoc committees, and status of bid procedures process. |
| 11/18/2014 | 0.50 | Conference with Mr. Williamson on status and substance of committee composition questions. |
| 11/18/2014 | 0.50 | Conference with Mr. Williamson on timing for fee review and negotiation. |
| 11/18/2014 | 0.50 | Analysis on appropriate format for budgets - including examples forwarded by the U.S. Trustee. |
| 11/18/2014 | 0.50 | Telephone conference with Ms. Gooch on budget process. |
| 11/18/2014 | 1.00 | Analysis on issue of expanding the Fee Committee to include a representative of the TSide Committee. |
| 11/18/2014 | 0.50 | Analysis of the roles of the Ad Hoc committees and the roles of the professionals for the Creditors committee. |
| 11/18/2014 | 0.50 | Planning and review of approach for the negotiating process for the interim applications. |
| 11/19/2014 | 0.50 | Follow up telephone conferences and analysis with Ms. Stadler and Mr. Williamson on committee composition. |
| 11/19/2014 | 0.50 | Conference call with Mr. Williamson on Fee Committee procedural issues. |
| 11/19/2014 | 0.50 | Review of revised budget guidelines and expense reimbursement policies. |
| 11/19/2014 | 0.50 | Coordination of activities of Fee Committee for December. |
| 11/20/2014 | 0.50 | Exchange telephone calls and emails with Mr. Williamson on court hearing schedule. |
| 11/20/2014 | 1.00 | Planning for completing review and obtaining court approval for professionals requesting completion by year-end. |

**EXHIBIT B**

Gitlin and Co., LLC
Detailed Time Records
August 21, 2014 through December 31, 2014

| Date | Hours | Description |
|---|---|---|
| 11/21/2014 | 0.50 | Telephone conference with Ms. Stadler on hearing schedule and timing of budget memorandum to professionals. |
| 11/21/2014 | 0.50 | Conference call and emails with Mr. Williamson on latest developments: schedule, new professionals and Fee Committee meetings. |
| 11/21/2014 | 0.50 | Analysis on scope of role of advisers to independent directors. |
| 11/21/2014 | 0.50 | Analysis on role assigned to Ad Hoc Committee on bidding process. |
| 11/22/2014 | 0.50 | Exchange telephone calls and emails with Mr. Williamson on EFIH committee, schedule, and meeting issues. |
| 11/22/2014 | 0.50 | Telephone conference with Ms. Stadler on Morrison & Foerster and need for processing of interim fee application before year-end. |
| 11/22/2014 | 1.00 | Planning for Fee Committee meeting and fee court hearing. |
| 11/22/2014 | 0.50 | Review of status of Morrison & Foerster interim application. |
| 11/24/2014 | 0.50 | Exchange e-mail with Mr. Williamson on year-end review and budgeting issues. |
| 11/25/2014 | 0.50 | Conference with Mr. Williamson on scheduling and related e-mails. |
| 11/25/2014 | 0.50 | Review of budgeting memorandum. |
| 11/26/2014 | 0.50 | Analysis of scope of possible conflicts among EFH companies. |
| 12/1/2014 | 0.50 | Exchange telephone calls with Mr. Williamson on schedule, agenda and status of issues. |
| 12/1/2014 | 0.50 | Telephone conference with Ms. Stadler on status and timing of year-end reports, agenda items for December 15 meeting, and related issues. |
| 12/1/2014 | 0.50 | Telephone conference with Mr. Sprayregen on roles of Debtors' professionals and advisers to independent directors. |
