## **CERTIFICATION**

    Godfrey & Kahn, S.C., has reviewed the requirements of Local Rule 2016-2 and certifies that this Fee Application complies with Local Rule 2016-2.

                                         GODFREY & KAHN, S.C.

                                         */s/ Katherine Stadler*
                                         Brady C. Williamson
                                         Katherine Stadler

                                         GODFREY & KAHN, S.C.
                                         One East Main Street, Suite 500
                                         P.O. Box 2719
                                         Madison, Wisconsin 53701-2719
                                         Telephone: (608) 257-3911
                                         Facsimile: (608) 257-0609
                                         E-mail: bwilliam@gklaw.com
                                                        kstadler@gklaw.com

                                         *Attorneys for the Fee Committee*

13248288.1

26