**EXHIBIT A**

Godfrey and Kahn, S.C.

List of Professionals

August 21, 2014 through December 31, 2014

| Name of Godfrey & Kahn Professional | Practice Group, Year of Obtaining License to Practice | | Hourly Billing Rate (before flat fee adjustment) | Number of Rate Increases Since Case Inception | Total Billed Hours | Total Compensation (before flat fee adjustment) |
|---|---|---|---|---|---|---|
| **Shareholders** | | | | | | |
| Brady C. Williamson | Bankruptcy | 1975 | $585 | 0 | 168.2 | $98,689.50 |
| Katherine Stadler | Litigation/Bankruptcy | 1997 WI 2012 NY | $495 | 0 | 424.1 | $210,771.00 |
| Eric Wilson | Litigation | 1994 IL 2003 WI | $515 | 0 | 50.1 | $25,801.50 |
| **Special Counsel** | | | | | | |
| Carla Andres | Bankruptcy | 1989 OH 1993 WI | $410 | 0 | 129.6 | $52,480.00 |
| **Associates** | | | | | | |
| Erin A. West | Litigation/Bankruptcy | 2009 WI 2012 MN | $295 | 0 | 218.9 | $64,575.50 |
| Mark Hancock | Litigation | 2007 IL 2015 WI | $275 | 0 | 158.2 | $43,505.00 |
| **Paraprofessionals** | | | | | | |
| Andy Dalton | Data Analyst | 1996 GA 2003 IL | $495 | 0 | 605.6 | $299,425.50 |
| Leah Viola | Litigation Paralegal | 2011 WI | $295 | 0 | 173.0 | $50,622.00 |
| Kathleen Boucher | Bankruptcy Paralegal | | $225 | 0 | 186.6 | $41,895.00 |
| | | | | Subtotal | 2,114.3 | $887,765.00 |
| | | | | Less 50% reduction for Non-working Travel | | -$30,453.00 |
| | | | | **TOTAL BEFORE FLAT FEE ADJUSTMENT** | **2,114.3** | **$857,312.00** |
| | | | | **FLAT FEES SOUGHT IN APPLICATION** | | **$864,552.13** |

| | |
|---|---|
| Blended rate in this application for all attorneys (before flat fee adjustment): | $431.49 |
| Blended rate in this application for all professionals (before flat fee adjustment): | $419.89 |
| Effective blended rate in this application (after flat fee adjustment): | $408.91 |