**EXHIBIT B**

Godfrey Kahn, S.C.
Compensation By Project Category
August 21, 2014 through December 31, 2014

| Matter Number | Project Category | Hours Billed | Fees Billed |
|---|---|---:|---:|
| 0002 | General case administration, docket monitoring and maintenance, and calendaring | 64.2 | $16,617.00 |
| 0003 | Retention applications and disclosures-Gitlin & Co., LLC and Godfrey & Kahn | 22.2 | $9,452.50 |
| 0004 | Retention applications and disclosures-third parties | 2.6 | $1,326.50 |
| 0005 | Committee administrative documents | 27.1 | $12,787.50 |
| 0006 | Contact/communications with Fee Committee members and U.S. Trustee's office | 71.7 | $38,227.00 |
| 0007 | Contact/communications with retained professionals generally | 94.0 | $42,973.00 |
| 0008 | Drafting documents to be filed with the court | 36.7 | $17,848.50 |
| 0009 | Legal research and drafting research memoranda | 6.9 | $2,603.50 |
| 0010 | Reviewing filed documents | 34.1 | $16,361.50 |
| 0011 | Prepare for and attend Fee Committee meetings | 125.3 | $56,777.50 |
| 0012 | Database establishment and maintenance | 157.4 | $73,515.00 |
| 0013 | Non-working travel | 127.6 | $30,453.00 |
| 0014 | Prepare for and attend hearings and court communications | 67.1 | $25,897.50 |
| 0015 | Team meetings | 112.5 | $37,991.50 |
| 020A | Alvarez & Marsal North America, LLC | 77.2 | $34,523.00 |
| 020B | Deloitte & Touche LLP | 17.7 | $8,020.00 |
| 020C | EPIQ Bankruptcy Solutions, LLC | 0.3 | $148.50 |
| 020D | Ernst & Young LLP | 5.6 | $2,352.00 |
| 020E | Evercore Group LLC | 50.3 | $18,409.50 |
| 020F | Filsinger Energy Partners | 59.7 | $21,821.50 |
| 020G | FTI Consulting, Inc. | 71.3 | $33,638.00 |
| 020H | Gibson, Dunn & Crutcher LLP | 66.3 | $30,485.50 |
| 020I | Kirkland & Ellis LLP | 312.3 | $120,478.00 |
| 020J | KPMG LLP | 54.8 | $24,740.00 |
| 020K | Lazard Freres & Co. LLC | 29.2 | $13,200.00 |
| 020L | McDermott Will & Emery LLP | 42.3 | $15,978.00 |
| 020M | Morrison & Foerster LLP | 165.0 | $62,189.00 |
| 020N | Polsinelli PC | 56.2 | $20,490.00 |
| 020O | PricewaterhouseCoopers LLP | 2.8 | $1,156.50 |
| 020P | Richards, Layton & Finger, PA | 7.0 | $2,982.00 |
| 020Q | Sidley Austin LLP | 69.1 | $29,268.50 |
| 020R | Thompson & Knight LLP | 40.4 | $18,166.00 |
| 020S | Balch & Bingham | 10.6 | $4,377.00 |
| 020T | Phillips, Goldman & Spence | 9.2 | $3,417.50 |
| 020U | Sullivan & Cromwell LLP | 4.8 | $2,097.00 |
| 020V | Montgomery, McCracken, Walker & Rhoads, LLP | 1.1 | $562.50 |
| 020W | Cravath, Swaine & Moore LLP | 2.2 | $1,107.00 |
| 020Y | Proskauer Rose LLP | 2.2 | $1,134.00 |
| 020Z | OKelly Ernst & Bielli | 1.2 | $603.00 |
| 20AA | Munger Tolles & Olson | 1.7 | $859.50 |
| 20BB | Charles River Associates | 0.1 | $49.50 |
| 20CC | Greenhill & Co., LLC | 1.5 | $769.50 |
| 20DD | Alix Partners | 1.0 | $522.00 |
| 20EE | Guggenheim Securities | 0.9 | $490.50 |
| 20FF | Kurtzman Carson Consultants | 0.2 | $99.00 |
| 20GG | Stevens & Lee | 0.4 | $198.00 |
| 20HH | Goldin & Associates | 0.3 | $148.50 |
| **Total** | | **2,114.3** | **$857,312.00** |