**EXHIBIT C**

Godfrey and Kahn, S.C.
Expense Summary
August 21, 2014 through December 31, 2014

| Expense Category | Amount |
|---|---|
| Copies | $1,078.50 |
| Telephone | $158.00 |
| Outside Copying | $513.57 |
| Online Research | $187.60 |
| Delivery Services/Couriers | $297.96 |
| Travel - Airfare | $5,971.08 |
| Travel - Hotel | $3,774.23 |
| Travel - Internet | $40.77 |
| Travel - Parking | $80.00 |
| Travel - Taxi | $594.24 |
| Travel - Meals | $199.06 |
| Telephone | $209.00 |
| Noticing Agent | $8,305.61 |
| Temporary Services Fees | $4,366.00 |
| Vendor Fees - Database Support | $15,000.00 |
| **Total** | **$40,775.62** |