**EXHIBIT D**

Godfrey Kahn S.C.
List of Professionals By Matter
August 21, 2014 through December 31, 2014

| # | Project Category | ANDRES, CARLA Hours | Fees | BOUCHER, KATHLEEN Hours | Fees | DALTON, ANDY Hours | Fees | HANCOCK, MARK Hours | Fees | STADLER, KATHERINE Hours | Fees | VIOLA, LEAH Hours | Fees | WEST, ERIN Hours | Fees | WILLIAMSON, BRADY C. Hours | Fees | WILSON, ERIC Hours | Fees | Total Hours | Total Fees |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0002 | General case administration, docket monitoring and maintenance, and calendaring | 1.0 | $410.00 | 50.9 | $11,452.50 | 1.1 | $544.50 | | | 2.5 | $1,237.50 | 7.3 | $2,153.50 | | | 1.4 | $819.00 | | | 64.2 | $16,617.00 |
| 0003 | Retention applications and disclosures-Gitlin & Co., LLC and Godfrey & Kahn | 3.1 | $1,271.00 | 4.0 | $900.00 | 4.0 | $1,881.00 | | | 5.7 | $2,821.50 | | | 2.0 | $590.00 | 3.4 | $1,989.00 | | | 22.2 | $9,452.50 |
| 0004 | Retention applications and disclosures-third parties | 0.7 | $287.00 | | | 0.6 | $297.00 | | | 0.2 | $99.00 | | | | | 1.1 | $643.50 | | | 2.6 | $1,326.50 |
| 0005 | Committee administrative documents | 7.0 | $2,870.00 | 0.2 | $45.00 | 11.9 | $5,890.50 | | | 1.5 | $742.50 | | | 1.7 | $501.50 | 3.8 | $2,223.00 | 1.0 | $515.00 | 27.1 | $12,787.50 |
| 0006 | Contact/communications with Fee Committee members and U.S. Trustee's office | 0.1 | $41.00 | 0.6 | $135.00 | 4.6 | $2,178.00 | | | 31.6 | $15,840.00 | | | 1.0 | $295.00 | 33.3 | $19,480.50 | 0.5 | $257.50 | 71.7 | $38,227.00 |
| 0007 | Contact/communications with retained professionals generally | 8.0 | $2,829.00 | 13.7 | $3,082.50 | 4.2 | $2,079.00 | | | 51.7 | $25,591.50 | 0.7 | $206.50 | | | 15.7 | $9,184.50 | | | 94.0 | $42,973.00 |
| 0008 | Drafting documents to be filed with the court | 0.2 | $82.00 | 2.6 | $585.00 | 3.3 | $1,633.50 | | | 25.5 | $12,622.50 | | | 0.2 | $59.00 | 4.9 | $2,866.50 | | | 36.7 | $17,848.50 |
| 0009 | Legal research and drafting research memoranda | | | | | 0.2 | $99.00 | | | 0.9 | $445.50 | | | 4.6 | $1,357.00 | 1.2 | $702.00 | | | 6.9 | $2,603.50 |
| 0010 | Reviewing filed documents | 4.0 | $1,640.00 | 0.2 | $45.00 | 9.1 | $4,504.50 | | | 10.9 | $5,395.50 | | | 3.5 | $1,032.50 | 6.4 | $3,744.00 | | | 34.1 | $16,361.50 |
| 0011 | Prepare for and attend Fee Committee meetings | | | 24.9 | $5,445.00 | 25.7 | $12,622.50 | | | 43.5 | $21,879.00 | 0.2 | $59.00 | 4.5 | $1,386.50 | 26.5 | $15,385.50 | | | 125.3 | $56,777.50 |
| 0012 | Database establishment and maintenance | 0.8 | $328.00 | 3.2 | $720.00 | 135.0 | $66,825.00 | | | 0.2 | $99.00 | 16.5 | $4,867.50 | 1.1 | $324.50 | 0.6 | $351.00 | | | 157.4 | $73,515.00 |
