EXHIBIT F
Godfrey and Kahn, S.C.
Detailed Expense Records
August 21, 2014 through December 31, 2014

| Receipt | Matter Number | Matter Name | Expense Code | Category | Date | Number of Units | Expense Amount | Description |
|---|---|---|---|---|---|---|---|---|
|  | 0018 | Disbursements & Expenses | E101 | Copies | 8/22/2014 | 354.0 | $35.40 | Photocopies |
|  | 0018 | Disbursements & Expenses | E101 | Copies | 8/22/2014 | 180.0 | $18.00 | Photocopies |
|  | 0018 | Disbursements & Expenses | E106 | Online Research | 8/22/2014 | 1.0 | $127.68 | Westlaw User: BRADSHAW,JILL, Westlaw ID: 543455, Connect Time: 0:00:00 |
|  | 0018 | Disbursements & Expenses | E106 | Online Research | 8/25/2014 | 1.0 | $37.62 | Westlaw User: BRADSHAW,JILL, Westlaw ID: 543455, Connect Time: 0:00:00 |
|  | 0018 | Disbursements & Expenses | E107 | Delivery Services/Couriers | 8/26/2014 | 1.0 | $42.69 | Fed. Express/Express Mail COURIER SHIPMENT #770937903766 TO Richard Gitlin, Gitlin & Company LLC, WEST HARTFORD, CT, US INVOICE #276917346 |
|  | 0018 | Disbursements & Expenses | E101 | Copies | 9/2/2014 | 4.0 | $0.40 | Photocopies |
|  | 0018 | Disbursements & Expenses | E101 | Copies | 9/8/2014 | 119.0 | $11.90 | Photocopies |
|  | 0018 | Disbursements & Expenses | E101 | Copies | 9/8/2014 | 8.0 | $0.80 | Photocopies |
|  | 0018 | Disbursements & Expenses | E101 | Telephone | 9/15/2014 | 1.0 | $107.00 | Conference Call - Paid to: BMO HARRIS BANK N.A.-VISA 8/18/14 COURTCALL/COURT HEARING CONFERENCE CALL ON 8/13/14 |
| * | 0018 | Disbursements & Expenses | E110 | Travel - Airfare | 9/15/2014 | 1.0 | $786.40 | Travel - Transportation - Paid to: STADLER, KATHERINE - Travel Dates September 15-16, 2014; Destination: Wilmington, DE; Purpose of trip: September 16, 2014 retention hearing; Expense - 9/15/2014 Delta rountrip flight Madison to Philadelphia (KS and EAW) |
|  | 0018 | Disbursements & Expenses | E110 | Travel - Taxi | 9/15/2014 | 1.0 | $75.00 | Travel - Transportation - Paid to: STADLER, KATHERINE - Travel Dates: September 15-16, 2014; Destination: Wilmington, DE; Purpose of Trip: September 16, 2014 retention hearing; Expense: Shuttle from airport to hotel (KS and EAW) |
|  | 0018 | Disbursements & Expenses | E110 | Travel - Airfare | 9/15/2014 | 1.0 | $100.00 | Travel - Transportation - Paid to: STADLER, KATHERINE - Travel Dates September 15-16, 2014; Destination: Wilmington, DE; Purpose of trip: September 16, 2014 retention hearing; Expense - Flight change fees (KS and EAW) |
| * | 0018 | Disbursements & Expenses | E110 | Travel - Hotel | 9/15/2014 | 1.0 | $229.90 | Travel - Related Expenses - Paid to: STADLER, KATHERINE - Travel Dates: September 15-16, 2014; Destination: Wilmington, DE; Purpose of Trip: September 16, 2014 retention hearing; Expense: Hotel (1 night at Double Tree Hilton)(KS) |
