**EXHIBIT G**

Godfrey and Kahn, S.C.
Customary and Comparable Hourly Rate Disclosures
August 21, 2014 through December 31, 2014

| Category of Timekeeper | Blended Hourly Rate ||
|---|---|---|
| | Billed for Preceding Year, Excluding Bankruptcy | Billed in this Fee Application (Before Flat Fee Adjustment) |
| Shareholder | $497.68 | $521.89 |
| Counsel/Data Analyst | $411.42 | $478.65 |
| Associate[1] | $284.93 | $286.61 |
| Paralegal | $205.12 | $275.28 |
| All Timekeepers Aggregated | $419.59 | $419.89 |

[1] Erin West joined Godfrey & Kahn in July 2014 and Mark Hancock joined in September 2014.