# EXHIBIT H
### Godfrey and Kahn, S.C.
### Budget and Staffing Plan
### August 21, 2014 through December 31, 2014

| BUDGET-AUGUST 21, 2015 THROUGH DECEMBER 31, 2014[1] | | | | |
|---|---|---|---|---|
| **Matter** | **Project Category** | **Hours Budgeted** | **Fees Budgeted** | **Hours Billed** | **Fees Sought** |
| 0002 | General Case Administration | 160 | $56,200 | 64.2 | $26,251.83 |
| 0003 | Retention applications & disclosures-Applicants | 200 | $70,000 | 22.2 | $9,077.74 |
| 0004 | Retention applications & disclosures-third parties | 25 | $8,750 | 2.6 | $1,063.16 |
| 0005 | Committee administrative documents | 45 | $17,775 | 27.1 | $11,081.38 |
| 0006 | Contact/communications with Fee Committee | 100 | $50,000 | 71.7 | $29,318.63 |
| 0007 | Contact/communications with retained professionals generally | 150 | $52,500 | 94.0 | $38,437.26 |
| 0008 | Drafting documents to be filed with the Court | 50 | $22,500 | 36.7 | $15,006.89 |
| 0009 | Legal research and drafting | 20 | $7,000 | 6.9 | $2,821.46 |
| 0010 | Reviewing filed documents | 40 | $14,000 | 34.10 | $13,943.73 |
| 0011 | Prepare for and attend Fee Committee meetings | 200 | $80,000 | 125.3 | $51,236.05 |
| 0012 | Database establishment & maintenance | 160 | $78,400 | 157.4 | $64,361.97 |
| 0013 | Non-working travel | 128 | $35,200 | 127.6 | $30,453.00 |
| 0014 | Prepare for and attend hearings and court communications | 40 | $19,000 | 67.1 | $27,437.66 |
| 0015 | Team meetings | 108 | $43,200 | 112.5 | $46,002.04 |
| 0017 | Fee Applications-Applicants | 20 | $7,000 | 0 | $0.00 |
| 020A-20JJ | Retained Professionals-application review and reporting | 1,500 | $562,500 | 1,164.9 | $498,059.33 |
| **TOTAL** | | 2,946 | $1,115,025.00 | 2,114.3 | $864.552.13 |

---

[1] Because the Fee Committee's appointment did not occur until August 21, 2015, counsel's retention was not approved until September 16, 2014, and the first interim fee applications were not filed until October 31, 2014, this budget is necessarily retrospective, though using expectations based on a similar engagement of comparable complexity.

| STAFFING PLAN | | |
|---|---|---|
| **Category of Timekeeper** | **Number expected to work on the matter during the budget period** | **Average hourly rate** |
| Shareholder | 3 | $532 |
| Special Counsel/Data Specialist | 2 | $452 |
| Associates (5-7 years) | 2 | $285 |
| Paralegal | 2 | $260 |

13203977.1