# **EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Energy Future Holdings Corp., *et al.*, | ) ) | Case No. 14-10979 (CSS) |
| Debtors.[1] | ) ) ) | (Jointly Administered) |
| | ) | **Re: D.I. 1832, 2748** |

**[PROPOSED] ORDER**

Pursuant to the Federal Rules of Bankruptcy Rule 9006, the *Order Establishing Discovery Procedures in Connection with Legacy Discovery of Energy Future Holdings Corporation Its Affiliates, and Certain Third Parties and Other Related Matters*, dated August 13, 2014 [D.I. 1832], as amended by the *Notice of Agreement to Extend Deadlines in Order Establishing Discovery Procedures in Connection with Legacy Discovery of Energy Future Holdings Corporation, Its Affiliates, and Certain Third Parties and Other Related Matters*, filed November 12, 2014 [D.I. 2748] (together, the "Legacy Discovery Protocol"), Energy Future Holdings Corp. and certain of its affiliated debtors (collectively, the "Debtors") submitted a letter to the Court on March 13, 2015 requesting that the Court modify Paragraph 8(c) of the Legacy Discovery Protocol.

The Court hereby finds that cause exists to extend the privilege log deadline and no prejudice will ensue to other parties. Accordingly, it is hereby ORDERED as follows:

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://www.efhcaseinfo.com.

1

2

Paragraph 8(c) of the Legacy Discovery Protocol is hereby modified and amended as set forth below. All other provisions of the Legacy Discovery Protocol, and any other related filings, orders, notices, or agreements—remain in effect and unaltered by this order.

**Paragraph 8(c):** Unless the time for compliance is extended by the Court or by agreement of and among the Debtors and the Participants, recipients of Initial Consolidated Requests shall complete their privilege review and associated productions no later than March 27, 2015; and continue thereafter to finalize privilege logs for service on a rolling basis, as expeditiously as possible, but no later than April 15, 2015. Recipients of Follow-Up Consolidated Requests or other document requests under this Order shall provide all privilege logs no later than twenty-one (21) days after the substantial completion of their production of documents in response thereto.

Dated: Wilmington, Delaware
 _____, 2015                    _____
                                                                                    HON. CHRISTOPHER S. SONTCHI
                                                                                    UNITED STATES BANKRUPTCY JUDGE