# **EXHIBIT B**

**KIRKLAND & ELLIS LLP**
AND AFFILIATED PARTNERSHIPS

555 California Street
San Francisco, California 94104

Mark E. McKane
To Call Writer Directly:
(415) 439-1473
mark.mckane@kirkland.com

(415) 439-1400

www.kirkland.com

Facsimile:
(415) 439-1500

January 12, 2015

**VIA EMAIL**                                                                 **CONFIDENTIAL**

J. Alexander Lawrence
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019-9601

and

All EFH Legacy Discovery Participants (Official Service List)

Re: *In re Energy Future Holdings Corporation, et al.,* Case No. 14-10979 (Bankr. Del.)

Dear Counsel:

Pursuant to and in compliance with Paragraph 5(h) of the of the *Order Establishing Discovery Procedures In Connection With Legacy Discovery of Energy Future Holdings Corporation, Its Affiliates, And Certain Third Parties And Other Related Matters* [D.I. 1832] ("Legacy Protocol"), as amended by the *Notice of Agreement to Extend Deadlines in Order Establishing Discovery Procedures in Connection with Legacy Discovery of Energy Future Holdings Corporation, Its Affiliates, and Certain Third Parties and Other Related Matters* [D.I. 2748], the Debtors state as follows:

On September 12, 2014, the Debtors received Initial Consolidated Requests (the "Requests") from the Committee and other Participants, pursuant to the Legacy Protocol. The Requests contain 212 individual document requests covering an expansive range of topics for a broad time period, in some cases more than 15 years prepetition. On October 10, 2014, the Debtors served written responses and objections. During the course of Legacy Discovery, the Debtors have:

- Collected, or completed collection of, documents from dozens of custodians—including company personnel and other third parties—for a vast period of 10 years;

# KIRKLAND & ELLIS LLP

J. Alexander Lawrence  **CONFIDENTIAL**
January 12, 2015
Page 2

- Engaged in consistent and continuous good-faith negotiations with the Committee over the Debtors' Responses and Objections to the Requests and proposed search terms, in an effort to reach agreement on the scope of Legacy Discovery. This conferral process has included numerous conferral calls and countless written exchanges, sometimes on a near-daily basis, in which the Debtors have provided information on their processing of documents, detailed the number of documents that hit on proposed search terms, provided explanations about the Debtors' email systems, document retention protocol, and rationale for proposed positions, and answered priority requests for documents and information;

- Agreed to run more than 350 search terms, against more than 35 custodians—including the Debtors' current and former employees, Directors, and advisors from Kirkland & Ellis LLP and Evercore;

- In accordance with Paragraph 3 of the Legacy Protocol, the Debtors have also worked with their financial and industry advisors including Alvarez & Marsal, Deloitte, Duff & Phelps and Evercore, and Filsinger Energy Partners, to determine whether such advisors have documents that are potentially responsive to the Requests, and to collect and review potentially responsive documents in the possession of such advisors to the extent they exist;

- Collected, reviewed and produced hundreds of thousands of documents, including email communications, documents from data rooms, and documents from various shared drives maintained throughout the Debtors' enterprise;

- Conducted numerous targeted collections to identify potentially responsive documents on specific topics for review and production;

- Reviewed and produced (or are otherwise in the process of reviewing and producing) documents provided by current and former Sponsor Directors. This review is in addition to all of the Debtors' own review and has been necessary to ensure adequate protection of the Debtors' privileges;

- Produced documents on a weekly basis to all participants of legacy discovery for every week since late August 2014. To date, the Debtors have produced more than 500,000 documents totaling more than 3.25 million pages.

While some continuing review and productions remain, the Debtors' processes and actions described above reflect significant efforts to comply with the Debtors' discovery obligations and the requirements of the Legacy Protocol. The Debtors will continue to produce responsive documents on a rolling basis and work with the Committee to reach agreement

# KIRKLAND & ELLIS LLP

J. Alexander Lawrence  
January 12, 2015  
Page 3

**CONFIDENTIAL**

concerning the scope and breadth of remaining issues related to Legacy Discovery. Given the foregoing, and what the Debtors currently understand to be remaining for production, the Debtors' believe that to date they have substantially complied with their discovery obligations, consistent with the requirements of the Legacy Protocol.

Sincerely,

*/s/ Mark E. McKane*

Mark E. McKane

cc: Official Service List of All Participants to EFH Legacy Discovery Protocol