# **<u>EXHIBIT C</u>**

## KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

|  |  |  |
|---|---|---|
| Mark E. McKane<br>To Call Writer Directly:<br>(415) 439-1473<br>mark.mckane@kirkland.com | 555 California Street<br>San Francisco, California  94104<br><br>(415) 439-1400<br><br>www.kirkland.com | Facsimile:<br>(415) 439-1500 |

February 9, 2015

**VIA EMAIL**                                                                                                           **CONFIDENTIAL**

J. Alexander Lawrence
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019-9601

and

All EFH Legacy Discovery Participants (Official Service List)

Re:  *In re Energy Future Holdings Corporation, et al.,* Case No. 14-10979 (Bankr. Del.)

Dear Counsel:

I write pursuant to and in compliance with Paragraph 5(h) of the of the *Order Establishing Discovery Procedures In Connection With Legacy Discovery of Energy Future Holdings Corporation, Its Affiliates, And Certain Third Parties And Other Related Matters* [D.I. 1832] ("Legacy Protocol"), as amended by the *Notice of Agreement to Extend Deadlines in Order Establishing Discovery Procedures in Connection with Legacy Discovery of Energy Future Holdings Corporation, Its Affiliates, and Certain Third Parties and Other Related Matters* [D.I. 2748].

On September 12, 2014, the Debtors received Initial Consolidated Requests (the "Requests") from the Committee and other Participants, pursuant to the Legacy Protocol.  The Requests contain 212 individual document requests covering an expansive range of topics for a broad time period, in some cases more than 15 years prepetition.  On October 10, 2014, the Debtors served written responses and objections.  The Debtors' document productions in Legacy Discovery remain subject to those responses and objections and negotiations with the Committee and other Participants.  To the extent any further negotiations occur, the Debtors reserve all rights.

During the course of Legacy Discovery, the Debtors have, among other things, conducted extremely broad searches, including agreeing to more than 350 search terms for more than 35 custodians of the Debtors and third-parties, conducted targeted collections of potentially

# KIRKLAND & ELLIS LLP

J. Alexander Lawrence  **CONFIDENTIAL**
February 9, 2015
Page 2

responsive documents, reviewed shared drives, actively negotiated with the Committee and other Participants through regular correspondence and numerous meet and confer sessions, and made weekly productions to all Participants every week since late August 2014.  The Debtors have produced 681,585 documents totaling nearly 4.5 million pages.  The Debtors' reserve the right to supplement the production for any reason.

The Debtors' processes and actions as summarized above, and as detailed in the Debtors' January 12, 2015 correspondence, reflect significant efforts to comply with the Debtors' discovery obligations and the requirements of the Legacy Protocol.  In light of the foregoing, the Debtors believe that to date they have fully complied with their discovery obligations, consistent with the requirements of the Legacy Protocol.

As the Debtors and the Participants proceed to the next phase of the Legacy Discovery process—the ongoing privilege review and logging process—we expect that additional non-privileged documents will be identified for production.  The Debtors are also engaged in ongoing quality control review, including working to resolve certain technical issues, such as corrupted files, associated with a small number of documents.  Any documents determined to be responsive and non-privileged will be produced as expeditiously as possible during this next phase.

Sincerely,

*/s/ Mark E. McKane*

Mark E. McKane

cc:  Official Service List of All Participants to EFH Legacy Discovery Protocol