# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: Brandon | Date Created: 3/16/2015 |
| Case: 14−10979−CSS | Form ID: ntcBK | Total: 44 |

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | USTPREGION03.WL.ECF@USDOJ.GOV |
| aty | Andrea Beth Schwartz | andrea.b.schwartz@usdoj.gov |
| aty | Brian Schartz | bschartz@kirkland.com |
| aty | Chad J. Husnick | chusnick@kirkland.com |
| aty | Daniel J. DeFranceschi | defranceschi@rlf.com |
| aty | David M. Klauder | dklauder@oeblegal.com |
| aty | Edward O. Sassower | esassower@kirkland.com |
| aty | Jason M. Madron | madron@rlf.com |
| aty | Jason M. Madron | madron@rlf.com |
| aty | Jason M. Madron | madron@rlf.com |
| aty | Mark D. Collins | collins@rlf.com |
| aty | Michael A. Rosenthal | mrosenthal@gibsondunn.com |
| aty | Peter Jonathon Young | pyoung@proskauer.com |
| aty | Richard L. Schepacarter | richard.schepacarter@usdoj.gov |
| aty | Shannon J. Dougherty | sdougherty@oeblegal.com |
| aty | Thomas F. Driscoll, III | tdriscoll@bifferato.com |
| aty | Tyler D. Semmelman | semmelman@rlf.com |
| aty | Tyler D. Semmelman | semmelman@rlf.com |
| aty | William A. Romanowicz | Romanowicz@rlf.com |

                                                                              TOTAL: 19

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | Energy Future Holdings Corp.    Energy Plaza    1601 Bryan Street    Dallas, TX 75201 | | |
| aty | Andrew McGaan    Kirkland & Ellis LLP    300 North LaSalle    Chicago, IL 60654 | | |
| aty | Anthony V. Sexton    Kirkland & Ellis LLP    300 North LaSalle    Chicago, IL 60654 | | |
| aty | Bridget K. O'Connor    Kirkland & Ellis LLP    655 Fifteenth Street, N.W.    Washington, DC 20005 | | |
| aty | Bryan M. Stephany    Kirkland & Ellis LLP    655 Fifteenth Street, N.W.    Washington, DC 20005 | | |
| aty | Iskender H. Catto    McDermott Will & Emery LLP    340 Madison Avenue    New York, NY 10173 | | |
| aty | James H.M. Sprayregen    Kirkland & Ellis LLP    601 Lexington Avenue    New York, NY 10022 | | |
| aty | Jeff J. Marwil    Proskauer Rose LLP    Three First National Plaza    70 W. Madison Street    Suite 3800    Chicago, IL 60602 | | |
| aty | Jeremy L. Graves    GIBSON DUNN & CRUTCHER LLP    1801 California Street    Suite 4200    Denver, CO 80202−2642 | | |
| aty | Jeremy L. Retherford    Balch & Bingham LLP    1901 Sixth Avenue North    Suite 1500    Birmingham, AL 35203−4602 | | |
| aty | Marc Kieselstein    Kirkland & Ellis LLP    300 North LaSalle    Chicago, IL 60654 | | |
| aty | Mark E. McKane, Esq.    Kirkland & Ellis LLP    555 California Street    San Francisco, CA 94104 | | |
| aty | Mark K. Thomas    Proskauer Rose LLP    Three First National Plaza    70 W. Madison Street    Suite 3800    Chicago, IL 60602 | | |
| aty | Michael B. Slade    Kirkland & Ellis LLP    300 North LaSalle    Chicago, IL 60654 | | |
| aty | Michael L. Raiff    Gibson Dunn & Crutcher LLP    2100 McKinney Avenue    Dallas, TX 75201 | | |
| aty | Michael P. Esser    Kirkland & Ellis LP    555 California Street    San Francisco, CA 94104 | | |
| aty | P. Stephen Gidiere, III    Balch & Bingham LLP    1901 Sixth Avenue North    Suite 1500    Birmingham, AL 35203−4642 | | |
| aty | Richard M. Cieri    Kirkland & Ellis LLP    601 Lexington Avenue    New York, NY 10022−4611 | | |
| aty | Richard U.S. Howell    Kirkland & Ellis LLP    300 North LaSalle    Chicago, IL 60654 | | |
| aty | Stephen E. Hessler    Kirkland & Ellis LLP    601 Lexington Avenue    New York, NY 10022 | | |
| aty | Steven N. Serajeddini    Kirkland & Ellis LLP    300 North LaSalle    Chicago, IL 60654 | | |
| aty | Todd F. Maynes    Kirkland & Ellis LLP    300 North LaSalle    Chicago, IL 60654 | | |
| aty | W. Clark Watson    Balch & Bingham LLP    1901 Sixth Avenue North    Suite 1500    Birmingham, AL 35203−4642 | | |
| aty | William Guerrieri    Kirkland & Ellie LLP    300 North LaSalle    Chicago, IL 60654 | | |
| aty | William T. Pruitt    Kirkland & Ellis LLP    300 North LaSalle    Chicago, IL 60654 | | |

                                                                              TOTAL: 25