## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

### AFFIDAVIT OF SERVICE

| STATE OF DELAWARE | : | |
|---|---|---|
|  | : | SS. |
| NEW CASTLE COUNTY | : | |

Barbara J. Witters, being duly sworn according to law, deposes and says that she is employed as a Paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 3rd day of March, 2015, she caused a copy of the following to be served as indicated on the attached list:

*Debtors' Omnibus Objection to Standing Motions [D.I. 3727]*

Barbara J. Witters
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this 13th day of March, 2015.

Notary Public

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are [illegible]. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

## SERVICE LIST

Via Hand Delivery

Richard Schepacarter, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

Christopher A. Ward
Polsinelli
222 Delaware Avenue
Suite 1101
Wilmington, DE 19801

Natalie D. Ramsey
Montgomery, McCracken Walker & Rhoads LLP
1105 North Market Street
Wilmington, DE 19801

Jeffrey M. Schlerf
Fox Rothschild LLP
Citizens Bank Center
919 North Market Street
Suite 300
P.O. Box 2323
Wilmington, DE 19899-2323

RLF1 11626669v.1