IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**THIRD SUPPLEMENTAL DECLARATION OF JEFF J. MARWIL
IN SUPPORT OF DEBTOR ENERGY FUTURE HOLDINGS CORP.'S
APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION
AND EMPLOYMENT OF PROSKAUER ROSE LLP AS COUNSEL FOR DEBTOR
AND DEBTOR IN POSSESSION ENERGY FUTURE HOLDINGS CORP.
EFFECTIVE *NUNC PRO TUNC* TO NOVEMBER 19, 2014**

I, Jeff J. Marwil, being duly sworn, state the following under penalty of perjury:

1. I am a partner in the firm of Proskauer Rose LLP ("Proskauer"), which maintains an office for the practice of law at 70 West Madison Street, Suite 3800, Chicago, Illinois 60602. I am an attorney duly licensed in, and am a member in good standing of, the Bar for the State of Illinois and am admitted to practice in the United States District Court for the Northern District of Illinois.

2. I submit this third supplemental declaration (this "Third Supplemental Declaration") in further support of *Debtor Energy Future Holdings Corp.'s Application for Entry of an Order Authorizing the Retention and Employment of Proskauer Rose LLP as Counsel for Debtor and Debtor in Possession Energy Future Holdings Corp. Effective Nunc Pro Tunc to*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

*November 19, 2014* [D.I. 3037] (the "<u>Application</u>").[2] Except as otherwise noted, I have personal knowledge of the matters set forth herein.

## **Background**

3. On December 16, 2014, debtor Energy Future Holdings Corp. ("<u>EFH Corp.</u>") filed the Application. In support of the Application, EFH Corp. filed, as <u>Exhibit C</u> to the Application, the *Declaration of Jeff J. Marwil in Support of Debtor Energy Future Holdings Corp.'s Application for Entry of an Order Authorizing the Retention and Employment of Proskauer Rose LLP as Counsel for Debtor and Debtor in Possession Energy Future Holdings Corp. Effective Nunc Pro Tunc to November 19, 2014* [Docket No. 3037, Exhibit C] (the "<u>Original Declaration</u>"). Schedule 1 to the Original Declaration contained a list of potential parties in interest in EFH Corp.'s chapter 11 case that Kirkland & Ellis LLP ("<u>K&E</u>") provided to Proskauer. Schedule 2 to the Original Declaration listed those parties in interest from Schedule 1 who are current or former clients of Proskauer.

4. On December 22, 2014, EFH Corp. filed the *Supplemental Declaration of Jeff J. Marwil in Support of Debtor Energy Future Holdings Corp.'s Application for Entry of an Order Authorizing the Retention and Employment of Proskauer Rose LLP as Counsel for Debtor and Debtor in Possession Energy Future Holdings Corp. Effective Nunc Pro Tunc to November 19, 2014* [Docket No. 3128] (the "<u>Supplemental Declaration</u>"). The Supplemental Declaration provided additional information regarding Proskauer's relationships with certain of the parties in interest identified on Schedule 2 to the Original Declaration.

5. On January 8, 2015, EFH Corp. filed the *Second Supplemental Declaration of Jeff J. Marwil in Support of Debtor Energy Future Holdings Corp.'s Application for Entry of an*

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

*Order Authorizing the Retention and Employment of Proskauer Rose LLP as Counsel for Debtor and Debtor in Possession Energy Future Holdings Corp. Effective Nunc Pro Tunc to November 19, 2014* [Docket No. 3200] (the "Second Supplemental Declaration" and collectively, with the Original Declaration, the Supplemental Declaration and the Third Supplemental Declaration, the "Declarations"). The Second Supplemental Declaration provided additional information with respect to the scope of Proskauer's proposed retention.

6. On January 13, 2015, this court entered an order [Docket No. 3281] approving the retention of Proskauer *nunc pro tunc* to November 19, 2014.

**Supplemental Disclosure**

7. On February 19, 2015, K&E provided an updated list of potential parties in interest in EFH Corp.'s chapter 11 case. These additional potential parties in interest are listed on **Schedule 1** hereto. To comply with rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Proskauer attorneys and staff conducted an investigation and analysis of its client records on the potential parties in interest identified on **Schedule 1** hereto. This investigation and analysis was conducted in the same manner described in paragraphs 22 and 23 of my Original Declaration. Listed on **Schedule 2** hereto are the potential parties in interest who are current or former clients of Proskauer. Proskauer's representation of each of the parties set forth on **Schedule 2** represents less than 0.5% of Proskauer's revenues in any of the past five (5) years.

8. The client representations identified in this Third Supplemental Declaration and the attached schedules are not related to EFH Corp. or its chapter 11 case, and Proskauer will not in the future represent any such parties in connection with EFH Corp.'s chapter 11 case. The client representations identified in this Third Supplemental Declaration and the attached

schedules are not materially adverse to EFH Corp. or its chapter 11 case. Moreover, pursuant to section 327(c) of the Bankruptcy Code, Proskauer is not disqualified from acting as EFH Corp.'s counsel merely because it represents or represented EFH Corp.'s creditors or other parties in interest in matters unrelated to its chapter 11 case.

9. Based on the conflicts searches conducted to date and described in the Declarations, to the best of my knowledge and insofar as I have been able to ascertain, (a) Proskauer is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code, and does not hold or represent an interest adverse to EFH Corp.'s estate and (b) Proskauer has no connection to EFH Corp., its creditors or other parties in interest, except as may be disclosed in the Declarations.

10. Proskauer will continue to review its files periodically during the pendency of EFH's chapter 11 case to ensure that no conflicts or other disqualifying circumstances exist or arise. If any new relevant facts or relationships are discovered or arise, Proskauer will use its reasonable efforts to identify any such further developments and will file additional supplemental declarations as required by Bankruptcy Rule 2014(a) and as stated in the Original Declaration.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: March 16, 2015            */s/ Jeff J. Marwil*

                                      Name: Jeff J. Marwil
                                      Title:  Partner, Proskauer Rose LLP