## Schedule 1

(to Third Supplemental Marwil Declaration)

[Potential Parties in Interest]

**CLAIMANTS**

1. #1 NAILS
2. 4 STAR ELECTRONICS, INC.
3. 4IMPRINT
4. 4IMPRINT INC
5. A B ERWIN WELDING, LLC
6. AARON, MARGARET
7. AARON, WAYNE M
8. ABAYA, ROSALINDA
9. ABL SERVICES, INC.
10. ABLE COMMUNICATIONS, INC.
11. ACOSTA, ARCILIA C.
12. ACOSTA, MARISELA
13. ACTION CHIRO
14. ACTION CLEANING SYSTEMS
15. ACUPUNCTURE CENTER INTERNATIONAL
16. ADA CARBON SOLUTIONS (RED RIVER) LLC
17. ADA-ES INC.
18. ADAMS, IMOGENE
19. ADAMS, JANIS
20. ADAMS, NETTIE
21. ADOLPH, ROBERT
22. ADP-LLC
23. ADRIAN, LARRY M.
24. ADVANCED DISCOVERY INC
25. ADVANCED INDUSTRIES INC.
26. AEC POWERFLOW, LLC
27. AEGIS CHEMICAL SOLUTIONS, LLC
28. AETNA INC.
29. AETNA LIFE INSURANCE CO.
30. AETNA LIFE INSURANCE CO. & AETNA, INC.
31. AGEE, JEFFREY S
32. AGI INDUSTRIES
33. AGOL, MICHAEL
34. AGOL, VICTORIA R
35. AIG ASSURANCE CO.
36. AIG ASSURANCE COMPANY, ET AL
37. AIRFLOW SCIENCES CORP.
38. AIRFLOW SCIENCES CORPORATION
39. AIRTRICITY FOREST CREEK WIND FARM
40. ALAYO, JOSE
41. ALDINE INDEPENDENT SCHOOL DISTRICT
42. ALDINE INDEPENDENT SCHOOL DISTRICT (TX)
43. ALDON CO. INC.
44. ALEMAN, IDANIA M.
45. ALEMAN, MANUEL
46. ALESSIO, DINO
47. ALEXANDER, ESTHER DENICE
48. ALFORD, JAMES T.
49. ALIMAK HEK INC
50. ALIU, MICHAEL
51. ALL PRO AUTOMOTIVE
52. ALLEN, BOO
53. ALLEN, EUGENE F.
54. ALLEN, GAYE
55. ALLIANCE GEOTECHNICAL GROUP OF AUSTIN INC.
56. ALLIED COUNSELING & FORENSICS
57. ALLIED SERVICES
58. ALLIED WASTE
59. ALLIED WASTE/REPUBLIC SERVICES
60. ALLISON, PAULA
61. ALMENDAREZ, ANNIE
62. ALPHA GLASS & MIRROR CO. INC.
63. ALTMAN, DEBORAH
64. AMBROSE, LINDA W
65. AMERICAN ELECTRIC POWER
66. AMERICAN EQUIPMENT CO. INC. (AMECO)
67. AMERICAN MOTORISTS INSURANCE CO.

68. AMERICAN MOTORISTS INSURANCE COMPANY
69. AMERICAN REPUBLIC INSURANCE CO.
70. AMETEK CANADA LP
71. AMETEK POWER INSTRUMENTS - ROCHESTER
72. AMETEK PROCESS INSTRUMENTS
73. AMISTCO
74. AMISTCO SEPARATION PRODUCTS INC.
75. AMSTED RAIL CO. INC.
76. ANDERSON COUNTY (TX)
77. ANDERSON, DAVID H.
78. ANDERSON, FREDDIE
79. ANDREOZZI, DAN
80. ANGELINA COUNTY
81. ANGELINA COUNTY (TX)
82. ANIMAL HOSPITAL OF KATY
83. ANTHONY MECHANICAL SERVICES INC.
84. APEX COMPANIES LLC
85. APEX COS. LLC
86. APODACA, FERNANDO R
87. APPLABS TECHNOLOGIES PVT LTD.
88. APPLIED ENERGY CO LLC
89. APPLON, JOHN
90. ARAMARK UNIFORM SERVICES
91. ARBILL INDUSTRIES
92. ARCHER CITY INDEPENDENT SCHOOL DISTRICT
93. ARCHER CITY INDEPENDENT SCHOOL DISTRICT (TX)
94. ARCHER CITY ISD
95. ARCHER COUNTY (TX)
96. AREVA NP INC
97. ARGO INTERNATIONAL CORP
98. ARGYLE INDEPENDENT SCHOOL DISTRICT (TX)
99. ARGYLE ISD
100. ARIBA INC
101. ARLINGTON INDEPENDENT SCHOOL DISTRICT (TX)
102. ARMENDAREZ, JOSE
103. ARMSTRONG, CHARLES E
104. ARMSTRONG, THEIDA
105. ARNESON, DENNIS
106. ARNOLD, TERESA L
107. ARRIAGA, MARIA
108. ARRIGHI, PHYLLIS
109. ARRIOLA, JESSE
110. ASHTON, RICHARD A.
111. ASM CAPITAL, LP
112. ASSOCIATED SUPPLY CO. INC.
113. A-SWAT PEST CONTROL
114. AT&T CORP
115. ATMOS ENERGY CORP.
116. ATMOS ENERGY CORPORATION
117. ATTERIDGE, SUSAN
118. ATWATER, THERESA
119. AUTRY, CHERYL
120. AVIATION MANAGEMENT & PROFESSIONAL PALLET SERVICE
121. AVITIA, ARNULFO
122. AXON SOLUTIONS INC
123. B C AND CO.
124. B.G. CONSTRUCTION
125. BABINEAUX, DOUGLASS
126. BACKSNAP ENTERPRISES INC.
127. BADGER DAYLIGHTING CORP
128. BAEZA, CRISTINA TORRES
129. BAGBY, PAULA
130. BAILEY, JENNIFER
131. BAILEY, KATHY
132. BAILEY, LORRIE
133. BAILEY, NAN
134. BAILEY, NIKITA
135. BAKER, THOMAS L.

136. BAKER, TODD
137. BAKER-AICKLEN & ASSOCIATES INC.
138. BANCROFT PECAN HOUSE
139. BANCROFT, ROYCE
140. BANK OF NEW YORK MELLON TRUST CO,NA, THE
141. BANK OF NEW YORK MELLON, THE, TTEE UNDER
142. BAPTASTE, BYRON
143. BARBA, GEORGE
144. BARENTINE, J P
145. BARNES, DENISE R
146. BARNES, LINDA
147. BARNES, VANESSA
148. BARNES-BOLDEN, ASHONKA
149. BARNHART, JANET
150. BARR ENGINEERING CO.
151. BARRON, MARTHA
152. BARROW, LANICE
153. BARSCO INC
154. BARTLEY, BABETTE
155. BARTSCH, BRAD
156. BASCI, GULEN
157. BASTROP COUNTY (TX)
158. BATEMAN, HORACE G.
159. BATES, CHERILYNN D
160. BATES, G P
161. BATES, SHERRY
162. BATTAGLIA, JOHN
163. BATTLE, BOBBY
164. BATTLE, JAMES
165. BAUER, LAWRENCE
166. BAYLOR COUNTY
167. BAYLOR COUNTY (TX)
168. BC & CO.
169. BEASLEY, M E
170. BEASLEY, MICHAEL E.
171. BEASLEY, WENDY
172. BEASORE, RON S
173. BECHTEL, JOAN M
174. BECHTEL, SUSAN
175. BECK, LARRY T
176. BECKVILLE INDEPENDENT SCHOOL DISTRICT (TX)
177. BECNEL, LAWRENCE
178. BECTON, DANA
179. BEE-LINE PROMOTIONS
180. BELCHER, ROBERT N.
181. BELGER CARTAGE SERVICE INC
182. BELL COUNTY TAX APPRAISAL DISTRICT (TX)
183. BELL, KATRINA
184. BELL, MELEAH S
185. BELL, WOODROW
186. BENBROOK, CITY OF (TX)
187. BENDER, JANET
188. BENETECH, INC.
189. BENFORD, TONI D
190. BENNEFIELD, STEVEN
191. BENNETT, TRACY
192. BERAN, JAMIE
193. BERKINS, JOE W
194. BERNDT, WALTER EDWIN
195. BERRY, PATRICIA
196. BERRY, STACEY
197. BERTRAM, KATHERINE G
198. BETANCOURT, MARIA
199. BETTS, BARBARA
200. BETTS, BILLY
201. BEVAN, LIONEL
202. BEXLEY, KERRY
203. BIEHLE, CRAIG
204. BINGHAM, GLORIA
205. BISHOP, ERIC
206. BITTLE, ZILA E
207. BLACK & VEATCH CORP.
208. BLACK, APRIL H
209. BLACK, GILDA
210. BLACK, WILLIAM R
211. BLACKMON, FRED
212. BLACKWELL INDEPENDENT SCHOOL DISTRICT (TX)
213. BLAND CONSTRUCTION CO
214. BLEVINS, MICHAEL
215. BLOCKER, SANO
216. BLOODWORTH, JAMES
217. BLOODWORTH, JAMES D
218. BLOOMINGFIELD FLOWERS

