**Schedule 2**

(to Third Supplemental Marwil Declaration)

**Current[1] and Former Clients**

| Matched Entity | Category with Respect to Party in Interest[2] | Relationship to Proskauer |
|---|---|---|
| Advanced Industries Inc. | Claimant | Former Client |
| AT&T Corp. | Claimant | Current Client |
| Atmos Energy Corp. | Claimant | Current Client |
| Boggs, Timothy | Claimant | Current Client |
| EMC Corp. | Claimant | Current Client |
| Helena Chemical Co. | Claimant | Former Client |
| IBM Corp. | Claimant | Current Client |
| Law Debenture Co. of New York | Claimant | Current Client |
| Lee, Linda | Claimant | Current Client |
| Lewis, Kenneth | Claimant | Former Client |
| Microsoft Corp. | Claimant | Current Client |
| Moelis & Co. | Claimant | Current Client |
| Monster Worldwide Inc. | Claimant | Former Client |
| Ogletree Deakins Nash Smoak Stewart P.C. | Claimant | Former Client |
| Otis Elevator Co. | Claimant | Current Client |
| PPM America Inc. | Claimant | Former Client |
| Rapid Ratings International, Inc. | Claimant | Current Client |
| Republic Services Inc. | Claimant | Current Client |
| Safety-Kleen Systems Inc. | Claimant | Current Client |
| W.W. Grainger, Inc. | Claimant | Current Client |
| Wells Fargo Bank NA | Claimant | Current Client |
| Wilmington Trust Co. | Claimant | Current Client |
| Wilmington Trust NA | Claimant | Current Client |
| Cravath Swaine & Moore LLP | Professional | Current Client |
| Guggenheim Partners | Professional | Current Client |
| Munger Tolles & Olson LLP | Professional | Current Client |
| Morgan Lewis & Bockius LLP | Rule 2002 Party | Former Client |
| Pacific Investment Management Co. | Rule 2002 Party | Current Client |
| Sullivan & Cromwell LLP | Rule 2002 Party | Former Client |
| Venable LLP | Rule 2002 Party | Current Client |

---

[1] Proskauer does not represent the Current Clients in any matters or interests that are connected to or adverse to EFH Corp.'s estate.

[2] These categories correspond to the categories listed in Schedule 1 and are for purposes of a conflicts check only. They should not be relied upon by any party as a list of creditors or for any other purpose.

47755617v1