## **EXHIBIT A**

### **Statement of Fees by Subject Matter**

| Task Code # | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| B110 | Case Administration | 1.10 | $935.00 |
| B160 | Fee/Employment Applications | 20.20 | $8,170.50 |
| B270 | Energy Trading | 80.70 | $68,126.00 |
|  | **TOTAL** | **102.00** | **$77,231.50** |