## EXHIBIT B

### Professionals' Information

The McDermott Will & Emery LLP professionals who rendered professional services in this case during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Iskender H. Catto | Partner | $850 | 80.40 | $68,340.00 |
| Ryan A. Wagner | Associate | $515 | 12.10 | $6,231.50 |
| Andrea Duncliffe | Paralegal Manager | $280 | 9.50 | $2,660.00 |
| **Total** | | | 102.00 | **$77,231.50** |