## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

**TCEH – Expense Summary**

| Service Description | Service Provider | Amount |
|---|---|---|
| Business Meals | Various Vendors | $107.28 |
| Airfare | United Airlines | $3,746.60 |
| Lodging | Dallas Marriott Hotel | $1,940.18 |
| Car Rental | Budget Rental | $723.00 |
| Parking | Various Vendors | $610.41 |
| Miscellaneous | Various Vendors | $212.48 |
| **TOTAL** |  | **$7,339.95** |