# EXHIBIT D

**Detailed Description of Expenses and Disbursements**

DM_US 58927549-1.093681.0012

**Expense Detail by Category**

**January 1, 2014 through January 31, 2014**

*AIRFARE*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | December 31, 2014 for travel January 5, 2015 through January 9, 2015 | $ 820.20 | Airfare Round Trip Coach NJ/Dallas |
| Iskender H. Catto | January 9, 2015 | $1,388.20 | Airfare Round Trip Coach NJ/Dallas |
| Iskender H. Catto | January 15, 2015 | $1,538.20 | Airfare Round Trip Coach NJ/Dallas |

**Expense Category Total:**                                **$3,746.60**

*LODGING*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | January 8, 2015 | $ 275.47 | Dallas Marriott Hotel |
| Iskender H. Catto | January 12, 2015 | $ 321.57 | Dallas Marriott Hotel |
| Iskender H. Catto | January 13, 2015 | $ 321.57 | Dallas Marriott Hotel |
| Iskender H. Catto | January 14, 2015 | $ 321.57 | Dallas Marriott Hotel |
| Iskender H. Catto | January 20, 2015 | $ 350.00 | Dallas Marriott Hotel |
| Iskender H. Catto | January 21, 2015 | $ 350.00 | Dallas Marriott Hotel |

**Expense Category Total:**                                **$1,940.18**

*MEALS*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | January 13, 2015 | $ 27.28 | Out of Town Breakfast @ Dallas Marriott Hotel |
| Iskender H. Catto | January 14, 2015 | $ 40.00 | Out of Town Dinner @ Dallas Marriott Hotel |
| Iskender H. Catto | January 21, 2015 | $ 40.00 | Out of Town Dinner @ Dallas Marriott Hotel |

**Expense Category Total:**                                **$107.28**

## *TRANSPORTATION*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | January 5, 2015 | $300.00 | Budget Car Rental (4 days @ $89.75/day, taxes and fees included) |
| Iskender H. Catto | January 12, 2015 | $225.00 | Budget Car Rental (3 days @ $87.02 taxes and fees included) |
| Iskender H. Catto | January 20, 2015 | $198.00 | Budget Car Rental (3 days @ $45.60 taxes and fees included) |

**Expense Category Total:**          **$723.00**

## *PARKING*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | January 5, 2015 | $165.00 | Newark Liberty International Airport Parking |
| Iskender H. Catto | January 7, 2015 | $   8.00 | Stall Parking |
| Iskender H. Catto | January 8, 2015 | $ 29.23 | Dallas Marriott Hotel Parking |
| Iskender H. Catto | January 9, 2015 | $   8.00 | Stall Parking |
| Iskender H. Catto | January 12, 2015 | $   8.00 | Stall Parking |
| Iskender H. Catto | January 12, 2015 | $132.00 | Newark Liberty International Airport Parking |
| Iskender H. Catto | January 12, 2015 | $ 16.24 | Dallas Marriott Hotel Parking |
| Iskender H. Catto | January 13, 2015 | $ 16.24 | Dallas Marriott Hotel Parking |
| Iskender H. Catto | January 14, 2015 | $ 16.24 | Dallas Marriott Hotel Parking |
| Iskender H, Catto | January 13, 2015 | $ 10.00 | Stall Parking |
| Iskender H. Catto | January 14, 2015 | $   8.00 | Stall Parking |
| Iskender H. Catto | January 15, 2015 | $ 10.00 | Stall Parking |
| Iskender H. Catto | January 20, 2015 | $ 99.00 | Newark Liberty International Airport Parking |
| Iskender H. Catto | January 20, 2015 | $   8.00 | Stall Parking |
| Iskender H. Catto | January 20, 2015 | $ 29.23 | Dallas Marriott Hotel Parking |

| Iskender H. Catto | January 21, 2015 | $ 29.23 | Dallas Marriott Hotel Parking |
| Iskender H. Catto | January 22, 2015 | $  8.00 | Stall Parking |
| Iskender H. Catto | January 23, 2015 | $ 10.00 | Stall Parking |

**Expense Category Total:** **$610.41**

## *MISCELLANEOUS*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | January 15, 2015 | $7.97 | Shell Gas |
| Iskender H. Catto | January 20, 2015 | $200.00 | Change Ticket Fee |
| Iskender H. Catto | January 22, 2015 | $4.51 | Shell Gas |

**Expense Category Total:** **$212.48**