## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., et al.,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. 207 |

### AMENDED NOTICE OF APPEARANCE, REQUEST FOR MATRIX ENTRY, AND REQUEST FOR SERVICE OF NOTICE AND DOCUMENTS[2]

**PLEASE TAKE NOTICE THAT** Law Debenture Trust Company of New York, in its capacity as Indenture Trustee ("Law Debenture") in connection with (i) $3.488 billion of 10.25% unsecured senior notes due 2015 and (ii) $1.749 billion of 10.50/11.25% unsecured senior toggle notes due 2016, issued by debtors Texas Competitive Electric Holdings Company LLC and TCEH Finance, Inc., as creditor and party in interest in the above-captioned case, hereby appears by its counsel, Patterson Belknap Webb & Tyler LLP, Morris James LLP, and White & Case LLP, and such counsel hereby enter their appearance pursuant to 11 U.S.C. § 1109(b) and Fed. R. Bankr. P. 9010(b), and such counsel hereby request, pursuant to Fed. R. Bankr. P. 2002, 3017 and 9017, Del. Bankr. L.R. 2002-1, and 11 U.S.C. §§ 342 and 1109(b), that copies of all notices and pleadings given or filed in this case be given and served upon them at the following addresses, and facsimile and telephone numbers:

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors (the "Debtors") and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://efhcaseinfo.com.

[2] Amended to reflect the engagement of White & Case LLP as co-counsel (along with Patterson Belknap Webb & Tyler LLP and Morris James LLP) to Law Debenture (as defined below), in its capacity as Indenture Trustee.

7677275

| | |
|---|---|
| Stephen M. Miller (DE Bar No.2610) | Daniel A. Lowenthal |
| MORRIS JAMES LLP | Brian P. Guiney |
| 500 Delaware Avenue, Suite 1500 | Craig W. Dent |
| P.O. Box 2306 | PATTERSON BELKNAP WEBB & TYLER LLP |
| Wilmington, DE 19899-2306 | 1133 Avenue of the Americas |
| Telephone: (302) 888-6800 | New York, NY 10036-6710 |
| Facsimile: (302) 571-1750 | Telephone: (212) 336-2000 |
| E-mail: smiller@morrisjames.com | Facsimile: (212) 336-2222 |
| | E-mail: dalowenthal@pbwt.com |
| | Email: bguiney@pbwt.com |
| | E-mail: cdent@pbwt.com |
| Thomas E. Lauria | J. Christopher Shore |
| Matthew C. Brown | Gregory M. Starner |
| WHITE & CASE LLP | WHITE & CASE LLP |
| Southeast Financial Center, Suite 4900 | 1155 Avenue of the Americas |
| 200 South Biscayne Blvd. | New York, NY 10036 |
| Miami, FL 33131 | Telephone: (212) 819-8200 |
| Telephone: (305) 371-2700 | Facsimile: (212) 354-8113 |
| Facsimile: (305) 358-5744 | cshore@whitecase.com |
| E-mail: tlauria@whitecase.com | gstarner@whitecase.com |
| E-mail: mbrown@whitecase.com | |

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, e-mail, telephone, telecopy or otherwise filed or made with regard to the above-referenced case and proceedings herein.

**PLEASE TAKE FURTHER NOTICE THAT** neither this Notice of Appearance, nor any former or later appearance, pleading, claim or suit shall constitute a consent to jurisdiction, nor shall it waive (1) Law Debenture's right to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (2) Law Debenture's right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) Law Debenture's right to have the District Court withdraw the references in any matter

7677275

2

subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, including defenses to jurisdiction, setoffs, or recoupments to which Law Debenture may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Law Debenture expressly reserves.

[*Signature page follows*]

7677275

3


Dated: March 17, 2015

**MORRIS JAMES LLP**

/s/ Stephen M. Miller

Stephen M. Miller (DE Bar No. 2610)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE  19899-2306
Telephone:  (302) 888-6800
Facsimile:  (302) 571-1750
E-mail:  smiller@morrisjames.com

and

Daniel A. Lowenthal
Brian P. Guiney
Craig W. Dent
**PATTERSON BELKNAP WEBB & TYLER LLP**
1133 Avenue of the Americas
New York, NY  10036-6710
Telephone:  (212) 336-2000
Facsimile:  (212) 336-2222
E-mail:  dalowenthal@pbwt.com
Email:  bguiney@pbwt.com
E-mail:  cdent@pbwt.com

and

Thomas E. Lauria
Matthew C. Brown
**WHITE & CASE LLP**
Southeast Financial Center, Suite 4900
200 South Biscayne Blvd.
Miami, FL  33131
Telephone:  (305) 371-2700
Facsimile:  (305) 358-5744
E-mail:  tlauria@whitecase.com
E-mail:  mbrown@whitecase.com

and

J. Christopher Shore
Gregory M. Starner
1155 Avenue of the Americas
New York, NY 10036
Telephone:  (212) 819-8200
Facsimile:  (212) 354-8113
E-mail:  cshore@whitecase.com
E-mail:  gstarner@whitecase.com

*Attorneys for Law Debenture Trust Company of New York, in its capacity as Indenture Trustee*