## EXHIBIT A

50027693.1

## SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY

(See Guidelines C.8. for project category information.)

| Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|
| Administration | | | - | $ - |
| Asset Disposition | | | 8.40 | $ 4,129.50 |
| Assumption/Rejection of Leases & Contracts | | | 1.30 | $ 758.00 |
| Avoidance Action Analysis | | | 1.20 | $ 780.00 |
| Bankruptcy-Related Advice | | | 31.70 | $ 14,682.50 |
| Business Operations | | | 0.80 | $ 520.00 |
| Case Administration | | | 10.70 | $ 4,630.50 |
| Claims & Plan | | | 2.20 | $ 924.00 |
| Claims Administration & Objections | | | 9.60 | $ 5,169.50 |
| Corporate Governance & Board Matters | | | 0.50 | $ 250.00 |
| Employment/Fee Application Objections | | | 3.00 | $ 975.50 |
| Employment/Fee Applications | | | 58.50 | $ 28,397.00 |
| Financing & Cash Collateral | | | 0.20 | $ 130.00 |
| General Bankruptcy Advice/Opinions | | | 0.30 | $ 108.00 |
| Litigation Contested Matters(excl assump/rejection motions | | | 29.00 | $ 16,012.00 |
| Meetings of & Communications with Creditors or the Comm | | | 15.40 | $ 8,140.00 |
| Non-Working Travel | | | 8.00 | $ 1,680.00 |
| Plan & Disclosure Statement (including business plan) | | | 2.30 | $ 1,269.00 |
| Relief from Stay/Adequate Protection Proceedings | | | 0.20 | $ 101.00 |
| Restructurings | | | 0.40 | $ 260.00 |
| | | | 183.70 | $ 88,916.50 |

## **EXHIBIT B**

SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION

| Name | Title | Section | Date of First Admission | Fees Billed | Hours Billed | Hourly Rate Billed in This Application | Hourly Rate Billed in First Interim Application | Number of Rate Increases Since Case Inception |
|---|---|---|---|---|---|---|---|---|
| Katona, Shanti M. | Shareholder | FR Bankruptcy and Restructuring | 05/01/2007 | $ 1,050.00 | 2.50 | 420 | 420 | 0 |
| Ward, Chris A. | Shareholder | FR Bankruptcy and Restructuring | 12/15/1999 | $ 45,500.00 | 70.00 | 650 | 650 | 0 |
| Edelson, Justin K. | Associate | FR Bankruptcy and Restructuring | 05/01/2007 | $ 32,340.00 | 81.00 | 420 | 420 | 0 |
| Vine, Jarrett K. | Associate | FR Bankruptcy and Restructuring | 01/01/2009 | $ 7,668.00 | 21.30 | 360 | 360 | 0 |
| Suprum, Lindsey M. | Paralegal | FR Bankruptcy and Restructuring | | $ 2,358.50 | 8.90 | 265 | 265 | 0 |
| | | | | $ 88,916.50 | 183.70 | 484 | | |

CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS

( See Guidelines C.3. for definitions of terms used in this Exhibit.)

| Category of Timekeeper (using categories already maintained by the firm) | BLENDED HOURLY RATE ||
|---|---|---|
| | BILLED OR COLLECTED<br><br>Firm or offices for preceding year, excluding bankruptcy | BILLED<br><br>In this fee application |
| Shareholder | $ 339.38 | $ 642.07 |
| Associate | $ 282.59 | $ 391.09 |
| Paralegal | $ 193.10 | $ 265.00 |
| **All timekeepers averaged** | $ 271.69 | $ 432.72 |

49091408.1

**EXHIBIT C**

50027693.1

**SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY**

(See Guidelines C.8. for project category information.)

| Category | Amount |
|---|---|
| Document Reproduction | $ 1,122.30 |
| Docket Charges | $ 342.40 |
| Deliveries | $ 373.70 |
| Meals | $ 426.06 |
| Miscellaneous | $ 30.00 |
| Transcript of Proceedings | $ 314.60 |
| Transportation | $ 192.00 |
|  | $ 2,801.06 |

49091408.1

## EXHIBIT D

**Detailed Description of Expenses and Disbursements**

50027693.1



# Invoice Detail

For Professional Services Through 1/31/15  
File No. 078582-475724  
**Re: Chapter 11 Bankruptcy**

Page 69  
February 26, 2015  
Invoice No: 1149180

## Disbursements

| Date | Description | Amount |
|---|---|---:|
| 10/20/14 | Deliveries Reliable Wilmington Hand delivery courier service | $7.50 |
| 10/21/14 | Deliveries Reliable Wilmington Hand delivery courier service | 7.50 |
| 10/28/14 | Deliveries Reliable Wilmington Hand Delivery Courier Service | 150.00 |
| 10/28/14 | Docket Charges Reliable Wilmington CM/ECF printing pleadings | 342.40 |
| 11/06/14 | Deliveries Reliable Wilmington | 10.00 |
| 11/11/14 | Deliveries Reliable Wilmington Hand Delivery Courier Service | 7.50 |
| 12/09/14 | Deliveries Reliable Wilmington Bankruptcy mail-out service | 49.95 |
| 12/17/14 | Deliveries Reliable Wilmington Hand Delivery Service | 7.50 |
| 12/22/14 | Document Reproduction Reliable Wilmington Print documents and hand delivery courier service. | 1,122.30 |
| 12/30/14 | Transcript of Proceedings Veritext New York Reporting Co. ELECTRONIC COPY | 24.00 |
| 01/04/15 | Meals DLS Discovery LLC | 156.23 |
| 01/13/15 | Meals Meal 1 | 49.95 |
| 01/13/15 | Deliveries Reliable Wilmington Hand Delivery Courier Service Bankruptcy Mailout Services | 9.75 |
| 01/13/15 | Deliveries Reliable Wilmington Dig Print BW | 79.00 |
| 01/14/15 | Transcript of Proceedings Veritext New York Reporting Co. Certified Transcript Electronic Copy Shipping and Handling- Expedited | 185.00 |
| 01/15/15 | Transportation Justin K. Edelson to/from NY for committee meeting | 144.00 |
| 01/15/15 | Transportation Justin K. Edelson to/from NY for committee meeting (AMTRAK CHANGE FEE) | 43.00 |
| 01/15/15 | Meals Justin K. Edelson COMMITTEE MEETINGS | 16.65 |
| 01/15/15 | Transportation Justin K. Edelson COMMITTE MEETINGS | 5.00 |
| 01/18/15 | Meals DLS Discovery LLC | 133.23 |
| 01/18/15 | Deliveries DLS Discovery LLC | 15.00 |
| 01/18/15 | Deliveries DLS Discovery LLC | 15.00 |
| 01/21/15 | Transcript of Proceedings Veritext New York Reporting Co. Electronic Copy | 84.00 |
| 01/29/15 | Miscellaneous Telephonic Appearance A6709030 | 30.00 |
| 01/29/15 | Meals Meal 1 | 70.00 |
| 01/29/15 | Transcript of Proceedings Veritext New York Reporting Co. transcript electronic copy | 21.60 |
| 01/31/15 | Deliveries DLS Discovery LLC | 15.00 |
| | **Total Disbursements** | **$2,801.06** |

Total Disbursements                                                                 2,801.06