In The United States Bankruptcy Court for THE DISTRICT of Delware

March 9, 2015
CHApter II

Case NO: 14-10979 (CSS)
Jointly Administered

Energy Future Holdings Corp. etal,
Debtors

SIXTH OMNIBUS (SUBTANTIVE) OBJECTION TO (INSUFFICIENT DOCUMENTATION) CLAIMS

Re: 3389 Docket NO:
Date Filed 3-6-15
1-9-15
2-5-13
2-9-15
2-6-15

Energy Future Intermediate Holding Company LLC and EFIH FINANCE INC.
Plaintiffs,
v.
UMB BANK, N.A., & INDENTURE TRUSTEE, Defendant.

(Adversary Proceeding NO: 14-51002 (CSS))

March 9, 2015, time 10:30 AM less
Epic System Express Envelope
Response/objections Recived:

Reponse/objection Deadline:
Notice of AGENDA of MAtters Scheduled for Hearing on March 10, 2015 to, Nov 18, 2014, March 3, 2015, further entended to April 7, 2015 at 4:00 pm

THE Hearing on this matter has been continued to the omnibus hearing Scheduled for April 14, 2015 Starting at 9:30 AM. (EDT). = I JoAnn M. Robinson Filed for All Hearing In the United States Bankruptcy Court for THE District of Delware

Response April 7, 2015 or April 14, 2015, April 20, 2015

Held Before THE Honorable Christopher S. Sontchi, at THE United States Bankruptcy Court for the District of Delware, 824 North Market Street, 5th Floor, Court Room 6, Wilmington, Delware 19801, ... THANK YOU  Any Question contact me 972-898-7183 or 214-718-8961