# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311–1 | User: LeslieM | Date Created: 3/18/2015 |
| Case: 14–10979–CSS | Form ID: ntcBK | Total: 44 |

**Recipients of Notice of Electronic Filing:**
```
ust     United States Trustee        USTPREGION03.WL.ECF@USDOJ.GOV
aty     Andrea Beth Schwartz         andrea.b.schwartz@usdoj.gov
aty     Brian Schartz                bschartz@kirkland.com
aty     Chad J. Husnick              chusnick@kirkland.com
aty     Daniel J. DeFranceschi       defranceschi@rlf.com
aty     David M. Klauder             dklauder@oeblegal.com
aty     Edward O. Sassower           esassower@kirkland.com
aty     Jason M. Madron              madron@rlf.com
aty     Jason M. Madron              madron@rlf.com
aty     Jason M. Madron              madron@rlf.com
aty     Mark D. Collins              collins@rlf.com
aty     Michael A. Rosenthal         mrosenthal@gibsondunn.com
aty     Peter Jonathon Young         pyoung@proskauer.com
aty     Richard L. Schepacarter      richard.schepacarter@usdoj.gov
aty     Shannon J. Dougherty         sdougherty@oeblegal.com
aty     Thomas F. Driscoll, III      tdriscoll@bifferato.com
aty     Tyler D. Semmelman           semmelman@rlf.com
aty     Tyler D. Semmelman           semmelman@rlf.com
aty     William A. Romanowicz        Romanowicz@rlf.com
```
TOTAL: 19

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
```
db      Energy Future Holdings Corp.    Energy Plaza    1601 Bryan Street    Dallas, TX 75201
aty     Andrew McGaan        Kirkland & Ellis LLP    300 North LaSalle    Chicago, IL 60654
aty     Anthony V. Sexton    Kirkland & Ellis LLP    300 North LaSalle    Chicago, IL 60654
aty     Bridget K. O'Connor  Kirkland & Ellis LLP    655 Fifteenth Street, N.W.    Washington, DC 20005
aty     Bryan M. Stephany    Kirkland & Ellis LLP    655 Fifteenth Street, N.W.    Washington, DC 20005
aty     Iskender H. Catto    McDermott Will & Emery LLP    340 Madison Avenue    New York, NY 10173
aty     James H.M. Sprayregen    Kirkland & Ellis LLP    601 Lexington Avenue    New York, NY 10022
aty     Jeff J. Marwil    Proskauer Rose LLP    Three First National Plaza    70 W. Madison Street    Suite 3800    Chicago, IL 60602
aty     Jeremy L. Graves    GIBSON DUNN & CRUTCHER LLP    1801 California Street    Suite 4200    Denver, CO 80202–2642
aty     Jeremy L. Retherford    Balch & Bingham LLP    1901 Sixth Avenue North    Suite 1500    Birmingham, AL 35203–4602
aty     Marc Kieselstein    Kirkland & Ellis LLP    300 North LaSalle    Chicago, IL 60654
aty     Mark E. McKane, Esq.    Kirkland & Ellis LLP    555 California Street    San Francisco, CA 94104
aty     Mark K. Thomas    Proskauer Rose LLP    Three First National Plaza    70 W. Madison Street    Suite 3800    Chicago, IL 60602
aty     Michael B. Slade    Kirkland & Ellis LLP    300 North LaSalle    Chicago, IL 60654
aty     Michael L. Raiff    Gibson Dunn & Crutcher LLP    2100 McKinney Avenue    Dallas, TX 75201
aty     Michael P. Esser    Kirkland & Ellis LP    555 California Street    San Francisco, CA 94104
aty     P. Stephen Gidiere, III    Balch & Bingham LLP    1901 Sixth Avenue North    Suite 1500    Birmingham, AL 35203–4642
aty     Richard M. Cieri    Kirkland & Ellis LLP    601 Lexington Avenue    New York, NY 10022–4611
aty     Richard U.S. Howell    Kirkland & Ellis LLP    300 North LaSalle    Chicago, IL 60654
aty     Stephen E. Hessler    Kirkland & Ellis LLP    601 Lexington Avenue    New York, NY 10022
aty     Steven N. Serajeddini    Kirkland & Ellis LLP    300 North LaSalle    Chicago, IL 60654
aty     Todd F. Maynes    Kirkland & Ellis LLP    300 North LaSalle    Chicago, IL 60654
aty     W. Clark Watson    Balch & Bingham LLP    1901 Sixth Avenue North    Suite 1500    Birmingham, AL 35203–4642
aty     William Guerrieri    Kirkland & Ellie LLP    300 North LaSalle    Chicago, IL 60654
aty     William T. Pruitt    Kirkland & Ellis LLP    300 North LaSalle    Chicago, IL 60654
```
TOTAL: 25