## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| Debtors.[1] | (Jointly Administered) |
| | **Re: D.I. 3903, 3906, 3930** |

### NOTICE OF *TELEPHONIC* HEARING

PLEASE TAKE NOTICE that, on August 13, 2014, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered its **Order Establishing Discovery Procedures in Connection with Legacy Discovery of Energy Future Holdings Corporation, Its Affiliates, and Certain Third Parties and Other Related Matters** [D.I. 1832] (as amended by the **Notice of Agreement to Extend Deadlines in Order Establishing Discovery Procedures in Connection with Legacy Discovery of Energy Future Holdings Corporation, Its Affiliates, and Certain Third Parties and Other Related Matters** [D.I. 2748], filed November 12, 2014, the "Legacy Protocol") in the above-captioned chapter 11 cases.

PLEASE TAKE FURTHER NOTICE that, pursuant to Paragraphs 8(d) and 14 of the Legacy Protocol, on March 13, 2015, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed a letter brief (see D.I. 3903; the "Letter Brief") seeking entry of an order of the Bankruptcy Court modifying Paragraph 8(c) of the Legacy Protocol to permit: (1) completion by March 27, 2015 of the Debtors' production of responsive non-privileged documents identified during the privilege review, and (2) completion of privilege logs shortly thereafter but no

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

later than April 15, 2015, in order to provide adequate time for the Debtors to complete their rolling submission of privilege logs.

PLEASE TAKE FURTHER NOTICE that, on March 16, 2015 (see D.I. 3906) and March 18, 2015 (see D.I. 3930) respectively, the official committee of unsecured creditors of Energy Future Competitive Holdings Company LLC ("EFCH"), Texas Competitive Electric Holdings Company LLC ("TCEH"), the direct and indirect Debtor subsidiaries of EFCH and TCEH, and EFH Corporate Services Company (the "TCEH Creditors' Committee") and the Ad Hoc Committee of TCEH Unsecured Noteholders filed letters with the Bankruptcy Court in response to the Letter Brief.

PLEASE TAKE FURTHER NOTICE that the Bankruptcy Court has scheduled a *telephonic only* hearing to consider the issues raised in the Letter Brief and the responses filed by the TCEH Creditors' Committee and the Ad Hoc Committee of TCEH Unsecured Noteholders thereto for **March 27, 2015 starting at 4:00 p.m. (Eastern Daylight Time)** (the "Telephonic Hearing"), to be held before The Honorable Christopher S. Sontchi, United States Bankruptcy Judge, at the Bankruptcy Court.

PLEASE TAKE FURTHER NOTICE that, in accordance with the *Instructions for Telephonic Appearances Effective April 5, 2005, Revised April 27, 2009*, all parties wishing to appear at the Telephonic Hearing must contact CourtCall via telephone (for callers calling from within the United States of America:  866-582-6878; for callers calling from outside of the United States of America:  310-743-1886) or facsimile (for parties sending facsimiles from within the United States of America:  866-533-2946; for parties sending facsimiles from outside of the United States of America:  310-743-1850) no later than **12:00 p.m. (noon) (Eastern Daylight Time) on March 26, 2015** to register their telephonic appearances.

Dated: March 19, 2015
      Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Facsimile:     (302) 651-7701
Email:           collins@rlf.com
                    defranceschi@rlf.com
                    madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900
Email:           edward.sassower@kirkland.com
                    stephen.hessler@kirkland.com
                    brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email:           james.sprayregen@kirkland.com
                    marc.kieselstein@kirkland.com
                    chad.husnick@kirkland.com
                    steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession

RLF1 11699443v.1