## **EXHIBIT A**

**Statement of Fees and Expenses By Subject Matter**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---:|---|---:|---:|
| 3 | [ALL] Automatic Stay | 19.80 | $8,484.50 |
| 4 | [ALL] Bond Issue | 6.90 | $5,667.00 |
| 6 | [ALL] Case Administration | 119.30 | $64,071.50 |
| 8 | [ALL] Claims Administration & Objections | 258.80 | $145,192.50 |
| 9 | [ALL] Contested Matters & Adv. Proceed. | 4,257.30 | $2,506,313.50 |
| 10 | [ALL] Corp. Governance and Sec. Issues | 478.70 | $390,111.00 |
| 11 | [ALL] Exec. Contracts & Unexpired Leases | 27.20 | $16,763.00 |
| 12 | [ALL] Hearings | 35.80 | $34,236.00 |
| 14 | [ALL] K&E Retention and Fee Applications | 639.90 | $304,528.50 |
| 16 | [ALL] Non-Debtor Affiliates | 3.90 | $2,593.50 |
| 17 | [ALL] Non-K&E Retentions & Fee Apps | 146.00 | $113,542.50 |
| 18 | [ALL] Non-Working Travel | 117.30 | $111,381.00 |
| 19 | [ALL] Official Committee Issues & Meet. | 19.40 | $17,317.50 |
| 21 | [ALL] Plan and Disclosure Statements | 1,496.60 | $1,307,744.00 |
| 26 | [ALL] Retiree and Employee Issues/OPEB | 72.90 | $61,898.50 |
| 28 | [ALL] Shared Services | 4.60 | $2,393.00 |
| 29 | [ALL] Tax Issues | 866.70 | $753,282.00 |
| 30 | [ALL] U.S. Trustee Issues | 0.60 | $399.00 |
| 32 | [ALL] Valuation | 230.10 | $134,235.50 |
| 34 | [TCEH] Asset Dispositions and Purchases | 44.30 | $28,595.50 |
| 35 | [TCEH] Automatic Stay | 160.70 | $96,521.00 |
| 36 | [TCEH] Bond Issues | 6.60 | $4,389.00 |
| 37 | [TCEH] Business Operations | 4.70 | $3,146.00 |
| 38 | [TCEH] Cash Collateral and DIP Financing | 23.60 | $15,552.00 |
| 39 | [TCEH] Claims Administration & Objection | 85.80 | $57,124.50 |
| 40 | [TCEH] Contested Matters & Advers. Proc. | 352.80 | $285,024.50 |
| 41 | [TCEH] Corp. Governance and Sec. Issues | 3.90 | $3,803.00 |
| 42 | [TCEH] Environmental Issues | 0.40 | $382.00 |
| 46 | [TCEH] Non-Debtor Affiliates | 0.40 | $247.50 |
| 47 | [TCEH] Non-K&E Retention & Fee Apps | 5.80 | $4,874.00 |
| 49 | [TCEH] Official Committee Issues & Meet. | 4.50 | $4,297.50 |
| 57 | [TCEH] Trading and Hedging Contracts | 7.70 | $3,523.00 |
| 62 | [TCEH] Vendor and Other Creditor Issues | 28.90 | $17,943.50 |
| 66 | [EFIH] Cash Collat./DIP Finan./Makewhole | 282.00 | $247,321.50 |
| 68 | [EFIH] Contested Matters & Advers. Pro. | 579.90 | $446,029.50 |
| 69 | [EFIH] Corp. Governance and Sec. Issues | 4.50 | $3,309.50 |
| 72 | [EFIH] Non-K&E Retention & Fee Applicat. | 2.70 | $1,795.50 |
| 73 | [EFIH] Non-Working Travel | 5.40 | $5,735.00 |
| 74 | [EFIH] Official Committee Issues & Meet. | 9.30 | $7,437.50 |
| 76 | [EFIH] Plan / Disclosure Statement | 0.50 | $487.50 |
| 86 | [EFH] Contested Matters & Advers. Proc. | 16.70 | $13,540.50 |
| 87 | [EFH] Corp. Governance and Sec. Issues | 0.90 | $940.00 |
| 89 | [EFH] EFH Properties | 1.80 | $1,197.00 |
| 94 | [EFH] Non-K&E Retention & Fee Apps | 6.40 | $4,256.00 |
| 96 | [EFH] Official Committee Issues & Meet. | 6.80 | $7,438.50 |
| 103 | [EFH] Shared Services | 0.50 | $572.50 |
| 108 | [TCEH] Exec. Contracts & Unexpired Lease | 17.30 | $11,090.50 |
| **Totals:** | | **10,466.60** | **$7,256,728.00** |

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $9,869.47 |
| Standard Copies or Prints | $4,838.60 |
| Binding | $12.60 |
| Color Copies or Prints | $8,456.40 |
| Scanned Images | $18.70 |
| Production Blowbacks | $1,155.80 |
| Flash Drives | $20.00 |
| Postage | $30.00 |
| Overnight Delivery | $485.92 |
| Outside Messenger Services | $925.04 |
| Local Transportation | $1,584.20 |
| Travel Expense | $20,529.93 |
| Airfare | $35,419.94 |
| Transportation to/from airport | $12,183.48 |
| Travel Meals | $1,874.13 |
| Other Travel Expenses | $1,537.58 |
| Court Reporter Fee/Deposition | $1,889.75 |
| Outside Computer Services | $2.13 |
| Outside Contract Attorney Expense | $198,009.00 |
| Outside Copy/Binding Services | $254.10 |
| Working Meals/K&E Only | $25.26 |
| Catering Expenses | $19,703.28 |
| Outside Retrieval Service | $685.69 |
| Computer Database Research | $11,601.40 |
| Westlaw Research | $22,878.98 |
| LexisNexis Research | $1,486.89 |
| Overtime Transportation | $4,770.61 |
| Overtime Meals - Non-Attorney | $216.62 |
| Overtime Meals - Attorney | $3,684.27 |
| Rental Expenses | $3,321.90 |
| **Total:** | **$367,471.67** |