# EXHIBIT B

**Attorneys and Paraprofessionals' Information**

The K&E attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Mike Beinus | Partner | 1999 | Taxation | 1,220.00 | 1.00 | $1,220.00 |
| Jack N Bernstein | Partner | 1995 | Employee Benefits | 1,025.00 | 15.20 | $15,580.00 |
| Andrew Calder, P.C. | Partner | 2003 | Corporate - M&A/Private Equity | 1,245.00 | 57.10 | $71,089.50 |
| Jeanne T Cohn-Connor | Partner | 1985 | Environment - Transactional | 955.00 | 16.20 | $15,471.00 |
| Cormac T Connor | Partner | 2002 | Litigation - Gov/Reg/Internal Investgn | 845.00 | 188.10 | $158,944.50 |
| Gregory W Gallagher, P.C. | Partner | 1997 | Taxation | 1,275.00 | 113.00 | $144,075.00 |
| Jonathan F Ganter | Partner | 2010 | Litigation - General | 825.00 | 161.90 | $133,567.50 |
| Jeffrey M Gould | Partner | 2006 | Litigation - General | 880.00 | 188.80 | $166,144.00 |
| William Guerrieri | Partner | 2008 | Restructuring | 895.00 | 31.20 | $27,924.00 |
| Erik Hepler | Partner | 1990 | Corporate - Debt Finance | 1,060.00 | 6.30 | $6,678.00 |
| Stephen E Hessler | Partner | 2001 | Restructuring | 1,060.00 | 179.40 | $190,164.00 |
| Richard U S Howell | Partner | 2006 | Litigation - General | 880.00 | 133.10 | $117,128.00 |
| Reid Huefner | Partner | 2007 | IP - Litigation | 845.00 | 98.90 | $83,570.50 |
| Chad J Husnick | Partner | 2004 | Restructuring | 975.00 | 156.00 | $152,100.00 |
| Marc Kieselstein, P.C. | Partner | 1988 | Restructuring | 1,235.00 | 98.50 | $121,647.50 |
| Michelle Kilkenney | Partner | 2002 | Corporate - Debt Finance | 1,060.00 | 16.70 | $17,702.00 |
| Gregg G Kirchhoefer, P.C. | Partner | 1982 | IP - Transactional | 1,145.00 | 0.50 | $572.50 |
| William A Levy, P.C. | Partner | 1988 | Taxation | 1,275.00 | 13.20 | $16,830.00 |
| Todd F Maynes, P.C. | Partner | 1988 | Taxation | 1,375.00 | 79.30 | $109,037.50 |
| Andrew R McGaan, P.C. | Partner | 1986 | Litigation - General | 1,090.00 | 182.60 | $199,034.00 |
| Mark E McKane | Partner | 1997 | Litigation - General | 1,025.00 | 165.30 | $169,432.50 |
| Amber J Meek | Partner | 2009 | Corporate - M&A/Private Equity | 930.00 | 90.60 | $84,258.00 |
| Andres Mena | Partner | 2001 | Corporate - Debt Finance | 1,060.00 | 3.10 | $3,286.00 |
| Dennis M. Myers, P.C. | Partner | 1996 | Corporate - Capital Markets | 1,245.00 | 3.50 | $4,357.50 |
| Linda K Myers, P.C. | Partner | 1990 | Corporate - Debt Finance | 1,325.00 | 23.10 | $30,607.50 |
| JoAnne Nagjee | Partner | 2009 | Taxation | 945.00 | 10.00 | $9,450.00 |
| Matthew E Papez, P.C. | Partner | 1999 | Litigation - General | 935.00 | 32.00 | $29,920.00 |
| Daniel Perlman, P.C. | Partner | 1985 | Real Estate | 1,145.00 | 5.40 | $6,183.00 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Michael A Petrino | Partner | 2008 | Litigation - General | 825.00 | 186.00 | $153,450.00 |
| Scott D Price | Partner | 1990 | Executive Compensation | 1,245.00 | 5.20 | $6,474.00 |
| William T Pruitt | Partner | 2004 | Litigation - General | 895.00 | 59.10 | $52,894.50 |
| Brenton A Rogers | Partner | 2007 | Litigation - General | 895.00 | 86.50 | $77,417.50 |
| David Rosenberg | Partner | 2005 | Real Estate | 895.00 | 5.40 | $4,833.00 |
| Joshua Samis | Partner | 2005 | Corporate - Debt Finance | 930.00 | 12.50 | $11,625.00 |
| Edward O Sassower, P.C. | Partner | 2000 | Restructuring | 1,235.00 | 149.60 | $184,756.00 |
| Brian E Schartz | Partner | 2008 | Restructuring | 930.00 | 162.60 | $151,218.00 |
| Edward Schneidman, P.C. | Partner | 1980 | Corporate - Capital Markets | 1,125.00 | 5.10 | $5,737.50 |
