# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

## ALL - Expense Summary

| Service Description | Amount |
|---|---|
| Third Party Telephone Charges | $9,869.47 |
| Standard Copies or Prints | $4,050.40 |
| Binding | $12.60 |
| Color Copies or Prints | $7,682.10 |
| Production Blowbacks | $1,155.80 |
| Flash Drives | $20.00 |
| Postage | $30.00 |
| Overnight Delivery | $485.92 |
| Outside Messenger Services | $925.04 |
| Local Transportation | $1,584.20 |
| Travel Expense | $20,529.93 |
| Airfare | $35,419.94 |
| Transportation to/from airport | $12,183.48 |
| Travel Meals | $1,874.13 |
| Other Travel Expenses | $1,537.58 |
| Court Reporter Fee/Deposition | $1,889.75 |
| Outside Computer Services | $2.13 |
| Outside Contract Attorney Expense | $198,009.00 |
| Outside Copy/Binding Services | $254.10 |
| Working Meals/K&E Only | $25.26 |
| Catering Expenses | $19,703.28 |
| Outside Retrieval Service | $685.69 |
| Computer Database Research | $11,601.40 |
| Westlaw Research | $22,878.98 |
| LexisNexis Research | $1,486.89 |
| Overtime Transportation | $4,770.61 |
| Overtime Meals - Non-Attorney | $216.62 |
| Overtime Meals - Attorney | $3,684.27 |
| Rental Expenses | $3,321.90 |
| **Total:** | **$365,890.47** |

## **TCEH - Expense Summary**

| Service Description | Amount |
|---|---:|
| Standard Copies or Prints | $237.80 |
| Color Copies or Prints | $314.40 |
| **Total:** | **$552.20** |

## EFIH - Expense Summary

| Service Description | Amount |
|---|---:|
| Standard Copies or Prints | $370.10 |
| Color Copies or Prints | $275.70 |
| **Total:** | **$645.80** |

## **EFH - Expense Summary**

| Service Description | Amount |
|---|---:|
| Standard Copies or Prints | $180.30 |
| Color Copies or Prints | $184.20 |
| Scanned Images | $18.70 |
| **Total:** | **$383.20** |