# EXHIBIT A

## Statement of Fees by Subject Matter

| Description | Total Billed Hours | Total Fees |
|---|---|---|
| PROFESSIONAL RETENTIONS | 0.3 | $49.50 |
| CASE ADMINISTRATION/GENERAL MATTERS | 0.3 | $49.50 |
| FEE APPLICATIONS- OTHERS | 5.6 | $2,616.00 |
| FEE APPLICATIONS-S&L | 22.9 | $6,936.50[1] |
| PLEADINGS, MOTIONS AND BRIEFS | 0.9 | $409.50 |
| **TOTAL** | **30.0** | **$10,061.00** |

---

[1] Incorporates $2,750.00 in voluntary reduction.

SL1 1355448v1 109285.00006