## <u>EXHIBIT C</u>

**Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | Amount |
|---|---|
| CELL PHONE – J. HUSTON | $6.60 |
| COMPUTER RESEARCH – PACER | $100.60 |
| DOCUMENT REPRODUCTION | $81.10 |
| PHONE CHARGES – CONFERENCE CALLS | $2.95 |
| **TOTAL** | **$ 191.25** |