# EXHIBIT D

## Detailed Description of Expenses and Disbursements

| Matter | Date | Description | Amount |
|---|---|---|---|
| 109285-00001 | 2/2/15 | DOCUMENT REPRODUCTION | $0.40 |
| 109285-00001 | 2/2/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00001 | 2/3/15 | DOCUMENT REPRODUCTION | $0.20 |
| 109285-00001 | 2/3/15 | DOCUMENT REPRODUCTION | $0.20 |
| 109285-00001 | 2/3/15 | DOCUMENT REPRODUCTION | $0.20 |
| 109285-00001 | 2/3/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00001 | 2/3/15 | DOCUMENT REPRODUCTION | $0.80 |
| 109285-00001 | 2/3/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00001 | 2/3/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00001 | 2/3/15 | DOCUMENT REPRODUCTION | $1.30 |
| 109285-00001 | 2/3/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00001 | 2/3/15 | DOCUMENT REPRODUCTION | $0.50 |
| 109285-00001 | 2/3/15 | DOCUMENT REPRODUCTION | $0.80 |
| 109285-00001 | 2/3/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00001 | 2/3/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00001 | 2/3/15 | DOCUMENT REPRODUCTION | $0.40 |
| 109285-00001 | 2/5/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00001 | 2/5/15 | DOCUMENT REPRODUCTION | $0.20 |
| 109285-00001 | 2/2/15 | COMPUTER RESEARCH | $100.60 |
| 109285-00001 | 2/12/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00001 | 2/14/15 | TELEPHONE CHARGES - CONFERENCE CALLS | $2.95 |
| 109285-00002 | 2/10/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 2/16/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 2/16/15 | DOCUMENT REPRODUCTION | $0.30 |
| 109285-00002 | 2/16/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 2/16/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 2/16/15 | DOCUMENT REPRODUCTION | $0.40 |
| 109285-00002 | 2/16/15 | DOCUMENT REPRODUCTION | $0.40 |
| 109285-00002 | 2/18/15 | DOCUMENT REPRODUCTION | $1.40 |
| 109285-00002 | 2/18/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 2/20/15 | DOCUMENT REPRODUCTION | $0.20 |
| 109285-00002 | 2/20/15 | DOCUMENT REPRODUCTION | $0.20 |
| 109285-00002 | 2/20/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 2/23/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 2/5/15 | TELEPHONE CHARGES - 2 | $6.20 |
| 109285-00002 | 2/5/15 | TELEPHONE CHARGES - 2 | $0.40 |

| Matter | Date | Description | Amount |
|---|---|---|---|
| 109285-00002 | 2/25/15 | DOCUMENT REPRODUCTION | $0.20 |
| 109285-00002 | 2/25/15 | DOCUMENT REPRODUCTION | $0.20 |
| 109285-00002 | 2/25/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 2/25/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 2/25/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00002 | 2/27/15 | DOCUMENT REPRODUCTION | $1.40 |
| 109285-00002 | 2/27/15 | DOCUMENT REPRODUCTION | $0.40 |
| 109285-00002 | 2/27/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00005 | 2/10/15 | DOCUMENT REPRODUCTION | $1.10 |
| 109285-00005 | 2/10/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00005 | 2/10/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00005 | 2/10/15 | DOCUMENT REPRODUCTION | $0.30 |
| 109285-00005 | 2/10/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00005 | 2/13/15 | DOCUMENT REPRODUCTION | $6.30 |
| 109285-00005 | 2/13/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00005 | 2/13/15 | DOCUMENT REPRODUCTION | $2.20 |
| 109285-00005 | 2/18/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00005 | 2/18/15 | DOCUMENT REPRODUCTION | $2.20 |
| 109285-00005 | 2/19/15 | DOCUMENT REPRODUCTION | $1.20 |
| 109285-00005 | 2/19/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00005 | 2/19/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00005 | 2/20/15 | DOCUMENT REPRODUCTION | $0.30 |
| 109285-00005 | 2/20/15 | DOCUMENT REPRODUCTION | $0.20 |
| 109285-00005 | 2/20/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00005 | 2/20/15 | DOCUMENT REPRODUCTION | $0.30 |
| 109285-00005 | 2/20/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00005 | 2/23/15 | DOCUMENT REPRODUCTION | $0.30 |
| 109285-00005 | 2/23/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00005 | 2/23/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00005 | 2/23/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00005 | 2/25/15 | DOCUMENT REPRODUCTION | $1.70 |
| 109285-00005 | 2/25/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00005 | 2/25/15 | DOCUMENT REPRODUCTION | $0.30 |
| 109285-00005 | 2/25/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00005 | 2/25/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00005 | 2/25/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00005 | 2/25/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00005 | 2/25/15 | DOCUMENT REPRODUCTION | $4.80 |
| 109285-00005 | 2/25/15 | DOCUMENT REPRODUCTION | $0.20 |
| 109285-00005 | 2/25/15 | DOCUMENT REPRODUCTION | $0.20 |

