## EXHIBIT A

### Statement of Fees and Expenses By Subject Matter

| Description | Total Billed Hours | Total Fees |
|---|---|---|
| Chapter 11 | 32.00 | $ 37,175.00 |
| Plan and Disclosure | 47.40 | $ 56,080.00 |
| Intercompany Claims | 266.30 | $ 218,229.50 |
| Tax Issues | 42.90 | $ 42,440.50 |
| Oncor Sale Process | 68.20 | $ 68,024.50 |
| Employment and Fee Applications | 13.20 | $ 15,840.00 |
| Non-working Travel | 38.90 | $ 21,660.00 |
| | | |
| **TOTAL** | **508.90** | **$ 459,449.50** |