**EXHIBIT B**

**Attorney and Paraprofessionals Information**

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Richard Levin | Partner | 1976 | Corporate | 1150 | 100.50 | 109,860.00 |
| Philip Gelston | Partner | 1979 | Corporate | 1150 | 84.70 | 93,840.00 |
| Andrew Needham | Partner | 1995 | Tax | 1150 | 56.60 | 67,920.00 |
| Michael Paskin | Partner | 1996 | Litigation | 1130 | 24.80 | 29,264.00 |
| | | | | | | |
| Trevor Broad | Associate | 2009 | Litigation | 750 | 93.80 | 70,044.00 |
| Margot Miller | Associate | 2011 | Litigation | 680 | 36.30 | 25,773.00 |
| Allison Wein | Associate | 2011 | Corporate | 710 | 10.40 | 7,384.00 |
| Michael Schwartz | Associate | *not admitted | Litigation | 490 | 40.30 | 20,553.00 |
| Antje Hagena | Associate | *not admitted | Tax | 665 | 44.20 | 30,719.00 |
| | | | | | | |
| James Wilkins | Legal Assistant | N/A | Litigation Support | 225 | 17.00 | 3,995.00 |
| M. Kraus | Technical Litigation | N/A | Technical Litigation Support | 325 | 0.30 | 97.50 |
| | | | | **TOTAL** | **508.90** | **$459,449.50** |