## **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | Amount |
|---|---:|
| Duplicating | 12.90 |
| Duplicating-Color | 808.00 |
| Lexis | 2,245.68 |
| Ultramar Travel | 2,659.60 |
| Other Database Research | 239.58 |
| Client Business Conference Dining | 511.17 |
| Westlaw | 1,858.43 |
| Travel | 2,881.27 |
| Expenses Incident to Overtime | 233.55 |
| Ground Transportation | 142.98 |
| | |
| TOTAL | $11,593.16 |