# EXHIBIT D

## Detailed Description of Expenses and Disbursements

| Matter | Date | Name | Title | Description | Amount | Narrative |
|---|---|---|---|---|---|---|
| 011205-00001 | 1/22/2015 | WILKINS, J | LEGAL ASS'T | GROUND TRANSPORTATION | 36.99 | Inv#4076385 V#LVH7F3C12D ETG M5-M10 W 20:31 0.00 Cravath, 825 Eighth Avenue, New York, NY 129 EAST 97TH STREET, MANHATTAN, NY NONE |
| 011205-00001 | 2/2/2015 | NEEDHAM, A | PARTNER | GROUND TRANSPORTATION | 14.12 | TAXI Local TRIP PURPOSE: Client Work RPT ID: 010007504779 |
| 011205-00001 | 2/9/2015 | LEVIN, R | PARTNER | ULTRAMAR TRAVEL | 641.20 | Pas: LEVIN,RICHARD, tckt # 7570598088 ULTR TrvlDT: 02/25/15 Class: Economy Class From: NEW YORK-LAGUARDIA To: DALLAS-LOVE FIELD Carrier: VIRGIN AMERICA |
| 011205-00001 | 2/10/2015 | NEEDHAM, A | PARTNER | GROUND TRANSPORTATION | 13.11 | TAXI Local TRIP PURPOSE: client work RPT ID: 010007575450 |
| 011205-00001 | 2/11/2015 | NEEDHAM, A | PARTNER | GROUND TRANSPORTATION | 13.30 | TAXI Local TRIP PURPOSE: Client Work RPT ID: 010007583360 |
| 011205-00001 | 2/12/2015 | NEEDHAM, A | PARTNER | GROUND TRANSPORTATION | 10.40 | TAXI Local TRIP PURPOSE: Client Work RPT ID: 010007598228 |
| 011205-00001 | 2/18/2015 | GELSTON, P A | PARTNER | DUPLICATING | 12.40 | 124 copies, made on floor 18 in room 00 01:10:08 |
| 011205-00001 | 2/18/2015 | GELSTON, P A | PARTNER | DUPLICATING | 0.50 | 5 copies, made on floor 18 in room 00 00:16:16 |
| 011205-00001 | 2/18/2015 | NEEDHAM, A | PARTNER | GROUND TRANSPORTATION | 12.02 | TAXI Local TRIP PURPOSE: Client Work RPT ID: 010007634514 |
| 011205-00001 | 2/19/2015 | NEEDHAM, A | PARTNER | GROUND TRANSPORTATION | 14.16 | TAXI Local TRIP PURPOSE: Client Work RPT ID: 010007661048 |
| 011205-00001 | 2/20/2015 | NEEDHAM, A | PARTNER | GROUND TRANSPORTATION | 14.76 | TAXI Local TRIP PURPOSE: Client work RPT ID: 010007677040 |
| 011205-00001 | 2/23/2015 | NEEDHAM, A | PARTNER | GROUND TRANSPORTATION | 14.12 | TAXI Local TRIP PURPOSE: Client work RPT ID: 010007677040 |
| 011205-00001 | 2/25/2015 | GELSTON, P A | PARTNER | TRAVEL | 60.00 | TAXI Out of Town TRIP PURPOSE: Cab to LaGuardia Airport CITIES VISITED: Dallas, Texas RPT ID: 010007717712 |
| 011205-00001 | 2/25/2015 | GELSTON, P A | PARTNER | TRAVEL | 15.00 | TAXI Out of Town TRIP PURPOSE: Cab from Airport to Hotel CITIES VISITED: Dallas, Texas RPT ID: 010007717712 |
| 011205-00001 | 2/25/2015 | GELSTON, P A | PARTNER | TRAVEL | 322.73 | LODGING Rosewood Crescent Hotel TRIP PURPOSE: Board meeting CITIES VISITED: Dallas, Texas RPT ID: 010007717712 |
| 011205-00001 | 2/25/2015 | GELSTON, P A | PARTNER | TRAVEL | 746.20 | AIRFARE CLASS: First; billed only economy fare; CITIES VISITED: Dallas, Texas TRIP PURPOSE: Attend Board meeting RPT |

