# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: D.I. 3705** |

### CERTIFICATE OF NO OBJECTION REGARDING THE "SECOND MONTHLY FEE STATEMENT OF O'KELLY ERNST & BIELLI, LLC, COUNSEL FOR DEBTOR ENERGY FUTURE HOLDINGS CORP., FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM JANUARY 1, 2015 THROUGH JANUARY 31, 2015" (NO ORDER REQUIRED)

The undersigned hereby certifies that, as of the date hereof, O'Kelly Ernst & Bielli, LLC ("OEB") has received no answer, objection or other responsive pleading with respect to its second monthly fee statement for compensation and reimbursement of expenses (the "Monthly Fee Statement").[2] The Monthly Fee Statement was filed with the United States Bankruptcy Court for the District of Delaware (the "Court") on February 27, 2015. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Monthly Fee Statement appears thereon. Pursuant to the notice filed with the Monthly Fee Statement, objections to the Monthly Fee Statement were to be filed and

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] OEB received from counsel for the fee committee (the "Fee Committee") a letter dated March 13, 2015, identifying "… certain expense items [set forth in the Monthly Fee Statement] that may require further documentation and review," but that (i) "[t]hose items … do not justify a formal objection to OEB's request for monthly fees and expenses" and (ii) "[t]he Fee Committee does not object, accordingly, to the Debtor's payment of 80 percent of the fees and 100 percent of the expenses requested in [the Monthly Fee Statement]."

served no later than March 20, 2015, at 4:00 p.m. (Eastern Daylight Time). The Monthly Fee Statement was filed and served in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 2066] (the "Administrative Order") and the *Stipulation and Order Appointing a Fee Committee* [D.I. 1896].

Consequently, pursuant to the Administrative Order, Energy Future Holdings Corp., one of the above-captioned debtors and debtors in possession in the above-captioned cases, is authorized to pay OEB eighty percent (80%) of the fees and 100% of the expenses requested in the Monthly Fee Statement upon the filing of this certification without the need for a further order of the Court. A summary of the fees and expenses sought by OEB is annexed hereto as **Exhibit A**.

[*Remainder of page intentionally left blank.*]

|  |  |
|---|---|
| Date:  March 23, 2015 | **O'KELLY ERNST & BIELLI, LLC**<br><br>*/s/ David M. Klauder*<br>David M. Klauder (No. 5769)<br>Shannon J. Dougherty (No. 5740)<br>901 N. Market Street, Suite 1000<br>Wilmington, DE  19801<br>Phone: (302) 778-4000<br>Fax: (302) 295-2873<br>dklauder@oeblegal.com<br>sdougherty@oeblegal.com<br><br>and<br><br>**PROSKAUER ROSE LLP**<br><br>Jeff J. Marwil (admitted *pro hac vice*)<br>Mark K. Thomas (admitted *pro hac vice*)<br>Peter J. Young (admitted *pro hac vice*)<br>Three First National Plaza<br>70 W. Madison Street, Suite 3800<br>Chicago, IL 60602<br>Phone:  (312) 962-3550<br>Fax:  (312) 962-3551<br>jmarwil@proskauer.com<br>mthomas@proskauer.com<br>pyoung@proskauer.com<br><br>*Co-Counsel to the Debtor*<br>*Energy Future Holdings Corp.* |

**Exhibit A**

Professional Fees and Expenses
Monthly Fee Statement

| Applicant | Fee Statement Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80%[1] | Amount of Expenses Authorized to be Paid at 100% | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| O'Kelly Ernst & Bielli, LLC 901 N. Market St. Ste. 1000 Wilmington, DE 19801 (Counsel to Debtor Energy Future Holdings Corp.) | Second Monthly Fee Statement 1/1/2015 through 1/31/2015 Filed 2/27/2015 [D.I. 3705] | $11,771.00 | $203.16 | 3/20/2015 | $9,416.80 | $203.16 | $2,354.20 |

---

[1] Fees and expenses to be paid 100% by Energy Future Holdings Corp.