LAURA J. MONROE, 14272300
PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P.
P. O. Box 817
LUBBOCK, TX 79408
(806) 744-5092
FAX (806) 744-9953
lmonroe@pbfcm.com

ATTORNEY FOR SCURRY COUNTY TAX OFFICE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE | § IN PROCEEDINGS UNDER |
| | § CHAPTER 11 OF THE |
| ENERGY FUTURE HOLDINGS, CORP., | § BANKRUPTCY ACT |
| ET AL | |
| | § |
| DEBTOR | § NO. 14-10979 |

WITHDRAWAL OF CLAIM NO: 94 FOR TAXES OF
THE SCURRY COUNTY TAX OFFICE

Claimant, SCURRY COUNTY TAX OFFICE filed Secured Claim Number 94 for Taxes of the SCURRY COUNTY TAX OFFICE in the amount of $6,163.77. Claimant wishes to withdraw this claim since the ad valorem taxes have been paid.

Respectfully,

PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P.
(806) 744-5092, FAX: (806) 744-9953
lmonroe@pbfcm.com

By _/s/ Laura J. Monroe_
LAURA J. MONROE
Bar No: 14272300

## PerdueBrandonFielderCollins&Mott LLP
### ATTORNEYS AT LAW

P.O. Box 817
Lubbock, TX 79408
TELEPHONE 806-744-5091
FAX 806-744-9953
www.pbfcm.com

Howard Perdue (1933-2005)
Larry Brandon (1939-2012)
James O. Collins
Terry Ann White
R. Bruce Medley
Kevin Brennen
Jeanmarie Baer
David A. Ellison
Laura J. Monroe
Tab Beall
Michael J. Darlow
Joseph T. Longoria
David S. Crawford
Donald B. Roseman
Carl O. Sandin
Jason Bailey
Owen M. Sonik
David Hudson
R. Gregory East
Elizabeth Banda Calvo
Yolanda M. Humphrey
John T. Banks
Sandra Griffin
Sergio E. Garcia
E. Stephen Lee
D'Layne Peeples Carter
Hiram A. Gutierrez

Michael J. Siwierka
Thelma Banduch
Christopher S. Jackson
Eboney Cobb
Charles E. Brady
Adam J. Walker
Alesha L. Williams
Leslie M. Schkade
W. Tracy Crites, Jr.
Guy A. "Tony" Fidelie, Jr.
Carol Barton
Jonathan Garza
Otilia R. Gonzales
Elizabeth Wiehle Wang
Caleb Perkins
Ashly Steele Atkins
Kyle T. Dickson
Justin J. Brom
Lisa Uresti-Dasher
Dylan Wood
Francesca R. Howland
William C. Pinkham
Vernique R. Hutchinson
C. David Fielder *
Robert Mott **
Veronica Leal Vasquez **
*Retired
**Of Counsel

March 17, 2015

Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
Grand Central Station, PO Box 4613
New York, NY 10163-4613

Re:   *In re* Energy Future Holdings Corp., et al
      U.S. Bankruptcy Court, District of Delaware
      Chapter 11 Case No. 14-10979

Dear Sir or Madame:

Here is an original and two copies of the Withdrawal of Proof of Claim for Scurry County Tax Office in the above referenced bankruptcy case. Please file the original and return the file-marked copies to me in the enclosed self-addressed stamped envelope.

Thank you for your assistance.

Sincerely,

PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P.

Laura J. Monroe

LJM:kh

**PerdueBrandonFielderCollins&Mott** LLP
ATTORNEYS AT LAW

P.O. BOX 817
LUBBOCK, TEXAS 79408-0817

RETURN SERVICE REQUESTED

FILED / RECEIVED

MAR 23 2015

EPIQ SYSTEMS



PRESORTED FIRST CLASS

U.S. POSTAGE >> PITNEY BOWES

ZIP 79401 $ 000.46⁰
02 1W
0001398701 MAR 17 2015

Energy Future Holdings Corp.
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
Grand Central Station, PO Box 4613
New York, NY 10163-4613

4 RRARNMP 10163