# EXHIBIT A

## Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours [1] | Total Fees Requested |
|---|---|---|---|
| 1 | Long-Range Forecast | 388.00 | $214,077.50 |
| 2 | Metric Analysis | 1.00 | $390.00 |
| 3 | Generation Analysis | 330.50 | $170,067.50 |
| 4 | Retail Analysis | 199.50 | $89,165.00 |
| 5 | Commodity Analysis | 131.50 | $71,647.50 |
| 6 | Competitor Analysis | 38.00 | $20,820.00 |
| 7 | EBITDA Projection | 84.00 | $45,267.50 |
| 8 | Environmental Analysis | 64.00 | $34,590.00 |
| 9 | Short-Range Forecast | 31.00 | $17,580.00 |
| 10 | Capital Projects | 9.00 | $6,255.00 |
| 11 | Wholesale Operations | 29.50 | $18,910.00 |
| 12 | Retail Operations | 44.00 | $30,142.50 |
| 13 | T&D Operations | 310.00 | $123,200.00 |
| 14 | Data Collection and Diligence | 146.00 | $69,430.00 |
| 15 | Reports | 30.00 | $17,315.00 |
| 16 | Hearings | 0.00 | $0.00 |
| 17 | On-Site Diligence | 136.20 | $75,300.00 |
| 18 | Project Management | 22.75 | $12,307.50 |
| 19 | Project Administration | 1.00 | $550.00 |
| 20 | T&D Forecast | 150.50 | $94,022.50 |
| 21 | Fee Objection Discussion and Litigation | 0.00 | $0.00 |
| 22 | Fee Application | 31.00 | $12,942.50 |
| | **Totals:** | **2,177.45** | **$1,123,980.00** |

___

1. Non-working travel time has been billed at 50% of actual time incurred.