**EXHIBIT B**

**Consultants' Information**

The FEP consultants who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Todd W. Filsinger | Senior Managing Director | $750 | 121.75 | $91,312.50 |
| Jean Agras | Managing Director | $720 | 173.50 | $124,920.00 |
| Gary Germeroth | Managing Director | $720 | 157.50 | $113,400.00 |
| Dave Andrus | Director | $645 | 100.50 | $64,822.50 |
| Scott Davis | Director | $545 | 177.00 | $96,465.00 |
| Paul Harmon | Director | $575 | 83.70 | $48,127.50 |
| Tim Wang | Director | $575 | 176.50 | $101,487.50 |
| Michael Gadsden | Managing Consultant | $460 | 179.50 | $82,570.00 |
| Jill Kawakami | Managing Consultant | $430 | 155.50 | $66,865.00 |
| Michael McDermott | Managing Consultant | $495 | 16.50 | $8,167.50 |
| Buck Monday | Managing Consultant | $450 | 93.00 | $41,850.00 |
| Michael Perry | Managing Consultant | $410 | 75.00 | $30,750.00 |
| Samuel Schreiber | Managing Consultant | $455 | 135.50 | $61,652.50 |
| Laura Hatanaka | Consultant | $390 | 178.00 | $69,420.00 |
| Pamela Morin | Consultant | $380 | 16.00 | $6,080.00 |
| Nathan Pollak | Consultant | $405 | 178.00 | $72,090.00 |
| Alex Vinton | Analyst | $275 | 160.00 | $44,000.00 |
| | | **Totals:** | **2,177.45** | **$1,123,980.00** |