# EXHIBIT C

## Summary of Actual and Necessary Expenses for the Fee Period

### ALL - Expense Summary

| Service Description | Amount |
| --- | --- |
| Lodging | $19,985.10 |
| Airfare | $22,106.47 |
| Transportation to/from airport | $2,963.29 |
| Travel Meals | $4,529.48 |
| Other Travel Expenses | $3,083.83 |
| Copies | $7.14 |
| Vehicle Rental Expenses | $3,655.34 |
| Market Research | $995.00 |
| **Total:** | **$57,325.65** |

### TCEH - Expense Summary

| Service Description | Amount |
| --- | --- |
| Lodging | $15,999.78 |
| Airfare | $17,698.12 |
| Transportation to/from airport | $2,372.37 |
| Travel Meal | $3,626.24 |
| Other Travel Expenses | $2,468.87 |
| Copies | $5.72 |
| Vehicle Rental Expenses | $2,926.41 |
| Market Research | $796.58 |
| **Total:** | **$45,894.09** |

### EFIH - Expense Summary

| Service Description | Amount |
| --- | --- |
| **Total:** | **$0** |

### EFH - Expense Summary

| Service Description | Amount |
| --- | --- |
| Lodging | $3,985.32 |
| Airfare | $4,408.35 |
| Transportation to/from airport | $590.92 |
| Travel Meals | $903.24 |
| Other Travel Expenses | $614.96 |
| Copies | $1.42 |
| Vehicle Rental Expenses | $728.93 |
| Market Research | $198.42 |
| **Total:** | **$11,431.56** |