# **<u>EXHIBIT A</u>**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

**FOURTH MONTHLY EXPENSE STATEMENT OF ALIXPARTNERS, LLP
FOR REIMBURSEMENT FOR EXPENSES INCURRED AS RESTRUCTURING ADVISOR
TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ENERGY FUTURE
HOLDINGS CORPORATION, ENERGY FUTURE INTERMEDIATE HOLDING COMPANY,
LLC, EFIH FINANCE INC., AND EECI, INC. FOR THE PERIOD FROM
FEBRUARY 1, 2015 THROUGH FEBRUARY 28, 2015**

| | |
|---|---|
| **Name of Applicant** | AlixPartners LLP |
| Date of Appointment: | January 12, 2015, *nunc pro tunc* to November 20, 2014 |
| Period for which reimbursement is sought: | February 1, 2015 through February 28, 2015 |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $17,005.72 |

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

# Itemization of Disbursements Incurred

| INVOICE NUMBER | MATTER NAME | DATE | NAME OF TIMEKEEPER | EXPENSE CATEGORY | TOTAL | EXPENSE DESCRIPTION |
|---|---|---|---|---|---|---|
| 2065980 | Expenses | 20150105 | Hollerbach, Adam Z | Lodging | $ 1,039.83 | Lodging Adam Hollerbach The Quin - New York 01/05/2015 - 01/08/2015 |
| 2065980 | Expenses | 20150105 | Hollerbach, Adam Z | Cab Fare/Ground Transport | $ 110.02 | Cab Fare/Ground Transportation Adam Hollerbach LGA Airport to NY Office |
| 2065980 | Expenses | 20150105 | Hollerbach, Adam Z | Cab Fare/Ground Transport | $ 97.20 | Cab Fare/Ground Transportation Adam Hollerbach Home to DTW Airport |
| 2065980 | Expenses | 20150105 | Hollerbach, Adam Z | Meals & Tips | $ 80.00 | Meals - Engagement Team Adam Hollerbach - Dinner - Robert Albergotti; Adam Hollerbach |
| 2065980 | Expenses | 20150106 | Hollerbach, Adam Z | Meals & Tips | $ 10.35 | Meals & Tips Adam Hollerbach - Breakfast |
| 2065980 | Expenses | 20150106 | Hollerbach, Adam Z | Airfare Service Charge | $ 9.00 | Airfare Service Charge Adam Hollerbach |
| 2065980 | Expenses | 20150106 | Hollerbach, Adam Z | Cab Fare/Ground Transport | $ 9.55 | Cab Fare/Ground Transportation Adam Hollerbach NY Office to Dinner |
| 2065980 | Expenses | 20150106 | Hollerbach, Adam Z | Meals & Tips | $ 4.84 | Meals & Tips Adam Hollerbach - Breakfast |
| 2065980 | Expenses | 20150106 | Hollerbach, Adam Z | Meals & Tips | $ 40.00 | Meals & Tips Adam Hollerbach - Dinner |
| 2065980 | Expenses | 20150107 | Hollerbach, Adam Z | Meals & Tips | $ 9.46 | Meals & Tips Adam Hollerbach - Breakfast |
| 2065980 | Expenses | 20150108 | Hollerbach, Adam Z | Cab Fare/Ground Transport | $ 108.00 | Cab Fare/Ground Transportation Adam Hollerbach DTW Airport to Home |
| 2065980 | Expenses | 20150108 | Hollerbach, Adam Z | Cab Fare/Ground Transport | $ 75.00 | Cab Fare/Ground Transportation Adam Hollerbach NY Office to LGA Airport |
| 2065980 | Expenses | 20150108 | Hollerbach, Adam Z | Meals & Tips | $ 7.84 | Meals & Tips Adam Hollerbach - Breakfast |
| 2065980 | Expenses | 20150114 | Hollerbach, Adam Z | Airfare | $ 1,202.76 | Coach Airfare Adam Hollerbach 2015-01-21 DTW - DFW |
| 2065980 | Expenses | 20150114 | Hollerbach, Adam Z | Airfare Service Charge | $ 9.00 | Airfare Service Charge Adam Hollerbach |
| 2065980 | Expenses | 20150121 | Holtz, Alan | Lodging | $ 276.63 | Lodging Alan Holtz Marriott Hotels - Dallas 01/21/2015 - 01/22/2015 |
| 2065980 | Expenses | 20150121 | Albergotti, Robert D | Meals & Tips | $ 48.30 | Meals & Tips Robert Albergotti - Dinner |
| 2065980 | Expenses | 20150121 | Albergotti, Robert D | Cab Fare/Ground Transport | $ 76.00 | Cab Fare/Ground Transportation Robert Albergotti DFW Airport to Office |
| 2065980 | Expenses | 20150121 | Albergotti, Robert D | Lodging | $ 276.63 | Lodging Robert Albergotti Marriott Hotels - Dallas 01/21/2015 - 01/22/2015 |
| 2065980 | Expenses | 20150121 | Hollerbach, Adam Z | Lodging | $ 276.63 | Lodging Adam Hollerbach Marriott Hotels - Dallas 01/21/2015 - 01/22/2015 |
| 2065980 | Expenses | 20150121 | Hollerbach, Adam Z | Meals & Tips | $ 40.00 | Meals & Tips Adam Hollerbach - Dinner |
| 2065980 | Expenses | 20150122 | Holtz, Alan | Phone - Internet Access | $ 7.98 | Phone - Internet Access Alan Holtz |
