# **EXHIBIT A**

|  |  |  |
|---|---|---|
| Invoice Date: | 3/23/15 |
| Invoice Number: | 719264 |
| Client Matter Number: | 66471.00001 |
| I.D.# | 01051 |

## SUMMARY FOR FEE SERVICES RENDERED BY TASK

| Code | Description | Hours | Amount |
|---|---|---|---|
| 006 | Case Administration | 17.70 | $8,259.50 |
| 010 | Employment and Fee Applications (MMWR) | 19.10 | $7,220.00 |
| 011 | Employment and Fee Applications (Others) | 26.20 | $11,993.00 |
| 012 | Financing, Cash Collateral, Make Whole | 1.50 | $902.00 |
| 013 | Other Litigation | 20.90 | $12,331.00 |
| 016 | Plan and Disclosure Statement | 25.60 | $15,452.50 |
| 021 | Hearings | 2.60 | $1,551.00 |
| 029 | Budgeting (Case) | 1.00 | $535.00 |
| 030 | Asbestos-Related Matters | 94.50 | $44,344.50 |
|  | **Matter Total** | **209.10** | **$102,588.50** |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**