# **<u>EXHIBIT B</u>**

The MMWR attorneys and paralegals that rendered professional services in these cases during the Fee Period are:

| Name of Professional Individual | Position of the Applicant and Year of Obtaining License to Practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **PARTNERS AND OF COUNSEL** | | | | |
| Natalie D. Ramsey | Partner; Joined Firm in 1985; Member of DE Bar since 2009 | $675.00 | 22.20 | $ 14,985.00 |
| Mark B. Sheppard | Partner; Joined Firm in 2009; Member of PA Bar since 1987 | $510.00 | 5.40 | $ 3,159.00 |
| Mark A. Fink | Of Counsel; Joined Firm in 2012; Member of DE Bar since 2000 | $590.00 | 80.20 | $ 47,318.00 |
| Davis Lee Wright | Of Counsel; Joined Firm in 2011; Member of DE Bar since 2002 | $535.00 | 9.00 | $ 4,815.00 |
| **TOTAL PARTNERS AND OF COUNSEL** | | | 116.80 | $ 70,277.00 |
| **ASSOCIATES** | | | | |
| Laurie A. Krepto | Associate; Joined Firm in 2004; Member of the PA Bar since 1995 | $440.00 | 64.20 | $ 28,248.00 |
| Katherine M. Fix | Associate; Joined Firm in 2012; Member of PA Bar since 2012 | $290.00 | 0.70 | $ 203.00 |
| **TOTAL ASSOCIATES** | | | 64.9 | $ 28,451.00 |
| **PARALEGALS & ADDITIONAL PROFESSIONALS** | | | | |
| Keith Mangan | Paralegal | $140.00 | 21.80 | $ 3,052.00 |
| Megan Malone | Automated Litigation Support Specialist | $145.00 | 0.70 | $ 98.00 |
| Jason Bailey | Automated Litigation Support Specialist | $140.00 | 4.90 | $ 710.50 |
| **TOTAL PARALEGALS AND ADDITIONAL PROFESSIONALS** | | | 27.40 | $ 3,860.50 |
| **TOTAL ALL PROFESSIONALS** | | | | $ 102,588.50 |