# EXHIBIT C

**EXPENSE SUMMARY**

| Expense Category | Total Expenses |
|---|---|
| Duplicating - Internal | $ 122.07 |
| Transportation – Local while on business | $ 7.15 |
| Printing - Internal | $ 154.83 |
| Westlaw On-Line Legal Research | $ 196.02 |
| Pacer | $ 69.80 |
| **Total:** | **$ 549.87** |