**EXHIBIT D**

Invoice Date:    3/23/15
Invoice Number:    719264
Client Matter Number:    66471.00001
I.D.#    01051

## Disbursements and Other Related Charges Incurred On Your Behalf

| Date | Description | | Amount |
|---|---|---|---|
| 02/28/15 | Printing & Duplicating - Internal | $ | 276.90 |
| 02/28/15 | Pacer | $ | 69.80 |
| 02/04/15 | Westlaw On-Line Legal Research | $ | 160.38 |
| 02/26/15 | Transportation - Local while on business - PAID TO: Mark A. Fink 2/12/15 Cabfare - Traveled roundtrip to Delaware re Late night work on EFH matter | $ | 7.15 |
| 02/27/15 | Westlaw On-Line Legal Research | $ | 35.64 |
| | Total Disbursements | $ | 549.87 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**