IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ENERGY FUTURE HOLDINGS ) | Case No. 14-10979 (CSS) |
| CORP., et al.[1], ) | |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | **Re: D.I. 3062, 3224, 3728** |

**SECOND SUPPLEMENTAL DECLARATION OF BRADLEY A. ROBINS IN SUPPORT OF APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF GREENHILL & CO., LLC AS INDEPENDENT FINANCIAL ADVISOR TO DEBTORS AND DEBTORS IN POSSESSION ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY LLC AND TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC**

I, Bradley A. Robins, state the following under penalty of perjury:

1.      I am a Managing Director and the Head of Financing Advisory & Restructuring for North America for the firm of Greenhill & Co., LLC ("**Greenhill**"), whose principal office is located at 300 Park Avenue, New York, New York 10022.

2.      I submit this supplemental declaration (the "**Second Supplemental Declaration**") to supplement the disclosures contained in the (i) Declaration of Bradley A. Robins in Support of Application for Entry of an Order Authorizing the Retention and Employment of Greenhill & Co., LLC as Independent Financial Advisor to Debtors and Debtors in Possession Energy Future Competitive Holdings Company and Texas Competitive Electric Holdings Company LLC Effective Nunc Pro Tunc to November 17, 2014 (the "**Initial Declaration**"), filed on December 17, 2014, and submitted as Exhibit C to the Application of Energy Future Competitive Holdings

---

[1]  The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Company LLC and Texas Competitive Electric Holdings Company LLC for Entry of an Order Authorizing Them to Retain and Employ Greenhill & Co., LLC as Independent Financial Advisor Effective Nunc Pro Tunc to November 17, 2014 (the "**Application**") [D.I. 3062] and (ii) First Supplemental Declaration of Bradley A. Robins in Support of Application for Entry of an Order Authorizing the Retention and Employment of Greenhill & Co., LLC as Independent Financial Advisor to Debtors and Debtors in Possession Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC Effective Nunc Pro Tunc to November 17, 2014 (the "**First Supplemental Declaration**") [D.I. 3224], filed on January 9, 2015.  Each were filed by debtors and debtors-in-possession Energy Future Competitive Holdings Company LLC ("**EFCH**") and Texas Competitive Electric Holdings Company LLC ("**TCEH**" and together with EFCH and their debtor subsidiaries, the "**TCEH Debtors**").[2]  Greenhill's retention was previously authorized by the Court pursuant to the Amended and Restated Authorizing Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC to Retain and Employ Greenhill & Co. as Independent Financial Advisor Effective Nunc Pro Tunc to November 17, 2014 (the "**Order**") [D.I. 3728] entered on March 3, 2015.[3]

3. I am authorized to submit this Second Supplemental Declaration on behalf of Greenhill in compliance with §§ 327 and 328 of the Bankruptcy Code and to provide additional disclosures required under Bankruptcy Rules 2014(a), 2016 and 5002, and Local Rules 2014-1 and 2016-2 in further support of the Application.  Unless otherwise stated in this Second Supplemental Declaration, the First Supplemental Declaration or the Initial Declaration, I have

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application, Initial Declaration and/or First Supplemental Declaration.

[3] The Order amended and restated an earlier order dated January 13, 2015 [D.I. 3283].

personal knowledge of the facts set forth herein or have been informed of such matters by professionals at Greenhill.

4.  To the extent any information disclosed herein requires amendment or modification upon Greenhill's completion of further review or as additional party-in-interest information becomes available to it, a further supplemental declaration reflecting such amended or modified information will be submitted to the Court.

**Supplemental Disclosure**

5.  As set forth in the Initial Declaration, and in connection with its retention by the TCEH Debtors in these cases, Greenhill undertook an analysis to determine whether it has any conflicts or other relationships that might affect Greenhill's status as a "disinterested person" as that term is defined in § 101(14) of the Bankruptcy Code or cause

6.  Specifically, Greenhill has received from the Debtors and/or their representatives, a list of the names of individuals and entities that may be parties-in-interest in these chapter 11 cases (the "**Potential Parties in Interest**").  Such list was attached to the First Supplemental Declaration as Exhibit 1

7.  On February 19, 2015, the Debtors and/or their representatives, provided an updated list of potential parties in interest in EFIH's chapter 11 case (the "**Updated Potential Parties in Interest**").

8.  Greenhill conducted a supplemental conflicts and connections check with respect to the names on the Updated Potential Parties in Interest list.

9.  The parties in interest about whom (or about whose affiliates) Greenhill makes supplemental disclosures are listed on **Exhibit A** to this Second Supplemental Declaration.

10. To the best of my knowledge, information, and belief, Greenhill has not been retained to assist any entity or person other than the TCEH Debtors on matters relating to, or in direct connection with, these chapter 11 cases. Greenhill will not accept any engagement or perform any service for any entity or person other than the TCEH Debtors in these chapter 11 cases. Greenhill will, however, continue to provide professional services to entities or persons that may be creditors of the Debtors or Updated Potential Parties in Interest in these chapter 11 cases, provided that such services do not relate to, or have any direct connection with, these chapter 11 cases or the TCEH Debtors. Within the past twelve months, Greenhill has had or continues to have client relationships with certain Updated Potential Parties in Interest listed on **Exhibit B** hereto. As disclosed herein, such services are unrelated to the Debtors, their estates or the chapter 11 cases.

11. Certain members of the Greenhill team assigned to work on this matter and/or their immediate family members may directly hold debt or equity securities issued by Updated Potential Parties in Interest. A list of such holdings by members of the Greenhill team assigned to work on this matter is attached hereto as **Exhibit C**.[4] To the best of my knowledge, information and belief none of these professionals' holdings would be considered material from the perspective of the issuers of such debt or equity securities (they are all well-below 5% of the shares outstanding).

12. Certain members of the Greenhill team assigned to work on this matter were formerly employed by other investment banking, financial services or other professional services firms that are among the Updated Potential Parties in Interest. A list of such former employers with respect to members of the Greenhill team assigned to work on this matter is attached hereto

---

[4] For avoidance of doubt, this list includes only direct holdings and does not include debt or equity securities indirectly held or controlled through mutual funds.

4

as **Exhibit D**.  While employed by other firms, certain professionals presently employed by Greenhill may have represented creditors, equity holders or other Updated Potential Parties in Interest in these chapter 11 cases in connection with matters unrelated to the Debtors and the chapter 11 cases.  Greenhill does not believe that these matters create a conflict of interest regarding the Debtors, their estates or the chapter 11 cases.

13. In the course of its operations, during the past twelve months, Greenhill has utilized and/or continues to utilize the services and products of various vendors, service providers and/or manufacturers, some of which appear on the list of Updated Potential Parties in Interest.  A list of the Updated Potential Parties in Interest that have or continue to provide services to Greenhill during the past twelve months is attached hereto as **Exhibit E**.  Greenhill does not believe that these relationships create a conflict of interest regarding the Debtors, their estates or the chapter 11 cases.

14. I reaffirm and incorporate by reference the terms of the Initial Declaration and First Supplemental Declaration as if set forth herein, including, but not limited to, those provisions regarding the scope of the search conducted and the limitations of Greenhill's disclosures.

I declare under penalty of perjury as provided in 28 U.S.C. § 1746 that the foregoing is true and correct according to the best of my knowledge, information and belief.

Dated: March 24, 2015

/s/ Bradley A. Robins
Bradley A. Robins