# EXHIBIT A

**Detailed Description of Expenses**

Guggenheim Securities
Expense Details                                                                 EXHIBIT A

**GUGGENHEIM SECURITIES, LLC**
**EXPENSE DETAILS FOR THE PERIOD OF**
**FEBRUARY 1, 2015 THROUGH FEBRUARY 28, 2015**

### Expense Details

| Date | Category | Expense Incurred | Voluntary Reduction | Requested Amount | Professionals | Vendor | Description |
|---|---|---|---|---|---|---|---|
| 1/16/2015 | Airfare | 24.00 | 0.00 | 24.00 | Michael Henkin | AGNT FEE 89006426876404 | Travel agency fee; booking of Dallas EFH trip |
| 1/20/2015 | Airfare | 49.00 | 0.00 | 49.00 | Phillip Laroche | Delta | Upgrade to Economy Comfort; NY-Dallas (EFH Oncor meeting) |
| 1/21/2015 | Airfare | 12.95 | 0.00 | 12.95 | Ronen Bojmel | GOGOAIR.COM | In-flight Internet; Trip to Dallas for EFH meeting |
| 1/21/2015 | Airfare | 981.10 | (474.10) | 507.00 | Michael Henkin | Delta | One way coach equivalent airfare from NY-Dallas; EFH meeting |
| 1/21/2015 | Airfare | 1,971.20 | (553.00) | 1,418.20 | Michael Henkin | United Airlines | Round trip coach equivalent airfare for Rob Venerus (Guggenheim Consultant) to Dallas; EFH meeting |
| 1/21/2015 | Airfare | 24.00 | 0.00 | 24.00 | Michael Henkin | AGNT FEE 89006426975023 | Travel agency fee; Dallas travel arrangements |
| 1/21/2015 | Airfare | 926.12 | 0.00 | 926.12 | Ofir Nitzan | Delta | Round trip coach equivalent airfare from NY to Dallas for EFH meeting (Oncor LRP discussion) |
| 1/21/2015 | Airfare | 24.00 | 0.00 | 24.00 | Ofir Nitzan | AGNT FEE 89006426524164 | Travel agency fee; booking of trip to Dallas for EFH Oncor meeting |
| 1/21/2015 | Airfare | 926.12 | 0.00 | 926.12 | Phillip Laroche | Delta | Round trip coach equivalent airfare from NY-Dallas for EFH Oncor meeting |
| 1/21/2015 | Airfare | 24.00 | 0.00 | 24.00 | Phillip Laroche | AGNT FEE 89006426483074 | Travel agency fee; EFH Oncor trip |
| 1/22/2015 | Airfare | 493.10 | 0.00 | 493.10 | Michael Henkin | United Airlines | One way coach equivalent airfare from Dallas to SF; Return from EFH meeting |
| 1/22/2015 | Airfare | 24.00 | 0.00 | 24.00 | Michael Henkin | AGNT FEE 89006429234796 | Travel Agency Fee; booking of Rob Venerus flights |
| 1/22/2015 | Airfare | 50.00 | 0.00 | 50.00 | Ofir Nitzan | Delta | Economy comfort upgrade fee; EFH Trip to Dallas |
| 1/22/2015 | Airfare | 18.40 | 0.00 | 18.40 | Ofir Nitzan | GOGOAIR.COM | In-flight internet during trip for EFH meeting (Oncor LRP discussion) |
| 1/22/2015 | Airfare | 200.00 | 0.00 | 200.00 | Phillip Laroche | Delta | Delta Change Fee - change to earlier return flight from Dallas to NY |
| 1/22/2015 | Airfare | 49.00 | 0.00 | 49.00 | Phillip Laroche | Delta | Upgrade to Economy Comfort - Dallas-NY (EFH Oncor meeting) |
| 1/22/2015 | Airfare | 39.00 | 0.00 | 39.00 | Phillip Laroche | AGNT FEE 89006429084171 | Travel agency fee - change to earlier return flight |
| 1/26/2015 | Airfare | 4,062.20 | (2,999.00) | 1,063.20 | Michael Henkin | United Airlines | Round trip coach equivalent airfare from SF-NY (EFH meeting at PJS) |
| 1/26/2015 | Airfare | 24.00 | 0.00 | 24.00 | Michael Henkin | AGNT FEE 89006430646641 | Travel agency fee; booking of EFH trip to NY |
| 2/8/2015 | Airfare | 5,374.20 | (3,886.00) | 1,488.20 | Michael Henkin | United Airlines | Round trip coach equivalent airfare from SF-NY; EFH Note Discussion meeting |
