## <u>EXHIBIT A-1</u>

**Legal Expenses of Guggenheim Securities, LLC**

**DENTONS**

Dentons US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306
salans FMC SNR Denton
dentons.com

GUGGENHEIM SECURITIES
Ronen Bojmel
330 MADISON AVENUE, 8TH FLOOR
NEW YORK, NY 10017
USA

March 16, 2015

**Invoice No. 1632626**

Client/Matter: 21421443-0045

Energy Future Holdings

Payment Due Upon Receipt

Total This Invoice                                             $        6,016.50

Please return this page with your payment

In the case of mail deliveries to:
Dentons US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
Dentons US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citi Private Bank
227 W Monroe, Chicago, IL 60606
ABA Transit # 271070801
Account # 0801051693
Account Name:  Dentons US LLP
Swift Code: CITIUS33

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730
Questions relating to this invoice should be directed to:
P. Maxcy
at 1 312 876 8000

**DENTONS**

Dentons US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

Salans FMC SNR Denton
dentons.com

GUGGENHEIM SECURITIES
Ronen Bojmel
330 MADISON AVENUE, 8TH FLOOR
NEW YORK, NY 10017
USA

March 16, 2015

**Invoice No. 1632626**

Client/Matter:  21421443-0045

Energy Future Holdings

For Professional Services Rendered through February 28, 2015:

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 2/2/15 | P. Maxcy | 0.30 | Various calls with P. Laroche re interim fee application and entry of time records. |
| 2/3/15 | G. Miller | 0.20 | Review Lazard's interim fee application and forward to P. Maxcy (0.20). |
| 2/3/15 | G. Miller | 0.30 | Revise interim fee application. |
| 2/3/15 | P. Maxcy | 1.10 | Revise and edit quarterly fee application. |
| 2/3/15 | P. Maxcy | 0.60 | Review fee application rules and fee applications filed to date. |
| 2/4/15 | P. Maxcy | 0.70 | Further revise interim fee application and emails to P. Laroche re next steps. |
| 2/8/15 | P. Maxcy | 0.60 | Review and comment on Guggenheim edits to interim fee application. |
| 2/12/15 | P. Maxcy | 0.50 | Review draft fee application materials and emails with P. Laroche re preparation of same. |
| 2/13/15 | G. Miller | 0.80 | Finalize interim fee application. |
| 2/13/15 | G. Miller | 0.80 | Draft certification of compliance with local rules. |
| 2/13/15 | G. Miller | 0.60 | Draft certificate of no objection to first monthly fee application. |
| 2/15/15 | P. Maxcy | 0.50 | Review draft fee application materials. |
| 2/16/15 | P. Maxcy | 1.50 | Revise and edit fee application, certificate of compliance and certificate of no objection. |
| 2/16/15 | P. Maxcy | 0.60 | Review local rules re certificate of compliance and adjust application accordingly. |
| 2/17/15 | P. Maxcy | 0.40 | Draft exhibit to monthly certificate of no objection. |
| Total Hours | | 9.50 | |
| Fee Amount | | | $6,016.50 |

Energy Future Holdings

March 16, 2015

Matter: 21421443-0045
Invoice No.: 1632626

## TIME AND FEE SUMMARY

| Timekeeper | | Rate | Hours | Fees |
|---|---|---|---|---|
| P. Maxcy | | $720.00 | 6.80 | $4,896.00 |
| G. Miller | | $415.00 | 2.70 | $1,120.50 |
| Totals | | | 9.50 | $6,016.50 |
| | Fee Total | $ | 6,016.50 | |
| | Invoice Total | $ | 6,016.50 | |



Gibbs FMC SNR Denton
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306
dentons.com

For your Information - Open Invoices

GUGGENHEIM SECURITIES
Ronen Bojmel
330 MADISON AVENUE, 8TH FLOOR
NEW YORK, NY 10017
USA

March 16, 2015

Client/Matter #: 21421443-0045

Energy Future Holdings

---

### Statement of Account

According to our records, as of March 16, 2015, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

| Date | Invoice No. | Invoice Amount | Payments/ Adjustments | Invoice Total |
|------|-------------|----------------|-----------------------|---------------|
| 03/16/15 | 1632626 | 6,016.50 | 0.00 | 6,016.50 |
| | | Total Outstanding Invoices | | 6,016.50 |

Questions should be directed to:
P. Maxcy
at 1 312 876 8000

Federal Tax I.D. Number 36-1796730

PCM/CH