**EXHIBIT A**

**Statement of Fees by Project Category**

| Project Number | Project Name | Hours | Fee Amount |
|---|---|---|---|
| 00002 | ASSET ANALYSIS AND RECOVERY | - | $0.00 |
| 00003 | ASSET DISPOSITION | 134.40 | $133,751.00 |
| 00004 | ASSUMPTION AND REJECTION OF LEASES AND CONTRACTS | - | $0.00 |
| 00005 | AVOIDANCE ACTION ANALYSIS | - | $0.00 |
| 00006 | BUSINESS OPERATIONS | 1.00 | $865.00 |
| 00007 | CASE ADMINISTRATION | 51.50 | $38,614.00 |
| 00008 | CLAIMS ADMINISTRATION AND OBJECTIONS | 39.10 | $43,314.00 |
| 00009 | Advice| CORPORATE GOVERNANCE AND BOARD MATTERS | - | $0.00 |
| 00010 | EMPLOYEE BENEFITS AND PENSIONS | 6.00 | $2,640.00 |
| 00011 | EMPLOYMENT AND FEE APPLICATIONS (S&C) | 184.70 | $125,750.00 |
| 00012 | EMPLOYMENT AND FEE APPLICATIONS (OTHERS) | 1.90 | $1,872.00 |
| 00013 | FINANCING, CASH COLLATERAL, MAKE WHOLE | 84.10 | $63,161.00 |
| 00014 | OTHER LITIGATION | 69.40 | $58,606.00 |
| 00015 | MEETINGS AND COMMUNICATIONS WITH CREDITORS | 85.40 | $81,431.00 |
| 00016 | NON-WORKING TRAVEL | 19.80 | $9,357.10 |
| 00017 | PLAN AND DISCLOSURE STATEMENT | 226.10 | $211,881.50 |
| 00018 | RELIEF FROM STAY AND ADEQUATE PROTECTION | 1.20 | $1,038.00 |
| 00019 | TAX | 159.50 | $159,012.00 |
| 00020 | VALUATION | - | $0.00 |
| 00021 | DISCOVERY | 108.20 | $57,085.50 |
| 00022 | HEARINGS | 5.30 | $4,367.50 |
| 00023 | FIRST AND SECOND DAY MOTIONS | - | $0.00 |
| 00024 | CLAIMS INVESTIGATION | 27.60 | $19,092.50 |
| 00025 | LIEN INVESTIGATION | - | $0.00 |
| 00026 | INTERCOMPANY CLAIMS | 247.00 | $154,164.00 |
| 00027 | OTHER MOTIONS / APPLICATIONS | 158.20 | $122,215.00 |
| 00028 | SCHEDULES AND STATEMENTS | - | $0.00 |
| 00029 | TIME ENTRY REVIEW | 130.40 | $0.00 |
| 00031 | BUDGETING (CASE) | 1.10 | $913.00 |
|  | **Total** | **1,741.90** | **$1,289,130.10** |

