## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |

**DECLARATION OF ROBERT FRENZEL IN SUPPORT OF THE MOTION OF ENERGY FUTURE HOLDINGS CORP., *ET AL*., FOR ENTRY OF AN ORDER AUTHORIZING LUMINANT ENERGY COMPANY LLC TO REJECT A CERTAIN EXECUTORY CONTRACT WITH FOREST CREEK WIND FARM, LLC, EFFECTIVE *NUNC PRO TUNC* TO MARCH 24, 2015**

Pursuant to 28 U.S.C. § 1746, I, Robert Frenzel, hereby declare as follows under penalty of perjury:

1. I am the Senior Vice President and Chief Financial Officer of Luminant Energy Company LLC ("Luminant"), an indirect subsidiary of Energy Future Holdings Corp. ("EFH Corp."), both of which are corporations organized under the laws of the state of Texas. EFH Corp.'s direct subsidiary Energy Future Competitive Holdings Company LLC ("EFCH"), a limited liability company organized under the laws of the state of Delaware; EFCH's direct subsidiary, Texas Competitive Electric Holdings Company LLC, a limited liability company organized under the laws of the state of Delaware; EFH Corp.'s direct subsidiary, Energy Future Intermediate Holding Company LLC, a limited liability company organized under the laws of the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

state of Delaware; and various other direct and indirect subsidiaries of EFH Corp. that are debtors in these chapter 11 cases, are collectively referred to as the "Debtors" in this declaration.

2. I have worked for the Debtors since 2009. I am generally familiar with the Debtors' businesses, day-to-day operations, financial matters, results of operations, cash flows, and underlying books and records. All facts set forth in this declaration are based upon my personal knowledge of the Debtors' businesses, operations, and related financial information gathered from my review of their books and records, relevant documents, and information supplied to me by members of the Debtors' management team and advisors. I am over the age of 18 and duly authorized to execute this Declaration on behalf of the Debtors in support of the *Motion of Energy Future Holdings Corp.,* et. al*, for Entry of an Order Authorizing Luminant Energy Company LLC to Reject a Certain Executory Contract with Forest Creek Wind Farm, LLC, Effective* Nunc Pro Tunc *to March 24, 2015* (the "Motion").[2] Except as otherwise noted, I have personal knowledge of the matters set forth herein.

3. The Debtors, including Luminant, have been evaluating the current and expected use of their executory contracts, the ongoing cost of such contracts, and the effect on the Debtors' business of rejecting the same. As part of this process, Luminant has determined that the Contract is unnecessary.

4. TXU Portfolio Management Company LP entered into the Contract with Airtricity Forest Creek Wind Farm, LLC, as of March 10, 2006, to purchase wind power. Debtor Luminant is the successor in interest to TXU Portfolio Management Company LP, and Forest Creek is the successor in interest to Airtricity Forest Creek Wind Farm, LLC, under the Contract. Luminant was required to secure the Contract with a $24 million parent guarantee from TCEH,

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

which expired on December 31, 2014; as well as a $25 million letter of credit.[3]  Luminant has determined that the contractual prices for wind power and RECs under the Contract are substantially above forecasted prices, potentially in excess of the letter of credit.  I believe that, if necessary, the Debtors can source wind power and related services on more economical terms.  Furthermore, the Debtors have been negotiating with Forest Creek, but have been unable to reach a satisfactory agreement.

[*Remainder of page intentionally left blank.*]

---

[3]  As of March 24, 2015, the letter of credit has been fully drawn.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information and belief.

Dated: March 24, 2015

                                              */s/ Robert Frenzel*
                                              Robert Frenzel
                                              Senior Vice President and Chief Financial Officer
                                              Luminant Energy Company LLC