IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
|  | ) **Re:  D.I. 1682, 1791, 1796, 1804, 1983, 1984, 3183, 3329** |

### NOTICE OF FILING OF PROPOSED FORM OF "ORDER (A) SETTING BAR DATE FOR FILING ASBESTOS PROOFS OF CLAIM, (B) APPROVING THE FORM OF AND MANNER FOR FILING ASBESTOS PROOFS OF CLAIM, AND (C) APPROVING NOTICE THEREOF"

PLEASE TAKE NOTICE that, on July 23, 2014, the above-captioned debtors and debtors in possession (the "Debtors") filed the **Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order (A) Setting Bar Dates for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, (B) Approving the Form of and Manner for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, and (C) Approving Notice Thereof** [D.I. 1682] (the "Bar Date Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").  **You were previously served with a copy of the Bar Date Motion.**

PLEASE TAKE FURTHER NOTICE that on August 8, 2014, certain asbestos personal injury law firms (the "PI Law Firms") filed the **Objection of Certain Asbestos Claimants to the Motion of Energy Future Holdings Corp., *et al.*, For Entry of an Order (A) Setting Bar**

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 11722599v.3

**Dates for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(B)(9) of Bankruptcy Code, (B) Approving the Form of and Manner for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(B)(9) of the Bankruptcy Code, and (C) Approving Notice Thereof** [D.I. 1791], objecting to the relief requested in the Bar Date Motion to the extent it applied to Asbestos Claims. On August 11, 2014, the Debtors filed the **Debtors' Reply in Support of Bar Date With Respect to Asbestos Claims** [D.I. 1804].

PLEASE TAKE FURTHER NOTICE that on August 18, 2014, the Bankruptcy Court entered the **Order (A) Setting Bar Dates for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, (B) Approving the Form of and Manner for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, and (C) Approving Notice Thereof** [D.I. 1866] (the "Bar Date Order") establishing October 27, 2014, at 5:00 p.m. (prevailing Eastern Time) as the final date and time for all persons and entities holding or asserting a claim against the Debtors arising on or before the Petition Date to file proofs of claim in these chapter 11 cases, except for Asbestos Claims. Further, the Court requested briefing from the Debtors and the PI Law Firms as to whether the Court could permissibly set a bar date for Asbestos Claims.

PLEASE TAKE FURTHER NOTICE that on January 7, 2015, the Court entered an opinion holding that a bar date could be established for all prepetition claims, including unmanifested Asbestos Claims (the "Opinion") [D.I. 3183].

PLEASE TAKE FURTHER NOTICE that the Debtors file contemporaneously herewith the **Debtors' Supplemental Memorandum of Law with Respect to the Bar Date Motion and In Support of (A) The Form of and Manner for Filing Asbestos Proofs of Claim and**

**(B) The Form and Manner of Notice of Bar Date with Respect to Asbestos Proofs of Claim** (the "Supplemental Memorandum of Law")[2] arguing, among other things, that the form and manner for filing Asbestos Claims and the form and manner of notice of the proposed Asbestos Bar Date is proper under the circumstances.

PLEASE TAKE FURTHER NOTICE that a hearing with respect to the relief requested in the Bar Date Motion, as supplemented by the Supplemental Memorandum of Law (and any objections thereto) as to Asbestos Claims will be held before The Honorable Christopher S. Sontchi at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **April 14, 2015 at 9:30 a.m. (Eastern Daylight Time)** (the "Hearing").

PLEASE TAKE FURTHER NOTICE that the Debtors are hereby filing the proposed form of **Order (A) Setting Bar Date for Filing Asbestos Proofs of Claim, (B) Approving the Form of and Manner for Filing Asbestos Proofs of Claim, and (C) Approving Notice Thereof** and exhibits in connection therewith (the "Asbestos Claims Bar Date Order"). A copy of the Asbestos Claims Bar Date Order is attached hereto as **Exhibit A**.

PLEASE TAKE FURTHER NOTICE that the Debtors intend to present the Asbestos Claims Bar Date Order to the Bankruptcy Court at the Hearing. To the extent that the Debtors make any further revisions to the Asbestos Claims Bar Date Order or any exhibits thereto prior to the Hearing, the Debtors intend to submit a blacklined copy of such revised documents to the Bankruptcy Court prior to or at the Hearing.

---

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Asbestos Claims Bar Date Order and the Supplemental Memorandum of Law, as appropriate.

| | |
|---|---|
| Wilmington, Delaware<br>Dated: March 24, 2015 | */s/ Tyler D. Semmelman*<br>**RICHARDS, LAYTON & FINGER, P.A.**<br>Mark D. Collins (No. 2981)<br>Daniel J. DeFranceschi (No. 2732)<br>Jason M. Madron (No. 4431)<br>Tyler D. Semmelman (No. 5386)<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone:     (302) 651-7700<br>Facsimile:      (302) 651-7701<br>Email:             collins@rlf.com<br>                       defranceschi@rlf.com<br>                       madron@rlf.com<br>                       semmelman@rlf.com<br><br>-and-<br><br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Edward O. Sassower, P.C. (admitted *pro hac vice*)<br>Stephen E. Hessler (admitted *pro hac vice*)<br>Brian E. Schartz (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, New York 10022-4611<br>Telephone:     (212) 446-4800<br>Facsimile:      (212) 446-4900<br>Email:             edward.sassower@kirkland.com<br>                       stephen.hessler@kirkland.com<br>                       brian.schartz@kirkland.com<br><br>-and-<br><br>James H.M. Sprayregen, P.C. (admitted *pro hac vice*)<br>Marc Kieselstein, P.C. (admitted *pro hac vica*)<br>Chad J. Husnick (admitted *pro hac vice*)<br>Steven N. Serajeddini (admitted *pro hac vice*)<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone:     (312) 862-2000<br>Facsimile:      (312) 862-2200<br>Email:             james.sprayregen@kirkland.com<br>                       marc.kieselstein@kirkland.com<br>                       chad.husnick@kirkland.com<br>                       steven.serajeddini@kirkland.com<br><br>Co-Counsel to the Debtors and Debtors in Possession |