## **EXHIBIT A**

**Statement of Fees and Expenses By Subject Matter**

**COMPENSATION BY SUBJECT MATTER[1]**
**FEBRUARY 1, 2015 THROUGH FEBRUARY 28, 2015**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 4 | General Environmental Matters | 21.10 | $7,319.00 |
| 7 | EPA NSR Litigation | 351.10 | $102, 805.00 |
| 8 | EGU MACT | 10.80 | $4,722.50 |
| 9 | Texas PM2.5 Interstate Transport Rule | 17.80 | $8,809.00 |
| 10 | Supplemental §114 Response | 57.10 | $18,382.50 |
| 11 | EPA Regional Haze Rulemaking | 303.20 | $115,979.00 |
| 18 | EPA Affirmative Defense Litigation | 0.70 | $270.50 |
| 19 | EPA GHG Rules | 4.30 | $1,996.00 |
| 21 | Bankruptcy Application and Retention | 45.80 | $12,340.50 |
| 22 | Champion Creek | 13.20 | $6,666.00 |
| **Totals:** | | **825.10** | **$279,290.00** |

---

[1] The work performed and expenses incurred by Balch during the compensation period were entirely on behalf of Texas Competitive Electric Holdings Company, LLC and its debtor subsidiaries.

**EXPENSE SUMMARY**
**FEBRUARY 1, 2015 THROUGH FEBRUARY 28, 2015**

| Expense Category | Amount |
|---|---|
| Telephone Charges | $15.90 |
| Standard Copies or Prints | $992.20 |
| Color Copies or Prints | $10.50 |
| Deliveries | $63.71 |
| Airfare | $2,619.76 |
| Transportation to/from airport | $197.60 |
| Traveling Expenses – Lodging | $1,603.29 |
| Travel Meals | $646.57 |
| Other Travel Expenses | $536.32 |
| **Total Expenses:** | $7,830.15 |