# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The Balch attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Thomas L. Casey III | Partner | 2003 | Environmental | $385.00 | 44.50 | $17,132.50 |
| J. Michael Childers | Partner | 1990 | Energy | $505.00 | 13.20 | $6,666.00 |
| Thomas DeLawrence | Partner | 2006 | Environmental | $320.00 | 60.20 | $19,264.00 |
| P. Stephen Gidiere | Partner | 1996 | Environmental | $505.00 | 193.40 | $97,667.00 |
| C. Grady Moore | Partner | 1992 | Environmental | $505.00 | 48.0 | $24,240.00 |
| Julia Barber | Associate | 2014 | Environmental | $240.00 | 3.50 | $840.00 |
| S. Ellen Burgin | Associate | 2014 | Environmental | $235.00 | 41.20 | $9,682.00 |
| Gretchen M. Frizzell | Associate | 2010 | Environmental | $275.00 | 4.0 | $1,100.00 |
| Jonathan Grayson | Associate | 2005 | Bankruptcy | $290.00 | 13.70 | $3,973.00 |
| David W. Mitchell | Associate | 2009 | Environmental | $285.00 | 117.10 | $33,373.50 |
| J. Patrick Runge | Associate | 2008 | Environmental | $270.00 | 4.40 | $1,188.00 |
| Irving Jones, Jr. | Staff Attorney | 2014 | Environmental | $220.00 | 66.40 | $14,608.00 |
| M. Talmadge Simpson | Staff Attorney | 2011 | Environmental | $260.00 | 115.90 | $30,134.00 |
| | | | | | **725.50** | **$259,868.00** |

The paraprofessionals of Balch who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Amy Benschoter | Paralegal | 6 years | Environmental | $195.00 | 99.6 | $19,422.00 |
| | | | | | **99.6** | **$19,422.00** |

| | |
|---|---|
| **Total Fees Requested** | **$279,290.00** |