## **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

**EXPENSE SUMMARY**
**FEBRUARY 1, 2015 THROUGH FEBRUARY 28, 2015**

| Expense Category | Amount |
|---|---|
| Telephone Charges | $15.90 |
| Standard Copies or Prints | $992.20 |
| Color Copies or Prints | $10.50 |
| Deliveries | $63.71 |
| Airfare | $2,619.76 |
| Transportation to/from airport | $197.60 |
| Traveling Expenses – Lodging | $1,603.29 |
| Travel Meals | $646.57 |
| Other Travel Expenses | $536.32 |
| **Total Expenses:** | $7,830.15 |