**EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

**DETAILED EXPENSE SUMMARY**
**FEBRUARY 1, 2015 THROUGH FEBRUARY 28, 2015**

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 573650 | 004 | 2/12/15 | P. Stephen Gidiere | Telephone Charges | | | $1.80 | Long Distance to Grand Prairie, TX |
| 573651 | 007 | 2/1/15 | P. Stephen Gidiere | In-house Copying | $0.10 | 22 | $2.20 | Standard Copies |
| 573651 | 007 | 2/4/15 | P. Stephen Gidiere | Telephone Charges | | | $0.40 | Long Distance to Dallas, TX |
| 573651 | 007 | 2/4/15 | P. Stephen Gidiere | In-house Copying | $0.10 | 165 | $16.50 | Standard Copies |
| 573651 | 007 | 2/5/15 | Amy Benschoter | Telephone Charges | | | $0.50 | Long Distance to Madison, WI |
| 573651 | 007 | 2/9/15 | P. Stephen Gidiere | Telephone Charges | | | $0.20 | Long Distance to Dallas, TX |
| 573651 | 007 | 2/9/15 | Amy Benschoter | In-house Copying | $0.10 | 8 | $0.80 | Standard Copies |
| 573651 | 007 | 2/10/15 | C. Grady Moore | Airfare | | | $16.96 | Airline Service Fee – C. Grady Moore |
| 573651 | 007 | 1/29/15 | C. Grady Moore | Airfare | | | $384.10 | Travel to Dallas, TX from Birmingham, AL – C. Grady Moore |
| 573651 | 007 | 1/29/15 | C. Grady Moore | Airfare | | | $10.00 | Airline Service Fee – C. Grady Moore |
| 573651 | 007 | 2/10/15 | C. Grady Moore | Travel Meals | | | $6.50 | Breakfast – C. Grady Moore |
| 573651 | 007 | 2/10/15 | C. Grady Moore | Travel Meals | | | $63.05 | Dinner – C. Grady Moore |
| 573651 | 007 | 2/10/15 | C. Grady Moore | Travel Meals | | | $12.44 | Lunch – C. Grady Moore |
| 573651 | 007 | 2/10/15 | C. Grady Moore | Transportation to/from airport | | | $52.00 | Cab fare from airport to client's office – C. Grady Moore |
| 573651 | 007 | 2/10/15 | Amy Benschoter | Telephone Charges | | | $1.70 | Long Distance to Dallas, TX |
| 573651 | 007 | 2/10/15 | Amy Benschoter | In-house Copying | $0.10 | 209 | $20.90 | Standard Copies |
| 573651 | 007 | 2/10/15 | Amy Benschoter | In-house Copying | $0.10 | 4017 | $401.70 | Standard Copies |
| 573651 | 007 | 2/10/15 | Amy Benschoter | In-house Copying | $0.10 | 4017 | $401.70 | Standard Copies |
| 573651 | 007 | 2/10/15 | Amy Benschoter | In-house Copying | $0.50 | 21 | $10.50 | Color Copies |
| 573651 | 007 | 1/22/15 | P. Stephen Gidiere | Airfare | | | $712.20 | Roundtrip travel between Birmingham, AL and Dallas, TX – P. Stephen Gidiere |
| 573651 | 007 | 1/22/15 | P. Stephen Gidiere | Airfare | | | $38.00 | Airline Service Fee – P. Stephen Gidiere |
| 573651 | 007 | 2/11/15 | C. Grady Moore | Airfare | | | $25.00 | Airline Service Fee – C. Grady Moore |
| 573651 | 007 | 2/11/15 | C. Grady Moore | Traveling Expenses – Lodging | | | $247.81 | Lodging in Dallas, TX – C. Grady Moore |
| 573651 | 007 | 2/11/15 | C. Grady Moore | Other Travel Expenses | | | $36.00 | Parking at Airport – C. Grady Moore |

