## EXHIBIT A

**Professional Fees and Expenses**
**Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| Cravath, Swaine & Moore LLP WorldWide Plaza 825 Eighth Avenue, New York, NY 10024 | Second Monthly Fee Statement  01/01/2015 through 01/31/2015  Docket No. 3680 | $444,501.50 | $5,044.31 | Mar. 18, 2015 | $355,601.20 | $5,044.31 | $88,900.30 |