## **Exhibit A**

## **Hours Expended by Goldin Professional**

| | | |
|---|:---:|---:|
| Harrison J. Goldin | Sr. Managing Director | 32.2 |
| David Prager | Managing Director | 60.8 |
| Karthik Bhavaraju | Director | 132.3 |
| Pavel Hejsek | Sr. Analyst | 187.9 |
| Deborah Praga | Analyst | 88.1 |
| **Total** | | **501.3** |