## **Exhibit B**

## **Hours Expended by Subject Matter**

| | |
|---|---:|
| Board/Director Communications | 39.9 |
| Intercompany Claims | 314.1 |
| Tax Issues | 7.7 |
| Plan Development | 44.0 |
| Sales Process | 84.5 |
| Retention/Fee Applications | 7.3 |
| General Case Matters/Other | 3.8 |
| **Total** | **501.3** |

**General Description of Work Codes**

- **Board/Director Communications**

Goldin advises the Disinterested Director on Conflict Matters and potential Conflict Matters. This category includes attendance on board calls, analysis of board materials, discussions with the Disinterested Director, and responding to requests of the Disinterested Director.

- **Intercompany Claims**

This category includes review and analysis of the various claims and causes of actions between EFIH and its affiliates, including the nature of the claims, the magnitude of such claims, factors affecting the allowance of such claims. During the period, Goldin focused on an analysis of avoidance actions, including the solvency of EFIH and its affiliates at various dates.

- **Tax Issues**

This category includes review and analysis of pre- and post-petition activity and potential activity that would affect the allocation of tax liabilities among EFIH and its affiliates.

- **Plan Development**

This category includes meetings with constituents respecting plan formulation, review of plan proposals and term sheets, and analysis of proposed settlements of Conflict Matters.

- **Sales Process**

This category includes coordination with other Debtor professionals respecting the sales/bidding process for Oncor/EFIH/EFH and analysis of any Conflict Matters relating thereto.

- **Retention/Fee Applications**

This category includes the preparation of retention papers and fee applications, reviewing and responding to Fee Committee and US Trustee comments and guidance.

- **General Case Matters/Other**

This category contains activity necessary for Goldin to efficiently advise its client but do not otherwise fit into an above category. This category may include general case research and review of case filings.