## Exhibit C

**Expenses by Category**

| | |
|---|---:|
| Meals | $255.73 |
| Conference Calls | 223.35 |
| Research | 2,120.48 |
| Travel | 1,254.25 |
| **Total** | **$3,853.81** |