**Exhibit D**

**Expense Detail**

# GoldinAssociates, LLC

350 Fifth Avenue
The Empire State Building
New York, New York 10118

Tel.: 212 593 2255
Fax: 212 888 2841
www.goldinassociates.com

### Detailed Expenses by Category: EFIH

For Expenses Through 1/31/2015

| Expense | Start Date | End Date | Invoice Date | | Description | Charges |
|---|---|---|---|---|---|---|
| : Meals & Entertainment | | | | | | |
| | 1/6/2015 | 1/6/2015 | 1/6/15 | PHA | SeamlessWeb Inv # 1959532 - Working dinner - Ref # 1057300111 - P. Hejsek | $18.31 |
| | 1/7/2015 | 1/7/2015 | 1/7/15 | PHA | SeamlessWeb Inv # 1959532 - Working dinner - Ref # 1061106735 - P. Hejsek | $19.38 |
| | 1/20/2015 | 1/20/2015 | 1/20/15 | KB | SeamlessWeb Inv # 1967507 - Working dinner - Ref # 1111028830 - K. Bhavaraju | $23.69 |
| | 1/20/2015 | 1/20/2015 | 1/20/15 | PHA | SeamlessWeb Inv # 1967507 - Working dinner - Ref # 1111157921 - P. Hejsek | $16.75 |
| | 1/21/2015 | 1/21/2015 | 1/21/15 | DP | SeamlessWeb Inv # 1967507 - Working dinner - Ref # 1114238632 - D. Praga | $23.03 |
| | 1/22/2015 | 1/22/2015 | 1/22/15 | DP | SeamlessWeb Inv # 1967507 - Working dinner - Ref # 1119084848 - D. Praga | $20.87 |
| | 1/22/2015 | 1/22/2015 | 1/22/15 | PHA | SeamlessWeb Inv # 1967507 - Working dinner - Ref # 1119084848 - P. Hejsek | $20.87 |
| | 1/23/2015 | 1/23/2015 | 1/23/15 | KB | SeamlessWeb Inv # 1967507 - Working dinner - Ref # 1122898469 - K. Bhavaraju | $22.25 |
| | 1/25/2015 | 1/25/2015 | 1/25/15 | PHA | SeamlessWeb Inv # 1967507 - Weekend lunch - Ref # 1128489839 - P. Hejsek | $15.45 |
| | 1/29/2015 | 1/29/2015 | 2/1/15 | DP | SeamlessWeb - Inv # 1986716 - Working dinner - Ref # 1142738891 - D. Praga | $11.80 |
| | 1/29/2015 | 1/29/2015 | 2/1/15 | PHA | SeamlessWeb - Inv # 1986716 - Working dinner - Ref # 1143594128 - P. Hejsek | $19.47 |
| | 1/29/2015 | 1/29/2015 | 2/1/15 | KB | SeamlessWeb - Inv # 1986716 - Working dinner - Ref # 1142730238 - K. Bhavaraju | $22.80 |
| | 1/30/2015 | 1/30/2015 | 2/1/15 | DP | SeamlessWeb - Inv # 1986716 - Working dinner - Ref # 1147680596 - D. Praga | $21.06 |
| **Total: Meals & Entertainment** | | | | | | **$255.73** |
| : Research | | | | | | |
| | 1/1/2015 | 1/31/2015 | 1/1/15 | JB | Capital IQ - Allocated share of discounted monthly subscription; retail rate would equal $6584.36 | $2,120.48 |
| **Total: Research** | | | | | | **$2,120.48** |
| : Telephone, Fax, Postage | | | | | | |
| | 1/11/2015 | 1/11/2015 | 1/31/15 | DP | ConferenceCall.com - Inv # 1742817932 - Ref # 65197844 - D. Prager | $223.35 |
| **Total: Telephone, Fax, Postage** | | | | | | **$223.35** |
| : Travel | | | | | | |
| | 1/6/2015 | 1/6/2015 | | DP | D. Prager - JTL Management - Working late - Taxi home | $14.60 |
| | 1/6/2015 | 1/6/2015 | 1/9/15 | KB | UTOG - INV# 623726 - 350 5TH Ave. to Short Hills, NJ - ref #4278946 - K. Bhavaraju | $121.77 |
| | 1/7/2015 | 1/7/2015 | | PHA | P. Hejsek - Yellow Cab - Working Late - Taxi from GA office to Home | $8.00 |
| | 1/7/2015 | 1/7/2015 | | DP | D. Prager - RMT Management - Working late - Taxi home | $16.40 |
| | 1/8/2015 | 1/8/2015 | | DP | D. Prager - White and Blue - Working late - Taxi home | $16.40 |
| | 1/9/2015 | 1/9/2015 | | PHA | P. Hejsek - NYC Taxi - Working Late - Taxi from GA office to Home | $9.80 |
| | 1/9/2015 | 1/9/2015 | | DP | D. Prager - NYC Taxi - Verifone - Meeting at Cravath - Taxi | $12.20 |
| | 1/9/2015 | 1/9/2015 | 1/16/15 | KB | UTOG 2 Way Radio Inc. - Inv. # 624133 - 350 5th Avenue to Short Hills, NJ - Ref # 4523881 - K. Bhavaraju | $118.18 |
| | 1/11/2015 | 1/11/2015 | | DP | D. Prager - NYC Taxi - Weekend Board Call - Taxi | $8.16 |
| | 1/11/2015 | 1/11/2015 | | DP | D. Prager - All Taxi Management - Weekend Board Call - Taxi | $8.60 |
| | 1/16/2015 | 1/16/2015 | | DP | D. Prager - Woodside Mgmt - Meeting at Cravath - Taxi | $14.76 |

