## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### AMENDED CERTIFICATION OF COUNSEL REGARDING
### ORDER ALLOWING THE UNITED STATES, ON BEHALF OF THE
### ENVIRONMENTAL PROTECTION AGENCY, TO AMEND CLAIM NUMBER 9904[2]

The undersigned hereby certifies as follows:

1.    On August 18, 2014, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order [D.I. 1866] setting the final date for filing proofs of claim against the debtors (the "Debtors") in the above-captioned chapter 11 cases as October 27, 2014 at 5:00 p.m. (ET) (the "Bar Date").

2.    On October 28, 2014, upon stipulation of the Debtors and the United States Environmental Protection Agency (the "Environmental Protection Agency" and, collectively, the "Parties"), the Court ordered that (a) the Environmental Protection Agency would have until November 17, 2014, at 5:00 p.m., prevailing Eastern Time, to file a proof of claim in the above-

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]    This certification of counsel amends and supersedes *Certification of Counsel Regarding Order Allowing the United States, on Behalf of the Environmental Protection Agency, to Amend Claim Number 9904* [D.I. 3969].

captioned chapter 11 cases and (b) further extensions of the Limited Extension may be entered upon stipulation of the Parties filed with the Court on or before November 17, 2014 [D.I. 2599].

3.      On November 17, 2014, upon stipulation of the Parties, the Court further ordered that the Environmental Protection Agency would have until December 8, 2014, at 5:00 p.m., prevailing Eastern Time, to file a proof of claim in the above-captioned chapter 11 cases [D.I. 2782].

4.      On December 8, 2014, before 5:00 p.m., prevailing Eastern Time, the United States, on behalf of the Environmental Protection Agency, filed proof of claim number 9904 (the "Claim").

5.      On March 24, 2015, the Parties entered into the *Stipulation Allowing the United States, on behalf of the U.S. Environmental Protection Agency, to Amend Claim Number 9904*, (the "Stipulation") providing that the Environmental Protection Agency shall have until May 1, 2015, at 5:00 p.m., prevailing Eastern Time, to amend the Claim.  A proposed form of order (the "Proposed Order") approving the Stipulation is attached hereto as Exhibit A.  A true and correct copy of the Stipulation is attached to the Proposed Order as Exhibit 1.

6.      Prior to filing, the Debtors shared a copy of the Stipulation and Proposed Order with counsel for the Ad Hoc Committee of EFIH Unsecured Noteholders, the Ad Hoc Committee of TCEH First Lien Creditors, and Fidelity Management & Research Company.

7.      WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order approving the Stipulation, substantially in the form attached hereto as Exhibit A, at its earliest convenience.

Dated: March 25, 2015
    Wilmington, Delaware

Respectfully submitted,

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
Tyler D. Semmelman (No. 5386)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
    defranceschi@rlf.com
    madron@rlf.com
    semmelman@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
    stephen.hessler@kirkland.com
    brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
    marc.kieselstein@kirkland.com
    chad.husnick@kirkland.com
    steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession