## Exhibit A

**Proposed Form of Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) Re: Docket No. _____ |

### ORDER ALLOWING THE UNITED STATES, ON BEHALF OF THE U.S. ENVIRONMENTAL PROTECTION AGENCY, TO AMEND CLAIM NUMBER 9904

Upon the *Stipulation Allowing the United States, on behalf of the U.S. Environmental Protection Agency, to Amend Claim Number 9904*, (the "Stipulation"),[2] a copy of which is attached hereto as **Exhibit 1**, and upon the record of this case and due deliberation thereon, and good and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Stipulation is approved.

2. Without further order of the Court, the Debtors and the United States are authorized to take all actions necessary to effectuate the relief granted pursuant to, and in accordance with, this Order and the Stipulation.

3. The terms and conditions of this Order and the Stipulation shall be immediately effective and enforceable upon entry of this Order.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

KE 35413186

4. The Court shall retain sole and exclusive jurisdiction to enforce the provisions of this Order and the Stipulation.

Wilmington, Delaware
Dated: March ___, 2015

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

## Exhibit 1

**Stipulation**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**STIPULATION ALLOWING THE UNITED STATES, ON BEHALF OF THE U.S.
ENVIRONMENTAL PROTECTION AGENCY, TO AMEND CLAIM NUMBER 9904**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") and the United States of America, on behalf of the United States Environmental Protection Agency (the "Environmental Protection Agency" and, together with the Debtors, the "Parties"), hereby enter into this stipulation (this "Stipulation"), and stipulate and agree as follows.

WHEREAS, on April 29, 2014, each of the Debtors filed a voluntary petition with the United States Bankruptcy Court for the District of Delaware (the "Court") under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

WHEREAS, the Court set the final date for filing proofs of claim in this case as October 27, 2014 (the "Bar Date") pursuant to the order entered on August 18, 2014 [D.I. 1866] (the "Bar Date Order");

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

WHEREAS, the Environmental Protection Agency requested that the Debtors extend the Bar Date so that it may investigate a potential claim regarding property located in Township 13 North, Range 9 West, Sections 7, 21, and 29, in the state of New Mexico (the "Potential Claim");

WHEREAS, on October 28, 2014, upon stipulation of the Parties, the Court ordered that (a) the Environmental Protection Agency would have until November 17, 2014, at 5:00 p.m., prevailing Eastern Time, to file a proof of claim in these cases with respect to the Potential Claim (the "Limited Extension") and (b) further extensions of the Limited Extension may be entered upon stipulation of the Parties filed with the Court on or before November 17, 2014 [D.I. 2599];

WHEREAS, on November 17, 2014, upon stipulation of the Parties, the Court further ordered that the Environmental Protection Agency would have until December 8, 2014, at 5:00 p.m., prevailing Eastern Time, to file a proof of claim in these cases [D.I. 2782] (together with the Limited Extension, the "Limited Extensions");

WHEREAS, on December 8, 2014, before 5:00 p.m., prevailing Eastern Time, the United States, on behalf of the Environmental Protection Agency, filed a proof of claim, listed on the website of the Debtors' claims and noticing agent as claim no. 9904, regarding several sites located within Township 13 North, Range 9 West, Sections 7, 21, and 29, in the state of New Mexico (the "Claim");

WHEREAS, the Debtors and the United States have agreed to permit the United States, based on newly discovered information, to amend the Claim by modifying its amount and setting forth additional grounds for recovery in connection with newly discovered sites;[2]

---

[2] By this Stipulation, the Parties are not seeking to allow the United States to amend the proof of claim regarding the liability of Big Brown Power Company LLC, filed on behalf of the Environmental Protection Agency on October 27, 2014 [Claim No. 7904], or the proof of claim regarding the liability of Luminant Generation Company LLC, filed on behalf of the Environmental Protection Agency on October 27, 2014 [Claim No. 7905].

WHEREAS, the Debtors and the United States have determined that this Stipulation is fair and reasonable; and

WHEREAS, the Debtors have determined that this Stipulation is in the best interests of the Debtors, the Debtors' estates and their creditors.

**NOW, THEREFORE,** subject to the approval of the Court, it is hereby stipulated and agreed to by and among the Parties:

1. Notwithstanding the Bar Date Order and the Limited Extensions, the United States, on behalf of the Environmental Protection Agency, shall have until May 1, 2015, at 5:00 p.m., prevailing Eastern Time, to amend the Claim in these cases (once amended, the "Amended Claim").

2. By agreeing to enter into this Stipulation, neither the United States nor the Debtors shall be deemed to have waived any right or remedy afforded to it under the Bankruptcy Code or otherwise, except as otherwise provided in this Stipulation. Notwithstanding the foregoing sentence, the Debtors shall not contend that the Amended Claim was untimely filed.

3. Notwithstanding the relief granted in this Stipulation and any actions taken pursuant to such relief, nothing in this Stipulation shall be deemed: (a) an admission as to the validity of any claim against a Debtor entity; (b) a waiver of the Debtors' rights to dispute any claim on any grounds, other than on the grounds that the Amended Claim was untimely filed; (c) a promise or requirement to pay any claim; or (d) a waiver or limitation of the Debtors' rights under the Bankruptcy Code or any other applicable law, other than the right to contend that the Amended Claim was untimely filed.

4.	The terms and conditions of this Stipulation shall be immediately effective and enforceable upon entry of an order of the Court approving the Stipulation, as executed by the Parties.

5.	If the Bankruptcy Court declines to approve the Stipulation, the provisions hereof shall be null, void and of no force and effect, and nothing contained herein shall be deemed an admission by any of the Parties.

6.	The Court shall retain sole and exclusive jurisdiction to enforce the provisions of this Stipulation and the attached Order.  For the avoidance of doubt, the Parties may seek to have litigation regarding the Claim and the Amended Claim adjudicated in other fora, and the Debtors' and the United States' rights are each reserved with respect to such adjudication.

*[Signatures follow.]*

Stipulated and agreed by:

ENERGY FUTURE HOLDINGS, CORP., *ET AL.*
DEBTORS AND DEBTORS-IN-POSSESSION

By:    /s/ Tyler D. Semmelman
       **RICHARDS, LAYTON & FINGER, P.A.**
       Mark D. Collins (No. 2981)
       Daniel J. DeFranceschi (No. 2732)
       Jason M. Madron (No. 4431)
       Tyler D. Semmelman (No. 5386)
       920 North King Street
       Wilmington, Delaware 19801
       Telephone:  (302) 651-7700
       Facsimile:  (302) 651-7701
       Email:  collins@rlf.com
             defranceschi@rlf.com
             madron@rlf.com
             semmelman@rlf.com

-and-

**KIRKLAND & ELLIS, LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
Email:  edward.sassower@kirkland.com
       stephen.hessler@kirkland.com
       brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email:  james.sprayregen@kirkland.com
       marc.kieselstein@kirkland.com
       chad.husnick@kirkland.com
       steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

THE UNITED STATES OF AMERICA,
ON BEHALF OF THE UNITED STATES
ENVIRONMENTAL PROTECTION AGENCY

    JOHN C. CRUDEN
    Assistant Attorney General

By:   /s/ Anna Grace
    Anna Grace
    Trial Attorney
    United States Department of Justice
    Environmental Enforcement Section
    Environment and Natural Resources Division
    601 D Street NW
    Washington, D.C. 20044
    Telephone: (202) 514-4091
    Facsimile: (202) 616-6584
    Email: Anna.E.Grace@usdoj.gov