# **EXHIBIT A**

**Statement of Fees By Subject Matter**

*Exhibit A*

*Combined - All Entities*
*Summary of Time Detail by Task*
*January 1, 2015 through January 31, 2015*

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Accounting/Cut-off | 55.3 | $29,867.50 |
| Bankruptcy Support | 200.2 | $106,900.00 |
| Business Plan | 277.9 | $122,355.00 |
| Causes of Action | 22.4 | $13,560.00 |
| Claims | 926.0 | $447,692.50 |
| Contracts | 208.2 | $120,895.00 |
| Coordination & Communication with other Creditor Constituents | 41.2 | $22,557.50 |
| Coordination & Communication with UCC | 294.2 | $153,610.00 |
| Court | 3.4 | $2,847.50 |
| DIP Financing | 6.1 | $3,255.00 |
| Fee Applications | 63.2 | $27,937.50 |
| Motions and Orders | 4.0 | $2,700.00 |
| POR / Disclosure Statement | 229.9 | $111,895.00 |
| Retention | 1.2 | $910.00 |
| Statements & Schedules | 25.7 | $12,735.00 |
| Status Meetings | 44.0 | $27,607.50 |
| Travel Time | 94.1 | $50,672.50 |
| UST Reporting Requirements | 23.2 | $12,830.00 |
| Vendor Management | 88.9 | $53,107.50 |
| **Total** | **2,609.1** | **$1,323,935.00** |

*Travel time billed at 50% of time incurred*

*Exhibit A*

**TCEH**
*Summary of Time Detail by Task*
*January 1, 2015 through January 31, 2015*

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Accounting/Cut-off | 42.8 | $23,045.62 |
| Bankruptcy Support | 135.1 | $68,238.35 |
| Business Plan | 200.4 | $87,709.24 |
| Causes of Action | 17.0 | $10,279.35 |
| Claims | 738.0 | $355,150.20 |
| Contracts | 167.2 | $96,096.88 |
| Coordination & Communication with other Creditor Constituents | 25.0 | $13,773.21 |
| Coordination & Communication with UCC | 211.8 | $110,023.19 |
| Court | 2.6 | $2,167.73 |
| DIP Financing | 4.7 | $2,460.44 |
| Fee Applications | 48.1 | $21,268.15 |
| Motions and Orders | 3.0 | $2,028.81 |
| POR / Disclosure Statement | 172.4 | $84,567.07 |
| Retention | 0.9 | $692.76 |
| Statements & Schedules | 19.6 | $9,694.85 |
| Status Meetings | 33.3 | $20,917.30 |
| Travel Time | 71.6 | $38,517.35 |
| UST Reporting Requirements | 17.7 | $9,767.17 |
| Vendor Management | 75.1 | $44,594.38 |
| **Total** | **1,986.2** | **$1,000,992.05** |

*Travel time billed at 50% of time incurred*

*Exhibit A*

**EFH**
*Summary of Time Detail by Task*
*January 1, 2015 through January 31, 2015*

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Accounting/Cut-off | 12.5 | $6,821.88 |
| Bankruptcy Support | 47.3 | $27,452.07 |
| Business Plan | 58.8 | $26,472.33 |
| Causes of Action | 4.6 | $2,806.32 |
| Claims | 151.9 | $74,806.67 |
| Contracts | 41.0 | $24,798.13 |
| Coordination & Communication with other Creditor Constituents | 12.9 | $6,927.04 |
| Coordination & Communication with UCC | 62.8 | $32,630.20 |
| Court | 0.6 | $540.49 |
| DIP Financing | 0.7 | $333.59 |
| Fee Applications | 12.0 | $5,302.86 |
| Motions and Orders | 1.0 | $654.69 |
| POR / Disclosure Statement | 38.2 | $18,891.03 |
| Retention | 0.2 | $172.73 |
| Statements & Schedules | 4.9 | $2,417.25 |
| Status Meetings | 9.5 | $5,771.99 |
| Travel Time | 18.2 | $9,930.00 |
| UST Reporting Requirements | 4.4 | $2,435.28 |
| Vendor Management | 13.8 | $8,513.12 |
| **Total** | **495.2** | **$257,677.67** |

*Travel time billed at 50% of time incurred*

*Exhibit A*

*EFIH*
*Summary of Time Detail by Task*
*January 1, 2015 through January 31, 2015*

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Bankruptcy Support | 17.9 | $11,209.58 |
| Business Plan | 18.7 | $8,173.43 |
| Causes of Action | 0.8 | $474.33 |
| Claims | 36.1 | $17,735.63 |
| Coordination & Communication with other Creditor Constituents | 3.3 | $1,857.25 |
| Coordination & Communication with UCC | 19.5 | $10,956.61 |
| Court | 0.2 | $139.28 |
| DIP Financing | 0.7 | $460.96 |
| Fee Applications | 3.1 | $1,366.49 |
| Motions and Orders | 0.0 | $16.51 |
| POR / Disclosure Statement | 19.3 | $8,436.90 |
| Retention | 0.1 | $44.51 |
| Statements & Schedules | 1.3 | $622.90 |
| Status Meetings | 1.2 | $918.21 |
| Travel Time | 4.3 | $2,225.15 |
| UST Reporting Requirements | 1.1 | $627.55 |
| **Total** | **127.6** | **$65,265.29** |

*Travel time billed at 50% of time incurred*