**EXHIBIT B**

**Professionals' Information**

The A&M professionals who rendered services in these cases during the Fee Period are:

*Combined - All Entities*
*Summary of Time Detail by Professional*
*January 1, 2015 through January 31, 2015*

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---:|---:|---:|
| Jeff Stegenga | Managing Director | $925.00 | 58.0 | $53,650.00 |
| Emmett Bergman | Managing Director | $750.00 | 148.5 | $111,375.00 |
| John Stuart | Managing Director | $750.00 | 164.7 | $123,525.00 |
| Steve Kotarba | Managing Director | $675.00 | 150.1 | $101,317.50 |
| Jodi Ehrenhofer | Senior Director | $600.00 | 178.6 | $107,160.00 |
| Matt Frank | Director | $600.00 | 154.4 | $92,640.00 |
| Kevin Sullivan | Director | $525.00 | 61.3 | $32,182.50 |
| Mark Zeiss | Director | $525.00 | 24.1 | $12,652.50 |
| Paul Kinealy | Director | $525.00 | 136.9 | $71,872.50 |
| David Blanks | Senior Associate | $475.00 | 161.3 | $76,617.50 |
| Jeff Dwyer | Senior Associate | $475.00 | 178.4 | $84,740.00 |
| Taylor Atwood | Senior Associate | $475.00 | 182.7 | $86,782.50 |
| Richard Carter | Consultant | $425.00 | 118.0 | $50,150.00 |
| Daisy Fitzgerald | Associate | $425.00 | 42.6 | $18,105.00 |
| Scott Safron | Associate | $400.00 | 135.1 | $54,040.00 |
| Jon Rafpor | Analyst | $375.00 | 144.5 | $54,187.50 |
| Michael Williams | Analyst | $350.00 | 134.5 | $47,075.00 |
| Peyton Heath | Analyst | $350.00 | 75.5 | $26,425.00 |
| Sarah Pittman | Analyst | $350.00 | 140.2 | $49,070.00 |
| Michael Dvorak | Analyst | $325.00 | 78.2 | $25,415.00 |
| Robert Country | Analyst | $325.00 | 111.4 | $36,205.00 |
| Scott Hedges | Analyst | $325.00 | 9.4 | $3,055.00 |
| Mary Napoliello | Paraprofessional | $275.00 | 20.7 | $5,692.50 |
| | | ***Total*** | **2,609.1** | **$1,323,935.00** |

*Exhibit B*

## TCEH
### Summary of Time Detail by Professional
### January 1, 2015 through January 31, 2015

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $925.00 | 41.1 | $37,995.54 |
| Emmett Bergman | Managing Director | $750.00 | 118.6 | $88,924.01 |
| John Stuart | Managing Director | $750.00 | 99.4 | $74,566.20 |
| Steve Kotarba | Managing Director | $675.00 | 116.1 | $78,344.09 |
| Jodi Ehrenhofer | Senior Director | $600.00 | 141.1 | $84,654.95 |
| Matt Frank | Director | $600.00 | 122.8 | $73,699.60 |
| Kevin Sullivan | Director | $525.00 | 46.7 | $24,499.76 |
| Mark Zeiss | Director | $525.00 | 18.3 | $9,632.04 |
| Paul Kinealy | Director | $525.00 | 107.7 | $56,537.13 |
| David Blanks | Senior Associate | $475.00 | 133.1 | $63,216.29 |
| Jeff Dwyer | Senior Associate | $475.00 | 134.4 | $63,840.48 |
| Taylor Atwood | Senior Associate | $475.00 | 126.3 | $59,972.08 |
| Richard Carter | Consultant | $425.00 | 90.4 | $38,411.34 |
| Daisy Fitzgerald | Associate | $425.00 | 36.1 | $15,330.01 |
| Scott Safron | Associate | $400.00 | 96.2 | $38,491.58 |
| Jon Rafpor | Analyst | $375.00 | 119.3 | $44,742.23 |
| Michael Williams | Analyst | $350.00 | 102.6 | $35,920.69 |
| Peyton Heath | Analyst | $350.00 | 47.1 | $16,482.87 |
| Sarah Pittman | Analyst | $350.00 | 103.4 | $36,187.99 |
| Michael Dvorak | Analyst | $325.00 | 59.5 | $19,347.83 |
| Robert Country | Analyst | $325.00 | 100.9 | $32,806.76 |
| Scott Hedges | Analyst | $325.00 | 9.4 | $3,055.00 |
| Mary Napoliello | Paraprofessional | $275.00 | 15.8 | $4,333.56 |
| | | *Total* | 1,986.2 | $1,000,992.05 |

