# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

*Exhibit C*

*Combined*
*Energy Future Holdings Corp., et al.,*
*Summary of Expense Detail by Category*
*January 1, 2015 through January 31, 2015*

| *Expense Category* | *Sum of Expenses* |
|---|---|
| Airfare | $20,965.41 |
| Lodging | $21,549.38 |
| Meals | $2,698.86 |
| Miscellaneous | $209.78 |
| Transportation | $6,086.90 |
| *Total* | **$51,510.33** |

*Exhibit C*

## TCEH
### Summary of Expense Detail by Category
### January 1, 2015 through January 31, 2015

| *Expense Category* | *Sum of Expenses* |
|---|---:|
| Airfare | $15,960.92 |
| Lodging | $16,405.52 |
| Meals | $2,054.62 |
| Miscellaneous | $159.71 |
| Transportation | $4,634.03 |
| *Total* | **$39,214.80** |

*Exhibit C*

**EFH**
*Summary of Expense Detail by Category*
*January 1, 2015 through January 31, 2015*

| Expense Category | Sum of Expenses |
|---|---:|
| Airfare | $3,979.27 |
| Lodging | $4,090.08 |
| Meals | $512.26 |
| Miscellaneous | $39.81 |
| Transportation | $1,155.50 |
| *Total* | **$9,776.92** |

*Exhibit C*

### EFIH
### Summary of Expense Detail by Category
### January 1, 2015 through January 31, 2015

| Expense Category | Sum of Expenses |
|---|---|
| Airfare | $1,025.22 |
| Lodging | $1,053.78 |
| Meals | $131.98 |
| Miscellaneous | $10.26 |
| Transportation | $297.37 |
| **Total** | **$2,518.61** |