# **EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

*Exhibit D*

*Combined - All Entities*
*Expense Detail by Category*
*January 1, 2015 through January 31, 2015*

*Airfare*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jeff Dwyer | 12/1/2014 | $573.10 | Airfare one-way coach San Franciso/Dallas. |
| Jeff Dwyer | 12/4/2014 | $552.10 | Airfare one-way coach Dallas/San Francisco. |
| Jeff Dwyer | 12/8/2014 | $552.10 | Airfare one-way coach San Franciso/Dallas. |
| Jeff Dwyer | 12/9/2014 | $505.10 | Airfare one-way coach Dallas/San Francisco. |
| Jeff Dwyer | 1/5/2015 | $398.10 | Airfare one-way coach San Franciso/Dallas. |
| Jeff Dwyer | 1/8/2015 | $552.10 | Airfare one-way coach Dallas/San Francisco. |
| Jeff Dwyer | 1/12/2015 | $612.10 | Airfare one-way coach San Franciso/Dallas. |
| Jeff Dwyer | 1/14/2015 | $602.10 | Airfare one-way coach Dallas/San Francisco. |
| Jeff Dwyer | 1/19/2015 | $552.10 | Airfare one-way coach San Franciso/Dallas. |
| Jeff Dwyer | 1/22/2015 | $552.10 | Airfare one-way coach Dallas/San Francisco. |
| Jeff Dwyer | 1/26/2015 | $493.10 | Airfare one-way coach San Franciso/Dallas. |
| Jeff Dwyer | 1/26/2015 | $493.10 | Airfare one-way coach Dallas/San Francisco. |
| Jodi Ehrenhofer | 1/15/2015 | $214.20 | Airfare roundtrip coach Chicago/Dallas. |
| Matt Frank | 12/18/2014 | $364.10 | Airfare one-way coach Dallas/Chicago. |
| Matt Frank | 1/5/2015 | $212.10 | Airfare one-way coach Chicago/Dallas. |
| Matt Frank | 1/8/2015 | $364.10 | Airfare one-way coach Dallas/Chicago. |
| Matt Frank | 1/12/2015 | $364.10 | Airfare one-way coach Chicago/Dallas. |
| Matt Frank | 1/19/2015 | $364.10 | Airfare one-way coach Chicago/Dallas. |
| Matt Frank | 1/21/2015 | $364.10 | Airfare one-way coach Dallas/Chicago. |
| Matt Frank | 1/26/2015 | $364.10 | Airfare one-way coach Chicago/Dallas. |
| Matt Frank | 1/29/2015 | $364.10 | Airfare one-way coach Dallas/Chicago. |
| Michael Dvorak | 1/14/2015 | $1,269.20 | Airfare roundtrip coach Chicago/Dallas. |
| Michael Dvorak | 1/23/2015 | $942.20 | Airfare roundtrip coach Chicago/Dallas. |
| Michael Williams | 12/8/2014 | $686.20 | Airfare roundtrip coach Chicago/Dallas. |
| Michael Williams | 12/15/2014 | $343.10 | Airfare one-way coach Chicago/Dallas. |
| Michael Williams | 1/5/2015 | $770.80 | Airfare roundtrip coach Chicago/Dallas. |
| Michael Williams | 1/13/2015 | $686.20 | Airfare roundtrip coach Chicago/Dallas. |
| Michael Williams | 1/19/2015 | $343.10 | Airfare one-way coach Chicago/Dallas. |
| Michael Williams | 1/22/2015 | $343.10 | Airfare one-way coach Dallas/Chicago. |

*Exhibit D*

## Combined - All Entities
## Expense Detail by Category
## January 1, 2015 through January 31, 2015

### Airfare

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Michael Williams | 1/26/2015 | $686.20 | Airfare roundtrip coach Chicago/Dallas. |
| Paul Kinealy | 11/24/2014 | $697.81 | Airfare roundtrip coach Chicago/Dallas. |
| Paul Kinealy | 12/11/2014 | $679.20 | Airfare roundtrip coach Chicago/Dallas. |
| Richard Carter | 12/22/2014 | $728.20 | Airfare roundtrip coach Chicago/Dallas. |
| Richard Carter | 1/8/2015 | $758.20 | Airfare roundtrip coach Chicago/Dallas. |
| Richard Carter | 1/20/2015 | $728.20 | Airfare roundtrip coach Chicago/Dallas. |
| Robert Country | 12/23/2014 | $748.20 | Airfare roundtrip coach Chicago/Dallas. |
| Robert Country | 1/12/2015 | $1,143.30 | Airfare roundtrip coach Chicago/Dallas. |
| **Expense Category Total** | | **$20,965.41** | |

