# Schedule A

# 2015 Rates

**Gibson Dunn Billing Rates**
**Energy Future Holdings Corp.**

| Timekeeper | Gibson Dunn 2014 Rate | Progression | Rate Increase | Gibson Dunn 2015 Rate |
|---|---|---|---|---|
| **Partner** | | | | |
| Trinklein, Jeffrey | $980.00 | $0.00 | $70.00 | $1,050.00 |
| Dawson, William B. | $925.00 | $0.00 | $50.00 | $975.00 |
| Weiss, Romina | $845.00 | $0.00 | $45.00 | $890.00 |
| Raiff, Michael L.* | $840.00 | $0.00 | $45.00 | $885.00 |
| Little, Robert B. | $790.00 | $0.00 | $45.00 | $835.00 |
| Ising, Elizabeth A. | $760.00 | $0.00 | $45.00 | $805.00 |
| Rosenthal, Michael A. | $1,140.00 | $0.00 | $35.00 | $1,175.00 |
| Lane, Brian J. | $1,085.00 | $0.00 | $40.00 | $1,125.00 |
| Chapman, Jeffrey A. | $1,020.00 | $0.00 | $45.00 | $1,065.00 |
| Sinak, David L. | $1,020.00 | $0.00 | $45.00 | $1,065.00 |
| Ho, James C. | $885.00 | $0.00 | -$50.00 | $835.00 |
| Feller, Sean C. | $860.00 | $0.00 | $45.00 | $905.00 |
| **Senior of Counsel** | | | | |
| Kirk, Ronald | $925.00 | $0.00 | $30.00 | $955.00 |
| **Of Counsel** | | | | |
| Johnson, Ashley E. | $740.00 | $0.00 | -$50.00 | $690.00 |
| McPhee, Gillian | $790.00 | $0.00 | $30.00 | $820.00 |
| Steiner, Jeffrey L. | $715.00 | $0.00 | $30.00 | $745.00 |
| **Associate** | | | | |
| Vojtisek, John-Paul | $710.00 | $0.00 | $30.00 | $740.00 |
| Whalen, Jonathan M. | $575.00 | $40.00 | $15.00 | $630.00 |
| Falconer, Russell H. | $535.00 | $40.00 | $35.00 | $610.00 |
| Jones, Madison A. | $495.00 | $45.00 | $10.00 | $550.00 |
| Calloway, Caitlin A. | $435.00 | $70.00 | -$5.00 | $500.00 |
| Viney, Elizabeth M. | $485.00 | $45.00 | -$5.00 | $525.00 |
| Vaughn, William C. | $440.00 | $45.00 | -$60.00 | $425.00 |
| Babcock, Christopher J. | $555.00 | $45.00 | $25.00 | $625.00 |
| Balick, Allison | $650.00 | $40.00 | $35.00 | $725.00 |
| Bouslog, Matthew G. | $555.00 | $45.00 | $25.00 | $625.00 |
| Cannon, Michael Q. | $485.00 | $70.00 | $20.00 | $575.00 |
| Cournoyer, Katherine E. | $555.00 | $45.00 | $25.00 | $625.00 |
| Fulford, Scott J. | $440.00 | $45.00 | $20.00 | $505.00 |
| Graves, Jeremy Lee | $710.00 | $15.00 | $30.00 | $755.00 |
| Orien, Joseph A. | N/A | $0.00 | $0.00 | $450.00 |

|  |  |  |  |  |
|---|---|---|---|---|
| Robinson, Kasey L. | $555.00 | $45.00 | $25.00 | $625.00 |
| Sandoloski, Sean | $555.00 | $45.00 | $25.00 | $625.00 |
| Speak, Emily B. | $440.00 | $45.00 | $20.00 | $505.00 |
| **Paralegal** | | | | |
| Amponsah, Duke K. | $380.00 | $0.00 | $15.00 | $395.00 |
| Holman, Gaya K. | $355.00 | $0.00 | $15.00 | $370.00 |

*Note: In 2014, certain matters (13, 16-18, and 22-24) were billed at a blended rate structure for Mr. Raiff and litigation associates. Two of those matters (matters 16 and 17) have concluded, and the Debtors have agreed to discontinue any blended rate structure for all other matters. Instead, attorneys will bill pursuant to the agreed-upon rates specified above.