IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MARCH 30, 2015 STARTING AT 11:00 A.M. (EDT)[2]**

**I.    RESOLVED MATTER:**

1.  Application of Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC for Entry of an Order Authorizing Them to Retain and Employ Greenhill & Co., LLC as Independent Financial Advisor Effective Nunc Pro Tunc to November 17, 2014 [D.I. 3062; filed December 17, 2014]

    Response/Objection Deadline:   December 31, 2014 at 4:00 p.m. (EST); extended to January 6, 2015 at 5:00 p.m. (EST) for the United States Trustee; further extended to January 9, 2015 for the United States Trustee

    Responses/Objections Received:

    A.  Objection of Official Committee of TCEH Unsecured Creditors to Application of Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC for Entry of an Order

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The March 30, 2015 (the "March 30th Hearing") hearing will be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 beginning at 11:00 a.m. (EDT). Any person who wishes to appear telephonically at the March 30th Hearing must contact COURTCALL, LLC at 866-582-6878 prior to **12:00 p.m. (noon) (EDT) on Friday, March 27, 2015** to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009*.

        Authorizing Them to Retain and Employ Greenhill & Co., LLC as Independent Financial Advisor Effective *Nunc Pro Tunc* to November 17, 2014 [D.I. 3222; filed January 9, 2015]

B.     Joinder of the Ad Hoc Group of TCEH Unsecured Noteholders to the Objection of the Official Committee of TCEH Unsecured Creditors to Application of Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC for Entry of an Order Authorizing Them to Retain and Employ Greenhill & Co., LLC as Independent Financial Advisor Effective *Nunc Pro Tunc* to November 17, 2014 [D.I. 3230; filed January 10, 2015]

C.     Statement of the United States Trustee Concerning Applications of Energy Future Intermediate Holdings Company LLC, Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC and Energy Future Holdings Corp. to Retain Conflicts Counsel and Conflicts Financial Advisors D.I. 3028, 3037, 3040, 3062, 3144 [D.I. 3272; filed January 12, 2015]

Related Documents:

i.     First Supplemental Declaration of Bradley A. Robins in Support of Application for Entry of an Order Authorizing the Retention and Employment of Greenhill & Co., LLC as Independent Financial Advisor to Debtors and Debtors in Possession Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC Effective Nunc Pro Tunc to November 17, 2014 [D.I. 3224; filed January 9, 2015]

ii.     Notice of Filing of Proposed Form of "Order Authorizing Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC to Retain and Employ Greenhill & Co. as Independent Financial Advisor Effective *Nunc Pro Tunc* to November 17, 2014" [D.I. 3271; filed January 12, 2015]

iii.     Order Authorizing Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC to Retain and Employ Greenhill & Co. as Independent Financial Advisor Effective *Nunc Pro Tunc* to November 17, 2014 [D.I. 3283; filed January 13, 2015]

iv.     Notice of Further Hearing in Connection with "Application of Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC for Entry of an Order Authorizing Them to Retain and Employ Greenhill & Co., LLC as Independent Financial Advisor Effective *Nunc Pro Tunc* to November 17, 2014" [D.I. 3062] Solely to Consider Approval of Transaction Fee [D.I. 3580; filed February 18, 2015]

    v.    Amended and Restated Order Authorizing Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC to Retain and Employ Greenhill & Co. as Independent Financial Advisor Effective *Nunc Pro Tunc* to November 17, 2014 [D.I. 3728; filed March 3, 2015]

    <u>Status</u>: On March 3, 2015, the Court entered an order granting the Debtors the relief requested in connection with this matter.  Consequently, no hearing with respect to this matter is required.

## II.    <u>CONTESTED MATTERS</u>:

2.    Motion for Entry of an Order Authorizing Energy Future Holdings Corp., *et al*., to File the Power Purchase Agreement Motion Under Seal [D.I. 3708; filed February 27, 2015]

    <u>Response/Objection Deadline</u>:    March 23, 2015 at 4:00 p.m. (EDT); extended to March 24, 2015 at 4:00 p.m. (EDT) for the United States Trustee

    <u>Responses/Objections Received</u>:

    A.    Informal comments from the United States Trustee

    <u>Related Documents</u>:

    i.    *Amended* Notice of (I) Objection Deadline and (II) Hearing Date and Time Scheduled to Consider Approval of the "Motion for Entry of an Order Authorizing Energy Future Holdings Corp., *et al*., to File the Power Purchase Agreement Motion Under Seal" [D.I. 3708] [D.I. 3799; filed March 5, 2015]

    <u>Status</u>: The Debtors are engaged in active discussions with the United States Trustee to address the United States Trustee's informal comments in connection with this matter.  The hearing on this matter will go forward.

3.    Motion of Energy Future Holdings Corp., *et al*., for Entry of an Order Authorizing Certain Debtors to Enter into a Long-Term Power Purchase Agreement and Granting Related Relief (Sealed) [D.I. 3710; filed February 27, 2015]

    <u>Response/Objection Deadline</u>:    March 23, 2015 at 4:00 p.m. (EDT); extended to March 24, 2015 at 4:00 p.m. (EDT) for Alcoa Inc.

Responses/Objections Received:

A.   Informal comments from Alcoa Inc.

B.   Informal comments from the United States Trustee

Related Documents:

i.   Motion of Energy Future Holdings Corp., *et al*., for Entry of an Order Authorizing Certain Debtors to Enter into a Long-Term Power Purchase Agreement and Granting Related Relief (Redacted) [D.I. 3709; filed February 27, 2015]

ii.  *Amended* Notice of (I) Objection Deadline and (II) Hearing Date and Time Scheduled to Consider Approval of the "Motion of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing Certain Debtors to Enter into a Long-Term Power Purchase Agreement and Granting Related Relief" [D.I. 3709, 3710] [D.I. 3800; filed March 5, 2015]

Status: The informal comments from Alcoa Inc. are resolved. The Debtors are engaged in active discussions with the United States Trustee to address the United States Trustee's informal comments in connection with this matter. The hearing on this matter will go forward.

[*Remainder of page intentionally left blank.*]

Dated: March 26, 2015
    Wilmington, Delaware

/s/ Tyler D. Semmelman
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
Tyler D. Semmelman (No. 5386)
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: collins@rlf.com
defranceschi@rlf.com
madron@rlf.com
semmelman@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: edward.sassower@kirkland.com
stephen.hessler@kirkland.com
brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: james.sprayregen@kirkland.com
marc.kieselstein@kirkland.com
chad.husnick@kirkland.com
steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*