## EXHIBIT A
### Statement of Fees by Subject Matter

| Task Code | Project Category Description | Hours | Total Fees (Prior to Holdback) | 80% of Total Fees |
|---|---|---|---|---|
| B160 | Fee/Employment Applications | 26.7 | $9,964.50 | $7,971.60 |
| B161 | Budget/Staffing Plan | 5.1 | $3,664.50 | $2,931.60 |
| B210 | Business Operations | 9.1 | $4,368.00 | $3,494.40 |
| B240 | Tax Issues | 175.8 | $108,255.50 | $86,604.40 |
| | **Totals** | **216.7** | **$126,252.50** | **$101,002.00** |