## EXHIBIT C

### Summary of Actual and Necessary Expenses for the Fee Period

| Expense | Vendor (if any) | Amount |
|---|---|---|
| Standard Copies ($0.10/page) | In-House | $0.10 |
| Color Copies ($1.00/page) | In-House | $44.00 |
| Airfare | Lawyers Travel/American Airlines | $1,749.70 |
| Hotel | DoubleTree Hotel, NY | $128.57 |
| Car/Rental | Travel from Airport to Hotel | $114.89 |
| Airport Parking | Freedom Park, DFW Airport Parking | $60.29 |
| Travel Meals | Various | $16.10 |
| | Total: | $2,113.65 |