## EXHIBIT D

### Detailed Description of Expenses and Disbursements

**AIRFARE**

| Professional | Travel Date(s) | Expense | Description |
|---|---|---|---|
| David Wheat | 1/20/2015-1/21/2015 | $1,749.70 | American Airlines economy roundtrip flight between Dallas and New York |
| | **TOTAL:** | **$1,749.70** | |

**LODGING**

| Professional | Date(s) | Expense | Description |
|---|---|---|---|
| David Wheat | 1/20/2015 | $128.57 | DoubleTree Hotel, NY |
| | **TOTAL:** | **$128.57** | |

**MEALS**

| Professional | Date(s) | Expense | Description |
|---|---|---|---|
| David Wheat | 1/20/2015 | $4.73 | Lunch |
| David Wheat | 1/20/2015 | $11.37 | Dinner |
| | **TOTAL:** | **$16.10** | |

**TRANSPORTATION: CARS/PARKING**

| Professional | Date(s) | Expense | Description |
|---|---|---|---|
| David Wheat | 1/20/2015-1/21/2015 | $57.29 | Parking with Freedom Park (two days at $24.00/day, plus taxes and fees) |
| David Wheat | 1/21/2015 | $3.00 | DFW Airport Fee |
| David Wheat | 1/20/2015 | $114.89 | Car from airport to DoubleTree Hotel, NY |
| | **TOTAL:** | **$175.18** | |