## **Exhibit A**

## **Hours Expended by Goldin Professional**

| | | |
|---|:---:|---:|
| Harrison J. Goldin | Sr. Managing Director | 33.2 |
| David Prager | Managing Director | 68.3 |
| Karthik Bhavaraju | Director | 134.1 |
| Pavel Hejsek | Sr. Analyst | 151.3 |
| Deborah Praga | Analyst | 121.8 |
| Pavan Sriprasad | Analyst | 18.0 |
| **Total** | | **526.7** |