## Exhibit C

### Expenses by Category

| | |
|---|---|
| Meals | $421.01 |
| Photocopies | 292.04 |
| Research | 3,298.81 |
| Travel | 4,132.78 |
| **Total** | **$8,144.64** |