# Exhibit D

**Expense Detail**

# GoldinAssociates, LLC

350 Fifth Avenue
The Empire State Building
New York, New York 10118

Tel.: 212 593 2255
Fax: 212 888 2841
www.goldinassociates.com

### Detailed Expenses by Category:     EFIH

For Expenses Through 2/28/2015

| Expense | Start Date | End Date | Invoice Date | | Description | Charges |
|---|---|---|---|---|---|---|
| : Meals & Entertainment | | | | | | |
| | 2/1/2015 | 2/1/2015 | 2/1/15 | KB | SeamlessWeb - Inv # 1986716 - Weekend lunch - Ref # 1152942697 - K. Bhavaraju | $15.45 |
| | 2/1/2015 | 2/1/2015 | 2/1/15 | PHA | SeamlessWeb - Inv # 1986716 - Weekend Lunch - Ref # 1152810032 - P. Hejsek | $11.31 |
| | 2/1/2015 | 2/1/2015 | 2/1/15 | DP | SeamlessWeb - Inv # 1986716 - Weekend lunch - Ref # 1153100522 - D. Praga | $13.21 |
| | 2/3/2015 | 2/3/2015 | 2/8/15 | PHA | SeamlessWeb - Inv # 1988197 - Working dinner - Ref # 1162454442 - P. Hejsek | $20.14 |
| | 2/3/2015 | 2/3/2015 | 2/8/15 | DP | SeamlessWeb - Inv # 1988197 - Working dinner - Ref # 1162682719 - D. Praga | $13.64 |
| | 2/3/2015 | 2/3/2015 | 2/8/15 | DP | SeamlessWeb - Inv # 1988197 - Working dinner - Ref # 1161859605 - D. Prager | $22.68 |
| | 2/4/2015 | 2/4/2015 | 2/8/15 | KB | SeamlessWeb - Inv # 1988197 - Working dinner - Ref # 1166584063 - K. Bhavaraju | $24.15 |
| | 2/9/2015 | 2/9/2015 | 2/15/15 | PHA | SeamlessWeb - Inv # 1994812 - Working dinner - Ref # 1187262913 - P. Hejsek | $20.38 |
| | 2/9/2015 | 2/9/2015 | 2/15/15 | PSA | SeamlessWeb - Inv # 1994812 - Working dinner - Ref # 1186363535 - P. Sriprasad | $23.72 |
| | 2/10/2015 | 2/10/2015 | 2/15/15 | DP | SeamlessWeb - Inv # 1994812 - Working dinner - Ref # 1190073157 - D. Praga | $13.47 |
| | 2/10/2015 | 2/10/2015 | 2/15/15 | PHA | SeamlessWeb - Inv # 1994812 - Working dinner - Ref # 1190781689 - P. Hejsek | $17.07 |
| | 2/10/2015 | 2/10/2015 | 2/15/15 | PSA | SeamlessWeb - Inv # 1994812 - Working dinner - Ref # 1190445939 - P. Sriprasad | $24.15 |
| | 2/11/2015 | 2/11/2015 | 2/15/15 | PHA | SeamlessWeb - Inv # 1994812 - Working dinner - Ref # 1195019745 - P. Hejsek | $24.11 |
| | 2/17/2015 | 2/17/2015 | 2/22/15 | DP | SeamlessWeb - Inv # 1996359 - Working dinner - Ref # 1217993808 - D. Praga | $16.84 |
| | 2/18/2015 | 2/18/2015 | 2/22/15 | PHA | SeamlessWeb - Inv # 1996359 - Working dinner - Ref # 1222632614 - P. Hejsek | $17.04 |
| | 2/18/2015 | 2/18/2015 | 2/22/15 | KB | SeamlessWeb - Inv # 1996359 - Working dinner - Ref # 1222632614 - K. Bhavaraju | $17.05 |
| | 2/19/2015 | 2/19/2015 | 2/22/15 | PHA | SeamlessWeb - Inv # 1996359 - Working dinner - Ref # 1227162098 - P. Hejsek | $22.89 |
| | 2/19/2015 | 2/19/2015 | 2/22/15 | DP | SeamlessWeb - Inv # 1996359 - Working dinner - Ref # 1227476081 - D. Praga | $20.39 |
| | 2/23/2015 | 2/23/2015 | 3/1/15 | DP | SeamlessWeb - Inv # 2015607 - Working dinner - Ref # 1243597875 - D. Praga | $18.10 |
| | 2/23/2015 | 2/23/2015 | 3/1/15 | PHA | SeamlessWeb - Inv # 2015607 - Working dinner - Ref # 1243264764 - P. Hejsek | $20.14 |
| | 2/24/2015 | 2/24/2015 | 3/1/15 | KB | SeamlessWeb - Inv # 2015607 - Working dinner - Ref # 1248266523 - K. Bhavaraju | $23.76 |
| | 2/25/2015 | 2/25/2015 | | HJG | H. Goldin - Healthy Gourmet - Travel Breakfast - RE: Dallas, TX | $13.00 |
| | 2/26/2015 | 2/26/2015 | | HJG | H. Goldin - Exchange Concessions - Travel Lunch - RE: Dallas, TX | $8.32 |
| Total: Meals & Entertainment | | | | | | $421.01 |
| : Office Supplies/Miscellaneous | | | | | | |
| | 2/1/2015 | 2/28/2015 | 2/1/15 | KJ | Photocopies for the period of February 1 through February 28 | $292.04 |
| Total: Office Supplies/Miscellaneous | | | | | | $292.04 |
| : Research | | | | | | |
| | 2/1/2015 | 2/28/2015 | 3/1/15 | RCD | Thomson Financial - Allocated share of discounted monthly subscription; retail per click rate would equal $1,049.50 | $223.50 |

