**EXHIBIT A**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**SUMMARY OF HOURS BY PROFESSIONAL**
*FOR THE PERIOD FEBRUARY 1, 2015 TO FEBRUARY 28, 2015*

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Brady, Philip | Senior Managing Director | $ 570 | 22.5 | $12,825.00 |
| Chertok, Mark | Senior Managing Director | 750 | 4.7 | 3,525.00 |
| Davido, Scott | Senior Managing Director | 875 | 6.5 | 5,687.50 |
| Diaz, Matthew | Senior Managing Director | 975 | 100.2 | 97,695.00 |
| Eisenband, Michael | Senior Managing Director | 975 | 5.6 | 5,460.00 |
| Joffe, Steven | Senior Managing Director | 975 | 27.2 | 26,520.00 |
| Jones, Scott | Senior Managing Director | 975 | 8.2 | 7,995.00 |
| Scruton, Andrew | Senior Managing Director | 975 | 56.1 | 54,697.50 |
| Simms, Steven | Senior Managing Director | 975 | 11.3 | 11,017.50 |
| Grant, Kenneth | Senior Managing Director | 675 | 1.9 | 1,282.50 |
| Reishus, David | Senior Managing Director | 710 | 3.3 | 2,343.00 |
| Tranen, Jeffrey | Senior Managing Director | 750 | 30.0 | 22,500.00 |
| Berenson, Harvey | Managing Director | 750 | 2.5 | 1,875.00 |
| Cordasco, Michael | Managing Director | 795 | 49.7 | 39,511.50 |
| Greenberg, Mark | Managing Director | 795 | 165.3 | 131,413.50 |
| Park, Ji Yon | Managing Director | 795 | 102.9 | 81,805.50 |
| Yozzo, John | Managing Director | 710 | 4.0 | 2,840.00 |
| Arsenault, Ronald | Senior Director | 535 | 31.6 | 16,906.00 |
| Hofstad, Ivo J | Director | 560 | 0.5 | 280.00 |
| Celli, Nicholas | Senior Consultant | 535 | 72.1 | 38,573.50 |
| Eisler, Marshall | Senior Consultant | 495 | 167.7 | 83,011.50 |
| Rauch, Adam | Senior Consultant | 575 | 156.8 | 90,160.00 |
| Eimer, Sean | Consultant | 405 | 203.2 | 82,296.00 |
| Friedrich, Steven | Consultant | 405 | 151.3 | 61,276.50 |
| Mond, Allison | Consultant | 340 | 2.5 | 850.00 |
| Hellmund-Mora, Marili | Associate | 250 | 12.1 | 3,025.00 |
| Moore, Teresa | Associate | 225 | 0.4 | 90.00 |
| | **GRAND TOTAL** | | **1,400.1** | **$885,462.00** |

**EXHIBIT B**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**SUMMARY OF HOURS BY TASK**
*FOR THE PERIOD FEBRUARY 1, 2015 TO FEBRUARY 28, 2015*

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---:|---:|
| 1 | Current Operating Results & Events | 33.5 | $16,297.50 |
| 13 | Analysis of Other Miscellaneous Motions | 24.4 | 14,578.50 |
| 14 | Analysis of Claims/Liabilities Subject to Compromise | 2.6 | 2,067.00 |
| 15 | Analysis of Interco. Claims, Related Party Transactions | 271.4 | 152,285.00 |
| 16 | POR & DS - Analysis, Negotiation and Formulation | 30.6 | 29,835.00 |
| 18.A | Investigations of Select Legacy Transactions- Historical Transactions | 187.8 | 121,523.00 |
| 18.B | Investigations of Select Legacy Transactions- LBO Solvency | 2.8 | 1,134.00 |
| 21 | General Meetings with Committee & Committee Counsel | 19.9 | 18,550.50 |
| 24 | Preparation of Fee Application | 221.0 | 112,407.50 |
| 28.A | First Lien Investigation- Legacy Transactions | 7.8 | 6,939.00 |
| 28.B | First Lien Investigation- Historical Solvency | 9.6 | 7,645.00 |
| 29 | Business Plan- Diligence of the Debtors' Long Range Plan | 10.1 | 6,193.50 |
| 30 | Business Plan- Understand and Assess ERCOT Market | 7.1 | 5,325.00 |
| 33 | Business Plan- Natural Gas / Coal Pricing | 8.2 | 7,995.00 |
| 34 | Business Plan- Environmental | 2.7 | 2,025.00 |
| 35 | Business Plan- New Entry Pricing | 35.2 | 22,477.50 |
| 36 | Business Plan- Communication with Debtors / Other Professionals | 2.6 | 2,067.00 |
| 37 | Analysis of Pre-Petition Tax Payments | 212.6 | 140,326.50 |
| 38 | Analysis of Tax Impact on Restructuring Scenarios | 31.8 | 21,957.00 |
| 39 | Analysis of Alternative Tax Structure | 278.4 | 193,833.50 |
| | **GRAND TOTAL** | **1,400.1** | **$885,462.00** |

