## EXHIBIT A

## Hours Expended by SOLIC Professionals

| NAME | TITLE | HOURS<br>2/01 – 2/28/2015 |
|---|---|---|
| Neil Luria | Sr. Managing Director | 90.50 |
| George Koutsonicolis | Managing Director | 12.0 |
| Raoul Nowitz | Managing Director | 140.50 |
| Paul Hogan | Director | 2.50 |
| Matthew Cumbee | Sr. Associate | 31.00 |
| Hayes Parker | Analyst | 6.00 |
| TOTALS | | 282.50 |