**EXHIBIT** B

**Hours Expended by Subject Matter**

**GENERAL**

|  | February 2015 |
|---|---|
| Bid Procedures Review & Bid Review | 0.50 |
| Dataroom & Diligence Materials Review | 31.5 |
| EFH Board Meeting Attendance | 21.5 |
| Fee Applications/Retention Applications | 7.0 |
| Intercompany Transfers Review | 82.0 |
| Meeting with Counsel & Other Constituents | 37.0 |
| Meeting with Disinterested Directors | 18.5 |
| Plan Development Review | 39.0 |
| Presentation Development | 8.0 |
| Project Management and Support | 1.5 |
| Tax Reviews | 5.0 |
| Travel Time | 31.0 |
| TOTAL HOURS | 282.50 |

**GENERAL DESCRIPTION OF WORK CODES:**

- Bid Procedures Review & Bid Review:  Review of proposed bidding procedures as they relate to Conflict Matters (as such term is defined in resolutions of the EFH Corp. Board of Directors duly adopted on November 7, 2014, as supplemented by resolutions duly adopted on December 9, 2014).

- Dataroom and Diligence Materials Review:  Download, analyze and review materials posted to the debtors' dataroom, and follow-up with the Debtors' professionals pertaining to (i) items posted to the dataroom and (ii) follow-up information being sought in the dataroom.

- EFH Board Meeting Attendance:  Attend in-person and/or telephonically weekly EFH board meetings and engage in pre-meeting preparation and post-meeting follow-up, including work plan development.

- Fee Applications/Retention Applications:  Prepare monthly fee statements and interim fee applications; review and respond to inquiries by parties in interest, including the Fee Committee.

- Intercompany Transfer Review:  Review and analyze the various claims and causes of action between and among EFH and its affiliates, including the nature of the claims, the magnitude of such claims and factors affecting the allowance or disallowance of such claims.

- <u>Meeting with Counsel & Other Constituents</u>:  Meetings with counsel to EFH, as well as meetings (telephonic and in-person) with professionals of other affiliates and constituents pertaining to Conflict Matters.

- <u>Meeting with Disinterest Directors</u>:  Telephonic and in-person meetings with disinterested directors of EFH on Conflict Matters and potential Conflict Matters. Review board materials and transcripts for discussion with the disinterested directors of EFH and respond to Conflict Matter-related requests and questions.  Includes pre-meeting preparation and post-meeting follow-up.

- <u>Plan Development Review</u>:  Review restructuring proposals, as well as meetings with constituents regarding plan formulation, review of plan proposals and term sheets and analysis of proposed settlements of Conflict Matters.

- <u>Presentation Development</u>:  Develop specific presentations for discussion with the disinterested directors of EFH pertaining to Conflict Matters and potential Conflict Matters.

- <u>Project Management and Support</u>:  Key elements of project management on the engagement including work plan development and internal discussions pertaining to same. General review and research of case filings.

- <u>Tax Reviews</u>:  Review and analyze prepetition and postpetition activity and potential activity that would affect the allocation of tax liabilities among EFH and its affiliates related to Conflict Matters. Financial analysis on relevant tax matters as requested by counsel to EFH.

- <u>Travel Time</u>:  Traveling to/from in-person meetings.