## EXHIBIT C

**Expenses by Category**

|  | February 2015 |
|---|---|
| Airfare | $6,867.20 |
| Ground Transportation | $1,129.38 |
| Hotel & Lodging | $2,774.49 |
| Meals | $700.13 |
| Mileage | $104.16 |
| TOTALS | $11,575.36 |