# **EXHIBIT D**

## **Expense Detail**

## Energy Future Holdings Corp – February 2015

| Date | Person | Expense Code | Fee |
|---|---|---|---|
| 2/5/2015 | Luria, Neil | AIR - Airfare | $ 446.10 |
| | | One-way Economy Class Airfare EWR to CLE following Meeting with Proskauer in NYC. | |
| 2/16/2015 | Luria, Neil | AIR - Airfare | $ 564.10 |
| | | One-way Economy Class Airfare from CLE to EWR for Meetings at Kirkland & Ellis. | |
| 2/16/2015 | Luria, Neil | AIR - Airfare | $ 200.00 |
| | | Airline Service Fee for Ticket Change - EWR to CLE. | |
| 2/25/2015 | Luria, Neil | AIR - Airfare | $ 406.10 |
| | | One-way Economy Class Airfare to DFW for Board Meeting. | |
| 2/26/2015 | Luria, Neil | AIR - Airfare | $ 1,123.10 |
| | | One-way Economy Class Airfare from DFW to CLE for Return from Board Meeting in Dallas. | |
| 2/2/2015 | Nowitz, Raoul | AIR - Airfare | $ 1,126.20 |
| | | Round-trip Economy Class Airfare from ATL to LGA for Due Diligence, Meeting with Counsel. | |
| 2/3/2015 | Nowitz, Raoul | AIR - Airfare | $ 94.00 |
| | | Airline Service Fee for Ticket Change - LGA to ATL for Meeting with Counsel. | |
| 2/3/2015 | Nowitz, Raoul | AIR - Airfare | $ 200.00 |
| | | Airline Service Fee for Ticket Change - Change from 2/3 to 2/4 LGA to ATL for Meeting with Counsel. | |
| 2/16/2015 | Nowitz, Raoul | AIR - Airfare | $ 1,132.20 |
| | | Round-trip Economy Class Airfare from ATL to LGA for Meetings. | |
| 2/23/2015 | Nowitz, Raoul | AIR - Airfare | $ 699.20 |
| | | ATL to ORD for Meeting with Proskauer. | |
| 2/25/2015 | Nowitz, Raoul | AIR - Airfare | $ 876.20 |
| | | ATL to DFW for Board Meeting. | |
| | | Total Airfare: | **$ 6,867.20** |
| 2/4/2015 | Luria, Neil | GRTRAN - Ground Transportation | $ 10.00 |
| | | Subway fare in NYC To/From Proskauer Office. | |
| 2/6/2015 | Luria, Neil | GRTRAN - Ground Transportation | $ 79.28 |
| | | Car from Home to Airport for NYC Trip. | |
| 2/17/2015 | Luria, Neil | GRTRAN - Ground Transportation | $ 102.00 |
| | | Car to EWR Airport Following Meetings at Kirkland & Ellis. | |
| 2/25/2015 | Luria, Neil | GRTRAN - Ground Transportation | $ 25.00 |
| | | Taxi from DFW to Hotel. | |
| 2/26/2015 | Luria, Neil | GRTRAN - Ground Transportation | $ 76.00 |
| | | Car from 1601 Bryan Street to DFW for N. Luria and R. Nowitz | |
| 2/2/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 86.50 |
| | | Taxipass from LGA to Hotel for Meeting at Kirkland & Ellis. | |
| 2/3/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 6.30 |
| | | Taxi to Proskauer Office. | |
| 2/4/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 64.00 |
| | | Atlanta Airport Parking. | |
| 2/4/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 20.50 |
| | | Taxi to EFH Fidelity Meeting in NYC. | |
| 2/4/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 53.28 |
| | | Taxi from EFH Offices to Airport Meeting with Counsel in NYC. | |

