IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) Hearing Date: March 30, 2015 at 11:00 a.m. |

### NOTICE OF "AMENDED AND SUPERSEDING MOTION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, FOR ENTRY OF AN ORDER AUTHORIZING CERTAIN DEBTORS TO ENTER INTO A LONG-TERM POWER PURCHASE AGREEMENT AND GRANTING RELATED RELIEF" AND HEARING THEREON

PLEASE TAKE NOTICE that, on February 27, 2015, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the **Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing Certain Debtors to Enter Into a Long-Term Power Purchase Agreement and Granting Related Relief** (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). **You were previously served with a copy of the Motion.**

PLEASE TAKE FURTHER NOTICE that, on March 27, 2015, the Debtors filed the **Amended and Superseding Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing Certain Debtors to Enter Into a Long-Term Power Purchase Agreement and Granting Related Relief** (the "Amended Motion") with the Bankruptcy Court.

PLEASE TAKE FURTHER NOTICE that a hearing to consider the Amended Motion and any timely responses is scheduled to be held before The Honorable Christopher S. Sontchi at

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **March 30, 2015 at 11:00 a.m. (EDT)**.

Dated: March 27, 2015  
      Wilmington, Delaware

/s/ Tyler D. Semmelman
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
Tyler D. Semmelman (No. 5386)
920 North King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Facsimile:      (302) 651-7701
Email:             collins@rlf.com
                      defranceschi@rlf.com
                      madron@rlf.com
                      semmelman@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900
Email:             edward.sassower@kirkland.com
                      stephen.hessler@kirkland.com
                      brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email:             james.sprayregen@kirkland.com
                      marc.kieselstein@kirkland.com
                      chad.husnick@kirkland.com
                      steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession