# EXHIBIT A

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**ORDER AUTHORIZING CERTAIN DEBTORS TO ENTER INTO A LONG-TERM POWER PURCHASE AGREEMENT AND GRANTING RELATED RELIEF**

Upon the amended and superseding motion (the "<u>Amended PPA Motion</u>")[2] of the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>"), for entry of an order (this "<u>Order</u>") authorizing Luminant to enter into the PPA, and granting related relief, all as more fully set forth in the Amended PPA Motion; and upon the Amended McFarland Declaration; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of these cases and the Amended PPA Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Amended PPA Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having found that the Debtors provided appropriate notice of the Amended PPA Motion and the opportunity for a hearing on the Amended PPA Motion under the circumstances; and the Court having reviewed

---

[1]  The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]  Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Amended PPA Motion.

the Amended PPA Motion and having heard the statements in support of the relief requested therein at a hearing, if any, before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Amended PPA Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Amended PPA Motion is granted as set forth herein.

2. Pursuant to section 363(b) of the Bankruptcy Code, and notwithstanding anything to the contrary in the Non-Proprietary Hedging and Trading Order, the PPA is approved and Luminant is authorized to enter into, and perform any obligations and exercise any rights granted under, the PPA substantially in the form attached to the Amended PPA Motion as **Exhibit B**.

3. The Debtors are authorized to make modifications or amendments to the PPA that the Debtors determine in the exercise of their business judgment to be in the best interests of their estates; *provided, that* the Debtors will provide counsel to the ad hoc group of TCEH first lien lenders, the ad hoc committee of TCEH unsecured noteholders, the indenture trustee for the TCEH second lien noteholders, and the TCEH Creditors' Committee with notice of material modifications to the PPA within ten (10) business days of such modification.

4. This Order does not grant any relief with respect to or affect the rights, duties, or obligations of EFIH, EFIH Finance Inc., or EFH Corp.

5. Nothing contained in this Order shall modify, amend, or alter any contract or agreement by and among Alcoa Inc. ("Alcoa") and the Debtors. Each of Alcoa and the Debtors reserves its rights with respect to any such contract or agreement. Nothing in this Order shall constitute a waiver of any party's rights (i) to assert that any other party is in breach or default of

any contract or agreement or (ii) to petition this Court (or any other tribunal with jurisdiction) for relief or to assert any claim with respect to any such contract or agreement.

6. Notice of the Amended PPA Motion as provided therein shall be deemed good and sufficient and the requirements of the Local Bankruptcy Rules are satisfied by such notice.

7. Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

8. All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

9. The Debtors are authorized to enter into, perform, execute and deliver all documents, and take all actions, necessary to effectuate the relief granted pursuant to this Order in accordance with the Amended PPA Motion.

10. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Wilmington, Delaware
Dated: _____, 2015

> THE HONORABLE CHRISTOPHER S. SONTCHI
> UNITED STATES BANKRUPTCY JUDGE