## EXHIBIT C

**Amended McFarland Declaration**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**AMENDED AND SUPERSEDING DECLARATION OF
MAC MCFARLAND, CEO OF LUMINANT ENERGY COMPANY
LLC IN SUPPORT OF THE AMENDED AND SUPERSEDING MOTION
OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, FOR ENTRY OF AN ORDER
AUTHORIZING CERTAIN DEBTORS TO ENTER INTO A LONG-TERM POWER
PURCHASE AGREEMENT AND GRANTING RELATED RELIEF**

Pursuant to 28 U.S.C. § 1746, I, Mac McFarland, declare as follows:

1. I am Chief Executive Officer of Luminant Energy Company LLC ("Luminant"). Luminant is an indirect subsidiary of Energy Future Holdings Corp. ("EFH Corp.").

2. I have been Chief Executive Officer of Luminant since December 2012, and have worked for certain of EFH Corp.'s direct and indirect subsidiaries, including Luminant (collectively, the "Debtors"), since July 2008. I am generally familiar with the Debtors' day-to-day operations, financial matters, results of operations, cash flows, and underlying books and records. All facts set forth in this declaration are based upon my personal knowledge of the Debtors' business, operations, and related financial information gathered from my review of their books and records, relevant documents, and information supplied to me by members of the Debtors' management teams and advisors. I am over the age of 18 and duly authorized to

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

execute this declaration on behalf of the Debtors in support of the *Amended and Superseding Motion of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing Certain Debtors to Enter into a Long-Term Power Purchase Agreement and Granting Related Relief* (the "Amended PPA Motion"),[2] filed contemporaneously herewith.

I.  **Renewable Energy in ERCOT.**

3.  Renewable energy is poised for rapid growth within the electricity market overseen by the Electric Reliability Council of Texas ("ERCOT"), which covers the majority of Texas. ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ The Debtors can benefit from access to renewable energy in a number of ways, including from diversification of energy sources and reduced power costs during peak demand windows, the availability of government incentives tied to the development of renewable energy generating facilities, and the ability to meet renewable energy statutory requirements and commitments to customers.

4.  *First,* ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ Peak demand results in spikes in the price of wholesale electricity that providers must purchase in the market from power generators. The price of electricity is set by the marginal low-cost producer, which, in

---

[2]  Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Amended PPA Motion.

ERCOT, is generally the operator of a combined cycle natural gas-fired turbine. ▮

▮
▮
▮
▮
▮
▮
▮
▮

5. **Second**, ▮
▮
▮
▮
▮
▮[3]
▮
▮
▮
▮

---

[3] ▮

6. ***Third,*** ███████████████████████████████
████████████████████████████████ Certain regulations require the Debtors to obtain a specified amount of their supply of power from renewable energy sources or otherwise to purchase RECs in the market from "retailers" or brokers. Additionally, the Debtors' operations provide power from renewable energy sources. ████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████

II. The ███████████ and the PPA.

7. ████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
██████████████████

8. ████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████

9. ████████████████████████████████████████
██████
████████████████████████████████████████████████

10. ███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████[4]

11. ███████████████████████████████████████████

███████████████ After evaluating several proposals from competitors, the Debtors

---

[4] The Debtors consider the purchase of electricity pursuant to power purchase agreements, including that derived from renewable energy sources, to be soundly within the ordinary course of their business operations. Notwithstanding this fact, the proposed PPA provides for the purchase and delivery of electricity, and thus is likely a "Non-Proprietary Hedging and Trading Arrangement," as defined the *Motion of Energy Future Holdings Corp., et al., Clarifying Certain Relief Granted in the Non-Proprietary Trading Order and Seeking Entry of an Order Authorizing Certain Debtors to Enter Into Non-Proprietary Hedging and Trading Arrangements with a Tenor Beyond December 31, 2015 and Subject to Hedge and Tenor Limitations Consistent with Historical Practice* [D.I. 2710] (the "Non-Proprietary Hedging and Trading Motion"). As such, the PPA is likely subject to the Approved Limits (as defined in the Non-Proprietary Hedging and Trading Motion), including the tenor limitation of 27-months.

determined that the [REDACTED] PPA offered the best combination in terms of price, reliability, flexibility, and other key factors. In the weeks preceding the filing of the Original PPA Motion, the Debtors contacted the financial and legal advisors to several of the key TCEH creditor groups, including advisors to the ad hoc group of TCEH first lien lenders, the ad hoc committee of TCEH unsecured noteholders, the indenture trustee for the TCEH second lien notes, and the TCEH Creditors' Committee, and informed these advisors of the Debtors' intention [REDACTED]. Additionally, the Debtors shared diligence materials and a draft of the PPA with these TCEH creditors' advisors. On February 20, 2015, Luminant management submitted the PPA for approval by Luminant's board of managers, which duly approved the PPA by resolution.

### III. The PPA is in the Best Interests of the Debtors' Estates.

12. I believe that the Debtors' decision to enter into the long-term PPA is in the best interests of the Debtors' estates. The PPA will enable the Debtors to [REDACTED]. The PPA also provides the Debtors with substantial optionality to extend the contract or increase [REDACTED] output depending upon, among other things, the Debtors' internal analyses and expectations of electricity prices and the cost of traditional and other alternative energy sources. [REDACTED] The Debtors will own all environmental attributes [REDACTED], including RECs that the Debtors must retire to satisfy regulatory requirements and commitments to customers.

[*Remainder of page intentionally left blank.*]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: March 27, 2015

Respectfully submitted,

*/s/ Mac McFarland*
Mac McFarland
Chief Executive Officer
Luminant Generation Company LLC