IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
|  | Re: D.I. 3708 & 3709 |

**NOTICE OF WITHDRAWAL OF "MOTION FOR ENTRY OF AN ORDER AUTHORIZING ENERGY FUTURE HOLDINGS CORP., *ET AL.*, TO FILE THE POWER PURCHASE AGREEMENT MOTION UNDER SEAL" [D.I. 3708] AND "MOTION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, FOR ENTRY OF AN ORDER AUTHORIZING CERTAIN DEBTORS TO ENTER INTO A LONG-TERM POWER PURCHASE AGREEMENT AND GRANTING RELATED RELIEF" [D.I. 3709]**

PLEASE TAKE NOTICE that, on February 27, 2015, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the **Motion for Entry of an Order Authorizing Energy Future Holdings Corp., *et al.*, to File the Power Purchase Agreement Motion Under Seal** [D.I. 3708] (the "Original Sealing Motion") and the **Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing Certain Debtors to Enter into a Long-Term Power Purchase Agreement and Granting Related Relief** [D.I. 3709] (the "Original PPA Motion") with the United States Bankruptcy Court for the District of Delaware.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

PLEASE TAKE FURTHER NOTICE that the Debtors hereby withdraw the Original PPA Motion and the Original Sealing Motion **without prejudice**.[2]

---

[2] Specifically, prior to filing this Notice, the Debtors have filed (a) the Amended and Superseding Motion of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing Certain Debtors to Enter Into a Long-Term Power Purchase Agreement and Granting Related Related (the "Amended PPA Motion"). The Amended PPA Motion amends and supersedes the Original PPA Motion and (b) the Amended and Superseding Motion for Energy Future Holdings, et al., to File Redacted Portions of the Amended and Superseding Power Purchase Agreement Motion Under Seal (the "Amended Sealing Motion"). Both the Amended PPA Motion and the Amended Sealing Motion narrow the relief that the Debtors initially requested in the Original PPA Motion and the Original Sealing Motion, including, eliminating the request that the Court seal the entirety of the Original PPA Motion and all attachments thereto pursuant to Original Sealing Motion.

Dated: March 27, 2015
       Wilmington, Delaware

/s/ Jason M. Madron

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
Joseph C. Barsalona II (No. 6102)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
              defranceschi@rlf.com
              madron@rlf.com
              semmelman@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email:        edward.sassower@kirkland.com
              stephen.hessler@kirkland.com
              brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email:        james.sprayregen@kirkland.com
              marc.kieselstein@kirkland.com
              chad.husnick@kirkland.com
              steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession