IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Re:  D.I. 3709, 3800, 3992 |

**CERTIFICATION OF COUNSEL CONCERNING ORDER
AUTHORIZING CERTAIN DEBTORS TO ENTER INTO A LONG-TERM
POWER PURCHASE AGREEMENT AND GRANTING RELATED RELIEF**

The undersigned hereby certifies as follows:

1. On February 27, 2015, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing Certain Debtors to Enter into a Long-Term Power Purchase Agreement and Granting Related Relief* [D.I. 3709] (the "Original PPA Motion"). Contemporaneously therewith the Debtors filed the *Motion for Entry of an Order Authorizing Energy Future Holdings Corp., et al., to File the Power Purchase Agreement Motion Under Seal* [D.I. 3708] (the "Original Sealing Motion").

2. Pursuant to the Amended *Notice of (I) Objection Deadline and (II) Hearing Date and Time Scheduled to Consider Approval of the "Motion of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing Certain Debtors to Enter into a Long-Term Power Purchase Agreement and Granting Related Relief"* [D.I. 3709, 3710] [D.I. 3800], the objection deadline for the Original PPA Motion was set for March 23, 2015 at 4:00 p.m. (Eastern Daylight

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information

Time) (the "Objection Deadline").[2]  Prior to the Objection Deadline, Alcoa Inc. provided informal comments to the Original PPA Motion. Additionally, the United States Trustee for the District of Delaware (the "U.S. Trustee") provided informal comments to the Original Sealing Motion. The Debtors subsequently resolved Alcoa's informal comments to the Original PPA Motion. No party has filed a formal objection to the Original PPA Motion.

3. Following discussions between counsel to the U.S. Trustee and counsel to the Debtors, the Debtors withdrew the Original Sealing Motion and the Original PPA Motion [D.I. 3994] and filed the *Amended and Superseding Motion of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing Certain Debtors to Enter into a Long-Term Power Purchase Agreement and Granting Related Relief* [D.I. 3992] (the "Amended PPA Motion") on March 27, 2015. On that same day, the Debtors filed the *Amended and Superseding Motion for Entry of an Order Authorizing Energy Future Holdings Corp., et al., to File Redacted Portions of the Amended and Superseding Power Purchase Agreement Motion Under Seal* [D.I. 3991] (the "Amended Sealing Motion"). Both the Amended PPA Motion and the Amended Sealing Motion narrow the relief the Debtors initially requested in the Original PPA Motion and the Original Sealing Motion. The Debtors understand that the issues raised by counsel to the U.S. Trustee have been resolved based on the filing of the Amended PPA Motion and Amended Sealing Motion.

---

may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Additionally, and as described in the Original PPA Motion and the Amended PPA Motion, in the weeks preceding the filing of the Original PPA Motion, the Debtors contacted the financial and legal advisors to several of the key TCEH creditor groups, including the ad hoc group of TCEH first lien lenders, the ad hoc committee of TCEH unsecured noteholders, the indenture trustee for the TCEH second lien notes, and the TCEH Creditors' Committee, and informed these advisors of the Debtors' intention to enter into a power purchase agreement. The Debtors also shared unredacted diligence materials and a draft of the PPA with these TCEH creditors' advisors.

2

RLF1 11740400v.5

4.  A proposed form of order granting the Amended PPA Motion (the "Proposed Order") is attached hereto as **Exhibit A**. The proposed form of order granting the Amended Sealing Motion is attached as Exhibit A to the Amended Sealing Motion.

5.  The Debtors therefore respectfully request that the Court enter the Proposed Order, substantially in the form attached hereto as **Exhibit A**, at its earliest convenience.

*[Remainder of page intentionally left blank.]*

RLF1 11740400v.5

Dated: March 27, 2015
      Wilmington, Delaware

/s/ *Tyler D. Semmelman*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
Tyler D. Semmelman (No. 5386)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
      defranceschi@rlf.com
      madron@rlf.com
      semmelman@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   edward.sassower@kirkland.com
      stephen.hessler@kirkland.com
      brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
      chad.husnick@kirkland.com
      steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession