IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED
'15 MAR 27 AM 9:10
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |

**CLAIMANT RESPONSE TO DEBTOR OBJECTION TO CLAIM FOR**

**ROSE S WASHINGTON**

In response to the Debtor's Objection to Claim, I am sending the following information and additional attachments to support why I am asking the court to over-rule the stated objection. As a customer of TXU Energy, a subsidiary of Energy Future Holdings Corp, In November of 2013 I signed up for a rate plan of .11 cents per kWh. TXU Invoices show a rate of some number above .13 cents per kWh as shown in the attachments. I have never been refunded the amount of the overcharge, which estimates to approximately $425.00 over the span of 4/13/14 - 10/27/14 (Claim Bar Date). In repeated conversations with the company there were repeated delays and broken promises in correcting the issue as well as disconnect notices being sent for the disputed amount with TXU. This included at least 2 occasions of disruption of service through no fault of myself and a broken meter, which was shown to be incorrectly tallying my energy usage. The concession was to replace the meter, but no refund was ever given, as shown by the invoices.

The claim # listed for this docket for Rose S. Washington is 6212. It was entered as required by the Claim Bar Date listed on the case docket of October 27, 2014.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 11646180v.1

## Conclusion

I respectfully request that the claim in regards to Rose S. Washington, be upheld and therefore the Debtor's Objection be over-ruled.

Dated: March 24, 2015

/s/ Rose S Washington
Rose S. Washington
500 Virginia Dr
Round Rock, Texas 78664
512 587 8478

# CERTIFICATE OF SERVICE

I certify that I have sent via Certified Mail, this response to the Debtor's Objection to Claim on March 24, 2015 to the following groups and entities listed below.

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Facsimile:     (302) 651-7701
Email:         collins@rlf.com
               defranceschi@rlf.com
               madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900
Email:         edward.sassower@kirkland.com
               stephen.hessler@kirkland.com
               brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email:         james.sprayregen@kirkland.com
               marc.kieselstein@kirkland.com
               chad.husnick@kirkland.com
               steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

Customer Name: Rose B S Washington    Page 2 of 2
Account Number: 100004893753
Invoice Number: 054476408508

## Account Detail

| | | | |
|---|---|---|---|
| Previous Balance | | $ | 305.25 |
| Credits/Payments | | | |
| Incoming Credit Card | 10/10/2014 | $ | 155.25 CR |
| Inc. Check Payment | 10/02/2014 | $ | 150.00 CR |
| Subtotal | | $ | 305.25 CR |
| **Balance Forward** | | $ | 0.00 |
| Debits/Charges | | | |
| Late Payment Penalty 10443720003460660 | | $ | 7.20 |
| Average Monthly Billing Amount | | $ | 307.00 |
| Subtotal | | $ | 314.20 |

## ESI ID Detail

Service Address: 500 Virginia Dr, Round Rock, TX 78664-3049
ESI ID: 10443720003460660

The average price you paid for electric service this month was 14.0 cents per kWh excluding taxes and non-recurring charges or credits.

| Meter ID | Days In Reading | Read Type | Previous Read Date | Previous Meter Read | Current Read Date | Current Meter Read | Usage (kWh) | Multiplier | Billed Usage (kWh) |
|---|---|---|---|---|---|---|---|---|---|
| 118114577LG | 29 | Actual | 09/14/2014 | 34425 | 10/13/2014 | 36486 | 2061 | 1 | 2061 |

| | | |
|---|---|---|
| TXU Energy Texas Rewards℠ | | |
| Base Charge | $ | 4.95 |
| Energy Charge (2061 kWh x $0.10210000) | $ | 210.43 |
| Subtotal | $ | 215.38 |
| Other Fees and TDU Surcharges | | |
| TDU Delivery Charges | $ | 73.66 |
| Gross Receipts Reimb | $ | 5.71 |
| Subtotal | $ | 79.37 |
| Sales Tax | $ | 5.89 |
| **Total Current Charges** | **$** | **307.84** |
| **Total Amount Due** | **$** | **314.20** |

