**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Energy Future Holdings Corp., *et al.*, | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors.[1] | ) ) | (Jointly Administered) |
| | ) ) | **Re: D.I. 1832, 2748** |

**NOTICE OF AGREEMENT TO EXTEND DEADLINES IN ORDER ESTABLISHING DISCOVERY PROCEDURES IN CONNECTION WITH LEGACY DISCOVERY OF ENERGY FUTURE HOLDINGS CORPORATION, ITS AFFILIATES, AND CERTAIN THIRD PARTIES AND OTHER RELATED MATTERS**

Pursuant to the the terms of the *Order Establishing Discovery Procedures in Connection with Legacy Discovery of Energy Future Holdings Corporation Its Affiliates, and Certain Third Parties and Other Related Matters*, dated August 13, 2014 [D.I. 1832], as amended by the *Notice of Agreement to Extend Deadlines in Order Establishing Discovery Procedures in Connection with Legacy Discovery of Energy Future Holdings Corporation, Its Affiliates, and Certain Third Parties and Other Related Matters*, filed November 12, 2014 [D.I. 2748] (collectively, the "Legacy Discovery Protocol"), by agreement by and between the Debtors and each of the Participants, the following paragraph of the Legacy Discovery Protocol is modified as follows:

**Paragraph 8(c):** Unless the time for compliance is extended by the Court or by agreement of and among the Debtors and the Participants, recipients of Initial Consolidated Requests shall complete their privilege review and associated productions no later than March

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://www.efhcaseinfo.com.

1

27, 2015; and continue thereafter to finalize privilege logs for service on a rolling basis, as expeditiously as possible, but no later than April 15, 2015. The foregoing deadlines do not apply to the production of certain documents and associated privilege logs that the TCEH Committee has agreed may be produced after these deadlines. Recipients of Follow-Up Consolidated Requests or other document requests under this Order shall provide all privilege logs no later than twenty-one (21) days after the substantial completion of their production of documents in response thereto.

[*Remainder of page intentionally left blank.*]

Dated: Wilmington, Delaware
March 30, 2015

By:  */s/ Tyler D. Semmelman*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
Tyler D. Semmelman (No. 5386)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
    defranceschi@rlf.com
    madron@rlf.com
    semmelman@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   edward.sassower@kirkland.com
    stephen.hessler@kirkland.com
    brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email:   james.sprayregen@kirkland.com
    chad.husnick@kirkland.com
    steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*