IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 3744** |

**CERTIFICATION OF NO OBJECTION REGARDING THE
"SEVENTH MONTHLY FEE STATEMENT OF EVERCORE GROUP
L.L.C., DEBTORS' INVESTMENT BANKER AND FINANCIAL ADVISOR
FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES INCURRED FROM NOVEMBER 1, 2014
THROUGH NOVEMBER 30, 2014" (NO ORDER REQUIRED)**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading with respect to the seventh monthly fee statement for compensation and reimbursement of expenses (the "Monthly Fee Statement") of **Evercore Group L.L.C.** (the "Applicant") listed on Exhibit A attached hereto. The Monthly Fee Statement was filed with the United States Bankruptcy Court for the District of Delaware (the "Court") on March 3, 2015. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Monthly Fee Statement appears thereon. Pursuant to the **Notice of Fee Statement** filed with the Monthly Fee Statement, objections to the Monthly Fee Statement were to be filed and served no later than **March 24, 2015 at 4:00 p.m. (Eastern Daylight Time)**. The Monthly Fee Statement was filed

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

and served in accordance with the **Stipulation and Order Appointing a Fee Committee**, dated August 21, 2014 [D.I. 1896] and the **Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals**, dated September 16, 2014 [D.I. 2066] (the "Administrative Order").

Consequently, pursuant the Administrative Order, the above-captioned debtors and debtors in possession in the above-captioned cases, are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement upon the filing of this certification without the need for a further order of the Court. A summary of the fees and expenses sought by the Applicant is annexed hereto as Exhibit A.

*[Remainder of page intentionally left blank.]*

Dated: March 31, 2015
       Wilmington, Delaware

/s/ Daniel J. DeFranceschi

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
       defranceschi@rlf.com
       madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   edward.sassower@kirkland.com
       stephen.hessler@kirkland.com
       brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
       marc.kieselstein@kirkland.com
       chad.husnick@kirkland.com
       steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession

# EXHIBIT A

Professional Fees and Expenses
Monthly Fee Statement

| Applicant | Fee Statement Period, Filing Date, Docket No. | Total Fees Requested[1] | Total Expenses Requested[2] | Objection Deadline | Amount of Fees authorized to be paid @ 80% | Amount of Expenses authorized to be paid @ 100% | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| Evercore Group L.L.C. 55 East 52nd Street, New York, NY 10055 (Investment Banker and Financial Advisor to the Debtors) | Seventh Monthly Fee Statement 11/1/14 through 11/30/14 Filed 3/3/15 [D.I. 3744] | $525,000.00 | $17,416.72 | 3/24/15 | $420,000.00 | $17,416.72 | $105,000.00 |

---

[1] Consistent with the terms of the Administrative Order, the requested fees in the Monthly Fee Statement shall be allocated $241,414.12, $198,181.17 and $85,404.71 to TCEH, EFIH and EFH, respectively.

[2] Consistent with the terms of the Administrative Order, the requested expenses in the Monthly Fee Statement shall be allocated $9,717.87, $5,350.42 and $2,348.43 to TCEH, EFIH and EFH, respectively.