# EXHIBIT A

**[Statement of Fees by Subject Matter]**

| Description | Total Hours Billed | Total Fees |
|---|---|---|
| Case Administration | 9.7 | $2,686.50 |
| Non-OEB Fee/Employment Applications | 8.1 | $1,987.00 |
| OEB Fee/Employment Applications | 29.6 | $5,366.50 |
| Plan and Disclosure Statement | 0.9 | $315.00 |
| **Total** | **48.3** | **$10,355.00** |