## **EXHIBIT B**

**[Attorney and Paraprofessionals Information]**

| Name of Professional Person | Position | Year Admitted and (State) | Department | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| David M. Klauder | Partner | 2012 (DE) 2008 (PA) 1999 (VA) | Bankruptcy | $350.00 | 14.7 | $5,145.00 |
| Shannon J. Dougherty | Associate | 2012 (DE) | Bankruptcy | $180.00 | 18.4 | $3,312.00 |
| Cory Stephenson | Associate | 2015 (DE) | Bankruptcy | $120.00 | 0.4 | $48.00 |
| Amy M. Huber | Paralegal | *Not Admitted | Litigation Support | $125.00 | 14.8 | $1,850.00 |
| **Total** | | | | | **48.3** | **$10,355.00** |