**EXHIBIT C**

[Summary of Actual and Necessary Expenses for the Fee Period]

| Expense Category | Total Expenses |
|---|---:|
| Court Reporter | $94.80 |
| Filing/Court Fees | $44.00 |
| In-House Reproduction | $9.60 |
| **Total** | **$148.40** |