## EXHIBIT D

**[Detailed Description of Expenses and Disbursements]**

| Date | Category | Description | Total Expenses |
|---|---|---|---|
| 02/10/2015 | In-House Reproduction | Photocopies (56 pages) | $5.60 |
| 02/12/2015 | In-House Reproduction | Photocopies (1 page) | $0.10 |
| 02/16/2015 | In-House Reproduction | Photocopies (33) | $3.30 |
| 02/16/2015 | Court Reporter | Veritext NY Reporting Co. | $94.80 |
| 02/24/2015 | In-House Reproduction | Photocopies (6 pages) | $0.60 |
| 02/28/2015 | Filing/Court Fees | PACER | $44.00 |
| | | **Total** | **$148.40** |