**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS | ) | Case No. 14-10979 (CSS) |
| CORP., et al.[1], | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Objections due: April 21, 2015 at 4:00 p.m. (ET)** |
| | ) | **Hearing Date: To be determined** |

## NOTICE OF GREENHILL & CO., LLC'S FIRST INTERIM FEE APPLICATION

PLEASE TAKE NOTICE that on March 31, 2015, Greenhill & Co., LLC (the "Applicant") filed its First Interim Fee Application as Financial Advisor to Debtors and Debtors In Possession Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC, for the Period From November 17, 2014 Through and Including December 31, 2014 (the "Interim Fee Application") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that responses or objections, if any, to the Interim Fee Application must be made in accordance with the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals dated September 16, 2014 [Docket No. 2066] (the "Administrative Order"), and must be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, DE 19801, and be served upon and received by (i) the above-captioned debtors and debtors in possession (collectively, the "Debtors"), Energy Future Holdings Corp., et al., 1601 Bryan Street, 43rd Floor, Dallas, TX 75201, Attn: Andrew M. Wright and Cecily Gooch; (ii) co-counsel to the Debtors, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022,

---

[1]     The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Attn: Brian E. Schartz and Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654, Attn:

Chad Husnick; (iii) co-counsel to the Debtors, Richards, Layton & Finger, P.A., 920 North King

Street, Wilmington, DE 19801, Attn: Daniel J. DeFranceschi and Jason M. Madron; (iv) Office

of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Room 2207,

Wilmington, DE 19801, Attn: Richard L. Schepacarter and U.S. Department of Justice, Office of

the U.S. Trustee, U.S. Federal Building, 201 Varick Street, Room 1006, New York, NY 10014,

Attn: Andrea B. Schwartz; (v) counsel for the agent of the EFIH First Lien DIP Financing

Facility, Shearman & Sterling LLP, 599 Lexington Avenue, New York, NY 10022, Attn: Ned

Schodek and Fredric Sosnick; (vi) counsel for the agent of the TCEH DIP Financing Facility,

Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005,

Attn: Evan Fleck and Matthew Brod; (vii) counsel to the (TCEH) Official Committee of

Unsecured Creditors, Morrison & Foerster LLP, 250 W. 55th Street, New York, NY 10019,

Attn: Lorenzo Marinuzzi and Jennifer Marines and Polsinelli PC, 222 Delaware Avenue, Suite

1101 Wilmington, Delaware 19801, Attn: Christopher A. Ward; (viii) counsel to the (EFH)

Official Committee of Unsecured Creditors, Sullivan & Cromwell LLP, 125 Broad Street, New

York, NY 10004, Attn: Andrew G. Dietderich, Brian D. Glueckstein, Michael H. Torkin and

Mark U. Schneiderman and Montgomery, McCracken, Walker and Rhoades, LLP, 1105 N.

Market Street, 5th Floor, Wilmington, DE 19801, Attn: Natalie D. Ramsey; (ix) counsel to the fee

committee, Godfrey & Kahn, S.C., One East Main Street, Madison, WI 53703, Attn: Katherine

Stadler; and (x) the Applicant, Greenhill & Co., LLC, 300 Park Avenue, New York, NY 10022,

Attn: Bradley A. Robins, by no later than 4:00 p.m. (Eastern Standard Time) on April 21, 2015

(the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that a hearing on the Interim Fee Application will

be held on a date and time to be determined before the Honorable Christopher S. Sontchi, United

States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824

Market Street , 5th floor, Courtroom no. 6, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN
ACCORDANCE WITH THIS NOTICE AND THE ADMINISTRATIVE ORDER BY
THE OBJECTION DEADLINE, THE RELIEF REQUESTED IN THE INTERIM FEE
APPLICATION MAY BE GRANTED WITHOUT FURTHER NOTICE OR HEARING.**

Dated: March 31, 2015

**McElroy, Deutsch, Mulvaney &
Carpenter, LLP**

/s/ David Primack
David Primack, Esq. (No. 4449)
300 Delaware Ave., Suite 770
Wilmington, DE 19801
Phone: (302) 300-4515
Facsimile: (302) 654-4031
dprimack@mdmc-law.com