# **EXHIBIT A**

SCHEDULE A-28

Following the Parties' execution of this Schedule A-28 ("SOW"), CONTRACTOR (also referred as "KPMG LLP" or "KPMG") is authorized to perform the services ("Services") as defined below on behalf of COMPANY (also referred as "EFH Corporate Services Company") pursuant to the terms and conditions contained in the Master Services Agreement which is also referred to as the Master Consulting Agreement, C0631124C dated November 1, 2009 and Amendment Number 13A to the Master Consulting Agreement dated December 16, 2013 (collectively referred to as the "Agreement").

This SOW shall be effective as of March 1, 2015 (the "Effective Date") and shall remain in full force and effect until it is either (a) superseded by a change order ("CO") or Schedule A-X, or (b) until terminated in accordance with the Agreement or this SOW, or (c) July 31, 2015, whichever occurs first (the "Expiration Date"). Notwithstanding anything to the contrary in the Agreement, COMPANY, in its sole discretion may terminate this SOW for convenience upon the delivery of a written 15 day notice ("Notice") to CONTRACTOR. In the event COMPANY elects to terminate for convenience, the SOW shall end by operation of law at the close of business on the 15th day after receipt of notice by CONTRACTOR.

## SCOPE OF WORK AND DELIVERABLES

The Services will be performed in accordance with the specifications and instructions incorporated herein and if any, specifications and instructions identified in the attachments hereto.

## SCOPE OF WORK AND APPROACH

CONTRACTOR will assist COMPANY personnel in supporting key implementation activities related to COMPANY's ongoing Sarbanes-Oxley "SOX" IT compliance improvement efforts. CONTRACTOR will assist COMPANY's newly formed IT Regulatory Compliance (ITRC) department with respect to the TXU Energy (TXUE), Luminant, and EFH Corporate Services control environments:

- **IT Regulatory Compliance (ITRC) department governance:**
    - Support transition to incoming EFH IT Regulatory Compliance personnel
    - Assist management with 2015 SOX scoping definition and on-going management
    - Assist management with discussions related to enablement of functionality in existing compliance tools (i.e. Archer, SAP GRC, IAM, CMDB)
    - Assist management with compliance policy refinement and provide guidance regarding publication and communication of compliance policy
    - Assist management in the development of metrics and measurement criteria associated with control activity performance
    - Assist management with Internal / External Audit interactions and assist management in preparing appropriate response(s) to finding(s)

- **SOX IT General Controls:**
    - Continue ongoing SOX ITGC training and guidance for control owners, as necessary
    - Advise leadership on SOX IT compliance requirements and impacts in various remediation initiatives (e.g. elevated privilege management, Segregation of Duties, Active Directory, System Roles, etc.)
    - Assist management with cross-compliance control integration and rationalization efforts.

- **IT System Implementation Projects**
    - Review PMO implementation plans and recommend areas for ITRC involvement (e.g. ServiceNow, Tripwire, ETRM, Converged Infrastructure, etc.)
    - Recommend control requirements to development / integration teams
    - Work with project teams to address compliance related challenges. Final resolution of any compliance related challenges rests with management.
    - Assist management with the remediation of IA assessment findings and observations, as necessary

- **IT process efficiency and control automation efforts:**
    - Work with ITRC leadership, Internal Audit, and Control Owners to identify targeted efforts that can improve specific control process performance effectiveness and efficiency
    - Develop a recommended project plan for implementation efforts associated with specific process and control performance improvements
    - Implement approved improvement initiatives through automation development in end user tools (e.g. Microsoft Office), deployment, and control owner education
    - Provide guidance and recommendations to application owners related to automation activities which require system development and / or coding (e.g. Tripwire).

COMPANY may request changes that affect the scope or duration of the Services and CONTRACTOR may notify COMPANY that it has encountered issues or circumstances related to the Services that are beyond the scope documented above. If COMPANY requests such a change or if CONTRACTOR notifies COMPANY of issues or circumstances beyond the applicable scope of Services, the CONTRACTOR shall promptly notify COMPANY if CONTRACTOR believes that an adjustment in the scope of Services, fees to be paid to CONTRACTOR with respect to the applicable CO or applicable deadlines is required and the parties shall negotiate in good faith a reasonable and equitable adjustment in the applicable scope, fees, or deadlines. Unless COMPANY directs CONTRACTOR to stop work pending acceptance of such change, CONTRACTOR shall continue work pursuant to the existing CO and shall not be bound by any change requested by COMPANY until CONTRACTOR has accepted such change in writing.

