**Exhibit A**

[Statement of Fees by Subject Matter]

| MATTER NUMBER | MATTER DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 001 | Case Administration | 25.4 | $10,075.00 |
| 002 | Asset Disposition | 36.7 | $36,627.50 |
| 003 | EFH Business Operations | 0.2 | $185.00 |
| 004 | EFH Contested Matters and Adversary Proceedings | 27.7 | $27,368.50 |
| 005 | EFH Corporate Governance and Board Matters | 127.4 | $143,180.00 |
| 007 | Employment Applications | 2.8 | $2,558.00 |
| 008 | Fee Applications and Objections | 63.1 | $53,611.50 |
| 009 | Financing and Cash Collateral | 106.0 | $99,562.00 |
| 010 | Hearings | 2.3 | $2,187.50 |
| 011 | Intercompany Claims Investigation and Analysis | 656.9 | $534,976.50 |
| 012 | Meetings and Communications with Creditors and Other Debtors | 14.5 | $16,957.50 |
| 014 | Non-Working Travel | 108.7 | $62,141.25 |
| 015 | Plan and Disclosure Statement | 80.0 | $79,639.00 |
| 016 | Tax | 397.2 | $334,042.50 |
| **TOTAL FOR ALL MATTER NOS.** | | **1,648.9** | **$1,403,111.75** |