**Exhibit B**

[Attorneys' and Paraprofessionals' Information]

Proskauer attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Julie M. Allen | Partner | 1984 | Corporate | $1,275 | 94.6 | $120,615.00 |
|  |  |  |  | $637.50 | 24.9 | $15,873.75[1] |
| Richard M. Corn | Partner | 2005 | Tax | $875 | 75.6 | $66,150.00 |
| Michael A. Firestein | Partner | 1983 | Litigation | $975 | 108.5 | $105,787.50 |
|  |  |  |  | $487.50 | 11.6 | $5,655.00[1] |
| Daniel I. Ganitsky | Partner | 2001 | Corporate | $1,000 | 18.7 | $18,700.00 |
| Martin H. Hamilton | Partner | 2004 | Tax | $925 | 0.8 | $740.00 |
| Jeffrey W. Levitan | Partner | 1983 | Corporate | $1,125 | 30.4 | $34,200.00 |
| Jeff J. Marwil | Partner | 1986 | Corporate | $1,125 | 131.6 | $148,050.00 |
|  |  |  |  | $562.50 | 28.7 | $16,143.75[1] |
| Paul Possinger | Partner | 1993 | Corporate | $975 | 35.4 | $34,515.00 |
| Lary Alan Rappaport | Partner | 1979 | Litigation | $900 | 63.2 | $56,880.00 |
| Stuart L. Rosow | Partner | 1976 | Tax | $1,275 | 65.0 | $82,875.00 |
| Mark K. Thomas | Partner | 1981 | Corporate | $1,125 | 115.7 | $130,162.50 |
|  |  |  |  | $562.50 | 43.5 | $24,468.75[1] |
| Ronald E. Wood | Partner | 1988 | Litigation | $875 | 29.5 | $25,812.50 |
| Peter J. Young | Partner | 2002 | Corporate | $925 | 141.3 | $130,702.50 |
| Steven H. Holinstat | Senior Counsel | 1996 | Litigation | $825 | 43.2 | $35,640.00 |
| Jeffrey Chubak | Associate | 2007 | Corporate | $795 | 42.0 | $33,390.00 |
| Michael E. Ellis | Associate | 2007 | Corporate | $800 | 12.0 | $9,600.00 |
| Scott J. Fishwick | Associate | 2012 | Litigation | $660 | 8.9 | $5,874.00 |
| Jinyoung Joo | Associate | 2011 | Corporate | $695 | 2.9 | $2,015.50 |
| Joshua L. Kopple | Associate | 2013 | Litigation | $465 | 94.6 | $43,989.00 |
| Cody S. Lonning | Associate | 2014 | Litigation | $395 | 58.7 | $23,186.50 |
| Joseph P. Malca | Associate | 2013 | Tax | $575 | 135.2 | $77,740.00 |
| Jennifer L. Roche | Associate | 2007 | Litigation | $795 | 90.7 | $72,106.50 |
| Gary Silber | Associate | 2011 | Tax | $695 | 39.3 | $27,313.50 |
| Jared D. Zajac | Associate | 2009 | Corporate | $765 | 53.3 | $40,774.50 |
| **Total** |  |  |  |  | **1,599.8** | **$1,388,960.75** |

---

[1] Represents 50% reduction for non-working travel time.

Proskauer paraprofessionals who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| J. Devoy Dubuque | Legal Assistant | 2.5 years | Corporate | $235 | 25.4 | $5,969.00 |
| Olga A. Golinder | Legal Assistant | 2.5 years | Litigation | $325 | 9.6 | $3,120.00 |
| Guy Harris | Practice Support | 9 years | Professional Resources | $335 | 2.3 | $770.50 |
| New Klebanoff | Practice Support | 1.5 years | Professional Resources | $335 | 0.3 | $100.50 |
| Rachael Hope Moller | Library | 9 years | Professional Resources | $240 | 0.8 | $192.00 |
| Jeremy Peskin | Law Clerk | 0.5 years | Tax | $450 | 7.5 | $3,375.00 |
| Samantha L. Randazzo | Legal Assistant | 0.75 years | Corporate | $195 | 1.0 | $195.00 |
| Michael A. Willis | Legal Assistant | 0.5 years | Labor & Employment | $195 | 2.2 | $429.00 |
| **Total** | | | | | 49.1 | $14,151.00 |

| | | |
|---|---|---|
| **TOTAL FOR PROFESSIONALS AND PARAPROFESSIONALS** | **1,648.9** | **$1,403,111.75** |