**Exhibit C**

[Summary of Actual and Necessary Expenses for the Fee Period]

| EXPENSE CATEGORY | AMOUNT |
|---|---:|
| Reproduction Costs (at $0.10 per page) | $1,189.40 |
| Telecommunications | $150.47 |
| Research (Lexis/Westlaw/Other Database Search Services) | $55,550.68 |
| Travel Out-of-Town – Transportation | $13,206.71[1] |
| Taxi, Carfare, Mileage, Parking | $2,571.51 |
| Messenger/Delivery | $97.06 |
| Business Meals | $2,199.85[2] |
| Out-of-Town Lodging | 5,042.45[3] |
| Word Processing | $0.00[4] |
| Other Disbursements | $0.00[5] |
| **Total** | **$80,008.13** |

---

[1] Includes non-refundable first-class airfare reduced by 25% to approximate the cost differential between non-refundable first-class airfare and refundable coach-class fare, addressing the reimbursable cap imposed by the fee committee.

[2] Includes a reduction of $1,003.08 for business meal expenses in excess of the reimbursable cap imposed by the fee committee.

[3] Includes a reduction of $504.91 for lodging expenses in excess of the reimbursable cap imposed by the fee committee.

[4] Includes a reduction of $173.15 for word processing and proofreading expenses incurred that are not reimbursable pursuant to the fee committee guidelines.

[5] Includes a reduction of $195.00 for certain overtime expenses that are not reimbursable pursuant to the fee committee guidelines.