## Exhibit D

[Detailed Description of Expenses and Disbursements]

**Disbursements and Other Charges**

| Date | Name | Description | Amount |
|---|---|---|---:|
| 01/05/2015 | Michael A. Firestein | Telephone | 1.73 |
| 01/07/2015 | Julie M. Allen | Food Service/conf. Dining | 211.49 |
| 01/08/2015 | Julie M. Allen | Food Service/conf. Dining | 549.82 |
| 01/08/2015 | Jeff J. Marwil | Food Service/conf. Dining | 99.62 |
| 01/12/2015 | Gary Silber | Taxicab/car Svc. (Office to Home) | 90.77 |
| 01/14/2015 | Gary Silber | Taxicab/car Svc. (Office to Home) | 90.22 |
| 01/21/2015 | Gary Silber | Taxicab/car Svc. (Office to Home) | 90.77 |
| 01/27/2015 | Peter J. Young | Telephone | 93.26 |
| 01/29/2015 | Lary Alan Rappaport | Out Of Town Meals | 40.00 |
| 01/29/2015 | Lary Alan Rappaport | Taxi, Carfare, Mileage and Parking (Parking at LAX) | 60.00 |
| 01/29/2015 | Lary Alan Rappaport | Taxi, Carfare, Mileage and Parking (O'Hare to Meeting) | 45.00 |
| 01/29/2015 | J. Devoy Dubuque | Taxi, Carfare, Mileage and Parking (Office to Home) | 29.00 |
| 01/29/2015 | Lary Alan Rappaport | Taxi, Carfare, Mileage and Parking (Meeting to O'Hare) | 45.00 |
| 01/29/2015 | Richard M. Corn | Taxicab/car Svc. (Home to Newark Airport) | 87.02 |
| 01/29/2015 | Richard M. Corn | Taxicab/car Svc. (Newark Airport to Home) | 87.33 |
| 01/29/2015 | Lary Alan Rappaport | Airplane | 735.15 |
| 01/29/2015 | Lary Alan Rappaport | Lodging | 204.65 |
| 02/01/2015 | Cody S. Lonning | Westlaw | 99.00 |
| 02/01/2015 | Joseph P. Malca | Taxi, Carfare, Mileage and Parking (Office to Home) | 53.29 |
| 02/01/2015 | Joseph P. Malca | Reproduction | 0.20 |
| 02/01/2015 | Joseph P. Malca | Reproduction | 0.20 |
| 02/01/2015 | Joseph P. Malca | Reproduction | 0.40 |
| 02/02/2015 | Joseph P. Malca | Reproduction | 0.60 |
| 02/02/2015 | Joseph P. Malca | Reproduction | 0.60 |
| 02/02/2015 | Joseph P. Malca | Reproduction | 0.80 |
| 02/02/2015 | Joseph P. Malca | Reproduction | 0.20 |
| 02/02/2015 | Joseph P. Malca | Reproduction | 1.20 |
| 02/02/2015 | Joseph P. Malca | Reproduction | 0.20 |
| 02/02/2015 | Joseph P. Malca | Reproduction | 1.20 |
| 02/02/2015 | Joseph P. Malca | Reproduction | 0.60 |
| 02/02/2015 | Joseph P. Malca | Reproduction | 0.80 |
| 02/02/2015 | Joseph P. Malca | Reproduction | 0.80 |
| 02/02/2015 | Joseph P. Malca | Reproduction | 2.60 |
| 02/02/2015 | Joseph P. Malca | Reproduction | 2.60 |
| 02/02/2015 | Joseph P. Malca | Reproduction | 1.00 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 02/02/2015 | Joseph P. Malca | Reproduction | 1.40 |
| 02/02/2015 | Joseph P. Malca | Reproduction | 1.00 |
| 02/02/2015 | Joseph P. Malca | Reproduction | 1.00 |
| 02/02/2015 | Joseph P. Malca | Reproduction | 1.60 |
| 02/02/2015 | Joseph P. Malca | Reproduction | 0.40 |
| 02/02/2015 | Joseph P. Malca | Reproduction | 2.40 |
| 02/02/2015 | Joseph P. Malca | Reproduction | 1.60 |
| 02/02/2015 | Joseph P. Malca | Reproduction | 0.10 |
| 02/02/2015 | Joseph P. Malca | Reproduction | 0.20 |
| 02/02/2015 | Joseph P. Malca | Reproduction | 0.20 |
| 02/02/2015 | Joseph P. Malca | Reproduction | 0.40 |
| 02/02/2015 | Joseph P. Malca | Reproduction | 0.20 |
| 02/02/2015 | Joseph P. Malca | Reproduction | 0.20 |
| 02/02/2015 | Joseph P. Malca | Reproduction | 0.20 |
| 02/02/2015 | Joseph P. Malca | Reproduction | 0.20 |
| 02/02/2015 | Joseph P. Malca | Reproduction | 0.40 |
| 02/02/2015 | Joseph P. Malca | Reproduction | 0.40 |
| 02/02/2015 | Joseph P. Malca | Reproduction | 0.20 |
| 02/02/2015 | Joshua L. Kopple | Reproduction | 0.10 |
| 02/02/2015 | Joshua L. Kopple | Reproduction | 0.10 |
| 02/02/2015 | Joshua L. Kopple | Reproduction | 0.30 |
| 02/02/2015 | Joshua L. Kopple | Reproduction | 0.10 |
| 02/02/2015 | Joshua L. Kopple | Reproduction | 0.70 |
| 02/02/2015 | Joshua L. Kopple | Reproduction | 0.70 |
| 02/02/2015 | Joshua L. Kopple | Reproduction | 0.50 |
| 02/02/2015 | Joshua L. Kopple | Reproduction | 0.10 |
| 02/02/2015 | Joshua L. Kopple | Reproduction | 0.10 |
| 02/02/2015 | Joshua L. Kopple | Reproduction | 0.10 |
| 02/02/2015 | Peter J. Young | Reproduction | 3.00 |
| 02/02/2015 | Peter J. Young | Reproduction | 0.80 |
| 02/02/2015 | Peter J. Young | Reproduction | 0.20 |
| 02/02/2015 | Jeff J. Marwil | Out Of Town Meals | 21.87 |
| 02/02/2015 | Jeff J. Marwil | Out Of Town Meals | 40.00 |
| 02/02/2015 | Joseph P. Malca | Dinner Voucher/sweb | 20.00 |
| 02/02/2015 | Cody S. Lonning | Westlaw | 3,400.00 |
| 02/02/2015 | Cody S. Lonning | Lexis | 396.00 |
| 02/02/2015 | Jeffrey Chubak | Westlaw | 968.59 |
| 02/03/2015 | Michael A. Firestein | Taxicab/car Svc. (Office to LGA) | 99.68 |
| 02/03/2015 | Mark K. Thomas | Taxicab/car Svc. (LGA to Meeting) | 81.86 |
| 02/03/2015 | Jared Zajac | Lexis | 20.00 |
| 02/03/2015 | Joseph P. Malca | Dinner Voucher/sweb | 20.00 |
| 02/03/2015 | Gary Silber | Local Meals | 20.00 |
| 02/03/2015 | Jared Zajac | Dinner Voucher/sweb | 20.00 |
| 02/03/2015 | Jeff J. Marwil | Out Of Town Meals | 120.00 |

