## EXHIBIT A

**SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY**

**(See Guidelines C.8. for project category information.)**

| Project Category | Hours Budgeted | Fees Budgeted | Hours Billed | Fees Sought |
|---|---|---|---|---|
| Administration | | | 17.80 | $        - |
| Asset Disposition | | | 1.40 | $       591.00 |
| Assumption/Rejection of Leases & Contracts | | | 2.60 | $     1,418.00 |
| Avoidance Action Analysis | | | 29.60 | $   12,985.00 |
| Bankruptcy-Related Advice | | | 20.00 | $     9,426.50 |
| Business Operations | | | 3.40 | $     1,962.00 |
| Case Administration | | | 13.30 | $     4,875.50 |
| Claims & Plan | | | 6.10 | $     2,562.00 |
| Claims Administration & Objections | | | 9.40 | $     5,249.50 |
| Employment/Fee Application Objections | | | 3.30 | $     1,188.00 |
| Employment/Fee Applications | | | 80.20 | $   36,960.00 |
| Financing & Cash Collateral | | | 2.90 | $     1,885.00 |
| General Bankruptcy Advice/Opinions | | | 1.10 | $       396.00 |
| Litigation Contested Matters(excl assump/rejection motions | | | 35.40 | $   15,294.50 |
| Meetings of & Communications with Creditors or the Comm | | | 9.60 | $     4,686.00 |
| Plan & Disclosure Statement (including business plan) | | | 14.30 | $     6,745.00 |
| Relief from Stay/Adequate Protection Proceedings | | | 0.20 | $       130.00 |
| Tax Issues | | | 0.20 | $       130.00 |
| | | | **250.80** | **$ 106,484.00** |

**EXHIBIT B**

SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION

| Name | Title | Section | Date of First Admission | Fees Billed | Hours Billed | Hourly Rate Billed in This Application | Hourly Rate Billed in First Interim Application | Number of Rate Increases Since Case Inception |
|---|---|---|---|---|---|---|---|---|
| Katona, Shanti M. | Shareholder | FR Bankruptcy and Restructuring | 05/01/2007 | $ 5,208.00 | 12.40 | 420 | 420 | 0 |
| Ward, Chris A. | Shareholder | FR Bankruptcy and Restructuring | 12/15/1999 | $ 43,420.00 | 66.80 | 650 | 650 | 0 |
| Blakely Paquet, Elizabe | Associate | FR Bankruptcy and Restructuring | 05/01/2014 | $ 2,850.00 | 9.50 | 300 | 300 | 0 |
| Edelson, Justin K. | Associate | FR Bankruptcy and Restructuring | 05/01/2007 | $ 37,632.00 | 89.60 | 420 | 420 | 0 |
| Vine, Jarrett K. | Associate | FR Bankruptcy and Restructuring | 01/01/2009 | $ 10,908.00 | 30.30 | 360 | 360 | 0 |
| Suprum, Lindsey M. | Paralegal | FR Bankruptcy and Restructuring | | $ 6,466.00 | 24.40 | 265 | 265 | 0 |
| | | | | $ 106,484.00 | 233.00 | 457 | | |

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS

( See Guidelines C.3. for definitions of terms used in this Exhibit.)

| Category of Timekeeper (using categories already maintained by the firm) | BLENDED HOURLY RATE | |
|---|---|---|
| | BILLED OR COLLECTED<br><br>Firm or offices for preceding year,<br>excluding bankruptcy | BILLED<br><br><br>In this fee application |
| Shareholder | $ 335.08 | $ 613.99 |
| Associate | $ 280.67 | $ 397.14 |
| Paralegal | $ 194.02 | $ 265.00 |
| **All timekeepers averaged** | $ 269.92 | $ 425.38 |

49091408.1

**EXHIBIT C**

**SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY**

**(See Guidelines C.8. for project category information.)**

| Category | Amount |
|---|---|
| Client Advance | $ 35.18 |
| Deliveries | $ 30.00 |
| Meals | $ 397.82 |
| Miscellaneous | $ 30.00 |
| Transcript of Proceedings | $ 193.40 |
| | $ **686.40** |

49091408.1

## EXHIBIT D

**Detailed Description of Expenses and Disbursements**


## POLSINELLI

# Invoice Detail

For Professional Services Through 2/28/15
File No. 078582-475724
**Re: Chapter 11 Bankruptcy**

Page 87
March 31, 2015
Invoice No: 1157953

## Disbursements

| Date | Description | Amount |
|---|---|---|
| 02/08/15 | Meals DLS Discovery LLC | $74.25 |
| 02/11/15 | Meals Meal 1 | 112.75 |
| 02/11/15 | Meals Meal | 37.50 |
| 02/15/15 | Meals DLS Discovery LLC | 56.12 |
| 02/15/15 | Deliveries DLS Discovery LLC | 15.00 |
| 02/16/15 | Transcript of Proceedings Veritext New York Reporting Co. certified transcript electronic copy | 193.40 |
| 02/18/15 | Deliveries DLS Discovery LLC | 15.00 |
| 02/18/15 | Meals Meal 1 | 58.20 |
| 02/19/15 | Client Advance DLS Discovery LLC print b/w from tiff or pdf assembled (stapled per document) scan light litigation b/w large sections of clips or rubber bands  pdf emailed to cliet | 35.18 |
| 02/20/15 | Miscellaneous Telephonic Appearance A6744053 | 30.00 |
| 02/20/15 | Meals DLS Discovery LLC | 44.00 |
| 02/26/15 | Meals DLS Discovery LLC | 15.00 |
| | **Total Disbursements** | **$686.40** |

Total Disbursements                                                                    686.40

**Total Current Charges Due**                                              **$107,170.40**