**<u>Exhibit 2</u>**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE:                              .   Chapter 11
                                    .
FEDDERS NORTH AMERICA, INC.,        .   Case No. 07-11176(BLS)
*et al.*,                           .   (Jointly Administered)
                                    .
                                    .   March 24, 2008
                                    .   1:00 p.m.
        Debtors.                    .   (Wilmington)
                                    .

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY COURT JUDGE

Proceedings recorded by electronic sound recording;
transcript produced by transcription service.

1   I think that our, our argument today has, has made it clear

2   that that analysis, while often the subject of discussion

3   between counsel, is actually much more subtle and much more

4   complicated a test.  And how the standard under Rule 12(b)(6)

5   applies or should apply here is, is difficult for me to, to

6   walk through.  There is a temptation to go through and

7   essentially conduct a motion to dismiss hearing.  And in some

8   respects that's where counsel's argument on both sides went.

9   And I cannot believe that that is the appropriate analysis.

10  Rather, I think when we consider colorability, the, the

11  threshold consideration the Court has is that this is at a

12  stage prior to the commencement of litigation, and as a

13  general proposition, in normal civil litigation, this is

14  prior to the commencement or exchange of formal discovery.

15  So the allegations, the sufficiency of the allegations simply

16  cannot be to a Rule 12(b)(6) standard, because we haven't

17  even filed the complaint yet.  And this case is a case where

18  we do have a complaint that's been submitted, which is

19  helpful to the Court's analysis, but I don't think that the

20  decisional law that deals with authorizing a committee to

21  prosecute litigation necessarily presumes the existence of

22  that complaint before authorization is granted.  So I can't

23  assume that, that I would have the opportunity, or that the

24  standard requires, a line by line, claim by claim analysis.

25  While that may be appealing to the parties, and particularly

1  instruments for return or indemnification of funds, and
2  likewise for the officers and directors as well, I'm
3  confident from my review of their materials that they do,
4  they are entitled, or would be entitled to at least make
5  claims for indemnification.  So I have a very real concern
6  that, that the benefit to the estate is actually the close
7  call here, simply because I am familiar with the cost of this
8  type of litigation.  And the suggestion that it could be done
9  relatively inexpensively is, is simply not born out, at least
10 by my experience.  So I will authorize the filing of the
11 complaint.  I will stay litigation and all proceedings in
12 connection with the complaint, other than its filing and
13 service, pending a further status conference that I want to
14 conduct after the parties have had an opportunity to confer.
15 And we have a hearing coming up on the 16th of April at 2 p.m.
16 That is an omnibus hearing.  At which point I will ask the
17 Debtors to schedule a status conference.  And just so that
18 the parties understand, there was a colloquy that I thought
19 raised kind of an interesting point, but not very helpful for
20 our purposes today, of whether or not if an intensive Rule
21 12(b)(6) analysis were the, were the gate of which I am the
22 gate keeper, then would Rule 12(b)(6) then become meaningless
23 once the complaint is filed, because we've already been
24 through that exercise.  Again, I find that that cannot be the
25 test.  My ruling today is in no respect a conclusion, or a

1  comment, or a determination, or a finding that some, most, or
2  all of the claims and causes of action that have been
3  articulated may or may not be subject to dismissal under Rule
4  12, and I would expect that there would be substantial motion
5  practice in the motion to dismiss context under Rule 12 at
6  the earliest stages of this litigation.  There are, these are
7  difficult claims and causes of action.  There was reference
8  to the Trendwick decision.  As a practical matter, litigation
9  between sophisticated parties that involves assumptions about
10 fraudulent behavior are, by definition, very, very difficult
11 to prove.  And very, very difficult to sufficiently develop.
12 Can it occur?  Yes.  Have we seen cases that had that?  Yes.
13 But I want the Committee to understand that, that you have a
14 tough row to hoe.  I assume you know that already, but this
15 is a, these are difficult claims to develop, and the case law
16 is not favorable both in terms of director and officer
17 protections, as well as the developed case law on, on lender
18 liability issues.  In addition let me make one final point.
19 That were there more time, I would perhaps deal with the
20 motion on a defendant by defendant basis.  Perhaps not a
21 claim by claim basis.  And that may be preferable, because as
22 a practical matter, there may be defendants against whom
23 litigation should not be commenced, simply because of a,
24 almost a futility analysis.  But I don't believe that I have
25 sufficient opportunity with a deadline coming up in seven

1   days, and so I realize that, that it is difficult to

2   distinguish between the determination the Court's making

3   today and what would be presumably a, a fairly

4   straightforward determination in the context of Rule

5   12(b)(6).  But I think as a practical matter, judicial

6   economy and the principle of allowing the Court to rule on

7   matters on the merits, leads me to make that determination

8   that I will consider them on a Rule 12 motion, and I will not

9   preclude today the filing of, of the complaint.  Are there

10  any questions?  Okay.  Mr. Haddad.

11              MR. HADDAD:  Your Honor, obviously we haven't

12  discussed this with, with our client yet.  But with respect

13  to the stay of, of matters, I presume that's limited to

14  answer and discovery, and not, for example, the filing of a

15  notice of appeal, or for a motion for a leave to appeal if

16  that's something that my client would like us to pursue.

17              THE COURT:  No.  Certainly.  I mean, I don't think I

18  can stay you from filing an appeal.  If I could my job would

19  be a lot easier.  No, of course.  To the extent that parties

20  seek, would seek to, leave to appeal or for reconsideration,

21  that's not stayed.  My concern as I, as I couched it was in

22  the context of the second prong of the analysis is the

23  benefit to the estate.  The one I'm most acutely aware of is

24  that fact of the cost to this estate from the litigation.

25  And I, and I appreciate the candor of all parties.  There are