<u>**Exhibit 3**</u>

**Schedule of Real Property**

| Debtor[1] | County | Property Description[1] |
|---|---|---|
| Big Brown Lignite Company LLC | Freestone | Lignite at 835 FM 2570, Fairfield, TX 75840 |
| Big Brown Power Company LLC | Freestone | Big Brown Power Plant (coal) - located on approximately 7,700 acres at 850 FM 2570, Fairfield, TX 75840 |
| Luminant Big Brown Mining Company LLC | Freestone | Big Brown Mine - approximately 12,288 acres located at 835 FM 2570, Fairfield, TX 75840 |
| Luminant Generation Company LLC | Somervell/ Hood | Comanche Peak Power Plant (nuclear) - located on approximately 7,782 acres at 6322 N. FM 56, Glen Rose, TX 76043 |
| Luminant Generation Company LLC | Panola | Martin Lake Power Plant (coal) - located on approximately 7,577 acres at 8850 FM 2658, Tatum, TX 75651 |
| Luminant Generation Company LLC | Henderson | Forest Grove - approximately 5,125 acres located at CR 1400, Malakoff, TX 75148 |
| Luminant Generation Company LLC | Mitchell | Morgan Creek Power Plant (gas) - located on approximately 7,670 acres at 3177 Highway 163, Colorado City, TX 79512 |
| Luminant Generation Company LLC | McLennan | Vacant land (formerly site of Lake Creek Power Plant) - approximately 1,895 acres located at 4278 W. Lake Creek Road, Riesel, TX 76682 |
| Luminant Generation Company LLC | Franklin | 8127 Oak Grove Road, Franklin, TX 77856 |
| Luminant Generation Company LLC | Dallas | Vacant land (site of former North Lake Power Plant, now demolished) - approximately 136 acres located at 14901 North Lake Road, Coppell, TX 75019 |
| Luminant Generation Company LLC | Red River | Vacant land (site of former River Crest Power Plant, now demolished) - approximately 1,466 acres located at US 271, Bogata, TX 75417 |
| Luminant Generation Company LLC | Dallas | Improvements at Energy Plaza, 1601 Bryan St, Dallas, TX 75201 |
| Luminant Generation Company LLC | Smith | Improvements at Luminant Academy located at Tyler Junior College, 1530 SSW Loop 323, Tyler, TX 75701 |
| Luminant Mining Company LLC | Rusk | Martin Lake Mines - approximately 56,953 acres located at 12006 CR 2144 East, Tatum, TX 75691 |
| Luminant Mining Company LLC | Titus/ Franklin/ Hopkins/ Camp | Monticello Mines - approximately 34,244 acres located at 6833 FM 127, Mt. Pleasant, TX 75455 |
| Luminant Mining Company LLC | Henderson | Forest Grove Mine - approximately 8,273 acres located at CR 1400, Malakoff, TX 75148 |
| NCA Resources Development Company LLC | Henderson | Vacant land - approximately 107 acres located at CR 1400, Malakoff, TX 75148 |

(1) Source of information presented is the Debtors' Schedules of Assets and Liabilities.

**Schedule of As-Extracted Collateral**

| Debtor[1] | As-Extracted Collateral[1] | County | Assumed Location of As-Extracted Collateral[1] |
|---|---|---|---|
| Luminant Generation Company LLC | Nuclear fuel valued at less than $310,867,908 Fuel stock valued at less than $109,772,240 | Tarrant | Vacant land (formerly site of Eagle Mountain Power Plant, now demolished) - approximately 173 acres located at 10029 Morris-dido Neward Road, Ft. Worth, TX 76179 |
| | | Mitchell | Morgan Creek Power Plant (gas) - located on approximately 7,670 acres at 3177 Highway 163, Colorado City, TX 79512 |
| | | Franklin | 8127 Oak Grove Road, Franklin, TX 77856 |
| | | Dallas | Vacant land (site of former North Lake Power Plant, now demolished) - approximately 136 acres located at 14901 North Lake Road, Coppell, TX 75019 |
| | | Dallas | Vacant land (site of former Mountain Creek Power Plant) - approximately 476 acres located at I20 & Beltline Road, Dallas, TX |
| | | Red River | Vacant land (site of former River Crest Power Plant, now demolished) - approximately 1,466 acres located at US 271, Bogata, TX 75417 |
| | | Dallas | Improvements at Energy Plaza, 1601 Bryan St, Dallas, TX 75201 |
| | | Lee/Bastrop | Three Oaks Mine, located on approximately 11,054 acres at 7207 West FM 696, Elgin, TX 78621 |
| | | Smith | Improvements at Luminant Academy located at Tyler Junior College, 1530 SSW Loop 323, Tyler, TX 75701 |

(1) Source of information presented is the Debtors' Schedules of Assets and Liabilities.