## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al*.,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Ref. Docket Nos. 3896 and 3897** |

### <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK  )

CAROL ZHANG, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On March 13, 2015, I caused to be served:

    a)  the "Notice of 'Debtors' Twelfth Omnibus (Non-Substantive) Objection to (Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1' and Hearing Thereon," dated March 13, 2015, to which was attached the "Debtors' Twelfth Omnibus (Non-Substantive) Objection to (Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1," dated March 13, 2015 [Docket No. 3896], (the "12th Omnibus Objection"),

    b)  the "Declaration of Steven R. Kotarba, Managing Director with Alvarez & Marsal North America, LLC, in Support of the Debtors' Twelfth Omnibus (Non-Substantive) Objection to (Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1," dated March 13, 2015 [Docket No. 3897], (the "Kotarba Declaration"),

---

[1]   The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

c) *a customized Cover Memo from Energy Future Holdings, to include the affected claim holder's claim number(s) regarding their claim*, dated March 13, 2015, a sample of which is annexed hereto as <u>Exhibit A</u>, (the "Cover Memo"), and

d) a customized version of the "Notice of Debtors' Twelfth Omnibus (Non-Substantive) Objection to (Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, 3007, and Local Bankruptcy Rule 3007-1 and Hearing Thereon," dated March 13, 2015, a sample of which is annexed hereto as <u>Exhibit B</u>, (the "12th Omnibus Objection Custom Notice"),

by causing true and correct copies of the:

   i.   12th Omnibus Objection and Kotarba Declaration, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit C</u>,

   ii.   12th Omnibus Objection and Kotarba Declaration, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit D</u>, and

   iii.   12th Omnibus Objection without exhibits to Exhibit A, Kotarba Declaration, Cover Memo, and 12th Omnibus Objection Custom Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit E</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Carol Zhang

Sworn to before me this
17th day of March, 2015

Notary Public

ELLI KREMPA
Notary Public, State of New York
No. 01KR6175879
Qualified in Suffolk County
Commission Expires October 22, 2015

**EXHIBIT A**

**Energy Future Holdings**

March 13, 2015

We are writing to you today about the claim (or claims) you filed as part of Energy Future Holdings' Chapter 11 proceedings.

The company is unable to allow your claim(s) – number(s) [INSERT].  Our response to your claim(s) is detailed in the enclosed materials.

As indicated in the enclosed Notice, which has been customized to address your claim and the company's response to your claim, if you have a response, you must file it with the Bankruptcy Court on or before **March 27, 2015**.  You must also send a copy of any such response to the debtors' counsel listed on the Notice so that it is **actually received** by March 27, 2015 at 4:00 PM (ET).

If you have any questions, please call our dedicated telephone hotline at (844) 415-6962 free of charge or send your contact information to efhcorrespondence@kirkland.com and a representative will be in touch with you shortly.

Thank you.

**EXHIBIT B**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF DEBTORS' TWELFTH OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (INSUFFICIENT DOCUMENTATION) CLAIMS PURSUANT TO
SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001,
3003, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

**TO**: [NAME]
[STREET ADDRESS]
[CITY], [STATE] [ZIP]
[COUNTRY]

**Basis for Objection**: [BASIS]

|  | __Claim Number__ | __Claim Amount__ |
|---|---|---|
| **Claim(s) to be Expunged**: | [####] | [####] |

On March 13, 2015 the above-captioned debtors and debtors in possession (the "Debtors") filed the **Debtors' Twelfth Omnibus (Non-Substantive) Objection to (Insufficient Documentation) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1** (the "Objection")[2] a copy of which is attached hereto.

By the Objection, the Debtors seek to disallow the claim(s) listed as "Claim(s) to be Expunged" for the reason stated above and as further described in the Objection.  Once disallowed, the "Claim(s) to be Expunged" will be removed from the Claims Register.

Responses to the Objection, if any, must be in writing and filed on or before **March 27, 2015, at 4:00 PM (ET)** (the "Objection Deadline"), with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of any such response upon the undersigned counsel to the Debtors listed so that the response is **actually received** on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **APRIL 14, 2015, AT 9:30 AM (ET),** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801.

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]    Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Objection.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

If you have questions about the Objection, please call (844) 415-6962 or send your contact information to efhcorrespondence@kirkland.com, both free of charge.

Wilmington, Delaware
Dated:  March 13, 2015

/s/ Jason M. Madron
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:        (302) 651-7700
Facsimile:         (302) 651-7701
Email:               collins@rlf.com
                          defranceschi@rlf.com
                          madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:        (212) 446-4800
Facsimile:         (212) 446-4900
Email:               edward.sassower@kirkland.com
                          stephen.hessler@kirkland.com
                          brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:        (312) 862-2000
Facsimile:         (312) 862-2200
Email:               james.sprayregen@kirkland.com
                          marc.kieselstein@kirkland.com
                          chad.husnick@kirkland.com
                          steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

**EXHIBIT C**

ENERGY FUTURE HOLDINGS CORP., ET AL.
CONSENTED TO EMAIL FED. R. BANKR. P. RULE 2002 LIST PARTIES
EMAIL NOTICE

| Name | Party / Attention | Email Address |
|---|---|---|
| BAILEY BRAUER PLLC | (COUNSEL TO PINNACLE TECHNICAL RESOURCES INC)<br>ATTN: BENJAMIN L STEWART ESQ | bstewart@baileybrauer.com |
| BARNES & THORNBURG LLP | (COUNSEL TO COVERDYN)<br>ATTN: PAULA J JACOBI ESQ | pjacobi@btlaw.com |
| BARNES & THORNBURG LLP | (COUNSEL TO COVERDYN)<br>ATTN: KEVIN G COLLINS ESQ | Kevin.Collins@btlaw.com |
| CRAVATH SWAIN & MOORE LLP | (COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC/EFIH)<br>ATTN: RICHARD LEVIN ESQ | rlevin@cravath.com |
| PERKINS COIE LLP | (COUNSEL TO DELAWARE TRUST COMPANY, AS SUCC TTEE<br>UNDER TCEH 11.5% SENIOR SECURED NOTES INDENTURE)<br>ATTN: TINA N MOSS ESQ | tmoss@perkinscoie.com |
| PINCKNEY, WEIDINGER, URBAN & JOYCE LLC | (COUNSEL TO AUTOMATIC SYSTEMS, INC.)<br>ATTN: GREGORY T DONILON ESQ | gdonilon@pwujlaw.com |
| SEARCY & SEARCY PC | (COUNSEL TO D.COURTNEY CONSTRUCTION INC)<br>ATTN: JOSHUA R SEARCY ESQ AND JOSHUA P SEARCY ESQ | joshsearcy@jrsearcylaw.com;<br>jrspc@jrsearcylaw.com |
| GREGORY D. WILLARD, ESQ. | (COUNSEL TO AUTOMATIC SYSTEMS, INC.) | gregoryd.willard@gmail.com |

| | |
|---|---|
| **Total Email Count** | **9** |

**EXHIBIT D**

| Claim Name | Address Information |
|---|---|
| ABRAMS & BAYLISS LLP | (COUNSEL TO GOLDMAN, SACHS & CO.) KEVIN G. ABRAMS & JOHN M. SEAMAN 20 MONTCHANIN RD STE 200 WILMINGTON DE 19807 |
| AKERMAN LLP | (COUNSEL TO SIEMENS POWER GENERATION INC.) ATTN: SUNDEEP S. SIDHU 420 S ORANGE AVE STE 1200 ORLANDO FL 32801-4904 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: I.DIZENGOFF; A.QURESHI; S.BALDINI; M.LAHAIE; R.BOLLER; C.CARTY; L.ZAHRADKA ONE BRYANT PARK BANK OF AMERICA TOWER NEW YORK NY 10036-6745 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | (COUNSEL TO AD HOC COMMITTEE OF EFIH UNSECURED NOTEHOLDERS AND EFIH SECOND LIEN DIP COMMITMENT) ATTN: SCOTT ALBERINO; JOANNA NEWDECK ROBERT S. STRAUSS BUILDING 1333 NEW HAMPSHIRE AVE, NW WASHINGTON DC 20036-1564 |
| ALDINE INDEPENDENT SCHOOL DISTRICT | ATTN: COURTENEY F HARRIS, ESQ 14910 ALDINE WESTFIELD RD HOUSTON TX 77032 |
| ALVAREZ & MARSAL | ATTN: PAUL KINEALY 55 W MONROE STE 4000 CHICAGO IL 60603 |
| AMERICAN STOCK TRANSFER & TRUST CO LLC | ATTN: GENERAL COUNSEL 6201 15TH AVE BROOKLYN NY 11219 |
| AMERICAN STOCK TRANSFER & TRUST CO LLC | ATTN: PAUL KIM 6201 15TH AVENUE BROOKLYN NY 11219 |
| ASHBY & GEDDES, P.A. | (COUNSEL TO WILMINGTON SAVINGS/WSFS) ATTN: WILLIAM BOWDEN ESQ & GREGORY TAYLOR ESQ 500 DELAWARE AVE WILMINGTON DE 19899 |
| BAKER BOTTS LLP | (COUNSEL TO CENTERPOINT) ATTN: JAMES PRINCE; OMAR J ALANIZ; IAN E ROBERTS 2001 ROSS AVE DALLAS TX 75201-2980 |
| BALLARD SPAHR LLP | (COUNSEL TO LOUISIANA ENERGY & URENCO) ATTN: MATTHEW G SUMMERS ESQ 919 N MARKET ST 11TH FL WILMINGTON DE 19801 |
| BARNES & THORNBURG LLP | (COUNSEL TO CONVERDYN) ATTN: KEVIN G COLLINS ESQ 1000 N WEST ST STE 1500 WILMINGTON DE 19801 |
| BAYARD PA | (COUNSEL TO CSC TRUST CO OF DELAWARE, SUCC TTEE UNDER THE TCEH 11.5% SR SECURED NOTES INDENTURE) ATTN: NEIL GLASSMAN ESQ 222 DELAWARE AVE STE 900 WILMINGTON DE 19801 |
| BENESCH FRIEDLANDER COPLAN & ARONOFF LLP | (COUNSEL TO THERMO FISHER SCIENTIFIC INC. AND ITS AFFILIATES AND SUBSIDIARIES) ATTN: KEVIN M. CAPUZZI 222 DELAWARE AVE STE 801 WILMINGTON DE 19801-1611 |
| BLANK ROME LLP | (COUNSEL TO WILMINGTON TRUST, NA) ATTN: MICHAEL B. SCHAEDLE ONE LOGAN SQUARE 130 N 18TH ST PHILADELPHIA PA 19103 |
| BLANK ROME LLP | (COUNSEL TO WILMINGTON TRUST, NA) ATTN: MICHAEL DEBAECHE; STANLEY TARR 1201 MARKET ST STE 800 WILMINGTON DE 19801 |
| BLUME  FAULKNER  SKEEN & NORTHAM PLLC | (COUNSEL TO NATIONAL FIELD SERVICES) ATTN: BRETTON C. GERARD 111 W SPRING VALLEY RD STE 250 RICHARDSON TX 75081 |
| BRICKFIELD, BURCHETTE, RITTS & STONE, PC | (COUNSEL TO TEX-LA ELECTRIC COOPERATIVE OF TEXAS) ATTN: CHRISTINE C. RYAN 1025 THOMAS JEFFERSON STREET, NW WASHINGTON DC 20007 |
| BROWN & CONNERY, LLP | (COUNSEL TO SAP INDUSTRIES, INC.) ATTN: DONALD K. LUDMAN 6 NORTH BROAD ST STE 100 WOODBURY NJ 08096 |
| BROWN RUDNICK LLP | (COUNSEL TO WILMINGTON SAVINGS/WSFS) ATTN: EDWARD WEISFELNER ESQ SEVEN TIMES SQUARE NEW YORK NY 10036 |
| BROWN RUDNICK LLP | ATTN: JEREMY B. COFFEY SEVEN TIMES SQUARE NEW YORK NY 10036 |
| BROWN RUDNICK LLP | (COUNSEL TO WILMINGTON SAVINGS/WSFS) ATTN: HOWARD SIEGEL ESQ 185 ASYLUM ST HARTFORD CT 06103 |
| BROWN RUDNICK LLP | (COUNSEL TO WILMINGTON SAVINGS/WSFS) ATTN: JEFFREY JONAS ESQ, ANDREW STREHLE ESQ JEREMY COFFEY ESQ ONE FINANCIAL CENTER BOSTON MA 02111 |
| BRYAN CAVE LLP | (COUNSEL TO INDENTURE TRUSTEE OF 11% & 11.75% SR) ATTN: STEPHANIE WICKOUSKI; MICHELLE MCMAHON 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| BRYAN CAVE LLP | ATTN: ROBERT E. PEDERSEN 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104-3300 |
| BUCHALTER NEMER, A PROFESSIONAL CORPORATION | (COUNSEL TO ORACLE AMERICA, INC.) ATTN: SHAWN M. CHRISTIANSON 55 SECOND ST 17TH FL SAN FRANCISCO CA 94105-3493 |
| BUCHANAN INGERSOLL & ROONEY PC | (COUNSEL TO CATERPILLAR FINANCIAL SERVICES CORP.) ATTN: KATHLEEN A. MURPHY 919 N MARKET ST STE 1500 WILMINGTON DE 19801 |
| CHADBOURNE & PARKE LLP | (COUNSEL TO NEXTERA ENERGY RESOURCES, LLC) ATTN: HOWARD SEIFE, DAVID M LEMAY AND CHRISTY RIVERA ESQS 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019-6022 |
| CHIPMAN BROWN CICERO & COLE, LLP | (COUNSEL TO AD HOC COMMITTEE OF EFIH UNSECURED NOTEHOLDERS AND EFIH SECOND |

