## EXHIBIT B

**Attorneys and Paraprofessionals' Information**

The RL&F attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Mark D. Collins | Director | 1991 | Bankruptcy | $825 | 0.6 | $495.00 |
| Daniel J. DeFranceschi | Director | 1989 | Bankruptcy | $750 | 23.4 | $17,550.00 |
| Jason M. Madron | Counsel | 2003 | Bankruptcy | $525 | 174.6 | $91,665.00 |
| Joseph C. Barsalona, II | Associate | 2014 | Bankruptcy | $260 | 9.6 | $2,496.00 |
| William A. Romanowicz | Associate | 2012 | Bankruptcy | $375 | 9.3 | $3,487.50 |
| Tyler D. Semmelman | Associate | 2009 | Bankruptcy | $450 | 14.8 | $6,660.00 |
| Amanda R. Steele | Associate | 2010 | Bankruptcy | $425 | 0.2 | $85.00 |
| **Total** | | | | | **232.5** | **$122,438.50** |

The paraprofessionals of RL&F who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Barbara J. Witters | Paralegal | 14 | Bankruptcy | $235.00 | 77.9 | $18,306.50 |
| Ann Jerominski | Paralegal | 14 | Bankruptcy | $235.00 | 17.0 | $3,995.00 |
| Rebecca V. Speaker | Paralegal | 13 | Bankruptcy | $235.00 | 6.1 | $1,433.50 |
| Lindsey A. Edinger | Paralegal | 2 | Bankruptcy | $235.00 | 5.6 | $1,316.00 |
| **Total** | | | | | **106.6** | **$25,051.00** |

|  | **Total Fees** | **$147,489.50** |
|---|---|---|