# EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

# EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

## ALL - Expense Summary

| Service Description | Amount |
|---|---:|
| Binding | $0.00 |
| Business Meals | $368.40 |
| Conference Calling | $247.06 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $1,110.96 |
| Electronic Legal Research | $0.00 |
| Filing Fees/Court Cost | $34.70 |
| Long distance Telephone Charges | $169.78 |
| Messenger and Delivery Service | $128.22 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $142.27 |
| Photocopying/Printing | $668.18 |
| Postage | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $62.18 |
| **Total:** | **$2,931.75** |

## TCEH - Expense Summary

| Service Description | Amount |
|---|---:|
| Binding | $0.00 |
| Business Meals | $54.78 |
| Conference Calling | $36.74 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $165.20 |
| Electronic Legal Research | $0.00 |
| Filing Fees/Court Costs | $5.15 |
| Long distance Telephone Charges | $25.25 |
| Messenger and Delivery Service | $19.07 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $21.16 |
| Photocopying/Printing | $99.36 |
| Postage | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $9.25 |
| **Total:** | **$435.96** |

## EFIH - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.00 |
| Business Meals | $106.70 |
| Conference Calling | $71.56 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $321.76 |
| Electronic Legal Research | $0.00 |
| Filing Fees/Court Costs | $10.05 |
| Long distance Telephone Charges | $49.17 |
| Messenger and Delivery Service | $37.13 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $41.21 |
| Photocopying/Printing | $193.52 |
| Room Rental | $0.00 |
| Postage | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $18.01 |
| **Total:** | **$849.11** |

## EFH - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.00 |
| Business Meals | $.96 |
| Conference Calling | $.64 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $2.88 |
| Electronic Legal Research | $0.00 |
| Filing Fees/Court Costs | $0.09 |
| Long distance Telephone Charges | $0.44 |
| Messenger and Delivery Service | $0.33 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $0.37 |
| Photocopying/Printing | $1.73 |
| Postage | $0.00 |
| Record Retrieval | $0.00 |
| Travel Expense | $0.16 |
| **Total:** | **$7.60** |