Energy Future Competitive Holdings Co.

Texas Competitive Electric Holdings Co.

1601 Bryan Street

Dallas TX  75201

March 23, 2015

Invoice 478727

Page 175

Client #  740489

| Date | Description | | Code |
|---|---|---|---|
| 02/18/15 | PACER | | DOCRETRI |
| | | Amount = $1.60 | |
| 02/18/15 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |
| 02/18/15 | PACER | | DOCRETRI |
| | | Amount = $2.70 | |
| 02/18/15 | PACER | | DOCRETRI |
| | | Amount = $0.30 | |
| 02/18/15 | PACER | | DOCRETRI |
| | | Amount = $2.90 | |
| 02/18/15 | PACER | | DOCRETRI |
| | | Amount = $0.10 | |
| 02/18/15 | PACER | | DOCRETRI |
| | | Amount = $0.10 | |
| 02/18/15 | PACER | | DOCRETRI |
| | | Amount = $0.50 | |
| 02/18/15 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |
| 02/18/15 | PACER | | DOCRETRI |
| | | Amount = $0.30 | |
| 02/18/15 | PACER | | DOCRETRI |
| | | Amount = $0.30 | |
| 02/18/15 | PACER | | DOCRETRI |
| | | Amount = $0.30 | |
| 02/18/15 | PACER | | DOCRETRI |
| | | Amount = $0.30 | |
| 02/18/15 | PACER | | DOCRETRI |
| | | Amount = $0.40 | |
| 02/18/15 | PACER | | DOCRETRI |
| | | Amount = $0.40 | |
| 02/18/15 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |
| 02/18/15 | PACER | | DOCRETRI |
| | | Amount = $0.10 | |
| 02/18/15 | PACER | | DOCRETRI |
| | | Amount = $0.40 | |

Energy Future Competitive Holdings Co.                           March 23, 2015
Texas Competitive Electric Holdings Co.                          Invoice 478727
1601 Bryan Street                                                Page 176
Dallas TX  75201

                                                                 Client #  740489

| Date | | | |
| --- | --- | --- | --- |
| 02/18/15 | PACER | | DOCRETRI |
| | | Amount =   $0.10 | |
| 02/18/15 | PACER | | DOCRETRI |
| | | Amount =   $0.10 | |
| 02/18/15 | PACER | | DOCRETRI |
| | | Amount =   $0.30 | |
| 02/18/15 | PACER | | DOCRETRI |
| | | Amount =   $2.50 | |
| 02/18/15 | PACER | | DOCRETRI |
| | | Amount =   $0.20 | |
| 02/18/15 | PACER | | DOCRETRI |
| | | Amount =   $0.90 | |
| 02/18/15 | PACER | | DOCRETRI |
| | | Amount =   $0.20 | |
| 02/18/15 | PACER | | DOCRETRI |
| | | Amount =   $0.30 | |
| 02/18/15 | PACER | | DOCRETRI |
| | | Amount =   $3.00 | |
| 02/18/15 | PACER | | DOCRETRI |
| | | Amount =   $1.10 | |
| 02/18/15 | PACER | | DOCRETRI |
| | | Amount =   $3.00 | |
| 02/18/15 | PACER | | DOCRETRI |
| | | Amount =   $1.90 | |
| 02/18/15 | PACER | | DOCRETRI |
| | | Amount =   $0.70 | |
| 02/18/15 | PACER | | DOCRETRI |
| | | Amount =   $0.40 | |
| 02/18/15 | PACER | | DOCRETRI |
| | | Amount =   $0.30 | |
| 02/18/15 | PACER | | DOCRETRI |
| | | Amount =   $0.50 | |
| 02/18/15 | PACER | | DOCRETRI |
| | | Amount =   $0.20 | |
| 02/18/15 | PACER | | DOCRETRI |
| | | Amount =   $0.40 | |

Energy Future Competitive Holdings Co.                                    March 23, 2015
Texas Competitive Electric Holdings Co.                                   Invoice 478727
1601 Bryan Street                                                         Page 177
Dallas TX  75201
                                                                          Client #  740489

| Date | Description | Amount | Code |
|------|-------------|--------|------|
| 02/18/15 | PACER | Amount = $0.40 | DOCRETRI |
| 02/18/15 | PACER | Amount = $1.30 | DOCRETRI |
| 02/18/15 | PACER | Amount = $0.50 | DOCRETRI |
| 02/18/15 | PACER | Amount = $0.20 | DOCRETRI |
| 02/18/15 | PACER | Amount = $0.40 | DOCRETRI |
| 02/18/15 | PACER | Amount = $0.20 | DOCRETRI |
| 02/18/15 | PACER | Amount = $0.10 | DOCRETRI |
| 02/18/15 | PACER | Amount = $0.20 | DOCRETRI |
| 02/18/15 | PACER | Amount = $0.70 | DOCRETRI |
| 02/18/15 | Printing | Amount = $0.20 | DUP |
| 02/18/15 | Printing | Amount = $0.10 | DUP |
| 02/18/15 | Printing | Amount = $0.10 | DUP |
| 02/18/15 | Printing | Amount = $0.10 | DUP |
| 02/18/15 | Printing | Amount = $0.10 | DUP |
| 02/18/15 | Printing | Amount = $0.40 | DUP |
| 02/18/15 | Printing | Amount = $0.10 | DUP |
| 02/19/15 | AMERICAN EXPRESS: AJ PHV | Amount = $25.00 | FLFEE |
| 02/19/15 | PACER | Amount = $3.00 | DOCRETRI |

Energy Future Competitive Holdings Co.          March 23, 2015
Texas Competitive Electric Holdings Co.         Invoice 478727
1601 Bryan Street                          Page 178
Dallas TX  75201

                                            Client #  740489

| Date | Description | | Code |
|---|---|---|---|
| 02/19/15 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |
| 02/19/15 | PACER | | DOCRETRI |
| | | Amount = $0.80 | |
| 02/19/15 | PACER | | DOCRETRI |
| | | Amount = $0.40 | |
| 02/19/15 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 02/19/15 | Printing | | DUP |
| | | Amount = $0.80 | |
| 02/19/15 | Printing | | DUP |
| | | Amount = $0.10 | |
| 02/19/15 | Printing | | DUP |
| | | Amount = $0.80 | |
| 02/19/15 | Printing | | DUP |
| | | Amount = $0.10 | |
| 02/19/15 | Printing | | DUP |
| | | Amount = $0.10 | |
| 02/19/15 | Printing | | DUP |
| | | Amount = $1.10 | |
| 02/19/15 | Printing | | DUP |
| | | Amount = $0.10 | |
| 02/19/15 | Printing | | DUP |
| | | Amount = $0.10 | |
| 02/19/15 | Printing | | DUP |
| | | Amount = $0.10 | |
| 02/19/15 | Printing | | DUP |
| | | Amount = $1.00 | |
| 02/19/15 | Printing | | DUP |
| | | Amount = $0.40 | |
| 02/20/15 | CourtCall | | CONFCALL |
| | | Amount = $180.00 | |
| 02/20/15 | 14847534861 Long Distance | | LD |
| | | Amount = $1.39 | |
| 02/20/15 | Richards Layton and Finger/Bankruptcy Court Messenger and delivery charges | | MESS |
| | | Amount = $6.45 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

