## EXHIBIT E

## Detailed Description of Meal Expenses

| Date | Restaurant/ Provider | Meal | Number of People | Description | Average Amount Per Person | Amount |
|---|---|---|---|---|---|---|
| 2/4/2015 | Grotto's Pizza | Dinner | 1 | Working meal for RL&F team member in connection with after-hours filing of motion to establish procedures governing the future expansion of KPMG's retention | $9.74 | $9.74 |
| 2/10/2015 | Manhattan Bagel | Breakfast | 15 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with 2/10/15 hearing | $12.67 | $190.00 |
| 2/10/2015 | Cavanaugh's | Lunch | 15 | Working meal for visiting co-counsel, client representatives and estate professionals in connection with 2/10/15 hearing | $18.12 | $271.75 |
| 2/12/2015 | Dimeo's | Dinner | 1 | Working meal for RL&F team member in connection with after-hours filing of multiple fee applications | $12.36 | $12.36 |
| 2/13/2015 | Dimeo's | Dinner | 1 | Working meal for RL&F team member in connection with after-hours filing of summary judgment motion, brief and declaration in support in first lien makewhole adversary proceeding | $18.50 | $18.50 |
| 2/17/2015 | Dimeo's | Dinner | 1 | Working meal for RL&F team member in connection with after-hours filing of K&E interim fee application, assumption notice, and motion *in limine* and supporting brief and declaration in first lien makewhole adversary proceeding | $8.70 | $8.70 |
| 2/23/2015 | Grotto's Pizza | Dinner | 1 | Working meal for RL&F team member in connection with after-hours preparation of index and claim charts in connection with first, third, fourth, sixth and seventh omnibus claim objections | $19.78 | $19.78 |
| **TOTALS** | | | | | | **$530.83** |