IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
|  | ) **Ref. Docket Nos. 3961 & 3962** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

CHRISTINA SIGUENZA, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 24, 2015, I caused to be served the:

   a. "Notice of 'Motion of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing Luminant Energy Company LLC to Reject a Certain Executory Contract with Cloud Peak Energy Resources LLC, Effective Nunc Pro Tunc to March 24, 2015' and Hearing Thereon," dated March 24, 2015, to which was attached the "Motion of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing Luminant Energy Company LLC to Reject a Certain Executory Contract with Cloud Peak Energy Resources LLC, Effective Nunc Pro Tunc to March 24, 2015," dated March 24, 2015 [Docket No. 3961], and

   b. "Declaration of Robert Frenzel in Support of the Motion of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing Luminant Energy Company LLC to Reject a Certain Executory Contract with Cloud Peak Energy Resources LLC, Effective Nunc Pro Tunc to March 24, 2015," dated March 24, 2015 [Docket No. 3962],

   by causing true and correct copies to be:

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

i. enclosed securely in a separate postage pre-paid envelope and delivered via overnight mail to the following party: Cloud Peak Energy Resources LLC, 385 Interlocken Crescent, Suite 400, Broomfield, CO 80021, and

ii. delivered via electronic mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Christina Siguenza

Sworn to before me this
25th day of March, 2015

_____
Notary Public

CAROL IRIS ZHANG
Notary Public, State of New York
No. 01ZH6284996
Qualified in Kings County
Commission Expires July 01, 2017

