## EXHIBIT A

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**ORDER SUSTAINING DEBTORS'
FOURTEENTH OMNIBUS (SUBSTANTIVE)
OBJECTION TO (CERTAIN SUBSTANTIVE DUPLICATE, NO
LIABILITY, AND NO CLAIM ASSERTED) CLAIMS PURSUANT
TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1**

Upon the objection (the "Objection")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for entry of an order (this "Order"), disallowing and expunging the Disputed Claims set forth on **Exhibit 1**, **Exhibit 2**, and **Exhibit 3** attached hereto, all as set forth in the Objection and the Kotarba Declaration; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this case and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Objection is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having found that the Debtors provided appropriate notice of the Objection and the opportunity

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

for a hearing on the Objection (the "Hearing") under the circumstances; and the Court having reviewed the Objection and having heard the statements in support of the relief requested therein at the Hearing, if any; and the Court having determined that the legal and factual bases set forth in the Objection and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Objection is sustained as set forth herein.

2.      The Bondholder Duplicate Claims set forth on the attached **Exhibit 1** are hereby disallowed in their entirety.

3.      The No Liability Claims set forth on the attached **Exhibit 2** are hereby disallowed in their entirety.

4.      The No Claim Asserted Claims set forth on the attached **Exhibit 3** are hereby disallowed in their entirety.

5.      The Claims Agent is authorized to modify the Claims Register to comport with the entry of this Order.

6.      Nothing set forth herein shall affect the parties' rights with respect to those claims identified as "Remaining Claims" on **Exhibit 1**, attached hereto, and the parties' rights with respect to such "Remaining Claims" are reserved, including, for the avoidance of doubt, the Debtors' right to object on any grounds permitted by bankruptcy or nonbankruptcy law.

7.      Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed:  (a) an admission as to the validity of any particular claim (including the Proofs of Claim) against a Debtor entity; (b) a waiver of the Debtors' rights to dispute any particular claim (including the Proofs of Claim) on any grounds;

(c) a promise or requirement to pay any particular claim (including the Proofs of Claim); (d) an implication or admission that any particular claim is of a type specified or defined in this Objection (except as set forth herein); (e) an admission by the Debtors that any contract or lease is executory or unexpired, as applicable; (f) a waiver or limitation of the Debtors' rights under the Bankruptcy Code or any other applicable law; (g) a request or authorization to assume or reject any agreements under section 365 of the Bankruptcy Code; (h) a waiver of any party's rights to assert that any other party is in breach or default of any agreement; or (i) an admission that any contract or lease is integrated with any other contract or lease.

8.      Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

9.      The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

10.     This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Wilmington, Delaware
Dated: _____, 2015

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT 1** to **EXHIBIT A**

**Bondholder Duplicate Claims**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FOURTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 to EXHIBIT A – BONDHOLDER DUPLICATE CLAIMS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **REMAINING CLAIMS** | | | | | |
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **CLAIM AMOUNT** | **REASON FOR DISALLOWANCE** |
| 1 | DUBIN CORPORATE PLUS FUND C/O PRINCIPAL GLOBAL INVESTORS, LLC ATTN: HIGH YIELD TEAM 711 HIGH STREET DES MOINES, IA 70392 | 10/24/2014 | 14-10979 (CSS) | 7645 | Undetermined* | COMPUTERSHARE TRUST COMPANY, N.A., AND COMPUTERSHARE TRUST COMPANY OF CANADA C/O BRYAN CAVE LLP/WICKOUSKI/FINKELSTEIN 1290 AVENUE OF THE AMERICAS NEW YORK, NY 10104 | 10/24/2014 | | 7486 | $2,211,294,949.11* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |
| 2 | FROST BANK, CUSTODIAN FOR NORTH COAST LIFE INSURANCE P.O. BOX 2950 - REORG - T/8 SAN ANTONIO, TX 78299-2950 | 10/15/2014 | 14-10979 (CSS) | 5351 | Undetermined* | BANK OF NEW YORK MELLON, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N. MARKET STREET, SUITE 1500 WILMINGTON, DE 19801 | 10/23/2014 | 14-11005 (CSS) | 6292 | $8,617,277.72* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |

