**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

**MOTION OF THE EFH OFFICIAL COMMITTEE FOR ENTRY OF AN
ORDER SHORTENING NOTICE WITH RESPECT TO THE EFH COMMITTEE'S
APPLICATION FOR AN ORDER (A) AUTHORIZING THE RETENTION
AND EMPLOYMENT OF KINSELLA MEDIA, LLC AS ASBESTOS
NOTICING EXPERT TO THE EFH OFFICIAL COMMITTEE *NUNC PRO TUNC*
TO MARCH 27, 2015 AND (B) WAIVING CERTAIN INFORMATION
REQUIREMENTS PURSUANT TO LOCAL RULE 2016-2(h)**

The official committee of unsecured creditors of Energy Future Holdings

Corporation, Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI,

Inc. (the "**EFH Committee**") hereby submits this motion (the "**Motion**") for the entry of an

order substantially in the form attached hereto as Exhibit A (the "**Proposed Order**"), shortening

the notice period with respect to the *Application of the EFH Official Committee for an Order (A)*

*Authorizing the Retention and Employment of Kinsella Media, LLC as Asbestos Noticing Expert*

*to the EFH Official Committee* Nunc Pro Tunc *to March 27, 2015 and (B) Waiving Certain*

*Information Requirements Pursuant to Local Rule 2016-2(h)* (the "**Application**").[2]  In support of

the Motion, the EFH Committee respectfully states as follows:

---

[1]    The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]    Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

## Background

1.        On March 24, 2015, the Debtors filed a proposed order seeking to establish a bar date with respect to all prepetition claims against the Debtors relating to exposure to asbestos (other than property damage claims or claims for contractual or common law indemnification or contribution) (the "**Asbestos Bar Date**"), and requesting approval of the Debtors' proposed procedures for providing notice of the Asbestos Bar Date and the forms and other notice materials set forth therein or related thereto (collectively, as they may be amended, the "**Proposed Notice Procedures**").[3]  The Debtors have currently requested that the Court consider the Proposed Notice Procedures on April 14, 2015.

2.        Pursuant to the Application, filed contemporaneously with this Motion, the EFH Committee seeks entry of an order (a) authorizing the EFH Committee to retain and employ Kinsella Media, LLC ("**Kinsella Media**") as its asbestos claims noticing expert in connection with these chapter 11 cases effective *nunc pro tunc* to March 27, 2015, pursuant to sections 328(a) and 1103(a) of title 11 of the United States Code, rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and rule 2014-1 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**") and in accordance with the terms, and subject to the conditions, set forth in the Engagement Letter; and (b) granting Kinsella Media a waiver of the requirements of Bankruptcy Rule 2016(a), Local Rule 2016-2(d), applicable guidelines of the Office of the U.S. Trustee, and any otherwise applicable guidelines, orders or procedures of the Court in connection with the services to be rendered pursuant to the Engagement Letter.

---

[3]  *Order (A) Setting Bar Date for Filing Asbestos Proofs of Claim, (B) Approving the Form of and Manner for Filing Asbestos Proofs of Claim, and (C) Approving Notice Thereof* [D.I. 3965] (the "**Proposed Bar Date Order**").

SC1:3833929.6

3.      By this Motion, the EFH Committee requests that the Court shorten the notice period otherwise applicable under Local Rule 9006-1(c) with respect to the Application, and schedule the Application to be heard at the omnibus hearing before the Court on **April 14, 2015 at 9:30 a.m. (Eastern Time)** with an objection deadline of **April 10, 2015 at 4:00 p.m. (Eastern Time)**.

### Jurisdiction

4.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. § 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  This matter is a core proceeding pursuant to 28 U.S.C. § 157(b).  This statutory predicates for the relief requested herein are Bankruptcy Rules 2002 and 9006(c) and Local Rule 9006-1(e).

### Relief Requested

5.      By this Motion, the EFH Committee seeks entry of the Proposed Order shortening the notice period under Local Rule 9006-1(c) with respect to the Application.

### Basis for Relief

6.      Local Rule 9006-1(c) provides that, "[u]nless the [Bankruptcy Rules] or the[] Local Rules state otherwise, all motion papers shall be filed and served in accordance with Local Rule 2002-1(b) at least eighteen (18) days (twenty-one (21) days if service is by first class mail; nineteen (19) days if service is by overnight delivery) prior to the hearing date."  Del. Bankr. L.R. 9006-1(c)(1).  Pursuant to Bankruptcy Rule 9006(c)(1) and Local Rule 9006-1(e), however, the Court may shorten an otherwise applicable notice period for cause shown.

