## EXHIBIT A

## Proposed Order

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[4]<br><br>            Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered) |

**ORDER SHORTENING NOTICE WITH RESPECT TO THE EFH OFFICIAL COMMITTEE'S APPLICATION FOR AN ORDER (A) AUTHORIZING THE RETENTION AND EMPLOYMENT OF KINSELLA MEDIA, LLC AS ASBESTOS NOTICING EXPERT TO THE EFH COMMITTEE *NUNC PRO TUNC* TO MARCH 27, 2015 AND (B) WAIVING CERTAIN INFORMATION REQUIREMENTS PURSUANT TO LOCAL RULE 2016-2(h)**

Upon the motion (the "**Motion**") of the official committee of unsecured creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc. (the "**EFH Committee**"), for entry of an order (this "**Order**") shortening notice with respect to the *Application of the EFH Official Committee for an Order (A) Authorizing the Retention and Employment of Kinsella Media, LLC as Asbestos Noticing Expert to the EFH Official Committee* Nunc Pro Tunc *to March 27, 2015 and (B) Waiving Certain Information Requirements Pursuant to Local Rule 2016-2(h)*; it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of these chapter 11 cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that the relief requested in the Motion is in the best

---

[4] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

2

interests of the EFH Committee; and this Court having found that proper and adequate notice of the Motion has been provided under the circumstances; and after due deliberation thereon; and good and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The notice period otherwise applicable to the hearing for approval of the Application is hereby shortened pursuant to Bankruptcy Rules 2002(a)(2) and 9006(c) and Local Rule 9006-1(e).  The hearing to consider the Application shall be held on **April 14, 2015, at 9:30 a.m. (Eastern Time);** and the deadline to file objections or responses to the Application shall be **April 10, 2015 at 4:00 p.m. (Eastern Time)**.

3. The EFH Committee is authorized to take and perform all actions necessary to implement and effectuate the relief granted in this Order.

4. The requirements set forth in Local Rule 2002-1(b) are satisfied.

5. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. This Court retains jurisdiction with respect to all matters arising from or related to the enforcement of this Order.

Dated: _____, 2015
    Wilmington, Delaware

_____
Christopher S. Sontchi
United States Bankruptcy Judge