# EXHIBIT A

**Statement of Fees and Expenses By Subject Matter**

## COMPENSATION BY PROJECT CATEGORY
## FEBRUARY 1, 2015 THROUGH FEBRUARY 28, 2015

| Matter Number | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| Applicable to All Debtors[1] | | | |
| 12 | Tax Analysis | 2.0 | $1,640.00 |
| 25 | Public Policy Advice | N/A | N/A |
| 30 | Case Administration, Employment and Fee Applications | 35.5 | $16,290.50 |
| 46 | Budget-Related Work | N/A | N/A |
| Total for All-Debtor Matters | | 37.5 | $17,930.50 |
| Applicable to TCEH Debtors | | | |
| 4 | Litigation: Disputes and Potential Litigation with Aurelius | N/A | N/A |
| 8 | Litigation: FPL v. TXU (Texas Supreme Court) | 70.1 | $37,258.50 |
| 13 | Litigation: FOIA Disputes and EPA Matters | 31.9 | $20,626.50 |
| 16 | Litigation: Sierra Club - Eastern District of Texas | N/A | N/A |
| 17 | Litigation: Sierra Club - Western District of Texas | N/A | N/A |
| 18 | Litigation: NSR Case | 106.2 | $73,741.50 |
| 22 | Litigation: 2004 FPL Lawsuit | 1.5 | $1,327.50 |
| 23 | Litigation: 2011 FPL Lawsuit | N/A | N/A |
| 24 | Litigation: FPL Offer Curves Dispute | N/A | N/A |
| 41 | SEC Matters | N/A | N/A |
| 43 | Corporate Matters | N/A | N/A |
| 44 | Non-Working Travel | N/A | N/A |
| Total for TCEH Matters | | 209.7 | $132,954.00 |
| Applicable to EFIH Debtors | | | |
| 27 | First Lien DIP Exchange Offer | N/A | N/A |
| 28 | Second Lien DIP Tender Offer | N/A | N/A |

---

[1] Matter categories applicable to all Debtors are allocated to each Debtor in the same proportion as the amount incurred by each Debtor to its direct benefit on a monthly basis. In this Monthly Fee Statement, 75.7% of the fees ($13,570.51) shall be allocated to the TCEH estate, 0% of the fees ($0.00) shall be allocated to the EFIH estate, and 24.3% of the fees ($4,359.99) shall be allocated to the EFH estate.

2

| | | | |
|---|---|---|---|
| 29 | Second Lien DIP Notes Offering | N/A | N/A |
| 34 | SEC Matters | N/A | N/A |
| 35 | Corporate Matters | N/A | N/A |
| 40 | Non-Working Travel | N/A | N/A |
| Total for EFIH Matters | | N/A | N/A |
| Applicable to EFH Debtors | | | |
| 31 | SEC Matters | 25.0 | $19,297.00 |
| 32 | Corporate Matters | 33.6 | $23,419.00 |
| 38 | Non-Working Travel | N/A | N/A |
| Total for EFH Matters | | 58.6 | $42,716.00 |
| **Total** | | **305.8** | **$193,600.50** |

**EXPENSE SUMMARY**
**FEBRUARY 1, 2015 THROUGH FEBRUARY 28, 2015**

| Expenses Category | Total Expenses |
|---|---:|
| Filing Fees | $10.29 |
| In House Duplication | $458.70 |
| **Total:** | **$468.99** |