# EXHIBIT B

**Attorneys and Paraprofessionals' Information**

The Gibson Dunn professionals and paraprofessionals who rendered professional services in these cases during the Fee Period are:

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (2014) | Hourly Billing Rate (2015)* | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| William B. Dawson | Partner. Joined firm as a Partner in 2011. Member of TX Bar since 1975. | $925.00 | $975.00 | 1.8 | $1,665.00 |
| Gareth T. Evans | Partner. Joined firm as a Partner in 2000. Member of CA Bar since 1988. | $1,045.00 | $1,090.00 | 14.0 | $15,260.00 |
| James C. Ho | Partner. Became a Partner in 2010. Member of DC Bar since 2001, and TX Bar since 2006. | $885.00 | $835.00 | 4.0 | $3,340.00 |
| Brian J. Lane | Partner. Joined firm as a Partner in 2000. Member of MD Bar since 1983, and DC Bar since 2000. | $1,085.00 | $1,125.00 | 0.2 | $225.00 |
| Robert B. Little | Partner. Joined firm as a Partner in 2011. Member of TX Bar since 1998. | $790.00 | $835.00 | 38.6 | $31,466.00 |
| Michael L. Raiff | Partner. Joined firm as a Partner in 2011. Member of TX Bar since 1992. | $840.00 | $885.00 | 67.4 | $48,063.00 |
| Michael Scanlan | Partner. Joined firm as a Partner in 1999. Member of DC Bar since 1998. | $950.00 | $995.00 | 0.5 | $497.50 |
| David L. Sinak | Partner. Joined firm as a Partner in 2002. Member of TX Bar since 1979. | $1,020.00 | $1,065.00 | 1.0 | $1,065.00 |
| Ashley E. Johnson | Of Counsel. Became an Of Counsel in 2014. Member of NC Bar since 2007, and TX Bar since 2009. | $740.00 | $690.00 | 8.0 | $5,992.00 |

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (2014) | Hourly Billing Rate (2015)* | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Matthew G. Bouslog | Associate. Joined firm as an associate in 2012. Member of CA Bar since 2011. | $555.00 | $625.00 | 12.1 | $6,855.50 |
| Caitlin A. Calloway | Associate. Joined firm as an Associate in 2012. Member of TX Bar since 2012. | $435.00 | $500.00 | 13.6 | $6,800.00 |
| Michael Q. Cannon | Associate. Joined firm as an Associate in 2014. Member of TX Bar since 2012. | $485.00 | $575.00 | 1.0 | $575.00 |
| Russell H. Falconer | Associate. Joined firm as an Associate in 2011. Member of TX Bar since 2009. | $535.00 | $610.00 | 25.8 | $16,120.00 |
| Jeremy L. Graves | Associate. Joined firm as an Associate in 2008. Member of CO Bar since 2012. | $710.00 | $755.00 | 0.2 | $142.00 |
| Krista P. Hanvey | Associate. Joined firm as an associate in 2009. Member of TX Bar since 2009. | $650.00 | $650.00 | 5.7 | $3,727.50 |
| William T. Thompson | Associate. Joined firm as an associate in 2014. Member of TX Bar since 2013. | $440.00 | $505.00 | 55.0 | $25,183.00 |
| Elizabeth M. Viney | Associate. Joined firm as an Associate in 2012. Member of TX Bar since 2011, and LA Bar since 2011. | $485.00 | $525.00 | 21.0 | $12,904.50 |
| Duke K. Amponsah | Paralegal. Joined firm as a Paralegal in 2012. | $380.00 | $380.00 | 22.5 | $8,662.50 |
| Gaya K. Holman | Paralegal. Joined firm as a Paralegal in 2013. | $355.00 | $370.00 | 9.5 | $3,383.00 |

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (2014) | Hourly Billing Rate (2015)* | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Vanessa Bratcher | Manager, Global Practice Services. Joined firm 2005. | $435.00 | $435.00 | 3.8 | $1,653.00 |
| Erin E. Kurinsky | Research Analyst, Research and Information Management. Joined firm in 2011. | $200.00 | $210.00 | 0.1 | $21.00 |
| **TOTAL** | | | | 305.8 | $193,600.50 |
| **Blended Rate** | | | | **$633.10** | |

*As stated in the *Third Supplemental Declaration of Robert B. Little in Support of the Application of the Debtors for an Order Authorizing the Debtors to Retain and Employ Gibson, Dunn & Crutcher LLP as Special Counsel for Certain Corporate and Litigation Matters, Effective* Nunc Pro Tunc *to the Petition Date* [Docket No. 3978], the rate change is effective as of February 17, 2015.

RLF1 11777243v.1