## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

**EXPENSE SUMMARY**
**FEBRUARY 1, 2015 THROUGH FEBRUARY 28, 2015**

**Applicable to TCEH Debtors**

| Expenses Category | Total Expenses |
|---|---|
| Filing Fees | $10.29 |
| In House Duplication | $458.70 |
| **Total:** | **$468.99** |

**TOTAL EXPENSES:**                                    **$468.99**