## **EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

| Invoice Number | Matter Name | Date | Name Of Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 2015033240 | TCEH | 2015204 | Russell H. Falconer | In House Duplication | $0.20 | 8 | $1.60 | Photocopies: 8 Pages |
| 2015033240 | TCEH | 2015204 | Russell H. Falconer | In House Duplication | $0.20 | 5 | $1.00 | Photocopies: 5 Pages |
| 2015033240 | TCEH | 2015204 | Russell H. Falconer | In House Duplication | $0.20 | 5 | $1.00 | Photocopies: 5 Pages |
| 2015033240 | TCEH | 2015205 | Michael O. Clerkley | In House Duplication | $0.10 | 634 | $63.40 | Photocopies: 634 Pages |
| 2015033240 | TCEH | 2015205 | Michael O. Clerkley | In House Duplication | $0.10 | 634 | $63.40 | Photocopies: 634 Pages |
| 2015033240 | TCEH | 2015205 | Michael O. Clerkley | In House Duplication | $0.10 | 1 | $.10 | Photocopies: 1 Pages |
| 2015033240 | TCEH | 2015205 | Michael O. Clerkley | In House Duplication | $0.10 | 10 | $1.00 | Photocopies: 10 Pages |
| 2015033240 | TCEH | 2015205 | Michael O. Clerkley | In House Duplication | $0.10 | 15 | $1.50 | Photocopies: 15 Pages |
| 2015033240 | TCEH | 2015205 | Michael O. Clerkley | In House Duplication | $0.10 | 15 | $1.50 | Photocopies: 15 Pages |
| 2015033240 | TCEH | 2015205 | Michael O. Clerkley | In House Duplication | $0.10 | 3,145 | $314.50 | Photocopies: 3,145 Pages |
| 2015033240 | TCEH | 2015217 | Kevin N. Paden | In House Duplication | $0.10 | 31 | $3.10 | Photocopies: 31 Pages |
| 2015033240 | TCEH | 2015217 | Kevin N. Paden | In House Duplication | $0.10 | 2 | $.20 | Photocopies: 2 Pages |
| 2015033240 | TCEH | 2015217 | Kevin N. Paden | In House Duplication | $0.10 | 4 | $.40 | Photocopies: 4 Pages |
| 2015033240 | TCEH | 2015217 | Kevin N. Paden | In House Duplication | $0.10 | 6 | $.60 | Photocopies: 6 Pages |
| 2015033240 | TCEH | 2015217 | Kevin N. Paden | In House Duplication | $0.10 | 7 | $0.70 | Photocopies: 7 Pages |
| 2015033240 | TCEH | 2015217 | Kevin N. Paden | In House Duplication | $0.10 | 2 | $.20 | Photocopies: 2 Pages |
| 2015033240 | TCEH | 2015217 | Kevin N. Paden | In House Duplication | $0.10 | 9 | $.90 | Photocopies: 9 Pages |
| 2015033240 | TCEH | 2015217 | Kevin N. Paden | In House Duplication | $0.10 | 14 | $1.40 | Photocopies: 14 Pages |
| 2015033240 | TCEH | 2015217 | Kevin N. Paden | In House Duplication | $0.10 | 5 | $0.50 | Photocopies: 5 Pages |
| 2015033240 | TCEH | 2015225 | Derrick D. Sirls | In House Duplication | $0.10 | 17 | $1.70 | Photocopies: 17 Pages |
| 2015033240 | TCEH | 2015225 | William T. Thompson | Filing Fees | | | $10.29 | Filing Fee for Motion for Extension of Time |

RLF1 11777243v.1