IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br><br>*Debtors.* | Chapter 11<br>Case No. 14-10979 (CSS)<br>(Jointly Administered)<br><br>**Hearing Date: May 4, 2015 at 9:30 a.m.**<br>**Objection Deadline: April 20, 2015 at 4:00 p.m.** |
| DELAWARE TRUST COMPANY, as<br>INDENTURE TRUSTEE,<br>    *Plaintiff,*<br>v.<br>ENERGY FUTURE INTERMEDIATE HOLDING<br>COMPANY LLC and EFIH FINANCE INC.<br>    *Defendants.* | Adversary Proceeding<br>No. 14-50363 (CSS) |

### NOTICE OF PLAINTIFF-TRUSTEE'S MOTION
### TO ALTER OR AMEND JUDGMENT TO CLARIFY THAT
### THE ORDER DATED MARCH 26, 2015 IS NOT A FINAL JUDGMENT

    **PLEASE TAKE NOTICE** that, on April 6, 2015, Plaintiff Delaware Trust Company, indenture trustee for first-lien notes issued by Energy Future Intermediate Holding Company LLC and EFIH Finance Inc., filed the **Plaintiff-Trustee's Motion to Alter or Amend Judgment to Clarify that the Order Dated March 26, 2015 is Not a Final Judgment (the "Motion")** with the United States Bankruptcy Court for the District of Delaware.

    **PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion must be made in writing, filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel, **on or before 4:00 p.m. on April 20, 2015 (Eastern Time)**.

    **PLEASE TAKE FURTHER NOTICE** that if an objection is timely filed, served and received, a hearing on the Motion will be held on **May 4, 2015 at 9:30 a.m. (Eastern Time)** before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 5th Floor, Courtroom No. 6, 824 North Market Street, Wilmington, Delaware 19801.

    IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: April 6, 2015

COLE SCHOTZ, P.C.

/s/ *Norman L. Pernick*
Norman L. Pernick (Bar No. 2290)
J. Kate Stickles (Bar No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: 302-652-3131
Facsimile: 302-652-3117
npernick@coleschotz.com
kstickles@coleschotz.com

Warren A. Usatine
Court Plaza North
25 Main Street
Hackensack, NJ 07602
Telephone: 201-489-3000
Facsimile: 201-489-1536
wusatine@coleschotz.com

WILMER CUTLER PICKERING HALE AND DORR LLP
Philip D. Anker
Charles C. Platt
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212-230-8800
Facsimile: 212-230-8888
Philip.Anker@wilmerhale.com
Charles.Platt@wilmerhale.com

Dennis L. Jenkins
George W. Shuster Jr.
60 State Street
Boston, MA 02109
Telephone: 617-526-6000
Facsimile: 617-526-5000
Dennis.Jenkins@wilmerhale.com
George.Shuster@wilmerhale.com

ROPES & GRAY LLP
Keith H. Wofford
Mark Somerstein
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: 212-596-9000
Facsimile: 212-596-9090
Keith.Wofford@ropesgray.com
Mark.Somerstein@ropesgray.com

D. Ross Martin
Andrew Devore
800 Boylston Street, Prudential Tower
Boston, MA 02199-3600
Telephone: 617-951-7000
Facsimile: 617-951-7050
Ross.Martin@ropesgray.com
Andrew.Devore@ropesgray.com

DRINKER BIDDLE & REATH LLP
James H. Millar
1177 Avenue of the Americas
41st Floor
New York, NY 10036-2714
Telephone: 212-248-3264
Facsimile: 212-248-3141
James.Millar@dbr.com

*Counsel for Plaintiff-Trustee Delaware Trust Company*

2