# EXHIBIT A

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br>        *Debtors.* | Chapter 11<br>Case No. 14-10979 (CSS)<br>(Jointly Administered)<br><br>**Related to D.I. 74, 470, 473, 3984, 3985<br>and \_\_\_\_** |
| DELAWARE TRUST COMPANY, as<br>INDENTURE TRUSTEE,<br>        *Plaintiff,*<br>v.<br>ENERGY FUTURE INTERMEDIATE HOLDING<br>COMPANY LLC and EFIH FINANCE INC.<br>        *Defendants.* | Adversary Proceeding<br>No. 14-50363 (CSS)<br><br>**Related to D.I. 1, 175, 176, 178, 179, 246<br>and \_\_\_\_** |

**ORDER GRANTING PLAINTIFF-TRUSTEE'S MOTION TO ALTER OR AMEND
JUDGMENT TO CLARIFY THAT THE ORDER DATED MARCH 26, 2015 IS NOT A
<u>FINAL JUDGMENT AND MODIFYING PRIOR ORDER</u>**

Upon consideration of the motion (No. 14-10979, D.I. \_\_ (the "Motion to Amend")) of Plaintiff Delaware Trust Company (the "Trustee"), indenture trustee for first-lien notes issued by Energy Future Intermediate Holding Company LLC and EFIH Finance Inc., pursuant to Rule 59 of the Federal Rules of Civil Procedure, made applicable pursuant to Rule 9023 of the Federal Rules of Bankruptcy Procedure, to alter or amend the judgment entered by this Court on March 26, 2015 (No. 14-10979, D.I. 3985; No. 14-50363, D.I. 246 (the "Summary Judgment Order")), and for the reasons set forth in the Court's Findings of Fact and Conclusions of Law Regarding Cross-Motions for Summary Judgment dated March 26, 2015, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

    1.    The Trustee's Motion to Amend is granted.

2. The Summary Judgment Order entered by this Court on March 26, 2015 (No. 14-10979, D.I. 3985; No. 14-50363, D.I. 246) is hereby vacated and replaced with this Order.

3. Plaintiff-Trustee's Motion for Summary Judgment (No. 14-50363, D.I. 178) filed on February 13, 2015 is denied in its entirety, but without prejudice to the right of the Plaintiff-Trustee to seek judgment on Count I of the complaint (the "Complaint") in the above-captioned adversary proceeding (the "Adversary Proceeding") and relief on the Stay-Applicability Motion (as defined below) and the Contested Matter (as such term is defined in the Amended Scheduling Order dated December 2, 2014 (No. 14-50363, D.I. 167)), at the conclusion of the trial on the Stay-Applicability Motion.

4. EFIH Debtors' Cross-Motion for Summary Judgment (No. 14-50363, D.I. 175) is granted, in part, and denied, in part as follows:

   a. Summary judgment is denied on Count I of the Complaint (and in the Contested Matter), but without prejudice to the right of EFIH to seek judgment on Count I (and in the Contested Matter) at the conclusion of the trial on the Stay-Applicability Motion.

   b. Summary judgment is granted for EFIH Debtors on Counts II-IV of the Complaint.

   c. Summary judgment is granted, in part, for the EFIH Debtors on the Joint Motion of CSC Trust Company of Delaware, as Indenture Trustee, and Certain EFIH % First Lien Noteholders, for Confirmation that the Automatic Stay Does Not Apply or, Alternatively, for Limited Relief from the Automatic Stay, Solely Regarding Recession of Acceleration (the "Stay-Applicability Motion") filed on May 15, 2015; and not granted on

the Stay-Applicability Motion solely as to the issue of whether cause exists to lift the automatic stay.

5. This Order is not intended to be, nor shall it be construed as, a "final" judgment, order, or decree for purposes of 28 U.S.C. §158 with respect to this Adversary Proceeding, the Stay-Applicability Motion, or the Contested Matter.

Dated: _____, 2015

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

3