## EXHIBIT A

**Statement of Fees and Expenses By Subject Matter**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---:|---|---:|---:|
| 5 | [ALL] Business Operations | 21.30 | $14,164.50 |
| 6 | [ALL] Case Administration | 88.50 | $48,012.00 |
| 8 | [ALL] Claims Administration & Objections | 193.60 | $107,622.50 |
| 9 | [ALL] Contested Matters & Adv. Proceed. | 4,999.90 | $2,866,972.00 |
| 10 | [ALL] Corp. Governance and Sec. Issues | 620.00 | $555,002.50 |
| 11 | [ALL] Exec. Contracts & Unexpired Leases | 8.60 | $5,391.00 |
| 12 | [ALL] Hearings | 30.10 | $22,889.50 |
| 14 | [ALL] K&E Retention and Fee Applications | 487.30 | $258,222.00 |
| 17 | [ALL] Non-K&E Retentions & Fee Apps | 65.90 | $43,022.00 |
| 18 | [ALL] Non-Working Travel | 133.30 | $122,949.00 |
| 21 | [ALL] Plan and Disclosure Statements | 1,314.80 | $1,129,765.50 |
| 26 | [ALL] Retiree and Employee Issues/OPEB | 119.00 | $88,594.50 |
| 29 | [ALL] Tax Issues | 724.30 | $668,031.00 |
| 32 | [ALL] Valuation | 26.90 | $25,144.50 |
| 34 | [TCEH] Asset Dispositions and Purchases | 8.00 | $4,842.50 |
| 35 | [TCEH] Automatic Stay | 16.80 | $10,611.50 |
| 37 | [TCEH] Business Operations | 85.80 | $55,526.50 |
| 38 | [TCEH] Cash Collateral and DIP Financing | 13.60 | $9,953.50 |
| 39 | [TCEH] Claims Administration & Objection | 145.70 | $100,853.50 |
| 40 | [TCEH] Contested Matters & Advers. Proc. | 385.10 | $284,322.50 |
| 41 | [TCEH] Corp. Governance and Sec. Issues | 4.20 | $4,200.00 |
| 46 | [TCEH] Non-Debtor Affiliates | 2.30 | $1,529.50 |
| 57 | [TCEH] Trading and Hedging Contracts | 3.30 | $2,194.50 |
| 62 | [TCEH] Vendor and Other Creditor Issues | 29.50 | $18,242.00 |
| 66 | [EFIH] Cash Collat./DIP Finan./Makewhole | 253.80 | $220,453.00 |
| 68 | [EFIH] Contested Matters & Advers. Pro. | 797.80 | $599,832.00 |
| 74 | [EFIH] Official Committee Issues & Meet. | 1.20 | $798.00 |
| 89 | [EFH] EFH Properties | 179.10 | $123,345.00 |
| 96 | [EFH] Official Committee Issues & Meet. | 1.20 | $798.00 |
| 108 | [TCEH] Exec. Contracts & Unexpired Lease | 26.30 | $15,664.50 |
| **Totals:** | | **10,787.20** | **$7,408,949.00** |

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $4,144.48 |
| Standard Copies or Prints | $5,803.60 |
| Binding | $76.30 |
| Color Copies or Prints | $10,822.80 |
| CD-ROM Duplicates/Master | $7.00 |
| Production Blowbacks | $2,035.80 |
| Closing/Mini Books | $12.00 |
| Overnight Delivery | $139.34 |
| Outside Messenger Services | $1,172.94 |
| Local Transportation | $1,951.13 |
| Travel Expense | $24,099.35 |
| Airfare | $44,190.56 |
| Transportation to/from airport | $12,065.30 |
| Travel Meals | $3,053.88 |
| Car Rental | $104.95 |
| Other Travel Expenses | $1,308.34 |
| Court Reporter Fee/Deposition | $3,723.10 |
| Professional Fees | $276,320.00 |
| Legal File Storage/Retrieval | $90.00 |
| Outside Computer Services | $1,825.61 |
| Outside Video Services | $1,409.50 |
| Outside Copy/Binding Services | $910.62 |
| Working Meals/K&E Only | $40.00 |
| Working Meals/K&E and Others | $40.00 |
| Catering Expenses | $6,056.00 |
| Outside Retrieval Service | $324.02 |
| Computer Database Research | $5,259.75 |
| Westlaw Research | $33,958.96 |
| LexisNexis Research | $1,748.28 |
| Overtime Transportation | $3,315.08 |
| Overtime Meals - Non-Attorney | $499.84 |
| Overtime Meals - Attorney | $2,837.44 |
| Rental Expenses | $2,165.30 |
| Cash Credits | -$518.00 |
| **Total:** | **$450,993.27** |