# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The K&E attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Jack N Bernstein | Partner | 1995 | Employee Benefits | 1,025.00 | 21.30 | $21,832.50 |
| Andrew Calder, P.C. | Partner | 2003 | Corporate - M&A/Private Equity | 1,245.00 | 54.50 | $67,852.50 |
| Lauren O Casazza | Partner | 2002 | Litigation - General | 935.00 | 12.70 | $11,874.50 |
| Jeanne T Cohn-Connor | Partner | 1985 | Environment - Transactional | 955.00 | 25.90 | $24,734.50 |
| Cormac T Connor | Partner | 2002 | Litigation - Gov/Reg/Internal Investgn | 845.00 | 198.50 | $167,732.50 |
| Gregory W Gallagher, P.C. | Partner | 1997 | Taxation | 1,275.00 | 112.90 | $143,947.50 |
| Jonathan F Ganter | Partner | 2010 | Litigation - General | 825.00 | 139.50 | $115,087.50 |
| Jeffrey M Gould | Partner | 2006 | Litigation - General | 880.00 | 210.10 | $184,888.00 |
| William Guerrieri | Partner | 2008 | Restructuring | 895.00 | 56.50 | $50,567.50 |
| Erik Hepler | Partner | 1990 | Corporate - Debt Finance | 1,060.00 | 2.90 | $3,074.00 |
| Stephen E Hessler | Partner | 2001 | Restructuring | 1,060.00 | 138.80 | $147,128.00 |
| Richard U S Howell | Partner | 2006 | Litigation - General | 880.00 | 166.60 | $146,608.00 |
| Reid Huefner | Partner | 2007 | IP - Litigation | 845.00 | 92.70 | $78,331.50 |
| Chad J Husnick | Partner | 2004 | Restructuring | 975.00 | 142.20 | $138,645.00 |
| Marc Kieselstein, P.C. | Partner | 1988 | Restructuring | 1,235.00 | 128.40 | $158,574.00 |
| Michelle Kilkenney | Partner | 2002 | Corporate - Debt Finance | 1,060.00 | 13.80 | $14,628.00 |
| William A Levy, P.C. | Partner | 1988 | Taxation | 1,275.00 | 30.50 | $38,887.50 |
| Todd F Maynes, P.C. | Partner | 1988 | Taxation | 1,375.00 | 86.40 | $118,800.00 |
| Andrew R McGaan, P.C. | Partner | 1986 | Litigation - General | 1,090.00 | 159.60 | $173,964.00 |
| Mark E McKane | Partner | 1997 | Litigation - General | 1,025.00 | 170.20 | $174,455.00 |
| Amber J Meek | Partner | 2009 | Corporate - M&A/Private Equity | 930.00 | 82.40 | $76,632.00 |
| Andres Mena | Partner | 2001 | Corporate - Debt Finance | 1,060.00 | 2.30 | $2,438.00 |
| Linda K Myers, P.C. | Partner | 1990 | Corporate - Debt Finance | 1,325.00 | 25.60 | $33,920.00 |
| JoAnne Nagjee | Partner | 2009 | Taxation | 945.00 | 4.00 | $3,780.00 |
| Matthew E Papez, P.C. | Partner | 1999 | Litigation - General | 935.00 | 2.30 | $2,150.50 |
| Michael A Petrino | Partner | 2008 | Litigation - General | 825.00 | 200.90 | $165,742.50 |
| Scott D Price | Partner | 1990 | Executive Compensation | 1,245.00 | 4.10 | $5,104.50 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| William T Pruitt | Partner | 2004 | Litigation - General | 895.00 | 60.30 | $53,968.50 |
| Brenton A Rogers | Partner | 2007 | Litigation - General | 895.00 | 119.50 | $106,952.50 |
| David Rosenberg | Partner | 2005 | Real Estate | 895.00 | 1.90 | $1,700.50 |
| Joshua Samis | Partner | 2005 | Corporate - Debt Finance | 930.00 | 2.10 | $1,953.00 |
| Edward O Sassower, P.C. | Partner | 2000 | Restructuring | 1,235.00 | 136.00 | $167,960.00 |
| Brian E Schartz | Partner | 2008 | Restructuring | 930.00 | 204.50 | $190,185.00 |
| Edward Schneidman, P.C. | Partner | 1980 | Corporate - Capital Markets | 1,125.00 | 0.50 | $562.50 |
| Michael B Slade | Partner | 1999 | Litigation - General | 995.00 | 33.10 | $32,934.50 |
| James H M Sprayregen, P.C. | Partner | 1985 | Restructuring | 1,325.00 | 127.60 | $169,070.00 |
