# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

## **ALL - Expense Summary**

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $4,144.48 |
| Standard Copies or Prints | $4,399.40 |
| Binding | $76.30 |
| Color Copies or Prints | $7,797.30 |
| CD-ROM Duplicates/Master | $7.00 |
| Production Blowbacks | $2,035.80 |
| Closing/Mini Books | $12.00 |
| Overnight Delivery | $139.34 |
| Outside Messenger Services | $1,172.94 |
| Local Transportation | $1,951.13 |
| Travel Expense | $24,099.35 |
| Airfare | $44,190.56 |
| Transportation to/from airport | $12,065.30 |
| Travel Meals | $3,053.88 |
| Car Rental | $104.95 |
| Other Travel Expenses | $1,308.34 |
| Court Reporter Fee/Deposition | $3,723.10 |
| Professional Fees | $276,320.00 |
| Legal File Storage/Retrieval | $90.00 |
| Outside Computer Services | $1,825.61 |
| Outside Video Services | $1,409.50 |
| Outside Copy/Binding Services | $910.62 |
| Working Meals/K&E Only | $40.00 |
| Working Meals/K&E and Others | $40.00 |
| Catering Expenses | $6,056.00 |
| Outside Retrieval Service | $324.02 |
| Computer Database Research | $5,259.75 |
| Westlaw Research | $33,958.96 |
| LexisNexis Research | $1,748.28 |
| Overtime Transportation | $3,315.08 |
| Overtime Meals - Non-Attorney | $499.84 |
| Overtime Meals - Attorney | $2,837.44 |
| Rental Expenses | $2,165.30 |
| Cash Credits | -$518.00 |
| **Total:** | **$446,563.57** |

## TCEH - Expense Summary

| Service Description | Amount |
|---|---:|
| Standard Copies or Prints | $92.90 |
| Color Copies or Prints | $220.80 |
| **Total:** | **$313.70** |

## EFIH - Expense Summary

| Service Description | Amount |
|---|---:|
| Standard Copies or Prints | $1,148.80 |
| Color Copies or Prints | $2,632.50 |
| **Total:** | **$3,781.30** |

## **EFH - Expense Summary**

| Service Description | Amount |
|---|---:|
| Standard Copies or Prints | $162.50 |
| Color Copies or Prints | $172.20 |
| **Total:** | **$334.70** |