**EXHIBIT E**

**EXHIBIT E**

**Prepetition Shipments Paid Postpetition**

| Month | Loading Date | Contract # | Train ID | Tons Sold | Payment Date |
|---|---|---|---|---|---|
| April | 4/17/2014 | 2145 | CRMMLM008 | 14,689.43 | 5/9/2014 |
|  | 4/18/2014 | 2146 | CDMKBB008 | 14,486.25 | 5/9/2014 |
|  | 4/19/2014 | 2146 | CDMKBB009 | 15,942.20 | 5/9/2014 |
|  | 4/22/2014 | 1873 | CRMMLM009 | 14,686.78 | 5/9/2014 |
|  | 4/24/2014 | 1873 | CDMMLM011 | 14,238.03 | 5/9/2014 |

**Postpetition Shipments**

| Month | Loading Date | Contract # | Train ID | Tons Sold |
|---|---|---|---|---|
| April | 4/30/2014 | 1873 | CRMKBB011 | 15,982.98 |
| **April Post Filing Total** |  |  |  | **15,982.98** |
| May | 5/3/2014 | 2145 | CDMKCM008 | 14,648.55 |
|  | 5/5/2014 | 2145 | CDMKBB010 | 15,771.13 |
|  | 5/6/2014 | 2145 | CDMKCM009 | 14,616.70 |
|  | 5/12/2014 | 2145 | CDMKBB011 | 15,810.20 |
|  | 5/16/2014 | 2146 | CDMKCM011 | 15,897.30 |
|  | 5/20/2014 | 2146 | CRMKBB012 | 15,931.95 |
|  | 5/21/2014 | 1873 | CRMKBB013 | 14,780.38 |
|  | 5/23/2014 | 1873 | CRMKBB014 | 15,924.53 |
|  | 5/25/2014 | 1873 | CDMKCM012 | 14,770.40 |
|  | 5/27/2014 | 1873 | CDMKCM013 | 14,587.70 |
|  | 5/29/2014 | 1873 | CDMKCM014 | 14,659.83 |
| **May Total** |  |  |  | **167,398.65** |
| June | 6/1/2014 | 2145 | CDMKCM015 | 14,678.55 |
|  | 6/5/2014 | 2145 | CDMKBB012 | 15,875.05 |
|  | 6/7/2014 | 2145 | CDMKBB013 | 15,920.93 |
|  | 6/7/2014 | 2145 | CDMKCM016 | 14,757.93 |
|  | 6/9/2014 | 2145 | CDMKCM017 | 14,782.15 |
|  | 6/11/2014 | 2145 | CRMKCM010 | 14,595.33 |
|  | 6/11/2014 | 2145 | CRMKCM011 | 14,678.23 |
|  | 6/18/2014 | 2146 | CRMKBB015 | 15,945.78 |
|  | 6/22/2014 | 2146 | CDMKCM018 | 14,782.50 |
|  | 6/24/2014 | 1873 | CRMKCM012 | 14,776.98 |
|  | 6/26/2014 | 1873 | CDMKCM019 | 14,603.30 |
|  | 6/30/2014 | 1873 | CRMKBB016 | 15,798.23 |
| **June Total** |  |  |  | **181,194.93** |
| July | 7/2/2014 | 2145 | CDMKCM020 | 14,606.05 |
|  | 7/5/2014 | 2145 | CDMMLM012 | 14,659.40 |
|  | 7/6/2014 | 2145 | CRMKCM013 | 14,750.38 |
|  | 7/10/2014 | 2145 | CDMMLM013 | 14,562.88 |
|  | 7/10/2014 | 2145 | CRMKBB017 | 15,684.53 |
|  | 7/13/2014 | 2145 | CDMKCM022 | 14,785.73 |
|  | 7/22/2014 | 2145 | CRMKCM014 | 14,766.33 |
|  | 7/22/2014 | 2146 | CDMKBB014 | 15,943.93 |
|  | 7/23/2014 | 1873 | CDMKBB015 | 15,922.35 |

