**EXHIBIT F**

**EXHIBIT F**



Luminant Energy
1601 Bryan St., EP-27
Dallas, Texas 75201
Contract Administration

Telephone: 214-875-9215
Fax: 214-875-9066

September 25, 2014

#2145 CRM

Cloud Peak Energy Resources LLC
385 Interlocken Crescent, Suite 400
Broomfield, CO 80021
Attn: Mr. Don Vissat

Re: Amendment to Luminant Confirmation reference #C01550, between Luminant Energy Company LLC and Cloud Peak Energy Resources LLC (Cloud Peak) pursuant to Master Coal Purchase and Sale Agreement effective March 22, 2002

Dear Mr. Vissat:

This letter agreement confirms the intention of the parties mentioned above to amend Confirmation C01550 in the following manner:

Quantity: For the Shipment Period from October 1, 2014 through December 31, 2014, the parties agree that the number of Unit Trains will not be used to determine the quantities to be taken for such period. The parties agree that the Quantity to be taken by Buyer during the Shipment Period from October 1, 2014 through December 31, 2014 shall be approximately 311,000 tons. The new quantity amount for such period is based on a conversion of 7 Unit Trains per month at 14,800 tons per train.

All other Terms and Conditions of Confirmation C01550 shall remain in full force and effect.

Please signify Cloud Peak's acceptance of the foregoing by signing this letter in the space indicated below and returning a fully executed copy to lee.adams@luminant.com.

Sincerely,

LUMINANT ENERGY COMPANY LLC

By: _____
Printed Name: Matt Goering
Title: Vice President

AGREED AND ACCEPTED THIS 29th day of Sept., 2014

CLOUD PEAK ENERGY RESOURCES LLC

By: _____
Printed Name: James P. Orchard
Title: Sr. Vice President, Marketing and Government Affairs



November 28, 2014

Lee Adams
Luminant Energy Company LLC
Energy Plaza
1601 Bryan Street, 27th Floor
Dallas, TX  75201

Re:  Amendment to Luminant Confirmation Letter ("Confirmation") reference 2145 (#C01550), between Luminant Energy Company LLC and Cloud Peak Energy Resources LLC (CPE) pursuant to the Master Coal Purchase and Sale Agreement effective March 22, 2002

Dear Lee:

This letter agreement confirms the intention of the parties mentioned above to amend Confirmation 2145 (#C01550) in the following manner:

**Quantity:** For the Shipment Period from January 1, 2015 through December 31, 2015, the parties agree that the number of Unit Trains will not be used to determine the quantities to be taken for such period. The parties agree that the Quantity to be taken by Buyer during the Shipment Period from January 1, 2015 through December 31, 2015 shall be approximately 1,800,000 Tons. The new quantity amount for such period is based on a conversion of 10 Unit trains per month at 15,000 Tons per train.

All other Terms and Conditions of Confirmation 2145 (#C01550) shall remain in full force and effect.

Please signify Luminant's acceptance of the foregoing by signing this letter in the space indicated and return a fully executed copy to Steph.Houson@cldpk.com.

Sincerely,

| Cloud Peak Energy Resources LLC | Luminant Energy Company LLC |
|---|---|
| By: _____ | By: _____ |
| Name: James P. Orchard ~~Sr. Vice President, Marketing and Government Affairs~~ | Name: Matthew Goering |
| Title: | Title: Vice President |
| Date: 12/9/2014 | Date: 12-9-14 |

CLOUD PEAK ENERGY RESOURCES LLC / 385 Interlocken Crescent, Suite 400 / Broomfield, CO 80021
T +1 720 566 2900 / F +1 720 566 3090 / www.cloudpeakenergy.com



December 23, 2014

Lee Adams
Luminant Energy Company LLC
Energy Plaza
1601 Bryan Street, 27th Floor
Dallas, TX 75201

Re: Letter Agreement to carry over 2014 contract tons into 2015 under Confirmation Letter #2145, dated February 21, 2013 (the "Confirmation")

Dear Lee:

This letter agreement ("Letter Agreement") evidences the agreement of Cloud Peak Energy Resources LLC ("CPE") and Luminant Energy Company LLC ("Luminant") to allow a portion of the 2014 contract quantity under the Confirmation to be carried forward into calendar year 2015. Both CPE and Luminant may be individually referred to herein as a "Party" or collectively as "Parties".

With regards to the carry over of a portion of the 2014 quantity into 2015, the following mine, quantity, price, term/schedule and other terms and conditions have been agreed upon:

   Mine:           Generic 8400, any mine located in the PRB in the state of Wyoming and
                   located on the joint line that is served by the BNSF and UP railroads.

2. Quantity:       Approximately 315,000 Tons of Coal to the nearest half unit train. CPE
                   will confirm the total carryover quantity at the end of the year based on
                   actual deliveries in 2014.

3. Price:          $▒▒▒▒ per Ton of Coal

4. Term/Schedule:  The Shipment Period shall be extended through June 30, 2015 and the
                   carried over tons will be the first tons delivered to Luminant in calendar year 2015 while
                   staying ratable with 2015 commitments.

5. Other Terms & Conditions: All other terms and conditions will remain unchanged. The
   Confirmation, as amended by this Letter Agreement, shall continue hereafter in full force
   and effect in accordance with its terms as amended hereby and is not amended or
   modified except as provided herein.

Please indicate your acceptance of the above by signing below and returning one fully executed copy to the attention of Stephanie Houston.

ACCEPTED AND AGREED TO:
Cloud Peak Energy Resources LLC                Luminant Energy Company LLC

By: _____                  By: _____
Name: James Orchard                            Name: Matt Goering
Title: Sr. Vice President – Marketing &        Title: Vice President
       Government Affairs
Date: 12/31/2014                               Date: 12/31/14

CLOUD PEAK ENERGY RESOURCES LLC / 385 Interlocken Crescent, Suite 400 / Broomfield, CO 80021
T +1 720 566 2900 / F +1 720 566 3090 / www.cloudpeakenergy.com