UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS<br>CORP., *et.al.*,<br><br>Debtors. | § Chapter 11<br>§<br>§ Case No. 14-10979 (CSS)<br>§<br>§ (Jointly Administered)<br>§<br>§ Re: Dkt. No. 3963<br>§<br>§ Hearing Date: April 14, 2015 at 9:30 a.m.<br>§ Objection Deadline: April 7, 2015 at 4:00 p.m.<br>§ |

**DECLARATION OF TRAVIS CARMEN IN SUPPORT OF THE LIMITED OBJECTION OF FOREST CREEK WIND FARM, LLC TO THE MOTION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.*, FOR ENTRY OF AN ORDER AUTHORIZING LUMINANT ENERGY COMPANY LLC TO REJECT A CERTAIN EXECUTORY CONTRACT WITH FOREST CREEK WIND FARM, LLC, EFFECTIVE *NUNC PRO TUNC* TO MARCH 24, 2015**

Pursuant to 28 U.S.C. § 1746, I, Travis Carmen, hereby submit this declaration (the "Declaration") under penalty of perjury:

1. I act in the capacity of Vice President of Market Operations and Compliance of Forest Creek Wind Farm, LLC ("Forest Creek"), though I am directly employed by EC&R Services, LLC, an affiliate of Forest Creek that provides employee services to Forest Creek by way of an intercompany services agreement. All facts set forth in this declaration are based upon my personal knowledge. If called to testify, I would testify to the facts set forth herein. I am over the age of 18 and duly authorized to execute this Declaration on behalf of Forest Creek in support of the *Limited Objection of Forest Creek Wind Farm, LLC to the Motion of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing Luminant Energy Company LLC to Reject a Certain Executory Contract with Forest Creek Wind Farm, LLC, Effective Nunc Pro Tunc to March 24, 2015* (the "Objection").

15108755_2

2. Forest Creek and Debtor Luminant Energy Company LLC ("Luminant") are parties to a Renewable Energy and Renewable Energy Credits Purchase Agreement dated as of March 10, 2006, as amended or modified (the "Contract").[1] The Contract sets forth the terms of Luminant's exclusive right and obligation to (i) purchase renewable energy and renewable energy credits from Forest Creek at the Forest Creek point of interconnection with the Electric Reliability Council of Texas, Inc. ("ERCOT") transmission system and (ii) designate whether and how much power to schedule and deliver from Forest Creek's wind farm in Howard County, Texas (the "Renewable Resource Facility").

3. As of the date of this Declaration, Luminant continues to exclusively control the scheduling, delivery and sale of wind power produced by the Renewable Resource Facility, pursuant to its role as the Qualified Scheduling Entity (the "QSE") for the Renewable Resource Facility.

4. Under Luminant's proposed retroactive application of the rejection, there will not be any QSE representing the Renewable Resource Facility that permits the Renewable Resource Facility to sell to any third party from March 24 to April 14 (the "Notice Period"). Forest Creek is subject to ERCOT protocols in its sale of energy into the ERCOT transmission system. Such protocols do not allow Forest Creek to sell energy into the ERCOT transmission system during any period of time that it is not represented by a QSE. Retroactive application of rejection causes Luminant to cease its QSE obligations during the Notice Period, rendering Forest Creek unable to sell wind energy to any third party or into the ERCOT market until such time as it is able to obtain ERCOT's agreement to terminate Luminant's role as QSE with respect to the Renewable Resource Facility and implement a switch of the QSE role to another qualified QSE.

---

[1] Forest Creek and Luminant are successors to the parties named in the Contract, Aitricity Forest Creek Wind Farm, LLC and TXU Portfolio Management Company LP, respectively. Capitalized terms not otherwise defined herein shall have the same meaning as set forth in the Contract, attached to the Objection as **Exhibit I**.

5. Forest Creek contacted ERCOT to advise ERCOT of Luminant's proposed retroactive application of the rejection and to inquire, under such circumstances, as to Forest Creek's ability and ERCOT's willingness to both terminate Forest Creek's QSE relationship with Luminant and to implement a switch in Forest Creek's QSE relationship to a new QSE. ERCOT indicated, even under such circumstances, that the earliest possible date that ERCOT could expedite termination of Luminant's role as QSE and effect a switch of the QSE function from Luminant to an alternate QSE was 12:00 a.m. on April 15, 2015.

6. Luminant, not Forest Creek, controls delivery of wind power during the Notice Period and does so primarily for the Debtors' benefit. Luminant continues to benefit from the Contract during the Notice Period because it has already scheduled and delivered power during the Notice Period. The electricity that Luminant scheduled and dispatched, all of which was consumed, cannot be returned, and it cannot be compensated through the ERCOT settlement processes if Luminant is not the QSE for Forest Creek during that period.

7. Luminant could have sought rejection to coincide with its regulatory responsibilities as a QSE, a Power Marketer and with its Coordinated Functional Registration as Generation Operator, but chose not to do so, effectively stranding the Forest Creek Renewable Resource Facility with no market during the time Luminant continued to schedule, deliver, and consume electricity from Forest Creek.

8. Given that ERCOT, rather than either Forest Creek or Luminant, is in control of the transfer of the QSE responsibility from Luminant to an alternate QSE, and that ERCOT has indicated that it will not make such switch before April 15, 2015, at 12:00 a.m., Forest Creek has had no ability to sell its wind power to any third party or into the market to reduce the damages

caused by Luminant's proposed retroactive rejection. Forest Creek can schedule, sell, and deliver only through Luminant, the Single Point of Contact for the Forest Creek Renewable Resource.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing Declaration is true and correct to the best of my knowledge and belief.

Dated: April 7, 2015

Respectfully submitted,

_____ 4/7/2015
Travis Carmen
Vice President, Market Operations and Compliance
E.On Climate & Renewables North America