IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
|  | ) **D.I. 3960** |

**FIRST SUPPLEMENTAL DECLARATION
OF ANDREW KEVER IN SUPPORT
OF THE APPLICATION OF THE DEBTORS
FOR AN ORDER AUTHORIZING THE DEBTORS
TO RETAIN AND EMPLOY ENOCH KEVER PLLC
AS SPECIAL COUNSEL FOR CERTAIN REGULATORY AND
LEGISLATIVE MATTERS, EFFECTIVE *NUNC PRO TUNC* TO MARCH 1, 2015**

I, Andrew Kever, being duly sworn, state the following under penalty of perjury:

1. I am a Managing Member with Enoch Kever PLLC ("Enoch Kever"), which has a place of business at 600 Congress Avenue, Suite 2800, Austin, Texas 78701.

2. I submit this first supplemental declaration on behalf of Enoch Kever in further support of the *Application of Energy Future Holdings Corp.,* et al.*, for an Order authorizing the Debtors to Retain and Employ Enoch Kever PLLC as Special Counsel for Certain Regulatory and Legislative Matters Effective* Nunc Pro Tunc *to March 1, 2015* [D.I. 3960] (the "Application")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for an order pursuant to sections 327(e), 328(a), and 330 of title 11 of the United

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application and the Original Kever Declaration (defined herein).

RLF1 11786690v.1

States Code, rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure, and rules 2014-1 and 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware.

3. Except as otherwise noted, I have personal knowledge of the matters set forth herein.

## Background

4. On March 24, 2015, the Debtors filed the Application. In support of the Application, the Debtors filed the *Declaration of Andrew Kever in Support of the Application of Energy Future Holdings Corp.,* et al.*, for an Order authorizing the Debtors to Retain and Employ Enoch Kever PLLC as Special Counsel for Certain Regulatory and Legislative Matters Effective* Nunc Pro Tunc *to March 1, 2015* (the "Original Kever Declaration"), attached as Exhibit B to the Application.

## Clarifications Regarding Information in the Original Kever Declaration

5. Included in the Original Kever Declaration was the attorney statement which answers specific questions set forth in Paragraph D.1 of the Revised UST Guidelines. Provided below are revised responses as clarification to the responses made to certain questions set forth in the Original Kever Declaration.[3]

   a. **Question**: Did Enoch Kever agree to any variations from, or alternatives to, Enoch Kever's standard billing arrangements for this engagement?

   **Answer**: Yes. Enoch Kever has been engaged by Luminant and TXU Energy Retail Company LLC in a fee structure similar to the Fixed Fee Structure since 2009. Enoch Kever agreed to include the other debtors, including EFH Corp, in the Fixed Fee Structure as part of the Consolidated Engagement Letter. **Enoch Kever calculates its Fixed Fee Structure, as set forth in the Consolidated Engagement Letter, based on Enoch Kever's standard hourly rates and the**

---

[3] I include my original responses to the questions set forth in the Original Kever Declaration for context. Clarifying remarks are set forth in **bold**.

**anticipated Services to be performed for the Debtors over the course of a year. Enoch Kever then divides the determined annual fixed fee into equal monthly fees. The Fixed Fee Structure is reevaluated with the Debtors on an annual basis to make adjustments based on changes to Enoch Kever's hourly rates and the anticipated Services to be performed in the following year.**

b. **Question**: Do any of the professionals in this engagement vary their rate based on the geographic location of the Debtors' chapter 11 cases?

   **Answer**: No. The hourly rates used by Enoch Kever in representing the Debtors**, under the Legislative Engagement Letter and in calculating the Fixed Fee Structure under the Consolidated Engagement Letter,** are consistent with the rates that Enoch Kever charges other comparable chapter 11 clients, regardless of the location of the chapter 11 case.

c. **Question**: If Enoch Kever has represented the Debtors in the 12 months prepetition, disclose Enoch Kever's billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition. If Enoch Kever's billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference.

   **Answer**: Enoch Kever's current hourly rates for services rendered on behalf of the Debtors under the Legislative Engagement Letter range as follows:

   | **Billing Category** | **Range** |
   |---|---|
   | Members | $695 - $395 |
   | Associates | $430 - $225 |

   Enoch Kever represented the Debtors during the twelve-month period before the Petition Date, using the hourly rates listed above. There has been no change in rates since that time. **Although these rates are specifically used for calculating fees for Services performed under the Legislative Engagement Letter, the rates, as stated above, are also used in calculating the Fixed Fee Structure set forth in the Consolidated Engagement Letter.**

   [*Remainder of page intentionally left blank.*]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: April 7, 2015

Respectfully submitted,

*/s/ Andrew Kever*
Andrew Kever
Member, Enoch Kever PLLC