## EXHIBIT A
### Statement of Fees by Subject Matter

| Task Code | Project Category Description | Hours | Total Fees (Prior to Holdback) | 80% of Total Fees |
|---|---|---|---|---|
| B110 | Case Administration | 4.9 | $1.908.50 | $1,526.80 |
| B160 | Employment Applications | 20.6 | $10,457.00 | $8,365.60 |
| B161 | Budget/Staffing Plan | 8.1 | $4,569.50 | $3,655.60 |
| B162 | Fee Applications | 18.8 | $7,330.00 | $5,864.00 |
| B210 | Business Operations | 5.9 | $2,205.00 | $1,764.00 |
| B240 | Tax Issues | 186.7 | $112,879.50 | $90,390.80 |
| **Totals** | | **245** | **$139,458.50** | **$111,566.80** |