## **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

| Expense | Vendor (if any) | Amount |
|---|---|---|
| Standard Copies or Prints ($0.10/page) | In-House | $26.50 |
| Color Copies ($1.00/page) | In-House | $364.00 |
| Reprographics | In-House | $12.22 |
| | **Total:** | **$402.72** |