**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| In re: | ) | Chapter 11 |
|---|---|---|
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al*., | ) ) ) | Case No. 14-10979 (CSS) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Kevin Allred, Esquire, of Munger, Tolles & Olson LLP, to represent Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC, and their debtor subsidiaries (the "TCEH Debtors") in the above action.

　　　　　　　　　　　　　　　　　　　　*/s/David P. Primack*
　　　　　　　　　　　　　　　　　　　　David P. Primack, Esquire (No. 4449)
　　　　　　　　　　　　　　　　　　　　**McELROY, DEUTSCH, MULVANEY
　　　　　　　　　　　　　　　　　　　　& CARPENTER, LLP**
　　　　　　　　　　　　　　　　　　　　300 Delaware Avenue, Suite 770
　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　　(302) 300-4515; (302) 654-4031 (Facsimile)
　　　　　　　　　　　　　　　　　　　　dprimack@mdmc-law.com
　　　　　　　　　　　　　　　　　　　　Counsel for TCEH Debtors

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar in the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: April 8, 2015　　　　　　　　　　*/s/ Kevin Allred*
　　　　　　　　　　　　　　　　　　　　Kevin Allred, Esq.
　　　　　　　　　　　　　　　　　　　　355 South Grand Ave., 35th Floor
　　　　　　　　　　　　　　　　　　　　Los Angeles, CA 90071
　　　　　　　　　　　　　　　　　　　　(213) 683-9100; (213) 683-5146 (Facsimile)

## ORDER GRANTING ADMISSION *PRO HAC VICE*

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.