**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: D.I. 3473, 3474, 3623, 3750, 3752, 3876** |
| | ) | |

**CERTIFICATION OF COUNSEL REGARDING
"DEBTORS' TENTH OMNIBUS (SUBSTANTIVE)
OBJECTION TO (CERTAIN NO LIABILITY) CLAIMS
PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1" [D.I. 3473]**

The undersigned hereby certifies as follows:

1.    On February 6, 2015, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed with the United States Bankruptcy Court for the District of Delaware (the "Court") the *Debtors' Tenth Omnibus (Substantive) Objection to (Certain No Liability) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1* [D.I. 3473] (the "Objection").[2] On February 6, 2015, the Debtors also filed the *Declaration of Steven R. Kotarba, Managing Director with Alvarez & Marsal North America, LLC, in Support of the Debtors' Tenth Omnibus (Substantive) Objection to (Certain No Liability) Claims Pursuant to Section 502(b) of the Bankruptcy Code,*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

*Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1* [D.I. 3474] in connection with, and in support of, the Objection.

2. On March 12, 2015, the Court entered the *Order Sustaining Debtors' Tenth Omnibus (Non-Substantive) Objection to (Certain No Liability) Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1* [D.I. 3876] sustaining the Objection with respect to various No Liability Claims subject thereto.

3. Responses to the Objection were to be filed on or before 4:00 p.m. (Eastern Standard Time) on February 20, 2015 (the "Response Deadline").

4. Prior to the Response Deadline, the Debtors received a formal response to the Objection, filed by Mary LaCour on behalf of herself and Jo Arvester Cofer, on February 23, 2015 [D.I. 3623] (the "Formal Response").

5. On March 4, 2015, Ms. LaCour also filed a motion for summary judgment [D.I. 3750] and a motion to compel the production of documents [D.I. 3752] in the Debtors' chapter 11 cases (together, the "Motions").

6. The Debtors have since spoken with Ms. LaCour, who has agreed that she and Ms. Cofer do not hold claims against the Debtors and has agreed to withdraw the Motions.

7. Therefore, the Debtors seek the entry of an order (i) expunging the No Liability Claims from the Claims Register; and (ii) deeming the Motions to be withdrawn (the "Proposed Order"). A copy of the Proposed Order is attached hereto as **Exhibit A**. The Debtors provided Ms. LaCour with a copy of the Proposed Order on April 7, 2015. Ms. LaCour has not responded and, as such, the Debtors believe she does not oppose entry of the Proposed Order.

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order, substantially in the form attached hereto as **Exhibit A**, at the convenience of the Court.

Dated: April 8, 2015
      Wilmington, Delaware

*/s/ Jason M. Madron*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Facsimile:     (302) 651-7701
Email:     collins@rlf.com
    defranceschi@rlf.com
    madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900
Email:     edward.sassower@kirkland.com
    stephen.hessler@kirkland.com
    brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email:     james.sprayregen@kirkland.com
    marc.kieselstein@kirkland.com
    chad.husnick@kirkland.com
    steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*