# Court Conference

**U.S. Bankruptcy Court-Delaware (DE - US)**
**Confirmed Telephonic Appearance Schedule**
**Honorable Christopher S. Sontchi**
**#6**

Calendar Date: 04/08/2015
Calendar Time: 11:00 AM ET

2nd Revision 04/08/2015 07:32 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 (14-5036 | Hearing | 6842121 | Justin Edelson | (302) 252-0925 | Polsinelli PC | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 (14-5036 | Hearing | 6843990 | Beret Flom | (212) 408-5239 | Chadbourne & Parke LLP | Interested Party, NextEra Energy / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 (14-5036 | Hearing | 6842120 | Christopher A. Ward | (302) 252-0922 | Polsinelli PC | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6846847 | Phil Anker | 212-230-8890 | Wilmer Cutler Pickering Hale & Dorr, L | Plaintiff(s), CSC Trust Company of Delaware, as Indenture Trustee / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6842191 | Robert J. Boller | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6848595 | Peg A. Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6842192 | Chris Carty | (212) 872-8045 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6842596 | Howard A. Cohen | (302) 467-4200 | Drinker Biddle & Reath LLP | Creditor, Citibank, N.A. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6846131 | Kent Collier | (212) 588-8890 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6844336 | Michael L. Davitt | (214) 969-2938 | Jones Day | Creditor, Oncor Electronic Delivery Holdings Company LLC. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 6837325 | Daniel DeFranceschi | (302) 651-7700 | Richards, Layton & Finger, P.A. | Debtor, Energy Future Holdings Corp. / LIVE |

Peggy Drasal ext. 802          CourtConfCal2012          Page 1 of 8

| Case Name | Case # | Proceeding | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6842193 | Ira Dizengoff | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6842641 | Stacey Dore | (212) 446-6411 | Energy Future Holdings Corp. | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6844010 | Edmund Emrich | (212) 848-4000 | Shearman & Sterling LLP | Creditor, Deutsche Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6846109 | Moshe Fink | (212) 542-4736 ext. 00 | Kasowitz Benson Torres & Friedman | Interested Party, Ad Hoc Group of EFH Legacy Noteholders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6847079 | Simon Fraser | (302) 295-2000 | Cozen O'Connor | Creditor, J. Aron / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6845986 | Julia Frost-Davies | (617) 951-8422 | Morgan Lewis & Bockius LLP | Creditor, Pacific Investment Management Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6842196 | Charles Garrison | (202) 887-4561 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6850766 | Meggie Gilstrap | 214-953-6500 | Baker Botts LLP | Interested Party, Hunt Utility Services / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6842307 | Brian Glueckstein | 212-558-4000 | Sullivan & Cromwell LLP | Interested Party, Sullivan & Cromwell LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6846855 | David Gringer | (202) 663-6000 | Wilmer Cutler Pickering Hale & Dorr, L | Creditor, SMEDVIG Funds PLC / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6842573 | Mark F. Hebbeln | (312) 832-4394 | Foley & Lardner, LLP | Creditor, UMB Bank N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6837317 | Steve Hessler | (212) 446-4800 | Kirkland & Ellis LLP | Debtor, Energy Future Holding Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6837311 | Richard Howell | (312) 861-2287 | Kirkland & Ellis LLP | Debtor, Energy Future Holding Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6842657 | Natasha Hwangpo | (212) 909-3198 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6842279 | Laura D. Jones | (302) 778-6401 | Pachulski Stang Ziehl & Jones | Creditor, Indenture Trustee & EFIH Second Lien Group / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6842564 | Harold Kaplan | (312) 832-4393 | Foley & Lardner LLP | Creditor, UMB Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6842566 | Raymond Lemisch | (302) 552-5503 | Klehr Harrison Harvey Branzburg LLP | Client, UMB Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6837329 | Jason M. Madron | (302) 651-7793 | Richards, Layton & Finger, P.A. | Debtor, Energy Future Holding Corp. / LIVE |

