Case # 14-10979 (CSS)

United States Bankruptcy Court
District of Delaware
824 North Market Street 3rd Floor
Wilmington, Delaware 19801

I, Lori Slocum, Executor of Donald L Cox estate object to the claim that I have made in the above referenced case being expunged.

The claim is valid, and I have filed all necessary documents for inclusion.

*Lori Slocum*

Lori Slocum, Executor
Estate of Donald L. Cox
8912 Bradford
Denton, TX 76207
(940) 262-0230
(817) 614-0676