04-02-2015

I, Yolanda N. Small would like to file an objection to Insufficient Documention claim.

Case No. 14-10979 (CSS)
Claim No. 4830    Claim Amount 12,475.00
Debtors - Energy Future Holding Corp
Tax Identification No. 8810
Location - 1601 Bryan St. Dallas, Texas 75201

Thanks,
Yolanda Small