IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | ) ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) ) | Case No. 14-10979 (CSS) |
|  | ) | (Jointly Administered) |
| Debtors. | ) ) ) |  |

### NOTICE OF DEPOSITION OF HUGH E. SAWYER

**TO:**   Hugh E. Sawyer, c/o McElroy, Deutsch, Mulvaney & Carpenter LLP, Attention David P. Primrack, 300 Delaware Avenue, Suite 770, Wilmington, Delaware 19801; Munger, Tolles & Olson LLP, Attention Thomas B. Walper, 355 South Grand Avenue, 35th Floor, Los Angeles, California 90071.

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Civil Procedure 26 and 30, made applicable to the pending matter by Federal Rules of Bankruptcy Procedure 7026, 7030, and 9014, the ad hoc group of certain holders (the "Ad Hoc Group of TCEH Unsecured Noteholders") of 10.25% Fixed Senior Notes due 2015 (including Series B) (the "Fixed Unsecured Notes") and 10.50%/11.25% Senior Toggle Notes due 2016 (the "Toggle Unsecured Notes" and, together with the Fixed Unsecured Notes, the "Unsecured Notes") issued by Texas Competitive Electric Holdings Company LLC ("TCEH") and TCEH Finance, Inc. ("TCEH Finance"), as creditors and parties in interest in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), by and through its undersigned counsel, will take the deposition of Hugh E.

---

[1]   The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.

1

Sawyer in connection with the *Statement of Hugh Sawyer, Disinterested Manager of Debtors in Possession Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC, in Connection with the Standing Motions*, filed April 8, 2015 (the "Statement of Hugh Sawyer") [Docket No. 4085], filed in connection with the *Motion of the Ad Hoc Group of TCEH Unsecured Noteholders for Entry of an Order Granting Standing and Authority to Commence, Prosecute, and Settle Certain Claims for Declaratory Judgment, Avoidance and Recovery of Liens, Security Interests, Obligations, Fees, and Interest Payments, and Disallowance of Claims*, filed February 19, 2015 [Docket No. 3603], and the relief requested therein, on Monday, April 13, 2015, at 1:30 p.m. (Eastern Standard Time), at the offices of Fox Rothschild LLP, 919 North Market Street, Suite 300, Wilmington, Delaware 19801.  The deposition will take place before a court reporter and will be recorded by stenographic means, may be videotaped, and shall continue from day to day until it has been completed.

**PLEASE TAKE FURTHER NOTICE** that Mr. Sawyer is directed to bring with him to the deposition, a copy of all documents relied on or created by or for Mr. Sawyer in connection with Mr. Sawyer's identification of Conflict Matters, including without limitation (1) Mr. Sawyer's presentation to the Boards of Managers of EFCH and TCEH, dated February 25, 2015, identifying matters that Mr. Sawyer had determined, as of that date, to be Conflict Matters, see Statement of Hugh Sawyer at ¶ 2, and (2) Mr. Sawyer's disclosure, through his independent advisors, of Conflict Matters to the Ad Hoc Group, dated March 17, 2015, see id.

Dated: April 8, 2015
       Wilmington, Delaware

                            FOX ROTHSCHILD LLP

By: */s/ L. John Bird*
     Jeffrey M. Schlerf (No. 3047)
     John H. Strock (No. 4965)
     L. John Bird (No. 5310)
     919 North Market St., Suite 300
     Wilmington, DE 19801
     Telephone: (302) 654-7444
     Facsimile: (302) 463-4971
     jschlerf@foxrothschild.com
     jstrock@foxrothschild.com
     lbird@foxrothschild.com

and

WHITE & CASE LLP
Thomas E. Lauria (admitted *pro hac vice*)
Matthew C. Brown (admitted *pro hac vice*)
Southeast Financial Center, Suite 4900
200 South Biscayne Blvd.
Miami, FL 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
tlauria@whitecase.com
mbrown@whitecase.com

J. Christopher Shore (admitted *pro hac vice*)
Gregory M. Starner (admitted *pro hac vice*)
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
cshore@whitecase.com
gstarner@whitecase.com

*Counsel to the Ad Hoc Group of TCEH Unsecured Noteholders*

ACTIVE 29623727v1 04/08/2015