## **CERTIFICATE OF SERVICE**

I, L. John Bird, hereby certify that on the 8th day of April, 2015, I caused copies of the foregoing **Notice of Deposition of Hugh E. Sawyer** to be served upon the following as indicated.

VIA HAND DELIVERY AND ELECTRONIC MAIL
Hugh E. Sawyer
c/o McElroy, Deutsch, Mulvaney & Carpenter LLP
Attention David P. Primrack
300 Delaware Avenue, Suite 770
Wilmington, Delaware 19801
dprimack@mdmc-law.com

VIA OVERNIGHT DELIVERY AND ELECTRONIC MAIL
Hugh E. Sawyer
c/o Munger, Tolles & Olson LLP
Attention Thomas B. Walper
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071
thomas.walper@mto.com

*/s/ L. John Bird*
L. John Bird (No. 5310)