**EXHIBIT 1** to **EXHIBIT A**

**No Liability Claims**

RLF1 11790983v.1

ENERGY FUTURE HOLDINGS CORP., et al.

TENTH OMNIBUS (SUBSTANTIVE): EXHIBIT 1 to EXHIBIT A – No Liability Claims

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | COFER, ARVESTER<br>1501 CLAUDE ST<br>DALLAS, TX 75203-3624 | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/17/2014 | 4468 | $3,003,000.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| 2 | LACOUR, MARY<br>15803 RUPPSTACK DR.<br>MISSOURI CITY, TX 77489 | 14-10979 (CSS) | Energy Future Holdings Corp. | 09/17/2014 | 4467 | $3,003,000.00 | According to the Debtors' books and records, Debtors are not liable for the asserted claim. The Debtors believe that liability, if any, is owed by a non-Debtor third-party. |
| | | | | | TOTAL | $6,006,000.00 | |

* - Indicates claim contains unliquidated and/or undetermined amounts