## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Re: D.I. 661, 1837, 2028, 2055, 2503, 3185** |

**FIFTH SUPPLEMENTAL DECLARATION OF JEFFERY J. STEGENGA
IN SUPPORT OF THE APPLICATION OF ENERGY FUTURE
HOLDINGS CORP., *ET AL.*, FOR ENTRY OF AN
ORDER AUTHORIZING THE DEBTORS TO RETAIN AND EMPLOY
ALVAREZ & MARSAL NORTH AMERICA, LLC AS RESTRUCTURING
ADVISOR EFFECTIVE *NUNC PRO TUNC* TO THE PETITION DATE**

I, Jeffery J. Stegenga, being duly sworn, hereby depose and say:

1.	I am a Managing Director of Alvarez & Marsal North America, LLC (together with employees of its affiliates (all of which are wholly-owned by its parent company and employees) and its wholly owned subsidiaries, "A&M"), whose principal office is located at 600 Madison Avenue, New York, NY 10022.  I submit this declaration (the "Fifth Supplemental Declaration") to supplement my prior declarations that have been submitted in connection with A&M's proposed retention in these chapter 11 cases.  Unless otherwise stated in this Fifth Supplemental Declaration, I have personal knowledge of the facts set forth herein or have been informed of such matters by professionals of A&M.  To the extent any information disclosed herein requires amendment or modification upon A&M's completion of

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

further review or as additional party-in-interest information becomes available to it, a further supplemental declaration reflecting such amended or modified information will be submitted to the Court.

2.        On April 29, 2014, Energy Future Holdings Corp. and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") commenced these cases by filing voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware.

3.        On May 29, 2014 the Debtors filed their *Debtors' Application for the Entry of an Order Authorizing the Employment and Retention of Alvarez & Marsal North America, LLC as Restructuring Advisor Nunc Pro Tunc to the Petition Date* [D.I. 661] (the "Retention Application").  In support of the Retention Application, A&M filed the *Declaration of Jeffery J. Stegenga in Support of the Debtors' Application for the Entry of an Order Authorizing the Employment and Retention of Alvarez & Marsal North America, LLC as Restructuring Advisor Nunc Pro Tunc to the Petition Date*, attached as Exhibit B to the Retention Application (the "Stegenga Declaration").

4.        On August 14, 2014, September 16, 2014, October 17, 2014, and January 7, 2015, the Debtors filed the First Supplemental Declaration, Second Supplemental Declaration, Third Supplemental Declaration, and Fourth Supplemental Declaration, respectively, to disclose certain additional information that had become available to A&M since the filing of the Stegenga Declaration.

5.        I submit this Fifth Supplemental Declaration to disclose certain additional information that has become available to A&M since the filing of the Stegenga Declaration.

### Additional Potential Parties-in-Interest

6.       As set forth in the Stegenga Declaration, and in connection with its proposed retention by the Debtors in these cases, A&M has undertaken an ongoing analysis to determine whether it has any conflicts or other relationships that might affect A&M's status as a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code or cause A&M to hold or represent interest adverse to the Debtors.

7.       Specifically, A&M has received from the Debtors and/or their representatives a list of the names of additional individuals and entities that may be parties-in-interest in these chapter 11 cases (the "Additional Potential Parties-in-Interest"), which names were not included on the original list of entities reviewed by A&M in connection with the Stegenga Declaration.

8.       The Additional Potential Parties-in-Interest provided to A&M are listed on **Schedule A** to this Fifth Supplemental Declaration.  In connection with the preparation of this Fifth Supplemental Declaration, A&M conducted a review of the Additional Potential Parties-in-Interest consistent with the procedures described in paragraph 5 of the Stegenga Declaration.  A summary of any relationships A&M has with the Additional Potential Parties-in-Interest is set forth on **Schedule B** hereto.

9.       Based on the results of its review, to the best of my knowledge A&M does not have an active relationship with any of the Additional Potential Parties-in-Interest in matters relating to the Debtors' chapter 11 cases.

10.      As such, insofar as I have been able to ascertain, A&M does not hold or represent any interests adverse to the Debtors' estates and, to the best of my knowledge,

remains a "disinterested person" as that term is defined in Section 101(14), as modified by Section 1107(b), of the Bankruptcy Code.

*[Remainder of page intentionally left blank.]*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct.

