# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In Re:                                              Chapter  11

                                                    Case No.  14 - 10979  ( CSS )

Debtor:  Energy Future Holdings Corp., et al.

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of  Michael A. Firestein

to represent  the Debtor, Energy Future Holdings Corp.,

in this action.

/s/ Shannon J. Dougherty

Firm Name: O'Kelly Ernst & Bielli, LLC
Address: 901 N. Market St., Ste. 1000
Wilmington, DE  19801
Phone: (302) 778-4000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of  the State of California  and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ Michael A. Firestein

Firm Name: Proskauer Rose LLP
Address: 2049 Century Park East
Phone: Los Angeles, CA  90067-3206
(310) 284-5661

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.