## CERTIFICATE OF SERVICE

I, L. John Bird, hereby certify that on the 9th day of April, 2015, I caused copies of the foregoing **Omnibus Reply of the Ad Hoc Group of TCEH Unsecured Noteholders to Standing Objections** to be served upon the parties on the attached service list as indicated.

                                      */s/ L. John Bird*
                                      L. John Bird (No. 5310)