**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) ) |
| Debtors. | ) (Jointly Administered) ) |
|  | ) **Re: D.I. 3961, 4069, 4100** |

**SUPPLEMENTAL DECLARATION OF ROBERT FRENZEL IN SUPPORT OF MOTION OF ENERGY FUTURE HOLDINGS CORP., *ET AL*, FOR ENTRY OF AN ORDER AUTHORIZING LUMINANT ENERGY COMPANY LLC TO REJECT A CERTAIN EXECUTORY CONTRACT WITH CLOUD PEAK ENERGY RESOURCES LLC, EFFECTIVE *NUNC PRO TUNC* TO MARCH 24, 2015**

Pursuant to 28 U.S.C. § 1746, I, Robert Frenzel, hereby declare as follows under penalty of perjury:

1. I am the Senior Vice President and Chief Financial Officer of Luminant Energy Company LLC ("Luminant"), an indirect subsidiary of Energy Future Holdings Corp. ("EFH Corp."), both of which are corporations organized under the laws of the state of Texas. EFH Corp.'s direct subsidiary Energy Future Competitive Holdings Company LLC ("EFCH"), a limited liability company organized under the laws of the state of Delaware; EFCH's direct subsidiary, Texas Competitive Electric Holdings Company LLC, a limited liability company organized under the laws of the state of Delaware; EFH Corp.'s direct subsidiary, Energy Future Intermediate Holding Company LLC, a limited liability company organized under the laws of the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

state of Delaware; and various other direct and indirect subsidiaries of EFH Corp. that are debtors in these chapter 11 cases, are collectively referred to as the "Debtors" in this Declaration.

2. I have worked for the Debtors since 2009. I am generally familiar with the Debtors' businesses, day-to-day operations, financial matters, results of operations, cash flows, and underlying books and records. All facts set forth in this Declaration are based upon my personal knowledge of the Debtors' businesses, operations, and related financial information gathered from my review of their books and records, relevant documents, and information supplied to me by members of the Debtors' management team and advisors. I am over the age of 18 and duly authorized to execute this Declaration on behalf of the Debtors in support of the *Motion of Energy Future Holdings Corp.,* et al.*, for Entry of an Order Authorizing Luminant Energy Company LLC to Reject a Certain Executory Contract with Cloud Peak Energy Resources LLC, Effective* Nunc Pro Tunc *to March 24, 2015* (the "Motion").[2] Except as otherwise noted, I have personal knowledge of the matters set forth herein.

3. The Master Agreement contemplates that Luminant will purchase coal from Cloud Peak under transactions providing for the delivery of a certain quantity at a certain price over a certain period (the "Transactions"). These Transactions are to be evidenced by written confirmation letters (the "Confirmations" and, collectively with the Master Agreement and the Transactions, the "Agreement"). Under the Agreement, Transactions are entered into orally and then confirmed in writing by executed Confirmations, sometimes months following. This is typical in the industry and contemplated by the Master Agreement. For example, between the date of the Transaction entered into April 25, 2014 and the date of its Confirmation on July 8,

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

2014, the forward price of coal decreased, but the Confirmation nevertheless reflected the higher price that the parties agreed to on the Transaction date.

[*Remainder of page intentionally left blank.*]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information and belief.

Dated: April 9, 2015

/s/ Robert Frenzel
Robert Frenzel
Senior Vice President and Chief Financial Officer
Luminant Energy Company LLC