**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 )  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) )  |
| Debtors. | ) (Jointly Administered) ) )  **Re: D.I. 3963, 4075, 4102** |

**SUPPLEMENTAL DECLARATION OF ROBERT FRENZEL IN SUPPORT OF THE DEBTORS' REPLY TO LIMITED OBJECTION OF FOREST CREEK WIND FARM, LLC TO THE MOTION OF ENERGY FUTURE HOLDINGS CORP.,** *ET AL.***, FOR ENTRY OF AN ORDER AUTHORIZING LUMINANT ENERGY COMPANY LLC TO REJECT A CERTAIN EXECUTORY CONTRACT WITH FOREST CREEK WIND FARM, LLC, EFFECTIVE** *NUNC PRO TUNC* **TO MARCH 24, 2015**

Pursuant to 28 U.S.C. § 1746, I, Robert Frenzel, hereby declare as follows under penalty of perjury:

1. I am the Senior Vice President and Chief Financial Officer of Luminant Energy Company LLC ("Luminant"), an indirect subsidiary of Energy Future Holdings Corp. ("EFH Corp."), both of which are corporations organized under the laws of the state of Texas. EFH Corp.'s direct subsidiary Energy Future Competitive Holdings Company LLC ("EFCH"), a limited liability company organized under the laws of the state of Delaware; EFCH's direct subsidiary, Texas Competitive Electric Holdings Company LLC, a limited liability company organized under the laws of the state of Delaware; EFH Corp.'s direct subsidiary, Energy Future Intermediate Holding Company LLC, a limited liability company organized under the laws of the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

state of Delaware; and various other direct and indirect subsidiaries of EFH Corp. that are debtors in these chapter 11 cases, are collectively referred to as the "Debtors" in this declaration.

2. I have worked for the Debtors since 2009. I am generally familiar with the Debtors' businesses, day-to-day operations, financial matters, results of operations, cash flows, and underlying books and records. All facts set forth in this declaration are based upon my personal knowledge of the Debtors' businesses, operations, and related financial information gathered from my review of their books and records, relevant documents, and information supplied to me by members of the Debtors' management team and advisors. I am over the age of 18 and duly authorized to execute this Declaration on behalf of the Debtors in support of the *Debtors' Reply to Limited Objection to the Motion of Energy Future Holdings Corp.,* et al.*, for Entry of an Order Authorizing Luminant Energy Company LLC to Reject a Certain Executory Contract with Forest Creek Wind Farm, LLC, Effective* Nunc Pro Tunc *to March 24, 2015* (the "Reply").[2] Except as otherwise noted, I have personal knowledge of the matters set forth herein.

3. Under ERCOT protocols, a "Qualified Scheduling Entity" is responsible for submitting bids and offers to buy energy in the ERCOT energy market for all entities that own or control a generation resource that it represents; *i.e.*, the QSE is responsible for selling power on behalf of the Resource Entity. A "Decision Making Entity" for a Resource Entity has decision-making authority over how the power produced by the Resource Entity is dispatched and priced. Under the Contract, Luminant was to act as the QSE and the DME for the power generated by Forest Creek.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Reply.

4. Upon determining that continuing to perform under the Contract was not in the best interests of the estate, Luminant entered into negotiations with Forest Creek regarding a potential amendment to the Contract. Throughout the course of these negotiations, which lasted several months, Luminant repeatedly informed Forest Creek that, if the two parties were unable to reach an agreement, the Debtors would reject the Contract. As early as the week of March 9, 2015, Luminant informed Forest Creek that, if the parties could not come to a suitable agreement, Luminant would move to reject the Contract in advance of the April 14, 2015 hearing scheduled in these chapter 11 cases. Accordingly, when the negotiations failed to result in an agreement, the Debtors filed the Motion on March 24, 2015, which was served on Forest Creek by overnight mail. After filing the Motion, the Debtors continued to provide Forest Creek with opportunities to assume QSE responsibilities related to the Contract. This includes sending, on April 1, 2015, a draft letter agreement to transfer QSE responsibilities to Forest Creek's affiliate, E.ON Global Commodities North America LLC.

[*Remainder of page intentionally left blank.*]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information and belief.

Dated: April 9, 2015

                                              */s/ Robert Frenzel*
                                              Robert Frenzel
                                              Senior Vice President and Chief Financial Officer
                                              Luminant Energy Company LLC