# EXHIBIT A

## Statement of Fees and Expenses By Subject Matter

| Matter Number | Matter Description | Total Hours Billed | Total Fees Requested |
|---|---|---|---|
| 1 | Voucher Analysis Services | 370.5 | $ 46,312.50 |
| 8 | 2013 Tax Return Review | 2.0 | $ 1,150.00 |
| 9 | Loan Staff Services | 155.1 | $ 27,142.50 |
| 12 | SOX Phase II - On-Going Controls | 674.8 | $ 112,873.00 |
| 13 | CAO Financial Reporting Support | 152.0 | $ 33,440.00 |
| 15 | SOX II - SDLC (Software Development Life Cycle) Services | 111.2 | $ 18,365.50 |
| 16 | SOX Phase II - IAM Controls | 150.6 | $ 31,712.50 |
| 18 | Phase II IT Costing Apptio Service Catalog | 461.2 | $ 106,380.50 |
| 20 | USIT Consulting [1] | 91.7 | $ 37,316.20 |
| 21 | Transaction Cost Analysis [1] | 1,012.3 | $ 464,722.00 |
| 22 | Claims Reconciliation | 115.8 | $ 20,265.00 |
| 23 | Enterprise Architecture Strategy Foundation - Phase II | 169.0 | $ 46,705.00 |
| 35 | Fee Statement and Fee Application Preparation | 203.4 | $ 54,209.90 |
| 36 | Retention Services | 7.6 | $ 2,470.00 |
| | **Total** | **3,677.2** | **$ 1,003,064.60**[2] |

| Service Description | Service Provider | Amount |
|---|---|---|
| Airfare | N/A | $ 14,216.06 |
| Lodging | N/A | $ 18,845.16 |
| Travel Meals | N/A | $ 4,247.44 |
| Ground Transportation | N/A | $ 6,937.30 |
| Miscellaneous | N/A | $ 49.95 |
| **Total** | | **$ 44,295.91** |

---

[1]    Includes fees from previous period /months due to delay in retention approval of these services.

[2]    KPMG bills for services at discounted billing rates as specified in the Retention Application dated May 29, 2014. During the Fee Period, KPMG's standard rates for services rendered totaled $1,815,082.00. KPMG's services at the agreed upon discounted rates result in a voluntary discount of fees in the amount of $861,474.90 thus benefitting the Chapter 11 estate by same amount.