**EXHIBIT B**

**Professionals' Information**
The KPMG professionals who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position & Department | | Total Billed Hours | | Hourly Billing Rate | | Total Compensation |
|---|---|---|---|---|---|---|---|
| Thompson, Chuck | Principal - Tax | | 4.7 | | $ 720 | | $ 3,384.00 |
| Burdett, Brian R | Principal - Tax | | 15.8 | | $ 682 | | $ 10,775.60 |
| Crockett, Clifford M | Partner - Tax | | 2.0 | | $ 575 | | $ 1,150.00 |
| Costin, Harry | Managing Director - Tax | | 95.5 | | $ 680 | | $ 64,940.00 |
| Garcia, Susan | Managing Director - Advisory | | 7.5 | | $ 350 | | $ 2,625.00 |
| Cargile, David | Managing Director - Advisory | | 43.0 | | $ 325 | | $ 13,975.00 |
| Garcia, Susan | Managing Director - Advisory | | 4.6 | | $ 325 | | $ 1,495.00 |
| Geracimos, John | Managing Director | | 25.7 | | $ 680 | | $ 17,476.00 |
| Meekins, Lisa | Senior Manager - Tax | | 20.0 | | $ 680 | | $ 13,600.00 |
| Fritzsche, Josh | Senior Manager - Tax | | 2.2 | | $ 625 | | $ 1,375.00 |
| Panneck, Christopher | Director - Advisory | | 8.2 | | $ 340 | | $ 2,788.00 |
| Potter, Maria | Director - Advisory | | 47.6 | | $ 340 | | $ 16,184.00 |
| Amadei, Michael D | Director - Advisory | | 15.7 | | $ 290 | | $ 4,553.00 |
| Kowalski, John | Director - Advisory | | 1.6 | | $ 290 | | $ 464.00 |
| Seeman, Nick | Director - Advisory | * | 54.0 | | $ 290 | | $ 15,660.00 |
| Plangman, Monica | Associate Director - Bankruptcy | * | 19.2 | | $ 325 | | $ 6,240.00 |
| Figari, Giorgio Massari | Associate - Tax | | 3.0 | | $ 560 | | $ 1,680.00 |
| Laukhuff, Brittny | Manager - Tax | | 134.2 | | $ 560 | | $ 75,152.00 |
| Lavinthal, Jared | Manager - Tax | | 139.1 | | $ 560 | | $ 77,896.00 |
| Fulmer, Brandon T | Manager - Tax | | 34.0 | | $ 437 | | $ 14,858.00 |
| Epelbaum, Leonard | Manager - Advisory | | 160.0 | | $ 300 | | $ 48,000.00 |
| Campbell, Celeste | Manager - Bankruptcy | * | 97.4 | | $ 298 | | $ 29,025.20 |
| Davidson, Heather | Manager - Advisory | | 164.4 | | $ 275 | | $ 45,210.00 |
| Bailey, Lynn E | Manager - Advisory | | 7.0 | | $ 250 | | $ 1,750.00 |
| Myrick, Cristina | Manager - Advisory | | 21.0 | | $ 250 | | $ 5,250.00 |
| DiLeo, Annamarie | Senior Associate - Tax | | 37.7 | | $ 420 | | $ 15,834.00 |
| Johnson, Audra | Senior Associate - Tax | | 28.2 | | $ 420 | | $ 11,844.00 |
| Payne, Lani | Senior Associate - Tax | | 100.3 | | $ 420 | | $ 42,126.00 |
| Prywes, Joshua | Senior Associate - Tax | | 169.6 | | $ 420 | | $ 71,232.00 |
| Wigmore, Andrew | Senior Associate - Tax | | 21.5 | | $ 420 | | $ 9,030.00 |
| Jumonville, Brandon | Senior Associate - Tax | | 4.9 | | $ 350 | | $ 1,715.00 |
| Shaffer, Wendy | Senior Associate - Bankruptcy | | 91.3 | | $ 228 | | $ 20,816.40 |
| Mehta, Anish | Senior Associate - Advisory | | 152.0 | | $ 220 | | $ 33,440.00 |
| Ferguson, James | Senior Associate - Advisory | | 68.7 | | $ 190 | | $ 13,053.00 |
| Gay, Devin | Senior Associate - Advisory | | 0.5 | | $ 190 | | $ 95.00 |
| Isakulov, Shokhrukh | Senior Associate - Advisory | | 201.3 | | $ 190 | | $ 38,247.00 |
| Zanini, Joseph | Senior Associate - Advisory | | 114.5 | | $ 190 | | $ 21,755.00 |
| Karcasinas, Theodore J | Senior Associate - Tax | * | 3.0 | | $ 350 | | $ 1,050.00 |
| Bull, Lydia | Associate - Tax | | 107.0 | | $ 260 | | $ 27,820.00 |
| Fleming, Clovis | Associate - Tax | | 27.2 | | $ 260 | | $ 7,072.00 |
| Granci, Elizabeth | Associate - Tax | | 88.0 | | $ 260 | | $ 22,880.00 |
| Passmore, Jesse | Associate - Tax | | 7.5 | | $ 260 | | $ 1,950.00 |
| Sirotkin, Jesse | Associate - Tax | | 2.6 | | $ 260 | | $ 676.00 |
| Solomatova, Sasha | Associate - Tax | | 0.5 | | $ 260 | | $ 130.00 |
| Huang, Hayley | Associate - Tax | | 15.5 | | $ 241 | | $ 3,735.50 |
| Jones, Virginia | Associate - Tax | | 11.2 | | $ 241 | | $ 2,699.20 |

