## EXHIBIT C

## Summary of Actual and Necessary Expenses for the Fee Period

### ALL - Expense Summary

| Service Description | Service Provider | Amount | |
|---|---|---|---|
| Airfare | N/A | $ | 14,216.06 |
| Lodging | N/A | $ | 18,845.16 |
| Travel Meals | N/A | $ | 4,247.44 |
| Ground Transportation | N/A | $ | 6,937.30 |
| Miscellaneous | N/A | $ | 49.95 |
| **Total** | | **$** | **44,295.91** |

### EFH - Expense Summary

| Service Description | Service Provider | Amount | |
|---|---|---|---|
| Airfare | N/A | $ | 14,216.06 |
| Lodging | N/A | $ | 18,845.16 |
| Travel Meals | N/A | $ | 4,247.44 |
| Ground Transportation | N/A | $ | 6,937.30 |
| Miscellaneous | N/A | $ | 49.95 |
| **Total** | | **$** | **44,295.91** |