**FAYETTA ALLEN**
**1635 WEST SAM HOUSTON PARKWAY S.**
**HOUSTON, TX 77042**

RE: CASE NO. 14-10979
ID NUMBER...8810

OBJECTION TO EXPULSION OF CLAIM
FOR ENERGEY FUTURE HOLDINGS CORP.

U.S BANKRUPTCY COURTS
DISTRICT OF DELAWARE
824 NORTH MARKET ST.
3RD FLOOR
WILMINGTON, DELAWARE 19801

KIRKLAND & ELLIS
601 LEXINGTON AVE.
NEW YORK, NEW YORK 10022-4611

TO WHOM IT MAY CONCERN:
I OBJECT TO THE PENDING EXPULSION OF MY CLAIM. I HAVE ATTACHED A PAYMENT SCHEULE FOR TXU ENERGY.

THANK YOU
FAYETTA ALLEN

*[signature]*



Sign Off | Home | Locations | Contact Us | Online Security Guarantee

# Wells Fargo Business Online®

Accounts    Transfers & Payments    Brokerage    Account Services    Messages & Alerts    Online Solutions
Open an Account

Overview    Bill Pay    Transfers

Bill Pay Overview    **Payments**    Payees    eBills    Reports    Notices    User Profile

< Back to Previous Page

? Help

# Payment History

## TXU ENERGY (Account Number: xxxxxxxx9440)

Create Report

View: Last 12 Months  :  Go

**Payments Help**

This screen shows up to one year of payments made to this payee and pending payments for this payee. If you have questions about one of your processed payments, click the View/Inquire link in the action column.

Learn more about:
Reports (Create a Report)
NSF
Stop/Return
View/Inquire

Click on link column headers to sort

| Payment Sent | Amount | Memo/Invoice # | Reference # | Payment Account | Status | Action |
|---|---|---|---|---|---|---|
| 03/13/2015 | $374.33 | n/a | 3B79TZ7I | XXXXXX3864 COMPLETE ADVANTAGE RM | Paid | View/Inquire |
| 02/13/2015 | $398.00 | n/a | 5BV9NJCP | XXXXXX3864 COMPLETE ADVANTAGE RM | Paid | View/Inquire |
| 01/16/2015 | $316.19 | n/a | KBQ9LJHF | XXXXXX3864 COMPLETE ADVANTAGE RM | Paid | View/Inquire |
| 12/15/2014 | $295.00 | n/a | KB2998GY | XXXXXX3864 COMPLETE ADVANTAGE RM | Paid | View/Inquire |
| 11/17/2014 | $230.00 | n/a | 9B4958I9 | XXXXXX3864 COMPLETE ADVANTAGE RM | Paid | View/Inquire |
| 11/10/2014 | $212.00 | n/a | 1862772 | XXXXXX3864 COMPLETE ADVANTAGE RM | Paid | View/Inquire |
| 09/15/2014 | $322.00 | n/a | 5BD937AV | XXXXXX3864 COMPLETE ADVANTAGE RM | Paid | View/Inquire |
| 08/14/2014 | $250.00 | n/a | GBP9L73D | XXXXXX3864 COMPLETE ADVANTAGE RM | Paid | View/Inquire |
| 07/14/2014 | $150.00 | n/a | JBM9VHDZ | XXXXXX3864 COMPLETE ADVANTAGE RM | Paid | View/Inquire |
| 06/18/2014 | $250.00 | n/a | 5BC93HH9 | XXXXXX3864 COMPLETE ADVANTAGE | Paid | View/Inquire |

| Date | Amount | | Confirmation | Account | Status | |
|---|---|---|---|---|---|---|
| 05/15/2014 | $130.00 | n/a | OB8926FG | XXXXXX3864 COMPLETE ADVANTAGE RM | Paid | View/Inquire |
| 04/14/2014 | $170.00 | n/a | QBZ9IG1M | XXXXXX3864 COMPLETE ADVANTAGE RM | Paid | View/Inquire |

**Total Paid** $3,097.52

Note: Payments can be scheduled for Monday - Friday, excluding holidays. To make or change payments scheduled for today, you must submit your request before 7:00 p.m. Pacific Time.

Bill Pay Overview | Payments | Payees | eBills | Reports | Notices | User Profile
Overview | Bill Pay | Transfers
Accounts | Transfers & Payments | Brokerage | Account Services | Messages & Alerts | Online Solutions | Open an Account

Home | Locations | Contact Us | Privacy, Security & Legal | **Sign Off**
Equal Housing Lender
© 2001-2015 Wells Fargo. All rights reserved.