April 6, 2015

Claim # 3289

FILED
2015 APR -9 AM 8:36
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Responding to objection to being excluded from Bankruptcy of Energy Future Holdings Tax # 8810

Included is proof I am a retail customer of TXU electric and have been for years —

Melba Clark
(Mrs. Robert E. Clark)

**Customer Name:** MELBA CLARK
**Account Number:** 900022296057
**Invoice Number:** 055500681999

## Account Detail

| | | |
|---|---|---|
| Previous Balance | | $ 193.58 |
| Credits/Payments | 10/18/2011 | $ 193.58 CR |
| Payment | | $ |
| Subtotal | | $ 193.58 CR |
| Balance Forward | | $ 0.00 |
| Debits/Charges | | $ 0.00 |

## Additional Information

Our goal is to provide outstanding customer service to you. For direct executive compliments, comments or complaints, please email our executives at txuexec@txu.com. Letters can be mailed to TXU Energy Executive Feedback, PO Box 650764, Dallas, TX 75265-0764. If you believe that any charge for a product or service appearing on your bill has not been authorized, please contact TXU Energy at 1-800-242-9113 and we will work to investigate the situation. If you are not satisfied with the resolution on the charges, you may file a complaint with the Public Utility Commission of Texas, PO Box 13326, Austin, TX 78711-3326; (512) 936-7120 or toll free in Texas (888) 782-8477. Hearing and speech-impaired individuals with text telephones (TTY) may contact the Public Utility Commission of Texas at (512) 936-7136.

## ESI ID Detail:

**Service Address:** 134 W CORNING AVE, DALLAS, TX 75224-3510
**ESI ID:** 1044372000149 0583
**Contract Expiration Date:** 04/06/2013

The average price you paid for electric service this month was 11.5 cents per kWh excluding taxes and non-recurring charges or credits.

| Meter ID | Days in Reading | Read Type | Previous Read Date | Previous Meter Read | Current Read Date | Current Meter Read | Usage (kWh) | Multiplier | Billed Usage (kWh) |
|---|---|---|---|---|---|---|---|---|---|
| 103352137/LG | 29 | Actual | 10/02/2011 | 27466 | 10/31/2011 | 28434 | 968 | 1.00000 | 968 |

**TXU Energy Texas Choice 24℠**

| | |
|---|---|
| Base Charge | $ 5.95 |
| Energy Charge (968 kWh x $0.10537000) | $ 102.00 |
| **Subtotal** | $ 107.95 |
| Other Fees and TDU Surcharges | |
| Advanced Meter Charge | $ 2.19 |
| Gross Receipts Reimb | $ 2.23 |
| Oncor Rate Change | $ 1.49 |
| **Subtotal** | $ 5.91 |
| Sales Tax | $ 1.14 |
| **Total Current Charges** | $ 115.00 |
| **Total Amount Due** | $ 115.00 |

### Your Electricity Usage

[Bar chart showing kWh usage from NOV 2010 through NOV 2011, with y-axis values 0, 400, 800, 1200, 1600, 2000, 2400, 2800]

DST 00072061

# TXU energy

| Payment Due Date | Amount Due |
|---|---|
| 04/20/2015 | $78.54 |

## Account Information

Manage your account. Visit txu.com/mobilesolutions for details.

Customer Name: MELBA CLARK
Account Number: 900022296057
Invoice Number: 054451526138
Invoice Date: 04/02/2015

## Account Summary

| | | |
|---|---|---|
| Previous Balance | $ | 89.09 |
| Credits/Payments 03/18/2015 | $ | 89.09 CR |
| Adjustment | $ | 0.00 |
| Balance Forward | $ | 0.00 |
| Current Charges | $ | 78.54 |
| Amount Due | $ | 78.54 |

Note: CR = Credit

See remaining pages for invoice details.

## Customer Communications

TXU Energy is committed to protecting our customers from fraud and identity theft schemes. To learn more please visit our fraud awareness website at:
http://www.txu.com/about/fraud-awareness

## Your Electricity Usage

kWh
2,100
1,800
1,500
1,200
900
600
300
0
APR MAY JUN JUL AUG SEP OCT NOV DEC JAN FEB MAR APR
2014                                              2015

## Contact Information

**Customer Service:**
By Phone
972-791-2888
1-800-242-9913 (24 X 7)

**On the Web**
txu.com

**Hearing Impaired:**
1-800-735-2988 (24 X 7)

**ONCOR ELECTRIC DELIVERY COMPANY**
Power Outage Notification: 1-888-313-4747
REP Certificate: #10004

For more information about residential electric service please visit www.powertochoose.com.

0177191.1