**EXHIBIT A**

Energy Future Holdings Corp.
First Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| Allied Electronics Inc. | 3312 | Response filed on 12/10/14. [Docket No. 2964]. The hearing on this claim has been continued to May 4, 2015 starting at 9:30 a.m. (EDT). |
| Allied Electronics Inc. | 3313 | Response filed on 12/10/14. [Docket No. 2964]. The hearing on this claim has been continued to May 4, 2015 starting at 9:30 a.m. (EDT). |
| Emerson Network Power Liebert Services | 3297 | Response filed on 12/10/14. [Docket No. 2970]. The hearing on this claim has been continued to May 4, 2015 starting at 9:30 a.m. (EDT). |
| Koetter Fire Protection of Austin, LLC | 3118 | Response filed on 12/5/14. [Docket No. 2950]. The hearing on this claim has been continued to May 4, 2015 starting at 9:30 a.m. (EDT). |

11801548_1

**EXHIBIT B**

Energy Future Holdings Corp.
Third Omnibus (Non-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| BETTS, BARBARA | 3831 | The hearing on this claim has been continued to May 4, 2015 starting at 9:30 a.m. (EDT). |
| CAESAR, RUTH | 5630 | Response filed on January 5, 2015. [Docket No. 3171]. The hearing on this claim has been continued to May 4, 2015 starting at 9:30 a.m. (EDT). |
| DELGADO, MARIA NAVEJAR | 2004 | The hearing on this claim has been continued to May 4, 2015 starting at 9:30 a.m. (EDT). |
| GUY, MASON | 2738 | Response filed on December 29, 2014. [Docket No. 3153]. The hearing on this claim has been continued to May 4, 2015 starting at 9:30 a.m. (EDT). |
| KEYES, SUSAN | 2891 | Response filed on December 31, 2014. [Docket No. 3164]. The hearing on this claim has been continued to May 4, 2015 starting at 9:30 a.m. (EDT). |
| NEAL, KATHEY | 1499 | The hearing on this claim has been continued to May 4, 2015 starting at 9:30 a.m. (EDT). |
| NEDD-JOHNSON, NANNETTE | 2021 | The hearing on this claim has been continued to May 4, 2015 starting at 9:30 a.m. (EDT). |
| OLBRISH, KIMBERLEY | 669 | The hearing on this claim has been continued to May 4, 2015 starting at 9:30 a.m. (EDT). |
| SMITH, CYNTHIA | 1423 | The hearing on this claim has been continued to May 4, 2015 starting at 9:30 a.m. (EDT). |
| SOTO, MARIA | 428 | Informal response received. The hearing on this claim has been continued to May 4, 2015 starting at 9:30 a.m. (EDT) |

**EXHIBIT C**

Energy Future Holdings Corp.
Fourth Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit 3 to Exhibit A** | | |
| Brinkley, Annie | 2345 | The hearing on this claim has been continued to May 4, 2015 starting at 9:30 a.m. (EDT). |

11801552_1

**EXHIBIT D**

Energy Future Holdings Corp.
Sixth Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| DE LA CERDA JR., JOSE F. | 1324 | The hearing on this claim has been continued to May 4, 2015 starting at 9:30 a.m. (EDT). |
| HAWKINS, MONICA R. | 1868 | Response filed on 1/27/15. [Docket No. 3386]. The hearing on this claim has been continued to May 4, 2015 starting at 9:30 a.m. (EDT). |
| MITCHELL, STEPHEN W. | 2636 | Response filed on 1/23/15. [Docket No. 3355]. The hearing on this claim has been continued to May 4, 2015 starting at 9:30 a.m. (EDT). |
| MOORE, DEBORAH D. | 3927 | Response filed on 1/23/15. [Docket No. 3352]. The hearing on this claim has been continued to May 4, 2015 starting at 9:30 a.m. (EDT). |
| ROBINSON, JOANN M. | 4959 | Response filed on 1/28/15. [Docket No. 3389]. The hearing on this claim has been continued to May 4, 2015 starting at 9:30 a.m. (EDT). |
| WOODS, SHANTA | 2899 | The hearing on this claim has been continued to May 4, 2015 starting at 9:30 a.m. (EDT). |

