April 9, 2015

Re:

ENERGY FUTURE HOLDINGS CORP., et al.,

Case # 14-10979 (CSS)

**SUBJECT:** OBJECTION TO CLAIM
**HEARING DATE:** MAY 4, 2015 AT 9:30

**TO:**

HONORABLE CHRISTOPHER S. SONTCHI

UNITED STATES BANKRUPTCY COURT-
FOR THE DISTRICT OF DELAWARE
824 NORTH MARKET STREET, 5TH FLOOR
COURTROOM NO. 6
WILMINGTON, DELAWARE 19801

**From:**

CLAIM# 1520

Timmy Villarreal

8107 DUNE BROOK DRIVE
HOUSTON, TEXAS 77089
832-431-9697

Your Honorable Mr. Sontchi;

With regards to the above mentioned, I Timmy Villarreal, OBJECT to the debtors request to have my claim expunged from the Claims Register. I am able to provide sufficient evidence to file a claim against the debtors.

My claim of $15,250.00 is based on sixty days of salary (WARN ACT). The Debtor's did not provide any notification of the covered company closing. This does not include the vacation days I have earned while employed and money lost through the company's 401k.

Sincerely,

Timmy Villarreal