# **EXHIBIT A**

**Statement of Fees and Expenses By Subject Matter**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 001 | [TCEH] Asset Disposition / Purchases | 34.90 | $30,295.50 |
| 006 | [TCEH] Investigation of Claims[1] | 1,487.10 | $758,983.50 |
| 007 | [TCEH] Contested Matters and Adversary Proceedings | 16.70 | $12,482.50 |
| 008 | [TCEH] Corporate Governance | 75.00 | $62,931.50 |
| 010 | [TCEH] Hearings | 2.20 | $2,079.50 |
| 013 | [TCEH] MTO Retention and Fee Applications | 33.40 | $23,472.00 |
| 014 | [TCEH] Non-Working Travel[2] | 61.40 | $52,693.00 |
| 015 | [TCEH] Official and Ad Hoc Committee Issues and Meetings | 8.30 | $7,733.50 |
| 017 | [TCEH] Plan / Disclosure Statement | 39.60 | $31,068.00 |
| 018 | [TCEH] Private Letter Ruling / IRS Matters / Tax Issues | 496.10 | $344,910.50 |
| 019 | [TCEH] Settlement Issues | 36.50 | $38,620.50 |
| 024 | [TCEH] Non-MTO Retention and Fee Applications | 13.40 | $10,712.50 |
| **Totals:**[3] | | **2,304.60** | **$1,375,982.50** |

---

[1] Reflects a voluntary in the amount of $974.00 to comply with the guidelines established by the fee committee.

[2] Reflects a voluntary reduction in the amount of $52,693.00 to comply with the guidelines established by the fee committee.

[3] As noted above, reflects a reduction in the aggregate amount of $53,667.00.

| Service Description | Amount |
|---|---:|
| Copying Charges (Outside)[1] | $161.06 |
| Filing/Recording/Registration Fees | $96.00 |
| Meals[2] | $1,010.58 |
| Other Expense | $109.00 |
| Parking – Validation | $59.75 |
| Travel – Airfare [3] | $14,862.03 |
| Travel – Ground (Out of Town) | $2,636.12 |
| Travel – Hotel [4] | $11,274.59 |
| **Total:**[5] | **$30,209.13** |

---

[1] Consistent with the Retention Application, MTO did not charge for in-house copying. The charges reflected are copying charges when outside vendors were required due to the volume and nature of the work.

[2] Reflects a voluntary reduction in the amount of $222.05, to comply with the caps and guidelines established by the fee committee.

[3] Reflects a voluntary reduction in the amount of $6,860.06, to comply with the caps and guidelines established by the fee committee.

[4] Reflects a voluntary reduction in the amount of $197.02, to comply with the caps and guidelines established by the fee committee.

[5] As noted above, reflects a voluntary reduction in the aggregate amount of $7,279.13.

# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The MTO attorneys and paraprofessionals who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate[1] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| John W. Spiegel | Partner | 1977 | Litigation | $1,065.00 | 81.90 | $87,223.50 |
| Thomas B. Walper | Partner | 1980 | Restructuring | $1,065.00 | 145.80 | $155,277.00 |
| Jay M. Fujitani | Partner | 1984 | Corporate | $830.00 | 15.30 | $12,699.00 |
| Kevin S. Allred | Partner | 1986 | Litigation | $830.00 | 32.30 | $26,809.00 |
| Stephen D. Rose | Partner | 1991 | Tax | $960.00 | 168.60 | $161,856.00 |
| Todd J. Rosen | Partner | 1999 | Restructuring | $875.00 | 145.40 | $127,225.00 |
| Brett J. Rodda | Partner | 1999 | Corporate | $850.00 | 1.70 | $1,445.00 |
| Seth Goldman | Partner | 2002 | Restructuring | $750.00 | 216.50 | $162,375.00 |
| Bradley R. Schneider | Of Counsel | 2004 | Litigation | $680.00 | 181.60 | $123,488.00 |
| Emily A. Bussigel | Associate | 2010 | Restructuring | $635.00 | 157.30 | $99,885.50 |
| Sam Greenberg | Associate | 2010 | Tax | $615.00 | 118.30 | $72,754.50 |
| Sara N. Taylor | Associate | 2012 | Litigation | $510.00 | 114.80 | $58,548.00 |
| Alex D. Terepka | Associate | 2012 | Litigation | $510.00 | 155.60 | $79,356.00 |
| Justin T. Hellman | Associate | 2013 | Corporate | $450.00 | 108.70 | $48,915.00 |
| Danny R. Munson | Paralegal | N/A | Litigation | $295.00 | 39.50 | $11,652.00 |
| Courtney Caron | Paralegal | N/A | Litigation | $295.00 | 128.10 | $37,789.50 |
| Corina Rachina | Paralegal | N/A | Corporate | $295.00 | 1.20 | $354.00 |
| Bruce M. Gordon | Paralegal | N/A | Litigation | $215.00 | 67.90 | $14,938.00 |
| Cherie E. West-Randolph | Paralegal | N/A | Litigation | $205.00 | 122.10 | $25,030.50 |
| Francoise A. Baldwin | Paralegal | N/A | Litigation | $180.00 | 98.30 | $17,694.00 |
| Cindy D. Johnson | Paralegal | N/A | Litigation | $165.00 | 111.50 | $18,397.50 |
| James S. Mendoza | Automated Litigation Support | N/A | Litigation | $350.00 | 46.70 | $16,345.00 |
| Allen Ng | Automated Litigation Support | N/A | Litigation | $350.00 | 45.50 | $15,925.00 |
| **Total:** | | | | | 2,304.60 | $1,375,982.50 |

---

[1] While the hourly billing rates rendered during this Fee Period are higher than the hourly billing rates during the Fee Periods for November 2014 and December 2014, these hourly billing rate increases were disclosed in the Retention Application at ¶13, subject to objection by parties-in-interest, and approved with entry of the Retention Order [D.I. 3279].

# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

## Expense Summary[1]

| Service Description | Amount |
|---|---:|
| Copying Charges (Outside) | $161.06 |
| Filing/Recording/Registration Fees | $96.00 |
| Meals | $1,010.58 |
| Other Expense | $109.00 |
| Parking – Validation | $59.75 |
| Travel – Airfare | $14,862.03 |
| Travel – Ground (Out of Town) | $2,636.12 |
| Travel – Hotel | $11,274.59 |
| **Total:** | **$30,209.13** |

---

[1] Reflects an aggregate voluntary reduction in the amount of $7,279.13, as previously detailed.

# **EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

| Date Posted | Name | Title | Description | Amount | Narrative |
|---|---|---|---|---|---|
| 2/3/2015 | Walper, Thomas B. | Partner | Travel - Ground (Out of Town) | 157.83 | Travel - Ground (Out of Town) - Vendor: BLS INV-625408 - 02/03/15 - From JFK to 151 W. 54th St. New York - T. Walper |
| 2/5/2015 | Walper, Thomas B. | Partner | Travel - Ground (Out of Town) | 144.76 | Travel - Ground (Out of Town) - Vendor: BLS INV-625409 - 02/05/15 - From 151 W. 54th Street, New York to JFK - T. Walper |
| 2/12/2015 | Mar, Norine | Secretary | Copying Charges/Outside | 32.15 | Copying Charges/Outside - Vendor: VENDOR DIRECT SOLUTIONS Inv #13931, 2/3/15 - 236 color blowbacks - N Mar |
| 2/15/2015 | Allred, Kevin S. | Partner | Parking - Validation | 17.75 | Parking - Validation - F. Baldwin (Night/Weekend) |
| 2/17/2015 | Walper, Thomas B. | Partner | Travel - Ground (Out of Town) | 157.83 | Travel - Ground (Out of Town) - Vendor: BLS INV-627706 - 02/17/15 - From JFK to 151 W. 54th Street, New York - T. Walper |
| 2/18/2015 | Gore, Nieka | Secretary | Copying Charges/Outside | 5.46 | Copying Charges/Outside - Vendor: VENDOR DIRECT SOLUTIONS Inv #13945, 2/2/15 - 100 b&w blowbacks - N Gore |
| 2/18/2015 | Walper, Thomas B. | Partner | Travel - Ground (Out of Town) | 360.63[1] | Travel - Ground (Out of Town) - Vendor: BLS INV-627712 - 02/18/15 - From 151 W. 54th Street, New York to JFK - T. Walper |
| 2/19/2015 | Goldman, Seth | Partner | Parking - Validation | 42.00 | Parking - Validation - Mark Thomas (Up to 10 Hours - All Day) |
| 2/24/2015 | Rose, Stephen D. | Partner | Travel - Ground (Out of Town) | 10.30 | Travel - Ground (Out of Town) STEPHEN D. ROSE - Taxi/Car Service, 02/05/15, ATTEND EFH MEETING., W NEW YORK HOTEL/TOM WALPER'S HOTEL (LONDON NEW YORK HOTEL) - 010007579210 |

