IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
: 
In re                                                            : Chapter 11
                                                                 :
ENERGY FUTURE HOLDINGS CORP., ET AL.,    : Case No. 14-10979 (CSS)
                                                                 :
                                   Debtors.                      : (Jointly Administered)
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

     I, Karen M. Wagner, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the noticing agent for the Official Committees of TCEH Unsecured Creditors and EFH Unsecured Creditors, in the above-captioned cases.

     On April 9, 2015, at my direction and under my supervision, employees of KCC caused the following document to be served via First-Class Mail on the service list attached hereto as **Exhibit A**:

- Notice of Filing of Unsealed Reply of the EFH Official Committee to Objections and Responses Filed in Connection with the Motion of the EFH Official Committee for Entry of an Order Granting Derivative Standing and Authority to Prosecute and Settle Claims on Behalf of the Luminant Debtors' Estates **[Docket No. 4107]**

Dated: April 10, 2015

                                                         /s/ Karen M. Wagner
                                                    Karen M. Wagner
                                                    Kurtzman Carson Consultants LLC
                                                    2335 Alaska Avenue
                                                    El Segundo, CA 90245
                                                    310.823.9000

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California      )
                                ) ss
County of Los Angeles  )

Subscribed and sworn to (or affirmed) before me on this 10th day of April, 2015, by Karen M. Wagner, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

WITNESS my hand and official seal.

Signature: /s/

ROSS BERNSTEIN
Commission # 2013582
Notary Public - California
Los Angeles County
My Comm. Expires Mar 21, 2017

# Exhibit A

| Name | Notice Name | Address1 | Address2 | Address3 | City | State | Zip | Country | Party / Function |
|---|---|---|---|---|---|---|---|---|---|
| ABRAMS & BAYLISS LLP | | KEVIN G. ABRAMS & JOHN M. SEAMAN | 20 MONTCHANIN ROAD, SUITE 200 | | WILMINGTON | DE | 19807 | | (COUNSEL TO GOLDMAN, SACHS & CO.) |
| ADA CARBON SOLUTIONS | (RED RIVER ENVIRONMENTAL PRODUCTS) | ATTN: PETER O. HANSEN | 1460 W. CANAL COURT, SUITE 100 | | LITTLETON | CO | 80120 | | (COMMITTEE OF UNSECURED CREDITORS) |
| AKERMAN LLP | ATTN: SUNDEEP S. SIDHU | 420 S. ORANGE AVENUE, SUITE 1200 | | | ORLANDO | FL | 32801-4904 | | (COUNSEL TO SIEMENS POWER GENERATION INC.) |
| AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: IRA DIZENGOFF; ABID QURESHI; STEPHEN BALDINI | MEREDITH LAHAIE; ROBERT BOLLER; CHRISTOPHER CARTY | LINDSAY ZAHRADKA | ONE BRYANT PARK, BANK OF AMERICA TOWER | NEW YORK | NY | 10036-6745 | | (COUNSEL TO AD HOC COMMITTEE OF EFIH UNSECURED NOTEHOLDERS AND EFIH SECOND LIEN DIP COMMITMENT) |
| AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: SCOTT ALBERINO; JOANNA NEWDECK | ROBERT S. STRAUSS BUILDING | 1333 NEW HAMPSHIRE AVENUE, NW | | WASHINGTON | DC | 20036-1564 | | (COUNSEL TO AD HOC COMMITTEE OF EFIH UNSECURED NOTEHOLDERS AND EFIH SECOND LIEN DIP COMMITMENT) |
| ALDINE INDEPENDENT SCHOOL DISTRICT | ATTN COURTENEY F HARRIS | 1410 ALDINE WESTFIELD RD | | | HOUSTON | TX | 77032 | | |
| ALVAREZ & MARSAL | ATTN: PAUL KINEALY | 55 WEST MONROE, SUITE 4000 | | | CHICAGO | IL | 60603 | | |
| AMERICAN STOCK TRANSFER & TRUST CO LLC | ATTN: PAUL KIM | 6201 15TH AVENUE | | | BROOKLYN | NY | 11219 | | |
| AMERICAN STOCK TRANSFER & TRUST CO, LLC | GENERAL COUNSEL | 6201 15TH AVENUE | | | BROOKLYN | NY | 11219 | | (TOP 50 UNSECURED CREDITOR) |
| ANDREWS KURTH LLP | ATTN: LINO MENDIOLA | 111 CONGRESS AVENUE SUITE 1700 | | | AUSTIN | TX | 78701 | | (COUNSEL TO TITUS COUNTY FRESH WATER SUPPLY DISTRICT NO. 1) |
| ASHBY & GEDDES, P.A. | ATTN: WILLIAM BOWDEN ESQ & GREGORY TAYLOR ESQ | PO BOX 1150 | | | WILMINGTON | DE | 19899 | | (COUNSEL TO WILMINGTON SAVINGS/WSFS) |
| BAILEY BRAUER PLLC | ATTN: BENJAMIN L. STEWART | CAMPBELL CENTRE I | 8350 N. CENTRAL EXPY, SUITE 935 | | DALLAS | TX | 75206 | | (COUNSEL TO PINNACLE TECHNICAL RESOURCES, INC.) |
| BAKER BOTTS LLP | ATTN: JAMES PRINCE; OMAR J. ALANIZ; IAN E. ROBERTS | 2001 ROSS AVE. | | | DALLAS | TX | 75201-2980 | | (COUNSEL TO CENTERPOINT) |
| BALLARD SPAHR LLP | ATTN MATTHEW G SUMMERS | 919 NORTH MARKET ST 11TH FL | | | WILMINGTON | DE | 19801 | | (COUNSEL FOR LOUISIANA ENERGY SERVICES LLC AND URENCO INC) |
| BARNES & THORNBURG LLP | PAULA K JACOBI | ONE NORTH WACKER DR STE 4400 | | | CHICAGO | IL | 60606 | | (COUNSEL FOR COVERDYN) |
| BARNES & THORNBURG LLP | KEVIN G COLLINS | 1000 N WEST ST STE 1500 | | | WILMINGTON | DE | 19801 | | (COUNSEL FOR COVERDYN) |
| BAYARD PA | ATTN NEIL B GLASSMAN | 222 DELAWARE AVE SUITE 900 | | | WILMINGTON | DE | 19801 | | (COUNSEL FOR CSC TRUST COMPANY OF DELAWARE SUCESSESSOR TRUSTEE ETC AND BANK OF NEW YORK MELLON ETC) |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | KEVIN M. CAPUZZI | 222 DELAWARE AVENUE, SUITE 801 | | | WILMINGTON | DE | 19801 | | (COUNSEL FOR THERM FISHER SCIENTIFIC INC.) |
| BLANK ROME LLP | ATTN: MICHAEL DEBAECHE; STANLEY TARR | 1201 MARKET STREET, SUITE 800 | | | WILMINGTON | DE | 19801 | | (COUNSEL TO WILMINGTON TRUST, NA) |
| BLANK ROME LLP | ATTN: MICHAEL B. SCHAEDLE | ONE LOGAN SQUARE | 130 NORTH 18TH STREET | | PHILADELPHIA | PA | 19103 | | (COUNSEL TO WILMINGTON TRUST, NA) |
| BLUME  FAULKNER  SKEEN & NORTHAM PLLC | ATTN: BRETTON C. GERARD | 111 W. SPRING VALLEY ROAD, SUITE 250 | | | RICHARDSON | TX | 75081 | | (COUNSEL TO NATIONAL FIELD SERVICES) |
| BRICKFIELD, BURCHETTE, RITTS & STONE, PC | ATTN: CHRISTINE C. RYAN | 1025 THOMAS JEFFERSON STREET, NW | | | WASHINGTON | DC | 20007 | | (COUNSEL TO TEX-LA ELECTRIC COOPERATIVE OF TEXAS) |
| BROWN & CONNERY, LLP | ATTN: DONALD K. LUDMAN | 6 NORTH BROAD STREET, SUITE 100 | | | WOODBURY | NJ | 08096 | | (COUNSEL TO SAP INDUSTRIES, INC.) |
| BROWN RUDNICK LLP | ATTN: EDWARD WEISFELNER ESQ | SEVEN TIMES SQUARE | | | NEW YORK | NY | 10036 | | (COUNSEL TO WILMINGTON SAVINGS/WSFS) |
| BROWN RUDNICK LLP | ATTN: JEFFREY JONAS ESQ, ANDREW STREHLE ESQ | JEREMY B COFFEY ESQ | ONE FINANCIAL CENTER | | BOSTON | MA | 02111 | | (COUNSEL TO WILMINGTON SAVINGS/WSFS) |
| BROWN RUDNICK LLP | ATTN: HOWARD SIEGEL ESQ | 185 ASYLUM STREET | | | HARTFORD | CT | 06103 | | (COUNSEL TO WILMINGTON SAVINGS/WSFS) |
| BROWN RUDNICK LLP | ATTN: JEREMY B. COFFEY | SEVEN TIMES SQUARE | | | NEW YORK | NY | 10036 | | |
| BRYAN CAVE LLP | ATTN: STEPHANIE WICKOUSKI; MICHELLE MCMAHON | 1290 AVENUE OF THE AMERICAS | | | NEW YORK | NY | 10104 | | (COUNSEL TO INDENTURE TRUSTEE) |
| BRYAN CAVE LLP | ATTN: ROBERT E. PEDERSEN | 1290 AVENUE OF THE AMERICAS | | | NEW YORK | NY | 10104-3300 | | |

