**UNITED STATES BANKRUPTCYCOURT**
**FOR THE DISTRICT OF DELAWARE**

In Re:                                    Chapter  11

                                          Case No.  14 - 10979  ( CSS )

Debtor:  Energy Future Holdings Corp., et. al.,

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of  Charles A. Beckham, Jr. of Haynes And Boone, LLP

to represent  Forest Creek Wind Farm, LLC

in this action.

/s/ Brian E. Farnan

Firm Name: FARNAN LLP
Address: 919 N. Market Street, 12th Floor
Wilmington, DE 19801
Phone: (302) 777-0300
Email: bfarnan@farnanlaw.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of  Texas and New York  and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 3/25/14. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ Charles A. Beckham, Jr.

Firm Name: HAYNES AND BOONE, LLP
Address: 2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Phone: Telephone:  (214) 561-5000
Email: charles.beckham@haynesboone.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Local Form 105