IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS | ) Case No. 14-10979 (CSS) |
| CORP., *et al.*,[1] | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) **Reference Docket No. 3582** |
| | ) |

## **CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 3582**

The undersigned counsel hereby certifies that that as of the date hereof, he has received no answer, objection or other responsive pleading the *November Fee Statement of Phillips, Goldman & Spence, P.A. for Compensation and Reimbursement of Expenses as Delaware Counsel to the Fee Committee for the Period November 21, 2014 through November 30, 2014* [Docket No. 3582] (the "Fee Statement"), filed on February 18, 2015. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading the Application appears thereon. Pursuant to the Notice of Fee Statement objections to the Fee Statement were due on or before March 10, 2015.

The Monthly Fee Statement was filed and served in accordance with the *Stipulation and Order Appointing a Fee Committee, dated August 21, 2014* [Docket No. 1896] and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals*, dated September 16, 2014 [Docket No. 2066] (the "Administrative Order"). The above-captioned debtors and debtors in possession in the above-captioned cases, are authorized to

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the Debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

pay the Phillips, Goldman & Spence, P.A. $679.21 which represents 80% of the fees of $795.00, and $0.00 which represents 100% of the expenses requested in the Fee Statement for the Period, for a total due of $679.21 upon the filing of this certification without the need for a further order of the Court.

Date:   April 13, 2015                    PHILLIPS, GOLDMAN & SPENCE, P.A.

                                          /s/ Stephen W. Spence
                                          Stephen W. Spence, Esquire (DE#2033)
                                          1200 North Broom Street
                                          Wilmington, DE 19806
                                          Telephone (302) 655-4200
                                          Facsimile (302) 655-4200
                                          sws@pgslaw.com
                                          *Delaware Counsel to the Fee Committee*