# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] ) | Case No. 14-10979 (CSS) |
| ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | **Re: Docket Nos. 4092 & 4119** |
| ) | |

## NOTICE OF RESCHEDULED DEPOSITION

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Civil Procedure 26 and 30, made applicable to the pending matter by Federal Rules of Bankruptcy Procedure 7026, 7030, and 9014, the ad hoc group of certain holders (the "Ad Hoc Group of TCEH Unsecured Noteholders") of 10.25% Fixed Senior Notes due 2015 (including Series B) (the "Fixed Unsecured Notes") and 10.50%/11.25% Senior Toggle Notes due 2016 (the "Toggle Unsecured Notes" and, together with the Fixed Unsecured Notes, the "Unsecured Notes") issued by Texas Competitive Electric Holdings Company LLC ("TCEH") and TCEH Finance, Inc. ("TCEH Finance"), as creditors and parties in interest in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), by and through its undersigned counsel, filed, on April 8, 2015, a *Notice of Deposition of Hugh E. Sawyer* [Docket No. 4092] (the "Sawyer Deposition"), which was scheduled to take place on Monday, April 13, 2015, at 1:30 p.m. (Eastern Standard Time), at the offices of Fox Rothschild LLP, 919 North Market Street, Suite 300, Wilmington, Delaware 19801.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.

1

**PLEASE TAKE FURTHER NOTICE** that on April 10, 2015, debtors Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings LLC (together, "TCEH"), filed *Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC's Corrected Motion to Quash Notice of Deposition of Hugh Sawyer* [Docket No. 4119] (the "Motion to Quash").

**PLEASE TAKE FURTHER NOTICE** that in light of the pending Motion to Quash, the Sawyer Deposition will not go forward at its previously scheduled date and will be re-noticed.

*[Remainder of page intentionally left blank]*

Dated: April 13, 2015
       Wilmington, Delaware

                      FOX ROTHSCHILD LLP

By:  */s/ Jeffrey M. Schlerf*
      Jeffrey M. Schlerf (No. 3047)
      John H. Strock (No. 4965)
      L. John Bird (No. 5310)
      919 North Market St., Suite 300
      Wilmington, DE 19801
      Telephone: (302) 654-7444
      Facsimile: (302) 463-4971
      jschlerf@foxrothschild.com
      jstrock@foxrothschild.com
      lbird@foxrothschild.com

      and

      WHITE & CASE LLP
      Thomas E. Lauria (admitted *pro hac vice*)
      Matthew C. Brown (admitted *pro hac vice*)
      Southeast Financial Center, Suite 4900
      200 South Biscayne Blvd.
      Miami, FL 33131
      Telephone: (305) 371-2700
      Facsimile: (305) 358-5744
      tlauria@whitecase.com
      mbrown@whitecase.com

      J. Christopher Shore (admitted *pro hac vice*)
      Gregory M. Starner (admitted *pro hac vice*)
      1155 Avenue of the Americas
      New York, NY 10036
      Telephone: (212) 819-8200
      Facsimile: (212) 354-8113
      cshore@whitecase.com
      gstarner@whitecase.com

      *Counsel to the Ad Hoc Group of TCEH Unsecured Noteholders*