| 12/1/2014 | 1.00 | Analysis of negotiations for professionals requesting year end approval. |
| 12/1/2014 | 0.50 | Planning for December 15 Fee Committee meeting. |
| 12/5/2014 | 0.50 | Review of draft agenda for Fee Committee meeting on December 15. |
| 12/5/2014 | 0.50 | Review status of interim applications and letter reports. |
| 12/6/2014 | 0.50 | Further planning: meeting for December 15, including agenda. |
| 12/6/2014 | 0.50 | Exchange email with Mr. Williamson on agenda and developments. |
| 12/7/2014 | 0.50 | Review of draft reports to professionals. |
| 12/8/2014 | 0.50 | Telephone conference with Ms. Stadler on December 15 meeting agenda, status and timing of first interim fee reports, and related issues. |
| 12/8/2014 | 0.50 | Review of process for Kirkland & Ellis first interim application to accommodate January 31 year end. |
| 12/8/2014 | 0.50 | Preparation for December 15 Fee Committee meeting. |
| 12/9/2014 | 0.50 | Review of discussion items for December 15 meeting of the Fee Committee. |
| 12/11/2014 | 0.50 | Review of draft letter reports to professionals. |
| 12/11/2014 | 0.50 | Exchange telephone calls and emails with Mr. Williamson on agenda and report format and content. |
| 12/12/2014 | 0.50 | Telephone conference with Ms. Stadler on court's request for status conference, timing of meetings with Creditors' Committee representatives, and distribution of draft letter reports. |
| 12/12/2014 | 0.50 | Exchange emails and telephone calls with Mr. Williamson on request by court for status conference. |
| 12/12/2014 | 1.00 | Exchange emails and telephone calls with Mr. Williamson on request, status of report and December 15 meeting with FTI and Morrison & Foerster on budgets. |
| 12/12/2014 | 1.00 | Planning for status conference on fee process with the Court. |
| 12/12/2014 | 0.50 | Preparation for meetings with FTI and Morrison & Foerster. |
| 12/12/2014 | 1.00 | Analysis of coordination of Fee Committee members in reviewing budgets of professionals. |
| 12/12/2014 | 0.50 | Review of revised minutes for November 17 meeting. |
| 12/12/2014 | 0.50 | Review of FTI concerns on budget process. |
| 12/13/2014 | 1.00 | Review of materials for December 15 Fee Committee meeting. |
| 12/13/2014 | 1.00 | Preparation for meeting with FTI - review of fees and expenses to date. |
| 12/14/2014 | 0.50 | Telephone conference with Ms. Stadler on contents of letter reports and summary status report for filing with the court. |
| 12/14/2014 | 0.50 | Exchange telephone calls and emails with Mr. Williamson on reports, agenda, schedule. |
| 12/14/2014 | 0.50 | Conference with Ms. Stadler on revisions to draft FTI report. |
| 12/14/2014 | 1.00 | Review and revise draft reports to the Court. |
| 12/14/2014 | 1.00 | Review FTI report and exhibits. |
| 12/14/2014 | 0.50 | Review of status of interim fee application discussions/letter reports. |
| 12/15/2014 | 1.50 | Preparation for meetings with FTI, Morrison & Foerster and Fee Committee. |
| 12/15/2014 | 0.50 | Planning meeting with Godfrey & Kahn counsel. |
| 12/15/2014 | 1.00 | Attend FTI meeting. |
| 12/15/2014 | 1.00 | Attend Morrison & Foerster meeting. |
| 12/15/2014 | 2.50 | Attend Fee Committee meeting. |
| 12/15/2014 | 0.50 | Review of revised report to the Court. |