| 0013 | Non-working travel | | | | | 22.6 | $5,618.50 | | | 68.7 | $17,028.00 | | | 21.0 | $3,097.50 | 15.3 | $4,709.00 | | | 127.6 | $30,453.00 |
| 0014 | Prepare for and attend hearings and court communications | | | 26.1 | $5,940.00 | 6.0 | $3,316.50 | 1.5 | $412.50 | 16.8 | $8,316.00 | | | 6.1 | $1,770.00 | 10.6 | $6,142.50 | | | 67.1 | $25,897.50 |
| 0015 | Team meetings | 9.3 | $3,813.00 | 42.4 | $9,540.00 | 12.0 | $5,940.00 | 7.2 | $1,980.00 | 11.6 | $5,742.00 | 10.4 | $3,156.50 | 10.4 | $3,068.00 | 0.2 | $117.00 | 9.0 | $4,635.00 | 112.5 | $37,991.50 |
| 020A | Alvarez & Marsal North America, LLC | 41.2 | $16,892.00 | 1.2 | $270.00 | 27.9 | $13,810.50 | | | 5.4 | $2,673.00 | | | | | 1.5 | $877.50 | | | 77.2 | $34,523.00 |
| 020B | Deloitte & Touche LLP | 6.5 | $2,665.00 | 0.9 | $202.50 | 9.6 | $4,752.00 | | | 0.1 | $49.50 | | | | | 0.6 | $351.00 | | | 17.7 | $8,020.00 |
| 020C | EPIQ Bankruptcy Solutions, LLC | | | | | 0.3 | $148.50 | | | | | | | | | | | | | 0.3 | $148.50 |
| 020D | Ernst & Young LLP | 4.0 | $1,640.00 | | | 1.2 | $594.00 | | | | | | | 0.4 | $118.00 | | | | | 5.6 | $2,352.00 |
| 020E | Evercore Group LLC | 11.0 | $4,510.00 | 0.6 | $135.00 | 8.6 | $4,257.00 | | | 1.4 | $693.00 | 2.8 | $826.00 | 24.7 | $7,286.50 | 1.2 | $702.00 | | | 50.3 | $18,409.50 |
| 020F | Filsinger Energy Partners | 0.8 | $328.00 | 0.8 | $180.00 | 11.6 | $5,742.00 | | | 8.4 | $4,158.00 | 37.5 | $11,062.50 | | | 0.6 | $351.00 | | | 59.7 | $21,821.50 |
| 020G | FTI Consulting, Inc. | 0.3 | $123.00 | 0.4 | $90.00 | 27.7 | $13,711.50 | | | 26.3 | $13,018.50 | 4.7 | $1,386.50 | 5.7 | $1,681.50 | 6.2 | $3,627.00 | | | 71.3 | $33,638.00 |
| 020H | Gibson, Dunn & Crutcher LLP | | | 0.6 | $135.00 | 24.1 | $11,929.50 | | | 24.8 | $12,276.00 | 12.7 | $3,746.50 | | | 4.1 | $2,398.50 | | | 66.3 | $30,485.50 |
| 020I | Kirkland & Ellis LLP | | | 0.4 | $90.00 | 79.4 | $39,303.00 | 147.1 | $40,452.50 | 17.5 | $8,811.00 | 17.9 | $5,280.50 | | | 11.3 | $6,610.50 | 38.7 | $19,930.50 | 312.3 | $120,478.00 |
| 020J | KPMG LLP | 24.9 | $10,004.00 | 0.6 | $135.00 | 27.0 | $13,365.00 | | | 0.8 | $445.50 | | | 0.3 | $88.50 | 1.2 | $702.00 | | | 54.8 | $24,740.00 |
| 020K | Lazard Freres & Co. LLC | | | 1.9 | $427.50 | 12.9 | $6,336.00 | | | 9.2 | $4,554.00 | 2.1 | $619.50 | 2.1 | $619.50 | 1.1 | $643.50 | | | 29.2 | $13,200.00 |
| 020L | McDermott Will & Emery LLP | | | 0.5 | $112.50 | 10.8 | $5,346.00 | | | 7.2 | $3,564.00 | 22.5 | $6,195.00 | | | 1.3 | $760.50 | | | 42.3 | $15,978.00 |
| 020M | Morrison & Foerster LLP | | | 0.2 | $45.00 | 45.4 | $22,324.50 | | | 12.4 | $6,138.00 | 2.6 | $767.00 | 97.0 | $28,585.50 | 7.4 | $4,329.00 | | | 165.0 | $62,189.00 |