| * | 0018 | Disbursements & Expenses | E110 | Travel - Hotel | 9/15/2014 | 1.0 | $229.90 | Travel - Related Expenses - Paid to: STADLER, KATHERINE - Travel Dates: September 15-16, 2014; Destination: Wilmington, DE; Purpose of Trip: September 16, 2014 retention hearing; Expense: Hotel (1 night at Double Tree Hilton)(EAW) |
|  | 0018 | Disbursements & Expenses | E101 | Copies | 9/16/2014 | 12.0 | $1.20 | Photocopies |
|  | 0018 | Disbursements & Expenses | E110 | Travel - Parking | 9/16/2014 | 1.0 | $20.00 | Travel - Related Expenses - Paid to: STADLER, KATHERINE - Travel Dates: September 15-16, 2014; Destination: Wilmington, DE; Purpose of Trip: September 16, 2014 retention hearing; Expense: Parking (Dane County Airport) |
|  | 0018 | Disbursements & Expenses | E111 | Travel - Meals | 9/16/2014 | 1.0 | $20.75 | Meals - Paid to: STADLER, KATHERINE - Travel Dates: September 15-16, 2014; Destination: Wilmington, DE; Purpose of Trip: September 16, 2014 retention hearing; Expense - 9/16/2014 breakfast (KS and EAW) |
|  | 0018 | Disbursements & Expenses | E110 | Travel - Taxi | 9/16/2014 | 1.0 | $95.00 | Travel - Transportation - Paid to: STADLER, KATHERINE - Travel Dates: September 15-16/2014; Destination: Wilmington, DE; Purpose of Trip: September 16, 2014 retention hearing; Expense: Taxi from hotel to airport (KS and EAW) |
|  | 0018 | Disbursements & Expenses | E101 | Copies | 9/17/2014 | 532.0 | $53.20 | Photocopies |
|  | 0018 | Disbursements & Expenses | E101 | Copies | 9/17/2014 | 2.0 | $0.20 | Photocopies |
| * | 0018 | Disbursements & Expenses | E123 | Vendor Fees - Database | 9/18/2014 | 1.0 | $7,500.00 | Professional Fees - Paid to: ALLIGATOR COMPUTER SYSTEMS, INC. (Database maintenance and report development) |
|  | 0018 | Disbursements & Expenses | E101 | Copies | 9/18/2014 | 940.0 | $94.00 | Photocopies |
|  | 0018 | Disbursements & Expenses | E101 | Copies | 9/19/2014 | 2.0 | $0.20 | Photocopies |
|  | 0018 | Disbursements & Expenses | E101 | Copies | 9/19/2014 | 8.0 | $0.80 | Photocopies |
|  | 0018 | Disbursements & Expenses | E101 | Copies | 9/19/2014 | 8.0 | $0.80 | Photocopies |
|  | 0018 | Disbursements & Expenses | E101 | Copies | 9/22/2014 | 8.0 | $0.80 | Photocopies |
|  | 0018 | Disbursements & Expenses | E107 | Delivery Services/Couriers | 9/23/2014 | 1.0 | $11.76 | Fed. Express/Express Mail COURIER SHIPMENT #771231042128 TO Michael Levine, alligatortek, VILLA PARK, IL, US INVOICE #279800412 |
|  | 0018 | Disbursements & Expenses | E101 | Copies | 9/24/2014 | 104.0 | $10.40 | Photocopies |
|  | 0018 | Disbursements & Expenses | E101 | Copies | 9/24/2014 | 5.0 | $0.50 | Photocopies |
|  | 0018 | Disbursements & Expenses | E101 | Copies | 9/24/2014 | 3.0 | $0.30 | Photocopies |
|  | 0018 | Disbursements & Expenses | E101 | Copies | 9/24/2014 | 5.0 | $0.50 | Photocopies |

**EXHIBIT F**
Godfrey and Kahn, S.C.