3

219. BLUE CROSS BLUE SHIELD OF TEXAS
220. BLUE CROSS BLUE SHIELD OF TEXAS ET AL
221. BLUE RIDGE INDEPENDENT SCHOOL DISTRICT (TX)
222. BLUESTEIN, EDWIN
223. BOB MCDONALD CO. INC.
224. BOB MCDONALD COMPANY INC
225. BOBBIT, WAYNE
226. BOBO'S NURSERY
227. BODY, MIND, SPIRIT MASSAGE THERAPY
228. BOEN, GARY
229. BOGGS, TIMOTHY
230. BOLDEN, PAUL
231. BOND & MORTGAGE SEPARATE ACCOUNT
232. BONDERMAN, DAVID
233. BONHAM INDEPENDENT SCHOOL DISTRICT
234. BONHAM INDEPENDENT SCHOOL DISTRICT (TX)
235. BONHAM, CITY OF (TX)
236. BOOKMAN, PERVIS J
237. BORAL MATERIAL TECHNOLOGIES INC
238. BORG, OLAVS
239. BORJAS, ISIDRO
240. BOSCO, SUSAN
241. BOSWORTH, LINDA
242. BOWEN, CHRISTOPHER
243. BOWENS, DARLENE M
244. BOWIE INDEPENDENT SCHOOL DISTRICT (TX)
245. BOWIE ISD
246. BOXLEY, CHARLES HENRY
247. BOYD, BARBARA
248. BP AMERICA PRODUCTION CO.
249. BRACKIN, JANICE K.
250. BRADY, WALTER
251. BRAUN, ALOIS M
252. BRAUN, ELISABETH
253. BRECKENRIDGE INDEPENDENT SCHOOL DISTRICT (TX)
254. BRECKENRIDGE ISD
255. BRECKENRIDGE, MARY
256. BRENDA PRICE TRUCKING
257. BREWER, SHEILA R
258. BREWER, TAMMY
259. BRICE, MYRON
260. BRIDGELINE DIGITAL, INC.
261. BRIGGS, FERRONICA
262. BRIGHAM, MICHELE
263. BRIN, STEPHEN
264. BRINKER WATER SUPPLY CORP
265. BRINKLEY, ANNIE
266. BROBST, ROGER
267. BROHMAN, GERARD
268. BROOKS, MARCHELLE D
269. BROOKS, PEGGY J
270. BROWN, BILLIE J
271. BROWN, BRENDA
272. BROWN, CELESTINE WYATT
273. BROWN, DENISE
274. BROWN, IRENE PAT HARDY
275. BROWN, JUSTIN
276. BROWN, MARKII D
277. BROWN, RENEE
278. BROWN, SANDRA B
279. BROWNING, CONNIE
280. BROWNING, MARTHA
281. BROWNSBORO INDEPENDENT SCHOOL DISTRICT (TX)
282. BRUNTON, ALAN R
283. BRYANT, DARRYL
284. BRYANT, JOHN
285. BS TRADING CO.
286. BUCKHOLTS INDEPENDENT SCHOOL DISTRICT
287. BUCKHOLTS INDEPENDENT SCHOOL DISTRICT (TX)
288. BUCKMAN LABORATORIES INC.

4

289. BUG MASTER EXTERMINATING SERVICE INC
290. BUILD REHABILITATION INDUSTRIES
291. BULLARD INC
292. BULLARD, JAMES O
293. BUNCH, SHARRI KAY
294. BURCHAM, SHEILA
295. BURGAMY, DELLENE
296. BURKBURNETT INDEPENDENT SCHOOL DISTRICT (TX)
297. BURKBURNETT ISD
298. BURKE, JAMES A.
299. BURKETT, GWEN
300. BURLESON INDEPENDENT SCHOOL DISTRICT (TX)
301. BURNS & MCDONNEL ENGINEERING CO. INC.
302. BURNS, MICHAEL
303. BUSSEY, JACQUELYN
304. BUTCHER, LINDA KAY
305. BUTLER & LAND INC.
306. BUTLER, E R
307. BUTLER, EARLINE R.
308. BUTLER, SABRENA
309. BUTTERFIELD, PATRICK
310. BUTTS, LILLIAN
311. BYWATERS, CANDACE LEAH
312. C MCCALL
313. C.L. SMITH INDUSTRIAL CO.
314. C.L. SMITH INDUSTRIAL COMPANY
315. CABRERA, EDILBERTO
316. CALDWELL, JACKIE
317. CALICA, LUZ
318. CALLAWAY, DEBRA J
319. CALVERY, MARTHA
320. CALVIN, FREDDIE
321. CAMERON INDEPENDENT SCHOOL DISTRICT
322. CAMERON INDEPENDENT SCHOOL DISTRICT (TX)
323. CAMERON, JOYCE E
324. CAMP CENTRAL APPRAISAL DISTRICT
325. CAMPBELL, DAVID
326. CAMPBELL, HARRY L
327. CANION, J COLLEEN
328. CANTU, MARCO A
329. CANTWELL, BILLY T
330. CAPGEMINI AMERICA, INC
331. CARDRICHE MONTGOMERY, CATHY
332. CARLTON, T C
333. CARLTON, THOMAS C.
334. CARMOUCHE, IDA
335. CARPENTER, LOMIS J.
336. CARRAZALES, CRESPIN
337. CARROLL INDEPENDENT SCHOOL DISTRICT (TX)
338. CARROLLTON, CITY OF (TX)
339. CARROLLTON-FARMERS BRANCH INDEPENDENT SCHOOL DISTRICT (TX)
340. CARROLLTON-FARMERS BRANCH ISD
341. CARSON, SETH
342. CARTER, JAMES LEE
343. CARTER, KEMA
344. CARTER, NAT D
345. CARTER, RICK E
346. CARTER, STEPHANIE
347. CARTHAGE MACHINE & WELDING INC
348. CASTILLO, LUIS
349. CASTLEBERRY INDEPENDENT SCHOOL DISTRICT (TX)
350. CAYUGA INDEPENDENT SCHOOL DISTRICT (TX)
351. CECO SALES CORP.
352. CECO SALES CORPORATION
353. CELTEX INDUSTRIES, INC.
354. CELTIC LIQOUR CO.
355. CELTIC LIQUOR CO.
356. CEMS PROFESSIONAL SERVICES LLC
357. CENTER STREET CHURCH OF CHRIST

5

358. CENTRAL APPRAISAL DISTRICT ET AL
359. CENTRAL BAPTIST CHURCH
360. CENTRAL HUDSON GAS & ELECTRIC
361. CENTRAL HUDSON GAS & ELECTRICA
362. CENTRAL TELEPHONE CO. OF TEXAS
363. CENTRAL TELEPHONE COMPANY OF TEXAS
364. CENTRAL TEXAS SECURITY & FIRE
365. CENTRAL TEXAS SECURITY & FIRE EQUIPMENT INC.
366. CENTROPLEX MOBILE HOMES
367. CENTURY GEOPHYSICAL CORP.
368. CENTURYLINK
369. CENTURYLINK QC
370. CENTURYTEL OF LAKE DALLAS, INC.
371. CENTURYTEL OF RUSSELLVILLE
372. CENTURYTEL OF SILOAM SPRINGS
373. CERRILLO, YOLANDA
374. CHADSEY, PATRICIA
375. CHAIREZ, CARMEN A
376. CHAMBERS JR, HENRY
377. CHAMBERS JR, HENRY V
378. CHAMBERS, HENRY V., JR.
379. CHAMBERS, HENRY, JR.
380. CHAPMAN CONSTRUCTION CO. LP
381. CHAPMAN CONSTRUCTION COMPANY LP
382. CHAPMAN, ANTOINETTE
383. CHAPMAN, JERRY L
384. CHARANZA, BOBBY
385. CHASE PAYMENTECH, LLC
386. CHEMICAL LIME LTD.
387. CHEMICAL WEED CONTROL INC
388. CHEMICAL WEED CONTROL, INC.
389. CHEMTEX INDUSTRIAL
390. CHEMTEX INDUSTRIAL INC.
391. CHENG, XIA
392. CHENG, YIN BONG
393. CHEROKEE COUNTY (TX)
394. CHEROKEE COUNTY APPRAISAL DISTRICT
395. CHICAGO BRIDGE & IRON CO. NV
396. CHILDRESS COUNTY APPRAISAL DISTRICT
397. CHILDRESS COUNTY APPRAISAL DISTRICT (TX)
398. CHOICE, SHANDALYN D
399. CHRISTIAN, LARRY
400. CHRISTOPHER, M K
401. CHRISTOPHER, MICHELLE K.
402. CIRCUIT BREAKER SALES CO. INC.
403. CISCO INDEPENDENT SCHOOL DISTRICT (TX)
404. CITIBANK, N.A.
405. CITIGROUP FINANCIAL PRODUCTS INC.
406. CITY OF COPPER CANYON
407. CITY OF FORT WORTH
408. CITY OF GARLAND
409. CITY OF LEWISVILLE
410. CITY OF RENO
411. CITY OF ROANOKE
412. CITY OF WACO / WACO INDEPENDENT ET AL
413. CITY VIEW INDEPENDENT SCHOOL DISTRICT
414. CITY VIEW INDEPENDENT SCHOOL DISTRICT (TX)
415. CITY VIEW ISD
416. CLARK, LARRY M
417. CLARY E+I SERVICES, LLC
418. CLAY COUNTY (TX)
419. CLEBURNE INDEPENDENT SCHOOL DISTRICT (TX)
420. CLEBURNE, CITY OF (TX)