| Michael B Slade | Partner | 1999 | Litigation - General | 995.00 | 10.80 | $10,746.00 |
| James H M Sprayregen, P.C. | Partner | 1985 | Restructuring | 1,325.00 | 137.60 | $182,320.00 |
| Bryan M Stephany | Partner | 2007 | Litigation - General | 880.00 | 214.60 | $188,848.00 |
| Wayne E Williams | Partner | 2006 | Corporate - Capital Markets | 955.00 | 4.20 | $4,011.00 |
| Sara B Zablotney | Partner | 2003 | Taxation | 1,165.00 | 54.00 | $62,910.00 |
| Julia Allen | Associate | 2012 | Litigation - General | 635.00 | 137.30 | $87,185.50 |
| Cristina Almendarez | Associate | 2014 | IP - Litigation | 480.00 | 15.00 | $7,200.00 |
| James Barolo | Associate | 2014 | Litigation - General | 480.00 | 73.90 | $35,472.00 |
| Andrew Barton | Associate | 2010 | Executive Compensation | 845.00 | 9.80 | $8,281.00 |
| Rebecca Blake Chaikin | Associate | Pending | Restructuring | 480.00 | 158.90 | $76,272.00 |
| Katherine Bolanowski | Associate | 2009 | Corporate - Debt Finance | 845.00 | 19.50 | $16,477.50 |
| Megan Byrne | Associate | Pending | Litigation - General | 480.00 | 24.30 | $11,664.00 |
| Kevin Chang | Associate | 2014 | Litigation - General | 480.00 | 77.00 | $36,960.00 |
| Elizabeth S Dalmut | Associate | 2013 | Litigation - General | 555.00 | 31.60 | $17,538.00 |
| Alexander Davis | Associate | 2012 | Litigation - General | 635.00 | 145.20 | $92,202.00 |
| George Desh | Associate | 2011 | IP - Litigation | 710.00 | 16.00 | $11,360.00 |
| Joseph F. Edell | Associate | 2009 | IP - Litigation | 755.00 | 73.80 | $55,719.00 |
| Michael Esser | Associate | 2009 | Litigation - General | 795.00 | 127.00 | $100,965.00 |
| Jason Fitterer | Associate | 2012 | IP - Litigation | 635.00 | 30.10 | $19,113.50 |
| Noah S Frank | Associate | 2013 | IP - Litigation | 555.00 | 15.10 | $8,380.50 |
| Michael Gawley | Associate | 2013 | Litigation - General | 555.00 | 35.10 | $19,480.50 |
| Emily Geier | Associate | 2012 | Restructuring | 730.00 | 227.60 | $166,148.00 |
| Haris Hadzimuratovic | Associate | 2008 | Litigation - General | 755.00 | 56.50 | $42,657.50 |
| Beatrice Hahn | Associate | 2013 | IP - Litigation | 635.00 | 77.40 | $49,149.00 |
| Elliot C Harvey Schatmeier | Associate | 2014 | Litigation - General | 555.00 | 11.70 | $6,493.50 |
| Inbal Hasbani | Associate | 2010 | Litigation - General | 755.00 | 26.70 | $20,158.50 |
| Sean F Hilson | Associate | 2013 | Restructuring | 570.00 | 8.60 | $4,902.00 |
| Natasha Hwangpo | Associate | 2014 | Restructuring | 570.00 | 79.70 | $45,429.00 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Vinu Joseph | Associate | 2013 | Litigation - General | 555.00 | 120.00 | $66,600.00 |
| Lina Kaisey | Associate | Pending | Restructuring | 480.00 | 147.60 | $70,848.00 |
| Howard Kaplan | Associate | 2011 | Litigation - General | 710.00 | 41.80 | $29,678.00 |
| Austin Klar | Associate | 2013 | Litigation - General | 555.00 | 28.00 | $15,540.00 |
| Lucas J Kline | Associate | 2009 | Litigation - General | 795.00 | 253.70 | $201,691.50 |
| Max Klupchak | Associate | 2011 | Corporate - M&A/Private Equity | 795.00 | 2.20 | $1,749.00 |
| Sam Kwon | Associate | 2013 | IP - Litigation | 635.00 | 92.30 | $58,610.50 |
| Nick Laird | Associate | 2013 | Litigation - General | 555.00 | 60.70 | $33,688.50 |
| Christine Lehman | Associate | 2014 | Taxation | 495.00 | 1.50 | $742.50 |
| Teresa Lii | Associate | 2014 | Restructuring | 570.00 | 164.60 | $93,822.00 |
| Jeffrey Lula | Associate | 2010 | Litigation - General | 755.00 | 60.40 | $45,602.00 |