SL1 1355448v1 109285.00006

| Matter | Date | Description | Amount |
|---|---|---|---|
| 109285-00005 | 2/26/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00005 | 2/26/15 | DOCUMENT REPRODUCTION | $0.20 |
| 109285-00005 | 2/26/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00005 | 2/27/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00005 | 2/27/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00006 | 2/4/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00006 | 2/4/15 | DOCUMENT REPRODUCTION | $0.20 |
| 109285-00006 | 2/4/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00006 | 2/4/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00006 | 2/4/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00006 | 2/4/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00006 | 2/4/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00006 | 2/4/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00006 | 2/4/15 | DOCUMENT REPRODUCTION | $1.30 |
| 109285-00006 | 2/5/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00006 | 2/5/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00006 | 2/5/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00006 | 2/5/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00006 | 2/5/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00006 | 2/5/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00006 | 2/6/15 | SCANNED DOCUMENT REPRODUCTION | $0.00 |
| 109285-00006 | 2/6/15 | DOCUMENT REPRODUCTION | $0.20 |
| 109285-00006 | 2/6/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00006 | 2/6/15 | DOCUMENT REPRODUCTION | $1.30 |
| 109285-00006 | 2/6/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00006 | 2/6/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00006 | 2/6/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00006 | 2/6/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00006 | 2/6/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00006 | 2/6/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00006 | 2/6/15 | DOCUMENT REPRODUCTION | $1.30 |
| 109285-00006 | 2/9/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00006 | 2/9/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00006 | 2/16/15 | DOCUMENT REPRODUCTION | $3.40 |
| 109285-00006 | 2/17/15 | DOCUMENT REPRODUCTION | $1.30 |
| 109285-00006 | 2/17/15 | DOCUMENT REPRODUCTION | $1.30 |
| 109285-00006 | 2/18/15 | SCANNED DOCUMENT REPRODUCTION | $0.00 |
| 109285-00006 | 2/18/15 | DOCUMENT REPRODUCTION | $2.90 |
| 109285-00006 | 2/18/15 | DOCUMENT REPRODUCTION | $0.40 |
| 109285-00006 | 2/18/15 | DOCUMENT REPRODUCTION | $1.20 |

SL1 1355448v1 109285.00006

| Matter | Date | Description | Amount |
|---|---|---|---|
| 109285-00006 | 2/18/15 | DOCUMENT REPRODUCTION | $6.40 |
| 109285-00006 | 2/18/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00006 | 2/18/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00006 | 2/20/15 | DOCUMENT REPRODUCTION | $1.30 |
| 109285-00006 | 2/20/15 | DOCUMENT REPRODUCTION | $0.40 |
| 109285-00006 | 2/20/15 | DOCUMENT REPRODUCTION | $0.40 |
| 109285-00006 | 2/20/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00006 | 2/20/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00006 | 2/20/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00006 | 2/20/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00006 | 2/20/15 | DOCUMENT REPRODUCTION | $1.30 |
| 109285-00006 | 2/20/15 | DOCUMENT REPRODUCTION | $0.40 |
| 109285-00006 | 2/23/15 | SCANNED DOCUMENT REPRODUCTION | $0.00 |
| 109285-00006 | 2/23/15 | SCANNED DOCUMENT REPRODUCTION | $0.00 |
| 109285-00006 | 2/23/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00006 | 2/24/15 | DOCUMENT REPRODUCTION | $2.80 |
| 109285-00006 | 2/25/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00006 | 2/25/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00006 | 2/25/15 | DOCUMENT REPRODUCTION | $0.40 |
| 109285-00006 | 2/25/15 | DOCUMENT REPRODUCTION | $1.30 |
| 109285-00006 | 2/25/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00006 | 2/25/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00006 | 2/25/15 | DOCUMENT REPRODUCTION | $2.80 |
| 109285-00006 | 2/25/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00006 | 2/25/15 | DOCUMENT REPRODUCTION | $0.20 |
| 109285-00006 | 2/25/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00006 | 2/25/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00006 | 2/25/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00006 | 2/25/15 | DOCUMENT REPRODUCTION | $0.20 |
| 109285-00006 | 2/25/15 | DOCUMENT REPRODUCTION | $0.20 |
| 109285-00006 | 2/26/15 | SCANNED DOCUMENT REPRODUCTION | $0.00 |
| 109285-00006 | 2/26/15 | DOCUMENT REPRODUCTION | $0.90 |
| 109285-00006 | 2/26/15 | DOCUMENT REPRODUCTION | $0.40 |
| 109285-00006 | 2/26/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00006 | 2/26/15 | DOCUMENT REPRODUCTION | $1.30 |
| 109285-00006 | 2/26/15 | DOCUMENT REPRODUCTION | $1.70 |
| 109285-00006 | 2/26/15 | DOCUMENT REPRODUCTION | $1.80 |
| 109285-00006 | 2/26/15 | DOCUMENT REPRODUCTION | $0.30 |
| 109285-00006 | 2/26/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00006 | 2/27/15 | SCANNED DOCUMENT REPRODUCTION | $0.00 |

SL1 1355448v1 109285.00006

| Matter | Date | Description | Amount |
|---|---|---|---|
| 109285-00006 | 2/27/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00006 | 2/27/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00006 | 2/27/15 | DOCUMENT REPRODUCTION | $1.30 |
| 109285-00007 | 2/5/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00007 | 2/5/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00007 | 2/5/15 | DOCUMENT REPRODUCTION | $0.10 |
| 109285-00007 | 2/5/15 | DOCUMENT REPRODUCTION | $0.10 |
| | | **TOTAL** | **$191.25** |

SL1 1355448v1 109285.00006