| | | | | | | |
|---|---|---|---|---|---|---|
| 011205-00001 | 2/25/2015 | LEVIN, R | PARTNER | TRAVEL | 471.41 | ID: 010007717712 LODGING Ritz-Carlton TRIP PURPOSE: Lodging while in Dallas, Tx in connection to Board meeting CITIES VISITED: Dallas, TX RPT ID: 010007768228 |
| 011205-00001 | 2/26/2015 | GELSTON, P A | PARTNER | TRAVEL | 9.35 | TAXI Out of Town TRIP PURPOSE: Cab to Airport CITIES VISITED: Dallas, Texas RPT ID: 010007717712 |
| 011205-00001 | 2/26/2015 | LEVIN, R | PARTNER | TRAVEL | 42.00 | TAXI Out of Town TRIP PURPOSE: Taxi from Energy offices to airport in connection to Board meeting CITIES VISITED: Dallas, TX RPT ID: 010007768228 |
| 011205-00003 | 1/7/2015 | SCHWARTZ, MICHAEL | ASSOCIATE | OTHER DATABASE RESEARCH | 21.78 | Public document retrieval - Intelligize |
| 011205-00003 | 1/8/2015 | SCHWARTZ, MICHAEL | ASSOCIATE | OTHER DATABASE RESEARCH | 21.78 | Public document retrieval - Intelligize |
| 011205-00003 | 1/8/2015 | SCHWARTZ, MICHAEL | ASSOCIATE | OTHER DATABASE RESEARCH | 21.78 | Public document retrieval - Intelligize |
| 011205-00003 | 1/9/2015 | SCHWARTZ, MICHAEL | ASSOCIATE | OTHER DATABASE RESEARCH | 21.78 | Public document retrieval - Intelligize |
| 011205-00003 | 1/12/2015 | SCHWARTZ, MICHAEL | ASSOCIATE | OTHER DATABASE RESEARCH | 21.78 | Public document retrieval - Intelligize |
| 011205-00003 | 1/13/2015 | SCHWARTZ, MICHAEL | ASSOCIATE | OTHER DATABASE RESEARCH | 21.78 | Public document retrieval - Intelligize |
| 011205-00003 | 1/14/2015 | SCHWARTZ, MICHAEL | ASSOCIATE | OTHER DATABASE RESEARCH | 21.78 | Public document retrieval - Intelligize |
| 011205-00003 | 1/15/2015 | SCHWARTZ, MICHAEL | ASSOCIATE | OTHER DATABASE RESEARCH | 21.78 | Public document retrieval - Intelligize |
| 011205-00003 | 1/15/2015 | SCHWARTZ, MICHAEL | ASSOCIATE | OTHER DATABASE RESEARCH | 21.78 | Public document retrieval - Intelligize |
| 011205-00003 | 1/16/2015 | SCHWARTZ, MICHAEL | ASSOCIATE | OTHER DATABASE RESEARCH | 21.78 | Public document retrieval - Intelligize |
| 011205-00003 | 1/16/2015 | SCHWARTZ, MICHAEL | ASSOCIATE | OTHER DATABASE RESEARCH | 21.78 | Public document retrieval - Intelligize |
| 011205-00003 | 2/4/2015 | SCHWARTZ, MICHAEL | ASSOCIATE | WESTLAW | 65.64 | User: SCHWARTZ,MICHAEL, West Acct # SCHWARTZ,MIC HAEL |
| 011205-00003 | 2/5/2015 | SCHWARTZ, MICHAEL | ASSOCIATE | WESTLAW | 503.22 | User: SCHWARTZ,MICHAEL, West Acct # SCHWARTZ,MIC HAEL |
| 011205-00003 | 2/6/2015 | SCHWARTZ, MICHAEL | ASSOCIATE | WESTLAW | 452.17 | User: SCHWARTZ,MICHAEL, West Acct # SCHWARTZ,MIC HAEL |
| 011205-00003 | 2/9/2015 | SCHWARTZ, MICHAEL | ASSOCIATE | WESTLAW | 357.36 | User: SCHWARTZ,MICHAEL, West Acct # SCHWARTZ,MIC HAEL |
| 011205-00004 | 1/21/2015 | BROAD, TREVOR M. | ASSOCIATE | EXPENSES INCIDENT TO OVERTIME | 28.61 | SWEB ticket #: 1114563271 - Amish Market West |
| 011205-00004 | 1/28/2015 | BROAD, TREVOR M. | ASSOCIATE | EXPENSES INCIDENT TO OVERTIME | 30.63 | SWEB ticket #: 1138611747 - Abace Sushi (9th Ave) |
| 011205-00004 | 2/2/2015 | BROAD, TREVOR M. | ASSOCIATE | EXPENSES INCIDENT TO OVERTIME | 29.55 | SWEB ticket #: 1157830017 - Abace Sushi (9th Ave) |
| 011205-00004 | 2/3/2015 | BROAD, TREVOR M. | ASSOCIATE | EXPENSES INCIDENT TO OVERTIME | 28.77 | SWEB ticket #: 1162043011 - Dig Inn |