| 2065980 | Expenses | 20150122 | Holtz, Alan | Meals & Tips | $ 15.14 | Meals & Tips Alan Holtz - Dinner |
| 2065980 | Expenses | 20150122 | Holtz, Alan | Parking & Tolls | $ 54.00 | Parking & Tolls Alan Holtz |
| 2065980 | Expenses | 20150122 | Albergotti, Robert D | Meals & Tips | $ 256.50 | Meals - Engagement Team Robert Albergotti - Breakfast - Robert Albergotti; Adam Hollerbach; Lowell Thomas; Ronen Bojmel; Michael Henkin; Ofir Nitzan; Phillip Laroche; Rob Venerus |
| 2065980 | Expenses | 20150122 | Albergotti, Robert D | Airfare | $ 56.00 | Coach Airfare Robert Albergotti 2015-01-22 00:00:00.0 DAL - HOU |
| 2065980 | Expenses | 20150122 | Albergotti, Robert D | Meals & Tips | $ 7.78 | Meals & Tips Robert Albergotti - Breakfast |
| 2065980 | Expenses | 20150122 | Albergotti, Robert D | Cab Fare/Ground Transport | $ 30.00 | Cab Fare/Ground Transportation Robert Albergotti Oncor to Dallas Love |
| 2065980 | Expenses | 20150122 | Holtz, Alan | Mileage | $ 21.85 | Mileage Alan Holtz 38 Miles |
| 2065980 | Expenses | 20150122 | Hollerbach, Adam Z | Meals & Tips | $ 6.50 | Meals & Tips Adam Hollerbach - Breakfast |
| 2065980 | Expenses | 20150122 | Hollerbach, Adam Z | Cab Fare/Ground Transport | $ 55.65 | Cab Fare/Ground Transportation Adam Hollerbach DFW Airport to Hotel |
| 2065980 | Expenses | 20150122 | Hollerbach, Adam Z | Parking & Tolls | $ 40.00 | Parking & Tolls Adam Hollerbach |
| 2065980 | Expenses | 20150123 | Holtz, Alan | Cab Fare/Ground Transport | $ 58.00 | Cab Fare/Ground Transportation Alan Holtz Airport to Hotel |
| 2065980 | Expenses | 20150123 | Albergotti, Robert D | Cab Fare/Ground Transport | $ 60.00 | Cab Fare/Ground Transportation Robert Albergotti Airport to Home |
| 2065980 | Expenses | 20150123 | Holtz, Alan | Parking & Tolls | $ 2.00 | Parking & Tolls Alan Holtz |
| 2065980 | Expenses | 20150124 | Holtz, Alan | Cab Fare/Ground Transport | $ 60.00 | Cab Fare/Ground Transportation Alan Holtz Office to Airport |
| 2065980 | Expenses | 20150128 | Thomas, Lowell | Conference Calls | $ 8.24 | Conference Calls Vendor: Intercall Lowell Thomas |
| 2065980 | Expenses | 20150128 | Thomas, Lowell | Conference Calls | $ 4.62 | Conference Calls Vendor: Intercall Lowell Thomas |
| 2065980 | Expenses | 20150128 | Thomas, Lowell | Conference Calls | $ 2.52 | Conference Calls Vendor: Intercall Lowell Thomas |
| 2065980 | Expenses | 20150131 | Holtz, Alan | Sub-Contractors | $11,632.50 | Sub-Contractors - - VENDOR: Kenneth J. Malek Fees for 1/16 - 1/31 |
| 2065980 | Expenses | 20150131 | Albergotti, Robert D | Meals & Tips | $ 19.36 | Meals & Tips Robert Albergotti - Dinner |
| 2065980 | Expenses | 20150212 | Albergotti, Robert D | Airfare | $ 511.34 | Coach Airfare Robert Albergotti 2015-02-17 CLT - LGA |
| 2065980 | Expenses | 20150212 | Albergotti, Robert D | Airfare Service Charge | $ 9.00 | Airfare Service Charge Robert Albergotti |
| 2065980 | Expenses | 20150212 | Albergotti, Robert D | Airfare Service Charge | $ 9.00 | Airfare Service Charge Robert Albergotti |
| 2065980 | Expenses | 20150213 | Albergotti, Robert D | Airfare Service Charge | $ 10.00 | Airfare Service Charge Robert Albergotti |
| 2065980 | Expenses | 20150213 | Albergotti, Robert D | Airfare Service Charge | $ 10.00 | Airfare Service Charge Robert Albergotti |
| 2065980 | Expenses | 20150216 | Albergotti, Robert D | Cab Fare/Ground Transport | $ 60.00 | Cab Fare/Ground Transportation Robert Albergotti Home to Airport |
| 2065980 | Expenses | 20150216 | Albergotti, Robert D | Cab Fare/Ground Transport | $ 48.73 | Cab Fare/Ground Transportation Robert Albergotti Airport to Office |
| 2065980 | Expenses | 20150216 | Albergotti, Robert D | Meals & Tips | $ 72.97 | Meals & Tips Robert Albergotti - Dinner |
| 2065980 | Expenses | 20150216 | Albergotti, Robert D | Airfare Service Charge | $ 9.00 | Airfare Service Charge Robert Albergotti |
| 2065980 | Expenses | 20150219 | Albergotti, Robert D | Cab Fare/Ground Transport | $ 60.00 | Cab Fare/Ground Transportation Robert Albergotti Airport to Home |
| | | | | TOTAL | $17,005.72 | |