| 1/21/2015 | Hotel | 73.91 | (73.91) | 0.00 | Ronen Bojmel | Ritz-Carlton | Taxes and fees |
| 1/21/2015 | Hotel | 479.00 | (129.00) | 350.00 | Ronen Bojmel | Ritz-Carlton | 1 night room rate |
| 1/21/2015 | Hotel | 9.95 | 0.00 | 9.95 | Ronen Bojmel | The Ritz-Carlton | 1 day internet rate |
| 1/21/2015 | Hotel | 73.09 | (73.09) | 0.00 | Michael Henkin | Ritz-Carlton | Taxes and fees |
| 1/21/2015 | Hotel | 479.00 | (129.00) | 350.00 | Michael Henkin | Ritz-Carlton | 1 night room rate |
| 1/21/2015 | Hotel | 39.00 | 0.00 | 39.00 | Michael Henkin | AGNT FEE 89006426913224 | Travel agency fee; booking of Dallas hotel |
| 1/21/2015 | Hotel | 47.30 | (7.30) | 40.00 | Ofir Nitzan | Ritz-Carlton | Taxes and fees |
| 1/21/2015 | Hotel | 310.00 | 0.00 | 310.00 | Ofir Nitzan | Ritz-Carlton | 1 night room rate |
| 1/21/2015 | Hotel | 47.30 | (7.30) | 40.00 | Phillip Laroche | Ritz-Carlton | Taxes and Fees |
| 1/21/2015 | Hotel | 310.00 | 0.00 | 310.00 | Phillip Laroche | Ritz-Carlton | 1 night room rate |
| 1/27/2015 | Hotel | 74.54 | 0.00 | 74.54 | Michael Henkin | Hyatt | Taxes and fees |
| 1/27/2015 | Hotel | 458.00 | 0.00 | 458.00 | Michael Henkin | Hyatt | 2 night room rate |
| 2/9/2015 | Hotel | 91.06 | 0.00 | 91.06 | Michael Henkin | Grand Hyatt | Taxes and fees |
| 2/9/2015 | Hotel | 570.00 | 0.00 | 570.00 | Michael Henkin | Grand Hyatt | 2 night room rate |
| 1/5/2015 | Ground Transportation | 30.63 | 0.00 | 30.63 | Ronen Bojmel | EXECUTIVE CHARGE INC | Car to Centerview for EFH meeting |
| 1/5/2015 | Ground Transportation | 100.24 | 0.00 | 100.24 | Ronen Bojmel | EXECUTIVE CHARGE INC | Car from JFK airport to hotel |
| 1/11/2015 | Ground Transportation | 158.18 | 0.00 | 158.18 | James Shovlin | BIG APPLE CAR INC | Weekend car service to office from home |
| 1/13/2015 | Ground Transportation | 69.70 | 0.00 | 69.70 | Phillip Laroche | VELOCITY LIMO INC | Car service home after 9:00pm |
| 1/14/2015 | Ground Transportation | 35.09 | 0.00 | 35.09 | Michael Henkin | EXECUTIVE CHARGE INC | Car from office to meeting at GSO Capital |
| 1/14/2015 | Ground Transportation | 69.70 | 0.00 | 69.70 | Phillip Laroche | VELOCITY LIMO INC | Car service home after 9:00pm |
| 1/15/2015 | Ground Transportation | 68.50 | 0.00 | 68.50 | Michael Henkin | EXECUTIVE CHARGE INC | Car from office to LGA airport |
| 1/19/2015 | Ground Transportation | 9.45 | 0.00 | 9.45 | James Shovlin | NYC TAXI 9H29 | Taxi from office to home after 9:00pm |
| 1/20/2015 | Ground Transportation | 25.26 | 0.00 | 25.26 | Ronen Bojmel | VELOCITY LIMO INC | Car to EFH meeting at York |
| 1/20/2015 | Ground Transportation | 89.80 | 0.00 | 89.80 | Michael Henkin | VELOCITY LIMO INC | Car service from JFK airport to hotel |
| 1/21/2015 | Ground Transportation | 69.61 | 0.00 | 69.61 | Ronen Bojmel | EXECUTIVE CHARGE INC | Car to LGA airport; Dallas trip (meeting with Oncor) |
| 1/21/2015 | Ground Transportation | 69.61 | 0.00 | 69.61 | Michael Henkin | EXECUTIVE CHARGE INC | Car from office to LGA airport; Dallas trip (meeting with Oncor) |
| 1/21/2015 | Ground Transportation | 2.50 | 0.00 | 2.50 | Michael Henkin | ALEPH GLOBAL | Related service fee |
| 1/21/2015 | Ground Transportation | 65.00 | 0.00 | 65.00 | Phillip Laroche | DFW CAB AND SHUTTLE SE | Taxi from airport to hotel; EFH trip to Dallas |