## EXHIBIT B

## Attorneys and Paraprofessionals' Information

| Timekeeper Name | Title | Year Admitted | Rate | | Hours | Amount |
|---|---|---|---|---|---|---|
| Dietderich, Andrew G. | Partner | 1997 | $570.00 | * | 4.50 | $2,565.00 |
| Dietderich, Andrew G. | Partner | 1997 | $1,140.00 | | 149.90 | $170,886.00 |
| Glueckstein, Brian D. | Partner | 2004 | $1,140.00 | | 93.20 | $106,248.00 |
| Hariton, David P. | Partner | 1986 | $648.00 | * | 2.50 | $1,620.00 |
| Hariton, David P. | Partner | 1986 | $1,295.00 | | 65.00 | $84,175.00 |
| Jacobson, Eli D. | Partner | 1981 | $1,295.00 | | 0.20 | $259.00 |
| Korry, Alexandra D. | Partner | 1988 | $1,295.00 | | 39.70 | $51,411.50 |
| McIntosh, Brent J. | Partner | 2001 | $1,140.00 | | 6.00 | $6,840.00 |
| Rosenberg, Mark F. | Partner | 1981 | $1,140.00 | | 15.60 | $17,784.00 |
| Solomon, Andrew P. | Partner | 1985 | $1,295.00 | | 0.50 | $647.50 |
| Spitzer, David C. | Partner | 1996 | $1,295.00 | | 0.10 | $129.50 |
| Torkin, Michael H. | Partner | 1999 | $1,140.00 | | 2.40 | $2,736.00 |
| **Partner Total** | | | | | **379.60** | **$445,301.50** |
| Jerome, John J. | Of Counsel | 1962 | $1,140.00 | | 14.60 | $16,644.00 |
| **Of Counsel Total** | | | | | **14.60** | **$16,644.00** |
| Altman, Daniel Z. | Special Counsel | 2006 | $498.00 | * | 3.00 | $1,494.00 |
| Altman, Daniel Z. | Special Counsel | 2006 | $995.00 | | 93.50 | $93,032.50 |
| Barancik, Tia S. | Special Counsel | 1987 | $1,140.00 | | 18.60 | $21,204.00 |
| Brennan, Matthew J. | Special Counsel | 1986 | $1,050.00 | | 6.20 | $6,510.00 |
| Fiorini, Judith R. | Special Counsel | 1998 | $0.00 | * | 5.20 | $0.00 |
| Fiorini, Judith R. | Special Counsel | 1998 | $995.00 | | 63.00 | $62,685.00 |
| **Special Counsel Total** | | | | | **189.50** | **$184,925.50** |
| Bradley, Adrienne R. W. | Associate | 2013 | $725.00 | | 5.30 | $3,842.50 |
| Coleman, Heather L. | Associate | 2007 | $865.00 | | 2.10 | $1,816.50 |
| Foushee, M. Hampton | Associate | 2015 | $460.00 | | 115.90 | $53,314.00 |
| Ha, Alice YN | Associate | In Process | $460.00 | | 81.50 | $37,490.00 |
| Heuer, Max S. | Associate | 2012 | $830.00 | | 15.70 | $13,031.00 |
| Ip, Veronica W. | Associate | 2011 | $855.00 | | 32.70 | $27,958.50 |
| Jakus, David J. | Associate | 2014 | $605.00 | | 3.50 | $2,117.50 |
| Janove, Raphael | Associate | 2014 | $460.00 | | 0.80 | $368.00 |
| Keranen, Kristin L. | Associate | 2008 | $865.00 | | 21.30 | $18,424.50 |
| Khanna, Harry S. | Associate | 2015 | $460.00 | | 7.10 | $3,266.00 |
| Kranzley, Alexa J. | Associate | 2009 | $433.00 | * | 5.20 | $2,251.60 |

-6-

| Name | Title | Year | Rate | | Hours | Amount |
|---|---|---|---|---|---|---|
| Kranzley, Alexa J. | Associate | 2009 | $865.00 | | 143.90 | $124,473.50 |