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 573651 | 007 | 2/11/15 | C. Grady Moore | Travel Meals | | | $7.56 | Breakfast – C. Grady Moore |
| 573651 | 007 | 2/11/15 | C. Grady Moore | Travel Meals | | | $109.64 | Dinner – C. Grady Moore & Tom DeLawrence |
| 573651 | 007 | 2/11/15 | Amy Benschoter | Airfare | | | $712.20 | Roundtrip travel between Birmingham, AL and Dallas, TX – Amy Benschoter |
| 573651 | 007 | 2/11/15 | Amy Benschoter | Other Travel Expenses | | | $12.00 | Parking at Airport – Amy Benschoter |
| 573651 | 007 | 2/11/15 | Amy Benschoter | Travel Meals | | | $3.30 | Breakfast – Amy Benschoter |
| 573651 | 007 | 2/11/15 | Tom DeLawrence | Airfare | | | $712.20 | Roundtrip travel between Birmingham, AL and Dallas, TX – Tom DeLawrence |
| 573651 | 007 | 2/11/15 | Tom DeLawrence | Other Travel Expenses | | | $12.00 | Parking at Airport – Tom DeLawrence |
| 573651 | 007 | 2/11/15 | P. Stephen Gidiere | Travel Meals | | | $6.15 | Breakfast – P. Stephen Gidiere |
| 573651 | 007 | 2/11/15 | P. Stephen Gidiere | Travel Meals | | | $51.30 | Breakfast – P. Stephen Gidiere, Amy Benschoter, & Tom DeLawrence |
| 573651 | 007 | 2/11/15 | P. Stephen Gidiere | Travel Meals | | | $107.64 | Dinner – P. Stephen Gidiere & Amy Benschoter |
| 573651 | 007 | 2/11/15 | P. Stephen Gidiere | Other Travel Expenses | | | $17.00 | Parking at Airport – P. Stephen Gidiere |
| 573651 | 007 | 2/11/15 | P. Stephen Gidiere | Transportation to/from airport | | | $30.00 | Cab fare from airport to client's office – P. Stephen Gidiere |
| 573651 | 007 | 2/11/15 | P. Stephen Gidiere | Transportation to/from airport | | | $30.00 | Cab fare from client's office to airport – P. Stephen Gidiere |
| 573651 | 007 | 2/11/15 | P. Stephen Gidiere | Airfare | | | $712.20 | Roundtrip travel between Birmingham, AL and Dallas, TX – P. Stephen Gidiere |
| 573651 | 007 | 2/11/15 | P. Stephen Gidiere | Transportation to/from airport | | | $4.60 | Travel to Birmingham Airport – P. Stephen Gidiere |
| 573651 | 007 | 2/12/15 | Amy Benschoter | In-house Copying | $0.10 | 9 | $0.90 | Standard Copies |
| 573651 | 007 | 2/12/15 | Amy Benschoter | Deliveries | | | $29.26 | Fed-Ex Shipment |
| 573651 | 007 | 2/13/15 | P. Stephen Gidiere | Telephone Charges | | | $0.60 | Long Distance to Dallas, TX |
| 573651 | 007 | 2/13/15 | Linda Shaper | Telephone Charges | | | $0.20 | Long Distance to Dallas, TX |
| 573651 | 007 | 2/16/15 | Amy Benschoter | Telephone Charges | | | $5.60 | Long Distance Call |
| 573652 | 008 | 2/11/15 | P. Stephen Gidiere | Deliveries | | | $8.85 | Postage |
| 573653 | 009 | 2/17/15 | P. Stephen Gidiere | Telephone Charges | | | $0.70 | Long Distance to Dallas, TX |
| 573654 | 010 | 2/13/15 | C. Grady Moore | In-house Copying | $0.10 | 41 | $4.10 | Standard Copies |