**GoldinAssociates, LLC**

*Detailed Expenses by Category:* **EFIH**

For Expenses Through 1/31/2015

| Expense | Start Date | End Date | Invoice Date | | Description | Charges |
|---|---|---|---|---|---|---|
| | 1/16/2015 | 1/16/2015 | | DP | D. Prager - Arthur Cab - Meeting at Cravath - Taxi | $12.36 |
| | 1/20/2015 | 1/20/2015 | 1/23/15 | KB | UTOG Two Way Radio - Inv#624809 - 350 5th Avenue to Short Hills, NJ - Ref# 4487498 - K. Bhavaraju | $111.01 |
| | 1/21/2015 | 1/21/2015 | | DP | working late, cab home - D. Praga | $16.40 |
| | 1/21/2015 | 1/21/2015 | 1/30/15 | KB | UTOG 2 Way Radio Inc. - Inv. 625349 - Ref # 4537971 - 350 5th Ave. to 31 Meadowbrooke Review documents concerning. S, NJ - K. Bhavaraju | $110.70 |
| | 1/22/2015 | 1/22/2015 | 1/30/15 | KB | UTOG 2 Way Radio Inc. - Inv. 625349 - Ref # 4519612 - 350 5th Ave. to Short Hills, NJ - K. Bhavaraju | $111.73 |
| | 1/22/2015 | 1/22/2015 | | DP | working late, cab home - D. Praga | $17.15 |
| | 1/23/2015 | 1/23/2015 | 1/30/15 | KB | UTOG 2 Way Radio Inc. - Inv. 625349 - Ref # 4529138 - 350 5th Ave. to Short Hills, NJ - K. Bhavaraju | $111.01 |
| | 1/28/2015 | 1/28/2015 | 02/06/15 | KB | UTOG 2 Way Radio Inc. - Inv. 625868 - Ref # 4522603 - 350 5th Ave. to Short Hills, NJ - K. Bhavaraju | $109.98 |
| | 1/28/2015 | 1/28/2015 | | DP | D. Prager - Gotham Yellow - Working Late - Taxi Home | $17.16 |
| | 1/28/2015 | 1/28/2015 | | DP | working late, cab home - D. Praga | $16.56 |
| | 1/29/2015 | 1/29/2015 | 02/06/15 | KB | UTOG 2 Way Radio Inc. - Inv. 625868 - Ref # 4475563 - 350 5th Ave. to Short Hills, NJ - K. Bhavaraju | $107.63 |
| | 1/29/2015 | 1/29/2015 | | DP | working late, cab home - D. Praga | $18.96 |
| | 1/30/2015 | 1/30/2015 | 02/06/15 | KB | UTOG 2 Way Radio Inc. - Inv. 625868 - Ref # 4522605 - 350 5th Ave. to Short Hills, NJ - K. Bhavaraju | $111.01 |
| | 1/30/2015 | 1/30/2015 | | DP | working late, cab home - D. Praga | $20.16 |
| | 1/31/2015 | 1/31/2015 | | DP | working Saturday, cab to work - D. Praga | $13.56 |

**Total: Travel** $1,254.25

**Grand Total** $3,853.81