### EFH
### Summary of Time Detail by Professional
### January 1, 2015 through January 31, 2015

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $925.00 | 13.3 | $12,279.73 |
| Emmett Bergman | Managing Director | $750.00 | 28.3 | $21,262.42 |
| John Stuart | Managing Director | $750.00 | 44.5 | $33,410.20 |
| Steve Kotarba | Managing Director | $675.00 | 28.0 | $18,902.54 |
| Jodi Ehrenhofer | Senior Director | $600.00 | 29.9 | $17,927.49 |
| Matt Frank | Director | $600.00 | 30.8 | $18,464.97 |
| Kevin Sullivan | Director | $525.00 | 11.6 | $6,108.61 |
| Mark Zeiss | Director | $525.00 | 4.6 | $2,401.59 |
| Paul Kinealy | Director | $525.00 | 23.5 | $12,341.19 |
| David Blanks | Senior Associate | $475.00 | 20.7 | $9,828.91 |
| Jeff Dwyer | Senior Associate | $475.00 | 41.4 | $19,661.18 |
| Taylor Atwood | Senior Associate | $475.00 | 43.1 | $20,487.02 |
| Richard Carter | Consultant | $425.00 | 22.0 | $9,333.51 |
| Daisy Fitzgerald | Associate | $425.00 | 4.6 | $1,936.08 |
| Scott Safron | Associate | $400.00 | 30.7 | $12,273.22 |
| Jon Rafpor | Analyst | $375.00 | 21.4 | $8,042.09 |
| Michael Williams | Analyst | $350.00 | 25.4 | $8,906.54 |
| Peyton Heath | Analyst | $350.00 | 16.9 | $5,902.49 |
| Sarah Pittman | Analyst | $350.00 | 27.4 | $9,601.36 |
| Michael Dvorak | Analyst | $325.00 | 14.8 | $4,824.06 |
| Robert Country | Analyst | $325.00 | 8.3 | $2,701.97 |
| Mary Napoliello | Paraprofessional | $275.00 | 3.9 | $1,080.50 |
| ***Total*** | | | **495.2** | **$257,677.67** |

*Exhibit B*

## EFIH
### Summary of Time Detail by Professional
### January 1, 2015 through January 31, 2015

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $925.00 | 3.6 | $3,374.73 |
| Emmett Bergman | Managing Director | $750.00 | 1.6 | $1,188.57 |
| John Stuart | Managing Director | $750.00 | 20.7 | $15,548.60 |
| Steve Kotarba | Managing Director | $675.00 | 6.0 | $4,070.86 |
| Jodi Ehrenhofer | Senior Director | $600.00 | 7.6 | $4,577.56 |
| Matt Frank | Director | $600.00 | 0.8 | $475.43 |
| Kevin Sullivan | Director | $525.00 | 3.0 | $1,574.13 |
| Mark Zeiss | Director | $525.00 | 1.2 | $618.87 |
| Paul Kinealy | Director | $525.00 | 5.7 | $2,994.18 |
| David Blanks | Senior Associate | $475.00 | 7.5 | $3,572.30 |
| Jeff Dwyer | Senior Associate | $475.00 | 2.6 | $1,238.34 |
| Taylor Atwood | Senior Associate | $475.00 | 13.3 | $6,323.40 |
| Richard Carter | Consultant | $425.00 | 5.7 | $2,405.15 |
| Daisy Fitzgerald | Associate | $425.00 | 2.0 | $838.91 |
| Scott Safron | Associate | $400.00 | 8.2 | $3,275.20 |
| Jon Rafpor | Analyst | $375.00 | 3.7 | $1,403.18 |
| Michael Williams | Analyst | $350.00 | 6.4 | $2,247.77 |
| Peyton Heath | Analyst | $350.00 | 11.5 | $4,039.64 |
| Sarah Pittman | Analyst | $350.00 | 9.4 | $3,280.65 |
| Michael Dvorak | Analyst | $325.00 | 3.8 | $1,243.11 |
| Robert Country | Analyst | $325.00 | 2.1 | $696.27 |
| Mary Napoliello | Paraprofessional | $275.00 | 1.0 | $278.43 |
| | | **Total** | **127.6** | **$65,265.29** |