### Lodging

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jeff Dwyer | 12/4/2014 | $701.12 | Hotel in Dallas - 3 nights. |
| Jeff Dwyer | 12/8/2014 | $242.04 | Hotel in Dallas - 1 night. |
| Jeff Dwyer | 1/8/2015 | $742.64 | Hotel in Dallas - 3 nights. |
| Jeff Dwyer | 1/13/2015 | $451.82 | Hotel in Dallas - 2 nights. |
| Jeff Dwyer | 1/22/2015 | $772.64 | Hotel in Dallas - 3 nights. |
| Jeff Dwyer | 1/28/2015 | $983.52 | Hotel in Dallas - 4 nights. |
| Jodi Ehrenhofer | 1/8/2015 | $1,150.00 | Lodging in Dallas - 5 nights. |
| Jodi Ehrenhofer | 1/14/2015 | $920.00 | Lodging in Dallas - 4 nights. |
| Jodi Ehrenhofer | 1/22/2015 | $1,150.00 | Lodging in Dallas - 5 nights. |
| Jodi Ehrenhofer | 1/29/2015 | $1,150.00 | Lodging in Dallas - 5 nights. |
| Mark Zeiss | 1/6/2015 | $511.76 | Hotel in Dallas - 2 nights. |
| Matt Frank | 1/7/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Matt Frank | 1/15/2015 | $707.70 | Hotel in Dallas - 3 nights. |
| Matt Frank | 1/21/2015 | $511.76 | Hotel in Dallas - 2 nights. |
| Matt Frank | 1/28/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Michael Dvorak | 1/21/2015 | $767.64 | Hotel in Dallas - 3 nights. |

*Exhibit D*

**Combined - All Entities**
*Expense Detail by Category*
*January 1, 2015 through January 31, 2015*

## *Lodging*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Michael Dvorak | 1/27/2015 | $527.88 | Hotel in Dallas - 2 nights. |
| Michael Williams | 12/10/2014 | $726.12 | Hotel in Dallas - 3 nights. |
| Michael Williams | 12/17/2014 | $726.12 | Hotel in Dallas - 3 nights. |
| Michael Williams | 1/7/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Michael Williams | 1/14/2015 | $511.76 | Hotel in Dallas - 2 nights. |
| Michael Williams | 1/21/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Michael Williams | 1/28/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Paul Kinealy | 12/4/2014 | $696.12 | Hotel in Dallas - 3 nights. |
| Paul Kinealy | 12/17/2014 | $464.08 | Hotel in Dallas - 2 nights. |
| Richard Carter | 1/8/2015 | $511.76 | Hotel in Dallas - 2 nights. |
| Richard Carter | 1/14/2015 | $481.78 | Hotel in Dallas - 2 nights. |
| Richard Carter | 1/28/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Robert Country | 1/7/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| Robert Country | 1/21/2015 | $767.64 | Hotel in Dallas - 3 nights. |
| **Expense Category Total** | | **$21,549.38** | |

## *Meals*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jeff Dwyer | 12/1/2014 | $37.18 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 12/2/2014 | $120.00 | Out of town dinner - J. Dwyer, D. Fitzgerald, P. Kinealy - 3. |
| Jeff Dwyer | 12/3/2014 | $40.00 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 12/3/2014 | $9.63 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 12/8/2014 | $4.55 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 12/8/2014 | $40.00 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 1/5/2015 | $40.00 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 1/7/2015 | $120.00 | Out of town dinner - J. Dwyer, M. Frank, E. Bergman - 3. |
| Jeff Dwyer | 1/8/2015 | $5.94 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 1/12/2015 | $7.25 | Out of town breakfast - J. Dwyer. |