*Detailed Expenses by Category:* **EFIH**

For Expenses Through 2/28/2015

| Expense | Start Date | End Date | Invoice Date | | Description | Charges |
|---|---|---|---|---|---|---|
| | 2/1/2015 | 2/28/2015 | 2/1/15 | RCD | Capital IQ - Allocated share of discounted monthly subscription; retail per click rate would equal $11,159.51 | $3,075.31 |
| Total: Research | | | | | | $3,298.81 |
| : Travel | | | | | | |
| | 1/29/2015 | 1/29/2015 | | PHA | P. Hejsek - NYC Taxi - Working Late - Taxi from GA office to Home | $7.56 |
| | 1/30/2015 | 1/30/2015 | | PHA | P. Hejsek - NYC Taxi - Working Late - Taxi from GA office to Home | $8.15 |
| | 2/1/2015 | 2/1/2015 | | DP | working Sunday, cab to work - D. Praga | $15.36 |
| | 2/1/2015 | 2/1/2015 | | DP | working Sunday, cab home - D. Praga | $17.15 |
| | 2/2/2015 | 2/2/2015 | | PHA | P. Hejsek - NYC Taxi - Working Late - Taxi from GA office to Home | $7.55 |
| | 2/2/2015 | 2/2/2015 | | PHA | P. Hejsek - Queens Medallion - Taxi from meeting with Cravath | $11.00 |
| | 2/2/2015 | 2/2/2015 | 02/06/15 | KB | UTOG 2 Way Radio Inc. - Inv. 625868 - Ref # 4505335 - 350 5th Ave. to Short Hills, NJ - K. Bhavaraju | $111.01 |
| | 2/3/2015 | 2/3/2015 | | DP | working late, cab home - D. Praga | $17.75 |
| | 2/3/2015 | 2/3/2015 | | DP | D. Prager - S&R Medallion - Taxi from Kirkland to GA office | $13.56 |
| | 2/3/2015 | 2/3/2015 | | DP | D. Prager - Joseph Senecal -  Taxi from GA office to Home | $17.16 |
| | 2/3/2015 | 2/3/2015 | 2/13/15 | KB | UTOG 2 Way Radio Inc. - Inv. 626267 - Ref # 4540234 - 350 5th Ave. to 31 Meadowbrook Rd, Short Hills, NJ - K. Bhavaraju | $121.77 |
| | 2/4/2015 | 2/4/2015 | | PHA | P. Hejsek - Taxi Credit - Working Late - Taxi from GA office to Home | $8.16 |
| | 2/4/2015 | 2/4/2015 | 2/13/15 | KB | Prime Time Transportation. - Inv. 431077 - Ref # 484384 - 350 5th Ave. to Millburn, NJ - K. Bhavaraju | $115.26 |
| | 2/5/2015 | 2/5/2015 | 2/13/15 | KB | Prime Time Transportation. - Inv. 431077 - Ref # 482519 - 350 5th Ave. to Millburn, NJ - K. Bhavaraju | $112.80 |
| | 2/9/2015 | 2/9/2015 | 2/13/15 | KB | UTOG 2 Way Radio Inc. - Inv. 626267 - Ref # 4543536 - 350 5th Ave. to Short Hills, NJ - K. Bhavaraju | $111.01 |
| | 2/9/2015 | 2/9/2015 | | PSA | P. Sriprasad - NYC Taxi - Working late - Taxi from GA Office to Home | $7.30 |
| | 2/10/2015 | 2/10/2015 | | DP | working late, cab home - D. Praga | $14.16 |
| | 2/10/2015 | 2/10/2015 | 2/13/15 | KB | UTOG 2 Way Radio Inc. - Inv. 626267 - Ref # 4546141 - 350 5th Ave. to Short Hills, NJ - K. Bhavaraju | $111.01 |
| | 2/10/2015 | 2/10/2015 | | HJG | H. Goldin - American Airlines -  Seat Fee - LGA to Dallas, TX  - Departure Date: 2/25/15 | $62.86 |
| | 2/10/2015 | 2/10/2015 | | HJG | H. Goldin - American Airlines - LGA to Dallas, TX  - Departure Date: 2/25/15 | $1,004.20 |
| | 2/10/2015 | 2/10/2015 | | PSA | P. Sriprasad - NYC Taxi - Working late - Taxi from GA Office to Home | $7.30 |
| | 2/13/2015 | 2/13/2015 | | DP | D. Prager - S&R Medallion - Taxi from Cravath to GA office | $11.76 |
| | 2/17/2015 | 2/17/2015 | | DP | D. Prager - American Airlines - Additional Fees - LGA to Dallas, TX - Departure Date:  2/25/15 | $125.70 |
| | 2/17/2015 | 2/17/2015 | | DP | D. Prager - American Airlines - LGA to Dallas, TX - Departure Date:  2/25/15 | $1,010.20 |
| | 2/18/2015 | 2/18/2015 | 2/27/15 | KB | UTOG - Inv # 627516 - 350 5th Ave to Short Hills, NJ - Ref # 4542348 - K. Bhavaraju | $118.80 |
| | 2/19/2015 | 2/19/2015 | | DP | working late, cab home - D. Praga | $16.56 |
| | 2/20/2015 | 2/20/2015 | 2/27/15 | KB | UTOG - Inv # 627516 - 350 5th Ave to Short Hills, NJ - Ref # 4541964 - K. Bhavaraju | $132.74 |
| | 2/20/2015 | 2/20/2015 | 2/27/15 | KB | UTOG - Inv # 627516 - 350 5th Ave to Short Hills, NJ - Ref # 4529961 - K. Bhavaraju | $111.01 |
| | 2/20/2015 | 2/20/2015 | 2/27/15 | DP | UTOG - Inv # 627516 - 350 5th Ave to Englishtown, NJ - Ref # 4547685 - D. Praga | $169.43 |
| | 2/20/2015 | 2/20/2015 | | PHA | P. Hejsek - NYC Taxi - Working Late - Taxi from GA office to Home | $8.76 |
| | 2/23/2015 | 2/23/2015 | | DP | working late, cab home - D. Praga | $14.76 |
| | 2/23/2015 | 2/23/2015 | | DP | D. Prager - Yellow Cab - Taxi from GA office to home | $10.56 |
| | 2/24/2015 | 2/24/2015 | | PHA | P. Hejsek - My Fourth Cab - Working Late - Taxi from GA office to Home | $7.56 |
| | 2/24/2015 | 2/24/2015 | | DP | working late, cab home - D. Praga | $15.96 |