**EXHIBIT C**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**SUMMARY OF EXPENSES**
*FOR THE PERIOD FEBRUARY 1, 2015 TO FEBRUARY 28, 2015*

| **Expense Type** | **Amount** |
|---|---|
| Business Meals | $902.84 |
| Ground Transportation | 930.17 |
| Other | 122.70 |
| **Total** | **$1,955.71** |

**EXHIBIT D**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**EXPENSE DETAIL**
*FOR THE PERIOD FEBRUARY 1, 2015 TO FEBRUARY 28, 2015*

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 01/05/15 | Friedrich, Steven | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. (not previously billed) | $20.00 |
| 01/06/15 | Friedrich, Steven | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. (not previously billed) | 20.00 |
| 01/12/15 | Celli, Nicholas | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. (not previously billed) | 18.33 |
| 01/12/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. (not previously billed) | 20.00 |
| 01/13/15 | Celli, Nicholas | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. (not previously billed) | 16.29 |
| 01/13/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. (not previously billed) | 20.00 |
| 01/13/15 | Park, Ji Yon | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. (not previously billed) | 20.00 |
| 01/14/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. (not previously billed) | 20.00 |
| 01/15/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. (not previously billed) | 20.00 |
| 01/16/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. (not previously billed) | 20.00 |
| 01/16/15 | Friedrich, Steven | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. (not previously billed) | 20.00 |
| 01/19/15 | Cordasco, Michael | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. (not previously billed) | 20.00 |
| 01/19/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. (not previously billed) | 15.75 |
| 01/19/15 | Friedrich, Steven | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. (not previously billed) | 20.00 |
| 01/20/15 | Celli, Nicholas | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. (not previously billed) | 12.79 |
| 01/20/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. (not previously billed) | 20.00 |
| 01/21/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. (not previously billed) | 16.75 |
| 01/21/15 | Eisler, Marshall | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. (not previously billed) | 20.00 |
| 01/22/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. (not previously billed) | 20.00 |
| 01/22/15 | Eisler, Marshall | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. (not previously billed) | 20.00 |
| 01/23/15 | Eisler, Marshall | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. (not previously billed) | 20.00 |
| 01/26/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. (not previously billed) | 16.62 |
| 01/28/15 | Cordasco, Michael | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. (not previously billed) | 17.20 |
| 01/28/15 | Eisler, Marshall | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. (not previously billed) | 20.00 |

**EXHIBIT D**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**EXPENSE DETAIL**
*FOR THE PERIOD FEBRUARY 1, 2015 TO FEBRUARY 28, 2015*