## Energy Future Holdings Corp – February 2015

| Date | Person | Expense Code | Fee |
|---|---|---|---|
| 2/16/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation<br>Taxi from LGA to Attorney Office. | $ 41.99 |
| 2/17/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation<br>Atlanta Airport Parking. | $ 68.00 |
| 2/17/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation<br>Taxi from Attorney Office to LGA Airport. | $ 46.32 |
| 2/23/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation<br>Taxi from ORD to Proskauer. | $ 51.81 |
| 2/23/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation<br>Parking at Atlanta Airport. | $ 32.00 |
| 2/25/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation<br>Taxi from Dinner to Hotel in New York. | $ 15.95 |
| 2/25/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation<br>Taxi from DFW to Hotel. | $ 51.45 |
| 2/25/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation<br>Taxi (Uber) from Home to ATL Airport. | $ 104.00 |
| 2/26/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation<br>Taxi from Hotel to Energy Plaza. | $ 18.00 |
| 2/26/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation<br>Taxi (Uber) from ATL Airport to Home. | $ 101.00 |
| 2/26/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation<br>Taxi (Uber) from Energy Plaza to DFW Airport. | $ 76.00 |
| | | **Total Ground Transportation:** | **$ 1,129.38** |
| 2/5/2015 | Luria, Neil | HOTEL - Hotel and Lodging<br>Room Rate & Taxes - Four Nights for Due Diligence Session, Meeting with Counsel in NYC. | $ 1,200.00 |
| 2/26/2015 | Luria, Neil | HOTEL - Hotel and Lodging<br>Room Rate & Taxes - One Night in Dallas for Board Meeting. | $ 316.97 |
| 2/3/2015 | Nowitz, Raoul | HOTEL - Hotel and Lodging<br>Room Rate & Taxes - One Night for Due Diligence Session, Meeting with Counsel in NY. | $ 243.33 |
| 2/4/2015 | Nowitz, Raoul | HOTEL - Hotel and Lodging<br>Room Rate & Taxes - One Night for Due Diligence Session, Meeting with Counsel in NY. | $ 500.00 |
| 2/17/2015 | Nowitz, Raoul | HOTEL - Hotel and Lodging<br>Room Rate & Taxes - One Night for Due Diligence Session, Meeting with Counsel. | $ 243.33 |
| 2/26/2015 | Nowitz, Raoul | HOTEL - Hotel and Lodging<br>Room Rate & Taxes - One Night in Dallas for Board Meeting. | $ 270.86 |
| | | **Total Hotel and Lodging:** | **$ 2,774.49** |
| 2/3/2015 | Luria, Neil | MEALS - Out of Town Meals<br>Meal with Attendees:   J.Marwil, R.Nowitz, N.Luria. | $ 120.00 |
| 2/3/2015 | Luria, Neil | MEALS - Out of Town Meals<br>Meal with Attendees:   J. Marwil, R.Nowitz, N.Lura. | $ 120.00 |
| 2/3/2015 | Luria, Neil | MEALS - Out of Town Meals<br>Meal with Attendees:   N.Luria, J.Marwil. | $ 80.00 |
| 2/4/2015 | Luria, Neil | MEALS - Out of Town Meals<br>Meal with Attendee:   N.Luria. | $ 7.00 |

**Energy Future Holdings Corp – February 2015**

| Date | Person | Expense Code | Fee |
|---|---|---|---:|
| 2/4/2015 | Luria, Neil | MEALS - Out of Town Meals<br>Meal with Attendee: N.Luria. | $ 3.45 |
| 2/17/2015 | Luria, Neil | MEALS - Out of Town Meals<br>Meal with Attendee: N.Luria. | $ 4.01 |
| 2/26/2015 | Luria, Neil | MEALS - Out of Town Meals<br>Meal with Attendee: N.Luria, R.Nowitz. | $ 76.64 |
| 2/26/2015 | Luria, Neil | MEALS - Out of Town Meals<br>Meal with Attendee: N.Luria. | $ 6.41 |
| 2/2/2015 | Nowitz, Raoul | MEALS - Out of Town Meals<br>Meal with Attendee: R.Nowitz. | $ 40.00 |
| 2/2/2015 | Nowitz, Raoul | MEALS - Out of Town Meals<br>Meal with Attendee: R.Nowitz. | $ 11.57 |
| 2/4/2015 | Nowitz, Raoul | MEALS - Out of Town Meals<br>Meal with Attendee: R.Nowitz. | $ 18.19 |
| 2/16/2015 | Nowitz, Raoul | MEALS - Out of Town Meals<br>Meal with Attendee: R.Nowitz. | $ 40.00 |
| 2/17/2015 | Nowitz, Raoul | MEALS - Out of Town Meals<br>Meal with Attendee: R.Nowitz. | $ 40.00 |
| 2/17/2015 | Nowitz, Raoul | MEALS - Out of Town Meals<br>Meal with Attendee: R. Nowitz. | $ 17.51 |
| 2/23/2015 | Nowitz, Raoul | MEALS - Out of Town Meals<br>Meal with Attendee: R.Nowitz. | $ 11.62 |
| 2/23/2015 | Nowitz, Raoul | MEALS - Out of Town Meals<br>Meal with Attendee: R.Nowitz. | $ 29.30 |
| 2/23/2015 | Nowitz, Raoul | MEALS - Out of Town Meals<br>Meal with Attendee: R.Nowitz. | $ 14.60 |
| 2/25/2015 | Nowitz, Raoul | MEALS - Out of Town Meals<br>Meal with Attendee: R.Nowitz. | $ 38.37 |
| 2/26/2015 | Nowitz, Raoul | MEALS - Out of Town Meals<br>Meal with Attendee: R.Nowitz. | $ 21.46 |
| | | **Total Out of Town Meals:** | **$ 700.13** |
| 2/2/2015 | Nowitz, Raoul | MILES - USA - Mileage<br>From Airport to Home. | $ 17.36 |
| 2/4/2015 | Nowitz, Raoul | MILES - USA - Mileage<br>From Home to Airport. | $ 17.36 |
| 2/16/2015 | Nowitz, Raoul | MILES - USA - Mileage<br>From Home to Airport. | $ 17.36 |
| 2/17/2015 | Nowitz, Raoul | MILES - USA - Mileage<br>From Airport to Home. | $ 17.36 |
| 2/23/2015 | Nowitz, Raoul | MILES - USA - Mileage<br>From Airport to Home. | $ 17.36 |
| 2/23/2015 | Nowitz, Raoul | MILES - USA - Mileage<br>From Home to Airport. | $ 17.36 |
| | | **Total USA - Mileage:** | **$ 104.16** |
| | | | **$ 11,575.36** |