## Additional Information

This invoice indicates you're a residential customer on a residential electricity plan. Rates, taxes and other charges under residential electricity plans may be different than those under business plans. We know that you have a choice in your plan and electricity provider, and we're glad you've chosen TXU Energy. We're committed to providing you with outstanding customer service. Want to send a compliment, comment or complaint? Please email our executives at txuexec@txu.com or write us at TXU Energy Executive Feedback, PO Box 650764, Dallas, TX 75265-0764. See an unauthorized or unknown charge on your bill? Contact us toll-free at 1-877-460-4262 (24X7), and we'll work to investigate and resolve the situation. If you're not satisfied with the resolution on the charges, you may file a complaint with the Public Utility Commission of Texas PO Box 13326, Austin, TX 78711-3326; (512)936-7120 or toll-free in Texas (888)782-8477. Hearing and speech-impaired individuals with text telephones (TTY) may contact the Public Utility Commission of Texas at (512)936-7136.



### Your Electricity Usage

TDU Delivery Charges are regulated fees from your TDU for the delivery of electricity. Previously they were included in your energy rate, but are now itemized separately. Visit txu.com/tducharges for details.

Customer Name:        Rose B Washington
Account Number:       100004893753
Invoice Number:       054176442810

## Account Detail

| | | | |
|---|---|---|---|
| Previous Balance | | $ | 432.85 |
| **Credits/Payments** | | | |
| Inc. Check Payment | 09/14/2014 | $ | 235.85 CR |
| Incoming Credit Card | 08/29/2014 | $ | 97.00 CR |
| Inc. Check Payment | 08/19/2014 | $ | 100.00 CR |
| Subtotal | | $ | 432.85 CR |
| **Balance Forward** | | $ | 0.00 |
| **Debits/Charges** | | | |
| Late Payment Penalty 10443720003460660 | | $ | 11.30 |
| Disconnect Notice Fee(s) | | $ | 9.95 |
| Average Monthly Billing Amount | | $ | 284.00 |
| Subtotal | | $ | 305.25 |

## Additional Information

This invoice indicates you're a residential customer on a residential electricity plan. Rates, taxes and other charges under residential electricity plans may be different than those under business plans. We know that you have a choice in your plan and electricity provider, and we're glad you've chosen TXU Energy. We're committed to providing you with outstanding customer service. Want to send a compliment, comment or complaint? Please email our executives at txuexec@txu.com or write us at TXU Energy Executive Feedback, PO Box 650764, Dallas, TX 75265-0764. See an unauthorized or unknown charge on your bill? Contact us toll-free at 1-877-460-4262 (24X7), and we'll work to investigate and resolve the situation. If you're not satisfied with the resolution on the charges, you may file a complaint with the Public Utility Commission of Texas PO Box 13326, Austin, TX 78711-3326; (512)936-7120 or toll-free in Texas (888)782-8477. Hearing and speech-impaired individuals with text telephones (TTY) may contact the Public Utility Commission of Texas at (512)936-7136.

## ESI ID Detail

Service Address: 500 Virginia Dr, Round Rock, TX 78664-3049
ESI ID: 10443720003460660

The average price you paid for electric service this month was 13.8 cents per kWh excluding taxes and non-recurring charges or credits.

| Meter ID | Days In Reading | Read Type | Previous Read Date | Previous Meter Read | Current Read Date | Current Meter Read | Usage (kWh) | Multiplier | Billed Usage (kWh) |
|---|---|---|---|---|---|---|---|---|---|
| 118114577LG | 32 | Actual | 08/13/2014 | 30851 | 09/14/2014 | 34425 | 3574 | 1 | 3574 |

Customer Name:  Rose S S Washington  
Account Number: 100004893753  
Invoice Number: 054926324359

## Account Detail

| | | |
|---|---|---|
| Previous Balance | $ | 197.00 |
| Credits/Payments | $ | 0.00 |
| Balance Forward | $ | 197.00 |
| Debits/Charges | | |
| Late Payment Penalty 10443720003460660 | $ | 9.85 |
| Average Monthly Billing Amount | $ | 226.00 |
| Subtotal | $ | 235.85 |