It is understood and agreed that CONTRACTOR's Services may include advice and recommendations; but all decisions in connection with the implementation of such advice and recommendations shall be the responsibility of, and made by, COMPANY. CONTRACTOR will not perform management functions or make management decisions for COMPANY.

## DELIVERABLES

The intended deliverables associated with this project include:

- **IT Regulatory Compliance (ITRC) department governance:**
    - Relevant guidance and education materials associated with effective regulatory compliance functions, including policies and communications protocols
    - Input and recommendations regarding 2015 SOX scope
    - Recommended measurement criteria and periodic reporting of results regarding control performance
    - Status meeting communications for ITRC and IT leadership

- **SOX IT General Controls:**
  - Input and recommendations regarding SOX IT compliance requirements and remediation impact

- **IT System Implementation Projects**
  - Control expectations and templates for projects identified as impacting SOX scope
  - Results of research and investigation related to noted internal or external audit queries and findings along with recommendations for remediation of those findings, as necessary

- **IT process efficiency and control automation efforts:**
  - Project plan for specific control automation and process improvement activities
  - Relevant automation and documentation tools to support the control improvement activities
  - Recommendations related to other control improvement opportunities noted

Deliverables will neither be prepared on KPMG letterhead nor contain the KPMG logo or other references to KPMG. These deliverables, however, may be prepared on COMPANY letterhead or contain the COMPANY logo if instructed to do so by the Project Sponsor.

Each deliverable will be provided to the Project Sponsor and other members of senior management, as applicable, for their review. Management will take full responsibility for each deliverable and is solely responsible for classifying any control matters of concern as deficiencies, significant deficiencies or material weaknesses, if applicable. Each deliverable is considered an internal COMPANY report or deliverable that may be distributed as management determines to be appropriate for its needs.

CONTRACTOR may attach a transmittal communication to each deliverable, or provide a periodic transmittal communications referring to the deliverables that have been provided previously. Neither this CONTRACTOR transmittal communication, nor a copy thereof, should accompany any reports or deliverables shared outside COMPANY. Should COMPANY attach its own transmittal letter when reports or deliverables are shared externally, such transmittal letter may not indicate that the report or deliverable was prepared by CONTRACTOR or that the findings were based on input or test work provided by CONTRACTOR. Further, CONTRACTOR's role in supporting COMPANY's internal compliance function or other projects may not be publicly disclosed (other than to COMPANY's external auditor) without CONTRACTOR's written consent.

## CLIENT PARTICIPATION AND RESPONSIBILITIES

During the development of this Agreement, we have been guided by certain assumptions about the project scope, and level of COMPANY's involvement and support.

COMPANY's management is responsible for establishing and maintaining an effective internal control process. Our assistance is intended to help management in fulfilling these responsibilities.

COMPANY will designate a project sponsor ("Project Sponsor" - a senior member of management who has the requisite skills and competencies to oversee the services being provided). The Project Sponsor is responsible for establishing the objectives & scope, and determining the nature, timing, and extent of procedures; for approving the service delivery plan; and for maintaining appropriate day-to-day oversight of the CONTRACTOR team. In addition, the Project Sponsor will have responsibility for reviewing, approving, and taking full responsibility for engagement deliverables prepared during the engagement that document the results; for coordinating with management to determine whether control matters of concern noted constitute deficiencies, significant deficiencies or material weaknesses; for reporting the

3

results within COMPANY's reporting structure, including the Audit Committee; for evaluating the observations and recommendations that arise from the services; and for monitoring corrective action taken.

COMPANY is responsible for the requirements of the functionality along with the data and assumptions specific to requested automation tool(s).

On completion of testing of requested automation tool(s), COMPANY shall have a period of 30 days following the tool(s) being made available to COMPANY (Approval Period) to confirm that the tool(s) meet the requirements stated above. COMPAY shall either provide its written acceptance of the tool(s) to CONTRACTOR during the Approval Period or written notice to CONTRACTOR specifying in reasonable detail any nonconformity. Any nonconformity reported by COMPANY during the Approval Period will be fixed by CONTRACTOR, and COMPANY will have an additional 30 day Approval Period for acceptance. If COMPANY does not report any nonconformity during an Approval Period, the tool(s) as made available will be deemed to be accepted by COMPANY. Upon acceptance of the tool(s), CONTRACTOR shall have no further liability or obligation relating to your use of the tool(s).