| **Date** | **Name** | **Description** | **Amount** |
|---|---|---|---:|
| 02/03/2015 | Michael A. Firestein | Out Of Town Meals | 40.00 |
| 02/03/2015 | Joseph P. Malca | Taxi, Carfare, Mileage and Parking (Office to Home) | 94.83 |
| 02/03/2015 | Ronald E. Wood | Long Distance Telephone | 0.70 |
| 02/03/2015 | Michael A. Firestein | Taxi, Carfare, Mileage and Parking (Meeting to JFK) | 50.00 |
| 02/03/2015 | Michael A. Firestein | Taxi, Carfare, Mileage and Parking (Meeting to Hotel) | 9.00 |
| 02/03/2015 | Michael A. Firestein | Taxi, Carfare, Mileage and Parking (JFK to Meeting) | 50.60 |
| 02/03/2015 | Jared Zajac | Reproduction | 2.80 |
| 02/03/2015 | Jared Zajac | Reproduction | 3.80 |
| 02/03/2015 | Paulette Lindo | Reproduction | 5.90 |
| 02/03/2015 | Paulette Lindo | Reproduction | 0.30 |
| 02/03/2015 | Steven H. Holinstat | Reproduction | 0.30 |
| 02/03/2015 | Steven H. Holinstat | Reproduction | 1.80 |
| 02/03/2015 | Steven H. Holinstat | Reproduction | 4.20 |
| 02/03/2015 | Paulette Lindo | Reproduction | 0.30 |
| 02/03/2015 | Paulette Lindo | Reproduction | 0.10 |
| 02/03/2015 | Steven H. Holinstat | Reproduction | 0.10 |
| 02/03/2015 | Joseph P. Malca | Reproduction | 0.70 |
| 02/03/2015 | Joseph P. Malca | Reproduction | 1.20 |
| 02/03/2015 | Joseph P. Malca | Reproduction | 2.80 |
| 02/03/2015 | Joseph P. Malca | Reproduction | 0.40 |
| 02/03/2015 | Joseph P. Malca | Reproduction | 0.40 |
| 02/03/2015 | Joseph P. Malca | Reproduction | 0.40 |
| 02/03/2015 | Joseph P. Malca | Reproduction | 0.20 |
| 02/03/2015 | Joseph P. Malca | Reproduction | 3.20 |
| 02/03/2015 | Joseph P. Malca | Reproduction | 1.20 |
| 02/03/2015 | Joseph P. Malca | Reproduction | 0.40 |
| 02/03/2015 | Joseph P. Malca | Reproduction | 0.40 |
| 02/03/2015 | Gary Silber | Reproduction | 10.60 |
| 02/03/2015 | Joseph P. Malca | Reproduction | 0.20 |
| 02/03/2015 | Joseph P. Malca | Reproduction | 0.20 |
| 02/03/2015 | Joseph P. Malca | Reproduction | 0.20 |
| 02/03/2015 | Joseph P. Malca | Reproduction | 0.60 |
| 02/03/2015 | Gary Silber | Reproduction | 19.70 |
| 02/03/2015 | Gary Silber | Reproduction | 18.40 |
| 02/03/2015 | Joseph P. Malca | Reproduction | 0.60 |
| 02/03/2015 | Joseph P. Malca | Reproduction | 0.80 |
| 02/03/2015 | Joseph P. Malca | Reproduction | 0.60 |
| 02/03/2015 | Joseph P. Malca | Reproduction | 0.60 |
| 02/03/2015 | Joseph P. Malca | Reproduction | 0.80 |
| 02/03/2015 | Joshua L. Kopple | Reproduction | 0.10 |
| 02/03/2015 | Joshua L. Kopple | Reproduction | 0.10 |

48375660v2

| **Date** | **Name** | **Description** | **Amount** |
|---|---|---|---:|
| 02/03/2015 | Joshua L. Kopple | Reproduction | 0.10 |
| 02/03/2015 | Joshua L. Kopple | Reproduction | 0.10 |
| 02/03/2015 | Joshua L. Kopple | Reproduction | 0.10 |
| 02/03/2015 | Joshua L. Kopple | Reproduction | 0.10 |
| 02/03/2015 | Joshua L. Kopple | Reproduction | 0.10 |
| 02/03/2015 | Joshua L. Kopple | Reproduction | 0.10 |
| 02/03/2015 | Michael A. Firestein | Airplane | 1,452.52 |
| 02/03/2015 | Michael A. Firestein | Lodging | 532.54 |
| 02/04/2015 | Jared Zajac | Reproduction | 0.20 |
| 02/04/2015 | Paul Possinger | Reproduction | 0.20 |
| 02/04/2015 | Paul Possinger | Reproduction | 3.40 |
| 02/04/2015 | Steven H. Holinstat | Reproduction | 2.00 |
| 02/04/2015 | Joseph P. Malca | Reproduction | 2.00 |
| 02/04/2015 | Joseph P. Malca | Reproduction | 1.20 |
| 02/04/2015 | Joseph P. Malca | Reproduction | 0.10 |
| 02/04/2015 | Joseph P. Malca | Reproduction | 0.10 |
| 02/04/2015 | Joseph P. Malca | Reproduction | 0.10 |
| 02/04/2015 | Gary Silber | Reproduction | 37.80 |
| 02/04/2015 | Gary Silber | Reproduction | 19.20 |
| 02/04/2015 | Joseph P. Malca | Reproduction | 7.60 |
| 02/04/2015 | Joseph P. Malca | Reproduction | 0.40 |
| 02/04/2015 | Joseph P. Malca | Reproduction | 1.20 |
| 02/04/2015 | Joseph P. Malca | Reproduction | 1.20 |
| 02/04/2015 | Joseph P. Malca | Reproduction | 0.40 |
| 02/04/2015 | Joseph P. Malca | Reproduction | 0.40 |
| 02/04/2015 | Joseph P. Malca | Reproduction | 1.20 |
| 02/04/2015 | Joseph P. Malca | Reproduction | 1.20 |
| 02/04/2015 | Joseph P. Malca | Reproduction | 0.10 |
| 02/04/2015 | Joseph P. Malca | Reproduction | 5.00 |
| 02/04/2015 | Joseph P. Malca | Reproduction | 0.10 |
| 02/04/2015 | Joseph P. Malca | Reproduction | 0.20 |
| 02/04/2015 | Joseph P. Malca | Reproduction | 0.20 |
| 02/04/2015 | Gary Silber | Reproduction | 1.60 |
| 02/04/2015 | Gary Silber | Reproduction | 2.00 |
| 02/04/2015 | Joseph P. Malca | Reproduction | 0.40 |
| 02/04/2015 | Joseph P. Malca | Reproduction | 0.20 |
| 02/04/2015 | Joseph P. Malca | Reproduction | 0.40 |
| 02/04/2015 | Joshua L. Kopple | Reproduction | 1.90 |
| 02/04/2015 | Joshua L. Kopple | Reproduction | 1.80 |
| 02/04/2015 | Peter J. Young | Reproduction | 0.10 |
| 02/04/2015 | Ronald E. Wood | Long Distance Telephone | 2.09 |
| 02/04/2015 | Mark K. Thomas | Out Of Town Meals | 40.00 |
| 02/04/2015 | Jeff J. Marwil | Out Of Town Meals | 80.00 |
| 02/04/2015 | Jeff J. Marwil | Out Of Town Meals | 120.00 |