| Claim Name | Address Information |
|---|---|
| CHIPMAN BROWN CICERO & COLE, LLP | LIEN DIP COMMITMENT) ATTN: WILLIAM CHIPMAN, JR.; MARK OLIVERE; ANN KASHISHIAN 1007 NO ORANGE ST STE 1110 WILMINGTON DE 19801 |
| CIARDI CIARDI & ASTIN | (COUNSEL TO ATMOS ENERGY; TXU 2007-1 RAILCAR, & RED BALL OXYGEN) ATTN: D ASTIN, J MCLAUGHLIN JR, J MCMAHON JR 1204 N KING STREET WILMINGTON DE 19801 |
| CITIBANK, N.A. | ZORI MIGLIORINI, STANDBY LETTER OF CREDIT DEPT, AS FRONTING BANK 388 GREENWICH ST 21ST FL NEW YORK NY 10013 |
| CITIBANK, N.A. | ATTN: ERIC O. LIGAN, VICE PRESIDENT 388 GREENWICH ST 32ND FL NEW YORK NY 10013 |
| CITIBANK, N.A. | ATTN: RYAN FALCONER 388 GREENWICH STREET NEW YORK NY 10013 |
| CITIBANK, N.A. | ATTN: OWEN COYLE 1615 BRETT ROAD, OPS III NEW CASTLE DE 19720 |
| CITIBANK, N.A. | BANK LOAN SYNDICATIONS DEPARTMENT 1615 BRETT ROAD, BUILDING III NEW CASTLE DE 19720 |
| CITIBANK, N.A. | ATTN: ANNEMARIE E. PAVCO SECURITIES PROCESSING SENIOR ANALYST GLOBAL LOANS, 1615 BRETT RD., OPS III NEW CASTLE DE 19720 |
| CITY OF FORT WORTH | ATTN: CHRISTOPHER B. MOSLEY 1000 THROCKMORTON ST FORT WORTH TX 76102 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | (COUNSEL TO J. ARON & COMPANY) ATTN: THOMAS MOLONEY; SEAN O'NEAL; HUMAYUN KHALID ONE LIBERTY PLAZA NEW YORK NY 10006 |
| COHEN & GRIGSBY, P.C. | (COUNSEL TO NOVA CHEMICALS INC.) ATTN: THOMAS D. MAXSON 625 LIBERTY AVE PITTSBURGH PA 15222-3152 |
| COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TX | OFFICE OF THE TEXAS ATTORNEY GENERAL BANKRUPTCY & COLLECTIONS DIVISION ATTN: RACHEL OBALDO & JOHN MARK STERN PO BOX 12548 AUSTIN TX 78711-2548 |
| COMPUTERSHARE | ATTN: TINA VITALE, BA; LL.B. 480 WASHINGTON BLVD JERSEY CITY NJ 07310 |
| COMPUTERSHARE TRUST COMPANY OF CANADA | ATTN: ALESSANDRA PANSERA 1500, UNIVERSITY ST., SUITE 700 MONTREAL QC H3A 3S8 CANADA |
| COWLES & THOMPSON | (COUNSEL TO ATMOS ENERGY CORPORATION) ATTN: STEPHEN C. STAPLETON BANK OF AMERICA PLAZA 901 MAIN ST STE 3900 DALLAS TX 75202 |
| COZEN O'CONNOR | (COUNSEL TO J. ARON & COMPANY) ATTN: MARK E. FELGER 1201 N MARKET ST STE 1001 WILMINGTON DE 19801 |
| CROSS & SIMON LLC | (COUNSEL TO FIDELITY MANAGEMENT & RESEARCH CO.) ATTN: MICHAEL J JOYCE ESQ 1105 N MARKET ST STE 901 WILMINGTON DE 19801 |
| CROWE & DUNLEVY, PC | (COUNSEL TO DEVON ENERGY) ATTN: JUDY HAMILTON MORSE ESQ 324 N ROBINSON AVE STE 100 OKLAHOMA CITY OK 73102 |
| CSC TRUST COMPANY OF DELAWARE | ATTN: SANDRA E. HORWITZ MANAGING DIRECTOR 2711 CENTERVILLE RD STE 400 WILMINGTON DE 19808 |
| DAVIS POLK & WARDWELL LLP | (COUNSEL TO GOLDMAN SACHS, ET AL) ATTN: MARSHALL HUEBNER; BENJAMIN KAMINETZKY; ELLIOT MOSKOWITZ; DAMON MEYER 450 LEXINGTON AVE NEW YORK NY 10017 |
| DEUTSCHE BANK | ATTN: MARCUS M. TARKINGTON 60 WALL STREET (NYCC60-0266) NEW YORK NY 10005-2836 |
| DORSEY & WHITNEY DELAWARE LLP | (COUNSEL TO U.S. BANK NATIONAL ASSOCIATION) ATTN: ERIC LOPEZ SCHNABEL, ROBERT W. MALLARD & ALESSANDRA GLORIOSO 300 DELAWARE AVE STE 1010 WILMINGTON DE 19801 |
| DRINKER BIDDLE & REATH LLP | (COUNSEL TO CITIBANK NA, TCEH DIP AGENT) ATTN: HOWARD A. COHEN & ROBERT K. MALONE 222 DELAWARE AVE STE 1410 WILMINGTON DE 19801-1621 |
| DYKEMA GOSSETT PLLC | (COUNSEL TO TEX-LA ELECTRIC COOPERATIVE OF TEXAS) ATTN: JEFFREY R FINE ESQ 1717 MAIN ST STE 4200 DALLAS TX 75201 |
| EMC CORPORATION | C/O RECEIVABLE MANAGEMENT SERVICES (RMS) ATTN: RONALD L ROWLAND, AGENT 307 INTERNATIONAL CIRCLE STE 270 COCKEYSVILLE MD 21030 |
| EPIQ BANKRUPTY SOLUTIONS, LLC | (CLAIMS AGENT) ATTN: JAMES KATCHADURIAN, E.V.P. 757 THIRD AVE 3RD FL NEW YORK NY 10017 |
| FEDERAL COMMUNICATIONS COMMISSION | UNITED STATE DEPARTMENT OF JUSTICE ATTN: MATTHEW J TROY, CIVIL DIVISION 1100 L STREET, NW - ROOM 10030 WASHINGTON DC 20530 |
| FOLEY & LARDNER LLP | (COUNSEL TO UMB BANK, INDENTURE TRUSTEE) ATTN: HAROLD KAPLAN ESQ, MARK HEBBELN ESQ LARS PETERSON ESQ 321 N CLARK ST STE 2800 CHICAGO IL 60654-5313 |
| FOX ROTHSCHILD LLP | (COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS) ATTN: JEFFREY SCHLERF; JOHN STROCK; L. JOHN BIRD 919 N MARKET ST STE 300 WILMINGTON DE 19801 |
| FRANKGECKER LLP | (COUNSEL TO EXPERIAN; THE PI LAW FIRMS/ASBESTOS) ATTN: JOSEPH D FRANK ESQ AND |

| Claim Name | Address Information |
|---|---|
| FRANKGECKER LLP | REED HEILIGMAN ESQ 325 N LASALLE ST STE 625 CHICAGO IL 60654 |
| FRANKGECKER LLP | (COUNSEL TO THE PI LAW FIRMS/ASBESTOS CLAIMANTS) ATTN: FRANCES GECKER ESQ 325 N LASALLE ST STE 625 CHICAGO IL 60654 |
| FRIED FRANK HARRIS SHRIVER & JACOBSON LLP | (COUNSEL TO FIDELITY MANGEMENT & RESEARCH CO) ATTN: BRAD E SCHELER ESQ, GARY L KAPLAN ESQ MATTHEW M ROOSE ESQ ONE NEW YORK PLAZA NEW YORK NY 10004 |
| GARDERE WYNNE SEWELL LLP | (COUNSEL TO ROMCO EQUIPMENT CO.) ATTN: JOHN P. MELKO & MICHAEL K. RIORDAN 1000 LOUISIANA, STE 3400 HOUSTON TX 77002 |
| GAY MCCALL ISAACKS GORDON & ROBERTS PC | (COUNSEL TO GARLAND INDEPENDENT SCHOOL DISTRICT & CITY OF GARLAND) ATTN: DUSTIN L BANKS ESQ 1919 S SHILOH RD STE 310 LB 40 GARLAND TX 75042 |
| GAY MCCALL ISAACKS GORDON & ROBERTS PC | (COUNSEL TO COLLIN COUNTY) ATTN: DAVID MCCALL ESQ 777 E 15TH ST PLANO TX 75074 |
| GELLERT SCALI BUSENKELL & BROWN, LLC | (COUNSEL TO AURELIUS) ATTN: MICHAEL G. BUSENKELL 913 N MARKET ST 10TH FL WILMINGTON DE 19801 |
| GIBBONS PC | (COUNSEL TO VEOLIA) ATTN: DALE E BARNEY ESQ ONE GATEWAY CENTER NEWARK NJ 07102-5310 |
| GIBBONS PC | (COUNSEL TO VEOLIA) ATTN: NATASHA M SONGONUGA ESQ 1000 N WEST ST STE 1200 WILMINGTON DE 19801-1058 |
| GOODWIN PROCTER LLP | (COUNSEL TO AURELIUS CAPITAL MANAGEMENT, LP) ATTN: WILLIAM P. WEINTRAUB; KIZZY L. JARASHOW THE NEW YORK TIMES BUILDING 620 EIGHTH AVENUE NEW YORK NY 10018 |
| HAYNES AND BOONE LLP | (COUNSEL TO AIRGAS USA, LLC) ATTN: JONATHAN HOOK 30 ROCKEFELLER CENTER, 26TH FL NEW YORK NY 10112 |
| HAYNES AND BOONE LLP | (COUNSEL TO BNSF RAILWAY COMPANY) ATTN: IAN T. PECK 201 MAIN ST STE 2200 FORT WORTH TX 76102-3126 |
| HAYNES AND BOONE LLP | (COUNSEL TO AIRGAS USA, LLC) ATTN: PATRICK L. HUGHES 1221 MCKINNEY ST STE 2100 HOUSTON TX 77010 |
| HINCKLEY ALLEN | (COUNSEL TO INVENSYS SYSTEMS, INC.) ATTN: JENNIFER V. DORAN 28 STATE ST BOSTON MA 02109 |
| HOGAN MCDANIEL | (COUNSEL TO THE RICHARDS GROUP; PI LAW FIRMS/ ASBESTOS CLAIMANTS) ATTN: DANIEL K HOGAN ESQ 1311 DELAWARE AVE WILMINGTON DE 19806 |
| HOGAN MCDANIEL | (COUNSEL TO AD HOC GROUP OF EFH LEGACY NOTEHOLDER) ATTN: GARVAN F MCDANIEL ESQ 1311 DELAWARE AVE WILMINGTON DE 19806 |
| HOLLAND & KNIGHT LLP | (COUNSEL TO TEX-LA ELECTRIC COOPERATIVE OF TEXAS) ATTN: CHRISTINE C RYAN ESQ 800 17TH ST NW STE 1100 WASHINGTON DC 20006 |
| INTERNAL REVENUE SERVICE | PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | DEPARTMENT OF THE TREASURY OGDEN UT 84201 |
| JACKSON WALKER, LLP | (COUNSEL TO HOLT TEXAS, LTD. D/B/A HOLT CAT) ATTN: MONICA S. BLACKER 901 MAIN ST STE 6000 DALLAS TX 75202 |
| JACKSON WALKER, LLP | (COUNSEL TO HOLT TEXAS, LTD. D/B/A HOLT CAT) ATTN: J. SCOTT ROSE WESTON CENTRE 112 E PECAN ST STE 2400 SAN ANTONIO TX 78205 |
| JONES DAY | (COUNSEL TO ONCOR) ATTN: PATRICIA VILLAREAL 2727 N HARWOOD STREET DALLAS TX 75201 |
| JONES DAY | (COUNSEL TO ONCOR) ATTN: MICHAEL L. DAVITT 2727 N HARWOOD STREET DALLAS TX 75201 |
| KASOWITZ BENSON TORRES & FRIEDMAN LLP | (COUNSEL TO AD HOC GROUP OF EFH LEGACY NOTEHOLDER) ATTN: DAVID ROSNER, ANDREW GLENN, DANIEL FLIMAN 1633 BROADWAY NEW YORK NY 10019 |
| KELLEY DRYE & WARREN LLP | (COUNSEL TO CSC TRUST OF DE) ATTN: JAMES CARR, BENJAMINN FEDER & BERT SAYDAH 101 PARK AVENUE NEW YORK NY 10178 |
| KELLY HART & HALLMAN LLP | (COUNSEL TO ONCOR STEERING COMMITTEE) ATTN: MICHAEL MCCONNELL ESQ & CLAY TAYLOR ESQ KATHERINE THOMAS ESQ 201 MAIN ST STE 2500 FORT WORTH TX 76102 |
| KLEHR HARRISON HARVEY BRANZBURG LLP | (COUNSEL TO UMB BANK, N.A. INDENTURE TRUSTEE) ATTN: RAYMOND H. LEMISCH 919 MARKET ST STE 1000 WILMINGTON DE 19801 |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | (COUNSEL TO INDENTURE TRUSTEE OF 11% & 11.75% SR) ATTN: THOMAS MOERS MAYER; GREGORY HOROWITZ; JOSHUA BRODY; PHILIP BENTLEY 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036 |