March 23, 2015
Invoice 478727

Page 179

Client #  740489

| | | | | |
|---|---|---|---|---|
| 02/20/15 | PACER | | DOCRETRI | |
| | | Amount = $3.00 | | |
| 02/20/15 | PACER | | DOCRETRI | |
| | | Amount = $0.10 | | |
| 02/20/15 | PACER | | DOCRETRI | |
| | | Amount = $0.10 | | |
| 02/20/15 | PACER | | DOCRETRI | |
| | | Amount = $0.10 | | |
| 02/20/15 | PACER | | DOCRETRI | |
| | | Amount = $0.10 | | |
| 02/20/15 | PACER | | DOCRETRI | |
| | | Amount = $0.50 | | |
| 02/20/15 | PACER | | DOCRETRI | |
| | | Amount = $0.30 | | |
| 02/20/15 | PACER | | DOCRETRI | |
| | | Amount = $3.00 | | |
| 02/20/15 | PACER | | DOCRETRI | |
| | | Amount = $0.20 | | |
| 02/20/15 | PACER | | DOCRETRI | |
| | | Amount = $1.20 | | |
| 02/20/15 | PACER | | DOCRETRI | |
| | | Amount = $3.00 | | |
| 02/20/15 | PACER | | DOCRETRI | |
| | | Amount = $1.10 | | |
| 02/20/15 | PACER | | DOCRETRI | |
| | | Amount = $1.10 | | |
| 02/20/15 | PACER | | DOCRETRI | |
| | | Amount = $0.20 | | |
| 02/20/15 | PACER | | DOCRETRI | |
| | | Amount = $3.00 | | |
| 02/20/15 | PACER | | DOCRETRI | |
| | | Amount = $3.00 | | |
| 02/20/15 | PACER | | DOCRETRI | |
| | | Amount = $0.80 | | |
| 02/20/15 | PACER | | DOCRETRI | |
| | | Amount = $3.00 | | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

March 23, 2015
Invoice 478727
Page 180

Client #  740489

| | | | |
|---|---|---|---|
| 02/20/15 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |
| 02/20/15 | PACER | | DOCRETRI |
| | | Amount = $0.10 | |
| 02/20/15 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |
| 02/20/15 | PACER | | DOCRETRI |
| | | Amount = $0.90 | |
| 02/20/15 | PACER | | DOCRETRI |
| | | Amount = $0.40 | |
| 02/20/15 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |
| 02/20/15 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 02/20/15 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 02/20/15 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 02/20/15 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |
| 02/20/15 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |
| 02/20/15 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |
| 02/20/15 | PACER | | DOCRETRI |
| | | Amount = $0.30 | |
| 02/20/15 | PACER | | DOCRETRI |
| | | Amount = $0.10 | |
| 02/20/15 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 02/20/15 | PACER | | DOCRETRI |
| | | Amount = $0.40 | |
| 02/20/15 | PACER | | DOCRETRI |
| | | Amount = $1.60 | |
| 02/20/15 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

March 23, 2015
Invoice 478727
Page 181

Client #  740489

| Date | | | |
|---|---|---|---|
| 02/20/15 | PACER | | DOCRETRI |
| | | Amount =   $0.20 | |
| 02/20/15 | PACER | | DOCRETRI |
| | | Amount =   $0.40 | |
| 02/20/15 | PACER | | DOCRETRI |
| | | Amount =   $0.50 | |
| 02/20/15 | PACER | | DOCRETRI |
| | | Amount =   $2.40 | |
| 02/20/15 | PACER | | DOCRETRI |
| | | Amount =   $3.00 | |
| 02/20/15 | PACER | | DOCRETRI |
| | | Amount =   $3.00 | |
| 02/20/15 | PACER | | DOCRETRI |
| | | Amount =   $3.00 | |
| 02/20/15 | PACER | | DOCRETRI |
| | | Amount =   $2.00 | |
| 02/20/15 | PACER | | DOCRETRI |
| | | Amount =   $0.40 | |
| 02/20/15 | PACER | | DOCRETRI |
| | | Amount =   $0.30 | |
| 02/20/15 | PACER | | DOCRETRI |
| | | Amount =   $1.70 | |
| 02/20/15 | PACER | | DOCRETRI |
| | | Amount =   $0.30 | |
| 02/20/15 | PACER | | DOCRETRI |
| | | Amount =   $2.60 | |
| 02/20/15 | PACER | | DOCRETRI |
| | | Amount =   $0.10 | |
| 02/20/15 | PACER | | DOCRETRI |
| | | Amount =   $0.20 | |
| 02/20/15 | PACER | | DOCRETRI |
| | | Amount =   $0.30 | |
| 02/20/15 | PACER | | DOCRETRI |
| | | Amount =   $0.50 | |
| 02/20/15 | PACER | | DOCRETRI |
| | | Amount =   $3.00 | |

Energy Future Competitive Holdings Co.                           March 23, 2015
Texas Competitive Electric Holdings Co.                          Invoice 478727
1601 Bryan Street                                                Page 182
Dallas TX  75201

                                                                 Client #  740489

| 02/20/15 | PACER | | | DOCRETRI |
| | | Amount = | $3.00 | |
| 02/20/15 | PACER | | | DOCRETRI |
| | | Amount = | $3.00 | |
| 02/20/15 | PACER | | | DOCRETRI |
| | | Amount = | $0.20 | |
| 02/20/15 | PACER | | | DOCRETRI |
| | | Amount = | $0.20 | |
| 02/20/15 | PACER | | | DOCRETRI |
| | | Amount = | $0.40 | |
| 02/20/15 | PACER | | | DOCRETRI |
| | | Amount = | $1.50 | |
| 02/20/15 | PACER | | | DOCRETRI |
| | | Amount = | $0.10 | |
| 02/20/15 | PACER | | | DOCRETRI |
| | | Amount = | $1.10 | |
| 02/20/15 | PACER | | | DOCRETRI |
| | | Amount = | $3.00 | |
| 02/20/15 | PACER | | | DOCRETRI |
| | | Amount = | $0.80 | |
| 02/20/15 | PACER | | | DOCRETRI |
| | | Amount = | $0.60 | |
| 02/20/15 | PACER | | | DOCRETRI |
| | | Amount = | $3.00 | |
| 02/20/15 | PACER | | | DOCRETRI |
| | | Amount = | $1.00 | |
| 02/20/15 | PACER | | | DOCRETRI |
| | | Amount = | $0.90 | |
| 02/20/15 | PACER | | | DOCRETRI |
| | | Amount = | $0.30 | |
| 02/20/15 | PACER | | | DOCRETRI |
| | | Amount = | $0.20 | |
| 02/20/15 | PACER | | | DOCRETRI |
| | | Amount = | $3.00 | |
| 02/20/15 | PACER | | | DOCRETRI |
| | | Amount = | $3.00 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