**EXHIBIT A**

ENERGY FUTURE HOLDINGS CORP., ET AL.
REJECTION NOTICE PARTIES AND ASSUMPTION NOTICE PARTIES
EMAIL NOTICE

| Name | Party / Attention | Email Address |
|---|---|---|
| **Counsel to the TCEH and EFH Creditors' Committee, Counsel to the Ad Hoc Committee of TCEH First Lien Creditors, and the U.S. Trustee** | | |
| MONTGOMERY MCCRACKEN WALKER & RHOADS LLP | (COUNSEL TO THE EFH CREDITORS COMMITTEE ) ATTN: NATALIE D RAMSEY ESQ, DAVIS LEE WRIGHT ESQ  AND MARK A FINK ESQ | nramsey@mmwr.com; dwright@mmwr.com; mfink@mmwr.com |
| MORRISON & FOERSTER LLP | (COUNSEL TO THE TCEH CREDITORS COMMITTEE) ATTN: JAMES PECK ESQ, BRETT H MILLER ESQ LORENZO MARINUZZI ESQ | jpeck@mofo.com; bmiller@mofo.com; lmarinuzzi@mofo.com |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: RICHARD L. SCHEPACARTER | richard.schepacarter@usdoj.gov |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: ANDREA B. SCHWARTZ | andrea.b.schwartz@usdoj.gov |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | (COUNSEL TO AD HOC COMMITTEE OF TCEH FIRST LIEN) ATTN: ALAN KORNBERG; KELLEY CORNISH; BRIAN HERMANN JACOB ADLERSTEIN | akornberg@paulweiss.com; kcornish@paulweiss.com; bhermann@paulweiss.com; jadlerstein@paulweiss.com |
| POLSINELLI PC | (COUNSEL TO THE TCEH CREDITORS COMMITTEE) ATTN: EDWARD FOX ESQ | efox@polsinelli.com |
| POLSINELLI PC | (COUNSEL TO THE TCEH CREDITORS COMMITTEE) ATTN: CHRISTOPHER WARD ESQ, JUSTIN EDELSON ESQ SHANTI KATONA ESQ | cward@polsinelli.com; jedelson@polsinelli.com; skatona@polsinelli.com |
| SULLIVAN & CROMWELL LLP | (COUNSEL TO EFH CREDITORS COMMITTEE) ATTN: ANDREW G. DIETDERICH ESQ, BRIAN D GLUECKSTEIN ESQ, AND MICHAEL H TORKIN ESQ | dietdericha@sullcrom.com; gluecksteinb@sullcrom.com; torkinm@sullcrom.com; |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | (COUNSEL TO AD HOC COMMITTEE OF TCEH FIRST LIEN) ATTN: PAULINE MORGAN; JOEL WAITE; RYAN BARTLEY; ANDREW MAGAZINER | pmorgan@ycst.com; jwaite@ycst.com; rbartley@ycst.com; amagaziner@ycst.com |
| **All Parties Requesting Notice Pursuant to Bankruptcy Rule 2002** | | |
| ABRAMS & BAYLISS LLP | (COUNSEL TO GOLDMAN, SACHS & CO.) KEVIN G. ABRAMS & JOHN M. SEAMAN | abrams@abramsbayliss.com; seaman@abramsbayliss.com |
| AKERMAN LLP | (COUNSEL TO SIEMENS POWER GENERATION INC.) ATTN: SUNDEEP S. SIDHU | sunny.sidhu@akerman.com; andrea.hartley@akerman.com; jules.cohen@akerman.com |
| AKIN GUMP STRAUSS HAUER & FELD LLP | (COUNSEL TO AD HOC COMMITTEE OF EFIH UNSECURED NOTEHOLDERS AND EFIH SECOND LIEN DIP COMMITMENT) ATTN: IRA DIZENGOFF; ABID QURESHI; STEPHEN BALDINI MEREDITH LAHAIE; ROBERT BOLLER; CHRISTOPHER CARTY; LINDSAY ZAHRADKA | idizengoff@akingump.com; aqureshi@akingump.com; sbaldini@akingump.com; mlahaie@akingump.com; rboller@akingump.com; ccarty@akingump.com; lzahradka@akingump.com |
| AKIN GUMP STRAUSS HAUER & FELD LLP | (COUNSEL TO AD HOC COMMITTEE OF EFIH UNSECURED NOTEHOLDERS AND EFIH SECOND LIEN DIP COMMITMENT) ATTN: SCOTT ALBERINO; JOANNA NEWDECK | salberino@akingump.com; jnewdeck@akingump.com |
| ALDINE INDEPENDENT SCHOOL DISTRICT | ATTN: COURTENEY F HARRIS, ESQ | bnkatty@aldine.k12.tx.us |
| ALVAREZ & MARSAL | ATTN: PAUL KINEALY | pkinealy@alvarezandmarsal.com |
| AMERICAN STOCK TRANSFER & TRUST CO LLC | ATTN: PAUL KIM | pkim@amstock.com |
| ASHBY & GEDDES, P.A. | (COUNSEL TO WILMINGTON SAVINGS/WSFS) ATTN: WILLIAM BOWDEN ESQ & GREGORY TAYLOR ESQ | wbowden@ashby-geddes.com; gtaylor@ashby-geddes.com |
| BAILEY BRAUER PLLC | (COUNSEL TO PINNACLE TECHNICAL RESOURCES, INC.) ATTN: BENJAMIN L. STEWART | bstewart@baileybrauer.com |
| BAKER BOTTS LLP | (COUNSEL TO CENTERPOINT) ATTN: JAMES PRINCE; OMAR J ALANIZ; IAN E ROBERTS | jim.prince@bakerbotts.com; omar.alaniz@bakerbotts.com; ian.roberts@bakerbotts.com |
| BALLARD SPAHR LLP | (COUNSEL TO LOUISIANA ENERGY & URENCO) ATTN: MATTHEW G SUMMERS ESQ | summersm@ballardspahr.com |
| BARNES & THORNBURG LLP | (COUNSEL TO COVERDYN) ATTN: KEVIN G COLLINS ESQ | Kevin.Collins@btlaw.com |
| BARNES & THORNBURG LLP | (COUNSEL TO COVERDYN) ATTN: PAULA J JACOBI ESQ | pjacobi@btlaw.com |
| BAYARD PA | (COUNSEL TO CSC TRUST CO OF DELAWARE, SUCC TTEE UNDER THE TCEH 11.5% SR SECURED NOTES INDENTURE) ATTN: NEIL GLASSMAN ESQ | nglassman@bayardlaw.com |
| BENESCH FRIEDLANDER COPLAN & ARONOFF LLP | (COUNSEL TO THERMO FISHER SCIENTIFIC INC. AND ITS AFFILIATES AND SUBSIDIARIES) ATTN: KEVIN M. CAPUZZI | kcapuzzi@beneschlaw.com |
| BLANK ROME | (COUNSEL TO WILMINGTON TRUST, NA) ATTN: MICHAEL DEBAECHE STANLEY TARR | debaecke@blankrome.com; tarr@blankrome.com |
| BLANK ROME LLP | (COUNSEL TO WILMINGTON TRUST, NA) ATTN: MICHAEL B. SCHAEDLE | schaedle@blankrome.com |
| BLUME  FAULKNER  SKEEN & NORTHAM PLLC | (COUNSEL TO NATIONAL FIELD SERVICES) ATTN: BRETTON C. GERARD | bgerard@bfsnlaw.com |
| BRICKFIELD, BURCHETTE, RITTS & STONE, PC | (COUNSEL TO TEX-LA ELECTRIC COOPERATIVE OF TEXAS) ATTN: CHRISTINE C. RYAN | christine.ryan@bbrslaw.com |
| BROWN & CONNERY, LLP | (COUNSEL TO SAP INDUSTRIES, INC.) ATTN: DONALD K. LUDMAN | dludman@brownconnery.com |
| BROWN RUDNICK LLP | (COUNSEL TO WILMINGTON SAVINGS/WSFS) ATTN: EDWARD WEISFELNER ESQ | eweisfelner@brownrudnick.com |
| BROWN RUDNICK LLP | (COUNSEL TO WILMINGTON SAVINGS/WSFS) ATTN: HOWARD SIEGEL ESQ | hsiegel@brownrudnick.com |
| BROWN RUDNICK LLP | (COUNSEL TO WILMINGTON SAVINGS/WSFS) ATTN: JEFFREY JONAS ESQ, ANDREW STREHLE ESQ JEREMY COFFEY ESQ | jjonas@brownrudnick.com; astrehle@brownrudnick.com; jcoffey@brownrudnick.com |
| BRYAN CAVE LLP | (COUNSEL TO INDENTURE TRUSTEE OF 11% & 11.75% SR) ATTN: STEPHANIE WICKOUSKI; MICHELLE MCMAHON | stephanie.wickouski@bryancave.com; michelle.mcmahon@bryancave.com |
| BUCHALTER NEMER, A PROFESSIONAL CORPORATION | (COUNSEL TO ORACLE AMERICA, INC.) ATTN: SHAWN M. CHRISTIANSON | schristianson@buchalter.com |
| BUCHANAN INGERSOLL & ROONEY PC | (COUNSEL TO CATERPILLAR FINANCIAL SERVICES CORP.) ATTN: KATHLEEN A. MURPHY | kathleen.murphy@bipc.com |
| CHADBOURNE & PARKE LLP | (COUNSEL TO NEXTERA ENERGY RESOURCES, LLC) ATTN: HOWARD SEIFE, DAVID M LEMAY AND CHRISTY RIVERA ESQS | hseife@chadbourne.com; dlemay@chadbourne.com; crivera@chadbourne.com |
| CHIPMAN BROWN CICERO & COLE, LLP | (COUNSEL TO AD HOC COMMITTEE OF EFIH UNSECURED NOTEHOLDERS AND EFIH SECOND LIEN DIP COMMITMENT) ATTN: WILLIAM CHIPMAN, JR.; MARK OLIVERE; ANN KASHISHIAN | chipman@chipmanbrown.com; olivere@chipmanbrown.com; kashishian@chipmanbrown.com |