## ENERGY FUTURE HOLDINGS CORP., et al.

### FOURTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 to EXHIBIT A – BONDHOLDER DUPLICATE CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | IOWA PUBLIC EMPLOYEES' RETIREMENT SYSTEM C/O PRINCIPAL GLOBAL INVESTORS, LLC ATTN: HIGH YIELD TEAM 711 HIGH STREET DES MOINES, IA 70392 | 10/24/2014 | 14-10979 (CSS) | 7643 | Undetermined* | WILMINGTON TRUST, NA, ADMINISTRATIVE AGT C/O SEWARD & KISSEL LLP ATTN: JOHN R. ASHMEAD, ESQ. ONE BATTERY PLAZA NEW YORK, NY 10004 | 10/24/2014 | 14-10979 (CSS) | 7489 | $22,863,271,156.94* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |
| 4 | LANKFORD, STEPHEN L. FMT CO CUST IRA ROLLOVER 1822 PITTS RD RICHMOND, TX 77406-1349 | 09/09/2014 | 14-10979 (CSS) | 4249 | $115,195.00 | BANK OF NEW YORK MELLON, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N. MARKET STREET, SUITE 1500 WILMINGTON, DE 19801 | 10/23/2014 | 14-11005 (CSS) | 6292 | $8,617,277.72* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FOURTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 to EXHIBIT A – BONDHOLDER DUPLICATE CLAIMS**

| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | | |
| 5 | LINDER, RAYMOND 3625 YEARLING CT. MATTHEWS, NC 28105 | 09/29/2014 | | 4759 | $4,065.40 | BANK OF NEW YORK MELLON, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N. MARKET STREET, SUITE 1500 WILMINGTON, DE 19801 | 10/23/2014 | 14-11005 (CSS) | 6292 | $8,617,277.72* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |
| 6 | LOS ANGELES COUNTY EMPLOYEES RETIREMENT C/O PRINCIPAL GLOBAL INVESTORS, LLC ATTN: HIGH YIELD TEAM 711 HIGH STREET DES MOINES, IA 70392 | 10/24/2014 | 14-10979 (CSS) | 7642 | Undetermined* | WILMINGTON TRUST, NA, ADMINISTRATIVE AGT C/O SEWARD & KISSEL LLP ATTN: JOHN R. ASHMEAD, ESQ. ONE BATTERY PLAZA NEW YORK, NY 10004 | 10/24/2014 | 14-10979 (CSS) | 7489 | $22,863,271,156.94* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |

## ENERGY FUTURE HOLDINGS CORP., et al.

### FOURTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 to EXHIBIT A – BONDHOLDER DUPLICATE CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | MEIJER INC C/O PRINCIPAL GLOBAL INVESTORS, LLC ATTN: HIGH YIELD TEAM 711 HIGH STREET DES MOINES, IA 70392 | 10/24/2014 | 14-10979 (CSS) | 7644 | Undetermined* | COMPUTERSHARE TRUST COMPANY, N.A., AND COMPUTERSHARE TRUST COMPANY OF CANADA C/O BRYAN CAVE LLP/WICKOUSKI/FINKELSTEIN 1290 AVENUE OF THE AMERICAS NEW YORK, NY 10104 | 10/24/2014 | | 7486 | $2,211,294,949.11* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |
| 8 | PAINTER, EDSEL J. 811 OCEOLA DRIVE ALGONQUIN, IL 60012 | 10/21/2014 | 14-11045 (CSS) | 5758 | $16,010.63* | BANK OF NEW YORK MELLON, THE C/O REED SMITH LLP ATTN: KURT F. GWYNNE, ESQ. 1201 N. MARKET STREET, SUITE 1500 WILMINGTON, DE 19801 | 10/23/2014 | 14-11005 (CSS) | 6292 | $8,617,277.72* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FOURTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 to EXHIBIT A – BONDHOLDER DUPLICATE CLAIMS**

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 9 | PGI CIT MULTI-SECTOR FIXED INCOME FUND C/O PRINCIPAL GLOBAL INVESTORS, LLC ATTN: HIGH YIELD TEAM 711 HIGH STREET DES MOINES, IA 70392 | 10/24/2014 | 14-10979 (CSS) | 7647 | Undetermined* | COMPUTERSHARE TRUST COMPANY, N.A., AND COMPUTERSHARE TRUST COMPANY OF CANADA C/O BRYAN CAVE LLP/WICKOUSKI/FINKELSTEIN 1290 AVENUE OF THE AMERICAS NEW YORK, NY 10104 | 10/24/2014 | | 7486 | $2,211,294,949.11* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |
| 10 | PGIT HIGH YIELD FIXED INCOME FUND C/O PRINCIPAL GLOBAL INVESTORS, LLC ATTN: HIGH YIELD TEAM 711 HIGH STREET DES MOINES, IA 70392 | 10/24/2014 | 14-10979 (CSS) | 7646 | Undetermined* | COMPUTERSHARE TRUST COMPANY, N.A., AND COMPUTERSHARE TRUST COMPANY OF CANADA C/O BRYAN CAVE LLP/WICKOUSKI/FINKELSTEIN 1290 AVENUE OF THE AMERICAS NEW YORK, NY 10104 | 10/24/2014 | | 7486 | $2,211,294,949.11* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |

## ENERGY FUTURE HOLDINGS CORP., et al.

### FOURTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 to EXHIBIT A – BONDHOLDER DUPLICATE CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 11 | PRINCIPAL FUNDS INC - BOND & MORTGAGE C/O PRINCIPAL GLOBAL INVESTORS, LLC ATTN: HIGH YIELD TEAM 711 HIGH STREET DES MOINES, IA 70392 | 10/24/2014 | 14-10979 (CSS) | 7650 | Undetermined* | WILMINGTON TRUST, NA, ADMINISTRATIVE AGT C/O SEWARD & KISSEL LLP ATTN: JOHN R. ASHMEAD, ESQ. ONE BATTERY PLAZA NEW YORK, NY 10004 | 10/24/2014 | 14-10979 (CSS) | 7489 | $22,863,271,156.94* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |
| | | | | | | COMPUTERSHARE TRUST COMPANY, N.A., AND COMPUTERSHARE TRUST COMPANY OF CANADA C/O BRYAN CAVE LLP/WICKOUSKI/FINKELSTEIN 1290 AVENUE OF THE AMERICAS NEW YORK, NY 10104 | 10/24/2014 | | 7486 | $2,211,294,949.11* | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FOURTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 to EXHIBIT A – BONDHOLDER DUPLICATE CLAIMS**

| | NAME | CLAIMS TO BE DISALLOWED | | | | NAME | REMAINING CLAIMS | | | | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | |
| 12 | PRINCIPAL FUNDS INC - DYNAMIC HIGH YIELD C/O PRINCIPAL GLOBAL INVESTORS, LLC ATTN: HIGH YIELD TEAM 711 HIGH STREET DES MOINES, IA 70392 | 10/24/2014 | 14-10979 (CSS) | 7651 | Undetermined* | WILMINGTON TRUST, NA, ADMINISTRATIVE AGT C/O SEWARD & KISSEL LLP ATTN: JOHN R. ASHMEAD, ESQ. ONE BATTERY PLAZA NEW YORK, NY 10004 | 10/24/2014 | 14-10979 (CSS) | 7489 | $22,863,271,156.94* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FOURTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 to EXHIBIT A – BONDHOLDER DUPLICATE CLAIMS**

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | PRINCIPAL FUNDS INC - HIGH YIELD FUND C/O PRINCIPAL GLOBAL INVESTORS, LLC ATTN: HIGH YIELD TEAM 711 HIGH STREET DES MOINES, IA 70392 | 10/24/2014 | 14-10979 (CSS) | 7652 | Undetermined* | WILMINGTON TRUST, NA, ADMINISTRATIVE AGT C/O SEWARD & KISSEL LLP ATTN: JOHN R. ASHMEAD, ESQ. ONE BATTERY PLAZA NEW YORK, NY 10004 | 10/24/2014 | 14-10979 (CSS) | 7489 | $22,863,271,156.94* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |
| | | | | | | COMPUTERSHARE TRUST COMPANY, N.A., AND COMPUTERSHARE TRUST COMPANY OF CANADA C/O BRYAN CAVE LLP/WICKOUSKI/FINKELSTEIN 1290 AVENUE OF THE AMERICAS NEW YORK, NY 10104 | 10/24/2014 | | 7486 | $2,211,294,949.11* | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FOURTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 to EXHIBIT A – BONDHOLDER DUPLICATE CLAIMS**

| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **REMAINING CLAIMS** | | | | | |
| 14 | PRINCIPAL GLOBAL - GLOBAL FLOATING RATE C/O PRINCIPAL GLOBAL INVESTORS, LLC ATTN: HIGH YIELD TEAM 711 HIGH STREET DES MOINES, IA 70392 | 10/24/2014 | 14-10979 (CSS) | 7655 | Undetermined* | WILMINGTON TRUST, NA, ADMINISTRATIVE AGT C/O SEWARD & KISSEL LLP ATTN: JOHN R. ASHMEAD, ESQ. ONE BATTERY PLAZA NEW YORK, NY 10004 | 10/24/2014 | 14-10979 (CSS) | 7489 | $22,863,271,156.94* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |

## ENERGY FUTURE HOLDINGS CORP., et al.

### FOURTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 to EXHIBIT A – BONDHOLDER DUPLICATE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 15 PRINCIPAL LIFE INSURANCE COMPANY DBA BOND & MORTGAGE SEPARATE ACCOUNT C/O PRINCIPAL GLOBAL/ATTN: HIGH YIELD 711 HIGH STREET DES MOINES, IA 50392 | 10/24/2014 | 14-10979 (CSS) | 7653 | Undetermined* | WILMINGTON TRUST, NA, ADMINISTRATIVE AGT C/O SEWARD & KISSEL LLP ATTN: JOHN R. ASHMEAD, ESQ. ONE BATTERY PLAZA NEW YORK, NY 10004 | 10/24/2014 | 14-10979 (CSS) | 7489 | $22,863,271,156.94* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |
| | | | | | COMPUTERSHARE TRUST COMPANY, N.A., AND COMPUTERSHARE TRUST COMPANY OF CANADA C/O BRYAN CAVE LLP/WICKOUSKI/FINKELSTEIN 1290 AVENUE OF THE AMERICAS NEW YORK, NY 10104 | 10/24/2014 | | 7486 | $2,211,294,949.11* | |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FOURTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 to EXHIBIT A – BONDHOLDER DUPLICATE CLAIMS**

| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **REMAINING CLAIMS** | | | | | |
| 16 | PRINCIPAL LIFE INSURANCE COMPANY C/O PRINCIPAL GLOBAL INVESTORS, LLC ATTN: HIGH YIELD TEAM 711 HIGH STREET DES MOINES, IA 70392 | 10/24/2014 | 14-10979 (CSS) | 7654 | Undetermined* | WILMINGTON TRUST, NA, ADMINISTRATIVE AGT C/O SEWARD & KISSEL LLP ATTN: JOHN R. ASHMEAD, ESQ. ONE BATTERY PLAZA NEW YORK, NY 10004 | 10/24/2014 | 14-10979 (CSS) | 7489 | $22,863,271,156.94* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |
| 17 | PRINCIPAL VARIABLE CONTRACTS FUNDS B.A. C/O PRINCIPAL GLOBAL INVESTORS, LLC ATTN: HIGH YIELD TEAM 711 HIGH STREET DES MOINES, IA 70392 | 10/24/2014 | 14-10979 (CSS) | 7649 | Undetermined* | COMPUTERSHARE TRUST COMPANY, N.A., AND COMPUTERSHARE TRUST COMPANY OF CANADA C/O BRYAN CAVE LLP/WICKOUSKI/FINKELSTEIN 1290 AVENUE OF THE AMERICAS NEW YORK, NY 10104 | 10/24/2014 | | | 7486 | $2,211,294,949.11* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |

* - Indicates claim contains unliquidated and/or undetermined amounts

## ENERGY FUTURE HOLDINGS CORP., et al.

### FOURTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 to EXHIBIT A – BONDHOLDER DUPLICATE CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
| 18 | PRINCIPAL VARIABLE CONTRACTS FUNDS, INC C/O PRINCIPAL GLOBAL INVESTORS, LLC ATTN: HIGH YIELD TEAM 711 HIGH STREET DES MOINES, IA 70392 | 10/24/2014 | 14-10979 (CSS) | 7648 | Undetermined* | WILMINGTON TRUST, NA, ADMINISTRATIVE AGT C/O SEWARD & KISSEL LLP ATTN: JOHN R. ASHMEAD, ESQ. ONE BATTERY PLAZA NEW YORK, NY 10004 | 10/24/2014 | 14-10979 (CSS) | 7489 | $22,863,271,156.94* | Duplicates liability in claim filed by Agent and/or Trustee on behalf of all holders of this debt instrument. |
| | | | | | | COMPUTERSHARE TRUST COMPANY, N.A., AND COMPUTERSHARE TRUST COMPANY OF CANADA C/O BRYAN CAVE LLP/WICKOUSKI/FINKELSTEIN 1290 AVENUE OF THE AMERICAS NEW YORK, NY 10104 | 10/24/2014 | | 7486 | $2,211,294,949.11* | |