7.      The Debtors have requested that the Court consider the Proposed Notice Procedures at the hearing scheduled on April 14, 2015, the same day the EFH Committee is hereby requesting that the Kinsella Media retention be considered.  The Proposed Notice Procedures raise numerous important and complex issues that require due consideration by the

3

EFH Committee and other parties in interest.  The EFH Committee will be requesting an adjournment of any hearing with respect to the Proposed Notice Procedures absent agreement with the Debtors on a schedule.  Nonetheless, the Debtors' insistence on moving forward with immediate consideration of the Proposed Notice Procedures necessitates this Motion.  Retention of Kinsella Media as soon as possible is necessary in order to clear them to perform the work necessary to assist the EFH Committee in its consideration of the Proposed Notice Procedures.

8.     The EFH Committee proposes to engage Kinsella Media to advise and assist the EFH Committee and its counsel in connection with the Debtors' motion seeking to establish an Asbestos Bar Date and the Proposed Notice Procedures.  The EFH Committee believes that the advice and assistance of a qualified legal noticing expert is essential to the EFH Committee's evaluation of the Proposed Notice Procedures, and its ability to meaningfully respond as to their reasonableness.  It is therefore critical that the EFH Committee obtain the Court's authorization to retain Kinsella Media as soon as possible.  Accordingly, by this Motion the EFH Committee requests that the Application be heard on shortened notice on **April 14, 2015 at 9:30 a.m. (Eastern Time)** with an objection deadline of **April 10, 2015 at 4:00 p.m. (Eastern Time)**.

9.     The EFH Committee does not believe that due process will be hindered as a result of the proposed shortening of the notice period for the Application to 11 days, nor is any party in interest unduly prejudiced by the shortened notice requested herein.

10.     Absent the relief requested pursuant to this Motion, the EFH Committee's ability to evaluate the Proposed Notice Procedures, and to respond in a timely manner as to the adequacy of the Proposed Notice Procedures, will be severely limited.  The EFH Committee respectfully submits that proceeding expeditiously with the retention of Kinsella Media as the EFH Committee's asbestos noticing expert will enable the EFH Committee to promptly proceed

with its review of the Proposed Noticing Procedures and assist the EFH Committee in forming a

view as to their reasonableness, and that shortening notice for the Court to consider the

Application is appropriate under the circumstances.

### Notice

11.     Notice of this Application has been provided to:  (a) the U.S. Trustee;

(b) counsel for the Debtors including (i) Kirkland & Ellis LLP and (ii) Richards Layton &

Finger, P.A.; (c) counsel to the Official Committee of Unsecured Creditors of Energy Future

Competitive Holdings Company LLC, Texas Competitive Electric Holdings Company LLC and

its direct and indirect subsidiaries, and EFH Corporate Services Company, including (i) Morrison

& Forester LLP and (ii) Polsinelli PC; and (d) all parties requesting notice in these chapter 11

cases pursuant to Bankruptcy Rule 2002.  The EFH Committee respectfully submits that further

notice of this Application is neither required nor necessary.

WHEREFORE, for the reasons set forth herein, the EFH Committee respectfully

requests that the Court (a) enter the Proposed Order  granting the relief requested herein and (b)

grant such other and further relief as is just and proper.

Dated:   Wilmington, Delaware
         April 3, 2015

**MONTGOMERY McCRACKEN WALKER
& RHOADS, LLP**

 */s/ Davis Lee Wright*
Natalie D. Ramsey (DE Bar No. 5378)
Davis Lee Wright (DE Bar No. 4324)
Mark A. Fink (DE Bar No. 3946)
1105 North Market Street, 15th Floor
Wilmington, DE  19801
Telephone: (302) 504-7800
Facsimile: (302) 504 -7820
E-mail:      nramsey@mmwr.com
             dwright@mmwr.com
             mfink@mmwr.com

– and –

5

**SULLIVAN & CROMWELL LLP**

Andrew G. Dietderich
Mark F. Rosenberg
Brian D. Glueckstein
Michael H. Torkin
125 Broad Street
New York, New York  10004
Telephone:    (212) 558-4000
Facsimile:    (212) 558-3588
E-mail:        dietdericha@sullcrom.com
                rosenbergm@sullcrom.com
                gluecksteinb @sullcrom.com
                torkinm @sullcrom.com

*Counsel for The Official Committee of Unsecured*
*Creditors of Energy Future Holdings Corp.,*
*Energy Future Intermediate Holding Company*
*LLC; EFIH Finance Inc.; and EECI, Inc.*