| Bryan M Stephany | Partner | 2007 | Litigation - General | 880.00 | 242.90 | $213,752.00 |
| Wayne E Williams | Partner | 2006 | Corporate - Capital Markets | 955.00 | 2.80 | $2,674.00 |
| Sara B Zablotney | Partner | 2003 | Taxation | 1,165.00 | 48.60 | $56,619.00 |
| Julia Allen | Associate | 2012 | Litigation - General | 635.00 | 95.30 | $60,515.50 |
| Cristina Almendarez | Associate | 2014 | IP - Litigation | 480.00 | 77.30 | $37,104.00 |
| James Barolo | Associate | 2014 | Litigation - General | 480.00 | 156.30 | $75,024.00 |
| Andrew Barton | Associate | 2010 | Executive Compensation | 845.00 | 7.50 | $6,337.50 |
| Rebecca Blake Chaikin | Associate | Pending | Restructuring | 480.00 | 110.80 | $53,184.00 |
| Katherine Bolanowski | Associate | 2009 | Corporate - Debt Finance | 845.00 | 29.70 | $25,096.50 |
| Megan Byrne | Associate | Pending | Litigation - General | 480.00 | 36.40 | $17,472.00 |
| Kevin Chang | Associate | 2014 | Litigation - General | 480.00 | 84.00 | $40,320.00 |
| Elizabeth S Dalmut | Associate | 2013 | Litigation - General | 555.00 | 1.80 | $999.00 |
| Alexander Davis | Associate | 2012 | Litigation - General | 635.00 | 156.00 | $99,060.00 |
| George Desh | Associate | 2011 | IP - Litigation | 710.00 | 25.30 | $17,963.00 |
| Joseph F. Edell | Associate | 2009 | IP - Litigation | 755.00 | 24.50 | $18,497.50 |
| Michael Esser | Associate | 2009 | Litigation - General | 795.00 | 151.10 | $120,124.50 |
| Jason Fitterer | Associate | 2012 | IP - Litigation | 635.00 | 39.30 | $24,955.50 |
| Noah S Frank | Associate | 2013 | IP - Litigation | 555.00 | 0.50 | $277.50 |
| Michael Gawley | Associate | 2013 | Litigation - General | 555.00 | 35.00 | $19,425.00 |
| Emily Geier | Associate | 2012 | Restructuring | 730.00 | 195.60 | $142,788.00 |
| Stefanie I Gitler | Associate | 2009 | Environment - Transactional | 795.00 | 4.70 | $3,736.50 |
| Ryan Guerrero | Associate | 2013 | Corporate - General | 480.00 | 27.90 | $13,392.00 |
| Haris Hadzimuratovic | Associate | 2008 | Litigation - General | 755.00 | 43.80 | $33,069.00 |
| Beatrice Hahn | Associate | 2013 | IP - Litigation | 635.00 | 105.50 | $66,992.50 |
| Elliot C Harvey Schatmeier | Associate | 2014 | Litigation - General | 555.00 | 33.20 | $18,426.00 |
| Inbal Hasbani | Associate | 2010 | Litigation - General | 755.00 | 40.70 | $30,728.50 |
| Sean F Hilson | Associate | 2013 | Restructuring | 570.00 | 1.70 | $969.00 |
| Natasha Hwangpo | Associate | 2014 | Restructuring | 570.00 | 96.90 | $55,233.00 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Vinu Joseph | Associate | 2013 | Litigation - General | 555.00 | 79.50 | $44,122.50 |
| Lina Kaisey | Associate | Pending | Restructuring | 480.00 | 144.20 | $69,216.00 |
| Howard Kaplan | Associate | 2011 | Litigation - General | 710.00 | 65.40 | $46,434.00 |
| Austin Klar | Associate | 2013 | Litigation - General | 555.00 | 67.30 | $37,351.50 |
| Lucas J Kline | Associate | 2009 | Litigation - General | 795.00 | 201.20 | $159,954.00 |
| Max Klupchak | Associate | 2011 | Corporate - M&A/Private Equity | 795.00 | 13.20 | $10,494.00 |
| Sam Kwon | Associate | 2013 | IP - Litigation | 635.00 | 59.80 | $37,973.00 |
| Nick Laird | Associate | 2013 | Litigation - General | 555.00 | 56.90 | $31,579.50 |
| Christine Lehman | Associate | 2014 | Taxation | 495.00 | 25.20 | $12,474.00 |
| Polina Liberman | Associate | 2010 | Taxation | 845.00 | 0.70 | $591.50 |
| Teresa Lii | Associate | 2014 | Restructuring | 570.00 | 131.10 | $74,727.00 |