| | | | |
|---|---|---|---:|
| | 7/23/2014 | 2146 CDMKCM023 | 14,838.15 |
| | 7/26/2014 | 1873 CRMKCM015 | 14,787.43 |
| | 7/27/2014 | 1873 CDMMLM014 | 14,355.68 |
| July Total | | | 179,662.80 |
| August | 8/1/2014 | 2145 CDMKBB016 | 15,940.18 |
| | 8/2/2014 | 2145 CDMKCM024 | 14,548.68 |
| | 8/4/2014 | 2145 CRMKCM016 | 14,592.65 |
| | 8/9/2014 | 2145 CDMMLM015 | 14,624.18 |
| | 8/15/2014 | 2145 CRMKBB018 | 15,998.35 |
| | 8/16/2014 | 2145 CRMMLM012 | 14,682.13 |
| | 8/22/2014 | 2145 CRMKCM017 | 14,753.95 |
| | 8/29/2014 | 2146 CRMMLM013 | 14,534.35 |
| | 8/30/2014 | 1873 CDMMLM016 | 14,737.58 |
| | | 2146 CRMKCM018 | 14,773.10 |
| August Total | | | 149,185.13 |
| September | 9/3/2014 | 2145 CRMKCM019 | 14,792.40 |
| | 9/6/2014 | 2145 CRMMLM014 | 14,655.55 |
| | 9/12/2014 | 2145 CDMKCM026 | 14,786.88 |
| | 9/21/2014 | 2145 CRMMLM015 | 14,399.30 |
| | 9/24/2014 | 2145 CDMMLM018 | 14,583.88 |
| | 9/25/2014 | 2145 CDMKBB017 | 15,837.30 |
| | 9/26/2014 | 2145 CDMMLM019 | 14,564.35 |
| September Total | | | 103,619.65 |
| October | 10/1/2014 | 1873 CDMKBB018 | 15,062.60 |
| | 10/3/2014 | 1873 CRMMLM016 | 14,643.78 |
| | 10/12/2014 | 1873 CDMKBB019 | 15,820.23 |
| | 10/15/2014 | 1873 CRMMLM017 | 14,640.95 |
| | 10/18/2014 | 1873 CRMKBB019 | 15,896.25 |
| | 10/20/2014 | 1873 CRMKCM020 | 14,779.28 |
| | 10/20/2014 | 1873 CDMKBB020 | 15,931.58 |
| | 10/21/2014 | 1873 CDMKBB021 | 15,746.95 |
| | 10/22/2014 | 1873 CRMKBB020 | 15,974.78 |
| | 10/26/2014 | 1873 CRMKCM021 | 14,646.63 |
| | 10/28/2014 | 1873 CRMKBB021 | 15,915.48 |
| | 10/30/2014 | 1873 CDMKBB022 | 15,886.18 |
| | | CRMKCM022 | 14,641.30 |
| October Total | | | 199,585.95 |
| November | 11/2/2014 | 1873 CDMKBB023 | 15,800.08 |
| | 11/7/2014 | 1873 CDMKCM027 | 14,764.65 |
| | 11/9/2014 | 1873 CRMKBB023 | 15,935.15 |
| | 11/12/2014 | 1873 CDMKBB024 | 15,787.08 |
| | 11/14/2014 | 1873 CDMKBB025 | 15,863.50 |
| | 11/20/2014 | 1873 CRMKBB024 | 15,925.10 |
| | 11/23/2014 | 1873 CDMKBB026 | 15,926.88 |
| | 11/24/2014 | 1873 CDMMLM021 | 14,458.63 |
| | 11/25/2014 | 1873 CRMKBB025 | 15,802.40 |
| | 11/29/2014 | 1873 CRMKBB026 | 15,933.50 |
| November Total | | | 156,196.95 |

| | | | | |
|---|---|---|---|---:|
| December | 12/3/2014 | 1873 | CDMMLM023 | 14,542.68 |
| | 12/6/2014 | 1873 | CDMMLM024 | 14,538.03 |
| | 12/6/2014 | 1873 | CDMKBB027 | 15,382.38 |
| | 12/11/2014 | 1873 | CRMMLM018 | 14,688.13 |
| | 12/15/2014 | 1873 | CDMMLM025 | 14,294.15 |
| | 12/16/2014 | 1873 | CDMMLM026 | 14,543.53 |
| | 12/18/2014 | 1873 | CDMKCM028 | 14,664.93 |
| | 12/23/2014 | 1873 | CRMMLM019 | 14,648.13 |
| | 12/27/2014 | 1873 | CDMMLM027 | 14,604.53 |
| | 12/29/2014 | 2145 | CDMKBB028 | 15,895.25 |
| **December Total** | | | | **147,801.70** |
| January | 01/03/2015 | 2145 | CDMKBB001 | 15,937.73 |
| | 01/05/2015 | 2145 | CRMMLM001 | 14,231.05 |
| | 01/07/2015 | 2145 | CRMKBB001 | 15,809.25 |
| | 01/07/2015 | 2145 | CDMMLM001 | 14,608.08 |
| | 01/09/2015 | 2145 | CRMKBB002 | 15,974.58 |
| | 01/11/2015 | 2145 | CRMMLM002 | 14,576.95 |
| | 01/18/2015 | 2145 | CDMKBB002 | 15,989.05 |
| | 01/29/2015 | 2145 | CDMKBB003 | 15,814.33 |
| **January Total** | | | | **122,941.00** |
| February | 02/07/2015 | 2145 | CDMKBB005 | 15,924.75 |
| | 02/16/2015 | 2145 | CDMKBB007 | 15,701.88 |
| | 02/18/2015 | 2145 | CDMKBB807 | 15,902.63 |
| **February Total** | | | | **47,529.25** |
| **Post Filing Shipment Total** | | | | **1,471,098.98** |