| Debtor | Case # | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6842554 | Etta R. Mayers | 302-984-6202 | Potter Anderson & Corroon LLP | Creditor, Deutsche Bank National Trust Company / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6837305 | Andy McGaan | (202) 879-5082 ext. 00 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6842408 | James H. Millar | (212) 248-3264 | Drinker Biddle & Reath LLP | Creditor/Claimant, CSC Trust Company of Delaware / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6842194 | Naomi Moss | (212) 872-8051 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6842195 | Joanna S. Newdeck | (202) 887-4288 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6846863 | Norman L. Pernick | (302) 651-2000 | Cole, Schotz, Meisel, Forman & Leona | Creditor, CSC Trust Co. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6837320 | Michael Petrino | (202) 879-5175 ext. 00 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6847176 | Charlie Platt | (212) 230-8800 | Wilmer Cutler Pickering Hale & Dorr, L | Plaintiff(s), CSC Trust Company of Delaware, as Indenture Trustee / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6842397 | Abid Qureshi | (212) 872-1000 | Akin Gump Strauss Hauer & Feld LLP | Interested Party, Akin Gump Strauss Hauer & Feld LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6848724 | Matthew Roose | (212) 859-8000 | Fried Frank | Interested Party, Fidelity Management & Research Co. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6848722 | Michael Slade | 312-861-2287 | Kirkland & Ellis LLP | Debtor, Energy Future Holding Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6846865 | J. Kate Stickles | (302) 651-2001 | Cole, Schotz, Meisel, Forman & Leona | Creditor, Delaware Trust Co. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6846070 | Andrew M. Thau | (203) 862-6231 | Southpaw Asset Management | Creditor, Southpaw Asset Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6848752 | Meredith S. Tinkham | (617) 951-7000 | Ropes & Gray, LLP | Creditor, CSC Trust of Delaware / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6847669 | Amer Tiwana | (203) 569-4318 | CRT Capital Group, LLC | Interested Party, CRT Capital Group, LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 6846870 | Warren Usatine | 201-525-6233 | Cole, Schotz, Meisel, Forman & Leona | Creditor, CSC Trust Co. / LIVE |

| Debtor | Case | Type | Name | ID | Firm | Phone | Representing |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | Thomas Walper | 6846844 | Munger, Tolles & Olson LLP | (213) 593-5393 | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | Keith Wofford | 6847189 | Ropes & Gray LLP | (212) 841-8704 | Plaintiff(s), CSC Trust Company of Delaware / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | Aparna Yenamandra | 6842653 | Kirkland & Ellis LLP | (212) 446-4800 | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (14-5036 3) | Hearing | Jeremy Coffey | 6845957 | Brown Rudnick LLP | (617) 856-8595 | Interested Party, Wilmington Savings Fund Society, FSB / LIVE |
| Energy Future Holdings Corp. | 14-10979 (14-5036 3) | Hearing | Adam M. Denhoff | 6842179 | Paul Weiss Rifkind Wharton & Garrison | 212-373-3000 ext. 3471 | Interested Party, Paul Weiss / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (14-5036 3) | Hearing | Jamie Edmonson | 6843662 | Venable LLP | (302) 298-3520 | Creditor, Pimco Management / LIVE |
| Energy Future Holdings Corp. | 14-10979 (14-5036 3) | Hearing | Marita Erbeck | 6842320 | Drinker Biddle & Reath LLP | (973) 549-7076 | Plaintiff(s), Delaware Trust Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (14-5036 3) | Hearing | Mark A. Fink | 6842237 | Montgomery, McCracken, Walker & Rhoads | (302) 504-7811 | Representing, EFH Committee / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (14-5036 3) | Hearing | Daniel J. Harris | 6842540 | Morrison & Foerster | (212) 336-4292 | Creditor, Creditors Committe / LIVE |
| Energy Future Holdings Corp. | 14-10979 (14-5036 3) | Hearing | Gregory Horowitz | 6842339 | Kramer Levin Naftalis & Frankel LLP | (212) 715-9571 | Creditor, Trustee for Second Lien Notes / LIVE |
| Energy Future Holdings Corp. | 14-10979 (14-5036 3) | Hearing | Jeffrey S. Sabin | 6846024 | Venable LLP | (212) 307-5500 | Creditor, Pacific Investment Management Company / LIVE |
| Energy Future Holdings Corp. | 14-10979 (14-5036 3) | Hearing | Jennifer Sharret | 6842346 | Kramer Levin Naftalis & Frankel LLP | 212-715-9516 | Creditor, Trustee for Second Lien Notes / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (14-5036 3) | Hearing | Gregory Taylor | 6845959 | Ashby & Geddes | 302-654-1888 | Interested Party, Wilmington Savings Fund Society, FSB / LIVE |
| Energy Future Holdings Corp. | 14-10979 (14-5036 3) | Hearing | Lauren Bilzin | 6846027 | Serengeti Asset Management | 212-672-2252 | Non-Party, Lauren Bilzin / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (14-5036 3) | Hearing | Aaron E. Colodny | 6850046 | White & Case LLP | (213) 620-7700 | Client, Ad Hoc Group of TCEH Unsecured Note Holders / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (14-5036 3) | Hearing | Alexander DeFelice | 6847738 | Matlin Patterson Global Advisors | 212-651-9507 | Interested Party, Alexander DeFelice / LISTEN ONLY |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 (14-5036 3) | Hearing | 6850471 | Matthew Jacobson | 415-635-0120 | Waveny Capital | Client, Matthew Jacobson / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (14-5036 3) | Hearing | 6846421 | Jeffrey M. Olinsky | (212) 250-5760 | Deutsche Bank | Interested Party, Deutsche Bank / LISTEN ONLY |