Dated: April 9, 2015
      Wilmington, Delaware

/s/ Jeffery J. Stegenga
Jeffery J. Stegenga
Alvarez and Marsal North America, LLC
Managing Director

5

## SCHEDULE A

## Additional Potential Parties-in-Interest

**INTERESTED PARTIES**
Confidential Parties

**CLAIMS REGISTER**
Atlas Copco Compressors LLC
Axon Solutions Inc.
BHP Billiton Olympic Dam Corp. Pty Ltd.
Buffalo Industrial Supply Inc.
Control Components Inc.
Flanders Electric Inc.
Flowserve US Inc.
Highway Machine Co. Inc.
Integrated Power Services LLC
Mammoet USA South Inc.
Mastercraft Printed Products & Services
North Louisiana Land Grading Inc.
Power Control Systems Engineering Inc.
Railworks Track Systems Inc.
Setpoint Integrated Solutions
Solutionset LLC
TNT Crane & Rigging Inc.
Waukesha-Pearce Industries Inc.
Workday Inc.

**EFH UCC**
Fahy, David William
Tinkham, Peter

**PROFESSIONALS**
Goldin Associates
KCC (Kurtzman Carson Consultants)
O'Kelly Ernst & Bielli
Solic Capital

**PROFESSIONALS FOR RULE 2019 PARTIES**
Gellert Scali Busenkell & Brown LLC

**RULE 2002**
2603 Augusta Investors LP
Ballard Spahr LLP
Barnes & Thornburg LLP
Barr Engineering Co.
Bayard PA
Benbrooke Electric Partners LLC
Benesch Friedlander Coplan & Aronoff LLP
Buckholts Independent School District (TX)
Chipman Brown Cicero & Cole LLP
Dorsey & Whitney Delaware LLP
El Paso Natural Gas Co.
Experian
FrankGecker LLP
Gibbons PC
Holland & Knight LLP
Johnson Matthey

Maslon Edelman Borman & Brand LLP
McElroy Deutsch Mulvaney & Carpenter LLP
Moody's Analytics
Naman Howell Smith & Lee PLLC
Perkins Coie LLP
Purdue Awsumb & Baudler PA
Riddell Williams PS
Satterlee Stephens Burke & Burke LLP
Sills Cummis & Gross PC
Steffes Vingiello & McKenzie LLC
Taubman Co., The
Troutman Sanders LLP
TW Telecom Inc.
Varnum LLP
Venable LLP
Veolia
Weir & Partners LLP
Womac Law

**SoALs (Litigants)**
Connecticut Workers' Compensation Commission

**Unsecured Creditors Committee**
Landon, Mark B.

**US Trustee & Court Personnel**
Schwartz, Andrea

## SCHEDULE B

## Known Connections to Additional Parties-in-Interest in Unrelated Matters

**CURRENT AND FORMER CLIENTS OF A&M AND/OR ITS AFFILIATES[1]**
Bar-Tech LLC
BHP Billiton
Control Components Inc.
El Paso Natural Gas Co.
Experian
Holland & Knight LLP
Johnson Matthey
Moody's Analytics
TW Telecom Inc.
Veolia
Confidential Parties

**SIGNIFICANT EQUITY HOLDERS OF CURRENT AND FORMER A&M CLIENTS[2]**
Atlas Copco Compressors LLC
BHP Billiton Olympic Dam Corp. Pty Ltd.
Experian
Taubman Co., The
Workdy Inc.
Veolia
Confidential Parties

**PROFESSIONALS & ADVISORS[3]**
Ballard Spar LLP
Barnes & Thornburg LLP
Benesch Friedlander Coplan & Aronoff
Dorsey & Whitney Delaware LLP
Gibbons PC
Holland & Knight LLP
KCC (Kurtzman Carson Consultants)
McElroy Deutsch Mulvaney & Carpenter
Perkins Cole LLP
Sills Cummis & Gross PC
Troutman Sanders LLC
Varnum
Venable

**A&M VENDORS[4]**
Ballard Spar LLP
BHP Billiton Olympic Dam Corp. Pty Ltd.
Control Components Inc.
Dorsey & Whitney Delaware LLP
Experian
Moody's Analytics
Perkins Cole LLP
Troutman Sanders LLP
TW Telecom Inc

---

[1] A & M and/ or an affiliate is currently providing or has previously provided certain consulting or interim management services to these parties or their affiliates (or, with respect to those parties that are investment funds or trusts, to their portfolio or asset managers or their affiliates) in wholly unrelated matters.

[2] These parties or their affiliates (or, with respect to those parties that are investment funds or trusts, their portfolio or asset managers or other funds or trusts managed by such managers) are significant equity holders of clients or former clients of A&M or its affiliates in wholly unrelated matters.

[3] These professionals have represented clients in matters where A&M was also an advisor (or provided interim management services) to the same client. In certain cases, these professionals may have engaged A&M on behalf of such client.

[4] These parties or their affiliates provide or have provided products, goods and/or services (including but not limited to legal representation) to A&M and/or its affiliates.