**EXHIBIT B, continued**

| Professional Person | Position & Department | | Total Billed Hours | | Hourly Billing Rate | | Total Compensation |
|---|---|---|---|---|---|---|---|
| Rodriguez, Mark | Associate - Tax | | 3.9 | $ | 241 | $ | 939.90 |
| Garza, Juanita | Associate - Bankruptcy | | 3.1 | $ | 193 | $ | 598.30 |
| Cobb, Caitlin L | Associate - Tax | | 155.1 | $ | 175 | $ | 27,142.50 |
| Milner, Aaron | Associate - Advisory | | 115.8 | $ | 175 | $ | 20,265.00 |
| Douthey, Amy | Associate - Advisory | | 160.0 | $ | 125 | $ | 20,000.00 |
| Lariscy, Matthew R. | Associate - Advisory | | 60.5 | $ | 125 | $ | 7,562.50 |
| Milner, Aaron | Associate - Advisory | | 47.5 | $ | 125 | $ | 5,937.50 |
| Nebel, Bob | Associate - Advisory | | 38.5 | $ | 125 | $ | 4,812.50 |
| Rangwala, Hussain | Associate - Advisory | | 120.9 | $ | 125 | $ | 15,112.50 |
| Shah, Meghna | Associate - Advisory | | 63.9 | $ | 125 | $ | 7,987.50 |
| Waggoner, Holly | Associate - Advisory | | 163.0 | $ | 125 | $ | 20,375.00 |
| Hawks, Nathan | Paraprofessional - Tax | ** | 1.2 | $ | 140 | $ | 168.00 |
| Braun, Nancy | Contractor - Apptio SME | ** | 45.5 | $ | 185 | $ | 8,417.50 |
| Serber, Mike | Contractor - Data Architect | ** | 173.3 | $ | 150 | $ | 25,995.00 |
| Hayes, Chris | Contractor - Data SME | ** | 1.1 | $ | 110 | $ | 121.00 |
| Adedeji, Peju | Contractor | ** | 143.5 | $ | 104 | $ | 14,924.00 |
| **Total Hours and Fees** | | | **3,677.2** | | | | **$ 1,003,064.60** |

\*   Promoted effective October 1, 2014
\*\* Contractors are passed through at cost.