1

**EXHIBIT E**

Energy Future Holdings Corp.
Seventh Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| EDWARDS, DEANNA | 9922 | Response filed on 1/28/15. [Docket No. 3388]. The hearing on this claim has been continued to May 4, 2015 starting at 9:30 a.m. (EDT). |
| EDWARDS, GERALD | 9923 | Response filed on 1/28/15. [Docket No. 3388]. The hearing on this claim has been continued to May 4, 2015 starting at 9:30 a.m. (EDT). |

1

**EXHIBIT F**

Energy Future Holdings Corp.
Eighth Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| BEARD JR., JACK ROGERS | 2304 | Response filed on February 11, 2015. [Docket No. 3511]. The hearing on this claim has been continued to May 4, 2015 starting at 9:30 a.m. (EDT). |
| GRIFFIN, LEO | 2191 | Response filed on February 9, 2015. [Docket No. 3498]. The hearing on this claim has been continued to May 4, 2015 starting at 9:30 a.m. (EDT). |
| MCCLAIN, JACKIE | 417 | Response filed on February 9, 2015. [Docket No. 3500]. The hearing on this claim has been continued to May 4, 2015 starting at 9:30 a.m. (EDT). |
| MORENO, JESUS | 2730 | Response filed on February 18, 2015. [Docket No. 3578]. The hearing on this claim has been continued to May 4, 2015 starting at 9:30 a.m. (EDT). |

RLF-11801555_1

**EXHIBIT G**

Energy Future Holdings Corp.
Tenth Omnibus (Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| COFER, ARVESTER | 4468 | Response filed on February 23, 2015. [Docket No. 3623]. On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| JOHNSON-CAULEY, MELVA D. | 2686 | Response filed on February 24, 2015. [Docket No. 3636]. The hearing on this claim has been continued to May 4, 2015 starting at 9:30 a.m. (EDT). |
| LACOUR, MARY | 4467 | Response filed on February 23, 2015. [Docket No. 3623]. On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |

1

**EXHIBIT H**

Energy Future Holdings Corp.
Twelfth Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| AARON, WAYNE M | 853 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| ADAMS, IMOGENE | 1119 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| ADAMS, JANIS | 1267 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| ADRIAN, L M | 1542 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| AKINS, ARTILLIA T | 937 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| ALESSIO, DINO | 405 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| ALEXANDER, DIANE DRASS | 5123 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| ALEXANDER, ESTHER DENICE | 1549 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| ALIU, MICHAEL | 2251 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| ALLEN, E F | 255 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| ALLISON, PAULA | 1430 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| ANDERSON, JACKLYN | 551 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| ANDREOZZI, DAN | 2366 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| ANGEL, DEBBIE | 512 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| ANGELO, JACK | 1468 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| ARMSTRONG, NORMAN L | 1665 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |

RLF-11801495_1

Energy Future Holdings Corp.
Twelfth Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| ASHFORD, YVETTE | 6006 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| ASHTON, RICHARD | 5741 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| ASKEW, CAROL | 824 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| BACA, JACK | 1472 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| BAFICO, RICHARD | 1379 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| BAILEY, KATHY | 1262 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| BAKER, GINA | 1000 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| BAKER, TODD | 4497 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| BALTZLEY, EVELYN K | 457 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| BARNES, LINDA | 4256 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| BARRON, MARTHA | 1607 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| BATES, CHERILYNN D | 3555 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| BATES, GEORGE | 1654 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| BECK, TONNIE | 1322 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| BEESE, BEVERLY | 221 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| BEGGS, CLETA N | 1755 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |

2

Energy Future Holdings Corp.
Twelfth Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| BELL, SHIRLEY A | 618 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| BELL, THERESA M | 1123 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| BELLER, TANYA | 2872 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| BELLESSA, KAREN | 3387 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| BENFORD, TONI D | 799 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| BENNETT, TRACY | 317 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| BERRY, PATRICIA | 1298 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| BESS, DEBRA | 1971 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| BEVAN, LIONEL | 1113 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| BLACK, WILLIAM R | 201 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| BLACK, WILLIAM R | 202 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| BLAKE | 3679 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| BLUESTEIN, EDWIN | 1303 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| BOGGS, TIMOTHY | 341 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| BONNETTY, MARY | 492 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| BOOKMAN, PERVIS J | 390 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |

RLF-11801495_1

Energy Future Holdings Corp.
Twelfth Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| BORGE, NORMAN | 719 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| BORNINSKI, J W | 4370 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| BOYER, JOE | 530 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| BRADSHAW, ANGELA | 730 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| BRAMMER STANDARD CO | 304 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| BRISCO, WILLIE JEAN | 683 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| BROOKS, DAVID G | 943 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| BROWN, CELESTINE WYATT | 984 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| BROWN, DENISE | 367 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| BROWN, DONNA | 2644 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| BROWN, ODIS | 4652 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| BROWN, RENEE | 1576 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| BRUBAKER, MARTHA | 2543 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| BRYANT, JOHN | 5763 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| BULLEN, DANIEL | 250 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| BUSSEY, JACQUELYN | 695 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |

RLF-11801495_1

Energy Future Holdings Corp.
Twelfth Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| BUTLER, MARILYN | 306 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| BYWATERS, CANDACE LEAH | 1064 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| CACERES, SANDRA | 2598 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| CALICA, LUZ | 1620 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| CAMERON, DARRELL | 2270 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| CAMPBELL, KAREN | 550 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| CAMPBELL, NOLA | 5114 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| CANION, J COLLEEN | 516 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| CANNON, RALPH JAY | 1388 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| CAPPS, MARLENE | 2772 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| CARMOUCHE, IDA | 1484 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| CARROLL, DEBBIE | 945 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| CASH, P E | 532 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| CAZARES, FELIX | 335 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| CHADSEY, PATRICIA | 1106 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| CHAMBERS, GARY | 1279 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |

RLF-11801495_1

Energy Future Holdings Corp.
Twelfth Omnibus (Non-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| CHAMBERS, GARY | 1280 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| CHAPA, OFELIA | 2158 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| CHARNQUIST, JOANNA | 1009 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| CHERRY, ARTHUR | 200 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| CIMAROLLI, MARY | 2132 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| CLARA YOUNG WHITTEN FAMILY TRUST | 789 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| CLEVENGER, VIRGINIA | 2808 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| COFFEE INSURANCE AGENCY INC | 727 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| COGNATA, LOUIS | 1231 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| COHEN, WENDY | 245 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| COLLINS, DARRELL | 5428 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| COLLMAR, DENNIS | 379 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| COLON, HENRY J | 1138 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| COOK, TAMMIE H | 8038 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| COON, WILL | 4131 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| COOPER, SHARON | 1431 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |

6

Energy Future Holdings Corp.
Twelfth Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| CORBELL, GRACE M | 987 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| COSTA, JENNIFER | 1998 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| COUEY, JERI | 1001 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| COVENEY, SANDI | 623 | The hearing on this claim has been continued to May 4, 2015 starting at 9:30 a.m. (EDT). |
| COWGILL, CAROL | 859 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| CRAMER-ARMAH, BARBARA A | 1482 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| CRAVENS, PHILIP L | 344 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| CRAWFORD, W J | 891 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| CREWS, BOB | 1507 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| CREWS, PAMELA | 4687 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| CRUDGINGTON, BILLY | 655 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| CUNNINGHAM, JANET W | 672 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| DAILEY, JAN | 4384 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| DAILEY, JIM | 4383 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| DANI, VATSAL | 5218 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| DAVIS, L C | 901 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |

7

RLF-11801495_1

Energy Future Holdings Corp.
Twelfth Omnibus (Non-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| DAVIS, R L | 401 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| DAVIS, RHONTE | 3811 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| DAVIS, STACEY | 787 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| DE CARLI, NORMA M | 420 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| DELAUDER, PHYLLIS | 595 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| DELOSSANTOS, MARIO | 911 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| DELTORO, MARY | 1135 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| DERBYSHIRE, CINDY | 1815 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| DESAI, ROHIT B | 8061 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| DIENER, CHRIS | 1425 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| DONG, LIANG | 2173 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| DOUGHTY, E | 2845 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| DOUTHIT, TRACY | 612 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| DRUMRIGHT, DIANE | 1129 | The hearing on this claim has been continued to May 4, 2015 starting at 9:30 a.m. (EDT). |
| DUKES, J B | 3576 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| DUNNAM, WILLIAM | 1270 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |

Energy Future Holdings Corp.
Twelfth Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| DURRELL, SHANNON | 700 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| EDGE, MURRAY | 928 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| EDMONDSON, BARBARA L. | 1263 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| EDWARDS, TEREASA | 1374 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| EDWARDS, TEREASA | 1375 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| EDWARDS, TEREASA | 4066 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| ENNIS, SILVER | 3446 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| ESEN, ETOP | 857 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| ESMON, BILL | 5674 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| ESPINOSA, FRANK | 5345 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| ESPINOZA, MARIA | 614 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| ESTATE OF JOHN SANDY, JR. | 5685 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| ESTES, JANICE | 301 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| EVANGELIST, B A | 1223 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| EWING, WILLIAM | 704 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| FALODUN, FRANCIS | 4650 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |

RLF-11801495_1

Energy Future Holdings Corp.
Twelfth Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| FINLEY, ODELIA | 884 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| FISHER, DORIS | 3083 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| FITZPATRICK, LINDA | 2461 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| FLEMING, AMY | 5219 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| FLORES, OLIVIA | 689 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| FLORES, SUZANNE | 784 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| FLOURNOY, JESSICA | 1235 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| FORD, JOYCE | 272 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| FOSTER, IRBY | 2756 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| FREEDMAN, TAMMY | 4086 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| FREILING, DON R | 697 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| FUENTES, AMELIA | 1142 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| GABRIEL, SHARON TIEDT | 1229 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| GARCIA, HERIBERTO | 1318 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| GARDNER, BRADLEY | 1995 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| GARZA, BENNY & NORMA | 896 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |

RLF-11801495_1

Energy Future Holdings Corp.
Twelfth Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| GERMAN, ROSALYN | 2448 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| GERTSON, KEVIN | 1993 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| GILES, ROBERT | 818 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| GIOTES, A G | 1840 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| GLASCOCK CNTY CO-OP | 514 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| GOLDMAN, JACK Y | 770 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| GOMEZ, MILISSA | 2094 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| GOMEZ, NARCEDALIA | 4015 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| GOODSON, SAMAIYAH | 2359 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| GORGY, AMGAD | 706 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| GOTTSACKER, STEVE | 1190 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| GRANADOS ARGUETA, MIGUEL | 1360 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| GRANADOS, CECILIA | 2576 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| GREEN, CHERYL | 545 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| GREEN, MILDRED | 716 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| GREENE, OPHELIA | 385 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |

11

Energy Future Holdings Corp.
Twelfth Omnibus (Non-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| GRIFFIN, MAURICE R | 938 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| GUTHERY, CONNIE | 992 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| GUTIERREZ, JOE H | 1008 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| GUTIERREZ, MARY G | 1578 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| HADDOCK, ORVILLE E | 6066 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| HARPER, EDWARD ALLEN | 548 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| HARPER, HUGH Q | 281 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| HARRELL, OLLIE M | 939 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| HARRINGTON, TAYLOR | 572 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| HARRIS, JULIEE PEYTON | 1141 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| HAU, LEOPOLDO | 2013 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| HEAGY, DENNIS | 995 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| HEARNE, DOROTHY MAE | 1550 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| HENDERSON, RHONDA C | 1116 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| HENRY, PATTI | 2006 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| HESS, VICTORIA | 3086 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |

Energy Future Holdings Corp.
Twelfth Omnibus (Non-Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| HILL, ADEAN | 484 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| HINSON, VERLIE | 1656 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| HOBBS, ARRIA | 950 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| HODGDON, LANA | 961 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| HOEFT, DON | 480 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| HOLLEMAN, DOUGLAS W | 2521 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| HOLLOWAY, LEE | 1215 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| HOLMES-BUSBY, MARY ANN | 1159 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| HOOKS, ALAN | 404 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| HOOPMAN, DIANE LARSON | 6171 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| HOOVEN, MICHAEL | 625 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| HOPSON, SANDRA K | 4365 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| HOUSE OF MERCY HOLINESS CHURCH | 1254 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| HOUSTON, JANET | 1653 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| HUGHES, DUSTIN | 1787 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| HUGHES, KIMBERLY | 615 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |

13

Energy Future Holdings Corp.
Twelfth Omnibus (Non-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| HUMPHRIES, G R | 225 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| HUSTON, STACY | 1660 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| HYATT, YVONNE H | 1389 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| HYSELL, CYNTHIA | 596 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| IVEY, CECILIA | 1638 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| JACK, SHERRIE | 1597 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| JACKSON, COURTNEY | 907 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| JACKSON, GRADY | 1269 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| JACKSON, JACK | 350 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| JACKSON, JACK | 351 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| JACKSON, RITA MAE | 327 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| JANAK, JEFFERY | 2703 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| JANKINS, CREG | 712 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| JEWELL, COLLEEN | 362 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| JEWELL, JAMIE | 1035 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| JOHNSON, JAMES A | 1358 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |

14

Energy Future Holdings Corp.
Twelfth Omnibus (Non-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| JONES, FRED | 1440 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| JONES, LATONDRA | 3711 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| JONES, THELMA | 657 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| JONES, TREVOR | 2192 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| KAHLE, MARCIA | 1371 | The hearing on this claim has been continued to May 4, 2015 starting at 9:30 a.m. (EDT). |
| KALAN, THOMAS P | 538 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| KANE, CAROL | 462 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| KEY, DAVID MORRIS | 4115 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| KIM, SOO K | 722 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| KINDIG, EVERETT W | 2297 | The hearing on this claim has been continued to May 4, 2015 starting at 9:30 a.m. (EDT). |
| KNOX, ROWENA YVONNE | 1305 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| LANE, WILLIAM | 1323 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| LANEY, MARTHA LEWIS | 4304 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| LARK, JEROLINE | 1086 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| LARSEN, GINGER | 1399 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| LAW, DEWAYNE | 1344 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |

15

Energy Future Holdings Corp.
Twelfth Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| LEAKE, DAWN | 656 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| LEE, LASHONDA ROSHELLE | 1427 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| LEE, VENDIG | 1275 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| LEENHEER, CHRISTIANNE COLLETTE | 2505 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| LEFALL, WILLIE | 4582 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| LEONARD, TOBY | 713 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| LILANI, IRENE | 453 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| LINDBERG, LOIS-ELAINE | 222 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| LOPEZ, VICTOR | 497 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| LUECKEMEYER, BARBARA | 1325 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| LYONS, FRANKLIN | 3335 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| LYONS-HODGE, BETHTINA | 237 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| MADISON, KEVIN | 1377 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| MAGANA, MARISELA ALCARAZ | 2093 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| MAGNUSON, SHERRILL | 2951 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| MAILMAN, MOLLIE | 1228 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |

16

Energy Future Holdings Corp.
Twelfth Omnibus (Non-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| MALLET, ANNA | 500 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| MARS, MARY LINDLEY | 832 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| MARSHALL, KAREN | 1506 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| MARTIN, TOM L | 459 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| MARTINEZ, BEATRIZ | 7525 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| MARTINEZ, MARY ANN | 1004 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| MARTINEZ, MISTY | 717 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| MARVIN, PETER | 233 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| MATHAI, MATHEAW P | 861 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| MATHEU, CHRISTINA | 1637 | The hearing on this claim has been continued to May 4, 2015 starting at 9:30 a.m. (EDT). |
| MATHEWS, DIXIE | 1395 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| MAXWELL, MARLON | 2133 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| MAYO, JAMES | 1612 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| MAYO, JIM F | 1613 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| MBAJONAS, KENNEDY | 2330 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| MCBRIDE, AUDREY F | 1574 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |

17

Energy Future Holdings Corp.
Twelfth Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| Exhibit A | | |
| MCCANTS, MARY S | 248 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| MCCARTHY, FRAUN | 3214 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| MCCASKILL, KATIE | 227 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| MCKEEVER, HELEN | 564 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| MCLAGAN, BELINDA | 681 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| MCMAHAN, LORRAINE | 698 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| MCRANEY, JUDY C | 1112 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| MELECIO, ZERUAH Z | 2195 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| MELILLO, CARMEN | 1034 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| MENA, MARIANA | 2299 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| MILLER, ANNALAURA HOWARD | 1503 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| MILLWEE, DANA | 241 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| MILLWEE, ROBERT HUGHES | 3779 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| MITCHELL, COLETTE | 1128 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| MOLAI, REZA | 3712 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| MOLINA, CARMEN | 235 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |

18

Energy Future Holdings Corp.
Twelfth Omnibus (Non-Substantive) Objection to Claims

## Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| MONTEFORTE, LAILA | 1555 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| MOONEY, CHARLES F | 988 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| MOORE, LORI | 597 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| MORA, JAVIER V | 4302 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| MORALEZ, NICOLETTE | 923 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| MORGAN, JACKIE D | 4547 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| MORGAN, JR SAMUEL | 1835 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| MORGAN, MARK | 1185 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| MOTLEY, CONNIE | 3568 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| MOWER, PATRICIA | 1214 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| MUSCH, PATTY | 1451 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| NAAR, JEAN | 3453 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| NAVARRO, OLIVIA | 352 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| NELLUMS, DORIN | 1932 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| NESBIT-COOPER, EVA D | 1213 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| NEWSOME, STEVE | 1396 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |

19

Energy Future Holdings Corp.
Twelfth Omnibus (Non-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| NGUY, DAVID | 2943 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| NGUYEN, LINH | 1013 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| NICHOLAS, DAVID W | 1452 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| NICHOLSON, KEVIN RAY | 279 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| NORRIS, LARRY | 1084 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| NORRIS, LOWELL T | 2599 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| NORWOOD, KERRY | 4715 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| OBAYES, RISALA | 2170 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| OBRIAN, ROBERT | 4060 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| OJO, ANDRETTA | 290 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| ONEILL, TERENCE | 855 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| ORELLANA, ANTONIO | 5233 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| PAGE, CLAIRE | 329 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| PALMER, REGINALD | 1384 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| PARLOUR, SIDNEY | 3564 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| PARNELL, KAYLA | 967 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |

20

Energy Future Holdings Corp.
Twelfth Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| PATERSON, JACKIE | 606 | Response filed on March 25, 2015. [Docket No. 3971]. The hearing on this claim has been continued to May 4, 2015 starting at 9:30 a.m. (EDT). |
| PATROSSO, CYNTHIA | 1017 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| PATRY, DANIEL | 2091 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| PEARSON, TIFFANY | 2452 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| PENULIAR, DALE | 3518 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| PENULIAR, DALE | 3525 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| PERDOMO, JOSE REYNALDO | 1352 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| PETERSON, LORETTA | 1152 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| PIENDAK, DAVID | 521 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| PIERCE, DAVID P | 461 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| PLEASANT, SAMUEL D | 731 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| PORTER, SAVANA | 926 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| PRICE, BRENDA | 1365 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| PRICE, GEORGE S | 1070 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| PRIDDY, SUZANNE FARRAR | 1317 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |

21

RLF-11801495_1

Energy Future Holdings Corp.
Twelfth Omnibus (Non-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| PROPERTY MANAGEMENT OF TEXAS | 1175 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| QUIER, KAYE | 3260 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| QUIETT, BRENDA J | 4182 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| QUINN, THOMAS | 559 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| RAINBOLT, J WALTER | 2981 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| RATHBUN, E D | 210 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| REDZEPAGIC, SAJMIR | 2407 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| REED, KELLY | 2184 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| REED, TIM | 1376 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| REEVES, MIKE | 3069 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| RESNICK, BEVERLY | 785 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| REYERS, TAMMY | 2876 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| RITTER, GINETTE | 1037 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| ROBERTS, JACKIE N | 1457 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| ROBERTS, THOMAS | 320 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| ROBISON, RICHARD | 797 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |

22

Energy Future Holdings Corp.
Twelfth Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| ROCKMORE, LISA A | 1629 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| RODRIGEZ, MARIA | 2108 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| ROGERS, FRANCES | 1095 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| ROSS-NEAL, LAWANDA J | 1122 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| RYAN, LESLIE | 2286 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| RYAN, PAMELA | 1246 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| SALAS, SANDRA | 529 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| SALAZAR, JIMMY DAVID | 3019 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| SALAZAR, SUE | 3020 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| SALDANA, JOHNNY | 975 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| SANDERS, DENISE L | 1785 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| SANDRIDGE, JACK A | 4973 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| SANDY, SHIRLEY NOWICKI | 5686 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| SCHAEFFER, JOAN E | 726 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| SCHENK, ROSEMARIE | 1265 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| SCHILLER, AL | 1174 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |

RLF-11801495_1

Energy Future Holdings Corp.
Twelfth Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
| --- | --- | --- |
| **Exhibit A** | | |
| SCHMIDT, GEORGE JOHN | 1351 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| SCHNEIDER, JAMES | 1821 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| SCHNERINGER, JAMES N | 1234 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| SCOTT, DONALD CLARA | 960 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| SCOTT, IRELAND | 1105 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| SCOTT, LILBERN E | 1353 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| SCOTT, PERRY | 1311 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| SCOTT, RODNEY | 996 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| SCOTT, SCHWARZ | 3148 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| SERNA, SUSANA | 1686 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| SEYMOUR, FREDERICK J | 1537 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| SHADOW GLEN APARTMENTS LLC | 1188 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| SHAFFER, GAYLE | 1147 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| SHORT, KANYA | 4421 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| SHUTTLESWORTH, HELEN SUE | 421 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| SIEFFERT, ALEXANDRA | 1898 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |

RLF-11801495_1

Energy Future Holdings Corp.
Twelfth Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| **Exhibit A** | | |
| SIMMS, WENDY | 5257 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| SIRLES, GLADYS | 769 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| SKINNER, LESLIE D. | 1475 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| SLOAN, PAUL | 393 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| SMELLEY, DON | 2386 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| SMELLEY, DON | 2388 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| SMELLEY, DON | 2389 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| SMELLEY, R W | 2387 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| SMELLEY, R W | 2390 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| SMITH, ANDORIA | 5258 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| SMITH, DONNA | 952 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| SMITH, G KENT | 1419 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| SMITH, JAMES J | 737 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| SMITH, LESLIE | 3266 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| SMITH, MELISSA | 1648 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| SMOOTH SOULTION DALLAS LLC | 256 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |

25

RLF1-11801495_1

Energy Future Holdings Corp.
Twelfth Omnibus (Non-Substantive) Objection to Claims

### Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| SNODGRASS, JAMES A | 1219 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| SOUTH LOOP 12 MEDICAL CLINIC | 599 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| SPEER, EMMETT | 660 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| SPENCE, NANCY | 766 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| ST THOMAS PLACE LTD PARTNERSHIP | 1189 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| STABERG, RONA | 839 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| STACEY, JESSICA | 1557 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| STARKS, MARLON | 1487 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| STARR, ALISON | 2459 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| STAUFFER, RICK | 3726 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| STEPHENS, JAMES | 2138 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| STERLING, CHANDA | 3269 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| STERNADEL, BECKY | 3730 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| STERNADEL, BECKY | 4344 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| STEWARD, KAREN | 347 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| SWANNER, KIM | 1169 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |

Energy Future Holdings Corp.
Twelfth Omnibus (Non-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| TALLEY, STEVEN | 2498 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| TAMEZ, RICHARD | 725 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| TAYLOR, TROY | 1575 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| TERRY, KAREN | 526 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| TERRY, LORRIE | 2584 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| TERRY, TRACIE | 1661 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| TETER, GOLDENE | 1271 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| TEXAS INSURANCE ADVISORS INC | 1272 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| THATCHER, ARTHUR | 2188 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| THIBODEAUX, ROLAND P | 494 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| THOMAS, CLARICE | 1480 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| THOMAS, JO ANN | 795 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| THOMAS, LOUIS | 2694 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| THOMAS, MARGARET | 4303 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| THOMAS, TIMMITHY | 1985 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| THOMAS, YOHANNAN | 860 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |

RLF-11801495_1

Energy Future Holdings Corp.
Twelfth Omnibus (Non-Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| TIEDT, MARK | 1232 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| TOMPKIN, LEONA | 4719 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| TOSILL, JONI | 1299 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| TRIPLETT, HENAN | 728 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| TROESTLER, DAVID | 359 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| TUMLISON, JOHN | 3245 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| TUMLISON, RESSIE | 3244 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| TURNER, GAYLON | 2503 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| TYLER, YVONNE | 299 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| VALENTINE, NICKEY | 1400 | The hearing on this claim has been continued to May 4, 2015 starting at 9:30 a.m. (EDT). |
| VANDERSAND, JAMES D | 1415 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| VANZANDT, SHERIANN C | 3352 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| VELA, ROBERT | 1291 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| VILLA, VALENTINE G | 553 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| VORNHOLT, HEIDI | 1532 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| WALKER, ALEXANDER | 2933 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |

RLF-11801495_1

Energy Future Holdings Corp.
Twelfth Omnibus (Non-Substantive) Objection to Claims

Exhibit A

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| WALKER, TANYA | 5659 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| WALL, IVA | 692 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| WALTA, LAVANNA | 1127 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| WANG, PING | 893 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| WARREN, MINNIE | 569 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| WASHINGTON, ROSE B S | 6162 | Response filed on March 27, 2015. [Docket No. 3998]. The hearing on this claim has been continued to May 4, 2015 starting at 9:30 a.m. (EDT). |
| WASHINGTON, WALTER F | 524 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| WATSON, EVELYN | 1562 | The hearing on this claim has been continued to May 4, 2015 starting at 9:30 a.m. (EDT). |
| WATTS, KENNETH | 1528 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| WATTS, ROBIN | 1131 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| WATTS, SAMUEL | 212 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| WEATHERBY, JENNIFER | 1350 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| WEATHERFORD, JIMMY | 5652 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| WELMER, JILL | 433 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| WERNECKE, SHARON | 661 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |

29

Energy Future Holdings Corp.
Twelfth Omnibus (Non-Substantive) Objection to Claims

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| Exhibit A | | |
| WEST, KENNETH D | 3167 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| WHISLER, DOUG | 3310 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| WHITAKER, CYNTHIA | 1201 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| WHITE, LINDA | 808 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| WHITE, PETER | 511 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| WILKERSON, SUZON | 5635 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| WILLIAMS, JOHN | 243 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| WILLIS, BEVERLY | 3407 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| WILMOTH, DEBRA | 5027 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| WILSON, CYSENTHIA | 330 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| WILSON, H B | 957 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| WILSON, VERNELL | 1226 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| WIMBERLY, C RAY | 1093 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| WITHERSPOON, JOYCE | 5762 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| WITTEN, ROY J | 531 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| WITTSTRUCK, CONSTANCE | 2875 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |

30

RLF-11801495_1

Energy Future Holdings Corp.
Twelfth Omnibus (Non-Substantive) Objection to Claims

**Exhibit A**

| Name of Creditor | Claim No. | Status of Claim |
|---|---|---|
| WOFFORD, ROBERT | 7748 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| WOOD, DORTHY | 311 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| WOODLEE, MARTY L | 828 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| WOODS, VIRGINIA | 3470 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| WRIGHT, CAROL S | 1394 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| WRIGHT, FRANCES | 2308 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| WROTEN, GLADYS | 555 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| YATES, KENNETH | 900 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| YESLOW, TOD | 2272 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| YIN BONG CHENG | 2998 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| YORK, GEORGE | 1230 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| ZZ SHADOW GLEN APARTMENTS LLC | 1191 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |
| ZZ SHADOW GLEN APARTMENTS LLC | 1192 | On April 9, 2015 the Court entered an order granting the objection in connection with this claim. |

RLF-11801495_1