---

[1] This car service charge was shared by Walper, Thomas B.; Spiegel, John W.; Goldman, Seth; and Schneider, Bradley R.

| 2/24/2015 | Goldman, Seth | Partner | Meals | 23.95 | Meals SETH GOLDMAN - Breakfast, 02/05/15, EFH Meetings, Maze @The London NYC - 010007540139 |
| --- | --- | --- | --- | --- | --- |
| 2/24/2015 | Rose, Stephen D. | Partner | Travel - Ground (Out of Town) | 90.00 | Travel - Ground (Out of Town) STEPHEN D. ROSE - Parking, 02/05/15, ATTEND EFH MEETING., LAX AIRPORT PARKING - 010007579210 |
| 2/24/2015 | Goldman, Seth | Partner | Travel - Ground (Out of Town) | 101.00 | Travel - Ground (Out of Town) SETH GOLDMAN - Parking, 02/06/15, EFH Meetings, LAX Parking - 010007540139 |
| 2/24/2015 | Rose, Stephen D. | Partner | Travel - Ground (Out of Town) | 105.00 | Travel - Ground (Out of Town) STEPHEN D. ROSE - Taxi/Car Service, 02/03/15, ATTEND EFH MEETING., JFK AIRPORT/W NEW YORK HOTEL - 010007579210 |
| 2/24/2015 | Goldman, Seth | Partner | Travel - Ground (Out of Town) | 182.15 | Travel - Ground (Out of Town) - Vendor: BLS INV-628708 - 02/24/15 - From DFW to 300 Reunion Blvd., Dallas, TX - S. Goldman |
| 2/24/2015 | Rose, Stephen D. | Partner | Travel - Hotel | 1,000.00[2] | Travel - Hotel STEPHEN D. ROSE - Lodging, ATTEND EFH MEETING., 02/03/2015 - 02/05/2015, W NEW YORK, NEW YORK - 010007579210 |
| 2/24/2015 | Goldman, Seth | Partner | Travel - Hotel | 1,447.45 | Travel - Hotel SETH GOLDMAN - Lodging, EFH Meetings, 02/02/2015 - 02/05/2015, The London NYC, New York - 010007540139 |
| 2/26/2015 | Walper, Thomas B. | Partner | Meals | 88.84 | Meals - Vendor: SPECIALTY'S Inv #T3149-10515547 2/19/15 Lunch Svc for 15 Guests: EFH Mtg. w/Proskauer - External Mtg. - L Howard |
| 2/26/2015 | Walper, Thomas B. | Partner | Meals | 196.20 | Meals - Vendor: MENDOCINO FARMS LLC Inv #16540, 2/19/15 - Lunch service for 15 - T Walper |

---

[2] MTO has voluntarily reduced this expense by $120.06.