| Name | Notice Name | Address1 | Address2 | Address3 | City | State | Zip | Country | Party / Function |
|---|---|---|---|---|---|---|---|---|---|
| BUCHALTER NEMER, A PROFESSIONAL CORPORATION | ATTN: SHAWN M. CHRISTIANSON | 55 SECOND STREET, 17TH FLOOR | | | SAN FRANCISCO | CA | 94105-3493 | | (COUNSEL TO ORACLE AMERICA, INC.) |
| BUCHANAN INGERSOLL & ROONEY PC | ATTN: KATHLEEN A. MURPHY | 919 NORTH MARKET STREET, SUITE 1500 | | | WILMINGTON | DE | 19801 | | (COUNSEL TO CATERPILLAR FINANCIAL SERVICES CORP.) |
| CARMODY MACDONALD P.C. | ATTN: GREGORY D. WILLARD | 120 S. CENTRAL AVENUE, SUITE 1800 | | | SAINT LOUIS | MO | 63105 | | (COUNSEL TO AUTOMATIC SYSTEMS, INC.) |
| CARROLLTON FARMERS BRANCH INDEPENDENT SCHOOL DISTRICT | C/O DANIEL K BEARDEN | LAW OFFICES OF ROBERT E LUNA PC | 4411 N CENTRAL EXPRESSWAY | | DALLAS | TX | 75205 | | COUNSEL TO CARROLLTON-FARMERS BRANCH ISD |
| CHADBOURNE & PARKE LLP | ATTN: HOWARD SEIFE, DAVID M. LEMAY AND | CHRISTY RIVERA | 1301 AVENUE OF AMERICAS | | NEW YORK | NY | 10019-6022 | | (COUNSEL TO NEXTERA ENERGY RESOURCES, LLC) |
| CIARDI CIARDI & ASTIN | ATTN: DANIEL ASTIN; JOHN MCLAUGHLIN, JR.; | JOSEPH J. MCMAHON JR | 1204 N. KING STREET | | WILMINGTON | DE | 19801 | | (COUNSEL TO ATMOS ENERGY CORPORATION; TXU 2007-1 RAILCAR LEASING LLC; RED BALL OXYGEN CO.) |
| CITIBANK, N.A. | ATTN: OWEN COYLE | 1615 BRETT ROAD, OPS III | | | NEW CASTLE | DE | 19720 | | |
| CITIBANK, N.A. | ZORI MIGLIORINI,STANDBY LETTER | OF CREDIT DEPT, AS FRONTING BANK | 388 GREENWICH ST, 21ST FL | | NEW YORK | NY | 10013 | | |
| CITIBANK, N.A. | ATTN: ERIC O. LIGAN, VICE PRESIDENT | 388 GREENWICH ST 32ND FL | | | NEW YORK | NY | 10013 | | |
| CITIBANK, N.A. | BANK LOAN SYNDICATIONS DEPARTMENT | 1615 BRETT ROAD, BUILDING III | | | NEW CASTLE | DE | 19720 | | |
| CITIBANK, N.A. | ATTN: ANNEMARIE E. PAVCO | SECURITIES PROCESSING SENIOR ANALYST | GLOBAL LOANS, 1615 BRETT RD., OPS III | | NEW CASTLE | DE | 19720 | | |
| CITIBANK, N.A. | ATTN: RYAN FALCONER | 388 GREENWICH STREET | | | NEW YORK | NY | 10013 | | |
| CITY OF FORT WORTH | ATTN: CHRISTOPHER B. MOSLEY | 1000 THROCKMORTON STREET | | | FORT WORTH | TX | 76102 | | (INTERESTED PARTY) |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | ATTN: THOMAS MOLONEY; SEAN O'NEAL; HUMAYUN KHALID | ONE LIBERTY PLAZA | | | NEW YORK | NY | 10006 | | (COUNSEL TO J. ARON & COMPANY) |
| COHEN & GRIGSBY, P.C. | ATTN: WILLIAM E. KELLEHER, JR. | 625 LIBERTY AVENUE | | | PITTSBURGH | PA | 15222-3152 | | (COUNSEL TO WESTINGHOUSE ELECTRIC COMPANY LLC) |
| COHEN & GRIGSBY, P.C. | ATTN: THOMAS D. MAXSON | 625 LIBERTY AVENUE | | | PITTSBURGH | PA | 15222-3152 | | (COUNSEL TO NOVA CHEMICALS INC.) |
| COLE SCHOTZ PC | NORMAN L PERNICK J. KATE STICKLES | 500 DELAWARE AVENUE STE 1410 | | | WILMINGTON | DE | 19801 | | (COUNSEL FOR DELAWARE TRUST CO AS SUCCESSOR INDENTURE TRUSTEE) |
| COLE SCHOTZ PC | WARREN A USATINE | 25 MAIN ST | PO BOX 800 | | HACKENSACK | NJ | 07602 | | (COUNSEL FOR DELAWARE TRUST CO AS SUCCESSOR INDENTURE TRUSTEE) |
| COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TX | OFFICE OF THE TEXAS ATTORNEY GENERAL | BANKRUPTCY & COLLECTIONS DIVISION | ATTN: RACHEL OBALDO & JOHN MARK STERN | PO BOX 12548 | AUSTIN | TX | 78711-2548 | | (INTERESTED PARTY) |
| COMPUTERSHARE | ATTN: TINA VITALE, BA; LL.B. | 480 WASHINGTON BLVD | | | JERSEY CITY | NJ | 07310 | | (INTERESTED PARTY) |
| COMPUTERSHARE TRUST COMPANY OF CANADA | ATTN: ALESSANDRA PANSERA | 1500, UNIVERSITY ST., SUITE 700 | | | MONTREAL | QC | H3A 3S8 | CANADA | (INTERESTED PARTY) |
| COUSINS CHIPMAN & BROWN, LLP | ATTN: SCOTT COUSINS; MARK OLIVERE; ANN KASHISHIAN | 1007 NORTH ORANGE STREET, SUITE 1110 | | | WILMINGTON | DE | 19801 | | (COUNSEL TO AD HOC COMMITTEE OF EFIH UNSECURED NOTEHOLDERS AND EFIH SECOND LIEN DIP COMMITMENT) |
| COWLES & THOMPSON | ATTN: STEPHEN C. STAPLETON | BANK OF AMERICA PLAZA | 901 MAIN STREET, SUITE 3900 | | DALLAS | TX | 75202 | | (COUNSEL TO ATMOS ENERGY CORPORATION) |
| COZEN O'CONNOR | ATTN: MARK E. FELGER | 1201 NORTH MARKET STREET, SUITE 1001 | | | WILMINGTON | DE | 19801 | | (COUNSEL TO J. ARON & COMPANY) |
| CRAVATH, SWAINE & MOORE LLP | RICHARD LEVIN | 825 EIGHTH AVENUE | WORLDWIDE PLAZA | | NEW YORK | NY | 10019-7475 | | (COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC) |
| CROSS & SIMON, LLC | ATTN: MICHAEL J. JOYCE | 1105 NORTH MARKET ST STE 901 | | | WILMINGTON | DE | 19801 | | (COUNSEL TO FIDELITY MANAGEMENT & RESEARCH CO.) |
| CROWE & DUNLEVY, PC | ATTN: JUDY HAMILTON MORSE | BRANIFF BUILDING | 324 N ROBINSON AVE SUITE 100 | | OKLAHOMA CITY | OK | 73102 | | (COUNSEL TO DEVON ENERGY CORPORATION) |
| CROWE & DUNLEVY, PC | ATTN: JUDY HAMILTON MORSE | BRANIFF BUILDING | 324 N ROBINSON AVE SUITE 100 | | OKLAHOMA CITY | OK | 73102 | | (COUNSEL TO DEVON ENERGY CORPORATION) |
| CSC TRUST COMPANY OF DELAWARE | ATTN: SANDRA E. HORWITZ | MANAGING DIRECTOR | 2711 CENTERVILLE RD STE 400 | | WILMINGTON | DE | 19808 | | (INTERESTED PARTY) |
| DAVIS POLK & WARDWELL LLP | ATTN: MARSHALL HUEBNER; BENJAMIN KAMINETZKY; | ELLIOT MOSKOWITZ; DAMON MEYER | 450 LEXINGTON AVENUE | | NEW YORK | NY | 10017 | | (COUNSEL TO GOLDMAN SACHS, ET AL) |