**EXHIBIT B**

Gitlin and Co., LLC
Detailed Time Records
August 21, 2014 through December 31, 2014

| Date | Hours | Description |
|---|---|---|
| 12/15/2014 | 1.50 | Review of changes to letter reports required as a result of Committee comments. |
| 12/15/2014 | 2.00 | Non-billable travel time to and from New York City (hours reduced 50%). |
| 12/15/2014 | 0.50 | Telephone conference with Mr. Williamson and Ms. West in preparation for meeting with Mr. Cordasco and Mr. Simms of FTI. |
| 12/15/2014 | 0.50 | Telephone conference with Ms. Stadler and Ms. West in preparation for meeting with Mr. Marinuzzi. |
| 12/16/2014 | 0.50 | Exchange telephone calls and emails with Mr. Williamson on status report and letter reports. |
| 12/16/2014 | 0.50 | Telephone conference with Ms. Stadler on revisions to FTI letter report. |
| 12/16/2014 | 1.50 | Review of revisions to FTI, Lazard, Morrison & Foerster and other reports. |
| 12/16/2014 | 0.50 | Review of Fee Committee member comments to reports to the Court. |
| 12/16/2014 | 0.50 | Review of revised report to the Court. |
| 12/16/2014 | 1.00 | Preparation for Court hearing on December 18. |
| 12/17/2014 | 1.00 | Review of all fees and expenses to date in preparation for status hearing with the Court. |
| 12/17/2014 | 1.50 | Preparation of remarks to the Court. |
| 12/17/2014 | 1.00 | Review of latest chart of retained professionals and applications for new professionals. |
| 12/17/2014 | 0.50 | Review of status of negotiations with Filsinger and other professionals. |
| 12/17/2014 | 0.50 | Telephone calls about matters scheduled for December 18 and the timing of the status conference, email follow up to Mr. Williamson and Ms. Stadler. |
| 12/17/2014 | 0.50 | Telephone conference with Ms. Stadler to discuss approach to December 18 status conference and court presentation. |
| 12/18/2014 | 0.50 | Evaluation and discussion with Mr. Williamson on letter reports and status. |
| 12/18/2014 | 1.00 | Preparatory telephone call and email with Mr. Williamson on issues for discussion at status conference and attend status conference. |
| 12/18/2014 | 1.00 | Preparation for report to the Court for status conference on December 18. |
| 12/18/2014 | 1.00 | Participation in status conference by telephone. |
| 12/18/2014 | 0.50 | Telephone conference with Ms. Gooch on independent director advisers. |
| 12/18/2014 | 0.50 | Additional review of letter reports. |
| 12/19/2014 | 1.50 | Analysis of role of professionals for independent directors and possible overlap of services. |
| 12/19/2014 | 1.00 | Review of FTI letter and consideration of approaches to resolve differences. |
| 12/19/2014 | 0.50 | Telephone conference with Steve Sims of FTI on itnerim application. |
| 12/19/2014 | 0.50 | Telephone conferences with Ms. Stadler on timing and procedure of final reporting to the court and hearing schedule. |
| 12/19/2014 | 0.50 | Exchange telephone calls and emails with Mr. Williamson on hearing results and direction and negotiation process. |
| 12/20/2014 | 0.50 | Review of status of negotations with professionals scheduled for hearing on December 29. |
| 12/20/2014 | 0.50 | Analysis of budget process as part of process of eliminating overlap of debtor and independent director professionals. |
| 12/22/2014 | 0.50 | Review of status of negotiations for professional fees for December 29 hearing. |
| 12/24/2014 | 1.00 | Review of draft report for December 29 hearing. |
| 12/24/2014 | 1.00 | Preparation of remarks for December 29 hearing. |
| 12/24/2014 | 0.50 | Consideration of process for those professionals remaining to be considered for the first interim fee period. |
| 12/24/2014 | 0.50 | Telephone conference with Ms. Stadler on revisions to status report and instructions to forward to Fee Committee members. |
| 12/26/2014 | 0.50 | Telephone conference with Ms. Stadler on status of report, Sunday filing, and Monday December 29 final hearing on first interim fee applications. |
| 12/26/2014 | 1.00 | Review of revised report to the Court, consideration of open issues and way to resolve them. |
| 12/27/2014 | 1.00 | Analysis and comments on letter report to Kirland & Ellis for late January hearing. |
| 12/27/2014 | 0.50 | Telephone conference with Ms. Stadler on status report, Fee Committee approval, and plans for Monday, December 29, uncontested hearing. |
| 12/28/2014 | 0.50 | Telephone conference with Ms. Stadler on instructions for revising report on uncontested fee applications. |
| 12/28/2014 | 1.00 | Exchange telephone calls and emails with Mr. Williamson on concerns raised about report: procedure and substance. |
| 12/28/2014 | 1.50 | Consideration of final issues regarding the filing and substance of the reort to the Court. |
| 12/28/2014 | 0.50 | Preparation for Fee Committee call, including discussions with Fee Committee members. |
| 12/28/2014 | 0.50 | Participation in Fee Committee call. |
| 12/28/2014 | 1.00 | Preparation for Court hearing on December 29. |
| 12/29/2014 | 0.50 | Conference with Ms. Stadler on schedule for completion of Kirkland & Ellis and remaining letter reports, emailing schedule to Fee Committee for approval. |
| 12/29/2014 | 1.50 | Review details of fee applications for professionals considered at December 29 hearing. |
| 12/29/2014 | 1.00 | Planning meeting with Godfrey & Kahn counsel for December 29 Court hearing. |

**EXHIBIT B**

Gitlin and Co., LLC
Detailed Time Records
August 21, 2014 through December 31, 2014

| Date | Hours | Description |
|---|---|---|
| 12/29/2014 | 1.00 | Attend Court hearing. |
| 12/29/2014 | 2.00 | Non-working travel time to and from Court (hours reduced 50%). |
| 12/29/2014 | 2.50 | Prepare for and attend December 29 hearing. |
| 12/29/2014 | 1.00 | Exchange telephone calls and emails with Mr. Williamson on preparation, result and follow up from hearing. |
| 12/30/2014 | 1.50 | Analysis of approach to rate increases including review of rate increase memo. |
|  | **229.00** |  |