| 020N | Polsinelli PC | | | 0.7 | $157.50 | 18.0 | $8,712.00 | | | 2.5 | $1,237.50 | 3.1 | $914.50 | 31.7 | $9,351.50 | 0.2 | $117.00 | | | 56.2 | $20,490.00 |
| 020O | PricewaterhouseCoopers LLP | 2.7 | $1,107.00 | | | 0.1 | $49.50 | | | | | | | | | | | | | 2.8 | $1,156.50 |
| 020P | Richards, Layton & Finger, PA | | | | | 3.2 | $1,584.00 | 2.4 | $660.00 | 0.2 | $99.00 | | | | | 0.3 | $175.50 | 0.9 | $463.50 | 7.0 | $2,982.00 |
| 020Q | Sidley Austin LLP | | | 1.2 | $270.00 | 24.5 | $12,127.50 | | | 18.6 | $9,207.00 | 23.6 | $6,962.00 | | | 1.2 | $702.00 | | | 69.1 | $29,268.50 |
| 020R | Thompson & Knight LLP | | | 1.7 | $382.50 | 14.5 | $7,078.50 | | | 15.8 | $7,821.00 | 7.0 | $2,065.00 | | | 1.4 | $819.00 | | | 40.4 | $18,166.00 |
| 020S | Balch & Bingham | | | 2.0 | $450.00 | 6.9 | $3,415.50 | | | 0.2 | $99.00 | 1.4 | $354.00 | | | 0.1 | $58.50 | | | 10.6 | $4,377.00 |
| 020T | Phillips, Goldman & Spence | 4.0 | $1,640.00 | 3.3 | $742.50 | 0.5 | $247.50 | | | 0.9 | $495.00 | | | | | 0.5 | $292.50 | | | 9.2 | $3,417.50 |
| 020U | Sullivan & Cromwell LLP | | | 0.6 | $135.00 | 1.5 | $742.50 | | | 1.1 | $544.50 | | | 0.9 | $265.50 | 0.7 | $409.50 | | | 4.8 | $2,097.00 |
| 020V | Montgomery, McCracken, Walker & Rhoads, LLP | | | | | 0.9 | $445.50 | | | | | | | | | 0.2 | $117.00 | | | 1.1 | $562.50 |
| 020W | Cravath, Swaine & Moore LLP | | | 0.2 | $45.00 | 1.2 | $594.00 | | | | | | | | | 0.8 | $468.00 | | | 2.2 | $1,107.00 |
| 020Y | Proskauer Rose LLP | | | | | 1.7 | $841.50 | | | | | | | | | 0.5 | $292.50 | | | 2.2 | $1,134.00 |
| 020Z | OKelly Ernst & Bielli | | | | | 1.1 | $544.50 | | | | | | | | | 0.1 | $58.50 | | | 1.2 | $603.00 |
| 20AA | Munger Tolles & Olson | | | | | 1.5 | $742.50 | | | | | | | | | 0.2 | $117.00 | | | 1.7 | $859.50 |
| 20BB | Charles River Associates | | | | | 0.1 | $49.50 | | | | | | | | | | | | | 0.1 | $49.50 |
| 20CC | Greenhill & Co., LLC | | | | | 1.2 | $594.00 | | | | | | | | | 0.3 | $175.50 | | | 1.5 | $769.50 |
| 20DD | Alix Partners | | | | | 0.7 | $346.50 | | | | | | | | | 0.3 | $175.50 | | | 1.0 | $522.00 |
| 20EE | Guggenheim Securities | | | | | 0.4 | $198.00 | | | | | | | | | 0.5 | $292.50 | | | 0.9 | $490.50 |
| 20FF | Kurtzman Carson Consultants | | | | | 0.2 | $99.00 | | | | | | | | | | | | | 0.2 | $99.00 |
| 20GG | Stevens & Lee | | | | | 0.4 | $198.00 | | | | | | | | | | | | | 0.4 | $198.00 |
| 20HH | Goldin & Associates | | | | | 0.3 | $148.50 | | | | | | | | | | | | | 0.3 | $148.50 |
| | **Total** | 129.6 | $52,480.00 | 186.6 | $41,895.00 | 605.6 | $299,425.50 | 158.2 | $43,505.00 | 424.1 | $210,771.00 | 173.0 | $50,622.00 | 218.9 | $64,575.50 | 168.2 | $98,689.50 | 50.1 | $25,801.50 | 2,114.3 | $857,312.00 |