Detailed Expense Records
August 21, 2014 through December 31, 2014

| Receipt | Matter Number | Matter Name | Expense Code | Category | Date | Number of Units | Expense Amount | Description |
|---|---|---|---|---|---|---|---|---|
| | 0018 | Disbursements & Expenses | E101 | Copies | 9/24/2014 | 2.0 | $0.20 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 9/24/2014 | 1.0 | $0.10 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 9/24/2014 | 8.0 | $0.80 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 9/24/2014 | 10.0 | $1.00 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 9/25/2014 | 1.0 | $0.10 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 9/25/2014 | 2.0 | $0.20 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 9/25/2014 | 3.0 | $0.30 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 9/25/2014 | 2.0 | $0.20 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 9/25/2014 | 24.0 | $2.40 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 9/25/2014 | 3.0 | $0.30 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 9/26/2014 | 4.0 | $0.40 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 9/26/2014 | 12.0 | $1.20 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 9/26/2014 | 3.0 | $0.30 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 9/29/2014 | 10.0 | $1.00 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 9/29/2014 | 5.0 | $0.50 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 9/29/2014 | 1.0 | $0.10 | Photocopies |
| | 0018 | Disbursements & Expenses | E107 | Delivery Services/Couriers | 9/30/2014 | 1.0 | $12.99 | Fed. Express/Express Mail COURIER SHIPMENT #771319084527 TO Cecily Gooch, Energy Future Holdings, DALLAS, TX, US INVOICE #280545140 |
| | 0018 | Disbursements & Expenses | E107 | Delivery Services/Couriers | 9/30/2014 | 1.0 | $17.04 | Fed. Express/Express Mail COURIER SHIPMENT #771318396511 TO Richard Gitlin, Gitlin & Co. LLC, DELRAY BEACH, FL, US INVOICE #280545140 |
| | 0018 | Disbursements & Expenses | E107 | Delivery Services/Couriers | 9/30/2014 | 1.0 | $12.99 | Fed. Express/Express Mail COURIER SHIPMENT #771319182229 TO Peter Kravitz (Guest), The London NYC, NEW YORK, NY, US INVOICE #280545140 |
| | 0018 | Disbursements & Expenses | E107 | Delivery Services/Couriers | 10/1/2014 | 1.0 | $25.94 | Fed. Express/Express Mail COURIER SHIPMENT #771318482713 TO Andrea Beth Schwartz, U..S. Dept of Justice-U.S. Tru, NEW YORK CITY, NY, US INVOICE #280545140 |
| | 0018 | Disbursements & Expenses | E107 | Delivery Services/Couriers | 10/1/2014 | 1.0 | $25.94 | Fed. Express/Express Mail COURIER SHIPMENT #771318562081 TO Richard Schepacarter, U.S. Dept of Justice-U.S. Trus, NEW YORK CITY, NY, US INVOICE #280545140 |
| | 0018 | Disbursements & Expenses | E107 | Delivery Services/Couriers | 10/1/2014 | 1.0 | $12.99 | Fed. Express/Express Mail COURIER SHIPMENT #771334185310 TO Aparna Yenamandra (Cecily Gooch, Kirkland & Ellis, NEW YORK, NY, US INVOICE #280545140 |
| | 0018 | Disbursements & Expenses | E101 | Copies | 10/2/2014 | 2.0 | $0.20 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 10/2/2014 | 2.0 | $0.20 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 10/2/2014 | 6.0 | $0.60 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 10/2/2014 | 3.0 | $0.30 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 10/3/2014 | 2.0 | $0.20 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 10/6/2014 | 18.0 | $1.80 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 10/6/2014 | 4.0 | $0.40 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 10/6/2014 | 143.0 | $14.30 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 10/7/2014 | 4.0 | $0.40 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 10/7/2014 | 2.0 | $0.20 | Photocopies |
| * | 0018 | Disbursements & Expenses | E102 | Outside Copying | 10/9/2014 | 1.0 | $283.68 | Photocopies - Outside - Paid to: ALPHAGRAPHICS - MADISON - 09/30/14 - 10 sets of hot-glued bound books. |
| | 0018 | Disbursements & Expenses | E101 | Copies | 10/9/2014 | 268.0 | $26.80 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 10/9/2014 | 2.0 | $0.20 | Photocopies |
| | 0018 | Disbursements & Expenses | E110 | Travel - Taxi | 10/10/2014 | 1.0 | $42.16 | Travel - Transportation - Paid to: DALTON, WILLIAM A - Travel Dates: October 1-3, 2014, Destination: New York City; Purpose of Trip: Attend the October 2, 2014 Fee Committee meeting; Expenses: Taxi (New York City to LaGuardia on 10/2) |
| * | 0018 | Disbursements & Expenses | E110 | Travel - Hotel | 10/10/2014 | 1.0 | $428.93 | Travel - Related Expenses - Paid to: DALTON, WILLIAM A -Travel Dates: October 1-3, 2014, Destination: New York City; Purpose of Trip: Attend the October 2, 2014 Fee Committee meeting; Expenses: Hotel (1 night at Affinia 50) |
| | 0018 | Disbursements & Expenses | E110 | Travel - Parking | 10/10/2014 | 1.0 | $20.00 | Travel - Related Expenses - Paid to: DALTON, WILLIAM A - Travel Dates: October 1-3, 2014, Destination: New York City; Purpose of Trip: Attend the October 2, 2014 Fee Committee meeting; Expenses: Parking (Dane County Airport). |

EXHIBIT F
Godfrey and Kahn, S.C.