421. CLINE, HAZEL J
422. COBERN, MARIAN THOMPSON
423. COCHRAN, LEE M
424. COFFEE INSURANCE AGENCY INC
425. COKE, STEPHEN A
426. COLBORN, MICHELLE
427. COLE, REBECCA "BECKY"
428. COLLETTE, JOE
429. COLLINS, JANET A
430. COLORADO INDEPENDENT SCHOOL DISTRICT (TX)
431. COLUMBUS BEARING
432. COMMERCE GRINDING CO.
433. COMMERCE INDEPENDENT SCHOOL DISTRICT (TX)
434. COMMONWEALTH OF VIRGINIA
435. COMPRESSED SYSTEMS
436. COMPUTERSHARE TRUST CO. NA
437. COMPUTERSHARE TRUST CO. OF CANADA
438. CONDIT CO. INC.
439. CONDIT COMPANY
440. CONNECTICUT UNCLAIMED PROPERTY DIVISION, STATE OF
441. CONTECH CONSTRUCTION PRODUCTS INC.
442. CONTINENTAL WIRELESS INC
443. CONTROL COMPONENTS, INC.
444. CONTROL SYSTEMS CO.
445. CONTROL SYSTEMS COMPANY
446. COOK, TERESA A
447. COOKE COUNTY APPRAISAL DISTRICT
448. COOKE COUNTY APPRAISAL DISTRICT (TX)
449. COPPELL INDEPENDENT SCHOOL DISTRICT (TX)
450. COPPELL, CITY OF (TX)
451. COPPER CANYON, TOWN OF (TX)
452. COPPERAS COVE INDEPENDENT SCHOOL DISTRICT (TX)
453. COPPERAS COVE ISD
454. CORINTH, CITY OF (TX)
455. CORPORATE GREEN INC
456. CORRPRO COS. INC.
457. CORYELL COUNTY (TX)
458. COSA INSTRUMENT CORP.
459. COSA XENTAUR CORP.
460. COSA XENTAUR CORPORATION
461. COUNTY OF ANDERSON, TEXAS, THE, ET AL
462. COUNTY OF BASTROP, TEXAS, THE, ET AL
463. COUNTY OF CHEROKEE, TEXAS, THE
464. COUNTY OF CORYELL, TEXAS, THE ET AL
465. COUNTY OF DENTON, TEXAS, THE ET AL
466. COUNTY OF FREESTONE, TEXAS, THE, ET AL
467. COUNTY OF HENDERSON, TEXAS, THE, ET AL
468. COUNTY OF HILL, TEXAS, THE
469. COUNTY OF LEON, TEXAS, THE, ET AL
470. COUNTY OF MILAN, TEXAS, THE, ET AL
471. COUNTY OF STEPHENS, TEXAS, THE, ET AL
472. COUNTY OF WILLIAMSON, TEXAS, THE, ET AL
473. COVENEY, GERALD F
474. COX, DONALD L
475. CPR SAVERS & FIRST AID SUPPLY LLC
476. CRAIG, LEANN ANN
477. CRAIG, LEE ANN
478. CRANDALL, KIMBERLY A

479. CRAWFORD ELECTRIC CO, INC.
480. CROWLEY INDEPENDENT SCHOOL DISTRICT (TX)
481. CSC TRUST CO. OF DELAWARE
482. CUMNOCK, KAY L.
483. CUNNINGHAM, JANET W
484. CURD ENTERPRISES INC.
485. CURRIE, EDGAR A.
486. CUTSFORTH PRODUCTS INC.
487. CVF CONSUMER ACQUISITION CO.
488. D STYLE
489. D&B PARTS CORP.
490. D+E ENTERPRISES
491. DAC HEATING & AIR CONDITIONING
492. DALLAS CITY ATTORNEY'S OFFICE, CITY OF (TX)
493. DALLAS COUNTY (TX)
494. DALLAS COUNTY UTILITY & RECLAMATION DISTRICT
495. DALLAS MACHINE & TOOL LLC
496. DALLAS METAPHYSICAL CENTER
497. DALLAS, CITY OF (TX)
498. DANA
499. DANSBY, ARTHUR
500. DATA SYSTEMS & SOLUTIONS LLC
501. DAUGHTREY, ROY C.
502. DAUNIS, GARI DIANE
503. DAUNIS, W O
504. DAUNIS, WENDELL O.
505. DAVIS, DENNIS L
506. DAVIS, H J
507. DAVIS, HUBERT J.
508. DAVIS, KEVIN  O
509. DAVIS, L. CLIFFORD
510. DAVIS, R L
511. DAVIS, R.L., REV.
512. DE LA CERDA JR., JOE F.
513. DE LA CERDA, JOE F., JR.
514. DE LA FUENTE, JOSE L
515. DEAN, JOHN M
516. DEL RIO, VOLLIE E.
517. DELAWARE DIVISION OF CORPORATIONS, STATE OF
518. DELAWARE TRUST CO.
519. DENTON COUNTY (TX)
520. DENTON INDEPENDENT SCHOOL DISTRICT (TX)
521. DENTON ISD
522. DENVER TREASURY, CITY & COUNTY OF (CO)
523. DEPARTMENT OF THE TREASURY - IRS
524. DESAI, ROHIT B
525. DIAMOND SYSTEMS
526. DIAZ, FRANK
527. DICKMAN, RICHARD A
528. DIDRIKSON ASSOCIATES INC
529. DOCUMENT BINDING CO. INC.
530. DOCUMENT BINDING COMPANY INC
531. DODD, TED
532. DODSON, JERRY A
533. DOLLARHIDE, CLEOPHUS
534. DOLLARHIDE, JOHNIE
535. DON & NANCY HARRELL FAMILY TRUST
536. DON DRIVE INTERIORS INC
537. DONELL GATES
538. DONG, WENMING
539. DORAN, MARK J
540. DORNHOEFER, ROBERT
541. DOSS, BILL, JR.
542. DOUGHTY, ERIN
543. DOUGLAS, JIMMIE L
544. DOUGLAS, JOHN PAUL
545. DRESSER-RAND CO.
546. DRUGA, NICHOLAS J
547. DUARTE, JAMES M
548. DUFFEE, MARK ANTHONY
549. DUKES, JOHN B.
550. DUREE, JEREMY
551. EADS CO., THE

552. EAGLE MOUNTAIN-SAGINAW INDEPENDENT SCHOOL DISTRICT (TX)
553. EAR PLUG SUPERSTORE
554. EAST TEXAS SEED CO.
555. EDWARDS, EARL F.
556. EDWARDS, JAMES B.
557. EDWARDS, SONYA R
558. ELECSYS INTERNATIONAL CORP.
559. ELECTROMARK
560. ELECTROMARK CO.
561. ELLIS COUNTY (TX)
562. ELLIS, PATRICIA L
563. EMC CORP.
564. EMC CORPORATION
565. EMERSON PROCESS MANAGEMENT POWER & WATER SOLUTIONS INC.
566. ENERGY & PROCESS CORP.
567. ENERGY SERVICES GROUP INC.
568. ENERGY SERVICES GROUP INTERNATIONAL INC.
569. ENTECH SALE AND SERVICE
570. ENTECH SALES & SERVICE INC.
571. ESCHBERGER, TODD
572. ESCO CORP.
573. ESTATE OF EDWARD LONG
574. ESTATE OF JIM RAS PITTS
575. ESTATE OF JIM SUTHERLAND
576. ESTATE OF WALDON H. ORR
577. ESTATE OF WENDELL R. JACKSON
578. ESTES, WILDON
579. EUBANKS EXCHANGE
580. EUBANKS, GAYLE T
581. EUERS, KAREN, DR.
582. EUROPEAN MUTUAL ASSOCIATION FOR NUCLEAR
583. EUROPEAN MUTUAL ASSOCIATION FOR NUCLEAR INSURANCE
584. EVANGELIST, B A
585. EVANGELIST, BEN A.
586. EVERMAN INDEPENDENT SCHOOL DISTRICT (TX)
587. EXCEL FOUNDRY & MACHINE INC.
588. EXPRESS CLEANING SERVICES, INC.
589. FAIR HARBOR CAPITAL LLC
590. FALKENBERG CONSTRUCTION
591. FALKENBERG CONSTRUCTION CO., INC.
592. FALLS COUNTY (TX)
593. FANNIN COUNTY (TX)
594. FANNIN COUNTY APPRAISAL DISTRICT
595. FARM BUREAU LIFE INSURANCE CO. OF MICHIGAN
596. FARMERS ELECTRIC COOP INC
597. FARRINGTON, J.S.
598. FARRINGTON, JEROME S.
599. FASTENAL CO.
600. FEATHERSTON, ALECK B.
601. FEDEX TECHCONNECT INC.
602. FEDEX TECHCONNECT, INC. ET AL
603. FERGUSON, THOMAS D
604. FIRST UNION RAIL CORP.
605. FISERV
606. FISERV INC.
607. FISHER SCIENTIFIC CO. LLC
608. FISHER SCIENTIFIC COMPANY LLC
609. FLAT ROCK DAIRY
610. FLINTKOTE CO., THE
611. FLINTKOTE COMPANY, THE
612. FLORES, SANDRA A
613. FLS INC. AFT DIVISION
614. FLSMIDTH AIRTECH
615. FLSMIDTH INC.

9

616. FLUID FLOW PRODUCTS CO.
617. FLUOR GLOBAL SERVICES
618. FORBUS, Z O
619. FORGE GROUP NORTH AMERICA LLC
620. FORNEY INDEPENDENT SCHOOL DISTRICT (TX)
621. FORRESTER, GERALD
622. FORRESTER, GERALD R
623. FORT BEND COUNTY
624. FORT BEND COUNTY (TX)
625. FORT WORTH, CITY OF (TX)
626. FOSSIL POWER SYSTEMS INC.
627. FOSTER, MARK C
628. FOUNTAIN, ARCHIE W
629. FOUR DEUCES, THE
630. FRAME, BRENDA F
631. FRANKLIN COUNTY (TX)
632. FRANKLIN INDEPENDENT SCHOOL DISTRICT (TX)
633. FRANKLIN JR, DAVID
634. FRANKLIN, DAVID, JR.
635. FRANKSTON CHURCH OF CHRIST
636. FREDERICK COWAN & CO. INC.
637. FREEMAN, W D
638. FREEMAN, WADE D.
639. FREESTONE COUNTY (TX)
640. FREILING, DON R
641. FREIMAN, BRANDON A
642. FREITAG, CHRISTOPHER
643. FREITAG, CHRSTOPHER
644. FRIEDMAN, PETER GAD
645. FROST BANK
646. FROST BANK, CUSTODIAN FOR
647. FULLER, DENNY L
648. GAINESVILLE INDEPENDENT SCHOOL DISTRICT (TX)
649. GALENA PARK INDEPENDENT SCHOOL DISTRICT
650. GALENA PARK INDEPENDENT SCHOOL DISTRICT (TX)
651. GALIANO, ALICE J.
652. GALIANO, FRANCIS R.
653. GALLEGOS, ELMA
654. GALLGOS, ELMA
655. GARDEN VALLEY GOLF
656. GARDNER, SHARON L
657. GARLAND INDEPENDENT SCHOOL DISTRICT
658. GARLAND INDEPENDENT SCHOOL DISTRICT (TX)
659. GARLAND, CITY OF (TX)
660. GARNER, CLIFFORD
661. GARZA, BENNY
662. GARZA, BENNY & NORMA
663. GARZA, CARLOS
664. GARZA, NORMA
665. GATES, DONELL
666. GATX CORP.
667. GAWTHORN INVESTMENTS
668. GENEVA S
669. GERALD, PATRICK N
670. GIBBS, HOMER J
671. GILLINGER, RAYMOND LEE, JR.
672. GILMAN, JACK C
673. GILPIN, JOHNNIE M
674. GIOTES, ARTIE G.
675. GLASSCOCK COUNTY CO-OP
676. GLASSCOCK COUNTY TAX OFFICE
677. GLASSCOCK COUNTY TAX OFFICE (TX)
678. GLEIM,  LEROY
679. GLEIM, L ROY
680. GLEN ROSE INDEPENDENT SCHOOL DISTRICT (TX)
681. GLEN ROSE, CITY OF (TX)
682. GLOVER, JANIS M
683. GLOWPOINT INC
684. GOETZ, DAVID
685. GOHEEN, M E
686. GOHEEN, MICHAEL E.