| Christopher J Maner | Associate | 2012 | Litigation - General | 635.00 | 54.10 | $34,353.50 |
| Allison McDonald | Associate | 2013 | Litigation - General | 555.00 | 24.70 | $13,708.50 |
| Eric Merin | Associate | 2014 | Litigation - General | 555.00 | 60.00 | $33,300.00 |
| Timothy Mohan | Associate | 2014 | Restructuring | 570.00 | 83.90 | $47,823.00 |
| Roxana Mondragon-Motta | Associate | 2011 | Litigation - General | 710.00 | 56.50 | $40,115.00 |
| Madelyn Morris | Associate | 2014 | Litigation - General | 480.00 | 27.30 | $13,104.00 |
| Michael Muna | Associate | 2013 | Corporate - General | 480.00 | 5.80 | $2,784.00 |
| Brett Murray | Associate | 2013 | Restructuring | 665.00 | 89.50 | $59,517.50 |
| Veronica Nunn | Associate | 2010 | Corporate - General | 730.00 | 40.60 | $29,638.00 |
| Patrick Park | Associate | 2014 | IP - Litigation | 480.00 | 80.90 | $38,832.00 |
| Samara L Penn | Associate | 2010 | Litigation - General | 755.00 | 83.80 | $63,269.00 |
| Jonah Peppiatt | Associate | Pending | Restructuring | 570.00 | 136.00 | $77,520.00 |
| Alan Rabinowitz | Associate | 2010 | IP - Litigation | 710.00 | 29.80 | $21,158.00 |
| Carleigh T Rodriguez | Associate | 2013 | Environment - Transactional | 570.00 | 9.90 | $5,643.00 |
| Bradford B Rossi | Associate | 2011 | Corporate - General | 730.00 | 26.20 | $19,126.00 |
| Jeremy Roux | Associate | 2014 | IP - Litigation | 480.00 | 33.60 | $16,128.00 |
| Mark Salomon | Associate | Pending | Litigation - General | 480.00 | 30.90 | $14,832.00 |
| Alexandra Samowitz | Associate | Pending | Litigation - General | 480.00 | 27.90 | $13,392.00 |
| Max Schlan | Associate | 2012 | Restructuring | 665.00 | 145.00 | $96,425.00 |
| Mark F Schottinger | Associate | 2012 | Litigation - General | 635.00 | 101.00 | $64,135.00 |
| Steven Serajeddini | Associate | 2010 | Restructuring | 845.00 | 196.90 | $166,380.50 |
| Anthony Sexton | Associate | 2011 | Taxation | 685.00 | 158.30 | $108,435.50 |
| Christina Sharkey | Associate | 2014 | IP - Litigation | 480.00 | 31.80 | $15,264.00 |
| Stephanie Shropshire | Associate | 2014 | Litigation - General | 555.00 | 38.50 | $21,367.50 |
| Ellen Sise | Associate | Pending | Litigation - General | 480.00 | 22.60 | $10,848.00 |
| Aaron Slavutin | Associate | 2011 | Restructuring | 665.00 | 122.10 | $81,196.50 |
| Justin Sowa | Associate | 2013 | Litigation - General | 635.00 | 97.40 | $61,849.00 |
| Benjamin Steadman | Associate | Pending | Restructuring | 480.00 | 217.10 | $104,208.00 |
| Sarah Stock | Associate | 2013 | Litigation - General | 555.00 | 12.40 | $6,882.00 |
| Thayne Stoddard | Associate | Pending | Litigation - General | 480.00 | 13.80 | $6,624.00 |
| Jessica Subler | Associate | 2014 | Corporate - General | 570.00 | 1.40 | $798.00 |
| Nathan Taylor | Associate | Pending | Litigation - General | 480.00 | 19.50 | $9,360.00 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Adam Teitcher | Associate | 2013 | Litigation - General | 635.00 | 109.50 | $69,532.50 |
| Anna Terteryan | Associate | 2014 | Litigation - General | 480.00 | 55.60 | $26,688.00 |
| Stephanie S Thibault | Associate | 2009 | Litigation - General | 795.00 | 4.60 | $3,657.00 |
| Steven Torrez | Associate | 2014 | Restructuring | 480.00 | 132.30 | $63,504.00 |
| Holly R Trogdon | Associate | 2014 | Litigation - General | 480.00 | 174.80 | $83,904.00 |
| Andrew J Welz | Associate | 2011 | Litigation - General | 755.00 | 218.90 | $165,269.50 |
| Jason Whiteley | Associate | 2010 | Corporate - General | 845.00 | 36.00 | $30,420.00 |