SL1 1358172v1 109285.00005

| | | | | | | |
|---|---|---|---|---|---|---|
| 011205-00004 | 2/5/2015 | BROAD, TREVOR M. | ASSOCIATE | LEXIS | 861.13 | Seasonal Market - 55th Street<br>Lexis Total Alert User ID: 12122, User: 46(E) |
| 011205-00004 | 2/5/2015 | BROAD, TREVOR M. | ASSOCIATE | LEXIS | 823.67 | Lexis Total Alert User ID: 12122, User: UELING B KRCY |
| 011205-00004 | 2/5/2015 | MILLER, MARGOT | ASSOCIATE | EXPENSES INCIDENT TO OVERTIME | 30.68 | SWEB ticket #: 1169848790 - Pure Thai Cookhouse |
| 011205-00004 | 2/5/2015 | MILLER, MARGOT | ASSOCIATE | WESTLAW | 421.03 | User: MILLER,MARGOT A, West Acct # MILLER,MARGOT  A |
| 011205-00004 | 2/8/2015 | LEVIN, R | PARTNER | LEXIS | 560.88 | Lexis Total Alert User ID: 11819, User: |
| 011205-00004 | 2/9/2015 | BROAD, TREVOR M. | ASSOCIATE | EXPENSES INCIDENT TO OVERTIME | 30.07 | SWEB ticket #: 1186145031 - Abace Sushi (9th Ave) |
| 011205-00004 | 2/9/2015 | SCHWARTZ, MICHAEL | ASSOCIATE | EXPENSES INCIDENT TO OVERTIME | 5.60 | FLIK 5 ticket 4902917 |
| 011205-00004 | 2/11/2015 | BROAD, TREVOR M. | ASSOCIATE | EXPENSES INCIDENT TO OVERTIME | 30.63 | SWEB ticket #: 1194164019 - Abace Sushi (9th Ave) |
| 011205-00004 | 2/11/2015 | MILLER, MARGOT | ASSOCIATE | WESTLAW | 26.52 | User: MILLER,MARGOT A, West Acct # MILLER,MARGOT  A |
| 011205-00004 | 2/11/2015 | SCHWARTZ, MICHAEL | ASSOCIATE | WESTLAW | 32.49 | User: SCHWARTZ,MICHAEL, West Acct # SCHWARTZ,MIC HAEL |
| 011205-00004 | 2/12/2015 | WILKINS, J | LEGAL ASS'T | DUPLICATING-COLOR | 808.00 | 1616 copies, made on floor 18 in room 00 22:12:25 |
| 011205-00004 | 2/13/2015 | FLIK INTL-R Edwards | MISC. TIMEKPR | EXPENSES INCIDENT TO OVERTIME | 19.01 | SWEB ticket #: 1200516729 - Mr. Broadway Kosher Restaurant |
| 011205-00004 | 2/13/2015 | LEVIN, R | PARTNER | CLIENT BUSINESS CONFERENCE DINING | 489.94 | Client Business Conf Dining, ticket #: 217976 |
| 011205-00004 | 2/18/2015 | LEVIN, R | PARTNER | ULTRAMAR TRAVEL | 1,009.20 | Pas: LEVIN,RICHARD, tckt # 7570598197 ULTR TrvlDT: 02/23/15 Class: Economy Class From: NEW YORK-LAGUARDIA To: CHICAGO/OHARE INTL ARPT Carrier: UNITED AIRLINES INC. |
| 011205-00004 | 2/18/2015 | BROAD, TREVOR M. | ASSOCIATE | ULTRAMAR TRAVEL | 1,009.20 | Pas: BROAD,TREVOR M, tckt # 7570598198 ULTR TrvlDT: 02/23/15 Class: Economy Class From: NEW YORK-LAGUARDIA To: CHICAGO/OHARE INTL ARPT Carrier: UNITED AIRLINES INC. |
| 011205-00004 | 2/23/2015 | GELSTON, P A | PARTNER | TRAVEL | 61.00 | TAXI Out of Town TRIP PURPOSE: Cab to LaGuardia Airport CITIES VISITED: Chicago, Illinois RPT ID: 010007717712 |
| 011205-00004 | 2/23/2015 | GELSTON, P A | PARTNER | TRAVEL | 48.73 | TAXI Out of Town TRIP PURPOSE: Cab home from LaGuardia Airport CITIES VISITED: Chicago, Illinois RPT ID: 010007717712 |
| 011205-00004 | 2/23/2015 | GELSTON, P A | PARTNER | TRAVEL | 964.20 | AIRFARE CLASS: First; billed at economy fare, CITIES VISITED: Chicago, Illinois TRIP PURPOSE: |

SL1 1358172v1 109285.00005

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | Attend meetings RPT ID: 010007717712 |
| 011205-00004 | 2/23/2015 | BROAD, TREVOR M. | ASSOCIATE | TRAVEL | 48.40 | TAXI Out of Town TRIP PURPOSE: Taxi to NYC Airport to attend Chicago EFIH Meeting CITIES VISITED: Chicago, IL RPT ID: 010007674340 |
| 011205-00004 | 2/23/2015 | BROAD, TREVOR M. | ASSOCIATE | TRAVEL | 42.15 | TAXI Out of Town TRIP PURPOSE: Taxi with richard levin and Philip Gelston from O'Hare Airport to Chicago EFIH Meeting CITIES VISITED: Chicago, IL RPT ID: 010007674340 |
| 011205-00004 | 2/23/2015 | BROAD, TREVOR M. | ASSOCIATE | TRAVEL | 50.10 | TAXI Out of Town TRIP PURPOSE: Taxi with richard levin and Philip Gelston to O'Hare Airport from Chicago EFIH Meeting CITIES VISITED: Chicago, IL RPT ID: 010007674340 |
| 011205-00004 | 2/24/2015 | LEVIN, R | PARTNER | CLIENT BUSINESS CONFERENCE DINING | 21.23 | Client Business Conf Dining, ticket #: 218349 |

SL1 1358172v1 109285.00005