| 1/21/2015 | Ground Transportation | 69.70 | 0.00 | 69.70 | Phillip Laroche | VELOCITY LIMO INC | Car service home after 9:00pm |
| 1/21/2015 | Ground Transportation | 7.54 | 0.00 | 7.54 | James Shovlin | NYC TAXI 3N17 | Taxi from office to home after midnight on 1/20/2015 |
| 1/22/2015 | Ground Transportation | 16.00 | 0.00 | 16.00 | Michael Henkin | Star Cab | Taxi from hotel to EFH meeting |
| 1/22/2015 | Ground Transportation | 88.90 | 0.00 | 88.90 | Michael Henkin | SQ TAXI SERVICE SAN | Taxi from airport to home after Dallas |
| 1/22/2015 | Ground Transportation | 62.73 | 0.00 | 62.73 | Ofir Nitzan | VELOCITY LIMO INC | Car from LGA airport to home after Dallas |
| 1/22/2015 | Ground Transportation | 68.40 | 0.00 | 68.40 | Phillip Laroche | TAXI CAB SERVICE | Taxi from EFH Office to airport |
| 1/22/2015 | Ground Transportation | 17.56 | 0.00 | 17.56 | Phillip Laroche | SQ DFW TAXI CAB SERVI | Taxi from hotel to EFH office |
| 1/22/2015 | Ground Transportation | 118.43 | 0.00 | 118.43 | Phillip Laroche | BIG APPLE CAR INC | Car from LGA airport to home after Dallas |
| 1/23/2015 | Ground Transportation | 17.30 | 0.00 | 17.30 | Ofir Nitzan | NYC TAXI 4M48 | Taxi from office to home after 9:00pm |
| 1/24/2015 | Ground Transportation | 58.23 | 0.00 | 58.23 | Ronen Bojmel | NYC TAXI 7P38 | Taxi from airport to home; Return from EFH Dallas trip |
| 1/24/2015 | Ground Transportation | 7.95 | 0.00 | 7.95 | James Shovlin | NYC-TAXI | Taxi from office to home after 9:00pm |
| 1/24/2015 | Ground Transportation | 6.20 | 0.00 | 6.20 | James Shovlin | NYC TAXI 3H56 | Weekend taxi from office to home |
| 1/25/2015 | Ground Transportation | 6.30 | 0.00 | 6.30 | Ofir Nitzan | NYC TAXI 6M42 | Weekend taxi from home to office |
| 1/25/2015 | Ground Transportation | 12.80 | 0.00 | 12.80 | Ofir Nitzan | NYC TAXI 6P36 | Weekend taxi from office to home |
| 1/26/2015 | Ground Transportation | 6.35 | 0.00 | 6.35 | Ronen Bojmel | NYC TAXI 9F29 | Taxi from office to EFH meeting |
| 1/26/2015 | Ground Transportation | 90.00 | 0.00 | 90.00 | Michael Henkin | SFO PARKINGCENTRAL-Q96 | Parking at SFO during trip (50% EFH allocation) |
| 1/27/2015 | Ground Transportation | 24.00 | 0.00 | 24.00 | Michael Henkin | AGNT FEE 89006430701451 | Travel agency fee; booking of Amtrak |
| 1/27/2015 | Ground Transportation | 81.00 | 0.00 | 81.00 | Michael Henkin | AMTRAK TEL0265547112838 | Amtrak from DC-NY (change due to weather/cancelled trains) |
| 1/27/2015 | Ground Transportation | 158.00 | 0.00 | 158.00 | Michael Henkin | AMTRAK TEL0268561063218 | Train from DC-NY (due to weather re-route) |
| 1/27/2015 | Ground Transportation | 24.00 | 0.00 | 24.00 | Michael Henkin | AGNT FEE 89006430844903 | Travel agency fee; rebooking of train due to weather cancellation |
| 1/27/2015 | Ground Transportation | 8.76 | 0.00 | 8.76 | Michael Henkin | NYC-TAXI | Taxi from Penn station to Office |
| 1/27/2015 | Ground Transportation | 8.80 | 0.00 | 8.80 | David Paulzak | NYC TAXI 1B71,1B97 | Taxi from office to home after 9:00pm |
| 1/27/2015 | Ground Transportation | 8.19 | 0.00 | 8.19 | James Shovlin | NYC-TAXI | Taxi from office to home after 9:00pm |
| 1/28/2015 | Ground Transportation | 34.03 | 0.00 | 34.03 | Ronen Bojmel | VELOCITY LIMO INC | Car to EFH meeting at PJ Solomon |

Guggenheim Securities
Expense Details                                                                                          EXHIBIT A