| Loeser, Daniel R. | Associate | 2014 | $605.00 | | 45.50 | $27,527.50 |
| Lu, Michelle H. | Associate | 2014 | $460.00 | | 8.60 | $3,956.00 |
| Ma, Chiansan | Associate | 2012 | $0.00 | * | 0.20 | $0.00 |
| Ma, Chiansan | Associate | 2012 | $415.00 | * | 1.40 | $581.00 |
| Ma, Chiansan | Associate | 2012 | $830.00 | | 105.30 | $87,399.00 |
| Mortensen, Todd A. | Associate | 2013 | $725.00 | | 1.80 | $1,305.00 |
| Orchowski, Michael | Associate | 2009 | $865.00 | | 0.20 | $173.00 |
| Rhein, Jonathan M. | Associate | 2014 | $230.00 | * | 1.70 | $391.00 |
| Rhein, Jonathan M. | Associate | 2014 | $460.00 | | 12.70 | $5,842.00 |
| Schneiderman, Mark U. | Associate | 2006 | $865.00 | | 6.10 | $5,276.50 |
| Weiss, Noam R. | Associate | 2014 | $303.00 | * | 1.50 | $454.50 |
| Weiss, Noam R. | Associate | 2014 | $605.00 | | 140.70 | $85,123.50 |
| White, Amaris R. | Associate | 2013 | $725.00 | | 26.50 | $19,212.50 |
| Zhang, Xin Florence | Associate | 2014 | $460.00 | | 41.20 | $18,952.00 |
| Zylberberg, David R. | Associate | 2011 | $855.00 | | 59.40 | $50,787.00 |
| **Associate Total** | | | | | **887.80** | **$595,334.10** |
| **Lawyers Total** | | | | | **1471.50** | **$1,242,205.10** |
| Balsdon, Nicholas J. | Electronic Discovery | | $315.00 | | 1.00 | $315.00 |
| Betin, Darya A. | Research Analyst | | $355.00 | | 2.00 | $710.00 |
| Chen, Ken | Electronic Discovery | | $315.00 | | 0.30 | $94.50 |
| Cieniawa, Aaron B. | Legal Analyst - Litigation | | $355.00 | | 28.20 | $10,011.00 |
| Drinkwater, Emily C. C. | Legal Assistant | | $0.00 | * | 35.00 | $0.00 |
| Drinkwater, Emily C. C. | Legal Assistant | | $275.00 | | 47.10 | $12,952.50 |
| Gorman, Teresa A. | Research Analyst | | $355.00 | | 0.90 | $319.50 |
| Harris, Angelique R. | Electronic Discovery | | $355.00 | | 0.50 | $177.50 |
| Khwaja, Tariq | Research Analyst | | $355.00 | | 0.30 | $106.50 |
| Langston, Nicole E. | Electronic Discovery | | $355.00 | | 17.50 | $6,212.50 |
| Lopez, Nathaniel S. | Electronic Discovery | | $355.00 | | 0.50 | $177.50 |
| Marryshow, Danielle J. | Legal Assistant | | $275.00 | | 1.60 | $440.00 |
| Minio, Zara E. | Legal Assistant | | $0.00 | * | 43.20 | $0.00 |
| Minio, Zara E. | Legal Assistant | | $355.00 | | 26.20 | $9,301.00 |
| Normile, Michael R. | Research Analyst | | $355.00 | | 0.80 | $284.00 |
| Pearson, Michael D. | Research Analyst | | $355.00 | | 1.30 | $461.50 |
| Perez, Hazel V. | Electronic Discovery | | $355.00 | | 1.50 | $532.50 |
| Robinson, Kenneth W. | Legal Analyst - Corporate | | $355.00 | | 5.00 | $1,775.00 |
| Tully, John K. | Research Analyst | | $355.00 | | 1.20 | $426.00 |
| Voizard, Marshall R. | Research Analyst | | $355.00 | | 0.20 | $71.00 |
| Watson, Thomas C. | Legal Assistant | | $0.00 | * | 46.80 | $0.00 |