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 573654 | 010 | 2/24/15 | M. Talmadge Simpson | Telephone Charges | | | $0.40 | Long Distance to Dallas, TX |
| 573655 | 011 | 2/1/15 | P. Stephen Gidiere | In-house Copying | $0.10 | 1432 | $143.20 | Standard Copies |
| 573655 | 011 | 2/2/15 | Ellen Burgin | In-house Copying | $0.10 | 1 | $0.10 | Standard Copies |
| 573655 | 011 | 2/5/15 | Ellen Burgin | In-house Copying | $0.10 | 1 | $0.10 | Standard Copies |
| 573655 | 011 | 2/6/15 | P. Stephen Gidiere | Telephone Charges | | | $2.50 | Long Distance to Dallas, TX |
| 573655 | 011 | 2/18/15 | P. Stephen Gidiere | Telephone Charges | | | $0.40 | Long Distance to Dallas, TX |
| 573655 | 011 | 2/18/15 | P. Stephen Gidiere | Telephone Charges | | | $0.40 | Long Distance to Dallas, TX |
| 573655 | 011 | 2/23/15 | J. Patrick Runge | Telephone Charges | | | $0.20 | Long Distance to Lowell, MA |
| 573656 | 012 | 2/23/15 | P. Stephen Gidiere | Deliveries | | | $25.60 | Fed-Ex Shipment |
| 573651 573652* | 007 008 | 1/28/15 | C. Grady Moore | Transportation to/from airport | | | $28.00 | Cab fare from airport to client's office – C. Grady Moore |
| 573651 573652* | 007 008 | 1/28/15 | C. Grady Moore | Travel Meals | | | $114.42 | Dinner with client – C. Grady Moore |
| 573651 573652* | 007 008 | 1/29/15 | C. Grady Moore | Transportation to/from airport | | | $53.00 | Cab fare from client's office to airport – C. Grady Moore |
| 573651 573652* | 007 008 | 1/29/15 | C. Grady Moore | Other Travel Expenses | | | $32.00 | Parking at Airport – C. Grady Moore |
| 573651 573652* | 007 008 | 1/29/15 | C. Grady Moore | Travel Meals | | | $15.64 | Lunch – C. Grady Moore |
| 573651 573652* | 007 008 | 1/29/15 | C. Grady Moore | Traveling Expenses – Lodging | | | $328.49 | Lodging in Dallas, TX – C. Grady Moore |
| 573651 573652* | 007 008 | 1/29/15 | C. Grady Moore | Other Travel Expenses | | | $16.18 | Internet Access – C. Grady Moore |
| 573660 | 022 | 1/8/15 | Mike Childers | Telephone Charges | | | $0.30 | Long Distance to DeKalb, MS |
| 573651 | 022 | 1/26/15 | J. Michael Childers | Airfare | | | $441.20 | Roundtrip travel between Atlanta, GA and Dallas, TX – J. Michael Childers |
| 573651 | 022 | 1/26/15 | J. Michael Childers | Travel Meals | | | $15.00 | Lunch – J. Michael Childers |
| 573651 | 022 | 1/26/15 | J. Michael Childers | Travel Meals | | | $41.08 | Dinner – J. Michael Childers |
| 573651 | 022 | 1/27/15 | J. Michael Childers | Travel Meals | | | $8.00 | Lunch – J. Michael Childers |
| 573651 | 022 | 1/27/15 | J. Michael Childers | Travel Meals | | | $50.06 | Dinner – J. Michael Childers |
| 573651 | 022 | 1/28/15 | J. Michael Childers | Travel Meals | | | $4.82 | Breakfast – J. Michael Childers |

---

* Note that these expenses were incurred on a single trip and split evenly between two matter categories.

| Invoice Number | Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 573651 | 022 | 1/28/15 | J. Michael Childers | Travel Meals | | | $22.00 | Dinner – J. Michael Childers |
| 573651 | 022 | 1/29/15 | J. Michael Childers | Other Travel Expenses | | | $278.69 | Rental Car – J. Michael Childers |
| 573651 | 022 | 1/29/15 | J. Michael Childers | Travel Meals | | | $5.72 | Breakfast – J. Michael Childers |
| 573651 | 022 | 1/29/15 | J. Michael Childers | Travel Meals | | | $2.25 | Breakfast – J. Michael Childers |
| 573651 | 022 | 1/29/15 | J. Michael Childers | Other Travel Expenses | | | $48.00 | Parking at Airport – J. Michael Childers |
| 573651 | 022 | 1/29/15 | J. Michael Childers | Other Travel Expenses | | | $84.45 | Parking at Hotel – J. Michael Childers |
| 573651 | 022 | 1/29/15 | J. Michael Childers | Traveling Expenses – Lodging | | | $1026.99 | Lodging in Dallas, TX – J. Michael Childers |
| **Total Expenses:** | | | | | | | **$7,830.15** | |