*Exhibit D*

**Combined - All Entities**
**Expense Detail by Category**
**January 1, 2015 through January 31, 2015**

### Meals

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jeff Dwyer | 1/13/2015 | $80.00 | Out of town dinner - M. Frank, J. Dwyer - 2. |
| Jeff Dwyer | 1/14/2015 | $5.40 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 1/20/2015 | $36.31 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 1/21/2015 | $40.00 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 1/26/2015 | $38.18 | Out of town dinner - J. Dwyer. |
| Jeff Dwyer | 1/27/2015 | $80.00 | Out of town dinner - J. Dwyer, M. Frank - 2. |
| Jeff Dwyer | 1/27/2015 | $9.85 | Out of town breakfast - J. Dwyer. |
| Jeff Dwyer | 1/29/2015 | $5.90 | Out of town breakfast - J. Dwyer. |
| Mark Zeiss | 1/4/2015 | $22.25 | Out of town dinner - M. Zeiss. |
| Mark Zeiss | 1/5/2015 | ($11.50) | Reversal of meal at hotel 1/4 and 1/5. |
| Mark Zeiss | 1/6/2015 | $15.56 | Out of town dinner - M. Zeiss. |
| Matt Frank | 1/5/2015 | $10.34 | Out of town breakfast - M. Frank. |
| Matt Frank | 1/6/2015 | $178.45 | Out of town dinner M. Frank, S. Kotarba, P. Kinealy, M. Williams, J. Dwyer - 5. |
| Matt Frank | 1/6/2015 | $9.16 | Out of town breakfast - M. Frank. |
| Matt Frank | 1/7/2015 | $5.91 | Out of town breakfast - M. Frank. |
| Matt Frank | 1/8/2015 | $5.91 | Out of town breakfast - M. Frank. |
| Matt Frank | 1/12/2015 | $120.00 | Out of town dinner M. Frank, E. Bergman, J. Dwyer - 3. |
| Matt Frank | 1/12/2015 | $6.74 | Out of town breakfast - M. Frank. |
| Matt Frank | 1/14/2015 | $8.00 | Out of town breakfast - M. Frank. |
| Matt Frank | 1/19/2015 | $9.61 | Out of town breakfast - M. Frank. |
| Matt Frank | 1/19/2015 | $65.00 | Out of town dinner - M. Frank, J. Dwyer - 2. |
| Matt Frank | 1/20/2015 | $30.95 | Out of town dinner - M. Frank. |
| Matt Frank | 1/21/2015 | $9.00 | Out of town breakfast - M. Frank. |
| Matt Frank | 1/26/2015 | $10.71 | Out of town breakfast - M. Frank. |
| Matt Frank | 1/26/2015 | $25.01 | Out of town dinner - M. Frank. |
| Matt Frank | 1/28/2015 | $2.74 | Out of town breakfast - M. Frank. |
| Matt Frank | 1/28/2015 | $27.36 | Out of town dinner - M. Frank. |
| Michael Dvorak | 1/19/2015 | $126.69 | Out of town dinner - M. Dvorak, P. Kinealy, R. Country, M. Williams - 4. |