**GoldinAssociates, LLC**

*Detailed Expenses by Category:* **EFIH**

For Expenses Through 2/28/2015

| Expense | Start Date | End Date | Invoice Date | | Description | Charges |
|---|---|---|---|---|---|---|
| | 2/24/2015 | 2/24/2015 | 3/6/15 | KB | PRIMETIME - Inv # 431558 - 350 5th Ave to Millburn, NJ - Ref # 462067 - K. Bhavaraju | $110.29 |
| | 2/24/2015 | 2/24/2015 | 2/27/15 | KB | UTOG - Inv # 627516 - 350 5th Ave to Short Hills, NJ - Ref # 4550576 - K. Bhavaraju | $111.01 |
| | 2/25/2015 | 2/25/2015 | | HJG | H. Goldin - American Airlines - Baggage Fee - Travel to Dallas, TX | $25.00 |
| | 2/25/2015 | 2/25/2015 | | DP | D. Prager - USA Today - Food for trip | $5.22 |
| | 2/25/2015 | 2/25/2015 | | DP | D. Prager - VTS Cowboy - Taxi EFIH office to Hotel | $10.15 |
| | 2/25/2015 | 2/25/2015 | | DP | D. Prager - Hassan Anshur - Taxi from DFW to EFIH office | $54.60 |
| | 2/25/2015 | 2/25/2015 | | DP | D. Prager - Getachew - Taxi to hotel board dinner | $12.75 |
| | 2/25/2015 | 2/25/2015 | 3/6/15 | DP | UTOG - Inv # 628052 - 2250 Broadway to LAG - Ref # 4560352 -  D. Prager | $65.15 |
| | 2/25/2015 | 2/25/2015 | | DP | working late, cab home - D. Praga | $18.36 |
| | 2/25/2015 | 2/25/2015 | | HJG | H. Goldin - Ezana to Taxi from Dallas airport to Hotel | $52.61 |
| | 2/25/2015 | 2/25/2015 | | DP | D. Prager - Hudson News - Food for trip | $11.76 |

Total: Travel

$4,132.78

**Grand Total**

$8,144.64