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 01/29/15 | Celli, Nicholas | Business Meals | In-office working meal/lunch for self with M. Diaz, M. Cordasco, M. Greenberg, L. Park, A. Rauch, S. Friedrich, S. Eimer (all FTI) incurred as a result of having to attend a lunch meeting. (not previously billed) | 104.61 |
| 01/29/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. (not previously billed) | 18.75 |
| 01/29/15 | Friedrich, Steven | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. (not previously billed) | 20.00 |
| 02/01/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 15.72 |
| 02/02/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 14.65 |
| 02/02/15 | Eisler, Marshall | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 02/02/15 | Friedrich, Steven | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 02/03/15 | Celli, Nicholas | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 15.38 |
| 02/03/15 | Diaz, Matthew | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 02/05/15 | Eimer, Sean | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 02/07/15 | Friedrich, Steven | Business Meals | In-office overtime meal/dinner for self incurred as a result of having to work the weekend. | 20.00 |
| 02/10/15 | Eisler, Marshall | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 02/10/15 | Park, Ji Yon | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 02/11/15 | Friedrich, Steven | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 02/13/15 | Friedrich, Steven | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 02/16/15 | Friedrich, Steven | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 02/18/15 | Friedrich, Steven | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 02/19/15 | Friedrich, Steven | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| 02/23/15 | Greenberg, Mark | Business Meals | In-office overtime meal/dinner for self incurred as a result of working late. | 20.00 |
| | | **Business Meals Total** [1] | | **902.84** |
| 01/07/15 | Park, Ji Yon | Ground Transportation | Taxi - office to residence after working late in the office. (not previously billed) | 8.15 |
| 01/12/15 | Celli, Nicholas | Ground Transportation | Taxi - office to residence after working late in the office. (not previously billed) | 7.56 |
| 01/12/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office. (not previously billed) | 24.10 |

**EXHIBIT D**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**EXPENSE DETAIL**
*FOR THE PERIOD FEBRUARY 1, 2015 TO FEBRUARY 28, 2015*

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 01/13/15 | Celli, Nicholas | Ground Transportation | Taxi - office to residence after working late in the office. (not previously billed) | 6.30 |
| 01/13/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office. (not previously billed) | 23.80 |
| 01/13/15 | Friedrich, Steven | Ground Transportation | Taxi - office to residence after working late in the office. (not previously billed) | 9.80 |
| 01/13/15 | Friedrich, Steven | Ground Transportation | Taxi - office to residence after working late in the office. (not previously billed) | 10.56 |
| 01/13/15 | Park, Ji Yon | Ground Transportation | Taxi - office to residence after working late in the office. (not previously billed) | 8.00 |
| 01/14/15 | Cordasco, Michael | Ground Transportation | Taxi - office to residence after working late in the office. (not previously billed) | 139.49 |
| 01/14/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office. (not previously billed) | 23.77 |
| 01/15/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office. (not previously billed) | 18.55 |
| 01/16/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office. (not previously billed) | 23.75 |
| 01/16/15 | Friedrich, Steven | Ground Transportation | Taxi - office to residence after working late in the office. (not previously billed) | 9.80 |
| 01/19/15 | Cordasco, Michael | Ground Transportation | Taxi - office to residence after working late in the office. (not previously billed) | 118.97 |
| 01/19/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office. (not previously billed) | 21.33 |
| 01/19/15 | Friedrich, Steven | Ground Transportation | Taxi - office to residence after working late in the office. (not previously billed) | 9.80 |
| 01/20/15 | Celli, Nicholas | Ground Transportation | Taxi - office to residence after working late in the office. (not previously billed) | 6.20 |
| 01/20/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office. (not previously billed) | 23.23 |
| 01/21/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office. (not previously billed) | 24.12 |
| 01/22/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office. (not previously billed) | 17.48 |
| 01/23/15 | Friedrich, Steven | Ground Transportation | Taxi - office to residence after working late in the office. (not previously billed) | 12.80 |
| 01/26/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office. (not previously billed) | 18.65 |
| 01/29/15 | Celli, Nicholas | Ground Transportation | Taxi - office to residence after working late in the office. (not previously billed) | 6.95 |
| 01/29/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office. (not previously billed) | 54.00 |
| 01/29/15 | Friedrich, Steven | Ground Transportation | Taxi - office to residence after working late in the office. (not previously billed) | 12.36 |
| 02/01/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office. | 23.22 |
| 02/02/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office. | 32.67 |