## Additional Information

This invoice indicates you're a residential customer on a residential electricity plan. Rates, taxes and other charges under residential electricity plans may be different than those under business plans. We know that you have a choice in your plan and electricity provider, and we're glad you've chosen TXU Energy. We're committed to providing you with outstanding customer service. Want to send a compliment, comment or complaint? Please email our executives at txuexec@txu.com or write us at TXU Energy Executive Feedback, PO Box 650764, Dallas, TX 75265-0764. See an unauthorized or unknown charge on your bill? Contact us toll-free at 1-877-460-4262 (24X7), and we'll work to investigate and resolve the situation. If you're not satisfied with the resolution on the charges, you may file a complaint with the Public Utility Commission of Texas PO Box 13326, Austin, TX 78711-3326; (512)936-7120 or toll-free in Texas (888)782-8477. Hearing and speech-impaired individuals with text telephones (TTY) may contact the Public Utility Commission of Texas at (512)936-7136.

## ESI ID Detail

Service Address: 500 Virginia Dr, Round Rock, TX 78664-3049  
ESI ID: 10443720003460660

The average price you paid for electric service this month was 13.8 cents per kWh excluding taxes and non-recurring charges or credits.

| Meter ID | Days In Reading | Read Type | Previous Read Date | Previous Meter Read | Current Read Date | Current Meter Read | Usage (kWh) | Multiplier | Billed Usage (kWh) |
|---|---|---|---|---|---|---|---|---|---|
| 118114577LG | 29 | Actual | 07/15/2014 | 27783 | 08/13/2014 | 30851 | 3068 | 1 | 3068 |

TXU Energy Texas Rewards℠

| | | |
|---|---|---|
| Base Charge | $ | 4.95 |
| Energy Charge (3068 kWh x $0.10210000) | $ | 313.24 |
| Subtotal | $ | 318.19 |
| Other Fees and TDU Surcharges | | |
| TDU Delivery Charges | $ | 103.98 |
| Gross Receipts Reimb | $ | 8.33 |
| Subtotal | $ | 112.31 |
| Sales Tax | $ | 8.61 |
| **Total Current Charges** | **$** | **448.96** |
| **Total Amount Due** | **$** | **432.85** |



Your Electricity Usage (AUG 2013 – AUG 2014)

TDU Delivery Charges are regulated fees from your TDU for the delivery of electricity. Previously they were included in your energy rate, but are now itemized separately. Visit txu.com/tducharges for details.

Customer Name:    Rose B S Washington    Page 2 of 2
Account Number:    100004893753
Invoice Number:    054251347426

6654

## Account Detail

| | | | |
|---|---|---|---|
| Previous Balance | | $ | 158.00 |
| Credits/Payments | | | |
| Inc. Check Payment | 06/08/2014 | $ | 158.00 CR |
| Subtotal | | $ | 158.00 CR |
| Balance Forward | | $ | 0.00 |
| Debits/Charges | | | |
| Late Payment Penalty 10443720003460660 | | $ | 7.90 |
| Average Monthly Billing Amount | | $ | 175.00 |
| Subtotal | | $ | 182.90 |

## ESI ID Detail

Service Address: 500 Virginia Dr, Round Rock, TX 78664-3049
ESI ID: 10443720003460660

The average price you paid for electric service this month was 13.9 cents per kWh excluding taxes and non-recurring charges or credits.

| Meter ID | Days In Reading | Read Type | Previous Read Date | Previous Meter Read | Current Read Date | Current Meter Read | Usage (kWh) | Multiplier | Billed Usage (kWh) |
|---|---|---|---|---|---|---|---|---|---|
| 118114577LG | 33 | Actual | 05/13/2014 | 22625 | 06/15/2014 | 24978 | 2353 | 1 | 2353 |

| | | |
|---|---|---|
| TXU Energy Texas Rewards℠ | | |
| Base Charge | $ | 4.95 |
| Energy Charge (2353 kWh x $0.10210000) | $ | 240.24 |
| Subtotal | $ | 245.19 |
| Other Fees and TDU Surcharges | | |
| TDU Delivery Charges | $ | 81.00 |
| Gross Receipts Reimb | $ | 6.44 |
| Subtotal | $ | 87.44 |
| Sales Tax | $ | 6.65 |
| **Total Current Charges** | **$** | **347.18** |
| **Total Amount Due** | **$** | **182.90** |