Notwithstanding the foregoing, CONTRACTOR shall not be obligated to fulfill any particular obligation to provide Services to the extent (and only to the extent) that CONTRACTOR is unable to fulfill such obligation, as a direct result of any of the following dependencies not being completed in all material respects:
- Appropriate access to the number and type of resources agreed upon by the parties and/or relevant documentation
- Material changes in the identified deficiencies and internal controls which require unanticipated incremental remediation
- Timely management review and approval of recommendations
- Appropriate access to relevant application data associated with security structure(s)

## OTHER MATTERS

KPMG will provide Services in accordance with the terms and conditions of this SOW. The Services as outlined in this SOW constitute an Advisory Engagement conducted under the American Institute of Certified Public Accountants ("AICPA") Standards for Consulting Services. Such Services are not intended to be an audit, examination, attestation, special report or agreed-upon procedures engagement as those services are defined in AICPA literature applicable to such engagements conducted by independent auditors. Accordingly, these services will not result in the issuance of a written communication to third parties by KPMG directly reporting on financial data or internal control or expressing a conclusion or any other form of assurance.

Contractor uses third party service providers within and without the United States to provide at Contractor's direction, administrative and clerical services to Contractor. Accordingly, COMPANY consents to Contractor's disclosure to such third party service providers of data and information received from or at the request or direction of Client for the foregoing purposes; however, such COMPANY authorization does not relieve CONTRACTOR of its confidentiality obligations hereunder and CONTRACTOR shall remain responsible and liable for breaches of confidentiality committed by any such third party provider.

Regarding development and implementation of end user computing automation, CONTRACTOR provides automation tool(s) to Client for its internal use only. COMPANY is solely responsible for the completeness and accuracy of input and resulting calculations and for the use of those calculations in any form or format and any judgments and business decisions based on its use of tool(s). CONTRACTOR has no obligation to update the tool(s), regardless of any changes to relevant facts or tax or accounting laws,

4

rules or regulations in the future. COMPANY is responsible for obtaining the right to use any third party products necessary to use the tool(s). Any change in the tool(s) made by COMPANY or on its behalf shall relieve CONTRACTOR of any liability or responsibility under any circumstance relating to COMPANY's use of the modified tool(s).

**Sarbanes-Oxley Act of 2002**

The following paragraph supersedes Article 43(a) of the Agreement:

In accepting this engagement, the COMPANY acknowledges that completion of this engagement or acceptance of deliverables resulting from this engagement will not constitute the sole basis for its assessment or evaluation of internal control over financial reporting or the primary basis for its compliance with its principal officer certification requirements under Section 302 of the Sarbanes-Oxley Act of 2002 (the Act). This engagement shall not be construed to be the sole basis to support the COMPANY'S responsibilities under Section 404 of the Act requiring each annual report filed under Section 13(a) or 15(d) of the Securities Exchange Act of 1934 to contain an internal control report from management. It is the responsibility of COMPANY management to establish and maintain an adequate internal control structure and procedures for financial reporting and to assess, as of the end of the most recent fiscal year of the COMPANY, the effectiveness of the internal control structure and procedures of the COMPANY for financial reporting.

**Other Parties**

KPMG has performed a limited internal search for relationships based on the parties identified by COMPANY. Based on that internal search, KPMG and member firms of the KPMG network of independent firms and firms and entities controlled by, or under common control with, one or more such member firms (collectively, "Member Firms") has provided services to the following organizations identified by COMPANY:
- KPMG LLP in the US provides tax and advisory services and one or more other member Firms of KPMG Intl provide audit, tax and advisory services to Axon Solutions, Inc. and or affiliates.

By signing this SOW, COMPANY agrees that these relationships do not (i) constitute a limitation on the Services requested; (ii) create a basis for disqualification of KPMG or its professionals; or (iii) constitute a conflict of interest for purposes of KPMG's engagement to perform the services under this Schedule A-28 for COMPANY. COMPANY expressly waives its right to assert any such conflict against KPMG.
KPMG's process for conducting searches of potential conflicts takes place at the time the organizations are identified for review by COMPANY. However, if KPMG becomes aware of any potential conflicts after the start of the engagement, KPMG will promptly inform COMPANY. In addition, during the course of this engagement, COMPANY agrees that it will inform KPMG of additional organizations or name changes for the organizations previously provided by COMPANY. At such time, KPMG will perform an additional limited internal search for relationships on those organizations. If identified, KPMG will advise COMPANY of the general nature of any services provided to those organizations (i.e. audit, tax and/or advisory).

If COMPANY fails to promptly notify KPMG of its objection to the identified relationship(s), COMPANY agrees that KPMG's professional relationship with an organization does not impact KPMG's engagement to perform the Services under this Schedule A-28 for COMPANY.
KPMG reserves the right to resign from this engagement at any time if a conflict, as contemplated by the professional standards of the AICPA, law or regulation, arises or becomes known to KPMG that prohibits KPMG from conducting this engagement, or in KPMG's judgment, would impair KPMG's ability to perform objectively. If KPMG serves as independent auditors of an organization, KPMG may require consent from the organization, which will be determined on a case-by-case basis.