| **Date** | **Name** | **Description** | **Amount** |
|---|---|---|---|
| 02/04/2015 | Joseph P. Malca | Meals/dinner Voucher | 16.75 |
| 02/04/2015 | Jeff J. Marwil | Out Of Town Meals | 120.00 |
| 02/04/2015 | Steven H. Holinstat | Dinner Voucher/sweb | 20.00 |
| 02/04/2015 | Cody S. Lonning | Westlaw | 3,956.00 |
| 02/04/2015 | Steven H. Holinstat | Taxicab/car Svc. (Office to Home) | 107.63 |
| 02/04/2015 | Jeffrey Chubak | Westlaw | 247.00 |
| 02/05/2015 | Jeffrey Chubak | Westlaw | 693.00 |
| 02/05/2015 | Mark K. Thomas | Taxicab/car Svc. (Office to LGA) | 56.24 |
| 02/05/2015 | Joseph P. Malca | Taxi, Carfare, Mileage and Parking (Office to Home) | 34.80 |
| 02/05/2015 | Jennifer L. Roche | Westlaw | 640.00 |
| 02/05/2015 | Cody S. Lonning | Westlaw | 3,316.00 |
| 02/05/2015 | Joseph P. Malca | Local Meals | 20.00 |
| 02/05/2015 | Jeff J. Marwil | Out Of Town Meals | 3.76 |
| 02/05/2015 | Jeff J. Marwil | Out Of Town Meals | 20.51 |
| 02/05/2015 | Peter J. Young | Long Distance Telephone | 0.35 |
| 02/05/2015 | Jeff J. Marwil | Messenger/delivery | 28.06 |
| 02/05/2015 | Jeff J. Marwil | Out Of Town Transportation (Home to ORD) | 84.00 |
| 02/05/2015 | Jeff J. Marwil | Out Of Town Transportation (ORD to Home) | 84.00 |
| 02/05/2015 | Jeff J. Marwil | Out Of Town Transportation (LGA to Hotel) | 43.35 |
| 02/05/2015 | Jeff J. Marwil | Out Of Town Transportation (Meeting to Hotel) | 10.56 |
| 02/05/2015 | Jeff J. Marwil | Out Of Town Transportation (Office to LGA) | 49.96 |
| 02/05/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking (ORD to Home) | 48.00 |
| 02/05/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking (LGA to Hotel) | 45.00 |
| 02/05/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking (Home to ORD) | 50.00 |
| 02/05/2015 | Paulette Lindo | Reproduction | 0.60 |
| 02/05/2015 | Paulette Lindo | Reproduction | 3.40 |
| 02/05/2015 | Paulette Lindo | Reproduction | 4.00 |
| 02/05/2015 | Paulette Lindo | Reproduction | 3.50 |
| 02/05/2015 | Paulette Lindo | Reproduction | 3.10 |
| 02/05/2015 | Paulette Lindo | Reproduction | 0.20 |
| 02/05/2015 | Paulette Lindo | Reproduction | 0.50 |
| 02/05/2015 | Paulette Lindo | Reproduction | 0.10 |
| 02/05/2015 | Jared Zajac | Reproduction | 3.60 |
| 02/05/2015 | Jared Zajac | Reproduction | 0.10 |
| 02/05/2015 | Jared Zajac | Reproduction | 3.30 |
| 02/05/2015 | Michael A. Firestein | Reproduction | 2.00 |

| Date | Name | Description | Amount |
|---|---|---|---:|
| 02/05/2015 | Michael A. Firestein | Reproduction | 2.00 |
| 02/05/2015 | Lorena Ramirez | Reproduction | 2.00 |
| 02/05/2015 | Michael A. Firestein | Reproduction | 2.00 |
| 02/05/2015 | Joseph P. Malca | Reproduction | 0.50 |
| 02/05/2015 | Joseph P. Malca | Reproduction | 0.60 |
| 02/05/2015 | Joseph P. Malca | Reproduction | 0.70 |
| 02/05/2015 | Joseph P. Malca | Reproduction | 0.60 |
| 02/05/2015 | Joseph P. Malca | Reproduction | 0.30 |
| 02/05/2015 | Joseph P. Malca | Reproduction | 5.00 |
| 02/05/2015 | Joseph P. Malca | Reproduction | 3.10 |
| 02/05/2015 | Joseph P. Malca | Reproduction | 3.10 |
| 02/05/2015 | Joseph P. Malca | Reproduction | 2.50 |
| 02/05/2015 | Gary Silber | Reproduction | 19.60 |
| 02/05/2015 | Joseph P. Malca | Reproduction | 2.20 |
| 02/05/2015 | Steven H. Holinstat | Reproduction | 4.70 |
| 02/05/2015 | Steven H. Holinstat | Reproduction | 2.00 |
| 02/05/2015 | Richard M. Corn | Reproduction | 1.80 |
| 02/05/2015 | Peter J. Young | Reproduction | 1.10 |
| 02/05/2015 | Peter J. Young | Reproduction | 0.10 |
| 02/05/2015 | Jeff J. Marwil | Airplane | 769.62 |
| 02/05/2015 | Mark K. Thomas | Airplane | 405.29 |
| 02/05/2015 | Mark K. Thomas | Airplane | 376.57 |
| 02/05/2015 | Mark K. Thomas | Lodging | 925.04 |
| 02/05/2015 | Jeff J. Marwil | Lodging | 1,500.00 |
| 02/06/2015 | Jared Zajac | Reproduction | 0.10 |
| 02/06/2015 | Steven H. Holinstat | Reproduction | 0.30 |
| 02/06/2015 | Steven H. Holinstat | Reproduction | 2.00 |
| 02/06/2015 | Steven H. Holinstat | Reproduction | 4.70 |
| 02/06/2015 | Steven H. Holinstat | Reproduction | 0.80 |
| 02/06/2015 | Steven H. Holinstat | Reproduction | 0.10 |
| 02/06/2015 | Peter J. Young | Reproduction | 3.20 |
| 02/06/2015 | Michele M. Reetz | Reproduction | 0.40 |
| 02/06/2015 | Michele M. Reetz | Reproduction | 0.10 |
| 02/06/2015 | Michele M. Reetz | Reproduction | 0.50 |
| 02/06/2015 | Michele M. Reetz | Reproduction | 0.10 |
| 02/06/2015 | Peter J. Young | Reproduction | 0.30 |
| 02/06/2015 | Peter J. Young | Reproduction | 0.40 |
| 02/06/2015 | Peter J. Young | Reproduction | 0.10 |
| 02/06/2015 | Peter J. Young | Reproduction | 0.50 |
| 02/06/2015 | Peter J. Young | Reproduction | 0.10 |
| 02/06/2015 | Michele M. Reetz | Reproduction | 0.20 |
| 02/06/2015 | Michele M. Reetz | Reproduction | 0.20 |
| 02/06/2015 | Michele M. Reetz | Reproduction | 0.60 |
| 02/06/2015 | Michele M. Reetz | Reproduction | 0.20 |