| Claim Name | Address Information |
|---|---|
| LACKEY HERSHMAN, LLP | (COUNSEL TO THE RICHARDS GROUP INC) ATTN: JAMIE R WELTON ESQ 3102 OAK LAWN AVE STE 777 DALLAS TX 75219 |
| LANDIS RATH & COBB LLP | (COUNSEL TO MARATHON MGMT, ALCOA AND NEXTERA ENERGY RESOURCES, LLC) ATTN: ADAM G LANDIS ESQ, MATTHEW B MCGUIRE ESQ 919 MARKET ST STE 1800 WILMINGTON DE 19801 |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK | ATTN: FRANK GODINO, VP 400 MADISON AVE STE 4D NEW YORK NY 10017 |
| LAW OFFICE OF PATRICIA WILLIAMS PREWITT | ATTN: PATRICIA WILLIAMS PREWITT 10953 VISTA LAKE COURT NAVASOTA TX 77868 |
| LAW OFFICES OF ROBERT E LUNA PC | (COUNSEL TO CARROLLTON-FARMERS BRANCH ISD) ATTN: DANIEL K BEARDEN ESQ 4411 N CENTRAL EXPRESSWAY DALLAS TX 75205 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | (COUNSEL TO TARRANT & DALLAS COUNTY) ATTN: ELIZABETH WELLER ESQ 2777 N STEMMONS FWY STE 1000 DALLAS TX 75207 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | (COUNSEL TO HARRIS, ANGELINA & FORT BEND COUNTIES) ATTN: JOHN P DILLMAN ESQ PO BOX 3064 HOUSTON TX 77253-3064 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | (COUNSEL TO WALNUT SPRINGS ISD, FRANKLIN ISD, ROBERTSON CTY, LEE CTY, MCLENNAN CTY, FALLS CTY, ROUND ROCK ISD, NEUCES CTY, LIMESTONE CTY) ATTN: DIANE WADE SANDERS PO BOX 17428 AUSTIN TX 78760 |
| LLOYD GOSSELINK ROCHELLE & TOWNSEND PC | (COUNSEL TO ONCOR STEERING COMMITTEE) ATTN: GEOFFREY GAY ESQ 816 CONGRESS AVE STE 1900 AUSTIN TX 78701 |
| LOCKE LORD LLP | (COUNSEL TO BP AMERICA PRODUCTION COMPANY) ATTN: C. DAVIN BOLDISSAR ESQ 601 POYDRAS ST STE 2660 NEW ORLEANS LA 70130-6036 |
| LOCKE LORD LLP | (COUNSEL TO AMECO, FLUOR, & AMERICAN EQUIPMENT) ATTN: PHILIP EISENBERG ESQ 2800 JPMORGAN CHASE TOWER 600 TRAVIS HOUSTON TX 77002 |
| LOWER COLORADO RIVER AUTHORITY | LOWER COLORADO RIVER AUTHORITY TRANSMISSION SERVICES CORPORATION (LCRA TSC) LEGAL SERVICES ATTN: WILLIAM T. MEDAILLE PO BOX 220 AUSTIN TX 78767 |
| MANION GAYNOR & MANNING LLP | (COUNSEL TO ONCOR STEERING COMMITTEE) ATTN: MARC PHILLIPS ESQ THE NEMOURS BUILDING 1007 N ORANGE ST 10TH FL WILMINGTON DE 19801 |
| MARGOLIS EDELSTEIN | (COUNSEL TO URS ENERGY & CONSTRUCTION, INC.) ATTN: JAMES E. HUGGETT & AMY D. BROWN 300 DELAWARE AVE STE 800 WILMINGTON DE 19801 |
| MASLON EDELMAN BORMAN & BRAND, LLP | (COUNSEL TO U.S. BANK NATIONAL ASSOCIATION) ATTN: CLARK T. WHITMORE, ANA CHILINGARISHVILI & KOREY G. KALLSTROM 90 S SEVENTH ST STE 3300 MINNEAPOLIS MN 55402 |
| MCCATHERN, PLLC | (COUNSEL TO RED BALL OXYGEN COMPANY) ATTN: JONATHAN L. HOWELL REGENCY PLAZA 3710 RAWLINS, SUITE 1600 DALLAS TX 75219 |
| MCCREARY, VESELKA, BRAGG & ALLEN, PC | (COUNSEL TO TEXAS AD VALOREM TAXING JURISDICTIONS) ATTN: LEE GORDON PO BOX 1269 ROUND ROCK TX 78680 |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | (COUNSEL TO TCEH DEBTORS) ATTN: DAVID P PRIMACK ESQ 300 DELAWARE AVE STE 770 WILMINGTON DE 19801 |
| MCKOOL SMITH | (COUNSEL TO ALCOA) ATTN: PETER S. GOODMAN; MICHAEL R. CARNEY ONE BRYANT PARK, 47TH FL NEW YORK NY 10036 |
| MCKOOL SMITH | (COUNSEL TO ALCOA) ATTN: PAUL D. MOAK, ESQ. 600 TRAVIS ST STE 7000 HOUSTON TX 77002 |
| MICHAEL G. SMITH | (COUNSEL TO VALERO TEXAS POWER MARKETING, INC.) 111 N 6TH ST PO BOX 846 CLINTON OK 73601 |
| MILBANK, TWEED, HADLEY & MCCLOY LLP | (COUNSEL TO CITIBANK NA, TCEH DIP AGENT) ATTN: DENNIS F. DUNNE, EVAN R. FLECK & KAREN GARTENBERG 1 CHASE MANHATTAN PLAZA NEW YORK NY 10005 |
| MILBANK, TWEED, HADLEY & MCCLOY LLP | ATTN: JONATHAN BROWN 1 CHASE MANHATTAN PLAZA NEW YORK NY 10005 |
| MISSOURI DEPARTMENT OF REVENUE | BANKRUPTCY UNIT ATTN: STEVEN A. GINTHER PO BOX 475 JEFFERSON CITY MO 65105-0475 |
| MONTGOMERY MCCRACKEN WALKER & RHOADS LLP | (COUNSEL TO EFH CREDITORS COMMITTEE) ATTN: NATALIE D RAMSEY ESQ, DAVIS LEE WRIGHT ESQ MARK A FINK ESQ 1105 N MARKET ST 15TH FL WILMINGTON DE 19801 |
| MORGAN LEWIS BOCKIUS LLP | (COUNSEL TO PACFIC INVESTMENT MANAGEMENT COMPANY) ATTN: JULIA FROST-DAVIES ESQ, PATRICK STRAWBRIDGE CHRISTOPHER L CARTER ESQ ONE FEDERAL ST BOSTON MA 02119 |
| MORRIS JAMES LLP | (COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NY) ATTN: STEPHEN M. MILLER 500 |

| Claim Name | Address Information |
|---|---|
| MORRIS JAMES LLP | DELAWARE AVENUE, SUITE 1500 WILMINGTON DE 19899-2306 |
| MORRIS NICHOLS ARSHT & TUNNELL LLP | (COUNSEL TO THE "EFH EQUITY INTEREST HOLDERS") ATTN: DERK ABBOTT; ANDREW REMMING; ERIN FAY 1201 N MARKET ST STE 1600 WILMINGTON DE 19801 |
| MORRISON & FOERSTER LLP | (COUNSEL TO TCEH CREDITORS COMMITTEE) ATTN: JAMES PECK ESQ, BRETT H MILLER ESQ LORENZO MARINUZZI ESQ 250 W 55TH ST NEW YORK NY 10019 |
| MUNGER, TOLLES & OLSON LLP | (COUNSEL TO TCEH DEBTORS) ATTN: THOMAS B WALPER ESQ, TODD J ROSEN ESQ; SETH GOLDMAN ESQ; JOHN W SPIEGEL ESQ 355 S GRAND AVE 35TH FL LOS ANGELES CA 90071 |
| MUNSCH HARDT KOPF & HARR PC | (COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF TEXAS/ ERCOT) ATTN: KEVIN M LIPPMAN ESQ 500 N AKARD ST STE 3800 DALLAS TX 75201-6659 |
| MUNSCH HARDT KOPF & HARR PC | (COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF TEXAS/ ERCOT) ATTN: RUSSELL L MUNSCH ESQ 3050 FROST BANK TOWER 401 CONGRESS AVE AUSTIN TX 78701-4071 |
| NAMAN HOWELL SMITH & LEE PLLC | (COUNSEL TO BUFFALO INDUSTRIAL SUPPLY INC) ATTN: KERRY L HALIBURTON ESQ PO BOX 1470 WACO TX 76703-1470 |
| NELSON MULLINS RILEY & SCARBOROUGH LLP | (COUNSEL TO MICHELIN NORTH AMERICA INC.) ATTN: JODY A. BEDENBAUGH AND GEORGE B. CAUTHEN 1320 MAIN ST 17TH FL PO BOX 11070 (29211) COLUMBIA SC 29201 |
| NIXON PEABODY | (COUNSEL TO AMERICAN STOCK TRANSFER & TRUST CO) ATTN: RICHARD C PEDONE ESQ; AMANDA D DARWIN ESQ 100 SUMMER ST BOSTON MA 02110 |
| O'KELLY ERNST & BIELLI LLC | (OF COUNSEL TO ENERGY FUTURE HOLDINGS CORP) ATTN: DAVID M KLAUDER ESQ & SHANNON DOUGHERTY ESQ 901 N  MARKET ST STE 100 WILMINGTON DE 19801 |
| O'MELVENY & MYERS LLP | (COUNSEL TO APOLLO GLOBAL MANAGEMENT, LLC) ATTN: GEORGE A. DAVIS 7 TIMES SQUARE NEW YORK NY 10036 |
| OFFICE OF THE TEXAS ATTORNEY GENERAL | (COUNSEL TO PUBLIC UTILITY COMMISSION OF TEXAS) ATTN: HAL MORRIS, ASHLEY BARTRAM, NICOLE MIGNONE 300 WEST 15TH ST AUSTIN TX 78701 |
| OFFICE OF THE TEXAS ATTORNEY GENERAL | (COUNSEL TO TEXAS COMMISSION ON ENVIRONMENTAL QUALITY) ATTN: HAL F MORRIS ESQ & ASHLEY BARTRAM ESQ 300 WEST 15TH ST AUSTIN TX 78711-2548 |
| OFFICE OF THE UNITED STATES ATTORNEY | ATTN: ELLEN SLIGHTS, ESQ. 1007 ORANGE STREET, SUITE 700 WILMINGTON DE 19899-2046 |
| OFFICE OF THE UNITED STATES TRUSTEE | U.S. FEDERAL OFFICE BUILDING ATTN: ANDREA SCHWARTZ 201 VARICK STREET, SUITE 1006 NEW YORK NY 10014 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: RICHARD L. SCHEPACARTER J. CALEB BOGGS FEDERAL BUILDING 844 KING STREET, SUITE 2207 - LOCKBOX #35 WILMINGTON DE 19801 |
| PACHULSKI STANG ZIEHL & JONES LLP | (COUNSEL TO INDENTURE TRUSTEE) ATTN: LAURA DAVIS JONES; ROBERT FEINSTEIN 919 N MARKET ST 17TH FL WILMINGTON DE 19899 |
| PATTERSON BELKNAP WEBB & TYLER LLP | (COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NY) ATTN: DANIEL A. LOWENTHAL; CRAIG W. DENT 1133 AVENUE OF THE AMERICAS NEW YORK NY 10036-6710 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | (COUNSEL TO AD HOC COMMITTEE OF TCEH FIRST LIEN) ATTN: ALAN KORNBERG; KELLEY CORNISH; BRIAN HERMANN JACOB ADLERSTEIN 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| PENSION BENEFIT GUARANTY CORPORATION (PBGC) | OFFICE OF THE CHIEF COUNSEL ATTN: DESIREE M. AMADOR, ATTY 1200 K STREET, NW WASHINGTON DC 20005-4026 |
| PENSION BENEFIT GUARANTY CORPORATION (PBGC) | ATTN: JON CHATALIAN OFFICE OF THE CHIEF COUNSEL 1200 K STREET, NW WASHINGTON DC 20005-4026 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO SOMERVELL COUNTY ET AL) ATTN: ELIZABETH BANDA CALVO ESQ 500 E BORDER ST STE 640 ARLINGTON TX 76010 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO YOUNG CTY, GRAHAM ISD, GRAHAM HOSPITAL DISTRICT & NORTH CENTRAL TEXAS COLLEGE DISTRICT) ATTN: JEANMARIE BAER PO BOX 8188 WICHITA FALLS TX 76307 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO GALENA PARK ISD) ATTN: OWEN M SONIK ESQ 1235 N LOOP WEST STE 600 HOUSTON TX 77008 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO CAMERON ISD, THORNDALE ISD BUCKHOLTS ISD, COPPERAS COVE ISD, MCALLEN ISD, HIDALGO COUNTY & HIDALGO COUNTY DRAINAGE DIST #1) ATTN: JOHN T BANKS ESQ 3301 NORTHLAND DR STE 505 AUSTIN TX 78731 |
| POLSINELLI PC | (COUNSEL TO TCEH CREDITORS COMMITTEE) ATTN: EDWARD FOX ESQ 900 THIRD AVE 21ST FL NEW YORK NY 10022 |