March 23, 2015
Invoice 478727
Page 183

Client #  740489

| | | | |
|---|---|---|---|
| 02/20/15 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |
| 02/20/15 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 02/20/15 | PACER | | DOCRETRI |
| | | Amount = $0.10 | |
| 02/20/15 | PACER | | DOCRETRI |
| | | Amount = $0.50 | |
| 02/20/15 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 02/20/15 | PACER | | DOCRETRI |
| | | Amount = $1.10 | |
| 02/20/15 | PACER | | DOCRETRI |
| | | Amount = $0.50 | |
| 02/20/15 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 02/20/15 | PACER | | DOCRETRI |
| | | Amount = $0.60 | |
| 02/20/15 | PACER | | DOCRETRI |
| | | Amount = $0.80 | |
| 02/20/15 | PACER | | DOCRETRI |
| | | Amount = $0.30 | |
| 02/20/15 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 02/20/15 | PACER | | DOCRETRI |
| | | Amount = $0.90 | |
| 02/20/15 | PACER | | DOCRETRI |
| | | Amount = $0.30 | |
| 02/20/15 | PACER | | DOCRETRI |
| | | Amount = $0.60 | |
| 02/20/15 | PACER | | DOCRETRI |
| | | Amount = $0.10 | |
| 02/20/15 | PACER | | DOCRETRI |
| | | Amount = $0.10 | |
| 02/20/15 | PACER | | DOCRETRI |
| | | Amount = $0.10 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

March 23, 2015
Invoice 478727
Page 184

Client #  740489

| Date | Description | Amount | |
|---|---|---|---|
| 02/20/15 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |
| 02/20/15 | PACER | | DOCRETRI |
| | | Amount = $0.30 | |
| 02/20/15 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 02/20/15 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 02/20/15 | PACER | | DOCRETRI |
| | | Amount = $2.00 | |
| 02/20/15 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 02/20/15 | PACER | | DOCRETRI |
| | | Amount = $0.70 | |
| 02/20/15 | PACER | | DOCRETRI |
| | | Amount = $0.40 | |
| 02/20/15 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 02/20/15 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 02/20/15 | PACER | | DOCRETRI |
| | | Amount = $0.40 | |
| 02/20/15 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 02/20/15 | PACER | | DOCRETRI |
| | | Amount = $0.50 | |
| 02/20/15 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 02/20/15 | Printing | | DUP |
| | | Amount = $0.60 | |
| 02/20/15 | Printing | | DUP |
| | | Amount = $2.60 | |
| 02/20/15 | Printing | | DUP |
| | | Amount = $15.30 | |
| 02/20/15 | Printing | | DUP |
| | | Amount = $2.90 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

March 23, 2015
Invoice 478727
Page 185

Client #  740489

| Date | Description | Code | Amount |
|------|-------------|------|--------|
| 02/20/15 | Printing | DUP | Amount =  $0.10 |
| 02/23/15 | GROTTO PIZZA, INC. | MEALSCL | Amount =  $19.78 |
| 02/23/15 | Messenger and delivery | MESS | Amount =  $5.40 |
| 02/23/15 | PACER | DOCRETRI | Amount =  $0.30 |
| 02/23/15 | PACER | DOCRETRI | Amount =  $3.00 |
| 02/23/15 | PACER | DOCRETRI | Amount =  $3.00 |
| 02/23/15 | PACER | DOCRETRI | Amount =  $0.40 |
| 02/23/15 | PACER | DOCRETRI | Amount =  $1.10 |
| 02/23/15 | PACER | DOCRETRI | Amount =  $1.50 |
| 02/23/15 | PACER | DOCRETRI | Amount =  $0.60 |
| 02/23/15 | PACER | DOCRETRI | Amount =  $2.00 |
| 02/23/15 | PACER | DOCRETRI | Amount =  $0.50 |
| 02/23/15 | PACER | DOCRETRI | Amount =  $0.10 |
| 02/23/15 | PACER | DOCRETRI | Amount =  $0.10 |
| 02/23/15 | PACER | DOCRETRI | Amount =  $0.30 |
| 02/23/15 | PACER | DOCRETRI | Amount =  $0.20 |
| 02/23/15 | PACER | DOCRETRI | Amount =  $0.30 |
| 02/23/15 | PACER | DOCRETRI | Amount =  $0.20 |

Energy Future Competitive Holdings Co.                                    March 23, 2015
Texas Competitive Electric Holdings Co.                                  Invoice 478727
1601 Bryan Street                                                        Page 186
Dallas TX  75201

                                                                         Client #  740489

| 02/23/15 | PACER | | DOCRETRI |
|----------|-------|-----------------------|----------|
| | | Amount = $0.30 | |
| 02/23/15 | PACER | | DOCRETRI |
| | | Amount = $0.30 | |
| 02/23/15 | PACER | | DOCRETRI |
| | | Amount = $0.30 | |
| 02/23/15 | PACER | | DOCRETRI |
| | | Amount = $0.30 | |
| 02/23/15 | PACER | | DOCRETRI |
| | | Amount = $1.10 | |
| 02/23/15 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |
| 02/23/15 | PACER | | DOCRETRI |
| | | Amount = $0.80 | |
| 02/23/15 | PACER | | DOCRETRI |
| | | Amount = $0.30 | |
| 02/23/15 | PACER | | DOCRETRI |
| | | Amount = $1.50 | |
| 02/23/15 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 02/23/15 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |
| 02/23/15 | PACER | | DOCRETRI |
| | | Amount = $2.10 | |
| 02/23/15 | PACER | | DOCRETRI |
| | | Amount = $0.30 | |
| 02/23/15 | PACER | | DOCRETRI |
| | | Amount = $1.10 | |
| 02/23/15 | PACER | | DOCRETRI |
| | | Amount = $0.60 | |
| 02/23/15 | PACER | | DOCRETRI |
| | | Amount = $0.50 | |
| 02/23/15 | PACER | | DOCRETRI |
| | | Amount = $0.30 | |
| 02/23/15 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |

Energy Future Competitive Holdings Co.                    March 23, 2015
Texas Competitive Electric Holdings Co.                   Invoice 478727
1601 Bryan Street                                         Page 187
Dallas TX  75201

                                                         Client #  740489

| 02/23/15 | PACER | | DOCRETRI |
|---|---|---|---|
| | | Amount =  $0.30 | |
| 02/23/15 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 02/23/15 | PACER | | DOCRETRI |
| | | Amount =  $0.70 | |
| 02/23/15 | PACER | | DOCRETRI |
| | | Amount =  $0.50 | |
| 02/23/15 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 02/23/15 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 02/23/15 | PACER | | DOCRETRI |
| | | Amount =  $0.70 | |
| 02/23/15 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 02/23/15 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 02/23/15 | PACER | | DOCRETRI |
| | | Amount =  $0.60 | |
| 02/23/15 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 02/23/15 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 02/23/15 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 02/23/15 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 02/23/15 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 02/23/15 | PACER | | DOCRETRI |
| | | Amount =  $0.60 | |
| 02/23/15 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 02/23/15 | PACER | | DOCRETRI |
| | | Amount =  $0.60 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