# ENERGY FUTURE HOLDINGS CORP., ET AL.
## REJECTION NOTICE PARTIES AND ASSUMPTION NOTICE PARTIES
### EMAIL NOTICE

| Name | Party / Attention | Email Address |
|---|---|---|
| CIARDI CIARDI & ASTIN | (COUNSEL TO ATMOS ENERGY; TXU 2007-1 RAILCAR, & RED BALL OXYGEN) ATTN: D ASTIN, J MCLAUGHLIN JR, J MCMAHON JR | jmcmahon@ciardilaw.com |
| CITY OF FORT WORTH | ATTN: CHRISTOPHER B. MOSLEY | chris.mosley@fortworthtexas.gov |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | (COUNSEL TO J. ARON & COMPANY) ATTN: THOMAS MOLONEY, SEAN O'NEAL; HUMAYUN KHALID | tmoloney@cgsh.com; soneal@cgsh.com; hkhalid@cgsh.com |
| COHEN & GRIGSBY, P.C. | (COUNSEL TO WESTINGHOUSE ELECTRIC COMPANY LLC) ATTN: WILLIAM E. KELLEHER, JR. | wkelleher@cohenlaw.com |
| COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TX | OFFICE OF THE TEXAS ATTORNEY GENERAL BANKRUPTCY & COLLECTIONS DIVISION ATTN: RACHEL OBALDO & JOHN MARK STERN | bk-robaldo@texasattorneygeneral.gov; john.stern@texasattorneygeneral.gov |
| COMPUTERSHARE | ATTN: TINA VITALE, BA; LL.B. | tina.vitale@computershare.com |
| COMPUTERSHARE TRUST COMPANY OF CANADA | ATTN: ALESSANDRA PANSERA | alessandra.panersa@computershare.com |
| COWLES & THOMPSON | (COUNSEL TO ATMOS ENERGY CORPORATION) ATTN: STEPHEN C. STAPLETON | sstapleton@cowlesthompson.com |
| COZEN O'CONNOR | (COUNSEL TO J. ARON & COMPANY) ATTN: MARK E. FELGER | mfelger@cozen.com |
| CRAVATH SWAIN & MOORE LLP | (COUNSEL TO EFIH) ATTN: RICHARD LEVIN ESQ | rlevin@cravath.com |
| CROSS & SIMON, LLC | (COUNSEL TO FIDELITY MANAGEMENT & RESEARCH CO.) ATTN: MICHAEL J. JOYCE ESQ | mjoyce@crosslaw.com |
| CROWE & DUNLEVY, PC | (COUNSEL TO DEVON ENERGY) ATTN: JUDY HAMILTON MORSE ESQ | judy.morse@crowedunlevy.com |
| DAVIS POLK & WARDWELL LLP | (COUNSEL TO GOLDMAN SACHS, ET AL) ATTN: MARSHALL HUEBNER; BENJAMIN KAMINETZKY; ELLIOT MOSKOWITZ; DAMON MEYER | efh.service@davispolk.com |
| DORSEY & WHITNEY DELAWARE LLP | (COUNSEL TO U.S. BANK NATIONAL ASSOCIATION) ATTN: ERIC LOPEZ SCHNABEL, ROBERT W. MALLARD & ALESSANDRA GLORIOSO | schnabel.eric@dorsey.com; mallard.robert@dorsey.com; glorioso.alessandra@dorsey.com |
| DRINKER BIDDLE & REATH LLP | (COUNSEL TO CITIBANK NA, TCEH DIP AGENT) ATTN: HOWARD A. COHEN & ROBERT K. MALONE | howard.cohen@dbr.com; robert.malone@dbr.com |
| DYKEMA GOSSETT PLLC | (COUNSEL TO TEX-LA ELECTRIC COOPERATIVE OF TEXAS) ATTN: JEFFREY R. FINE | jfine@dykema.com |
| EMC CORPORATION | C/O RECEIVABLE MANAGEMENT SERVICES (RMS) ATTN: RONALD L ROWLAND, AGENT | ronald.rowland@rms-iqor.com |
| EPIQ BANKRUPTY SOLUTIONS, LLC | (CLAIMS AGENT) ATTN: JAMES KATCHADURIAN, E.V.P. | jkatchadurian@epiqsystems.com; sgarabato@epiqsystems.com |
| FOLEY & LARDNER LLP | (COUNSEL TO UMB BANK, INDENTURE TRUSTEE) ATTN: HAROLD KAPLAN ESQ, MARK HEBBELN ESQ LARS PETERSON ESQ | hkaplan@foley.com; mhebbeln@foley.com; lapeterson@foley.com |
| FOX ROTHSCHILD LLP | (COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS) ATTN: JEFFREY SCHLERF; JOHN STROCK; L. JOHN BIRD | jschlerf@foxrothschild.com; jstrock@foxrothschild.com; jbird@foxrothschild.com |