TOTAL    $135,271.03*

**EXHIBIT 2** to **EXHIBIT A**

**No Liability Claims**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FOURTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ALANIS, RODRIGO 1319 FAIRMOUNT AVE APT A FORT WORTH, TX 76104-8207 | | No Debtor Asserted | 10/23/2014 | 6158 | $50,000.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 2 | ALIU, SKENDER 8761 ROYALWOOD DR FORT WORTH, TX 76131-3371 | | No Debtor Asserted | 06/17/2014 | 2238 | $4,464.84 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 3 | BAKER-AICKEN & INC 507 W LIBERTY ST ROUND ROCK, TX 78664-5129 | | No Debtor Asserted | 06/23/2014 | 2404 | $5,466.11 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 4 | BERINGER, ROBERT 2109 FINNEY VALLET RD ROSENBERG, TX 77471-9027 | | No Debtor Asserted | 06/09/2014 | 1498 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 5 | BLUE CROSS BLUE SHIELD OF TEXAS ET AL CO CONLEY ROSENBERG MENDEZ BRENNEISE LLP ATTN: KELLY E. KLEIST 5080 SPECTRUM DRIVE, SUITE 850E ADDISON, TX 75001 | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/16/2014 | 4448 | $2,476,475.22 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. |
| 6 | BORJAS, ISIDRO 452 CROOKED LN MESQUITE, TX 75149-2562 | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/29/2014 | 4766 | $4,305.35 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FOURTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 7 | BROBST, ROGER<br>2480 LINDALE LN<br>MESQUITE, TX 75149-6536 | 14-10979 (CSS) | Energy Future Holdings Corp. | 08/28/2014 | 3931 | $329.90 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 8 | CARPENTER, ARTHUR<br>1386 E PENTAGON PKWY<br>DALLAS, TX 75216-6992 | | No Debtor Asserted | 08/13/2014 | 4202 | $1,531.85 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 9 | CHANDLER, FELIX E<br>2609 STILL SPRINGS DR<br>LITTLE ELM, TX 75068-6947 | | No Debtor Asserted | 10/21/2014 | 5746 | $265.21 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 10 | COLLINS, BRITTE<br>1926 DEMAREE LN APT A<br>HOUSTON, TX 77029-4077 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/27/2014 | 7891 | $4,500.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 11 | DALLAS MACHINE AND TOOL LLC<br>1438 CRESCENT DR STE 203<br>CARROLLTON, TX 75006-3662 | | No Debtor Asserted | 09/22/2014 | 4604 | $8,217.50 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 12 | DAUNIS, W O<br>GARI DIANNE DAUNIS<br>PO BOX 4112<br>WACO, TX 76708-0410 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/10/2014 | 5137 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 13 | DAVIS, EARLINE<br>3305 PECAN RIDGE DR<br>ROWLETT, TX 75088-5971 | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/16/2014 | 1990 | $19,597.75 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FOURTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 14 | DAVIS, PHYLLIS<br>413 RIDGEWOOD DR<br>DESOTO, TX 75115-5623 | 14-10979 (CSS) | Energy Future Holdings Corp. | 07/03/2014 | 2862 | $523.21 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 15 | DAVIS, TERESSA<br>4401 MITCHELL LN<br>ROWLETT, TX 75088-2897 | | No Debtor Asserted | 10/27/2014 | 7901 | $661.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 16 | DEL SOL, MARISOL<br>1711 ROSEDALE ST<br>HOUSTON, TX 77004-5628 | 14-10979 (CSS) | Energy Future Holdings Corp. | 08/15/2014 | 3676 | $1,000.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 17 | DELGADILLO, REYES<br>2109 E ENNIS AVE<br>ENNIS, TX 75119-5216 | | No Debtor Asserted | 10/27/2014 | 7725 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 18 | DOCKSTETTER, TRENT<br>DBA HIGH TEC OFFICE SYSTEMS<br>1805 NW CACHE RD<br>LAWTON, OK 73507-4519 | | No Debtor Asserted | 06/13/2014 | 1914 | $647.79 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 19 | DODSON, JERRY A<br>108 S BROADWAY ST<br>JOSHUA, TX 76058-3121 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/17/2014 | 5454 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 20 | FARMERS ELECTRIC COOP INC<br>2000 INTERSTATE HIGHWAY 30 E<br>GREENVILLE, TX 75402-9084 | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/10/2014 | 1693 | $45.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FOURTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 21 | FISCAL, MARTHA<br>1418 JUDY DR<br>PLANO, TX 75074-4408 | | No Debtor Asserted | 10/27/2014 | 8073 | $1,168.25 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 22 | FLINTKOTE COMPANY, THE<br>C/O HAILEY MCNAMARA HALL<br>LARMANN PAPALE<br>ATTTN: JAMES W. HAILEY, JR.<br>PO BOX 8288<br>METAIRIE, LA 70011 | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/26/2014 | 4686 | $36,945.27 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 23 | FORRESTER, GERALD R<br>919 SHOAL CREEK DR<br>FAIRVIEW, TX 75069-1950 | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/23/2014 | 2455 | $14,992.52 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 24 | FUSILIER, DENNIS<br>DBA TWO STAR DEVELOPMENT<br>5405  ANDREWS HWY<br>ODESSA, TX 79762 | | No Debtor Asserted | 05/27/2014 | 422 | $3,000.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 25 | GONZALES, FELIX C<br>1711 NEWCASTLE DR<br>MANSFIELD, TX 76063-7918 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/27/2014 | 7827 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 26 | GRIMES, JOJEAN<br>4412 GULF AVE<br>MIDLAND, TX 79707-5309 | | No Debtor Asserted | 06/02/2014 | 817 | $399.99 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |

## ENERGY FUTURE HOLDINGS CORP., et al.

### FOURTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 27 | HBII SAFETY RESOURCES LLC<br>PO BOX 198<br>YOUNGSVILLE, LA 70592 | | No Debtor Asserted | 05/30/2014 | 762 | $4,600.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 28 | HEARNSBERGER, PHILLIP<br>23006 GOVERNORSHIRE DR<br>KATY, TX 77450 | | No Debtor Asserted | 06/20/2014 | 2285 | $74.69 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 29 | HIGH, CHARLES L<br>20320 BLUEGRASS CIR<br>FLINT, TX 75762-8756 | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/30/2014 | 742 | $11,908.72 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 30 | HIGHBERGER, KL<br>1716 S EDMONDS LN APT 46<br>LEWISVILLE, TX 75067-5859 | | No Debtor Asserted | 05/27/2014 | 573 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 31 | HIGHBERGER, KL<br>1716 S EDMONDS LN APT 46<br>LEWISVILLE, TX 75067-5859 | | No Debtor Asserted | 05/28/2014 | 622 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 32 | KUYKENDOLL, JOHN E<br>2513 MCKENSIE LN<br>GRAND PRAIRIE, TX 75052-3918 | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/27/2014 | 458 | $4,898.76 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 33 | LOPEZ, PABLO<br>7744 BRUTON RD<br>DALLAS, TX 75217-1449 | | No Debtor Asserted | 05/27/2014 | 216 | $6,500.00* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FOURTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 34 | LOZANO, JAVIER 14101 I-10 EAST HOUSTON, TX 77015-5908 | | No Debtor Asserted | 06/10/2014 | 1701 | $2,748.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 35 | MARKIN, NICHOLAS 2600 PRESTON RD APT 1310 PLANO, TX 75093-3512 | | No Debtor Asserted | 06/20/2014 | 2346 | $150,000.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 36 | MCMENAMY, JOE 4331 S HIGHWAY 377 AUBREY, TX 76227-5098 | | No Debtor Asserted | 07/10/2014 | 3007 | $400.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim.  The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 37 | MELONCON, BEATRICE 13513 CASTILIAN DR HOUSTON, TX 77015 | | No Debtor Asserted | 10/10/2014 | 5138 | $22,137.79 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. Claimant does not appear to assert a claim against any of the known Debtors. |
| 38 | MERRITT, PATRICIA 1314 ROYAL ST APT 1 KISSIMMEE, FL 34744-4238 | | No Debtor Asserted | 06/06/2014 | 1332 | $52,490.86 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. Claimant does not appear to assert a claim against any of the known Debtors. |
| 39 | MITCHELL, JEAN 16007 CERCA BLANCA DR HOUSTON, TX 77083-4933 | | No Debtor Asserted | 10/02/2014 | 4867 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim.  The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 40 | NORWOOD MACHINE SHOP 5007 OLD JACKSBORO HWY WICHITA FALLS, TX 76302-3519 | | No Debtor Asserted | 07/14/2014 | 3104 | $808.53 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |

## ENERGY FUTURE HOLDINGS CORP., et al.

## FOURTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 41 | ONG, LARRY Y. 5823 CEDAR FIELD WAY HOUSTON, TX 77084-1979 | | No Debtor Asserted | 06/10/2014 | 1591 | $8,938.13 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 42 | PARSUTT, SHERLY 2813 PATRICIA ST LA MARQUE, TX 77568-3817 | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/27/2014 | 439 | $3,000.00* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 43 | PATEL, BALDEV 118 SEVA CT IRVING, TX 75061-2613 | 14-10997 (CSS) | TXU Energy Retail Company LLC | 10/16/2014 | 5434 | $200.00* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 44 | POPPS, PENNY N. 2747 HYDE PARK DR GRAND PRAIRIE, TX 75050 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/27/2014 | 8106 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 45 | REGAL JOAN LLC 421 PENMAN ST STE 100 CHARLOTTE, NC 28203 | | No Debtor Asserted | 09/02/2014 | 4030 | $117,000.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 46 | REYNOLDS, PRUDENCE 6424 STARDUST DR S WATAUGA, TX 76148-3640 | | No Debtor Asserted | 08/21/2014 | 3749 | $850.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 47 | ROBERTSON ENTERPRISES, LLC 13211 NORTHSPRING BEND LN CYPRESS, TX 77429-5755 | | No Debtor Asserted | 06/23/2014 | 2433 | $1,000.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FOURTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 48 | RODRIGUEZ, MARY G. 2634 GOLLIHAR DR STE A CORPUS CHRISTI, TX 78415-5259 | | No Debtor Asserted | 08/11/2014 | 3589 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 49 | RODRIQUEZ, ABLE T 2300 FLORENCE DR PLANO, TX 75093-3735 | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/30/2014 | 654 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 50 | RR ENTERPRISES INC. 7204 COUNTY ROAD 1124 GODLEY, TX 76044-4354 | | No Debtor Asserted | 07/21/2014 | 3246 | $3,500,000.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. |
| 51 | RUSSELL, JOHN J 3614 BORDEAUX CT ARLINGTON, TX 76016-2907 | | No Debtor Asserted | 06/03/2014 | 1029 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 52 | SAFFLE, GAYLE L PO BOX 1477 BRUCEVILLE, TX 76630-1477 | | No Debtor Asserted | 09/09/2014 | 4238 | $211.74 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 53 | SCRIBNER, TRACY 1247 PARK PL SHERMAN, TX 75092-3333 | | No Debtor Asserted | 08/18/2014 | 3701 | $2,632.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 54 | SINDT, DAVID - DECEASED C/O CINDY SINDT 5102 LAURA LEE LN PASADENA, TX 77504-2379 | | No Debtor Asserted | 09/16/2014 | 4462 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FOURTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 55 | SIRIANNI, PETER V<br>8113 WINTER FALLS TRL<br>HURST, TX 76053-7466 | | No Debtor Asserted | 06/02/2014 | 820 | $28,532.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third party. |
| 56 | STEWART, KUK JA<br>C/O CHARLES MONTEMAYOR, ATTY<br>5353 MAPLE AVE, STE 100<br>DALLAS, TX 75235 | 14-10979 (CSS) | Energy Future Holdings Corp. | 03/13/2015 | 10003 | $1,800,000,000.00 | The Debtors reviewed the documentation filed with the Claim. Neither the documentation nor the Proof of claim demonstrate a connection between the claim and the Debtors. |
| 57 | STEWART, KUK JA<br>2028 SANDY LN<br>IRVING, TX 75060-5639 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/20/2014 | 5739 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third party. |
| 58 | TEXAS IRRIGATION SUPPLY LLC<br>C/O HUSCH BLACKWELL LLP<br>ATTN: LYNN H. BUTLER<br>111 CONGRESS AVE., SUITE 1400<br>AUSTIN, TX 78701 | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/24/2014 | 7565 | $5,320.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 59 | VANWICKLEN, JOAN<br>3910 CHAPEL SQUARE DR<br>SPRING, TX 77388-5099 | 14-10979 (CSS) | Energy Future Holdings Corp. | 08/28/2014 | 3919 | Undetermined* | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 60 | WEAVER, OLIN<br>1235 OAK TREE DR<br>ATHENS, TX 75751-8185 | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/02/2014 | 1012 | $2,775.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FOURTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 2 TO EXHIBIT A – NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 61 | XU, BIN<br>11522 LAZY MEADOWS DR<br>HOUSTON, TX 77064-4046 | | No Debtor Asserted | 09/08/2014 | 4155 | $28,371.52 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| | | | | | TOTAL | $1,806,589,934.50* | |