| Jeffrey Lula | Associate | 2010 | Litigation - General | 755.00 | 47.20 | $35,636.00 |
| Allison McDonald | Associate | 2013 | Litigation - General | 555.00 | 49.90 | $27,694.50 |
| Eric Merin | Associate | 2014 | Litigation - General | 555.00 | 49.00 | $27,195.00 |
| Roxana Mondragon-Motta | Associate | 2011 | Litigation - General | 710.00 | 36.50 | $25,915.00 |
| Madelyn Morris | Associate | 2014 | Litigation - General | 480.00 | 33.50 | $16,080.00 |
| Michael Muna | Associate | 2013 | Corporate - General | 480.00 | 12.60 | $6,048.00 |
| Brett Murray | Associate | 2013 | Restructuring | 665.00 | 169.30 | $112,584.50 |
| Veronica Nunn | Associate | 2010 | Corporate - General | 730.00 | 37.20 | $27,156.00 |
| Patrick Park | Associate | 2014 | IP - Litigation | 480.00 | 80.40 | $38,592.00 |
| Jessica Peet | Associate | 2014 | Restructuring | 665.00 | 6.30 | $4,189.50 |
| Samara L Penn | Associate | 2010 | Litigation - General | 755.00 | 93.30 | $70,441.50 |
| Jonah Peppiatt | Associate | Pending | Restructuring | 570.00 | 147.90 | $84,303.00 |
| Carl Pickerill | Associate | 2008 | Restructuring | 645.00 | 1.00 | $645.00 |
| Alan Rabinowitz | Associate | 2010 | IP - Litigation | 710.00 | 51.00 | $36,210.00 |
| Carleigh T Rodriguez | Associate | 2013 | Environment - Transactional | 570.00 | 10.20 | $5,814.00 |
| Bradford B Rossi | Associate | 2011 | Corporate - General | 730.00 | 1.90 | $1,387.00 |
| Jeremy Roux | Associate | 2014 | IP - Litigation | 480.00 | 60.40 | $28,992.00 |
| Mark Salomon | Associate | Pending | Litigation - General | 480.00 | 33.00 | $15,840.00 |
| Alexandra Samowitz | Associate | Pending | Litigation - General | 480.00 | 37.10 | $17,808.00 |
| Max Schlan | Associate | 2012 | Restructuring | 665.00 | 204.90 | $136,258.50 |
| Mark F Schottinger | Associate | 2012 | Litigation - General | 635.00 | 52.10 | $33,083.50 |
| Steven Serajeddini | Associate | 2010 | Restructuring | 845.00 | 193.40 | $163,423.00 |
| Anthony Sexton | Associate | 2011 | Taxation | 685.00 | 138.30 | $94,735.50 |
| Christina Sharkey | Associate | 2014 | IP - Litigation | 480.00 | 73.60 | $35,328.00 |
| Stephanie Shropshire | Associate | 2014 | Litigation - General | 555.00 | 46.30 | $25,696.50 |
| Ellen Sise | Associate | Pending | Litigation - General | 480.00 | 31.20 | $14,976.00 |
| Aaron Slavutin | Associate | 2011 | Restructuring | 665.00 | 79.60 | $52,934.00 |
| Justin Sowa | Associate | 2013 | Litigation - General | 635.00 | 14.50 | $9,207.50 |
| Benjamin Steadman | Associate | Pending | Restructuring | 480.00 | 198.10 | $95,088.00 |
| Sarah Stock | Associate | 2013 | Litigation - General | 555.00 | 55.50 | $30,802.50 |
| Thayne Stoddard | Associate | Pending | Litigation - General | 480.00 | 22.80 | $10,944.00 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Nathan Taylor | Associate | Pending | Litigation - General | 480.00 | 29.20 | $14,016.00 |
| Adam Teitcher | Associate | 2013 | Litigation - General | 635.00 | 126.50 | $80,327.50 |
| Anna Terteryan | Associate | 2014 | Litigation - General | 480.00 | 168.60 | $80,928.00 |
| Steven Torrez | Associate | 2014 | Restructuring | 480.00 | 130.30 | $62,544.00 |
| Holly R Trogdon | Associate | 2014 | Litigation - General | 480.00 | 150.50 | $72,240.00 |
| Andrew J Welz | Associate | 2011 | Litigation - General | 755.00 | 194.20 | $146,621.00 |
| Jason Whiteley | Associate | 2010 | Corporate - General | 845.00 | 7.00 | $5,915.00 |