| Date | Name | Title | Category | Amount | Description |
|---|---|---|---|---|---|
| 2/28/2015 | Schneider, Bradley R. | Partner | Travel - Airfare | -106.00 | Travel - Airfare - Vendor: AMERICAN EXPRESS - SCHNEIDER/ECONOMY P 02/04/15 JFK/LAX (CREDIT) |
| 2/28/2015 | Schneider, Bradley R. | Partner | Travel - Airfare | -93.00 | Travel - Airfare - Vendor: AMERICAN EXPRESS - SCHNEIDER/ECONOMY P 02/01/15 LAX/JFK (CREDIT) |
| 2/28/2015 | Walper, Thomas B. | Partner | Other Expense | 51.00 | Other Expense - Vendor: COURTCALL, LLC T WALPER 2/16/15 U.S. BANKRUPTCY COURT - DELAWARE |
| 2/28/2015 | Goldman, Seth | Partner | Other Expense | 58.00 | Other Expense - Vendor: COURTCALL, LLC S GOLDMAN 2/16/15 BANKRUPTCY COURT - DELWARE |
| 2/28/2015 | Rachina, Corina | Paralegal | Filing/Recording/Registration Fees | 96.00 | Filing/Recording/Registration Fees - Vendor: CSC Inv #81102834741, 2/6/15 - Certified copy of document re: TXU Electric Delivery Company - C Rachina |
| 2/28/2015 | Rosen, Todd J. | Partner | Travel - Airfare | 636.98 | Travel - Airfare - Vendor: AMERICAN EXPRESS - ROSEN/TODD 02/18/15 NY/LA |
| 2/28/2015 | Schneider, Bradley R. | Partner | Travel - Airfare | 636.98 | Travel - Airfare - Vendor: AMERICAN EXPRESS - SCHNEIDER/BRADLEY 02/18/15 NY/LA |
| 2/28/2015 | Schneider, Bradley R. | Partner | Travel - Airfare | 687.43 | Travel - Airfare - Vendor: AMERICAN EXPRESS - SCHNEIDER/BRADLEY 02/04/15 NY/LA |
| 2/28/2015 | Rose, Stephen D. | Partner | Travel - Airfare | 740.21 | Travel - Airfare - Vendor: AMERICAN EXPRESS - ROSE/STEPHEN 02/16/15 LA/NY |
| 2/28/2015 | Rosen, Todd J. | Partner | Travel - Airfare | 740.21 | Travel - Airfare - Vendor: AMERICAN EXPRESS - ROSEN/TODD 02/16/15 LA/NY |
| 2/28/2015 | Schneider, Bradley R. | Partner | Travel - Airfare | 740.21 | Travel - Airfare - Vendor: AMERICAN EXPRESS - SCHNEIDER 02/16/15 LA/NY |

| | | | | | |
|---|---|---|---|---|---|
| 2/28/2015 | Walper, Thomas B. | Partner | Travel - Airfare | 750.00[3] | Travel - Airfare - Vendor: AMERICAN EXPRESS - WALPER/THOMAS 02/23/15 LA/NY |
| 2/28/2015 | Goldman, Seth | Partner | Travel - Airfare | 1,010.20 | Travel - Airfare - Vendor: AMERICAN EXPRESS - GOLDMAN/SETH 02/24-25/15 LAX/DFX/LAX |
| 2/28/2015 | Rose, Stephen D. | Partner | Travel - Airfare | 1,035.95 | Travel - Airfare - Vendor: AMERICAN EXPRESS - ROSE/STEPHEN 02/18/15 NEWARK/LA |
| 2/28/2015 | Schneider, Bradley R. | Partner | Travel - Airfare | 750.00[4] | Travel - Airfare - Vendor: AMERICAN EXPRESS - SCHNEIDER/BRADLEY 02/02/15 LA/NY |
| 2/28/2015 | Goldman, Seth | Partner | Travel - Airfare | 1,354.16 | Travel - Airfare - Vendor: AMERICAN EXPRESS - GOLDMAN/SETH 02/02/15 LA/NY/LA |
| 2/28/2015 | Goldman, Seth | Partner | Travel - Airfare | 1,478.70 | Travel - Airfare - Vendor: AMERICAN EXPRESS - GOLDMAN/SETH 02/17/15 LA/NY/LA |
| 2/28/2015 | Rose, Stephen D. | Partner | Travel - Airfare | 1,500.00[5] | Travel - Airfare - Vendor: AMERICAN EXPRESS - ROSE/STEPHEN 02/03/15 LA/NY/LA |
| 2/28/2015 | Walper, Thomas B. | Partner | Travel - Airfare | 1,500.00[6] | Travel - Airfare - Vendor: AMERICAN EXPRESS - WALPER/THOMAS 02/17 LA/NY/LA |
| 2/28/2015 | Walper, Thomas B. | Partner | Travel - Airfare | 1,500.00[7] | Travel - Airfare - Vendor: AMERICAN EXPRESS - WALPER/THOMAS 02/02/15 LA/NY/LA |