| Name | Notice Name | Address1 | Address2 | Address3 | City | State | Zip | Country | Party / Function |
|---|---|---|---|---|---|---|---|---|---|
| DEUTSCHE BANK | ATTN: MARCUS M. TARKINGTON | 60 WALL STREET (NYCC60-0266) | | | NEW YORK | NY | 10005-2836 | | |
| DORSEY & WHITNEY DELAWARE LLP | ATTN ERIC LOPEZ SCHNABEL; ROBERT W MALLARD; ALESSANDRA GLORIOSO | 300 DELAWARE AVENUE, SUITE 1010 | | | WILMINGTON | DE | 19801 | | (COUNSEL TO U.S. BANK NATIONAL ASSOCIATION AS INDIRECT SUCCESSORR IN INTEREST TO THE CONNECTICUT NATIONAL BANK ETC) |
| DRINKER BIDDLE & REATH LLP | ATTN: HOWARD A. COHEN & ROBERT K. MALONE | 222 DELAWARE AVE., STE. 1410 | | | WILMINGTON | DE | 19801-1621 | | (COUNSEL TO CITIBANK NA, TCEH DIP AGENT) |
| DYKEMA GOSSETT PLLC | ATTN: JEFFREY R. FINE | 1717 MAIN STREET, SUITE 4200 | | | DALLAS | TX | 75201 | | (COUNSEL TO TEX-LA ELECTRIC COOPERATIVE OF TEXAS) |
| EMC CORPORATION | C/O RECEIVABLE MANAGEMENT SERVICES (RMS) | ATTN: RONALD L ROWLAND, AGENT | 307 INTERNATIONAL CIRCLE STE 270 | | COCKEYSVILLE | MD | 21030 | | |
| ENERGY FUTURE HOLDINGS CORP ET AL | ATTN: ANDREW M WRIGHT | 1601 BRYAN ST 43RD FL | | | DALLAS | TX | 75201 | | (DEBTOR) |
| EPIQ BANKRUPTY SOLUTIONS, LLC | ATTN: JAMES KATCHADURIAN, E.V.P. | 757 THIRD AVENUE, 3RD FLOOR | | | NEW YORK | NY | 10017 | | (CLAIMS AGENT) |
| FOLEY & LARDNER LLP | ATTN: HAROLD KAPLAN ESQ, MARK HEBBELN ESQ | LARS PETERSON ESQ | 321 N CLARK ST STE 2800 | | CHICAGO | IL | 60654-5313 | | (COUNSEL TO UMB BANK, INDENTURE TRUSTEE) |
| FOX ROTHSCHILD LLP | ATTN: JEFFREY SCHLERF; JOHN STROCK; L. JOHN BIRD | 919 NORTH MARKET STREET, SUITE 300 | | | WILMINGTON | DE | 19801 | | (COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS) |
| FRANKGECKER LLP | JOSEPH D FRANK REED HEILIGMAN | 325 N LASALLE ST STE 625 | | | CHICAGO | IL | 60654 | | (COUNSEL FOR EXPERIAN INFORMATION SOLUTIONS, INC. & EXPERIAN MARKETING SOLUTIONS, INC.) |
| FRANKGECKER LLP | Joseph D Frank Frances Gecker Reed Heiligman | 325 North LaSalle Street Suite 625 | | | CHICAGO | IL | 60654 | | (COUNSEL TO THE PI LAW FIRMS) |
| FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP | ATTN: BRAD E. SCHELER, GARY L. KAPLAN & MATTHEW M. ROOSE | ONE NEW YORK PLAZA | | | NEW YORK | NY | 10004 | | (COUNSEL TO FIDELITY MANGEMENT & RESEARCH CO.) |
| GARDERE WYNNE SEWELL LLP | ATTN: JOHN P. MELKO & MICHAEL K. RIORDAN | 1000 LOUISIANA, STE. 3400 | | | HOUSTON | TX | 77002 | | (COUNSEL TO ROMCO EQUIPMENT CO.) |
| GAY, MCCALL, ISAACKS, GORDON & ROBERTS, P.C. | ATTN: DUSTIN L. BANKS | 1919 S. SHILOH ROAD, SUITE 310 LB 40 | | | GARLAND | TX | 75042 | | (COUNSEL TO GARLAND INDEPENDENT SCHOOL DISTRICT & CITY OF GARLAND) |
| GAY, MCCALL, ISAACKS, GORDON & ROBERTS, P.C. | ATTN: DAVID MCCALL | 777 E. 15TH ST. | | | PLANO | TX | 75074 | | (COUNSEL TO COLLIN COUNTY) |
| GELLERT SCALI BUSENKELL & BROWN, LLC | ATTN: MICHAEL G. BUSENKELL | 913 N. MARKET STREET, 10TH FLOOR | | | WILMINGTON | DE | 19801 | | (COUNSEL TO AURELIUS) |
| GIBBONS PC | NATASHA M SONGONUGA | 1000 N WEST ST STE 1200 | | | WILMINGTON | DE | 19801-1058 | | (COUNSEL FOR VEOLIA ES INDUSTRIAL SERVICES INC) |
| GIBBONS PC | DALE E BARNEY | ONE GATEWAY CENTER | | | NEWARK | NJ | 07102-5310 | | (COUNSEL FOR VEOLIA ES INDUSTRIAL SERVICES INC) |
| GOODWIN PROCTER LLP | ATTN: WILLIAM P. WEINTRAUB; KIZZY L. JARASHOW | THE NEW YORK TIMES BUILDING | 620 EIGHTH AVENUE | | NEW YORK | NY | 10018 | | (COUNSEL TO AURELIUS CAPITAL MANAGEMENT, LP) |
| HAYNES AND BOONE LLP | ATTN: JONATHAN HOOK | 30 ROCKEFELLER CENTER, 26TH FLOOR | | | NEW YORK | NY | 10112 | | (COUNSEL TO AIRGAS USA, LLC) |
| HAYNES AND BOONE LLP | ATTN: PATRICK L. HUGHES | 1221 MCKINNEY STREET, SUITE 1200 | | | HOUSTON | TX | 77010 | | (COUNSEL TO AIRGAS USA, LLC) |
| HAYNES AND BOONE, LLP | ATTN: IAN T. PECK | 201 MAIN STREET, SUITE 2200 | | | FORT WORTH | TX | 76102-3126 | | (COUNSEL TO BNSF RAILWAY COMPNAY) |
| HCL AMERICA INC | ATTN: RAGHU RAMAN LAKSHMANAN | 330 POTRERO AVENUE | | | SUNNYVALE | CA | 94085 | | (COMMITTEE OF UNSECURED CREDITORS) |
| HINCKLEY ALLEN | ATTN: JENNIFER V. DORAN | 28 STATE STREET | | | BOSTON | MA | 02109 | | (COUNSEL TO INVENSYS SYSTEMS, INC.) |
| HOGAN MCDANIEL | ATTN: DANIEL K HOGAN ESQ | 1311 DELAWARE AVENUE | | | WILMINGTON | DE | 19806 | | (COUNSEL TO THE RICHARDS GROUP INC) |
| HOGAN MCDANIEL | ATTN: GARVAN F MCDANIEL ESQ | 1311 DELAWARE AVE | | | WILMINGTON | DE | 19806 | | (COUNSEL TO AD HOC GROUP OF EFH LEGACY NOTEHOLDER) |
| HOLLAND & KNIGHT LLP | CHRISTINE C RYAN | 800 17TH ST NW STE 1100 | | | WASHINGTON | DC | 20006 | | (COUNSEL TO TEX-LA ELECTRIC COOPERATIVE OF TEXAS) |
| HOLT TEXAS LTD, D/B/A HOLT CAT | ATTN: MICHAEL PURYEAR, ESQ., GENERAL COUNSEL | 3302 SOUTH W.W. WHITE RD | | | SAN ANTONIO | TX | 78222 | | (COMMITTEE OF UNSECURED CREDITORS) |
| INTERNAL REVENUE SERVICE | | PO BOX 7346 | | | PHILADELPHIA | PA | 19101-7346 | | (IRS) |
| INTERNAL REVENUE SERVICE | | DEPARTMENT OF THE TREASURY | | | OGDEN | UT | 84201 | | (IRS) |