Detailed Expense Records
August 21, 2014 through December 31, 2014

| Receipt | Matter Number | Matter Name | Expense Code | Category | Date | Number of Units | Expense Amount | Description |
|---|---|---|---|---|---|---|---|---|
| * | 0018 | Disbursements & Expenses | E110 | Travel - Airfare | 10/10/2014 | 1.0 | $604.18 | Travel - Transportation - Paid to: STADLER, KATHERINE - Travel Dates: October 1-3, 2014; Destination: New York; Purpose of Trip: October 2, 2014 Fee Committee Meeting; Expense - 10/3/14 Orbitz flight New York to Madison (KS and WAD). |
| * | 0018 | Disbursements & Expenses | E110 | Travel - Airfare | 10/10/2014 | 1.0 | $1,012.20 | Travel - Transportation - Paid to: STADLER, KATHERINE - Travel Dates: October 1-3, 2014; Destination: New York; Purpose of Trip: October 2, 2014 Fee Committee Meeting; Expense - 10/1/14 Delta flight Madison to New York (KS) |
| * | 0018 | Disbursements & Expenses | E110 | Travel - Airfare | 10/10/2014 | 1.0 | $1,012.20 | Travel - Transportation - Paid to: STADLER, KATHERINE - Travel Dates: October 1-3, 2014; Destination: New York; Purpose of Trip: October 2, 2014 Fee Committee Meeting; Expense - 10/01/14 Delta flight Madison to New York (WAD) |
| | 0018 | Disbursements & Expenses | E110 | Travel - Parking | 10/10/2014 | 1.0 | $20.00 | Travel - Related Expenses - Paid to: STADLER, KATHERINE - Travel Dates: October 1-3, 2014; Destination: New York; Purpose of Trip: October 2, 2014 Fee Committee Meeting; Expense - 10/01-03/14 parking at Dane County airport. |
| * | 0018 | Disbursements & Expenses | E110 | Travel - Hotel | 10/10/2014 | 1.0 | $428.93 | Travel - Related Expenses - Paid to: STADLER, KATHERINE - Travel Dates: October 1-3, 2014; Destination: New York; Purpose of Trip: October 2, 2014 Fee Committee Meeting; Expense - 10/1/14 hotel 1 night stay (KS). |
| * | 0018 | Disbursements & Expenses | E110 | Travel - Hotel | 10/10/2014 | 1.0 | $335.12 | Travel - Related Expenses - Paid to: STADLER, KATHERINE - Travel Dates: October 1-3, 2014; Destination: New York; Purpose of Trip: October 2, 2014 Fee Committee Meeting; Expense - 10/2/14 hotel 1 night stay (KS) |
| * | 0018 | Disbursements & Expenses | E110 | Travel - Hotel | 10/10/2014 | 1.0 | $343.16 | Travel - Related Expenses - Paid to: STADLER, KATHERINE - Travel Dates: October 1-3, 2014; Destination: New York; Purpose of Trip: October 2, 2014 Fee Committee Meeting; Expense - 10/2/14 Hotel 1 night stay (WAD) |
| | 0018 | Disbursements & Expenses | E110 | Travel - Internet | 10/10/2014 | 1.0 | $22.87 | Travel - Related Expenses - Paid to: STADLER, KATHERINE - Travel Dates: October 1-3, 2014; Destination: New York; Purpose of Trip: October 2, 2014 Fee Committee Meeting; Expense - 10/2/14 WiFi at Marriott. |
| | 0018 | Disbursements & Expenses | E110 | Travel - Taxi | 10/10/2014 | 1.0 | $44.79 | Travel - Related Expenses - Paid to: STADLER, KATHERINE - Travel Dates: October 1-3, 2014; Destination: New York; Purpose of Trip: October 2, 2014 Fee Committee Meeting; Expense - 10/01/14 Cab Airport to Hotel |
| | 0018 | Disbursements & Expenses | E110 | Travel - Taxi | 10/10/2014 | 1.0 | $7.15 | Travel - Related Expenses - Paid to: STADLER, KATHERINE - Travel Dates: October 1-3, 2014; Destination: New York; Purpose of Trip: October 2, 2014 Fee Committee Meeting; Expense - 10/2/14 Cab airport to hotel |
| | 0018 | Disbursements & Expenses | E111 | Travel - Meals | 10/10/2014 | 1.0 | $66.16 | Meals - Paid to: STADLER, KATHERINE - Travel Dates: October 1-3, 2014; Destination: New York; Purpose of Trip: October 2, 2014 Fee Committee Meeting; Expense - 10/1/14 dinner (KS & WAD) |