687. GOLDMAN, SACHS & CO.
688. GOMEZ, MELISSA
689. GONZALES, FELIX C
690. GOODRICH PETROLEUM CO. LLC
691. GOULD & LAMB LLC
692. GOULD AND LAMB, LLC
693. GRAPEVINE, CITY OF (TX)
694. GRAPEVINE-COLLEYVILLE INDEPENDENT SCHOOL DISTRICT (TX)
695. GRAYSON COUNTY (TX)
696. GREAT WESTERN INSURANCE CO.
697. GREENVILLE INDEPENDENT SCHOOL DISTRICT (TX)
698. GREENVILLE, CITY OF (TX)
699. GREGG, DOROTHY
700. GREG'S OVERHEAD DOOR SERVICES INC.
701. GRIFFIN, DANIEL W.
702. GRIFFIN, MARIAN L.
703. GRIFFIN, MARRIAN L
704. GRIFFITH, KATHRYN M
705. GRIGSBY, GEORGE E
706. GROESBECK INDEPENDENT SCHOOL DISTRICT
707. GROESBECK INDEPENDENT SCHOOL DISTRICT (TX)
708. GROTHE, THOMAS M
709. GUGGENHEIM LIFE & ANNUITY CO.
710. GUNNELS, DAVID W.
711. GUTIERREZ, MARY G
712. GUZMAN, ERIC
713. H&E EQUIPMENT SERVICES, INC.
714. HACKETT, CHRISTOPHER
715. HADDOCK, ORVILLE E
716. HAGN, GERARD D
717. HAJDA, FRANK
718. HALL, KIMBERLY D
719. HAMER, MARY K
720. HARLOW FILTER SUPPLY
721. HARLOW, JEFF
722. HARRIS COUNTY (TX)
723. HARRIS COUNTY, ET AL
724. HARRIS, JULIE PEYTON
725. HART, IRENE A.
726. HART, MARVIN W.
727. HARTFORD FIRE INSURANCE CO.
728. HARTFORD FIRE INSURANCE COMPANY
729. HARVEY, TODD
730. HATFIELD & CO INC
731. HAWKINS, B J
732. HAWKINS, MONICA R
733. HAY CHIHUAHUA
734. HAYS, LESTER R.
735. HCL AMERICA, INC
736. HELENA CHEMICAL CO.
737. HEMPEL, KIRK
738. HENDERSON COUNTY (TX)
739. HENNAN, JAMES L
740. HENNINGTON, RONALD W.
741. HENRY PRATT CO. LLC
742. HERMAN, TERESA M
743. HEZEL, TILL
744. HF & ASSOCIATES
745. HF & ASSOCIATES INC.
746. HICKS, AMANDA J
747. HICKS, JANE L.
748. HIDALGO COUNTY
749. HIDALGO COUNTY (TX)
750. HIGH TECH OFFICE SYSTEMS
751. HIGH, CHARLES L
752. HIGHLAND INDEPENDENT SCHOOL DISTRICT (TX)
753. HIGHLAND PARK INDEPENDENT SCHOOL DISTRICT (TX)
754. HIGHLAND VILLAGE, CITY OF (TX)
755. HIGHWAY MACHINE CO INC
756. HILL COUNTY (TX)
757. HILL COUNTY APPRAISAL DISTRICT (TX)
758. HILL COUNTY APPRAISAL DISTRICT ET AL
759. HILLIN, EARL W

47755617v1

760. HINES, WELDON
761. HOCHHEIM PRAIRIE INSURANCE CO.
762. HOFFER FLOW CONTROLS, INC.
763. HOFFMAN, PATRICK
764. HOLDER, BOBBY D
765. HOLLAS, MELVIN
766. HOLLEMAN, DOUGLAS W
767. HOLLINGSWORTH, DANA
768. HOLLINGSWORTH, V D
769. HOLMES, E A
770. HOLT CAT
771. HOLT TEXAS LTD.
772. HOMEWOOD PRODUCTS CORP.
773. HONGO, PANTHIA L
774. HOOD COUNTY APPRAISAL DISTRICT
775. HOOD, MILDRED A
776. HOOKS, GEORGE L
777. HOPKINS COUNTY (TX)
778. HOPSON, SANDRA K
779. HORN, MILLIE R
780. HORTON, ANTHONY R
781. HOUSTON CATHOLIC BOOKS & GIFTS LLC
782. HOUSTON PIPE LINE CO. LP
783. HOUSTON, NANCY K
784. HOWARD, ALVIE L.
785. HOWARD, DANIEL J
786. HOWARD, MADELINE G
787. HSC-HOPSON SERVICES CO. INC.
788. HSC-HOPSON SERVICES COMPANY, INC.
789. HUCKIN, WILLIAM P., III
790. HUDSON INDEPENDENT SCHOOL DISTRICT (TX)
791. HUFFMAN, MARION E.
792. HUFFORD, J W
793. HUFFORD, JOHN W.
794. HUGHES, JOAN H
795. HUMBLE INDEPENDENT SCHOOL DISTRICT
796. HUMBLE INDEPENDENT SCHOOL DISTRICT (TX)
797. HUMPHRIES, G R
798. HUMPHRIES, GLEN R.
799. HUNT COUNTY (TX)
800. HURON INDUSTRIES, INC.
801. HUYNH, VU P
802. IBEW LOCAL 2337
803. IBM CORP.
804. IMAGINATION BRANDING
805. IN PLACE APARTMENT LTD.
806. INCISIVE SOFTWARE CORP
807. INDEPENDENT AIR BRAKE SERVICE
808. INDIANA MICHIGAN POWER CO.
809. INDUSTRIAL LUBRICANT CO.
810. INDUSTRIAL SPECIALTY CHEMICALS
811. INGOE, MARGIE D
812. INSTRUMENT & VALVE SERVICES CO.
813. INTERNATIONAL EXTERMINATOR CORP.
814. INVENSYS RAIL CO. CORP.
815. IOWA PARK INDEPENDENT SCHOOL DISTRICT (TX)
816. IOWA PARK ISD
817. IRISNDT INC
818. IRVING INDEPENDENT SCHOOL DISTRICT (TX)
819. ISLAND RELICS
820. IT FINANCIAL MANAGEMENT ASSOCIATION (ITFMA)
821. ITOCHU CORP.
822. IT'S A PIECE OF CAKE
823. J. ARON & CO.
824. JACK COUNTY (TX)
825. JACK'S CLIP JOINT
826. JACKSON NATIONAL LIFE INSURANCE CO.
827. JACOBSEN, LUKE
828. JAMES C. WHITE CO.
829. JAMES, LANA J

830. JARNAGIN, RANDALL L
831. JAY HENGES ENTERPRISES INC.
832. JAY, CHRIS
833. JAY, CHRISTOPHER M. "CHRIS"
834. JEFF HARLOW DBA HARLOW FILTER SUPPLY
835. JEFFERSON COUNTY TREASURER (CO)
836. JENKINS, ADRAIN
837. JENKINS, ADRIN
838. JENKINS, CRAIG
839. JENKINS, MAE L
840. JENKINS, TERRI M
841. JETA CORP.
842. JIM RAS PITTS ESTATE
843. JIM SUTHERLAND ESTATE
844. JMS INVESTMENT CO.
845. JMS INVESTMENT COMP
846. JOE R WALLIS
847. JOES CAR STOP TOO INC.
848. JOE'S CAR STOP TOO INC.
849. JOHN HANCOCK LIFE & HEALTH INSURANCE CO.
850. JOHN ZINK CO. LLC
851. JOHNSON & PACE INC.
852. JOHNSON COUNTY (TX)
853. JOHNSON MATTHEY STATIONARY EMISSIONS CONTROL LLC
854. JOHNSON OIL CO.
855. JOHNSON, JAMES A
856. JOHNSON, JESSE
857. JOHNSON, JESSIE
858. JOHNSON, JESSIE RAY
859. JOHNSON, MARIA T.
860. JOHNSON, RONALD K
861. JOHNSON-CAULEY, MELVA D
862. JONES, E DEANE
863. JONES, KAREN B.
864. JONES, KEVIN W.
865. JONES, LAWRENCE, JR
866. JONES, R.T. (DECEASED)
867. JONES, RONALD D
868. JOSHUA INDEPENDENT SCHOOL DISTRICT (TX)
869. JOSHUA, CITY OF (TX)
870. JUAREZ, MARTIN
871. K S MARKETING INC
872. KADEL, LESLIE I
873. KALAN, THOMAS P
874. KALSI ENGINEERING, INC.
875. KATHY'S BOOKKEEPING
876. KAUFMAN COUNTY (TX)
877. KELLEY, EDNA M
878. KELLY, WAYNE
879. KELLY'S CARTHAGE COLLISION CENTER INC.
880. KENISON, ROBERT A
881. KENNEDY, LINDA J
882. KERENS INDEPENDENT SCHOOL DISTRICT (TX)
883. KERR, ROBERT L
884. KEYBANK NA
885. KFORCE, INC.
886. KIM, SOO K
887. KIMBREL, JEFF
888. KINDIG, EVERETT W
889. KING, DERRICK L
890. KIRBY, LE GRAND C.
891. KIRBY, LEGRAND
892. KNAPE ASSOCIATES
893. KNIFE RIVER CORP. - SOUTH
894. KNOBLOCH, MICHAEL
895. KOEPKE, DAVE F
896. KOETTER FIRE PROTECTION OF LONGVIEW LLC
897. KOZIOL, ROBERT
898. KRENEK, RICHARD
899. KUBACAK, MICHAEL
900. KULL, WILLIAM J
901. KUYKENDOLL, JOHN E
902. L&L HAIR DESIGN
903. LABORATORY QUALITY SERVICES INTERNATIONAL
904. LABORDE, DARLENE D
905. LAKE DALLAS INDEPENDENT SCHOOL DISTRICT (TX)
906. LAKE DALLAS ISD