| Charles D Wineland, III | Associate | 2013 | IP - Litigation | 555.00 | 117.60 | $65,268.00 |
| Sara Winik | Associate | 2014 | Litigation - General | 480.00 | 27.60 | $13,248.00 |
| Spencer A Winters | Associate | 2013 | Restructuring | 570.00 | 252.50 | $143,925.00 |
| Aparna Yenamandra | Associate | 2013 | Restructuring | 665.00 | 187.90 | $124,953.50 |
| **Grand Total** | | | | | **9,010.30** | **$6,829,380.50** |

The paraprofessionals of K&E who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Stephanie Ding | Case Assistant | 1 year | Litigation - General | 210.00 | 76.40 | $16,044.00 |
| Jason Douangsanith | Case Assistant | 2 months | Litigation - General | 195.00 | 55.50 | $10,822.50 |
| John Nedeau | Case Assistant | 1 year | Restructuring | 180.00 | 16.40 | $2,952.00 |
| Gary A Duncan | Legal Assistant | 6 years | Litigation - General | 300.00 | 243.00 | $72,900.00 |
| Michael S Fellner | Legal Assistant | 9.5 years | Litigation - General | 265.00 | 21.50 | $5,697.50 |
| Beth Friedman | Legal Assistant | 10 years | Restructuring | 380.00 | 8.80 | $3,344.00 |
| Jacob Goldfinger | Legal Assistant | 10 years | Restructuring | 340.00 | 53.40 | $18,156.00 |
| Shavone Green | Legal Assistant | 1.5 years | Restructuring | 280.00 | 11.00 | $3,080.00 |
| Lisa A Horton | Legal Assistant | 13 years | Litigation - General | 350.00 | 97.00 | $33,950.00 |
| Adrienne Levin | Legal Assistant | 7.5 years | Litigation - General | 330.00 | 91.10 | $30,063.00 |
| Maureen McCarthy | Legal Assistant | 12 years | Restructuring | 350.00 | 1.70 | $595.00 |
| Carrie Oppenheim | Legal Assistant | 6 years | Restructuring | $310.00 | 4.00 | $1,240.00 |
| Robert Orren | Legal Assistant | 4 years | Restructuring | 310.00 | 61.80 | $19,158.00 |
| Sharon G Pace | Legal Assistant | 2 years | Litigation - General | 265.00 | 66.10 | $17,516.50 |
| Meghan Rishel | Legal | 9 months | Litigation - | 265.00 | 125.50 | $33,257.50 |

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| | Assistant | | General | | | |
| Laura Saal | Legal Assistant | 12 years | Restructuring | 320.00 | 3.90 | $1,248.00 |
| Kenneth J Sturek | Legal Assistant | 15 years | Litigation - General | 350.00 | 42.90 | $15,015.00 |
| Colleen C Caamano | Litigation Suppt Cons | 2.5 years | Litigation - General | 310.00 | 63.80 | $19,778.00 |
| Jason Goodman | Litigation Suppt Cons | 9 years | Litigation - General | 310.00 | 2.40 | $744.00 |
| William G Marx | Litigation Suppt Cons | 4.5 years | Litigation - General | 315.00 | 18.80 | $5,922.00 |
| Chad M Papenfuss | Litigation Suppt Cons | 1.5 years | Litigation - General | 315.00 | 172.60 | $54,369.00 |
| Katelyn Ye | Litigation Suppt Cons | 12 years | Litigation - General | 310.00 | 3.10 | $961.00 |
| Mark Cuevas | Litigation Suppt Spec | 2 years | Litigation - General | 310.00 | 47.80 | $14,818.00 |
| Stephanie D Frye | Other | 6.5 years | Admin Services | 290.00 | 46.40 | $13,456.00 |
| Stephen Garoutte | Other | 2 years | Admin Services | 240.00 | 3.50 | $840.00 |
| Allison Graybill | Other | 1.5 years | Admin Services | 240.00 | 59.90 | $14,376.00 |
| Daniel Hill | Other | 2 years | Admin Services | 215.00 | 3.00 | $645.00 |
| Elaine Santucci | Other | 1 year | Admin Services | 215.00 | 2.70 | $580.50 |
| Linda A Scussel | Other | 10 years | Admin Services | 330.00 | 40.30 | $13,299.00 |
| Michele Cohan | Project Assistant | 3 months | Restructuring | 195.00 | 12.00 | $2,520.00 |
| **Grand Total** | | | | | **1,456.30** | **$427,347.50** |

| | | |
|---|---|---|
| | **Total Fees Requested** | **$7,256,728.00** |