GUGGENHEIM SECURITIES, LLC
EXPENSE DETAILS FOR THE PERIOD OF
FEBRUARY 1, 2015 THROUGH FEBRUARY 28, 2015

### Expense Details

| Date | Category | Expense Incurred | Voluntary Reduction | Requested Amount | Professionals | Vendor | Description |
|---|---|---|---|---|---|---|---|
| 1/28/2015 | Ground Transportation | 79.00 | 0.00 | 79.00 | Phillip Laroche | VELOCITY LIMO INC | Car service home after 9:00pm |
| 1/28/2015 | Ground Transportation | 2.50 | 0.00 | 2.50 | Phillip Laroche | ALEPH GLOBAL | Related car service fee |
| 1/28/2015 | Ground Transportation | 7.80 | 0.00 | 7.80 | David Paulzak | NYC-TAXI | Taxi from office to home after 9:00pm |
| 1/28/2015 | Ground Transportation | 8.19 | 0.00 | 8.19 | James Shovlin | NYC-TAXI | Taxi from office to home after 9:00pm |
| 1/30/2015 | Ground Transportation | 68.13 | 0.00 | 68.13 | Michael Henkin | NYC-TAXI | Taxi from NY office to JFK |
| 1/30/2015 | Ground Transportation | 17.80 | 0.00 | 17.80 | Ofir Nitzan | NYC TAXI CCRMT | Taxi from office to EFH meeting |
| 1/30/2015 | Ground Transportation | 7.30 | 0.00 | 7.30 | James Shovlin | NYC TAXI 8E89 | Taxi from office to home after 9:00pm |
| 1/31/2015 | Ground Transportation | 12.00 | 0.00 | 12.00 | Ofir Nitzan | NYC TAXI 1H20 | Weekend taxi from office to home |
| 1/31/2015 | Ground Transportation | 8.19 | 0.00 | 8.19 | James Shovlin | NYC TAXI CCRMT | Weekend taxi from home to office |
| 2/2/2015 | Ground Transportation | 16.80 | 0.00 | 16.80 | David Paulzak | UBER | Taxi for Ronen Bojmel; from office to EFH meeting |
| 2/3/2015 | Ground Transportation | 13.00 | 0.00 | 13.00 | Ofir Nitzan | NYC TAXI 5K18 | Taxi from office to home after midnight on 2/2/2015 |
| 2/3/2015 | Ground Transportation | 12.80 | 0.00 | 12.80 | Ofir Nitzan | NYC TAXI SBV150 | Taxi from office to home after 9:00pm |
| 2/3/2015 | Ground Transportation | 69.70 | 0.00 | 69.70 | Phillip Laroche | VELOCITY LIMO INC | Car service home after 9:00pm |
| 2/3/2015 | Ground Transportation | 31.27 | 0.00 | 31.27 | Phillip Laroche | VELOCITY LIMO INC | Car service home after 9:00pm |
| 2/3/2015 | Ground Transportation | 2.50 | 0.00 | 2.50 | Phillip Laroche | ALEPH GLOBAL | Related car service fee |
| 2/3/2015 | Ground Transportation | 2.50 | 0.00 | 2.50 | Phillip Laroche | ALEPH GLOBAL | Related car service fee |
| 2/3/2015 | Ground Transportation | 8.19 | 0.00 | 8.19 | James Shovlin | NYC YELLOW CAB | Taxi from office to home after 9:00pm |
| 2/3/2015 | Ground Transportation | 8.15 | 0.00 | 8.15 | James Shovlin | NYC TAXI 9V53 | Taxi from office to home after midnight on 2/2/2015 |
| 2/4/2015 | Ground Transportation | 13.80 | 0.00 | 13.80 | Ofir Nitzan | NYC-TAXI | Taxi from office to home after 9:00pm |
| 2/4/2015 | Ground Transportation | 69.70 | 0.00 | 69.70 | Phillip Laroche | VELOCITY LIMO INC | Car service home after 9:00pm |
| 2/4/2015 | Ground Transportation | 2.50 | 0.00 | 2.50 | Phillip Laroche | ALEPH GLOBAL | Related car service fee |
| 2/5/2015 | Ground Transportation | 19.34 | 0.00 | 19.34 | Ronen Bojmel | GET TAXI | Taxi from office to home after 9:00pm |
| 2/5/2015 | Ground Transportation | 66.93 | 0.00 | 66.93 | Ronen Bojmel | VELOCITY LIMO INC | Car to EFH meeting at Amstock |
| 2/5/2015 | Ground Transportation | 2.50 | 0.00 | 2.50 | Ronen Bojmel | ALEPH GLOBAL | Related car service fee |