| Watson, Thomas C. | Legal Assistant | | $275.00 | 9.30 | $2,557.50 |
|---|---|---|---|---|---|
| **Non Legal Personnel Total** | | | | **270.40** | **$46,925.00** |
| **Grand Total for All Personnel** | | | | **1741.90** | **$1,289,130.10** |

\*   Half-rates appear where fees were charged for non-working travel and a zero rate appears wherever no fee was charged for work.

-9-

# EXHIBIT C

## Summary of Actual and Necessary Expenses for the Fee Period

| Disbursement Summary | |
|---|---|
| **Description** | **Amount** |
| Conference Catering | $677.56 |
| Local Transportation | $1,135.69 |
| Meals - Overtime | $1,034.62 |
| Out of Town Travel | $543.08 |
| Outside Vendor | $1,083.38 |
| Repro - Binding | $22.75 |
| Repro - BW Copies | $459.10 |
| Repro - Color Copies | $60.00 |
| Tele-conference | $116.87 |
| **Total** | **$5,133.05** |

# EXHIBIT D

## Detailed Description of Expenses and Disbursements

| Category | Date | Timekeeper Name | Quantity | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| Conference Catering | 2/12/2015 | Andrew G. Dietderich | 1 | $37.56 | $37.56 | Conference Catering - 6 People |
| Conference Catering | 2/12/2015 | Andrew G. Dietderich | 1 | $40.00 | $40.00 | Conference Catering - 2 People |
| Conference Catering | 2/12/2015 | Andrew G. Dietderich | 1 | $600.00 | $600.00 | Conference Catering - 30 People |
| **Conference Catering Total** | | | | | **$677.56** | |
| Local Transportation | 2/2/2015 | Alexa J. Kranzley | 1 | $27.78 | $27.78 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Evercore Partners NY, NY; Meeting* |
| Local Transportation | 2/2/2015 | Alexa J. Kranzley | 1 | $42.60 | $42.60 | Local Transportation - Transportation Type: Taxi; Starting Point: Evercore Partners NY,NY; End Point: 125 Broad St. NY, NY; Purpose: Meeting* |
| Local Transportation | 2/4/2015 | Alice YN Ha | 1 | $6.30 | $6.30 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pick-up Time: 21:21 |
| Local Transportation | 2/4/2015 | Chiansan Ma | 1 | $58.30 | $58.30 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pick-up Time: 22:39 |
| Local Transportation | 2/5/2015 | Andrew G. Dietderich | 1 | $14.75 | $14.75 | Local Transportation - Transportation Type: Taxi; Starting Point: Kirkland and Ellis NY,NY; End Point: 125 Broad St. NY, NY; Purpose: Meeting* |
| Local Transportation | 2/5/2015 | David P. Hariton | 1 | $27.79 | $27.79 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Kirkland and Ellis NY, NY; Purpose: Meeting* |
| Local Transportation | 2/5/2015 | Noam R. Weiss | 1 | $29.38 | $29.38 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pick-up Time: 21:17 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Local Transportation | 2/9/2015 | Alexa J. Kranzley | 1 | $25.45 | $25.45 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pick-up Time: 21:13 |
| Local Transportation | 2/9/2015 | Noam R. Weiss | 1 | $27.79 | $27.79 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pick-up Time: 22:48 |
| Local Transportation | 2/10/2015 | Brian D. Glueckstein | 1 | $27.79 | $27.79 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pick-up Time: 23:33 |
| Local Transportation | 2/10/2015 | Daniel Z. Altman | 1 | $114.42 | $114.42 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pick-up Time: 21:28 |
| Local Transportation | 2/10/2015 | Michelle H. Lu | 1 | $23.28 | $23.28 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pick-up Time: 23:46 |
| Local Transportation | 2/11/2015 | Daniel Z. Altman | 1 | $109.91 | $109.91 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pick-up Time: 21:08 |
| Local Transportation | 2/11/2015 | M. Hampton Foushee | 1 | $6.00 | $6.00 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pick-up Time: 21:15 |
| Local Transportation | 2/11/2015 | Noam R. Weiss | 1 | $27.79 | $27.79 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pick-up Time: 22:53 |
| Local Transportation | 2/12/2015 | Alexa J. Kranzley | 1 | $24.39 | $24.39 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pick-up Time: 21:07 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Local Transportation | 2/12/2015 | Alice YN Ha | 1 | $6.30 | $6.30 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pick-up Time: 22:15 |
| Local Transportation | 2/12/2015 | Noam R. Weiss | 1 | $29.14 | $29.14 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pick-up Time: 22:43 |
| Local Transportation | 2/17/2015 | Alexa J. Kranzley | 1 | $25.45 | $25.45 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pick-up Time: 21:52 |
| Local Transportation | 2/17/2015 | Brian D. Glueckstein | 1 | $25.45 | $25.45 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pick-up Time: 23:50 |
| Local Transportation | 2/18/2015 | Noam R. Weiss | 1 | $27.79 | $27.79 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pick-up Time: 01:46 |
| Local Transportation | 2/19/2015 | Brian D. Glueckstein | 1 | $27.79 | $27.79 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY,NY; End Point: Home; Purpose: OT Travel; Pick-up Time: 22:51 |
| Local Transportation | 2/19/2015 | Chiansan Ma | 1 | $60.54 | $60.54 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point:Home; Purpose: OT Travel; Pick-up Time: 22:01 |
| Local Transportation | 2/19/2015 | Noam R. Weiss | 1 | $27.79 | $27.79 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pick-up Time: 00:48 |
| Local Transportation | 2/20/2015 | Alice YN Ha | 1 | $13.80 | $13.80 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pick-up Time: 21:26 |