*Exhibit D*

**Combined - All Entities**
**Expense Detail by Category**
**January 1, 2015 through January 31, 2015**

### Meals

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Michael Dvorak | 1/19/2015 | $10.50 | Out of town breakfast - M. Dvorak. |
| Michael Dvorak | 1/20/2015 | $10.83 | Out of town dinner - M. Dvorak. |
| Michael Dvorak | 1/20/2015 | $13.04 | Out of town breakfast - M. Dvorak. |
| Michael Dvorak | 1/21/2015 | $19.08 | Out of town breakfast - M. Dvorak. |
| Michael Dvorak | 1/22/2015 | $15.08 | Out of town breakfast - M. Dvorak. |
| Michael Dvorak | 1/22/2015 | $36.13 | Out of town dinner - M. Dvorak. |
| Michael Dvorak | 1/26/2015 | $20.40 | Out of town dinner - M. Dvorak. |
| Michael Dvorak | 1/26/2015 | $7.51 | Out of town breakfast - M. Dvorak. |
| Michael Dvorak | 1/27/2015 | $15.15 | Out of town breakfast - M. Dvorak. |
| Michael Dvorak | 1/28/2015 | $11.10 | Out of town breakfast - M. Dvorak. |
| Michael Dvorak | 1/28/2015 | $31.46 | Out of town dinner - M. Dvorak. |
| Michael Williams | 12/8/2014 | $5.41 | Out of town breakfast - M. Williams. |
| Michael Williams | 12/9/2014 | $15.13 | Out of town dinner - M. Williams. |
| Michael Williams | 1/7/2015 | $101.24 | Out of town dinner - M. Williams, P. Kinealy, R. Country - 3. |
| Michael Williams | 1/13/2015 | $14.99 | Out of town dinner - M. Williams. |
| Michael Williams | 1/20/2015 | $15.70 | Out of town dinner - M. Williams. |
| Michael Williams | 1/21/2015 | $73.43 | Out of town dinner - M. Dvorak, M. Williams - 2. |
| Michael Williams | 1/26/2015 | $27.98 | Out of town dinner - M. Williams. |
| Paul Kinealy | 12/1/2014 | $20.32 | Out of town dinner - P. Kinealy. |
| Paul Kinealy | 12/2/2014 | $9.03 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 12/3/2014 | $73.32 | Out of town dinner - P. Kinealy, M. Williams - 2. |
| Paul Kinealy | 12/15/2014 | $7.13 | Out of town breakfast - P. Kinealy. |
| Paul Kinealy | 12/16/2014 | $160.00 | Out of town dinner - P. Kinealy, R. Country, R. Carter, M. Williams - 4. |
| Richard Carter | 1/6/2015 | $9.12 | Out of town breakfast - R. Carter. |
| Richard Carter | 1/6/2015 | $39.98 | Out of town dinner - R. Carter. |
| Richard Carter | 1/7/2015 | $11.74 | Out of town breakfast - R. Carter. |
| Richard Carter | 1/7/2015 | $40.00 | Out of town dinner - R. Carter. |
| Richard Carter | 1/8/2015 | $19.24 | Out of town breakfast - R. Carter. |

*Exhibit D*

## Combined - All Entities
## Expense Detail by Category
## January 1, 2015 through January 31, 2015

### Meals

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Richard Carter | 1/8/2015 | $11.02 | Out of town dinner - R. Carter. |
| Richard Carter | 1/13/2015 | $29.57 | Out of town dinner - R. Carter. |
| Richard Carter | 1/13/2015 | $9.12 | Out of town breakfast - R. Carter. |
| Richard Carter | 1/14/2015 | $80.00 | Out of town dinner - R. Carter, M. Frank - 2. |
| Richard Carter | 1/14/2015 | $10.80 | Out of town breakfast - R. Carter. |
| Richard Carter | 1/26/2015 | $28.82 | Out of town dinner - R. Carter. |
| Richard Carter | 1/26/2015 | $9.39 | Out of town breakfast - R. Carter. |
| Richard Carter | 1/27/2015 | $12.83 | Out of town breakfast - R. Carter. |
| Richard Carter | 1/27/2015 | $37.70 | Out of town dinner - R. Carter. |
| Richard Carter | 1/28/2015 | $10.80 | Out of town breakfast - R. Carter. |
| Richard Carter | 1/28/2015 | $40.00 | Out of town dinner - R. Carter. |
| Richard Carter | 1/29/2015 | $8.13 | Out of town breakfast - R. Carter. |
| Richard Carter | 1/29/2015 | $13.29 | Out of town dinner - R. Carter. |
| Robert Country | 1/5/2015 | $6.69 | Out of town breakfast - R. Country. |
| Robert Country | 1/6/2015 | $36.82 | Out of town dinner - R. Country. |
| Robert Country | 1/6/2015 | $7.00 | Out of town breakfast - R. Country. |
| Robert Country | 1/7/2015 | $13.92 | Out of town breakfast - R. Country. |
| Robert Country | 1/8/2015 | $3.99 | Out of town breakfast - R. Country. |
| Robert Country | 1/19/2015 | $6.69 | Out of town breakfast - R. Country. |
| Robert Country | 1/20/2015 | $15.97 | Out of town dinner - R. Country. |
| Robert Country | 1/20/2015 | $8.94 | Out of town breakfast - R. Country. |
| Robert Country | 1/21/2015 | $38.72 | Out of town dinner - R. Country. |
| Robert Country | 1/21/2015 | $13.69 | Out of town breakfast - R. Country. |
| Robert Country | 1/22/2015 | $12.84 | Out of town breakfast - R. Country. |
| **Expense Category Total** | | **$2,698.86** | |