**EXHIBIT D**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**EXPENSE DETAIL**
*FOR THE PERIOD FEBRUARY 1, 2015 TO FEBRUARY 28, 2015*

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 02/03/15 | Park, Ji Yon | Ground Transportation | Taxi - office to residence after working late in the office. | 8.00 |
| 02/03/15 | Scruton, Andrew | Ground Transportation | Taxi - client meeting to office. | 8.76 |
| 02/04/15 | Greenberg, Mark | Ground Transportation | Taxi - office to UCC counsel; attend meeting with counsel to TECH independent director. | 5.00 |
| 02/05/15 | Eimer, Sean | Ground Transportation | Taxi - office to residence after working late in the office. | 24.36 |
| 02/05/15 | Greenberg, Mark | Ground Transportation | Taxi - office to K&E office; attend meeting with Debtors re: tax claims. | 5.00 |
| 02/07/15 | Friedrich, Steven | Ground Transportation | Taxi - office to residence after working late in the office. | 14.12 |
| 02/09/15 | Park, Ji Yon | Ground Transportation | Taxi - office to residence after working late in the office. | 8.76 |
| 02/10/15 | Celli, Nicholas | Ground Transportation | Taxi - office to residence after working late in the office. | 6.96 |
| 02/10/15 | Park, Ji Yon | Ground Transportation | Taxi - office to residence after working late in the office. | 9.36 |
| 02/11/15 | Friedrich, Steven | Ground Transportation | Taxi - office to residence after working late in the office. | 11.16 |
| 02/11/15 | Greenberg, Mark | Ground Transportation | Taxi - office to UCC counsel; attend meeting with MoFo counsel re: Oncor REIT. | 5.00 |
| 02/11/15 | Park, Ji Yon | Ground Transportation | Taxi - office to residence after working late in the office. | 8.15 |
| 02/11/15 | Scruton, Andrew | Ground Transportation | Taxi - office to residence after working late in the office. | 16.55 |
| 02/12/15 | Park, Ji Yon | Ground Transportation | Taxi - office to residence after working late in the office. | 7.55 |
| 02/13/15 | Friedrich, Steven | Ground Transportation | Taxi - office to residence after working late in the office. | 15.30 |
| 02/16/15 | Friedrich, Steven | Ground Transportation | Taxi - office to residence after working late in the office. | 9.36 |
| 02/18/15 | Friedrich, Steven | Ground Transportation | Taxi - office to residence after working late in the office. | 12.95 |
| 02/19/15 | Diaz, Matthew | Ground Transportation | Taxi - office to Kirkland & Ellis office. | 8.00 |
| 02/19/15 | Friedrich, Steven | Ground Transportation | Taxi - office to residence after working late in the office. | 14.30 |
| 02/23/15 | Greenberg, Mark | Ground Transportation | Taxi - office to residence after working late in the office. | 15.00 |
| 02/23/15 | Scruton, Andrew | Ground Transportation | Taxi - office to client meeting. | 11.16 |
| 02/23/15 | Scruton, Andrew | Ground Transportation | Taxi - client meeting to office. | 9.96 |
| | | **Ground Transportation Total** | | **930.17** |
| 12/31/14 | Bellazain-Harris, Sheba | Other | Charge for use of PACER for this engagement. | 102.70 |

**EXHIBIT D**
**ENERGY FUTURE HOLDINGS CORP. - CASE NO. 14-10979**
**EXPENSE DETAIL**
*FOR THE PERIOD FEBRUARY 1, 2015 TO FEBRUARY 28, 2015*

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 02/02/15 | Diaz, Matthew | Other | Internet services while traveling. | 20.00 |
| | | **Other Total** | | **122.70** |
| | | **Grand Total** | | **$1,955.71** |

**Note:**
(1) In-office meals per person over $20.00 and out-of-office meals per person over $40.00 have been reduced to $20.00 and $40.00, respectively, to comply with the Amended Guidelines for Fees and Disbursements for Professionals in Delaware District Bankruptcy Cases. Each of these meals were in fact greater than $20.00 or $40.00 and do not represent a per diem.