## Additional Information

This invoice indicates you're a residential customer on a residential electricity plan. Rates, taxes and other charges under residential electricity plans may be different than those under business plans. We know that you have a choice in your plan and electricity provider, and we're glad you've chosen TXU Energy. We're committed to providing you with outstanding customer service. Want to send a compliment, comment or complaint? Please email our executives at txuexec@txu.com or write us at TXU Energy Executive Feedback, PO Box 650764, Dallas, TX 75265-0764. See an unauthorized or unknown charge on your bill? Contact us toll-free at 1-877-460-4262 (24X7), and we'll work to investigate and resolve the situation. If you're not satisfied with the resolution on the charges, you may file a complaint with the Public Utility Commission of Texas PO Box 13326, Austin, TX 78711-3326; (512)936-7120 or toll-free in Texas (888)782-8477. Hearing and speech-impaired individuals with text telephones (TTY) may contact the Public Utility Commission of Texas at (512)936-7136.



Your Electricity Usage

TDU Delivery Charges are regulated fees from your TDU for the delivery of electricity. Previously they were included in your energy rate, but are now itemized separately. Visit txu.com/tducharges for details.

Customer Name: Rose B S Washington                Page 2 of 6
Account Number: 100004893753
Invoice Number: 055101261361

## Account Detail

| | | | |
|---|---|---|---|
| Previous Balance | | $ | 154.00 |
| Credits/Payments | | | |
| Inc. Check Payment | 04/30/2014 | $ | 154.00 CR |
| Subtotal | | $ | 154.00 CR |
| Balance Forward | | $ | 0.00 |
| Debits/Charges | | | |
| Average Monthly Billing Amount | | $ | 158.00 |
| Subtotal | | $ | 158.00 |

## Additional Information

This invoice indicates you're a residential customer on a residential electricity plan. Rates, taxes and other charges under residential electricity plans may be different than those under business plans. We know that you have a choice in your plan and electricity provider, and we're glad you've chosen TXU Energy. We're committed to providing you with outstanding customer service. Want to send a compliment, comment or complaint? Please email our executives at txuexec@txu.com or write us at TXU Energy Executive Feedback, PO Box 650764, Dallas, TX 75265-0764. See an unauthorized or unknown charge on your bill? Contact us toll-free at 1-877-460-4262 (24X7), and we'll work to investigate and resolve the situation. If you're not satisfied with the resolution on the charges, you may file a complaint with the Public Utility Commission of Texas PO Box 13326, Austin, TX 78711-3326; (512)936-7120 or toll-free in Texas (888)782-8477. Hearing and speech-impaired individuals with text telephones (TTY) may contact the Public Utility Commission of Texas at (512)936-7136.

## ESI ID Detail

Service Address: 500 Virginia Dr, Round Rock, TX 78664-3049
ESI ID: 10443720003460660

The average price you paid for electric service this month was 13.4 cents per kWh excluding taxes and non-recurring charges or credits.

| Meter ID | Days In Reading | Read Type | Previous Read Date | Previous Meter Read | Current Read Date | Current Meter Read | Usage (kWh) | Multiplier | Billed Usage (kWh) |
|---|---|---|---|---|---|---|---|---|---|
| 118114577LG | 30 | Actual | 04/13/2014 | 21136 | 05/13/2014 | 22625 | 1489 | 1 | 1489 |

| | | |
|---|---|---|
| TXU Energy Texas Choice℠ | | |
| Base Charge | $ | 4.95 |
| Energy Charge (1489 kWh x $0.09456300) | $ | 140.80 |
| Subtotal | $ | 145.75 |
| Other Fees and TDU Surcharges | | |
| TDU Delivery Charges | $ | 53.24 |
| Gross Receipts Reimb | $ | 3.92 |
| Subtotal | $ | 57.16 |
| Sales Tax | $ | 4.06 |
| **Total Current Charges** | **$** | **206.97** |
| **Total Amount Due** | **$** | **158.00** |

### Your Electricity Usage



TDU Delivery Charges are regulated fees from your TDU for the delivery of electricity. Previously they were included in your energy rate, but are now itemized separately. Visit txu.com/tducharges for details.