KPMG will take all reasonable steps to prevent the disclosure of confidential information between the KPMG team serving COMPANY and the KPMG teams serving the identified organizations. COMPANY hereby also acknowledges and agrees that KPMG may be in possession of confidential information concerning these organizations that may be relevant to COMPANY'S procedures and that such information will not be disclosed to COMPANY unless the organization provides written consent to such disclosure in advance.

Where KPMG provides audit services to an organization, our professional responsibilities may require that we inform the KPMG team serving that organization about information coming to our attention that affects KPMG's engagement to audit COMPANY'S consolidated financial statements. By your signature below you acknowledge that such communication, if deemed necessary in our sole judgment, will require no approval or communication with you on this matter.

## WORK SITE

The work site will be the following location(s): CONTRACTOR &/or COMPANY offices located in or near Dallas, TX.

## COMPENSATION, INVOICES AND PAYMENT

As full compensation for the satisfactory performance by CONTRACTOR of the Work authorized pursuant to this Schedule A-28, COMPANY will compensate CONTRACTOR as follows.

## PROFESSIONAL AND SUPPORT STAFF FEES SCHEDULE

| Team Role Blended Rates | Estimated Hours | Rate |
|---|---|---|
| Leadership team and Subject Matter Professionals (Partner, Managing Director, Director, Senior Manager) | 815-995 | $305/hr |
| Core team (Manager, Senior Associate, Associate) | 2,665-3,110 | $175/hr |

The estimated fees for this effort are $655,000-$770,000 and this project is not authorized to exceed $790,000 for the period of March 1 – July 31. CONTRACTOR will bill only for hours spent performing substantive Services for COMPANY; substantive Services do not include any administrative expenses of whatsoever kind. Any extension or increase in spend will require a CO signed by an authorized agent of each party. If travel is required, normal and reasonable travel expenses will be reimbursed in accordance with Article 5 and Attachment 5 of the Agreement (Reimbursable Expense Policy). These expenses will not exceed 5% of total fees incurred during the engagement period; additional expenses require a CO signed by an authorized agent of each party.

The rates specified in this Schedule A-28 will remain in effect, with respect to and until completion of the Work authorized pursuant to this Schedule A-28.

All invoices shall be submitted to the United States Bankruptcy Court for the District of Delaware and electronically to:

EFHITAP@EnergyFutureHoldings.com

With an electronic copy to:

Danielle.Taggart@energyfutureholdings.com

The COMPANY mailing address is as follows:

    EFH Corporate Services Company
    1601 Bryan St
    Dallas, TX 75201

## KEY PERSONNEL

Personnel furnished by CONTRACTOR to COMPANY for performing Services under this Schedule A-28 will have adequate qualifications to perform the Services described herein. In the event any of CONTRACTOR's personnel gives reasonable indications that they are not able to perform in accordance with this Schedule A-28, COMPANY shall notify CONTRACTOR of such fact, and such CONTRACTOR personnel shall be removed immediately or in accordance with the directions of COMPANY. CONTRACTOR agrees to use its best efforts to ensure the continuity of the assignment of CONTRACTOR's employees assigned under this Schedule A-28 and CONTRACTOR will promptly provide substitute(s) for any of its employees who may be removed or reassigned.

The following personnel furnished by CONTRACTOR have been identified as critical to the success of the completion of this Schedule A-28. Additional personnel, including project management team members, will be identified in specific CO, as needed:

    **David Cargile:** Managing Director
    **Nick Seeman:** Manager

CONTRACTOR will not replace personnel identified as a Key Personnel unless COMPANY so agrees, which agreement shall not be unreasonably withheld, except in the event the applicable Key Personnel resigns, is disabled or his/her employment is terminated by CONTRACTOR. If a Key Personnel is to be replaced whether at CONTRACTOR or COMPANY's request, CONTRACTOR will strive to achieve a smooth transition. CONTRACTOR will not charge COMPANY any additional fees or charges for the replacement such Key Personnel or for training hours required to bring the replacement Key Personnel up to date on the status of Services. The replacement Key Personnel provided by CONTRACTOR will become a Key Personnel as defined herein and shall have substantially similar skills and experience as the Key Personnel being replaced.