| **Date** | **Name** | **Description** | **Amount** |
|---|---|---|---:|
| 02/06/2015 | Michele M. Reetz | Reproduction | 0.30 |
| 02/06/2015 | Peter J. Young | Reproduction | 0.30 |
| 02/06/2015 | Michele M. Reetz | Reproduction | 0.10 |
| 02/06/2015 | Peter J. Young | Reproduction | 0.20 |
| 02/06/2015 | Peter J. Young | Reproduction | 0.60 |
| 02/06/2015 | Peter J. Young | Reproduction | 0.20 |
| 02/06/2015 | Peter J. Young | Reproduction | 0.30 |
| 02/06/2015 | Peter J. Young | Reproduction | 0.20 |
| 02/06/2015 | Jeff J. Marwil | Local Delivery | 24.00 |
| 02/06/2015 | Peter J. Young | Long Distance Telephone | 0.35 |
| 02/06/2015 | Joseph P. Malca | Local Meals | 9.43 |
| 02/06/2015 | Joseph P. Malca | Dinner Voucher/sweb | 20.00 |
| 02/06/2015 | Jennifer L. Roche | Westlaw | 1,715.00 |
| 02/06/2015 | Jared Zajac | Lexis | 120.00 |
| 02/06/2015 | Jeffrey Chubak | Westlaw | 939.00 |
| 02/08/2015 | Joseph P. Malca | Taxi, Carfare, Mileage and Parking (Office to Home) | 35.37 |
| 02/08/2015 | Joseph P. Malca | Dinner Voucher/sweb | 20.00 |
| 02/08/2015 | Joseph P. Malca | Local Meals | 20.00 |
| 02/09/2015 | Jeremy Peskin | Dinner Voucher/sweb | 20.00 |
| 02/09/2015 | Gary Silber | Dinner Voucher/sweb | 20.00 |
| 02/09/2015 | Joseph P. Malca | Meals/dinner Voucher | 20.00 |
| 02/09/2015 | Gary Silber | Taxicab/car Svc. (Office to Home) | 90.77 |
| 02/09/2015 | Cody S. Lonning | Westlaw | 939.00 |
| 02/09/2015 | Jeffrey Chubak | Westlaw | 791.00 |
| 02/09/2015 | Paulette Lindo | Reproduction | 0.70 |
| 02/09/2015 | Paulette Lindo | Reproduction | 0.60 |
| 02/09/2015 | Joseph P. Malca | Reproduction | 3.40 |
| 02/09/2015 | Gary Silber | Reproduction | 23.30 |
| 02/09/2015 | Joseph P. Malca | Reproduction | 1.70 |
| 02/09/2015 | Steven H. Holinstat | Reproduction | 0.70 |
| 02/09/2015 | Steven H. Holinstat | Reproduction | 0.80 |
| 02/09/2015 | Michele M. Reetz | Reproduction | 1.20 |
| 02/09/2015 | Michele M. Reetz | Reproduction | 1.00 |
| 02/09/2015 | Michele M. Reetz | Reproduction | 1.10 |
| 02/09/2015 | Michele M. Reetz | Reproduction | 1.10 |
| 02/10/2015 | Constance M. Morris | Reproduction | 5.10 |
| 02/10/2015 | Constance M. Morris | Reproduction | 5.60 |
| 02/10/2015 | Constance M. Morris | Reproduction | 0.60 |
| 02/10/2015 | Constance M. Morris | Reproduction | 0.10 |
| 02/10/2015 | Constance M. Morris | Reproduction | 0.10 |
| 02/10/2015 | Constance M. Morris | Reproduction | 0.30 |
| 02/10/2015 | Constance M. Morris | Reproduction | 0.20 |
| 02/10/2015 | Constance M. Morris | Reproduction | 0.30 |

48375660v2

| Date | Name | Description | Amount |
|---|---|---|---:|
| 02/10/2015 | Peter J. Young | Reproduction | 5.30 |
| 02/10/2015 | Michael A. Firestein | Reproduction | 13.70 |
| 02/10/2015 | Lorena Ramirez | Reproduction | 9.60 |
| 02/10/2015 | Michael A. Firestein | Reproduction | 7.60 |
| 02/10/2015 | Lorena Ramirez | Reproduction | 1.00 |
| 02/10/2015 | Gary Silber | Reproduction | 4.80 |
| 02/10/2015 | Gary Silber | Reproduction | 19.60 |
| 02/10/2015 | Gary Silber | Reproduction | 20.00 |
| 02/10/2015 | Gary Silber | Reproduction | 12.40 |
| 02/10/2015 | Gary Silber | Reproduction | 16.20 |
| 02/10/2015 | Gary Silber | Reproduction | 13.60 |
| 02/10/2015 | Gary Silber | Reproduction | 13.70 |
| 02/10/2015 | Gary Silber | Reproduction | 20.10 |
| 02/10/2015 | Gary Silber | Reproduction | 19.50 |
| 02/10/2015 | Gary Silber | Reproduction | 15.60 |
| 02/10/2015 | Michele M. Reetz | Reproduction | 5.60 |
| 02/10/2015 | Michele M. Reetz | Reproduction | 5.10 |
| 02/10/2015 | Peter J. Young | Reproduction | 5.30 |
| 02/10/2015 | Michele M. Reetz | Reproduction | 0.30 |
| 02/10/2015 | Michele M. Reetz | Reproduction | 0.80 |
| 02/10/2015 | Michele M. Reetz | Reproduction | 0.10 |
| 02/10/2015 | Michele M. Reetz | Reproduction | 0.30 |
| 02/10/2015 | Peter J. Young | Reproduction | 5.30 |
| 02/10/2015 | Jeffrey Chubak | Westlaw | 445.00 |
| 02/10/2015 | Jennifer L. Roche | Westlaw | 562.00 |
| 02/10/2015 | Cody S. Lonning | Westlaw | 3,366.00 |
| 02/10/2015 | Joseph P. Malca | Meals/dinner Voucher | 20.00 |
| 02/10/2015 | Peter J. Young | Long Distance Telephone | 9.73 |
| 02/10/2015 | Gary Silber | Dinner Voucher/sweb | 20.00 |
| 02/11/2015 | Lary Alan Rappaport | Long Distance Telephone | 5.21 |
| 02/11/2015 | Cody S. Lonning | Westlaw | 840.00 |
| 02/11/2015 | Stuart L. Rosow | Taxicab/car Svc. (Home to Newark Airport) | 93.53 |
| 02/11/2015 | Joseph P. Malca | Reproduction | 16.00 |
| 02/11/2015 | Gary Silber | Reproduction | 0.40 |
| 02/11/2015 | Joseph P. Malca | Reproduction | 0.20 |
| 02/11/2015 | Joseph P. Malca | Reproduction | 0.20 |
| 02/11/2015 | Gary Silber | Reproduction | 0.10 |
| 02/11/2015 | Gary Silber | Reproduction | 2.60 |
| 02/11/2015 | Gary Silber | Reproduction | 3.60 |
| 02/12/2015 | Paul Possinger | Reproduction | 13.00 |
| 02/12/2015 | Gary Silber | Reproduction | 3.50 |
| 02/12/2015 | Joseph P. Malca | Reproduction | 3.50 |
| 02/12/2015 | Kimberly White | Reproduction | 3.50 |