| Claim Name | Address Information |
|---|---|
| POLSINELLI PC | (COUNSEL TO TCEH CREDITORS COMMITTEE) ATTN: CHRISTOPHER WARD ESQ, JUSTIN EDELSON ESQ SHANTI KATONA ESQ 222 DELAWARE AVE STE 1101 WILMINGTON DE 19801 |
| POPE HARDWICKE CHRISTIE SCHELL KELLY & RAY, LLP | (COUNSEL TO TARRANT REGIONAL WATER DISTRICT & NORTH TEXAS MUNICIPAL WATER DISTRICT) ATTN: MICHAEL L. ATCHLEY; MATTHEW T. TAPLETT 500 W 7TH ST STE 600 FORT WORTH TX 76102 |
| POTTER ANDERSON & CORROON LLP | (COUNSEL TO DEUTSCHE BANK, AGENT TO DIP FINANCING) ATTN: LAURIE SILVERSTEIN ESQ & JEREMY RYAN ESQ 1313 N MARKET ST 6TH FL WILMINGTON DE 19801 |
| PROSKAUER ROSE LLP | (OF COUNSEL TO ENERGY FUTURE HOLDINGS CORP) ATTN: JEFF J MARWIL ESQ, MARK K THOMAS ESQ PETER J YOUNG ESQ THREE FIRST NATIONAL PLAZA 70 W MADISON ST STE 3800 CHICAGO IL 60602 |
| PURDUE AWSUMB & BAUDLER PA | (COUNSEL TO BARR ENGINEERING CO) ATTN: AMY R BAUDLER 4700 W 77TH ST STE 240 MINNEAPOLIS MN 55435 |
| QUARLES & BRADY LLP | (COUNSEL TO TXU 2007-1 RAILCAR LEASING LLC) ATTN: HOHN A. HARRIS; JASON D. CURRY RENAISSANCE ONE TWO N CENTRAL AVE PHOENIX AZ 85004-2391 |
| REED SMITH LLP | (COUNSEL TO THE BANK OF NEW YORK MELLON AND THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., AS INDENTURE TRUSTEES) ATTN: KURT F. GWYNE; KIMBERLY E.C. LAWSON 1201 MARKET ST STE 1500 WILMINGTON DE 19801 |
| REED SMITH LLP | (COUNSEL TO THE BANK OF NEW YORK MELLON, SOLELY IN ITS CAPACITY AS TRUSTEE) ATTN: RICHARD A. ROBINSON 1201 MARKET ST STE 1500 WILMINGTON DE 19801 |
| REED SMITH LLP | (COUNSEL TO THE BANK OF NEW YORK MELLON SOLEY IN ITS CAPACITY AS TRUSTEE UNDER ENUMERATED TRUST) INDENTURE TRUSTEES) 1201 MARKET ST STE 1500 WILMINGTON DE 19801 |
| REED SMITH LLP | (COUNSEL TO THE BONY MELLON, SOLEY AS TTEE) ATTN: AMY M. TONTI, ESQ. REED SMITH CENTRE 225 FIFTH AVENUE, SUITE 1200 PITTSBURGH PA 15222 |
| RIDDELL WILLIAMS P.S. | (COUNSEL TO MICROSOFT) ATTN: JOSEPH E SHICKICH JR & HILARY B MOHR ESQS 1001 – 4TH AVE STE 4500 SEATTLE WA 98154 |
| ROPES & GRAY LLP | ATTN: MARK R. SOMERSTEIN 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| SATTERLEE STEPHENS BURKE & BURKE LLP | (COUNSEL TO MOODY'S ANALYTICS) ATTN: CHRISTOPHER R BELMONTE ESQ AND PAMELA A BOSSWICK ESQ 230 PARK AVE NEW YORK NY 10169 |
| SAUL EWING LLP | (COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF TEXAS/ ERCOT) ATTN: MARK MINUTI ESQ 222 DELAWARE AVE STE 1200 WILMINGTON DE 19899 |
| SAUL EWING LLP | (COUNSEL TO JOHNSON MATTHEY) ATTN: LUCIAN B MURLEY ESQ 222 DELAWARE AVE STE 1200 WILMINGTON DE 19899 |
| SCHNADER HARRISON SEGAL & LEWIS LLP | (COUNSEL TO CCP CREDIT ACQUISITION/CENTERBRIDGE) ATTN: RICHARD A BARKASY ESQ & FRED W HOENSCH ESQ 824 N MARKET ST STE 800 WILMINGTON DE 19801 |
| SECURITIES AND EXCHANGE COMMISSION | 100 F STREET, NE WASHINGTON DC 20549 |
| SEWARD & KISSEL LLP | (COUNSEL TO WILMINGTON TRUST, NA) ATTN: JOHN ASHMEAD; KALYAN DAS; ARLENE ALVES ONE BATTERY PARK PLAZA NEW YORK NY 10014 |
| SHEARMAN & STERLING LLP | (COUNSEL TO DEUTSCHE BANK, AGENT TO DIP FINANCING) ATTN: FREDERIC SOSNICK ESQ & NED SCHODEK ESQ 599 LEXINGTON AVE NEW YORK NY 10022 |
| SHEEHY, LOVELACE & MAYFIELD, PC | (COUNSEL TO CENTRAL TEXAS SECURITY & FIRE EQUIPMENT, INC.) ATTN: STEVEN M. BURTON 510 N VALLEY MILLS DR STE 500 WACO TX 76710 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | (COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC) ATTN: JAY M GOFFMAN ESQ FOUR TIMES SQUARE NEW YORK NY 10036-6522 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | (COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC.) ATTN: MARK S. CHEHI ONE RODNEY SQUARE WILMINGTON DE 19899-0636 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | (COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC) ATTN: GEORGE N PANAGAKIS ESQ; CARL T TULLSON ESQ 155 N WACKER DR STE 2700 CHICAGO IL 60606-1720 |
| SMITH, KATZENSTEIN & JENKINS LLP | (COUNSEL TO AIRGAS USA, LLC & VALERO TEXAS POWER) ATTN: KATHLEEN M. MILLER 800 DELAWARE AVENUE, SUITE 1000 WILMINGTON DE 19899 |
| SNELL & WILMER LLP | (COUNSEL TO HEADWATERS RESOURCES, INC.) ATTN: DAVID E. LETA 15 W SOUTH TEMPLE STE 1200 SALT LAKE CITY UT 84101 |
| SQUIRE SANDERS (US) LLP | (COUNSEL TO ARCELORMITTLA USA LLC) ATTN: STEPHEN D. LERNER & ANDREW M. SIMON 221 E FOURTH ST STE 2900 CINCINNATI OH 45202 |