March 23, 2015
Invoice 478727
Page 188

Client #  740489

| Date | Description | | Amount | Code |
|------|-------------|---|--------|------|
| 02/23/15 | PACER | | | DOCRETRI |
| | | Amount = | $0.30 | |
| 02/23/15 | PACER | | | DOCRETRI |
| | | Amount = | $0.20 | |
| 02/23/15 | PACER | | | DOCRETRI |
| | | Amount = | $0.20 | |
| 02/23/15 | PACER | | | DOCRETRI |
| | | Amount = | $0.40 | |
| 02/23/15 | Printing | | | DUP |
| | | Amount = | $0.70 | |
| 02/23/15 | Printing | | | DUP |
| | | Amount = | $0.10 | |
| 02/23/15 | Printing | | | DUP |
| | | Amount = | $0.10 | |
| 02/23/15 | Printing | | | DUP |
| | | Amount = | $0.10 | |
| 02/23/15 | Printing | | | DUP |
| | | Amount = | $0.10 | |
| 02/23/15 | Printing | | | DUP |
| | | Amount = | $0.10 | |
| 02/23/15 | Printing | | | DUP |
| | | Amount = | $0.70 | |
| 02/23/15 | Printing | | | DUP |
| | | Amount = | $0.70 | |
| 02/23/15 | Printing | | | DUP |
| | | Amount = | $0.60 | |
| 02/23/15 | Printing | | | DUP |
| | | Amount = | $0.10 | |
| 02/23/15 | Printing | | | DUP |
| | | Amount = | $1.00 | |
| 02/23/15 | Printing | | | DUP |
| | | Amount = | $2.00 | |
| 02/23/15 | Printing | | | DUP |
| | | Amount = | $2.00 | |
| 02/23/15 | Printing | | | DUP |
| | | Amount = | $0.10 | |
| 02/23/15 | Printing | | | DUP |
| | | Amount = | $5.10 | |

Energy Future Competitive Holdings Co.                          March 23, 2015
Texas Competitive Electric Holdings Co.                         Invoice 478727
1601 Bryan Street                                               Page 189
Dallas TX  75201

                                                                Client #  740489

| Date | | Description | | | |
|---|---|---|---|---|---|
| 02/23/15 | Printing | | | | DUP |
| | | Amount = | $0.10 | | |
| 02/23/15 | Printing | | | | DUP |
| | | Amount = | $0.10 | | |
| 02/23/15 | Printing | | | | DUP |
| | | Amount = | $0.50 | | |
| 02/23/15 | Printing | | | | DUP |
| | | Amount = | $0.70 | | |
| 02/23/15 | Printing | | | | DUP |
| | | Amount = | $0.50 | | |
| 02/23/15 | Printing | | | | DUP |
| | | Amount = | $0.50 | | |
| 02/23/15 | Printing | | | | DUP |
| | | Amount = | $0.40 | | |
| 02/23/15 | Printing | | | | DUP |
| | | Amount = | $1.10 | | |
| 02/23/15 | Printing | | | | DUP |
| | | Amount = | $0.10 | | |
| 02/23/15 | Printing | | | | DUP |
| | | Amount = | $31.70 | | |
| 02/23/15 | Printing | | | | DUP |
| | | Amount = | $1.40 | | |
| 02/23/15 | Printing | | | | DUP |
| | | Amount = | $0.40 | | |
| 02/23/15 | Printing | | | | DUP |
| | | Amount = | $0.10 | | |
| 02/23/15 | Printing | | | | DUP |
| | | Amount = | $0.30 | | |
| 02/23/15 | Printing | | | | DUP |
| | | Amount = | $0.50 | | |
| 02/23/15 | Printing | | | | DUP |
| | | Amount = | $0.40 | | |
| 02/23/15 | Printing | | | | DUP |
| | | Amount = | $0.10 | | |
| 02/23/15 | Printing | | | | DUP |
| | | Amount = | $0.20 | | |
| 02/23/15 | Printing | | | | DUP |
| | | Amount = | $0.20 | | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

March 23, 2015
Invoice 478727
Page 190

Client #  740489

| Date | Description | | Code |
|------|-------------|---|------|
| 02/23/15 | Printing | | DUP |
| | Amount = | $0.20 | |
| 02/23/15 | Printing | | DUP |
| | Amount = | $0.10 | |
| 02/23/15 | Printing | | DUP |
| | Amount = | $2.10 | |
| 02/23/15 | Printing | | DUP |
| | Amount = | $0.10 | |
| 02/23/15 | Printing | | DUP |
| | Amount = | $0.10 | |
| 02/23/15 | Printing | | DUP |
| | Amount = | $0.10 | |
| 02/23/15 | Printing | | DUP |
| | Amount = | $0.10 | |
| 02/23/15 | Printing | | DUP |
| | Amount = | $0.10 | |
| 02/23/15 | Printing | | DUP |
| | Amount = | $0.20 | |
| 02/23/15 | Printing | | DUP |
| | Amount = | $0.10 | |
| 02/24/15 | 19722034139 Long Distance | | LD |
| | Amount = | $1.39 | |
| 02/24/15 | Richards Layton and Finger/Bankruptcy Court Messenger and delivery charges | | MESS |
| | Amount = | $6.45 | |
| 02/24/15 | PACER | | DOCRETRI |
| | Amount = | $3.00 | |
| 02/24/15 | PACER | | DOCRETRI |
| | Amount = | $3.00 | |
| 02/24/15 | PACER | | DOCRETRI |
| | Amount = | $1.10 | |
| 02/24/15 | PACER | | DOCRETRI |
| | Amount = | $0.80 | |
| 02/24/15 | PACER | | DOCRETRI |
| | Amount = | $1.90 | |
| 02/24/15 | PACER | | DOCRETRI |
| | Amount = | $1.90 | |

Energy Future Competitive Holdings Co.                                    March 23, 2015
Texas Competitive Electric Holdings Co.                                   Invoice 478727
1601 Bryan Street                                                         Page 191
Dallas TX  75201

                                                                          Client #  740489

| 02/24/15 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 02/24/15 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 02/24/15 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 02/24/15 | PACER | | DOCRETRI |
| | | Amount =  $1.50 | |
| 02/24/15 | PACER | | DOCRETRI |
| | | Amount =  $0.60 | |
| 02/24/15 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 02/24/15 | PACER | | DOCRETRI |
| | | Amount =  $0.70 | |
| 02/24/15 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 02/24/15 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 02/24/15 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 02/24/15 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 02/24/15 | PACER | | DOCRETRI |
| | | Amount =  $0.50 | |
| 02/24/15 | PACER | | DOCRETRI |
| | | Amount =  $0.90 | |
| 02/24/15 | PACER | | DOCRETRI |
| | | Amount =  $0.80 | |
| 02/24/15 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 02/24/15 | PACER | | DOCRETRI |
| | | Amount =  $0.80 | |
| 02/24/15 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 02/24/15 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