| FRANKGECKER LLP | (COUNSEL TO EXPERIAN AND (1) GORI JULIAN & ASSOCIATES, P.C.; (2) SIMMONS HANLEY CONROY; (3) PAUL REICH & MEYERS, P.C.; (4) KAZAN, MCCLAIN, SATTERLEY & GREENWOOD, A PROFESSIONAL LAW CORPORATION; AND (5) EARLY, LUCARELLI, SWEENEY & MEISENKOTHEN (COLLECTIVELY, THE "PI LAW FIRMS" FOR ASBESTOS CLAIMANTS) ATTN: JOSEPH D FRANK ESQ & REED HEILIGMAN ESQ | jfrank@fgllp.com; rheiligman@fgllp.com |
| FRANKGECKER LLP | (COUNSEL TO (1) GORI JULIAN & ASSOCIATES, P.C.; (2) SIMMONS HANLEY CONROY; (3) PAUL REICH & MEYERS, P.C.; (4) KAZAN, MCCLAIN, SATTERLEY & GREENWOOD, A PROFESSIONAL LAW CORPORATION; AND (5) EARLY, LUCARELLI, SWEENEY & MEISENKOTHEN (COLLECTIVELY, THE "PI LAW FIRMS" FOR ASBESTOS CLAIMANTS) ATTN: FRANCES GECKER ESQ | fgecker@fgllp.com |
| FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP | (COUNSEL TO FIDELITY MANGEMENT & RESEARCH CO.) ATTN: BRAD E. SCHELER, GARY L. KAPLAN & MATTHEW M. ROOSE | brad.eric.scheler@friedfrank.com; gary.kaplan@friedfrank.com; matthew.roose@friedfrank.com |
| GARDERE WYNNE SEWELL LLP | (COUNSEL TO ROMCO EQUIPMENT CO.) ATTN: JOHN P. MELKO & MICHAEL K. RIORDAN | jmelko@gardere.com; mriordan@gardere.com |
| GAY MCCALL ISAACKS GORDON & ROBERTS PC | (COUNSEL TO COLLIN COUNTY) ATTN: DAVID MCCALL ESQ | bankruptcy@gmigr.com |
| GAY MCCALL ISAACKS GORDON & ROBERTS PC | (COUNSEL TO GARLAND INDEPENDENT SCHOOL DISTRICT & CITY OF GARLAND) ATTN: DUSTIN L BANKS ESQ | sgbankruptcy@ntexas-attorneys.com |
| GELLERT SCALI BUSENKELL & BROWN, LLC | (COUNSEL TO AURELIUS) ATTN: MICHAEL G. BUSENKELL | mbusenkell@gsbblaw.com |
| GIBBONS PC | (COUNSEL TO VEOLIA) ATTN: NATASHA SONGONUGA ESQ | nsongonuga@gibbonslaw.com |
| GIBBONS PC | (COUNSEL TO VEOLIA) ATTN: DALE E BARNEY ESQ | dbarney@gibbonslaw.com |
| GOODWIN PROCTER LLP | (COUNSEL TO AURELIUS CAPITAL MANAGEMENT, LP) ATTN: WILLIAM P. WEINTRAUB; KIZZY L. JARASHOW | wweintraub@goodwinprocter.com; kjarashow@goodwinprocter.com |
| GREGORY D. WILLARD, ESQ. | (COUNSEL TO AUTOMATIC SYSTEMS, INC.) | gregoryd.willard@gmail.com |
| HAYNES AND BOONE LLP | (COUNSEL TO AIRGAS USA, LLC) ATTN: JONATHAN HOOK | jonathan.hook@haynesboone.com |
| HAYNES AND BOONE LLP | (COUNSEL TO AIRGAS USA, LLC) ATTN: PATRICK L. HUGHES | patrick.hughes@haynesboone.com |
| HAYNES AND BOONE LLP | (COUNSEL TO BNSF RAILWAY COMPNAY) ATTN: IAN T. PECK | ian.peck@haynesboone.com |
| HINCKLEY ALLEN | (COUNSEL TO INVENSYS SYSTEMS, INC.) ATTN: JENNIFER V. DORAN | jdoran@hinckleyallen.com |
| HOLLAND & KNIGHT LLP | (COUNSEL TO TEX-LA ELECTRIC COOPERATIVE OF TEXAS) ATTN: CHRISTINE C RYAN ESQ | christine.ryan@hklaw.com |
| JACKSON WALKER, LLP | (COUNSEL TO HOLT TEXAS, LTD. D/B/A HOLT CAT) ATTN: J. SCOTT ROSE | srose@jw.com |
| JACKSON WALKER, LLP | (COUNSEL TO HOLT TEXAS, LTD. D/B/A HOLT CAT) ATTN: MONICA S. BLACKER | mblacker@jw.com |
| JONES DAY | (COUNSEL TO ONCOR) ATTN: MICHAEL L. DAVITT | mldavitt@jonesday.com |
| JONES DAY | (COUNSEL TO ONCOR) ATTN: PATRICIA VILLAREAL | pjvillareal@jonesday.com |
| KASOWITZ BENSON TORRES & FRIEDMAN LLP | (COUNSEL TO AD HOC GROUP OF EFH LEGACY NOTEHOLDER) ATTN: DAVID ROSNER, ANDREW GLENN, DANIEL FLIMAN | drosner@kasowitz.com; aglenn@kasowitz.com; dfliman@kasowitz.com |
| KELLEY DRYE & WARREN LLP | (COUNSEL TO CSC TRUST OF DE, AS PROPOSED SUCC INDENTURE TTEE FOR 7.46% & 7.48% TCEH SECURED FACILITY BONDS) ATTN: JAMES S. CARR, BENJAMINN D. FEDER & GILBERT R. SAYDAH | kdwbankruptcydepartment@kelleydrye.com |