**EXHIBIT 3** to **EXHIBIT A**

**No Claim Asserted Claims**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FOURTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A - NO CLAIM ASSERTED**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | 4 Z MANAGEMENT INC<br>PO BOX 7023<br>TYLER, TX 75711-7023 | | No Debtor Asserted | 06/06/2014 | 1256 | $0.00 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim. |
| 2 | ATS DRILLING INC<br>PO BOX 14633<br>FORT WORTH, TX 76117-0633 | | No Debtor Asserted | 06/16/2014 | 2085 | $0.00 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim. |
| 3 | BOBOS NURSERY<br>3765 W US HIGHWAY 79<br>BUFFALO, TX 75831-3457 | | No Debtor Asserted | 06/23/2014 | 2415 | $0.00 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim. |
| 4 | CITY CONTRACTORS SERVICE CO INC<br>2200 MCCREE RD<br>WYLIE, TX 75098-8028 | | No Debtor Asserted | 06/13/2014 | 1884 | $0.00 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim. |
| 5 | CULPEPPER, SHERRY B<br>ADDRESS ON FILE | | No Debtor Asserted | 10/16/2014 | 5431 | $0.00 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim. |
| 6 | DAY, KEVIN<br>ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 337 | $0.00 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim. |
| 7 | EDWARDS, ANNA<br>ADDRESS ON FILE | | No Debtor Asserted | 06/23/2014 | 2417 | $0.00 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim. |
| 8 | GALLEGOS, JOHN PAUL<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 10/09/2014 | 5031 | $0.00 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim. |
| 9 | JONES, KAREN<br>ADDRESS ON FILE | 14-10997 (CSS) | TXU Energy Retail Company LLC | 06/02/2014 | 947 | $0.00 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim. |
| 10 | KRAKAUR, RICHARD<br>ADDRESS ON FILE | | No Debtor Asserted | 06/05/2014 | 1109 | $0.00 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim. |
| 11 | LIGHTSEY, CAROLYN D<br>ADDRESS ON FILE | | No Debtor Asserted | 06/16/2014 | 2028 | $0.00 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FOURTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A - NO CLAIM ASSERTED**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 12 | MARIN, JAMES S<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/10/2014 | 1643 | $0.00 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim. |
| 13 | MAYORAL, LUIS<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/23/2014 | 2403 | $0.00 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim. |
| 14 | MCLEMORE, SIDNEY L<br>ADDRESS ON FILE | | No Debtor Asserted | 06/09/2014 | 2122 | $0.00 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim. |
| 15 | MELASKY, ANNA<br>ADDRESS ON FILE | | No Debtor Asserted | 06/23/2014 | 2418 | $0.00 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim. |
| 16 | MELASKY, ANNA<br>ADDRESS ON FILE | | No Debtor Asserted | 06/23/2014 | 2419 | $0.00 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim. |
| 17 | MELASKY, ANNA<br>ADDRESS ON FILE | | No Debtor Asserted | 06/23/2014 | 2420 | $0.00 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim. |
| 18 | MELASKY, ANNA<br>ADDRESS ON FILE | | No Debtor Asserted | 06/23/2014 | 2421 | $0.00 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim. |
| 19 | MELASKY, GINGER<br>ADDRESS ON FILE | | No Debtor Asserted | 06/23/2014 | 2416 | $0.00 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim. |
| 20 | MILLER, JOSEPH<br>ADDRESS ON FILE | | No Debtor Asserted | 10/27/2014 | 8070 | $0.00 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim. |
| 21 | NICHOLS, STEPHEN<br>ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 775 | $0.00 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim. |
| 22 | PARK, KAREN<br>ADDRESS ON FILE | | No Debtor Asserted | 09/26/2014 | 4691 | $0.00 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FOURTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A - NO CLAIM ASSERTED**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 23 | PEREZ, JUAN F<br>ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 322 | $0.00 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim. |
| 24 | REAGAN COUNTY TAX OFFICE<br>PO BOX 100<br>BIG LAKE, TX 76932-0100 | | No Debtor Asserted | 09/02/2014 | 4052 | $0.00 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim. |
| 25 | SERVIN, ARACELI<br>ADDRESS ON FILE | | No Debtor Asserted | 05/30/2014 | 707 | $0.00 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim. |
| 26 | SHORTNACY, BILL W<br>ADDRESS ON FILE | 14-10979 (CSS) | Energy Future Holdings Corp. | 05/23/2014 | 890 | $0.00 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim. |
| 27 | SMITH, JAMES<br>ADDRESS ON FILE | | No Debtor Asserted | 07/09/2014 | 2950 | $0.00 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim. |
| 28 | SMITH, LAURA<br>ADDRESS ON FILE | | No Debtor Asserted | 08/18/2014 | 3719 | $0.00 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim. |
| 29 | SOUTHWESTERN EXIBITIONS<br>PO BOX 150<br>FORT WORTH, TX 76101-0150 | | No Debtor Asserted | 05/23/2014 | 204 | $0.00 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim. |
| 30 | SOUTHWESTERN EXPOSITION &<br>LIVESTOCK SHOW<br>PO BOX 150<br>FORT WORTH, TX 76101-0150 | | No Debtor Asserted | 05/23/2014 | 203 | $0.00 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim. |
| 31 | UNITED HISPANIC COU<br>2741 HEMPHILL ST<br>FORT WORTH, TX 76110-3212 | | No Debtor Asserted | 05/27/2014 | 357 | $0.00 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim. |
| 32 | WHITE, R C<br>ADDRESS ON FILE | | No Debtor Asserted | 05/27/2014 | 313 | $0.00 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim. |

**ENERGY FUTURE HOLDINGS CORP., et al.**

**FOURTEENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 3 TO EXHIBIT A -  NO CLAIM ASSERTED**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 33 | ZUEFELDT, JOEANN ADDRESS ON FILE | | No Debtor Asserted | 05/30/2014 | 673 | $0.00 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim. |
| 34 | ZUEFELDT, JOEANN ADDRESS ON FILE | | No Debtor Asserted | 06/06/2014 | 1289 | $0.00 | No liability owed to claimant per Debtors' books and records. Claimant does not appear to assert a claim. |
| | | | | | TOTAL | $0.00 | |