| Charles D Wineland, III | Associate | 2013 | IP - Litigation | 555.00 | 197.30 | $109,501.50 |
| Sara Winik | Associate | 2014 | Litigation - General | 480.00 | 25.40 | $12,192.00 |
| Spencer A Winters | Associate | 2013 | Restructuring | 570.00 | 253.80 | $144,666.00 |
| Aparna Yenamandra | Associate | 2013 | Restructuring | 665.00 | 248.20 | $165,053.00 |
| Grand Total | | | | | 9,289.70 | $6,955,330.00 |

The paraprofessionals of K&E who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Stephanie Ding | Case Assistant | 1 year | Litigation - General | 210.00 | 58.40 | $12,264.00 |
| Jason Douangsanith | Case Assistant | 2 months | Litigation - General | 195.00 | 51.40 | $10,023.00 |
| Gary A Duncan | Legal Assistant | 6 years | Litigation - General | 300.00 | 197.50 | $59,250.00 |
| Michael S Fellner | Legal Assistant | 9.5 years | Litigation - General | 265.00 | 44.50 | $11,792.50 |
| Beth Friedman | Legal Assistant | 10 years | Restructuring | 380.00 | 38.20 | $14,516.00 |
| Jacob Goldfinger | Legal Assistant | 10 years | Restructuring | 340.00 | 62.80 | $21,352.00 |
| Shavone Green | Legal Assistant | 1.5 years | Restructuring | 280.00 | 12.00 | $3,360.00 |
| Lisa A Horton | Legal Assistant | 13 years | Litigation - General | 350.00 | 101.80 | $35,630.00 |
| Travis J Langenkamp | Legal Assistant | 12 years | Litigation - General | 350.00 | 76.40 | $26,740.00 |
| Adrienne Levin | Legal Assistant | 7.5 years | Litigation - General | 330.00 | 13.90 | $4,587.00 |
| Maureen McCarthy | Legal Assistant | 12 years | Restructuring | 350.00 | 2.00 | $700.00 |
| Lauren Mitchell-Dawson | Legal Assistant | 17 years | Environment - Transactional | 345.00 | 13.00 | $4,485.00 |
| Carrie Oppenheim | Legal Assistant | 6 years | Restructuring | 310.00 | 9.00 | $2,790.00 |
| Robert Orren | Legal Assistant | 4 years | Restructuring | 310.00 | 85.90 | $26,629.00 |

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Sharon G Pace | Legal Assistant | 2 years | Litigation - General | 265.00 | 128.30 | $33,999.50 |
| Meghan Rishel | Legal Assistant | 9 months | Litigation - General | 265.00 | 111.20 | $29,468.00 |
| Laura Saal | Legal Assistant | 12 years | Restructuring | 320.00 | 23.90 | $7,648.00 |
| Kenneth J Sturek | Legal Assistant | 15 years | Litigation - General | 350.00 | 83.80 | $29,330.00 |
| Colleen C Caamano | Litigation Suppt Cons | 2.5 years | Litigation - General | 310.00 | 54.20 | $16,802.00 |
| Jason Goodman | Litigation Suppt Cons | 9 years | Litigation - General | 310.00 | 1.90 | $589.00 |
| William G Marx | Litigation Suppt Cons | 4.5 years | Litigation - General | 315.00 | 31.20 | $9,828.00 |
| Chad M Papenfuss | Litigation Suppt Cons | 1.5 years | Litigation - General | 315.00 | 210.20 | $66,213.00 |
| Mark Cuevas | Litigation Suppt Spec | 2 years | Litigation - General | 310.00 | 56.70 | $17,577.00 |
| Linda M Chuk | Other | 2 years | Admin Services | 240.00 | 2.40 | $576.00 |
| Laurie K Dombrowski | Other | 6 years | Admin Services | 380.00 | 0.20 | $76.00 |
| Stephanie D Frye | Other | 6.5 years | Admin Services | 290.00 | 6.10 | $1,769.00 |
| Linda A Scussel | Other | 10 years | Admin Services | 330.00 | 10.40 | $3,432.00 |
| Catherine B Sullivan | Other | 33 years | Admin Services | 380.00 | 0.30 | $114.00 |
| Michele Cohan | Project Assistant | 3 months | Restructuring | 195.00 | 9.90 | $2,079.00 |
| **Grand Total** | | | | | 1,497.50 | $453,619.00 |

| | | |
|---|---|---|
| | **Total Fees Requested** | **$7,408,949.00** |