---

[3] MTO has voluntarily reduced this expense by $387.43.

[4] MTO has voluntarily reduced this expense by $299.00.

[5] MTO has voluntarily reduced this expense by $2,399.08.

[6] MTO has voluntarily reduced this expense by $2,999.70.

[7] MTO has voluntarily reduced this expense by $774.85.

| Date | Name | Title | Category | Amount | Description |
|---|---|---|---|---|---|
| 3/5/2015 | Gore, Nieka | Secretary | Copying Charges/Outside | 19.02 | Copying Charges/Outside - Vendor: VENDOR DIRECT SOLUTIONS Inv #14059, 2/23/15 - 349 b&w blowbacks - N Gore |
| 3/5/2015 | Gordon, Bruce M. | Paralegal | Copying Charges/Outside | 55.05 | Copying Charges/Outside - Vendor: VENDOR DIRECT SOLUTIONS Inv #14034, 2/19/15 - 1010 b&w blowbacks - B Gordon |
| 3/9/2015 | Rosen, Todd J. | Partner | Travel - Ground (Out of Town) | 9.34 | Travel - Ground (Out of Town) TODD J. ROSEN - Taxi/Car Service, 02/18/15, Meeting with client, Uber ride from 200 West 53rd St. to 48 East 50th St., NYC - 010007667175 |
| 3/9/2015 | Schneider, Bradley R. | Associate | Meals | 9.49 | Meals BRADLEY R. SCHNEIDER - Lunch, 02/18/15, Meeting in New York., United - 010007543618 |
| 3/9/2015 | Schneider, Bradley R. | Associate | Meals | 11.95 | Meals BRADLEY R. SCHNEIDER - Lunch, 02/04/15, Meeting in New York., HMShost - 010007543618 |
| 3/9/2015 | Schneider, Bradley R. | Associate | Meals | 13.06 | Meals BRADLEY R. SCHNEIDER - Lunch, 02/16/15, Meeting in New York., Areas USA LAX - 010007543618 |
| 3/9/2015 | Schneider, Bradley R. | Associate | Travel - Ground (Out of Town) | 13.75 | Travel - Ground (Out of Town) BRADLEY R. SCHNEIDER - Parking, 02/01/15, Meeting in New York., Easy Park LAX - 010007543618 |
| 3/9/2015 | Walper, Thomas B. | Partner | Meals | 17.24 | Meals THOMAS B. WALPER - Hotel - Breakfast, Travel to NY to attend client meeting., 01/14/2015, The London NYC - 010007518735 |
| 3/9/2015 | Goldman, Seth | Partner | Meals | 18.24 | Meals SETH GOLDMAN - Hotel - Lunch, Meeting with client, 02/17/2015, The London NYC - 010007653895 |
| 3/9/2015 | Schneider, Bradley R. | Associate | Meals | 21.60 | Meals BRADLEY R. SCHNEIDER - Hotel - Dinner, Meeting in New York., 02/17/2015, The London NYC - 010007543618 |