In re: Energy Future Holdings Corp., et al.
Case No. 14-10979 (CSS)

Page 3 of 9

| Name | Notice Name | Address1 | Address2 | Address3 | City | State | Zip | Country | Party / Function |
|---|---|---|---|---|---|---|---|---|---|
| JACKSON WALKER, LLP | ATTN: MONICA S. BLACKER | 901 MAIN STREET, SUITE 6000 | | | DALLAS | TX | 75202 | | (COUNSEL TO HOLT TEXAS, LTD. D/B/A HOLT CAT) |
| JACKSON WALKER, LLP | ATTN: J. SCOTT ROSE | WESTON CENTRE | 112 E. PECAN STREET, SUITE 2400 | | SAN ANTONIO | TX | 78205 | | (COUNSEL TO HOLT TEXAS, LTD. D/B/A HOLT CAT) |
| JONES DAY | ATTN: PATRICIA VILLAREAL | 2727 NORTH HARWOOD STREET | | | DALLAS | TX | 75201 | | (COUNSEL TO ONCOR) |
| JONES DAY | ATTN: MICHAEL L. DAVITT | 2727 NORTH HARWOOD STREET | | | DALLAS | TX | 75201 | | (COUNSEL TO ONCOR) |
| KASOWITZ BENSON TORRES & FRIEDMAN LLP | ATTN: DAVID ROSNER ESQ, ANDREW GLENN ESQ & | DANIEL FLIMAN ESQ | 1633 BROADWAY | | NEW YORK | NY | 10019 | | (COUNSEL TO AD HOC GROUP OF EFH LEGACY NOTEHOLDER) |
| KELLEY DRYE & WARREN LLP | ATTN: JAMES S. CARR, BENJAMINN D. FEDER & | GILBERT R. SAYDAH | 101 PARK AVENUE | | NEW YORK | NY | 10178 | | (COUNSEL TO CSC TRUST OF DE, AS PROPOSED SUCC INDENTURE TTEE FOR 7.46% & 7.48% TCEH SECURED FACILITY BONDS) |
| KELLY HART & HALLMAN LLP | ATTN: MICHAEL MCCONNELL ESQ & CLAY TAYLOR ESQ | KATHERINE THOMAS ESQ | 201 MAIN ST STE 2500 | | FORT WORTH | TX | 76102 | | (COUNSEL TO ONCOR STEERING COMMITTEE) |
| KIRKLAND & ELLIS LLP | ATTN: RICHARD CIERI ESQ, EDWARD SASSOWER PC | STEPHEN HESSLER ESQ & BRIAN E SCHARTZ ESQ | 601 LEXINGTON AVE | | NEW YORK | NY | 10022 | | (COUNSEL TO EFHC DEBTORS) |
| KIRKLAND & ELLIS LLP | ATTN: JAMES H.M. SPRAYREGEN, P.C. | CHAD HUSNICK ESQ & STEVEN SERAJEDDINI ESQ | 300 N LASALLE | | CHICAGO | IL | 60654 | | (COUNSEL TO EFHC DEBTORS) |
| KLEHR HARRISON HARVEY BRANZBURG LLP | ATTN: RAYMOND H. LEMISCH | 919 MARKET STREET, SUITE 1000 | | | WILMINGTON | DE | 19801 | | (COUNSEL TO UMB BANK, N.A. INDENTURE TRUSTEE) |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | ATTN: THOMAS MOERS MAYER; GREGORY HOROWITZ; | JOSHUA BRODY; PHILIP BENTLEY | 1177 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10036 | | (COUNSEL TO INDENTURE TRUSTEE) |
| LACKEY HERSHMAN, LLP | ATTN: JAMIE R WELTON ESQ | 3102 OAK LAWN AVE STE 777 | | | DALLAS | TX | 75219 | | (COUNSEL TO THE RICHARDS GROUP INC) |
| LANDIS RATH & COBB LLP | ATTN: ADAM G. LANDIS & MATTHEW B. MCGUIRE | 919 MARKET ST STE 1800 | | | WILMINGTON | DE | 19801 | | (COUNSEL TO MARATHON MGMT, ALCOA AND NEXTERA ENERGY RESOURCES, LLC) |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK | ATTN: FRANK GODINO VICE PRESIDENT | 400 MADISON AVE, STE 4D | | | NEW YORK | NY | 10017 | | (COMMITTEE OF UNSECURED CREDITORS) |
| LAW OFFICE OF PATRICIA WILLIAMS PREWITT | ATTN: PATRICIA WILLIAMS PREWITT | 10953 VISTA LAKE COURT | | | NAVASOTA | TX | 77868 | | (COUNSEL TO TARGA GAS MARKETING; KINDER MORGAN; NATURAL GAS PIPELINE CO; EL PASO NATURAL GAS TEXAS PIPELINE; KINDER MORGAN TEJAS PIPELINE LLCS) |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: ELIZABETH WELLER ESQ | 2777 N STEMMONS FREEWAY, SUITE 1000 | | | DALLAS | TX | 75207 | | (COUNSEL TO TARRANT & DALLAS COUNTY) |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: JOHN P DILLMAN ESQ | PO BOX 3064 | | | HOUSTON | TX | 77253-3064 | | (COUNSEL TO HARRIS, ANGELINA & FORT BEND COUNTIES) |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: DIANE WADE SANDERS | P.O. BOX 17428 | | | AUSTIN | TX | 78760 | | (COUNSEL TO WALNUT SPRINGS ISD, FRANKLIN ISD, ROBERTSON CTY, LEE CTY, MCLENNAN CTY, FALLS CTY, ROUND ROCK ISD, NEUECES CTY, LIMESTONE CTY) |
| LLOYD GOSSELINK ROCHELLE & TOWNSEND PC | ATTN: GEOFFREY GAY ESQ | 816 CONGRESS AVE STE 1900 | | | AUSTIN | TX | 78701 | | (COUNSEL TO ONCOR STEERING COMMITTEE) |
| LOCKE LORD LLP | ATTN: C. DAVIN BOLDISSAR ESQ | 601 POYDRAS ST STE 2660 | | | NEW ORLEANS | LA | 70130-6036 | | (COUNSEL TO BP AMERICA PRODUCTION COMPANY) |
| LOCKE LORD LLP | ATTN PHILIP EISENBERG | 2800 JPMORGAN CHASE TOWER | 600 TRAVIS | | HOUSTON | TX | 77002 | | (COUNSEL FOR AMECO, AMERICAN EQUIPMENT COMPANY INC., FLUOR GLOBAL SERVICES, FLOUR CORPORATION, FLUOR ENTERPRISES) |
| LOWER COLORADO RIVER AUTHORITY | LOWER CO RIVER AUTHORITY TRANSMISSION (LCRA TSC) | LEGAL SERVICES | ATTN: WILLIAM T. MEDAILLE | PO BOX 220 | AUSTIN | TX | 78767 | | |
| MANION GAYNOR & MANNING LLP | ATTN: MARC PHILLIPS ESQ | THE NEMOURS BUILDING | 1007 N ORANGE ST 10TH FL | | WILMINGTON | DE | 19801 | | (COUNSEL TO ONCOR STEERING COMMITTEE) |
| MARGOLIS EDELSTEIN | ATTN: JAMES E. HUGGETT & AMY D. BROWN | 300 DELAWARE AVENUE, SUITE 800 | | | WILMINGTON | DE | 19801 | | (COUNSEL TO URS ENERGY & CONSTRUCTION, INC.) |