| | 0018 | Disbursements & Expenses | E111 | Travel - Meals | 10/10/2014 | 1.0 | $14.10 | Meals - Paid to: STADLER, KATHERINE - Travel Dates: October 1-3, 2014; Destination: New York; Purpose of Trip: October 2, 2014 Fee Committee Meeting; Expense - 10/2/14 - breakfast (KS & WAD). |
| | 0018 | Disbursements & Expenses | E111 | Travel - Meals | 10/10/2014 | 1.0 | $39.97 | Meals - Paid to: STADLER, KATHERINE  Travel Dates: October 1-3, 2014; Destination: New York; Purpose of Trip: October 2, 2014 Fee Committee Meeting; Expense - 10/2/14 dinner (KS & WAD). |
| | 0018 | Disbursements & Expenses | E111 | Telephone | 10/13/2014 | 1.0 | $93.00 | Conference Call - Paid to: BMO HARRIS BANK N.A.-VISA 9/26/14 COURTCALL/COURT CONFERENCE CALL 9/16/214, HEARING |
| | 0018 | Disbursements & Expenses | E101 | Copies | 10/13/2014 | 2.0 | $0.20 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 10/13/2014 | 36.0 | $3.60 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 10/13/2014 | 2.0 | $0.20 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 10/13/2014 | 37.0 | $3.70 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 10/14/2014 | 312.0 | $31.20 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 10/14/2014 | 624.0 | $62.40 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 10/15/2014 | 5.0 | $0.50 | Photocopies |
| * | 0018 | Disbursements & Expenses | E123 | Temporary Services Fees | 10/16/2014 | 1.0 | $4,366.00 | Contract professional fees - Paid to: RAICHE, ZERITHEA GALE (helped develop internal systems for monitoring) |
| | 0018 | Disbursements & Expenses | E101 | Copies | 10/17/2014 | 10.0 | $1.00 | Photocopies |

# EXHIBIT F

Godfrey and Kahn, S.C.
Detailed Expense Records
August 21, 2014 through December 31, 2014

| Receipt | Matter Number | Matter Name | Expense Code | Category | Date | Number of Units | Expense Amount | Description |
|---|---|---|---|---|---|---|---|---|
| | 0018 | Disbursements & Expenses | E101 | Copies | 10/17/2014 | 1.0 | $0.10 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 10/21/2014 | 9.0 | $0.90 | Photocopies |
| * | 0018 | Disbursements & Expenses | E110 | Travel - Airfare | 10/23/2014 | 1.0 | $1,166.20 | Travel - Transportation - Paid to: WILLIAMSON, BRADY C Delta Air Lines roundtrip to and from New York City 10/1-4/2014 |
| | 0018 | Disbursements & Expenses | E110 | Travel - Taxi | 10/23/2014 | 1.0 | $52.83 | Travel - Transportation - Paid to: WILLIAMSON, BRADY C` TLC Taxi in New York from LaGuardia Airport to hotel |
| | 0018 | Disbursements & Expenses | E110 | Travel - Taxi | 10/23/2014 | 1.0 | $40.00 | Travel - Transportation - Paid to: WILLIAMSON, BRADY C` TLC Taxi in New York from hotel to LaGuardia Airport |
| * | 0018 | Disbursements & Expenses | E110 | Travel - Hotel | 10/23/2014 | 1.0 | $1,000.00 | Travel - Related Expenses - Paid to: WILLIAMSON, BRADY C Crosby Street Hotel 10/1-2/2014 (Total Exp $1210.18; $210.18 excess capped) |
| | 0018 | Disbursements & Expenses | E106 | Online Research | 10/23/2014 | 1.0 | $22.30 | Other Database Search - Paid to: PACER SERVICE CENTER |
| * | 0018 | Disbursements & Expenses | E112 | Noticing Agent | 10/23/2014 | 1.0 | $8,305.61 | Service of Process - Paid to: GARDEN CITY GROUP INC |