907. LAMAR COUNTY APPRAISAL DISTRICT (TX)
908. LARIMER COUNTY TREASURER (CO)
909. LAW DEBENTURE TRUST CO. OF NEW YORK
910. LECLAIRRYAN PC
911. LECO CORP.
912. LEE COUNTY (TX)
913. LEE, BILLY G
914. LEE, DONALD G
915. LEE, LINDA
916. LEE, LINDA D.
917. LEE, SEIDEL A. "S.A."
918. LEECO ENERGY SERVICES
919. LEGALLEZ, WALTER
920. LEICA GEOSYSTEMS INC.
921. LEIDOS
922. LENZINI, A E
923. LEON COUNTY (TX)
924. LEOPOLD, ROBERT C.
925. LEVEL 3 COMMUNICATIONS, LLC
926. LEWIS, ARTHUR T
927. LEWIS, EMMETT
928. LEWIS, JERRY R
929. LEWIS, KENNETH
930. LEWIS, MELISSA C
931. LEWIS-GOETZ & CO. INC.
932. LEWISVILLE INDEPENDENT SCHOOL DISTRICT
933. LEWISVILLE INDEPENDENT SCHOOL DISTRICT (TX)
934. LEWISVILLE, CITY OF (TX)
935. LIBERTY MUTUAL INSURANCE CO.
936. LIBERTY MUTUAL INSURANCE COMPANY
937. LIMESTONE COUNTY (TX)
938. LIPSCHULTZ, MARC S
939. LIQUIDITY SOLUTIONS INC.
940. LIQUIDITY SOLUTIONS, INC. AS ASSIGNEE OF
941. LIQUIDITY SOLUTIONS,INC. AS ASSIGNEE OF
942. LITTLEFIELD, SUSAN P
943. LLOYD, PHIL
944. LLOYD, PHILLIP H.
945. LMA SPC FOR AND ON BEHALF OF MAP 89
946. LMA SPC FOR AND ON BEHALF OF MAP 89 SEGREGATED PORTFOLIO
947. LOGAN COUNTY TREASURER (CO)
948. LONE STAR SAFETY & SUPPLY INC
949. LORIO, SIDNEY J
950. LOS ANGELES COUNTY EMPLOYEES RETIREMENT
951. LOS ANGELES COUNTY EMPLOYEES RETIREMENT ASSOCIATION
952. LOVE, WILLIE R
953. LOWE, ANNIE B
954. LOWREY, TERRY A
955. LUBRIZOL CORP., THE
956. LUBRIZOL CORPORATION - THE
957. LUBRIZOL CORPORATION, THE
958. LUMBERMEN'S MUTUAL CASUALTY CO. INSURANCE CO.
959. LUMBERMEN'S MUTUAL CASUALTY COMPANY
960. LVNV FUNDING LLC
961. LYLE OIL CO. INC.
962. LYNCH, LAURA
963. MACK, KENNETH N
964. MAGGARD, RICKY L
965. MAGIC TOUCH
966. MAGNUM TECHNICAL SERVICES
967. MAHURIN, KATHERINE
968. MALAKOFF INDEPENDENT SCHOOL DISTRICT
969. MALAKOFF, CITY OF (TX)
970. MANN, EMMA
971. MANNS, JEFFERY D
972. MARIN, JAMES S
973. MARINARA PIZZA

974. MARTIN ENGINEERING CO.
975. MARTIN, DARIEN L
976. MARTIN, IONA JAMES
977. MARTIN, PAUL LEDALE
978. MARTINEZ, VIVIAN G
979. MASTER LEE DECON SERVICES, INC.
980. MATEX WIRE ROPE
981. MATHAI, MATHEAW P
982. MATHAI, MATHEW P.
983. MATHEWS, RONALD W.
984. MATYSEK, MARVIN R.
985. MAYFIELD, DOTTIE H
986. MC DONALD, BOB R
987. MCALLEN, CITY OF (TX)
988. MCBRIDE, THOMAS R
989. MCCALL, CLARENCE
990. MCCALLY, R H
991. MCCALLY, RICHARD H.
992. MCCANTS, MARY S
993. MCCRACKEN, LARRY E
994. MCCRANEY, SHARON D.
995. MCCRAY, CAROLYN C
996. MCFARLAND, M. A.
997. MCGARY, DARRELL
998. MCGAUGH, JOHN P.
999. MCGRAW HILL COMPANIES
1000. MCGRAW HILL COS.
1001. MCLENNAN COUNTY (TX)
1002. MCMASTER-CARR SUPPLY CO.
1003. MCMASTER-CARR SUPPLY COMPANY
1004. MCMILLAN, JOSEPH
1005. MCPHERSON, SHOLONDA R
1006. MCRANEY, JUDY C
1007. MEIJER INC
1008. MEIS, GENEVA S.
1009. MENDEZ, RAUL R
1010. MERRICK INDUSTRIES
1011. MERRITT, MARK E.
1012. MERRITT, MONICA
1013. MERRITT, MONICA M.
1014. MESQUITE INDEPENDENT SCHOOL DISTRICT
1015. MESQUITE, CITY OF (TX)
1016. MESSER, JOHNIE R.
1017. MICHAEL C. FINA CORP. SALES INC.
1018. MICROSOFT CORP.
1019. MICROSOFT LICENSING GP
1020. MIDLAND CENTRAL APPRAISAL DISTRICT
1021. MIDLAND CENTRAL APPRAISAL DISTRICT ET AL
1022. MIDLAND COUNTY TAX OFFICE
1023. MIDLAND COUNTY TAX OFFICE (TX)
1024. MID-STATE ENVIRONMENTAL LP
1025. MID-STATE ENVIRONMENTAL SERVICES LP
1026. MILAM COUNTY (TX)
1027. MILLER ELECTRIC CO.
1028. MILLER, DAVID A
1029. MILLER, GREGG E
1030. MILLER, HAZEL
1031. MILLER, HAZEL J
1032. MILLSTEIN & CO. LP
1033. MINE SAFETY & HEALTH ADMINISTRATION (MSHA), U.S. DEPARTMENT OF LABOR
1034. MINERAL WELLS INDEPENDENT SCHOOL DISTRICT
1035. MINERAL WELLS, CITY OF (TX)
1036. MIRRION TECHNOLOGIES (MGPI)
1037. MITCHELL COUNTY (TX)
1038. MITCHELL COUNTY UTILITY CO.
1039. MITCHELL, DORIS J.
1040. MITCHELL, DORRIS J
1041. MOELIS & CO.
1042. MOLINA, DARRINE M
1043. MONAHANS, CITY OF (TX)
1044. MONSTER WORLDWIDE INC
1045. MONTAGUE COUNTY (TX)

1046. MONTELONGO, ALBERT
1047. MONTGOMERY, GEORGE W.
1048. MOONEY, CHARLES F
1049. MOORE, DEBORAH D
1050. MOORE, HENRY B
1051. MORA, JAVIER V
1052. MORAN, NANCY M
1053. MORGAN COUNTY TREASURER (CO)
1054. MORGAN, JACKIE D
1055. MORGAN, RUBY J
1056. MORGAN, SAMUEL, JR.
1057. MORRIS COUNTY APPRAISAL DISTRICT
1058. MORRIS, A.E.
1059. MORRIS, CHRIS
1060. MORRIS, JAMIE L
1061. MORRIS, MARY
1062. MORRISON, JUDY A
1063. MTL INSURANCE CO.
1064. MUDSMITH LTD
1065. MUSIC, STEPHEN O
1066. MUSSLEWHITE, CLARENCE, JR.
1067. MUSTON, EDDIE
1068. MW SMITH EQUIPMENT INC.
1069. NACOGDOCHES HARDWARE & RENTAL
1070. NACOGDOCHES HARDWARE AND RENTAL
1071. NATIONAL FIELD SERVICES
1072. NATIONAL SWITCHGEAR SYSTEMS NORTH TEXAS INC.
1073. NAVARRO COUNTY (TX)
1074. NAVEX GLOBAL INC
1075. NAVEX GLOBAL, INC.
1076. NCH CORP.
1077. NEAL, GEORGE ANN
1078. NEBRASKA STATE TREASURER UNCLAIMED PROPERTY DIVISION
1079. NELSON, WINSTON
1080. NEUNDORFER, INC.
1081. NEW JERSEY OFFICE OF THE STATE TREASURER
1082. NEW JERSEY OFFICE OF THE STATE TREASURER UNCLAIMED PROPERTY
1083. NEW PIG CORP
1084. NEWPORT GROUP, INC., THE
1085. NIECE EQUIPMENT, LP
1086. NIX, PATTERSON & ROACH, LLP
1087. NOLAN BATTERY CO. LLC
1088. NOLAN COUNTY (TX)
1089. NORTH AMERICAN COAL ROYALTY CO.
1090. NORTH AMERICAN TIE & TIMBER LLC
1091. NORTH CAROLINA DEPARTMENT OF STATE TREASURER UNCLAIMED PROPERTY PROGRAM
1092. NORTH CAROLINA DEPT OF STATE TREASURER
1093. NORTH COAST LIFE INSURANCE
1094. NORTHCOTT, A R
1095. NORTHCOTT, ARLICE R.
1096. NORTHEAST TEXAS COMMUNITY COLLEGE DISTRICT
1097. NORTHWEST INDEPENDENT SCHOOL DISTRICT
1098. NUECES COUNTY (TX)
1099. NUNLEY, PELE J
1100. NWT CORP.
1101. O BRIEN, JOAN
1102. O.J. THOMAS ALUMNI COMMUNITY RESOURCE CENTER
1103. O'BRIAN, ROBERT
1104. O'BRIEN, JOAN
1105. O'CAMPO, JOHN
1106. OGLETREE DEAKINS NASH SMOAK STEWART P.C.
1107. OHIO DEPARTMENT OF TAXATION BANKRUPTCY DIVISON, THE
1108. OLD REPUBLIC INSURANCE CO.