| 2/5/2015 | Ground Transportation | 13.30 | 0.00 | 13.30 | Ofir Nitzan | NYCTAXI-3K71 | Taxi from office to home after 9:00pm |
| 2/5/2015 | Ground Transportation | 69.70 | 0.00 | 69.70 | Phillip Laroche | VELOCITY LIMO INC | Car service home after 9:00pm |
| 2/5/2015 | Ground Transportation | 2.50 | 0.00 | 2.50 | Phillip Laroche | ALEPH GLOBAL | Related car service fee |
| 2/5/2015 | Ground Transportation | 6.00 | 0.00 | 6.00 | David Paulzak | NYC YELLOW CAB | Taxi from office to home after midnight on 2/5/2015 |
| 2/5/2015 | Ground Transportation | 54.85 | 0.00 | 54.85 | David Paulzak | UBER TECHNOLOGIES INC | Taxi from EFH meeting with AST (new UCC Member) to office |
| 2/5/2015 | Ground Transportation | 6.35 | 0.00 | 6.35 | James Shovlin | NYC TAXI 2G32 | Taxi from office to home after midnight on 2/5/2015 |
| 2/7/2015 | Ground Transportation | 5.59 | 0.00 | 5.59 | James Shovlin | NYC YELLOW CAB | Weekend taxi from home to office |
| 2/8/2015 | Ground Transportation | 9.35 | 0.00 | 9.35 | James Shovlin | NYC TAXI 9K46 | Taxi from office to home after 9:00pm |
| 2/9/2015 | Ground Transportation | 69.76 | 0.00 | 69.76 | Michael Henkin | NYC-TAXI | Taxi from JFK airport to hotel |
| 2/9/2015 | Ground Transportation | 96.00 | 0.00 | 96.00 | Michael Henkin | SFO PARKINGCENTRAL-Q96 | Parking at SFO during trip |
| 2/9/2015 | Ground Transportation | 8.80 | 0.00 | 8.80 | James Shovlin | NYC TAXI 5E76 | Taxi from office to home after midnight on 2/9/2015 |
| 2/10/2015 | Ground Transportation | 12.00 | 0.00 | 12.00 | Ofir Nitzan | NYC TAXI 3E85 | Taxi from office to home after 9:00pm |
| 2/10/2015 | Ground Transportation | 69.70 | 0.00 | 69.70 | Phillip Laroche | VELOCITY LIMO INC | Car service home after midnight on night of 2/9/2015 |
| 2/10/2015 | Ground Transportation | 69.70 | 0.00 | 69.70 | Phillip Laroche | VELOCITY LIMO INC | Car service home after 9:00pm |
| 2/10/2015 | Ground Transportation | 2.50 | 0.00 | 2.50 | Phillip Laroche | ALEPH GLOBAL | Related car service fee (night of 2/9/2015) |
| 2/10/2015 | Ground Transportation | 2.50 | 0.00 | 2.50 | Phillip Laroche | ALEPH GLOBAL | Related car service fee |
| 2/10/2015 | Ground Transportation | 5.75 | 0.00 | 5.75 | David Paulzak | NYC TAXI 7G83 | Taxi from office to home after 9:00pm |
| 2/11/2015 | Ground Transportation | 69.70 | 0.00 | 69.70 | Phillip Laroche | VELOCITY LIMO INC | Car service home after 9:00pm |
| 2/11/2015 | Ground Transportation | 2.50 | 0.00 | 2.50 | Phillip Laroche | ALEPH GLOBAL | Related car service fee |
| 2/12/2015 | Ground Transportation | 31.39 | 0.00 | 31.39 | Ronen Bojmel | VELOCITY LIMO INC | Car to EFH meeting at S&C; EFIH Notes Discussion meeting |
| 2/12/2015 | Ground Transportation | 26.46 | 0.00 | 26.46 | Ronen Bojmel | VELOCITY LIMO INC | Car to Office after EFH meeting at S&C; EFIH Notes Discussion meeting |
| 2/12/2015 | Ground Transportation | 2.50 | 0.00 | 2.50 | Ronen Bojmel | ALEPH GLOBAL | Related car service fee |
| 2/12/2015 | Ground Transportation | 2.50 | 0.00 | 2.50 | Ronen Bojmel | ALEPH GLOBAL | Related car service fee |
| 2/12/2015 | Ground Transportation | 84.25 | 0.00 | 84.25 | Michael Henkin | VELOCITY LIMO INC | Car service from office to JFK airport |
| 2/12/2015 | Ground Transportation | 38.42 | 0.00 | 38.42 | Michael Henkin | EXECUTIVE CHARGE INC | Car to EFH meeting at S&C; EFIH Notes Discussion meeting |