SC1:3831700.2

| | | | | | | |
|---|---|---|---|---|---|---|
| Local Transportation | 2/20/2015 | Noam R. Weiss | 1 | $27.41 | $27.41 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pick-up Time: 00:55 |
| Local Transportation | 2/24/2015 | Andrew G. Dietderich | 1 | $28.27 | $28.27 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Morrison Foerster; Purpose: Meeting* |
| Local Transportation | 2/24/2015 | Andrew G. Dietderich | 1 | $28.19 | $28.19 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Morrison Foerster; Purpose: Meeting* |
| Local Transportation | 2/24/2015 | Chiansan Ma | 1 | $60.57 | $60.57 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel ; Pick-up Time: 22:48 |
| Local Transportation | 2/24/2015 | Jonathan M. Rhein | 1 | $2.50 | $2.50 | Local Transportation - Transportation Type: Subway; Starting Point: Morrison Foerster; End Point: 125 Broad St. NY, NY; Purpose: Meeting* |
| Local Transportation | 2/25/2015 | Veronica W. Ip | 1 | $27.79 | $27.79 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel ; Pick-up Time: 22:31 |
| Local Transportation | 2/26/2015 | Chiansan Ma | 1 | $60.98 | $60.98 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pick-up Time: 22:16 |
| Local Transportation | 2/27/2015 | David R. Zylberberg | 1 | $32.25 | $32.25 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pick-up Time: 23:21 |
| Local Transportation | 2/27/2015 | David R. Zylberberg | 1 | $29.96 | $29.96 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pick-up Time: 00:05 |
| **Local Transportation Total** | | | | | **$1,135.69** | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Meals - Overtime | 2/2/2015 | M. Hampton Foushee | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00007, 00026 |
| Meals - Overtime | 2/2/2015 | Xin Florence Zhang | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00013 |
| Meals - Overtime | 2/3/2015 | Alice YN Ha | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00026 |
| Meals - Overtime | 2/3/2015 | Daniel Z. Altman | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00017, 00019 |
| Meals - Overtime | 2/3/2015 | Xin Florence Zhang | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00013 |
| Meals - Overtime | 2/4/2015 | Alice YN Ha | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00026 |
| Meals - Overtime | 2/4/2015 | Chiansan Ma | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00011, 00017, 00019 |
| Meals - Overtime | 2/5/2015 | Daniel Z. Altman | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00016, 00017, 00019 |
| Meals - Overtime | 2/5/2015 | Noam R. Weiss | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00007, 00026 |
| Meals - Overtime | 2/6/2015 | Daniel R. Loeser | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00026 |
| Meals - Overtime | 2/9/2015 | Alexa J. Kranzley | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00007, 00008, 00011, 00015, 00017, 00019, 00022, 00026 |
| Meals - Overtime | 2/9/2015 | Daniel Z. Altman | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00007, 00019 |
| Meals - Overtime | 2/9/2015 | Emily C. C. Drinkwater | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00007, 00022, 00027 |
| Meals - Overtime | 2/9/2015 | Noam R. Weiss | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00007, 00015, 00017, 00026 |
| Meals - Overtime | 2/9/2015 | Zara E. Minio | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00007, 00011, 00027, 00029 |
| Meals - Overtime | 2/10/2015 | Daniel Z. Altman | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00019 |
| Meals - Overtime | 2/11/2015 | Alexa J. Kranzley | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00007, 00008, 00011, 00015, 00017, 00019, 00021, 00026 |
| Meals - Overtime | 2/11/2015 | Daniel Z. Altman | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00016, 00019 |
| Meals - Overtime | 2/11/2015 | Emily C. C. Drinkwater | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00011, 00029 |
| Meals - Overtime | 2/12/2015 | Alexa J. Kranzley | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00007, 00011, 00015, 00017, 00019, 00021, 00026, 00027 |
| Meals - Overtime | 2/12/2015 | Chiansan Ma | 1 | $19.58 | $19.58 | Meals - Overtime; Project(s): 00011, 00019, 00021, 00026, 00031 |
| Meals - Overtime | 2/12/2015 | Emily C. C. Drinkwater | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00011, 00029 |

SC1:3831700.2

| | | | | | | |
|---|---|---|---|---|---|---|
| Meals - Overtime | 2/12/2015 | M. Hampton Foushee | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00011, 00021, 00026 |
| Meals - Overtime | 2/12/2015 | Noam R. Weiss | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00007, 00015, 00017, 00026 |
| Meals - Overtime | 2/12/2015 | Thomas C. Watson | 1 | $19.64 | $19.64 | Meals - Overtime; Project(s): 00007, 00019, 00029 |
| Meals - Overtime | 2/13/2015 | Xin Florence Zhang | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00025 |
| Meals - Overtime | 2/17/2015 | Aaron B. Cieniawa | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00021 |
| Meals - Overtime | 2/17/2015 | Alexa J. Kranzley | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00003, 00011, 00015, 00017, 00018, 00019 ,00026, 00027 |
| Meals - Overtime | 2/17/2015 | Noam R. Weiss | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00007, 00015, 00017, 00026, 00027 |
| Meals - Overtime | 2/18/2015 | Alexa J. Kranzley | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00006, 00007, 00008, 00015, 00017, 00018, 00019, 00021, 00026, 00027 |
| Meals - Overtime | 2/18/2015 | Daniel R. Loeser | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00026 |
| Meals - Overtime | 2/18/2015 | M. Hampton Foushee | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00021, 00026, 00027 |
| Meals - Overtime | 2/18/2015 | Noam R. Weiss | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00007, 00017, 00027 |
| Meals - Overtime | 2/19/2015 | Alexa J. Kranzley | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00006, 00007, 00008, 00015, 00017, 00018, 00027 |
| Meals - Overtime | 2/19/2015 | Alice YN Ha | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00021, 00026, 00027 |
| Meals - Overtime | 2/19/2015 | Noam R. Weiss | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00007, 00027 |
| Meals - Overtime | 2/23/2015 | Daniel Z. Altman | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00007, 00017, 00019 |
| Meals - Overtime | 2/23/2015 | M. Hampton Foushee | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00007, 00017, 00021, 00026 |
| Meals - Overtime | 2/23/2015 | Noam R. Weiss | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00007, 00015, 00019, 00027 |
| Meals - Overtime | 2/24/2015 | Chiansan Ma | 1 | $19.94 | $19.94 | Meals - Overtime; Project(s): 00015, 00016, 00017, 00026, 00027, 00029 |
| Meals - Overtime | 2/24/2015 | Daniel Z. Altman | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00016, 00017, 00019 |
| Meals - Overtime | 2/24/2015 | David R. Zylberberg | 1 | $18.33 | $18.33 | Meals - Overtime; Project(s): |