*Exhibit D*

*Combined - All Entities*
*Expense Detail by Category*
*January 1, 2015 through January 31, 2015*

### *Miscellaneous*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Daisy Fitzgerald | 1/5/2015 | $14.38 | Verizon conference call charges. |
| Jeff Dwyer | 12/4/2014 | $24.84 | Internet online access fee. |
| Jeff Dwyer | 12/8/2014 | $12.00 | Internet online access fee. |
| Jeff Dwyer | 1/5/2015 | $4.61 | Verizon conference call charges. |
| Jeff Dwyer | 1/5/2015 | $49.95 | Internet online access fee. |
| Jeff Dwyer | 1/28/2015 | $6.00 | Miscellaneous tips at hotel. |
| Jodi Ehrenhofer | 1/5/2015 | $34.49 | Verizon conference call charges. |
| John Stuart | 1/31/2015 | $14.56 | Federal Express charges - January '15 |
| Matt Frank | 1/13/2015 | $39.95 | Inflight internet/wifi access (1/13/15 to 2/12/15). |
| Robert Country | 1/8/2015 | $9.00 | Wi fi charge on flight. |
| **Expense Category Total** | | **$209.78** | |

### *Transportation*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jeff Dwyer | 12/1/2014 | $15.00 | Taxi from airport to Energy. |
| Jeff Dwyer | 12/1/2014 | $60.00 | Taxi from home to San Francisco Airport. |
| Jeff Dwyer | 12/2/2014 | $15.00 | Taxi from Energy to hotel. |
| Jeff Dwyer | 12/2/2014 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 12/2/2014 | $37.00 | Taxi to dinner. |
| Jeff Dwyer | 12/3/2014 | $15.00 | Taxi from Energy to hotel. |
| Jeff Dwyer | 12/3/2014 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 12/4/2014 | $70.00 | Taxi from San Francisco Airport to home. |
| Jeff Dwyer | 12/4/2014 | $25.00 | Taxi from Energy to airport. |
| Jeff Dwyer | 12/4/2014 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 12/8/2014 | $70.00 | Taxi from home to San Francisco Airport. |
| Jeff Dwyer | 12/8/2014 | $25.00 | Taxi from Dallas Airport to Energy. |
| Jeff Dwyer | 12/9/2014 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 12/9/2014 | $70.00 | Taxi from San Francisco Airport to home. |

*Exhibit D*

## Combined - All Entities
## Expense Detail by Category
## January 1, 2015 through January 31, 2015

### Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jeff Dwyer | 1/5/2015 | $15.00 | Taxi from Energy to hotel. |
| Jeff Dwyer | 1/5/2015 | $30.00 | Taxi from Dallas Airport to Energy. |
| Jeff Dwyer | 1/5/2015 | $70.00 | Taxi from home to San Francisco Airport. |
| Jeff Dwyer | 1/6/2015 | $5.00 | Taxi from Energy to hotel. |
| Jeff Dwyer | 1/6/2015 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 1/8/2015 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 1/8/2015 | $25.00 | Taxi from Energy to airport. |
| Jeff Dwyer | 1/8/2015 | $70.00 | Taxi from San Francisco Airport to home. |
| Jeff Dwyer | 1/12/2015 | $70.00 | Taxi from home to San Francisco Airport. |
| Jeff Dwyer | 1/12/2015 | $60.00 | Taxi from Dallas Airport to Energy. |
| Jeff Dwyer | 1/12/2015 | $40.00 | Taxi from Enegy to hotel. |
| Jeff Dwyer | 1/13/2015 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 1/14/2015 | $15.00 | Taxi from Energy to hotel. |
| Jeff Dwyer | 1/14/2015 | $30.00 | Taxi to dinner. |
| Jeff Dwyer | 1/14/2015 | $70.00 | Taxi from San Francisco Airport to home. |
| Jeff Dwyer | 1/19/2015 | $30.00 | Taxi from Dallas Airport to Energy. |
| Jeff Dwyer | 1/19/2015 | $70.00 | Taxi from home to San Francisco Airport. |
| Jeff Dwyer | 1/19/2015 | $15.00 | Taxi from Energy to hotel. |
| Jeff Dwyer | 1/20/2015 | $8.64 | Taxi from hotel to Energy. |
| Jeff Dwyer | 1/21/2015 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 1/22/2015 | $25.00 | Taxi from Energy to Dallas Airport. |
| Jeff Dwyer | 1/22/2015 | $70.00 | Taxi from San Francisco Airport to home. |
| Jeff Dwyer | 1/22/2015 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 1/25/2015 | $70.00 | Taxi from home to San Francisco Airport. |
| Jeff Dwyer | 1/26/2015 | $15.00 | Taxi from Energy to hotel. |
| Jeff Dwyer | 1/26/2015 | $60.00 | Taxi from Dallas Airport to Energy. |
| Jeff Dwyer | 1/26/2015 | $15.00 | Taxi to dinner. |
| Jeff Dwyer | 1/27/2015 | $15.00 | Taxi to dinner. |
| Jeff Dwyer | 1/27/2015 | $15.00 | Taxi from Energy to hotel. |