Page 2 of 2

| Customer Name: | Rose B S Washington |
|---|---|
| Account Number: | 100004893753 |
| Invoice Number: | 054151349016 |

## Account Detail

| | | | |
|---|---|---|---|
| Previous Balance | | $ | 163.00 |
| Credits/Payments | | | |
| Incoming Credit Card | 04/02/2014 | $ | 163.00 CR |
| Subtotal | | $ | 163.00 CR |
| Balance Forward | | $ | 0.00 |
| Debits/Charges | | | |
| Average Monthly Billing Amount | | $ | 154.00 |
| Subtotal | | $ | 154.00 |

## Additional Information

This invoice indicates you're a residential customer on a residential electricity plan. Rates, taxes and other charges under residential electricity plans may be different than those under business plans. We know that you have a choice in your plan and electricity provider, and we're glad you've chosen TXU Energy. We're committed to providing you with outstanding customer service. Want to send a compliment, comment or complaint? Please email our executives at txuexec@txu.com or write us at TXU Energy Executive Feedback, PO Box 650764, Dallas, TX 75265-0764. See an unauthorized or unknown charge on your bill? Contact us toll-free at 1-877-460-4262 (24X7), and we'll work to investigate and resolve the situation. If you're not satisfied with the resolution on the charges, you may file a complaint with the Public Utility Commission of Texas PO Box 13326, Austin, TX 78711-3326; (512)936-7120 or toll-free in Texas (888)782-8477. Hearing and speech-impaired individuals with text telephones (TTY) may contact the Public Utility Commission of Texas at (512)936-7136.

## ESI ID Detail

Service Address: 500 Virginia Dr, Round Rock, TX 78664-3049
ESI ID: 10443720003460660

The average price you paid for electric service this month was 13.9 cents per kWh excluding taxes and non-recurring charges or credits.

| Meter ID | Days In Reading | Read Type | Previous Read Date | Previous Meter Read | Current Read Date | Current Meter Read | Usage (kWh) | Multiplier | Billed Usage (kWh) |
|---|---|---|---|---|---|---|---|---|---|
| 118114577LG | 32 | Actual | 03/12/2014 | 20307 | 04/13/2014 | 21136 | 829 | 1 | 829 |

**TXU Energy Texas Choice<sup>SM</sup>**

| | | |
|---|---|---|
| Base Charge | $ | 4.95 |
| Energy Charge (829 kWh x $0.09456300) | $ | 78.39 |
| Subtotal | $ | 83.34 |
| Other Fees and TDU Surcharges | | |
| TDU Delivery Charges | $ | 31.98 |
| Gross Receipts Reimb | $ | 2.27 |
| Subtotal | $ | 34.25 |
| Sales Tax | $ | 2.35 |
| **Total Current Charges** | **$** | **119.94** |
| **Total Amount Due** | **$** | **154.00** |

## Your Electricity Usage



Bar chart showing kWh usage APR 2013 through APR 2014.

TDU Delivery Charges are regulated fees from your TDU for the delivery of electricity. Previously they were included in your energy rate, but are now itemized separately. Visit txu.com/tducharges for details.

| | |
|---|---|
| **Customer Name:** | Rose B S Washington |
| **Account Number:** | 100004893753 |
| **Invoice Number:** | 054726242527 |

Page 2 of 3

## Account Detail

| | | | |
|---|---|---|---|
| Previous Balance | | $ | 171.00 |
| Credits/Payments | | | |
| Inc. Check Payment | 03/04/2014 | $ | 171.00 CR |
| Subtotal | | $ | 171.00 CR |
| Balance Forward | | $ | 0.00 |
| Debits/Charges | | | |
| Average Monthly Billing Amount | | $ | 163.00 |
| Subtotal | | $ | 163.00 |

## Additional Information

This invoice indicates you're a residential customer on a residential electricity plan. Rates, taxes and other charges under residential electricity plans may be different than those under business plans. We know that you have a choice in your plan and electricity provider, and we're glad you've chosen TXU Energy. We're committed to providing you with outstanding customer service. Want to send a compliment, comment or complaint? Please email our executives at txuexec@txu.com or write us at TXU Energy Executive Feedback, PO Box 650764, Dallas, TX 75265-0764. See an unauthorized or unknown charge on your bill? Contact us toll-free at 1-877-460-4262 (24X7), and we'll work to investigate and resolve the situation. If you're not satisfied with the resolution on the charges, you may file a complaint with the Public Utility Commission of Texas PO Box 13326, Austin, TX 78711-3326; (512)936-7120 or toll-free in Texas (888)782-8477. Hearing and speech-impaired individuals with text telephones (TTY) may contact the Public Utility Commission of Texas at (512)936-7136.