CONTRACTOR PERSONNEL AUTHORIZED TO ATTEND COMPANY MEETINGS AND RECEIVE CONFIDENTIAL INFORMATION RELATING TO THE SERVICES:

    None noted

PRIVILEGES CLAIMED BY COMPANY, WITH RESPECT TO DELIVERABLES OR OTHER DOCUMENTS HEREAFTER DESIGNATED BY COMPANY

_____ ATTORNEY-CLIENT COMMUNICATION

_____ ATTORNEY WORK PRODUCT

_____ TAX ADVISOR

__X__ OTHER: _____ COMPANY-owned intellectual property and or COMPANY-owned trade secrets, business know-how or the like.

## LIST OF ATTACHMENTS

COMPANY and CONTRACTOR agree that the following described attachments, if any, are incorporated herein in their entirety as fully as completely rewritten herein.

   None noted

Services not specified above may be authorized only through a separate Schedule A-X, or through a CO signed by a duly authorized agent of each party.

## RESERVATION OF RIGHTS

Notwithstanding anything herein to the contrary, COMPANY will compensate CONTRACTOR for the Work (a) only after CONTRACTOR's engagement by COMPANY has been approved by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") pursuant to section 327(a) of the Bankruptcy Code and (b) in accordance with any order entered by the Bankruptcy Court governing the compensation or reimbursement of fees of parties employed pursuant to section 327(a) of the Bankruptcy Code.

| KPMG LLP | EFH CORPORATE SERVICES COMPANY |
|---|---|
| By: _____ Signature | By: _____ Signature |
| Name: David Cargile | Name: Kevin Chase |
| Title: Managing Director | Title: SVP, CIO |
| Date: March 20, 2015 | Date: March 13, 2015 |

## SCHEDULE A-22

Following the Parties' execution of this Schedule A-22, KPMG LLP ("CONTRACTOR") is authorized to perform the Work as identified below on behalf of EFH Corporate Services Company (the "COMPANY") pursuant to the terms and conditions contained in the Master Services Agreement C0631124C (the "Agreement") dated November 1, 2009, as amended.

### SCOPE OF WORK AND DELIVERABLES

The Work will be performed in accordance with the specifications and instructions herein, and if any, attached hereto and identified in the List of Attachments. The Work will be scheduled at the direction of COMPANY 'S Contract Coordinator as identified herein. The work will be performed over a 6-week duration of time.

### SCOPE OF WORK AND APPROACH

CONTRACTOR will work closely with COMPANY to implement Infrastructure Management requirements in the current service costing and budget models.

Out of scope work:
- Creation of custom report specifications or custom reports
- Configuration of DataLink for additional adapters or updating of existing adapters

The scope of work will include the following activities:

| Phase | Key Tasks | Deliverables |
|---|---|---|
| *Technical Design & Data Validation* | **Service Costing Solution:**<br>• Conduct Technical Design and data validation meetings based on approved requirements<br>• Update the Technical Design Document for Infrastructure Management<br>• Confirm Technical Design Document with core team ("Core Team") | • Updated Technical Design Document |
| *Configuration* | **Service Costing Solution:**<br>• Update configuration for the Cost and Budget Models and unit test for Infrastructure Management<br>• Confirm configuration with Core Team | • Updated Service Library<br>• Updated Cost & Budget Model Configuration<br>• Updated Technical Design Document<br>• Updated Configuration Log<br>• Knowledge Transfer Sessions |
| *Validation* | • Support resolution of issues/bugs<br>• Performs root cause analysis ("RCA") of issues/bugs<br>• Confirms fixes with Technology Business Management Administrators ("TBMAs") | • End User Testing Support<br>• Bug/Fix Support<br>• Updated Configuration Log |
| *Operationalization* | • Finalize project documentation<br>• Production Support | • Final Configuration Log<br>• Final Technical Design Document<br>• Final Run Book |

**COMPANY Key Stakeholder Roles:**

| Role | Responsibility |
|---|---|
| Project Manager & Service Costing Manager | <ul><li>EFH Project Manager and Testing Manager</li><li>Participate in the Project Planning Process</li><li>Review and approve project deliverables</li><li>Determine cross functional/department participation needed</li><li>Identify and schedule all needed resources to complete model and allocation methods changes</li><li>Participate in the technical design and data validation sessions</li><li>Review and approve model and allocation test results</li><li>Participate in requirements gathering/validation sessions</li></ul> |
| TBMAs | <ul><li>Participate in the technical design and data validation sessions</li><li>Maintain Old Project ID to New Project ID mapping rules.</li><li>Validate model changes needed to meet model reconciliation requirements leveraging OOB/custom reports</li><li>Identify custom report requirements and create report specifications, as needed</li><li>Build custom reports, as needed</li><li>Configure adapters or update existing adapters within DataLink for any new data sources/files</li><li>Update existing test scripts for Infrastructure Management requirements</li><li>Manage and execute model and custom report validation and testing</li><li>Manage and maintain testing folders on Box</li></ul> |
| Infrastructure Management Representative(s)/ Data Owners | <ul><li>Participate in the technical design and data validation sessions</li><li>Identify custom report requirements, if applicable</li><li>Assist with User Acceptance Testing and documents testing results</li><li>Review technical requirements including data flows and interfaces to/from new data sources for in-scope data sources</li><li>Provided sample data extracts, confirm data maturity</li><li>Assists with data analysis and mapping data and business requirements to Apptio</li><li>Cleans data as needed to support the solution</li></ul> |
| IT Finance Representative | <ul><li>Liaison to the IT Finance Team</li><li>Participates in the development of Test Scripts</li><li>Participates in User Acceptance Testing and documents testing results</li></ul> |