48375660v2

| **Date** | **Name** | **Description** | **Amount** |
|---|---|---|---|
| 02/12/2015 | Jennifer L. Roche | Westlaw | 582.00 |
| 02/12/2015 | Cody S. Lonning | Westlaw | 297.00 |
| 02/12/2015 | Michael A. Firestein | Out Of Town Meals | 26.60 |
| 02/12/2015 | Stuart L. Rosow | Out Of Town Meals | 40.00 |
| 02/12/2015 | Michael A. Firestein | Out Of Town Meals | 40.00 |
| 02/12/2015 | Joseph P. Malca | Meals/dinner Voucher | 20.00 |
| 02/12/2015 | Michael A. Firestein | Taxi, Carfare, Mileage and Parking (DFW to Hotel) | 51.00 |
| 02/12/2015 | Michael A. Firestein | Taxi, Carfare, Mileage and Parking (Parking at LAX) | 33.00 |
| 02/12/2015 | Michael A. Firestein | Lodging | 270.86 |
| 02/12/2015 | Stuart L. Rosow | Airplane | 2,586.90 |
| 02/12/2015 | Michael A. Firestein | Airplane | 25.00 |
| 02/12/2015 | Stuart L. Rosow | Lodging | 293.91 |
| 02/12/2015 | Michael A. Firestein | Airplane | 1,205.34 |
| 02/13/2015 | Jeff J. Marwil | Local Delivery | 15.00 |
| 02/13/2015 | Joseph P. Malca | Dinner Voucher/sweb | 20.00 |
| 02/13/2015 | Joshua L. Kopple | Westlaw | 99.00 |
| 02/13/2015 | Jennifer L. Roche | Westlaw | 1,867.00 |
| 02/13/2015 | Cody S. Lonning | Westlaw | 1,039.00 |
| 02/13/2015 | J. Devoy Dubuque | Reproduction | 2.40 |
| 02/13/2015 | J. Devoy Dubuque | Reproduction | 1.10 |
| 02/13/2015 | J. Devoy Dubuque | Reproduction | 2.30 |
| 02/13/2015 | Constance M. Morris | Reproduction | 0.10 |
| 02/13/2015 | Constance M. Morris | Reproduction | 1.70 |
| 02/13/2015 | Constance M. Morris | Reproduction | 1.70 |
| 02/13/2015 | Constance M. Morris | Reproduction | 0.90 |
| 02/13/2015 | Constance M. Morris | Reproduction | 0.10 |
| 02/13/2015 | Constance M. Morris | Reproduction | 34.70 |
| 02/13/2015 | Constance M. Morris | Reproduction | 0.10 |
| 02/13/2015 | Constance M. Morris | Reproduction | 0.10 |
| 02/13/2015 | Constance M. Morris | Reproduction | 0.60 |
| 02/13/2015 | Constance M. Morris | Reproduction | 0.60 |
| 02/13/2015 | Constance M. Morris | Reproduction | 0.10 |
| 02/13/2015 | Constance M. Morris | Reproduction | 3.70 |
| 02/13/2015 | Constance M. Morris | Reproduction | 3.70 |
| 02/13/2015 | Constance M. Morris | Reproduction | 0.10 |
| 02/13/2015 | Constance M. Morris | Reproduction | 3.00 |
| 02/13/2015 | Constance M. Morris | Reproduction | 0.20 |
| 02/13/2015 | Constance M. Morris | Reproduction | 0.20 |
| 02/13/2015 | Constance M. Morris | Reproduction | 0.20 |
| 02/13/2015 | Constance M. Morris | Reproduction | 0.20 |
| 02/13/2015 | Lorena Ramirez | Reproduction | 3.50 |
| 02/13/2015 | Michele M. Reetz | Reproduction | 0.90 |