| Claim Name | Address Information |
|---|---|
| STEFFES VINGIELLO & MCKENZIE LLC | (COUNSEL TO SETPOINT INTEGRATED SOLUTIONS) ATTN: NOEL STEFFES MELANCON ESQ 13702 COURSEY BLVD BLDG 3 BATON ROUGE LA 70817 |
| STREUSAND, LANDON & OZBURN, LLP | (COUNSEL TO ALLEN SHRODE) ATTN: SABRINA L. STREUSAND 811 BARTON SPRINGS RD STE 811 AUSTIN TX 78704 |
| SULLIVAN & CROMWELL LLP | (COUNSEL TO EFH CREDITORS COMMITTEE) ATTN: ANDREW G DIETDERICH, BRIAN D GLUECKSTEIN MICHAEL H TORKIN ESQS 125 BROAD ST NEW YORK NY 10004 |
| SULLIVAN HAZELTINE ALLINSON LLC | (COUNSEL TO HENRY PRATT COMPANY, LLC) ATTN: ELIHU E. ALLINSON, III 901 N MARKET ST STE 1300 WILMINGTON DE 19801 |
| SUTHERLAND, ASBILL & BRENNAN LLP | (COUNSEL TO TITUS COUNTY FRESH WATER SUPPLY DISTRICT NO. 1) ATTN: LINO MENDIOLA, III, ESQ. ONE AMERICAN CENTER 600 CONGRESS AVENUE, SUITE 2000 AUSTIN TX 78701 |
| TAYLOR ENGLISH DUMA LLP | (COUNSEL TO HENRY PRATT COMPANY LLC) ATTN: STEPHEN C GREENBERG ESQ 1600 PARKWOOD CIR STE 400 ATLANTA GA 30339 |
| TEXAS OFFICE OF PUBLIC UTILITY COUNSEL (OPUC) | BANKRUPTCY & COLLECTIONS DIVISION ATTN: JASON A STARKS, ASST ATTORNEY GENERAL PO BOX 12548 AUSTIN TX 78711-2548 |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY ATTN: THOMAS VLAHAKIS,VP 385 RIFLE CAMP RD 3RD FL WOODLAND PARK NJ 07424 |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY ATTN: RAFAEL MARTINEZ,VP - CSM 601 TRAVIS ST 16TH FL HOUSTON TX 77002 |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY ATTN: DENNIS ROEMLEIN 601 TRAVIS ST 16TH FL HOUSTON TX 77002 |
| THE TAUBMAN COMPANY AND THE TAUBMAN LANDLORDS | ATTN: ANDREW S CONWAY ESQ 200 E LONG LAKE RD STE 300 BLOOMFIELD HILLS MI 48304 |
| THE UNIVERSITY OF TEXAS SYSTEM | ON BEHALF OF THE UNIVERSITY OF TEXAS AT ARLINGTON OFFICE OF GENERAL COUNSEL ATTN: TRACI L COTTON ESQ 201 W SEVENTH ST AUSTIN TX 78701 |
| THOMPSON COBURN LLP | (COUNSEL TO MARTIN ENGINEERING COMPANY) ATTN: DAVID D. FARRELL ONE US BANK PLAZA, STE 3200 SAINT LOUIS MO 63101 |
| TRAVIS COUNTY | ATTN: KAY D. BROCK, ASSISTANT COUNTY ATTORNEY PO BOX 1748 AUSTIN TX 78767 |
| TROUTMAN SANDERS LLP | (COUNSEL TO WILMINGTON SAVINGS FUND SOCIETY, FSG, IN ITS CAPACITY AS SUCCESSOR INDENTURE TTEE (WSFS) ATTN: HUGH MCDONALD ESQ, LOUIS CURCIO ESQ & BRETT GOODMAN ESQ, CHRYSLER BUILDING 405 LEXINGTON AVE NEW YORK NY 10174 |
| TUCKER ARENSBERG, P.C. | (COUNSEL TO THERMO FISHER SCIENTIFIC INC. AND AFFILIATES AND SUBSIDIARIES) ATTN: JORDAN S. BLASK, LARA E. SHIPKOVITZ 1500 ONE PPG PLACE PITTSBURGH PA 15222 |
| TW TELECOM INC | ATTN: LINDA BOYLE 10475 PARK MEADOWS DR #400 LITTLETON CO 80124 |
| UMB BANK, N.A. | ATTN: LAURA ROBERSON, VP 2 S BROADWAY STE 600 ST. LOUIS MO 63102 |
| UNION PACIFIC RAILROAD COMPANY | ATTN: MARY ANN KILGORE & JENNIE L. ANDERSON 1400 DOUGLAS ST STOP 1580 OMAHA NE 68179 |
| UNITED STATES DEPARTMENT OF JUSTICE | (COUNSEL TO THE UNITED STATES OF AMERICA) ATTN: ARI D KUNOFSKY ESQ & WARD D BENSON ESQ PO BOX 227 BEN FRANKLIN STATION WASHINGTON DC 20044 |
| UNITED STATES DEPARTMENT OF JUSTICE | (ON BEHALF OF UNITED STATES OF AMERICA, DEPT. OF AGRICULTURE, RURAL UTILITIES SERVICE) ATTN: MATTHEW J. TROY, CIVIL DIVISION 1100 L STREET, NW WASHINGTON DC 20530 |
| VARNUM LLP | (COUNSEL TO APPLABS) ATTN: MARY KAY SHAVER ESQ BRIDGEWATER PLACE PO BOX 352 GRAND RAPIDS MI 49501-0352 |
| VEDDER PRICE PC | (COUNSEL TO FIRST UNION RAIL CORPORATION) ATTN: MICHAEL L SCHEIN ESQ 1633 BROADWAY 47TH FL NEW YORK NY 10019 |
| VENABLE LLP | (COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO. LLC) ATTN: JEFFREY S. SABIN ESQ 1270 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| VENABLE LLP | (COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO. LLC) ATTN: JAMIE L. EDMONSON 1201 NORTH MARKET STREET WILMINGTON DE 19801 |
| WACHTELL, LIPTON, ROSEN & KATZ | (COUNSEL TO THE "EFH EQUITY INTEREST HOLDERS") ATTN: RICHARD MASON; EMIL KLEINHAUS; AUSTIN WITT 51 W 52ND ST NEW YORK NY 10019 |
| WEINSTEIN RADCLIFF LLP | (COUNSEL TO MARIO SINACOLA & SONS EXCAVATING, INC) ATTN: GREGORY M WEINSTEIN |

| Claim Name | Address Information |
| --- | --- |
| WEINSTEIN RADCLIFF LLP | ESQ 6688 N CENTRAL EXPY STE 675 DALLAS TX 75206 |
| WEIR & PARTNERS LLP | (COUNSEL TO EVERCORE GROUP LLC) ATTN: JEFFREY S CIANCIULLI ESQ 824 N MARKET ST STE 800 WILMINGTON DE 19801 |
| WHITE & CASE LLP | (COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS) ATTN: J. CHRISTOPHER SHORE; GREGORY STARNER 1155 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| WHITE & CASE LLP | (COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS) ATTN: THOMAS LAURIA; MATTHEW BROWN 200 S BISCAYNE BLVD STE 4900 MIAMI FL 33131 |
| WILMER CUTLER PICKERING HALE & DORR LLP | (COUNSEL TO MARATHON ASSET MGMT) ATTN: PHILIP ANKER ESQ & GEORGE SHUSTER ESQ 7 WORLD TRADE CENTER, 205 GREENWICH ST NEW YORK NY 10007 |
| WILMER CUTLER PICKERING HALE & DORR LLP | (COUNSEL TO MARATHON ASSET MGMT) ATTN: BENJAMIN LOVELAND ESQ 60 STATE ST BOSTON MA 02109 |
| WILMER CUTLER PICKERING HALE AND DORR LLP | ATTN: PHILIP D. ANKER; CHARLES C. PLATT; DENNIS L. JENKINS & GEORGE W. SHUSTER, JR. 7 WORLD TRADE CENTER 250 GREENWICH STREET NEW YORK NY 10007 |
| WILMINGTON SAVINGS FUND SOCIETY | ATTN: PATRICK J. HEALY 500 DELAWARE AVENUE WILMINGTON DE 19801 |
| WILMINGTON TRUST FSB | ATTN: JEFFREY T. ROSE 50 S SIXTH ST STE 1290 MINNEAPOLIS MN 55402 |
| WINSTON & STRAWN LLP | (COUNSEL TO CHICAGO BRIDGE & IRON COMPANY N.V.) ATTN: DAVID NEIER, ESQ. 200 PARK AVE NEW YORK NY 10166 |
| WOMAC LAW | (COUNSEL TO 2603 AUGUST INVESTORS LP) ATTN: STACEY L KREMLING ESQ 8301 KATY FREEWAY HOUSTON TX 77024 |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP | (COUNSEL TO CENTERPOINT) ATTN: STEVEN K KORTANEK; MARK L DESGROSSEILLIERS 222 DELAWARE AVE STE 1501 WILMINGTON DE 19801 |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP | (COUNSEL TO HOLT TEXAS, LTD. D/B/A HOLT CAT) ATTN: MARK L DESGROSSEILLIERS ESQ 222 DELAWARE AVE STE 1501 WILMINGTON DE 19801 |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP | (COUNSEL TO AMECO, FLUOR, & AMERICAN EQUIPMENT) ATTN: FRANCIS A MONACO JR & KEVIN J MANGAN ESQS 222 DELAWARE AVE STE 1501 WILMINGTON DE 19801 |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP | (COUNSEL TO ALLTITE) ATTN: 222 DELAWARE AVE STE 1501 WILMINGTON DE 19801 |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | (COUNSEL TO AD HOC COMMITTEE OF TCEH FIRST LIEN) ATTN: PAULINE MORGAN; JOEL WAITE; RYAN BARTLEY; ANDREW MAGAZINER RODNEY SQUARE 1000 NORTH KING STREET WILMINGTON DE 19801 |

**Total Creditor count  205**

**EXHIBIT E**

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by: March 13, 2015**

NOTICE OF DEBTORS' TWELFTH OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (INSUFFICIENT DOCUMENTATION) CLAIMS PURSUANT TO
SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001,
3003, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

| | | |
|---|---|---|
| AARON, WAYNE M<br>[ADDRESS REDACTED] | ADAMS, IMOGENE<br>[ADDRESS REDACTED] | ADAMS, JANIS<br>[ADDRESS REDACTED] |
| ADRIAN, L M<br>[ADDRESS REDACTED] | AKINS, ARTILLIA T<br>[ADDRESS REDACTED] | AKINS, ARTILLIA T<br>[ADDRESS REDACTED] |
| ALESSIO, DINO<br>[ADDRESS REDACTED] | ALEXANDER, DIANE DRASS<br>[ADDRESS REDACTED] | ALEXANDER, ESTHER DENICE<br>[ADDRESS REDACTED] |
| ALIU, MICHAEL<br>[ADDRESS REDACTED] | ALLEN, E F<br>[ADDRESS REDACTED] | ALLISON, PAULA<br>[ADDRESS REDACTED] |
| ANDERSON, JACKLYN<br>[ADDRESS REDACTED] | ANDREOZZI, DAN<br>[ADDRESS REDACTED] | ANGEL, DEBBIE<br>[ADDRESS REDACTED] |
| ANGELO, JACK<br>[ADDRESS REDACTED] | ARMSTRONG, NORMAN L<br>[ADDRESS REDACTED] | ASHFORD, YVETTE<br>[ADDRESS REDACTED] |

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**
**Case #:  14-10979 (CSS)**

**Notices mailed by: March 13, 2015**

NOTICE OF DEBTORS' TWELFTH OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (INSUFFICIENT DOCUMENTATION) CLAIMS PURSUANT TO
SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001,
3003, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

Page 2 of  29

| | | |
|---|---|---|
| ASHTON, RICHARD<br>[ADDRESS REDACTED] | ASKEW, CAROL<br>[ADDRESS REDACTED] | BACA, JACK<br>[ADDRESS REDACTED] |
| BAFICO, RICHARD<br>[ADDRESS REDACTED] | BAILEY, KATHY<br>[ADDRESS REDACTED] | BAKER, GINA<br>[ADDRESS REDACTED] |
| BAKER, TODD<br>[ADDRESS REDACTED] | BALTZLEY, EVELYN K<br>[ADDRESS REDACTED] | BARNES, LINDA<br>[ADDRESS REDACTED] |
| BARRON, MARTHA<br>[ADDRESS REDACTED] | BATES, CHERILYNN D<br>[ADDRESS REDACTED] | BATES, CHERILYNN D<br>[ADDRESS REDACTED] |
| BATES, GEORGE<br>[ADDRESS REDACTED] | BECK, TONNIE<br>[ADDRESS REDACTED] | BEESE, BEVERLY<br>[ADDRESS REDACTED] |
| BEGGS, CLETA N<br>[ADDRESS REDACTED] | BELL, SHIRLEY A<br>[ADDRESS REDACTED] | BELL, THERESA M<br>[ADDRESS REDACTED] |

**NOTICE OF DEBTORS' TWELFTH OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (INSUFFICIENT DOCUMENTATION) CLAIMS PURSUANT TO
SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001,
3003, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

| | | |
|---|---|---|
| BELLER, TANYA<br>[ADDRESS REDACTED] | BELLESSA, KAREN<br>[ADDRESS REDACTED] | BENFORD, TONI D<br>[ADDRESS REDACTED] |
| BENFORD, TONI D<br>[ADDRESS REDACTED] | BENNETT, TRACY<br>[ADDRESS REDACTED] | BERRY, PATRICIA<br>[ADDRESS REDACTED] |
| BESS, DEBRA<br>[ADDRESS REDACTED] | BEVAN, LIONEL<br>[ADDRESS REDACTED] | BLACK, WILLIAM R<br>[ADDRESS REDACTED] |
| BLACK, WILLIAM R<br>[ADDRESS REDACTED] | BLAKE<br>[ADDRESS REDACTED] | BLUESTEIN, EDWIN<br>[ADDRESS REDACTED] |
| BOGGS, TIMOTHY<br>[ADDRESS REDACTED] | BONNETTY, MARY<br>[ADDRESS REDACTED] | BOOKMAN, PERVIS J<br>[ADDRESS REDACTED] |
| BORGE, NORMAN<br>[ADDRESS REDACTED] | BORNINSKI, J W<br>[ADDRESS REDACTED] | BOYER, JOE<br>[ADDRESS REDACTED] |

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #: 14-10979 (CSS)**

**Notices mailed by: March 13, 2015**

NOTICE OF DEBTORS' TWELFTH OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (INSUFFICIENT DOCUMENTATION) CLAIMS PURSUANT TO
SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001,
3003, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

| | | |
|---|---|---|
| BRADSHAW, ANGELA [ADDRESS REDACTED] | BRAMMER STANDARD CO [ADDRESS REDACTED] | BRISCO, WILLIE JEAN [ADDRESS REDACTED] |
| BROOKS, DAVID G [ADDRESS REDACTED] | BROWN, CELESTINE WYATT [ADDRESS REDACTED] | BROWN, DENISE [ADDRESS REDACTED] |
| BROWN, DONNA [ADDRESS REDACTED] | BROWN, ODIS [ADDRESS REDACTED] | BROWN, RENEE [ADDRESS REDACTED] |
| BRUBAKER, MARTHA [ADDRESS REDACTED] | BRYANT, JOHN [ADDRESS REDACTED] | BULLEN, DANIEL [ADDRESS REDACTED] |
| BUSSEY, JACQUELYN [ADDRESS REDACTED] | BUTLER, MARILYN [ADDRESS REDACTED] | BYWATERS, CANDACE LEAH [ADDRESS REDACTED] |
| CACERES, SANDRA [ADDRESS REDACTED] | CALICA, LUZ [ADDRESS REDACTED] | CAMERON, DARRELL [ADDRESS REDACTED] |

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.