March 23, 2015
Invoice 478727
Page 192

Client #  740489

| Date | Description | | Code |
|---|---|---|---|
| 02/24/15 | PACER | | DOCRETRI |
| | | Amount = $1.90 | |
| 02/24/15 | PACER | | DOCRETRI |
| | | Amount = $2.10 | |
| 02/24/15 | PACER | | DOCRETRI |
| | | Amount = $0.30 | |
| 02/24/15 | PACER | | DOCRETRI |
| | | Amount = $1.10 | |
| 02/24/15 | PACER | | DOCRETRI |
| | | Amount = $0.70 | |
| 02/24/15 | PACER | | DOCRETRI |
| | | Amount = $0.90 | |
| 02/24/15 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 02/24/15 | PACER | | DOCRETRI |
| | | Amount = $1.10 | |
| 02/24/15 | PACER | | DOCRETRI |
| | | Amount = $1.10 | |
| 02/24/15 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 02/24/15 | PACER | | DOCRETRI |
| | | Amount = $0.60 | |
| 02/24/15 | PACER | | DOCRETRI |
| | | Amount = $0.40 | |
| 02/24/15 | PACER | | DOCRETRI |
| | | Amount = $0.50 | |
| 02/24/15 | PACER | | DOCRETRI |
| | | Amount = $0.60 | |
| 02/24/15 | Printing | | DUP |
| | | Amount = $3.80 | |
| 02/24/15 | Printing | | DUP |
| | | Amount = $0.40 | |
| 02/24/15 | Printing | | DUP |
| | | Amount = $0.30 | |
| 02/24/15 | Printing | | DUP |
| | | Amount = $0.30 | |

Energy Future Competitive Holdings Co.                                    March 23, 2015
Texas Competitive Electric Holdings Co.                                   Invoice 478727
1601 Bryan Street                                                         Page 193
Dallas TX  75201

                                                                          Client #  740489

| 02/24/15 | Printing | | DUP |
|---|---|---|---|
| | | Amount =  $3.80 | |
| 02/24/15 | Printing | | DUP |
| | | Amount =  $0.60 | |
| 02/24/15 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/24/15 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/24/15 | Printing | | DUP |
| | | Amount =  $2.20 | |
| 02/24/15 | Printing | | DUP |
| | | Amount =  $0.40 | |
| 02/24/15 | Printing | | DUP |
| | | Amount =  $0.60 | |
| 02/24/15 | Printing | | DUP |
| | | Amount =  $0.40 | |
| 02/24/15 | Printing | | DUP |
| | | Amount =  $0.30 | |
| 02/24/15 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/24/15 | Printing | | DUP |
| | | Amount =  $0.20 | |
| 02/24/15 | Printing | | DUP |
| | | Amount =  $0.40 | |
| 02/24/15 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/24/15 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/24/15 | Printing | | DUP |
| | | Amount =  $7.70 | |
| 02/24/15 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/24/15 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/24/15 | Printing | | DUP |
| | | Amount =  $0.40 | |
| 02/24/15 | Printing | | DUP |
| | | Amount =  $0.10 | |

Energy Future Competitive Holdings Co.                    March 23, 2015
Texas Competitive Electric Holdings Co.                   Invoice 478727
1601 Bryan Street                                         Page 194
Dallas TX  75201

Client #  740489

| 02/24/15 | Printing | | DUP |
|---|---|---|---|
| | | Amount =    $0.30 | |
| 02/24/15 | Printing | | DUP |
| | | Amount =    $0.20 | |
| 02/24/15 | Printing | | DUP |
| | | Amount =    $0.20 | |
| 02/24/15 | Printing | | DUP |
| | | Amount =    $0.20 | |
| 02/24/15 | Printing | | DUP |
| | | Amount =    $0.20 | |
| 02/24/15 | Printing | | DUP |
| | | Amount =    $0.10 | |
| 02/24/15 | Printing | | DUP |
| | | Amount =    $0.10 | |
| 02/24/15 | Printing | | DUP |
| | | Amount =    $0.10 | |
| 02/24/15 | Printing | | DUP |
| | | Amount =    $0.10 | |
| 02/24/15 | Printing | | DUP |
| | | Amount =    $1.10 | |
| 02/24/15 | Printing | | DUP |
| | | Amount =    $1.10 | |
| 02/24/15 | Printing | | DUP |
| | | Amount =    $0.10 | |
| 02/24/15 | Printing | | DUP |
| | | Amount =    $0.30 | |
| 02/25/15 | Messenger and delivery | | MESS |
| | | Amount =    $23.90 | |
| 02/25/15 | PACER | | DOCRETRI |
| | | Amount =    $1.90 | |
| 02/25/15 | PACER | | DOCRETRI |
| | | Amount =    $3.00 | |
| 02/25/15 | PACER | | DOCRETRI |
| | | Amount =    $0.10 | |
| 02/25/15 | PACER | | DOCRETRI |
| | | Amount =    $0.60 | |
| 02/25/15 | PACER | | DOCRETRI |
| | | Amount =    $0.40 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

March 23, 2015
Invoice 478727
Page 195

Client #  740489

| Date | | | |
|---|---|---|---|
| 02/25/15 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 02/25/15 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 02/25/15 | PACER | | DOCRETRI |
| | | Amount =  $0.90 | |
| 02/25/15 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 02/25/15 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 02/25/15 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 02/25/15 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 02/25/15 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 02/25/15 | PACER | | DOCRETRI |
| | | Amount =  $0.50 | |
| 02/25/15 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 02/25/15 | PACER | | DOCRETRI |
| | | Amount =  $2.00 | |
| 02/25/15 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 02/25/15 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 02/25/15 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 02/25/15 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 02/25/15 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 02/25/15 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 02/25/15 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |

Energy Future Competitive Holdings Co.                                   March 23, 2015
Texas Competitive Electric Holdings Co.                                  Invoice 478727
1601 Bryan Street                                                        Page 196
Dallas TX  75201

                                                                         Client #  740489

|            |            |                        |                |
|------------|------------|------------------------|----------------|
| 02/25/15   | PACER      |                        | DOCRETRI       |
|            |            | Amount =   $0.50       |                |
| 02/25/15   | PACER      |                        | DOCRETRI       |
|            |            | Amount =   $0.30       |                |
| 02/25/15   | PACER      |                        | DOCRETRI       |
|            |            | Amount =   $1.10       |                |
| 02/25/15   | PACER      |                        | DOCRETRI       |
|            |            | Amount =   $0.80       |                |
| 02/25/15   | PACER      |                        | DOCRETRI       |
|            |            | Amount =   $1.10       |                |
| 02/25/15   | PACER      |                        | DOCRETRI       |
|            |            | Amount =   $0.80       |                |
| 02/25/15   | PACER      |                        | DOCRETRI       |
|            |            | Amount =   $0.60       |                |
| 02/25/15   | PACER      |                        | DOCRETRI       |
|            |            | Amount =   $0.60       |                |
| 02/25/15   | PACER      |                        | DOCRETRI       |
|            |            | Amount =   $0.60       |                |
| 02/25/15   | PACER      |                        | DOCRETRI       |
|            |            | Amount =   $0.60       |                |
| 02/25/15   | PACER      |                        | DOCRETRI       |
|            |            | Amount =   $3.00       |                |
| 02/25/15   | PACER      |                        | DOCRETRI       |
|            |            | Amount =   $2.60       |                |
| 02/25/15   | PACER      |                        | DOCRETRI       |
|            |            | Amount =   $1.20       |                |
| 02/25/15   | PACER      |                        | DOCRETRI       |
|            |            | Amount =   $1.90       |                |
| 02/25/15   | PACER      |                        | DOCRETRI       |
|            |            | Amount =   $3.00       |                |
| 02/25/15   | PACER      |                        | DOCRETRI       |
|            |            | Amount =   $0.30       |                |
| 02/25/15   | PACER      |                        | DOCRETRI       |
|            |            | Amount =   $0.30       |                |
| 02/25/15   | PACER      |                        | DOCRETRI       |
|            |            | Amount =   $0.10       |                |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