ENERGY FUTURE HOLDINGS CORP., ET AL.
REJECTION NOTICE PARTIES AND ASSUMPTION NOTICE PARTIES
EMAIL NOTICE

| Name | Party / Attention | Email Address |
|---|---|---|
| KELLY HART & HALLMAN LLP | (COUNSEL TO ONCOR STEERING COMMITTEE) ATTN: MICHAEL MCCONNELL ESQ & CLAY TAYLOR ESQ KATHERINE THOMAS ESQ | michael.mcconnell@kellyhart.com; katherine.thomas@kellyhart.com |
| KLEHR HARRISON HARVEY BRANZBURG LLP | (COUNSEL TO UMB BANK, N.A. INDENTURE TRUSTEE) ATTN: RAYMOND H. LEMISCH | rlemisch@klehr.com |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | (COUNSEL TO INDENTURE TRUSTEE OF 11% & 11.75% SR) ATTN: THOMAS MOERS MAYER; GREGORY HOROWITZ; JOSHUA BRODY; PHILIP BENTLEY | tmayer@kramerlevin.com; ghorowitz@kramerlevin.com; jbrody@kramerlevin.com; pbentley@kramerlevin.com |
| LACKEY HERSHMAN, LLP | (COUNSEL TO THE RICHARDS GROUP INC) ATTN: JAMIE R WELTON ESQ | jrw@lhlaw.net |
| LANDIS RATH & COBB LLP | (COUNSEL TO MARATHON MGMT, ALCOA AND NEXTERA ENERGY RESOURCES, LLC) ATTN: ADAM G LANDIS ESQ, MATTHEW B MCGUIRE ESQ | landis@lrclaw.com; mcguire@lrclaw.com |
| LAW OFFICE OF PATRICIA WILLIAMS PREWITT | (COUNSEL TO TARGA GAS MARKETING; KINDER MORGAN TEXAS PIPELINE; KINDER MORGAN TEJAS PIPELINE LLCS; NATURAL GAS PIPELINE COMPANY OF AMERICA; EL PASO NATURAL GAS) ATTN: PATRICIA WILLIAMS PREWITT | pwp@pattiprewittlaw.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | (COUNSEL TO HARRIS, ANGELINA & FORT BEND COUNTIES) ATTN: JOHN P DILLMAN ESQ | houston_bankruptcy@publicans.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | (COUNSEL TO TARRANT & DALLAS COUNTY) ATTN: ELIZABETH WELLER ESQ | dallas.bankruptcy@publicans.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | (COUNSEL TO WALNUT SPRINGS ISD, FRANKLIN ISD, ROBERTSON CTY, LEE CTY, MCLENNAN CTY, FALLS CTY, ROUND ROCK ISD, NEUCES CTY, LIMESTONE CTY) ATTN: DIANE WADE SANDERS | diane.sanders@lgbs.com |
| LLOYD GOSSELINK ROCHELLE & TOWNSEND PC | (COUNSEL TO ONCOR STEERING COMMITTEE) ATTN: GEOFFREY GAY ESQ | ggay@lglawfirm.com |
| LOCKE LORD LLP | (COUNSEL TO AMECO, FLUOR, & AMERICAN EQUIPMENT) ATTN: PHILIP EISENBERG ESQ | peisenberg@lockelord.com |
| LOCKE LORD LLP | (COUNSEL TO BP AMERICA PRODUCTION COMPANY) ATTN: C. DAVIN BOLDISSAR ESQ | nobankecf@lockelord.com |
| LOWER COLORADO RIVER AUTHORITY | LOWER COLORADO RIVER AUTHORITY TRANSMISSION SERVICES CORPORATION (LCRA TSC) LEGAL SERVICES ATTN: WILLIAM T. MEDAILLE | bill.medaille@lcra.org |
| MANION GAYNOR & MANNING LLP | (COUNSEL TO ONCOR STEERING COMMITTEE) ATTN: MARC PHILLIPS ESQ THE NEMOURS BUILDING | mphillips@mgmlaw.com |
| MARGOLIS EDELSTEIN | (COUNSEL TO URS ENERGY & CONSTRUCTION, INC.) ATTN: JAMES E. HUGGETT & AMY D. BROWN | jhuggett@margolisedelstein.com; abrown@margolisedelstein.com |
| MASLON EDELMAN BORMAN & BRAND, LLP | (COUNSEL TO U.S. BANK NATIONAL ASSOCIATION) ATTN: CLARK T. WHITMORE, ANA CHILINGARISHVILI & KOREY G. KALLSTROM | clark.whitmore@maslon.com; ana.chilingarishvili@maslon.com; korey.kallstrom@maslon.com |
| MCCATHERN, PLLC | (COUNSEL TO RED BALL OXYGEN COMPANY) ATTN: JONATHAN L. HOWELL | jhowell@mccathernlaw.com |
| MCCREARY, VESELKA, BRAGG & ALLEN, PC | (COUNSEL TO TEXAS AD VALOREM TAXING JURISDICTIONS) ATTN: LEE GORDON | lgordon@mvbalaw.com |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | (COUNSEL TO TCEH DEBTORS) ATTN: DAVID P PRIMACK ESQ | dprimack@mdmc-law.com |
| MCKOOL SMITH | (COUNSEL TO ALCOA) ATTN: PAUL D. MOAK, ESQ. | pmoak@mckoolsmith.com |