| 3/9/2015 | Schneider, Bradley R. | Associate | Meals | 27.59 | Meals BRADLEY R. SCHNEIDER - Hotel - Lunch, Meeting in New York., 02/17/2015, The London NYC - 010007543618 |
|---|---|---|---|---|---|
| 3/9/2015 | Schneider, Bradley R. | Associate | Meals | 29.07 | Meals BRADLEY R. SCHNEIDER - Lunch, 02/01/15, Meeting in New York., Wolfgang Puck - 010007543618 |
| 3/9/2015 | Rose, Stephen D. | Partner | Meals | 31.25 | Meals STEPHEN D. ROSE - Dinner, 02/18/15, ATTEND TECH MEETING - NEW YORK, C1 RIVIERA - NEWARK INT'L AIRPORT - 010007679235 |
| 3/9/2015 | Rose, Stephen D. | Partner | Meals | 40.00[8] | Meals STEPHEN D. ROSE - Hotel - Dinner, ATTEND TECH MEETING - NEW YORK, 02/16/2015, W NEW YORK - 010007679235 |
| 3/9/2015 | Rosen, Todd J. | Partner | Meals | 40.00[9] | Meals TODD J. ROSEN - Hotel - Breakfast, Meeting with client, 02/17/2015, Sheraton Hotels & Resorts - 010007667175 |
| 3/9/2015 | Schneider, Bradley R. | Associate | Meals | 40.00[10] | Meals BRADLEY R. SCHNEIDER - Hotel - Dinner, Meeting in New York., 02/04/2015, The London NYC - 010007543618 |
| 3/9/2015 | Walper, Thomas B. | Partner | Meals | 40.00 | Meals THOMAS B. WALPER - Hotel - Dinner, Travel to New York to attend client meetings., 01/21/2015, The London NYC - 010007516514 |
| 3/9/2015 | Walper, Thomas B. | Partner | Meals | 40.00 | Meals THOMAS B. WALPER - Hotel - Breakfast, Travel to NY to attend client meeting., 01/13/2015, The London NYC - 010007518735 |
| 3/9/2015 | Walper, Thomas B. | Partner | Meals | 40.00 | Meals THOMAS B. WALPER - Hotel - Dinner, Travel to NY to attend client meetings., |

---

[8] MTO has voluntarily reduced this expense by $32.77.

[9] MTO has voluntarily reduced this expense by $3.47.

[10] MTO has voluntarily reduced this expense by $41.50.

| Date | Name | Title | Category | Amount | Description |
| --- | --- | --- | --- | --- | --- |
| | | | | | 01/06/2015, The London NYC - 010007595804 |
| 3/9/2015 | Walper, Thomas B. | Partner | Meals | 40.00 | Meals THOMAS B. WALPER - Hotel - Lunch, Travel to New York to attend client meetings., 02/17/2015, The London NYC - 010007707386 |
| 3/9/2015 | Walper, Thomas B. | Partner | Meals | 40.00 | Meals THOMAS B. WALPER - Hotel - Dinner, Travel to NY to attend client meeting., 01/14/2015 - 01/15/2015, The London NYC - 010007518735 |
| 3/9/2015 | Walper, Thomas B. | Partner | Meals | 40.00 | Meals THOMAS B. WALPER - Hotel - Dinner, Travel to NY to attend client meeting., 01/14/2015 - 01/15/2015, The London NYC - 010007518735 |
| 3/9/2015 | Schneider, Bradley R. | Associate | Travel - Ground (Out of Town) | 44.50 | Travel - Ground (Out of Town) BRADLEY R. SCHNEIDER - Parking, 02/04/15, Meeting in New York., Easy Park LAX - 010007543618 |
| 3/9/2015 | Schneider, Bradley R. | Associate | Travel - Ground (Out of Town) | 44.50 | Travel - Ground (Out of Town) BRADLEY R. SCHNEIDER - Parking, 02/18/15, Meeting in New York., Easy Park LAX - 010007543618 |
| 3/9/2015 | Goldman, Seth | Partner | Meals | 54.82 | Meals SETH GOLDMAN - Dinner, 02/18/15, Meeting with client, Maze; Thomas B. Walper, Bradley R. Schneider - 010007653895 |
| 3/9/2015 | Goldman, Seth | Partner | Travel - Ground (Out of Town) | 60.00 | Travel - Ground (Out of Town) SETH GOLDMAN - Parking, 02/18/15, Meeting with client, LAX Aiport Lot P 7 - 010007653895 |
| 3/9/2015 | Walper, Thomas B. | Partner | Travel - Ground (Out of Town) | 60.00 | Travel - Ground (Out of Town) THOMAS B. WALPER - Parking, 02/18/15, Travel to New York to attend client meetings., LAX Airport Lot P 7 - 010007707386 |
| 3/9/2015 | Schneider, Bradley R. | Associate | Travel - Ground (Out of Town) | 66.00 | Travel - Ground (Out of Town) BRADLEY R. SCHNEIDER - Taxi/Car Service, 02/04/15, Meeting in New York., Hotel/Office - 010007543618 |