| Name | Notice Name | Address1 | Address2 | Address3 | City | State | Zip | Country | Party / Function |
|---|---|---|---|---|---|---|---|---|---|
| MASLON EDELMAN BORMAN & BRAND LLP | ATTN CLARK T WHITMORE; ANA CHILINGARISHVILI; KOREY G KALLSTROM | 90 SOUTH 7TH ST SUITE 3300 | | | MINNEAPOLIS | MN | 55402 | | (COUNSEL TO U.S. BANK NATIONAL ASSOCIATION AS INDIRECT SUCCESSORR IN INTEREST TO THE CONNECTICUT NATIONAL BANK ETC) |
| MCCATHERN, PLLC | ATTN: JONATHAN L. HOWELL | REGENCY PLAZA | 3710 RAWLINS, SUITE 1600 | | DALLAS | TX | 75219 | | (COUNSEL TO RED BALL OXYGEN COMPANY) |
| MCCREARY, VESELKA, BRAGG & ALLEN, PC | ATTN: LEE GORDON | PO BOX 1269 | | | ROUND ROCK | TX | 78680 | | (COUNSEL TO TEXAS AD VALOREM TAXING JURISDICTIONS) |
| MCELROY DEUTSCH MULVANEY & CARPENTER LLP | DAVID P PRIMACK | 300 DELAWARE AVE STE 770 | | | WILMINGTON | DE | 19801 | | (COUNSEL FOR TCEH DEBTORS) |
| MCKOOL SMITH | ATTN: PETER S. GOODMAN; MICHAEL R. CARNEY | ONE BRYANT PARK, 47TH FLOOR | | | NEW YORK | NY | 10036 | | (COUNSEL TO ALCOA) |
| MCKOOL SMITH | ATTN: PAUL D. MOAK, ESQ. | 600 TRAVIS STREET, SUITE 7000 | | | HOUSTON | TX | 77002 | | (COUNSEL TO ALCOA) |
| MICHAEL G. SMITH | | 111 NORTH 6TH STREET | PO BOX 846 | | CLINTON | OK | 73601 | | (COUNSEL TO VALERO TEXAS POWER MARKETING, INC.) |
| MILBANK, TWEED, HADLEY & MCCLOY LLP | ATTN: DENNIS F. DUNNE, EVAN R. FLECK & KAREN GARTENBERG | | 1 CHASE MANHATTAN PLAZA | | NEW YORK | NY | 10005 | | (COUNSEL TO CITIBANK NA, TCEH DIP AGENT) |
| MILBANK, TWEED, HADLEY & MCCLOY LLP | ATTN: JONATHAN BROWN | 1 CHASE MANHATTAN PLAZA | | | NEW YORK | NY | 10005 | | |
| MISSOURI DEPARTMENT OF REVENUE | BANKRUPTCY UNIT | ATTN: STEVEN A. GINTHER | PO BOX 475 | | JEFFERSON CITY | MO | 65105-0475 | | (INTERESTED PARTY) |
| MORGAN LEWIS & BOCKIUS | ATTN: JULIA FROST-DAVIES P STRAWBRIDGE | CHRISTOPHER L. CARTER ESQ | ONE FEDERAL STREET | | BOSTON | MA | 02110-1726 | | (COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO. LLC) |
| MORRIS JAMES LLP | ATTN: STEPHEN M. MILLER | PO BOX 2306 | | | WILMINGTON | DE | 19899-2306 | | (COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NY) |
| MORRIS NICHOLS ARSHT & TUNNELL LLP | ATTN: DERK ABBOTT; ANDREW REMMING; ERIN FAY | 1201 NORTH MARKET STREET, SUITE 1600 | | | WILMINGTON | DE | 19801 | | (COUNSEL TO THE "EFH EQUITY INTEREST HOLDERS") |
| MORRISON & FOERSTER LLP | ATTN: JAMES PECK ESQ, BRETT H MILLER ESQ | LORENZO MARINUZZI ESQ THOMAS A HUMPHREYS | 250 W 55TH ST | | NEW YORK | NY | 10019 | | (COUNSEL TO THE TCEH UNSECURED CREDITORS COMMITTEE) |
| MUNGER TOLLES & OLSON LLP | THOMAS B WALPER TODD J ROSEN | SETH GOLDMAN JOHN W SPIEGEL | 355 S GRAND AVE 35TH FL | | LOS ANGELES | CA | 90071 | | (COUNSEL FOR TCEH DEBTORS) |
| MUNSCH HARDT KOPF & HARR PC | ATTN: RUSSELL L MUNSCH ESQ | 3050 FROST BANK TOWER | 401 CONGRESS AVE | | AUSTIN | TX | 78701-4071 | | (COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF TEXAS/ ERCOT) |
| MUNSCH HARDT KOPF & HARR PC | ATTN: KEVIN M LIPPMAN ESQ | 500 N AKARD ST STE 3800 | | | DALLAS | TX | 75201-6659 | | (COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF TEXAS/ ERCOT) |
| NAMAN HOWELL SMITH & LEE PLLC | ATTN KERRY L HALIBURTON | PO BOX 1470 | | | WACO | TX | 76703-1470 | | (COUNSEL FOR BUFFALO INDUSTRIAL SUPPLY) |
| NELSON MULLINS RILEY & SCARBOROUGH LLP | ATTN: JODY A. BEDENBAUGH AND GEORGE B. CAUTHEN | 1320 MAIN STREET, 17TH FLOOR | | | COLUMBIA | SC | 29201 | | (COUNSEL TO MICHELIN NORTH AMERICA INC.) |
| NIXON PEABODY | ATTN: RICHARD C. PEDONE; AMANDA D. DARWIN | 100 SUMMER STREET | | | BOSTON | MA | 02110 | | (COUNSEL TO AMERICAN STOCK TRANSFER & TRUST CO) |
| OFFICE OF THE TEXAS ATTORNEY GENERAL | ATTN: HAL MORRIS & ASHLEY BARTRAM | BANKRUPTCY REGULATORY SECTION | BANKRUPTCY & COLLECTIONS DIVISION | PO BOX 12548 | AUSTIN | TX | 78711-2548 | | (COUNSEL TO PUBLIC UTILITY COMMISSION OF TEXAS) |
| OFFICE OF THE TEXAS ATTORNEY GENERAL | ATTN: HAL F MORRIS ESQ & ASHLEY BARTRAM ESQ | BANKRUPTCY REGULATORY SECTION | BANKRUPTCY & COLLECTIONS DIVISION | PO BOX 12548 | AUSTIN | TX | 78711-2548 | | (COUNSEL TO TEXAS COMMISSION ON ENVIRONMENTAL QUALITY & RAILROAD COMMISSION) |
| OFFICE OF THE UNITED STATES ATTORNEY | ATTN: ELLEN SLIGHTS, ESQ. | PO BOX 2046 | | | WILMINGTON | DE | 19899-2046 | | (US ATTORNEY FOR DE) |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: RICHARD L. SCHEPACARTER | J. CALEB BOGGS FEDERAL BUILDING | 844 KING STREET, SUITE 2207 - LOCKBOX #35 | | WILMINGTON | DE | 19801 | | (US TRUSTEE) |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: ANDREA SCHWARTZ | U.S. FEDERAL OFFICE BUILDING | 201 VARICK STREET, SUITE 1006 | | NEW YORK | NY | 10014 | | (US TRUSTEE) |
| O'KELLY ERNST & BIELLI LLC | DAVID M KLAUDER SHANNON J DOUGHERTY | 901 N. MARKET STREET, SUITE 1000 | | | WILMINGTON | DE | 19801 | | (COUNSEL FOR ENERGY FUTURE HOLDINGS CORP) |
| O'MELVENY & MYERS LLP | ATTN: GEORGE A. DAVIS | 7 TIMES SQUARE | | | NEW YORK | NY | 10036 | | (COUNSEL TO APOLLO GLOBAL MANAGEMENT, LLC) |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: LAURA DAVIS JONES; ROBERT FEINSTEIN | PO BOX 8705 | | | WILMINGTON | DE | 19899 | | (COUNSEL TO INDENTURE TRUSTEE) |
| PATTERSON BELKNAP WEBB & TYLER LLP | ATTN: DANIEL A. LOWENTHAL; CRAIG W. DENT B GUINEY | 1133 AVENUE OF THE AMERICAS | | | NEW YORK | NY | 10036-6710 | | (COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NY) |