| | 0018 | Disbursements & Expenses | E101 | Copies | 10/24/2014 | 3.0 | $0.30 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 10/24/2014 | 2.0 | $0.20 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 10/28/2014 | 19.0 | $1.90 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 11/3/2014 | 16.0 | $1.60 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 11/3/2014 | 34.0 | $3.40 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 11/3/2014 | 16.0 | $1.60 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 11/4/2014 | 2,149.0 | $214.90 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 11/5/2014 | 153.0 | $15.30 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 11/5/2014 | 320.0 | $32.00 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 11/6/2014 | 4.0 | $0.40 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 11/10/2014 | 24.0 | $2.40 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 11/10/2014 | 40.0 | $4.00 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 11/11/2014 | 7.0 | $0.70 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 11/11/2014 | 3.0 | $0.30 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 11/11/2014 | 1.0 | $0.10 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 11/11/2014 | 13.0 | $1.30 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 11/11/2014 | 56.0 | $5.60 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 11/11/2014 | 688.0 | $68.80 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 11/11/2014 | 3.0 | $0.30 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 11/12/2014 | 6.0 | $0.60 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 11/12/2014 | 139.0 | $13.90 | Photocopies |
| | 0018 | Disbursements & Expenses | E111 | Telephone | 11/12/2014 | 1.0 | $72.00 | Conference Call - Paid to: BMO HARRIS BANK N.A.-VISA 10/10/14 COURT CALL #6489921/COURT CONFERENCE CALL 10/8/14 HEARING |
| | 0018 | Disbursements & Expenses | E111 | Telephone | 11/12/2014 | 1.0 | $44.00 | Conference Call - Paid to: BMO HARRIS BANK N.A.-VISA 10/22/14 COURT CALL #6507142/COURT CONFERENCE CALL 10/17/2014 HEARING |
| | 0018 | Disbursements & Expenses | E107 | Delivery Services/Couriers | 11/13/2014 | 1.0 | $72.59 | Fed. Express/Express Mail COURIER SHIPMENT #771834327338 TO Richard Gitlin, DELRAY BEACH, FL, US INVOICE #284956389 |
| | 0018 | Disbursements & Expenses | E101 | Copies | 11/14/2014 | 2.0 | $0.20 | Photocopies |
| | 0018 | Disbursements & Expenses | E107 | Delivery Services/Couriers | 11/14/2014 | 1.0 | $12.87 | Fed. Express/Express Mail COURIER SHIPMENT #771846697943 TO Richard Schepacarter, Office of the U.S. Trustee, WILMINGTON, DE, US INVOICE #284956389 |
| | 0018 | Disbursements & Expenses | E107 | Delivery Services/Couriers | 11/14/2014 | 1.0 | $12.87 | Fed. Express/Express Mail COURIER SHIPMENT #771845928279 TO Andrea B. Schwartz, U.S. DOJ - Office of U.S. Trustee, NEW YORK CITY, NY, US INVOICE #284956389 |
| | 0018 | Disbursements & Expenses | E107 | Delivery Services/Couriers | 11/14/2014 | 1.0 | $12.87 | Fed. Express/Express Mail COURIER SHIPMENT #771846831875 TO Cecily Gooch (Guest), The New York Palace, NEW YORK, NY, US INVOICE #284956389 |
| | 0018 | Disbursements & Expenses | E107 | Delivery Services/Couriers | 11/14/2014 | 1.0 | $12.87 | Fed. Express/Express Mail COURIER SHIPMENT #771850038366 TO Peter Kravitz (Guest on 11-16), The Lombardy, NEW YORK, NY, US INVOICE #284956389 |
| | 0018 | Disbursements & Expenses | E101 | Copies | 11/17/2014 | 1.0 | $0.10 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 11/17/2014 | 11.0 | $1.10 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 11/17/2014 | 31.0 | $3.10 | Photocopies |

**EXHIBIT F**
Godfrey and Kahn, S.C.