47755617v1

1109. OLD REPUBLIC INSURANCE COMPANY
1110. OLIVIER, KATHERINE S
1111. OMI CRANE SERVICES
1112. ONDROVIK, JO ANN, PHD
1113. ONEILL, TERENCE
1114. O'NEILL, TERENCE
1115. OPCO CO.
1116. OPCO COMPANY
1117. OPERATION TECHNOLOGY INC
1118. ORACLE AMERICA INC.
1119. ORACLE AMERICA, INC. (ORACLE)
1120. ORBITAL TOOL TECHNOLOGIES, CORP.
1121. ORTEGO, JOHN R
1122. ORTEL, HOWARD D
1123. OSBURG, WILLIAM G
1124. OTERO COUNTY (CO)
1125. OTIS ELEVATOR CO.
1126. OTIS ELEVATOR COMPANY, ET AL
1127. OTIS ELEVATOR CORP
1128. OVERHEAD DOOR CO. OF TYLER-LONGVIEW
1129. OWENSBY & KRITIKOS INC.
1130. P&H MINING EQUIPMENT INC.
1131. PACIFIC GAS & ELECTRIC CO.
1132. PALCO ENGINEERING & CONSTRUCTION SERVICES
1133. PALO PINTO COUNTY (TX)
1134. PAMPERED POODLE SHOPPE
1135. PANOLA COUNTY (TX)
1136. PANTEGO, TOWN OF (TX)
1137. PARK, DOWON S
1138. PARR INSTRUMENT CO.
1139. PARSUTT, SHERLY
1140. PARSUTT, SHIRLEY
1141. PATE, MELINDA A
1142. PATTERSON, NANCY
1143. PAWLIK, MICHAEL C
1144. PAYDAY LOAN STORE, THE

1145. PBS&J INC.
1146. PEDERSEN, BRETT
1147. PENDLETON, CREMOLIA
1148. PENNZOIL-QUAKER STATE CO.
1149. PENSION BENEFIT GUARANTY CORP.
1150. PENSION BENEFIT GUARANTY CORPORATION
1151. PEREZ, JUAN
1152. PERFORMANCE CONTRACTING INC
1153. PETRO-VALVE INC.
1154. PHILLIPS, KIMBERLY A
1155. PHILLIPS, WILLIE, SR.
1156. PICKARD, MICHAEL F.
1157. PIERCE PUMP CO.
1158. PINE RIVER CREDIT RELATIVE VALUE MASTER
1159. PINE RIVER CREDIT RELATIVE VALUE MASTER FUND LTD.
1160. PINTER, BARBARA J
1161. PIONEER ENTERPRISES
1162. PITRE, CHARON E
1163. PLACHY, ROBERT
1164. PNEUMAT SYSTEMS, INC
1165. POGUE, LAURA R
1166. POHLMAN, RICHARD C
1167. POP & GRAN'S ANTIQUES & MORE
1168. POP & GRANS ANTIQUES AND MORE
1169. POPE, ANTONIO
1170. PORTA KING
1171. PORTER, DONNA B
1172. POUNDERS, JASON
1173. POWER CONTROL SYSTEMS ENGINEERING, INC.
1174. POWERRAIL DISTRIBUTION
1175. PPM AMERICA INC.
1176. PRATHER, VAL V
1177. PRATT, S J
1178. PRATT, STEVEN J.
1179. PREFERRED PUMP & EQUIPMENT LP

1180. PRENTIS, TRAVIS E.
1181. PRESTIGE INTERIORS CORP.
1182. PRESTIGE INTERIORS CORPORATION
1183. PRICE, BRENDA
1184. PRICE, GEORGE S
1185. PRICE, JAMES E
1186. PRIEFERT MANUFACTURING CO. INC.
1187. PRIMROSE OIL CO. INC.
1188. PRINCIPAL FUNDS INC - BOND & MORTGAGE
1189. PRINCIPAL FUNDS INC - DYNAMIC HIGH YIELD
1190. PRINCIPAL FUNDS INC - HIGH YIELD FUND
1191. PRINCIPAL LIFE INSURANCE CO.
1192. PRINCIPAL LIFE INSURANCE COMPANY
1193. PRINCIPAL VARIABLE CONTRACTS FUNDS, INC
1194. PROVISIONAL SAFETY MANAGEMENT & CONSULTANTS LLC
1195. PYLES, WILLIAM D.
1196. QUIGLEY, CHARLES K.
1197. QUIGLEY, SANDRA
1198. QUIROGA, JOSEPH DOUGLAS D
1199. QWEST CORP.
1200. QWEST CORPORATION DBA CENTURYLINK QC
1201. R.S. HUGHES CO. INC.
1202. RAILHEAD MANUFACTURING INC
1203. RAILROAD FRICTION
1204. RAILROAD MANAGEMENT LLC
1205. RAIN FOR RENT
1206. RAINS COUNTY APPRAISAL DISTRICT
1207. RAMAGE, JOHN F.
1208. RAMOS, JOSEPH A
1209. RANDOLPH, KJ

1210. RAPID RATINGS INTERNATIONAL, INC.
1211. RATHBUN, E D
1212. RATHBUN, EDWIN D.
1213. RAYMOND, A L
1214. RAZA, JAVED I
1215. RC FACILITY SERVICES, LLC
1216. REAGAN COUNTY TAX OFFICE (TX)
1217. RED BALL OXYGEN CO.
1218. RED RIVER COUNTY (TX)
1219. RED RIVER COUNTY APPRAISAL DISTRICT
1220. REDDY ICE CORP.
1221. REDDY ICE CORPORATION
1222. REEF INDUSTRIES, INC.
1223. REICHERT, ROSE
1224. REILLY, WILLIAM K
1225. RELAX SPA
1226. RELIABILITY CENTER, INC.
1227. RELIANCE INSURANCE
1228. RELIANCE INSURANCE CO.
1229. RELIANCE INSURANCE IN LIQUIDATION
1230. RENO, CITY OF (TX)
1231. RENTSYS RECOVERY SERVICES INC
1232. REPUBLIC SERVICES
1233. REPUBLIC SHEET METAL & MANUFACTURING
1234. REPUBLIC SHEET METAL AND MANUFACTURING
1235. RESCAR COS.
1236. RESEARCH ACROSS AMERICA
1237. RICHARDS, DAWN I
1238. RICHARDS, MARIEA R
1239. RICHARDSON INDEPENDENT SCHOOL DISTRICT (TX)
1240. RICKER, BILL A., DDS
1241. RIDER, PEARLIE L
1242. RILEY, BARBARA B
1243. RILEY, MICHAEL A.
1244. RIMPULL CORP

47755617v1

1245. RIVER CITY VALVE SERVICE, INC.
1246. RIVER OAKS, CITY OF (TX)
1247. RIVER TECHNOLOGIES
1248. ROANOKE, CITY OF (TX)
1249. ROBERT J. JENKINS & CO.
1250. ROBERT'S COFFEE & VENDING SERVICES, LLC
1251. ROBERTS, GWENDOLYN M
1252. ROBERTS, RUSSELL P
1253. ROBERTSON COUNTY (TX)
1254. ROBINSON WILLIAMS, DANA
1255. ROBINSON, GLENDA N
1256. ROBINSON, JOANN M
1257. ROCK'N H FAMILY PLACE LLC
1258. ROCKWALL COUNTY APPRAISAL DISTRICT
1259. ROCKWELL, THOMAS S
1260. RODRIGUEZ, MARIA M.
1261. RODRIQUEZ, ABLE T
1262. ROE, J. RAY
1263. ROMERO'S CONCRETE
1264. ROSCOE INDEPENDENT SCHOOL DISRICT (TX)
1265. ROSCOE, CITY OF (TX)
1266. ROSE NOVELTY CO.
1267. ROTHE DEVELOPMENT INC
1268. ROUND ROCK INDEPENDENT SCHOOL DISTRICT (TX)
1269. ROXXI ACCESSORIES INC
1270. ROYAL PURPLE, LLC
1271. ROYAL, FORREST J
1272. ROZELL, MIKE
1273. RSA SECURITY, LLC
1274. RUCKER & SONS
1275. RUCKER, JAMES R., JR.
1276. RUEB, DON E
1277. RUSK COUNTY (TX)
1278. RUSSELL, GARY D
1279. RUSSELL, MARGARET
1280. SABESTA, JAMES E.
1281. SAFETY-KLEEN SYSTEMS INC
1282. SAIC ENERGY ENVIRONMENT & INFRASTRUCTURE LLC
1283. SAIN, JERRY
1284. SAKEWITZ, KYLE
1285. SAMUEL, HAZEL L
1286. SANDIFER, EDDIE D
1287. SANDLIN, ROBERT H
1288. SANTELLANO, MARK
1289. SAUL SUBSIDIARY II LP
1290. SAVAGE, ALVIN
1291. SAWYER, DELLA S
1292. SCANTRON CORP.
1293. SCHINDLER ELEVATOR CORPORATION
1294. SCHNEIDER ELECTRIC BUILDINGS
1295. SCHNEIDER ELECTRIC BUILDINGS AMERICAS INC.
1296. SCHNEIDER, HENRY
1297. SCHOENTHALER, JOHN W
1298. SCOTT, CLARA
1299. SCOTT, DONALD W.
1300. SCOTT, SCHWARZ K.
1301. SCURRY COUNTY TAX OFFICE
1302. SCURRY COUNTY TAX OFFICE (TX)
1303. SEATINGZONE.COM
1304. SECURITAS SECURITY SERVICES USA, INC.
1305. SENKEL, KENNETH R.
1306. SEYMOUR, FREDERICK J
1307. SGS NORTH AMERICA INC
1308. SHORTNACY, BILL W
1309. SHRUM, J. JACKSON, ESQ. "J"
1310. SIBLEY, JANICE
1311. SIEMENS DEMAG DELAVAL TURBOMACHINERY INC.
1312. SIGLE, TONY
1313. SIMPSON, STEVEN
1314. SINDT, DAVID
1315. SINGLETON, GREGORY L
1316. SKINNER, TODD
1317. SKRIBANOWITZ, MARY