| 2/12/2015 | Ground Transportation | 2.50 | 0.00 | 2.50 | Michael Henkin | ALEPH GLOBAL | Related car service fee |
| 2/12/2015 | Ground Transportation | 2.50 | 0.00 | 2.50 | Michael Henkin | ALEPH GLOBAL | Related car service fee |
| 2/12/2015 | Ground Transportation | 36.73 | 0.00 | 36.73 | Phillip Laroche | UBER | Taxi from office to EFH Meeting at S&C |
| 2/12/2015 | Ground Transportation | 21.87 | 0.00 | 21.87 | Phillip Laroche | UBER TECHNOLOGIES INC | Taxi from EFH meeting to office |
| 2/12/2015 | Ground Transportation | 69.70 | 0.00 | 69.70 | Phillip Laroche | VELOCITY LIMO INC | Car service home after 9:00pm |
| 2/12/2015 | Ground Transportation | 2.50 | 0.00 | 2.50 | Phillip Laroche | ALEPH GLOBAL | Related car service fee |
| 2/12/2015 | Ground Transportation | 20.97 | 0.00 | 20.97 | David Paulzak | UBER TECHNOLOGIES INC | Taxi from office to home after 9:00pm |
| 2/13/2015 | Ground Transportation | 21.57 | 0.00 | 21.57 | Ronen Bojmel | UBER TECHNOLOGIES INC | Taxi from EFH meeting at S&C to Office |
| 2/13/2015 | Ground Transportation | 34.40 | 0.00 | 34.40 | Ronen Bojmel | VELOCITY LIMO INC | Car service home after 9:00pm |
| 2/13/2015 | Ground Transportation | 2.50 | 0.00 | 2.50 | Ronen Bojmel | ALEPH GLOBAL | Related car service fee |
| 2/13/2015 | Ground Transportation | 26.46 | 0.00 | 26.46 | Ofir Nitzan | VELOCITY LIMO INC | Car service home after 9:00pm |
| 2/13/2015 | Ground Transportation | 2.50 | 0.00 | 2.50 | Ofir Nitzan | ALEPH GLOBAL | Related car service fee |
| 2/13/2015 | Ground Transportation | 2.50 | 0.00 | 2.50 | James Shovlin | ALEPH GLOBAL | Car service home after 9:00pm |
| 2/13/2015 | Ground Transportation | 23.39 | 0.00 | 23.39 | James Shovlin | BIG APPLE CAR INC | Car service home after 9:00pm |
| 2/14/2015 | Ground Transportation | 80.54 | 0.00 | 80.54 | Phillip Laroche | VELOCITY LIMO INC | Car service home after 9:00pm |
| 2/14/2015 | Ground Transportation | 2.50 | 0.00 | 2.50 | Phillip Laroche | ALEPH GLOBAL | Related car service fee |
| 2/17/2015 | Ground Transportation | 13.30 | 0.00 | 13.30 | Ofir Nitzan | NYC TAXI 5D19 | Taxi from office to home after 9:00pm |
| 1/7/2015 | Meals | 352.56 | 0.00 | 352.56 |  | SEAMLESS NORTH AMERICA LLC | Catered lunch for meeting at Gugg.'s office attended by Jeffries, Kasowitz and S&C |
| 1/21/2015 | Meals | 15.55 | 0.00 | 15.55 | Michael Henkin | CAFE 42ND | 1 person travel meal - lunch |
| 1/21/2015 | Meals | 132.58 | 0.00 | 132.58 | Phillip Laroche | LAGUARDIA USA, LLC | 4 person travel meal - dinner |
| 1/22/2015 | Meals | 36.83 | 0.00 | 36.83 | Ofir Nitzan | FLY BAR | 2 person travel meal - dinner |
| 1/24/2015 | Meals | 9.00 | 0.00 | 9.00 | James Shovlin | CHIPOTLE 1255 | 1 person - Overtime working meals |
| 1/25/2015 | Meals | 11.25 | 0.00 | 11.25 | James Shovlin | CHIPOTLE 1255 | 1 person - Overtime working meals |
| 1/26/2015 | Meals | 21.41 | 0.00 | 21.41 | Michael Henkin | KLEINS DELI GATE 62 | 1 person travel meal - lunch |
| 1/26/2015 | Meals | 25.61 | (5.61) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 1/27/2015 | Meals | 18.29 | 0.00 | 18.29 | Michael Henkin | CAFE 42ND | 1 person travel meal - dinner |

Guggenheim Securities
Expense Details                                                         EXHIBIT A

GUGGENHEIM SECURITIES, LLC
EXPENSE DETAILS FOR THE PERIOD OF
FEBRUARY 1, 2015 THROUGH FEBRUARY 28, 2015