-15-

| | | | | | |
|---|---|---|---|---|---|
| | | | | | 00003 |
| Meals - Overtime | 2/24/2015 | M. Hampton Foushee | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00017, 00021, 00026 |
| Meals - Overtime | 2/24/2015 | Noam R. Weiss | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00007, 00016, 00017, 00026, 00027 |
| Meals - Overtime | 2/25/2015 | Chiansan Ma | 1 | $18.42 | $18.42 | Meals - Overtime; Project(s): 00011, 00013, 00014, 00017, 00026, 00027 |
| Meals - Overtime | 2/25/2015 | Daniel R. Loeser | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00026 |
| Meals - Overtime | 2/25/2015 | Daniel Z. Altman | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00019 |
| Meals - Overtime | 2/25/2015 | David R. Zylberberg | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00003 |
| Meals - Overtime | 2/25/2015 | Veronica W. Ip | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00014, 00027 |
| Meals - Overtime | 2/26/2015 | Chiansan Ma | 1 | $19.83 | $19.83 | Meals - Overtime; Project(s): 00007, 00011, 00013, 00017, 00026, 00029 |
| Meals - Overtime | 2/26/2015 | Daniel Z. Altman | 1 | $20.00 | $20.00 | Meals - Overtime; Project(s): 00019 |
| Meals - Overtime | 2/27/2015 | David R. Zylberberg | 1 | $18.88 | $18.88 | Meals - Overtime; Project(s): 00003, 00019 |
| **Meals - Overtime Total** | | | | | **$1,034.62** | |
| Out of Town Travel | 1/7/2015 | Brian D. Glueckstein | 1 | $212.00 | $212.00 | Amtrak ticket for January 13, 2015 - NY/DE |
| Out of Town Travel | 2/10/2015 | Alexa J. Kranzley | 1 | $23.34 | $23.34 | Travel Meal (Delaware) |
| Out of Town Travel | 2/10/2015 | Andrew G. Dietderich | 1 | $307.74 | $307.74 | Car rental and related expenses for February 10, 2015 from Wilmington, DE to New York, NY |
| **Out of Town Travel Total** | | | | | **$543.08** | |
| Outside Vendor | 1/20/2015 | David Liebov | 1 | $84.00 | $84.00 | Trial Transcripts |
| Outside Vendor | 1/26/2015 | Daniel L. Biller | 1 | $21.60 | $21.60 | Trial Transcripts |
| Outside Vendor | 2/8/2015 | Kristin L. Keranen | 1 | $977.78 | $977.78 | Eqip eDiscovery Solutions |
| **Outside Vendor Total** | | | | | **$1,083.38** | |
| Repro - Binding | 2/10/2015 | Thomas C. Watson | 4 | 3.25 | $13.00 | Repro - Binding |
| Repro - Binding | 2/10/2015 | Thomas C. Watson | 1 | 3.25 | $3.25 | Repro - Binding |
| Repro - Binding | 2/12/2015 | Thomas C. Watson | 1 | 3.25 | $3.25 | Repro - Binding |
| Repro - Binding | 2/20/2015 | Thomas C. Watson | 1 | 3.25 | $3.25 | Repro - Binding |
| **Repro - Binding Total** | | | | | **$22.75** | |
| Repro - BW Copies | 2/10/2015 | Thomas C. Watson | 242 | 0.10 | $24.20 | Repro - BW Copies |
| Repro - BW Copies | 2/10/2015 | Thomas C. Watson | 20 | 0.10 | $2.00 | Repro - BW Copies |
| Repro - BW Copies | 2/11/2015 | Noam R. Weiss | 2 | 0.10 | $0.20 | Repro - BW Copies |