*Exhibit D*

## Combined - All Entities
## Expense Detail by Category
## January 1, 2015 through January 31, 2015

### Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Jeff Dwyer | 1/27/2015 | $15.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 1/27/2015 | $4.00 | Taxi from dinner to hotel. |
| Jeff Dwyer | 1/28/2015 | $9.06 | Taxi from Energy to dinner. |
| Jeff Dwyer | 1/28/2015 | $8.83 | Taxi from dinner to hotel. |
| Jeff Dwyer | 1/28/2015 | $10.00 | Taxi from hotel to Energy. |
| Jeff Dwyer | 1/29/2015 | $60.00 | Taxi from Energy to Dallas Airport. |
| Jeff Dwyer | 1/29/2015 | $70.00 | Taxi from San Francisco Airport to home. |
| Jeff Dwyer | 1/29/2015 | $15.00 | Taxi from hotel to Energy. |
| Jodi Ehrenhofer | 1/15/2015 | $40.70 | Taxi from O'Hare Airport to home. |
| Jodi Ehrenhofer | 1/18/2015 | $40.94 | Taxi from home to O'Hare Airport. |
| Mark Zeiss | 1/4/2015 | $55.00 | Taxi from DFW Airport to hotel. |
| Mark Zeiss | 1/4/2015 | $45.00 | Taxi from home to Chicago O'Hare. |
| Mark Zeiss | 1/5/2015 | $10.00 | Taxi from hotel to Energy. |
| Mark Zeiss | 1/6/2015 | $13.26 | Taxi from Energy to hotel. |
| Mark Zeiss | 1/6/2015 | $60.00 | Taxi from Energy to DFW Airport. |
| Mark Zeiss | 1/6/2015 | $45.00 | Taxi from Chicago O'Hare to home. |
| Matt Frank | 1/5/2015 | $60.00 | Taxi from DFW Airport to Energy. |
| Matt Frank | 1/5/2015 | $65.00 | Taxi from home to Chicago O'Hare. |
| Matt Frank | 1/5/2015 | $15.00 | Taxi from dinner to hotel. |
| Matt Frank | 1/7/2015 | $20.00 | Taxi from dinner to hotel. |
| Matt Frank | 1/8/2015 | $20.00 | Taxi from hotel to Energy. |
| Matt Frank | 1/8/2015 | $60.00 | Taxi from Energy to DFW Airport. |
| Matt Frank | 1/8/2015 | $65.00 | Taxi from Chicago Airport to home. |
| Matt Frank | 1/12/2015 | $44.00 | Taxi from Energy to hotel. |
| Matt Frank | 1/12/2015 | $60.00 | Taxi from DFW Airport to Energy. |
| Matt Frank | 1/12/2015 | $65.00 | Taxi from home to Chicago O'Hare. |
| Matt Frank | 1/13/2015 | $40.00 | Taxi from hotel to Energy. |
| Matt Frank | 1/14/2015 | $15.00 | Taxi from Energy to dinner. |
| Matt Frank | 1/14/2015 | $20.00 | Taxi from dinner to hotel. |