## ESI ID Detail

Service Address: 500 Virginia Dr, Round Rock, TX 78664-3049
ESI ID: 10443720003460660

The average price you paid for electric service this month was 14.4 cents per kWh excluding taxes and non-recurring charges or credits.

| Meter ID | Days In Reading | Read Type | Previous Read Date | Previous Meter Read | Current Read Date | Current Meter Read | Usage (kWh) | Multiplier | Billed Usage (kWh) |
|---|---|---|---|---|---|---|---|---|---|
| 118114577LG | 29 | Actual | 02/11/2014 | 19699 | 03/12/2014 | 20307 | 608 | 1 | 608 |

| | | |
|---|---|---|
| **TXU Energy Texas Choice**<sup>SM</sup> | | |
| Base Charge | $ | 4.95 |
| Energy Charge (608 kWh x $0.09456300) | $ | 57.49 |
| Subtotal | $ | 62.44 |
| Other Fees and TDU Surcharges | | |
| TDU Delivery Charges | $ | 24.85 |
| Gross Receipts Reimb | $ | 1.73 |
| Subtotal | $ | 26.58 |
| Sales Tax | $ | 1.78 |
| **Total Current Charges** | $ | 90.80 |
| **Total Amount Due** | $ | 163.00 |

### Your Electricity Usage



TDU Delivery Charges are regulated fees from your TDU for the delivery of electricity. Previously they were included in your energy rate, but are now itemized separately. Visit txu.com/tducharges for details.

## Account Detail

| | | | |
|---|---|---|---|
| Previous Balance | | $ | 186.00 |
| Credits/Payments | | | |
| Inc. Check Payment | 02/04/2014 | $ | 186.00 CR |
| Subtotal | | $ | 186.00 CR |
| Balance Forward | | $ | 0.00 |
| Debits/Charges | | | |
| Average Monthly Billing Amount | | $ | 171.00 |
| Subtotal | | $ | 171.00 |

## Additional Information

This invoice indicates you're a residential customer on a residential electricity plan. Rates, taxes and other charges under residential electricity plans may be different than those under business plans. We know that you have a choice in your plan and electricity provider, and we're glad you've chosen TXU Energy. We're committed to providing you with outstanding customer service. Want to send a compliment, comment or complaint? Please email our executives at txuexec@txu.com or write us at TXU Energy Executive Feedback, PO Box 650764, Dallas, TX 75265-0764. See an unauthorized or unknown charge on your bill? Contact us toll-free at 1-877-460-4262 (24X7), and we'll work to investigate and resolve the situation. If you're not satisfied with the resolution on the charges, you may file a complaint with the Public Utility Commission of Texas PO Box 13326, Austin, TX 78711-3326; (512)936-7120 or toll-free in Texas (888)782-8477. Hearing and speech-impaired individuals with text telephones (TTY) may contact the Public Utility Commission of Texas at (512)936-7136.

## ESI ID Detail

Service Address: 500 Virginia Dr, Round Rock, TX 78664-3049
ESI ID: 10443720003460660

The average price you paid for electric service this month was 14.1 cents per kWh excluding taxes and non-recurring charges or credits.

| Meter ID | Days In Reading | Read Type | Previous Read Date | Previous Meter Read | Current Read Date | Current Meter Read | Usage (kWh) | Multiplier | Billed Usage (kWh) |
|---|---|---|---|---|---|---|---|---|---|
| 118114577LG | 29 | Actual | 01/13/2014 | 18911 | 02/11/2014 | 19699 | 788 | 1 | 788 |

| | | |
|---|---|---|
| **TXU Energy Texas Choice**[SM] | | |
| Base Charge | $ | 4.95 |
| Energy Charge (788 kWh x $0.09456300) | $ | 74.52 |
| Subtotal | $ | 79.47 |
| Other Fees and TDU Surcharges | | |
| TDU Delivery Charges | $ | 31.94 |
| Gross Receipts Reimb | $ | 2.20 |
| Subtotal | $ | 34.14 |
| Sales Tax | $ | 2.27 |
| **Total Current Charges** | $ | 115.88 |
| **Total Amount Due** | $ | 171.00 |



Your Electricity Usage (FEB 2013 – FEB 2014)

TDU Delivery Charges are regulated fees from your TDU for the delivery of electricity. Previously they were included in your energy rate, but are now itemized separately. Visit txu.com/tducharges for details.