**CONTRACTOR Project Roles:**

| Role | Responsibility | Resources |
|---|---|---|
| Engagement Lead | <ul><li>Provides Project Oversight, Leadership, and Quality Assurance</li><li>Is the escalation project escalation point for COMPANY</li><li>CONTRACTOR Resource Management and Project Coordination</li></ul> | Susan Garcia |
| Engagement Manager | <ul><li>Overall project management teaming with client Project Manager</li><li>Provide project status and timely identification of risks, issues and mitigation steps</li><li>Manage quality assurance process for Deliverables</li></ul> | Maria Potter |
| Service Costing SME | <ul><li>Develop new service structure, allocation methodologies, and cost mapping requirements</li></ul> | Nancy Braun |

| Role | Responsibility | Resources |
|---|---|---|
|  | • Provide leading service costing practices<br>• Convert requirements into Apptio Model technical design changes<br>• Revise Technical Design Document<br>• Update Apptio model documentation as needed<br>• Assist EFH with development of test scripts<br>• Drive model testing and validation |  |
| Apptio Configuration SME | • Participate in the technical design and data validation sessions<br>• Implement Apptio configuration changes<br>• Update Run Book<br>• Unit test configuration changes<br>• Support EFH Testing<br>• Provide Knowledge Transfer to EFH TBMAs | Mike Serber |

## DELIVERABLES

The following is a description of key Deliverables to be produced by CONTRACTOR through the delivery of the services described in this statement of work.

| # | Deliverable Title | Deliverable Description |
|---|---|---|
| 1 | Updated Technical Design Document | Updated technical design for the Infrastructure Management requirements to the current Cost Transparency module. The updates will document the updates to the cost and budget models. New data and data transformation changes. |
| 2 | Updated Run Book | Updated instructions for the maintenance and management of the Cost Transparency module. Instructions for the maintenance and management of monthly data load files. |
| 3 | Updated Costing & Budget Model | Updated Cost & Budget Model within the Service Costing Project based on the approved requirements and technical design. |
| 4 | Updated Configuration Log | Updated Configuration Log reflecting model, data and allocation rules changes to meet the approved requirements and technical design for Infrastructure Management. Deliverable will also include a decision log documenting EFH approved changes to requirements and technical design. |
| 5 | Updated RTM | Updated Requirements Traceability Matrix reflecting model, data and allocation rules changes to meet the approved requirements and technical design for Infrastructure Management based on updates identified during the configuration and testing phases. |

The Deliverables presented as part of this engagement are for the internal use of COMPANY management, the Audit Committee and Board of Directors. CONTRACTOR disclaims any intention or obligation to update or revise the observations whether as a result of new information, future events or otherwise. Should additional documentation or other information become available which impacts upon the observations reached in the Deliverables, CONTRACTOR reserves the right to amend the observations and summary documents accordingly.

The draft Deliverables will be provided to the Project Sponsor for review, comment and approval prior to final delivery.

Contract Coordinator and Project Sponsor:  Kolt Sarver                Phone Number: (214) 812-2018

> Deliverables will not be prepared on CONTRACTOR letterhead or contain the CONTRACTOR logo or other references to CONTRACTOR. These Deliverables may be prepared on COMPANY letterhead or contain the COMPANY logo, if instructed by the Project Sponsor.
>
> CONTRACTOR may attach a transmittal communication to each Deliverable, or provide a periodic transmittal communications referring to the Deliverables that have been provided previously. Neither this CONTRACTOR transmittal communication, nor a copy thereof, should accompany any reports or Deliverables shared outside COMPANY. Should COMPANY attach its own transmittal letter when reports or Deliverables are shared externally, such transmittal letter may not indicate that the report or Deliverable was prepared by CONTRACTOR or that the findings were based on input or test work provided by CONTRACTOR. Further, CONTRACTOR's role in supporting COMPANY internal audit function or other projects may not be publicly disclosed (other than to COMPANY's external auditor) without CONTRACTOR's written consent.