| **Date** | **Name** | **Description** | **Amount** |
|---|---|---|---:|
| 02/13/2015 | Michele M. Reetz | Reproduction | 0.10 |
| 02/13/2015 | Michele M. Reetz | Reproduction | 0.10 |
| 02/14/2015 | Joseph P. Malca | Taxi, Carfare, Mileage and Parking (Office to Home) | 46.91 |
| 02/15/2015 | Joseph P. Malca | Local Meals | 20.00 |
| 02/15/2015 | Joshua L. Kopple | Westlaw | 99.00 |
| 02/15/2015 | Cody S. Lonning | Westlaw | 1,881.00 |
| 02/15/2015 | Jeffrey Chubak | Westlaw | 939.00 |
| 02/16/2015 | Jennifer L. Roche | Westlaw | 3,603.00 |
| 02/16/2015 | Cody S. Lonning | Westlaw | 495.00 |
| 02/16/2015 | Scott J. Fishwick | Westlaw | 787.40 |
| 02/16/2015 | Mark K. Thomas | Taxicab/car Svc. (Office to ORD) | 48.00 |
| 02/16/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking (Meeting to LGA) | 62.00 |
| 02/16/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking (LGA to Hotel) | 45.00 |
| 02/16/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking (From ORD to Marwil Home, then to Thomas Home) | 106.00 |
| 02/16/2015 | Joseph P. Malca | Taxi, Carfare, Mileage and Parking (Office to Home) | 36.31 |
| 02/16/2015 | Joseph P. Malca | Dinner Voucher/sweb | 20.00 |
| 02/16/2015 | Joseph P. Malca | Local Meals | 20.00 |
| 02/16/2015 | Joseph P. Malca | Local Meals | 20.00 |
| 02/16/2015 | Joseph P. Malca | Long Distance Telephone | 0.35 |
| 02/16/2015 | Joseph P. Malca | Long Distance Telephone | 0.70 |
| 02/16/2015 | Mark K. Thomas | Out Of Town Meals | 40.00 |
| 02/16/2015 | Document Services | Reproduction | 2.90 |
| 02/16/2015 | Document Services | Reproduction | 19.50 |
| 02/16/2015 | Document Services | Reproduction | 1.40 |
| 02/16/2015 | Joshua L. Kopple | Reproduction | 0.30 |
| 02/16/2015 | Peter J. Young | Reproduction | 4.80 |
| 02/16/2015 | Peter J. Young | Reproduction | 1.70 |
| 02/16/2015 | Peter J. Young | Reproduction | 2.20 |
| 02/16/2015 | Peter J. Young | Reproduction | 3.70 |
| 02/16/2015 | Peter J. Young | Reproduction | 0.80 |
| 02/16/2015 | Mark K. Thomas | Airplane | 847.65 |
| 02/16/2015 | Mark K. Thomas | Lodging | 415.45 |
| 02/17/2015 | Joseph P. Malca | Meals/dinner Voucher | 20.00 |
| 02/17/2015 | Joshua L. Kopple | Westlaw | 198.00 |
| 02/17/2015 | Jennifer L. Roche | Westlaw | 647.00 |
| 02/17/2015 | Jeffrey Chubak | Westlaw | 346.00 |
| 02/17/2015 | Jared Zajac | Reproduction | 0.70 |
| 02/17/2015 | Paulette Lindo | Reproduction | 0.20 |
| 02/17/2015 | Paulette Lindo | Reproduction | 0.40 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 02/17/2015 | Paulette Lindo | Reproduction | 0.20 |
| 02/17/2015 | Paulette Lindo | Reproduction | 0.20 |
| 02/17/2015 | Paulette Lindo | Reproduction | 6.20 |
| 02/17/2015 | Paulette Lindo | Reproduction | 0.30 |
| 02/17/2015 | Paulette Lindo | Reproduction | 0.20 |
| 02/17/2015 | Paulette Lindo | Reproduction | 0.20 |
| 02/17/2015 | Paulette Lindo | Reproduction | 0.10 |
| 02/17/2015 | Paulette Lindo | Reproduction | 0.20 |
| 02/17/2015 | Paulette Lindo | Reproduction | 0.10 |
| 02/17/2015 | Paulette Lindo | Reproduction | 0.20 |
| 02/17/2015 | Paulette Lindo | Reproduction | 0.10 |
| 02/17/2015 | Paulette Lindo | Reproduction | 2.40 |
| 02/17/2015 | Paulette Lindo | Reproduction | 0.10 |
| 02/17/2015 | Paulette Lindo | Reproduction | 2.00 |
| 02/17/2015 | Paulette Lindo | Reproduction | 0.10 |
| 02/17/2015 | Paulette Lindo | Reproduction | 0.10 |
| 02/17/2015 | Joshua L. Kopple | Reproduction | 0.40 |
| 02/17/2015 | Joshua L. Kopple | Reproduction | 0.40 |
| 02/17/2015 | Peter J. Young | Reproduction | 0.20 |
| 02/17/2015 | Peter J. Young | Reproduction | 0.10 |
| 02/17/2015 | Peter J. Young | Reproduction | 5.30 |
| 02/17/2015 | Peter J. Young | Reproduction | 9.50 |
| 02/18/2015 | Jennifer L. Roche | Westlaw | 1,602.00 |
| 02/18/2015 | Jared Zajac | Lexis | 100.00 |
| 02/18/2015 | Julie M. Allen | Taxicab/car Svc. (Home to JFK) | 81.86 |
| 02/18/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking (Home to ORD) | 84.00 |
| 02/18/2015 | Joseph P. Malca | Meals/dinner Voucher | 20.00 |
| 02/18/2015 | Jeff J. Marwil | Local Delivery | 15.00 |
| 02/18/2015 | Jared Zajac | Reproduction | 0.40 |
| 02/18/2015 | Jared Zajac | Reproduction | 0.40 |
| 02/18/2015 | Jared Zajac | Reproduction | 0.30 |
| 02/18/2015 | Michael E. Ellis | Reproduction | 6.00 |
| 02/18/2015 | Michael E. Ellis | Reproduction | 1.40 |
| 02/18/2015 | Michael E. Ellis | Reproduction | 2.20 |
| 02/18/2015 | Michael E. Ellis | Reproduction | 0.20 |
| 02/18/2015 | Michael E. Ellis | Reproduction | 1.90 |
| 02/18/2015 | Michael E. Ellis | Reproduction | 1.30 |
| 02/18/2015 | Peter J. Young | Reproduction | 2.30 |
| 02/18/2015 | Peter J. Young | Reproduction | 2.30 |
| 02/18/2015 | Peter J. Young | Reproduction | 0.50 |
| 02/18/2015 | Peter J. Young | Reproduction | 2.30 |
| 02/18/2015 | Peter J. Young | Reproduction | 2.00 |
| 02/18/2015 | Mark K. Thomas | Airplane | 1,015.65 |

48375660v2

| Date | Name | Description | Amount |
|---|---|---|---:|
| 02/18/2015 | Mark K. Thomas | Airplane | 200.00 |
| 02/18/2015 | Mark K. Thomas | Lodging | 300.00 |
| 02/19/2015 | Michael E. Ellis | Reproduction | 1.40 |
| 02/19/2015 | Michael E. Ellis | Reproduction | 2.00 |
| 02/19/2015 | Julie M. Allen | Reproduction | 3.70 |
| 02/19/2015 | Julie M. Allen | Reproduction | 0.40 |
| 02/19/2015 | Julie M. Allen | Reproduction | 0.40 |
| 02/19/2015 | Julie M. Allen | Reproduction | 0.20 |
| 02/19/2015 | Julie M. Allen | Reproduction | 1.90 |
| 02/19/2015 | Julie M. Allen | Reproduction | 0.40 |
| 02/19/2015 | Julie M. Allen | Reproduction | 2.40 |
| 02/19/2015 | Julie M. Allen | Reproduction | 1.70 |
| 02/19/2015 | Julie M. Allen | Reproduction | 1.70 |
| 02/19/2015 | Julie M. Allen | Reproduction | 0.10 |
| 02/19/2015 | Julie M. Allen | Reproduction | 0.10 |
| 02/19/2015 | Julie M. Allen | Reproduction | 0.10 |
| 02/19/2015 | Julie M. Allen | Reproduction | 0.10 |
| 02/19/2015 | Julie M. Allen | Reproduction | 0.10 |
| 02/19/2015 | Julie M. Allen | Reproduction | 2.30 |
| 02/19/2015 | Julie M. Allen | Reproduction | 1.10 |
| 02/19/2015 | Julie M. Allen | Reproduction | 0.10 |
| 02/19/2015 | Julie M. Allen | Reproduction | 1.50 |
| 02/19/2015 | Julie M. Allen | Reproduction | 4.90 |
| 02/19/2015 | Julie M. Allen | Reproduction | 5.00 |
| 02/19/2015 | Julie M. Allen | Reproduction | 0.90 |
| 02/19/2015 | Julie M. Allen | Reproduction | 1.00 |
| 02/19/2015 | Julie M. Allen | Reproduction | 1.80 |
| 02/19/2015 | Julie M. Allen | Reproduction | 2.30 |
| 02/19/2015 | Julie M. Allen | Reproduction | 0.10 |
| 02/19/2015 | Julie M. Allen | Reproduction | 0.10 |
| 02/19/2015 | Julie M. Allen | Reproduction | 0.10 |
| 02/19/2015 | Julie M. Allen | Reproduction | 0.50 |
| 02/19/2015 | Julie M. Allen | Reproduction | 0.30 |
| 02/19/2015 | Julie M. Allen | Reproduction | 0.30 |
| 02/19/2015 | Julie M. Allen | Reproduction | 6.00 |
| 02/19/2015 | Julie M. Allen | Reproduction | 0.10 |
| 02/19/2015 | Julie M. Allen | Reproduction | 0.10 |
| 02/19/2015 | Julie M. Allen | Reproduction | 0.10 |
| 02/19/2015 | Julie M. Allen | Reproduction | 0.10 |
| 02/19/2015 | Julie M. Allen | Reproduction | 0.50 |
| 02/19/2015 | Peter J. Young | Reproduction | 0.20 |
| 02/19/2015 | Peter J. Young | Reproduction | 1.30 |
| 02/19/2015 | Peter J. Young | Reproduction | 2.10 |
| 02/19/2015 | Peter J. Young | Reproduction | 3.60 |