Case #:  14-10979 (CSS)

Notices mailed by: March 13, 2015

NOTICE OF DEBTORS' TWELFTH OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (INSUFFICIENT DOCUMENTATION) CLAIMS PURSUANT TO
SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001,
3003, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

| | | |
|---|---|---|
| CAMPBELL, KAREN<br>[ADDRESS REDACTED] | CAMPBELL, NOLA<br>[ADDRESS REDACTED] | CAMPBELL, NOLA<br>[ADDRESS REDACTED] |
| CANION, J COLLEEN<br>[ADDRESS REDACTED] | CANNON, RALPH JAY<br>[ADDRESS REDACTED] | CAPPS, MARLENE<br>[ADDRESS REDACTED] |
| CARMOUCHE, IDA<br>[ADDRESS REDACTED] | CARROLL, DEBBIE<br>[ADDRESS REDACTED] | CASH, P E<br>[ADDRESS REDACTED] |
| CAZARES, FELIX<br>[ADDRESS REDACTED] | CHADSEY, PATRICIA<br>[ADDRESS REDACTED] | CHAMBERS, GARY<br>[ADDRESS REDACTED] |
| CHAMBERS, GARY<br>[ADDRESS REDACTED] | CHAPA, OFELIA<br>[ADDRESS REDACTED] | CHARNQUIST, JOANNA<br>[ADDRESS REDACTED] |
| CHERRY, ARTHUR<br>[ADDRESS REDACTED] | CIMAROLLI, MARY<br>[ADDRESS REDACTED] | CLARA YOUNG WHITTEN FAMILY TRUST<br>[ADDRESS REDACTED] |

Debtor: **ENERGY FUTURE HOLDINGS CORP., et al.**

Case #:  **14-10979 (CSS)**

Notices mailed by: March 13, 2015

**NOTICE OF DEBTORS' TWELFTH OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (INSUFFICIENT DOCUMENTATION) CLAIMS PURSUANT TO
SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001,
3003, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

CLEVENGER, VIRGINIA
[ADDRESS REDACTED]

COFFEE INSURANCE AGENCY INC
[ADDRESS REDACTED]

COGNATA, LOUIS
[ADDRESS REDACTED]

COHEN, WENDY
[ADDRESS REDACTED]

COLLINS, DARRELL
[ADDRESS REDACTED]

COLLMAR, DENNIS
[ADDRESS REDACTED]

COLON, HENRY J
[ADDRESS REDACTED]

COOK, TAMMIE H
[ADDRESS REDACTED]

COON, WILL
[ADDRESS REDACTED]

COOPER, SHARON
[ADDRESS REDACTED]

CORBELL, GRACE M
[ADDRESS REDACTED]

COSTA, JENNIFER
[ADDRESS REDACTED]

COUEY, JERI
[ADDRESS REDACTED]

COVENEY, SANDI
[ADDRESS REDACTED]

COWGILL, CAROL
[ADDRESS REDACTED]

CRAMER-ARMAH, BARBARA A
[ADDRESS REDACTED]

CRAVENS, PHILIP L
[ADDRESS REDACTED]

CRAWFORD, W J
[ADDRESS REDACTED]

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.

Case #:  14-10979 (CSS)

Notices mailed by: March 13, 2015

NOTICE OF DEBTORS' TWELFTH OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (INSUFFICIENT DOCUMENTATION) CLAIMS PURSUANT TO
SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001,
3003, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

Page 7 of  29

CREWS, BOB
[ADDRESS REDACTED]

CREWS, PAMELA
[ADDRESS REDACTED]

CRUDGINGTON, BILLY
[ADDRESS REDACTED]

CUNNINGHAM, JANET W
[ADDRESS REDACTED]

DAILEY, JAN
[ADDRESS REDACTED]

DAILEY, JIM
[ADDRESS REDACTED]

DANI, VATSAL
[ADDRESS REDACTED]

DAVIS, L C
[ADDRESS REDACTED]

DAVIS, R L
[ADDRESS REDACTED]

DAVIS, RHONTE
[ADDRESS REDACTED]

DAVIS, STACEY
[ADDRESS REDACTED]

DE CARLI, NORMA M
[ADDRESS REDACTED]

DELAUDER, PHYLLIS
[ADDRESS REDACTED]

DELOSSANTOS, MARIO
[ADDRESS REDACTED]

DELTORO, MARY
[ADDRESS REDACTED]

DERBYSHIRE, CINDY
[ADDRESS REDACTED]

DERBYSHIRE, CINDY
[ADDRESS REDACTED]

DESAI, ROHIT B
[ADDRESS REDACTED]

Debtor: **ENERGY FUTURE HOLDINGS CORP., et al.**
Case #:  **14-10979 (CSS)**

Notices mailed by: **March 13, 2015**

**NOTICE OF DEBTORS' TWELFTH OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (INSUFFICIENT DOCUMENTATION) CLAIMS PURSUANT TO
SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001,
3003, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

Page 8 of  29

DIENER, CHRIS
[ADDRESS REDACTED]

DONG, LIANG
[ADDRESS REDACTED]

DONG, LIANG
[ADDRESS REDACTED]

DOUGHTY, E
[ADDRESS REDACTED]

DOUTHIT, TRACY
[ADDRESS REDACTED]

DRUMRIGHT, DIANE
[ADDRESS REDACTED]

DUKES, J B
[ADDRESS REDACTED]

DUNNAM, WILLIAM
[ADDRESS REDACTED]

DURRELL, SHANNON
[ADDRESS REDACTED]

EDGE, MURRAY
[ADDRESS REDACTED]

EDMONDSON, BARBARA L.
[ADDRESS REDACTED]

EDWARDS, TEREASA
[ADDRESS REDACTED]

EDWARDS, TEREASA
[ADDRESS REDACTED]

EDWARDS, TEREASA
[ADDRESS REDACTED]

ENNIS, SILVER
[ADDRESS REDACTED]

ESEN, ETOP
[ADDRESS REDACTED]

ESMON, BILL
[ADDRESS REDACTED]

ESPINOSA, FRANK
[ADDRESS REDACTED]

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.

Case #: 14-10979 (CSS)

Notices mailed by: March 13, 2015

NOTICE OF DEBTORS' TWELFTH OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (INSUFFICIENT DOCUMENTATION) CLAIMS PURSUANT TO
SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001,
3003, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

ESPINOZA, MARIA
[ADDRESS REDACTED]

ESTATE OF JOHN SANDY, JR.
[ADDRESS REDACTED]

ESTES, JANICE
[ADDRESS REDACTED]

EVANGELIST, B A
[ADDRESS REDACTED]

EWING, WILLIAM
[ADDRESS REDACTED]

FALODUN, FRANCIS
[ADDRESS REDACTED]

FINLEY, ODELIA
[ADDRESS REDACTED]

FISHER, DORIS
[ADDRESS REDACTED]

FITZPATRICK, LINDA
[ADDRESS REDACTED]

FLEMING, AMY
[ADDRESS REDACTED]

FLEMING, AMY
[ADDRESS REDACTED]

FLORES, OLIVIA
[ADDRESS REDACTED]

FLORES, SUZANNE
[ADDRESS REDACTED]

FLOURNOY, JESSICA
[ADDRESS REDACTED]

FORD, JOYCE
[ADDRESS REDACTED]

FOSTER, IRBY
[ADDRESS REDACTED]

FREEDMAN, TAMMY
[ADDRESS REDACTED]

FREILING, DON R
[ADDRESS REDACTED]

FUENTES, AMELIA
[ADDRESS REDACTED]

GABRIEL, SHARON TIEDT
[ADDRESS REDACTED]

GARCIA, HERIBERTO
[ADDRESS REDACTED]

GARDNER, BRADLEY
[ADDRESS REDACTED]

GARZA, BENNY & NORMA
[ADDRESS REDACTED]

GERMAN, ROSALYN
[ADDRESS REDACTED]

GERTSON, KEVIN
[ADDRESS REDACTED]

GILES, ROBERT
[ADDRESS REDACTED]

GIOTES, A G
[ADDRESS REDACTED]

GLASCOCK CNTY CO-OP
[ADDRESS REDACTED]

GOLDMAN, JACK Y
[ADDRESS REDACTED]

GOMEZ, MILISSA
[ADDRESS REDACTED]

GOMEZ, NARCEDALIA
[ADDRESS REDACTED]

GOODSON, SAMAIYAH
[ADDRESS REDACTED]

GORGY, AMGAD
[ADDRESS REDACTED]

GOTTSACKER, STEVE
[ADDRESS REDACTED]

GRANADOS ARGUETA, MIGUEL
[ADDRESS REDACTED]

GRANADOS, CECILIA
[ADDRESS REDACTED]

**NOTICE OF DEBTORS' TWELFTH OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (INSUFFICIENT DOCUMENTATION) CLAIMS PURSUANT TO
SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001,
3003, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

| | | |
|---|---|---|
| GREEN, CHERYL<br>[ADDRESS REDACTED] | GREEN, MILDRED<br>[ADDRESS REDACTED] | GREENE, OPHELIA<br>[ADDRESS REDACTED] |
| GRIFFIN, MAURICE R<br>[ADDRESS REDACTED] | GUTHERY, CONNIE<br>[ADDRESS REDACTED] | GUTIERREZ, JOE H<br>[ADDRESS REDACTED] |
| GUTIERREZ, MARY G<br>[ADDRESS REDACTED] | HADDOCK, ORVILLE E<br>[ADDRESS REDACTED] | HARPER, EDWARD ALLEN<br>[ADDRESS REDACTED] |
| HARPER, HUGH Q<br>[ADDRESS REDACTED] | HARRELL, OLLIE M<br>[ADDRESS REDACTED] | HARRINGTON, TAYLOR<br>[ADDRESS REDACTED] |
| HARRIS, JULIEE PEYTON<br>[ADDRESS REDACTED] | HAU, LEOPOLDO<br>[ADDRESS REDACTED] | HEAGY, DENNIS<br>[ADDRESS REDACTED] |
| HEARNE, DOROTHY MAE<br>[ADDRESS REDACTED] | HENDERSON, RHONDA C<br>[ADDRESS REDACTED] | HENRY, PATTI<br>[ADDRESS REDACTED] |

NOTICE OF DEBTORS' TWELFTH OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (INSUFFICIENT DOCUMENTATION) CLAIMS PURSUANT TO
SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001,
3003, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

Page 12 of  29

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by: March 13, 2015**

HESS, VICTORIA
[ADDRESS REDACTED]

HILL, ADEAN
[ADDRESS REDACTED]

HINSON, VERLIE
[ADDRESS REDACTED]

HOBBS, ARRIA
[ADDRESS REDACTED]

HODGDON, LANA
[ADDRESS REDACTED]

HOEFT, DON
[ADDRESS REDACTED]

HOLLEMAN, DOUGLAS W
[ADDRESS REDACTED]

HOLLOWAY, LEE
[ADDRESS REDACTED]

HOLMES-BUSBY, MARY ANN
[ADDRESS REDACTED]

HOOKS, ALAN
[ADDRESS REDACTED]

HOOPMAN, DIANE LARSON
[ADDRESS REDACTED]

HOOVEN, MICHAEL
[ADDRESS REDACTED]

HOPSON, SANDRA K
[ADDRESS REDACTED]

HOUSE OF MERCY HOLINESS CHURCH
[ADDRESS REDACTED]

HOUSTON, JANET
[ADDRESS REDACTED]

HUGHES, DUSTIN
[ADDRESS REDACTED]

HUGHES, KIMBERLY
[ADDRESS REDACTED]

HUMPHRIES, G R
[ADDRESS REDACTED]

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.