March 23, 2015
Invoice 478727
Page 197

Client #  740489

| 02/25/15 | PACER | | DOCRETRI |
|---|---|---|---|
| | | Amount =   $0.60 | |
| 02/25/15 | PACER | | DOCRETRI |
| | | Amount =   $0.10 | |
| 02/25/15 | PACER | | DOCRETRI |
| | | Amount =   $0.30 | |
| 02/25/15 | PACER | | DOCRETRI |
| | | Amount =   $0.40 | |
| 02/25/15 | PACER | | DOCRETRI |
| | | Amount =   $0.30 | |
| 02/25/15 | PACER | | DOCRETRI |
| | | Amount =   $0.30 | |
| 02/25/15 | PACER | | DOCRETRI |
| | | Amount =   $0.50 | |
| 02/25/15 | PACER | | DOCRETRI |
| | | Amount =   $3.00 | |
| 02/25/15 | PACER | | DOCRETRI |
| | | Amount =   $0.50 | |
| 02/25/15 | PACER | | DOCRETRI |
| | | Amount =   $3.00 | |
| 02/25/15 | PACER | | DOCRETRI |
| | | Amount =   $0.60 | |
| 02/25/15 | PACER | | DOCRETRI |
| | | Amount =   $0.70 | |
| 02/25/15 | PACER | | DOCRETRI |
| | | Amount =   $0.20 | |
| 02/25/15 | PACER | | DOCRETRI |
| | | Amount =   $0.10 | |
| 02/25/15 | PACER | | DOCRETRI |
| | | Amount =   $3.00 | |
| 02/25/15 | PACER | | DOCRETRI |
| | | Amount =   $1.50 | |
| 02/25/15 | PACER | | DOCRETRI |
| | | Amount =   $0.30 | |
| 02/25/15 | PACER | | DOCRETRI |
| | | Amount =   $3.00 | |

Energy Future Competitive Holdings Co.                    March 23, 2015
Texas Competitive Electric Holdings Co.                   Invoice 478727
1601 Bryan Street                                         Page 198
Dallas TX  75201

Client #  740489

| | | | |
|---|---|---|---|
| 02/25/15 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 02/25/15 | PACER | | DOCRETRI |
| | | Amount =  $0.60 | |
| 02/25/15 | PACER | | DOCRETRI |
| | | Amount =  $0.60 | |
| 02/25/15 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 02/25/15 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 02/25/15 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 02/25/15 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 02/25/15 | PACER | | DOCRETRI |
| | | Amount =  $0.70 | |
| 02/25/15 | PACER | | DOCRETRI |
| | | Amount =  $0.70 | |
| 02/25/15 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 02/25/15 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 02/25/15 | PACER | | DOCRETRI |
| | | Amount =  $0.50 | |
| 02/25/15 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 02/25/15 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 02/25/15 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 02/25/15 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 02/25/15 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 02/25/15 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

March 23, 2015
Invoice 478727
Page 199

Client #  740489

| | | | |
|---|---|---|---|
| 02/25/15 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 02/25/15 | Printing | | DUP |
| | | Amount =  $0.40 | |
| 02/25/15 | Printing | | DUP |
| | | Amount =  $0.40 | |
| 02/25/15 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/25/15 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/25/15 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/25/15 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/25/15 | Printing | | DUP |
| | | Amount =  $0.20 | |
| 02/25/15 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/25/15 | Printing | | DUP |
| | | Amount =  $0.40 | |
| 02/25/15 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/25/15 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/25/15 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/25/15 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/25/15 | Printing | | DUP |
| | | Amount =  $0.20 | |
| 02/25/15 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/25/15 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/25/15 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/25/15 | Printing | | DUP |
| | | Amount =  $0.10 | |

Energy Future Competitive Holdings Co.                          March 23, 2015
Texas Competitive Electric Holdings Co.                         Invoice 478727
1601 Bryan Street                                               Page 200
Dallas TX  75201

Client #  740489

| 02/25/15 | Printing | | DUP |
|---|---|---|---|
| | | Amount =  $0.10 | |
| 02/25/15 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/25/15 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/25/15 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/25/15 | Printing | | DUP |
| | | Amount =  $0.20 | |
| 02/25/15 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/25/15 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/25/15 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/25/15 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/25/15 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/25/15 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/25/15 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/25/15 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/25/15 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/25/15 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/25/15 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/25/15 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/25/15 | Printing | | DUP |
| | | Amount =  $0.20 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

March 23, 2015
Invoice 478727
Page 201

Client #  740489

| Date | Description | | Code |
|---|---|---|---|
| 02/25/15 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/25/15 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/25/15 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/25/15 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/25/15 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/25/15 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/25/15 | Printing | | DUP |
| | | Amount =  $0.20 | |
| 02/25/15 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/25/15 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/25/15 | Printing | | DUP |
| | | Amount =  $0.20 | |
| 02/25/15 | Printing | | DUP |
| | | Amount =  $0.20 | |
| 02/25/15 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/25/15 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/25/15 | Printing | | DUP |
| | | Amount =  $0.20 | |
| 02/25/15 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/25/15 | Printing | | DUP |
| | | Amount =  $8.50 | |
| 02/25/15 | Printing | | DUP |
| | | Amount =  $0.20 | |
| 02/25/15 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/25/15 | Printing | | DUP |
| | | Amount =  $0.10 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

March 23, 2015
Invoice 478727
Page 202

Client #  740489

| Date | Description | | Code |
|---|---|---|---|
| 02/25/15 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/25/15 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/25/15 | Printing | | DUP |
| | | Amount =  $0.40 | |
| 02/26/15 | 19722034139 Long Distance | | LD |
| | | Amount =  $6.95 | |
| 02/26/15 | Messenger and delivery | | MESS |
| | | Amount =  $5.40 | |
| 02/26/15 | PACER | | DOCRETRI |
| | | Amount =  $2.00 | |
| 02/26/15 | PACER | | DOCRETRI |
| | | Amount =  $0.90 | |
| 02/26/15 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 02/26/15 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 02/26/15 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 02/26/15 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 02/26/15 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 02/26/15 | PACER | | DOCRETRI |
| | | Amount =  $0.50 | |
| 02/26/15 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 02/26/15 | PACER | | DOCRETRI |
| | | Amount =  $1.20 | |
| 02/26/15 | PACER | | DOCRETRI |
| | | Amount =  $2.00 | |
| 02/26/15 | PACER | | DOCRETRI |
| | | Amount =  $2.40 | |
| 02/26/15 | PACER | | DOCRETRI |
| | | Amount =  $0.70 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