| MCKOOL SMITH | (COUNSEL TO ALCOA) ATTN: PETER S. GOODMAN; MICHAEL R. CARNEY | pgoodman@mckoolsmith.com;mcarney@mckoolsmith.com |
| MICHAEL G. SMITH | (COUNSEL TO VALERO TEXAS POWER MARKETING, INC.) | mikesmith1973@sbcglobal.net |
| MILBANK, TWEED, HADLEY & MCCLOY LLP | (COUNSEL TO CITIBANK NA, TCEH DIP AGENT) ATTN: DENNIS F. DUNNE, EVAN R. FLECK & KAREN GARTENBERG | ddunne@milbank.com; efleck@milbank.com; kgartenberg@milbank.com |
| MISSOURI DEPARTMENT OF REVENUE | BANKRUPTCY UNIT ATTN: STEVEN A. GINTHER | deecf@dor.mo.gov |
| MORGAN LEWIS & BOCKIUS LLP | (COUNSEL TO PACIFIC INVESTMENT MANAGEMENT COMPANY, LLC) ATTN: JULIA FROST-DAVIES ESQ, PATRICK STRAWBRIDGE ESQ, CHRISTOPHER L CARTER ESQ | julia.frost-davies@morganlewis.com; patrick.strawbridge@morganlewis.com; christopher.carter@morganlewis.com |
| MORRIS JAMES LLP | (COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NY) ATTN: STEPHEN M. MILLER | smiller@morrisjames.com |
| MORRIS NICHOLS ARSHT & TUNNELL LLP | (COUNSEL TO THE "EFH EQUITY INTEREST HOLDERS") ATTN: DERK ABBOTT; ANDREW REMMING; ERIN FAY | dabbott@mnat.com; aremming@mnat.com; efay@mnat.com |
| MORRISON & FOERSTER LLP | (COUNSEL TO THE EFH CREDITORS COMMITTEE) ATTN: JAMES PECK ESQ, BRETT H MILLER ESQ LORENZO MARINUZZI ESQ | jpeck@mofo.com; bmiller@mofo.com; lmarinuzzi@mofo.com |
| MUNGER, TOLLES & OLSON LLP | (COUNSEL TO TCEH DEBTORS) ATTN: THOMAS B WALPER ESQ, TODD J ROSEN ESQ; SETH GOLDMAN ESQ; JOHN W SPIEGEL ESQ | thomas.walper@mto.com; todd.rosen@mto.com; seth.goldman@mto.com; john.spiegel@mto.com |
| MUNSCH HARDT KOPF & HARR PC | (COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF TEXAS/ ERCOT) ATTN: KEVIN M LIPPMAN ESQ | klippman@munsch.com |
| MUNSCH HARDT KOPF & HARR PC | (COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF TEXAS/ ERCOT) ATTN: RUSSELL L MUNSCH ESQ | rmunsch@munsch.com |
| NAMAN HOWELL SMITH & LEE PLLC | (COUNSEL TO BUFFALO INDUSTRIAL SUPPLY INC) ATTN: KERRY L HALIBURTON ESQ | haliburton@namanhowell.com |
| NELSON MULLINS RILEY & SCARBOROUGH LLP | (COUNSEL TO MICHELIN NORTH AMERICA INC.) ATTN: JODY A. BEDENBAUGH AND GEORGE B. CAUTHEN | jody.bedenbaugh@nelsonmullins.com; george.cauthen@nelsonmullins.com |
| NIXON PEABODY | (COUNSEL TO AMERICAN STOCK TRANSFER & TRUST CO) ATTN: RICHARD C. PEDONE; AMANDA D. DARWIN | rpedone@nixonpeabody.com; adarwin@nixonpeabody.com |
| OFFICE OF THE TEXAS ATTORNEY GENERAL | (COUNSEL TO PUBLIC UTILITY COMMISSION OF TEXAS) ATTN: HAL MORRIS & ASHLEY BARTRAM BANKRUPTCY REGULATORY SECTION BANKRUPTCY & COLLECTIONS DIVISION | hal.morris@texasattorneygeneral.gov; ashley.bartram@texasattorneygeneral.gov |
| OFFICE OF THE TEXAS ATTORNEY GENERAL | (COUNSEL TO TEXAS COMMISSION ON ENVIRONMENTAL QUALITY & RAILROAD COMMISSION) ATTN: HAL F MORRIS ESQ & ASHLEY BARTRAM ESQ BANKRUPTCY REGULATORY SECTION BANKRUPTCY & COLLECTIONS DIVISION | hal.morris@texasattorneygeneral.gov; ashley.bartram@texasattorneygeneral.gov |
| O'KELLY ERNST & BIELLI LLC | (OF COUNSEL TO ENERGY FUTURE HOLDINGS CORP) ATTN: DAVID M KLAUDER ESQ & SHANNON DOUGHERTY ESQ | dklauder@oeblegal.com; sdougherty@oeblegal.com |
| O'MELVENY & MYERS LLP | (COUNSEL TO APOLLO GLOBAL MANAGEMENT, LLC) ATTN: GEORGE A. DAVIS | gdavis@omm.com |
| PACHULSKI STANG ZIEHL & JONES LLP | (COUNSEL TO INDENTURE TRUSTEE OF 11% & 11.75% SR) ATTN: LAURA DAVIS JONES; ROBERT FEINSTEIN | ljones@pszjlaw.com; rfeinstein@pszjlaw.com |