| Date | Name | Title | Category | Amount | Description |
|---|---|---|---|---|---|
| 3/9/2015 | Rosen, Todd J. | Partner | Travel - Ground (Out of Town) | 69.73 | Travel - Ground (Out of Town) TODD J. ROSEN - Taxi/Car Service, 02/16/15, Meeting with client, JFK to the Sheraton - 010007667175 |
| 3/9/2015 | Walper, Thomas B. | Partner | Travel - Ground (Out of Town) | 70.50 | Travel - Ground (Out of Town) THOMAS B. WALPER - Parking, 01/09/15, Travel to NY to attend client meetings., LAX Parking Lot P7 - 010007595804 |
| 3/9/2015 | Walper, Thomas B. | Partner | Travel - Ground (Out of Town) | 73.00 | Travel - Ground (Out of Town) THOMAS B. WALPER - Parking, 01/22/15, Travel to New York to attend client meetings., LAX Airport Lot P1 - 010007516514 |
| 3/9/2015 | Schneider, Bradley R. | Associate | Travel - Ground (Out of Town) | 73.30 | Travel - Ground (Out of Town) BRADLEY R. SCHNEIDER - Taxi/Car Service, 02/03/15, Meeting in New York., Hotel/Office - 010007543618 |
| 3/9/2015 | Rose, Stephen D. | Partner | Travel - Ground (Out of Town) | 90.00 | Travel - Ground (Out of Town) STEPHEN D. ROSE - Parking, 02/18/15, ATTEND TECH MEETING - NEW YORK, LAX AIRPORT PARKING - 010007679235 |
| 3/9/2015 | Rosen, Todd J. | Partner | Travel - Ground (Out of Town) | 90.00 | Travel - Ground (Out of Town) TODD J. ROSEN - Parking, 02/18/15, Meeting with client, LAX Parking Lot P7 - 010007667175 |
| 3/9/2015 | Rose, Stephen D. | Partner | Travel - Ground (Out of Town) | 102.00 | Travel - Ground (Out of Town) STEPHEN D. ROSE - Taxi/Car Service, 02/18/15, ATTEND TECH MEETING - NEW YORK, W NEW YORK HOTEL/NEWARK INT'L AIRPORT - 010007679235 |
| 3/9/2015 | Rose, Stephen D. | Partner | Travel - Ground (Out of Town) | 105.00 | Travel - Ground (Out of Town) STEPHEN D. ROSE - Taxi/Car Service, 02/16/15, ATTEND TECH MEETING - NEW YORK, JFK INT'L AIRPORT/W NEW YORK HOTEL - 010007679235 |
| 3/9/2015 | Goldman, Seth | Partner | Meals | 107.28 | Meals SETH GOLDMAN - Hotel - Breakfast, Meeting with client, 02/18/2015, The London NYC; Thomas B. Walper, Bradley R. |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Schneider - 010007653895 |
| 3/9/2015 | Walper, Thomas B. | Partner | Travel - Ground (Out of Town) | 111.00 | Travel - Ground (Out of Town) THOMAS B. WALPER - Parking, 01/15/15, Travel to NY and Delaware to attend client meetings., LAX Parking Lot P7 - 010007518735 |
| 3/9/2015 | Walper, Thomas B. | Partner | Travel - Ground (Out of Town) | 120.00 | Travel - Ground (Out of Town) THOMAS B. WALPER - Parking, 02/05/15, Travel to NY to attend client meetings., LAX Airport Lot P7 - 010007636492 |
| 3/9/2015 | Walper, Thomas B. | Partner | Travel - Ground (Out of Town) | 124.00 | Travel - Ground (Out of Town) THOMAS B. WALPER - Train, 01/13/15, Travel to Delaware to attend client meeting., 01/13/2015, Wilmington/NY, Amtrak - 010007518735 |
| 3/9/2015 | Goldman, Seth | Partner | Travel - Hotel | 348.61 | Travel - Hotel SETH GOLDMAN - Lodging, Meeting with client, 02/17/2015 - 02/18/2015, The London NYC, New York - 010007653895 |
| 3/9/2015 | Walper, Thomas B. | Partner | Travel - Hotel | 348.61 | Travel - Hotel THOMAS B. WALPER - Lodging, Travel to New York to attend client meetings., 02/17/2015 - 02/18/2015, The London NYC, New York City - 010007707386 |
| 3/9/2015 | Walper, Thomas B. | Partner | Travel - Hotel | 403.97 | Travel - Hotel THOMAS B. WALPER - Lodging, Travel to NY to attend client meeting., 01/12/2015 - 01/13/2015, The London NYC, New York city - 010007518735 |
| 3/9/2015 | Rosen, Todd J. | Partner | Travel - Hotel | 509.62 | Travel - Hotel TODD J. ROSEN - Lodging, Meeting with client, 02/16/2015 - 02/18/2015, Sheraton Hotels & Resorts, New York - 010007667175 |
| 3/9/2015 | Rose, Stephen D. | Partner | Travel - Hotel | 681.72 | Travel - Hotel STEPHEN D. ROSE - Lodging, ATTEND TECH MEETING - NEW YORK, 02/16/2015 - 02/18/2015, W NEW YORK, NEW YORK - 010007679235 |