In re: Energy Future Holdings Corp., et al.
Case No. 14-10979 (CSS)

Page 5 of 9

| Name | Notice Name | Address1 | Address2 | Address3 | City | State | Zip | Country | Party / Function |
|---|---|---|---|---|---|---|---|---|---|
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: ALAN KORNBERG; KELLEY CORNISH; BRIAN HERMANN; JACOB ADLERSTEIN | 1285 AVENUE OF THE AMERICAS | | | NEW YORK | NY | 10019 | | (COUNSEL TO AD HOC COMMITTEE OF TCEH FIRST LIEN) |
| PENSION BENEFIT GUARANTY CORPORATION | OFFICE OF THE CHIEF COUNSEL | ATTN: DESIREE M. AMADOR, ATTY | 1200 K STREET, N.W. | | WASHINGTON | DC | 20005-4026 | | (TOP 50 UNSECURED CREDITOR) |
| PENSION BENEFIT GUARANTY CORPORATION | ATTN: JON CHATALIAN | OFFICE OF THE CHIEF COUNSEL | 1200 K STREET, NW | | WASHINGTON | DC | 20005-4026 | | (TOP 50 UNSECURED CREDITOR) |
| PENSION BENEFIT GUARANTY CORPORATION | ATTN: CRAIG YAMAOKA, SENIOR FINANCIAL ANALYST | 1200 K STREET, NW | | | WASHINGTON | DC | 20005 | | (COMMITTEE OF UNSECURED CREDITORS) |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | ATTN: ELIZABETH BANDA CALVO ESQ | 500 E Border St Ste 640 | | | ARLINGTON | TX | 76010-7457 | | (COUNSEL TO SOMERVELL COUNTY ET AL) |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | ATTN: OWEN M SONIK ESQ | 1235 N LOOP WEST STE 600 | | | HOUSTON | TX | 77008 | | (COUNSEL TO GALENA PARK ISD) |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | ATTN: JOHN T BANKS ESQ | 3301 NORTHLAND DR STE 505 | | | AUSTIN | TX | 78731 | | (COUNSEL TO CAMERON ISD, THORNDALE ISD BUCKHOLTS ISD, COPPERAS COVE ISD, MCALLEN ISD, HIDALGO COUNTY & HIDALGO COUNTY DRAINAGE DIST #1) |
| PERDUE BRANDON FIELDER COLLINS & MOTT LP | ATTN: JEANMARIE BAER | PO BOX 8188 | | | WICHITA FALLS | TX | 76307 | | (COUNSEL TO YOUNG CTY, GRAHAM ISD, GRAHAM HOSPITAL DISTRICT & NORTH CENTRAL TEXAS COLLEGE DISTRICT) |
| PERKINS COIE LLP | TINA N MOSS | 30 Rockefeller Plaza, 22nd Floor | | | NEW YORK | NY | 10112-0015 | | (CO COUNSEL TO DELAWARE TRUST COMPANY (FKA CSC TRUST COMPANY OF DELAWARE) |
| PINCKNEY, WEIDINGER, URBAN & JOYCE LLC | ATTN: GREGORY T. DONILON, ESQ. | 1220 NORTH MARKET STREET, SUITE 950 | | | WILMINGTON | DE | 19801 | | (COUNSEL TO AUTOMATIC SYSTEMS, INC.) |
| POLSINELLI PC | ATTN: CHRISTOPHER WARD ESQ, JUSTIN EDELSON ESQ; SHANTI KATONA ESQ | 222 DELAWARE AVE STE 1101 | | | WILMINGTON | DE | 19801 | | (COUNSEL TO THE TCEH UNSECURED CREDITORS COMMITTEE) |
| POLSINELLI PC | ATTN: EDWARD FOX ESQ | 900 THIRD AVE 21ST FL | | | NEW YORK | NY | 10022 | | (COUNSEL TO THE TCEH UNSECURED CREDITORS COMMITTEE) |
| POPE HARDWICKE CHRISTIE SCHELL KELLY & RAY, LLP | ATTN: MICHAEL L. ATCHLEY; MATTHEW T. TAPLETT | 500 WEST 7TH STREET, SUITE 600 | | | FORT WORTH | TX | 76102 | | (COUNSEL TO TARRANT REGIONAL WATER DISTRICT & NORTHEAST TEXAS MUNICIPAL WATER DISTRICT) |
| POTTER ANDERSON & CORROON LLP | ATTN: JEREMY RYAN ESQ | PO BOX 951 | | | WILMINGTON | DE | 19801 | | (COUNSEL TO DEUTSCHE BANK, AGENT TO DIP FINANCING) |
| PROSKAUER ROSE LLP | JEFF J. MARWIL MARK K. THOMAS PETER J. YOUNG | 70 W. MADISON STREET, SUITE 3800 | THREE FIRST NATIONAL PLAZA | | CHICAGO | IL | 60602 | | (COUNSEL FOR ENERGY FUTURE HOLDINGS CORP) |
| PURDUE AWSUMB & BAUDLER PA | C/O AMY R BAUDLER | 4700 WEST 77TH STREET | SUITE 240 | | MINNEAPOLIS | MN | 55435 | | (COUNSEL FOR BARR ENGINEERING CO.) |
| QUARLES & BRADY LLP | ATTN: HOHN A. HARRIS; JASON D. CURRY | RENAISSANCE ONE | TWO NORTH CENTRAL AVENUE | | PHOENIX | AZ | 85004-2391 | | (COUNSEL TO TXU 2007-1 RAILCAR LEASING LLC) |
| REED SMITH LLP | ATTN: KURT F. GWYNE; KIMBERLY E.C. LAWSON | 1201 MARKET STREET, SUITE 1500 | | | WILMINGTON | DE | 19801 | | (COUNSEL TO THE BANK OF NEW YORK MELLON AND THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., AS INDENTURE TRUSTEES) |
| REED SMITH LLP | ATTN: AMY M. TONTI, ESQ. | REED SMITH CENTRE | 225 FIFTH AVENUE, SUITE 1200 | | PITTSBURGH | PA | 15222 | | (COUNSEL TO THE BANK OF NEW YORK MELLON SOLEY IN ITS CAPACITY AS TRUSTEE UNDER ENUMERATED TRUST) INDENTURE TRUSTEES) |
| REED SMITH LLP | ATTN: RICHARD A. ROBINSON | 1201 MARKET STREET, SUITE 1500 | | | WILMINGTON | DE | 19801 | | (COUNSEL TO THE BANK OF NEW YORK MELLON, SOLELY IN ITS CAPACITY AS TRUSTEE) |
| REED SMITH LLP | | 1201 MARKET STREET, SUITE 1500 | | | WILMINGTON | DE | 19801 | | (COUNSEL TO THE BANK OF NEW YORK MELLON SOLEY IN ITS CAPACITY AS TRUSTEE UNDER ENUMERATED TRUST) INDENTURE TRUSTEES) |
| RICHARDS LAYTON & FINGER | ATTN: MARK D COLLINS ESQ | DANIEL J DEFRANCESCHI ESQ | JASON M MADRON ESQ | 920 N KING ST | WILMINGTON | DE | 19801 | | (CO-COUNSEL TO EFHC DEBTORS) |
| RIDDELL WILLIAMS PS | ATTN JOSEPH E SHICKICH; HILARY B MOHR | 1001 4TH AVENUE STE 4500 | | | SEATTLE | WA | 98154 | | (COUNSEL FOR MICROSOFT CORPORATION; MICROSOFT LICENSING LP) |
| ROPES & GRAY LLP | MARK R. SOMERSTEIN | 1211 AVENUE OF THE AMERICAS | | | NEW YORK | NY | 10036-8704 | | |