Detailed Expense Records
August 21, 2014 through December 31, 2014

| Receipt | Matter Number | Matter Name | Expense Code | Category | Date | Number of Units | Expense Amount | Description |
|---|---|---|---|---|---|---|---|---|
| | 0018 | Disbursements & Expenses | E101 | Copies | 11/17/2014 | 2.0 | $0.20 | Photocopies |
| * | 0018 | Disbursements & Expenses | E110 | Travel - Airfare | 11/20/2014 | 1.0 | $1,033.20 | Travel - Transportation - Paid to: STADLER, KATHERINE 11/17/14 Delta flight Madison to New York, New York to Madison |
| | 0018 | Disbursements & Expenses | E110 | Travel - Parking | 11/20/2014 | 1.0 | $20.00 | Travel - Related Expenses - Paid to: STADLER, KATHERINE` 11/17/14 Parking at Dane County airport |
| * | 0018 | Disbursements & Expenses | E110 | Travel - Hotel | 11/20/2014 | 1.0 | $381.03 | Travel - Related Expenses - Paid to: STADLER, KATHERINE` 11/16/14 Hotel 1 night stay |
| | 0018 | Disbursements & Expenses | E110 | Travel - Internet | 11/20/2014 | 1.0 | $4.95 | Travel - Related Expenses - Paid to: STADLER, KATHERINE` 11/16/14 GoGo Wireless |
| | 0018 | Disbursements & Expenses | E110 | Travel - Taxi | 11/20/2014 | 1.0 | $44.79 | Travel - Related Expenses - Paid to: STADLER, KATHERINE` 11/16/14 Cab Airport to Hotel |
| | 0018 | Disbursements & Expenses | E110 | Travel - Taxi | 11/20/2014 | 1.0 | $10.20 | Travel - Related Expenses - Paid to: STADLER, KATHERINE` 11/17/14 Cab Hotel to MoFo |
| | 0018 | Disbursements & Expenses | E110 | Travel - Taxi | 11/20/2014 | 1.0 | $13.10 | Travel - Related Expenses - Paid to: STADLER, KATHERINE` 11/17/14 Cab Meeting to Hotel |
| | 0018 | Disbursements & Expenses | E110 | Travel - Internet | 11/20/2014 | 1.0 | $12.95 | Travel - Related Expenses - Paid to: STADLER, KATHERINE` 11/17/14 GoGo Wireless |
| | 0018 | Disbursements & Expenses | E110 | Travel - Taxi | 11/20/2014 | 1.0 | $50.00 | Travel - Related Expenses - Paid to: STADLER, KATHERINE` 11/17/14 Cab hotel to airport |
| | 0018 | Disbursements & Expenses | E111 | Travel - Meals | 11/20/2014 | 1.0 | $23.16 | Meals - Paid to: STADLER, KATHERINE 11/17/14 Dinner at Airport |
| | 0018 | Disbursements & Expenses | E101 | Copies | 11/21/2014 | 10.0 | $1.00 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 11/24/2014 | 9.0 | $0.90 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 11/24/2014 | 14.0 | $1.40 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 11/24/2014 | 4.0 | $0.40 | Photocopies |
| * | 0018 | Disbursements & Expenses | E102 | Outside Copying | 11/25/2014 | 1.0 | $229.89 | Photocopies - Outside - Paid to: ALPHAGRAPHICS - MADISON - 1,048 copied (1 side), 8 sets of 23 numeric tabs, 9 narrow hot-glue bound books. |
| | 0018 | Disbursements & Expenses | E101 | Copies | 12/1/2014 | 11.0 | $1.10 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 12/1/2014 | 22.0 | $2.20 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 12/2/2014 | 911.0 | $91.10 | Photocopies |
| * | 0018 | Disbursements & Expenses | E123 | Vendor Fees - Database | 12/4/2014 | 1.0 | $7,500.00 | Professional Fees - Paid to: ALLIGATOR COMPUTER SYSTEMS, INC. (database maintenance and function development) |
| | 0018 | Disbursements & Expenses | E101 | Copies | 12/5/2014 | 45.0 | $4.50 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 12/5/2014 | 334.0 | $33.40 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 12/6/2014 | 9.0 | $0.90 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 12/6/2014 | 35.0 | $3.50 | Photocopies |
| | 0018 | Disbursements & Expenses | E107 | Delivery Services/Couriers | 12/8/2014 | 1.0 | $11.55 | Fed. Express/Express Mail COURIER SHIPMENT #772106873500 TO Michael Levine, alligatortek, VILLA PARK, IL, US INVOICE #287083895 |
| | 0018 | Disbursements & Expenses | E101 | Copies | 12/8/2014 | 420.0 | $42.00 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 12/10/2014 | 3.0 | $0.30 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 12/10/2014 | 8.0 | $0.80 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 12/10/2014 | 8.0 | $0.80 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 12/10/2014 | 15.0 | $1.50 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 12/10/2014 | 5.0 | $0.50 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 12/10/2014 | 9.0 | $0.90 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 12/10/2014 | 6.0 | $0.60 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 12/10/2014 | 3.0 | $0.30 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 12/10/2014 | 6.0 | $0.60 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 12/10/2014 | 9.0 | $0.90 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 12/10/2014 | 6.0 | $0.60 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 12/10/2014 | 28.0 | $2.80 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 12/10/2014 | 73.0 | $7.30 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 12/10/2014 | 31.0 | $3.10 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 12/10/2014 | 6.0 | $0.60 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Telephone | 12/10/2014 | 1.0 | $51.00 | Conference Call - Paid to: BMO HARRIS BANK N.A.-VISA 11/3/14 COURTCALL/COURT CALL HEARING ON 10/28/14 B.WILLIAMSON |
| | 0018 | Disbursements & Expenses | E101 | Copies | 12/11/2014 | 1.0 | $0.10 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 12/11/2014 | 92.0 | $9.20 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 12/11/2014 | 3.0 | $0.30 | Photocopies |

**EXHIBIT F**

Godfrey and Kahn, S.C.