1318. SKYHAWK CHEMICALS, INC.
1319. SLIDER, R H
1320. SLIDER, R.H. "HAYDEN"
1321. SLOAN, BRUCE
1322. SLOAN, BRUCE DBA
1323. SLOCUM INDEPENDENT SCHOOL DISTRICT (TX)
1324. SMELLEY, DON
1325. SMELLEY, R W
1326. SMIDT, JONATHAN D
1327. SMILEY LAWN CARE
1328. SMILEY'S STUDIO INC.
1329. SMITH COUNTY (TX)
1330. SMITH PUMP CO. INC.
1331. SMITH, FLONONDA K
1332. SMITH, G KENT
1333. SMITH, JANICE K
1334. SMITH, JEROME E
1335. SMOOTH SOLUTIONS DALLAS LLC
1336. SMOOTH SOULTION DALLAS LLC
1337. SOLLERS, TERRY L
1338. SOMERVELL COUNTY (TX)
1339. SOMERVELL COUNTY WATER DISTRICT (TX)
1340. SOPHIA'S SALON & RETAIL
1341. SOPUS PRODUCTS
1342. SOULEN, WILLIAM A.
1343. SOUTH TEXAS INDEPENDENT SCHOOL DISTRICT (TX)
1344. SOUTHERN TIRE MART, LLC
1345. SOUTHWEST FANNIN COUNTY
1346. SOUTHWEST FANNIN COUNTY (TX)
1347. SOUTHWEST FANNIN SPECIAL UTILITY DISTRICT (TX)
1348. SOUTHWEST GAS CORP.
1349. SOUTHWESTERN BELL TELEPHONE
1350. SOUTHWESTERN BELL TELEPHONE COMPANY
1351. SPM FLOW CONTROL, INC.
1352. SPOON, DAVID P
1353. SPX HEAT TRANSFER INC.
1354. ST LUKE PRESBYTERIAN CHURCH
1355. ST. THOMAS PLACE LP
1356. STANLEY, CHRISTINE
1357. STANLEY, PETER
1358. STAPLES, LIZZIE M
1359. STARR INDEMNITY & LIABILITY CO.
1360. STARR INDEMNITY & LIABILITY COMPANY
1361. STARR SURPLUS LINES INSURANCE CO.
1362. STATE OF CONNECTICUT
1363. STELLA-JONES CORP.
1364. STEPHENS COUNTY (TX)
1365. STEPHENVILLE INDEPENDENT SCHOOL DISTRICT (TX)
1366. STEPHENVILLE, CITY OF (TX)
1367. STEWART JR, CHARLES L
1368. STEWART, CHARLES L., JR.
1369. STICKS & STONES
1370. STIMAC, LAWRENCE S
1371. STOKES, CARL W.
1372. STOKES, CARL W. AND PENDLETON, CREMOLIA
1373. STONE, PATRICIA A
1374. STRAHAN GRAHAM, NOELL
1375. STRAHAN, NOELL
1376. STRONG CAPITAL
1377. STRONG, G K
1378. STRONG, GLADYS K.
1379. STRYKER LAKE WATER SYSTEM CORP.
1380. STUART C IRBY CO
1381. STUART, CECIL JAMES, "C.J."
1382. SUCCESSFACTORS, INC
1383. SUFFKA, CINDY J
1384. SULPHUR SPRINGS INDEPENDENT SCHOOL DISTRICT (TX)

1385. SULPHUR SPRINGS WATER DEPARTMENT, CITY OF (TX)
1386. SULPHUR SPRINGS, CITY OF (TX)
1387. SUN COAST RESOURCES, INC.
1388. SWEETWATER INDEPENDENT SCHOOL DISTRICT (TX)
1389. SWEETWATER, CITY OF (TX)
1390. SWIGOR MARKETING GROUP LLC
1391. SZLAUDERBACH, STANLEY J
1392. T&K SALES
1393. TALLEY CHEMICAL & SUPPLY
1394. TANNOR PARTNERS CREDIT FUND LP
1395. TANNOR PARTNERS CREDIT FUND LP AS
1396. TAPP, DAVID L
1397. TARRANT COUNTY (TX)
1398. TARRANT REGIONAL WATER DISTRICT (TX)
1399. TAX APPRAISAL DISTRICT OF BELL ET AL
1400. TEAGUE, HERMAN JR.
1401. TEAM INDUSTRIAL SERVICES INC
1402. TEAM INDUSTRIAL SERVICES, INC
1403. TECHNOLOGY RESOURCE CENTER OF AMERICA LLC
1404. TECHNOLOGY RESOURCE CTR OF AMERICA, LLC
1405. TELECOM ELECTRIC SUPPLY CO
1406. TELECOM ELECTRIC SUPPLY COMPANY
1407. TERIX COMPUTER SERVICE, INC.
1408. TERRASOURCE GLOBAL CORP.
1409. TESSCO INC.

1410. TEXAS COMMISSION ON ENVIRONMENTAL QUALITY
1411. TEXAS EASTERN TRANSMISSION CORP.
1412. TEXAS ENERGY FUTURE HOLDINGS LP
1413. TEXAS ENERGY RESEARCH ASSOCIATES INC.
1414. TEXAS VALVE & FITTING CO.
1415. TEXAS WORKFORCE COMMISSION REGULATORY INTEGRITY DIVISION
1416. TEX-LA ELECTRIC COOP. OF TEXAS, INC
1417. THERMO ORION, INC.
1418. THOMAS PEREZ, SEC OF LABOR, ON BEHALF OF
1419. THOMAS, LEE W
1420. THOMAS, MARGARET L.
1421. THOMPSON, MELODY L
1422. THORNDALE INDEPENDENT SCHOOL DISTRICT
1423. THORNDALE INDEPENDENT SCHOOL DISTRICT (TX)
1424. THORPE, PETER EARL JR
1425. THURMOND, POLLYANNA
1426. THURMONED, POLLYANNA
1427. TILL, CHERYL L
1428. TIMME, BRIDGET
1429. TIMME, GEORGE
1430. TIMME, GEORGE AND BRIDGET
1431. TIOGA PIPE SUPPLY CO. INC.
1432. TISCHLER KOCUREK
1433. TITUS COUNTY (TX)
1434. TOM'S SMOKEHOUSE
1435. TORRES CREDIT SERVICES, INC.
1436. TOWNLEY ENGINEERING & MANUFACTURING CO. INC.
1437. TPG CAPITAL, L.P.
1438. TRAMMELL, R V

1439. TRANSMISSIONS & DISTRIBUTION SERVICES INC.
1440. TRASK, JILL A
1441. TRAVIS COUNTY (TX)
1442. TRC MASTER FUND LLC
1443. TRIAD INDUSTRIAL AUTOMATION
1444. TRINH, TRINH
1445. TRINH, VAN S.
1446. TRINIDAD, CITY OF (TX)
1447. TRIPLE S RANCH INC.
1448. TROTTER, RICKEY
1449. TST IMPRESO INC.
1450. TTX INC
1451. TUCKER, DAVID
1452. TUCKER, JAN R
1453. TUCKER, M D
1454. TUCKER, MORTON D.
1455. TURNER, JAMES D
1456. TURNER, SHEILA A
1457. TURNIPSEED, RAY
1458. TWO STAR DEVELOPMENT
1459. TY FLOT INC
1460. TYLER INDEPENDENT SCHOOL DISTRICT (TX)
1461. TYLER, YVONE
1462. TYNDALE CO. INC.
1463. TYNDALE COMPANY, INC.
1464. U.S. CUSTOMS & BORDER PROTECTION
1465. U.S. DEPARTMENT OF AGRICULTURE RURAL UTILITIES SERVICE
1466. U.S. DEPARTMENT OF LABOR
1467. U.S. DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE (IRS)
1468. U.S. ENVIRONMENTAL PROTECTION AGENCY
1469. UBM ENTERPRISE, INC.
1470. UDR, INC.
1471. UFP GRANDVIEW, LLC
1472. UMB BANK NA
1473. UNITED CONVEYOR SUPPLY CORP.
1474. UNITED CONVEYOR SUPPLY CORP.
1475. UNITED HISPANIC COUNCIL OF TARRANT COUNTY
1476. UNITED RENTALS (NORTH AMERICA), INC.
1477. UNITED STATES DEPT OF AGRICULTURE, RURAL
1478. UNITED STATES ENRICHMENT CORP.
1479. UNITED STATES GYPSUM CO.
1480. UNITED TELEPHONE CO. OF TEXAS INC.
1481. UNITED TELEPHONE COMPANY OF TEXAS, INC
1482. UNIVERSITY OF TEXAS AT ARLINGTON
1483. UNIVERSITY OF TEXAS SYSTEM
1484. UPSHUR COUNTY (TX)
1485. URBAN, DWAN S.
1486. URENCO ENRICHMENT CO. LTD.
1487. URQUHART, RUBY N
1488. US BANK NA
1489. VALLEY VIEW INDEPENDENT SCHOOL DISTRICT
1490. VAN ZANDT COUNTY APPRAISAL DISTRICT
1491. VANDERSAND, JAMES D
1492. VARGAS, ERNESTO
1493. VARIEDADES YANDEL
1494. VEGA, NOE
1495. VENDIG, LEE D.
1496. VENHUIZEN, JOHN
1497. VERRET-GODFREY, AMY L
1498. VICTORIA BEARING & INDUSTRIAL SUPPPLY
1499. VILLANUEVA, GRACY L
1500. VIRGINIA DEPARTMENT OF THE TREASURY, COMMONWEALTH OF