### Expense Details

| Date | Category | Expense Incurred | Voluntary Reduction | Requested Amount | Professionals | Vendor | Description |
|---|---|---|---|---|---|---|---|
| 1/27/2015 | Meals | 58.72 | 0.00 | 58.72 | Michael Henkin | NAPLES 45 | 2 person working lunch/travel meal; discuss EFH |
| 1/27/2015 | Meals | 25.47 | (5.47) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 1/28/2015 | Meals | 25.62 | (5.62) | 20.00 | Ofir Nitzan | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 1/28/2015 | Meals | 17.65 | 0.00 | 17.65 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 1/28/2015 | Meals | 25.45 | (5.45) | 20.00 | David Paulzak | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 1/28/2015 | Meals | 25.55 | (5.55) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 1/30/2015 | Meals | 17.65 | 0.00 | 17.65 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 1/30/2015 | Meals | 25.61 | (5.61) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 1/31/2015 | Meals | 15.25 | 0.00 | 15.25 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 2/1/2015 | Meals | 25.39 | (5.39) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 2/1/2015 | Meals | 12.00 | 0.00 | 12.00 | James Shovlin | CHIPOTLE 1255 | 1 person - Overtime working meals |
| 2/2/2015 | Meals | 24.31 | (4.31) | 20.00 | Ofir Nitzan | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 2/2/2015 | Meals | 24.31 | (4.31) | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 2/2/2015 | Meals | 25.61 | (5.61) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 2/3/2015 | Meals | 25.56 | (5.56) | 20.00 | Ofir Nitzan | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 2/3/2015 | Meals | 25.55 | (5.55) | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 2/3/2015 | Meals | 24.86 | (4.86) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 2/4/2015 | Meals | 24.74 | (4.74) | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 2/4/2015 | Meals | 25.22 | (5.22) | 20.00 | David Paulzak | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 2/4/2015 | Meals | 25.50 | (5.50) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 2/5/2015 | Meals | 23.69 | (3.69) | 20.00 | Ofir Nitzan | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 2/5/2015 | Meals | 23.68 | (3.68) | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 2/5/2015 | Meals | 24.70 | (4.70) | 20.00 | David Paulzak | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 2/5/2015 | Meals | 25.52 | (5.52) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 2/6/2015 | Meals | 25.61 | (5.61) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 2/7/2015 | Meals | 14.22 | 0.00 | 14.22 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 2/9/2015 | Meals | 19.40 | 0.00 | 19.40 | Michael Henkin | KLEINS DELI GATE 62 | 1 person travel meal - lunch |
| 2/9/2015 | Meals | 25.57 | (5.57) | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 2/9/2015 | Meals | 25.58 | (5.58) | 20.00 | David Paulzak | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 2/9/2015 | Meals | 25.57 | (5.57) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 2/10/2015 | Meals | 25.41 | (5.41) | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 2/11/2015 | Meals | 25.37 | (5.37) | 20.00 | Ofir Nitzan | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 2/11/2015 | Meals | 25.37 | (5.37) | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 2/11/2015 | Meals | 25.37 | (5.37) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 2/12/2015 | Meals | 45.20 | 0.00 | 45.20 | Ronen Bojmel | Il Gattopardo | Dinner with Jeff Rosenbaum re: EFH |