| Repro - BW Copies | 2/11/2015 | Noam R. Weiss | 206 | 0.10 | $20.60 | Repro - BW Copies |
|---|---|---|---|---|---|---|
| Repro - BW Copies | 2/12/2015 | Thomas C. Watson | 86 | 0.10 | $8.60 | Repro - BW Copies |
| Repro - BW Copies | 2/13/2015 | Thomas C. Watson | 737 | 0.10 | $73.70 | Repro - BW Copies |
| Repro - BW Copies | 2/20/2015 | Emily C. C. Drinkwater | 1805 | 0.10 | $180.50 | Repro - BW Copies |
| Repro - BW Copies | 2/20/2015 | Thomas C. Watson | 1493 | 0.10 | $149.30 | Repro - BW Copies |
| **Repro - BW Copies Total** | | | | | **$459.10** | |
| Repro - Color Copies | 2/11/2015 | Noam R. Weiss | 240 | $0.25 | $60.00 | Repro - Color Copies |
| **Repro - Color Copies Total** | | | | | **$60.00** | |
| Tele-conference | 2/3/2015 | Alexa J. Kranzley | 1 | $28.81 | $28.81 | Tele-conference |
| Tele-conference | 2/3/2015 | Andrew G. Dietderich | 1 | $14.43 | $14.43 | Tele-conference |
| Tele-conference | 2/9/2015 | Alexa J. Kranzley | 1 | $17.92 | $17.92 | Tele-conference |
| Tele-conference | 2/16/2015 | Andrew G. Dietderich | 1 | $11.70 | $11.70 | Tele-conference |
| Tele-conference | 2/20/2015 | Andrew G. Dietderich | 1 | $12.98 | $12.98 | Tele-conference |
| Tele-conference | 2/20/2015 | Chiansan Ma | 1 | $15.99 | $15.99 | Tele-conference |
| Tele-conference | 2/27/2015 | Andrew G. Dietderich | 1 | $15.04 | $15.04 | Tele-conference |
| **Tele-conference Total** | | | | | **$116.87** | |
| **Grand Total** | | | | | **$5,133.05** | |

\*   Whenever possible, S&C lawyers share rides going to/from client meetings.

# EXHIBIT E

## Notice and Records of EFH Committee Members' Expenses

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[3] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: April 14, 2015 at 4:00 p.m.** |

**FOURTH MONTHLY EXPENSE STATEMENT OF MEMBERS OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ENERGY FUTURE HOLDINGS CORP., ENERGY FUTURE INTERMEDIATE HOLDING COMPANY, LLC, EFIH FINANCE INC., AND EECI, INC. FOR EXPENSES INCURRED FOR THE PERIOD OF FEBRUARY 1, 2015 THROUGH FEBRUARY 28, 2015**

| **Name of Applicant** | **Members of the Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH Finance Inc., and EECI, Inc.[4]** |
|---|---|
| Date of Appointment: | October 27, 2014 |
| Period for which reimbursement is sought: | February 1, 2015 through February 28, 2015 |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $2,723.63 |

This is a(n) **X** monthly ___ interim ___ final application. No prior application filed for this Period.[5]

---

[3] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[4] Pursuant to the Notice of Appointment (as defined below), the members of the EFH Committee (as defined below) are: Brown & Zhou, LLC, Peter Tinkham, Shirley Fenicle, as successor-in-interest to the Estate of George Fenicle, David William Fahy and American Stock Transfer & Trust Company, LLC (collectively, the "**EFH Committee Members**").

[5] Notice of this Monthly Expense Statement (as defined below) shall be served in accordance with the Interim Compensation Order and Fee Committee Order (each as defined below), and objections to the relief requested in this Monthly Expense Statement shall be addressed in accordance with the Interim Compensation Order.