*Exhibit D*

## Combined - All Entities
## Expense Detail by Category
## January 1, 2015 through January 31, 2015

### Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Matt Frank | 1/15/2015 | $60.00 | Taxi from Energy to DFW Airport. |
| Matt Frank | 1/15/2015 | $65.00 | Taxi from Chicago Airport to home. |
| Matt Frank | 1/19/2015 | $65.00 | Taxi from home to Chicago O'Hare. |
| Matt Frank | 1/19/2015 | $60.00 | Taxi from DFW Airport to Energy. |
| Matt Frank | 1/20/2015 | $15.00 | Taxi from hotel to Energy. |
| Matt Frank | 1/21/2015 | $65.00 | Taxi from Chicago Airport to home. |
| Matt Frank | 1/21/2015 | $15.00 | Taxi from hotel to Energy. |
| Matt Frank | 1/26/2015 | $65.00 | Taxi from home to Chicago O'Hare. |
| Matt Frank | 1/26/2015 | $60.00 | Taxi from DFW Airport to Energy. |
| Matt Frank | 1/26/2015 | $15.00 | Taxi from Energy to hotel. |
| Matt Frank | 1/28/2015 | $15.00 | Taxi from Energy to hotel. |
| Matt Frank | 1/29/2015 | $65.00 | Taxi from Chicago Airport to home. |
| Matt Frank | 1/29/2015 | $60.00 | Taxi from Energy to DFW Airport. |
| Matt Frank | 1/29/2015 | $15.00 | Taxi from hotel to Energy. |
| Michael Dvorak | 1/19/2015 | $40.70 | Taxi from home to Chicago O'Hare. |
| Michael Dvorak | 1/20/2015 | $4.00 | Taxi to dinner. |
| Michael Dvorak | 1/22/2015 | $63.07 | Taxi from Energy to DFW Airport. |
| Michael Dvorak | 1/23/2015 | $37.00 | Taxi from Chicago O'Hare to home. |
| Michael Dvorak | 1/26/2015 | $39.98 | Taxi from home to Chicago O'Hare. |
| Michael Dvorak | 1/27/2015 | $15.00 | Taxi from hotel to Energy. |
| Michael Dvorak | 1/28/2015 | $15.00 | Taxi from hotel to Energy. |
| Michael Dvorak | 1/28/2015 | $25.15 | Taxi from Energy to DFW Airport. |
| Michael Dvorak | 1/28/2015 | $36.30 | Taxi from Chicago O'Hare to home. |
| Michael Williams | 12/8/2014 | $42.86 | Taxi from home to O'Hare Airport. |
| Michael Williams | 12/9/2014 | $5.00 | Taxi from Energy to hotel. |
| Michael Williams | 12/9/2014 | $5.00 | Taxi from hotel to Energy. |
| Michael Williams | 12/10/2014 | $15.00 | Taxi from hotel to Energy. |
| Michael Williams | 12/11/2014 | $60.00 | Taxi from Energy to DFW Airport. |
| Michael Williams | 12/11/2014 | $50.00 | Taxi from O'Hare to home. |

*Exhibit D*

*Combined - All Entities*
*Expense Detail by Category*
*January 1, 2015 through January 31, 2015*