Customer Name:     Rose B S Washington
Account Number:    100004893753
Invoice Number:    054926201213

## Account Detail

| | | | |
|---|---|---|---|
| Previous Balance | | $ | 198.00 |
| Credits/Payments | | | |
| Inc. Check Payment | 01/03/2014 | $ | 198.00 CR |
| Subtotal | | $ | 198.00 CR |
| Balance Forward | | $ | 0.00 |
| Debits/Charges | | | |
| Average Monthly Billing Amount | | $ | 186.00 |
| Subtotal | | $ | 186.00 |

## ESI ID Detail

Service Address: 500 Virginia Dr, Round Rock, TX 78664-3049
ESI ID: 10443720003460660

The average price you paid for electric service this month was 14.1 cents per kWh excluding taxes and non-recurring charges or credits.

| Meter ID | Days In Reading | Read Type | Previous Read Date | Previous Meter Read | Current Read Date | Current Meter Read | Usage (kWh) | Multiplier | Billed Usage (kWh) |
|---|---|---|---|---|---|---|---|---|---|
| 118114577LG | 32 | Actual | 12/12/2013 | 18099 | 01/13/2014 | 18911 | 812 | 1 | 812 |

TXU Energy Texas Choice(SM)

| | | |
|---|---|---|
| Base Charge | $ | 4.95 |
| Energy Charge (812 kWh x $0.09456300) | $ | 76.79 |
| Subtotal | $ | 81.74 |
| Other Fees and TDU Surcharges | | |
| TDU Delivery Charges | $ | 32.73 |
| Gross Receipts Reimb | $ | 2.26 |
| Subtotal | $ | 34.99 |
| Sales Tax | $ | 2.34 |
| **Total Current Charges** | **$** | **119.07** |
| **Total Amount Due** | **$** | **186.00** |

## Additional Information

This invoice indicates you're a residential customer on a residential electricity plan. Rates, taxes and other charges under residential electricity plans may be different than those under business plans. We know that you have a choice in your plan and electricity provider, and we're glad you've chosen TXU Energy. We're committed to providing you with outstanding customer service. Want to send a compliment, comment or complaint? Please email our executives at txuexec@txu.com or write us at TXU Energy Executive Feedback, PO Box 650764, Dallas, TX 75265-0764. See an unauthorized or unknown charge on your bill? Contact us toll-free at 1-877-460-4262 (24X7), and we'll work to investigate and resolve the situation. If you're not satisfied with the resolution on the charges, you may file a complaint with the Public Utility Commission of Texas PO Box 13326, Austin, TX 78711-3326; (512)936-7120 or toll-free in Texas (888)782-8477. Hearing and speech-impaired individuals with text telephones (TTY) may contact the Public Utility Commission of Texas at (512)936-7136.

### Your Electricity Usage



JAN FEB MAR APR MAY JUN JUL AUG SEP OCT NOV DEC JAN
2013                                              2014

TDU Delivery Charges are regulated fees from your TDU for the delivery of electricity. Previously they were included in your energy rate, but are now itemized separately. Visit txu.com/tducharges for details.

To: United States Bankruptcy Court for the District of Delaware
    824 North Market Street
    3rd Floor
    Wilmington, Delaware 19801



FILED
2015 MAR 27 AM 9:10
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Re: Case # 14-10979 Claimant Response to Energy Future Holdings Debtor Twelfth Omnibus Objection to Claims

Please see enclosed Claimant Response for Mrs. Rose S. Washington.

/s/ Rose S Washington
------------------------
Rose S Washington
500 Virginia Dr
Round Rock, Texas
512 587 8478