## COMPANY PARTICIPATION AND RESPONSIBILITIES

During the development of this Schedule A-22, CONTRACTOR has been guided by certain assumptions about the project scope, and level of COMPANY's involvement and support.

COMPANY's management is responsible for establishing and maintaining an effective internal control structure. CONTRACTOR's assistance is intended to help management in fulfilling these responsibilities.

COMPANY's Audit Committee will review and approve the internal audit plan and provide final oversight for all testing activities.

COMPANY's management will designate a Project Sponsor, a senior member of management who has the requisite skills and competencies for overseeing the services being provided. The Project Sponsor is responsible for establishing the objectives and scope and determining the nature, timing, and extent of testing procedures; for approving, in conjunction with the Audit Committee, the service delivery plan; and for maintaining appropriate day-to-day oversight of the CONTRACTOR team. In addition, the Project Sponsor will have responsibility for reviewing and approving engagement Deliverables prepared during the engagement that document the results; for coordinating with management to determine whether control matters of concern noted constitute deficiencies, significant deficiencies or material weaknesses; for reporting the results within COMPANY's reporting structure, including the Audit Committee; for evaluating the observations and recommendations that arise from the services; and for monitoring corrective action taken.

Notwithstanding the foregoing, CONTRACTOR shall not be obligated to fulfill any particular obligation to provide Work as specified above, to the extent (and solely to the extent) that CONTRACTOR is unable to fulfill such obligation, as a direct result of any of the following dependencies not being completed in all material respects:

- Any changes that EFH resources desire to make in the Service Costing Project must be coordinated with the KPMG team to ensure the ability for the in scope work to stay on schedule.
- Appropriate access to relevant documentation and resources regarding the IT environment and processes in scope
- COMPANY project staff accessible to CONTRACTOR project team in a timely manner. Timely access

- to COMPANY personnel and stakeholders for workshops and meetings. These resources will be identified early in the project based on the activities in scope.
- Responsiveness - COMPANY will respond to CONTRACTOR's requests for information, documentation, clarification, or assistance in a timely and adequate manner.
- COMPANY to provide a point of contact with access to COMPANY resource calendars to help CONTRACTOR with scheduling of meetings and workshops.
- COMPANY will ensure that all reviews and approvals of work products are conducted within a reasonable timeframe allowing for timely completion of work products. Any delays impacting the ability to review and approve work products on time will result in change orders.
- Any activities or work products outside the listed scope will require assessment and written approval by both COMPANY and CONTRACTOR.

## OTHER MATTERS

CONTRACTOR will provide their services in accordance with the terms and conditions of this Schedule A-22 and the Agreement. CONTRACTOR services as outlined in this letter constitute an Advisory Engagement conducted under the American Institute of Certified Public Accountants ("AICPA") Standards for Consulting Services. Such services are not intended to be an audit, examination, attestation, special report or agreed-upon procedures engagement as those services are defined in AICPA literature applicable to such engagements conducted by independent auditors. Accordingly, these services will not result in the issuance of a written communication to third parties by CONTRACTOR directly reporting on financial data or internal control or expressing a conclusion or any other form of assurance.

## WORK SITE

The Work Site will be the following location(s): CONTRACTOR &/or COMPANY offices located in the Dallas, TX area. Apptio product work will be performed remotely from Kokomo, Indiana. It is estimated that the project team will be on-site 70 to 80% over the 6-week duration.

## TIMING

The engagement will commence on or around February 10, 2015 and conclude by April 30, 2015. The project will run approximately six (6) weeks. The estimated go live date is April 6, 2015.

## COMPENSATION, INVOICES AND PAYMENT

As full compensation for the satisfactory performance by CONTRACTOR of the Work authorized pursuant to this Schedule A-22, COMPANY will compensate CONTRACTOR as follows.

PROFESSIONAL AND SUPPORT STAFF FEES SCHEDULE

| Role | Estimated Hours | Rate |
|---|---|---|
| Managing Director | 13 | $350/hr |
| Director | 64 | $340/hr |
| Apptio SME | 116 | $185/hr |
| Apptio Configurator | 320 | $150/hr |

The estimated fees for this effort are $95,770 and this project is not authorized to exceed $95,770. The expected blended rate is $187/hr, and CONTRACTOR will bill only for hours spent performing substantive Work for COMPANY. Any extension or increase in spend will require a Change Order, amendment or an additional Statement of Work

The project team will be on site for the 6 weeks of the project. Normal and reasonable travel expenses will be reimbursed in accordance with Article 5 and Attachment 5 of the Agreement (Reimbursable Expense Policy). Only actual expenses will be billed.