48375660v2

| **Date** | **Name** | **Description** | **Amount** |
|---|---|---|---|
| 02/19/2015 | Joseph P. Malca | Meals/dinner Voucher | 20.00 |
| 02/19/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking (ORD to Home) | 118.00 |
| 02/19/2015 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking (Meeting to LAX) | 65.00 |
| 02/19/2015 | Jeff J. Marwil | Fax | 36.00 |
| 02/20/2015 | Stuart L. Rosow | Out Of Town Meals | 40.00 |
| 02/20/2015 | Stuart L. Rosow | Airplane | 3,315.15 |
| 02/20/2015 | Lorena Ramirez | Reproduction | 1.60 |
| 02/20/2015 | Lorena Ramirez | Reproduction | 1.90 |
| 02/20/2015 | Lorena Ramirez | Reproduction | 0.10 |
| 02/20/2015 | Lorena Ramirez | Reproduction | 15.20 |
| 02/20/2015 | Michele M. Reetz | Reproduction | 5.00 |
| 02/20/2015 | Michele M. Reetz | Reproduction | 2.30 |
| 02/20/2015 | Peter J. Young | Reproduction | 1.80 |
| 02/20/2015 | Michele M. Reetz | Reproduction | 0.80 |
| 02/20/2015 | Peter J. Young | Reproduction | 1.90 |
| 02/20/2015 | Peter J. Young | Reproduction | 1.90 |
| 02/20/2015 | Peter J. Young | Reproduction | 1.90 |
| 02/20/2015 | Michele M. Reetz | Reproduction | 5.00 |
| 02/20/2015 | Michele M. Reetz | Reproduction | 2.30 |
| 02/20/2015 | Michele M. Reetz | Reproduction | 0.80 |
| 02/20/2015 | Peter J. Young | Reproduction | 1.80 |
| 02/20/2015 | Kimberly White | Reproduction | 1.30 |
| 02/20/2015 | Michele M. Reetz | Reproduction | 3.00 |
| 02/20/2015 | Michele M. Reetz | Reproduction | 6.20 |
| 02/20/2015 | Michele M. Reetz | Reproduction | 2.60 |
| 02/20/2015 | Michele M. Reetz | Reproduction | 10.00 |
| 02/20/2015 | Michele M. Reetz | Reproduction | 0.40 |
| 02/20/2015 | Michele M. Reetz | Reproduction | 3.00 |
| 02/20/2015 | Michele M. Reetz | Reproduction | 6.20 |
| 02/20/2015 | Michele M. Reetz | Reproduction | 2.60 |
| 02/20/2015 | Michele M. Reetz | Reproduction | 10.00 |
| 02/20/2015 | Stuart L. Rosow | Lodging | 600.00 |
| 02/22/2015 | Joshua L. Kopple | Westlaw | 198.00 |
| 02/23/2015 | Joshua L. Kopple | Westlaw | 148.00 |
| 02/23/2015 | Julie M. Allen | Taxicab/car Svc. (Home to LGA) | 56.24 |
| 02/23/2015 | Paulette Lindo | Reproduction | 0.30 |
| 02/23/2015 | Paulette Lindo | Reproduction | 0.30 |
| 02/23/2015 | Lorena Ramirez | Reproduction | 7.40 |
| 02/23/2015 | Lorena Ramirez | Reproduction | 0.20 |
| 02/23/2015 | Gary Silber | Reproduction | 7.40 |
| 02/23/2015 | Joseph P. Malca | Reproduction | 0.20 |
| 02/23/2015 | Joseph P. Malca | Reproduction | 0.20 |

48375660v2

| Date | Name | Description | Amount |
|---|---|---|---|
| 02/23/2015 | Gary Silber | Reproduction | 0.20 |
| 02/23/2015 | Joseph P. Malca | Reproduction | 0.20 |
| 02/23/2015 | Joseph P. Malca | Reproduction | 0.20 |
| 02/23/2015 | Joseph P. Malca | Reproduction | 0.30 |
| 02/23/2015 | Joseph P. Malca | Reproduction | 0.30 |
| 02/23/2015 | Joseph P. Malca | Reproduction | 0.30 |
| 02/23/2015 | Joseph P. Malca | Reproduction | 0.60 |
| 02/23/2015 | Joseph P. Malca | Reproduction | 0.80 |
| 02/23/2015 | Joseph P. Malca | Reproduction | 0.40 |
| 02/23/2015 | Joseph P. Malca | Reproduction | 0.20 |
| 02/23/2015 | Joseph P. Malca | Reproduction | 0.80 |
| 02/23/2015 | Joseph P. Malca | Reproduction | 0.80 |
| 02/23/2015 | Joseph P. Malca | Reproduction | 0.40 |
| 02/23/2015 | Joseph P. Malca | Reproduction | 0.20 |
| 02/23/2015 | Lary Alan Rappaport | Reproduction | 7.40 |
| 02/23/2015 | Lary Alan Rappaport | Reproduction | 0.80 |
| 02/23/2015 | Lary Alan Rappaport | Reproduction | 0.20 |
| 02/23/2015 | Lary Alan Rappaport | Reproduction | 0.30 |
| 02/23/2015 | Peter J. Young | Reproduction | 0.20 |
| 02/23/2015 | Michele M. Reetz | Reproduction | 0.30 |
| 02/23/2015 | Kimberly White | Reproduction | 1.90 |
| 02/23/2015 | Peter J. Young | Reproduction | 1.90 |
| 02/23/2015 | Peter J. Young | Reproduction | 1.90 |
| 02/23/2015 | Peter J. Young | Reproduction | 1.90 |
| 02/23/2015 | Peter J. Young | Reproduction | 7.40 |
| 02/23/2015 | Peter J. Young | Reproduction | 1.90 |
| 02/23/2015 | Peter J. Young | Reproduction | 1.90 |
| 02/23/2015 | Peter J. Young | Reproduction | 1.90 |
| 02/23/2015 | Peter J. Young | Reproduction | 1.90 |
| 02/23/2015 | Michele M. Reetz | Reproduction | 0.20 |
| 02/23/2015 | Michele M. Reetz | Reproduction | 0.20 |
| 02/23/2015 | Michele M. Reetz | Reproduction | 0.20 |
| 02/23/2015 | Michele M. Reetz | Reproduction | 0.20 |
| 02/23/2015 | Michele M. Reetz | Reproduction | 0.20 |
| 02/23/2015 | Michele M. Reetz | Reproduction | 0.20 |
| 02/23/2015 | Proskauer Unassigned | Reproduction | 3.80 |
| 02/24/2015 | Paulette Lindo | Reproduction | 0.20 |
| 02/24/2015 | Paulette Lindo | Reproduction | 0.90 |
| 02/24/2015 | Paulette Lindo | Reproduction | 10.10 |
| 02/24/2015 | Paulette Lindo | Reproduction | 0.50 |
| 02/24/2015 | Paulette Lindo | Reproduction | 0.30 |
| 02/24/2015 | Paulette Lindo | Reproduction | 2.70 |
| 02/24/2015 | Paulette Lindo | Reproduction | 2.00 |
| 02/24/2015 | Paulette Lindo | Reproduction | 2.00 |