Case #:  14-10979 (CSS)

Notices mailed by: March 13, 2015

**NOTICE OF DEBTORS' TWELFTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO (INSUFFICIENT DOCUMENTATION) CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

Page 13 of  29

| | | |
|---|---|---|
| HUSTON, STACY<br>[ADDRESS REDACTED] | HYATT, YVONNE H<br>[ADDRESS REDACTED] | HYSELL, CYNTHIA<br>[ADDRESS REDACTED] |
| IVEY, CECILIA<br>[ADDRESS REDACTED] | JACK, SHERRIE<br>[ADDRESS REDACTED] | JACKSON, COURTNEY<br>[ADDRESS REDACTED] |
| JACKSON, GRADY<br>[ADDRESS REDACTED] | JACKSON, JACK<br>[ADDRESS REDACTED] | JACKSON, JACK<br>[ADDRESS REDACTED] |
| JACKSON, RITA MAE<br>[ADDRESS REDACTED] | JANAK, JEFFERY<br>[ADDRESS REDACTED] | JANKINS, CREG<br>[ADDRESS REDACTED] |
| JEWELL, COLLEEN<br>[ADDRESS REDACTED] | JEWELL, JAMIE<br>[ADDRESS REDACTED] | JOHNSON, JAMES A<br>[ADDRESS REDACTED] |
| JONES, FRED<br>[ADDRESS REDACTED] | JONES, LATONDRA<br>[ADDRESS REDACTED] | JONES, THELMA<br>[ADDRESS REDACTED] |

Debtor: **ENERGY FUTURE HOLDINGS CORP., et al.**

Case #:  **14-10979 (CSS)**

**Notices mailed by: March 13, 2015**

**NOTICE OF DEBTORS' TWELFTH OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (INSUFFICIENT DOCUMENTATION) CLAIMS PURSUANT TO
SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001,
3003, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

| | | |
|---|---|---|
| JONES, TREVOR<br>[ADDRESS REDACTED] | KAHLE, MARCIA<br>[ADDRESS REDACTED] | KALAN, THOMAS P<br>[ADDRESS REDACTED] |
| KANE, CAROL<br>[ADDRESS REDACTED] | KEY, DAVID MORRIS<br>[ADDRESS REDACTED] | KIM, SOO K<br>[ADDRESS REDACTED] |
| KINDIG, EVERETT W<br>[ADDRESS REDACTED] | KNOX, ROWENA YVONNE<br>[ADDRESS REDACTED] | LANE, WILLIAM<br>[ADDRESS REDACTED] |
| LANEY, MARTHA LEWIS<br>[ADDRESS REDACTED] | LARK, JEROLINE<br>[ADDRESS REDACTED] | LARSEN, GINGER<br>[ADDRESS REDACTED] |
| LAW, DEWAYNE<br>[ADDRESS REDACTED] | LEAKE, DAWN<br>[ADDRESS REDACTED] | LEE, LASHONDA ROSHELLE<br>[ADDRESS REDACTED] |
| LEE, VENDIG<br>[ADDRESS REDACTED] | LEENHEER, CHRISTIANNE COLLETTE<br>[ADDRESS REDACTED] | LEFALL, WILLIE<br>[ADDRESS REDACTED] |

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.

Case #:  14-10979 (CSS)

Notices mailed by: March 13, 2015

NOTICE OF DEBTORS' TWELFTH OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (INSUFFICIENT DOCUMENTATION) CLAIMS PURSUANT TO
SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001,
3003, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

Page 15 of  29

LEONARD, TOBY
[ADDRESS REDACTED]

LILANI, IRENE
[ADDRESS REDACTED]

LINDBERG, LOIS-ELAINE
[ADDRESS REDACTED]

LOPEZ, VICTOR
[ADDRESS REDACTED]

LUECKEMEYER, BARBARA
[ADDRESS REDACTED]

LYONS, FRANKLIN
[ADDRESS REDACTED]

LYONS-HODGE, BETHTINA
[ADDRESS REDACTED]

MADISON, KEVIN
[ADDRESS REDACTED]

MAGANA, MARISELA ALCARAZ
[ADDRESS REDACTED]

MAGNUSON, SHERRILL
[ADDRESS REDACTED]

MAILMAN, MOLLIE
[ADDRESS REDACTED]

MALLET, ANNA
[ADDRESS REDACTED]

MARS, MARY LINDLEY
[ADDRESS REDACTED]

MARSHALL, KAREN
[ADDRESS REDACTED]

MARTIN, TOM L
[ADDRESS REDACTED]

MARTINEZ, BEATRIZ
[ADDRESS REDACTED]

MARTINEZ, MARY ANN
[ADDRESS REDACTED]

MARTINEZ, MISTY
[ADDRESS REDACTED]

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.

Case #: 14-10979 (CSS)

Notices mailed by: March 13, 2015

NOTICE OF DEBTORS' TWELFTH OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (INSUFFICIENT DOCUMENTATION) CLAIMS PURSUANT TO
SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001,
3003, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

Page 16 of 29

MARVIN, PETER
[ADDRESS REDACTED]

MATHAI, MATHEAW P
[ADDRESS REDACTED]

MATHEU, CHRISTINA
[ADDRESS REDACTED]

MATHEWS, DIXIE
[ADDRESS REDACTED]

MAXWELL, MARLON
[ADDRESS REDACTED]

MAYO, JAMES
[ADDRESS REDACTED]

MAYO, JIM F
[ADDRESS REDACTED]

MBAJONAS, KENNEDY
[ADDRESS REDACTED]

MCBRIDE, AUDREY F
[ADDRESS REDACTED]

MCCANTS, MARY S
[ADDRESS REDACTED]

MCCARTHY, FRAUN
[ADDRESS REDACTED]

MCCARTHY, FRAUN
[ADDRESS REDACTED]

MCCASKILL, KATIE
[ADDRESS REDACTED]

MCKEEVER, HELEN
[ADDRESS REDACTED]

MCLAGAN, BELINDA
[ADDRESS REDACTED]

MCMAHAN, LORRAINE
[ADDRESS REDACTED]

MCRANEY, JUDY C
[ADDRESS REDACTED]

MELECIO, ZERUAH Z
[ADDRESS REDACTED]

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #:  14-10979 (CSS)**

**Notices mailed by: March 13, 2015**

**NOTICE OF DEBTORS' TWELFTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO (INSUFFICIENT DOCUMENTATION) CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001, 3003, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

Page 17 of  29

| | | |
|---|---|---|
| MELILLO, CARMEN<br>[ADDRESS REDACTED] | MENA, MARIANA<br>[ADDRESS REDACTED] | MILLER, ANNALAURA HOWARD<br>[ADDRESS REDACTED] |
| MILLWEE, DANA<br>[ADDRESS REDACTED] | MILLWEE, ROBERT HUGHES<br>[ADDRESS REDACTED] | MITCHELL, COLETTE<br>[ADDRESS REDACTED] |
| MOLAI, REZA<br>[ADDRESS REDACTED] | MOLINA, CARMEN<br>[ADDRESS REDACTED] | MONTEFORTE, LAILA<br>[ADDRESS REDACTED] |
| MOONEY, CHARLES F<br>[ADDRESS REDACTED] | MOORE, LORI<br>[ADDRESS REDACTED] | MORA, JAVIER V<br>[ADDRESS REDACTED] |
| MORALEZ, NICOLETTE<br>[ADDRESS REDACTED] | MORGAN, JACKIE D<br>[ADDRESS REDACTED] | MORGAN, JR SAMUEL<br>[ADDRESS REDACTED] |
| MORGAN, MARK<br>[ADDRESS REDACTED] | MOTLEY, CONNIE<br>[ADDRESS REDACTED] | MOWER, PATRICIA<br>[ADDRESS REDACTED] |

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.

Case #:  14-10979 (CSS)

Notices mailed by: March 13, 2015

NOTICE OF DEBTORS' TWELFTH OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (INSUFFICIENT DOCUMENTATION) CLAIMS PURSUANT TO
SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001,
3003, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

Page 18 of  29

MUSCH, PATTY
[ADDRESS REDACTED]

NAAR, JEAN
[ADDRESS REDACTED]

NAVARRO, OLIVIA
[ADDRESS REDACTED]

NELLUMS, DORIN
[ADDRESS REDACTED]

NESBIT-COOPER, EVA D
[ADDRESS REDACTED]

NEWSOME, STEVE
[ADDRESS REDACTED]

NGUY, DAVID
[ADDRESS REDACTED]

NGUYEN, LINH
[ADDRESS REDACTED]

NICHOLAS, DAVID W
[ADDRESS REDACTED]

NICHOLSON, KEVIN RAY
[ADDRESS REDACTED]

NORRIS, LARRY
[ADDRESS REDACTED]

NORRIS, LOWELL T
[ADDRESS REDACTED]

NORWOOD, KERRY
[ADDRESS REDACTED]

OBAYES, RISALA
[ADDRESS REDACTED]

OBRIAN, ROBERT
[ADDRESS REDACTED]

OJO, ANDRETTA
[ADDRESS REDACTED]

ONEILL, TERENCE
[ADDRESS REDACTED]

ORELLANA, ANTONIO
[ADDRESS REDACTED]

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.

Case #:  14-10979 (CSS)

Notices mailed by: March 13, 2015

NOTICE OF DEBTORS' TWELFTH OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (INSUFFICIENT DOCUMENTATION) CLAIMS PURSUANT TO
SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001,
3003, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

Page 19 of  29

PAGE, CLAIRE
[ADDRESS REDACTED]

PALMER, REGINALD
[ADDRESS REDACTED]

PARLOUR, SIDNEY
[ADDRESS REDACTED]

PARNELL, KAYLA
[ADDRESS REDACTED]

PATERSON, JACKIE
[ADDRESS REDACTED]

PATROSSO, CYNTHIA
[ADDRESS REDACTED]

PATRY, DANIEL
[ADDRESS REDACTED]

PEARSON, TIFFANY
[ADDRESS REDACTED]

PENULIAR, DALE
[ADDRESS REDACTED]

PENULIAR, DALE
[ADDRESS REDACTED]

PERDOMO, JOSE REYNALDO
[ADDRESS REDACTED]

PETERSON, LORETTA
[ADDRESS REDACTED]

PIENDAK, DAVID
[ADDRESS REDACTED]

PIERCE, DAVID P
[ADDRESS REDACTED]

PLEASANT, SAMUEL D
[ADDRESS REDACTED]

PORTER, SAVANA
[ADDRESS REDACTED]

PRICE, BRENDA
[ADDRESS REDACTED]

PRICE, GEORGE S
[ADDRESS REDACTED]

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.

Case #:  14-10979 (CSS)

Notices mailed by: March 13, 2015

NOTICE OF DEBTORS' TWELFTH OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (INSUFFICIENT DOCUMENTATION) CLAIMS PURSUANT TO
SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001,
3003, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

Page 20 of  29

PRIDDY, SUZANNE FARRAR
[ADDRESS REDACTED]

PROPERTY MANAGEMENT OF TEXAS
[ADDRESS REDACTED]

QUIER, KAYE
[ADDRESS REDACTED]

QUIETT, BRENDA J
[ADDRESS REDACTED]

QUINN, THOMAS
[ADDRESS REDACTED]

RAINBOLT, J WALTER
[ADDRESS REDACTED]

RATHBUN, E D
[ADDRESS REDACTED]

REDZEPAGIC, SAJMIR
[ADDRESS REDACTED]

REED, KELLY
[ADDRESS REDACTED]

REED, TIM
[ADDRESS REDACTED]

REEVES, MIKE
[ADDRESS REDACTED]

RESNICK, BEVERLY
[ADDRESS REDACTED]

REYERS, TAMMY
[ADDRESS REDACTED]

RITTER, GINETTE
[ADDRESS REDACTED]

ROBERTS, JACKIE N
[ADDRESS REDACTED]

ROBERTS, THOMAS
[ADDRESS REDACTED]

ROBISON, RICHARD
[ADDRESS REDACTED]

ROCKMORE, LISA A
[ADDRESS REDACTED]

Debtor: **ENERGY FUTURE HOLDINGS CORP., et al.**

Case #:  **14-10979 (CSS)**

Notices mailed by: **March 13, 2015**

**NOTICE OF DEBTORS' TWELFTH OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (INSUFFICIENT DOCUMENTATION) CLAIMS PURSUANT TO
SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001,
3003, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

RODRIGEZ, MARIA
[ADDRESS REDACTED]

ROGERS, FRANCES
[ADDRESS REDACTED]

ROSS-NEAL, LAWANDA J
[ADDRESS REDACTED]

ROSS-NEAL, LAWANDA J
[ADDRESS REDACTED]

RYAN, LESLIE
[ADDRESS REDACTED]

RYAN, PAMELA
[ADDRESS REDACTED]

SALAS, SANDRA
[ADDRESS REDACTED]

SALAZAR, JIMMY DAVID
[ADDRESS REDACTED]

SALAZAR, SUE
[ADDRESS REDACTED]

SALDANA, JOHNNY
[ADDRESS REDACTED]

SANDERS, DENISE L
[ADDRESS REDACTED]

SANDRIDGE, JACK A
[ADDRESS REDACTED]

SANDY, SHIRLEY NOWICKI
[ADDRESS REDACTED]

SCHAEFFER, JOAN E
[ADDRESS REDACTED]

SCHENK, ROSEMARIE
[ADDRESS REDACTED]

SCHILLER, AL
[ADDRESS REDACTED]

SCHMIDT, GEORGE JOHN
[ADDRESS REDACTED]

SCHNEIDER, JAMES
[ADDRESS REDACTED]

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.