March 23, 2015
Invoice 478727
Page 203

Client #  740489

| Date | | Description | | Amount | |
|---|---|---|---|---|---|
| 02/26/15 | PACER | | | DOCRETRI |
| | | Amount = | $0.60 | |
| 02/26/15 | PACER | | | DOCRETRI |
| | | Amount = | $1.40 | |
| 02/26/15 | PACER | | | DOCRETRI |
| | | Amount = | $0.10 | |
| 02/26/15 | PACER | | | DOCRETRI |
| | | Amount = | $0.20 | |
| 02/26/15 | PACER | | | DOCRETRI |
| | | Amount = | $0.50 | |
| 02/26/15 | PACER | | | DOCRETRI |
| | | Amount = | $0.20 | |
| 02/26/15 | PACER | | | DOCRETRI |
| | | Amount = | $0.40 | |
| 02/26/15 | PACER | | | DOCRETRI |
| | | Amount = | $0.30 | |
| 02/26/15 | PACER | | | DOCRETRI |
| | | Amount = | $0.50 | |
| 02/26/15 | PACER | | | DOCRETRI |
| | | Amount = | $0.40 | |
| 02/26/15 | PACER | | | DOCRETRI |
| | | Amount = | $0.70 | |
| 02/26/15 | PACER | | | DOCRETRI |
| | | Amount = | $0.20 | |
| 02/26/15 | PACER | | | DOCRETRI |
| | | Amount = | $0.30 | |
| 02/26/15 | PACER | | | DOCRETRI |
| | | Amount = | $0.30 | |
| 02/26/15 | PACER | | | DOCRETRI |
| | | Amount = | $3.00 | |
| 02/26/15 | PACER | | | DOCRETRI |
| | | Amount = | $1.20 | |
| 02/26/15 | PACER | | | DOCRETRI |
| | | Amount = | $3.00 | |
| 02/26/15 | PACER | | | DOCRETRI |
| | | Amount = | $0.10 | |

Energy Future Competitive Holdings Co.  
Texas Competitive Electric Holdings Co.  
1601 Bryan Street  
Dallas TX  75201

March 23, 2015  
Invoice 478727  
Page 204

Client #  740489

| Date | Description | Amount | Code |
|------|-------------|--------|------|
| 02/26/15 | PACER | Amount = $1.80 | DOCRETRI |
| 02/26/15 | PACER | Amount = $0.10 | DOCRETRI |
| 02/26/15 | PACER | Amount = $0.50 | DOCRETRI |
| 02/26/15 | PACER | Amount = $0.90 | DOCRETRI |
| 02/26/15 | PACER | Amount = $3.00 | DOCRETRI |
| 02/26/15 | PACER | Amount = $1.50 | DOCRETRI |
| 02/26/15 | PACER | Amount = $3.00 | DOCRETRI |
| 02/26/15 | PACER | Amount = $0.40 | DOCRETRI |
| 02/26/15 | PACER | Amount = $3.00 | DOCRETRI |
| 02/26/15 | PACER | Amount = $1.60 | DOCRETRI |
| 02/26/15 | PACER | Amount = $0.20 | DOCRETRI |
| 02/26/15 | PACER | Amount = $1.80 | DOCRETRI |
| 02/26/15 | PACER | Amount = $0.50 | DOCRETRI |
| 02/26/15 | PACER | Amount = $0.30 | DOCRETRI |
| 02/26/15 | PACER | Amount = $0.60 | DOCRETRI |
| 02/26/15 | PACER | Amount = $0.10 | DOCRETRI |
| 02/26/15 | PACER | Amount = $0.80 | DOCRETRI |
| 02/26/15 | Printing | Amount = $0.10 | DUP |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

March 23, 2015
Invoice 478727
Page 205

Client #  740489

| Date | Description | | Type |
|---|---|---|---|
| 02/26/15 | Printing | | DUP |
| | | Amount =  $0.90 | |
| 02/26/15 | Printing | | DUP |
| | | Amount =  $0.60 | |
| 02/26/15 | Printing | | DUP |
| | | Amount =  $0.20 | |
| 02/26/15 | Printing | | DUP |
| | | Amount =  $1.80 | |
| 02/26/15 | Printing | | DUP |
| | | Amount =  $1.60 | |
| 02/26/15 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/26/15 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/26/15 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/26/15 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/26/15 | Printing | | DUP |
| | | Amount =  $0.50 | |
| 02/26/15 | Printing | | DUP |
| | | Amount =  $0.50 | |
| 02/26/15 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/26/15 | Printing | | DUP |
| | | Amount =  $0.20 | |
| 02/26/15 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/26/15 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/26/15 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/26/15 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/26/15 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/26/15 | Printing | | DUP |
| | | Amount =  $0.40 | |

Energy Future Competitive Holdings Co.                    March 23, 2015
Texas Competitive Electric Holdings Co.                   Invoice 478727
1601 Bryan Street                                          Page 206
Dallas TX  75201

Client #  740489

| 02/26/15 | Printing | | DUP |
|---|---|---|---|
| | | Amount =  $0.10 | |
| 02/26/15 | Printing | | DUP |
| | | Amount =  $0.50 | |
| 02/26/15 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/26/15 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/26/15 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/26/15 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/26/15 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/26/15 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/26/15 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/26/15 | Printing | | DUP |
| | | Amount =  $0.20 | |
| 02/26/15 | Printing | | DUP |
| | | Amount =  $0.70 | |
| 02/26/15 | Printing | | DUP |
| | | Amount =  $1.60 | |
| 02/26/15 | Printing | | DUP |
| | | Amount =  $0.20 | |
| 02/27/15 | CourtCall | | CONFCALL |
| | | Amount =  $60.00 | |
| 02/27/15 | 12124465952 Long Distance | | LD |
| | | Amount =  $9.73 | |
| 02/27/15 | Messenger and delivery | | MESS |
| | | Amount =  $36.00 | |
| 02/27/15 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 02/27/15 | PACER | | DOCRETRI |
| | | Amount =  $1.20 | |
| 02/27/15 | PACER | | DOCRETRI |
| | | Amount =  $0.90 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

March 23, 2015
Invoice 478727
Page 207

Client #  740489

| | | | |
|---|---|---|---|
| 02/27/15 | PACER | | DOCRETRI |
| | | Amount =  $1.20 | |
| 02/27/15 | PACER | | DOCRETRI |
| | | Amount =  $0.70 | |
| 02/27/15 | PACER | | DOCRETRI |
| | | Amount =  $2.00 | |
| 02/27/15 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 02/27/15 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 02/27/15 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 02/27/15 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 02/27/15 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 02/27/15 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 02/27/15 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 02/27/15 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 02/27/15 | PACER | | DOCRETRI |
| | | Amount =  $1.30 | |
| 02/27/15 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 02/27/15 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 02/27/15 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 02/27/15 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 02/27/15 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 02/27/15 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