ENERGY FUTURE HOLDINGS CORP., ET AL.
REJECTION NOTICE PARTIES AND ASSUMPTION NOTICE PARTIES
EMAIL NOTICE

| Name | Party / Attention | Email Address |
|---|---|---|
| PATTERSON BELKNAP WEBB & TYLER LLP | (COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NY) ATTN: DANIEL A. LOWENTHAL; CRAIG W. DENT; BRIAN GUINEY | dalowenthal@pbwt.com; cdent@pbwt.com; dalowenthal@pbwt.com |
| PENSION BENEFIT GUARANTY CORPORATION (PBGC) | ATTN: JON CHATALIAN OFFICE OF THE CHIEF COUNSEL | chatalian.jon@pbgc.gov; efile@pbgc.gov |
| PENSION BENEFIT GUARANTY CORPORATION (PBGC) | OFFICE OF THE CHIEF COUNSEL ATTN: DESIREE M. AMADOR, ATTY | amador.desiree@pbgc.gov; efile@pbgc.gov |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO CAMERON ISD, THORNDALE ISD BUCKHOLTS ISD, COPPERAS COVE ISD, MCALLEN ISD, HIDALGO COUNTY & HIDALGO COUNTY DRAINAGE DIST #1) ATTN: JOHN T BANKS ESQ | jbanks@pbfcm.com |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO GALENA PARK ISD) ATTN: OWEN M SONIK ESQ | houbank@pbfcm.com |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO SOMERVELL COUNTY ET AL) ATTN: ELIZABETH BANDA CALVO ESQ | ebcalvo@pbfcm.com |
| PERDUE BRANDON FIELDER COLLINS & MOTT LP | (COUNSEL TO YOUNG CTY, GRAHAM ISD, GRAHAM HOSPITAL DISTRICT & NORTH CENTRAL TEXAS COLLEGE DISTRICT) ATTN: JEANMARIE BAER | hbky@pbfcm.com |
| PERKINS COIE LLP | (COUNSEL TO DELAWARE TRUST COMPANY, AS SUCC TTEE UNDER TCEH 11.5% SENIOR SECURED NOTES INDENTURE) ATTN: TINA N MOSS ESQ | tmoss@perkinscoie.com |
| PINCKNEY, WEIDINGER, URBAN & JOYCE LLC | (COUNSEL TO AUTOMATIC SYSTEMS, INC.) ATTN: GREGORY T. DONILON, ESQ. | gdonilon@pwujlaw.com |
| POPE HARDWICKE CHRISTIE SCHELL KELLY & RAY, LLP | (COUNSEL TO TARRANT REGIONAL WATER DISTRICT & NORTH TEXAS MUNICIPAL WATER DISTRICT) ATTN: MICHAEL L. ATCHLEY; MATTHEW T. TAPLETT | matchley@popehardwicke.com; mtaplett@popehardwicke.com |
| POTTER ANDERSON & CORROON LLP | (COUNSEL TO DEUTSCHE BANK, AGENT TO DIP FINANCING) ATTN: LAURIE SILVERSTEIN ESQ & JEREMY RYAN ESQ | lsilverstein@potteranderson.com; jryan@potteranderson.com |
| PROSKAUER ROSE LLP | (OF COUNSEL TO ENERGY FUTURE HOLDINGS CORP) ATTN: JEFF J MARWIL ESQ, MARK K THOMAS ESQ, PETER J YOUNG ESQ | jmarwil@proskauer.com; mthomas@proskauer.com; pyoung@proskauer.com |
| PURDUE AWSUMB & BAUDLER PA | (COUNSEL TO BARR ENGINEERING CO) ATTN: AMY R BAUDLER | amy@purduelaw.com |
| QUARLES & BRADY LLP | (COUNSEL TO TXU 2007-1 RAILCAR LEASING LLC) ATTN: HOHN A. HARRIS; JASON D. CURRY | john.harris@quarles.com; jason.curry@quarles.com |
| REED SMITH LLP | (COUNSEL TO THE BANK OF NEW YORK MELLON AND THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., AS INDENTURE TRUSTEES) ATTN: KURT F. GWYNE; KIMBERLY E.C. LAWSON | kgwynne@reedsmith.com; klawson@reedsmith.com |
| REED SMITH LLP | (COUNSEL TO THE BANK OF NEW YORK MELLON SOLEY IN ITS CAPACITY AS TRUSTEE UNDER ENUMERATED TRUST) INDENTURE TRUSTEES) | rrobinson@reedsmith.com |
| REED SMITH LLP | (COUNSEL TO THE BANK OF NEW YORK MELLON SOLEY IN ITS CAPACITY AS TRUSTEE UNDER ENUMERATED TRUST) INDENTURE TRUSTEES) ATTN: AMY M. TONTI, ESQ. | atonti@reedsmith.com |
| REED SMITH LLP | (COUNSEL TO THE BANK OF NEW YORK MELLON, SOLELY IN ITS CAPACITY AS TRUSTEE) ATTN: RICHARD A. ROBINSON | rrobinson@reedsmith.com |
| RIDDELL WILLIAMS P.S. | (COUNSEL TO MICROSOFT) ATTN: JOSEPH E SHICKICH JR & HILARY B MOHR ESQS | jshickich@riddellwilliams.com; hmohr@riddellwilliams.com |
| SATTERLEE STEPHENS BURKE & BURKE LLP | (COUNSEL TO MOODY'S ANALYTICS) ATTN: CHRISTOPHER R BELMONTE ESQ AND PAMELA A BOSSWICK ESQ | cbelmonte@ssbb.com; pbosswick@ssbb.com |
| SAUL EWING LLP | (COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF TEXAS/ ERCOT) ATTN: MARK MINUTI ESQ | mminuti@saul.com |
| SAUL EWING LLP | (COUNSEL TO JOHNSON MATTHEY STATIONARY EMISSIONS CONTROL LLC) | lmurley@saul.com |
| SCHNADER HARRISON SEGAL & LEWIS LLP | (COUNSEL TO CCP CREDIT ACQUISITION HOLDINGS L.L.C., ET AL.) ATTN: RICHARD A BARKASY ESQ & FRED W HOENSCH ESQ | rbarkasy@schnader.com; fhoensch@schnader.com |
| SEARCY & SEARCY, P.C. | (COUNSEL TO D.COURTNEY CONSTRUCTION, INC.) ATTN: JOSHUA R. SEARCY, JOSHUA P. SEARCY & CALLAN CLARK SEARCY | joshsearcy@jrsearcylaw.com; jrspc@jrsearcylaw.com |
| SEWARD & KISSEL LLP | (COUNSEL TO WILMINGTON TRUST, NA) ATTN: JOHN ASHMEAD; KALYAN DAS; ARLENE ALVES | ashmead@sewkis.com; das@sewkis.com; alves@sewkis.com |
| SHEARMAN & STERLING LLP | (COUNSEL TO DEUTSCHE BANK, AGENT TO DIP FINANCING) ATTN: FREDERIC SOSNICK ESQ & NED SCHODEK ESQ | fsosnick@shearman.com; ned.schodek@shearman.com |
| SHEEHY, LOVELACE & MAYFIELD, PC | (COUNSEL TO CENTRAL TEXAS SECURITY & FIRE EQUIPMENT, INC.) ATTN: STEVEN M. BURTON | sburton@slmpc.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | (COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC.) ATTN: GEORGE N. PANAGAKIS; CARL T. TULLSON | george.panagakis@skadden.com; carl.tullson@skadden.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | (COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC.) ATTN: JAY M. GOFFMAN | jay.goffman@skadden.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | (COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC.) ATTN: MARK S. CHEHI | mark.chehi@skadden.com |
| SMITH, KATZENSTEIN & JENKINS LLP | (COUNSEL TO AIRGAS USA, LLC & VALERO TEXAS POWER) ATTN: KATHLEEN M. MILLER | kmiller@skjlaw.com |
| SNELL & WILMER LLP | (COUNSEL TO HEADWATERS RESOURCES, INC.) ATTN: DAVID E. LETA | dleta@swlaw.com |
| SQUIRE SANDERS (US) LLP | (COUNSEL TO ARCELORMITTLA USA LLC) ATTN: STEPHEN D. LERNER & ANDREW M. SIMON | stephen.lerner@squiresanders.com; andrew.simon@squiresanders.com |