| 3/9/2015 | Schneider, Bradley R. | Associate | Travel - Hotel | 697.22 | Travel - Hotel BRADLEY R. SCHNEIDER - Lodging, Meeting in New York., 02/16/2015 - 02/18/2015, The London NYC, New York - 010007543618 |
|---|---|---|---|---|---|
| 3/9/2015 | Walper, Thomas B. | Partner | Travel - Hotel | 766.06 | Travel - Hotel THOMAS B. WALPER - Lodging, Travel to New York to attend client meetings., 01/20/2015 - 01/22/2015, The London NYC, New York City - 010007516514 |
| 3/9/2015 | Walper, Thomas B. | Partner | Travel - Hotel | 905.97 | Travel - Hotel THOMAS B. WALPER - Lodging, Travel to NY to attend client meeting., 01/13/2015 - 01/15/2015, The London NYC, New York City - 010007518735 |
| 3/9/2015 | Walper, Thomas B. | Partner | Travel - Hotel | 1,217.91 | Travel - Hotel THOMAS B. WALPER - Lodging, Travel to NY to attend client meetings., 01/05/2015 - 01/08/2015, The London NYC, New York City - 010007595804 |
| 3/9/2015 | Schneider, Bradley R. | Associate | Travel - Hotel | 1,447.45 | Travel - Hotel BRADLEY R. SCHNEIDER - Lodging, Meeting in New York., 02/02/2015 - 02/05/2015, The London NYC, New York - 010007543618 |
| 3/9/2015 | Walper, Thomas B. | Partner | Travel - Hotel | 1,500.00[11] | Travel - Hotel THOMAS B. WALPER - Lodging, Travel to NY to attend client meetings., 02/02/2015 - 02/05/2015, The London NYC, New York City - 010007636492 |
| 3/11/2015 | Hellman, Justin T. | Associate | Copying Charges/Outside | 49.38 | Copying Charges/Outside - Vendor: VENDOR DIRECT SOLUTIONS Inv #14123, 2/28/15 - 906 b&w blowbacks - J Hellman |
| | | | Total[12] | $30,209.13 | |

---

[11] MTO has voluntarily reduced this expense by $76.96.

[12] Reflects an aggregate voluntary reduction in the amount of $7,279.13, as previously detailed.