| Name | Notice Name | Address1 | Address2 | Address3 | City | State | Zip | Country | Party / Function |
|---|---|---|---|---|---|---|---|---|---|
| SATTERLEE STEPHENS BURKE & BURKE LLP | CHRISTOPHER R BELMONTE PAMELA A BOSSWICK | 230 PARK AVENUE | | | NEW YORK | NY | 10169 | | (COUNSEL FOR MOODY'S ANALYTICS, INC.) |
| SAUL EWING LLP | ATTN: MARK MINUTI ESQ | PO BOX 1266 | | | WILMINGTON | DE | 19899 | | (COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF TEXAS/ ERCOT) |
| SAUL EWING LLP | LUCIAN B MURLEY | 222 DELAWARE AVE STE 1200 | PO BOX 1266 | | WILMINGTON | DE | 19899 | | (COUNSEL FOR JOHNSON MATTHEY STATIONARY EMISSIONS CONTROL LLC) |
| SCHNADER HARRISON SEGAL & LEWIS LLP | RICHARD A BARKASY | 824 NORTH MARKET ST STE 800 | | | WILMINGTON | DE | 19801 | | (COUNSEL FOR CCP CREDIT ACQUISITION HOLDINGS, L.L.C., CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP. AND CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P.) |
| SEARCY & SEARCY, P.C. | CALLAN CLARK SEARCY | ATTN: JOSHUA R. SEARCY, JOSHUA P. SEARCY & | PO BOX 3929 | | LONGVIEW | TX | 75606 | | (COUNSEL TO D.COURTNEY CONSTRUCTION, INC.) |
| SECURITIES AND EXCHANGE COMMISSION | | 100 F STREET, NE | | | WASHINGTON | DC | 20549 | | (SEC) |
| SEWARD & KISSEL LLP | ATTN: JOHN ASHMEAD; KALYAN DAS; ARLENE ALVES | ONE BATTERY PARK PLAZA | | | NEW YORK | NY | 10014 | | (COUNSEL TO WILMINGTON TRUST, NA) |
| SHEARMAN & STERLING LLP | ATTN: FREDERIC SOSNICK ESQ & NED SCHODEK ESQ | 599 LEXINGTON AVE | | | NEW YORK | NY | 10022 | | (COUNSEL TO DEUTSCHE BANK, AGENT TO DIP FINANCING) |
| SHEEHY, LOVELACE & MAYFIELD, PC | ATTN: STEVEN M. BURTON | 510 N. VALLEY MILLS DR., SUITE 500 | | | WACO | TX | 76710 | | (COUNSEL TO CENTRAL TEXAS SECURITY & FIRE EQUIPMENT, INC.) |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN: MARK S. CHEHI; KRISTHY M. PEGUERO | PO BOX 636 | | | WILMINGTON | DE | 19899-0636 | | (COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC.) |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN: JAY M. GOFFMAN | FOUR TIMES SQUARE | | | NEW YORK | NY | 10036-6522 | | (COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC.) |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN: GEORGE N. PANAGAKIS; CARL T. TULLSON | 155 NORTH WACKER DRIVE, SUITE 2700 | | | CHICAGO | IL | 60606-1720 | | (COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC.) |
| SMITH, KATZENSTEIN & JENKINS LLP | ATTN: KATHLEEN M. MILLER | PO BOX 410 | | | WILMINGTON | DE | 19899 | | (COUNSEL TO AIRGAS USA, LLC & VALERO TEXAS POWER) |
| SNELL & WILMER LLP | ATTN: DAVID E. LETA | 15 WEST SOUTH TEMPLE, SUITE 1200 | | | SALT LAKE CITY | UT | 84101 | | (COUNSEL TO HEADWATERS RESOURCES, INC.) |
| SQUIRE SANDERS (US) LLP | ATTN: STEPHEN D. LERNER & ANDREW M. SIMON | 221 E. FOURTH ST., SUITE 2900 | | | CINCINNATI | OH | 45202 | | (COUNSEL TO ARCELORMITTLA USA LLC) |
| STEFFES VINGIELLO & MCKENZIE LLC | ATTN NOEL STEFFES MELANCON | 13702 COURSEY BLVD BLDG 3 | | | BATON ROUGE | LA | 70817 | | (COUNSEL TO SETPOINT INTEGRATED SOLUTIONS |
| STREUSAND, LANDON & OZBURN, LLP | ATTN: SABRINA L. STREUSAND | 811 BARTON SPRINGS RD, STE. 811 | | | AUSTIN | TX | 78704 | | (COUNSEL TO ALLEN SHRODE) |
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN: ELIHU E. ALLINSON, III | 901 N. MARKET STREET, SUITE 1300 | | | WILMINGTON | DE | 19801 | | (COUNSEL TO HENRY PRATT COMPANY, LLC) |
| TAYLOR ENGLISH DUMA LLP | ATTN: STEPHEN C. GREENBERG | 1600 PARKWOOD CIRCLE, SUITE 400 | | | ATLANTA | GA | 30339 | | (COUNSEL TO HENRY PRATT COMPANY, LLC) |
| TEXAS OFFICE OF PUBLIC UTILITY COUNSEL (OPUC) | BANKRUPTCY & COLLECTIONS DIVISION | ATTN: JASON A STARKS, ASST ATTORNEY GENERAL | PO BOX 12548 | | AUSTIN | TX | 78711-2548 | | (INTERESTED PARTY) |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY | ATTN: RAFAEL MARTINEZ,VP - CSM | 601 TRAVIS STREET, 16TH FL | | HOUSTON | TX | 77002 | | (TOP 50 UNSECURED CREDITOR) |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY | ATTN: THOMAS VLAHAKIS,VP | 385 RIFLE CAMP RD, 3RD FL | | WOODLAND PARK | NJ | 07424 | | (TOP 50 UNSECURED CREDITOR) |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY | ATTN: DENNIS ROEMLEIN | 601 TRAVIS ST, 16TH FLOOR | | HOUSTON | TX | 77002 | | (COMMITTEE OF UNSECURED CREDITORS) |
| THE TAUBMAN COMPANY AND THE TAUBMAN LANDLORDS | ATTN: ANDREW S CONWAY ESQ | 200 EAST LONG LAKE RD STE 300 | | | BLOOMFIELD HILLS | MI | 48304 | | (INTERESTED PARTY) |
| THE UNIVERSITY OF TEXAS SYSTEM | TRACI L COTTON OFFICE OF GENERAL COUNSEL | 201 WEST SEVENTH ST | | | AUSTIN | TX | 78701 | | (COUNSEL FOR UNIVERSITY OF TX SYSTEM ON BEHALF OF UNIVERSITY OF TEXAS AT ARLINGTON) |
| THOMPSON COBURN LLP | ATTN: DAVID D. FARRELL | ONE US BANK PLAZA, SUITE 3200 | | | SAINT LOUIS | MO | 63101 | | (COUNSEL TO MARTIN ENGINEERING COMPANY) |
| TRAVIS COUNTY | ATTN: KAY D. BROCK, ASSISTANT COUNTY ATTORNEY | PO BOX 1748 | | | AUSTIN | TX | 78767 | | (INTERESTED PARTY) |
| TROUTMAN SANDERS LLP | ATTN: HUGH MCDONALD ESQ, LOUIS CURCIO ESQ & BRETT GOODMAN ESQ | 405 LEXINGTON AVE | THE CHRYSLER BUILDING | | NEW YORK | NY | 10174 | | (COUNSEL TO WILMINGTON SAVINGS FUND SOCIETY, FSG, IN ITS CAPACITY AS SUCCESSOR INDENTURE TTEE (WSFS)) |