Detailed Expense Records
August 21, 2014 through December 31, 2014

| Receipt | Matter Number | Matter Name | Expense Code | Category | Date | Number of Units | Expense Amount | Description |
|---|---|---|---|---|---|---|---|---|
| | 0018 | Disbursements & Expenses | E101 | Copies | 12/13/2014 | 5.0 | $0.50 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 12/13/2014 | 1.0 | $0.10 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 12/13/2014 | 6.0 | $0.60 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 12/15/2014 | 161.0 | $16.10 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 12/15/2014 | 1.0 | $0.10 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 12/15/2014 | 9.0 | $0.90 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 12/15/2014 | 2.0 | $0.20 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 12/15/2014 | 16.0 | $1.60 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 12/16/2014 | 2.0 | $0.20 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 12/16/2014 | 7.0 | $0.70 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 12/16/2014 | 5.0 | $0.50 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 12/16/2014 | 2.0 | $0.20 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 12/16/2014 | 1.0 | $0.10 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 12/16/2014 | 7.0 | $0.70 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 12/16/2014 | 6.0 | $0.60 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 12/17/2014 | 62.0 | $6.20 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 12/17/2014 | 42.0 | $4.20 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 12/17/2014 | 114.0 | $11.40 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 12/17/2014 | 1.0 | $0.10 | Photocopies |
| * | 0018 | Disbursements & Expenses | E110 | Travel - Airfare | 12/17/2014 | 1.0 | $256.70 | Travel - Transportation - Paid to: WEST, ERIN A. 12/13/14 Delta airfare to New York from Madison |
| | 0018 | Disbursements & Expenses | E110 | Travel - Taxi | 12/17/2014 | 1.0 | $59.10 | Travel - Transportation - Paid to: WEST, ERIN A. 12/13/14 Taxi from airport to hotel in New York |
| | 0018 | Disbursements & Expenses | E110 | Travel - Taxi | 12/17/2014 | 1.0 | $60.12 | Travel - Transportation - Paid to: WEST, ERIN A. 12/15/14 Taxi to New York airport |
| * | 0018 | Disbursements & Expenses | E110 | Travel - Hotel | 12/17/2014 | 1.0 | $397.26 | Travel - Related Expenses - Paid to: WEST, ERIN A. 12/14/14 New York hotel (The New York Palace), one night |
| | 0018 | Disbursements & Expenses | E111 | Travel - Meals | 12/17/2014 | 1.0 | $14.92 | Meals - Paid to: WEST, ERIN A. 12/14/14 Lunch at hotel |
| | 0018 | Disbursements & Expenses | E111 | Travel - Meals | 12/17/2014 | 1.0 | $20.00 | Meals - Paid to: WEST, ERIN A. 12/15/14 Breakfast at hotel |
| | 0018 | Disbursements & Expenses | E101 | Copies | 12/18/2014 | 146.0 | $14.60 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 12/18/2014 | 3.0 | $0.30 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 12/18/2014 | 66.0 | $6.60 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 12/18/2014 | 184.0 | $18.40 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 12/19/2014 | 173.0 | $17.30 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 12/19/2014 | 1.0 | $0.10 | Photocopies |
| | 0018 | Disbursements & Expenses | E101 | Copies | 12/19/2014 | 4.0 | $0.40 | Photocopies |
| | | | | | | | **$40,775.62** | **Application Total** |