1501. W. JOE SHAW LTD.
1502. W.O.I. PETROLEUM
1503. W.W. GRAINGER, INC.
1504. WACO INDEPENDENT SCHOOL DISTRICT
1505. WACO, CITY OF (TX)
1506. WALKER, GLORIA L
1507. WALKER, ROBERT E.
1508. WALLACE, BARBARA
1509. WALLACE, BILL
1510. WALLACE, BILL AND BARBARA
1511. WALLIS, JOE R.
1512. WALNUT SPRINGS INDEPENDENT SCHOOL DISTRICT (TX)
1513. WALTA, ADA LEVANNA
1514. WALWORTH, CONNIE K
1515. WARD COUNTY (TX)
1516. WARD, ALEXA LYN
1517. WARD, ALEXA LYNN
1518. WARD, JERRY MACK
1519. WARWICK, LORRAINE M.
1520. WARWICK, NORMAN J.
1521. WASHBURN, GARY D
1522. WASHINGTON, WALTER F
1523. WATCO COS. INC.
1524. WATER WELL
1525. WATERS, CLYDE M. JR.
1526. WATKINS, MARY B
1527. WATSON, JERRY
1528. WATSON, JERRY D.
1529. WAUKESHA-PEARCE INDUSTRIES, INC.
1530. WCR INC.
1531. WELCH, BRIAN E.
1532. WELDON ESTES DBA :
1533. WELDSTAR CO.
1534. WELLS FARGO BANK NA
1535. WEST VIRGINIA STATE TREASURER'S OFFICE UNCLAIMED PROPERTY DIVISION
1536. WESTBURY COMMUNITY HOSPITAL, LLC
1537. WESTERN FILTER CO. INC.
1538. WESTINGHOUSE ELECTRIC CO. LLC
1539. WEYERHAEUSER NR CO.
1540. WHEELER, WILLIETTA
1541. WHITE OAK RADIATOR SERVICE
1542. WHITE, JOE M.
1543. WHITE, PETER
1544. WHITE, PETER S.
1545. WHITE, R C
1546. WHITE, ROBERT C.
1547. WHITESBORO INDEPENDENT SCHOOL DISTRICT (TX)
1548. WHITLEY, WALLACE J.
1549. WICHITA COUNTY
1550. WICHITA COUNTY (TX)
1551. WILDER, C.
1552. WILDER, C. JOHN
1553. WILLIAMAS, DELICA
1554. WILLIAMS PATENT CRUSHER & PULVERIZER CO. INC.
1555. WILLIAMS, DELICIA
1556. WILLIAMS, JAMES C
1557. WILLIAMS, PEGGY J
1558. WILLIAMS, ROBERT E
1559. WILLIAMS, TONEY EUGENE
1560. WILLIAMS, TONY
1561. WILLIAMSON COUNTY (TX)
1562. WILLIS, M. JUDY
1563. WILLRICH, ROBERT L.
1564. WILMINGTON TRUST CO.
1565. WILMINGTON TRUST NA
1566. WILMINGTON TRUST, NA, ADMINISTRATIVE AGT
1567. WILMINGTON TRUST, NA, COLLATERAL AGENT
1568. WILSON CO.
1569. WILSON COMPANY
1570. WILSON, H.B. "BUDDY"
1571. WILSON, JEFFREY & MALICIA
1572. WILSON, JEFFREY D.
1573. WILSON, MALICIA
1574. WILSON, R D

1575. WILSON, RONALD D.
1576. WIMBERLY, C RAY
1577. WINDHAM MANUFACTURING CO INC.
1578. WINGSTOP
1579. WIRE ROPE
1580. WISE COUNTY (TX)
1581. WISE COUNTY APPRAISAL DISTRICT
1582. WISE, ROBERT
1583. WISE, ROBERT L.
1584. WISE, ROSA E
1585. WITHERSPOON, VERBINA
1586. WITTEN, ROY J
1587. WOLF PACK RENTALS LLC
1588. WOLSKE, SHERYL L.
1589. WONG, NELSON J.
1590. WOOD, DOROTHY L.
1591. WOOD, JEFFREY B
1592. WOOD, ROBIN B
1593. WOODS, RICHARD
1594. WOODS, RICHARD L.
1595. WOODSON LUMBER CO. OF LEXINGTON
1596. WORKING THE FLEA
1597. XEROX CORP.
1598. XEROX CORPORATION
1599. YOKOGAWA CORP. OF AMERICA
1600. YORK PUMP & EQUIPMENT
1601. YORK, STEVE R.
1602. YOUNG COUNTY
1603. YOUNG COUNTY (TX)
1604. YOUNG, JOE M.
1605. YOUNGBLOOD OIL CO.
1606. ZAVALLA INDEPENDENT SCHOOL DISTRICT (TX)
1607. ZEEFAX INC
1608. ZEPHYR ENVIRONMENTAL CORP.
1609. ZIPPILLI, RICHARD J
1610. ZONES INC
1611. ZOOK, LINDSAY E
1612. ZURICH AMERICAN INSURANCE CO.

**PROFESSIONALS**

1. ALIXPARTNERS
2. CRAVATH SWAINE & MOORE
3. GOLDIN ASSOCIATES
4. GUGGENHEIM PARTNERS
5. KCC
6. MONTGOMERY MCCRACKEN WALKER & RHOADS LLP
7. MUNGER TOLLES & OLSON
8. O'KELLY ERNST & BIELLI
9. PHILLIPS GOLDMAN & SPENCE
10. PROSKAUER ROSE
11. SOLIC CAPITAL
12. ZOLFO COOPER

**RULE 2002 PARTIES**

1. 2603 AUGUSTA INVESTORS LP
2. ALDINE INDEPENDENT SCHOOL DISTRICT (TX)
3. ALLTITE
4. AMERICAN EQUIPMENT
5. APPLABS
6. BALLARD SPAHR LLP
7. BARNES & THORNBURG LLP
8. BARR ENGINEERING CO.
9. BAYARD PA
10. BENBROOKE ELECTRIC PARTNERS LLC
11. BENESCH FRIEDLANDER COPLAN & ARONOFF LLP
12. BUCKHOLTS INDEPENDENT SCHOOL DISTRICT (TX)
13. BUFFALO INDUSTRIAL SUPPLY INC.
14. CAMERON INDEPENDENT SCHOOL DISTRICT (TX)
15. CARROLLTON - FARMERS BRANCH INDEPENDENT SCHOOL DISTRICT (TX)

16. CHIPMAN BROWN CICERO & COLE LLP
17. COLLIN COUNTY (TX)
18. CONVERDYN
19. COPPERAS COVE INDEPENDENT SCHOOL DISTRICT (TX)
20. CRAVATH SWAINE & MOORE LLP
21. DELAWARE TRUST CO.
22. DORSEY & WHITNEY DELAWARE LLP
23. EL PASO NATURAL GAS CO.
24. EVERCORE GROUP LLC
25. EXPERIAN
26. FEDERAL COMMUNICATIONS COMMISSION
27. FLUOR
28. FRANKGECKER LLP
29. GIBBONS PC
30. HIDALGO COUNTY (TX)
31. HIDALGO COUNTY DRAINAGE DISTRICT #1 (TX)
32. HOLLAND & KNIGHT LLP
33. JOHNSON MATTHEY
34. KINDER MORGAN TEXAS PIPELINE LLC
35. LAW OFFICES OF ROBERT E LUNA PC
36. LOUISIANA ENERGY
37. MASLON EDELMAN BORMAN & BRAND LLP
38. MCALLEN INDEPENDENT SCHOOL DISTRICT (TX)
39. MCELROY DEUTSCH MULVANEY & CARPENTER LLP
40. MICROSOFT
41. MONTGOMERY MCCRACKEN WALKER & RHOADS LLP
42. MOODY'S ANALYTICS
43. MORGAN LEWIS & BOCKIUS LLP
44. NAMAN HOWELL SMITH & LEE PLLC
45. NATURAL GAS PIPELINE OF AMERICA LLC
46. O'KELLY ERNST & BIELLI LLC
47. PACIFIC INVESTMENT MANAGEMENT CO.
48. PERKINS COIE LLP
49. POLSINELLI PC
50. PROSKAUER ROSE LLP
51. PURDUE AWSUMB & BAUDLER PA
52. RIDDELL WILLIAMS PS
53. SATTERLEE STEPHENS BURKE & BURKE LLP
54. SETPOINT INTEGRATED SOLUTIONS
55. SILLS CUMMIS & GROSS PC
56. STEFFES VINGIELLO & MCKENZIE LLC
57. STEVENS & LEE PC
58. SULLIVAN & CROMWELL LLP
59. TAUBMAN CO., THE
60. TAUBMAN LANDLORDS, THE
61. TCEH CREDITORS COMMITTEE
62. THORNDALE INDEPENDENT SCHOOL DISTRICT (TX)
63. TROUTMAN SANDERS LLP
64. TW TELECOM INC.
65. TXU 2007-1 RAILCAR
66. UNITED STATES DEPARTMENT OF TREASURY
67. UNIVERSITY OF TEXAS AT ARLINGTON, THE
68. UNIVERSITY OF TEXAS SYSTEM, THE
69. URENCO
70. US BANK NA
71. VARNUM LLP
72. VENABLE LLP
73. VEOLIA

47755617v1

74.    WEIR & PARTNERS LLP
75.    WOMAC LAW

**OTHER PARTIES IN INTEREST**

1.    PALLAS REALTY ADVISORS
       INC.

47755617v1