| 2/12/2015 | Meals | 25.59 | (5.59) | 20.00 | Ofir Nitzan | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 2/12/2015 | Meals | 25.59 | (5.59) | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 2/12/2015 | Meals | 25.59 | (5.59) | 20.00 | David Paulzak | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 2/12/2015 | Meals | 25.57 | (5.57) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 2/13/2015 | Meals | 24.87 | (4.87) | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 2/13/2015 | Meals | 25.57 | (5.57) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 2/14/2015 | Meals | 15.15 | 0.00 | 15.15 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 2/17/2015 | Meals | 25.62 | (5.62) | 20.00 | Ofir Nitzan | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 2/17/2015 | Meals | 24.33 | (4.33) | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 2/17/2015 | Meals | 25.52 | (5.52) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 2/18/2015 | Meals | 25.43 | (5.43) | 20.00 | Ofir Nitzan | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 2/18/2015 | Meals | 18.43 | 0.00 | 18.43 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 2/18/2015 | Meals | 25.47 | (5.47) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 2/19/2015 | Meals | 25.62 | (5.62) | 20.00 | Ofir Nitzan | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 2/19/2015 | Meals | 25.62 | (5.62) | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 2/20/2015 | Meals | 22.88 | (2.88) | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 2/20/2015 | Meals | 25.45 | (5.45) | 20.00 | David Paulzak | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 2/23/2015 | Meals | 25.60 | (5.60) | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 2/23/2015 | Meals | 22.19 | (2.19) | 20.00 | David Paulzak | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 2/23/2015 | Meals | 25.59 | (5.59) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 2/24/2015 | Meals | 25.20 | (5.20) | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 2/25/2015 | Meals | 25.62 | (5.62) | 20.00 | Ofir Nitzan | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 2/25/2015 | Meals | 20.80 | (0.80) | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 2/25/2015 | Meals | 25.25 | (5.25) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 2/26/2015 | Meals | 25.56 | (5.56) | 20.00 | Ofir Nitzan | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 2/26/2015 | Meals | 25.62 | (5.62) | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 2/26/2015 | Meals | 25.55 | (5.55) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 2/27/2015 | Meals | 23.81 | (3.81) | 20.00 | Phillip Laroche | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 2/27/2015 | Meals | 22.14 | (2.14) | 20.00 | David Paulzak | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 2/27/2015 | Meals | 25.61 | (5.61) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 2/28/2015 | Meals | 25.50 | (5.50) | 20.00 | James Shovlin | SEAMLESS NORTH AMERICA LLC | 1 person - Overtime working meals |
| 2/28/2015 | Legal | 6,016.50 | 0.00 | 6,016.50 | | DENTONS US LLP | Reimbursement of legal fees and expenses incurred by Gugg. |