-19-

Pursuant to section 503 of title 11 of the United States Code, rule 2016 of the Federal Rules of Bankruptcy Procedure, the *Second Amended Notice of Appointment of Committee of Unsecured Creditors* [D. I. 3403] (the "**Notice of Appointment**"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals,* dated September 16, 2014 [D. I. 2066] (the "**Interim Compensation Order**"), and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the members of the official committee of unsecured creditors (the "**EFH Committee**") of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc. (collectively, the "**EFH Debtors**"), through their undersigned counsel, hereby submit this monthly expense statement (this "**Monthly Expense Statement**") for reimbursement of the actual and necessary expenses incurred in the performance of the duties of the EFH Committee, in the amount of $2,723.63, from February 1, 2015 through February 28, 2015 (the "**Expense Statement Period**").

**Itemization of Disbursements Incurred**

In support of this Monthly Expense Statement, attached is an Expense Chart setting forth the total amount of expenses for which the EFH Committee Members seek reimbursement pursuant to this Monthly Expense Statement.

WHEREFORE, the EFH Committee Members, by and through their undersigned counsel, request that they be allowed reimbursement in the total amount of $2,723.63 for actual and necessary costs and expenses incurred in the performance of the duties of the EFH

-21-

Committee, and that such expenses be paid as administrative expenses of the EFH Debtors' estates.[6]

---

[6] Paragraph 2(b) of the Interim Compensation Order requires Professionals (as defined in the Interim Compensation Order) to allocate any fees and expenses to the applicable Debtors for whose direct benefit such fees and expenses were incurred. To the extent that Paragraph 2(b) of the Interim Compensation Order applies to reimbursement of EFH Committee Members' expenses, the EFH Committee Members have incurred expenses in performance of the duties of the EFH Committee. All of the EFH Committee Members' expenses identified in this Monthly Expense Statement should therefore be paid by the EFH Debtors.

## Expense Chart

| Date | Committee Member | Type of Expense | Expense Description | Amount |
|---|---|---|---|---|
| 2/1/2015 | Mabel Brown | Meals | Charley's: lunch. (Alone; Columbus Airport) | $ 8.31 |
| 2/1/2015 | Mabel Brown | Transportation | American Airlines (roundtrip CMH to LGA - 2/1/2015 - 2/4/2015) | $ 1,354.20 |
| 2/1/2015 | Mabel Brown | Transportation | Uber ride from LGA to Manhattan | $ 37.29 |
| 2/1/2015 | Mabel Brown | Transportation | Uber ride from dinner to hotel | $ 17.23 |
| 2/2/2015 | Mabel Brown | Meals | Starbucks: breakfast (Alone; NYC) | $ 7.84 |
| 2/2/2015 | Mabel Brown | Meals | Bouchon Bakery: dinner. (Alone; NYC) | $ 35.13 |
| 2/2/2015 | Mabel Brown | Meals | Bouchon Bakery: lunch. (Alone; NYC) | $ 12.14 |
| 2/2/2015 | Mabel Brown | Transportation | Uber ride from Hotel to Evercore Office | $ 19.00 |
| 2/2/2015 | Mabel Brown | Transportation | Uber ride from hotel to NYSSA office to work on PC and Bloomberg | $ 19.00 |
| 2/2/2015 | Mabel Brown | Transportation | Uber ride from Columbus Circle to hotel | $ 12.50 |
| 2/3/2015 | Mabel Brown | Hotel | Sofitel Hotel, NYC (2/1/2015-2/3/2015) | $ 624.90 |
| 2/3/2015 | Mabel Brown | Hotel | Omni Berkshire Place Hotel (2/3/2015) | $ 358.08 |
| 2/3/2015 | Mabel Brown | Meals | Sushi Ann: dinner. (Alone; NYC) | $ 64.53 |
| 2/3/2015 | Mabel Brown | Transportation | Uber ride from Nixon Peabody Office to hotel | $ 11.69 |
| 2/3/2015 | Mabel Brown | Transportation | Uber ride from hotel to Nixon Peabody Office | $ 10.00 |
| 2/4/2015 | Mabel Brown | Meals | Charley's: breakfast. (Alone; Columbus Airport) | $ 7.46 |
| 2/4/2015 | Mabel Brown | Meals | Eurest: lunch. (Alone; NYC) | $ 22.54 |
| 2/4/2015 | Mabel Brown | Transportation | Uber ride from hotel to LGA | $ 30.19 |
| 2/4/2015 | Mabel Brown | Transportation | Mileage from airport | $ 5.60 |
| 2/4/2015 | Mabel Brown | Transportation | Columbus Airport parking | $ 66.00 |
| | | | **Total (Mabel Brown):** | **$2,723.63** |