*Transportation*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Michael Williams | 12/15/2014 | $43.34 | Taxi from home to O'Hare Airport. |
| Michael Williams | 12/16/2014 | $32.00 | Taxi from client to dinner. |
| Michael Williams | 12/16/2014 | $28.00 | Taxi to hotel. |
| Michael Williams | 1/5/2015 | $60.00 | Taxi from DFW Airport to Energy. |
| Michael Williams | 1/5/2015 | $43.82 | Taxi from home to O'Hare Airport. |
| Michael Williams | 1/5/2015 | $15.00 | Taxi to hotel. |
| Michael Williams | 1/7/2015 | $15.00 | Taxi to hotel. |
| Michael Williams | 1/8/2015 | $60.00 | Taxi from Energy to DFW Airport. |
| Michael Williams | 1/8/2015 | $50.00 | Taxi from O'Hare Airport to home. |
| Michael Williams | 1/8/2015 | $15.00 | Taxi to office. |
| Michael Williams | 1/13/2015 | $53.00 | Taxi from DFW Airport to Energy. |
| Michael Williams | 1/13/2015 | $60.00 | Taxi from DFW Airport to Energy. |
| Michael Williams | 1/13/2015 | $42.62 | Taxi from home to O'Hare Airport. |
| Michael Williams | 1/14/2015 | $15.00 | Taxi from hotel to Energy. |
| Michael Williams | 1/14/2015 | $15.00 | Taxi from Energy to hotel. |
| Michael Williams | 1/15/2015 | $15.00 | Taxi from hotel to Energy. |
| Michael Williams | 1/15/2015 | $50.00 | Taxi from O'Hare Airport to home. |
| Michael Williams | 1/15/2015 | $60.00 | Taxi from Energy to DFW Airport. |
| Michael Williams | 1/19/2015 | $60.00 | Taxi from DFW Airport to Energy. |
| Michael Williams | 1/19/2015 | $44.06 | Taxi from home to O'Hare Airport. |
| Michael Williams | 1/21/2015 | $20.00 | Taxi from hotel to Energy. |
| Michael Williams | 1/22/2015 | $50.00 | Taxi from O'Hare Airport to home. |
| Michael Williams | 1/22/2015 | $60.00 | Taxi from Energy to DFW Airport. |
| Michael Williams | 1/26/2015 | $60.00 | Taxi from DFW Airport to Energy. |
| Michael Williams | 1/26/2015 | $42.14 | Taxi from home to O'Hare Airport. |
| Michael Williams | 1/29/2015 | $15.00 | Taxi from hotel to Energy. |
| Michael Williams | 1/29/2015 | $50.00 | Taxi from O'Hare Airport to home. |
| Paul Kinealy | 12/1/2014 | $26.00 | Taxi from Dallas Airport to Energy. |
| Paul Kinealy | 12/4/2014 | $26.00 | Taxi from Energy to Dallas Airport. |

*Exhibit D*

*Combined - All Entities*
*Expense Detail by Category*
*January 1, 2015 through January 31, 2015*

*Transportation*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Paul Kinealy | 12/4/2014 | $120.00 | Parking at Chicago Airport. |
| Paul Kinealy | 12/15/2014 | $30.00 | Taxi from Dallas Airport to Energy. |
| Paul Kinealy | 12/16/2014 | $17.75 | Taxi from hotel to Energy. |
| Paul Kinealy | 12/17/2014 | $17.54 | Taxi from hotel to Energy. |
| Paul Kinealy | 12/17/2014 | $28.00 | Taxi from Energy to Dallas Airport. |
| Paul Kinealy | 12/17/2014 | $96.00 | Parking at Chicago Airport. |
| Richard Carter | 1/6/2015 | $5.00 | Parking at Energy |
| Richard Carter | 1/8/2015 | $58.35 | Taxi from DFW Airport to Energy. |
| Richard Carter | 1/8/2015 | $105.00 | Parking at Chicago O'Hare. |
| Richard Carter | 1/9/2015 | $54.00 | Taxi from Energy to DFW Airport. |
| Richard Carter | 1/13/2015 | $58.25 | Taxi from DFW Airport to Energy. |
| Richard Carter | 1/14/2015 | $35.22 | Taxi from hotel to Energy. |
| Richard Carter | 1/14/2015 | $30.00 | Taxi from Energy to hotel. |
| Richard Carter | 1/15/2015 | $50.75 | Taxi from Energy to DFW Airport. |
| Richard Carter | 1/15/2015 | $85.00 | Parking at Chicago O'Hare. |
| Richard Carter | 1/27/2015 | $58.80 | Taxi from DFW Airport to Energy. |
| Richard Carter | 1/29/2015 | $140.00 | Parking at Chicago O'Hare. |
| Richard Carter | 1/30/2015 | $56.40 | Taxi from Energy to DFW Airport. |
| Robert Country | 1/5/2015 | $15.00 | Taxi to dinner. |
| Robert Country | 1/5/2015 | $39.50 | Taxi from home to Chicago O'Hare. |
| Robert Country | 1/8/2015 | $39.56 | Taxi from O'Hare to home. |
| Robert Country | 1/8/2015 | $76.00 | Taxi from DFW Airport to Energy. |
| Robert Country | 1/19/2015 | $25.00 | Taxi from Energy to hotel. |
| Robert Country | 1/19/2015 | $39.26 | Taxi from home to Chicago O'Hare. |
| Robert Country | 1/22/2015 | $50.25 | Taxi from Energy to DFW Airport. |
| Robert Country | 1/22/2015 | $39.80 | Taxi from home to Chicago O'Hare. |
| **Expense Category Total** | | **$6,086.90** | |
| *Grand Total* | | $51,510.33 | |