The rates specified in this Schedule A-22 will remain in effect, with respect to and until completion of the Work authorized pursuant to this Schedule A-22.

All invoices shall be sent to:

    EFHITAP@EnergyFutureHoldings.com
    EFH Corporate Services Company
    1601 Bryan St
    Dallas, TX 75201

## RESERVATION OF RIGHTS

Notwithstanding anything herein to the contrary, COMPANY will compensate CONTRACTOR for the Work (a) only after CONTRACTOR's engagement by COMPANY has been approved by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court) pursuant to section 327(a) of the Bankruptcy Code and (b) in accordance with any order entered by the Bankruptcy Court governing the compensation or reimbursement of fees of parties employed pursuant to section 327(a) of the Bankruptcy Code.

## KEY PERSONNEL

Personnel furnished by CONTRACTOR to COMPANY for performing efforts under this Schedule A-22 will have adequate qualifications to perform the work described herein. In the event any of CONTRACTOR 's personnel gives reasonable indications that they are not able to perform in accordance with this Schedule A-22, COMPANY shall notify CONTRACTOR of such fact, and such CONTRACTOR personnel shall be removed. CONTRACTOR agrees to use its best efforts to ensure the continuity of the assignment of CONTRACTOR's employees assigned under this Schedule A-22 and CONTRACTOR will promptly provide substitute(s) for any of its employees who may be removed or reassigned.

The following personnel furnished by CONTRACTOR have been identified as Key Personnel and critical to the success of the completion of this Schedule A-21:

    **Managing Director:**    Susan Garcia
    **Director:**    Maria Potter

For any personnel identified as a Key Personnel, CONTRACTOR will not replace such Key Personnel unless COMPANY so agrees, which agreement shall not be unreasonably withheld, except in the event the applicable Key Personnel resigns, is disabled or his/her employment is terminated by CONTRACTOR. If a Key Personnel is to be replaced whether at CONTRACTOR or COMPANY's request, CONTRACTOR will strive to achieve a smooth transition. CONTRACTOR will not charge COMPANY any additional fees or charges for the replacement such Key Personnel. The replacement Key Personnel provided by CONTRACTOR will become a Key Personnel as defined herein and shall have substantially similar skills and experience as the Key Personnel being replaced. The parties' objective is to minimize any adverse impact to the services being provided to COMPANY hereunder.

CONTRACTOR PERSONNEL AUTHORIZED TO ATIEND MEETINGS WITH COMPANY PERSONNEL PERTAINING TO THE WORK

    **Susan Garcia**
    **Maria Potter**

PRIVILEGES CLAIMED BY COMPANY, WITH RESPECT TO DELIVERABLES OR OTHER DOCUMENTS HEREAFTER DESIGNATED BY COMPANY

    ATIORNEY-CLIENT COMMUNICATION

    ATIORNEY WORK PRODUCT

    TAX ADVISOR

    **OTHER:**_____

**LIST OF ATTACHMENTS**

COMPANY and CONTRACTOR agree that the following described attachments, if any, are incorporated herein in their entirety as fully as completely rewritten herein.

None

Work not specified above may be authorized only through a separate Schedule A-X or through an amendment or supplement to this Schedule A-22.

**KPMG LLP**

By: _Susan B. Garcia_
Signature

Name: Susan Garcia

Title: Managing Director

Date: February 13, 2015

**EFH CORPORATE SERVICES COMPANY**

By: _____ 3/20/2015
Signature

Name: Kolt Sarver

Title: VP of IT Governance and Strategy

Date: ~~February 13, 2015~~

**Appendix A**

**Infrastructure Management Requirements Deck**

**Appendix B**

**Deliverables for this SOW:**
1. Updated Technical Design Document
2. Updated Run Book
3. Updated Costing & Budget Model
4. Updated Configuration Log
5. Updated RTM

**Phase II Deliverables – Out of Scope for this SOW**
1. Placemat Update to reflect IM changes
2. RTM updates to reflect IM changes
3. Use Case updates to reflect IM changes
4. IM design/requirements updates and finished full New Cost Model Communication Power Point deck
5. Additional deck/materials support as needed
6. Model reconciliation
7. Custom Report Specs:
   a. Capacity report for Storage
   b. Reports for ALL unallocated objects
   c. Application Maintenance License Mismatch report
   d. Application Maintenance CG Rate Card Mismatch report
   e. Consumption trending reports:
      - Total and by BU (examples: storage, servers, EUC, databases, network, etc).