48375660v2

| Date | Name | Description | Amount |
|---|---|---|---:|
| 02/24/2015 | Paulette Lindo | Reproduction | 9.30 |
| 02/24/2015 | Steven H. Holinstat | Reproduction | 7.40 |
| 02/24/2015 | Steven H. Holinstat | Reproduction | 15.30 |
| 02/24/2015 | Steven H. Holinstat | Reproduction | 2.60 |
| 02/24/2015 | Steven H. Holinstat | Reproduction | 0.20 |
| 02/24/2015 | Michele M. Reetz | Reproduction | 1.40 |
| 02/24/2015 | Michele M. Reetz | Reproduction | 0.90 |
| 02/24/2015 | Michele M. Reetz | Reproduction | 1.90 |
| 02/24/2015 | Kimberly White | Reproduction | 0.20 |
| 02/24/2015 | Kimberly White | Reproduction | 74.10 |
| 02/24/2015 | Michele M. Reetz | Reproduction | 0.20 |
| 02/24/2015 | Kimberly White | Reproduction | 1.90 |
| 02/24/2015 | Michele M. Reetz | Reproduction | 0.20 |
| 02/24/2015 | Michele M. Reetz | Reproduction | 0.20 |
| 02/24/2015 | Michele M. Reetz | Reproduction | 0.20 |
| 02/24/2015 | Michele M. Reetz | Reproduction | 0.20 |
| 02/24/2015 | Michele M. Reetz | Reproduction | 1.60 |
| 02/24/2015 | Kimberly White | Reproduction | 1.90 |
| 02/24/2015 | Julie M. Allen | Taxicab/car Svc. (LGA to Home) | 56.24 |
| 02/24/2015 | Joshua L. Kopple | Westlaw | 99.00 |
| 02/24/2015 | Jennifer L. Roche | Westlaw | 1,190.00 |
| 02/24/2015 | Jared Zajac | Lexis | 273.00 |
| 02/24/2015 | Jeff J. Marwil | Local Delivery | 15.00 |
| 02/25/2015 | Gary Silber | Dinner Voucher/sweb | 20.00 |
| 02/25/2015 | Lary Alan Rappaport | Lexis | 27.75 |
| 02/25/2015 | Steven H. Holinstat | Westlaw | 1,096.10 |
| 02/25/2015 | Joshua L. Kopple | Westlaw | 396.00 |
| 02/25/2015 | Jennifer L. Roche | Westlaw | 458.00 |
| 02/25/2015 | Steven H. Holinstat | Westlaw | 2,281.66 |
| 02/25/2015 | Scott J. Fishwick | Westlaw | 5,572.18 |
| 02/25/2015 | Julie M. Allen | Taxicab/car Svc. (Home to LGA) | 56.24 |
| 02/25/2015 | Scott J. Fishwick | Westlaw | 962.43 |
| 02/25/2015 | Steven H. Holinstat | Reproduction | 0.70 |
| 02/25/2015 | Steven H. Holinstat | Reproduction | 1.10 |
| 02/25/2015 | Steven H. Holinstat | Reproduction | 1.50 |
| 02/25/2015 | Steven H. Holinstat | Reproduction | 0.70 |
| 02/25/2015 | Steven H. Holinstat | Reproduction | 0.20 |
| 02/25/2015 | Scott J. Fishwick | Reproduction | 3.90 |
| 02/25/2015 | Scott J. Fishwick | Reproduction | 0.80 |
| 02/25/2015 | Scott J. Fishwick | Reproduction | 1.30 |
| 02/25/2015 | Scott J. Fishwick | Reproduction | 0.50 |
| 02/25/2015 | Scott J. Fishwick | Reproduction | 1.90 |
| 02/25/2015 | Scott J. Fishwick | Reproduction | 2.20 |
| 02/25/2015 | Peter J. Young | Reproduction | 7.40 |

| **Date** | **Name** | **Description** | **Amount** |
|---|---|---|---:|
| 02/26/2015 | Jared Zajac | Reproduction | 2.00 |
| 02/26/2015 | Jared Zajac | Reproduction | 3.90 |
| 02/26/2015 | Jared Zajac | Reproduction | 0.10 |
| 02/26/2015 | Jared Zajac | Reproduction | 0.10 |
| 02/26/2015 | Joseph P. Malca | Reproduction | 7.40 |
| 02/26/2015 | Joseph P. Malca | Reproduction | 0.20 |
| 02/26/2015 | Steven H. Holinstat | Reproduction | 0.50 |
| 02/26/2015 | Steven H. Holinstat | Reproduction | 0.50 |
| 02/26/2015 | Steven H. Holinstat | Reproduction | 0.10 |
| 02/26/2015 | Steven H. Holinstat | Reproduction | 2.90 |
| 02/26/2015 | Steven H. Holinstat | Reproduction | 2.90 |
| 02/26/2015 | Joshua L. Kopple | Reproduction | 1.00 |
| 02/26/2015 | Joshua L. Kopple | Reproduction | 3.40 |
| 02/26/2015 | Jennifer L. Roche | Reproduction | 4.00 |
| 02/26/2015 | Jennifer L. Roche | Reproduction | 3.20 |
| 02/26/2015 | Jennifer L. Roche | Reproduction | 1.00 |
| 02/26/2015 | Peter J. Young | Reproduction | 0.50 |
| 02/26/2015 | Peter J. Young | Reproduction | 2.90 |
| 02/26/2015 | Steven H. Holinstat | Westlaw | 385.22 |
| 02/26/2015 | Steven H. Holinstat | Westlaw | 1,357.54 |
| 02/26/2015 | Joshua L. Kopple | Westlaw | 99.00 |
| 02/26/2015 | Jennifer L. Roche | Westlaw | 1,310.00 |
| 02/26/2015 | Cody S. Lonning | Westlaw | 495.00 |
| 02/27/2015 | Jennifer L. Roche | Westlaw | 508.00 |
| 02/27/2015 | Lary Alan Rappaport | Lexis | 360.00 |
| 02/27/2015 | Jared Zajac | Lexis | 299.81 |
| 02/27/2015 | Jared Zajac | Reproduction | 3.50 |
| 02/27/2015 | Lorena Ramirez | Reproduction | 7.30 |
| 02/27/2015 | Lorena Ramirez | Reproduction | 0.20 |
| 02/27/2015 | Jennifer L. Roche | Reproduction | 2.70 |
| 02/27/2015 | Jennifer L. Roche | Reproduction | 2.70 |
| 02/27/2015 | Jennifer L. Roche | Reproduction | 0.40 |
| 02/27/2015 | Jennifer L. Roche | Reproduction | 0.40 |
| 02/27/2015 | Peter J. Young | Reproduction | 3.50 |

**Disbursements and Other Charges**                                $    80,008.13