Case #:  14-10979 (CSS)

Notices mailed by: March 13, 2015

NOTICE OF DEBTORS' TWELFTH OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (INSUFFICIENT DOCUMENTATION) CLAIMS PURSUANT TO
SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001,
3003, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

Page 22 of  29

SCHNERINGER, JAMES N
[ADDRESS REDACTED]

SCOTT, DONALD CLARA
[ADDRESS REDACTED]

SCOTT, IRELAND
[ADDRESS REDACTED]

SCOTT, LILBERN E
[ADDRESS REDACTED]

SCOTT, PERRY
[ADDRESS REDACTED]

SCOTT, RODNEY
[ADDRESS REDACTED]

SCOTT, SCHWARZ
[ADDRESS REDACTED]

SERNA, SUSANA
[ADDRESS REDACTED]

SEYMOUR, FREDERICK J
[ADDRESS REDACTED]

SHADOW GLEN APARTMENTS LLC
[ADDRESS REDACTED]

SHAFFER, GAYLE
[ADDRESS REDACTED]

SHORT, KANYA
[ADDRESS REDACTED]

SHUTTLESWORTH, HELEN SUE
[ADDRESS REDACTED]

SIEFFERT, ALEXANDRA
[ADDRESS REDACTED]

SIMMS, WENDY
[ADDRESS REDACTED]

SIRLES, GLADYS
[ADDRESS REDACTED]

SKINNER, LESLIE D.
[ADDRESS REDACTED]

SLOAN, PAUL
[ADDRESS REDACTED]

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.

Case #:  14-10979 (CSS)

Notices mailed by: March 13, 2015

NOTICE OF DEBTORS' TWELFTH OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (INSUFFICIENT DOCUMENTATION) CLAIMS PURSUANT TO
SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001,
3003, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

Page 23 of  29

| | | |
|---|---|---|
| SMELLEY, DON<br>[ADDRESS REDACTED] | SMELLEY, DON<br>[ADDRESS REDACTED] | SMELLEY, DON<br>[ADDRESS REDACTED] |
| SMELLEY, R W<br>[ADDRESS REDACTED] | SMELLEY, R W<br>[ADDRESS REDACTED] | SMITH, ANDORIA<br>[ADDRESS REDACTED] |
| SMITH, DONNA<br>[ADDRESS REDACTED] | SMITH, G KENT<br>[ADDRESS REDACTED] | SMITH, JAMES J<br>[ADDRESS REDACTED] |
| SMITH, LESLIE<br>[ADDRESS REDACTED] | SMITH, MELISSA<br>[ADDRESS REDACTED] | SMOOTH SOULTION DALLAS LLC<br>[ADDRESS REDACTED] |
| SNODGRASS, JAMES A<br>[ADDRESS REDACTED] | SOUTH LOOP 12 MEDICAL CLINIC<br>[ADDRESS REDACTED] | SOUTH LOOP 12 MEDICAL CLINIC<br>[ADDRESS REDACTED] |
| SPEER, EMMETT<br>[ADDRESS REDACTED] | SPENCE, NANCY<br>[ADDRESS REDACTED] | ST THOMAS PLACE LTD PARTNERSHIP<br>[ADDRESS REDACTED] |

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.

Case #: 14-10979 (CSS)

Notices mailed by: March 13, 2015

NOTICE OF DEBTORS' TWELFTH OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (INSUFFICIENT DOCUMENTATION) CLAIMS PURSUANT TO
SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001,
3003, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

Page 24 of 29

| | | |
|---|---|---|
| STABERG, RONA [ADDRESS REDACTED] | STACEY, JESSICA [ADDRESS REDACTED] | STARKS, MARLON [ADDRESS REDACTED] |
| STARR, ALISON [ADDRESS REDACTED] | STAUFFER, RICK [ADDRESS REDACTED] | STEPHENS, JAMES [ADDRESS REDACTED] |
| STERLING, CHANDA [ADDRESS REDACTED] | STERNADEL, BECKY [ADDRESS REDACTED] | STERNADEL, BECKY [ADDRESS REDACTED] |
| STERNADEL, BECKY [ADDRESS REDACTED] | STERNADEL, BECKY [ADDRESS REDACTED] | STERNADEL, BECKY [ADDRESS REDACTED] |
| STERNADEL, BECKY [ADDRESS REDACTED] | STERNADEL, BECKY [ADDRESS REDACTED] | STEWARD, KAREN [ADDRESS REDACTED] |
| SWANNER, KIM [ADDRESS REDACTED] | TALLEY, STEVEN [ADDRESS REDACTED] | TALLEY, STEVEN [ADDRESS REDACTED] |

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.
Case #: 14-10979 (CSS)

Notices mailed by: March 13, 2015

NOTICE OF DEBTORS' TWELFTH OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (INSUFFICIENT DOCUMENTATION) CLAIMS PURSUANT TO
SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001,
3003, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

| | | |
|---|---|---|
| TAMEZ, RICHARD<br>[ADDRESS REDACTED] | TAYLOR, TROY<br>[ADDRESS REDACTED] | TERRY, KAREN<br>[ADDRESS REDACTED] |
| TERRY, LORRIE<br>[ADDRESS REDACTED] | TERRY, TRACIE<br>[ADDRESS REDACTED] | TETER, GOLDENE<br>[ADDRESS REDACTED] |
| TEXAS INSURANCE ADVISORS INC<br>[ADDRESS REDACTED] | THATCHER, ARTHUR<br>[ADDRESS REDACTED] | THIBODEAUX, ROLAND P<br>[ADDRESS REDACTED] |
| THOMAS, CLARICE<br>[ADDRESS REDACTED] | THOMAS, JO ANN<br>[ADDRESS REDACTED] | THOMAS, LOUIS<br>[ADDRESS REDACTED] |
| THOMAS, MARGARET<br>[ADDRESS REDACTED] | THOMAS, TIMMITHY<br>[ADDRESS REDACTED] | THOMAS, YOHANNAN<br>[ADDRESS REDACTED] |
| TIEDT, MARK<br>[ADDRESS REDACTED] | TOMPKIN, LEONA<br>[ADDRESS REDACTED] | TOSILL, JONI<br>[ADDRESS REDACTED] |

NOTICE OF DEBTORS' TWELFTH OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (INSUFFICIENT DOCUMENTATION) CLAIMS PURSUANT TO
SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001,
3003, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

| | | |
|---|---|---|
| TRIPLETT, HENAN<br>[ADDRESS REDACTED] | TROESTLER, DAVID<br>[ADDRESS REDACTED] | TUMLISON, JOHN<br>[ADDRESS REDACTED] |
| TUMLISON, RESSIE<br>[ADDRESS REDACTED] | TURNER, GAYLON<br>[ADDRESS REDACTED] | TYLER, YVONNE<br>[ADDRESS REDACTED] |
| VALENTINE, NICKEY<br>[ADDRESS REDACTED] | VANDERSAND, JAMES D<br>[ADDRESS REDACTED] | VANZANDT, SHERIANN C<br>[ADDRESS REDACTED] |
| VELA, ROBERT<br>[ADDRESS REDACTED] | VILLA, VALENTINE G<br>[ADDRESS REDACTED] | VORNHOLT, HEIDI<br>[ADDRESS REDACTED] |
| VORNHOLT, HEIDI<br>[ADDRESS REDACTED] | WALKER, ALEXANDER<br>[ADDRESS REDACTED] | WALKER, TANYA<br>[ADDRESS REDACTED] |
| WALL, IVA<br>[ADDRESS REDACTED] | WALTA, LAVANNA<br>[ADDRESS REDACTED] | WANG, PING<br>[ADDRESS REDACTED] |

**Debtor: ENERGY FUTURE HOLDINGS CORP., et al.**

**Case #: 14-10979 (CSS)**

**Notices mailed by: March 13, 2015**

NOTICE OF DEBTORS' TWELFTH OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (INSUFFICIENT DOCUMENTATION) CLAIMS PURSUANT TO
SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001,
3003, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

Page 27 of  29

| | | |
|---|---|---|
| WARREN, MINNIE<br>[ADDRESS REDACTED] | WASHINGTON, ROSE B S<br>[ADDRESS REDACTED] | WASHINGTON, WALTER F<br>[ADDRESS REDACTED] |
| WATSON, EVELYN<br>[ADDRESS REDACTED] | WATTS, KENNETH<br>[ADDRESS REDACTED] | WATTS, ROBIN<br>[ADDRESS REDACTED] |
| WATTS, SAMUEL<br>[ADDRESS REDACTED] | WEATHERBY, JENNIFER<br>[ADDRESS REDACTED] | WEATHERFORD, JIMMY<br>[ADDRESS REDACTED] |
| WEATHERFORD, JIMMY<br>[ADDRESS REDACTED] | WELMER, JILL<br>[ADDRESS REDACTED] | WERNECKE, SHARON<br>[ADDRESS REDACTED] |
| WEST, KENNETH D<br>[ADDRESS REDACTED] | WHISLER, DOUG<br>[ADDRESS REDACTED] | WHITAKER, CYNTHIA<br>[ADDRESS REDACTED] |
| WHITE, LINDA<br>[ADDRESS REDACTED] | WHITE, PETER<br>[ADDRESS REDACTED] | WILKERSON, SUZON<br>[ADDRESS REDACTED] |

Debtor: ENERGY FUTURE HOLDINGS CORP., et al.

Case #:  14-10979 (CSS)

Notices mailed by: March 13, 2015

NOTICE OF DEBTORS' TWELFTH OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (INSUFFICIENT DOCUMENTATION) CLAIMS PURSUANT TO
SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001,
3003, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON

Page 28 of  29

WILLIAMS, JOHN
[ADDRESS REDACTED]

WILLIS, BEVERLY
[ADDRESS REDACTED]

WILMOTH, DEBRA
[ADDRESS REDACTED]

WILSON, CYSENTHIA
[ADDRESS REDACTED]

WILSON, H B
[ADDRESS REDACTED]

WILSON, VERNELL
[ADDRESS REDACTED]

WIMBERLY, C RAY
[ADDRESS REDACTED]

WITHERSPOON, JOYCE
[ADDRESS REDACTED]

WITTEN, ROY J
[ADDRESS REDACTED]

WITTSTRUCK, CONSTANCE
[ADDRESS REDACTED]

WOFFORD, ROBERT
[ADDRESS REDACTED]

WOOD, DORTHY
[ADDRESS REDACTED]

WOODLEE, MARTY L
[ADDRESS REDACTED]

WOODS, VIRGINIA
[ADDRESS REDACTED]

WRIGHT, CAROL S
[ADDRESS REDACTED]

WRIGHT, FRANCES
[ADDRESS REDACTED]

WROTEN, GLADYS
[ADDRESS REDACTED]

YATES, KENNETH
[ADDRESS REDACTED]

Debtor: **ENERGY FUTURE HOLDINGS CORP., et al.**

Case #:  **14-10979 (CSS)**

**Notices mailed by: March 13, 2015**

**NOTICE OF DEBTORS' TWELFTH OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO (INSUFFICIENT DOCUMENTATION) CLAIMS PURSUANT TO
SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3001,
3003, 3007, AND LOCAL BANKRUPTCY RULE 3007-1 AND HEARING THEREON**

YESLOW, TOD
[ADDRESS REDACTED]

YIN BONG CHENG
[ADDRESS REDACTED]

YORK, GEORGE
[ADDRESS REDACTED]

ZZ SHADOW GLEN APARTMENTS LLC
[ADDRESS REDACTED]

ZZ SHADOW GLEN APARTMENTS LLC
[ADDRESS REDACTED]

Total Parties: 509