March 23, 2015
Invoice 478727
Page 208

Client #  740489

| Date | | | | |
|---|---|---|---|---|
| 02/27/15 | PACER | | DOCRETRI | |
| | | Amount = | $3.00 | |
| 02/27/15 | PACER | | DOCRETRI | |
| | | Amount = | $1.40 | |
| 02/27/15 | PACER | | DOCRETRI | |
| | | Amount = | $0.90 | |
| 02/27/15 | PACER | | DOCRETRI | |
| | | Amount = | $0.40 | |
| 02/27/15 | PACER | | DOCRETRI | |
| | | Amount = | $0.60 | |
| 02/27/15 | PACER | | DOCRETRI | |
| | | Amount = | $0.90 | |
| 02/27/15 | PACER | | DOCRETRI | |
| | | Amount = | $0.20 | |
| 02/27/15 | PACER | | DOCRETRI | |
| | | Amount = | $0.20 | |
| 02/27/15 | PACER | | DOCRETRI | |
| | | Amount = | $0.20 | |
| 02/27/15 | PACER | | DOCRETRI | |
| | | Amount = | $0.60 | |
| 02/27/15 | PACER | | DOCRETRI | |
| | | Amount = | $0.10 | |
| 02/27/15 | PACER | | DOCRETRI | |
| | | Amount = | $0.10 | |
| 02/27/15 | PACER | | DOCRETRI | |
| | | Amount = | $0.80 | |
| 02/27/15 | PACER | | DOCRETRI | |
| | | Amount = | $0.20 | |
| 02/27/15 | PACER | | DOCRETRI | |
| | | Amount = | $0.20 | |
| 02/27/15 | PACER | | DOCRETRI | |
| | | Amount = | $1.80 | |
| 02/27/15 | PACER | | DOCRETRI | |
| | | Amount = | $0.20 | |
| 02/27/15 | PACER | | DOCRETRI | |
| | | Amount = | $0.20 | |

Energy Future Competitive Holdings Co.                    March 23, 2015
Texas Competitive Electric Holdings Co.                   Invoice 478727
1601 Bryan Street                                         Page 209
Dallas TX  75201

Client #  740489

| 02/27/15 | PACER | | DOCRETRI |
|---|---|---|---|
| | | Amount =  $1.50 | |
| 02/27/15 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 02/27/15 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 02/27/15 | PACER | | DOCRETRI |
| | | Amount =  $2.00 | |
| 02/27/15 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 02/27/15 | PACER | | DOCRETRI |
| | | Amount =  $1.90 | |
| 02/27/15 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 02/27/15 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 02/27/15 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 02/27/15 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 02/27/15 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 02/27/15 | PACER | | DOCRETRI |
| | | Amount =  $2.00 | |
| 02/27/15 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 02/27/15 | PACER | | DOCRETRI |
| | | Amount =  $0.80 | |
| 02/27/15 | PACER | | DOCRETRI |
| | | Amount =  $0.70 | |
| 02/27/15 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 02/27/15 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 02/27/15 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

March 23, 2015
Invoice 478727
Page 210

Client #  740489

| Date | Description | | Code |
|---|---|---|---|
| 02/27/15 | PACER | | DOCRETRI |
| | | Amount =   $1.20 | |
| 02/27/15 | PACER | | DOCRETRI |
| | | Amount =   $0.20 | |
| 02/27/15 | PACER | | DOCRETRI |
| | | Amount =   $0.30 | |
| 02/27/15 | PACER | | DOCRETRI |
| | | Amount =   $0.40 | |
| 02/27/15 | PACER | | DOCRETRI |
| | | Amount =   $0.30 | |
| 02/27/15 | PACER | | DOCRETRI |
| | | Amount =   $0.50 | |
| 02/27/15 | PACER | | DOCRETRI |
| | | Amount =   $2.20 | |
| 02/27/15 | PACER | | DOCRETRI |
| | | Amount =   $0.40 | |
| 02/27/15 | PACER | | DOCRETRI |
| | | Amount =   $0.20 | |
| 02/27/15 | PACER | | DOCRETRI |
| | | Amount =   $0.40 | |
| 02/27/15 | PACER | | DOCRETRI |
| | | Amount =   $0.20 | |
| 02/27/15 | PACER | | DOCRETRI |
| | | Amount =   $2.10 | |
| 02/27/15 | PACER | | DOCRETRI |
| | | Amount =   $0.50 | |
| 02/27/15 | Printing | | DUP |
| | | Amount =   $0.10 | |
| 02/27/15 | Printing | | DUP |
| | | Amount =   $1.60 | |
| 02/27/15 | Printing | | DUP |
| | | Amount =   $1.60 | |
| 02/27/15 | Printing | | DUP |
| | | Amount =   $0.30 | |
| 02/27/15 | Printing | | DUP |
| | | Amount =   $0.10 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

March 23, 2015
Invoice 478727

Page 211

Client #  740489

| Date | Description | | Code |
|------|-------------|------|------|
| 02/27/15 | Printing | | DUP |
| | | Amount =  $0.30 | |
| 02/27/15 | Printing | | DUP |
| | | Amount =  $1.60 | |
| 02/27/15 | Printing | | DUP |
| | | Amount =  $0.30 | |
| 02/27/15 | Printing | | DUP |
| | | Amount =  $4.20 | |
| 02/27/15 | Printing | | DUP |
| | | Amount =  $0.20 | |
| 02/27/15 | Printing | | DUP |
| | | Amount =  $0.20 | |
| 02/27/15 | Printing | | DUP |
| | | Amount =  $1.40 | |
| 02/27/15 | Printing | | DUP |
| | | Amount =  $37.00 | |
| 02/27/15 | Printing | | DUP |
| | | Amount =  $1.40 | |
| 02/27/15 | Printing | | DUP |
| | | Amount =  $14.80 | |
| 02/27/15 | Printing | | DUP |
| | | Amount =  $0.20 | |
| 02/27/15 | Printing | | DUP |
| | | Amount =  $0.40 | |
| 02/27/15 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/27/15 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/27/15 | Printing | | DUP |
| | | Amount =  $0.30 | |
| 02/27/15 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/27/15 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/27/15 | Printing | | DUP |
| | | Amount =  $4.00 | |
| 02/27/15 | Printing | | DUP |
| | | Amount =  $0.80 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

March 23, 2015
Invoice 478727
Page 212

Client #  740489

| Date | Description | | Type |
|------|------|------|------|
| 02/27/15 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/27/15 | Printing | | DUP |
| | | Amount =  $2.20 | |
| 02/27/15 | Printing | | DUP |
| | | Amount =  $0.20 | |
| 02/27/15 | Printing | | DUP |
| | | Amount =  $0.20 | |
| 02/27/15 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 02/27/15 | Printing | | DUP |
| | | Amount =  $0.20 | |
| 02/27/15 | Printing | | DUP |
| | | Amount =  $0.20 | |
| 02/27/15 | Printing | | DUP |
| | | Amount =  $3.50 | |
| 02/27/15 | Printing | | DUP |
| | | Amount =  $1.80 | |
| 02/27/15 | Printing | | DUP |
| | | Amount =  $0.20 | |

TOTALS FOR   740489          Energy Future Holdings Corp., et al.

Expenses    $4,224.42