## ENERGY FUTURE HOLDINGS CORP., ET AL.
### REJECTION NOTICE PARTIES AND ASSUMPTION NOTICE PARTIES
### EMAIL NOTICE

| Name | Party / Attention | Email Address |
|---|---|---|
| STEFFES VINGIELLO & MCKENZIE LLC | (COUNSEL TO SETPOINT INTEGRATED SOLUTIONS) ATTN: NOEL STEFFES MELANCON ESQ | nmelancon@steffeslaw.com |
| STREUSAND, LANDON & OZBURN, LLP | (COUNSEL TO ALLEN SHRODE) ATTN: SABRINA L. STREUSAND | streusand@slollp.com |
| SULLIVAN HAZELTINE ALLINSON LLC | (COUNSEL TO HENRY PRATT COMPANY, LLC) ATTN: ELIHU E. ALLINSON, III | zallinson@sha-llc.com |
| SUTHERLAND, ASBILL & BRENNAN LLP | (COUNSEL TO TITUS COUNTY FRESH WATER SUPPLY DISTRICT NO. 1) ATTN: LINO MENDIOLA, III, ESQ | lino.mendiola@sutherland.com |
| TAYLOR ENGLISH DUMA LLP | (COUNSEL TO HENRY PRATT COMPANY, LLC) ATTN: STEPHEN C. GREENBERG | sgreenberg@taylorenglish.com |
| TEXAS OFFICE OF PUBLIC UTILITY COUNSEL (OPUC) | BANKRUPTCY & COLLECTIONS DIVISION ATTN: JASON A STARKS, ASST ATTORNEY GENERAL | bk-jstarks@texasattorneygeneral.gov |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY ATTN: DENNIS ROEMLEIN | dennis.roemlein@bnymellon.com |
| HOGAN MCDANIEL | (COUNSEL TO AD HOC GROUP OF EFH LEGACY NOTEHOLDER) ATTN: GARVAN F MCDANIEL ESQ | gfmcdaniel@dkhogan.com |
| HOGAN MCDANIEL | (COUNSEL TO THE RICHARDS GROUP INC AND (1) GORI JULIAN & ASSOCIATES, P.C.; (2) SIMMONS HANLEY CONROY; (3) PAUL REICH & MEYERS, P.C.; (4) KAZAN, MCCLAIN, SATTERLEY & GREENWOOD, A PROFESSIONAL LAW CORPORATION; AND (5) EARLY, LUCARELLI, SWEENEY & MEISENKOTHEN (COLLECTIVELY, THE "PI LAW FIRMS" FOR ASBESTOS CLAIMANTS)    ATTN: DANIEL K HOGAN ESQ | dkhogan@dkhogan.com |
| THE TAUBMAN COMPANY AND THE TAUBMAN LANDLORDS | ATTN: ANDREW S CONWAY ESQ | aconway@taubman.com |
| THE UNIVERSITY OF TEXAS SYSTEM ON BEHALF OF THE UNIVERSITY OF TEXAS AT ARLINGTON | OFFICE OF GENERAL COUNSEL ATTN: TRACI L COTTON ESQ | tcotton@utsystem.edu |
| THOMPSON COBURN LLP | (COUNSEL TO MARTIN ENGINEERING COMPANY) ATTN: DAVID D. FARRELL | dfarrell@thompsoncoburn.com |
| TRAVIS COUNTY | ATTN: KAY D. BROCK, ASSISTANT COUNTY ATTORNEY | kay.brock@co.travis.tx.us |
| TROUTMAN SANDERS LLP | (COUNSEL TO WILMINGTON SAVINGS FUND SOCIETY, FSG, IN ITS CAPACITY AS SUCCESSOR INDENTURE TTEE (WSFS) ATTN: HUGH MCDONALD ESQ, LOUIS CURCIO ESQ & BRETT GOODMAN ESQ | hugh.mcdonald@troutmansanders.com; louis.curcio@troutmansanders.com; brett.goodman@troutmansanders.com |
| TUCKER ARENSBERG, P.C. | (COUNSEL TO THERMO FISHER SCIENTIFIC INC. AND AFFILIATES AND SUBSIDIARIES) ATTN: JORDAN S. BLASK, LARA E. SHIPKOVITZ | jblask@tuckerlaw.com; lshipkovitz@tuckerlaw.com |
| TW TELECOM INC | ATTN: LINDA BOYLE | linda.boyle@twtelecom.com |
| UNION PACIFIC RAILROAD COMPANY | ATTN: MARY ANN KILGORE & JENNIE L. ANDERSON | mkilgore@up.com; jlanderso1@up.com |
| UNITED STATES DEPARTMENT OF JUSTICE | (COUNSEL TO THE UNITED STATES OF AMERICA) ATTN: ARI D KUNOFSKY ESQ | ari.d.kunofsky@usdoj.gov |
| UNITED STATES DEPARTMENT OF JUSTICE | (COUNSEL TO THE UNITED STATES OF AMERICA) FEDERAL COMMUNICATIONS COMMISSION ATTN: MATTHEW J TROY, CIVIL DIVISION | matthew.troy@usdoj.gov |
| UNITED STATES DEPARTMENT OF JUSTICE | (ON BEHALF OF UNITED STATES OF AMERICA, DEPT. OF AGRICULTURE, RURAL UTILITIES SERVICE) ATTN: MATTHEW J. TROY CIVIL DIVISION | matthew.troy@usdoj.gov |
| VARNUM LLP | (COUNSEL TO APPLABS) ATTN: MARY KAY SHAVER ESQ | mkshaver@varnumlaw.com |
| VEDDER PRICE PC | (COUNSEL TO FIRST UNION RAIL CORPORATION) ATTN: MICHAEL L. SCHEIN, ESQ. | mschein@vedderprice.com |
| VENABLE LLP | (COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO. LLP) ATTN: JEFFREY S. SABIN ESQ | jssabin@Venable.com |
| VENABLE LLP | (COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO. LLP) ATTN: JAMIE L. EDMONSON ESQ | jledmonson@venable.com |
| WACHTELL, LIPTON, ROSEN & KATZ | (COUNSEL TO THE "EFH EQUITY INTEREST HOLDERS") ATTN: RICHARD MASON; EMIL KLEINHAUS; AUSTIN WITT | rgmason@wlrk.com; ekleinhaus@wlrk.com; awitt@wlrk.com |
| WEINSTEIN RADCLIFF LLP | (COUNSEL TO MARIO SINACOLA & SONS EXCAVATING, INC) ATTN: GREGORY M. WEINSTEIN | gweinstein@weinrad.com |
| WEIR & PARTNERS LLP | (COUNSEL TO EVERCORE GROUP LLC) ATTN: JEFFREY S CIANCIULLI ESQ | jcianciulli@weirpartners.com |
| WHITE & CASE LLP | (COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS) ATTN: J. CHRISTOPHER SHORE; GREGORY STARNER | cshore@whitecase.com; gstarner@whitecase.com |
| WHITE & CASE LLP | (COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS) ATTN: THOMAS LAURIA; MATTHEW BROWN | tlauria@whitecase.com; mbrown@whitecase.com |
| WILMER CUTLER PICKERING HALE & DORR LLP | (COUNSEL TO CSC TRUST COMPANY OF DELAWARE AS IND. & COLLATERAL TTEE FOR 10% SR SECUR NOTES DUE 2020) ATTN: PHILIP D ANKER; CHARLES C PLATT; DENNIS L JENKINS & GEORGE W SHUSTER JR ESQ | philip.anker@wilmerhale.com; charles.platt@wilmerhale.com; dennis.jenkins@wilmerhale.com; george.shuster@wilmerhale.com |
| WILMER CUTLER PICKERING HALE & DORR LLP | (COUNSEL TO MARATHON ASSET MGMT) ATTN: BENJAMIN LOVELAND ESQ | benjamin.loveland@wilmerhale.com |
| WILMER CUTLER PICKERING HALE & DORR LLP | (COUNSEL TO MARATHON ASSET MGMT) ATTN: PHILIP ANKER ESQ GEORGE SHUSTER ESQ | philip.anker@wilmerhale.com; george.shuster@wilmerhale.com |
| WILMINGTON TRUST FSB | ATTN: JEFFREY T. ROSE | jjankiewicz@wilmingtontrust.com |
| WINSTON & STRAWN LLP | (COUNSEL TO CHICAGO BRIDGE & IRON COMPANY N.V.) ATTN: DAVID NEIER, ESQ. | dneier@winston.com |
| WOMAC LAW | (COUNSEL TO 2603 AUGUST INVESTORS LP) ATTN: STACEY L KREMLING ESQ | brian@womaclaw.com; stacey@womaclaw.com |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP | (COUNSEL TO ALLTITE) ATTN: 222 DELAWARE AVE STE 1501 | kmangan@wcsr.com |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP | (COUNSEL TO AMECO, FLUOR, & AMERICAN EQUIPMENT) ATTN: FRANCIS A MONACO JR & KEVIN J MANGAN ESQS | fmonaco@wcsr.com; kmangan@wcsr.com |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP | (COUNSEL TO CENTERPOINT) ATTN: STEVEN K KORTANEK; MARK L DESGROSSEILLIERS | mdesgrosseilliers@wcsr.com |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP | (COUNSEL TO HOLT TEXAS, LTD. D/B/A HOLT CAT) ATTN: MARK L DESGROSSEILLIERS ESQ | mdesgrosseilliers@wcsr.com |
| | Total Count | 190 |
| | Total Email Count | 301 |