| Name | Notice Name | Address1 | Address2 | Address3 | City | State | Zip | Country | Party / Function |
|---|---|---|---|---|---|---|---|---|---|
| TUCKER ARENSBERG, P.C. | ATTN: JORDAN S. BLASK, LARA E. SHIPKOVITZ | 1500 ONE PPG PLACE | | | PITTSBURGH | PA | 15222 | | (COUNSEL TO THERMO FISHER SCIENTIFIC INC. AND AFFILIATES AND SUBSIDIARIES) |
| TW TELECOM INC | ATTN LINDA BOYLE | 10475 PARK MEADOWS DR NO 400 | | | LITTLETON | CO | 80124 | | (COUNSEL FOR TW TELECOM INC) |
| UMB BANK, N.A. | ATTN: LAURA ROBERSON VICE PRESIDENT | 2 SOUTH BROADWAY STE 600 | | | ST. LOUIS | MO | 63102 | | |
| UNION PACIFIC RAILROAD COMPANY | ATTN: MARY ANN KILGORE & JENNIE L. ANDERSON | 1400 DOUGLAS STREET, STOP 1580 | | | OMAHA | NE | 68179 | | |
| UNITED STATES DEPARTMENT OF JUSTICE | ATTN: MATTHEW J. TROY | CIVIL DIVISION | P.O. BOX 875 | BEN FRANKLIN STATION | WASHINGTON | DC | 20044-0875 | | (ON BEHALF OF UNITED STATES OF AMERICA, DEPT. OF AGRICULTURE, RURAL UTILITIES SERVICE) |
| UNITED STATES DEPARTMENT OF JUSTICE | ATTN: MATTHEW J TROY ESQ CIVIL DIVISION | PO BOX 875 | BEN FRANKLIN STATION | | WASHINGTON | DC | 20044-0875 | | (ON BEHALF OF UNITED STATES OF AMERICA, DEPT. OF AGRICULTURE, RURAL UTILITIES SERVICE) |
| UNITED STATES DEPT OF JUSTICE FCC | ATTN MATTHEW J TROY CIVIL DIVISION | PO BOX 875 | BEN FRANKLIN STATION | | WASHINGTON | DC | 20044-0875 | | |
| UNITED STATES DEPT OF JUSTICE FCC | ATTN MATTHEW J TROY CIVIL DIVISION | 1100 L STREET NW ROOM 10030 | | | WASHINGTON | DC | 20530 | | |
| US DEPARTMENT OF JUSTICE | ATTN: ARI D KUNOFSKY ESQ & WARD W BENSON ESQ | PO BOX 227 | BEN FRANKLIN STATION | | WASHINGTON | DC | 20044 | | (COUNSEL TO THE UNITED STATES OF AMERICA) |
| VARNUM LLP | ATTN MARY KAY SHAVER | PO BOX 352 | BRIDGEWATER PLACE | | GRAND RAPIDS | MI | 49501-0352 | | (COUNSEL FOR APPLABS TECHNOLOGIES PVT LTD) |
| VEDDER PRICE PC | ATTN: MICHAEL L. SCHEIN, ESQ. | 1633 BROADWAY, 47TH FLOOR | | | NEW YORK | NY | 10019 | | (COUNSEL TO FIRST UNION RAIL CORPORATION) |
| VENABLE LLP | ATTN: JEFFREY S. SABIN ESQ | 1270 AVENUE OF THE AMERICAS | | | NEW YORK | NY | 10020 | | (COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO. LLP) |
| VENABLE LLP | ATTN: JAMIE L. EDMONSON | | 1201 NORTH MARKET STREET | | WILMINGTON | DE | 19801 | | (COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO. LLC) |
| WACHTELL, LIPTON, ROSEN & KATZ | ATTN: RICHARD MASON; EMIL KLEINHAUS; AUSTIN WITT | 51 WEST 52ND STREET | | | NEW YORK | NY | 10019 | | (COUNSEL TO THE "EFH EQUITY INTEREST HOLDERS") |
| WEINSTEIN RADCLIFF LLP | ATTN: GREGORY M. WEINSTEIN | 6688 N. CENTRAL EXPRESSWAY, SUITE 675 | | | DALLAS | TX | 75206 | | (COUNSEL TO MARIO SINACOLA & SONS EXCAVATING, INC) |
| WEIR & PARTNERS LLP | ATTN JEFFREY S CIANCIULLI | 824 N MARKET ST SUITE 800 | | | WILMINGTON | DE | 19801 | | (COUNSEL FOR EVERCORE GROUP LLC) |
| WERB & SULLIVAN | J JACKSON SHRUM DUANE D WERB | 300 DELAWARE AVE STE 1300 | | | WILMINGTON | DE | 19801 | | (COUNSEL FOR BWM SERVICES) |
| WEYERHAEUSER CO. | ATTN: ALEXIS MCDONALD | PO BOX 9777 | | | FEDERAL WAY | WA | 98063 | | |
| WHITE & CASE LLP | ATTN: J. CHRISTOPHER SHORE; GREGORY STARNER | 1155 AVENUE OF THE AMERICAS | | | NEW YORK | NY | 10036 | | (COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS; LAW DEBENTURE) |
| WHITE & CASE LLP | ATTN: THOMAS LAURIA; MATTHEW BROWN | 200 SOUTH BISCAYNE BOULEVARD, SUITE 4900 | | | MIAMI | FL | 33131 | | (COUNSEL TO AD HOC GROUP OF TCEH UNSECURED NOTEHOLDERS; LAW DEBENTURE) |
| WILMER CUTLER PICKERING HALE & DORR LLP | ATTN: PHILIP ANKER ESQ & GEORGE SHUSTER ESQ | 7 WORLD TRADE CENTER | 250 GREENWICH ST | | NEW YORK | NY | 10007 | | (COUNSEL TO MARATHON ASSET MGMT) |
| WILMER CUTLER PICKERING HALE & DORR LLP | ATTN: BENJAMIN LOVELAND ESQ | 60 STATE ST | | | BOSTON | MA | 02109 | | (COUNSEL TO MARATHON ASSET MGMT) |
| WILMER CUTLER PICKERING HALE & DORR LLP | ATTN P ANKER, C PLATT, D JENKINS, G SHUSTER | 7 WORLD TRADE CENTER | 250 GREENWICH ST | | NEW YORK | NY | 10007 | | (COUNSEL TO CSC TRUST CO OF DE AS IND & COLLATERAL TTEE FOR 10% SR SEC NOTES DUE 2020) |
| WILMINGTON SVGS FUND SOCIETY | ATTN: PATRICK J. HEALY | 500 DELAWARE AVENUE | | | WILMINGTON | DE | 19801 | | (COMMITTEE OF UNSECURED CREDITORS) |
| WILMINGTON TRUST FSB | ATTN: JEFFREY T. ROSE | 50 SOUTH SIXTH STREET, SUITE 1290 | | | MINNEAPOLIS | MN | 55402 | | |
| WINSTON & STRAWN LLP | ATTN: DAVID NEIER, ESQ. | 200 PARK AVENUE | | | NEW YORK | NY | 10166 | | (COUNSEL TO CHICAGO BRIDGE & IRON COMPANY N.V.) |
| WOMAC LAW | ATTN BRIAN D WOMAC, STACEY L. KREMLING | 8301 KATY FREEWAY | | | HOUSTON | TX | 77024 | | (COUNSEL FOR 2603 AUGUSTA INVESTORS LP) |
| WOMBLE CARLYLE SANDRIDGE & RICE, LLP | ATTN: STEVEN K. KORTANEK; MARK L. DESGROSSEILLIERS | 222 DELAWARE AVENUE, SUITE 1501 | | | WILMINGTON | DE | 19801 | | (COUNSEL TO CENTERPOINT) |
| WOMBLE CARLYLE SANDRIDGE & RICE, LLP | ATTN: MARK L. DESGROSSEILLIERS ESQ | 222 DELAWARE AVE STE 1501 | | | WILMINGTON | DE | 19801 | | (COUNSEL TO HOLT TEXAS, LTD. D/B/A HOLT CAT) |

| Name | Notice Name | Address1 | Address2 | Address3 | City | State | Zip | Country | Party / Function |
|---|---|---|---|---|---|---|---|---|---|
| WOMBLE CARLYLE SANDRIDGE & RICE, LLP | ATTN FRANCIS A MONACO JR KEVIN J MANGAN | 222 DELAWARE AVENUE SUITE 1501 | | | WILMINGTON | DE | 19801 | | (COUNSEL FOR AMECO, AMERICAN EQUIPMENT COMPANY INC., FLUOR GLOBAL SERVICES, FLOUR CORPORATION, FLUOR ENTERPRISES) |
| WOMBLE CARLYLE SANDRIDGE & RICE, LLP | ATTN KEVIN J MANGAN | 222 DELAWARE AVENUE SUITE 1501 | | | WILMINGTON | DE | 19801 | | (COUNSEL FOR ALLTITE INC. |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: PAULINE MORGAN; JOEL WAITE; RYAN BARTLEY; | ANDREW MAGAZINER | RODNEY SQUARE | 1000 NORTH KING STREET | WILMINGTON | DE | 19801 | | (COUNSEL TO AD HOC COMMITTEE OF TCEH FIRST LIEN) |

In re: Energy Future Holdings Corp., et al.
Case No. 14-10979 (CSS)

Page 9 of 9